UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
AMGEN INC.,                           )
                                      )
Plaintiff,                            )
                                      )    **C.A. NO.: 05-12237-WGY**
v.                                    )
                                      )
                                      )
F. HOFFMANN-LAROCHE                   )
LTD., a Swiss Company, ROCHE          )
DIAGNOSTICS GmbH, a German            )
Company and HOFFMANN LAROCHE          )
INC., a New Jersey Corporation,       )
                                      )
Defendants.                           )
_____)

## AMGEN INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Amgen Inc. states as follows:

1.    Amgen Inc does not have a parent company.

2.    No publicly held corporation owns 10% or more of Amgen Inc.'s stock.

1

Dockets.Justia.com

Dated: November 14, 2005              Respectfully Submitted,

                                      AMGEN INC.,
                                      By its attorneys,

                                            /s/ Michael R. Gottfried
Of Counsel:                           D.DENNIS ALLEGRETTI (BBO#545511)
                                      MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT                        DUANE MORRIS LLP
WENDY A. WHITEFORD                    470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                    Boston, MA  02210
DARRELL DOTSON                        Telephone:    (617) 289-9200
MARY SUSAN HOWARD                     Facsimile:    (617) 289-9201
KIM MORLEY
AMGEN INC.                            LLOYD R. DAY, JR.
One Amgen Center Drive                DAVID M. MADRID
Thousand Oaks, CA   91320-1789        LINDA A. SASAKI-BAXLEY
(805) 447-5000                        DAY CASEBEER MADRID & BATCHELDER LLP
                                      20300 Stevens Creek Boulevard, Suite 400
                                      Cupertino, CA  95014
                                      Telephone:    (408) 873-0110
                                      Facsimile:    (408) 873-0220

                                      WILLIAM GAEDE III
                                      McDERMOTT WILL & EMERY
                                      3150 Porter Drive
                                      Palo Alto, CA 94304
                                      Telephone:    (650) 813-5000
                                      Facsimile:    (650) 813-5100

                                      MICHAEL F. BORUN
                                      KEVIN M. FLOWERS
                                      MARSHALL, GERSTEIN & BORUN LLP
                                      233 South Wacker Drive
                                      6300 Sears Tower
                                      Chicago IL 60606
                                      Telephone:    (312) 474-6300
                                      Facsimile:    (312) 474-0448