# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO.: 05-12237-WGY |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Lloyd R. Day, Jr., hereby certify as follows:

1.   I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2.   I am a member in good standing of the Bar of the state of California.

3.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: November 10, 2005

/s/ Lloyd R. Day, Jr.
Lloyd R. Day, Jr.

BOS\140211.1