UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* David M. Madrid of Day Casebeer Madrid & Batchelder LLP.  Amgen submits the Certificate of David M. Madrid in support of this Motion.

Dated:  November 15, 2005          Respectfully Submitted,

                                   AMGEN INC.,
                                   By its attorneys,

Of Counsel:                        /s/ Michael R. Gottfried
                                   D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                     Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                 DUANE MORRIS LLP
Monique L. Cordray                 470 Atlantic Avenue, Suite 500
Darrell Dotson                     Boston, MA 02210
Mary Susan Howard                  Telephone: (617) 289-9200
Kimberlin L. Morley                Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

BOS\140243.1

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448