UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
AMGEN INC.,                        )
                                   )
    Plaintiff,                     )
                                   )   **C.A. NO.: 05-12237-WGY**
v.                                 )
                                   )
F. HOFFMANN-LAROCHE                )
LTD., a Swiss Company, ROCHE       )
DIAGNOSTICS GmbH, a German         )
Company and HOFFMANN LAROCHE       )
INC., a New Jersey Corporation,    )
                                   )
    Defendants.                    )
_____)

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Linda A. Sasaki-Baxley of Day Casebeer Madrid & Batchelder LLP. Amgen submits the Certificate of Linda A. Sasaki-Baxley in support of this Motion.

Dated: November 15, 2005              Respectfully Submitted,

                                      AMGEN INC.,
                                      By its attorneys,

Of Counsel:                           /s/ Michael R. Gottfried
                                      D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                        Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                    DUANE MORRIS LLP
Monique L. Cordray                    470 Atlantic Avenue, Suite 500
Darrell Dotson                        Boston, MA 02210
Mary Susan Howard                     Telephone: (617) 289-9200
Kimberlin L. Morley                   Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

BOS\140245.1

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Case 1:05-cv-12237-WGY     Document 5     Filed 11/15/2005     Page 2 of 2