UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMGEN INC.,                         )
                                    )
    Plaintiff,                      )
                                    )     **C.A. NO.: 05-12237-WGY**
v.                                  )
                                    )
F. HOFFMANN-LAROCHE                 )
LTD., a Swiss Company, ROCHE        )
DIAGNOSTICS GmbH, a German          )
Company and HOFFMANN LAROCHE        )
INC., a New Jersey Corporation,     )
                                    )
    Defendants.                     )
_____ )

## MOTION FOR ADMISSION *PRO HAC VICE*

    Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Michael F. Borun of Marshall Gerstein & Borun LLP. Amgen submits the Certificate of Michael F. Borun in support of this Motion.

Dated: November 16, 2005                     Respectfully Submitted,

                                             AMGEN INC.,
                                             By its attorneys,

Of Counsel:                                  /s/ Michael R. Gottfried
                                             D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                               Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                           DUANE MORRIS LLP
Monique L. Cordray                           470 Atlantic Avenue, Suite 500
Darrell Dotson                               Boston, MA 02210
Mary Susan Howard                            Telephone: (617) 289-9200
Kimberlin L. Morley                          Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

BOS\140429.1

Dockets.Justia.com

        Lloyd R. Day, Jr.
        David M. Madrid
        Linda A. Sasaki-Baxley
        DAY CASEBEER, MADRID & BATCHELDER LLP
        20300 Stevens Creek Boulevard, Suite 400
        Cupertino, CA 95014
        Telephone: (408) 873-0110
        Facsimile: (408) 873-0220

        William Gaede III
        McDERMOTT WILL & EMERY
        3150 Porter Drive
        Palo Alto, CA 94304
        Telephone: (650) 813-5000
        Facsimile: (650) 813-5100

        Michael F. Borun
        Kevin M. Flowers
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive
        6300 Sears Tower
        Chicago, IL 60606
        Telephone: (312) 474-6300
        Facsimile: (312) 474-0448

BOS\140429.1