# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
AMGEN INC.,                                  )
                                                  )
    Plaintiff,                            )
                                                  )    **C.A. NO.: 05-12237-WGY**
v.                                                 )
                                                  )
F. HOFFMANN-LAROCHE                 )
LTD., a Swiss Company, ROCHE     )
DIAGNOSTICS GmbH, a German     )
Company and HOFFMANN LAROCHE )
INC., a New Jersey Corporation,         )
                                                  )
    Defendants.                         )
_____)

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
## MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Michael F. Borun, certify as follows:

1.    I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2.    I am a member in good standing of the Bar of the state of Illinois.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: November 16, 2005

/s/ Michael F. Borun
Michael F. Borun