UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
AMGEN INC.,                                           )
                                                      )
          Plaintiff,                                  )
                                                      )        **C.A. NO.: 05-12237-WGY**
v.                                                    )
                                                      )
F. HOFFMANN-LAROCHE                                   )
LTD., a Swiss Company, ROCHE                          )
DIAGNOSTICS GmbH, a German                            )
Company and HOFFMANN LAROCHE                          )
INC., a New Jersey Corporation,                       )
                                                      )
          Defendants.                                 )
_____)

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Kevin M. Flowers of Marshall Gerstein & Borun LLP.  Amgen submits the Certificate of Kevin M. Flowers in support of this Motion.

Dated:  November 16, 2005                Respectfully Submitted,

                                         AMGEN INC.,
                                         By its attorneys,

Of Counsel:                              /s/ Michael R. Gottfried
                                         D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                           Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                       DUANE MORRIS LLP
Monique L. Cordray                       470 Atlantic Avenue, Suite 500
Darrell Dotson                           Boston, MA 02210
Mary Susan Howard                        Telephone: (617) 289-9200
Kimberlin L. Morley                      Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

BOS\140486.1

Dockets.Justia.com

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER
LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2

BOS\140486.1