UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. NO.: 05-12237-WGY |
| v. | ) ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Kevin M. Flowers, certify as follows:

1.     I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2.     I am a member in good standing of the Bar of the state of Illinois.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: November 16, 2005

/s/ Kevin M. Flowers
Kevin M. Flowers