UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMGEN INC.,                         )
                                    )
    Plaintiff,                       )
                                    )    **C.A. NO.: 05-12237-WGY**
v.                                  )
                                    )
F. HOFFMANN-LAROCHE                 )
LTD., a Swiss Company, ROCHE        )
DIAGNOSTICS GmbH, a German          )
Company and HOFFMANN LAROCHE        )
INC., a New Jersey Corporation,     )
                                    )
    Defendants.                      )
_____)

## MOTION FOR ADMISSION *PRO HAC VICE*

    Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* William Gaede III of McDermott Will & Emery. Amgen submits the Certificate of William Gaede III in support of this Motion.

Dated: November 17, 2005                     Respectfully Submitted,

                                             AMGEN INC.,
                                             By its attorneys,

Of Counsel:                                  /s/ Michael R. Gottfried
                                             D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                               Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                           DUANE MORRIS LLP
Monique L. Cordray                           470 Atlantic Avenue, Suite 500
Darrell Dotson                               Boston, MA 02210
Mary Susan Howard                            Telephone: (617) 289-9200
Kimberlin L. Morley                          Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

BOS\140270.1

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2