**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
AMGEN INC.,                           )
                                                    )
      Plaintiff,                  )
                                                    )    **C.A. NO.: 05-12237-WGY**
v.                                                 )
                                                    )
F. HOFFMANN-LAROCHE       )
LTD., a Swiss Company, ROCHE    )
DIAGNOSTICS GmbH, a German    )
Company and HOFFMANN LAROCHE  )
INC., a New Jersey Corporation,        )
                                                    )
      Defendants.               )
_____)

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF**
**MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, William Gaede III, certify as follows:

1.     I am a member of the law firm McDermott Will & Emery, and maintain my principal office in the firm's Palo Alto office, which is located at 3150 Porter Drive, Palo Alto, CA 94304, telephone number 650-813-5000.

2.     I am an active member in good standing of the Bar of the state of California and am a member in good standing in every jurisdiction in which I have been admitted.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.  I seek to be admitted *pro hac vice* for the plaintiff Amegn Inc.

I certify the foregoing is true and correct.

Dated: November 16, 2005

/s/ William Gaede III
William Gaede III