# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
)
AMGEN INC.,                                                 )
                                                                       )
          Plaintiff,                                    )    Civil Action No. 05-CV-12237WGY
v.                                                                   )
                                                                       )
F. HOFFMANN-LA ROCHE LTD.,                    )
ROCHE DIAGNOSTICS GMBH, and            )
HOFFMAN-LA ROCHE INC.,                         )
                                                                       )
          Defendants.                                 )
_____)

## ASSENTED-TO MOTION TO ADMIT COUNSEL
## *PRO HAC VICE* FOR DEFENDANT

      The undersigned, Lee Carl Bromberg, local counsel for defendant F. Hoffmann-La Roche Ltd. and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Leora Ben-Ami, Patricia A. Carson, Thomas F. Fleming, and Howard Suh, members of the firm of Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022-3598, as counsel for the defendant, F. Hoffmann-La Roche Ltd., and any other defendant which may be served in this case (collectively "defendants").

      As stated in the accompanying declarations (attached hereto as Exhibits A through D), Leora Ben-Ami, Patricia A. Carson, Thomas F. Fleming, and Howard Suh are members of the bar of the State of New York, among other jurisdictions. They are in good standing in every jurisdiction in which they have been admitted to practice, have no disciplinary proceedings pending against them, and are familiar with the Local Rules of this Court.

      Lee Carl Bromberg, a member in good standing of the bar of this Court, has entered an appearance in this action and will act as co-counsel for defendants.

Dockets.Justia.com

Pursuant to ECF Administrative Procedure Rule F, counsel for the defendants shall submit the fee for this motion within 24 hours of filing.

WHEREFORE, it is respectfully requested that Leora Ben-Ami, Patricia A. Carson, Thomas F. Fleming, and Howard Suh be admitted to the bar of this Court *pro hac vice*.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for Amgen Inc. has assented to this motion.

Dated: February 17, 2006

F. HOFFMANN-LA ROCHE LTD.
By its attorneys,

/s/ Lee Carl Bromberg
Lee Carl Bromberg, BBO # 058480
Julia Huston, BBO # 562160
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292
lbromberg@bromsun.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Lee Carl Bromberg
Lee Carl Bromberg

00002/KET 467819.1