# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-12237WGY |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LA ROCHE LTD., | ) | |
| ROCHE DIAGNOSTICS GMBH, and | ) | |
| HOFFMAN-LA ROCHE INC., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

## DECLARATION OF PATRICIA A. CARSON IN SUPPORT OF
## *PRO HAC VICE* ADMISSION FOR DEFENDANT

I, Patricia A. Carson, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the firm of Kaye Scholer LLP and a member in good standing of the Bar of the State of New York and the State of New Jersey.  I have been admitted *pro hac vice* to this court before, most recently in the case of *Ariad Pharmaceuticals Inc. v. Eli Lilly & Co.*  I am in good standing in every jurisdiction in which I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me in any court or jurisdiction.

3.      I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated:  February 16, 2006              /s/ Patricia A. Carson
                                       Patricia A. Carson

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Lee Carl Bromberg
Lee Carl Bromberg

00002/KET 467828.1