# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| Plaintiff, ) | Civil Action No. 05-CV-12237WGY |
| v. ) | |
| F. HOFFMANN-LA ROCHE LTD., ) ROCHE DIAGNOSTICS GMBH, and ) HOFFMAN-LA ROCHE INC., ) | |
| Defendants, ) | |

## DECLARATION OF HOWARD SUH IN SUPPORT OF
## *PRO HAC VICE* ADMISSION FOR DEFENDANT

I, Howard Suh, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am at the firm of Kaye Scholer LLP and member in good standing of the Bar of the State of New York. I am in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: February 16, 2006        /s/ Howard Suh
                                Howard Suh

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                  /s/ Lee Carl Bromberg
                                                  Lee Carl Bromberg

00002/KET 467830.1