# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
l'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum)                                  **31.01.2006**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer)                    **Basel, Grenzacherstr. 124**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods authorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) ~~in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)~~ *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     b) ~~in der folgenden besonderen Form~~ *):
        in accordance with the following particular method *):
        selon la forme particulière suivante *):

     c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person)              **Herrn Robert Ferraro, Rechtsanwalt**
     (identity and description of person)
     (identité et qualité de la personne)

   Verwandschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
   relationship to the addressee (family, business or other):
   liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

   **Arbeitsverhältnis**

2. ~~dass der Antrag aus folgenden Gründen nicht erledigt werden konnte~~ *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im Einzelnen angegeben sind, zu zahlen oder zu erstatten~~ *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen/Annexes/Annexes:

Zurückgesandte Schriftstücke:
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:     **Empfangsbescheinigung**
In appropriate cases, documents establishing the service:
le cas échéant, les documents justificatifs de l'exécution:

                                      Ausgefertigt in    **Basel**    am    **06.02.2006**
                                      Done at                        the
                                      Fait à                         le

                                      Unterschrift und/oder Stempel.
                                      Signature and/or stamp.
                                      Signature et/ou cachet.

*) Unzutreffendes streichen.
   Delete if inappropriate.

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

ZIVILGERICHT BASEL
R  23. Jan. 2006
P  20.1.

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Linda A. Sasaki-Baxley<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA  95014 | Appellationsgericht Basel-Stadt<br>Bäumleingasse 1<br>4051 Basel<br>Switzerland |

The undersigned applicant has the honour to transmit—in duplicate—the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*  F HOFFMANN-LAROCHE LTD.
   Grenzacherstrasse 124, CH-4070, Basel, Switzerland

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*  PERSONAL SERVICE

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes —avec l'attestation figurant au verso.*

AUTHORIZED APPLICANT PURSUANT TO RULE 4 Section (c) and Section (f) FEDERAL RULES OF CIVIL PROCEDURE

**List of documents**
*Enumération des pièces*

Executed REQUEST, in duplicate
Executed SUMMARY, in duplicate
Unexecuted CERTIFICATE, in duplicate
SUMMONS, in duplicate
SUMMONS (German Translation), in duplicate
COMPLAINT, in duplicate
COMPLAINT (German Translation) in duplicate

Done at  Cupertino, CA, U.S.A.  , the  01-20-06
*Fait à*                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)
USM-94
(Est. 11/22/77)

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*


ZIVILGERICHT BASEL
R  23. Jan. 2006
P  20.1

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Linda A. Sasaki-Baxley<br>Day Casebeer Madrid & Batchelder, LLP<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA  95014 | Appellationsgericht Basel-Stadt<br>Bäumleingasse 1<br>4051 Basel<br>Switzerland |

The undersigned applicant has the honour to transmit—in duplicate—the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    F HOFFMANN-LAROCHE LTD.
_____Grenzacherstrasse 124, CH-4070, Basel, Switzerland_____

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    PERSONAL SERVICE

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes —avec l'attestation figurant au verso.*
          AUTHORIZED APPLICANT PURSUANT TO RULE 4 Section (c) and
                Section (f) FEDERAL RULES OF CIVIL PROCEDURE

**List of documents**
*Enumération des pièces*

Executed REQUEST, in duplicate
Executed SUMMARY, in duplicate
Unexecuted CERTIFICATE, in duplicate
SUMMONS, in duplicate
SUMMONS (German Translation), in duplicate
COMPLAINT, in duplicate
COMPLAINT (German Translation) in duplicate

Done at / *Fait à*  Cupertino, CA, U.S.A.  , the / *le*  01-20-06

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

*Delete if inappropriate.
*Rayer les mentions inutiles.*

# Zivilgericht Basel-Stadt

Bäumleingasse 5
Postfach 964, 4001 Basel
Tel. (Direktwahl): 061 - 267 63 83-84

Aktenzeichen
RQ 2006 / 50

## Empfangsbescheinigung - Récépissé - Ricevuta

| | |
|---|---|
| **Ausstellende Behörde**<br>Autorité de laquelle émanent les actes<br>**Autorità dalla quale emenano gli atti** | Day Casebeer Madrid & Batchelder, LLP<br>Att.: Linda A. Sasaki-Baxley<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA 95014<br>United States of America |
| US District Court<br>District of Massachusetts<br>Boston, MA<br>United States of America<br><br>05 CV 12237 WGY | |
| **Bezeichnung der zuzustellenden Aktenstücke**<br>Désignation des actes à notifier<br>**Atti da notificarsi** | - Executed Summary<br>- Summons*<br>- Complaint*<br>* = mit deutscher Übersetzung<br>im Doppel<br><br>i. S.  Amgen Inc. / F. Hoffmann-La Roche Ltd. et al. |
| **Name und Wohnort der Person, an welche die Zustellung erfolgen soll**<br>Nom et domicile de la personne à laquelle la notification doit être faite<br>**Nome e domicilio della persona, alla quale la notifica deve avere luogo** | F. Hoffmann-La Roche Ltd.<br>Grenzacherstr. 124<br>4058 Basel |
| **Unterschrift des Empfängers und Datum der Zustellung**<br>Signature du destinataire et date de la notification<br>**Firma del destinatario e data della notifica** | Basel, den 31. 1. 06 |

**ZIVILGERICHT BASEL-STADT**
Der Gerichtsweibel:

GK 10003 - 1500 - 8.01