AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

AMGEN INC.

V.

F. HOFFMAN-LAROCHE LTD., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 12237 WGY

TO: (Name and address of Defendant)

HOFFMAN LAROCHE INC.
340 KINGSLAND STREET
NUTLEY, NEW JERSEY 07110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. DENNIS ALLEGRETTI
DUANE MORRIS LLP
470 ATLANTIC AVENUE, SUITE 500
BOSTON, MA 02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                NOV - 8 2005

CLERK                                            DATE

(By) DEPUTY CLERK

dockets.Justia.com



| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, EXHIBITS, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **DONALD MARTIN** |
| TITLE: | **PROCESS SERVER**    DATE: **03/06/2006 10:40AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

HOFFMAN LA ROCHE INC.

Place where served:

340 KINGSLAND STREET   NUTLEY NJ 07110

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PATRICIA BARBIERI

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/8/20 06

SIGNATURE OF DONALD MARTIN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   D. DENNIS ALLEGRETTI, ESQ.
PLAINTIFF:   AMGEN, INC,
DEFENDANT:  F. HOFFMAN-LAROCHE LTD, ET AL
VENUE:       DISTRICT MA
DOCKET:      05 CV 12237 (WGY)

Carla P. Gomes

CARLA P. GOMES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 27, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.