UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. ) | **C.A. NO.: 05-12237-WGY** |

## PLAINTIFF AMGEN INC.'S STATUS REPORT ON SERVICE

Plaintiff, Amgen Inc. ("Amgen") files this status report on service to inform the Court as follows:

1.  On January 31, 2006, service was made on Defendant F. Hoffman-LaRoche Ltd. A copy of the return of service was filed with the Court on February 23, 2006.

2.  On March 6, 2006, service was made on Defendant Hoffmann LaRoche, Inc. A copy of the return of service was filed today as docket entry number 14.

3.  Pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Amgen has provided the German Central Authority with the appropriate documents for service on Roche Diagnostics GmbH, and understands that service is in process and should be completed shortly.

1

DM1\581081.1

Dockets.Justia.com

Dated: March 8, 2006                             Respectfully Submitted,

                                        AMGEN INC.,
                                      By its attorneys,

                                        /s/ Michael R. Gottfried
Of Counsel:                                      D. DENNIS ALLEGRETTI (BBO#545511)
                                      MICHAEL R. GOTTFRIED (BBO#542156)
                                      PATRICIA R. RICH   (BBO#640578)
STUART L. WATT                                   DUANE MORRIS LLP
WENDY A. WHITEFORD                               470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                               Boston, MA  02210
DARRELL DOTSON                                   Telephone:     (617) 289-9200
MARY SUSAN HOWARD                                Facsimile:     (617) 289-9201
KIM MORLEY
AMGEN INC.                                       LLOYD R. DAY, JR.
One Amgen Center Drive                           DAVID M. MADRID
Thousand Oaks, CA   91320-1789                   LINDA A. SASAKI-BAXLEY
(805) 447-5000                                   DAY CASEBEER MADRID & BATCHELDER LLP
                                      20300 Stevens Creek Boulevard, Suite 400
                                      Cupertino, CA  95014
                                      Telephone:     (408) 873-0110
                                      Facsimile:     (408) 873-0220

                                      WILLIAM GAEDE III
                                      McDERMOTT WILL & EMERY
                                      3150 Porter Drive
                                      Palo Alto, CA 94304
                                      Telephone:     (650) 813-5000
                                      Facsimile:     (650) 813-5100

                                      MICHAEL F. BORUN
                                      KEVIN M. FLOWERS
                                      MARSHALL, GERSTEIN & BORUN LLP
                                      233 South Wacker Drive
                                      6300 Sears Tower
                                      Chicago IL 60606
                                      Telephone:     (312) 474-6300
                                      Facsimile:     (312) 474-0448

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 8th day of March, 2006.

                                            /s/ Michael R. Gottfried
                                            Michael R. Gottfried

DM1\581081.1