UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-12237-WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss ) | Hon. William G. Young |
| Company, ROCHE DIAGNOSTICS GmbH, ) | |
| a German Company and HOFFMANN ) | |
| LAROCHE INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO INTERVENE OF ORTHO BIOTECH PRODUCTS, L.P.

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Ortho Biotech Products, L.P. ("Ortho") respectfully moves the Court for an Order permitting Ortho to intervene as a plaintiff in this action. This motion is based upon the accompanying Declaration of Harman Avery Grossman, Esq., the exhibits thereto, and the Proposed Complaint In Intervention and Memorandum of Law filed herewith.

## REQUEST FOR ORAL ARGUMENT

Ortho believes that oral argument may assist the Court and respectfully requests that it be heard on its motion.

Dated: March 9, 2006

        ORTHO BIOTECH PRODUCTS, L.P.
        By its attorneys,


        /s/ Michelle Chassereau Jackson
        David L. Ferrera (BBO # 631183)
        Michelle Chassereau Jackson (BBO # 654825)
        NUTTER MCCLENNEN & FISH LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, Massachusetts 02210
        Telephone (617) 439-2000
        Facsimile (617) 310-9000

        and

        Gregory L. Diskant
        Steven A. Zalesin
        Eugene M. Gelernter
        PATTERSON, BELKNAP, WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Telephone (212) 336-2000
        Facsimile (212) 336-2222

Of counsel:

    Harman Avery Grossman, Esq.
    Johnson & Johnson

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on March 6, 2006, counsel for Johnson & Johnson, Harman Avery Grossman, conferred with counsel for Plaintiff Amgen Inc., Stuart Watt, in a good faith effort to resolve or narrow the issues presented by this motion. Amgen did not assent to the motion. Counsel for Defendants Hoffman LaRoche Inc. and Roche Diagnostics GMHB have not yet filed an appearance, and Defendant F. Hoffman-LaRoche LTD has not filed a responsive pleading.


Dated:  March 9, 2006                         /s/ Michelle Chassereau Jackson
                                              Michelle Chassereau Jackson


1511059.1

1261365v1