# Exhibit 4

Dockets.Justia.com

*Investor Update* 

Basel, 1 February 2006

## Roche 2005: Record sales and operating profit

**Group**
- Roche Group increases its sales by 6 billion Swiss francs to a record high of over 35 billion Swiss francs
- Operating profit margin up 2.5 percentage points to 25.4%
- Net income at virtually the same level as the year before, despite income of 2.3 billion Swiss francs in 2004 from the divested consumer health business
- Group awarded credit ratings of AA+ (Standard & Poor's) and Aa1 (Moody's)
- Roche reselected for inclusion in the Dow Jones Sustainability Indexes
- Board to propose 19th consecutive dividend increase: 25% to 2.50 Swiss francs per share and non-voting equity security

**Pharmaceuticals**
- Pharmaceutical sales advance 25%, four times the global market growth rate
- Sales of anticancer drugs up 42% to 11 billion Swiss francs, further strengthening Roche's market leadership in oncology
- Tamiflu production expanded significantly to meet huge need for pandemic readiness supplies
- Positive results from phase III clinical trials in rheumatoid arthritis and breast, lung and pancreatic cancers

**Diagnostics**
- Roche Diagnostics maintains its global market leadership with sales growth of 4%
- Operating profit remains at previous year's record level; margin down slightly from 2004
- Next generation of Accu-Chek diabetes management products launched worldwide

**Outlook for 2006**
- Above-market sales growth, with double-digit increases for the Roche Group and the Pharmaceuticals Division
- Core earnings per share growth target in line with sales growth

All growth rates are based on local currencies
Operating profit margins are stated before exceptional items

Commenting on the full-year results, Roche Chairman and CEO Franz B. Humer said, "2005 was an excellent year for Roche. The Pharmaceuticals Division achieved its best result ever and Diagnostics showed a solid performance leading to record sales and operating profit on a Group level. Profit from continuing businesses increased by 2 billion Swiss francs or over 40%. Net income reached 6.7 billion Swiss francs nearly compensating last year's income of 2.3 billion Swiss francs from the divested consumer health business. With the introduction of many novel diagnostics and life saving drugs and a great effort to increase the availability of Tamiflu we have again created sustainable value for physicians and patients. This is also reflected in the confirmation of Roche's membership in both the FTSE4Good and Dow Jones Sustainability Indexes."

## Roche Group

| Key figures | In millions of CHF | | % change | | As % of sales | |
|---|---|---|---|---|---|---|
| | 2005 | 2004 | In CHF | In local currencies | 2005 | 2004 |
| Sales * | 35,511 | 29,522 | +20 | +19 | 100 | 100 |
| Research and development * | 5,705 | 5,154 | +11 | +11 | 16.1 | 17.5 |
| Operating profit before exceptional items * | 9,025 | 6,766 | +33 | +33 | 25.4 | 22.9 |
| Net income | 6,730 | 7,063 | -5 | | 19.0 | 23.9 |
| Net cash | 11,215 | 3,909 | +187 | | | |
| Equity | 41,743 | 33,283 | +25 | | | |

| | 2005 | 2004 | Change |
|---|---|---|---|
| Equity ratio (in %) | 60.2 | 56.9 | +6% |
| Core earnings per share (in CHF) | 7.68 | 5.72 | +34% |
| Dividend per share ** (in CHF) | 2.50 | 2.00 | +25% |
| Number of employees (at 31 Dec. ) | 68,218 | 64,594 | +3,624 |

\* Continuing businesses
\*\* Proposed by the Board of Directors

**Pharmaceutical sales grow four times as fast as the global market**

The Roche Group posted very strong operating results in 2005. Group sales increased significantly to 35.5 billion Swiss francs, a gain of 19% in local currencies (20% in Swiss francs and in US dollars). The Pharmaceuticals Division was the key growth driver. Its sales increased four times as fast as the global market average and significantly ahead of the growth rates in North America, Europe and Japan, the division's three most important markets. In the Diagnostics Division sales in local currencies increased 4%, in line with global market growth.

**Operating profit margin up 2.5 percentage points**

Strong top-line growth had a very positive impact on the Group's earnings performance in 2005. Operating profit before exceptional items rose 33% in local currencies to 9 billion Swiss francs, and the corresponding operating profit margin improved substantially, rising 2.5 percentage points to 25.4%. The excellent sales growth during the year more than offset significantly increased investments in launch and pre-launch activities and in the Group's strong development pipelines. The Group's improved earnings performance primarily reflects the Pharmaceuticals Division's significantly higher operating profit margin. The Diagnostics Division's operating profit before exceptional items decreased 1% in local currencies to 1.7 billion Swiss francs, resulting in a margin decline of 0.8 percentage points to 20.5%. This was primarily due to heavy price pressure in the market, start-up costs for new manufacturing facilities, the many new products launched during the year and higher depreciation from an increased volume of instrument placements.

**Group net income at 6.7 billion Swiss francs**

The Group's strong profitability is also reflected in other key figures: EBITDA rose 25% in local currencies to 11.4 billion Swiss francs, and cash flows from operating activities before taxes increased to 12.0 billion Swiss francs. Net financial income showed a significant improvement over last year, thanks to the Group's strong positive cash flow and the restructuring of Group debt that has been carried out over recent years. Roche posted a positive financial result for 2005, with net income from financial assets and foreign exchange management exceeding financing costs by about 300 million Swiss francs. At 6.7 billion Swiss francs, Group net income was nearly as high as the year before (7.1 billion Swiss francs), despite income of 2.3 billion Swiss francs from the divested consumer health business in 2004. The Group's return on sales margin was 19%.

**Very solid financial position**

There was a further significant improvement in the Group's financial position. The ratio of equity to total assets is now 60%, and over 86% of total assets are financed long-term. In late 2005 Standard and Poor's and Moody's awarded Roche credit ratings of AA+ and Aa1, respectively — the second highest ratings assigned by these agencies.

**Outlook**

Barring unforeseen events, Roche reaffirms its positive outlook for 2006. Sales in both the Pharmaceuticals and the Diagnostics Division are expected to grow ahead of the market in local currencies, and Roche anticipates continued double-digit growth for the Pharmaceuticals Division and the Group as a whole. Sales growth is expected to be stronger in the second half of the year than in the first. Roche's target is for core earnings per share and non-voting equity security to grow in line with

3

sales, despite significant investments in the launch of new products and of major new indications for established products.

**Nineteenth dividend increase in a row**
At the Annual General Meeting the Board of Directors will propose a dividend increase of 25% to 2.50 Swiss francs per share and non-voting equity security, the Group's nineteenth dividend increase in as many years.

## Pharmaceuticals Division

| Key figures | In millions of CHF | % change in CHF | % change in local currencies | As % of sales |
|---|---|---|---|---|
| Sales | 27,268 | +26 | +25 | 100 |
| - Roche Pharmaceuticals | 16,955 | +21 | +20 | 62 |
| - Genentech | 6,614 | +46 | +46 | 24 |
| - Chugai | 3,699 | +15 | +17 | 14 |
| EBITDA | 8,997 | +30 | +29 | 33.0 |
| Operating profit before exceptional items | 7,463 | +37 | +37 | 27.4 |
| Research and development | 4,986 | +12 | +12 | 18.3 |

**Pharmaceuticals Division has its best year ever**
In 2005 the Pharmaceuticals Division recorded its best result ever, exceeding the high, above-market growth of the previous year. Sales for the full year rose 25% in local currencies (26% in Swiss francs and 25% in US dollars) to 27.3 billion Swiss francs, four times as fast as the global market. The gains also more than offset the decline of the Group's former top-selling medicine Rocephin following the expiry of its US patent in July. As in 2004, growth was driven primarily by strong demand for the division's flagship oncology portfolio, now boosted by the innovative cancer treatments Avastin and Tarceva, and by strong sales of CellCept (transplantation) and Pegasys (hepatitis B and C). The anti-influenza drug Tamiflu, which many governments are stockpiling as part of pandemic readiness programmes, also contributed to growth. The division's oncology, transplantation and virology franchises significantly outpaced their respective markets.

