# Exhibit 5

**From:** Cordray, Monique - LAW [mcordray@amgen.com]
**Sent:** Wednesday, November 09, 2005 1:05 PM
**To:** 'Grossman, Harman A. [JJCUS]'
**Subject:** Complaint

<<Complaint.pdf>>

Monique Cordray
805-447-2620