# Exhibit 6

| | |
|---|---|
| From: | Grossman, Harman A. [JJCUS] [HGROSSM@CORUS.JNJ.com] |
| Sent: | Friday, January 13, 2006 1:51 PM |
| To: | Monique Cordray (E-mail) |
| Subject: | roche |

Monique, here's a case that the Federal Circuit handed down this week, which has some bearing on your action against Roche. The court held that exclusive licensees are necessary parties in infringement actions. By my reading, that makes OBI -- an exclusive licensee for a particular field of use -- a necessary party in the Roche action. Would you like to take a look at the opinion, and then consider how you'd like to handle this?

<<aspex (patent standing).txt>>


Harman Avery Grossman
Assistant General Counsel

Johnson & Johnson
1 Johnson & Johnson Plaza
New Brunswick, NJ  08933

(732) 524-2445 phone
(732) 524-2788 fax