UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     05-CV-12237-WGY |
| | ) |
| F. HOFFMANN-LAROCHE LTD., a Swiss | )     Hon. William G. Young |
| Company,  ROCHE DIAGNOSTICS GmbH, | ) |
| a German Company and HOFFMANN | ) |
| LAROCHE INC., a New Jersey Corporation, | ) |
| | ) |
| Defendants. | ) |

———————————————————————)

## **DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Ortho Biotech Products, L.P. ("Ortho") hereby certifies as follows:

Ortho is a limited partnership whose general partner is Ortho Biotech Inc. and

whose limited partner is Ortho Biotech Holding Corp.  Ortho Biotech Holding Corp. is a wholly-

owned subsidiary of Ortho Biotech Inc.  Ortho Biotech Inc. is a wholly-owned subsidiary of

Ortho-McNeil Pharmaceutical, Inc., which is a wholly-owned subsidiary of Johnson & Johnson.

Dockets.Justia.com

Johnson & Johnson is a publicly traded company and no publicly traded company owns more

than ten percent of Johnson & Johnson stock.

Dated:   March 9, 2006

ORTHO BIOTECH PRODUCTS, L.P.
By its attorneys,


 /s/ Michelle Chassereau Jackson
David L. Ferrera (BBO # 631183)
Michelle Chassereau Jackson (BBO # 654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210
Telephone (617) 439-2000
Facsimile (617) 310-9000

and

Gregory L. Diskant
Steven A. Zalesin
Eugene M. Gelernter
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000
Facsimile (212) 336-2222


Of counsel:

Harman Avery Grossman, Esq.
Johnson & Johnson


1511125.1

1260075v1