UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD., )<br>ROCHE DIAGNOSTICS GMBH, and )<br>HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants. )<br> ) | Civil Action No. 05-CV-12237WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Keith E. Toms of Bromberg & Sunstein LLP for defendants, F. Hoffmann-La Roche Ltd. and Hoffman-La Roche Inc., in the above-captioned case.

Dated: Boston, Massachusetts
       March 14, 2006

/s/ Keith E. Toms
Keith E. Toms (BBO #663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004
Email: ktoms@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Keith E. Toms
Keith E. Toms

30992/501 474411.1