UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD., ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Lee Carl Bromberg of Bromberg & Sunstein LLP for defendant, Hoffmann-La Roche Inc., in the above-captioned case.

Dated: Boston, Massachusetts
March 14, 2006

/s/ Lee Carl Bromberg
Lee Carl Bromberg (BBO #058480)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004
Email: lbromberg@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Lee Carl Bromberg
Lee Carl Bromberg

00002/KET 467941.1