# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD., ) ROCHE DIAGNOSTICS GMBH, and ) HOFFMAN-LA ROCHE INC., ) | |
| Defendants ) | |

## STIPULATION FOR ENLARGEMENT OF TIME
## TO RESPOND TO COMPLAINT

The parties stipulate that defendant Hoffman-La Roche Inc. will have twenty (20) days after all defendants have been served within which to answer or otherwise respond to the complaint filed in the above captioned case.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for Amgen Inc. has agreed to this stipulation.

/s/ Keith E. Toms
Keith E. Toms

Date: March 14, 2006

| | |
|---|---|
| AMGEN INC.<br>By its attorneys | F. HOFFMANN-LA ROCHE LTD.,<br>By its attorneys |

/s/ Linda A. Baxley
Lloyd R. Day, Jr.
David M. Madrid
Linda A. Baxley
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Ste 400
Cupertino, CA 95014
Tel. (408) 873-0110
lbaxley@daycasebeer.com

D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Ste 500
Boston, MA 02210
Tel. (617) 289-9222

William Gaede III
MCDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Tel. (650) 813-5000

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Tel. (312) 474-6300

Of Counsel:
Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell Dotson
Mary Susan Howard
Kim Morley
AMGEN INC.
One Amgen Center Dr.
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Keith E Toms
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston MA, 02110
Tel. (617) 443-9292
ktoms@bromsun.com

Of Counsel:
Leora Ben-Ami
Patricia A. Carson
Thomas F. Fleming
Howard Suh
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                          /s/ Keith E. Toms
                                          Keith E. Toms

00002/KET 467948.1