# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD., ) | |
| ROCHE DIAGNOSTICS GMBH, and ) | |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants ) | |

## STIPULATION FOR ENLARGEMENT OF TIME
## TO RESPOND TO THE MOTION TO INTERVENE

Ortho Biotech Products, L.P. and the defendants F. Hoffmann-La Roche Ltd. and Hoffmann-La Roche Inc. stipulate that the defendants will have twenty (20) days after all defendants have been served within which to respond to the Motion to Intervene of Ortho Biotech Products, L.P. that has been filed in the above captioned case.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel Ortho Biotech Products, L.C. has agreed to this stipulation.

/s/ Keith E. Toms
Keith E. Toms

Date: March 17, 2006

| | |
|---|---|
| ORTHO BIOTECH PRODUCTS, L.P.<br>By its attorneys, | F. HOFFMANN-LA ROCHE LTD.,<br>HOFFMANN-LA ROCHE INC.<br>By its attorneys |
| /s/ David L. Ferrera<br>David L. Ferrera (BBO# 631183)<br>Michelle Chassereau Jackson (BBO# 654825)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel. (617) 439-2000<br>dferrera@nutter.com | /s/ Keith E Toms<br>Lee Carl Bromberg (BBO# 058480)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston MA, 02110<br>Tel. (617) 443-9292<br>ktoms@bromsun.com |
| Of Counsel:<br>Gregory L. Diskant<br>Steven A. Zalesin<br>Eugene M. Gelernter<br>PATTERSON, BELKNAP,<br>WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Tel. (212) 336-2000 | Of Counsel:<br>Leora Ben-Ami<br>Patricia A. Carson<br>Thomas F. Fleming<br>Howard Suh<br>Peter Fratangelo (BBO# 639775)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Tel. (212) 836-8000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Keith E. Toms
Keith E. Toms

3099/501 476898.1