# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
AMGEN INC.,                      )
                                )
        Plaintiff,          )
v.                                    )
                                )  Civil Action No. 05-CV-12237WGY
F. HOFFMANN-LA ROCHE LTD.,    )
ROCHE DIAGNOSTICS GMBH, and  )
HOFFMANN-LA ROCHE INC.,       )
                                )
        Defendants         )
_____)

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO THE MOTION TO INTERVENE

     Plaintiff Amgen Inc. moves for an enlargement of time to respond to the Motion To Intervene filed by Ortho Biotech Products, L.P. ("Ortho Biotech") so that Amgen will have twenty (20) days after all defendants been served within which to respond to the Motion to Intervene of Ortho Biotech Products, L.P. that has been filed in the above captioned case. Amgen Inc. files this motion on the grounds: (1) that Ortho Biotech and the Defendants F. Hoffmann-La Roche, Ltd. and Hoffmann-LA Roche, Inc. have filed a stipulation requesting the same schedule requested herein; and (2) requiring that all parties file their responses at the same time after all parties have been served with the complaint, will promote efficient consideration of the motion. Ortho Biotech assents to this motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

     I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel Ortho Biotech Products, L.P. has assented to this motion.

                                                                             /s/ Michael R. Gottfried
                                                                      Michael R. Gottfried

Date: March 20, 2006

                                    Respectfully Submitted,

                                    AMGEN INC.,
                                    By its attorneys,

                                    /s/ Michael R. Gottfried

Of Counsel:                        D.DENNIS ALLEGRETTI (BBO#545511)
                                    MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT               DUANE MORRIS LLP
WENDY A. WHITEFORD     470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY     Boston, MA 02210
DARRELL DOTSON            Telephone:   (617) 289-9200
MARYSUSAN HOWARD       Facsimile:    (617) 289-9201
KIMBERLIN MORLEY
AMGEN INC.                     LLOYD R. DAY, JR.
One Amgen Center Drive     DAVID M. MADRID
Thousand Oaks, CA  91320-1789  LINDA A. SASAKI-BAXLEY
(805) 447-5000               DAY CASEBEER MADRID & BATCHELDERLLP
                                    20300 Stevens Creek Boulevard, Suite 400
                                    Cupertino, CA  95014
                                    Telephone:   (408) 873-0110
                                    Facsimile:    (408) 873-0220

                                    WILLIAM GAEDE III
                                    McDERMOTT WILL & EMERY
                                    3150 Porter Drive
                                    Palo Alto, CA 94304
                                    Telephone:   (650) 813-5000
                                    Facsimile:    (650) 813-5100

                                    MICHAEL F. BORUN
                                    KEVIN M. FLOWERS
                                    MARSHALL, GERSTEIN & BORUN LLP
                                    233 South Wacker Drive
                                    6300 Sears Tower
                                    Chicago IL 60606
                                    Telephone:   (312) 474-6300
                                    Facsimile:    (312) 474-0448

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                    /s/ Michael R. Gottfried
                                  Michael R. Gottfried