UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
AMGEN INC.,                              )
                                         )
    Plaintiff,                           )
                                         )   C.A. NO.: 05-12237-WGY
v.                                       )
                                         )
F. HOFFMANN-LAROCHE                      )
LTD., a Swiss Company, ROCHE             )
DIAGNOSTICS GmbH, a German               )
Company and HOFFMANN LAROCHE             )
INC., a New Jersey Corporation,          )
                                         )
    Defendants.                          )
_____ )

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Matthew C. Nielsen of Marshall Gerstein & Borun LLP. Amgen submits the Certificate of Matthew C. Nielsen in support of this Motion.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Ortho Biotech Products, L.P. have assented to this motion.

Dated: March 23, 2006                Respectfully Submitted,
                                     AMGEN INC.,
                                     By its attorneys,

Of Counsel:                          /s/ Michael R. Gottfried
                                     D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                       Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                   DUANE MORRIS LLP
Monique L. Cordray                   470 Atlantic Avenue, Suite 500
Darrell Dotson                       Boston, MA 02210
Mary Susan Howard                    Telephone: (617) 289-9200
Kimberlin L. Morley                  Facsimile: (617) 289-9201
AMGEN INC.
One Amgen Center Drive

DM1\410252.1

Thousand Oaks, CA 91320-1789
(805) 447-5000

        Lloyd R. Day, Jr.
        David M. Madrid
        Linda A. Sasaki-Baxley
        DAY CASEBEER, MADRID & BATCHELDER LLP
        20300 Stevens Creek Boulevard, Suite 400
        Cupertino, CA 95014
        Telephone: (408) 873-0110
        Facsimile: (408) 873-0220

        William Gaede III
        McDERMOTT WILL & EMERY
        3150 Porter Drive
        Palo Alto, CA 94304
        Telephone: (650) 813-5000
        Facsimile: (650) 813-5100

        Michael F. Borun
        Kevin M. Flowers
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive
        6300 Sears Tower
        Chicago, IL 60606
        Telephone: (312) 474-6300
        Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

        /s/ Michael R. Gottfried
        Michael R. Gottfried