# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                    )
AMGEN INC.,                         )
                                    )
    Plaintiff,                      )
                                    )  **C.A. NO.: 05-12237-WGY**
v.                                  )
                                    )
F. HOFFMANN-LAROCHE                 )
LTD., a Swiss Company, ROCHE        )
DIAGNOSTICS GmbH, a German          )
Company and HOFFMANN LAROCHE        )
INC., a New Jersey Corporation,     )
                                    )
    Defendants.                     )
_____)

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Matthew C. Nielsen, certify as follows:

1. I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2. I am a member in good standing of the Bar of the state of Illinois and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

/s/ Matthew C. Nielson
Matthew C. Nielsen

Dated: March 20, 2006