UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | C.A. NO.: 05-12237-WGY |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Thomas I. Ross of Marshall Gerstein & Borun LLP. Amgen submits the Certificate of Thomas I. Ross in support of this Motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Ortho Biotech Products, L.P. have assented to this motion.

Dated: March 23, 2006

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell Dotson
Mary Susan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

DM1\410308.1

Thousand Oaks, CA 91320-1789
(805) 447-5000

                Lloyd R. Day, Jr.
                David M. Madrid
                Linda A. Sasaki-Baxley
                DAY CASEBEER, MADRID & BATCHELDER LLP
                20300 Stevens Creek Boulevard, Suite 400
                Cupertino, CA 95014
                Telephone: (408) 873-0110
                Facsimile: (408) 873-0220

                William Gaede III
                McDERMOTT WILL & EMERY
                3150 Porter Drive
                Palo Alto, CA 94304
                Telephone: (650) 813-5000
                Facsimile: (650) 813-5100

                Michael F. Borun
                Kevin M. Flowers
                MARSHALL, GERSTEIN & BORUN LLP
                233 South Wacker Drive
                6300 Sears Tower
                Chicago, IL 60606
                Telephone: (312) 474-6300
                Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                /s/ Michael R. Gottfried
                Michael R. Gottfried

2

DM1\410308.1