UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
AMGEN INC.,                         )
                                    )
    Plaintiff,                     )
                                    )     C.A. NO.: 05-12237-WGY
v.                                  )
                                    )
F. HOFFMANN-LAROCHE                 )
LTD., a Swiss Company, ROCHE        )
DIAGNOSTICS GmbH, a German          )
Company and HOFFMANN LAROCHE        )
INC., a New Jersey Corporation,     )
                                    )
    Defendants.                    )
_____)

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Sandip Patel, certify as follows:

1.    I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2.    I am a member in good standing of the Bar of the state of Illinois and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.    I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

                                       /s/ Sandip H. Patel
                                       Sandip H. Patel

Dated: March 20, 2006