UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., </br></br>Plaintiff, </br></br>v. </br></br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, </br></br>Defendants. | C.A. NO.: 05-12237-WGY |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Deborah E. Fishman of Day Casebeer Madrid & Batchelder LLP. Amgen submits the Certificate of Deborah E. Fishman in support of this Motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Ortho Biotech Products, L.P. have assented to this motion.

Dated: April 5, 2006 Respectfully Submitted,

DM1\410401.1

|                                | AMGEN INC.,<br>By its attorneys, |
|---|---|
| Of Counsel:                    | /s/ Michael R. Gottfried |
|                                | D. Dennis Allegretti (BBO#545511) |
| Stuart L. Watt                 | Michael R. Gottfried (BBO# 542156) |
| Wendy A. Whiteford             | DUANE MORRIS LLP |
| Monique L. Cordray             | 470 Atlantic Avenue, Suite 500 |
| Darrell Dotson                 | Boston, MA 02210 |
| Mary Susan Howard              | Telephone: (617) 289-9200 |
| Kimberlin L. Morley            | Facsimile: (617) 289-9201 |
| AMGEN INC.                     | |
| One Amgen Center Drive         | |
| Thousand Oaks, CA 91320-1789   | |
| (805) 447-5000                 | |

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 5, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried