UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## AMGEN INC.'S ASSENTED-TO MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Amgen Inc. ("Amgen") hereby moves this Court for leave to file the following document under seal

> Exhibit A to the Declaration of Linda A. Sasaki-Baxley in Support of Amgen's Opposition and Memorandum to Ortho Biotech Products L.P.'s Motion to Intervene.

The document in question is the Award of Arbitrators issued in an arbitration held before the American Arbitration Association ("AAA") in Chicago, Illinois on December 18, 1998. Pursuant to the rules of the AAA, and by agreement of the parties involved in the arbitration, this award is deemed confidential and cannot be disclosed to the public. Defendants F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., and Roche Diagnostics, GmBh, and , the party seeking to intervene in this matter, Ortho Biotech Products, L.P. have all assented to this motion without prejudice to any rights that they may have to challenge Amgen's confidentiality designations later in this proceeding pursuant to the applicable rules and any orders entered by the Court.

1

WHEREFORE, Amgen respectfully requests that the Court grant its motion for leave to file the above-described document under seal and that should the Court grant this motion as requested, that the Court order that the document remain under seal until such time as a further order of the Court issues.

Dated: April 11, 2006                     Respectfully Submitted,

                                          AMGEN INC.,
                                          By its attorneys,

                                                 /s/ Michael R. Gottfried
Of Counsel:                               D. DENNIS ALLEGRETTI (BBO#545511)
                                          MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                            DUANE MORRIS LLP
WENDY A. WHITEFORD                        470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                        Boston, MA  02210
DARRELL DOTSON                            Telephone:    (617) 289-9200
MARY SUSAN HOWARD                         Facsimile:    (617) 289-9201
KIMBERLIN MORLEY
AMGEN INC.                                LLOYD R. DAY, JR.
One Amgen Center Drive                    DAVID M. MADRID
Thousand Oaks, CA   91320-1789            LINDA A. SASAKI-BAXLEY
(805) 447-5000                            DAY CASEBEER MADRID & BATCHELDER LLP
                                          20300 Stevens Creek Boulevard, Suite 400
                                          Cupertino, CA  95014
                                          Telephone:    (408) 873-0110
                                          Facsimile:    (408) 873-0220

                                          WILLIAM GAEDE III
                                          McDERMOTT WILL & EMERY
                                          3150 Porter Drive
                                          Palo Alto, CA 94304
                                          Telephone:    (650) 813-5000
                                          Facsimile:    (650) 813-5100

                                          MICHAEL F. BORUN
                                          KEVIN M. FLOWERS
                                          MARSHALL, GERSTEIN & BORUN LLP
                                          233 South Wacker Drive
                                          6300 Sears Tower
                                          Chicago IL 60606
                                          Telephone:    (312) 474-6300
                                          Facsimile:    (312) 474-0448

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

  I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., Roche Diagnostics, GmBh, and Ortho Biotech Products, L.P. have assented to this motion.

                /s/ Michael R. Gottfried
                Michael R. Gottfried

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

                                              /s/ Michael R. Gottfried
                                              Michael R. Gottfried