# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>   Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

**DECLARATION OF LINDA A. SASAKI-BAXLEY IN SUPPORT OF
AMGEN INC.'S OPPOSITION AND MEMORANDUM TO
ORTHO BIOTECH PRODUCTS L.P.'S MOTION TO INTERVENE**

Dockets.Justia.com

I, Linda A. Sasaki-Baxley, declare:

1. I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of the Opinion of the American Arbitration Association dated December 18, 1998 in the matter Ortho Biotech Inc. and Ortho-McNeil Pharmaceutical Corporation versus Amgen Inc. and Kirin-Amgen Inc.

4. Attached hereto as Exhibit B is a true and correct copy of the 5/26/89 Approval of 5/5/89 Report and Recommendation Re: Motion Of Ortho Pharmaceutical Corporation to Intervene In This Action Pursuant To Rules 24(a)(2) and 24(b)(2), Fed. R. Civ. P. (Docket No. 87-2617-Y).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 10th day of April, 2006.


                                                                 Linda A. Sasaki-Baxley