# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, and )<br>HOFFMANN-LA ROCHE INC. )<br>)<br>    Defendants. )<br>)<br>_____ ) | CIVIL ACTION No.: 05-cv-12237WGY<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT F. HOFFMANN-LA ROCHE LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant F. Hoffmann-La Roche Ltd ("Defendant") respectfully submits this motion to dismiss the complaint of Plaintiff Amgen Inc. ("Amgen") for Lack of Personal Jurisdiction  In support of this motion, Defendant has concurrently filed a memorandum of points and authorities, and a supporting declaration by Robert Ferraro.

### REQUEST FOR ORAL ARGUMENT

Roche believes oral argument will assist the Court in deciding this motion, and wishes to be heard.

ws1079.tmp

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:  Boston, Massachusetts
             April 11, 2006

                                      F. HOFFMANN-LA ROCHE LTD,
                                      ROCHE DIAGNOSTICS GMBH, and
                                      HOFFMANN-LA ROCHE INC.

                                      By its attorneys,

                                      /s/  Julia Huston
                                      Lee Carl Bromberg (BBO# 058480)
                                      Julia Huston (BBO# 562160)
                                      Keith E. Toms (BBO# 663369)
                                      BROMBERG & SUNSTEIN LLP
                                      125 Summer Street
                                      Boston, MA 02110
                                      Tel. (617) 443-9292
                                      jhuston@bromsun.com

                                      Of Counsel:

                                      Leora Ben-Ami
                                      Patricia A. Carson
                                      Thomas F. Fleming
                                      Howard Suh
                                      Peter Fratangelo (BBO# 639775)
                                      KAYE SCHOLER LLP
                                      425 Park Avenue
                                      New York, NY 10022
                                      Tel: (212) 836-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                            /s/  Julia Huston

03099/00501  485286.1