UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., a Swiss )<br>Company, ROCHE DIAGNOSTICS GmbH, )<br>a German Company and HOFFMANN )<br>LAROCHE INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>) | 05-CV-12237-WGY<br><br>Hon. William G. Young |

## NOTICE OF APPEARANCE

Please enter the appearance of David L. Ferrera of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the intervenor plaintiff, Ortho Biotech Products, L.P.

ORTHO BIOTECH PRODUCTS, L.P.
By its attorneys,

/s/ David L. Ferrera
David L. Ferrera (BBO # 631183)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone (617) 439-2000
Facsimile (617) 310-9000

**Dated: April 11, 2006**

1513980.1