CBER Approval Times for Priority and Standard BLAs and Device Applications                                                                                     Page 1 of 2

# U.S. Food and Drug Administration

## CENTER FOR BIOLOGICS EVALUATION AND RESEARCH

FDA Home Page | CBER A-Z Index | CBER Search | Contact CBER | CBER Home Page

Blood | Vaccines | Cellular/Gene Therapy | Tissue | Devices

Products | Industry | Healthcare | Reading Room | Meetings | What's New

## Approval Times

The Center for Biologics Evaluation and Research continues to ensure the safety of the nation's blood supply and the safety and efficacy of counter-terrorism and other vaccines and antitoxins, as well as cutting edge technologies such as somatic cell and gene therapies. CBER also continues to approve new biological licenses as well as biological license supplements.

### Approval Times for Priority and Standard Biological License Applications and Device Applications

| Calendar Year | BLAs | | | | Blood Banking | | PMAs | | 510ks | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Priority Review | | Standard Review | | | | | | | |
| | Number Approved | Median Total Approval Time (months) | Number Approved | Median Total Approval Time (months) | Number Approved | Median Total Approval Time (months) | Number Approved | Median Total Approval Time (months) | Number Approved | Median Total Approval Time (months) |
| 1995 | 2 | 50.37 | 16 | 34.42 | 11 | 10.13 | 0 | -- | 51 | 6.7 |
| 1996 | 3 | 11.87 | 24 | 39.63 | 10 | 10.18 | 3 | 11.7 | 31 | 5.0 |
| 1997 | 7 | 8.94 | 22 | 22.07 | 8 | 10.99 | 0 | -- | 46 | 11.1 |
| 1998 | 8 | 6.91 | 13 | 23.42 | 6 | 11.94 | 0 | -- | 52 | 15.1 |
| 1999 | 3 | 13.87 | 4 | 24.18 | 3 | 8.32 | 2 | 24.7 | 44 | 7.0 |

http://www.fda.gov/cber/products/apprtime.htm                                                                                                                           3/7/2006

CBER Approval Times for Priority and Standard BLAs and Device Applications                                                                                                              Page 2 of 2

| 2000 | 1 | 8.52 | 9 | 28.67 | 2 | 16.80 | 0 | -- | 22 | 3.3 |
| 2001 | 2 | 13.18 | 8 | 23.74 | 5 | 16.63 | 3 | 10.5 | 25 | 5.5 |
| 2002 | 6 | 14.69 | 10 | 19.91 | 4 | 10.61 | 2 | 19.9 | 42 | 6.2 |
| 2003 | 5 | 22.18 | 11 | 30.00 | 6 | 8.66 | 3 | 8.5 | 47 | 2.3 |
| 2004* | 0 | -- | 2 | 19.77 | 2 | 12.91 | 1 | 5.9 | 62 | 2.5 |

* Beginning in 2004, these figures exclude BLAs for therapeutic biological products transferred from CBER to CDER effective 10/1/2003.

Description of approval time information

Transfer of therapeutic products from CBER to CDER

---

Updated June 29, 2005

CBER Home Page | CBER A-Z Index | CBER Search | Contact CBER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA / Center for Biologics Evaluation and Research