

## CDER Approval Times for Priority and Standard NMEs and New BLAs Calendar Years 1993 - 2004*

| Calendar Year | Priority | | | Standard | | |
|---|---|---|---|---|---|---|
| | Number Approved | Median FDA Review Time (months) | Median Total Approval Time (months) | Number Approved | Median FDA Review Time (months) | Median Total Approval Time (months) |
| 1993 | 13 | 13.9 | 14.9 | 12 | 27.2 | 27.2 |
| 1994 | 12 | 13.9 | 14.0 | 9 | 22.2 | 23.7 |
| 1995 | 10 | 7.9 | 7.9 | 19 | 15.9 | 17.8 |
| 1996 | 18 | 7.7 | 9.6 | 35 | 14.6 | 15.1 |
| 1997 | 9 | 6.4 | 6.7 | 30 | 14.4 | 15.0 |
| 1998 | 16 | 6.2 | 6.2 | 14 | 12.3 | 13.4 |
| 1999 | 19 | 6.3 | 6.9 | 16 | 14.0 | 16.3 |
| 2000 | 9 | 6.0 | 6.0 | 18 | 15.4 | 19.9 |

| 2001  | 7  | 6.0  | 6.0  | 17 | 15.7 | 19.0 |
| 2002  | 7  | 13.8 | 16.3 | 10 | 12.5 | 15.9 |
| 2003  | 9  | 6.7  | 6.7  | 12 | 13.8 | 23.1 |
| 2004* | 21 | 6.0  | 6.0  | 15 | 16.0 | 24.7 |

* Beginning in 2004, these figures include new BLAs for therapeutic biologic products transferred from CBER to CDER.

*updated through 12/31/2004*

Date created: March 22, 2005

↑ Back to Top    ↰ Back to Index

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

FDA/Center for Drug Evaluation and Research