**EXHIBIT 8**

# TheStreet.com

Biotech/Pharmaceuticals

## J&J, Amgen Caution on Anemia Drugs
**By Althea Chang**
**TheStreet.com Staff Reporter**
12/2/2005 5:46 PM EST
URL: http://www.thestreet.com/stocks/biotech/10255421.html

*Updated from Dec. 1*

Health-care giant **Johnson & Johnson** (JNJ:NYSE) and big biotech **Amgen**
(AMGN:Nasdaq) issued warnings on three drugs, saying that, in very rare cases, the
treatments could actually worsen the disease they're intended to fight.

The warnings posted on the Food and Drug Administration's Web site Thursday apply to
Johnson & Johnson's Procrit and Amgen's Epogen and Aranesp, which are all designed to
treat anemia, a condition marked by a low count of red blood cells.

According to the companies, a handful of patients receiving the drugs experienced severe
anemia, with or without other blood disorders called cytopenias, in reaction to the drugs since
being launched.

Amgen spokeswoman Mary Klem said fewer than half a dozen patients taking Epogen, which
has been on the market since 1989, and two patients on Aranesp, available since 2002, have
experienced this type of reaction.

The companies say the drugs should be permanently discontinued in patients with a
condition known as antibody-mediated anemia.

However, if the drugs are used "in accordance with the approved prescribing information, the
benefit/risk profile" of the three drugs continues to be favorable, the companies said.