# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC. </br></br> Plaintiff, </br></br> v. </br></br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, </br></br> Defendant. | Civil Action No.: 05-12237 WGY |

**DECLARATION OF MICHAEL R. GOTTFRIED IN SUPPORT OF AMGEN INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED**

I, Michael R. Gottfried declare:

1. I am a member of the law firm of Duane Morris LLP counsel for plaintiff Amgen Inc.

2. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction and Failure to State a Claim for Which Relief May Be Granted, dated April 25, 2006.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts of Roche's 2005 Annual Report.

4. Attached hereto as Exhibit 2 is a true and correct copy of a M. Foote chapter in ERYTHROPOIETINS AND ERYTHROPOIESIS entitled, "*Studies of erythropoiesis and the discovery and cloning of recombinant human erythropoietin gene.*"

5. Attached hereto as Exhibit 3 is a true and correct copy of an article by HC Tillmann et al. entitled, "*Efficacy and immunogenicity of novel erythropoietic agents and conventional rhEPO in rats with renal insufficiency*" published in 69 KIDNEY INTERNATIONAL 60 (2006).

6. Attached hereto as Exhibit 4 is a true and correct copy of an article by F. Locatelli and L. Del Vecchio entitled "*Pure red cell aplasia secondary to treatment with erythropoietin*" published in 16 J. NEPHROL. 461 (2003).

7. Attached hereto as Exhibit 5 is a true and correct copy of a November 17, 2003 Roche conference call transcript entitled, " RHHBY – Roche Conference Call – Phase II CERA Data in Renal Patients," published by CCBN StreetEvents.

8. Attached hereto as Exhibit 6 is a true and correct copy of a Reuters Article entitled, "Roche asks U.S. to approve drug for renal anaemia" dated April 20, 2006.

- 1 -

9. Attached hereto as Exhibit 7 is a true and correct copy of an article by I. MacDougall entitled, "*CERA (Continuous Erythropoietin Receptor Activator): A New Erythropoeisis-Stimulating Agent for the Treatment of Anemia,*" published in 4 CURR. HEMATOLOGY REPORTS 436 (2005).

10. Attached hereto as Exhibit 8 is a true and correct copy of an undated Roche job posting.

11. Attached hereto as Exhibit 9 is a true and correct copy of an undated Roche job posting for pegylated EPO.

12. Attached hereto as Exhibit 10 is a true and correct copy of an undated Roche job posting for pegylated EPO.

13. Attached hereto as Exhibit 11 is a true and correct copy Roche's Invitation to a May 2006 Hamburg Germany Anaemia Global Expert Meeting.

14. Attached hereto as Exhibit 12 is a true and accurate copy of a transcript of Roche's Presentation for 2005 Annual Results in New York, Feb. 3, 2006, Pharmaceutics Breakout Session, transcribed at my direction. For the Court's convenience, relevant portions of Roche's presentation are highlighted.

15. Attached hereto as Exhibit 13 is a true and accurate copy of an audio recording of Roche's Presentation for 2005 Annual Results in New York, Feb. 3, 2006, Pharmaceutics Breakout Session, available at http://www.roche.com/home/investors/inv_news_pres/inv_news_pres_annual_060201.htm#inv_news_pres_annual_060201_text-Anchor-us. For the Court's convenience, Exhibit 13 also contains a true and correct copy of relevant excerpts of Roche's presentation.

16. Attached hereto as Exhibit 14 is a true and correct copy of an October 21, 2003 Amgen conference call transcript entitled, "AMGN – Q3 2003 Amgen Earnings Conference Call," published by CCBN StreetEvents.

17. Attached hereto as Exhibit 15 is a true and correct copy of July 22, 2004 Amgen conference call transcript entitled, "AMGN – Q2 2004 Amgen Earnings Conference Call," published by CCBN StreetEvents.

18. Attached hereto as Exhibit 16 is a true and correct copy of a Bernstein Research Call Report entitled, "Roche & Amgen: Taking CERA Seriously" dated October 15, 2003.

19. Attached hereto as Exhibit 17 is a true and correct copy of a Bear Stearns Equity Research Report entitled, "Shifting The Focus From Medicare To Emerging EPO Competition – CERA Battle Will Likely Be Intense," dated April 20, 2005.

20. Attached hereto as Exhibit 18 is a true and correct copy of a Bear Stearns Equity Research Report entitled, "2003 Roche-Sponsored Investor Presentation May Contain Clues About CERA . . ." dated May 3, 2005.

21. Attached here to as Exhibit 19 is a true and correct copy of "The Pink Sheet" entitled "Roche Will Challenge Amgen in U.S. EPO Market; Oncology Business Growing" published by F-D-C Reports and dated August 4, 2003.

22. Attached hereto as Exhibit 20 is a true and correct copy of February 1, 2006 Roche conference call transcript entitled "RHHBY.PK – Roche Holdings AG - 2005 Full Year Results 'Morning' Conference Call," published by Thomson StreetEvents.

- 4 -

Signed this 25th day of April, 2006.

/s/ Michael R. Gottfried
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephones:  (617) 289-9200
Facsimile:    (617) 289-9201

MPK 107363-3.041925.0023