# EXHIBIT 1



Roche Annual Report 2005

Part 1

# Business Report

## We Innovate Healthcare



# Innovative solutions spanning the healthcare spectrum

> Predisposition › Early detection › Prevention › Diagnosis › Therapy › Monitoring

Our combined capabilities in diagnostics and pharmaceuticals enable us to meet needs across the entire healthcare spectrum. From identifying disease susceptibilities and screening for disease in at-risk populations to prevention, diagnosis, therapy and treatment monitoring, our innovative products are advancing the fight against disease on a wide range of fronts, and making a real difference for patients and health professionals.

At Roche our commitment to innovating healthcare is matched by a commitment to corporate social responsibility. Sustainability is one of our company's guiding values. We recognise that economic, social and environmental concerns are intertwined and that progress in each of these sectors requires progress in all three. As a research-intensive company with a long-term strategic focus, Roche strives to deliver sustainable value to all its major stakeholders.



**Predisposition** Page 8

'It's so good to know my medication really can help me.'



**Early detection** Page 16

'We couldn't have stood the uncertainty any longer.'



**Prevention** Page 42

'The medication helps against my osteoporosis, and I only have to take it once a month.'



**Diagnosis** Page 64

'Suddenly I realised my life was hanging by a thread.'



**Therapy** Pages 70 and 84

'The feeling that I had regained control over my disease gave me a huge psychological lift.'



**Monitoring** Page 100

'I've got my independence back.'

## Table of Contents

**Business Report 2005**

| | |
|---|---|
| Key figures | 2 |
| The year 2005 in brief | 3 |
| Letter from the Chairman | 4 |
| **Roche Group** | **10** |
| Group results | 10 |
| Outlook | 10 |
| Group strategy | 11 |
| **Pharmaceuticals** | **18** |
| Pharmaceuticals Division in brief | 18 |
| Results | 19 |
| Therapeutic areas | 19 |
| Research and development | 25 |
| R&D Pipeline | 27 |
| Expanding biotech production capacity | 30 |
| Access to medicines | 30 |
| **Diagnostics** | **32** |
| Diagnostics Division in brief | 32 |
| Results | 33 |
| Business areas | 33 |
| Research and development | 39 |
| Key product launches scheduled for 2006 | 40 |
| Access to diagnostics | 41 |
| **Board of Directors and Corporate Executive Committee, Corporate Governance** | **44** |
| Board of Directors and Corporate Executive Committee | 44 |
| Corporate Governance | 48 |
| Responsible and sustainable management | 58 |
| **Dialogue with our stakeholders** | **66** |
| **Our commitment to employees** | **72** |
| **Our commitment to society** | **78** |
| **Safety, health and environmental protection** | **86** |
| Assurance | 102 |
| Track record 2005 / Outlook 2006 | 104 |
| The key performance indicators | 107 |
| GRI reference list | 108 |
| Roche – a Global Market Presence | 112 |

**Fold-out: R&D Pipeline** ↻

## Therapeutic proteins — building a stronger portfolio

Biopharmaceuticals are promising candidates for innovative therapies in a number of disease areas. However, creating protein-based drugs is a complex process that poses challenges very different to the manufacturing of small molecules. Roche Pharmaceuticals established the Therapeutic Protein Initiative (TPI) to build and expand its expertise in this area.

TPI is a global initiative, uniting contributions from many divisional functions, with protein discovery and development activities in Penzberg and protein formulation in Basel as its cornerstones. By acquiring and developing external and internal knowledge and skills, Roche has established novel technologies in cell-line development, automated product isolation and advanced analytical technologies.

Since its inception in 2001 TPI has helped increase Roche Pharmaceuticals' R&D productivity, with the number of protein-based projects rising from four to now more than 25. Most of these are in the key areas of oncology, inflammatory and autoimmune disorders and transplantation.



'Recombinant proteins, especially monoclonal antibodies, have demonstrated their value as novel therapeutic agents due to their high target specificity. They already provide safe and effective therapies for many patients,' says Stephan Fischer, Global Head of Biologics Research and Development at Roche. 'Our expertise and competence in all functions involved in protein research, development and manufacturing put the Roche Group in a unique position to keep delivering breakthrough medicines.'

