# EXHIBIT 6

Dockets.Justia.com



📄 **Print this article**  **Close This Window**

## UPDATE 2-Roche asks U.S. to approve drug for renal anaemia

(Adds further details)

ZURICH, April 20 (Reuters) - Swiss drugmaker Roche Holding AG <ROG.VX> said it had asked U.S. regulators for approval to market its drug CERA as a treatment for renal anaemia.

Roche said on Thursday it had filed with the U.S. Food and Drug Administration for approval of the drug to treat anaemia associated with chronic kidney disease in patients who are on dialysis as well as those who are not.

Roche faces a lawsuit from Amgen <AMGN.O>, which claims that CERA infringes patents it holds for its own anaemia treatment, Epogen.

Analysts have said that while Roche is running a risk by ploughing on with a filing at a time when legal action is ongoing, the move is understandable because CERA could garner up to $2 billion a year in additional revenues.

California-based biotech firm Amgen said earlier this month it was asking the U.S. government to ban imports of CERA while the legal action was pending.

Both drugs are erythropoietins, which analysts estimate have a $11 billion market worldwide, now dominated by Amgen.

An erythropoietin is a protein that increases the production of red blood cells. Roche says that CERA, its pegylated version, does not infringe Amgen's patent, because it is linked to a chemical that extends its life in the body.

Roche is developing CERA as a follow-up product to NeoRecormon, its second-best selling drug in 2005 with sales of 2.3 billion francs.

In addition to renal anaemia, Roche plans to file for approval of the drug to treat anaemia in cancer patients undergoing chemotherapy.

Amgen also sells Aranesp, a longer-lasting version of Epogen, which is marketed in the United States as a treatment for kidney dialysis patients as well as for anaemia in cancer patients undergoing chemotherapy.

Amgen's combined sales of Epogen and Aranesp totalled nearly $6 billion last year.

Roche describes its drug as a manmade molecule of glycosylated erythropoietin, chemically modified by a specific long linear chain of polyethylene glycol.

CERA stands for continuous erythropoietin receptor activator, and it acts to increase the production of red blood cells.

Last November, Amgen filed a patent infringement lawsuit against Roche seeking an injunction to prevent the manufacture or sale of recombinant human erythropoietin, including pegylated versions.

© Reuters 2006. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

**Close This Window**