# EXHIBIT 8

**Director, Thearapuetic Area (3122)**

**Major Responsibilities:**

The Director administratively and functionally manages all Medical Liaisons and Regional Managers within the Scientific Field Operations (SFO) Anemia/Transplant team. Establishes development plans and evaluates performance of Regional Managers and Medical Liaisons. Interfaces with Medical, Marketing, Sales, and Account management to identify priorities from each group and balances against SFO Anemia/Transplant team capacity. Represents SFO as member of Anemia/Transplant medical teams to provide input on Medical team goals and objectives. The Director is also a core member of the Protocol Review Team within the therapeutic area and provides input on medical and scientific merit of research proposals for supported and sponsored studies. Interacts with New Product Marketing and Product Development as needed for input on action plans (POAs), protocol related issues, and clinical trial site suggestions for phase II-IV clinical trials.

The Director evaluates resource needs and allocates resources to meet team goals and objectives. Establishes and maintains relationships with select opinion leaders, institutional and managed care clinical administrators, government bodies and medical policy makers.

This position is based in New Jersey, and requires approximately 20-30% travel. The Director reports to the Group Director, SFO

**Qualifications:**
M.D., Pharm.D., or Ph.D. preferred with five years of practical work experience in nephrology. Demonstrated leadership capability required with previous management experience preferred. Strong written and verbal skills with competence in group presentations is required.