# EXHIBIT 9

Dockets.Justia.com

**Position Title:** MANAGER, **CERA** SCIENTIFIC FIELD OPERATIONS

**Work Location:** Home-Based

**Major Responsibilities:**   The Manager administratively and functionally manages all Medical Liaisons (approximately 10-12) within the Anemia Therapeutic Area for their established territory. Establishes development plans and evaluates performance Medical Liaisons. Interfaces with Medical, Marketing, Sales, and Account management to identify priorities from each group and balances against Scientific Field Operations (SFO) **CERA** team capacity. Represents SFO as member of **CERA** Medical Team(s) to provide input for Medical team goals and objectives. The Manager is also a core member of the Protocol Review Team within the Therapeutic Area and provides input on medical and scientific merit of research proposals for supported studies, sponsored studies and medical solution programs. Interacts with the New Product Marketing and Product Development (Science and Regional Monitoring Group) as needed for input on POAs, protocol related issues, clinical trial site suggestions for phase II-IV clinical trials.

Evaluates current and future resource needs and allocates resources as necessary to meet team goals and objectives. Establishes and maintains relationships with select opinion leaders, institutional and managed care clinical administrators, government bodies and medical policy makers.

This position is home - based.

**Qualifications:**   M.D., Pharm.D., or Ph.D. preferred with five years of practical work experience. Demonstrated leadership capability required with previous management experience. Strong written and verbal skills with competence in group presentations is required.