# EXHIBIT 10

Dockets.Justia.com

**Peg Epo Job Postings**

**Position Code:**
2324
**Position Title:**
PROD DIR
**Work Location:**
New Jersey - Nutley Corporate Headquarters
**Major Responsibilities:**
This position is responsible for providing the business/marketing/clinical input for
CERA, phase III to launch, as well as provide critical interface, when required, on
business development, licensing, and lifecycle opportunities. This is to ensure optimal
marketability of CERA in the US. The position requires the preparation of product/
market assessments, annual tactical business plans, participation in project teams, and
close interaction with life cycle team, marketing operations (US), clinical research,
customer segments, public policy, and other teams in crafting target product profiles and
development of launch marketing strategies. It also involves keeping US management
involved in these projects including, but not limited to, Presentations to Commercial
Operations management and the NAOC.

The position is responsible for the preparation and management of pipeline product sales
and promotion forecasts, branding and positioning input into commercial assessments,
annual pre launch and launch marketing budgets, the planning and implementation of
marketing activities including communication and publication plans, advisory boards and
multiple educational venues and customer interface. A critical component of this position
will be to lead the development of the economic strategies, including reimbursement,
pricing, pharmaco-economics, and customer segment marketing plans.

The position coordinates market research activities to develop appropriate research plans
for CERA, and monitors the implementation of the plan. The position will interface with
account management and Public Affairs, to develop appropriate plans for commercial and
public payers, and monitor implementation of these plans. The incumbent maintains an
in-depth knowledge/awareness of all competitive activity and market dynamics within
his/her therapeutic area, and provides market insight that can affect the strategic direction
of product development.
**Qualifications:**
Minimum 5-7 years of progressive pharmaceutical consumer business experience, with a
minimum of 2 years managing a brand

Prior direct experience with planning and implementing the launch of a major
pharmaceutical product in the US. Experience in kidney disease and dialysis is a plus.
Demonstrated success in developing life cycle marketing and sales strategies. Experience
in working with Managed Care and Medicare organizations.

Prior experience in developing marketing and sales budgets, along with demonstrated
success in meeting financial objectives and increasing profitability

Proven written and oral communications skills that include excellent presentation skills, strong listening skills and superior negotiation skills

Skilled in creating and evaluating detailed business proposals, vendor agreements and market analyses

Demonstrated strong analytical and strategic thinking skills

Skilled at working in team oriented environments

Personal contacts among Managed Care, dialysis chains, Medicare are strongly preferred, but not an absolute requirement

An undergraduate degree in one of the Life Sciences or equivalent is necessary

An MBA or an advanced degree preferred