# EXHIBIT 11

Case 1:05-cv-12237-WGY    Document 54-12    Filed 04/25/2006    Page 2 of 3



# We Can Work It Out
**Optimising Anaemia Management**

**Dear Colleagues**

On behalf of Roche I am delighted to invite you to join the Anaemia Global Expert Meeting in Hamburg on      May 2006.

The meeting will involve 800 nephrologists from renal centres across the globe and will provide the opportunity to discuss important issues in anaemia management, with first-time presentation of new data and interim analyses from recent studies.

The programme will cover latest thinking in key areas of nephrology today, including:
- Achieving haemoglobin stability in CKD and dialysis patients
- Challenges surrounding the advent of Biosimilars
- A development update on the novel compound C.E.R.A.
- Latest research findings from winners of the prestigious RoFAR awards

The programme is designed to encourage interaction and will include presentations from leading experts, debates, panel discussions and case studies. The meeting will begin at 9.00 am on Saturday 20th May and run through until the late afternoon, followed by a meeting dinner.

We hope very much that you will be able to join us at what promises to be a most stimulating and thought provoking meeting.

Yours sincerely,

Eberhard Ritz
Meeting Chair

