# EXHIBIT 13

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>F. HOFFMANN-LAROCHE  )<br>LTD., a Swiss Company, ROCHE  )<br>DIAGNOSTICS GmbH, a German  )<br>Company and HOFFMANN LAROCHE  )<br>INC., a New Jersey Corporation,  )<br>)<br>Defendants.  )<br>) | **C.A. NO.: 05-12237-WGY** |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the audio recording that is identified as Exhibit Number 13 to the Declaration of Michael R. Gottfried in Support of Amgen Inc.'s Opposition To Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim For Which Relief May Be Granted, has been manually filed with the Court and is available in CD Rom form only.

The original CD Rom will be maintained in the case file in the Clerk's Office.

Dated: April 25, 2006                                        Respectfully Submitted,

DM1\627603.1

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell Dotson
Mary Susan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448