# EXHIBIT 19



# "The Pink Sheet"

PRESCRIPTION PHARMACEUTICALS AND BIOTECHNOLOGY

August 4, 2003 | Volume 65 | Number 031 | page 23

## Roche Will Challenge Amgen In U.S. EPO Market; Oncology Business Growing

Roche expects to enter the U.S. EPO market with the continuous erythropoetin receptor activator R-744, Global Pharmaceuticals Head William Burns told securities analysts during a July 23 meeting in Zurich.

Roche has "a profound belief that this product can take us into the U.S.," Burns declared. "We believe that we've got a very rock solid series of patents, both for the mode of action and for the longer half-life" of the agent, Burns said. The patent applications were recently published in the U.S.

Amgen has used its EPO patent position to block all competitors in the U.S. to date (with the exception of Johnson & Johnson, which markets *Procrit* under license from Amgen).

Roche markets Genetics Institute's version of EPO in Europe under the brand name *NeoRecormon*. Amgen successfully blocked GI from launching erythropoetin in the U.S.

Roche is prepared to face patent litigation from Amgen, Burns said. "Knowing Amgen from having worked with them over the years and having observed them over the years, I think that we should expect that they will take us to court. Growth by litigation has been almost a byline of the company."

Burns noted that Amgen's relationship with J&J has been marked by frequent litigation. Amgen "had one night of passion with Johnson & Johnson a long time ago and regretted it in the morning," he joked.

Amgen's long-acting EPO brand *Aranesp* "was only developed as a way around making sure they could get in in their own right in the U.S." oncology market, Burns said.

With R-744, Roche will essentially follow the same strategy: developing an even longer-acting product to find a way around Amgen to enter the market.

R-744 "is not a permanent binding, but it almost continually tickles the production of EPO," Burns explained. Roche has also applied pegylation technology to the agent to give it a longer duration of action.

"It is our firm belief that this should give a once-per-oncology treatment approach," Burns said. The "clinical benefit" of that approach should allow "us to take on Aranesp as a competitor in the U.S." in the oncology and pre-dialysis markets.

Roche expects *Phase II* study results to be available in the second half of 2003. Based on those trials, Roche will decide whether to move forward with pivotal studies.

If Roche can enter the U.S. market with an EPO product, it would mark a significant expansion in its already fast-growing oncology product line.

Globally, Roche's oncology presence is primarily based on its majority ownership in Genentech. The Swiss company markets *Herceptin* (trastuzumab) and *Rituxan* (retuximab) overseas, while Genentech handles U.S. marketing. Roche is also preparing for the overseas filings for Genentech's angiogenesis agent *Avastin* (bevacizumab) and, potentially, for the Genentech/OSI EGFR agent *Tarceva* (erlotinib).
The unexpectedly strong survival benefit shown by Avastin in colorectal cancer has stoked considerable interest in the

product among investors ([1]"The Pink Sheet" June 9, 2003, p. 26).
Roche's main challenge with Avastin may be reining in expectations for the product until the profile is clear. "A mere few weeks ago ourselves and many others were saying we'll wait and see" how Avastin does in the colorectal trial, Burns noted.
"Now that we've jumped the hurdle so handsomely... we're almost way ahead of ourselves," Burns said. The Roche exec parried questions about potential future indications for the product. "We put the project team in place" and "we are addressing a clinical plan," he said.
The first priority will be assuring adequate capacity for Avastin, Burns noted. Genentech hopes to have two facilities providing supplies of the drug at launch ([2]"The Pink Sheet" July 21, 2003, p. 30).
Beyond that, "there is a coordination group that looks at how we manage best the capacities we have got," Burns said. "We've got considerable capacity around the group," including facilities operated by Roche, Genentech and Chugai. "We probably will end up building more capacity" for Avastin and other biotech products, Burns added.
The next step will be deciding on further studies of the agent. Avastin failed to show benefit in a breast cancer trial, which Burns suggested reflects the relatively limited involvement of blood vessels in that tumor type.
Roche and Genentech could opt to "re-challenge" in that setting, but Burns suggested a more promising idea will be to pursue cancers with greater involvement of blood vessels, such as renal cancer.
For Tarceva, Roche is awaiting *Phase III* results in lung cancer. "The jury is out," Burns said.
The approval of AstraZeneca's EGFR agent *Iressa*, despite a failure to show a survival benefit in *Phase III*, is a hopeful sign for Tarceva ([3]"The Pink Sheet" May 19, 2003, p. 7).
"Thank God FDA recognized although [Iressa] hadn't met its primary endpoint, a cohort of people got better, significant enough that they wanted the drug on the market," Burns said.
In the long run, "the trick is going to be in how do you find the patients who are more likely to respond," Burns noted. Roche's presence in the diagnostics market has helped the company identify predictors for response for other products.
"We are collecting the blood" in Tarceva trials, Burns noted. "We are collecting tissue samples."
However, "the bad news is there is not one simple marker like HER-2," the oncogene that identifies breast cancer patients likely to respond to Herceptin. "It may end up as an array."
While the prospects for finding a simple biomarker for Tarceva do not look good, Burns suggested that there may be clinical markers. "It does seem that there are differences between smokers and non-smokers. There seem to be differences in those that have a rash and those that don't."
OSI is initiating studies using a "treat-to-rash" dose of Tarceva ([4]"The Pink Sheet" June 16, 2003, p. 32). "We just need to see the *Phase III* data to know whether we're on to something or not," Burns said.
Roche's main self-marketed cancer drug, **Xeloda** (capecitabine), continues to perform well, growing 55% to $120 mil. in the U.S. during the first half of 2003.
Burns suggested that Xeloda does not attract as much excitement as it should because it lacks the biotech panache of a product like Avastin.
"It is like a silent hero," Burns declared, calling the product "an oral magic bullet" that converts into the standard chemotherapy agent 5-FU at the site of tumors.
FDA objected to Roche's characterization of Xeloda's mechanism of action in a warning letter sent to the company in May. The letter raised numerous concerns about Roche's promotion of Xeloda for colorectal cancer ([5]"The Pink Sheet" June 9, 2003, p. 21).
Roche is raising its projections for peak worldwide sales of Xeloda to over $1.1 bil. (CHF 1.5 bil.). Burns suggested that the forecast is conservative: if all 5-FU patients converted to Xeloda, it would be a CHF 4 bil. franchise. "That is not going to happen...but 1.5 bil. is a reasonable target."
Burns suggested that the only reason Xeloda is not more widely used already is because of quirks in the reimbursement system. "It is not the health economics that holds it back," Burns declared. "It is that doctors in the U.S. and Germany make an unholy amount of money out of giving drugs intravenously."
"We are making and have been making considerable progress on getting this reimbursed," Burns added. In the U.S., the Medicare program covers Xeloda under a policy extending Part B benefits to oral pro-drugs of covered intravenous agents ([6]"The Pink Sheet" Jan. 18, 1999, p. 17).
Roche, however, continues to support changes in oncology reimbursement to eliminate what it sees as policies encouraging injectable therapy.
"The good news is that increasingly we are not alone," Burns said, citing the approval of oral agents like Iressa and Novartis' **Gleevec** (imatinib). The Medicare payment system for injectable chemotherapy is likely to be revised by legislation pending in Congress ([7]"The Pink Sheet" July 21, 2003, p. 15).

© 2003, F-D-C Reports, Inc. All rights reserved.