UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
|                   Plaintiff, ) | |
|                             ) | Civil Action No.: 05 Civ. 12237 WGY |
|             v.                   ) | |
| F. HOFFMANN-LAROCHE LTD., ) | |
| ROCHE DIAGNOSTICS GMBH, and ) | |
| HOFFMANN LAROCHE INC., ) | |
|                   Defendants. ) | |

### [PROPOSED] ORDER GRANTING AMGEN'S ALTERNATIVE REQUEST FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY

This matter having come before the Court on Plaintiff Amgen's Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (and Alternative Request for Leave to Take Jurisdictional Discovery), and the Court having reviewed the briefs and accompanying exhibits submitted by the parties and considered all the arguments,

IT IS HEREBY ORDERED:

1) Amgen's request for leave to take jurisdictional discovery is GRANTED; and

2) The following schedule for jurisdictional discovery will apply (the time periods below are predicated on the date of entry of this Order):

| | |
|---|---|
| Amgen's service of written discovery requests | 3 days |
| Defendants' written responses and production of documents | 21 days |
| Completion of document production, including resolution of disputes (not including possible motions to compel) | 35 days |
| Completion of depositions | 60 days |
| Supplemental Opposition(s) to Defendants' motions to dismiss under Fed. R. Civ. P. 12(b)(2) | 75 days |

Dated: _____

                                                _____
                                                William G. Young
                                                United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff Amgen Inc. hereby certifies that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ MICHAEL R. GOTTFRIED
MICHAEL R. GOTTFRIED (BBO#542156)