# EXHIBIT A





**Having Trouble?**
Contact Customer Service
Phone: 800-486-8666

# Family Tree

◁ Back to Fact Sheet

**Options:** Show All Levels | Fully Collapse | Show Branch Locations |

This Family Tree includes 351 locations. Company links will display additional information in a new window.

- **Roche Holding AG**
  Basel Basel SWITZERLAND

  - **Roche Holdings, Inc**
    Wilmington Delaware USA

    - **Roche Diagnostics Corporation**
      Indianapolis Indiana USA

      - **Roche Diagnostics Operations**
        Fishers Indiana USA

    - **Hoffmann-La Roche Inc**
      Nutley New Jersey USA

      - **Hlr Service Corporation**
        Nutley New Jersey USA

      - **Carolina Roche Inc**
        Florence South Carolina USA

      - **Roche Laboratories Inc**
        Nutley New Jersey USA

    - **Roche Palo Alto, LLC**
      Palo Alto California USA

      - **Roche Colorado Corp**
        Boulder Colorado USA

    - **Genentech, Inc**
      South San Francisco California USA

      - **GENENTECH NETHERLANDS B.V.**
        AMSTERDAM NOORD-HOLLAND NETHERLANDS

      - **Genentech Ltd.**
        CHIYODA-KU TOKYO JAPAN

    - **Igen International, Inc**
      Gaithersburg Maryland USA

    - **Roche Finance USA Inc**
      Little Falls New Jersey USA

    - **Roche Consumer Health Corporation**
      Nutley New Jersey USA

3/2/2006

    **Roche Molecular Systems, Inc**
    Pleasanton California USA

**Hoffmann-La Roche Limited**
Mississauga ONTARIO CANADA

 **Roche AB**
STOCKHOLM STOCKHOLM SWEDEN

    **Roche Diagnostics Scandinavia AB**
    BROMMA STOCKHOLM SWEDEN

**Roche Oy**
Espoo UUSIMAA FINLAND

**CITRIQUE BELGE NV**
TIENEN BRABANT BELGIUM

**ISTITUTO DELLE VITAMINE SPA**
Segrate MILANO ITALY

**DSM NUTRITIONAL PRODUCTS IBERIA, S.A.**
Alcalá de Henares MADRID SPAIN

**ROCHE FARMA, S.A.**
MADRID MADRID SPAIN

    **ANDREU ROCHE, S.A.**
    Leganés MADRID SPAIN

    **SYNTEX ROCHE, S.A.**
    Leganés MADRID SPAIN

    **ROCHE DIAGNOSTICS, S.L.**
    SANT CUGAT DEL VALLES BARCELONA SPAIN

**Roche Diagnostics International AG**
Steinhausen Zug SWITZERLAND

    **Roche Diagnostics (Schweiz) AG**
    Rotkreuz Zug SWITZERLAND

    **ROCHE DIAGNOSTICS SISTEMLERI TICARET A S**
    ISTANBUL TURKEY

**Disetronic Holding AG**
Burgdorf Bern SWITZERLAND

    **DISETRONIC FINANCE JERSEY LTD**
    JERSEY CHANNEL ISLANDS ENGLAND

    **DISETRONIC MEDICAL SYSTEMS LTD**
    KENILWORTH WARWICKSHIRE ENGLAND

    **Disetronic Management GmbH**
    SULZBACH HESSEN GERMANY

    **Disetronic GmbH &Co. KG**
    SULZBACH HESSEN GERMANY

    **Disetronic Handels AG**

Burgdorf Bern SWITZERLAND

**Tecpharma Licensing AG**
Burgdorf Bern SWITZERLAND

**Disetronic Medical Systems AG**
Burgdorf Bern SWITZERLAND

**Décolletage A.G.**
Grenchen Solothurn SWITZERLAND

**Disetronic Licensing AG**
Burgdorf Bern SWITZERLAND

**DISETRONIC Beteiligungs-GmbH i.Gr.**
SULZBACH HESSEN GERMANY

**Disetronic GmbH**
BAD SODEN AM TAUNUS HESSEN GERMANY

**DISETRONIC Management GmbH**
SULZBACH HESSEN GERMANY

**Disetronic Medical Systems Inc**
Saint Paul Minnesota USA

**Disetronic Sterile Products Inc**
Portsmouth New Hampshire USA

**F. Hoffmann-La Roche AG**
Basel Basel SWITZERLAND

**Roche A/S, Medicinalvarer &Kemikalier**
HVIDOVRE KÖBENHAVN DENMARK

**Roche Deutschland Holding GmbH**
GRENZACH-WYHLEN BADEN-WUERTTEMBERG GERMANY

**Corange Deutschland Holding GmbH**
MANNHEIM BADEN-WUERTTEMBERG GERMANY

**Hestia Health Care GmbH**
MANNHEIM BADEN-WUERTTEMBERG GERMANY

**Galenus Mannheim GmbH**
MANNHEIM BADEN-WUERTTEMBERG GERMANY

**Roche Vitamine GmbH**
GRENZACH-WYHLEN BADEN-WUERTTEMBERG GERMANY

**Hoffmann-La Roche AG**
GRENZACH-WYHLEN BADEN-WUERTTEMBERG GERMANY

**Unterstützungseinrichtung Hoffmann La Roche Gesellschaft mit beschränkter Haftung**
GRENZACH-WYHLEN BADEN-WUERTTEMBERG GERMANY

