# EXHIBIT G

Dockets.Justia.com



# National Cancer Institute
## U.S. National Institutes of Health | www.cancer.gov

Search [        ] GO

| NCI Home | Cancer Topics | Clinical Trials | Cancer Statistics | Research & Funding | News | About NCI |

## Dictionary of Cancer Terms

 

**Page Options**

🖨 Print This Page

Search for [                    ] GO    ● Starts with   ○ Contains

\# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Quick Links**

Director's Corner
Updates from the Director

Dictionary of Cancer Terms
Cancer-related terms

NCI Drug Dictionary
Definitions, names, and links

Funding Opportunities
Research and training

NCI Publications
Order/download free booklets

Advisory Boards and Groups
Information, meetings, reports

NIH Calendar of Events
Scientific meetings

Español
Información en español

## Ro 50-3821

A substance that is being studied in the treatment of anemia in patients who are receiving chemotherapy. I is a form of erythropoietin (a substance produced in the kidneys that stimulates the production of red blood cells) that has been changed in the laboratory. Also called methoxypolyethylene glycol epoetin beta.

**Previous Definitions:** rituximab, RK-0202, RMP-7, RNA, Ro 31-7453
**Next Definitions:** rofecoxib, rosiglitazone, RPI.4610, RPR 109881A, RSR13

**NCI Highlights**

Initial Results of STAR
Released

Statement on Fiscal Year
2007 Budget Request

First Portal of Asian
Language Cancer Information

Cancer Trends Progress
Report: 2005 Update

NCAB Working Group Report
on Biomedical Technology

The Nation's Investment in
Cancer Research FY 2007

Past Highlights


**Need Help?**
Contact us by phone,
Web, and e-mail
**1-800-4-CANCER**


**You Can Quit
Smoking Now!**
smokefree.gov

  FIRSTGOV



| PATIENT CARE | RESEARCH | CANCER INFORMATION | HOW TO HELP |

**DANA-FARBER** CANCER INSTITUTE

Home : Cancer Information : Dictionary of Medical Terms

## Dictionary of Medical Terms

**CANCER INFORMATION**

Cancer Information by Disease ►

What is Cancer? ►

National Clinical Trials ►

DFCI Clinical Trials ►

Cancer Prevention ►

Screening & Detection ►

Resources on the Web ►

**Dictionary of Medical Terms** ▼

DFCI Updates by Disease ►

**Ro 50-3821**
    A substance that is being studied in the treatment of anemia in patients who are receiving chemotherapy. It is a form of erythropoietin (a substance produced in the kidneys that stimulates the production of red blood cells) that has been changed in the laboratory. Also called methoxypolyethylene glycol epoetin beta.



The Jimmy Fund

► ABOUT DANA-FARBER    ► CONTACT US    ► SEARCH    ► SITE MAP

E-mail Newsletter | Legal Statements | Privacy Policy



Overview | Patient Referral Center | Jobs | Donations | Media Room | James Cancer Ne

Patients and Public | Types of Cancer > NCI Dictionary from PDQ®

# NCI Dictionary from PDQ®

**Search**
**Make Appointment**

Types of Cancer

Tests & Treatments

Find A Doctor

Support &
Community
Programs

Educational
Materials

Clinical Trials

Cancer Prevention
& Screening

Research Programs

James Hospital
Information

Hope's Boutique -
Specialty Shop

About The James

Printer Friendly Page

Email Page to a Friend

Numbers A B C D E F G H I J K L M N O P Q [R] S T U V W X

### Ro 50-3821

A substance that is being studied in the treatment of anemia in patients who are receiving chemo
form of erythropoietin (a substance produced in the kidneys that stimulates the production of red
has been changed in the laboratory. Also called methoxypolyethylene glycol epoetin beta.

Date First Published: 2003-11-20

Maps & Directions | Contact Us | Site Map | Privacy Policy | Disclaimer | Staff Site |

©2005 The Ohio State University Medical Center.
This Web site is an informational service and is not intended to replace your doctor.
Please consult your physician or call The James Line at 1-800-293-5066 with any questions or concerns.
All material is the property of OSU Medical Center. All rights reserved. Please see our disclaimer for more d

This site is part of The
Ohio State University
Medical Center

search our sit

About St. Jude    News    Donate Now    Contact Us    Sho

Patients & Parents    Clinical Science    Basic Science    Referring MDs    Careers    International    Volunteers

**Medical Terminology & Drug Database**



#|A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X|'

The Medical Terminology and Drug Database is provided as a convenience to our us
are provided by the National Cancer Institute, U.S. National Institutes of Health, for in
purposes only. This list is updated monthly.

**R**

**R-flurbiprofen**

A substance that is being studied as a treatment for cancer. It belongs to the family c
nonsteroidal anti-inflammatory drugs (NSAIDs).

**r-tPA**

Recombinant tissue plasminogen activator. A protein that is made by the body and th
dissolve blood clots. It can also be made in the laboratory and is used in the treatme
and stroke. It is also being studied in the treatment of cancer. r-tPA belongs to the fa
called systemic thrombolytic agents. Also called tissue plasminogen activator (tPA), ,
Alteplase.

**R101933**

A substance that is being studied for its ability to make cancer cells respond to drugs
have become resistant. It belongs to the family of drugs called multidrug resistance ir

**R115777**

An anticancer drug that inhibits the transformation of normal cells to cancer cells. It b
family of drugs called enzyme inhibitors. Also called tipifarnib.

