# EXHIBIT H

Dockets.Justia.com



Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs
Glossary of Terms
Phase Definitions
Field Definitions
Roche Clinical Trial Global Policy



**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA16286

**Title of Study**
A Study of Subcutaneous (sc) RO0503821 in Dialysis Patients With Chronic Renal Anemia

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
II

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM





Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**About This Registry**

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs

About Clinical Trials

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy

Site provided by:
THOMSON
CENTERWATCH

**Clinical Trial Search**



**Trial information**

*A Study of Subcutaneous (sc) RO0503821 in Dialysis Patients With Chronic Renal Anemia*

**Status:** *No longer recruiting*

**Protocol number:** BA16286

**Sponsor:** Hoffmann-La Roche Ltd

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of dose conversion factors for maintenance subcutaneous RO050382 in dialysis patients with chronic renal anemia

**Brief summary:** This study will determine the appropriate dose and frequency of administration of sc RO0503821 maintenance therapy in dialysis patients with chronic renal anemia who were previously receiving sc epoetin alfa or beta. The anticipated time on study treatment is 3-12 months and the target sample size is 100-500 individuals.

**Study phase:** II

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Change in hemoglobin from baseline over time under constant dosing regimen

**Key secondary outcomes:** Efficacy: Change in hematocrit from baseline over time under constant dosing regimen Safety: Vital signs, adverse events, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- on dialysis (hemodialysis or peritoneal dialysis) therapy for at least 3 months;
- receiving sc epoetin alfa or beta for at least 3 months prior to the run-in period.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- use of any investigational drug within 30 days preceding the run-in phase, or during the run-in or study treatment period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

**Anticipated start date:** October, 2001

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

<u>Link to trial result</u>

**This trial was conducted at the following locations:**

**Germany**

- Berlin
- Mannheim
- Stuttgart
- Villingen-Schwenningen
- Wiesloch

**Italy**

- Bari
- Bergamo
- Lecco
- Lodi
- Milano
- Modena
- Pavia
- Vicenza

**Spain**

- Barcelona
- Madrid
- Malaga
- Santander

**United States**

- Los Angeles, CA
- San Jose, CA
- Indianapolis , IN
- Boston, MA
- Cleveland, OH
- Houston, TX
- Morgantown, WV

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country* [ Please Select        ▼]

Subject* [ Please Select        ▼]

Roche Trial Information: : Anemia                                    http://www.roche-trials.com/patient/trials/trial29.html

Your message

Last Name*

First Name*

Address

Telephone

E-mail*

your email address is needed for us to reply

Are you a:*    Please Select

[Send]  [Clear Form]

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement



Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy



**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA16736

**Title of Study**
A Study of RO0503821 for the Treatment of Anemia in Dialysis Patients

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM

 

Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**Clinical Trial Search**

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

**Search**

**About This Registry**

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs

About Clinical Trials

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy



Site provided by:
THOMSON
CENTERWATCH

**Trial information**

*A Study of RO0503821 for the Treatment of Anemia in Dialysis Patients*

**Status:** *No longer recruiting*

**Protocol number:** BA16736

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of the effect of intravenous RO0503821 on hemoglobin level/correction in dialysis patients with chronic kidney disease

**Brief summary:** This study will assess the efficacy and safety of RO0503821 given intravenously in the treatment of renal anemia in chronic kidney disease patients on dialysis who are not currently receiving epoetin or any other erythropoietic substance. The anticipated time on study treatment is 1-2 years and the target sample size is 100-500 individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Hemoglobin response rate during the first 24 weeks

**Key secondary outcomes:** Efficacy: Hb over time, time to target Hb response, incidence of RBC transfusions Safety: Vital signs, ECG, AEs, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- dialysis therapy for at least 2 weeks before screening.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of any investigational drug within 4 weeks before screening.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

**Anticipated start date:** February, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

<u>Link to trial result</u>

**This trial was conducted at the following locations:**

**Brazil**

- Curitiba
- Ribeirão Preto
- Sao Paulo

**Canada**

- Calgary, AB
- Vancouver, BC
- Winnipeg, MB
- St. John'S
- Kingston, ON
- London, ON
- Scarborough, ON
- Toronto, ON
- Montreal, QC
- Saskatoon, SK

