# EXHIBIT I

Dockets.Justia.com

# CERA (Continuous Erythropoiesis Receptor Activator), an innovative erythropoietic agent: dose-dependent response in phase I studies

Bruno Reigner PhD[1], Paul Jordan PhD[1], Anne Pannier PharmD[1], John Glaspy MD[2]

[1] F. Hoffmann-La Roche, Basel, Switzerland; [2] UCLA School of Medicine, Los Angeles, CA, USA

Presented at

**The American Society of Clinical Oncology**

**39th Annual Meeting**

May 31–June 3, 2003

# CERA (Continuous Erythropoiesis Receptor Activator), an innovative erythropoietic agent: dose-dependent response in phase I studies

Bruno Reigner PhD[1], Paul Jordan PhD[1], Anne Pannier PharmD[1], John Glaspy MD[2]

[1] F. Hoffmann-La Roche, Basel, Switzerland, [2] UCLA School of Medicine, Los Angeles, CA, USA









