# EXHIBIT K

About Amgen    Science    Corporate Philanthropy    Site Map    Search    Privacy & Terms    Contact Us

AMGEN

Patients    Medical Professionals    Partners    Investors    Careers    Media

Home    Careers    Life at Amgen    Cambridge, MA

# Campuses

- Overview
- Job Search
- Life at Amgen
  - Campuses
  - Career Paths
  - Training & Development
  - Relocation Services
- Benefits
- Values
- Diversity
- College Programs
- Locations
- Events

**Campuses**

Learn about the offerings available to Amgen staff at the company's U.S. and Puerto Rico locations.

- Thousand Oaks, CA
- Boulder & Longmont, CO
- Cambridge, MA
- Juncos, Puerto Rico
- Louisville, KY
- San Francisco, CA
- Seattle, WA
- West Greenwich, RI

**Cambridge, Massachusetts**

Amgen's research hub in Cambridge conducts groundbreaking research across a variety of therapeutic areas. Construction is under way to add to the existing 50,000 square feet of laboratory space. This site's proximity to both esteemed academic centers and the thriving local biotechnology industry enables Amgen scientists to exchange ideas with leaders in various fields of science and medicine.

Our Cambridge staff members enjoy both the perks of a state-of-the-art facility and life in the beautiful city of Cambridge. Just across the river from Boston, Cambridge's multicultural setting is filled with cafes, bookstores and boutiques. Amgen supports local organizations such as the Cambridge School Volunteers, the East End House and the Museum of Science in Boston.