# EXHIBIT L

Dockets.Justia.com

# Pre-clinical Pharmacokinetics and Pharmacodynamics of CERA (Continuous Erythropoiesis Receptor Activator) Indicate a Superior New Therapy for Anemia

Anton Haselbeck[1], Nadine Tare[2], Johannes Pill[3]

[1] F. Hoffmann-La Roche, Penzberg, Germany; [2] Hoffmann-La Roche Inc., Nutley, NJ, USA; [3] F. Hoffmann-La Roche, Mannheim, Germany

*Presented at*

**The American Society of Hematology**

**44th Annual Meeting**

*December 6–10, 2002*

# Pre-clinical Pharmacokinetics and Pharmacodynamics of CERA (Continuous Erythropoiesis Receptor Activator) Indicate a Superior New Therapy for Anemia

Anton Haselbeck[a], Nadine Tare[b], Johannes Pill[c]

[a]F. Hoffmann-La Roche, Penzberg, Germany; [b]Hoffmann-La Roche Inc. Nutley, NJ, USA; [c]F. Hoffmann-La Roche, Mannheim, Germany

## Abstract

Background: Correction of anemia associated with cancer and other chronic diseases requires long-term treatment with epoetin. The development of an agent that allows less frequent dosing with sustained or improved efficacy should improve the choice and quality of treatment. CERA (Continuous Erythropoiesis Receptor Activator) is an innovative agent for the treatment of anemia currently in clinical development.

Purpose and Methods: The pharmacokinetic and pharmacodynamic properties of CERA were determined in rabbit and normocythemic mice. The systemic clearance of CERA was assessed in rats and dogs following injection of single doses. The pharmacodynamic properties of CERA and epoetin were compared in the normocythemic mouse model, using single doses as well as repeated administrations over several weeks. The influence of route of administration of CERA activity was also studied. In addition, the erythropoietic activity of CERA was tested in nephrectomized rats (model once weekly over a period of 4 weeks).

Results: ...

## Background

- Anemia is a very common complication in patients with non-myeloid malignancies, with moderate rates of over 80%.
- Low hemoglobin (Hb) levels may be associated with fatigue and other symptoms, resulting in an impaired quality of life.
- There is considerable evidence that anemia may worsen prognosis.
- As such, the treatment of anemia is considered an integral part of cancer management.
- Treatment with recombinant human erythropoietin (rHuEPO, epoetin) has been shown to increase Hb levels, reduce the need for transfusions and improve quality of life in patients with hematologic malignancies. Despite this, a considerable number of cancer patients with anemia do not receive epoetin therapy.
- An important advance in the management of anemia would be the investigation of a novel erythropoietic agent that allowed:
  - less frequent dosing i.e. every 3 or 4 weeks or every administration cycle
  - sustained or improved efficacy

## Purpose and Methods

The properties of CERA (Continuous Erythropoiesis Receptor Activator) were assessed in several studies in rabbit and dog models. Pharmacodynamic parameters (reticulocyte and hemoglobin counts, hematocrit values and Hb levels) were evaluated in studies of single or repeated administrations in the normocythemic mouse model...

## Results

- In animal models, the systemic clearance of CERA was much lower than that of epoetin. In dogs this resulted in a potential increase in mean half-life following intravenous (IV) injection from 6.4 to 5 hrs for epoetin to 89.1±6 hrs for CERA. The median half-life in rats was approximately two-fold greater for CERA compared with epoetin (Table 1).
- Administration of CERA resulted in a dose-dependent and specific erythropoietic response. A single subcutaneous (SC) injection of CERA 25 μg/kg in mice (n=6) resulted in an increase in mean reticulocyte count approximately twofold greater than that obtained with the same dose of epoetin (22% vs 10%), indicating the higher erythropoietic potency of CERA (Figure 1). Moreover, the median reticulocyte count with weekly theoretical sub-doses indicated that CERA 25 μg/kg weekly resulting in a greater response than five-times CERA (1.25 μg/kg once weekly).
- More erythrocyte counts were also increased in response to CERA compared with epoetin (Figure 2). No systemic changes were observed or while blood cell parameters and platelets, indicating specificity of CERA towards red blood cell...

## References

1. Ludwig H. Semin Oncol 2002; 29 (Suppl 8): 48-54.
2. Mache I, Gleitz G, Kaltwasser H, et al. Sem Oncol 1998; 5: 1100-1111.
3. Glaspy J, Bukowski R, Steinberg D, et al. J Clin Oncol 1997; 15: 2216-2221.
4. Osterborg A, Brandberg Y, Molostova V, et al. J Clin Oncol 2002; 2: 2486-2494.
5. Cortani MS. Oncologist 2002; 7: 101-141.
6. Fahamuddin MS. Oncology (Hunting) 2002; 16 (Suppl 10): 17-24.

### Table 1. Plasma pharmacokinetic parameters of CERA compared with epoetin following IV administration in dogs and rat models

IV administration in dogs

|  | CERA 5 μg/kg (n=4) | Epoetin 2.5 μg/kg (n=4) |
|---|---|---|
| Cl (ml/hr/kg) | 0.6 (0.3–1.4) | 9.3 (3.5–9.3) |
| Vss (ml/kg) | 54 (42–66) | 62 (47–89) |
| $t_{1/2}$ (hr) | 89.1 (55–89) | 6.4 (3.8–6.9) |
| $AUC_{0–inf}$ (ng·hr/mL) | 2632 (2130–6307) | 208 (155–294) |

IV administration in rats

|  | CERA 2.5 μg/kg (n=5) | Epoetin 5 μg/kg (n=5) |
|---|---|---|
| Cl (ml/hr/kg) | 14 (11–15) | 55 (34–90) |
| Vss (ml/kg) | 67 (36–78) | 65 (43–91) |
| $t_{1/2}$ (hr) | 11 (11–24) | 14 (11–19) |
| $AUC_{0–inf}$ (ng·hr/mL) | 209 (136–264) | 204 (158–294) |



Figure 1. Effect on reticulocytes in mice following SC administration or single dose CERA 25 μg/kg, single dose epoetin 25 μg/kg or multiple dose epoetin 20 μg/kg.



