**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

MICHAEL R. GOTTFRIED
DIRECT DIAL: 617.289.9212
E-MAIL: mrgottfried@duanemorris.com

www.duanemorris.com

FILED
IN CLERKS OFFICE

2006 APR 26  A 10: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 26, 2006

VIA HAND-DELIVERY

Civil Clerk's Office
United States District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Amgen Inc. v. F. Hoffman-LaRoche Ltd., et al
           Civil Action Number: 05-cv-12237-WGY

Dear Sir or Madam:

    Enclosed for conventional filing is an audio recording on CD Rom, together with its corresponding Notice of Filing With The Clerk's Office that was previously electronically filed on April 25, 2006, as Exhibit 13 to the Declaration of Michael R. Gottfried in Support of Amgen Inc.'s Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim for Which Relief may Be Granted.

    Please call if you have any questions.

                                Very truly yours,

                                Michael R. Gottfried

MRG/vlw
Enclosure
cc:    David L. Ferrera, Esquire (via overnight mail on April 25, 2006)
        Howard Suh, Esquire (via overnight mail on April 25, 2006)
        Julia Huston, Esquire (via overnight mail on April 25, 2006)

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210                   PHONE: 617.289.9200   FAX: 617.289.9201

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                                                                                                              Doc. 58