UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GMBH, )<br>AND HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants )<br>) | CIVIL ACTION No.: 05-CV-12237WGY |

**REPLY DECLARATION OF HOWARD S. SUH IN FURTHER SUPPORT OF DEFENDANT ROCHE DIAGNOSTICS GMBH'S MOTION TO DISMISS**

I, Howard S. Suh, hereby declare under penalty of perjury that:

1. I am an attorney admitted to the Bar of the State of New York and am counsel to the law firm of Kaye Scholer LLP, counsel for Defendants in the above captioned case.

2. I make this reply declaration in further support of Defendant Roche Diagnostics GmbH's Motion To Dismiss, dated April 11, 2006.

3. Reply Exhibit 1 is a true and correct copy of Roche Corporate Media News, "Roche acquires Boehringer Mannheim Group," dated May 26, 1997.

4. Reply Exhibit 2 is a true and correct copy of "Capital Investment," Wyeth Divisions, at http://www.wyeth.com/divisions/andover.asp.

Dated: May 1, 2006     /s/ Howard S. Suh
                       Howard S. Suh

1

ws388C.tmp

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

      /s/  Julia Huston

03099/00501 491998.1

ws388C.tmp