Amgen Inc. v. F. Hoffmann-LaRoche LTD et al | Doc. 61 Att. 2
Wyeth: Wyeth Divisions: Andover
Case 1:05-cv-12237-WGY    Document 61-3    Filed 05/01/2006    Page 1 of 5

# Wyeth 

Leading the Way to a Healthier World

Home  Site Map  Site

- About Wyeth
- Media Room
- Corporate Governance
- Wyeth Divisions
  - Wyeth Pharmaceuticals
    - Wyeth Research
    - Prescription Products
    - + Biopharmaceuticals
      - Integrated Operations
      - + Capital Investments
      - Careers at Wyeth BioPharma
    - Vaccines
    - Nutritionals
  - Wyeth Consumer Healthcare
  - Fort Dodge Animal Health
- Products
- Wyeth Worldwide
- Investor Relations
- News & Announcements
- Research & Development
- Educational Resources
- Careers at Wyeth

## Capital Investments

### Wyeth BioPharma Campus at Andover

- The Wyeth Vision
- About the Andover Campus
- The Andover Campus Organization
- History of the Andover Campus
- Wyeth Employee Benefits
- Life in the Merrimack Valley, Massachusetts
- Links to the Merrimack Valley, Massachusetts
- Job Opportunities
- Contact Wyeth Andover
- Directions to Wyeth Andover

Located in the heart of the Merrimack Valley, a community rich in culture and history, the Wyeth BioPharma Andover Campus is home to leading experts in the discovery, development, and commercialization of protein therapy. By joining Wyeth BioPharma at our Andover campus, you will be entering a team-based environment that encourages the entrepreneurial spirit, where you will be challenged to play a vital role in developing and manufacturing innovative protein therapeutics.

**The Wyeth Vision**
Our vision is to lead the way to a healthier world. By carrying out this vision at every level of our organization, we will be recognized by our employees, customers, and shareholders as the best pharmaceutical company in the world, resulting in value for all. At the Andover facility, we strive to realize our corporate vision in becoming the premier biopharmaceutical company, fusing leading-edge science with the development and manufacturing of breakthrough recombinant protein therapeutics. Our commitment to improving life by advancing science has led to the development of a strong product pipeline.



Our success as one of the largest biotech companies in Massachusetts has been fueled by our collaborative work environment, which is driven by our corporate values - quality, integrity, respect for people, leadership, collaboration.

^ Back to top
View a Current Listing of Job Opportunities

**About the Andover Campus**
The Andover campus is part of Wyeth BioPharma, which is the organization within Wyeth dedicated to the successful development, manufacturing, and commercialization of recombinant protein biopharmaceuticals. This group is fully integrated within Wyeth and is positioned to capture the tremendous global market potential for biopharmaceutical products.

Presently, the Wyeth BioPharma Andover Campus is over 1.1 million square feet and houses 7 manufacturing suites, with 21 bioreactors ranging from 100 to 12,000 liters. The Andover campus is one of the largest biopharmaceutical operations in Massachusetts and one of the largest in the United States.

^ Back to top
View a Current Listing of Job Opportunities

**EXHIBIT 2**

**The Andover Campus Organization**
The campus employs nearly 1,800 staff, including numerous researchers, scientists, engineers, technicians, and other biopharmaceutical professionals. The campus is made up of the following operational teams:



- **Process and Product Development**
  This group is responsible for the invention, initial implementation, and scientific support of the commercial production process for biopharmaceutical proteins. The breadth of expertise and responsibility spans host cell transfection for production expression, cell culture and fermentation, protein formulation, protein characterization, and clinical manufacturing, including quality and regulatory oversight. This team is also responsible for supporting commercial manufacturing through process transfer and scale-up.

- **Commercial Drug Substance Manufacturing**
  Responsibilities of this group include combining cell culture, purification, and membrane technologies to produce recombinant therapeutic proteins. In addition to product-specific teams, there are production support and facility support teams providing cross-functional manufacturing support.

- **Commercial Quality**
  The Commercial Quality group comprises five teams: QA Compliance, Quality Control, QA Validation Compliance and Quality Records Management, Quality Project Services, and QA Operations. These teams support manufacturing, working collaboratively to build and sustain quality in Wyeth BioPharma systems and products.

- **Engineering**
  This group comprises the Process and Facilities Engineering, Technical Operations and Facilities Operations, and Maintenance departments. These teams provide Development and Manufacturing with process, systems, validation, plant and project engineering, facilities planning, maintenance, and calibration support.

- **Production Planning and Control**
  This team ensures a continuous supply of existing and new products for Wyeth global affiliates and business partners.

- **Site Services**
  Several groups, including Finance, Information Services, and Human Resources, support the Andover Wyeth BioPharma group.



Back to top
View a Current Listing of Job Opportunities

**History of the Andover Campus**
In 1980, two scientists affiliated with Harvard University founded Genetics Institute. Their initial business concept was to assemble a first-class management and scientific team to develop genetically engineered products. For the first few years, the company operated as an applied research center.

Early achievements included:

- gene cloning
- blood cell growth factors
- coagulation factors
- clot-dissolving agents

The company's need to support long-term scientific and business objectives led to the 1984 decision to become a science-based, product-driven pharmaceutical company that would develop proprietary drugs of its own and assume responsibility for their manufacture and commercial

development. The senior management and scientists decided to focus on protein-based therapies for a wide range of conditions, including hemophilia, cancer, bone and tissue repair, inflammatory diseases, and immune system disorders.

In December 1986, Genetics Institute purchased the first building of what would later become the Wyeth BioPharma Andover facility. This building, covering 260,000 square feet, housed cell culture and purification suites.

