UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | 05-CV-12237-WGY <br><br> Hon. William G. Young |

**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW
IN FURTHER SUPPORT OF ORTHO'S MOTION TO INTERVENE**

Pursuant to the Court's individual practices and procedures, Ortho Biotech Products, L.P. ("Ortho") respectfully moves the Court for an Order permitting Ortho to file a reply memorandum of law in further support of Ortho's motion to intervene as a plaintiff in this action pursuant to Fed. R. Civ. P. 24. This motion for leave is based upon the accompanying Supplemental Declaration of Steven A. Zalesin, the exhibits thereto, and the Proposed Reply Memorandum of Law in Further Support of Ortho's Motion to Intervene filed herewith.

Ortho respectfully requests the opportunity to file a single, 10-page reply memorandum of law in order to respond to Amgen's and Roche's respective memoranda of law in opposition to Ortho's motion to intervene, each of which misapprehend both the applicable

legal standards and relevant facts that concern Ortho's standing to intervene in this action.

Dated:  May 1, 2006

>ORTHO BIOTECH PRODUCTS, L.P.
>By its attorneys,
>
>  /s/ Michelle Chassereau Jackson
>David L. Ferrera (BBO # 631183)
>Michelle Chassereau Jackson (BBO # 654825)
>NUTTER MCCLENNEN & FISH LLP
>World Trade Center West
>155 Seaport Boulevard
>Boston, Massachusetts  02210
>Telephone (617) 439-2000
>Facsimile (617) 310-9000
>
>and
>
>Gregory L. Diskant
>Steven A. Zalesin
>Eugene M. Gelernter
>PATTERSON, BELKNAP, WEBB & TYLER LLP
>1133 Avenue of the Americas
>New York, New York  10036
>Telephone (212) 336-2000
>Facsimile (212) 336-2222

Of counsel:

>Harman Avery Grossman, Esq.
>Johnson & Johnson

**Local Rule 7.1 Certification**

I, Michelle Chassereau Jackson, certify that counsel for Ortho Biotech Products, L.P. communicated with counsel for Amgen Inc. and Roche, by telephone and e-mail on May 1, 2006.  Counsel for Amgen and Roche objected to the herein motion for leave.

>  /s/ Michelle Chassereau Jackson
>Michelle Chassereau Jackson

1525616.1