Amgen Inc. v. F. Hoffmann-LaRoche LTD et al  
Case 1:05-cv-12237-WGY   Document 65   Filed 05/01/2006   Page 1 of 2  
Doc. 65

UNITED STATES DISTRICT COURT  
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F. HOFFMANN-LAROCHE LTD., a Swiss ) <br> Company, ROCHE DIAGNOSTICS GmbH, ) <br> a German Company and HOFFMANN ) <br> LAROCHE INC., a New Jersey Corporation, ) <br> ) <br> Defendants. ) <br> ) | 05-CV-12237-WGY <br><br> Hon. William G. Young |

**SUPPLEMENTAL DECLARATION OF STEVEN A. ZALESIN**

STEVEN A. ZALESIN, under penalty of perjury, declares as follows:

1. I am an attorney admitted to practice in the State of New York and am a member at Patterson Belknap Webb & Tyler LLP, co-counsel to plaintiff Ortho Biotech Products, L.P. ("Ortho"). I have personally advised Ortho on litigation and related matters concerning Ortho's relationship with plaintiff Amgen, Inc. ("Amgen"), and with respect to Ortho's erythropoietin product, Procrit®, for more than 15 years. I make this declaration, based upon my personal knowledge, in support of Ortho's Motion To Intervene in this action.

2. Ortho and Amgen are parties to a Product License Agreement ("PLA"), dated September 30, 1985, pursuant to which Ortho holds certain rights under Amgen's patents concerning recombinant human erythropoietin. A true and correct copy of the entire PLA with only one term redacted – the royalty rate that Ortho pays Amgen for sales of EPO within its exclusive field of use – is attached hereto as Exhibit A.

3. A true and correct copy of Amgen, Inc.'s 1986 Annual Report is attached hereto as Exhibit B.

Executed at New York, New York this 1ST day of May, 2006.

_____
Steven A. Zalesin