UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMGEN INC.,                                )
                                           )
Plaintiff,                                 )
                                           )       C.A. NO.: 05-12237-WGY
                                           )
v.                                         )
                                           )
                                           )
F. HOFFMANN-LAROCHE                        )
LTD., a Swiss Company, ROCHE               )
DIAGNOSTICS GmbH, a German                 )
Company and HOFFMANN LAROCHE               )
INC., a New Jersey Corporation,            )
                                           )
Defendants.                                )

## NOTICE OF APPEARANCE

In connection with the above captioned action, please enter the appearance of

Patricia R. Rich of Duane Morris LLP, 470 Atlantic Ave., Boston, MA, 02210, as

counsel for Plaintiff Amgen Inc.

Dated: May 4, 2006                 Respectfully Submitted,

                                   AMGEN INC.,
                                   By its attorneys,

                                       /s/ Patricia R. Rich
Of Counsel:                        D. DENNIS ALLEGRETTI (BBO#545511)
                                   MICHAEL R. GOTTFRIED (BBO#542156)
                                   PATRICIA R. RICH (BBO# 640578)
STUART L. WATT                     DUANE MORRIS LLP
WENDY A. WHITEFORD                 470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                 Boston, MA  02210
DARRELL DOTSON                     Telephone:   (617) 289-9200
MARY SUSAN HOWARD                  Facsimile:   (617) 289-9201
KIMBERLIN MORLEY
AMGEN INC.                         LLOYD R. DAY, JR.
One Amgen Center Drive             DAVID M. MADRID
Thousand Oaks, CA   91320-1789     LINDA A. SASAKI-BAXLEY
(805) 447-5000                     DAY CASEBEER MADRID & BATCHELDER LLP
                                   20300 Stevens Creek Boulevard, Suite 400

1

Dockets.Justia.com

Cupertino, CA  95014
Telephone:      (408) 873-0110
Facsimile:      (408) 873-0220

WILLIAM GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:      (650) 813-5000
Facsimile:      (650) 813-5100

MICHAEL F. BORUN
KEVIN M. FLOWERS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:      (312) 474-6300
Facsimile:      (312) 474-0448

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 4, 2006.

                                                    /s/ Patricia R. Rich
                                                    Patricia R. Rich