UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F. HOFFMANN-LAROCHE ) <br> LTD., a Swiss Company, ROCHE ) <br> DIAGNOSTICS GmbH, a German ) <br> Company and HOFFMANN LAROCHE ) <br> INC., a New Jersey Corporation, ) <br> ) <br> Defendants. ) <br> ) | C.A. NO.: 05-12237-WGY |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Mark Izraelewicz of Marshall Gerstein & Borun LLP. Amgen submits the Certificate of Mark Izraelewicz in support of this Motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

Dated: May 4, 2006                                    Respectfully Submitted,


                                                      AMGEN INC.,
                                                      By its attorneys,

Of Counsel:                                           /s/ Michael R. Gottfried
                                                      D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                        Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                    Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                    DUANE MORRIS LLP
Darrell Dotson                                        470 Atlantic Avenue, Suite 500
MarySusan Howard                                      Boston, MA 02210
Kimberlin L. Morley                                   Telephone: (617) 289-9200
AMGEN INC.                                            Facsimile: (617) 289-9201
One Amgen Center Drive                                Lloyd R. Day, Jr.
Thousand Oaks, CA 91320-1789                          David M. Madrid
(805) 447-5000                                        Linda A. Sasaki-Baxley
                                                      DAY CASEBEER, MADRID & BATCHELDER LLP
                                                      20300 Stevens Creek Boulevard, Suite 400
                                                      Cupertino, CA 95014
                                                      Telephone: (408) 873-0110
                                                      Facsimile: (408) 873-0220

                                                      William Gaede III
                                                      McDERMOTT WILL & EMERY
                                                      3150 Porter Drive
                                                      Palo Alto, CA 94304
                                                      Telephone: (650) 813-5000
                                                      Facsimile: (650) 813-5100

                                                      Michael F. Borun
                                                      Kevin M. Flowers
                                                      MARSHALL, GERSTEIN & BORUN LLP
                                                      233 South Wacker Drive
                                                      6300 Sears Tower
                                                      Chicago, IL 60606
                                                      Telephone: (312) 474-6300
                                                      Facsimile: (312) 474-0448

DM1\627060.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

      /s/ Michael R. Gottfried
      Michael R. Gottfried