UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-12237-WGY |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Mark Izraelewicz, certify as follows:

1. I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2. I am a member in good standing of the Bar of the state of Illinois.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated:  May 1, 2006

/s/ Mark Izraelewicz
Mark Izraelewicz