## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **C.A. NO.: 05-12237-WGY** |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LAROCHE | ) | |
| LTD., a Swiss Company, ROCHE | ) | |
| DIAGNOSTICS GmbH, a German | ) | |
| Company and HOFFMANN LAROCHE | ) | |
| INC., a New Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Katie J.L. Scott of Day Casebeer Madrid & Batchelder LLP. Amgen submits the Certificate of Katie J.L. Scott in support of this Motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

DM1\410393.1

Dockets.Justia.com

Dated:  May 4, 2006

Respectfully Submitted,


AMGEN INC.,
By its attorneys,

Of Counsel:

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)

Stuart L. Watt

Michael R. Gottfried (BBO# 542156)

Wendy A. Whiteford

Patricia R. Rich (BBO# 640578)

Monique L. Cordray

DUANE MORRIS LLP

Darrell Dotson

470 Atlantic Avenue, Suite 500

MarySusan Howard

Boston, MA 02210

Kimberlin L. Morley

Telephone: (617) 289-9200

AMGEN INC.

Facsimile: (617) 289-9201

One Amgen Center Drive

Thousand Oaks, CA 91320-1789

Lloyd R. Day, Jr.

(805) 447-5000

David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER
LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2

DM1\410393.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM1\410393.1