UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-12237-WGY |

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Andrew Kumamoto of McDermott Will & Emery. Amgen submits the Certificate of Andrew Kumamoto in support of this Motion.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

Dated: May 4, 2006                                     Respectfully Submitted,

                                                       AMGEN INC.,
                                                       By its attorneys,

Of Counsel:                                            /s/ Michael R. Gottfried
                                                       D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                         Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                     Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                     DUANE MORRIS LLP
Darrell Dotson                                         470 Atlantic Avenue, Suite 500
MarySusan Howard                                       Boston, MA 02210
Kimberlin L. Morley                                    Telephone: (617) 289-9200
AMGEN INC.                                             Facsimile: (617) 289-9201
One Amgen Center Drive                                 Lloyd R. Day, Jr.
Thousand Oaks, CA 91320-1789                           David M. Madrid
(805) 447-5000                                         Linda A. Sasaki-Baxley
                                                       DAY CASEBEER, MADRID & BATCHELDER LLP
                                                       20300 Stevens Creek Boulevard, Suite 400
                                                       Cupertino, CA 95014
                                                       Telephone: (408) 873-0110
                                                       Facsimile: (408) 873-0220

                                                       William Gaede III
                                                       McDERMOTT WILL & EMERY
                                                       3150 Porter Drive
                                                       Palo Alto, CA 94304
                                                       Telephone: (650) 813-5000
                                                       Facsimile: (650) 813-5100

                                                       Michael F. Borun
                                                       Kevin M. Flowers
                                                       MARSHALL, GERSTEIN & BORUN LLP
                                                       233 South Wacker Drive
                                                       6300 Sears Tower
                                                       Chicago, IL 60606
                                                       Telephone: (312) 474-6300
                                                       Facsimile: (312) 474-0448

DM1\410382.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

3

DM1\410382.1