UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-12237-WGY |

### MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Mary Boyle, Ph.D. of McDermott Will & Emery. Amgen submits the Certificate of Mary Boyle, Ph.D. in support of this Motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

DM1\410376.1

Dated: May 4, 2006                                 Respectfully Submitted,

                                                   AMGEN INC.,
                                                   By its attorneys,

Of Counsel:                                        /s/ Michael R. Gottfried
                                                   D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                     Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                 Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                 DUANE MORRIS LLP
Darrell Dotson                                     470 Atlantic Avenue, Suite 500
MarySusan Howard                                   Boston, MA 02210
Kimberlin L. Morley                                Telephone: (617) 289-9200
AMGEN INC.                                         Facsimile: (617) 289-9201
One Amgen Center Drive                             Lloyd R. Day, Jr.
Thousand Oaks, CA 91320-1789                       David M. Madrid
(805) 447-5000                                     Linda A. Sasaki-Baxley
                                                   DAY CASEBEER, MADRID & BATCHELDER
                                                   LLP
                                                   20300 Stevens Creek Boulevard, Suite 400
                                                   Cupertino, CA 95014
                                                   Telephone: (408) 873-0110
                                                   Facsimile: (408) 873-0220

                                                   William Gaede III
                                                   McDERMOTT WILL & EMERY
                                                   3150 Porter Drive
                                                   Palo Alto, CA 94304
                                                   Telephone: (650) 813-5000
                                                   Facsimile: (650) 813-5100

                                                   Michael F. Borun
                                                   Kevin M. Flowers
                                                   MARSHALL, GERSTEIN & BORUN LLP
                                                   233 South Wacker Drive
                                                   6300 Sears Tower
                                                   Chicago, IL 60606
                                                   Telephone: (312) 474-6300
                                                   Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

3

DM1\410376.1