UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br>　　　　Defendants. | C.A. NO.: 05-12237-WGY |

### MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Darcy A. Paul of Day Casebeer Madrid & Batchelder LLP. Amgen submits the Certificate of Darcy A. Paul in support of this Motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

DM1\410391.1

Dated: May 4, 2006                                    Respectfully Submitted,

                                               AMGEN INC.,
                                               By its attorneys,

Of Counsel:                                           /s/ Michael R. Gottfried
                                               D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                        Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                    Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                    DUANE MORRIS LLP
Darrell Dotson                                        470 Atlantic Avenue, Suite 500
MarySusan Howard                                      Boston, MA 02210
Kimberlin L. Morley                                   Telephone: (617) 289-9200
AMGEN INC.                                            Facsimile: (617) 289-9201
One Amgen Center Drive                                Lloyd R. Day, Jr.
Thousand Oaks, CA 91320-1789                          David M. Madrid
(805) 447-5000                                        Linda A. Sasaki-Baxley
                                               DAY CASEBEER, MADRID & BATCHELDER LLP
                                               20300 Stevens Creek Boulevard, Suite 400
                                               Cupertino, CA 95014
                                               Telephone: (408) 873-0110
                                               Facsimile: (408) 873-0220

                                               William Gaede III
                                               McDERMOTT WILL & EMERY
                                               3150 Porter Drive
                                               Palo Alto, CA 94304
                                               Telephone: (650) 813-5000
                                               Facsimile: (650) 813-5100

                                               Michael F. Borun
                                               Kevin M. Flowers
                                               MARSHALL, GERSTEIN & BORUN LLP
                                               233 South Wacker Drive
                                               6300 Sears Tower
                                               Chicago, IL 60606
                                               Telephone: (312) 474-6300
                                               Facsimile: (312) 474-0448

DM1\410391.1

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

                /s/ Michael R. Gottfried
                Michael R. Gottfried