UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. NO.: 05-12237-WGY |
| v. | ) |
| | ) |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Rebecca J. Wais of Day Casebeer Madrid & Batchelder LLP. Amgen submits the Certificate of Rebecca J. Wais in support of this Motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, have assented to this motion. However, counsel for Ortho Biotech Products, L.P. did not respond to Amgen Inc.'s request to confer.

Dated: May 4, 2006                                  Respectfully Submitted,

                                                    AMGEN INC.,
                                                    By its attorneys,

Of Counsel:                                         /s/ Michael R. Gottfried
                                                    D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                      Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                  Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                  DUANE MORRIS LLP
Darrell Dotson                                      470 Atlantic Avenue, Suite 500
MarySusan Howard                                    Boston, MA 02210
Kimberlin L. Morley                                 Telephone: (617) 289-9200
AMGEN INC.                                          Facsimile: (617) 289-9201
One Amgen Center Drive                              Lloyd R. Day, Jr.
Thousand Oaks, CA 91320-1789                        David M. Madrid
(805) 447-5000                                      Linda A. Sasaki-Baxley
                                                    DAY CASEBEER, MADRID & BATCHELDER LLP
                                                    20300 Stevens Creek Boulevard, Suite 400
                                                    Cupertino, CA 95014
                                                    Telephone: (408) 873-0110
                                                    Facsimile: (408) 873-0220

                                                    William Gaede III
                                                    McDERMOTT WILL & EMERY
                                                    3150 Porter Drive
                                                    Palo Alto, CA 94304
                                                    Telephone: (650) 813-5000
                                                    Facsimile: (650) 813-5100

                                                    Michael F. Borun
                                                    Kevin M. Flowers
                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                    233 South Wacker Drive
                                                    6300 Sears Tower
                                                    Chicago, IL 60606
                                                    Telephone: (312) 474-6300
                                                    Facsimile: (312) 474-0448

2

DM1\410389.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM1\410389.1