UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-12237-WGY |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Jonathan D. Loeb, certify as follows:

1. I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2. I am an active member in good standing of the Bar of the state of California and am a member in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated: May 3, 2006

/s/ Jonathan D. Loeb
Jonathan D. Loeb