UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-12237-WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss ) | Hon. William G. Young |
| Company, ROCHE DIAGNOSTICS GmbH, ) | |
| a German Company and HOFFMANN ) | |
| LAROCHE INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Intervenor-Plaintiff Ortho Biotech Products, L.P., by and through Nutter McClennen & Fish, LLP, hereby moves that Eugene M. Gelernter of Patterson Belknap Webb & Tyler LLP be admitted *pro hac vice* in the above case. **In support of this motion, undersigned counsel respectfully states as follows:**

1. **Eugene M. Gelernter is an attorney in the firm of Patterson Belknap Webb & Tyler LLP, which maintains an office for the practice of law at 1133 Avenue of the Americas, New York, NY 10036.**

2. **I have attached a certificate of Eugene M. Gelernter, as required by Local Rule 83.5.3(b). This certificate indicates that Eugene M. Gelernter is in full compliance with the requirements of the local rule for admission** *pro hac vice*.

3. **The undersigned counsel requests that this Court allow the motion so that Eugene M. Gelernter can file pleadings and appear and be heard at all proceedings in this case on behalf of the intervenor-plaintiff.**

**4.      I have appeared in this action on behalf of the defendant by filing a Motion to Intervene.**

**WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Eugene M. Gelernter to appear** *pro hac vice* **in this case.**

ORTHO BIOTECH PRODUCTS, L.P.
By its attorneys,


 /s/ Michelle Chassereau Jackson
David L. Ferrera (BBO # 631183)
Michelle Chassereau Jackson (BBO # 654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210
Telephone (617) 439-2000
Facsimile (617) 310-9000

and

Gregory L. Diskant
Steven A. Zalesin
Eugene M. Gelernter
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

Of counsel:

   Harman Avery Grossman, Esq.
   Johnson & Johnson


Dated:  May 8, 2006

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for Ortho Biotech Products, L.P. conferred with counsel for Plaintiff Amgen Inc. ("Amgen") and counsel for Defendants Hoffman LaRoche Inc., Roche Diagnostics GMHB, and F. Hoffman-LaRoche LTD (collectively "Roche"), in a good faith effort to resolve or narrow the issues presented by this motion. Roche assents to this motion. Amgen, however, has not yet informed Ortho as to whether it assents to this motion.

Dated: May 8, 2006         /s/ Michelle Chassereau Jackson
                           Michelle Chassereau Jackson

1512928.1