CERTIFICATE UNDER RULE 83.5.3

I, Steven A. Zalesin, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[signature]*

Dated: March 10, 2006

1507941.1