UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
AMGEN INC.,                                 )
                                            )
        Plaintiff,                          )
                                            )   C.A. NO.: 05-12237-WGY
v.                                          )
                                            )
                                            )
F. HOFFMANN-LAROCHE                         )
LTD., a Swiss Company, ROCHE                )
DIAGNOSTICS GmbH, a German                  )
Company and HOFFMANN LAROCHE                )
INC., a New Jersey Corporation,             )
                                            )
        Defendants.                         )
_____)

## NOTICE OF UNITED STATES INTERNATIONAL TRADE COMMISSION INVESTIGATION

Amgen hereby respectfully notifies the Court that the United States International Trade Commission ("ITC") has announced that it has voted to institute an investigation regarding the importation of certain products and pharmaceutical compositions containing recombinant human erythropoietin. The ITC identified Roche Holdings Ltd., F. Hoffmann-La Roche, Ltd., Roche Diagnostics GmbH and Hoffmann La Roche, Inc. as respondents in the investigation. A copy of the Commission's press release announcing its decision is attached hereto as Exhibit A.

DM1\634905.1

| | |
|---|---|
| Dated: May 10, 2006 | Respectfully Submitted,<br><br>AMGEN INC.,<br>By its attorneys, |
| Of Counsel:<br><br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell Dotson<br>MarySusan Howard<br>Kimberlin L. Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | /s/ Michael R. Gottfried<br>D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (617) 289-9200<br>Facsimile: (617) 289-9201<br>Lloyd R. Day, Jr.<br>David M. Madrid<br>Linda A. Sasaki-Baxley<br>DAY CASEBEER, MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220<br><br>William Gaede III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100<br><br>Michael F. Borun<br>Kevin M. Flowers<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 10, 2006.

                                              /s/ Michael R. Gottfried
                                              Michael R. Gottfried

DM1\634905.1