UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
                               )
                               )
AMGEN, INC.                    )
                               )
        Plaintiffs,            )
                               )
        v.                     )  CIVIL ACTION
                               )  NO. 05-12237-WGY
F. HOFFMAN-LAROCHE, LTD.,      )
ROCHE DIAGNOSTICS GMBH, &      )
HOFFMANN LAROCHE INC.,         )
                               )
        Defendants.            )
_____)
```

MEMORANDUM AND ORDER

YOUNG, D.J.                                           May 11, 2006

The Court orders the parties to confer as to the corporate relationship between the various Roche/Hoffman-LaRoche corporate entities and the allegedly infringing drug. The parties are to report back to that Court within 10 days as to the nature of the corporate relationship of these entities.

SO ORDERED.

                                    WILLIAM G. YOUNG
                                    DISTRICT JUDGE

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                    Doc. 80