```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-12237-WGY

 4    * * * * * * * * * * * * * * * *
                                     *
 5    AMGEN, INC.,                   *
                                     *
 6              Plaintiff,           *
                                     *
 7    v.                             *    MOTION HEARING
                                     *
 8    F. HOFFMANN-LA ROCHE LTD,      *
      ROCHE DIAGNOSTICS GmbH and     *
 9    HOFFMANN-LA ROCHE, INC.,       *
                                     *
10              Defendants.          *
                                     *
11    * * * * * * * * * * * * * * * *

12

13            BEFORE:  The Honorable William G. Young,
                                District Judge
14

15    APPEARANCES:

16
               DUANE MORRIS LLP (By Michael R. Gottfried,
17        Esq.), 470 Atlantic Avenue, Suite 500, Boston,
          Massachusetts 02210
18             - and -
               DAY CASEBEER MADRID & BATCHELDER LLP
19        (By Lloyd R. Day, Jr., Esq. and Stuart Watt, Esq.)
          20300 Stevens Creek Boulevard, Suite 400,
20        Cupertino, California 95014, on behalf of the
          Plaintiff
21

22

23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            May 10, 2006
```

```
 1           A P P E A R A N C E S  (Cont'd)

 2

 3           BROMBERG & SUNSTEIN LLP (By Lee Carl
     Bromberg, Esq.), 125 Summer Street, Boston,
 4   Massachusetts 02110
             - and -
 5           KAYE SCHOLER LLP (By Leora Ben-Ami, Esq.
     and Howard Suh, Esq.), 425 Park Avenue, New York,
 6   New York 10022, on behalf of the Defendants

 7           NUTTER, McCLENNEN & FISH LLP (By Daniel
     P. Olohan, Esq.), World Trade Center West, 155
 8   Seaport Boulevard, Boston, Massachusetts
     02210-2699
 9           - and -
             PATTERSON, BELKNAP, WEBB & TYLER LLP (By
10   Steven A. Zalesin, Esq.), 1133 Avenue of the
     Americas, New York, New York 10036-6710, on behalf
11   of Ortho Biotech Products, L.P.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```