# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD., ) | |
| ROCHE DIAGNOSTICS GMBH, and ) | |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF WITHDRAWAL OF DEFENDANT F. HOFFMANN-LA ROCHE LTD. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant F. Hoffmann-La Roche Ltd. hereby withdraws its pending Motion to Dismiss for Lack of Personal Jurisdiction (Docket Entry No. 41), filed on April 11, 2006.

DATED:    Boston, Massachusetts
           May 18, 2006

F. HOFFMANN-LA ROCHE LTD,

By its attorneys,

/s/ Julia Huston
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
jhuston@bromsun.com

Of Counsel:

Leora Ben-Ami
Patricia A. Carson
Thomas F. Fleming
Howard Suh
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Julia Huston