# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD., ) | |
| ROCHE DIAGNOSTICS GMBH, and ) | |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF WITHDRAWAL OF DEFENDANT ROCHE DIAGNOSTICS GMBH'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Roche Diagnostics GmbH hereby withdraws its pending Motion to Dismiss for Lack of Personal Jurisdiction (Docket Entry No. 38), filed on April 11, 2006.

DATED:   Boston, Massachusetts
         May 18, 2006                      ROCHE DIAGNOSTICS GMBH,

                                           By its attorneys,

                                           /s/ Julia Huston
                                           Lee Carl Bromberg (BBO# 058480)
                                           Julia Huston (BBO# 562160)
                                           Keith E. Toms (BBO# 663369)
                                           BROMBERG & SUNSTEIN LLP
                                           125 Summer Street
                                           Boston, MA 02110
                                           Tel. (617) 443-9292
                                           jhuston@bromsun.com

                                           Of Counsel:

                                           Leora Ben-Ami
                                           Patricia A. Carson
                                           Thomas F. Fleming
                                           Howard Suh
                                           Peter Fratangelo (BBO# 639775)
                                           KAYE SCHOLER LLP
                                           425 Park Avenue
                                           New York, NY 10022
                                           Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                           /s/ Julia Huston