# EXHIBIT A

TO

AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER
AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY

Dated: May 25, 2006

DM1\642340.1

DAY CASEBEER

MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220

Lloyd R. Day  
(408) 342-4561  
lrday@daycasebeer.com

May 12, 2006

VIA FACSIMILE & U.S. MAIL

Leora Ben-Ami, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:  *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*  
     Civil Action No: 05-12237-WGY

Dear Leora:

Pursuant to Judge Young's May 11 order, I'd like to arrange a time to confer with you by telephone to clarify and confirm the corporate relationship of the various Roche corporate entities and their respective roles in connection with:

(1)  the manufacture of CERA;

(2)  the importation of CERA into the United States;

(3)  any application to investigate the clinical use of CERA in patients in the United States;

(4)  the clinical development of CERA;

(5)  the application for FDA approval to manufacture, import into the United States, market and sell CERA;

(6)  the recruitment, training or employment of marketing, sales and reimbursement personnel for CERA;

(7)  purchase, sale, transfer or distribution of CERA within the United States by any Roche entity; and

(8)  communications or agreements with third party distributors, large dialysis operators or other health care providers regarding any use of CERA in the United States.

345556_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Leora Ben-Ami
May 12, 2006
Page 2

Hopefully we can agree to speak sometime Monday, May 15 or, at the latest, Tuesday, May 16. I am available any time either day after 9 AM pacific time. Please let me know what times you'd like to speak and I will be happy to confirm any necessary arrangements.

Very truly yours,

DAY C
MADRID & BATCHELDER LLP

Lloyd R. Day, Jr.

LRD: sr

345556_1