# EXHIBIT B

**TO**
**AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER
AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY**

Dated: May 25, 2006

DM1\642340.1

**From:** PCarson@kayescholer.com
**Sent:** Tuesday, May 23, 2006 10:57 PM
**To:** Baxley, Linda
**Cc:** Day, Rusty; DLopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** Re: FW: Stipulation for a temporary protective order

```
Linda,
In addition to the information previously provided, the two INDs for CERA were
filed by Hoffmann-LaRoche Inc. This information is being provided as outside
counsels' eyes only pursuant to the stipulation filed by the parties today.

Pat
Pat Carson
Kaye Scholer LLP
e-mail: pcarson@kayescholer.com
fax: 212-836-6355
phone: 212-836-7466
```

```
----- Original Message -----
From: "Baxley, Linda" [lbaxley@daycasebeer.com]
Sent: 05/23/2006 04:21 PM
To: Patricia Carson
Cc: Day, Rusty" <daylr@daycasebeer.com>
Subject: RE: FW: Stipulation for a temporary protective order
```

Pat,

This looks fine. Please provide the information directed to Judge Young's Order, as Leora had indicated would be provided yesterday, to us at your earliest convenience (I believe our report to Judge Young is due this Thursday). Thank you.

Linda

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Tuesday, May 23, 2006 9:59 AM
**To:** Baxley, Linda
**Cc:** Day, Rusty; dlopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** RE: FW: Stipulation for a temporary protective order

Linda,

I have made one minor addition (in red). If we are now in agreement, please confirm that we may file this with the Court.

Thanks,
Pat

*(See attached file: Amgen Roche Temp Stip.DOC)*

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

"Baxley, Linda" <lbaxley@daycasebeer.com>

| | |
|---|---|
| "Baxley, Linda" <lbaxley@daycasebeer.com><br><br>05/22/2006 08:17 PM | To <PCarson@kayescholer.com><br>cc "Day, Rusty" <daylr@daycasebeer.com>;<br><dlopez@kayescholer.com>;<br><LBenAmi@kayescholer.com>;<br><LDothanh@kayescholer.com><br>Subject RE: FW: Stipulation for a temporary protective order |

Pat,

Please let me know if the document is attached to this email (my sent items list indicates that it was attached previously). If not, I will fax to your attention.

Thank you for your attention to this matter.

Linda

---

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Monday, May 22, 2006 4:50 PM
**To:** Baxley, Linda
**Cc:** Day, Rusty; dlopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** Re: FW: Stipulation for a temporary protective order

Dear Linda,

I did not receive an attachment with your e-mail. Please resend and we will review and get back to you in the morning.

Thanks,
Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

"Baxley, Linda" <lbaxley@daycasebeer.com>

| | |
|---|---|
| "Baxley, Linda" <lbaxley@daycasebeer.com><br><br>05/22/2006 07:20 PM | To <PCarson@kayescholer<br>cc "Day, Rusty" <daylr@daycasebeer.co><br><LBenAmi@kayeschol<br><LDothanh@kayeschol<br><dlopez@kayescholer.c<br>Subject FW: Stipulation for a te protective order |

Dear Pat,

Thank you for the draft stipulation. I have made a few red-lines to the document. Please review and indicate whether you agree with the changes. I will send to you shortly under separate cover our proposed Protective Order for the DMass matter for all other discovery.

Please call me if you have any questions.

Linda

---

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Monday, May 22, 2006 7:36 AM
**To:** Day, Rusty
**Cc:** Baxley, Linda; LBenAmi@kayescholer.com; LDothanh@kayescholer.com; dlopez@kayescholer.com
**Subject:** Stipulation for a temporary protective order

Dear Rusty,

As you discussed with Leora, attached is a draft stipulation for a temporary protective order. If you agree, we will have Bromberg finalize and handle filing with the Court.

thanks,
Pat

*(See attached file: Confidentiality Stipulation.DOC)*

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department
regulations, we inform you that any U.S. federal tax advice contained in this
correspondence (including any attachments) is not intended or written to be used,
and cannot be used for the purpose of (i) avoiding penalties that may be imposed
under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.


*****************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.   This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*****************************************************************

                                        *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department
regulations, we inform you that any U.S. federal tax advice contained in this

correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*(See attached file: Confidentiality Stipulation.DOC)*
**************************************************************

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.
**************************************************************

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati

**************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.
**************************************************************