# EXHIBIT C

### TO

### AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY

Dated: May 25, 2006

DM1\642340.1

Dockets.Justia.com

**From:**   PCarson@kayescholer.com
**Sent:**   Wednesday, May 24, 2006 11:08 AM
**To:**    Baxley, Linda
**Cc:**    Day, Rusty; dlopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** RE: FW: Stipulation for a temporary protective order

Linda,

In addition to the information previously provided by e-mail, we have determined that the BLA for CERA was submitted by the U.S. entity, Hoffmann-La Roche Inc. This information is being provided as outside counsels' eyes only pursuant to the stipulation filed by the parties yesterday.

Thanks,
Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

"Baxley, Linda" <lbaxley@daycasebeer.com>

| "Baxley, Linda"<br><lbaxley@daycasebeer.com><br><br>05/23/2006 04:21 PM | To<PCarson@kayescholer.com><br>cc"Day, Rusty" <daylr@daycasebeer.com>;<br><dlopez@kayescholer.com>;<br><LBenAmi@kayescholer.com>;<br><LDothanh@kayescholer.com><br>SubjectRE: FW: Stipulation for a temporary protective order |
|---|---|

Pat,

This looks fine. Please provide the information directed to Judge Young's Order, as Leora had indicated would be provided yesterday, to us at your earliest convenience (I believe our report to Judge Young is due this Thursday). Thank you.

Linda

---

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Tuesday, May 23, 2006 9:59 AM
**To:** Baxley, Linda
**Cc:** Day, Rusty; dlopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** RE: FW: Stipulation for a temporary protective order

Linda,

I have made one minor addition (in red). If we are now in agreement, please confirm that we may file this with the Court.

Thanks,
Pat

*(See attached file: Amgen Roche Temp Stip.DOC)*

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466
"Baxley, Linda" <lbaxley@daycasebeer.com>

| | | |
|---|---|---|
| **"Baxley, Linda"** <br> **<lbaxley@daycasebeer.com>** <br><br> 05/22/2006 08:17 PM | To | <PCarson@kayescholer <br> "Day, Rusty" <br> <daylr@daycasebeer.co <br> <dlopez@kayescholer.c <br> <LBenAmi@kayeschol( <br> <LDothanh@kayeschol( |
| | Subject | RE: FW: Stipulation for <br> temporary protective or( |

Pat,

Please let me know if the document is attached to this email (my sent items list indicates that it was attached previously). If not, I will fax to your attention.

Thank you for your attention to this matter.

Linda

---

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Monday, May 22, 2006 4:50 PM
**To:** Baxley, Linda
**Cc:** Day, Rusty; dlopez@kayescholer.com; LBenAmi@kayescholer.com; LDothanh@kayescholer.com
**Subject:** Re: FW: Stipulation for a temporary protective order

Dear Linda,

I did not receive an attachment with your e-mail. Please resend and we will review and get back to you in the morning.

Thanks,
Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466
"Baxley, Linda" <lbaxley@daycasebeer.com>

"Baxl
<lbax

05/22

Dear Pat,

Thank you for the draft stipulation. I have made a few red-lines to the document. Please review and indicate whether you agree with the changes. I will send to you shortly under separate cover our proposed Protective Order for the DMass matter for all other discovery.

Please call me if you have any questions.

Linda

---

**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Monday, May 22, 2006 7:36 AM
**To:** Day, Rusty
**Cc:** Baxley, Linda; LBenAmi@kayescholer.com; LDothanh@kayescholer.com; dlopez@kayescholer.com
**Subject:** Stipulation for a temporary protective order

Dear Rusty,

As you discussed with Leora, attached is a draft stipulation for a temporary protective order. If you agree, we will have Bromberg finalize and handle filing with the Court.

thanks,
Pat

*(See attached file: Confidentiality Stipulation.DOC)*

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

*    *    *    *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department
regulations, we inform you that any U.S. federal tax advice contained in this
correspondence (including any attachments) is not intended or written to be used,
and cannot be used for the purpose of (i) avoiding penalties that may be imposed
under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
************************************************************

*    *    *    *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department

regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*(See attached file: Confidentiality Stipulation.DOC)*
*********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*********************************************************************

                    *    *    *    *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department
regulations, we inform you that any U.S. federal tax advice contained in this
correspondence (including any attachments) is not intended or written to be used,
and cannot be used for the purpose of (i) avoiding penalties that may be imposed
under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

*********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*********************************************************************

                    *    *    *    *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati