# EXHIBITS D TO I

TO

**AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER
AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY**

# WITHHELD PENDING RULING FROM THE COURT ON AMGEN INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL

(Document No. 87, filed on May 25, 2006)

Dated: May 25, 2006

DM1\642378.1