# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

### AMGEN INC.'S LOCAL RULE 7.1 CERTIFICATE IN CONNECTION WITH AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY

I certify that counsel for Amgen Inc. requested the discovery sought in the above-referenced motion from counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., Roche Diagnostics, GmBh, and counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., Roche Diagnostics, GmBh, indicated that they would not be providing Amgen, Inc. with the requested discovery.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>AMGEN INC.,<br>By its attorneys,<br><br>      /s/ Michael R. Gottfried      |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511)<br>MICHAEL R. GOTTFRIED (BBO#542156)<br>PATRICIA R. RICH (BBO#640578) |
| STUART L. WATT<br>WENDY A. WHITEFORD<br>MONIQUE L. CORDRAY<br>DARRELL DOTSON<br>MARYSUSAN HOWARD<br>KIMBERLIN L. MORLEY<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA   91320-1789<br>(805) 447-5000 | DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:     (617) 289-9200<br>Facsimile:      (617) 289-9201<br><br>LLOYD R. DAY, JR.<br>DAVID M. MADRID<br>LINDA A. SASAKI-BAXLEY<br>DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:     (408) 873-0110<br>Facsimile:      (408) 873-0220<br><br>WILLIAM GAEDE III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:     (650) 813-5000<br>Facsimile:      (650) 813-5100 |
| May 25, 2006 | MICHAEL F. BORUN<br>KEVIN M. FLOWERS<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone:     (312) 474-6300<br>Facsimile:      (312) 474-0448 |

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 25, 2006.

                                                  /s/   Michael R. Gottfried
                                                    Michael R. Gottfried

DM1\642438.1