**EXHIBIT A**

```
From: Leora Ben-Ami
Sent: 05/18/2006 03:37 PM
To: Rajagopalan, Sandy" <SRajagopalan@daycasebeer.com>
Subject: RE: Tomorrow's call
```

9 your time, 12 my time is fine.

| | | |
|---|---|---|
| **"Rajagopalan, Sandy"** **<SRajagopalan@daycasebeer.com>** 05/18/2006 03:34 PM | To<br>cc<br>Subject | <LBenAmi@kayescholer.com><br><br>RE: Tomorrow's call |

Thank you.  Is it possible to move the call to 9:00 a.m. PST?  I'm sorry it has been so difficult to nail this down.

sandy

**From:** LBenAmi@kayescholer.com [mailto:LBenAmi@kayescholer.com]
**Sent:** Thursday, May 18, 2006 12:09 PM
**To:** Rajagopalan, Sandy
**Subject:** Re: Tomorrow's call


Actually no. I think that amgen and roche are still technically under an obligation to meet and confer and report to the court. If Rusty wants to see if the court still wants something, I am not opposed, but unless the court rescinds the order I think we have to comply.

"Rajagopalan, Sandy" <SRajagopalan@daycasebeer.com>

| | | |
|---|---|---|
| **"Rajagopalan, Sandy"** **<SRajagopalan@daycasebeer.com>** 05/18/2006 03:06 PM | To<br>cc<br>Subject | <LBenAmi@kayescholer.com><br><br>Tomorrow's call |

Is it safe to assume that tomorrow's call is cancelled?

-Sandy

Sandya Rajagopalan

Day Casebeer Madrid & Batchelder

srajagopalan@daycasebeer.com

(408) 342-4599

```
***************************************************
*********
```

Confidentiality Notice

This message is being sent by or on behalf of a lawyer.  It is

intended exclusively for the individual or entity to which it is

addressed.  This communication may contain information that

is proprietary, privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee,

you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have

received this message in error, please notify the sender

immediately by email and delete all copies of the message.
```
***************************************************
*********
```

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with
Treasury Department regulations, we inform you that any
U.S. federal tax advice contained in this correspondence

(including any attachments) is not intended or written to
be used, and cannot be used for the purpose of (i) avoiding
penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed
herein.


*****************************************************************

Confidentiality Notice

This message is being sent by or on behalf of a lawyer.  It is

intended exclusively for the individual or entity to which it is

addressed.  This communication may contain information that

is proprietary, privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee,

you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have

received this message in error, please notify the sender

immediately by email and delete all copies of the message.

*****************************************************************