# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

### AMGEN INC.'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO AMGEN INC.'S REPORT PURSUANT TO THE COURT'S MAY 11, 2006 ORDER AND MOTION AND MEMORANDUM FOR ADDITIONAL DISCOVERY

Pursuant to Local Rule 7.1(b)(3), Amgen Inc. respectfully requests leave to file a Reply to Defendants' Response to Amgen Inc.'s Report Pursuant to the Court's May 11, 2006 Order and Motion and Memorandum for Additional Discovery to correct the record with respect to the basis and scope of Amgen's claim for infringement and Amgen's request for limited discovery. Amgen believes that the reply it seeks to file will aid the Court in deciding the issues raised in the motions pending before it.

| | |
|---|---|
| June 9, 2006 | Respectfully Submitted, |
| | AMGEN INC., |
| | By its attorneys, |
| | |
| |     /s/ Michael R. Gottfried |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511) |
| | MICHAEL R. GOTTFRIED (BBO#542156) |
| | PATRICIA R. RICH (BBO#640578) |
| STUART L. WATT | DUANE MORRIS LLP |
| WENDY A. WHITEFORD | 470 Atlantic Avenue, Suite 500 |
| MONIQUE L. CORDRAY | Boston, MA  02210 |
| DARRELL DOTSON | Telephone:   (617) 289-9200 |
| MARYSUSAN HOWARD | Facsimile:   (617) 289-9201 |
| KIMBERLIN L. MORLEY | |
| AMGEN INC. | LLOYD R. DAY, JR. |
| One Amgen Center Drive | DAVID M. MADRID |
| Thousand Oaks, CA   91320-1789 | LINDA A. SASAKI-BAXLEY |
| (805) 447-5000 | DAY CASEBEER |
| | MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA  95014 |
| | Telephone:   (408) 873-0110 |
| | Facsimile:   (408) 873-0220 |
| | |
| | WILLIAM GAEDE III |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone:   (650) 813-5000 |
| | Facsimile:   (650) 813-5100 |
| | |
| | MICHAEL F. BORUN |
| | KEVIN M. FLOWERS |
| | MARSHALL, GERSTEIN & BORUN LLP |
| | 233 South Wacker Drive |
| | 6300 Sears Tower |
| | Chicago IL 60606 |
| | Telephone:   (312) 474-6300 |
| | Facsimile:   (312) 474-0448 |

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., Roche Diagnostics, GmBh, has indicated they do not assent to this motion.

/s/ Michael R. Gottfried
Michael R. Gottfried

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 9, 2006.

                                                                      /s/   Michael R. Gottfried
                                                                           Michael R. Gottfried