## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>　　　　Plaintiff, )<br>v. )<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>　　　　Defendants. ) | C.A. NO.: 05-12237-WGY |

### CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Jeremy D. Protas, certify as follows:

1. I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2. I am a member in good standing of the Bar of the state of Illinois.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5. I seek to be admitted *pro hac vice* for the plaintiff, Amgen, Inc.

I certify the foregoing is true and correct.

|  |  |
|---|---|
| Dated: June 6, 2006 | /s/ Jeremy D. Protas<br>Jeremy D. Protas |

2