# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
## MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Jennifer E. Flory, certify as follows:

1.  I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2.  I am a member in good standing of the Bar of the state of Illinois.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5.    I seek to be admitted *pro hac vice* for the plaintiff, Amgen Inc.

I certify the foregoing is true and correct.

Dated: June 2, 2006

/s/ Jennifer E. Flory
Jennifer E. Flory