# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>) | **C.A. NO.: 05-12237-WGY** |

# CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Cullen N. Pendleton, certify as follows:

1.   I am a member of the law firm Marshall Gerstein & Borun LLP, and maintain my principal office in the firm's Chicago office, which is located at 233 South Wacker Drive, 6300 Sears Tower, Chicago, IL 60606, telephone number 312-474-6300.

2.   I am a member in good standing of the Bar of the state of Illinois.

3.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DM1\643840.1

Dockets.Justia.com

5. I seek to be admitted *pro hac vice* for the plaintiff, Amgen Inc.

I certify the foregoing is true and correct.

Dated: June 1, 2006

/s/ Cullen N. Pendleton
Cullen N. Pendleton