UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, AND HOFFMANN-LA ROCHE INC., | ) ) ) ) |
| Defendants | ) ) ) |

CIVIL ACTION No.: 05-CV-12237WGY

### CERTIFICATE OF SERVICE OF SEALED DOCUMENT

Pursuant to the Court's Order of July 12, 2006, and pursuant to the Protective Order entered in *In the Matter of Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, Investigation No. 337-TA-568, I hereby certify that the following document, being filed under seal of even date herewith:

- International Trade Commission's Order No. 6, dated July 7, 2006, entitled: "Initial Determination Granting Respondents' Summary Determination Motion No. 568-1 that there Is No Violation of Section 337" ("sealed document")

<u>will be served</u> today via first-class mail upon the following attorneys of record who have executed the Protective Order in the ITC proceeding:

        Lloyd R. Day, Jr., Esq.
        Linda Sasaki-Baxley, Esq.
        **DAY CASEBEER MADRID & BATCHELDER, LLP**
        20300 Stevens Creek Blvd., Suite 400
        Cupertino, CA 95014[1]
        Attorneys for Plaintiff Amgen, Inc.

---

[1] The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Jonathan D. Loeb, Esq., Renee DuBord Brown, Esq., Krista M. Carter, Esq., Deborah E. Fishman, Esq., David M. Madrid, Esq., Mario Moore, Esq., Darcy A. Paul, Esq., Katie J.L. Scott, Esq., and Rebecca J. Wais, Esq.

William Gaede , III, Esq.
**MCDERMOTT, WILL & EMERY**
3150 Porter Drive
Palo Alto, CA 94304[2]
Attorneys for Plaintiff Amgen, Inc.

Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
**MARSHALL GERSTEIN & BORUN LLP**
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606[3]
Attorneys for Plaintiff Amgen, Inc.

The sealed document <u>will not</u> be served upon the following counsel of record who have not executed the Protective Order in the ITC proceeding:

Patricia R. Rich
Michael R. Gottfried
D. Dennis Allegretti
**DUANE MORRIS LLP**
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600
Attorneys for Plaintiff Amgen, Inc.

Steven Zalesin, Esq.
Eugene M. Gelernter, Esq.
**PATTERSON BELKNAP WEB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Attorneys for Proposed Intervenor Ortho Biotech Products, L.P.

David L. Ferrera, Esq.
Michelle Chassereau Jackson, Esq.
**NUTTER, MCCLENNEN & FISH, LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2699
Attorneys for Proposed Intervenor Ortho Biotech Products, L.P.

---

[2]  The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Mary Boyle, Esq., Andrew Kumamoto, Esq., Michelle E. Moreland, Esq., and Firasati Ali, Esq.

[3]  The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Mark Izraelewicz, Esq., Matthew C. Nielsen, Esq., Sandip H. Pate, Esq., Thomas I. Ross, Esq., Jennifer E. Flory, Esq., Cullen N. Pendelton, Esq., and Jeremy D. Protas, Esq.

| | |
|---|---|
| DATED: Boston, Massachusetts<br>July 13, 2006 | F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>By its attorneys,<br><br>/s/ Julia Huston<br>Lee Carl Bromberg (BBO# 058480)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>jhuston@bromsun.com<br><br>Principal Counsel:<br><br>Leora Ben-Ami (*pro hac vice*)<br>Patricia A. Carson (*pro hac vice*)<br>Thomas F. Fleming (*pro hac vice*)<br>Howard Suh (*pro hac vice*)<br>Peter Fratangelo (BBO# 639775)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Tel: (212) 836-8000 |

03099/00501 517830.1