UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants.                                  ) | **C.A. NO.: 05-12237-WGY** |

## AMGEN INC.'S MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 7.2(e), Plaintiff Amgen Inc. ("Amgen") hereby moves this Court for leave to file under seal its Petition Objecting to the ITC Administrative Law Judge's ("ALJ's") Initial Determination dated July 7, 2006 (the "Petition").

Amgen seeks leave to file the Petition in this action only because the Court has granted the Defendants' motion to file the ALJ's Initial Determination in this action. Amgen does not believe that the grounds for the ALJ's Initial Determination are relevant to the issues raised by the Defendants' currently pending Motion to Dismiss in this Court. However, if the Court is inclined to consider any part of the Initial Determination in resolving Defendants' pending motion, the Court should also receive and consider Amgen's Petition (for the reasons set forth in Amgen's Post Hearing Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction). Conversely, if the Court denies the instant motion to file the Petition, the Court should not consider the Initial Determination in resolving Defendants' pending motion to dismiss.

1

Amgen seeks leave to file the Petition under seal because it contains information that has been designated confidential by the Defendants under the Protective Order entered in the ITC Proceeding (the "ITC Protective Order"), Pursuant to the terms of the ITC Protective Order, Amgen sought Defendants' assent to filing the Petition under seal in this action. Defendants objected to the filing of the Petition in this action.

WHEREFORE, Amgen respectfully requests that the Court grant Amgen leave to file the Petition under seal and that the Court order that the Petition will remain under seal until such time as a further order of the Court issues.

Dated: July 21, 2006                          Respectfully Submitted,

                                              AMGEN INC.,
                                              By its attorneys,

                                                  /s/ Michael R. Gottfried
Of Counsel:                                   D. DENNIS ALLEGRETTI (BBO#545511)
                                              MICHAEL R. GOTTFRIED (BBO#542156)
                                              PATRICIA R. RICH (BBO# 640578)
STUART L. WATT                                DUANE MORRIS LLP
WENDY A. WHITEFORD                            470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                            Boston, MA  02210
DARRELL DOTSON                                Telephone:   (617) 289-9200
MARY SUSAN HOWARD                             Facsimile:   (617) 289-9201
KIMBERLIN MORLEY
AMGEN INC.                                    LLOYD R. DAY, JR.
One Amgen Center Drive                        DAVID M. MADRID
Thousand Oaks, CA   91320-1789                LINDA A. SASAKI-BAXLEY
(805) 447-5000                                DAY CASEBEER MADRID & BATCHELDER LLP
                                              20300 Stevens Creek Boulevard, Suite 400
                                              Cupertino, CA  95014
                                              Telephone:   (408) 873-0110
                                              Facsimile:   (408) 873-0220

                                              WILLIAM GAEDE III
                                              McDERMOTT WILL & EMERY
                                              3150 Porter Drive
                                              Palo Alto, CA 94304
                                              Telephone:   (650) 813-5000
                                              Facsimile:   (650) 813-5100

                                              MICHAEL F. BORUN
                                              KEVIN M. FLOWERS
                                              MARSHALL, GERSTEIN & BORUN LLP
                                              233 South Wacker Drive
                                              6300 Sears Tower
                                              Chicago IL 60606
                                              Telephone:   (312) 474-6300
                                              Facsimile:   (312) 474-0448

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., and Roche Diagnostics, GmBh, does not consent to Amgen filing its Petition Objecting to the ITC Administrative Law Judge's Initial Determination dated July 7, 2006. However, in the event the Court accepts the filing, Defendants assent to Amgen's request for leave to file the Petition under seal.

/s/ Michael R. Gottfried
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 21, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM1\666178.1