# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-12237 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

Pursuant to the Court's Electronic Order, dated July 25, 2006, granting Amgen Inc.'s Motion to Seal Document and the Protective Order entered *In the Matter of Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, Investigation No. 337-TA-568. I hereby certify that the following document, being filed under seal of even date herewith:

    Complainant Amgen Inc.'s Corrected Petition Under Section 210.43 for Review
    of Order No. 6: Initial Determination Granting Respondents' Motion for
    Summary Determination

<u>will be served</u> today via first-class mail upon:

Leora Ben-Ami, Esq.[1]
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
*Attorneys for the Defendants*

Ketih Toms, Esq.[2]
**BROMBERG & SUNSTEIN LLP**
125 Summer Street
Boston, MA 02110-1618
*Attorneys for the Defendants*

July 25, 2006                                                  Respectfully Submitted,

                                                               AMGEN INC.,
                                                               By its attorneys,


                                                               /s/ Michael R. Gottfried
Of Counsel:                                                    D. DENNIS ALLEGRETTI (BBO#545511)
                                                               MICHAEL R. GOTTFRIED (BBO#542156)
                                                               PATRICIA R. RICH (BBO#640578)
                                                               DUANE MORRIS LLP
STUART L. WATT                                                 470 Atlantic Avenue, Suite 500
WENDY A. WHITEFORD                                             Boston, MA  02210
MONIQUE L. CORDRAY                                             Telephone:    (617) 289-9200
DARRELL DOTSON                                                 Facsimile:    (617) 289-9201
MARYSUSAN HOWARD
KIMBERLIN L. MORLEY
AMGEN INC.                                                     LLOYD R. DAY, JR.
One Amgen Center Drive                                         DAVID M. MADRID
Thousand Oaks, CA   91320-1789                                 LINDA A. SASAKI-BAXLEY
(805) 447-5000                                                 DAY CASEBEER
                                                               MADRID & BATCHELDER LLP
                                                               20300 Stevens Creek Boulevard, Suite 400
                                                               Cupertino, CA  95014
                                                               Telephone:    (408) 873-0110
                                                               Facsimile:    (408) 873-0220

---

[1] The other attorneys of record at this firm who have appearances in this case will not be separately served.

[2] The other attorneys of record at this firm who have appearances in this case will not be separately served.

WILLIAM GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

MICHAEL F. BORUN
KEVIN M. FLOWERS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:   (312) 474-6300
Facsimile:   (312) 474-0448