UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**AMGEN INC.'S MOTION TO FILE A DOCUMENT UNDER SEAL**

Pursuant to Local Rule 7.2(e), Plaintiff Amgen Inc. ("Amgen") hereby moves this Court for leave to file under seal its Motion for Leave to File a Reply to Respondents' Opposition to Complainant's Petition for Review of Initial Determination and the Complainant Amgen Inc.'s Reply to Respondents' Opposition to Complaint's Petition for Review of Initial Determination Granting Summary Determination (attached to the Motion as an Exhibit), which were filed with the ITC on July 26, 2006 (collectively the "Reply"). As grounds for this motion, Amgen states that the Reply responds to the assertions made by Defendants in their Opposition to Complainant's Petition for Review of Initial Determination, which Defendant sought, on July 26, 2006, to file under Seal with the Court. If the Court allows Defendants to file such document under seal, it should allow Amgen to file the Reply under seal, as the Reply will provide the Court with the complete record regarding the ALJ's Initial Determination.

Because the Reply contains confidential information of Defendants and therefore,

1

pursuant to the Protective Order entered into in the ITC Proceeding (the "ITC Protective Order"), must be kept confidential, Amgen must seek leave of the Court to file it under seal.

WHEREFORE, Amgen respectfully requests that the Court grant its motion for leave to file the Reply under seal and that should the Court grant this motion as requested, that the Court order that the documents remain under seal until such time as a further order of the Court issues.

Dated: July 27, 2006                                 Respectfully Submitted,

                                                     AMGEN INC.,
                                                     By its attorneys,

                                                              /s/ Michael R. Gottfried
Of Counsel:                                          D. DENNIS ALLEGRETTI (BBO#545511)
                                                     MICHAEL R. GOTTFRIED (BBO#542156)
                                                     PATRICIA R. RICH (BBO# 640578)
STUART L. WATT                                       DUANE MORRIS LLP
WENDY A. WHITEFORD                                   470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                   Boston, MA  02210
DARRELL DOTSON                                       Telephone:    (617) 289-9200
MARY SUSAN HOWARD                                    Facsimile:    (617) 289-9201
KIMBERLIN MORLEY
AMGEN INC.                                           LLOYD R. DAY, JR.
One Amgen Center Drive                               DAVID M. MADRID
Thousand Oaks, CA   91320-1789                       LINDA A. SASAKI-BAXLEY
(805) 447-5000                                       DAY CASEBEER MADRID & BATCHELDER LLP
                                                     20300 Stevens Creek Boulevard, Suite 400
                                                     Cupertino, CA  95014
                                                     Telephone:    (408) 873-0110
                                                     Facsimile:    (408) 873-0220

                                                     WILLIAM GAEDE III
                                                     McDERMOTT WILL & EMERY
                                                     3150 Porter Drive
                                                     Palo Alto, CA 94304
                                                     Telephone:    (650) 813-5000
                                                     Facsimile:    (650) 813-5100

                                                     MICHAEL F. BORUN
                                                     KEVIN M. FLOWERS
                                                     MARSHALL, GERSTEIN & BORUN LLP
                                                     233 South Wacker Drive
                                                     6300 Sears Tower
                                                     Chicago IL 60606
                                                     Telephone:    (312) 474-6300
                                                     Facsimile:    (312) 474-0448

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc., and Roche Diagnostics, GmBh does not assent to Amgen's request.

/s/ Michael R. Gottfried
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried