# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

Pursuant to the Court's Electronic Order, dated August 1, 2006, granting Amgen Inc.'s Motion to Seal Document and the Protective Order entered *In the Matter of Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, Investigation No. 337-TA-568.  I hereby certify that the following documents, being filed under seal of even date herewith:

> Motion for Leave to File a Reply to Respondents' Opposition to Complainant's Petition for Review of Initial Determination; and

> Complainant Amgen Inc.'s Reply to Respondents' Opposition to Complainant's Petition for Review of Initial Determination Granting Summary Determination

will be served today via first-class mail upon:

DM1\673314.1

Leora Ben-Ami, Esq.[1]
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
*Attorneys for the Defendants*

Ketih Toms, Esq.[2]
**BROMBERG & SUNSTEIN LLP**
125 Summer Street
Boston, MA 02110-1618
*Attorneys for the Defendants*

August 1, 2006                                             Respectfully Submitted,

---

[1] The other attorneys of record at this firm who have appearances in this case will not be separately served.

[2] The other attorneys of record at this firm who have appearances in this case will not be separately served.

|  |  |
|---|---|
|  | AMGEN INC.,<br>By its attorneys, |
|  |  |
|  | /s/ Patricia R. Rich |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511)<br>MICHAEL R. GOTTFRIED (BBO#542156)<br>PATRICIA R. RICH (BBO#640578) |
| STUART L. WATT<br>WENDY A. WHITEFORD<br>MONIQUE L. CORDRAY<br>DARRELL DOTSON<br>MARYSUSAN HOWARD<br>KIMBERLIN L. MORLEY<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1789<br>(805) 447-5000 | DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:   (617) 289-9200<br>Facsimile:    (617) 289-9201<br><br>LLOYD R. DAY, JR.<br>DAVID M. MADRID<br>LINDA A. SASAKI-BAXLEY<br>DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:   (408) 873-0110<br>Facsimile:    (408) 873-0220<br><br><br>WILLIAM GAEDE III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:   (650) 813-5000<br>Facsimile:    (650) 813-5100<br><br>MICHAEL F. BORUN<br>KEVIN M. FLOWERS<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone:   (312) 474-6300<br>Facsimile:    (312) 474-0448 |

3