UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>    Plaintiff, )<br>vs. )<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GMBH, )<br>AND HOFFMANN-LA ROCHE INC., )<br>    Defendants ) | CIVIL ACTION No.: 05-CV-12237WGY |

### CERTIFICATE OF SERVICE OF SEALED DOCUMENT

Pursuant to the Court's Order of July 15, 2006, and pursuant to the Protective Order entered in *In the Matter of Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, Investigation No. 337-TA-568, I hereby certify that the following documents, being filed under seal of even date herewith:

- Respondents' Opposition to Complainant's Petition for Review of Initial Determination

- Office of Unfair Import Investigations' Reply to Complainant Amgen Inc.'s Petition for Review of Initial Determination Granting Summary Determination

<u>will be served</u> today via first-class mail upon the following attorneys of record who have executed the Protective Order in the ITC proceeding:

> Lloyd R. Day, Jr., Esq.
> Linda Sasaki-Baxley, Esq.
> **DAY CASEBEER MADRID & BATCHELDER, LLP**
> 20300 Stevens Creek Blvd., Suite 400
> Cupertino, CA 95014[1]
> Attorneys for Plaintiff Amgen, Inc.

---

[1] The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Jonathan D. Loeb, Esq., Renee DuBord Brown, Esq., Krista M. Carter, Esq., Deborah E. Fishman, Esq., David M. Madrid, Esq., Mario Moore, Esq., Darcy A. Paul, Esq., Katie J.L. Scott, Esq., and Rebecca J. Wais, Esq.

>William Gaede , III, Esq.
>**MCDERMOTT, WILL & EMERY**
>3150 Porter Drive
>Palo Alto, CA 94304[2]
>Attorneys for Plaintiff Amgen, Inc.
>
>Michael F. Borun, Esq.
>Kevin M. Flowers, Esq.
>**MARSHALL GERSTEIN & BORUN LLP**
>233 South Wacker Drive
>6300 Sears Tower
>Chicago, IL 60606[3]
>Attorneys for Plaintiff Amgen, Inc.

The sealed documents will not be served upon the following counsel of record who have not executed the Protective Order in the ITC proceeding:

>Patricia R. Rich
>Michael R. Gottfried
>D. Dennis Allegretti
>**DUANE MORRIS LLP**
>470 Atlantic Avenue
>Suite 500
>Boston, MA 02110-2600
>Attorneys for Plaintiff Amgen, Inc.
>
>Steven Zalesin, Esq.
>Eugene M. Gelernter, Esq.
>**PATTERSON BELKNAP WEB & TYLER LLP**
>1133 Avenue of the Americas
>New York, New York 10036
>Attorneys for Proposed Intervenor Ortho Biotech Products, L.P.
>
>David L. Ferrera, Esq.
>Michelle Chassereau Jackson, Esq.
>**NUTTER, MCCLENNEN & FISH, LLP**
>World Trade Center West
>155 Seaport Boulevard
>Boston, MA 02210-2699
>Attorneys for Proposed Intervenor Ortho Biotech Products, L.P.

---

[2] The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Mary Boyle, Esq., Andrew Kumamoto, Esq., Michelle E. Moreland, Esq., and Firasati Ali, Esq.

[3] The following other attorneys of this firm have filed appearances in this case, and will not be separately served: Mark Izraelewicz, Esq., Matthew C. Nielsen, Esq., Sandip H. Pate, Esq., Thomas I. Ross, Esq., Jennifer E. Flory, Esq., Cullen N. Pendelton, Esq., and Jeremy D. Protas, Esq.

DATED:   Boston, Massachusetts
         August 15, 2006

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

By its attorneys,

/s/ Julia Huston
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
jhuston@bromsun.com

Principal Counsel:

Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Julia Huston
Julia Huston

03099/00501 536745.1