UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, AND HOFFMANN-LA ROCHE INC., | ) ) ) ) |
| Defendants | ) ) ) |

CIVIL ACTION No.: 05-CV-12237WGY

**DEFENDANTS' POST-HEARING MEMORANDUM TO INFORM THE COURT OF THE ITC'S DECISION NOT TO REVIEW THE INITIAL DETERMINATION OF THE ADMINISTRATIVE LAW JUDGE**

Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") respectfully submit this post-hearing memorandum to inform the Court that the International Trade Commission has rejected Amgen's petition for review of the administrative law judge's initial determination. This decision terminates the ITC proceeding that has run parallel to this case in Roche's favor.

A copy of Notice of Commission Decision Not to Review an Initial Determination Granting Respondents' Motion for Summary Determination that there Is No Violation of Section 337, dated August 31, 2006, is attached as Exhibit A.

DATED:   Boston, Massachusetts
         September 1, 2006

                                        F. HOFFMANN-LA ROCHE LTD,
                                        ROCHE DIAGNOSTICS GMBH, and
                                        HOFFMANN-LA ROCHE INC.

                                        By its attorneys,


                                         /s/ Julia Huston
                                        Lee Carl Bromberg (BBO# 058480)
                                        Julia Huston (BBO# 562160)
                                        Keith E. Toms (BBO# 663369)
                                        BROMBERG & SUNSTEIN LLP
                                        125 Summer Street
                                        Boston, MA 02110
                                        Tel. (617) 443-9292
                                        jhuston@bromsun.com

                                        Principal Counsel:

                                        Leora Ben-Ami (*pro hac vice*)
                                        Patricia A. Carson (*pro hac vice*)
                                        Thomas F. Fleming (*pro hac vice*)
                                        Howard Suh (*pro hac vice*)
                                        Peter Fratangelo (BBO# 639775)
                                        KAYE SCHOLER LLP
                                        425 Park Avenue
                                        New York, NY 10022
                                        Tel: (212) 836-8000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.


                                         /s/ Julia Huston
                                        Julia Huston

03099/00501 543572.1