Amgen Inc. v. F. Hoffmann-LaRoche LTD et al    SEP 08 2006 14:25 FR KAYE SCHOLER LLP 21   212 836 7514 TO 914088730220    P.02    Doc. 113 Att. 1

Case 1:05-cv-12237-WGY    Document 113-2    Filed 09/08/2006    Page 1 of 1

# KAYE SCHOLER LLP

Leora Ben-Ami
212 836-7203
Fax 212 836-6330
lbenami@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 8, 2006

Lloyd R. Day
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. - Suite 400
Cupertino, CA 95014

Re: Amgen v. Roche

Dear Rusty:

We have considered your suggestion that Roche join Amgen in requesting a status conference with the Court. On balance, we believe that such a request would be presumptuous and a conference would be a waste of judicial resources, so we must decline your invitation.

As you know, the Court is extremely familiar with the issues relating to the motion to dismiss, including any supposed dates which Amgen argues are relevant. The Court also has been diligent in reviewing the parties' motions to file under seal various documents from the ITC. To us the fact that the Court has not requested further input from the parties simply means that the Court is deciding the pending motions.

We are confident that the Court will let us know when it has rendered a decision or if it needs other information. Therefore, seeking a status conference seems to serve no useful purpose.

If you choose to make a motion notwithstanding our views, I would appreciate it if you would submit the letter as expressing our position.

Very truly yours,

Leora Ben-Ami

31327146.DOC

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI