UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-12237-WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss ) | Hon. William G. Young |
| Company, ROCHE DIAGNOSTICS GmbH, ) | |
| a German Company and HOFFMANN ) | |
| LAROCHE INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Michelle Chassereau Jackson, hereby withdraw as counsel for Ortho Biotech Products, L.P. ("Ortho") in the above-entitled action. David L. Ferrera of Nutter McClennen & Fish, LLP will continue as counsel for Ortho.

        */s/ Michelle Chassereau Jackson*
Michelle Chassereau Jackson (BBO # 654825 )
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
mjackson@nutter.com

Dated: September 15, 2006

## CERTIFICATE OF SERVICE

I certify that, on September 15, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        */s/ Michelle Chassereau Jackson*

1562642.1