# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                        )
AMGEN INC.,                             )
                                        )
      Plaintiff,                        )
                                        )
v.                                      )   05-CV-12237-WGY
                                        )
F. HOFFMANN-LAROCHE LTD., a Swiss       )
Company, ROCHE DIAGNOSTICS GmbH,        )
a German Company and HOFFMANN           )
LAROCHE INC., a New Jersey Corporation, )
                                        )
      Defendants.                       )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the intervenor plaintiff, Ortho Biotech Products, L.P.

                            ORTHO BIOTECH PRODUCTS, L.P.
                            By its attorneys,

                            _/s/ Heather B. Repicky_
                            David L. Ferrera (BBO # 631183)
                            Heather B. Repicky (BBO # 663347)
                            NUTTER MCCLENNEN & FISH LLP
                            World Trade Center West
                            155 Seaport Boulevard
                            Boston, Massachusetts 02210
                            Telephone (617) 439-2000

**Dated: September 18, 2006**

## CERTIFICATE OF SERVICE

I certify that, on September 18, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                            **/s/ Heather B. Repicky**

1561968.1