UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., a Swiss )<br>Company,  ROCHE DIAGNOSTICS GmbH, )<br>a German Company and HOFFMANN )<br>LAROCHE INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>) | 05-CV-12237-WGY<br><br>Hon. William G. Young |

## **STATEMENT OF ORTHO BIOTECH PRODUCTS, L.P.**

Ortho Biotech Products, L.P. ("Ortho"), as petitioner for intervention pursuant to Fed. R. Civ. P. 24, has reviewed the parties' LR 16.1(D) Joint Statement and supports Amgen, Inc.'s proposed Pretrial and Trial Schedule.

Dated:  October 16, 2006                            ORTHO BIOTECH PRODUCTS, L.P.

                                                    By its attorneys,

                                                      */s/ Heather B. Repicky*
                                                    David L. Ferrera (BBO # 631183)
                                                    Heather B. Repicky (BBO # 663347)
                                                    NUTTER MCCLENNEN & FISH LLP
                                                    World Trade Center West
                                                    155 Seaport Boulevard
                                                    Boston, Massachusetts  02210
                                                    Telephone (617) 439-2000


                                                    and

                                                    Gregory L. Diskant
                                                    Steven A. Zalesin
                                                    Eugene M. Gelernter
                                                    PATTERSON, BELKNAP, WEBB & TYLER LLP
                                                    1133 Avenue of the Americas
                                                    New York, New York  10036
                                                    Telephone (212) 336-2000

Of counsel:
        Harman Avery Grossman, Esq.
        Johnson & Johnson

## CERTIFICATE OF SERVICE

      I certify that, on October 16, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ *Heather B. Repicky*

1570715.1

1316459v1