UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-12237-WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss ) | Hon. William G. Young |
| Company, ROCHE DIAGNOSTICS GmbH, ) | |
| a German Company and HOFFMANN ) | |
| LAROCHE INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ASSENTED TO MOTION FOR ADMISSION
## OF RICHARD O. JACKSON *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Intervenor Plaintiff Ortho Biotech Products, L.P. ("Ortho") hereby moves for the admission *pro hac vice* of Richard O. Jackson, Esquire of Patterson, Belknap, Webb & Tyler, LLP, 133 Avenue of the Americas, New York, NY, to appear on behalf of Ortho. In support of this Motion, the Affidavit of Richard O. Jackson is filed concurrently herewith. Further, Ortho has retained the undersigned local counsel, Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA, to appear in this action and assist as necessary.

WHEREFORE, Ortho respectfully requests that the Court admit Richard O. Jackson as counsel *pro hac vice* in the above-captioned matter.

| | |
|---|---|
| Dated: October 19, 2006 | ORTHO BIOTECH PRODUCTS, L.P. |
| | By its attorneys, |
| |   /s/ Heather B. Repicky   |
| | David L. Ferrera (BBO # 631183) |
| | Heather B. Repicky (BBO # 663347) |
| | NUTTER MCCLENNEN & FISH LLP |
| | World Trade Center West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts  02210 |
| | Telephone (617) 439-2000 |
| | and |
| | Gregory L. Diskant |
| | Steven A. Zalesin |
| | Eugene M. Gelernter |
| | PATTERSON, BELKNAP, WEBB & TYLER LLP |
| | 1133 Avenue of the Americas |
| | New York, New York  10036 |
| | Telephone (212) 336-2000 |

Of counsel:
    Harman Avery Grossman, Esq.
    Johnson & Johnson

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Ortho conferred with counsel for Plaintiff and all Defendants on the subject of this motion, and was advised that they assent to this motion.

                                                                                                  /s/ Heather B. Repicky

## CERTIFICATE OF SERVICE

I certify that, on October 19, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                                                  /s/ Heather B. Repicky