UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., a Swiss )<br>Company, ROCHE DIAGNOSTICS GmbH, )<br>a German Company and HOFFMANN )<br>LAROCHE INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>_____ ) | 05-CV-12237-WGY<br><br>Hon. William G. Young |

## AFFIDAVIT OF RICHARD O. JACKSON

I, Richard O. Jackson, do depose on oath and state as follows:

1. I am an attorney at Patterson, Belknap, Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036.

2. I am one of the attorneys representing the Petitioner for intervention, Ortho Biotech Products, L.P. in the above captioned matter.

3. I am admitted to practice in the following jurisdictions: New York State; the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

Signed this 17th day of October, 2006 under the pains and penalties of perjury.

_____
Richard O. Jackson

1570765.1