UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
AMGEN INC.,                             )
                                        )
    Plaintiff,                          )
                                        )     C.A. NO.: 05-12237-WGY
v.                                      )
                                        )
F. HOFFMANN-LAROCHE                     )
LTD., a Swiss Company, ROCHE            )
DIAGNOSTICS GmbH, a German              )
Company and HOFFMANN LAROCHE            )
INC., a New Jersey Corporation,         )
                                        )
    Defendants.                         )
_____)

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Wendy A. Whiteford of Amgen Inc. Amgen submits the Certificate of Wendy A. Whiteford in support of this Motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH have indicated that they will not consent to the filing of this motion.

Dockets.Justia.com

Dated:  October 23, 2006

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
MarySusan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr.
David M. Madrid
Linda A. Sasaki-Baxley
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

DM1\701488.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 23, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried

DM1\701488.1