# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
|     Plaintiff, | ) |
| v. | ) C.A. NO.: 05-12237-WGY |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
|     Defendants. | ) |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Monique L. Cordray, certify as follows:

1.  I am Senior Associate Counsel for Amgen Inc., and maintain my principal office in the firm's corporate headquarters, which is located at One Amgen Center Drive, Thousand Oaks, CA 91320-1789, telephone number 805-447-1000.

2.  I am a member in good standing of the Bar of the State of California.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted *pro hac vice* for the plaintiff, Amgen, Inc.

I certify the foregoing is true and correct.

Dated: October 23, 2006

/s/ Monique L. Cordray
Monique L. Cordray