UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, MarySusan Howard, certify as follows:

1.  I am Senior Counsel for Amgen Inc., and maintain my principal office in the firm's corporate headquarters, which is located at One Amgen Center Drive, Thousand Oaks, CA 91320-1789, telephone number 805-447-1000.

2.  I am a member in good standing of the Bar of the District of Columbia.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted *pro hac vice* for the plaintiff, Amgen, Inc.

I certify the foregoing is true and correct.


Dated: October 23, 2006                              /s/ MarySusan Howard
                                                     MarySusan Howard