UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-12237-WGY |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Kimberlin L. Morely, certify as follows:

1. I am Senior Counsel for Amgen Inc., and maintain my principal office in the firm's corporate headquarters, which is located at One Amgen Center Drive, Thousand Oaks, CA 91320-1789, telephone number 805-447-1000.

2. I am a member in good standing of the Bar of the state of The District of Columbia.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   I seek to be admitted *pro hac vice* for the plaintiff, Amgen, Inc.

I certify the foregoing is true and correct.

Dated: October 20, 2006

/s/ Kimberlin L. Morely
Kimberlin L. Morley