## Baxley, Linda

**From:** Baxley, Linda
**Sent:** Monday, June 05, 2006 5:43 PM
**To:** 'PCarson@kayescholer.com'
**Subject:** Follow-up on Protective Order for Boston litigation

Pat,

Please let me know when you will have time to discuss the protective order I sent to you for the Boston litigation.

Linda

10/19/2006