

**EXHIBIT B**

🖨 **Print this article**                                                                 **Close This Window**

## Amgen's "strategic intention" is to acquire - CEO

Wed Mar 1, 2006 3:53 PM ET

BOSTON, March 1 (Reuters) -- The chief executive of Amgen Inc. <AMGN.O>, the world's biggest biotechnology company, said on Wednesday that acquisitions are part of its strategy but couldn't predict when or where they would occur.

Speaking at a meeting of the Boston College Chief Executives' Club, Kevin Sharer said it is Amgen's "strategic intention" to acquire attractive products and technologies, but he gave no timeframe.

"Boston is full of companies that might eventually want to join the Amgen family," he told executives at the lunch, adding that the company plans to increase the number of employees at its Cambridge, Massachusetts research laboratory to 400 from roughly 120 today.

Amgen makes drugs for arthritis, to boost infection-fighting white blood cells, and to treat anemia in kidney dialysis and cancer patients. Sharer said he expects the company to expand into ever-more disease areas.

"I think Amgen will be a multi-therapeutic company," Sharer told reporters after his speech.

The company aims by the end of the first quarter to file an application for approval to market panitumumab, its experimental colorectal cancer drug to treat patients who have failed other therapies.

Sharer said the company is well positioned scientifically to develop drugs in a variety of categories, including cancer, metabolic disorders, inflammatory disorders and neurology.

If Amgen sees a company with interesting science or technology it might be worth acquiring, he said.

"We don't buy companies with the thought of restructuring them and saving money and taking out cost," he said.

Amgen's shares jumped last month after Roche Holding AG <ROG.VX> said it would seek to launch a rival to Amgen's anemia drug for cancer patients two years later than expected.

Sharer said, however, that the battle with Roche is far from over. Amgen sued Roche claiming Roche's drug Cera infringes on Amgen's patents for Epogen and its longer-lasting version Aranesp.

Roche still plans to file for U.S. approval to sell Cera for anemia in kidney disease in 2006.

"The fact that they're having trouble in oncology is cold comfort," he said. "We have to stop them altogether."

© Reuters 2006. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

**Close This Window**