# Competitive Anemia Task Force – Core Team



| | | |
|---|---|---|
| **Remit:** | To ensure that Amgen is prepared for and responding proactively to new competitive entrants in the anemia treatment market, with a particular focus on Roche. To clearly define what it is going to take for Amgen to win. | |
| **Membership:** | Stuart Arbuckle | Global Marketing |
| | Serena Anderson | US Nephrology Business Unit |
| | Ken Keller | US Oncology Business Unit |
| | Neil Hughes | EU Business Strategy and New Products |
| | Jonas Pedersen | Competitive Intelligence |
| | Jose Vega | Development |
| | Sophie Fornairon | EU Nephrology Medical Affairs |
| | Wendy Whiteford | Legal |
| | John Verniero | Commercial Affairs |
| **Deliverables:** | Maintain up to date intelligence of Roche strategies and plans, including clinical trials | |
| | Develop sustainable competitive position for Amgen brands | |
| | Identify global key messages to support brand position, and ensure incorporation into global and regional communication plans | |
| | Define data needs to support key messages, and plan to deliver appropriate data through analysis or new studies | |
| | Develop and monitor implementation of a global play book of activities designed to ensure our success | |

AMGEN                                           Global Marketing – General Medicine

Confidential
Subject to Protective Order          AM-ITC 00030906