UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

## **PROPOSED AMENDED LR 16.1(D) JOINT STATEMENT**

At the Rule 16.1 Conference with the Court on October 23, 2006, the Court invited the parties to confer and propose any changes to the Court's Rule 16.1 Order within two weeks. At that conference, the Court also scheduled this case to be placed on the running trial calendar for September 2007. The parties have conferred and reached agreement on a number of issues regarding the case management schedule, subject to the Court's approval, with the exception of depositions as discussed below.

The parties respectfully request the following amendments to the currently adopted schedule (the proposed amended dates are in italics and underlined), but all other provisions of the Court's October 27 Order remain in full force and effect:

| **EVENT** | **CURRENT DATE** | **PARTIES' AGREED PROPOSAL** |
|---|---|---|
| **INITIAL DISCLOSURES AND PLEADINGS** | | |
| Initial disclosures and information required by Fed. R. Civ. P. 26(a)(1) shall be exchanged by: | November 6, 2006 | No change |
| All motions to join other parties (other than entities related to the current parties) shall be filed on or before: | November 6, 2006 | No change |
| Roche shall file its Answer and Counterclaims on or before: | November 6, 2006 | No change |
| All motions to amend the pleadings under Fed. R. Civ. P. 15(a) shall be filed on or before: | November 17, 2006 | ***December 8, 2006*** |
| **DISCOVERY** | | |
| Discovery may commence on: | October 24, 2006 | No change |
| Interrogatories: | A maximum of 40 unique interrogatories shall be permitted for each side.  For example, Amgen (collectively with Ortho Biotech Products, L.P., if it is permitted to intervene) may serve the same 40 interrogatories on each of the Defendants, but may not serve 120 unique interrogatories by propounding different interrogatories to the different Defendants.  No one interrogatory may require that a party explain its response to | No change |

| EVENT | CURRENT DATE | PARTIES' AGREED PROPOSAL |
|---|---|---|
| | more than one request for admission. Contention interrogatories may be served at any time during the discovery period, provided that they are served in sufficient time to permit responses to be timely served in accordance with the Federal Rules before the fact discovery cutoff. | |
| Requests for Admission: | 40 unique Requests for Admission | No change |
| Document Production: | Each party shall:<br><br>(1) propound their initial requests for production of documents no later than October 30, 2006;<br><br>(2) propound any additional requests for production of documents no later than December 15, 2006;<br><br>(3) respond and produce documents according to applicable Federal Rules; and<br><br>(4) complete production of all responsive documents by January 12, 2007. | Each party shall:<br><br>(1) propound their initial requests for production of documents no later than October 30, 2006;<br><br>(2) **propound up to two additional sets of requests for production of documents to be served at any time but no later than _January 8, 2007_**;<br><br>(3) respond and produce documents according to applicable Federal Rules; and<br><br>**(4)** complete production of all responsive documents **(including electronic documents)** by _**February 16, 2007**_. |

| EVENT | CURRENT DATE | PARTIES' AGREED PROPOSAL |
|---|---|---|
| All motions to compel must be filed: | Before the close of the applicable discovery period. | No change |
| Fact discovery shall be completed by: | March 9, 2007 (137 days after the commencement of discovery). | ***April 2, 2007*** |
| Initial reports of experts on issues for which a party bears the burden of proof are due on: | April 2, 2007 (24 days after completion of fact discovery). | ***April 6, 2007*** |
| Rebuttal reports of responding experts are due on: | April 20, 2007 (18 days after serving opening expert reports). | ***April 27, 2007*** |
| Any party desiring to depose an expert witness shall notice and complete said deposition no later than: | April 30, 2007 (10 days after serving rebuttal expert reports). | ***May 11, 2007*** |
| **CLAIMS CONSTRUCTION** | | |
| Both parties' opening briefs setting forth their respective claims construction positions shall be filed and served no later than: | March 5, 2007 (before service of expert reports). | No change |
| Both parties' responsive briefs shall be filed and served no later than: | March 19, 2007 (14 days after opening *Markman* briefs). | No change |

