**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 05-12237 WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., a ) | |
| Swiss Company, ROCHE DIAGNOSTICS ) | |
| GmbH, a German Company and ) | |
| HOFFMANN LAROCHE INC., a ) | |
| New Jersey Corporation, ) | |
| ) | |
| Defendants ) | |

## <u>NOTICE OF APPEARANCE FOR NICOLE A. RIZZO, ESQ.</u>

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Nicole A. Rizzo of

Bromberg & Sunstein LLP for defendants, F. Hoffmann-La Roche Ltd., Roche Diagnostics

GmbH, and Hoffmann-La Roche, Inc., in the above-captioned case.


Dated: Boston, Massachusetts
        November 6, 2006


                                    /s/ Nicole A. Rizzo
                                    Nicole A. Rizzo, BBO# 663853
                                    BROMBERG & SUNSTEIN LLP
                                    125 Summer Street
                                    Boston, Massachusetts 02110
                                    Telephone:  (617) 443-9292
                                    Facsimile:  (617) 443-0004
                                    Email: nrizzo@bromsun.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Nicole A. Rizzo
Nicole A. Rizzo

03099/00501  564076.1