# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AMGEN INC., )
)
Plaintiff, )
)
vs. ) Civil Action No.: 05 Civ. 12237 WGY
)
F. HOFFMANN-LA ROCHE LTD, ROCHE )
DIAGNOSTICS GmbH, and HOFFMANN- )
LA ROCHE INC., )
)
Defendants. )
)
)

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for Defendants certify that:

- F. Hoffmann-La Roche Ltd (Switzerland) is a subsidiary of Roche Holding Ltd.

- Hoffmann-La Roche Inc. (New Jersey) is a subsidiary of Roche Holdings, Inc. (Delaware), which is a subsidiary of Roche Finance Ltd (Switzerland), which is a subsidiary of Roche Holding Ltd.

- Roche Diagnostics GmbH (Germany) is a subsidiary of Roche Deutschland Holding GmbH (Germany), which is a subsidiary of Roche Pharmholding BV (Netherlands), which is a subsidiary of Roche Finance Ltd, which is a subsidiary of Roche Holding Ltd.

2

Dated: November 6, 2006

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN- LA ROCHE INC.,

By its attorneys,

/s/ Nicole A. Rizzo
Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

and

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Nicole A. Rizzo
Nicole A. Rizzo