**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 05-12237 WGY |
| v. | ) | |
| | ) | |
| | ) | |
| F. HOFFMANN-LAROCHE | ) | |
| LTD., a Swiss Company, ROCHE | ) | |
| DIAGNOSTICS GmbH, a German | ) | |
| Company and HOFFMANN LAROCHE | ) | |
| INC., a New Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF**
**MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Geoffrey M. Godfrey, certify as follows:

1.      I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., Suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2.      I am a member in good standing of the Bar of the State of California.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.      I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated: November 2, 2006            /s/ Geoffrey M. Godfrey
                                   Geoffrey M. Godfrey

Dockets.Justia.com