## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>    Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

### CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
### THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
### MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Adam Arthur Bier, certify as follows:

1.    I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., Suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2.    I am a member in good standing of the Bar of the State of California.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated: November 2, 2006        /s/ Adam Arthur Bier
                                                     Adam Arthur Bier