UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-CV-12237-WGY |
| | ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss | ) | Hon. William G. Young |
| Company, ROCHE DIAGNOSTICS GmbH, | ) | |
| a German Company and HOFFMANN | ) | |
| LAROCHE INC., a New Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF APPEAL
## OF INTERVENOR PLAINTIFF ORTHO BIOTECH PRODUCTS, L.P.

Notice is hereby given that Ortho Biotech Products, L.P. ("Ortho"), Intervenor Plaintiff in

the above named case, hereby appeals to the United States Court of Appeals for the Federal

Circuit from an Order denying Ortho's Motion to Intervene entered in this action on the 20th day

of October, 2006.

Dated: November 20, 2006          ORTHO BIOTECH PRODUCTS, L.P.

                                  By its attorneys,

                                   _/s/ Heather B. Repicky_
                                  David L. Ferrera (BBO # 631183)
                                  Heather B. Repicky (BBO # 663347)
                                  NUTTER MCCLENNEN & FISH LLP
                                  World Trade Center West
                                  155 Seaport Boulevard
                                  Boston, Massachusetts 02210
                                  Telephone (617) 439-2000

                                  -and -

Dockets.Justia.com

Gregory L. Diskant
Steven A. Zalesin
Eugene M. Gelernter
Richard O. Jackson
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000

Of counsel:
Harman Avery Grossman, Esq.
Johnson & Johnson

## CERTIFICATE OF SERVICE

I certify that, on November 20, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_/s/ Heather B. Repicky_____

1580946.1