UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

### AMGEN INC.'S MOTION TO DISMISS ROCHE'S COUNTERCLAIMS COUNTS I — IX AND XII

For the reasons set forth in its supporting Memorandum, filed herewith, Plaintiff Amgen, Inc. ("Amgen") respectfully submits this motion to dismiss under FED. R. CIV. P. 12(b)(6) Counterclaims Counts I — IX and XII of Defendants F. Hoffmann-La Roche, Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche"). In particular, Amgen respectfully requests that the Court order:

1. Roche's Counterclaims Counts I — IX and XII be dismissed; and

2. Should Roche be permitted an opportunity to amend its Counterclaims, that Roche:

    a. specify "the who, what, when, where, and how" of all alleged misrepresentations and omissions in the manner set forth in Amgen's accompanying Memorandum and Amgen's Memorandum in Support of Amgen's Motion to Strike Roche's Affirmative Defenses;

    b. identify all specific acts upon which Roche bases its inequitable conduct allegations that underlie any of its Counterclaims, in particular

       Counterclaim I (Walker Process), Counterclaim II (Sham Litigation), and Counterclaim XII (DJ Unenforceability);

c. identify all specific acts upon which Roche bases any additional allegations of fraud – beyond its inequitable conduct-related allegations – that underlie any of its Counterclaims, in particular Counterclaim I (Walker Process), Counterclaim II (Sham Litigation), and Counterclaim XII (DJ Unenforceability);

d. identify all relevant differences, if any, between its current inequitable conduct and fraud-based allegations and those encompassed by *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 126 F. Supp. 2d 69, 141-45 (D. Mass. 2001), *aff'd in pertinent part*, 314 F.3d 1313, 1357-58 (Fed. Cir. 2003);

e. specify all acts upon which Roche bases its Counterclaim XII; and

f. cure the additional defects identified in the accompanying Memorandum with regard to Roche's antitrust Counterclaims I-V, and state law Counterclaims VI-IX.

Dated: November 27, 2006

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
MarySusan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr.
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

- 3 -

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

- 3 -

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the Plaintiff has attempted to confer with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

/s/ Michael R. Gottfried
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on November 27, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried