# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-12237 WGY |
| F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

### PLAINTIFF AMGEN INC.'S MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE NOVEMBER 6, 2006 ORDER

Pursuant to FED. R. CIV. P. 26(c) and 60(b), Plaintiff Amgen, Inc. ("Amgen") respectfully submits this motion for reconsideration and clarification of the Court's November 6, 2006 Order regarding the Protective Order.

1.   Amgen respectfully requests the Court to reconsider its November 6, 2006 Order and enter the single-tier protective order provided at Exhibit 2 to Amgen's Memorandum in Support of its Motion for Reconsideration or Clarification of the November 6, 2006 Order.

2.   Should the Court decline to reconsider its November 6, 2006 Order, Amgen respectfully requests the Court to clarify its Order and enter the two-tier protective order provided at Exhibit 8 to Amgen's Memorandum in Support of its Motion for Reconsideration or Clarification of the November 6, 2006 Order.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Amgen's Motion for Reconsideration or Clarification of the November 6, 2006 Order.

| | |
|---|---|
| Dated:  November 29, 2006 | Respectfully Submitted,<br>AMGEN INC.,<br>By its attorneys, |
| Of Counsel:<br><br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>MarySusan Howard<br>Kimberlin L. Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | /s/ Michael R. Gottfried<br>D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (617) 289-9200<br>Facsimile: (617) 289-9201<br><br>Lloyd R. Day, Jr.<br>DAY CASEBEER, MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220<br><br>William Gaede III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100<br><br>Michael F. Borun<br>Kevin M. Flowers<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

- 3 -

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      I hereby certify that counsel for the Plaintiff has attempted to confer with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

                                    /s/ Michael R. Gottfried  
                                    Michael R. Gottfried

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 29, 2006.

                                      /s/ Michael R. Gottfried  
                                    Michael R. Gottfried