# EXHIBIT 7

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

November 7, 2006

**BY FAX**

Lloyd R. Day, Jr.
Linda A. Sasaki-Baxley
Deborah E. Fishman
Day, Casebeer, Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

D. Dennis Allegretti
Michael Gottfried
Patricia Rich
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Counsel:

We are in receipt of Judge Young's order granting Roche's cross-motion for a two-tier protective order in this action. We will prepare the appropriate order for the Court's review and signature. We will send you a draft to review. The Judge clearly has ordered that Roche's CERA BLA and INDs and FDA related documents that have been previously produced in the ITC action continue to be subject to the restrictions placed upon these documents pursuant to the side letter agreement as embodied in Roche's proposed Protective Order and are to be handled as Outside Counsel Eye's only and are subject to the restrictions placed upon these documents pursuant to the side letter agreement as embodied in Roche's proposed Protective Order. There should be no confusion in this matter because Roche has designated and continues to designate it's CERA BLA and INDs and FDA related documents as HIGHLY CONFIDENTIAL-- OUTSIDE ATTORNEYS' EYES ONLY. Accordingly, please instruct all Amgen attorneys to prevent any in-house counsel of Amgen, or any other employee of Amgen, from accessing to these documents in any form, and that they must be treated pursuant to the further restrictions in Roche's two-tier protective order.

31357899_V2.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**KAYE SCHOLER** LLP

2                                                                November 7, 2006

We will advise you shortly if any of the other previously produced documents will be designated as Confidential or Highly Confidential. Since the Judge has ordered the parties to settle on a final protective order to be put in place, we insist that you refrain from disclosing any other of the documents produced in the ITC proceeding to Amgen's in-house counsel until such time as Roche is able to make all of the necessary designations and a final protective order is entered by the Court.

Thank you for your cooperation in this matter.

Very truly yours,

Peter Fratangelo

cc:    Thomas F. Fleming
       Julia Huston
       William Gaede, III
       Michael F. Borun
       Cecilia H. Gonzalez

31357899_V2.DOC

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI