# EXHIBIT 10

# Morgan & Finnegan, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1775 EYE STREET, NW, SUITE 400
WASHINGTON, DC, 20006-2401
TEL: 202-857-7887
FAX: 202-857-7929
www.morganfinnegan.com

Kent Stevens
(202) 857-8019
kstevens@morganfinnegan.com

June 1, 2006

**BY HAND DELIVERY**

Cecilia H. Gonzales, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Re:   CERTAIN PRODUCTS AND PHARMACEUTICAL COMPOSITIONS CONTAINING RECOMBINANT HUMAN ERYTHROPOIETIN, Investigation No. 337-TA-568

Dear Cecilia:

This is to confirm the agreement reached by outside counsel for Roche and outside counsel for Amgen regarding the confidentiality of the Roche Biological License Application ("BLA") and the IND. This agreement is a side agreement to the Protective Order in the above-captioned investigation to provide additional protection for the BLA and IND. We have agreed that:

(1) Roche to produce one paper copy of the subject INDs and BLA,

(2) Roche to produce 10 electronically searchable CD copies of the INDs and BLA (which Amgen's counsel will not electronically reproduce),

(3) the CD's and single hard copy will be maintained by outside counsel in a locked room and a log will be maintained to identify each person who has been given access to the materials,

(4) the CDs will be reviewed on stand-alone, non-networked computers, and

(5) individuals qualified under the Protective Order now in place may access and use the information contained in Roche's INDs and BLA subject to the provisions and restrictions of the Order.

NEW YORK: 3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-2101   TEL: 212-415-8700   FAX: 212-415-8701
CALIFORNIA: 44 MONTGOMERY STREET, SUITE 2550, SAN FRANCISCO, CA 94104-4712   TEL: 415-318-8800   FAX: 415-676-5816
CONNECTICUT: 100 FIRST STAMFORD PLACE, STAMFORD, CT 06902   TEL: 203-391-2100   FAX: 203-391-2101
SHANGHAI: AETNA TOWERS, 107 ZUNYI ROAD, SUITE 408, GUBEI, SHANGHAI 200051   TEL: 86-21-6237-5322   FAX: 86-21-6237-5323

73046 v1

Letter to Cecilia H. Gonzalez, Esq.
June 1, 2006
Page 2

We are preparing the paper copy and will have a copy as soon as possible given capacity. Also, this is to confirm that while the searchable copies are being made, Roche will produce five of the electronic copies previously made in tiff format. These five copies will not be electronically copied and will be promptly returned to Roche when the searchable copies are delivered.

Please confirm.

                                                    Sincerely

                                                    Kent Stevens, Esq.

Agreed on this ___/___ day of June, 2006:

_____
Cecilia Gonzalez

cc:    Lloyd R. Day, Jr. Esq.
         Anne Goalwin, Esq.
         Leora Ben-Ami, Esq.

KRS:rxp

73046 v1