Operating profit before exceptional items increased again, by 37% to 7.5 billion Swiss francs. The operating profit margin before exceptional items gained 2.4 percentage points, rising from 25.0% in 2004 to 27.4% in 2005. This improvement was achieved despite higher investments in R&D, continued product launch activities and, by comparison with 2004, much lower gains from product divestments. EBITDA totalled 9.0 billion Swiss francs or 33.0% of sales, compared with 32.0% the previous year.

4

**Oncology – strong growth across the entire portfolio**

Two thousand and five was an outstanding year for the Roche Group's oncology portfolio. Sales of oncology products grew 42% and now account for 40% of divisional sales. All major brands contributed to this result, which has substantially reinforced the Group's position as the world's leading provider of cancer medications.

Sales of MabThera/Rituxan for the treatment of indolent and aggressive forms of Non-Hodgkin's lymphoma (NHL), were strong throughout the year, driven by a steady rise in prescriptions for both forms of NHL in Europe. In August Genentech and Biogen Idec filed a supplemental application with the US Food and Drug Administration (FDA) for approval of the product for use in untreated patients with intermediate grade or aggressive NHL. A pivotal international phase III clinical trial has shown that two years of maintenance therapy with MabThera/Rituxan dramatically improves the chances of survival of patients suffering from indolent non-Hodgkin's lymphoma, regardless of their initial therapy. Based on these results, Roche filed an application with EU regulators in December to expand the product's indications to include maintenance treatment in patients with indolent NHL.

Sales of Herceptin, the only targeted treatment approved for HER2-positive breast cancer, showed impressive gains in all key markets in 2005. Strong growth in the US and Europe was driven by extensions in treatment duration and increased first-line penetration. Herceptin is also supported by a considerable, and growing, body of clinical data showing that the product offers significant survival benefits in the advanced and early disease settings. As a result of very strong data reported in 2005, Herceptin is already being used and reimbursed in some countries in the adjuvant (early disease) setting in advance of approval.

Following the rollout of Bondronat in major European markets for the prevention of skeletal events in patients with breast cancer and bone metastases, sales increased strongly, by 108% to 79 million Swiss francs.

Avastin, the first anti-angiogenic drug for the treatment of cancer, generated an impressive 1.7 billion Swiss francs in sales in its first full year on the market. Already approved in the US for the treatment of advanced colorectal cancer, Avastin received EU approval for the same indication in January 2005 and has now been launched in key European markets. Sales in the US continue to show rapid growth, while uptake in Europe has also been very strong.

Sales of Xeloda continued their strong upward trend in 2005, with impressive gains in all major markets. Growth has been fuelled by recent US and EU approvals for the use of the product for adjuvant

treatment (after surgery) of colon cancer.

In its first full year on the market, Tarceva, a novel targeted cancer drug with proven survival benefit in advanced non-small cell lung cancer and pancreatic cancer, generated robust sales. Market response to the product has been very positive. Following US approval late in 2004 for second- or third-line treatment of non-small cell lung cancer, the product received EU approval for the same indication in September 2005. It has already been launched in several European countries, with rollouts in further markets scheduled throughout 2006. In November the FDA approved Tarceva for the treatment of advanced pancreatic cancer; a filing for this indication was submitted to EU regulators in October.

**Anemia -- NeoRecormon holds lead despite pricing pressure**
Sales of Roche's NeoRecormon and Chugai's Epogin, for the treatment of anemia, showed healthy growth in 2005. NeoRecormon retained its leadership position in its markets despite sustained pricing pressure, with both indications (cancer-related anemia and renal anemia) contributing to an 11% increase in sales. In the oncology setting NeoRecormon continued its strong market penetration, posting growth of 21%, well ahead of the market (9%), thanks primarily to continued adoption of the convenient once-weekly prefilled syringe formulation. NeoRecormon is now indicated for the treatment of anemia in patients with all solid and lymphoid cancers receiving any form of chemotherapy.

**Transplantation – CellCept sales grow in double-digits**
The immunosuppressant CellCept posted solid double-digit gains globally and in its key regions, maintaining its leadership of the mycophenolic acid market (with a market share of over 95%) despite the entry of a new competitor. Valcyte, the market leader for prevention of CMV disease, showed consistent growth throughout the year. A solid double-digit gain was recorded for combined sales of Valcyte and Cymevene.

**Virology – pandemic planning drives Tamiflu**
Combined sales of Pegasys and Copegus showed strong growth in 2005. In particular, higher sales volumes in Europe were driven by market share increases and market expansion as a result of new indications. Significant approvals towards the end of 2004 and early in 2005 have given the Pegasys plus Copegus combination the broadest range of hepatitis C indications of any product or combination, including use in patients co-infected with HIV and in those with normal liver enzyme levels. An application for approval of combined Pegasys and Copegus in hepatitis C by Chugai has been designated for priority review by the Japanese authorities. Pegasys is also approved for the treatment of hepatitis B in over 50 countries worldwide.

6

Worldwide sales of Tamiflu rose to 1.6 billion Swiss francs, driven by a severe influenza season in Japan early in the year and increased orders for pandemic readiness supplies. Over 60 countries have now placed orders for pandemic stocks of Tamiflu, with some purchasing enough to cover 25–40% of their populations. Roche has agreed to donate over five million packs of Tamiflu to the World Health Organization (WHO): two million packs to be kept in regional stockpiles for use in the event of outbreaks of avian influenza and another three million packs in central storage, reserved for use as a rapid response stockpile to contain an influenza pandemic outbreak. Roche continues to substantially expand its Tamiflu production capacity and will be able to produce over 300 million treatments annually by 2007, using a collaborative network of its own facilities and those of a significant number of independent companies. In October Roche announced its willingness to enter discussions with governments and other manufacturers on the production of Tamiflu for emergency pandemic use. Roche has since signed sublicensing agreements with Shanghai Pharmaceuticals for China and Hetero Drugs in India and is in discussion with twelve additional partners to enhance the Tamiflu production network. At the end of the year and in January 2006, respectively, the US and European authorities approved the product for prevention of influenza in children aged 1–12 years.

Sales of Fuzeon increased 53% to 259 million Swiss francs in 2005, helped by data from major studies showing the added value of Fuzeon when prescribed together with the latest anti-HIV agents. Recent updates to key treatment guidelines also support Fuzeon use in treatment-experienced patients and are expected to drive further uptake of the drug.

**Bonviva/Boniva off to a good start**

Bonviva/Boniva, the first and only once-monthly oral bisphosphonate approved for the treatment of postmenopausal osteoporosis, was launched by Roche and its copromotion partner GlaxoSmithKline (GSK) in the US in April and in Europe in September. Sales totalled 86 million Swiss francs and are expected to gain further momentum as physicians and patients recognise and prefer the simplicity and convenience of a once-monthly tablet. In January 2006 Bonviva/Boniva Injection became the first intravenous medication to be approved in the US for the treatment of postmenopausal osteoporosis and has been recommended for approval in Europe.

Global sales of Xenical (orlistat) were up 5% in a flat market. In 2005 the product's EU labeling was expanded to include data on the use of the product in obese adolescents. Xenical is thus the first and only weight-loss medication in the United States and Europe with such information in the label. In February the existing agreement with GSK was expanded to include promotion of prescription Xenical in the US by one of GSK's sales forces. In January 2006 an FDA advisory committee recommended approval of an application filed by GSK last June to market low-dose orlistat as an over-the-counter medicine for weight

loss.