### Major development activities

#### Oncology

Major clinical development programmes are exploring the benefits of MabThera/Rituxan, Herceptin, Avastin, Tarceva and Xeloda in additional important indications.

Recent phase III data have shown that Avastin has significant survival benefit in metastatic non-small cell lung cancer and metastatic breast cancer, increasing the drug's potential to become a mainstay of cancer treatment (see *Setting new standards in cancer treatment*, p. 30). Regulatory filings for these new indications are planned for 2006. In addition, Avastin is being studied in phase III trials in the treatment of adjuvant colon cancer, advanced renal cell carcinoma, and pancreatic, prostate and ovarian cancer. It is also being tested in combination with Tarceva in non-small cell lung cancer (NSCLC).

Roche is evaluating MabThera/Rituxan in chronic lymphocytic leukemia (CLL) in two phase III programmes exploring its use as first-line treatment and in the therapy of relapsing CLL.

Phase III and IV trials with Herceptin are ongoing in the metastatic and adjuvant settings in breast cancer. Herceptin is also being evaluated in the treatment of gastric cancer. Data from four large clinical trials in patients with early-stage breast

# R&D pipeline: all major development projects successfully brought forward

| Therapeutic area | Project ID | Project/product (generic name) | Pharmacological class | Indication | Phase | Partner |
|---|---|---|---|---|---|---|
| Cardiovascular and metabolic diseases | R1438 | | enzyme inhibitor | type 2 diabetes | II | |
| | R1439 | | | type 2 diabetes | I | |
| | R1440 | | enzyme modulator | type 2 diabetes | II | |
| | R1511 | | | type 2 diabetes | 0 | |
| | R1579 | | | type 2 diabetes | 0 | |
| | R1593 | | | dyslipidemia | I | Nippon Shinyaku (NS-220) |
| | R1658 | | CETP inhibitor | dyslipidemia | II | Japan Tobacco (JTT-705) |
| | R1664 | | | dyslipidemia | 0 | |
| | R483 | insulin sensitiser | insulin sensitiser | type 2 diabetes | II | |
| Genitourinary disease | R1646 | | | overactive bladder | 0 | |
| | R873 | | GPCR agonist | male erectile dysfunction | II | |
| Hematology and nephrology | R744 | CERA | continuous erythropoietin receptor activator | cancer-related anemia | II | |
| | R744 | CERA | continuous erythropoietin receptor activator | renal anemia | III | |
| Inflammatory, autoimmune and bone diseases | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | rheumatoid arthritis, DMARD inadequate responders | III | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | rheumatoid arthritis, anti-TNF inadequate responders | filed | Genentech and Biogen Idec |
| | R127 | Valcyte (valganciclovir) | inhibitor of CMV replication | ulcerative colitis | I | |
| | R1295 | | | rheumatoid arthritis | I | |
| | R1503 | | kinase inhibitor | rheumatoid arthritis | II | |
| | R1541 | | | inflammatory bowel disease | I | |
| | R1569 | Actemra (tocilizumab) | humanised anti-IL-6 receptor monoclonal antibody | rheumatoid arthritis | III | Chugai |
| | R1569 | Actemra (tocilizumab) | humanised anti-IL-6 receptor monoclonal antibody | systemic onset juvenile idiopathic arthritis | III | Chugai |
| | R1594 | | humanised anti-CD20 monoclonal antibody | rheumatoid arthritis | II | Genentech (PRO70769) |
| | R1599 | | | osteoarthritis | 0 | |
| | R3421 | | | autoimmune diseases, transplantation | I | BioCryst |
| | R99 | CellCept (mycophenolate mofetil) | IMPDH inhibitor | lupus nephritis | III | Aspreva |
| | R99 | CellCept (mycophenolate mofetil) | IMPDH inhibitor | myasthenia gravis | III | Aspreva |