**Roche Diagnostics GmbH**
MANNHEIM BADEN-WUERTTEMBERG GERMANY

**Pharma Waldhof Beteiligungs GmbH**

       MANNHEIM BADEN-WUERTTEMBERG GERMANY

**Consulab Mannheim GmbH**
MANNHEIM BADEN-WUERTTEMBERG GERMANY

**PHARMINVEST SA**
LUXEMBOURG LUXEMBOURG

**BOEHRINGER MANNHEIM FRANCE HOLDING**
MEYLAN ISERE FRANCE

**ROCHE DIAGNOSTICS**
MEYLAN ISERE FRANCE

**Roche Consumer Health Deutschland GmbH**
EPPSTEIN HESSEN GERMANY

**MM Media und Marken Vertriebs GmbH**
EPPSTEIN HESSEN GERMANY

**Biovital Vertriebs GmbH**
EPPSTEIN HESSEN GERMANY

**Dr. Schieffer Arzneimittel GmbH**
EPPSTEIN HESSEN GERMANY

**Colborn Additiva Produkte fuer Tiernaehrung GmbH**
GRENZACH-WYHLEN BADEN-WUERTTEMBERG GERMANY

**ROCHE SA**
BRUXELLES BRABANT BELGIUM

**ROCHE DIAGNOSTICS BELGIUM SA**
VILVORDE BRABANT BELGIUM

**Roche S A**
ATHENS GREECE

**ROCHE FARMACEUTICA QUIMICA, LDA**
Amadora AMADORA PORTUGAL

**ROCHE - SISTEMAS DE DIAGNOSTICO, SOCIEDADE UNIPESSOAL, LDA**
CARNAXIDE OEIRAS PORTUGAL

**BIOCEL - DISTRIBUIÇAO DE PRODUTOS FARMACEUTICOS, LDA**
AMADORA AMADORA PORTUGAL

**Roche Instrument Center AG**
Rotkreuz Zug SWITZERLAND

**Laboratoires Sauter SA**
Vernier Geneva SWITZERLAND

**Syntex Pharm AG**
Steinhausen Zug SWITZERLAND

**Roche Consumer Health AG**
Kaiseraugst Aargau SWITZERLAND

**Roche Pharma (Schweiz) AG**

Reinach Basel Land SWITZERLAND

**Roche Chemische Unternehmungen AG**
Basel Hoff-Roche Basel SWITZERLAND

**Tavero SA**
Basel Hoff-Roche Basel SWITZERLAND

**DSM Nutritional Products Holding AG**
Basel Basel SWITZERLAND

**Hoffmann - La Roche Ltd**
Basel Basel SWITZERLAND

**ROCHE PAKISTAN LIMITED**
KARACHI 75350 Karachi PAKISTAN

**ROCHE SCIENTIFIC COMPANY (INDIA) PRIVATE LTD**
MUMBAI MAHARASHTRA INDIA

**Roche Norge AS**
Oslo OSLO NORWAY

**ROCHE MUSTAHZARLARI SANAYI A S**
ISTANBUL TURKEY

**ROCHE HELLAS S.A.**
Maroussi GREECE

**Roche (China) Co., Ltd.**
SHANGHAI SHANGHAI CHINA PEOPLES REP

**Roche (Shanghai) Fine Chemical Ltd.**
SHANGHAI SHANGHAI CHINA PEOPLES REP

**Shanghai Roche Pharmaceutical Ltd.**
SHANGHAI SHANGHAI CHINA PEOPLES REP

**Roche New Asiatic (Shanghai) Vitamins Ltd.**
SHANGHAI SHANGHAI CHINA PEOPLES REP

**Roche Zhongya (Wuxi) Citric Acid Co., Ltd.**
WUXI JIANGSU CHINA PEOPLES REP

**Roche Hong Kong Limited**
CAUSEWAY BAY HONG KONG HONG KONG

**Roche Diagnostics (Hong Kong) Limited**
KWAI CHUNG NEW TERRITORIES HONG KONG

**ROCHE PRODUCTS LTD.**
Taipei City Taipei TAIWAN(CHINA REP OF)

**DSM NUTRITIONAL PRODUCTS TAIWAN LTD.**
Taipei City Taipei TAIWAN(CHINA REP OF)

**HOFFMANN LA ROCHE FRANCE SA**
NEUILLY SUR SEINE HAUTS DE SEINE FRANCE

  **ROCHE**
NEUILLY SUR SEINE HAUTS DE SEINE FRANCE