**rabies**

A disease of the nervous system caused by the rabies virus. Rabies is marked by an
saliva production, abnormal behavior, and eventual paralysis and death.

**radiation**

Energy released in the form of particles or electromagnetic waves. Common sources
include radon gas, cosmic rays from outer space, and medical x-rays.

**radiation fibrosis**

The formation of scar tissue as a result of radiation therapy.

Ribonucleic acid. One of the two types of nucleic acids found in all cells. The other is deoxyribonucleic acid (DNA). RNA transmits genetic information from DNA to protein the cell.

**Ro 31-7453**

An anticancer drug that may prevent cancer cells from dividing.

**Ro 50-3821**

A substance that is being studied in the treatment of anemia in patients who are rece chemotherapy. It is a form of erythropoietin (a substance produced in the kidneys tha production of red blood cells) that has been changed in the laboratory. Also called methoxypolyethylene glycol epoetin beta.

**rofecoxib**

A substance used for pain relief that is also being studied for its ability to prevent can the growth of new blood vessels to solid tumors. It belongs to the family of drugs call anti-inflammatory drugs.

**rosiglitazone**

A drug taken to help reduce the amount of sugar in the blood. Rosiglitazone helps m effective and improves regulation of blood sugar. It belongs to the family of drugs cal thiazolidinediones.

**RPI.4610**

A substance that is being studied as a treatment for cancer. It belongs to the family c angiogenesis inhibitors.

**RPR 109881A**

A drug that belongs to the family of anticancer drugs called taxanes.

**RSR13**

A drug that may increase the effectiveness of radiation therapy. Also called efaproxir

**RSV**

Respiratory syncytial virus. A virus that causes respiratory infections with cold-like sy

© 2005. St. Jude Children's Research Hospital.   Disclaimer / Registrations / Copyright Statement   Privacy Policy   Notice of Privacy Practices   Lin



| Terminology<br>Treatment Acronyms<br>General Acronyms |  | CANCER DICTIONARY |  |

**Home   SiteMap   Contact   Support   Forums   Adult   Child   News**

## Cancer Dictionary
# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Search

**Type a word (or partial word) in the search box or browse by clicking on a letter**

---

Words for the letter - **r**

**R-flurbiprofen**
> A substance that is being studied as a treatment for cancer. It belongs to the family of drugs called nonsteroidal anti-inflammatory drugs (NSAIDs)

**R101933**
> A substance that is being studied for its ability to make cancer cells respond to drugs to which they have become resistant. It belongs to the family of drugs called multidrug resistance inhibitors

**R115777**
> An anticancer drug that inhibits the transformation of normal cells to cancer cells. It belongs to the family of drugs called enzyme inhibitors. Also called tipifarnib

**rabies**
> A disease of the nervous system caused by the rabies virus. Rabies is marked by an increase in saliva production, abnormal behavior, and eventual paralysis and death

**radial margin**
> Area of the body that surrounded the tissue removed during surgery. aka: circumferential margin

**radiation**
> (ray-dee-AY-shun) Energy released in the form of particles or electromagnetic waves. Common sources of radiation include radon gas, cosmic rays from outer space, and medical x-rays

**radiation fibrosis**
> (ray-dee-AY-shun fye-BRO-sis) The formation of scar tissue as a result of radiation therapy

**radiation nurse**
> A health professional who specializes in caring for people who are receiving radiation therapy

**radiation oncologist**
> (ray-dee-AY-shun on-KOL-o-jist) A doctor who specializes in using radiation to treat cancer

family of drugs called antibiotics

**risedronate**

(ris-ED-roe-nate) A substance that is being studied in the prevention and treatment of osteoporosis. It belongs to the family of drugs called bone resorption inhibitors

**risk factor**

Something that may increase the chance of developing a disease. Some examples of risk factors for cancer include age, a family history of certain cancers, use of tobacco products, certain eating habits, obesity, exposure to radiation or other cancer-causing agents, and certain genetic changes

**ritonavir**

A drug that belongs to the family of drugs called protease inhibitors. It interferes with the ability of a virus to make copies of itself

**rituximab**

A type of monoclonal antibody used in cancer detection or therapy. Monoclonal antibodies are laboratory-produced substances that can locate and bind to cancer cells

**RK-0202**

A substance that is being studied in the prevention of oral mucositis in patients receiving radiation therapy or chemotherapy for head and neck cancer

**RMP-7**

A substance that is being studied for its ability to help other drugs reach the brain. It belongs to the family of drugs called bradykinin agonists. Also called lobradimil

**RNA**

Ribonucleic acid. One of the two types of nucleic acids found in all cells. The other is deoxyribonucleic acid (DNA). RNA transmits genetic information from DNA to proteins produced by the cell

**Ro 31-7453**

An anticancer drug that may prevent cancer cells from dividing

**Ro 50-3821**

A substance that is being studied in the treatment of anemia in patients who are receiving chemotherapy. It is a form of erythropoietin (a substance produced in the kidneys that stimulates the production of red blood cells) that has been changed in the laboratory. Also called methoxypolyethylene glycol epoetin beta

**rofecoxib**

A substance used for pain relief that is also being studied for its ability to prevent cancer and to block the growth of new blood vessels to solid tumors. It belongs to the family of drugs called nonsteroidal anti-inflammatory drugs

**rosiglitazone**

A drug taken to help reduce the amount of sugar in the blood. Rosiglitazone helps make insulin more effective and improves regulation of blood sugar. It belongs to the family of drugs called thiazolidinediones

**RPI.4610**