**Czech Republic**

- Liberec
- Praha
- Usti Nad Labem

**Greece**

- Alexandroupolis
- Larissa
- Nikea
- Thessaloniki

**New Zealand**

- Christchurch

**Norway**

- Bergen
- Oslo

**Poland**

- Gdansk
- Gdynia
- Krakow
- Lodz
- Poznan
- Szczecin
- Wolomin
- Wroclaw

**Russian Federation**

- Moscow
- St. Petersburg

**South Africa**

- Cape Town
- Johannesburg
- Soweto

**Spain**

- Bilbao
- Santander
- Valencia

**Sweden**

- Karlstad

**Switzerland**

- Aarau
- Lausanne

**Thailand**

- Bangkok
- Chiang Mai
- Chonburi

**United States**

- Montgomery, AL
- Davis, CA
- Lakewood, CO
- Atlanta, GA
- Augusta, GA
- New Orleans, LA
- Boston, MA
- Springfield, MA
- Detroit, MI
- Mineola, NY
- New York, NY
- Toledo, OH
- Aguadilla, PR
- Mayaguez, PR
- Houston, TX
- Burlington, VT
- Norfolk , VA

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country*  [ Please Select ▼ ]

Subject*  [ Please Select ▼ ]

Your message  [                    ]

Last Name*  [                    ]

First Name*

Address

Telephone

E-mail*

your email address is needed for us to reply

Are you a:*    Please Select

[Send]    [Clear Form]

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement



Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy



**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA16738

**Title of Study**
A Study of RO0503821 in the Treatment of Anemia in Patients With Chronic Kidney Disease Not on Dialysis

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

<u>**Click here for the protocol registry listing of this trial.**</u>

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM



Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**Clinical Trial Search**

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs
About Clinical Trials
Glossary of Terms
Phase Definitions
Field Definitions
Roche Clinical Trial Global Policy

Site provided by:
THOMSON
CENTERWATCH



**Trial information**

*A Study of RO0503821 in the Treatment of Anemia in Patients With Chronic Kidney Disease Not on Dialysis*

**Status:** *No longer recruiting*

**Protocol number:** BA16738

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of the effect of subcutaneous RO0503821 on hemoglobin level/correction in non-dialysis patients with chronic kidney disease

**Brief summary:** This study will assess the efficacy and safety of subcutaneous RO0503821 in the treatment of renal anemia in patients with chronic kidney disease who are not on dialysis and not receiving epoetin or any other erythropoietic substance. The anticipated time on study treatment is 1-2 years and the target sample size is 100-500 individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Hemoglobin response rate during the first 28 weeks

**Key secondary outcomes:** Efficacy: Hb concentration over time, time to target Hb response, incidence of RBC transfusions Safety: Vital signs, ECG, adverse events, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic kidney disease;
- anemia;
- not on dialysis therapy;
- not receiving epoetin.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of another investigational drug within 4 weeks before screening, or during the study period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

Roche Trial Information: : Anemia                           http://www.roche-trials.com/patient/trials/trial36.html

**Anticipated start date:** June, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

**Link to trial result**

**This trial was conducted at the following locations:**

**Australia**

- Camperdown
- Clayton
- Parkville
- Perth
- Sydney

**Belgium**

- Antwerpen
- Leuven

**Canada**

- Calgary, AB
- Edmonton, AB
- Kamloops, BC
- New Westminster, BC
- Vancouver, BC
- Winnipeg, MB
- St. John'S
- Kitchener, ON
- London, ON
- Scarborough, ON
- Toronto, ON
- Montreal, QC
- Saskatoon, SK

**France**

- Amiens
- Angers
- Besancon
- Chartres
- Colmar
- Lille
- Lyon
- Nantes
- Paris
- Perpignan
- Toulouse
- Vandoeuvre-Lès-Nancy