Figure 2. Effect on erythrocytes in mice following SC administration of single dose CERA 25 μg/kg, single dose epoetin 25 μg/kg or multiple dose epoetin 20 μg/kg.



Figure 3. Effect on reticulocytes in mice following SC or IV administration of single dose CERA 2.5 μg/kg or single dose epoetin 2.5 μg/kg.

## Conclusions

- CERA is an innovative new erythropoietic agent with a lower systemic clearance and an increased serum half-life compared with epoetin.

- In animal studies, CERA appears to be a more potent stimulator of erythropoiesis than epoetin, both with regard to magnitude and duration of response.

- The observed erythropoietic effect of CERA is dose-dependent and specific.

- Erythropoietic response is comparable after both SC and IV administration of CERA.

- The unique pharmacodynamic and pharmacokinetic properties of CERA suggest that it may represent a significant development in the treatment of anemia, offering enhanced erythropoietic activity and the opportunity of increased dosing intervals for greater flexibility and convenience.

SEARCH [Search] [GO]
SIGN IN | REGISTER |
ADVANCED SEARCH
1900 Duke Street, Suite 200 |
Alexandria, VA 22314

- Meetings
- Abstracts & Research
  - Abstracts
  - Virtual Meeting
  - Annual Meeting Summaries
  - Research Initiatives
  - Grants
  - Clinical Trials Awards
- Practice Resources
- Education & Training
- News
- Legislative & Regulatory

- About ASCO
- ASCO Bookstore
- Careers in Oncology
- Downloads & Technology
- Grants
- Membership
- State Affiliates


ASCO News & Forum


The ASCO Press Center


Journal of Clinical Oncology


Journal of Oncology Practice


Information for Patients
People Living With Cancer

The ASCO Foundation

Home > Abstracts & Research > Abstracts > 2003 ASCO Annual Meeting

# Pre-clinical and phase I pharmacokinetic and mode-of-action studies of CERA (continuous erythropoiesis receptor activator), a novel erythropoietic agent with an extended serum half-life

**Sub-category:** Supportive Care                    🖶 Printer Friendly

**Category:**  Patient Care                           ✉ E-Mail Article

**Meeting:**  2003 ASCO Annual Meeting

**Abstract No:** 3006

**Author(s):**  A. Haselbeck, B. Reigner, P. Jordan, A. Pannier, J. Glaspy; F. Hoffmann-La Roche, Penzberg, Germany; F. Hoffmann-La Roche, Basel, Switzerland; UCLA School of Medicine, Los Angeles, CA

**Abstract:**  CERA is a novel erythropoietic agent for the treatment of anemia. Pharmacokinetic properties of CERA were investigated in animal models and in 2 placebo-controlled studies of healthy male volunteers randomized to receive single doses of CERA 0.4-3.2 µg/kg by intravenous (IV) injection or CERA 0.1-3.2 µg/kg by subcutaneous (SC) injection. In addition, the erythropoietic activity of CERA was compared with that of epoetin using a normocythemic mouse model and *in vitro* using a UT-7 (human myeloid leukemia cell line) proliferation assay. Binding to the erythropoietin (EPO) receptor was compared *in vitro* using a soluble EPO receptor-binding assay. Median serum half-life of CERA was 7-fold greater than that of epoetin following IV injection in dogs (49.0 vs 6.4 h). In healthy volunteers, mean serum half-life for CERA ranged between 70-122 h after IV and 102-146 h after SC administration depending on dose. AUC and Cmax increased more than proportionally with dose. In the receptor-binding assay, association rates of CERA and epoetin with soluble EPO receptor were similar whereas the dissociation rate of CERA was higher than that of epoetin. CERA had greater erythropoietic activity than epoetin in the normocythemic mouse but not *in vitro* (dose range 0.003-3 U/ml). Taken together, these data suggest that CERA binds less tightly to the EPO receptor and dissociates more quickly compared with epoetin. A novel mode of action is proposed by which rapid dissociation from the erythropoietin receptor together with an extended serum half-life result in an enhanced and sustained erythropoietic effect through continuous modulated stimulation of erythropoiesis. These pharmacokinetics may lead to enhanced erythropoietic activity, less frequent dosing and optimal patient outcomes.

## Associated Presentation(s):

1. Pre-clinical and phase I pharmacokinetic and mode-of-action studies of CERA (continuous erythropoiesis receptor activator), a novel erythropoietic agent with an extended serum half-life

   *No presentation available*
   Meeting: 2003 ASCO Annual Meeting
   Presenter: Anton Haselbeck, PhD
   Session: Palliative, Supportive, and Elderly Care (General Poster Session)

## Other Abstracts in this Sub-Category

1. Safety and efficacy evaluation of concurrent dosing of pegfilgrastim with multi-day regimens of etoposide or topotecan in male rats

   Meeting: 2003 ASCO Annual Meeting    Abstract No: 582    First Author: A. M. Standeven
   Category: Patient Care - Supportive Care

sanofi aventis

© 2006 American Society of Clinical Oncology. All rights reserved worldwide.