In 1992, American Home Products (AHP) acquired a 60% share of Genetics Institute, which became a wholly owned subsidiary of AHP in December 1996. On March 5, 1998, AHP announced the integration of Wyeth-Ayerst Research and the research and development organization of Genetics Institute. AHP's vision to meet the soaring demand for new biopharmaceutical products led to the commitment of $2 billion in the Wyeth BioPharma organization. In March 2002, AHP changed its corporate name to Wyeth.



Back to top
View a Current Listing of Job Opportunities

**Wyeth Employee Benefits**
As a Wyeth employee, you'll enjoy an attractive benefits package. To learn more about benefits at Wyeth, visit the Benefits and Compensation section of this site.

In addition to our highly competitive benefits and compensation program, we continuously pursue special efforts, providing extended-value programs to our most important resources - our employees.

One such program, the Junction Transportation Management Organization (TMO), was launched and implemented at the Andover Campus in 2001. The TMO is a membership organization of local businesses dedicated to providing commuter services and finding solutions to commuting issues.

The TMO currently offers carpool ride matching, an emergency-ride-home service, preferred parking for carpoolers, a commuter express bus from New Hampshire, and a shuttle service that serves the nearest commuter rail station and provides door-to-door service for area employees on a first-come, first-served basis.

Back to top
View a Current Listing of Job Opportunities

**Life in the Merrimack Valley, Massachusetts**
The town of Andover is located in Essex County, about 23 miles north of Boston, on the banks of the scenic Merrimack River. The community's proximity to the many commercial, cultural, historical, and educational institutions in Boston, as well as its easy access to the Massachusetts seashore and the White Mountains of New Hampshire, has made it one of the area's most desirable residential communities.



- **Real Estate**
  The New England area is home to some of the most beautiful real estate in the country. There are homes to suit any taste, including old colonials built in the 1800s and brand-new construction.

- **Education**
  Andover is the home of one of the oldest and most prestigious independent secondary schools in the United States - Phillips Academy. Former graduates include Oliver Wendell Holmes, Jr., Benjamin Spock, and former President George Bush. In addition, Massachusetts is home to a number of outstanding colleges and universities, including Harvard University, Tufts University, and MIT.

- **Entertainment**
  Locally, the Rogers Center for the Arts (Merrimack College) hosts a variety of performances. In addition, the Boston area offers a variety of entertainment venues, including the Wang Center for Performing Arts, the Museum of Science, the Museum of Fine Arts, and the New England Aquarium.

- **Shopping**
  New England offers a wide variety of shopping experiences, from the quaint unique shops of Newburyport, Massachusetts, to any of the huge malls and outlets located throughout the region.

Back to top
View a Current Listing of Job Opportunities

**Links to the Merrimack Valley, Massachusetts**

- **Andover Organizations**
  Town of Andover
  Andover Federal Credit Union
  Andover Hockey Association
  Andover Rotary Club
  Andover Trails Committee
  Andover Village Improvement Society (AVIS)
  Andover Youth Services

- **Transportation**

  Merrimack Valley Regional Transit Authority (for local bus service)
  MBTA (for commuter rail service to Boston/Lawrence/Haverhill)

- **Public Education**

  North Andover Public Schools
  Methuen Public Schools
  Haverhill Public Schools
  North Reading Public Schools
  Lawrence Public Schools

- **Local News**

  Andover Townsman
  Eagle Tribune

- **Merrimack Valley Regional Organizations**

  Merrimack Valley Basketball Club
  Merrimack Valley Chamber of Commerce
  Merrimack Valley YMCA

- **Golf Courses**

  Andover Golf Courses

- **New England Information**

  www.visitnewengland.com

Back to top
View a Current Listing of Job Opportunities

**Job Opportunities**
View a current listing of job opportunities.

Back to top

**Contact Wyeth Andover**
Would you like to join the Wyeth BioPharma Andover team? View a current list of job opportunities, or forward your resume with job code to:

Wyeth Pharmaceuticals
PO Box 1262
Findlay, OH 45839
Fax: 419-429-6074

Back to top
View a Current Listing of Job Opportunities

**Directions to Wyeth Andover**

- **Traveling North**
  Take route 93 North, take exit 41 (Route 125) and turn right off the exit ramp.
  Turn left at the first light (just 1/4 mi off the ramp-- can turn from either lane) onto Ballardvale St
  Follow Ballardvale St approx 1.5mi
  Turn left at fork onto Connector Rd
  Take Connector Rd to end
  Turn left onto Lowell Junction Rd
  Follow to end of street
  Turn left at red Wyeth sign at main entrance in front of parking structure. Proceed to Security station.

- **Traveling South**
  Take route 93 South, take exit 41 (Route 125) and turn left off the exit ramp.
  Turn left at the first light (just 1/4 mi off the ramp-- can turn from either lane) onto Ballardvale St
  Follow Ballardvale St approx 1.5mi
  Turn left at fork onto Connector Rd
  Take Connector Rd to end
  Turn left onto Lowell Junction Rd
  Follow to end of street
  Turn left at red Wyeth sign at main entrance in front of parking structure. Proceed to Security station.

Back to top
View a Current Listing of Job Opportunities

This site is intended for residents of the United States
© 2004 Wyeth
Please read our Privacy Policy and Terms and Conditions

Wyeth > Wyeth Divisions > Wyeth Pharmaceuticals > Wyeth BioPharma > Capital Inves Andover

About Wyeth   Media Room   Corporate Governance   Wyeth Divisions   Products   Wyeth Worldwide   Investor Relations   News & Announcements
Research & Development   Educational Resources   Careers at Wyeth