| EVENT | CURRENT DATE | PARTIES' AGREED PROPOSAL |
|---|---|---|
| Subject to the Court's schedule, a *Markman* hearing on construction of disputed claim terms shall be held: | Before April 2, 2007 (14 days after last *Markman* briefs. | No change |
| **DISPOSITIVE MOTIONS** | | |
| Any case dispositive motion pursuant to the Federal Rules of Civil Procedure shall be filed and served with an opening brief on or before: | April 9, 2007 (21 days after last *Markman* briefs). | *May 18, 2007* |
| Any opposition to a case dispositive motion shall be filed and served within: | 14 days after service of the motion | No change |
| Any reply in support of a case dispositive motion shall be filed and served within: | 7 days after service of any opposition to such motion. | No change |
| Hearing on case-dispositive motions shall be held before: | At such time before the Trial Date that is convenient to the Court. | No change |
| **PRE-TRIAL AND TRIAL** | | |
| Trial should commence in Courtroom No. 18, United States Courthouse, One Courthouse Way, Boston, Massachusetts, at 9:00 a.m. EDT on: | September 2007 Running Calendar | No change |

The subject of depositions was not addressed in the parties' original Rule 16.1 Statement. While both parties agree that more than ten depositions per side (the default under L.R. is warranted given the issues for discovery in this case, the parties were unable to reach agreement

-6-

on the appropriate number or method for calculating deposition discovery.  Each party's respective position on deposition discovery is set forth below:

| EVENT | AMGEN'S PROPOSAL | ROCHE'S PROPOSAL |
|---|---|---|
| **DISCOVERY** | | |
| Depositions | *105 hours of total deposition testimony per side (including third parties), excluding experts.* | *15 party depositions, excluding third-parties and experts, and 15 third-party depositions per side, subject to further application to the Court to modify this provision for good causes;*<br><br>*Rule 30(b)(6) depositions: all deponents designated pursuant to a single notice shall constitute one witness for purposes of the number of allowed deposition witnesses, but no single deponent will be deposed for more than seven hours without consent of the producing party.* |

Respectfully submitted,

F. HOFFMANN-LAROCHE, LTD., ROCHE
DIAGNOSTICS GmbH, and HOFFMANN
LAROCHE, INC., Defendants

By their attorneys,

 /s/ Keith E. Toms
LEE CARL BROMBERG (BBO#058480)
JULIA HUSTON (BBO#562160)
KEITH E. TOMS (BBO#663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02210
Telephone:    (617) 443-9292

AMGEN INC., Plaintiff
By its attorneys,

 /s/ Deborah E. Fishman
D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:    (617) 289-9200
Facsimile:    (617) 289-9201

| | |
|---|---|
| LEORA BEN-AMI<br>PATRICIA A. CARSON<br>THOMAS F. FLEMING<br>HOWARD SUH<br>PETER FRATANGELO (BBO#639775)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Telephone:     (212) 836-8000 | LLOYD R. DAY, JR.<br>DAVID M. MADRID<br>LINDA A. SASAKI-BAXLEY<br>DEBORAH E. FISHMAN<br>DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:   (408) 873-0110<br>Facsimile:    (408) 873-0220<br><br>WILLIAM GAEDE III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:     (650) 813-5000<br>Facsimile:      (650) 813-5100<br><br>MICHAEL F. BORUN<br>KEVIN M. FLOWERS<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone:     (312) 474-6300<br>Facsimile:      (312) 474-0448<br><br>*Of Counsel:*<br><br>STUART L. WATT<br>WENDY A. WHITEFORD<br>MONIQUE L. CORDRAY<br>DARRELL G. DOTSON<br>MARYSUSAN HOWARD<br>KIMBERLIN L. MORLEY<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>Telephone:     (805) 447-5000 |

November 6, 2006

-8-

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2006.


   /s/ Keith E. Toms_____