**Research and development – promising clinical data on CERA and Actemra**

At the end of 2005 the Pharmaceuticals Division's R&D pipeline comprised 108 projects, including 59 new molecular entities (NMEs) and 49 additional indications. Fourteen NMEs are currently in phase 0, 21 in phase I, 19 in phase II and five in phase III or filed for regulatory review. In 2005 13 projects entered phase I development, 12 entered phase II and 13 entered phase III. Seven projects moved out of the R&D portfolio following regulatory approvals. Roche Pharmaceuticals currently has 111 projects in preclinical research across seven therapeutic areas and 78 development projects in nine therapeutic areas. In 2005 four Roche-managed R&D projects were discontinued in phase 0 (one of which reverted to the R&D partner); eight were discontinued in phase I (with two reverting to R&D partners and two outlicensed); three were discontinued in phase II (of which one reverted to the partner). There were no discontinuations in phase III.

Recent phase III data have shown that Avastin has significant survival benefit in metastatic non-small cell lung cancer and metastatic breast cancer, increasing the drug's potential to become a mainstay of cancer treatment. Regulatory filings for these new indications are planned for 2006. In addition, Avastin is being studied in phase III trials in the treatment of adjuvant colon cancer, advanced renal cell carcinoma, and pancreatic, prostate and ovarian cancer. It is also being tested in combination with Tarceva in non-small cell lung cancer. Phase III and IV trials with Herceptin are ongoing in the metastatic and adjuvant settings in breast cancer. Data from four large clinical trials in patients with early-stage breast cancer (adjuvant setting) have shown that adding Herceptin to chemotherapy significantly reduces the risk of cancer recurrence in this population. US and EU filings for this indication are planned for the first quarter of 2006.

Clinical development of CERA, the first continuous erythropoietin receptor activator for the treatment of anemia, is progressing on track. The phase III renal programme for this product includes six trials involving over 2,400 patients with chronic kidney disease (both on dialysis and not on dialysis). The first four phase III trials in dialysis patients were successfully completed at the end of 2005. CERA is the only anti-anemia drug ever studied using long dosing intervals (once every four weeks) in all patients for its initial filing. Roche plans to file marketing applications worldwide for CERA in renal anemia in 2006.

In 2005 Roche significantly advanced the development of two medicines with the potential to substantially improve the treatment of rheumatoid arthritis (RA). MabThera/Rituxan is the first selectively targeted B cell therapy to be studied in this disease. The US and EU filings in August and September for the product's first rheumatoid arthritis indication represent a significant milestone. The

8

filings, based on data from the pivotal REFLEX trial, cover the use of MabThera/Rituxan in patients who have failed to respond adequately to current biologic therapies, the subgroup of RA patients considered to be the most difficult to treat. Positive outcomes have also been seen in a phase IIb clinical trial (DANCER) with patients who had previously failed treatment with one or more disease-modifying antirheumatic drugs (DMARDs).

Development of Actemra (formerly MRA) in RA is progressing well. Phase III data from Japan were presented at the American College of Rheumatology meeting in November. They show that treatment with Actemra significantly reduces the progression of joint damage and improves RA signs and symptoms. Based on these data, Chugai plans to file a marketing application for Actemra for RA in Japan in the first half of 2006. Patient recruitment for international phase III trials is proceeding as planned. Regulatory filings in the US and EU are expected in 2007. In 2005 Chugai launched Actemra in Japan in its first indication, Castleman's disease, a rare condition that causes severe enlargement of the lymph nodes.

## Diagnostics Division

| Key figures | In millions of CHF | % change in CHF | % change in local currencies | As % of sales |
|---|---|---|---|---|
| Sales | 8,243 | +5 | +4 | 100 |
|   - Diabetes Care | 2,886 | +4 | +3 | 35 |
|   - Centralized Diagnostics | 2,906 | +6 | +5 | 35 |
|   - Molecular Diagnostics | 1,171 | +6 | +5 | 14 |
|   - Near Patient Testing | 718 | +6 | +5 | 9 |
|   - Applied Science | 562 | +6 | +5 | 7 |
| EBITDA | 2,527 | +4 | +2 | 30.7 |
| Operating profit before exceptional items | 1,687 | +1 | -1 | 20.5 |
| Research and development | 719 | +2 | +2 | 8.7 |

**Roche Diagnostics maintains its leadership**
Roche Diagnostics maintained its leadership position in a difficult market in 2005. Divisional sales rose 4% in local currencies (5% in Swiss francs and in US dollars), broadly in line with global market growth. Worldwide, Roche Diagnostics launched more than 20 new products in 2005, including a complete new generation of products to replace older flagship offerings in the division's key diabetes management portfolio. During the year the division also expanded into several new, high-potential market segments, such as DNA sequencing.

Operating profit before exceptional items decreased 1% in local currencies to 1.7 billion Swiss francs, resulting in a margin decline of 0.8 percentage points to 20.5%. This was primarily due to heavy price

pressures in the market, start-up costs for new manufacturing facilities and new products and higher depreciation charges. The higher depreciation resulted from an increase in instrument placements.

Research and development expenditure totalled nearly 720 million Swiss francs (approximately 9% of sales), significantly more than the division's competitors spent. The molecular diagnostics, immunodiagnostics and diabetes care businesses accounted for the largest shares of expenditure.

### Diabetes Care – new Accu-Chek products successfully launched

Roche Diabetes Care, the market leader in diabetes management, posted sales growth of 3% in local currencies. The business unit launched a number of innovative products in the second half of 2005. These included Accu-Chek Compact Plus, a glucose monitoring system with a built-in test strip drum and lancing device, and Accu-Chek Aviva, a successor to the Accu-Chek Advantage monitor. Also new on the market in 2005 was the Accu-Chek Spirit, a menu-driven insulin pump that sets new standards in flexibility and reliability. In addition, the business unit introduced Accu-Chek Pocket Compass 3.0, its latest software for mobile diabetes self-management. The FDA has completed its inspection of the Roche Diagnostics facility in Burgdorf (Switzerland). The final decision on whether to lift the US import alert on pumps made at the facility is still pending.

### Centralized Diagnostics – strong demand for Elecsys proBNP

Roche Centralized Diagnostics reported 5% sales growth in local currencies, taking the lead for the first time in this important segment of the diagnostics market. Growth was due primarily to the continued success of the immunodiagnostics portfolio. Roche is pursuing leadership in immunodiagnostics and in 2005 moved a step closer to achieving this medium-term goal. Placements of Elecsys and E170 systems advanced 24% for the year, reaching another record high; and thanks to strong demand for the Elecsys proBNP assay, Roche became the leading supplier of laboratory tests for cardiac markers. Sales of the Elecsys assay were helped by the more than 200 scientific papers published on NT-proBNP in 2005 and by inclusion of this marker in patient management guidelines. Investments in new technologies to automate the many tasks that precede and follow actual testing in the laboratory are beginning to pay off. An expanded cooperation agreement signed with the German company PVT Probenverteiltechnik in 2004 covering pre-analytical automation has strengthened Roche's position as a leading provider of total laboratory solutions. RSD-800/A, a new system providing complete pre-analytical automation, has already been successfully launched in nine markets.

### Molecular Diagnostics – blood screening business strengthened

With sales growth of 5% and a market share of over 40%, Roche Molecular Diagnostics remains the clear leader in an increasingly competitive market environment. Blood screening (+11%) and virology (+8%)

were again the main growth drivers. The core virology portfolio was strengthened in 2005 by the integrated Cobas AmpliPrep/Cobas TaqMan system, which offers laboratories new capabilities for fully automated sample preparation and DNA/RNA analysis. In addition, three viral load tests for use on this platform were approved for marketing in Europe; the tests measure the amounts of HIV, HCV and HBV in human plasma. Viral load is a key indicator for assessing disease progression, treatment response and drug resistance. US regulatory filings for all three tests are planned in 2006 and 2007. Roche Diagnostics' LinearArray HPV Genotyping Test, which received CE mark approval in June, is the only commercially available test capable of identifying 37 high- and low-risk genetic variants of human papillomavirus (HPV). In July 2005 Roche opened the world's largest manufacturing facility for PCR-based products in New Jersey (USA). The AmpliChip CYP450 Test, the first DNA microarray-based test for clinical diagnostic use, received US regulatory clearance in January 2005, following approval and launch in Europe in 2004. Three major laboratories in the United States have already added the test to their service offerings.