| Neurological and psychiatric diseases | R1450 | | | Alzheimer's disease | 0 | |
| | R1647 | | | depression | 0 | |
| | R1678 | | | schizophrenia | I | |
| | R641 | | | Alzheimer's disease | 0 | |
| | R7090 | | | anxiety | I | |
| | R7116 | | | schizophrenia | 0 | |
| Oncology | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | chronic lymphocytic leukemia, relapsed | III | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | chronic lymphocytic leukemia (1st line) | III | |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | indolent non-Hodgkin's lymphoma - maintenance | filed | Genentech and Biogen Idec |
| | R1273 | Omnitarg (pertuzumab) | anti-HER2 monoclonal antibody | ovarian cancer | II | Genentech |
| | R1273 | Omnitarg (pertuzumab) | anti-HER2 monoclonal antibody | metastatic breast cancer | II | Genentech |
| | R1415 | Tarceva (erlotinib) | EGFR inhibitor | glioblastoma multiforme | II | Genentech and OSI Pharmaceuticals |
| | R1415 + R435 | Tarceva+Avastin (erlotinib + bevacizumab) | EGFR inhibitor + anti-VEGF monoclonal antibody | NSCLC (1st line) - maintenance | III | Genentech and OSI Pharmaceuticals |
| | R1415 | Tarceva (erlotinib) | EGFR inhibitor | NSCLC (1st line) - combo with chemotherapy | III | Genentech and OSI Pharmaceuticals |
| | R1415 + R435 | Tarceva+Avastin (erlotinib + bevacizumab) | EGFR inhibitor + anti-VEGF monoclonal antibody | NSCLC (2nd line) | III | Genentech and OSI Pharmaceuticals |
| | R1415 | Tarceva (erlotinib) | EGFR inhibitor | pancreatic cancer | filed | Genentech and OSI Pharmaceuticals |
| | R1454 | | | solid tumours | I | |
| | R1492 | | epothilone D | solid tumours | II | Kosan Biosciences (KOS862) |
| | R1507 | | | solid tumours | 0 | |
| | R1530 | | | solid tumours | I | |
| | R1550 | | monoclonal antibody | metastatic breast cancer | I | Antisoma |
| | R1594 | | humanised anti-CD20 monoclonal antibody | hematologic malignancies | I | Genentech (PRO70769) |
| | R1645 | | epothilone D | solid tumours | I | Kosan Biosciences (KOS1584) |
| | R340 | Xeloda (capecitabine) | fluoropyrimidine | adjuvant breast cancer | III | |
| | R340 | Xeloda (capecitabine) | fluoropyrimidine | adjuvant colon cancer - combo | III | |
| | R340 | Xeloda (capecitabine) | fluoropyrimidine | metastatic colorectal cancer (1st line) - combo | III | |
| | R340 | Xeloda (capecitabine) | fluoropyrimidine | metastatic colorectal cancer (2nd line) - combo | III | |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | NSCLC, squamous | II | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | adjuvant colon cancer | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | metastatic breast cancer (1st line) | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | metastatic breast cancer (1st line) - extension | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | metastatic colorectal cancer (1st line) - combo extension | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | renal cell carcinoma | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | NSCLC (1st line) | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | pancreatic cancer | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | ovarian cancer | III | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | prostate cancer | III | Genentech |
| | R547 | | | solid tumours | I | |
| | R597 | Herceptin (trastuzumab) | anti-HER2 monoclonal antibody | metastatic breast cancer - combo with hormonal therapy | III | Genentech |