**Roche Diagnostics (Shanghai) Limited**
SHANGHAI SHANGHAI CHINA PEOPLES REP

**LABORATOIRES ROCHE NICHOLAS SA**
GAILLARD HAUTE SAVOIE FRANCE

**DSM NUTRITIONAL PRODUCTS FRANCE**
VILLAGE NEUF HAUT RHIN FRANCE

**Productos Roche, S.A. de C.V.**
CIUDAD DE MEXICO DISTRITO FEDERAL MEXICO

**SYNTEX, S.A. DE C.V.**
EL SALTO JALISCO MEXICO

**Productos Roche (Honduras) S.A.**
SAN PEDRO SULA HONDURAS

**Productos Roche (El Salvador) S.A.**
SAN SALVADOR EL SALVADOR

**Productos Roche (Nicaragua) SA**
MANAGUA NICARAGUA

**Productos Roche Interamericana, S.A.**
SAN JOSE SAN JOSE COSTA RICA

**Productos Roche Guatemala, S.A.**
CIUDAD DE GUATEMALA GUATEMALA

**Roche Servicios S.A.**
HEREDIA COSTA RICA

**Productos Roche Interamericana, S.A. (PRISA)**
PANAMA CITY PANAMA

**Productos Roche Dominicana S.A.**
SANTO DOMINGO DOMINICAN REPUBLIC

**Productos Roche S.A.**
BOGOTA COLOMBIA

**Productos Roche, S.A.**
CARACAS DISTRITO FEDERAL VENEZUELA

**Roche Ecuador, S.A.**
QUITO ECUADOR

**Productos Farmoquimicos Roche Limitada**
SANTIAGO VIII Region CHILE

**Valorfides SA**
Chur Grisons SWITZERLAND

**Roche Finanz AG**
Basel Hoff-Roche Basel SWITZERLAND

**ROCHE CAPITAL MARKET INTERNATIONAL LTD**
GUERNSEY CHANNEL ISLANDS ENGLAND

3/2/2006

**ROCHE DIAGNOSTICS POLSKA SP Z O O**
Warszawa POLAND

**ROCHE (Magyarorszag) Gyogyszer- es Vegyianyag Kereskedelmi Korlatolt Felelossegu Tarsasag**
Budaors HUNGARY


**ROCHE PHARMHOLDING B.V.**
WOERDEN UTRECHT NETHERLANDS

     Roche Austria GmbH
    Wien Vienna AUSTRIA

        Roche Diagnostics GmbH
        Wien Vienna AUSTRIA

        Roche Austria GmbH Magyarorszagi Kozvetlen Kereskedelmi Kepviselete
        Budapest HUNGARY

        Consumer Service s.r.o. v likvidacii
        Bratislava SLOVAKIA

**ROCHE NEDERLAND B.V.**
WOERDEN UTRECHT NETHERLANDS

**ROCHE DIAGNOSTICS NEDERLAND B.V.**
ALMERE FLEVOLAND NETHERLANDS

**ROCHE FINANCE EUROPE B.V.**
WOERDEN UTRECHT NETHERLANDS

**DISETRONIC MEDICAL SYSTEMS B.V.**
VIANEN UT ZUID-HOLLAND NETHERLANDS

**ROCHE DIAGNOSTICS ASIA PACIFIC PTE LTD**
SINGAPORE SINGAPORE

 **CHUGAI PHARMACEUTICAL CO. LTD.**
CHUO-KU TOKYO JAPAN

    Shanghai Chugai Pharmaceutical Company Limited
    SHANGHAI SHANGHAI CHINA PEOPLES REP

    **CHUGAI PHARMA EUROPE LTD**
    LONDON LONDON ENGLAND

        **CHUGAI PHARMA U K LTD**
        LONDON LONDON ENGLAND

    **CHUGAI PHARMA MARKETING LTD**
    LONDON LONDON ENGLAND

    **CHUGAI PHARMA TAIWAN LTD.**
    Taipei City Taipei TAIWAN(CHINA REP OF)

    Chugai Ikagaku Kenkyusho, K.K.
    SUWA NAGANO JAPAN

    Chugai Distrifution Co. Ltd.
    KAZO SAITAMA JAPAN

    Chugai Techno Business K.K.