**Germany**

- Aschaffenburg
- Berlin
- Bonn
- Dortmund
- Duesseldorf
- Tuebingen

**Greece**

- Alexandroupolis
- Athens
- Ioannina
- Piraeus

- Thessaloniki

**Italy**

- Cagliari
- Cuneo
- Genova
- Lecco
- Lodi
- Modena
- Napoli
- Padova
- Parma
- Pavia
- Prato
- Reggio Calabria
- Roma

**Netherlands**

- Amersfoort
- Heerlen

**Spain**

- Almería
- Barcelona
- Lerida
- Madrid
- Palma de Mallorca
- Valencia

**Sweden**

- Boras
- Umea

**United Kingdom**

- Birmingham
- Carshalton
- Leicester
- London

**United States**

- Scottsdale, AZ
- Los Angeles, CA
- Mather, CA
- Stanford, CA
- Stamford, CT
- Bay Pines, FL
- Ocala, FL
- Atlanta, GA
- Evanston, IL
- Shreveport, LA
- Boston, MA
- Detroit, MI
- Flushing, NY
- Cincinnati, OH
- Portland, OR
- Allentown, PA
- San Juan, PR
- Columbia, SC
- Nashville, TN
- Austin, TX
- Dallas, TX
- Houston, TX
- Burlington, VT
- Salem, VA
- Morgantown, WV

Roche Trial Information: : Anemia                                    http://www.roche-trials.com/patient/trials/trial36.html

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country*    [ Please Select ▼ ]

Subject*    [ Please Select ▼ ]

Your message

Last Name*

First Name*

Address

Telephone

E-mail*
            your email address is needed for us to reply

Are you a:*  [ Please Select ▼ ]

            [ Send ]  [ Clear Form ]

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement



Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |



**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information ✉

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs ✉
Glossary of Terms ✉
Phase Definitions ✉
Field Definitions ✉
Roche Clinical Trial Global Policy ✉



**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA16739

**Title of Study**
A Study of Intravenous RO0503821 for the Treatment of Anemia in Dialysis Patients

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM



Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

Search

About This Registry

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs

About Clinical Trials

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy





## Clinical Trial Search

### Trial information

**A Study of Intravenous RO0503821 for the Treatment of Anemia in Dialysis Patients**

**Status:** *No longer recruiting*

**Protocol number:** BA16739

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of the effect of maintenance intravenous RO0503821 on hemoglobin level/correction in patients with chronic kidney disease

**Brief summary:** This study will assess the efficacy and safety of intravenous RO0503821, given as maintenance treatment for renal anemia in chronic kidney disease patients on dialysis who were previously receiving iv epoetin. The anticipated time on study treatment is 1-2 years and the target sample size is 100-500 individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Change in hemoglobin concentration between the baseline and evaluation periods

**Key secondary outcomes:** Efficacy: Patients within 1 g/dL of their average baseline Hb concentration, RBC transfusions Safety: Vital signs, AEs, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- on dialysis therapy for at least 12 weeks before screening;
- receiving IV epoetin for at least 8 weeks before screening.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of another investigational drug within 4 weeks before screening, or during the study period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

**Anticipated start date:** February, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

**Link to trial result**

**This trial was conducted at the following locations:**

**Canada**

- St. John'S
- Kingston, ON
- London, ON
- Mississauga, ON
- Scarborough, ON
- Toronto, ON
- Weston, ON
- Montreal, QC
- Saskatoon, SK