### Near Patient Testing – benefits of CoaguChek S system confirmed again

Roche Near Patient Testing reported a 5% increase in full-year sales, with positive growth in its three core segments: cardiology, coagulation monitoring and blood gas/electrolytes. Sales of coagulation monitoring products rose 13%, with especially strong growth recorded in the United States. A recent clinical trial has shown that patient self-monitoring with the CoaguChek S system can reduce the risk of severe complications and minor hemorrhages by up to 70% in patients on oral anticoagulant therapy and that it can reduce mortality after heart valve replacement by up to 60%. Placements of Roche Diagnostics' blood gas and electrolyte analysers doubled compared with the year before.

### Applied Science – successful new products

Roche Applied Science maintained its position in a fiercely competitive marketplace as sales rose 5% for the year. Genome Sequencer 20 and LightCycler 480 were two of Roche Applied Science's most important new offerings in 2005. The Genome Sequencer 20 system enables researchers to sequence long DNA fragments and entire genomes up to 100 times faster than with other commercially available platforms and marks Roche's entry into the attractive sequencing research market. Employing an award-winning nanotechnology-based approach to sequencing, the system is the first product to emerge from a strategic alliance formed in 2005 between Roche and the technology's US-based inventor, 454 Life Sciences.

### About Roche

Headquartered in Basel, Switzerland, Roche is one of the world's leading research-focused healthcare groups in the fields of pharmaceuticals and diagnostics. As a supplier of innovative products and services

for the early detection, prevention, diagnosis and treatment of diseases, the Group contributes on a broad range of fronts to improving people's health and quality of life. Roche is a world leader in diagnostics, the leading supplier of drugs for cancer and transplantation and a market leader in virology. Roche employs roughly 70,000 people in 150 countries and has R&D agreements and strategic alliances with numerous partners, including majority ownership interests in Genentech and Chugai. Additional information about the Roche Group is available on the Internet at www.roche.com.

All trademarks used or mentioned in this release are protected by law.

### Additional information
- Media release including a full set of tables: www.roche.com/med-cor-2006-02-01.htm
- Annual Report 2005: www.roche.com/fig_annualrep_2005.htm
- Presentations / live media conference broadcast (starting at 10:00 am CET):
    www.roche.com/med_events_bmk06.htm
- Photographs of the media conference (starting at 2:00 pm CET):
    www.roche.com/pages/downloads/photosel/060201/


### Next events
- Annual General Meeting: 27 February
- First quarter sales 2006: 26 April (tentative)
- Half-year results 2006: 20 July (tentative)
- Nine months sales 2006: 17 October (tentative)


**Disclaimer: Cautionary statement regarding forward-looking statements**
This document contains certain forward-looking statements. These forward-looking statements may be identified by words such as 'believes', 'expects', 'anticipates', 'projects', 'intends', 'should', 'seeks', 'estimates', 'future' or similar expressions or by discussion of, among other things, strategy, goals, plans or intentions. Various factors may cause actual results to differ materially in the future from those reflected in forward-looking statements contained in this document, among others: (1) pricing and product initiatives of competitors; (2) legislative and regulatory developments and economic conditions; (3) delay or inability in obtaining regulatory approvals or bringing products to market; (4) fluctuations in currency exchange rates and general financial market conditions; (5) uncertainties in the discovery, development or marketing of new products or new uses of existing products, including without limitation negative results of clinical trials or research projects, unexpected side-effects of pipeline or marketed products; (6) increased government pricing pressures; (7) interruptions in production; (8) loss of or inability to obtain adequate protection for intellectual property rights; (9) litigation; (10) loss of key executives or other employees; and (11) adverse publicity and news coverage. The statement regarding earnings per share growth is not a profit forecast and should not be interpreted to mean that Roche's earnings or earnings per share for 2006 or any subsequent period will necessarily match or exceed the historical published earnings or earnings per share of Roche.

**February 1, 2006**

The **Morning Telephone Conference** is being held by senior management followed by a Q&A session at 08.00 CET.

Participants will be:

    Dr. Erich Hunziker, CFO and Deputy Head of the Corporate Executive Committee

    William M. Burns, CEO Division Roche Pharma

    Dr. Severin Schwan, CEO Division Roche Diagnostics

    Dr. Karl Mahler, Head of Investor Relations

**Dial in** to the conference 10-15 min prior to the scheduled start using the following numbers:

+41 91 610 5600 (Europe and ROW) or +44 207 107 0611 (UK) or +1 866 291 4166 (USA)

Alternatively, a **live audio webcast** can be accessed via http://ir.roche.com

The **Full Year Presentation** followed by Q&A and additional break-out sessions will be held at **Cabot Hall, Cabot Place West, Canary Warf, London E14 5AB**, starting from 15.00 GMT (16.00 CET).

Participants will be:

    Dr. Franz B. Humer, Chairman of the Board of Directors and Chief Executive Officer

    Dr. Erich Hunziker, CFO and Deputy Head of the Corporate Executive Committee

    William M. Burns, CEO Division Roche Pharma

    Dr. Severin Schwan, CEO Division Roche Diagnostics

This presentation can be followed by a **live audio webcast with synchronized presentation slides** accessed via http://ir.roche.com. Alternatively, you can **dial in** to the conference using the following dial-in numbers (listen only mode, no live access to speakers):

+41 91 610 5600 (Europe and ROW) or +44 207 107 0611 (UK) or +1 866 291 4166 (USA)

The break-out sessions (will be repeated once) covering the topics Strategy & Finance, Pharmaceuticals, Diagnostics and Accounting will be held following the main Q&A session.

**February 3, 2006**

The **Full Year Presentation** followed by Q&A and additional break-out sessions will be held at **Sofitel, New York , 45 West/44[th] Street**, starting from 12.30 EST (18.30 CET).

Participants will be:

    Dr. Franz B. Humer, Chairman of the Board of Directors and Chief Executive Officer

    Dr. Erich Hunziker, CFO and Deputy Head of the Corporate Executive Committee

    William M. Burns, CEO Division Roche Pharma

    Dr. Severin Schwan, CEO Division Roche Diagnostics

This presentation can be followed by a **live audio webcast** accessed via http://ir.roche.com**.** Alternatively, you can **dial in** to the conference using the following dial-in numbers (listen only mode, no live access to speakers):

+41 91 610 5600 (Europe and ROW) or +44 207 107 0611 (UK) or +1 866 291 4166 (USA)

The break-out sessions (will be repeated once) covering the topics Strategy & Finance, Pharmaceuticals, Diagnostics and Accounting will be held following the main Q&A session.

### Replays

Replays will be available one hour after the respective event, for 48 hours. Access is by dialing:

+41 91 612 4330 (Europe and ROW) or +44 207 866 4300 (UK) or +1 412 317 0088 (USA)

Please enter the conference ID followed by the # sign:

Morning Telephone Conference: ID 406/Presentation London: ID 178/Presentation New York: ID 257

All webcasts will be available on demand at http://ir.roche.com.

The break-out sessions will be recorded and placed on the Roche website shortly after the event.