| | R597 | Herceptin (trastuzumab) | anti-HER2 monoclonal antibody | adjuvant breast cancer | III | Genentech |
| | R597 | Herceptin (trastuzumab) | anti-HER2 monoclonal antibody | gastric cancer | III | |
| | R925 | Bondronat (ibandronic acid) | bisphosphonate | metastatic bone pain | III | |
| Respiratory diseases | R35 | (daclizumab) | anti-CD25 monoclonal antibody | asthma | II | PDL BioPharma |
| | R411 | | dual integrin antagonist | asthma | II | |
| | R667 | | nuclear receptor agonist | emphysema | I | |
| Transplantation | R35 | (daclizumab) | anti-CD25 monoclonal antibody | transplant maintenance | II | PDL BioPharma |
| Viral and other infectious diseases | R1206 | | | HIV | 0 | |
| | R1558 | | antibiotic | bacterial infections | II | Sankyo (CS023) |
| | R1626 | | | HCV | I | |
| | R1656 | | | HCV | I | Pharmasset |
| | R7025 | | | HCV | 0 | Maxygen |
| | R7128 | | | HCV | 0 | Pharmasset |
| Participation through Chugai | SG-75 | Sigmart (nicorandil) | | acute heart failure | filed | |
| | EPOCH | Epogin (epoetin beta) | | chemotherapy-induced anemia | III | |
| | CHS13340 | | recombinant parathyroid hormone | osteoporosis | II | Daiichi Asubio Pharma |
| | ED-71 | | activated vitamin D derivate | osteoporosis | III | |
| | AVS | Antevas (nicaraven) | hydroxyl radical scavenger | subarachnoid hemorrhage | filed | |
| | CAL | | humanised anti-PTHrP monoclonal antibody | bone metastases | II | |
| | CHC12103 | | | solid tumours | II | Cell Therapeutics |
| | CGS20267 | Femara (letrozole) | aromatase inhibitor | breast cancer | filed | Novartis |
| | GM-611 | (mitemcinal fumarate) | motilin agonist | gastroparesis, irritable bowel syndrome | II | |
| | VAL | (valine) | | post-hepatectomy | I | |
| Participation through Genentech | | Raptiva (efalizumab) | anti-CD11a antibody | adult atopic dermatitis | II | |
| | | Lucentis (ranibizumab) | antibody fragment to VEGF | age-related macular degeneration | filed | Novartis Ophthalmics |
| | | Xolair (omalizumab) | anti-IgE antibody | pediatric asthma, peanut allergy | II, III | Novartis and Tanox |
| Opt-in opportunities | PRO128115 | VEGF | topical VEGF | diabetic foot ulcer | I | Genentech |
| | | BR3-Fc | BAFF inhibitor | rheumatoid arthritis | I | Genentech |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | primary progressive multiple sclerosis | III | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | relapsed remitting multiple sclerosis | II | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | lupus nephritis | II | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | ANCA-associated vasculitis | III | Genentech and Biogen Idec |
| | R105 | MabThera/Rituxan (rituximab) | anti-CD20 monoclonal antibody | systemic lupus erythematosus | II | Genentech and Biogen Idec |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | glioblastoma multiforme | II | Genentech |
| | R435 | Avastin (bevacizumab) | anti-VEGF monoclonal antibody | adjuvant breast cancer | II | Genentech |
| | G-024856 | | topical hedgehog antagonist | basal cell carcinoma | I | Genentech and Curis |
| | PRO1762 | Apo2L/TRAIL | | cancer | I | Genentech |
| | R1564 | | vascular targeting agent | solid tumours | II | Antisoma (DMXAA) |
| | R1668 | | E2F modulator | solid tumours | I | ArQule (ARQ501) |
| | R1583 | GLP-1 | GLP-1 | type 2 diabetes | II | Ipsen (BIM51077) |
| | R1524 | | calcineurin inhibitor | renal transplant | II | Isotechnika (ISA247) |
| | R1495 | | non-nucleoside reverse transcriptase inhibitor | HIV | 0 | Medivir |
| | R1589 | | | Alzheimer's disease | I | Memory Pharmaceuticals |