        KITA-KU TOKYO JAPAN

        **Koei Pharma Co. Ltd.**
        CHIBA CHIBA JAPAN

        **CBS, K.K.**
        CHUO-KU TOKYO JAPAN

        **Eiko Kasei Co. Ltd.**
        NISHI SHIRAKAWA-GUN FUKUSHIMA JAPAN

        **Medical Culture, K.K.**
        CHUO-KU TOKYO JAPAN

        **Hiroshima Chugai Seiyaku K.K.**
        FUKUYAMA HIROSHIMA JAPAN

        **Tohoku Chugai Seiyaku K.K.**
        IWASE-GUN FUKUSHIMA JAPAN

        **Chugai USA Inc**
        San Diego California USA

            **Chugai Pharma USA LLC**
            San Diego California USA

    **ROCHE DIAGNOSTICS K.K.**
    MINATO-KU TOKYO JAPAN

    **DSM NUTRITIONAL PRODUCTS NEW ZEALAND LIMITED**
    AUCKLAND NEW ZEALAND

**ROCHE POLSKA SP Z O O**
Warszawa POLAND

**ROCHE SPA**
Monza MILANO ITALY

**ROCHE DIAGNOSTICS SPA**
Monza MILANO ITALY

**Roche Kapitalmarkt AG**
Basel Hoff-Roche Basel SWITZERLAND

**ROCHE s.r.o.**
Praha 7 CZECH REPUBLIC

**ROCHE PRODUCTS (NEW ZEALAND) LIMITED**
AUCKLAND NEW ZEALAND

**Innovent Capital Ltd.**
GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS

    **Billeter Holding AG**
    Zug Zug SWITZERLAND

        **Billeter AG**
        ZUERICH Zurich SWITZERLAND

**Roche Capital Transactions Limited**

HAMILTON Pembroke BERMUDA

**Roche Financial Products Limited**
HAMILTON Pembroke BERMUDA

**ROCHE HOLDING (U K) LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**ROCHE PRODUCTS LTD**
Welwyn Garden City HERTFORDSHIRE ENGLAND

**BOEHRINGER MANNHEIM U K LTD**
LEWES EAST SUSSEX ENGLAND

**ASKIT LABORATORIES LTD**
Glasgow SCOTLAND

**COLBORN-DAWES LTD**
HEANOR DERBYSHIRE ENGLAND

**NICHOLAS LABORATORIES LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**ASKIT LTD**
GLASGOW LANARKSHIRE SCOTLAND

**RADIOL CHEMICALS LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**SYNTEX PHARMACEUTICALS LTD**
MAIDENHEAD BERKSHIRE ENGLAND

**NICHOLAS HEALTHCARE LTD**
SLOUGH BERKSHIRE ENGLAND

**ROCHE PRODUCTS PENSION TRUST LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**THE ROCHE WORKS PENSION TRUST LIMITED**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**ROCHE PHARMACEUTICALS LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**ROCHE PRODUCTS (IRELAND) LTD**
DUBLIN CO DUBLIN IRELAND

**ROCHE DIAGNOSTICS LTD**
LEWES EAST SUSSEX ENGLAND

**Disetronic Medical Systems AB**
BROMMA STOCKHOLM SWEDEN

**ROCHE PRODUCTS (PTY) LTD**
ISANDO SOUTH AFRICA

**ROCHE VITAMINS SOUTH AFRICA (PTY) LTD**
ISANDO SOUTH AFRICA

**SOCIETE DES PRODUITS ROCHE SA**
CASABLANCA MOROCCO

**ROCHE DIAGNOSTICS AUSTRALIA PTY LIMITED**
CASTLE HILL NEW SOUTH WALES AUSTRALIA

**ROCHE REGISTRATION LTD**
WELWYN GARDEN CITY HERTFORDSHIRE ENGLAND

**Grupo Roche Syntex de México, S.A. de C.V.**
CIUDAD DE MEXICO DISTRITO FEDERAL MEXICO

**Syntex, S.A. de C.V.**
CIUDAD DE MEXICO DISTRITO FEDERAL MEXICO

**Lakeside de México, S.A. de C.V.**
CIUDAD DE MEXICO DISTRITO FEDERAL MEXICO

**Syntex Pharmaceuticals International Limited**
HAMILTON BERMUDA

   **Roche Products Pty Ltd**
   JOHANNESBURG SOUTH AFRICA

**Roche Diagnostica Brasil Ltda**
SAO PAULO SAO PAULO BRAZIL

**ROCHE DIAGNOSTICS INDIA PRIVATE LIMITED**
MUMBAI MAHARASHTRA INDIA

**Productos Roche Quimica Farmaceutica S.A.**
LIMA LIMA PERU

©Copyright 2004, Dun & Bradstreet, Inc. All rights reserved

Copyright © 2004, Hoover's, Inc., ALL RIGHTS RESERVED