**France**

- Aubervilliers
- Bordeaux
- Grenoble
- Paris
- Toulouse

**Germany**

- Dortmund
- Muenchen
- Nuernberg
- Stuttgart
- Wiesbaden
- Wiesloch
- Wuppertal

**Italy**

- Como
- Lecco
- Lodi
- Milano
- Pavia

**Norway**

- Bergen
- Levanger
- Lillehammer
- Trondheim

**Spain**

- Barcelona
- La Coruna
- Madrid
- Malaga
- Sevilla

**Switzerland**

- Lausanne

**United States**

- Birmingham, AL

- Mobile, AL
- Montgomery, AL
- Encino, CA
- Irvine, CA
- Los Angeles, CA
- Monterey Park, CA
- Orange, CA
- Riverside, CA
- Sacramento, CA
- San Diego , CA
- San Francisco, CA
- San Jose, CA
- San Pablo, CA
- Colorado Springs, CO
- Denver, CO
- Lakewood, CO
- Coral Gables, FL
- Ocala, FL
- Pembroke Pines, FL
- Atlanta, GA
- Augusta, GA
- Chicago, IL
- Maywood, IL
- Louisville, KY
- Covington, LA
- Baltimore, MD
- Boston, MA
- Springfield, MA
- Detroit, MI
- Brooklyn Center, MN
- Paterson, NJ
- Albuquerque, NM
- Bronx, NY
- Brooklyn, NY
- Great Neck, NY
- Mineola, NY
- New York, NY
- Stony Brook, NY
- Chapel Hill, NC
- Raleigh, NC
- Winston-Salem, NC
- Cincinnati, OH
- Toledo, OH
- Portland, OR
- Erie, PA
- Philadelphia, PA
- Pittsburgh, PA
- Orangeburg, SC
- Chattanooga, TN
- Memphis , TN
- Nashville, TN
- Austin, TX
- Houston, TX
- San Antonio, TX
- Burlington, VT
- Fairfax , VA
- Richmond, VA
- Marshfield, WI

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Roche Trial Information: : Anemia                          http://www.roche-trials.com/patient/trials/trial37.html

Country*        [Please Select          ▼]
Subject*        [Please Select        ▼]
Your message    [                                        ]
                [                                        ]
                [                                        ]
                [                                        ]
                [                                        ]

Last Name*      [                          ]
First Name*     [                          ]
Address         [                                        ]
                [                                        ]
                [                                        ]
                [                                        ]
                [                                        ]

Telephone       [                          ]
E-mail*         [                          ]
                your email address is needed for us to reply
Are you a:*     [Please Select          ▼]
                [Send]  [Clear Form]

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement



| ✉ 📠 ☎ | | 🏠 | ◻ ▮ | Roche |
| At Your Service | | Home > Results | | |

| | Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

Search

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information ✉

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs ✉
Glossary of Terms ✉
Phase Definitions ✉
Field Definitions ✉
Roche Clinical Trial Global Policy ✉



Site provided by:
THOMSON
CENTERWATCH

**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA16740

**Title of Study**
A Study of Subcutaneous RO0503821 for the Treatment of Anemia in Dialysis Patients

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM



At Your Service

**Home > Registry**

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

Search

About This Registry

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?



More FAQs

About Clinical Trials

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy

Site provided by:
THOMSON
CENTERWATCH

## Clinical Trial Search

### Trial information

*A Study of Subcutaneous RO0503821 for the Treatment of Anemia in Dialysis Patients*

**Status:** *No longer recruiting*

**Protocol number:** BA16740

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of the effect of maintenance subcutaneous RO0503821 on hemoglobin levels in dialysis patients with chronic kidney disease

**Brief summary:** This study will assess the efficacy and safety of subcutaneous (sc) RO0503821 given as maintenance treatment for renal anemia in chronic kidney disease patients on dialysis who were previously receiving sc epoetin. The anticipated time on study treatment is 1-2 years and the target sample size is 100-500 individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Change in hemoglobin concentration between the baseline and evaluation periods.

**Key secondary outcomes:** Efficacy: Patients within 1 g/dL of their average baseline Hb concentration, RBC transfusions Safety: Vital signs, AEs, laboratory values.

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- on dialysis therapy for at least 12 weeks before screening;
- receiving sc epoetin for at least 8 weeks before screening.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of another investigational drug within 4 weeks before screening, or during the study period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

Roche Trial Information: : Anemia                    http://www.roche-trials.com/patient/trials/trial38.html

**Anticipated start date:** March, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

<u>Link to trial result</u>

**This trial was conducted at the following locations:**

**Belgium**

- Bruxelles
- Edegem
- Gent
- Hasselt

**Brazil**

- Curitiba
- Sao Paulo

**Czech Republic**

- Brno
- Ostrava
- Plzen

**Denmark**

- Århus
- Odense

**Finland**

- Hus
- Tampere
- Turku

**France**

- Bayonne
- Boulogne
- Cabestany
- Caen
- Limoges
- Nimes
- Pantin
- Poitiers
- Reims
- Saint Etienne
- Saint-Germain-En-Laye
- Thionville
- Tours