**Roche IR Contacts:**

Dr. Karl Mahler
Phone: +41 (0)61 687 85 03
e-mail: karl.mahler@roche.com

Dianne Young
Phone: +41 (0)61 688 93 56
e-mail: dianne.young@roche.com

Eva Schäfer-Jansen
Phone: +41 (0)61 688 66 36
e-mail: eva.schaefer-jansen@roche.com

Dr. Zuzana Dobbie
Phone: +41 (0)61 688 80 27
e-mail: zuzana.dobbie@roche.com

**North American investors please contact:**

Thomas Kudsk Larsen
Phone: +41 (0)61 687 05 17
Mobile phone: +41 (0)79 829 15 07
e-mail: thomas_kudsk.larsen@roche.com

**General inquiries:**

International: +41 (0) 61 688 8880
North America: +1 973 562 2233
e-mail: investor.relations@roche.com

1. Key Figures

| | In millions of CHF | | % change | | As % of sales | |
|---|---|---|---|---|---|---|
| | 2005 | 2004 | In CHF | In local currencies | 2005 | 2004 |
| Sales * | 35,511 | 29,522 | +20 | +19 | 100 | 100 |
| Research and development * | 5,705 | 5,154 | +11 | +11 | 16.1 | 17.5 |
| Operating profit before exceptional items * | 9,025 | 6,766 | +33 | +33 | 25.4 | 22.9 |
| Net income | 6,730 | 7,063 | -5 | | 19.0 | 23.9 |
| Net cash | 11,215 | 3,909 | +187 | | | |
| Equity | 41,743 | 33,283 | +25 | | | |

| | 2005 | 2004 | Change |
|---|---|---|---|
| Equity ratio (in %) | 60.2 | 56.9 | +6% |
| Core earnings per share (in CHF) | 7.68 | 5.72 | +34% |
| Dividend per share ** (in CHF) | 2.50 | 2.00 | +25% |
| Number of employees (at 31 Dec. 2005) | 68,218 | 64,594 | +3,624 |

* Continuing businesses
** Proposed by the Board of Directors

## 2. Consolidated income statement for year ended 31 December 2005 in millions of CHF

| | Pharmaceuticals | Diagnostics | Corporate | Group |
|---|---|---|---|---|
| Sales | 27,268 | 8,243 | - | 35,511 |
| Royalties and other operating income | 1,176 | 271 | - | 1,447 |
| Cost of sales | (6,071) | (3,233) | - | (9,304) |
| Marketing and distribution | (7,484) | (2,141) | - | (9,625) |
| Research and development | (4,986) | (719) | - | (5,705) |
| General and administration | (1,764) | (399) | (125) | (2,288) |
| Amortisation and impairment of intangible assets | (676) | (335) | - | (1,011) |
| Operating profit before exceptional items | 7,463 | 1,687 | (125) | 9,025 |
| | | | | |
| Amortisation of goodwill | - | - | - | - |
| Major legal cases | (210) | (146) | - | (356) |
| Changes in Group organisation | - | - | - | - |
| Operating profit | 7,253 | 1,541 | (125) | 8,669 |
| | | | | |
| Associated companies | | | | 1 |
| Financial income | | | | 678 |
| Financing costs | | | | (382) |
| Profit before taxes | | | | 8,966 |
| | | | | |
| Income taxes | | | | (2,224) |
| Profit from continuing businesses | | | | 6,742 |
| | | | | |
| Profit from discontinued businesses | | | | (12) |
| Net income | | | | 6,730 |
| | | | | |
| Attributable to | | | | |
| - Roche shareholders | | | | 5,787 |
| - Minority interests | | | | 943 |

| Earnings per share and non-voting equity security | Continuing businesses | Group |
|---|---|---|
| Basic (CHF) | 6.86 | 6.85 |
| Diluted (CHF) | 6.73 | 6.71 |

## 3. Consolidated income statement for the year ended 31 December 2004 in millions of CHF

|  | Pharmaceuticals | Diagnostics | Corporate | Group |
|---|---|---|---|---|
| Sales | 21,695 | 7,827 | - | 29,522 |
| Royalties and other operating income | 1,298 | 272 | - | 1,570 |
| Cost of sales | (4,747) | (2,971) | - | (7,718) |
| Marketing and distribution | (6,313) | (2,025) | - | (8,338) |
| Research and development | (4,451) | (703) | - | (5,154) |
| General and administration | (1,329) | (420) | (336) | (2,085) |
| Amortisation and impairment of intangible assets | (721) | (310) | - | (1,031) |
| Operating profit before exceptional items | 5,432 | 1,670 | (336) | 6,766 |
|  |  |  |  |  |
| Amortisation of goodwill | (233) | (339) | - | (572) |
| Major legal cases | - | - | - | - |
| Changes in Group organisation | (199) | - | - | (199) |
| Operating profit | 5,000 | 1,331 | (336) | 5,995 |
|  |  |  |  |  |
| Associated companies |  |  |  | (43) |
| Financial income |  |  |  | 369 |
| Financing costs |  |  |  | (602) |
| Exceptional income from bond conversion and redemption |  |  |  | 872 |
| Profit before taxes |  |  |  | 6,591 |
|  |  |  |  |  |
| Income taxes |  |  |  | (1,865) |
| Profit from continuing businesses |  |  |  | 4,726 |
|  |  |  |  |  |
| Profit from discontinued businesses |  |  |  | 2,337 |
| Net income |  |  |  | 7,063 |
|  |  |  |  |  |
| Attributable to |  |  |  |  |
| - Roche shareholders |  |  |  | 6,606 |
| - Minority interests |  |  |  | 457 |

| Earnings per share and non-voting equity security | Continuing businesses | Group |
|---|---|---|
| Basic (CHF) | 5.12 | 7.86 |
| Diluted (CHF) | 5.06 | 7.77 |

The income statement for 2004 has been restated following the changes in IFRS that were adopted effective 1 January 2005.

## 4. Consolidated balance sheet in millions of CHF

| | 31 December 2005 | 31 December 2004 |
|---|---:|---:|
| **Non-current assets** | | |
| Property, plant and equipment | 15,097 | 12,408 |
| Goodwill | 6,132 | 5,532 |
| Intangible assets | 6,256 | 6,340 |
| Investments in associated companies | 58 | 55 |
| Financial long-term assets | 2,190 | 1,227 |
| Other long-term assets | 660 | 484 |
| Deferred income tax assets | 1,724 | 1,144 |
| Post-employment benefit assets | 1,622 | 1,577 |
| Total non-current assets | 33,739 | 28,767 |
| | | |
| **Current assets** | | |
| Inventories | 5,041 | 4,614 |
| Accounts receivable | 7,698 | 7,014 |
| Current income tax assets | 299 | 159 |
| Other current assets | 1,703 | 2,007 |
| Receivable from Bayer Group collected on 1 January 2005 | - | 2,886 |
| Marketable securities | 16,657 | 10,394 |
| Cash and cash equivalents | 4,228 | 2,605 |
| Total current assets | 35,626 | 29,679 |
| | | |
| **Total assets** | 69,365 | 58,446 |
| | | |
| **Non-current liabilities** | | |
| Long-term debt | (9,322) | (7,077) |
| Deferred income tax liabilities | (3,518) | (3,564) |
| Post-employment benefit liabilities | (2,937) | (2,744) |
| Provisions | (1,547) | (683) |
| Other non-current liabilities | (806) | (961) |
| Total non-current liabilities | (18,130) | (15,029) |
| | | |
| **Current liabilities** | | |
| Short-term debt | (348) | (2,013) |
| Current income tax liabilities | (811) | (947) |
| Provisions | (833) | (1,223) |
| Accounts payable | (2,373) | (1,844) |
| Accrued and other current liabilities | (5,127) | (4,107) |
| Total current liabilities | (9,492) | (10,134) |
| | | |
| **Total liabilities** | (27,622) | (25,163) |
| | | |
| **Total net assets** | 41,743 | 33,283 |
| | | |
| **Equity** | | |
| Capital and reserves attributable to Roche shareholders | 34,922 | 27,998 |
| Equity attributable to minority interests | 6,821 | 5,285 |
| Total equity | 41,743 | 33,283 |

The balance sheet for 2004 has been restated following the changes in IFRS that were adopted effective 1 January 2005.