At the end of 2005 the Pharmaceuticals Division's R&D pipeline comprised 108 projects, including 59 new molecular entities (NMEs) and 49 additional indications. Fourteen NMEs are currently in phase 0, 21 in phase I, 19 in phase II and five in phase III or filed for regulatory review. In 2005 13 projects entered phase I development, 12 entered phase II and 13 entered phase III.

Phase 0: Transition from preclinical to clinical development
Phase I: Initial studies in healthy volunteers and possibly in patients
Phase II: Efficacy, tolerability and dose-finding studies in patients
Phase III: Large-scale studies in patients for statistical confirmation of safety and efficacy

Blue type signifies first indication, black type additional indications.
Current as of 31 December 2005.

■ Therapeutic protein
■ Small molecule

## Partnering for innovation

Partnering is a key element in Roche's strategy to develop innovative, differentiated medicines for patients. Pharma Partnering (PP), the company's business development and licensing department, analyses over 1,500 external opportunities each year to find cutting-edge science to complement Roche's own R&D.

How does Roche find external innovation? 'We focus on emerging, innovative science,' says immunologist and marketing veteran Hari Kumar, one of PP's 'finders'. 'Strategy teams tell us what they need, be it a drug for a condition with no effective treatment or a technology, and we go out and look for it.'

Finders are specialists who combine scientific expertise with business acumen. Their job is to identify opportunities that could lead to new treatments, including new uses for existing Roche products.

Once a finder identifies an opportunity, a larger PP team assesses it based on three key questions: Is the science viable and differentiated? Will the opportunity complement Roche's overall strategy? What is its commercial potential? Senior management then make a decision based on the answers.



PP's alliance directors take over once a deal is approved. While the contract is being negotiated, they prepare Roche for the project's integration and ensure that communication with partners is open and clear.

Throughout the process Roche relies on its core partnering values: flexibility, respect for partners' culture and autonomy, and commitment that both sides will benefit from the collaboration. An organisation-wide partnering culture helps ensure our continued access to a broad range of external innovation and expertise.

cancer (adjuvant setting) have shown that adding Herceptin to chemotherapy significantly reduces the risk of cancer recurrence in this population. US and EU filings for this indication are planned for the first quarter of 2006.

Tarceva, a human epidermal growth factor receptor (HER1/EGFR) inhibitor, is designed to interfere with a molecular signal that plays a significant role in tumour cell growth in numerous types of cancer. It is currently being tested in the first-line and adjuvant NSCLC settings and in combination with Avastin in second-line NSCLC. Tarceva is also being evaluated in the treatment of glioblastoma multiforme, one of the most aggressive types of primary brain tumour.

Extensive late-stage programmes studying Xeloda in adjuvant breast cancer, in combination with chemotherapy in the adjuvant colon cancer setting, and in first- and second-line therapy of metastatic colorectal cancer are continuing. Recent interim analysis of a large collaborative group study of the drug as first-line treatment for advanced pancreatic cancer showed that adding Xeloda to standard chemotherapy (gemcitabine) significantly extends patient survival and improves quality of life.

A head-to-head phase III study comparing Bondronat and zoledronic acid in the treatment of metastatic bone pain has commenced, with results expected in 2007. Filings for this indication are planned in the US and Europe.

### Hematology and nephrology (anemia)

Clinical development of CERA, the first continuous erythropoietin receptor activator for the treatment of anemia, is progressing on track. The phase III renal programme for this product includes six trials involving over 2,400 patients with chronic kidney disease (both on dialysis and not on dialysis). The first four phase III trials in dialysis patients were successfully completed at the end of 2005. CERA is the only anti-anemia drug ever studied using long dosing intervals (once every four weeks) in all patients for its initial filing. Roche plans to file marketing applications worldwide for CERA in renal anemia in 2006. Roche does not view the patent infringement litigation initiated by Amgen in the US as an impediment to the development and launch of CERA in the United States.

### Rheumatoid arthritis and autoimmune diseases

Rheumatoid arthritis (RA) is an autoimmune disorder characterised by joint inflammation that, even when treated, can result in progressive joint destruction and, ultimately, loss of function. Its exact cause is unknown, and as yet there is no cure. Within two years of developing RA, up to 70% of patients have X-ray evidence of joint destruction, and within ten years 80% are unable to work or perform everyday tasks. RA is one of the most common autoimmune disorders and is now thought to affect over 21 million people worldwide. Current treatments include disease-modifying antirheumatic drugs (DMARDs) and biologic therapy such as the anti-TNF drugs.

In 2005 Roche significantly advanced the development of two medicines with the potential to substantially improve the treatment of RA.

MabThera/Rituxan is the first selectively targeted B cell therapy to be studied in this disease. The US and EU filings in August and September for the product's first rheumatoid arthritis indication represent a significant milestone. The filings, based on data from the pivotal REFLEX trial, cover the use of MabThera/Rituxan in patients who have failed to respond adequately to current biologic therapies, the subgroup of RA patients considered to be the most difficult to treat. Positive outcomes have also been seen in a phase IIb clinical trial (DANCER) with patients who had previously failed treatment with one or more DMARDs.