**Germany**

- Bad Hersfeld
- Berlin
- Fulda
- Kaiserslautern

**Hungary**

- Budapest
- Debrecen
- Miskolc
- Pecs

**Italy**

- Cremona
- Lecco
- Modena
- Prato
- Venezia
- Venezia Mestre

**Mexico**

- Cuernavaca
- Mexico City

**New Zealand**

- Christchurch
- Wellington

**Panama**

- Panama City

**Poland**

- Gdansk
- Kielce
- Krakow
- Warszawa
- Wroclaw
- Zielona Gora

**South Africa**

- Durban

**Spain**

- Alcorcon
- Barcelona
- Galdakao
- Madrid
- Palma de Mallorca
- Pamplona
- Santiago de Compostela
- Zaragoza

**Sweden**

- Huddinge
- Karlstad

**Taiwan**

- Taichung
- Taipei

**Thailand**

- Bangkok
- Phitsanulok

**United Kingdom**

- Belfast
- Cambridge
- Dundee
- Exeter
- Leicester
- London

**United States**

- Hot Springs, AR

- Los Angeles, CA
- Orange, CA
- Riverside, CA
- Sacramento, CA
- San Jose, CA
- Boston, MA
- Springfield, MA
- Detroit, MI
- Brooklyn Center, MN
- Raleigh, NC
- Winston-Salem, NC
- Cincinnati, OH
- Toledo, OH
- Portland, OR
- Ponce, PR
- Dallas, TX
- Houston, TX
- San Antonio, TX
- Morgantown, WV

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country* [Please Select ▼]
Subject* [Please Select ▼]
Your message [                    ]

Last Name* [                    ]
First Name* [                    ]
Address [                    ]

Telephone [                    ]
E-mail* [                    ]
your email address is needed for us to reply
Are you a:* [Please Select ▼]
[Send] [Clear Form]

Roche Trial Information: : Anemia                                    http://www.roche-trials.com/patient/trials/trial38.html

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

4/1/2006 11:07 AM



Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**Search**

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

For more information

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

More FAQs

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy



**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BA17284

**Title of Study**
A Study of Intravenous or Subcutaneous RO0503821 for the Treatment of Anemia in Dialysis Patients

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM



Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

## Clinical Trial Search

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

For more information

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs

About Clinical Trials

Glossary of Terms

Phase Definitions

Field Definitions

Roche Clinical Trial Global Policy



Site provided by
THOMSON
CENTERWATCH

### Trial information

*A Study of Intravenous or Subcutaneous RO0503821 for the Treatment of Anemia in Dialysis Patients*

**Status:** *No longer recruiting*

**Protocol number:** BA17284

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** A randomized, open-label study of the effect of maintenance RO0503821 administered with pre-filled syringes on hemoglobin levels in anemic dialysis patients with chronic kidney disease

**Brief summary:** This study will assess the efficacy and safety of intravenous (iv) or subcutaneous (sc) RO0503821, administered with pre-filled syringes, as maintenance treatment for renal anemia in chronic kidney disease patients on dialysis who were previously receiving iv or sc epoetin. The anticipated time on study treatment is 3-12 months and the target sample size is 100-500 individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Randomized; Open Label; Active; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Change in hemoglobin concentration between the baseline and evaluation periods

**Key secondary outcomes:** Efficacy: Patients within 1 g/dL of their average baseline Hb concentration, RBC transfusions Safety: Vital signs, AEs, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- on dialysis therapy for at least 12 weeks before screening;
- receiving iv or sc epoetin for at least 8 weeks before screening.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of another investigational drug within 4 weeks before screening, or during the study period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

**Anticipated start date:** June, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

<u>Link to trial result</u>

**This trial was conducted at the following locations:**

**Canada**

- Ottawa, ON
- Toronto, ON
- Greenfield Park, QC
- Montreal, QC

**France**

- Aix en Provence
- Chambery
- Hyeres
- Le Kremlin-Bicêtre
- Nantes
- Paris
- Rouen