## 5. Consolidated cash flow statement in millions of CHF

| | Year ended 31 December 2005 | 2004 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Cash generated from operations | 12,521 | 9,748 |
| (Increase) decrease in working capital | 488 | 227 |
| Vitamin case payments | (82) | (66) |
| Major legal cases | (98) | (65) |
| Payments made for defined benefit post-employment plans | (303) | (653) |
| Utilisation of restructuring provisions | (119) | (163) |
| Utilisation of other provisions | (310) | (128) |
| Other operating cash flows | (125) | (75) |
| Cash flows from operating activities, before income taxes paid | 11,972 | 8,825 |
| Income taxes paid | (1,997) | (1,490) |
| Total cash flows from operating activities | 9,975 | 7,335 |
| | | |
| **Cash flows from investing activities** | | |
| Purchase of property, plant and equipment | (3,319) | (2,344) |
| Purchase of intangible assets | (349) | (191) |
| Disposal of property, plant and equipment | 353 | 196 |
| Disposal of intangible assets | 2 | 12 |
| Disposal of products | 56 | 431 |
| Acquisitions of subsidiaries and associated companies | (233) | (1,822) |
| Divestments of discontinued businesses, subsidiaries and associated companies | 2,913 | 696 |
| Interest and dividends received | 383 | 255 |
| Sales of marketable securities | 9,859 | 4,965 |
| Purchases of marketable securities | (15,190) | (4,281) |
| Other investing cash flows | (161) | 64 |
| Total cash flows from investing activities | (5,686) | (2,019) |
| | | |
| **Cash flows from financing activities** | | |
| Proceeds from issue of long-term debt instruments | 2,565 | - |
| Repayment of long-term debt instruments | (1,178) | (3,039) |
| Increase (decrease) in other long-term debt | (1,083) | (1,156) |
| Transactions in own equity instruments | 779 | 237 |
| Increase (decrease) in short-term borrowings | (422) | (939) |
| Interest and dividends paid | (1,983) | (1,971) |
| Exercises of equity-settled equity compensation plans | 1,090 | 643 |
| Genentech and Chugai share repurchases | (2,511) | (1,699) |
| Other financing cash flows | (38) | 61 |
| Total cash flows from financing activities | (2,781) | (7,863) |
| | | |
| Net effect of currency translation on cash and cash equivalents | 115 | (124) |
| Increase (decrease) in cash and cash equivalents | 1,623 | (2,671) |
| | | |
| Cash and cash equivalents at 1 January | 2,605 | 5,276 |
| Cash and cash equivalents at 31 December | 4,228 | 2,605 |

## 6. Group operating results 2005

|  | Pharmaceuticals (mCHF) | Diagnostics (mCHF) | Corporate (mCHF) | Group (mCHF) |
|---|---|---|---|---|
| Sales | 27,268 | 8,243 | - | 35,511 |
| Operating profit before exceptional items | 7,463 | 1,687 | (125) | 9,025 |
| - margin | 27.4 | 20.5 | - | 25.4 |
| EBITDA | 8,997 | 2,527 | (120) | 11,404 |
| - margin | 33.0 | 30.7 | - | 32.1 |

## 7. Pharmaceuticals sub-divisional results

| 2005 | Sales (mCHF) | EBITDA (mCHF) | EBITDA as % of sales | Operating profit before exceptional items (mCHF) | Operating profit before exceptional items as % of sales |
|---|---|---|---|---|---|
| Roche Pharmaceuticals | 16,955 | 5,501 | 32.4 | 4,542 | 26.8 |
| Genentech | 6,614 | 2,522 | 38.1 | 2,124 | 32.1 |
| Chugai | 3,699 | 974 | 26.3 | 797 | 21.5 |
| Pharmaceuticals Division | 27,268 | 8,997 | 33.0 | 7,463 | 27.4 |
| 2004 |  |  |  |  |  |
| Roche Pharmaceuticals | 13,970 | 4,544 | 32.5 | 3,632 | 26.0 |
| Genentech | 4,522 | 1,761 | 38.9 | 1,313 | 29.0 |
| Chugai | 3,203 | 633 | 19.8 | 487 | 15.2 |
| Pharmaceuticals Division | 21,695 | 6,938 | 32.0 | 5,432 | 25.0 |

8. Sales January to December 2005 and 2004

| January – December | 2005 CHF m | 2004 CHF m | % change In CHF | % change In local currencies |
|---|---|---|---|---|
| Pharmaceuticals Division | 27,268 | 21,695 | +26 | +25 |
| Roche Pharmaceuticals | 16,955 | 13,970 | +21 | +20 |
| Genentech | 6,614 | 4,522 | +46 | +46 |
| Chugai | 3,699 | 3,203 | +15 | +17 |
| Diagnostics Division | 8,243 | 7,827 | +5 | +4 |
| Roche Group | 35,511 | 29,522 | +20 | +19 |

9. Quarterly local sales growth by Division in 2005

| | Q1 2005 vs. Q1 2004 | Q2 2005 vs. Q2 2004 | Q3 2005 vs. Q3 2004 | Q4 2005 vs. Q4 2004 |
|---|---|---|---|---|
| Pharmaceuticals Division | +22 | +21 | +21 | +34 |
| Roche Pharmaceuticals | +11 | +18 | +17 | +32 |
| Genentech | +54 | +41 | +42 | +49 |
| Chugai | +32 | +8 | +7 | +22 |
| Diagnostics Division | +4 | +4 | +6 | +3 |
| Roche Group | +17 | +17 | +17 | +26 |

10. Quarterly sales by Division in 2005

| CHF millions | Q4 2004 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|
| Pharmaceuticals Division | 5,563 | 6,155 | 6,497 | 6,782 | 7,834 |
| Roche Pharmaceuticals | 3,447 | 3,859 | 4,119 | 4,191 | 4,786 |
| Genentech | 1,235 | 1,341 | 1,526 | 1,765 | 1,982 |
| Chugai | 881 | 955 | 852 | 826 | 1,066 |
| Diagnostics Division | 2,064 | 1,935 | 2,035 | 2,038 | 2,235 |
| Roche Group | 7,627 | 8,090 | 8,532 | 8,820 | 10,069 |