Development of Actemra (tocilizumab, formerly MRA) in RA is progressing well. Phase III data from Japan were presented at the American College of Rheumatology meeting in November. They show that treatment with Actemra significantly reduces the progression of joint damage and improves RA signs and symptoms. Based on these data, Chugai plans to file a marketing application for Actemra for RA in Japan in the first half of 2006. Patient recruitment for international phase III trials is proceeding as planned. Regulatory filings in the US and EU are expected in 2007. In 2005 Chugai launched Actemra in Japan in its first indication, Castleman's disease, a rare condition that causes severe enlargement of the lymph nodes.

CellCept is being developed in collaboration with Aspreva Pharmaceuticals for autoimmune applications, including the treatment of lupus nephritis (kidney complications associated with the autoimmune disease lupus erythematosus) and myasthenia gravis (a chronic autoimmune disease characterised by episodes of muscle weakness). Phase III clinical trials of the drug in both indications are under way. CellCept is the first potential new treatment for either of these debilitating and sometimes fatal conditions in many years. In January 2006 CellCept was designated an orphan drug in the treatment of myasthenia gravis by the FDA.

### Diabetes

Roche has now completed the two-year animal carcinogenicity programme for the insulin sensitiser R483, required by the FDA for all members of this class of agents. A final decision on the commencement of phase III clinical testing of the compound in type 2 diabetes will be taken once the FDA and other agencies have completed their reviews of the carcinogenicity data.

Two other compounds being developed for the treatment of type 2 diabetes moved into phase II clinical testing in 2005, a glucokinase activator and a dipeptidyl peptidase (DPP-IV) inhibitor.

**Setting new standards in cancer treatment**

At the 41st meeting of the American Society of Clinical Oncology (ASCO), in Orlando, Florida, in May Roche and its partners presented data from an unprecedented eight major phase III trials that had successfully met their primary endpoints.

| Product (generic name) | Indication (clinical trial) | Benefit |
|---|---|---|
| Avastin (bevacizumab) | Metastatic HER2-negative breast cancer, 1st line treatment (E2100) | 49% improvement in overall survival |
| | Metastatic non-small cell lung cancer, 1st line treatment (E4599) | 30% improvement in overall survival |
| | Metastatic colorectal cancer, 2nd line treatment (E3200) | 24% reduction in risk of death |
| Herceptin (trastuzumab) | HER2-positive breast cancer, adjuvant treatment (NSABP B-31 and NCCTG N9831, joint analysis) | 52% reduction in risk of disease recurrence |
| | HER2-positive breast cancer, adjuvant treatment (HERA) | 46% reduction in risk of disease recurrence |
| MabThera/Rituxan (rituximab) | Relapsed indolent NHL, maintenance treatment (GSLG) | 100% improvement in response duration at 3 years |
| Tarceva (erlotinib) | Pancreatic cancer, 1st line treatment (PA3) | 23% improvement in overall survival |

## Expanding biotech production capacity

In 2005 the Roche Group continued to reconfigure its manufacturing capacities to meet the requirements of a changing product portfolio and increase the efficiency of its global manufacturing operations. In particular, a shift from chemically derived active pharmaceutical ingredients towards biologics and a corresponding trend towards sterile liquid dosage forms are driving current activities in this area. Technical development activities also reflect the impact of the Pharmaceuticals Division's dynamic R&D portfolio (including development of in-licensed products by Roche). Ongoing projects to further reduce supply chain complexity and optimise inventory levels remain on track.

Four major new facilities were dedicated last year: new biotech production facilities for epoetin and CERA in Penzberg (Germany); a state-of-the-art packaging and storage facility for injectable drugs in Mannheim (Germany); and a plant for high-potency pharmaceutical products in Shanghai. The new Penzberg and Mannheim facilities have been operational since the middle of 2005. The Shanghai facility, the first of its kind in China, is scheduled to come on stream this year; it will produce CellCept and Xeloda for the Chinese market.