**Germany**

- Erlangen
- Muenchen
- Nuernberg

**Italy**

- Como
- Modena
- Pavia

**Poland**

- Rzeszow
- Warszawa

**Portugal**

- Carnaxide
- Porto
- Setubal

**Spain**

- Alicante
- Badalona
- Leon
- Madrid

**Taiwan**

- Kaohsiung
- Taichung
- Taipei

**Thailand**

- Bangkok
- Chonburi

**United Kingdom**

- Glasgow

- Hertford
- London
- Salford
- Swansea

**United States**

- Covina, CA
- Los Alamitos, CA
- Los Angeles, CA
- San Diego , CA
- Stamford, CT
- Tampa, FL
- Blue Ridge, GA
- Newnan, GA
- Honolulu, HI
- Evanston, IL
- South Holland, IL
- Baton Rouge, LA
- New Orleans, LA
- Shreveport, LA
- Boston, MA
- Kalamazoo, MI
- Columbus, MS
- Tupelo, MS
- St. Louis, MO
- Hackensack, NJ
- Flushing, NY
- New York, NY
- Orchard Park, NY
- Cleveland, OH
- Oregon City, OR
- Erie, PA
- Lewistown, PA
- Philadelphia, PA
- Ponce, PR
- San Juan, PR
- Columbia, SC
- Memphis , TN
- Charlottesville, VA
- Norfolk , VA

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country* [Please Select ▼]

Subject* [Please Select ▼]

Your message [                    ]

Last Name* [                    ]

Roche Trial Information: : Anemia                    http://www.roche-trials.com/patient/trials/trial41.html

First Name*

Address

Telephone

E-mail*

your email address is needed for us to reply

Are you a:*   Please Select

Send    Clear Form

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement



✉ 🔍 📧
At Your Service

[Search]

Home > Results

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

**About This Database**

This database will be populated with information on Roche clinical trial results. Results information will be posted in a staged approach.

[For more information] ▷

**Common Questions**

What are the differences between clinical trial phases?

Why has Roche decided to launch a registry and database at this time?

[More FAQs] ▷
[Glossary of Terms] ▷
[Phase Definitions] ▷
[Field Definitions] ▷
[Roche Clinical Trial Global Policy] ▷



Site provided by:
THOMSON
CENTERWATCH

**Trial Results Search**

# Clinical Trial Result Information

**Protocol number**
BH18387

**Title of Study**
A Study of Intravenous or Subcutaneous RO0503821 in Chronic Kidney Disease Patients With Renal Anemia

**Sponsor**
Hoffmann-La Roche Ltd

**Company division**
Pharmaceutical

**Product name**
RO0503821

**Therapeutic area**
Anemia

**Clinical study summary**
This trial does not yet have clinical trial results posted on this website. All trial results will be posted within one year of approval or one year after trial completion, unless the release of information is restricted due to journal publication timing or pending regulatory filing. For further information on the timing of posting clinical trial results please consult the Roche policy for posting information on this website.

**Phase of development**
III

**Date of report**
To be Published

**Click here for the protocol registry listing of this trial.**

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement

Trial Results updated: March 27, 2006 at 10:37:32 AM



 ⟨Roche⟩

Home > Registry

| Protocol Registry | Trial Results | IFPMA Trial Portal | Background | Links |

Search

About This Registry

This registry will serve as a global repository for information on ongoing Phase II through Phase IV clinical studies.

For more information ⊠

**Common Questions**

Why participate in a study?

Who is eligible to participate?

What are the differences between clinical trial phases?