**11.** Top 20 Pharmaceuticals Division product sales[1] and local growth[2] in 2005: US, Japan and Europe/Rest of World

| | Total | | US | | Japan | | Europe/RoW | |
|---|---|---|---|---|---|---|---|---|
| | CHF m | % | CHF m | % | CHF m | % | CHF m | % |
| MabThera/Rituxan | 4,154 | 22% | 2,397 | 17% | 201 | 6% | 1,556 | 34% |
| Neo Recormon/Epogin | 2,252 | 8% | - | - | 812 | 4% | 1,440 | 11% |
| Herceptin | 2,146 | 48% | 931 | 56% | 126 | 20% | 1,089 | 46% |
| CellCept | 1,705 | 20% | 821 | 29% | 29 | 22% | 855 | 13% |
| Avastin | 1,665 | 141% | 1,411 | 108% | - | - | 254 | 1826% |
| Tamiflu | 1,558 | 370% | 393 | 341% | 398 | 307% | 767 | 431% |
| Pegasys | 1,403 | 17% | 494 | 7% | 90 | 25% | 819 | 24% |
| Rocephin | 927 | -29% | 490 | -39% | 61 | 18% | 376 | -19% |
| Xeloda | 796 | 47% | 313 | 64% | 30 | 30% | 453 | 39% |
| Xenical | 635 | 5% | 99 | 3% | - | - | 536 | 5% |
| Kytril | 500 | 9% | 203 | 9% | 138 | 11% | 159 | 8% |
| Nutropin/Protropin | 476 | 6% | 463 | 6% | - | - | 13 | -5% |
| Xolair | 408 | 74% | 408 | 74% | - | - | - | - |
| Copegus | 407 | 6% | 184 | -13% | - | - | 223 | 29% |
| Cymevene/Valcyte | 394 | 19% | 202 | 10% | - | - | 192 | 30% |
| Pulmozyme | 393 | 15% | 232 | 19% | - | - | 161 | 9% |
| Tarceva | 387 | 2224% | 342 | 1959% | - | - | 45 | - |
| Neutrogin | 364 | 15% | - | - | 364 | 15% | - | - |
| Dilatrend | 326 | -11% | - | - | - | - | 326 | -11% |
| Activase/TNKase | 310 | 11% | 274 | 13% | - | - | 36 | 0% |
| | | | | | | | | |
| New products not covered in Top 20 | | | | | | | | |
| Fuzeon | 259 | 53% | 133 | 29% | - | - | 126 | 91% |
| Raptiva | 117 | 67% | 117 | 67% | - | - | - | - |
| Evista | 104 | 182% | - | - | 104 | 182% | - | - |
| Bonviva/Boniva | 86 | - | 82 | - | - | - | 4 | - |
| Renagel | 57 | 28% | - | - | 57 | 28% | - | - |
| Actemra | 1 | - | - | - | 1 | - | - | - |

[1] Roche Pharmaceuticals, Genentech and Chugai combined
[2] versus 2004

**12. Top 20 Pharmaceuticals Division quarterly local product sales growth[1] in 2005**

| | Q1 2005 vs. Q1 2004 | Q2 2005 vs. Q2 2004 | Q3 2005 vs. Q3 2004 | Q4 2005 vs. Q4 2004 |
|---|---|---|---|---|
| MabThera/Rituxan | 24% | 23% | 18% | 23% |
| NeoRecormon/Epogin | 7% | 8% | 6% | 12% |
| Herceptin | 23% | 31% | 57% | 77% |
| CellCept | 4% | 25% | 28% | 25% |
| Avastin | 476% | 112% | 107% | 127% |
| Tamiflu | 302% | 707% | 148% | 631% |
| Pegasys | 15% | 22% | 15% | 17% |
| Rocephin | -6% | -5% | -54% | -55% |
| Xeloda | 48% | 50% | 44% | 47% |
| Xenical | 4% | 0% | 9% | 9% |
| Kytril | 0% | 18% | 14% | 5% |
| Nutropin/Protropin | 7% | 10% | 3% | 4% |
| Xolair | 128% | 88% | 51% | 57% |
| Copegus | 5% | 15% | 9% | -5% |
| Cymevene/Valcyte | 2% | 29% | 22% | 23% |
| Pulmozyme | 10% | 20% | 15% | 15% |
| Tarceva | - | - | - | 722% |
| Neutrogin | 9% | 13% | 20% | 18% |
| Dilatrend | -19% | -13% | -12% | 3% |
| Activase/TNKase | 12% | 3% | 9% | 23% |

[1]  Roche Pharmaceuticals, Genentech and Chugai combined

### 13. Pharmaceuticals Division quarterly local product sales growth[1] US in 2005

| | Q1 2005 vs. Q1 2004 | Q2 2005 vs. Q2 2004 | Q3 2005 vs. Q3 2004 | Q4 2005 vs. Q4 2004 |
|---|---|---|---|---|
| MabThera/Rituxan | 19% | 16% | 14% | 20% |
| NeoRecormon/Epogin | - | - | - | - |
| Herceptin | 19% | 29% | 70% | 99% |
| CellCept | -8% | 33% | 52% | 44% |
| Avastin | 432% | 85% | 78% | 88% |
| Tamiflu | - | 493% | 132% | 390% |
| Pegasys | -9% | 19% | 9% | 14% |
| Rocephin | 1% | 5% | -75% | -81% |
| Xeloda | 74% | 72% | 51% | 64% |
| Xenical | -1% | -14% | 20% | 18% |
| Kytril | -9% | 33% | 20% | -2% |
| Nutropin/Protropin | 7% | 10% | 3% | 4% |
| Xolair | 128% | 88% | 51% | 57% |
| Copegus | -28% | 4% | -2% | -23% |
| Cymevene/Valcyte | -9% | 20% | 17% | 14% |
| Pulmozyme | 16% | 28% | 17% | 15% |
| Tarceva | - | - | - | 528% |
| Neutrogin | - | - | - | - |
| Dilatrend | - | - | - | - |
| Activase/TNKase | 14% | 5% | 10% | 25% |

[1]  Roche Pharmaceuticals and Genentech combined

14. Pharmaceuticals Division quarterly local product sales growth Japan[1] in 2005

| | Q1 2005 vs. Q1 2004 | Q2 2005 vs. Q2 2004 | Q3 2005 vs. Q3 2004 | Q4 2005 vs. Q4 2004 |
|---|---|---|---|---|
| MabThera/Rituxan | 7% | 11% | 1% | 5% |
| NeoRecormon/Epogin | 2% | 5% | 2% | 7% |
| Herceptin | 19% | 18% | 15% | 26% |
| CellCept | 20% | 26% | 18% | 22% |
| Avastin | - | - | - | - |
| Tamiflu | 209% | - | - | 733% |
| Pegasys | 135% | 33% | 4% | 3% |
| Rocephin | 33% | 13% | 17% | 14% |
| Xeloda | 41% | 38% | 27% | 20% |
| Xenical | - | - | - | - |
| Kytril | 14% | 10% | 10% | 11% |
| Nutropin/Protropin | - | - | - | - |
| Xolair | - | - | - | - |
| Copegus | - | - | - | - |
| Cymevene/Valcyte | - | - | - | - |
| Pulmozyme | - | - | - | - |
| Tarceva | - | - | - | - |
| Neutrogin | 9% | 13% | 20% | 18% |
| Dilatrend | - | - | - | - |
| Activase/TNKase | - | - | - | - |

[1] Chugai

15. **Pharmaceuticals Division quarterly local product sales growth Europe/Rest of World[1] in 2005**

| | Q1 2005 vs. Q1 2004 | Q2 2005 vs. Q2 2004 | Q3 2005 vs. Q3 2004 | Q4 2005 vs. Q4 2004 |
|---|---|---|---|---|
| MabThera/Rituxan | 36% | 39% | 29% | 32% |
| NeoRecormon/Epogin | 10% | 10% | 9% | 16% |
| Herceptin | 26% | 34% | 51% | 69% |
| CellCept | 14% | 19% | 9% | 9% |
| Avastin | - | - | 1755% | 1203% |
| Tamiflu | 361% | 654% | 158% | 864% |
| Pegasys | 29% | 23% | 20% | 23% |
| Rocephin | -20% | -22% | -23% | -10% |
| Xeloda | 36% | 39% | 41% | 37% |
| Xenical | 5% | 3% | 7% | 7% |
| Kytril | 4% | 10% | 9% | 9% |
| Nutropin/Protropin | -5% | -3% | -6% | -5% |
| Xolair | - | - | - | - |
| Copegus | 61% | 29% | 22% | 11% |
| Cymevene/Valcyte | 19% | 39% | 27% | 36% |
| Pulmozyme | 2% | 10% | 11% | 16% |
| Tarceva | - | - | - | - |
| Neutrogin | - | - | - | - |
| Dilatrend | -19% | -13% | -12% | 3% |
| Activase/TNKase | -3% | -11% | 6% | 6% |