The Oceanside (California) facility acquired by Genentech from Biogen Idec last June is currently being converted to produce Avastin; manufacturing of bulk drug substance is expected to commence in 2006, with FDA licensure expected in the first half of 2007. In 2005 Genentech received FDA licensure for a new Avastin manufacturing facility in Porriño, Spain.

Work on the new Basel (Switzerland) and Penzberg production facilities for therapeutic antibodies, both scheduled for technical completion in 2007, is moving ahead as planned.

## Access to medicines

While the primary role of the Roche Pharmaceuticals Division is to discover, develop and commercialise innovative medicines, the adoption of policies that extend access to critically needed products to people affected by poverty throughout the world is an integral part of healthcare's mission. Therefore, in addition to supporting local initiatives to expand healthcare access, Roche has implemented patent and pricing policies and joined major international efforts aimed at addressing this problem.

Roche does not file new patents for its medicines in the 50 Least Developed Countries (as defined by the UN), nor does it enforce patents it already holds in these countries. In response to the devastating HIV/AIDS pandemic, the company has extended this policy to sub-Saharan Africa, the poorest and hardest-hit region.

The prices Roche charges for its products in low and lower-middle income countries are below the corresponding prices in Switzerland at launch. Roche supplies the HIV medicines Invirase and Viracept at no profit to Least Developed Countries and sub-Saharan Africa. As a result, reduced prices for these products apply to 93% of all people living with HIV/AIDS worldwide.

In addition, Roche is a member of the Accelerating Access Initiative, which is helping increasing numbers of HIV/AIDS patients in developing countries to receive treatment. The company also supports two other HIV treatment access programmes, the CARE programme in four African countries and the Cambodian Treatment Access Programme. In addition to providing funding, medicines and diagnostics through these programmes, Roche has also contributed to providing training in HIV/AIDS care and treatment to hundreds of healthcare professionals from more than 14 African countries and Cambodia. (See also *Ensuring access to healthcare worldwide,* p. 79, and visit www.roche-hiv.com.)

In its most recent move to extend access to vital HIV/AIDS treatments in the world's neediest areas, Roche announced in January 2006 that, as part of its new Technology Transfer Initiative, the company will provide local manufacturers within sub-Saharan Africa and Least Developed Countries with the technical expertise required to produce generic HIV medicines. This assistance will be offered free and with no conditions attached.

The threat of an avian flu pandemic represents another critical global health challenge, and Roche is closely involved in ensuring that vital medicines are available where they are most needed. Following warnings by the WHO that the next global influenza pandemic is imminent, Roche has been doing all it can to ensure worldwide availability of its influenza drug Tamiflu for pandemic use. The steps taken include implementing a tiered pricing system with significant reductions for pandemic use and licensing agreements with local companies for production of the drug for pandemic use in India and China. In addition to taking unprecedented steps to ramp up Tamiflu production capacity (see *Meeting world demand for Tamiflu,* p. 23), Roche is working with the US National Institute of Allergy and Infectious Diseases and international virology experts to expand the information base regarding the optimal use of Tamiflu against the H5N1 avian influenza strain.

Access to medicines is an issue that affects more than the developing world – it can pose significant challenges in industrialised countries, as well. In the United States, for example, Roche is committed to making sure that every patient who needs a Roche drug has access to it, whether that patient is a senior citizen being treated for cancer, or a member of a working family facing an organ transplant. The Roche Patient Assistance Program, established in the 1960s, was the first in the industry to provide prescription drugs free of charge to qualifying patients who need them but lack prescription coverage and the means to pay for them.

Roche is also a founding member of the Partnership for Prescription Assistance, a programme sponsored by the Pharmaceutical Research and Manufacturers of America, which represents the country's leading pharmaceutical research and biotechnology companies. The programme offers a single point of access to over 475 public and private patient assistance programmes.

Similarly, Genentech provides its marketed products free of charge to eligible uninsured patients treated in the United States through the Genentech Access to Care Foundation and the Genentech Endowment for Cystic Fibrosis. Genentech is also a member of the Partnership for Prescription Assistance. To further support patient access to therapies for various diseases, in 2005 Genentech donated approximately 21 million dollars to independent, third party, public charities that offer copayment assistance to eligible patients.