More FAQs ⊠

About Clinical Trials ⊠

Glossary of Terms ⊠

Phase Definitions ⊠

Field Definitions ⊠

Roche Clinical Trials Global Policy ⊠


Site provided by: THOMSON CENTERWATCH

**Clinical Trial Search**

**Trial information**

*A Study of Intravenous or Subcutaneous RO0503821 in Chronic Kidney Disease Patients With Renal Anemia*

**Status:** *No longer recruiting*

**Protocol number:** BH18387

**Sponsor:** Hoffmann-La Roche

**Company division:** Pharmaceutical

**Official Scientific Title:** An open-label study of the effect of long-term RO0503821 on hemoglobin levels in patients with chronic renal anemia

**Brief summary:** This study will assess the long term efficacy, safety and tolerability of intravenous (iv) or subcutaneous (sc) RO0503821 in chronic kidney disease patients with renal anemia. The anticipated time on study treatment is 2+ years and the target sample size is 500+ individuals.

**Study phase:** III

**Study type:** Interventional; Treatment; Non-Randomized; Open Label; Uncontrolled; Parallel; Safety/Efficacy study

**Condition:** Anemia

**Intervention type:** Drug

**Intervention name:** RO0503821

**Primary outcome:** Efficacy: Hemoglobin concentrations over time

**Key secondary outcomes:** Safety: Vital signs, adverse events, laboratory values

**Inclusion criteria:**

- adult patients >=18 years of age;
- chronic renal anemia;
- currently receiving RO0503821 as part of a clinical study.

**Exclusion criteria:**

- women who are pregnant, breastfeeding or using unreliable birth control methods;
- administration of another investigational drug planned during the study period.

**Gender:** Males or Females

**Age limits:** Min: 18 Years Max: N/A (No limit)

**Accepts healthy volunteers:** No

**Anticipated start date:** September, 2004

**Trial registration date:** 05/23/2005

**Date last updated:** 3/27/2006

**Link to trial result**

**This trial was conducted at the following locations:**

**Australia**

- Blacktown
- Brisbane
- Clayton
- Gosford
- Parkville
- Perth
- Sydney

**Austria**

- Graz

**Belgium**

- Aalst
- Bruxelles
- Edegem
- Gent
- Hasselt
- Leuven
- Liege

**Brazil**

- Sao Paulo

**Canada**

- Calgary, AB
- Edmonton, AB
- Kamloops, BC
- New Westminster, BC
- Vancouver, BC
- Winnipeg, MB
- St. John'S
- Halifax, NS
- Kingston, ON
- Kitchener, ON
- London, ON
- Mississauga, ON
- Ottawa, ON
- Scarborough, ON
- Toronto, ON
- Weston, ON
- Greenfield Park, QC
- Montreal, QC
- Saskatoon, SK

**Czech Republic**

- Brno
- Liberec
- Ostrava
- Plzen
- Praha

**Denmark**

- Aalborg
- Odense
- Roskilde

**Finland**

- Hus
- Tampere
- Turku

**France**

- Amiens
- Aubervilliers
- Bayonne
- Bordeaux
- Boulogne
- Cabestany
- Caen
- Chambery
- Colmar
- Grenoble
- Hyeres
- Limoges
- Lyon
- Montpellier
- Nantes
- Nice
- Nimes
- Paris
- Perpignan
- Poitiers
- Rouen
- Saint Etienne
- Saint-Germain-En-Laye
- Strasbourg
- Tarbes
- Thionville
- Toulouse
- Tours
- Vandoeuvre-Lès-Nancy

**Germany**

- Aschaffenburg
- Bad Hersfeld
- Berlin
- Bonn
- Dortmund
- Duesseldorf
- Erlangen
- Hannover-Münden
- Muenchen
- Nuernberg
- Stuttgart
- Tuebingen
- Villingen-Schwenningen
- Wiesbaden
- Wiesloch
- Wuppertal

**Greece**

- Alexandroupolis
- Ioannina
- Larissa
- Piraeus
- Thessaloniki

**Hungary**

- Budapest
- Debrecen
- Miskolc
- Pecs

**Italy**
- Bergamo
- Cagliari
- Como
- Cremona
- Cuneo
- Genova
- Lecco
- Livorno
- Lodi
- Messina
- Modena
- Pavia
- Prato
- Reggio Calabria
- Roma
- Venezia
- Venezia Mestre