[1] Roche Pharmaceuticals

16. Top Pharmaceuticals Division quarterly product sales[1] in 2004 and 2005

| CHF millions | Q4 2004 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|
| MabThera/Rituxan | 877 | 929 | 1,015 | 1,057 | 1,153 |
| NeoRecormon/Epogin | 534 | 516 | 570 | 564 | 602 |
| Herceptin | 378 | 391 | 460 | 591 | 704 |
| CellCept | 347 | 370 | 430 | 441 | 464 |
| Avastin | 238 | 260 | 347 | 486 | 572 |
| Tamiflu | 93 | 424 | 156 | 279 | 699 |
| Pegasys | 299 | 325 | 355 | 350 | 373 |
| Rocephin | 321 | 330 | 284 | 152 | 161 |
| Xeloda | 146 | 165 | 190 | 213 | 228 |
| Xenical | 137 | 147 | 165 | 162 | 161 |
| Kytril | 123 | 105 | 130 | 130 | 135 |
| Nutropin/Protropin | 113 | 110 | 122 | 116 | 128 |
| Xolair | 73 | 81 | 100 | 104 | 123 |
| Copegus | 87 | 104 | 109 | 107 | 87 |
| Cymevene/Valcyte | 83 | 86 | 99 | 100 | 109 |
| Pulmozyme | 86 | 89 | 97 | 100 | 107 |
| Tarceva | 17 | 57 | 88 | 101 | 141 |
| Neutrogin | 85 | 80 | 89 | 97 | 98 |
| Dilatrend | 75 | 83 | 84 | 79 | 80 |
| Activase/TNKase | 64 | 67 | 72 | 84 | 87 |
|  |  |  |  |  |  |
| New products not covered in Top 20 |  |  |  |  |  |
| Fuzeon | 47 | 50 | 66 | 62 | 81 |
| Raptiva | 22 | 28 | 31 | 28 | 30 |
| Evista | 15 | 16 | 25 | 28 | 35 |
| Bonviva/Boniva | - | - | 21 | 14 | 51 |
| Renagel | 12 | 11 | 15 | 15 | 16 |
| Actemra | - | - | - | - | 1 |

[1] Roche Pharmaceuticals, Genentech and Chugai combined

### 17. Pharmaceuticals Division quarterly product sales[1] in US in 2004 and 2005

| CHF millions | Q4 2004 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|
| MabThera/Rituxan | 514 | 540 | 573 | 612 | 672 |
| NeoRecormon/Epogin | - | - | - | - | - |
| Herceptin | 149 | 153 | 186 | 271 | 321 |
| CellCept | 157 | 152 | 200 | 225 | 244 |
| Avastin | 230 | 240 | 300 | 409 | 462 |
| Tamiflu | 42 | 30 | 44 | 109 | 210 |
| Pegasys | 110 | 109 | 124 | 124 | 137 |
| Rocephin | 207 | 208 | 180 | 54 | 48 |
| Xeloda | 56 | 60 | 71 | 83 | 99 |
| Xenical | 20 | 25 | 24 | 24 | 26 |
| Kytril | 52 | 39 | 54 | 54 | 56 |
| Nutropin/Protropin | 110 | 107 | 119 | 113 | 124 |
| Xolair | 73 | 81 | 100 | 104 | 123 |
| Copegus | 40 | 43 | 53 | 53 | 35 |
| Cymevene/Valcyte | 47 | 43 | 49 | 53 | 57 |
| Pulmozyme | 51 | 52 | 57 | 60 | 63 |
| Tarceva | 17 | 56 | 86 | 92 | 108 |
| Neutrogin | - | - | - | - | - |
| Dilatrend | - | - | - | - | - |
| Activase/TNKase | 56 | 60 | 64 | 73 | 77 |
| | | | | | |
| New products not covered in Top 20 | | | | | |
| Fuzeon | 28 | 26 | 29 | 34 | 44 |
| Raptiva | 22 | 28 | 31 | 28 | 30 |
| Evista | - | - | - | - | - |
| Bonviva/Boniva | - | - | 21 | 13 | 48 |
| Renagel | - | - | - | - | - |
| Actemra | - | - | - | - | - |

[1]  Roche Pharmaceuticals and Genentech combined

18. Pharmaceuticals Division quarterly product sales[1] in Japan in 2004 and 2005

| CHF millions | Q4 2004 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|
| MabThera/Rituxan | 58 | 40 | 52 | 50 | 59 |
| NeoRecormon/Epogin | 220 | 168 | 209 | 203 | 232 |
| Herceptin | 31 | 25 | 31 | 32 | 38 |
| CellCept | 7 | 6 | 7 | 7 | 9 |
| Avastin | - | - | - | - | - |
| Tamiflu | 15 | 260 | 3 | 2 | 133 |
| Pegasys | 25 | 19 | 23 | 23 | 25 |
| Rocephin | 16 | 15 | 15 | 14 | 17 |
| Xeloda | 8 | 6 | 8 | 8 | 8 |
| Xenical | - | - | - | - | - |
| Kytril | 37 | 28 | 35 | 35 | 40 |
| Nutropin/Protropin | - | - | - | - | - |
| Xolair | - | - | - | - | - |
| Copegus | - | - | - | - | - |
| Cymevene/Valcyte | - | - | - | - | - |
| Pulmozyme | - | - | - | - | - |
| Tarceva | - | - | - | - | - |
| Neutrogin | 85 | 80 | 89 | 97 | 98 |
| Dilatrend | - | - | - | - | - |
| Activase/TNKase | - | - | - | - | - |
| | | | | | |
| New products not covered in Top 20 | | | | | |
| Fuzeon | - | - | - | - | - |
| Raptiva | - | - | - | - | - |
| Evista | 15 | 16 | 25 | 28 | 35 |
| Bonviva/Boniva | - | - | - | - | - |
| Renagel | 12 | 11 | 15 | 15 | 16 |
| Actemra | - | - | - | - | 1 |

[1] Chugai

19. Pharmaceuticals Division quarterly product sales in Europe/Rest of World[1] in 2004 and 2005

| CHF millions | Q4 2004 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|
| MabThera/Rituxan | 305 | 349 | 390 | 395 | 422 |
| NeoRecormon/Epogin | 314 | 348 | 361 | 361 | 370 |
| Herceptin | 198 | 213 | 243 | 288 | 345 |
| CellCept | 183 | 212 | 223 | 209 | 211 |
| Avastin | 8 | 20 | 47 | 77 | 110 |
| Tamiflu | 36 | 134 | 109 | 168 | 356 |
| Pegasys | 164 | 197 | 208 | 203 | 211 |
| Rocephin | 98 | 107 | 89 | 84 | 96 |
| Xeloda | 82 | 99 | 111 | 122 | 121 |
| Xenical | 117 | 122 | 141 | 138 | 135 |
| Kytril | 34 | 38 | 41 | 41 | 39 |
| Nutropin/Protropin | 3 | 3 | 3 | 3 | 4 |
| Xolair | - | - | - | - | - |
| Copegus | 47 | 61 | 56 | 54 | 52 |
| Cymevene/Valcyte | 36 | 43 | 50 | 47 | 52 |
| Pulmozyme | 35 | 37 | 40 | 40 | 44 |
| Tarceva | - | 1 | 2 | 9 | 33 |
| Neutrogin | - | - | - | - | - |
| Dilatrend | 75 | 83 | 84 | 79 | 80 |
| Activase/TNKase | 8 | 7 | 8 | 11 | 10 |
| | | | | | |
| New products not covered in Top 20 | | | | | |
| Fuzeon | 19 | 24 | 37 | 28 | 37 |
| Raptiva | - | - | - | - | - |
| Evista | - | - | - | - | - |
| Bonviva/Boniva | - | - | - | 1 | 3 |
| Renagel | - | - | - | - | - |
| Actemra | - | - | - | - | - |

[1] Roche Pharmaceuticals