**Mexico**
- Cuernavaca
- Mexico City

**Netherlands**
- Amersfoort
- Heerlen

**Norway**
- Bergen
- Lillehammer
- Trondheim

**Panama**
- Panama City

**Poland**
- Gdansk
- Gdynia
- Kielce
- Krakow
- Lodz
- Poznan
- Rzeszow
- Szczecin
- Warszawa
- Wolomin
- Wroclaw

**Portugal**
- Porto
- Setubal

**Russian Federation**
- Moscow
- St. Petersburg

**South Africa**
- Cape Town
- Durban
- Johannesburg
- Soweto

**Spain**

- Alcorcon
- Alicante
- Almería
- Badalona
- Barcelona
- Bilbao
- Cordoba
- La Coruna
- Lerida
- Madrid
- Malaga
- Oviedo
- Palma de Mallorca
- Salamanca
- Santander
- Santiago de Compostela
- Sevilla

**Sweden**

- Huddinge
- Karlstad
- Stockholm
- Umea

**Switzerland**

- Aarau
- Lausanne

**Taiwan**

- Kaohsiung
- Taichung
- Taipei

**Thailand**

- Bangkok
- Chiang Mai
- Chonburi
- Phitsanulok

**United Kingdom**

- Belfast
- Cambridge
- Carshalton
- Dundee
- Exeter
- Glasgow
- Hertford
- Leicester
- London
- Salford
- Swansea

**United States**

- Birmingham, AL
- Mobile, AL
- Montgomery, AL
- Hot Springs, AR
- Covina, CA
- Encino, CA
- Irvine, CA
- Los Alamitos, CA
- Los Angeles, CA
- Mather, CA

- Monterey Park, CA
- Riverside, CA
- Sacramento, CA
- San Diego , CA
- San Francisco, CA
- San Jose, CA
- Stanford, CA
- Colorado Springs, CO
- Denver, CO
- Lakewood, CO
- Stamford, CT
- Ocala, FL
- Pembroke Pines, FL
- Tampa, FL
- Atlanta, GA
- Augusta, GA
- Honolulu, HI
- Chicago, IL
- Maywood, IL
- South Holland, IL
- Louisville, KY
- Baton Rouge, LA
- Shreveport, LA
- Boston, MA
- Springfield, MA
- Detroit, MI
- Kalamazoo, MI
- Brooklyn Center, MN
- Columbus, MS
- Tupelo, MS
- St. Louis, MO
- Las Vegas, NV
- Hackensack, NJ
- Paterson, NJ
- Albuquerque, NM
- Bronx, NY
- Brooklyn, NY
- Flushing, NY
- Great Neck, NY
- Mineola, NY
- New York, NY
- Orchard Park, NY
- Chapel Hill, NC
- Mount Airy, NC
- Raleigh, NC
- Cincinnati, OH
- Cleveland, OH
- Toledo, OH
- Oregon City, OR
- Portland, OR
- Allentown, PA
- Erie, PA
- Lewistown, PA
- Philadelphia, PA
- Pittsburgh, PA
- Ponce, PR
- San Juan, PR
- Columbia, SC
- Orangeburg, SC
- Chattanooga, TN
- Nashville, TN
- Austin, TX
- Dallas, TX
- Houston, TX
- San Antonio, TX
- Burlington, VT
- Charlottesville, VA
- Fairfax , VA
- Norfolk , VA

- Salem, VA
- Morgantown, WV
- Marshfield, WI

**To contact Roche for more information on this trial please complete the email form below.** Treatment decisions and/or suitability for a specific trial are decisions only your healthcare provider can make. Therefore, extensive medical information need not be include in your query. To guarantee timely processing of your query, please be concise.If you are patient interested in any of the studies, please have your healthcare provider contact us via this website, and they will be provided with the relevant clinical trial information.

Country*  [Please Select ▼]

Subject*  [Please Select ▼]

Your message  [                                    ]

Last Name*  [                    ]

First Name*  [                    ]

Address  [                                    ]

Telephone  [                    ]

E-mail*  [                    ]
your email address is needed for us to reply

Are you a:*  [Please Select ▼]

[Send]  [Clear Form]

© 1996-2006 F.Hoffmann-La Roche Ltd See our legal Statement