# EXHIBIT 11
# PART 2 OF 2

Dockets.Justia.com

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

enrolled in the ESRD program are treated with EPO.[4] Anemia is also a frequent complication of chemotherapy which historically has been treated by erythropoietin and more recently by darbepoetin alfa, a new erythropoietin stimulating agent (ESA).[5][6]

The Medicare program is spending several billion dollars each year on the three erythropoietin stimulating agents (ESAs), namely Epogen®, Procrit®, and Aranesp®.[7] Spending for Epogen® alone is estimated at 2.6 billion dollars in 2006, with most expenses associated with the end stage renal dialysis (ESRD) patient population.[8] Medicare spending for Procrit® and Aranesp® is primarily associated with non-ESRD use.[9]

The recombinant human erythropoietin (EPO) manufactured by Amgen is sold under the brand names of Epogen® and Procrit®.[10] Initially, Amgen focused exclusively on promoting Epogen® in the ESRD market while Ortho Biotech promoted Procrit® in the non-ESRD market under a licensing agreement.[11] In 2001, darbepoetin alfa, a newer ESA manufactured by Amgen was introduced in the US market.[12] Known as Aranesp®, the product can be administered less frequently because it has a longer-half life than epoetin.[13] Initially the product was approved for patients with anemia related to chronic kidney disease (dialysis and non-dialysis patients)[14]. Subsequently, Aranesp® was approved for patients with anemia related to chemotherapy. Sales of Aranesp® tend to be focused in the non-ESRD market, indicating a competitive positioning vis a vis Procrit® in this market segment. Sales of Aranesp® in 2004 were estimated at $2.47 billion and 72.4 percent were associated with the chemotherapy market segment.[15]

With the introduction of a new longer acting ESA product, Amgen gained a significant role in the non-ESRD marketplace and stimulated a competitive pricing response from Ortho Biotech. In contrast, Aranesp® is not widely promoted in the ESRD setting where the price of Epogen® had been increasing.[16] The "one company-two product advantage"

---

[4] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor*. January 18, 2006.
[5] http://www.procrit.com/common/prescribing_information/PROCRIT/PDF/ProcritBooklet.pdf
[6] See http://www.fda.gov/cder/foi/appletter/2001/darbamg0917011.pdf
[7] Pollack, Andrew, Rivals Laying Siege to Amgen's Near Monopoly in Anemia Drugs, *New York Times*, December 23, 2005.
[8] Smith, Andrew, More Good Times Ahead for Biotechs, *CNN Money*, February 23, 2006.
[9] Harris, Gardiner, 2 Cancer Drugs, No Comparative Data, *New York Times*, February 26, 2004.
[10] See, http://www.amgen.com/patients/prca.html
[11] See http://www.orthobiotech.com/text/history.html
[12] See http://www.fda.gov/cder/foi/appletter/2001/darbamg0917011.pdf
[13] See http://www.aranesp.com/pdf/aranesp_PI.pdf
[14] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor*, January 18, 2006.
[15] Pollack, Andrew, Rivals Laying Siege to Amgen's Near Monopoly in Anemia Drugs, *New York Times*, December 23,2005, and Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor*, January 18, 2006, 5.
[16] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor*, January 18, 2006.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

has created an anti-competitive effect in the ESRD market where Medicare serves as the primary payer.

The competitive potential that can be unleashed with the introduction of a new ESA and a second manufacturer can be enormous, particularly since the current market has been dominated by one company since 1989. Research in pharmaceutical competition gives us some insight into the potential behavior of the new firm and the new therapeutic substitute as well as the pioneer firm and the breakthrough product.[17] However, each situation is unique and is influenced to a large extent by the level of competition in the clinical and therapeutic area, the level of unmet need and the extent to which the policies of third party payers, including Medicare, seek to encourage or thwart competition. Medicare's policies regarding ESAs are complex and have been influenced greatly by the unique attributes of how Medicare has designed and managed the healthcare benefit for beneficiaries with ESRD. With all of the programmatic innovation underway in the form of ESRD demonstrations as well as the broader changes in ASP- based payment and CAP, the Medicare program is likely to be served well by the addition of a new manufacturer in the ESA market. The competitive effects are likely to include the ability to serve a new group of patients, improve quality and lower the rate of spending associated with this therapeutic area.

*Unique Aspects of the ESRD Marketplace*

The ESRD marketplace is unique because of the singularly important role that the Medicare program plays in financing the program and developing the overall strategy for how providers are paid, essentially acting as a monopsonist with the sufficient market power to influence the payment or price it pays to providers. Since there is a sufficiently high degree of concentration among dialysis providers, they essentially act as oligopoly. In the context of the monopsonist power represented by the Medicare ESRD program and the composite rate for dialysis services, the providers have essentially become price takers. In contrast to the relationship between the dialysis providers and the Medicare ESRD program is the essential monopoly position of Amgen as the sole provider of ESAs in the ESRD area where it acts as a price setter. Taken together, these three unique attributes of the ESRD market indicate a need for a carefully tailored proposal to stimulate competition between ESAs used by dialysis patients.

The ESRD market is dominated by the Medicare program which covers most of the 400,000 Americans who suffer from kidney failure, regardless of age.[18] Similarly, there is a high concentration in the provider market where two companies, Fresenius and DaVita, now account for 70 percent of the dialysis providers.[19 20 21 22] The ESA market is

---

[17] Congressional Budget Office (CBO) Report How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry, Appendix B, Regression Results on Discounting, July 1998.
[18] Coresh, D, J., Byrd-Holt, D., et al, Chronic Kidney Disease Awareness, Prevalence, and Trends among U.S. Adults, 1999-2000, *Journal of American Society of Nephrology*, September 2004.
[19] See, http://www.mesalabs.com/corporate/pdfs/FY2005AnnualReport.pdf

3

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

also dominated by one manufacturer with two products that span both ESRD and non-ESRD use. The dominant market position stems from a combination of patent, trade and licensing protections that have conferred market exclusivity. The "one company-two product advantage", has created an anti-competitive effect in the ESRD market where Medicare serves as the primary payer of healthcare services, including the use of ESAs. The historical segmentation of the ESA market by the type of use-- ESRD and non-ESRD -- reflects the unique characteristics of these two markets as well as the licensing arrangement described earlier.

MedPAC found that payment for separately billable medications in the ESRD program significantly exceeded providers' costs and suggested that Medicare pays too much for certain injectible medications. [23] The advent of a new ESA, however, provides the Medicare program with the possibility of benefiting from the competitive effects of "between-patent" competition for the first time in more than 15 years, with the potential for significant savings to the Medicare program and its beneficiaries. However, in order for the competitive effect to extend to the ESRD market, the ESRD and non-ESRD segmentation needs to be codified to encourage full availability of all ESAs in both segments.

The non-ESRD market structure, by contrast, provides an illustration of the impact that a new entrant can have in terms of price competition. The marketing and promotion of Aranesp® in the non-ESRD market stimulated price competition as measured by falling average sales price for Procrit®. The substitution of Aranesp® for Procrit® may have reduced overall costs because of the lower dosing that is needed when prescribing Aranesp®. A similar response was not seen in the ESRD market, although Aranesp® is approved for use in the ESRD market, where Epogen® remains the primary ESA used for dialysis patients.[24]

*Medicare Payment for ESAs*

The Medicare program covers all three ESAs as a Part B benefit.[25] [26] Specifically, erythropoietin (both Epogen® and Aranesp®) is one of several separately billable drugs that are outside of the composite rate paid to dialysis providers.[27] Similarly, Aranesp® and Procrit® are covered under Part B as "incident to a physician service" for non-ESRD use. [28] Historically, the payment methodology was different for ESRD use and non-

---

[20] http://www.mwe.com/index.cfm/fuseaction/media.prdetail/object_id/3f1d450f-3c86-4518-8696-3eeb8e8c5db9.cfm
[21] http://www.fmc-ag.com/
[22] MedPAC, Report to Congress Medicare Payment Policy, Section 2C: Outpatient Dialysis Services. Fig. 2C-2, March 2006, 11.
[23] MedPAC Report to Congress: Medicare Payment Policy, March 2006.
[24] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor*, January 18, 2006.
[25] Social Security Act § 1862(a)(1)(A)
[26] http://www.cms.hhs.gov/pharmacy/downloads/partsbdcoverageissues.pdf
[27] Social Security Act § 1861(s)(2)(O)
[28] Social Security Act § 1861 (s)(2)(A)

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

ESRD use. At the start of 2006, however, CMS implemented a uniform approach to paying for the outpatient use of all three drugs based on the average sales price (ASP) methodology used for all other Part B drugs covered by the Medicare program.[29] CMS has maintained the distinction between ESRD and non-ESRD use in the most recent round of HCPCS codes and descriptions which are shown in the following chart. There may be some limited exceptions to the Part B coverage policy when the product is administered in a long-term care setting, in which case the medication could be covered under the Part D benefit administered by CMS through prescription drug plans (PDPs) and Medicare Advantage Prescription Drug Plans (MA-PDs).

**Coding Information Related to Existing ESA Products[30]**

| Code Description | 2006 HCPCS Code | HCPCS Units |
|---|---|---|
| Epoetin, esrd *Epogen®* | J0886 | Per 1000 Units |
| Darbepoetin alfa, esrd *Aranesp®* | J0882 | Per 1 MCG |
| Epoetin, non-esrd *Procrit®* | J0885 | Per 1000 Units |
| Darbepoetin alfa, non-esrd *Aranesp®* | J0881 | Per 1 MCG |

Under its current policy, Medicare makes payments for epoetin on a "per 1000 units" basis, whether the drug is administered intravenously or subcutaneously. The policy favors the use of the intravenous form of erythropoietin which requires higher average doses (number of units) to achieve target hematocrit levels. This practice pattern has persisted despite NKF's guideline which advocated subcutaneous administration.[31] It highlights the economic incentives associated with separately billable drugs and the revenue that they generate for some healthcare providers. As shown in the following table, the ASP for Procrit® fell on a quarterly basis from the first quarter of 2005 through the first quarter of 2006, until it increased by 3.5 percent between the first and second quarter of 2006. Similarly, Aranesp® showed quarter by quarter reductions in ASP during the same time period and also showed an increase between the first and second quarter of 2006, although it was 1.5 percent. The reported ASP for Aranesp® is the same for both the ESRD and non-ESRD use because of the crosswalk methodology. In contrast to Procrit® and Aranesp®, the ASP for Epogen® increased on a quarterly basis between the second quarter of 2005 and the first quarter of 2006 before falling by 2.5 percent between the first and second quarter of 2006.

---

[29] 70 *Federal Register* 223,70477-70481 (21 November 2005)
[30] http://www.cms.hhs.gov/Transmittals/Downloads/R737CP.pdf
[31] MedPAC Report to Congress: Medicare Payment Policy, March 2002, 105.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

**Quarterly Changes in ASP for ESAs By Type of Use Q1 2005 through Q 2 2006**

|  | *Q1/Q2 2005* | *Q2/Q3 2005* | *Q3/Q4 2005* | *Q4 2005/Q1 2006* | *Q1/Q 2 2006* |
|---|---|---|---|---|---|
| Epoetin, esrd *Epogen®* | -0.7% | 0.6% | 0.1% | 2.8% | -2.5% |
| Darbepoetin alfa, esrd *Aranesp®* | -9.0% | -5.1% | -1.5% | -0.8% | 1.5% |
| Epoetin, non-esrd *Procrit®* | -7.5% | -3.2% | -2.9% | -2.1% | 3.5% |
| Darbepoetin alfa, non-esrd *Aranesp®* | -9.0% | -5.1% | -1.5% | -0.8% | 1.5% |

Payment policy for Part B drugs has been shifting toward an approach that bases
Medicare payment closer to market prices. ASP based payment is the most recent policy
approach that sets Medicare payment at 106 percent of the average sales price for a
particular HCPCS code. As shown in the following graph, the ASP for epoetin for non-
ESRD use fell by 14.8 percent between the first quarter of 2005 and the first quarter of
2006 and increased by 3.5 percent between the first and second quarter of 2006.
Similarly, the ASP for Aranesp® fell by 15.7 percent between the fourth quarter of 2005
and the first quarter of 2006 and increased by 1.5 percent between the first and second
quarter of 2006. In contrast, the ASP for epoetin for ESRD use increased by 2.7 percent
between the last quarter of 2005 and the first quarter of 2006 and fell by 2.5 percent
between the first and second quarter of 2006.[32]

Aranesp® has shown to reduce costs because of its longer half-life and the need for fewer
doses.[33] Savings in the non-ESRD market are in the range of 20 percent, while the range
in the ESRD market vary widely depending on the current level of Epogen® dosing that
a patient needs to maintain a hematocrit level in the appropriate range. Savings for some
ESRD patients could be as high as 40 percent if Aranesp® is used rather than Epogen®.[34]

---

[32] See http://www.cms.hhs.gov/McrPartBDrugAvgSalesPrice/Downloads/cms1380f.pdf
[33] See http://www.amgen.com/pdfs/investors/Fact_Sheet_Investors_2005_Q4.pdf
[34] Note: clinical research article to be referenced here

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program



Total Medicare spending for ESAs is determined by changes in product utilization and
the payment rate. In the ESRD market, the payment rate was relatively flat for many
years since it was set at the statutory limit of $10 per unit.[35] Therefore, spending
increases from $1.96 billion in 2000 to a projected $2.6 billion in 2006 is primarily
associated with utilization increases in terms of the number of patients and the dose per
patient.[36] Medicare's policy on Epogen® use in the ESRD setting includes a policy
based on hematocrit levels.[37] There is not a similar policy governing product use by non-
ESRD patients.

## IV. Proposal To Stimulate Competition Between ESAs in the ESRD Program

The existing coverage and payment policy of ESAs conforms to the segmentation of the
initial market where Amgen maintained rights to epoetin for ESRD use while the rights to
the non-ESRD market were licensed to Ortho Biotech.[38] As new ESAs are developed,
Medicare could realize savings if the existing policy based on type of use was codified
because it would stimulate ESA price competition in the ESRD market which is uniquely
concentrated at both the payer and provider level. Absent codifying the existing structure,

---

[35] Omnibus Budget Reconciliation Act of 1993 (OBRA), P.L. 103-66, SEC. 13566.
[36] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, *Data Monitor,* January 18, 2006. 7-9.
[37] See http://www.cms.hhs.gov/apps/media/press/release.asp?Counter=1723
[38] Commercial Perspectives: Drug Treatment in End-Stage Renal Disease The Price of Failure, Data Monitor, January 18, 2006.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

the one manufacturer two-product advantage is likely to continue to limit competition in the ESRD marketplace, despite the availability of an alternative ESA product. This section reviews the competitive effects of patents and pricing in the context of a monopoly environment and provides an example of the impact of competition between therapeutic substitutes. Finally, the potential savings associated with the proposal are outlined

*Competitive Effects of Patents and Pricing*

Competition can be based on many factors, including product attributes, perceptual differences, various approaches to product distribution and placement, pricing decisions as well as patents. Research on the effects of patent based competition tends to distinguish between "within-patent" and "between-patent" competition. The former characterizes the type of competition when a patent expires on a brand name drug and generic substitutes become available. The latter characterizes the type of competition that occurs among patented drugs and is most relevant to understanding the competitive effects of introducing a new ESA.

Between-patent competition, in the form of therapeutic substitution, stimulates competition and ends the breakthrough drug's monopoly before a patent expires.[39] The development of a new ESA will create a new substitute to the existing two products.[40] More importantly, however, the entry of a new company could stimulate competition between patents.[41] The competitive effects could involve both the competition between the two companies and among all three products.[42]

While economic theory suggests that therapeutic substitutes can shrink demand for the breakthrough or pioneer drug, increase its price sensitivity and cause the price to fall, [43] empirical data suggests that the price of the pioneer product will increase in real terms after the substitute product is introduced. In addition, some therapeutic substitutes can be priced at a significantly lower rate than the baseline price of the existing agents.[44] The pricing depends in part on the level of innovation that the new agent represents. In general, the lower prices were associated with the C-rated or less innovative drug at the time the drug is introduced to the market, although the evidence also suggests that the price can increase as the company gains market share.[45] [46]

---

[39] Lichtenberg and Philipson, The Dual Effects of Intellectual Property Regulations: Within- and Between-Patent Competition in the US Pharmaceuticals Industry, *Cato Institute*, 2002.
[40] See http://www.roche.com/home/media/med-cor/med-cor-2005/med-cor-2005-12-16.htm?printout=1
[41] Congressional Budget Office (CBO) Report How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry, Chapter Three Pricing and Competition in the Pharmaceutical Market, July 1998.
[42] Ibid.
[43] Ibid.
[44] Ibid.
[45] Ibid.
[46] Congressional Budget Office (CBO) Report How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry, Appendix B, Regression Results on Discounting, July 1998.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

The net effect of between-patent competition is a reduction in the growth of the pioneer product sales which stems from fewer units being sold and /or a subsequent reduction in the average price per unit.[47] An analysis of Medicaid best-price discounts indicate a discount rate that is 10 to 14 percentage points greater for a brand-name drug when therapeutically similar brand name drugs are available from three or more manufacturers.[48]  Prior to the start of the Medicare Part D benefit and the prices offered to the PDPs and the MA-PDs, Medicaid data were considered to be fairly representative of all U.S. drug transactions in terms of price. [49] Based on the Medicaid data analysis, it appears that movement from one to two brand-name manufacturers is a particularly important step in terms of price competition.[50]   The ratio of best price to average pharmacy price declines by eight percentage points at this step.[51]

Compared to pharmaceuticals, the potential for pricing biologics at the short-run marginal cost curve is limited by the high costs of manufacturing.[52]  Nonetheless, any savings would be valuable since biological therapies represent the greatest drug expense for health system pharmacies.  Epoetin alfa represents the highest ranked drug in terms of acquisition costs and, combined with darbepoetin, accounts for more than five billion dollars of acquisition costs in the outpatient setting.[53]

The concentration of purchasing power will impact the competitive reaction to the introduction of a new manufacturer and a new product.  For ESRD use, the purchasing power is concentrated according to the dynamics of the dialysis provider industry.  While three organizations controlled about 60 percent of all facilities operating in 2005 [54] , by 2006, the industry has become more concentrated as a result of recent acquisitions of the top two providers who not control 70 percent of the facilities.  In contrast, non-ESRD use by Medicare patients is likely to be less concentrated, although there is some potential that Competitive Acquisition Program (CAP) vendors could play an aggregating role in the physician office market.  In fact, ESAs accounted for more than one third of the costs of the drugs that CAP vendors would be expected to include in their composite bid.  Although Medicare carriers cannot impact purchasing directly, they can use coverage policies as formularies which could have the impact of limiting access to particular products by a Medicare beneficiary.

---

[47] Ibid.

[48] Ibid.

[49] Ibid.

[50] Ibid.

[51] Ibid.

[52] Kleinberg M, Mosdell KW, Current and future considerations for the new classes of biologicals. *Am J Health-Syst Pharm.* 2004; 61:695-710.

[53] Hoffman J, et al. Projecting future drug expenditures- 2005. *Am J Health-Syst Pharm.* 2005, 62:131.

[54] MedPAC, Report to Congress Medicare Payment Policy, Section 2C: Outpatient Dialysis Services. Fig. 2C-2, March 2006, 11.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

*Example of Competition Among Therapeutic Substitutes*

The interaction of within-patent and between-patent competition can be illustrated by a
review of a specific case such as the branded drug Aredia® which had to compete with
new generic substitutes at the same time as the manufacturer developed a new branded
drug Zometa®. The new product uses a different mechanism of action to treat patients
who would be candidates for Aredia® as well as patients with different indications.[55]
Zometa's® Medicare payment is 2.7 percent higher than the average acquisition cost,
while the payment rate for Aredia® and its generic substitutes is 4.4 percent higher than
the average acquisition cost.[56] The percentage difference between the acquisition costs
and the Medicare payment rate favors Aredia® and the generic substitutes; however, the
level of payment for Zometa® is more than six times the payment for the comparable
substitutes.[57] As a result of the Medicare payment rate being set at 106 percent of the
average sales price, the physician practice is likely to generate more income with the
higher priced product, as long a the acquisition cost does not exceed the average sales
price.

*Potential Medicare Savings Associated with Competition between ESAs*

Codifying the existing payment policy based on the type of clinical use could stimulate
competition with the introduction of a second manufacturer to the ESA market. Separate
codes based on type of use along with separate ASPs have the effect of establishing
ESRD as a separate class of trade. The following analysis is based on preliminary
projections from an internal Roche memorandum, written by Douglas Holtz -Eakin,
which estimates CBO budget scoring associated with the proposal to codify the existing
policy of assessing separate product codes for each type of use and establishing separate
ASPs for each product, depending on whether it is for ESRD or non-ESRD use.[58]

The potential budget savings could range from $688 million to $799 million over the five
year period between 2007 and 2011, depending on several assumptions related to the
underlying growth rate in the baseline estimate, the impact of competition, and a
determination that the "hold harmless" provision will not apply to ESAs in the ESRD
market.

|  |  |  |
|---|---|---|
| 2.5% | 6% | $ 688 M |
| 5.0% | 15% | $799 M |

The estimates of Medicare ESRD program savings associated with stimulating
competition between ESAs assume that the roughly 300,000 Medicare beneficiaries in
the ESRD program will grow at the same rate as overall Medicare Part B in the CBO

---

[55] See,http://www.pharma.us.novartis.com/newsroom/pressReleases/releaseDetail.jsp?PRID=149&checked
[56] Medicare Chemotherapy Payments: New Drug and Administration Fees Are Closer to Providers' Costs,
GAO-05-142R, December 1, 2004
[57] See, http://www.cms.hhs.gov/McrPartBDrugAvgSalesPrice/02_aspfiles.asp#TopOfPage
[58] Doug Holtz- Eakin, personal communication to Nimish Shah, March 12, 2006.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

March baseline. Moreover, because penetration of ESAs is evidently roughly 85 percent, the estimates do not assume additional growth due to greater penetration in the future.

The lower estimate assumes that costs per person grow at 2.5 percent while the higher estimate assumes five percent growth. Given these growth rates, ESRD outlays would constitute an ever-rising share (from roughly 5.5 percent to 6.5 percent and 8.5 percent) of the "Other Facilities" component of the CBO baseline. The lower rate assumes a six percent savings associated with competition while the upper rate assumes savings of 15 percent.

The impact of competition is based on information from two CBO reports which indicated savings between 11 percent and 30 percent are possible when multiple drugs are available in the same therapeutic class. The lower estimate is based on data between 2000 and 2002 while the upper range is based on data between 1997 and 2000 which are consistent with prior CBO research cited earlier.[59] Assuming that half of the percentage savings in the lower and upper estimate could be achieved, a conservative estimate of the range of potential Medicare ESRD programs savings associated with a policy that stimulates competition between ESAs is between six percent and 15 percent.

Given the potential for savings of $688 million to $799 million over the five year period between 2007 and 2011, it is in the interest of the Medicare program and Medicare ESRD beneficiaries to stimulate competition between ESAs. The potential impact of establishing a separate class of trade for ESRD can be realized if the current approach to assigning each ESA to a separate HCPCS code based on the type of use (ESRD and non-ESRD) is maintained and CMS is required to calculate a separate ASP for ESAs used in ESRD care as distinct from ESAs used in a range of other clinical conditions including chronic kidney disease.

## V. Conclusion

Price competition is known to be facilitated by the entrant of a second manufacturer in a market that has been dominated by a single manufacturer of a pioneer drug. Erythropoietin is a pioneer drug that is used to treat anemia caused by several clinical factors, including kidney disease, chemotherapy treatment and a range of other chronic conditions. Erythropoietin has had near monopoly status in the ESRD marketplace as a result of Amgen's decision to maintain rights to the drug when used for dialysis patients while licensing the rights to the drug's use in other clinical indications to Ortho Biotech. Despite the FDA approval of Aranesp®, a new ESA indicated for use in ESRD, the acceptance of the drug has been limited. Rather, most of the sales have been for the non-ESRD indications which were subsequently approved by FDA. This "one-company two-product" advantage has resulted in limited competition among ESAs in the ESRD marketplace. The introduction of a new ESA, coupled with a policy change that captures the level of price competition that can be expected, will generate savings both for the

---

[59] Congressional Budget Office (CBO) Report How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry, July 1998.

Role of Competition in the Pharmaceutical Market and its Potential
Impact in the ESRD Program

Medicare ESRD program as well as for the beneficiaries on dialysis who rely on ESAs
for managing the anemia associated with end-stage renal disease.

# EXHIBIT B

## TH-PO072

**Continuous Erythropoietin Receptor Activation Affects Different Pathways of Diabetic Renal Injury.** *Jan Menne, Joon-Keun Park, Nelli Shushakova, Matthias Meier, Hermann Haller, Danilo Fliser. Nephrology, Medical School Hannover, Hannover, Germany.*

**Objective:** Erythropoietin (EPO) prevented ischemic tissue damage in experimental studies. We explored the therapeutic potential of the continuous EPO receptor activator (CERA) in an experimental model of non-ischemic kidney injury (diabetic db/db mouse).

**Methods:** We randomly treated db/db mice with 0.9% NaCl (placebo; n=25), 0.4 μg CERA/kg bw (low dose; n=25), and 1.2 μg CERA/kg bw (high dose; n=25). In parallel, we studied 25 non-diabetic db/m mice. Animals were sacrificed after 14 weeks.

**Results:** Hematocrit was comparable in placebo and low dose CERA treated mice, but increased significantly with high dose CERA (p<0.01 vs. both). We found significantly reduced expression of TGF-β, VEGF and collagen IV in glomeruli and the tubulo-interstitial area with low and high dose CERA treatment (p<0.05 vs. placebo). These beneficial effects of CERA were clearly dose-dependent. Similarly, CERA treatment caused a dose-dependent increase in p-Akt, nephrin and perlecan tissue expression (all p<0.05 vs. placebo). In comparison to placebo treated db/db mice low dose CERA significantly reduced albuminuria (p<0.05), whereas high dose CERA significantly reduced albuminuria after 6 weeks of treatment, but thereafter albuminuria increased to the level observed in placebo treated animals. The accelerated mesangial expansion in placebo treated db/db mice was significantly reduced in low dose (p<0.01 vs. placebo) but not high dose CERA treated animals.

**Conclusion:** Continuous EPO receptor activation has beneficial dose-dependent effects on molecular pathways of diabetic kidney damage. Treatment with low dose CERA which does not increase hematocrit may be a feasible way of tissue protection in diabetic nephropathy.

Disclosure – Grant/Research Support: Astra Zeneca, Bayer, Sankyo, Roche, Amgen, Novartis; Consultant: Bayer, Sankyo, Roche, Amgen, Novartis,; Scientific Advisor: Bayer, Sankyo, Novartis; Honoraria: Bayer, Sankyo, Roche, Amgen, Solvay, Novartis; Product: Erythropoietin, AT-2 blocker; Off Label: No

**TH-PO230**

**A Retrospective Claims Analysis of Anemia Treatment Patterns in Patients with Chronic Kidney Disease with and without Diabetes.** Jay Wish,[1] Kathy Schulman,[2] Amy Law,[3] Michael del Aguila.[3]  [1]Case Western Reserve University, Cleveland, OH; [2]Thomson Medstat, Cambridge, MA; [3]Roche Laboratories Inc, Nutley, NJ.

Patients with diabetes (DM) generally receive extensive medical care that potentially influences the diagnosis and treatment of other comorbid conditions. The purpose of this analysis was to compare anemia treatment patterns in patients with CKD, with and without DM. The study population was selected from the Medstat MarketScan® Commercial and Medicare Research Databases and comprised 37,105 patients with CKD diagnosed between 2000 and 2005. Fifty-one percent (18,939) of these patients had DM. Anemia was present in 29.9% (5655) of patients in the DM group and 22.9% (4152) of patients in the non-DM group. A higher proportion of patients in the DM group (63%) versus the non-DM group (55%) received anemia treatment.

Majority of patients in both groups received either epoetin alfa (EPO) or darbepoetin (DAR) therapy for their anemia (DM: 64.7% and 26.8%; non-DM: 57.9% and 26.7%). Additional data on average doses and dosing frequency for EPO and DAR were available exclusively for patients that received treatment in a medical setting. Treatment with EPO was mostly initiated as a once-weekly (Q1W) dosing regimen for patients in the DM (48.1%) and non-DM groups (44.0%). Treatment with DAR was mostly initiated as a Q2W regimen for patients in the DM (45.2%) and non-DM (39.8%) groups. Weighted mean weekly doses of EPO and DAR across all regimens were calculated for treatment initiated during the 2004-2005 period. The mean weekly dose of EPO was higher for patients in the DM group (16348 U, range 6131-47109 U) compared with the non-DM group (14315 U, range 4937-19793 U). The mean weekly dose of DAR was similar among patients in the DM and non-DM groups (48.5 mg vs 45.1 mg). In both groups, patients with lower average weekly dose requirements for EPO and DAR were more likely to be on extended dosing intervals. This analysis suggests that CKD patients with DM were more likely to receive anemia treatment and more likely to receive higher doses of EPO than patients without DM.

Consultant: Roche; Scientific Advisor: Amgen, OrthoBiotech, Roche; Honoraria: Amgen, OrthoBiotech, Roche; Other: Roche; Drs. Law and del Aguila are employed by Roche Laboratories; Product: Aranesp, C.E.R.A, Procrit

**TH-PO359**

**Preclinical Safety, Pharmacology and Pharmacokinetic Evaluation of Hematide™, a PEGylated Peptidic Erythropoiesis Stimulating Agent (ESA), for the Correction of Anemia in Patients with Kidney Disease.** Kathryn W. Woodburn,[1] Peter J. Schatz,[1] Kei-lai Fong,[2] Charles Spainhour,[3] Daniel Norton.[3] *[1]Affymax, Inc, Palo Alto, CA; [2]Pennsylvania Biolab Inc, Radnor, PA; [3]Calvert Laboratories, Olyphant, PA.*

Hematide is a PEGylated, peptidic ESA that binds to and activates the erythropoietin receptor and is being developed for the correction of anemia in patients with kidney disease. To support clinical dosing requirements, a comprehensive safety program was undertaken including 3-month SC and 6-month IV rat toxicology studies.

Sprague Dawley rats were dosed with 0, 0.1, 1, and 10 mg Hematide/kg Q3W SC for 3 months and IV for up to 6-months. Both studies included a 6-week recovery period. Clinical observations, clinical pathologic evaluations (hematology, blood chemistry, and urinalysis), organ weight, and histopathologic examinations were performed. Toxicokinetics and anti-Hematide antibodies were also assessed.

The primary pharmacology of Hematide resulted in polycythemia that was time and dose-dependent. The pharmacology and toxicology profiles were similar regardless of the route of administration. For example, for male rats at Day 90, SC dosing resulted in Hgb increases of 2.7, 4.5 and 6.9 g/dL for 0.1, 1 and 10 mg Hematide/kg respectively, compared to 2.8, 5.7 and 7.4 g/dL increases for IV dosing. Histopathological changes were related to polycythemia in normocythemic animals. Findings included extramedullary hematopoiesis in the spleen and liver, bone marrow hypercellularity, and congestion. Microscopic findings demonstrated a return toward normal following a 6-week recovery period. As anticipated, $C_{max}$ and AUC were substantially greater for IV vs. SC administration. Half-lives were generally similar and ranged from 15.5 to 40.6 hrs. No Hematide-specific antibodies were detected.

In conclusion, Hematide is a potent ESA with prolonged half-life and these studies support its clinical development for the correction of anemia associated with kidney disease.

## TH-PO361

**Comparisons of the PK and PD Profiles of CERA (Continuous Erythropoietin Receptor Activator) between Patients on Dialysis (HD) and Not on Dialysis (PreD) of Chronic Kidney Disease (CKD).** M. Suzuki,[1] Y. Tsubakihara,[2] M. Bessho,[3] CERA JP18117/JP18118/JH18120/JH18084 Study Group.[4] *[1]Director, Shinrakuen Hospital, Niigata, Japan; [2]Osaka General Medical Center, Osaka, Japan; [3]Saitama Medical School, Saitama, Japan.*

CERA is currently under clinical development for the treatment of anemia with extended administration intervals in patients with CKD in Japan.

To compare the PK and PD profiles of HD and PreD patients, we conducted four separate clinical studies. In the first of two "Switching Studies ($9 \le Hb < 11g/dL$)", patients were switched from rHuEPO to a single IV injection of CERA at a dose of 100, 150 or 200 mcg, and was given to HD (Study A, n=26) and PreD patients (Study B, n=24), respectively. The observation period was 4 weeks. In the other two "Correction Studies (Hb <10g/dL)", HD (Study C, n=60) and PreD (Study D, n=25) patients were respectively administered CERA intravenously at 12.5, 25 or 50 mcg at q2w 3 times after terminating rHuEPO administrations, followed by 8 weeks' wash-out period. The highest dose of 75 mcg of CERA was solely given to HD patients according to the same administration regimen.

PK Profiles

A prolonged $T_{1/2}$ range of 118-160 or 94-135 hours was obtained in HD (Study A & C) and PreD (Study B & D) patients, respectively. A clear dose-related linear relationship was shown in the systemic exposure ($AUC_{tot}$) in these two patients population. No apparent differences were observed in the $T_{1/2}$, CL, $V_{ss}$ and dose-normalized $AUC_{tot}$ values at each individual dose examined.

PD Profiles

From Studies A & B, it was demonstrated that a single IV dose of CERA elicited stable and sustained Hb levels throughout the 4 weeks period of post-administration. Reticulocyte counts were found to be almost equal in both HD and PreD patients at each of the three dose levels. The studies C & D showed, on the other hand, a clear dose-dependent increase in the Hb levels.

In conclusion, the present study is the first demonstration that similar PK or PD differences were shown by CERA between HD and PreD patients. Pending results from large clinical trials together with these give supportive evidence that the same dosage regimen of CERA could be used in both patient populations.

**TH-PO1001**

Pre-ESRD Erythropoietin (EPO) Treatment and Associated Hospitalization and Mortality Outcomes after Dialysis Initiation. T. Roberts, D. Gilbertson, A.J. Collins. *Chronic Disease Research Group, Minneapolis Medical Research Foundation, Minneapolis, MN.*

Prior studies have shown the association between treatment with EPO before dialysis initiation and improved outcomes after initiation. However, few such studies have analyzed the post-K/DOQI clinical practice guideline period (1998-present). The study objective was to show the adjusted relative risks of mortality and first hospital admission in the first year following the initiation of dialysis, by consistency of pre-ESRD EPO treatment. The study cohort included incident Medicare dialysis patients ≥67 years-old, who initiated dialysis between January 1, 2000 and June 30, 2003 (N=97,323) and excluded patients with chemotherapy or radiation for cancer. Consistency groups were based on the percentage of months with EPO after the first dose in the year before dialysis initiation as follows: No EPO; least consistent, ≤25% inconsistent, >25 to 50%; more consistent, >50 to 75%; most consistent, >75%. Interval Poisson regression models adjusted for demographics, primary ESRD diagnosis, incident year, severity of disease measures, other anemia treatments, fistula creation, and comorbidities. Overall, 72% of patients had a hemoglobin level <11 g/dL at dialysis initiation, but only 17% received EPO in the year before initiation. Increasing consistency of pre-ESRD EPO was generally associated with lower percentages of patients with hemoglobin <11 g/dL at dialysis initiation (from 73% for no EPO to 67% for the most consistent group.) Compared to no EPO, treatment was associated with significantly lower mortality and first hospital admission after dialysis initiation (P<0.0001 for all-cause in first 6-month interval). Among patients with pre-ESRD EPO, select differences in outcomes among consistency groups were significant: inconsistently treated patients had higher infections and all-cause mortality, respectively, compared to more and most consistent (P<0.05). Treatment with EPO prior to initiation of ESRD was associated with lower all-cause mortality and hospitalization in the first 6 months after initiation than no treatment, and associations between increased consistency and lower outcomes were observed for some groups.

Disclosure – Grant/Research Support: Roche Inc.

**TH-PO1002**

**Consistency of Pre-ESRD Erythropoietin (EPO) Use and Hospital Days at and Following Hemodialysis Initiation.** T. Roberts, A. Murray, D. Gilbertson, A. J. Collins. *Chronic Disease Research Group, Minneapolis Medical Research Foundation, Minneapolis, MN.*

Treatment with EPO before dialysis initiation has been shown to be associated with improved outcomes early in the dialysis period. This study examined whether consistency of pre-ESRD EPO use was associated with reduced hospital days at hemodialysis initiation and in the first 90 days following. We studied elderly (age ≥67) Medicare patients who initiated hemodialysis from January 1, 2000 to June 30, 2003 (N= 82,354) and were without chemotherapy or radiation for cancer. Consistency groups were defined based on the percentage of months with EPO after the first dose in the year before dialysis initiation as follows: No EPO (N= 68,292); least consistent, ≤25% (N= 3,004); inconsistent, >25 to 50% (N= 2,344); more consistent, >50 to 75% (N= 2,303); most consistent, >75% (N=6,411). Logistic regression analyses compared odds of hospitalization at the time of dialysis initiation, and Poisson regression analyses compared hospital days at initiation and in the first 90 days following. Models adjusted for demographics, primary ESRD diagnosis, incident year, severity of disease measures, other anemia treatments, fistula creation, and comorbidities. Most consistently treated patients were more likely to have at least one visit to a nephrologist during the two years prior to initiation (85% among most consistent vs. 47% among no EPO), and were more likely to be administered EPO by a nephrologist (64% among most consistent vs. 56% among least). Compared to no EPO, those with EPO had significantly lower odds of hospitalization at initiation and fewer hospital days both at initiation and in the first 90 days following (31-35% lower for most consistently vs. no EPO; P<0.0001). Among most consistently treated patients, hospital days at initiation were significantly lower than among the inconsistent and more consistent groups (P<0.05). In the first 90 days, hospital days were significantly lower for most consistent than inconsistent patients (P<0.05). Pre-dialysis EPO treatment was associated with decreased risk of hospitalization at initiation and fewer hospital days in the first 90 days following.

Disclosure – Grant/Research Support: Roche Inc.

**TH-PO1007**

**On the Use of Control Variables in the Development of a Case-Mix Adjusted Payment System for Dialysis Services.** J. Wheeler,[1] M. Turenne,[1] R. Hirth,[1] J. Messana,[2] A. Pozniak.[1] *[1]Kidney Epidemiology Cost Center School Public Health, Univ. of Michigan; [2]Div. of Nephrology, Univ. of Michigan, Ann Arbor, MI.*

The BCMA payment model includes facility characteristics as control variables, not payment variables. We assess the importance of facility characteristics in developing payment models for a more broadly bundled system. Cost data were obtained from 2003 Medicare cost reports and claims. Patient characteristics, including age, sex, body size and comorbidities, were collected from both the 2728 Form and claims. We estimated models relating total facility cost per dialysis session (including separately billable services) to average patient characteristics at the facility - one model with only patient characteristics as predictors of costs and one with facility and patient characteristics as predictors. Facility characteristics, such as size, chain, rural/urban location, and hospital-based v.

| | DM | | | NoDM | | |
|---|---|---|---|---|---|---|
| Variable | HR | Pr > ChiSq | 95% CI | HR | Pr > ChiSq | 95% CI |
| Age: 65-74 (referent) | | | | | | |
| 19-44 | 0.44 | <0.0001 | 0.36-0.52 | 0.29 | <0.0001 | 0.24-0.35 |
| 45-64 | 0.72 | <0.0001 | 0.66-0.78 | 0.62 | <0.0001 | 0.54-0.71 |
| 75+ | 1.31 | <0.0001 | 1.2-1.44 | 1.49 | <0.0001 | 1.32-1.68 |
| Race: White (referent) | | | | | | |
| Black | 0.67 | <0.0001 | 0.62-0.73 | 0.92 | 0.12 | 0.83-1.02 |
| Other | 0.69 | <0.0001 | 0.60-0.80 | 0.77 | 0.02 | 0.62-0.95 |
| Ethnicity (Hispanic) | 0.72 | <0.0001 | 0.63-0.81 | 0.84 | 0.06 | 0.70-1.01 |
| ESRD Vintage: 0-24 mo (referent) | | | | | | |
| 24-48 | 1.12 | 0.01 | 1.02-1.23 | 0.98 | 0.75 | 0.87-1.11 |
| 48+ | 1.35 | <0.001 | 1.24-1.48 | 1.04 | 0.43 | 0.93-1.16 |
| BMI: 25-29 (referent) | | | | | | |
| <18.5 | 2.24 | <0.0001 | 1.91-2.62 | 2.26 | <0.0001 | 1.92-2.65 |
| 18.5-24 | 1.26 | <0.0001 | 1.15-1.37 | 1.33 | <0.0001 | 1.19-1.49 |
| 30+ | 0.85 | <0.0001 | 0.75-0.96 | 0.76 | 0.001 | 0.64-0.90 |
| Hosp event in last year | 1.808 | <0.0001 | 1.69-1.94 | 2.16 | <0.0001 | 1.95-2.38 |

Gender added to models and found to be NS

There was no difference in death rates between NoDM Black vs White pts; however, a lower death rate was seen in DM Black and Hispanic pts vs White pts. Longer ESRD vintage was associated with increased mortality in DM pts but not in NoDM pts.

PUB376

**C.E.R.A. (Continuous Erythropoietin Receptor Activator) Administered Once Every 2 Weeks Via Pre-Filled Syringe (PFS) Maintains Stable Hb Levels in Patients with CKD on Dialysis.** B. Spinowitz,[1] D. W. Coyne,[2] M. Fraticelli,[3] M. Azer,[4] S. Dalal,[5] G. Villa,[6] S. Rosansky,[7] F. C. Dougherty.[8] [1]*Nephrology Associates, Flushing, NY;* [2]*Washington University, St Louis, MO;* [3]*Ospedale S. Anna, Como, Italy;* [4]*Renal Research Center, Los Alamitos, CA;* [5]*MSU/KCMS, Kalamazoo, MI;* [6]*Fondazione S. Maugeri, Pavia, Italy;* [7]*WJB Dorn VA Medical Center, Columbia, SC;* [8]*F. Hoffmann-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., an innovative erythropoietic agent, is in development for the correction of anemia and maintenance of Hb at extended administration intervals in CKD patients. We examined the efficacy of C.E.R.A. 1x/2wk in maintaining Hb levels in dialysis patients converting directly from epoetin 1-3x/wk.

This multicenter study included dialysis patients (≥18 yr) receiving stable IV or SC epoetin (1-3x/wk) therapy, with stable Hb (10.5-13.0 g/dL) and adequate iron status. Patients (n=336) were randomized to continue epoetin 1-3x/wk (n=168), or to C.E.R.A. IV

IV doses of pamidronate were given over consecutive dialysis treatments followed by 3 more monthly doses. The patient reported dramatic improvement in pain within 2 weeks. Analgesic requirements decreased substantially. iPTH decreased to 565 pg/ml (59.9 pmol/L) over the course of treatment. Serum calcium and phosphate levels remained unchanged. Repeat bone scan after the course of pamidronate revealed dramatic improvement of the soft tissue calcification. In conclusion, IV pamidronate may be an important emerging treatment option for calciphylaxis worthy of further investigation.

**PUB377**

**Randomized Comparison of IV C.E.R.A. (Continuous Erythropoietin Receptor Activator) and Darbepoetin Alfa (DA) at Extended Administration Intervals for the Maintenance of Hb Levels in Patients with CKD on Dialysis: Rationale and Design.** A. Besarab,[1] B. Canaud,[2] A. L. M. de Franciso,[3] P. Kerr,[4] F. Locatelli,[5] C. E. Lok,[6] I. C. Macdougall,[7] J. F. E. Mann,[8] A. Nissenson,[9] F. C. Dougherty.[10] *[1]Henry Ford Hospital, Detroit, MI; [2]Hopital Lapeyronie, Montpellier, France; [3]Hospital Marques de Valdecilla, Santander, Spain; [4]Monash Medical Centre, Clayton, Victoria, Australia; [5]A Manzoni Hospital, Lecco, Italy; [6]Toronto General Hospital, Toronto, ON, Canada; [7]King's College Hospital, London, United Kingdom; [8]KfH Dialysezentrum, Munich, Germany; [9]David Geffen School of Medicine at UCLA, Los Angeles, CA; [10]F Hoffmann-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., a new erythropoietic agent acting differently at the receptor level with a prolonged half-life of approximately 130 h, has been shown to correct anemia and maintain stable Hb levels at extended administration intervals of up to once monthly (QM) in CKD patients. This study will compare IV C.E.R.A. and DA administered at extended intervals for Hb maintenance in hemodialysis patients.

A total of 488 iron-replete patients ($\geq$18 yr) with baseline Hb 11.0-13.0 g/dL on previous maintenance therapy with IV DA 1x/wk will be randomized 1:1 to receive either IV C.E.R.A. QM or IV DA 1x/2wk for 26 wk. Doses of C.E.R.A. and DA will be titrated to maintain Hb at 11.0-13.0 g/dL. At wk 27, patients on C.E.R.A. will continue with C.E.R.A. QM, whereas those on DA will switch to QM administration. Patients in either group with Hb below 10 g/dL or Hb decline of $\geq$2.5 g/dL from baseline values after wk 35 will be withdrawn. The primary endpoint will be the proportion of patients with average Hb $\geq$10.5 g/dL and average change from baseline $\geq$-1.0 g/dL assessed during wk 50-53 (C.E.R.A. QM vs DA QM). The study has 90% power to demonstrate a 15% difference in the primary endpoint at the 5% significance level. Enrolment will start in Q4 of 2006 with first results expected in Q3 of 2008. The study will establish the feasibility of converting hemodialysis patients from DA to C.E.R.A. and will compare the efficacy of the two agents for Hb maintenance at extended administration intervals.

Disclosure – Grant/Research Support: Roche, OBI, Amgen; Consultant: Roche; Scientific Advisor: Roche, Amgen, OBI; Honoraria: Roche, Amgen; Advisory Board or Board of Directors: Roche

## F-PO375

**Association between Missed Dialysis Sessions and Hemoglobin Variability in the US.** Robert N. Foley,[1,2] Qi Li,[1] David T. Gilbertson,[1] Allan J. Collins,[1,2] Stephan C. Dunning.[1] [1]*Chronic Disease Research Group, MMRF, Minneapolis, MN;* [2]*Medicine, University of MN, Minneapolis, MN.*

Background: Classical pathophysiological teaching suggests that very high and very low hemoglobin levels threaten survival, and it seems intuitively obvious that extreme variability should be avoided. Surprisingly, the associations of hemoglobin variability have received scanty research attention to-date. The objective of this study was to determine whether an association exists between missed outpatient hemodialysis sessions and hemoglobin variability in the United States.

Methods: The Medicare enrollment database was used to select prevalent hemodialysis patients (N = 352,825). The 3-month interval from January through March of each calendar year was used to identify patients receiving 3-times weekly hemodialysis, the following 3 months to calculate the number of missed dialysis sessions and the next 6 months to quantify hemoglobin variability.

Results: 10.8% of patients missed a scheduled outpatient dialysis session between April and June of 2003. Hemoglobin variability values (expressed as the standard deviation of within-patient hemoglobin values, in g/dl) were 0.90, 0.95, 0.97, 0.99, 1.01 and 0.95 in those with 0, 1, 2, 3 or 4, 5 to 10, and $\geq$11 missed sessions (p< 0.0001). While weak ($R^2$ = 0.0017), the association between greater hemoglobin variability and missed dialysis persisted when adjustment was made for demographics, comorbidity, and hospitalization was similar in years 1999 through 2002.

Conclusion: Missed dialysis sessions are associated with increased hemoglobin variability in hemodialysis patients.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche; Honoraria: Roche

**F-PO408**

**The Association of Persistently Low Hemoglobin Levels with Medical Expenditures in Dialysis Patients.** Jiannong Liu,[1] Haifeng Guo,[1] David T. Gilbertson,[1] Allan J. Collins.[1,2] *[1]Chronic Disease Research Group, MMRF, Minneapolis, MN; [2]Medicine, University of Minnesota, Minneapolis, MN.*

Since erythropoietin stimulating agents were introduced into clinical practice in the United States in 1989, dialysis patient hemoglobin (Hb) levels have increased from a mean of < 9g/dL to a mean of 11.9 g/dL through 2004. But more than 20% of prevalent dialysis patients still have Hb levels lower than the K/DOQI target of 11 g/dL. Persistently low Hb levels have been shown to be associated with high mortality and morbidity. Using Structural Equation Modeling techniques, this study investigated the direct and indirect association between persistently low Hb levels and medical expenditures.

We studied incident end-stage renal disease (ESRD) patients in 2002 with dialysis as their initial treatment and Medicare as primary payer, who survived at least 9 months. Months 4 through 9 were used as an entry period and the persistence of low Hb was defined as the number of months < 11 g/dL in the entry period. Patients who received transplants, had fewer than 6 months of recorded Hb values, or had a Hb level greater than 18.3 g/dL or less than 3.3 g/dL during the entry period were excluded. Patient comorbid conditions were identified during the entry period. Patients were followed up to six months from month 10. Per-patient-per-month (PPPM) medical expenditures; numbers of blood transfusions, dialysis vascular access procedures, and hospital days; and total erythropoietin (EPO) usage during the follow-up period were captured.

The persistence of low Hb had no direct association with medical expenditures ($P = 0.76$). However, indirect associations were observed, via increasing EPO doses and numbers of blood transfusions, vascular access procedures, and hospital days. Each additional month with Hb < 11 g/dL in the entry period was associated with a 6.8% increase in PPPM medical expenditures after adjusting for age, race, gender, eight comorbid conditions, and number of hospital days in the entry period.

Persistence of low Hb was associated with high medical expenditures through increased EPO doses and numbers of blood transfusions, vascular access procedures, and hospital days.

Disclosure – Grant/Research Support: Roche Inc.; Consultant: Roche Inc.; Scientific Advisor: Roche Inc.; Honoraria: Roche Inc.; Advisory Board or Board of Directors: Roche Inc.

**F-PO671**

**Sodium Ferric Gluconate Complex Reduces Epoetin Doses in Epoetin-Resistant Hemodialysis Patients with Elevated Ferritin: Preliminary Results of the DRIVE-II Study.**

Toros Kapoian,[1] Robert Kopelman,[2] Robert Geronemus,[3] Adel Rizkala,[4] DRIVE Study Group.[4] [1]UMDNJ-Robert Wood Johnson Medical School, New Brunswick, NJ; [2]Bakersfield Dialysis Center, Bakersfield, CA; [3]South Florida Nephrology Associates, Ft. Lauderdale, FL; [4]Watson Laboratories, Morristown, NJ.

IV iron administration has been shown to reduce epoetin (EPO) doses in hemodialysis (HD) pts with low to moderate serum ferritin (SF) levels. However, its effect on EPO doses in EPO-resistant pts with elevated SF is unclear. Pts who participated in the Dialysis patients' Response to IV iron with Elevated ferritin (DRIVE) study were enrolled in a follow-up observational study (DRIVE-II) lasting 6 additional wks. Briefly, DRIVE enrolled pts with Hgb≤11g/dL, TSAT≤25%, SF of 500-1200ng/mL, EPO doses≥225IU/Kg/wk or 22,500IU/wk, and not on antibiotics who were randomized to IV sodium ferric gluconate complex (SFGC) 125mg QHD session X 8 doses or no iron treatment (Control). All pts received a 25% increase in EPO doses. Hgb, iron indicies, and C-reactive protein (CRP) levels were obtained at baseline and wk 6 of DRIVE. Changes in EPO doses were prohibited during the 6 wk DRIVE study, but were allowed at the investigators' discretion during the 6 wk DRIVE-II observation period. Iron administration during DRIVE-II was not restricted. DRIVE-II was designed to evaluate the impact of IV SFGC on weekly EPO doses over the 12 wk period from the beginning of DRIVE to the end of DRIVE-II. Local lab Hgb, TSAT, and SF values were collected. At the end of DRIVE-II the mean EPO dose in the SFGC gp had dropped from 42,834±21,978 to 35,693±24,980IU/wk (p<0.01), while the mean EPO dose in the Control gp was unchanged (45,729±23,870 vs. 44,785±25,922IU/wk; p=0.7). Between-gp difference in change from DRIVE EPO dose was 7,787IU/wk after adjusting for end-of-DRIVE CRP levels (p=0.029). The Control gp received more IV iron during DRIVE-II than the SFGC gp (344mg vs 137mg; p<0.001). Neither gp had significant changes in Hgb, TSAT, or SF during DRIVE-II. No treatment-related serious adverse events were reported. We conclude that SFGC safely decreases EPO doses in anemic EPO-resistant HD pts with elevated SF.

Disclosure – Grant/Research Support: Watson Pharmaceuticals, Novaflux Technologies; Consultant: Baxter Healthcare, Pfizer, Amgen

**F-PO685**

**IV Sodium Ferric Gluconate Complex Is Safe in Patients with Elevated Ferritin and Low TSAT: Final Safety Results of the DRIVE Study.** John Moran,[1] R. Minasian,[2] A. Rizkala,[3] D. Coyne,[4] DRIVE Study Grp.[3] *[1]Satellite Healthcare, Mountain View, CA; [2]Glendale Kidney Ctr, Glendale, CA; [3]Watson Labs, Morristown, NJ; [4]Washington U, St. Louis, MO.*

Dialysis patients Response to IV iron with Elevated ferritin (DRIVE) is a randomized controlled clinical trial designed to investigate if IV iron is effective in improving Hgb levels in anemic hemodialysis (HD) pts with serum ferritin (SF) >500ng/mL. Pts with SF 500-1200ng/mL, TSAT ≤25%, Hgb ≤11 g/dL, baseline (BL) epoetin (EPO) dose ≥225IU/Kg/wk or 22,500IU/wk, and not on antibiotics were randomized to IV iron or Control. Both groups (gps) received a 25% increase in EPO dose. The IV iron gp also received 1g IV sodium ferric gluconate complex (SFGC) (125mg QHD session X 8 doses). Changes in EPO dose were not permitted except for safety reasons. Serum chemistry was collected at BL and wk 6. The aim of this analysis was to investigate if SFGC led to dangerously high SF, TSAT, C-reactive protein (CRP), or homocysteine (Hcy) levels. Table 1 lists BL and change from BL (CFB) in these safety parameters. At BL the 2 gps had similar SF, TSAT, CRP, and Hcy; 77% and 80% of pts in the Control and SFGC gps, respectively, had CRP ≥5mg/L, indicating that most pts with high SF and low TSAT are inflamed. SF rose in the SFGC gp and fell in the Control gp. TSAT rose significantly more in the SFGC gp, indicating better availability of iron for erythropoiesis. There was no evidence of excessive iron stores. There was no difference between the 2 gps in CFB in CRP or Hcy, indicating that SFGC does not worsen the existing inflammation. No treatment-related serious adverse events were reported. We conclude that administration of 1g of SFGC appears safe and does not lead to iron overload in pts with SF ≤1200ng/mL and TSAT ≤25%.

Table 1. Median (25%ile-75%ile) values of safety parameters

| | Control (N=65) | | SFGC (N=64) | | |
|---|---|---|---|---|---|
| | BL | CFB | BL | CFB | P-value |
| SF | 737 (612-865) | -150 (-302 - -67) | 750 (608-899) | 160 (76-292) | <0.0001 |
| TSAT | 19 (16-22) | 2 (-2-5) | 19 (15-21) | 7 (4-11) | <0.0001 |
| CRP | 15.4 | 0.0 | 13.8 | -0.4 | 0.358 |
| Hcy | 26.2 | -1.7 | 24.5 | 0.8 | 0.598 |

P-values compare the 2 gps in terms of CFB

Disclosure – Grant/Research Support: Watson Laboratories, Inc., Amgen, Roche, Ortho Biotech; Scientific Advisor: Ortho Biotech, Roche; Honoraria: Ortho Biotech, Amgen

## SA-PO019

**Contributing Factors to Hb-Cycling in a Large Cohort of ESRD Patients in Germany.** H. J. Mueller,[1] K. Hahn,[4] H. W. Schneider,[5] Ch Wanner,[2] J. Mann,[4] F. Dellanna.[3] *[1]Klinikum Fulda, Fulda, Germany; [2]University Hospital Wuerzburg, Wuerzburg, Germany; [3]Gemeinschaftspraxis Karlstrasse, Duesseldorf, Germany; [4]Krankenhaus Muenchen-Schwabing, Muenchen, Germany; [5]PHV Dialysezentrum Stuttgart, Stuttgart; [6]Dialyspraxis Karl-Harr-Strasse, Dortmund, Germany.*

Only limited data are available about Hb-cycling and contributing factors in HD pts, though Hb variation seems to have prognostic impact. We conducted a multicenter (n=14), retrospective, 6-months, longitudinal cohort study analyzing data from a registry database (from 11/2003 to 4/2006). Inclusion criteria were treatment with an erythropoiesis stimulating agent (ESA), and at least one Hb value available per month over the full study period. Data were obtained from ANCo-Tool, a computerized patient anemia management system. A total of 1573 HD pts ($64 \pm 14$ years; m: 59.4%) could be analyzed. Mean Hb over 6 months has been $11.8 \pm 0.5$ g/dl with 70.3% of pts with Hb values between 11-13 g/dl, but only in 21% of pts. each measured Hb could be maintained within target range over time. Time >11 g/dl was defined as percentage of mean monthly Hb values > 11 g/dl within 6 months. There was a significant increase in ESA dose between group A (61-100% time > 11g/dl; n=1187; $6485 \pm 3613$ IE) and group B (0- 60% time > 11g/dl; n=386; $8681 \pm 4476$ IE; p<0.0001*). CRP was significantly different in both groups (A: $3.0 \pm 6.8$ mg/dl; B: $5.8 \pm 11.8$ mg/dl; p<0.0001), respectively. A significant difference between ESA dose (p<0.0001*) and CRP (p<0.0001*) could also be observed in pts. with a Hb-change within 3 months $\geq$2g/dl versus < 2g/dl. No significant differences between either groups regarding ferritin, TSAT and dialysis parameters were found. Conclusion: Maintaining HD-pts stable within a target range between 11-13 g/dl Hb over 6 months is a major challenge in treating renal anemia. In patients with Hb cycling CRP was the only causal factor that could be identified in our study. High serum CRP levels also correlated with high ESA doses. *Wilcoxon-Test

Disclosure – Grant/Research Support: Amgen; Consultant: Amgen, Roche, Shire; Honoraria: Amgen, Roche, Shire

SA-PO034

**Hemoglobin Variability (HgbVar) and Mortality among Hemodialysis Patients.** Harold I. Feldman,[1,2] Rubeen K. Israni,[1,2] Wei Yang,[1,2] Steve Fishbane,[3] Marshall Joffe.[1,2] [1]*University of Pennsylvania School of Medicine;* [2]*Center for Clinical Epidemiology & Biostatistics, Univ of Penn, Philadelphia;* [3]*Winthrop Hospital, NY.*

Recent studies have highlighted presence of HgbVar in hemodialysis (HD) patients but little is known about the association of HgbVar with outcomes. In this study we evaluated the relationship between HgbVar and the rate of death among 30,693 HD patients treated at Fresenius Medical Care centers between Jan-Dec 1996. Patients were censored at time of transfer, death or end of study in Dec 1998. HgbVar was measured as the residual standard deviation (ResSD) about the linear regression of Hgb over a 6 month period. The ResSD quantifies HgbVar independent of Hgb level and Hgb trend. Using Cox Proportional Hazard Models, the association of ResSD with death was studied after adjusting for baseline Hgb, Hgb trend (estimated by intercept and slope of regression line respectively), age, sex, race, length of ESRD, diabetes status, iron/epoetin dose, and the lab variables URR, serum albumin, AST, bicarb, calcium, ferritin, phos, TSAT, iron, Kt/V, and PTH. For the Cox model, we measured the lab variables and iron/epoetin dose over 3 mo followed by 6 mo in which HgbVar was measured. At end of study, 26.2% of patients had died, 28.5% transferred/lost to follow-up, and 45.3% were actively followed. Table 1 shows, as expected, a higher baseline Hgb and rising Hgb were both associated with improved survival. Each 1 g/dL increase in ResSD was independently associated with a 33% increase in rate of death. Sensitivity analyses using various modeling strategies including restrictive minimum Hgb levels showed this association to be robust. Greater HgbVar is associated with a higher rate of death after adjusting for covariates and using different modeling strategies. The causal nature of this relationship remains to be confirmed given the plausible relationship between unmeasured co-morbidities that lead both to greater HgbVar and risk of death.

Multivariable Analysis of HgbVar and Mortality

| | Hazard Ratio | 95% CI | |
|---|---|---|---|
| Baseline Hgb | 0.81 | 0.77 | 0.84 |
| Hgb Trend | 0.51 | 0.44 | 0.59 |
| Hgb Var* | 1.33 | 1.22 | 1.45 |

* per 1g/dL of ResSD

Disclosure – Grant/Research Support: Roche Pharmaceuticals

**SA-PO035**

**Causal Analysis of Hemoglobin Variability and Mortality among Hemodialysis Patients.** Harold I. Feldman,[1,2] Marshall Joffe,[1,2] Wei Yang,[1,2] Rubeen Israni,[1,2] Steve Fishbane.[3] *[1]University of Pennsylvania School of Medicine; [2]Center for Clinical Epidemiology & Biostatistics, Univ. of Penn, Philadelphia; [3]Winthrop Hospital, NY.*

Hemoglobin variability (HgbVar) in hemodialysis (HD) patients (Pts) may be associated with poor outcomes. Conventional statistical analysis may lead to biased results because of time dependent confounders such as epoetin dose which affects HgbVar and is also affected by HgbVar. We used statistical tools to adjust for time-dependent confounding to examine the relationship between HgbVar and mortality in 30,693 HD pts treated between Jan-Dec 1996. Pts were censored at time of transfer, death or study end in Dec 1998. Residual standard deviation (ResSD) about the linear regression of Hgb over time during 6 months (mos) was used to quantify HgbVar. Baseline and trend in Hgb were estimated by the intercept and slope of the regression line. Using History Adjusted Marginal Structural Models (HAMSM), the association of ResSD with death was studied and compared to conventional models. For all, we included levels of most recent covariates obtained before the 6 mos in which HgbVar was assessed. For HAMSM, we developed individual-level weights from the inverse of the probability of having the observed Hgb level during each pt-month derived from logistic regression of the probability of a particular level of Hgb in each mo as a function of prior levels of Hgb, epoetin, iron doses, URR, Kt/V, alb, AST, bicarbonate, CA, PO4, PTH, ferritin, TSAT, iron and hgb. Higher baseline Hgb and a rising Hgb were associated with lower mortality in both models (Table 1). HgbVar was associated with 36% higher mortality. Greater HgbVar is independently associated with a higher risk of death both in traditional analysis and HAMSM. These findings strengthen the evidence for a causal association between HgbVar and mortality.

Association between HgbVar and mortality: HAMSM approach

| | Traditional | | HAMSM | |
|---|---|---|---|---|
| | HR | 95% CI | HR | 95% CI |
| Baseline Hgb | 0.68 | 0.64-0.71 | 0.67 | 0.62-0.73 |
| Trend in Hgb | 0.24 | 0.20-0.29 | 0.27 | 0.20-0.36 |
| HgbVar (ResSD) | 1.35 | 1.31-1.61 | 1.36 | 1.05-1.70 |

Disclosure – Grant/Research Support: Roche Pharmaceuticals

SA-PO192

**A Computer-Based Decision Support Tool To Manage CKD in Primary Care.** Bernhard Klebe,[1] Helen Hobbs,[1] Jean Irving,[2] Roger E. Cooley,[2] Paul E. Stevens,[1] Donal J. O'Donoghue,[3] Rachel Middleton,[3] Chris K. T. Farmer.[1] [1]Renal Medicine, Kent and Caterbury Hospital, Canterbury, Kent, United Kingdom; [2]Computing Department, University of Canterbury, Canterbury, Kent, United Kingdom; [3]Renal Medicine, Hope Hospital, Salford, Manchester, United Kingdom.

Primary care physicians are expected to manage increasing numbers of patients with chronic diseases and to follow complex therapeutic guidelines. Our aim was to build a computer based clinical decision support system (CDSS) to apply the rules embedded in both the UK CKD and diabetes guidelines, thereby enhancing care of CKD in the community.

The CDSS recompiled the guidelines in the form of rule-based decision trees. It analysed read-coded data from primary care computer systems over a 13 month period, sequentially screening all patients with recorded demographic, prescription, clinical and laboratory variables. The CDSS generated reports, giving blood test results, medications and clinic attendances. It recommended medication/lifestyle changes to reduce cardiovascular risk and further tests to monitor renal parameters. Incident stage 4 and 5 CKD and/or unacceptable rate of progression of CKD (GFR loss $\geq$5mL/min/1.73m$^2$/year) were also flagged and automatic referral forms produced. Output reports were manually checked for quality purposes.

From a study population of 10,995 patients, 2065(18.7%) were identified by a valid s-creatinine. Of these, 250(12.1%) had eGFRs <60mL/min/1.73m$^2$ and 487(23.6%) were diabetic. In the diabetic sub-group, improved BP control was suggested in 287(59%) and in 236(48.4%) ACEI/ARB treatment was indicated. Up to date testing of HbA$_1$C was required in 25(4.8%) and medication review in 157(32.3%). In patients with stable CKD the CDSS requested bone biochemistry in 8.1% and follow up renal function in 12.5%. Overall, 26(1.3%) patients required referral for progressive loss of GFR and three had newly diagnosed stage 4 CKD.

Through automated feedback to the physician, the CDSS safely supplemented the immediate care of CKD patients. A CDSS for nephrology has potential for implementation in large community primary care populations, streamlining prompt referral, enhancing evidence based prescribing and adding to patient care.

Disclosure – Grant/Research Support: Roche Products Limited; Honoraria: Roche Products Limited

SA-PO197

**Medication Burden in Patients with Chronic Kidney Disease and Anemia Treated with and without Erythropoiesis-Stimulating Agents.** Jay Wish,[1] Kathy Schulman,[2] Amy Law,[3] Michael del Aguila.[3] *[1]Case Western Reserve University, Cleveland, OH; [2]Thomson Medstat, Cambridge, MA; [3]Roche Laboratories Inc, Nutley, NJ.*

This retrospective claims database analysis assessed concomitant medication burden in patients with CKD and anemia treated with erythropoiesis-stimulating agents (ESAs). Patients were selected from the Medstat MarketScan® Commercial and Medicare Research Databases and included 37,105 patients with CKD diagnosed between 2000 and 2005. Twenty-six percent of these patients (n=9807) had anemia; the mean age of this subgroup was 67 years. Of these, 6261 patients had ≥6 months of follow up after anemia onset and were included in this analysis. Forty-one percent of these patients (n=2564) received ESA therapy. Concomitant medical conditions and medication histories for patients that received ESA treatment vs patients that did not receive ESA treatment are presented in the table.

Anemic CKD patients treated with an ESA were more likely to have diabetes, and be on concomitant antidiabetic, antihypertensive, and antihyperlipidemia medications. This study suggests that CKD patients who are treated for anemia have higher overall disease and medication burden than those who are not. They are likely to benefit from an ESA with extended dosing intervals and fewer injections.

| | ESA Treatment | | | |
| | Yes (N=2564) | | No (N=3697) | |
| | N | % | N | % |
|---|---|---|---|---|
| **Medical History** | | | | |
| Acute myocardial infarction | 113 | 4.4 | 192 | 5.2 |
| Atherosclerotic heart disease | 707 | 27.6 | 946 | 25.6 |
| Cerebrovascular accident/ transient ischemic attack | 403 | 15.7 | 633 | 17.1 |
| Congestive heart failure | 716 | 27.9 | 861 | 23.3 |
| Lipid metabolism disorder | 624 | 24.6 | 974 | 24.3 |
| Diabetes | 554 | 21.6 | 974 | 26.3 |
| | 1360 | 53.8 | 1581 | 42.8 |
| **Medication History** | | | | |
| Angiotensin-converting enzyme inhibitors | 1261 | 49.2 | 1627 | 44.0 |
| Other antihypertensives | 2113 | 82.4 | 2773 | 75.0 |
| Insulin | 666 | 26.0 | 650 | 17.6 |
| Sulfonylureas | 696 | 27.1 | 813 | 22.0 |
| Other antidiabetic agents | 823 | 32.1 | 934 | 25.3 |
| Antihyperlipidemics | 1321 | 51.5 | 1625 | 44.0 |

Consultant: Roche; Scientific Advisor: Amgen, OrthoBiotech, Roche; Honoraria: Amgen, OrthoBiotech, Roche; Other: Roche; Drs. Law and del Aguila are employed by Roche Laboratories; Product: Aranesp, C.E.R.A., Procrit

SA-PO198

## Cost Burden of Anemia in a Predialysis Cohort of Patients with Chronic Kidney Disease. Jay Wish,[1] Kathy Schulman,[2] Amy Law.[3] [1]Case Western Reserve University, Cleveland, OH; [2]Thomson Medstat, Cambridge, MA; [3]Roche Laboratories Inc, Nutley, NJ.

Anemia, a common feature of chronic kidney disease (CKD), is a major determinant of outcomes and resource use in CKD patients. The purpose of this analysis was to determine the healthcare costs associated with the presence of anemia in predialysis patients with CKD. A total of 37,105 patients with CKD, diagnosed between 2000 and 2005, were selected from the Medstat MarketScan® Commercial and Medicare Research Databases and retrospectively followed from the time of CKD diagnosis until the onset of dialysis, transplantation, disenrollment, death, or study end. Twenty-six percent of these patients had anemia and of these, 59% received treatment for anemia. Healthcare expenditure was reported in 2004 dollars per patient per month (PPPM). Generalized linear models were used to identify factors that have a significant impact on healthcare expenditure. Adjusted total expenditure for CKD patients was $2531 PPPM. The presence of anemia had the greatest impact on expenditure ($P<0.0001$), increasing the mean monthly expenditure by 38% ($1069) due largely to higher rates of inpatient care (acute hospital admissions: 63% vs 39%). Patients with anemia also experienced higher rates of emergency room visits, nutritional counseling, and transportation services, as well as more frequent office visits and laboratory tests. The PPPM expenditure for patients with untreated anemia was 17% higher compared with patients receiving anemia treatment ($4115 vs $3504) primarily due to increased inpatient expense in the untreated cohort. Outpatient and pharmacy expenditures were 9% and 38% lower, respectively, in the treated cohort versus the untreated cohort. Treatment with an erythropoiesis stimulating agent reduced total expenditures by 6%; however, this difference was not statistically significant ($P=0.159$). These results confirm that anemia is a major determinant of healthcare costs in predialysis patients with CKD and suggest that appropriate treatment of anemia may help lower total costs in this patient population.

Consultant: Roche; Scientific Advisor: Amgen, OrthoBiotech, Roche; Honoraria: Amgen, OrthoBiotech, Roche; Other: Roche; Dr. Law is employed by Roche Laboratories; Product: Aranesp, C.E.R.A., Procrit

SA-PO205

**IV C.E.R.A. (Continuous Erythropoietin Receptor Activator) Once Every 2 Weeks or Once Monthly Maintains Stable Hb Levels after Converting Directly from IV Epoetin 1-3 Times Per Week in Patients with CKD on Dialysis.** S. Fishbane,[1] N. W. Levin,[2] J. F. E. Mann,[3] J. L. Lewis,[4] M. Bernardo,[5] N. M. Lunde,[6] F. C. Dougherty.[7] *[1]Winthrop Hospital, Mineola; [2]Renal Research Institute, New York; [3]KfH Dialysezentrum, Munich, Germany; [4]Nephrology Associates P.C., Birmingham; [5]Southwest Nephrology Associates, L.L.P., Houston; [6]Twin Cities Clinical Research, Arden Hills; [7]F. Hoffman-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., an innovative agent with different binding properties compared to epoetin and a prolonged half-life, is in development for correction of anemia and maintenance of Hb at extended administration intervals in CKD patients. This study examined the efficacy of IV C.E.R.A. up to once monthly in maintaining stable Hb levels in dialysis patients converted directly from IV epoetin 1-3x/wk.

This multicenter study included dialysis patients (≥18 yr), on stable doses of IV epoetin (1-3x/wk), with stable baseline Hb (10.5-13.0 g/dL) and adequate iron status. Patients were randomized to continue IV epoetin (n=226) or to IV C.E.R.A. 1x/2wk (n=223) or 1x/4wk (n=224) for 52 wk. Dose was adjusted (no more frequently than 1x/4wk) to maintain Hb within 1.0 g/dL of baseline level and within 10.0-13.5 g/dL. Patients were evaluated during wk 29-36 and followed up during wk 37-52.

Mean (SD) Hb levels were comparable in all groups at baseline (range, 11.9-12.0 [0.6-0.7] g/dL) and during evaluation (range, 11.7-11.8 [1.0-1.1] g/dL) and follow-up (range, 11.6-11.8 [1.0] g/dL). SD of the means indicated comparable inter-patient variability in Hb between groups. Within patient mean SD values for Hb during evaluation and follow-up were 0.60 g/dL and 0.79 g/dL, respectively, for C.E.R.A. 1x/2wk; 0.56 g/dL and 0.71 g/dL for C.E.R.A. 1x/4wk; and 0.55 g/dL and 0.66 g/dL for epoetin, indicating comparable intra-patient variability in Hb across groups.

In summary, once-monthly IV C.E.R.A. provided stable Hb levels, as recommended by guidelines, over the long term in patients converting directly from epoetin 1-3x/wk. These data also indicate that C.E.R.A. maintains tight control of Hb when administered at extended intervals.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche; Honoraria: Roche

SA-PO207

**SC C.E.R.A. (Continuous Erythropoietin Receptor Activator) Once Every 2 Weeks or Once Monthly Maintains Stable Hb Levels after Converting Directly from SC Epoetin 1-3 Times Per Week in Patients with CKD on Dialysis.** F. Locatelli,[1] W. Sulowicz,[2] K. Harris,[3] R. Selgas,[4] J. Kaufman,[5] M. Klinger,[6] F. Malberti,[7] F. C. Dougherty.[8] *[1]A Manzoni Hospital, Lecco, Italy; [2]Jagiellonian University, Cracow, Poland; [3]Leicester General Hospital, Leicester, United Kingdom; [4]Hospital Universitario La Paz, Madrid, Spain; [5]VA Boston Healthcare System, Boston, MA; [6]Medical University, Wroclaw, Poland; [7]Istituti Ospitalieri, Cremona, Italy; [8]F. Hoffmann-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., an innovative agent acting differently at the receptor and with a prolonged half-life, is in development for correction of anemia and maintenance of Hb at extended administration intervals in CKD patients. This study examined the efficacy of SC C.E.R.A. up to once monthly in maintaining stable Hb levels in dialysis patients converted directly from SC epoetin 1-3x/wk.

This multicenter study included dialysis patients (≥18 yr), on stable SC epoetin (1-3x/wk), with stable Hb (10.5-13.0 g/dL) and adequate iron status. Patients (n=572) were randomized to continue on SC epoetin (n=191) or to SC C.E.R.A. 1x/2wk (n=190) or 1x/4wk (n=191) for 52 wk. Dose was adjusted to maintain Hb ±1.0 g/dL of baseline and within 10.0-13.5 g/dL. Patients were evaluated in wk 29-36 and followed up during wk 37-52.

Mean (SD) Hb levels were the same at baseline in all groups (11.7 [0.7] g/dL) and remained stable during evaluation (range, 11.4-11.7 [1.1-1.2] g/dL) and follow-up (range, 11.5-11.6 [1.0-1.1] g/dL) periods. SD of the means indicated comparable inter-patient variability in Hb between groups. Within patient mean SD values for Hb during evaluation and follow-up were 0.52 & 0.68 g/dL, respectively, for C.E.R.A. 1x/2wk; 0.57 & 0.76 g/dL for C.E.R.A. 1x/4wk; & 0.57 & 0.68 g/dL for epoetin, indicating comparable intra-patient variability in Hb across groups.

These Phase III results show that once monthly SC C.E.R.A. provided long-term tight control of Hb, as recommended by guidelines, in patients converting directly from epoetin 1-3x/wk over the long term. By maintaining Hb within a tight range, once-monthly C.E.R.A. will decrease the time and effort needed for anemia management.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche, Amgen; Honoraria: Roche; Advisory Board or Board of Directors: Roche

**SA-PO208**

C.E.R.A. (Continuous Erythropoietin Receptor Activator) Administered at Extended Intervals Corrects Anemia and Maintains Stable Hb Levels in Patients with CKD Not on Dialysis. I. C. Macdougall,[1] R. Walker,[2] R. Provenzano,[3] F. de Alvaro,[4] H. R. Locay,[5] P. C. Nader,[6] F. Locatelli,[7] F. C. Dougherty.[8] *[1]King's College Hospital, London, United Kingdom; [2]Royal Melbourne Hospital, Parkville, Australia; [3]St John Hospital & Medical Center, Detroit; [4]Hospital Universitario de la Paz, Madrid, Spain; [5]Discovery Medical Research Group, Ocala; [6]Capital Nephrology of Texas Ltd, Austin; [7]A. Manzoni Hospital, Lecco, Italy; [8]F. Hoffmann-La Roche Ltd, Basel, Switzerland.*

C.E.R.A. is a novel erythropoietic agent for anemia treatment. We examined the efficacy of C.E.R.A. administered SC at extended intervals of 1x/2wk and darbepoetin alfa (DA) given 1x/wk for anemia correction in ESA-naïve CKD patients not on dialysis, and the ability of C.E.R.A. to maintain Hb levels at intervals of up to once monthly in the long term.

324 patients were randomized to SC C.E.R.A. 1x/2wk (0.6 μg/kg/2wk) or SC DA 1x/wk (0.45 μg/kg/wk). Dose was adjusted to achieve a Hb response ($\geq$1 g/dL increase and $\geq$11 g/dL) and then maintain Hb ($\pm$1 g/dL of response level and 11-13 g/dL). After 28 wk, responders to C.E.R.A. were randomized to continue treatment at 1x/2wk or 1x/4wk for 24 wk.

Mean Hb was 10.2 g/dL in both groups at baseline, and 12.3 (C.E.R.A.) and 12.2 g/dL (DA) during evaluation (wk 19-28). The difference between groups in mean (95% CI) change in Hb between baseline and evaluation was 0.16 g/dL (-0.05-0.35; $P<0.0001$). Response rate (95% CI) at 28 wk was 97.5% (93.8-99.3) for C.E.R.A. and 96.3% (92.1-98.6) for DA. 12.4% of patients on C.E.R.A. and 33.5% on DA had $\geq$ one Hb value >13 g/dL during the first 8 wk ($P<0.0001$). Hb levels remained stable for wks 28-52 in all groups. C.E.R.A. was well tolerated; most frequent AEs were hypertension, nasopharyngitis, diarrhea, and peripheral edema.

C.E.R.A., administered 1x/2wk in ESA-naïve CKD patients not on dialysis achieved a high response rate, providing a smooth rise in Hb with significantly fewer patients overshooting the target range compared with DA. Additionally, stable maintenance of Hb was achieved with C.E.R.A. at extended intervals of up to once monthly; this may help to simplify anemia management.

Disclosure – Grant/Research Support: Roche, Amgen; Scientific Advisor: Roche, Amgen; Honoraria: Roche, Amgen

SA-PO209

**C.E.R.A. Acts Differently at the Erythropoietin (EPO) Receptor Compared with Epoetin Beta: UT-7 and CD34+ Cell Stimulation Assays.** M. Jarsch, M. Kubbies, M. Lanzendörfer, A. Haselbeck, M. Brandt. *Pharmaceutical Research, Roche Diagnostics GmbH, Penzberg, Germany.*

C.E.R.A., an innovative erythropoietic agent with a prolonged half-life, is in development to provide correction of anemia and stable maintenance of Hb levels at extended administration intervals in CKD patients. *In vitro* studies show that C.E.R.A. has a 45-fold lower affinity for the EPO receptor than epoetin beta, due mainly to a reduced association rate. To further investigate the *in vitro* activity of C.E.R.A., two cell stimulation studies were undertaken.

In study 1, UT-7 cells were activated with C.E.R.A. or epoetin beta for 72 h, followed by WST (tetrazolium salt) staining and spectrophotometric detection. UT-7 is a human myeloid leukemia cell line expressing the EPO receptor, and has growth dependency on EPO if no other growth factors are present. In study 2, human CD34+ stem cells (cord blood & bone marrow) were cultivated with C.E.R.A. or epoetin beta for 8-14 days. After labeling using fluorescence-tagged antibodies to proteins specific for erythroid cells (glycophorin A) and other blood cell types (CD13, CD14, CD16, CD41, CD42b, & CD61), 3-color flow cytometry was performed using a FACScan instrument (Becton Dickinson, CA).

In study 1 in UT-7 cells, $EC_{50}$ was ~10-fold higher for C.E.R.A. (range 300-400 pM) compared with epoetin beta (30-60 pM), but the maximal stimulation of cells was similar for both agents. In study 2, following stimulation of CD34+ cells, glycophorin A+ cells increased to a similar level with C.E.R.A. and epoetin beta. Mean $EC_{50}$ values were 43.4-fold higher with C.E.R.A. (2.807 nM) vs epoetin beta (0.076 nM). This stimulation was specific for erythroid precursors since the differentiation of white blood cells and megakaryocytes was not affected by C.E.R.A. or epoetin beta.

These studies provide further evidence that C.E.R.A. has different receptor binding properties compared with epoetin and demonstrate its specificity for the red blood cell line. Preclinical studies have shown that these properties translate into more potent stimulation of erythropoiesis *in vivo* versus epoetin and Phase II data indicate that C.E.R.A. has a sustained and stable erythropoietic effect in CKD patients.

Other: Roche; Employees

## SA-PO210

**SC C.E.R.A. (Continuous Erythropoietin Receptor Activator) Administered up to Once Monthly in Patients with CKD on Dialysis Maintains Adequate Hb Levels Regardless of Age, Gender or Diabetic Status.** J.-P. Ryckelynck,[1] K. Harris,[2] R. Selgas,[3] T. Stompor,[4] E. Ladányi,[5] S. Opatrna,[6] F. C. Dougherty.[7] [1]CHU Clémenceau, Caen, France; [2]Leicester General Hospital, Leicester, United Kingdom; [3]Hospital Universitario La Paz, Madrid, Spain; [4]College of Medicine, Krakow, Poland; [5]Fresenius Medical Care, Miskolc, Hungary; [6]Charles University Medical School, Pilsen, Czech Republic; [7]F. Hoffmann-La Roche Ltd, Basel, Switzerland.

C.E.R.A., an innovative agent with unique receptor activity and a prolonged half-life, is in development for correction of anemia and stable maintenance of Hb at extended administration intervals in CKD patients. This Phase III multicenter study evaluated the efficacy of SC C.E.R.A. administered up to once monthly for maintenance of Hb levels over 12 months in dialysis patients converting directly from epoetin alfa or beta 1-3x/wk.

Patients (≥18 yr) receiving adequate hemodialysis or peritoneal dialysis with adequate iron status and stable baseline Hb (10.5-13.0 g/dL) were randomized (1:1:1) to continue previous SC epoetin (n=191) or to receive SC C.E.R.A. 1x/2wk (n=190) or 1x/4wk (n=191). An analysis of mean Hb levels during the evaluation period (weeks 28-36) grouped by age, gender and diabetic status in patients receiving once monthly SC C.E.R.A. is presented.

Baseline mean Hb levels were similar across groups (range, 11.65-11.70 g/dL). Mean (SD) Hb levels during the evaluation period were similar for ages <65, 65-74 and ≥75 yr in patients on C.E.R.A. 1x/4wk: 11.42 (1.07), 11.42 (1.05) and 11.30 (1.05) g/dL respectively. Subgroup analyses by gender and diabetic status indicated consistent Hb levels: 11.37 (1.16) vs 11.41 (0.99) g/dL (females vs males) and 11.55 (1.15) vs 11.33 (1.02) g/dL (diabetes vs non-diabetes). C.E.R.A. was well tolerated, with a safety profile characteristic of the patient population. Most frequent AEs were hypertension, procedural hypotension and nasopharyngitis.

These findings demonstrate that in dialysis patients, once monthly SC C.E.R.A. effectively maintained Hb levels within target range independently of age, gender or diabetic status, providing confidence to treat all patients with extended administration intervals.

Consultant: Roche; Scientific Advisor: Roche; Honoraria: Roche; Advisory Board or Board of Directors: Roche

**SA-PO212**

**C.E.R.A. (Continuous Erythropoietin Receptor Activator) Administered at Extended Intervals Corrects Hb Levels in Patients with CKD on Dialysis.** M. Klinger,[1] M. Arias,[2] V. Vargemezis,[3] A. Besarab,[4] W. Sulowicz,[5] T. Gerntholtz,[6] K. Ciechanowski,[7] F. C. Dougherty.[8] *[1]Medical University, Wroclaw, Poland; [2]Hospital Marques de Valdecilla, Santander, Spain; [3]University Hospital, Alexandroupolis, Greece; [4]Henry Ford Hospital, Detroit; [5]Jagiellonian University, Crakow, Poland; [6]Chris Hani Baragwanath Hospital, Johannesburg, South Africa; [7]Pomeranian Medical University, Szczecin, Poland; [8]F. Hoffmann-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., an innovative agent with unique receptor activity and a prolonged half-life, is currently in development to provide correction of anemia and stable maintenance of Hb levels at extended administration intervals in CKD patients. This study examined the efficacy of IV C.E.R.A. at extended administration intervals of 1x/2wk in correcting anemia and maintaining Hb levels in ESA-naïve patients with CKD on dialysis.

This multicenter, open-label, parallel-group study enrolled patients ($\geq$18 yr) with CKD on maintenance dialysis (178 on hemodialysis, 3 on peritoneal dialysis) whose baseline Hb was 8-11 g/dL and who had adequate iron status (K/DOQI, EBPG). After screening, patients (n=181) were randomized (3:1) to IV C.E.R.A. (n=135) or epoetin alfa or beta (n=46) for 24 wk. Dose was adjusted to achieve a Hb response ($\geq$1 g/dL increase and $\geq$11 g/dL). The primary efficacy parameter was the Hb response rate at the end of the correction period of 24 wk.

Mean (SD) Hb levels at baseline were similar for C.E.R.A. (9.4 [0.9] g/dL) and epoetin (9.4 [0.8] g/dL). Response rates (95% CI) at the end of the correction period were 93.3% (87.7-96.9) for C.E.R.A. and 91.3% (79.2-97.6) for epoetin; mean Hb levels were 12.1 g/dL & 12.0 g/dL, respectively. Median dose at the time of response was 0.6 µg/kg/2wk for C.E.R.A. and 123 IU/kg/wk for epoetin. C.E.R.A. was well tolerated; the most frequent AEs were hypertension, procedural hypotension and arteriovenous fistula site hemorrhage. AEs were similar with epoetin.

This Phase III study demonstrated that IV C.E.R.A 0.6 µg/kg/2wk is effective in correcting Hb levels in ESA-naïve patients with CKD on dialysis, achieving target Hb levels (as recommended by guidelines) in more than 90% of patients.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche, Ortho Biotech; Honoraria: Roche

SA-PO225

**Screening of Anti-Erythropoietin Antibodies in Haemodialysis Patients with Stable Hb in Europe.** Robert Mactier,[1] Thomas Weinreich,[2] Rose Ruch.[3] *[1]Renal Unit, Glasgow Royal Infirmary, Glasgow, United Kingdom; [2]Nephrologie, Nephrologisches Zentrum Villingen-Schwenningen, Villingen-Schwenningen, Germany; [3]Global Drug Safety, F. Hofmann La-Roche, Basel, Switzerland.*

The Gain effectiveness in Anaemia treatment with NeoRecormon (GAIN) study was initiated (2003) when anti-erythropoietin antibody (AEAB) associated PRCA was observed above a background incidence in one brand of ESA. GAIN is an observational, prospective study assessing the management of renal anaemia in haemodialysis (HD) patients across Europe in everyday clinical practice.

Patients eligible to take part in GAIN had switched from any erythropoietin stimulating agent to epoetin β for medical reasons and had stable Hb for 3 months prior to enrolment. As part of the enrolment procedure, double antigen-bridging ELISA assay was used to screen each patient for AEABs. We report the results of this extensive AEAB testing.

Of 5024 patients screened for enrolment in GAIN, 9 patients tested positive for AEAB while the others had negative results. None of the 9 patients were enrolled into GAIN, but all were followed up in a specific Intensive Monitoring Programme set up by the product manufacturer. Two out of the 9 patients screened negative for AEAB at subsequent testing despite ongoing epoetin β treatment at last follow-up.

Out of the 4462 patients enrolled into GAIN, Hb decrease of >2 g/dL/month was reported for 86 patients up till month 12 of the study follow-up period. Based on SAE questionnaire reports, AEAB tests were performed for 12 of these patients. An additional 21 patients were tested for AEAB on the basis of clinical symptoms. All 33 test results were negative. No patients developed AEAB alone or PRCA associated with AEAB over a 12-month follow-up period.

This is the first reporting of AEAB data in a large HD patient population with stable Hb. Results indicate that AEAB may be present in the absence of clinical evidence of PRCA, and that the investigation of clinically significant decreases in Hb whilst on epoetin β has yielded neither new evidence of AEAB nor PRCA.

Consultant: F. Hofmann La-Roche; Honoraria: F. Hofmann La-Roche

# EXHIBIT C

**SA-PO205**

**IV C.E.R.A. (Continuous Erythropoietin Receptor Activator) Once Every 2 Weeks or Once Monthly Maintains Stable Hb Levels after Converting Directly from IV Epoetin 1-3 Times Per Week in Patients with CKD on Dialysis.** S. Fishbane,[1] N. W. Levin,[2] J. F. E. Mann,[3] J. L. Lewis,[4] M. Bernardo,[5] N. M. Lunde,[6] F. C. Dougherty.[7] *[1]Winthrop Hospital, Mineola; [2]Renal Research Institute, New York; [3]KJH Dialysezentrum, Munich, Germany; [4]Nephrology Associates P.C., Birmingham; [5]Southwest Nephrology Associates, L.L.P., Houston; [6]Twin Cities Clinical Research, Arden Hills; [7]F. Hoffman-La Roche Ltd, Basel, Switzerland.*

C.E.R.A., an innovative agent with different binding properties compared to epoetin and a prolonged half-life, is in development for correction of anemia and maintenance of Hb at extended administration intervals in CKD patients. This study examined the efficacy of IV C.E.R.A. up to once monthly in maintaining stable Hb levels in dialysis patients converted directly from IV epoetin 1-3x/wk.

This multicenter study included dialysis patients ($\geq$18 yr), on stable doses of IV epoetin (1-3x/wk), with stable baseline Hb (10.5-13.0 g/dL) and adequate iron status. Patients were randomized to continue IV epoetin (n=226) or to IV C.E.R.A. 1x/2wk (n=223) or 1x/4wk (n=224) for 52 wk. Dose was adjusted (no more frequently than 1x/4wk) to maintain Hb within 1.0 g/dL of baseline level and within 10.0-13.5 g/dL. Patients were evaluated during wk 29-36 and followed up during wk 37-52.

Mean (SD) Hb levels were comparable in all groups at baseline (range, 11.9-12.0 [0.6-0.7] g/dL) and during evaluation (range, 11.7-11.8 [1.0-1.1] g/dL) and follow-up (range, 11.6-11.8 [1.0] g/dL). SD of the means indicated comparable inter-patient variability in Hb between groups. Within patient mean SD values for Hb during evaluation and follow-up were 0.60 g/dL and 0.79 g/dL, respectively, for C.E.R.A. 1x/2wk; 0.56 g/dL and 0.71 g/dL for C.E.R.A. 1x/4wk; and 0.55 g/dL and 0.66 g/dL for epoetin, indicating comparable intra-patient variability in Hb across groups.

In summary, once-monthly IV C.E.R.A. provided stable Hb levels, as recommended by guidelines, over the long term in patients converting directly from epoetin 1-3x/wk. These data also indicate that C.E.R.A. maintains tight control of Hb when administered at extended intervals.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche; Honoraria: Roche

# EXHIBIT D

TH-PO1007

**On the Use of Control Variables in the Development of a Case-Mix Adjusted Payment System for Dialysis Services.** J. Wheeler,[1] M. Turenne,[1] R. Hirth,[1] J. Messana,[2] A. Pozniak.[1] *[1]Kidney Epidemiology Cost Center School Public Health, Univ. of Michigan; [2]Div. of Nephrology, Univ. of Michigan, Ann Arbor, MI.*

The BCMA payment model includes facility characteristics as control variables, not payment variables. We assess the importance of facility characteristics in developing payment models for a more broadly bundled system. Cost data were obtained from 2003 Medicare cost reports and claims. Patient characteristics, including age, sex, body size and comorbidities, were collected from both the 2728 Form and claims. We estimated models relating total facility cost per dialysis session (including separately billable services) to average patient characteristics at the facility - one model with only patient characteristics as predictors of costs and one with facility and patient characteristics as predictors. Facility characteristics, such as size, chain, rural/urban location, and hospital-based v.

| Variable | DM | | | NoDM | | |
|---|---|---|---|---|---|---|
| | HR | Pr > ChiSq | 95% CI | HR | Pr > ChiSq | 95% CI |
| Age: 65-74 (referent) | | | | | | |
| 19-44 | 0.44 | <0.0001 | 0.38-0.52 | 0.29 | <0.0001 | 0.24-0.35 |
| 45-64 | 0.72 | <0.0001 | 0.66-0.78 | 0.62 | <0.0001 | 0.54-0.71 |
| 75+ | 1.31 | <0.0001 | 1.2-1.44 | 1.40 | <0.0001 | 1.32-1.68 |
| Race: White (referent) | | | | | | |
| Black | 0.67 | <0.0001 | 0.62-0.73 | 0.92 | 0.12 | 0.83-1.02 |
| Other | 0.69 | <0.0001 | 0.64-0.89 | 0.71 | 0.02 | 0.62-0.86 |
| Ethnicity (Hispanic) | 0.72 | <0.0001 | 0.65-0.81 | 0.84 | 0.06 | 0.70-1.01 |
| ESRD Vintage: 0-24 mo (referent) | | | | | | |
| 24-48 | 1.12 | 0.01 | 1.02-1.23 | 0.98 | 0.75 | 0.87-1.11 |
| 48+ | 1.35 | <0.0001 | 1.24-1.48 | 1.04 | 0.53 | 0.93-1.16 |
| BMI: 25-29 (referent) | | | | | | |
| <18.5 | 2.24 | <0.0001 | 1.91-2.62 | 2.26 | <0.0001 | 1.92-2.63 |
| 18.5-24 | 1.26 | <0.0001 | 1.15-1.37 | 1.33 | <0.0001 | 1.05-1.48 |
| 30+ | 0.85 | <0.0001 | 0.78-0.90 | 0.76 | 0.001 | 0.64-0.90 |
| Hosp event in last year | 1.828 | <0.0001 | 1.69-1.98 | 2.16 | <0.0001 | 1.95-2.38 |

Gender added to models and found to be NS

There was no difference in death rates between NoDM Black vs White pts; however, a lower death rate was seen in DM Black and Hispanic pts vs White pts. Longer ESRD vintage was associated with increased mortality in DM pts but not in NoDM pts.

# EXHIBIT E

**F-PO375**

**Association between Missed Dialysis Sessions and Hemoglobin Variability in the US.**  Robert N. Foley,[1,2] Qi Li,[1] David T. Gilbertson,[1] Allan J. Collins,[1,2] Stephan C. Dunning.[1]  [1]*Chronic Disease Research Group, MMRF, Minneapolis, MN;* [2]*Medicine, University of MN, Minneapolis, MN.*

Background: Classical pathophysiological teaching suggests that very high and very low hemoglobin levels threaten survival, and it seems intuitively obvious that extreme variability should be avoided. Surprisingly, the associations of hemoglobin variability have received scanty research attention to-date. The objective of this study was to determine whether an association exists between missed outpatient hemodialysis sessions and hemoglobin variability in the United States.

Methods: The Medicare enrollment database was used to select prevalent hemodialysis patients ($N = 352,825$). The 3-month interval from January through March of each calendar year was used to identify patients receiving 3-times weekly hemodialysis, the following 3 months to calculate the number of missed dialysis sessions and the next 6 months to quantify hemoglobin variability.

Results: 10.8% of patients missed a scheduled outpatient dialysis session between April and June of 2003. Hemoglobin variability values (expressed as the standard deviation of within-patient hemoglobin values, in g/dl) were 0.90, 0.95, 0.97, 0.99, 1.01 and 0.95 in those with 0, 1, 2, 3 or 4, 5 to 10, and $\geq 11$ missed sessions ($p < 0.0001$). While weak ($R^2 = 0.0017$), the association between greater hemoglobin variability and missed dialysis persisted when adjustment was made for demographics, comorbidity, and hospitalization was similar in years 1999 through 2002.

Conclusion: Missed dialysis sessions are associated with increased hemoglobin variability in hemodialysis patients.

Disclosure – Grant/Research Support: Roche; Consultant: Roche; Scientific Advisor: Roche; Honoraria: Roche

# EXHIBIT F

**F-PO408**

**The Association of Persistently Low Hemoglobin Levels with Medical Expenditures in Dialysis Patients.** Jiannong Liu,[1] Haifeng Guo,[1] David T. Gilbertson,[1] Allan J. Collins.[1,2] [1]Chronic Disease Research Group, MMRF, Minneapolis, MN; [2]Medicine, University of Minnesota, Minneapolis, MN.

Since erythropoietin stimulating agents were introduced into clinical practice in the United States in 1989, dialysis patient hemoglobin (Hb) levels have increased from a mean of < 9g/dL to a mean of 11.9 g/dL through 2004. But more than 20% of prevalent dialysis patients still have Hb levels lower than the K/DOQI target of 11 g/dL. Persistently low Hb levels have been shown to be associated with high mortality and morbidity. Using Structural Equation Modeling techniques, this study investigated the direct and indirect association between persistently low Hb levels and medical expenditures.

We studied incident end-stage renal disease (ESRD) patients in 2002 with dialysis as their initial treatment and Medicare as primary payer, who survived at least 9 months. Months 4 through 9 were used as an entry period and the persistence of low Hb was defined as the number of months < 11 g/dL in the entry period. Patients who received transplants, had fewer than 6 months of recorded Hb values, or had a Hb level greater than 18.3 g/dL or less than 3.3 g/dL during the entry period were excluded. Patient comorbid conditions were identified during the entry period. Patients were followed up to six months from month 10. Per-patient-per-month (PPPM) medical expenditures; numbers of blood transfusions, dialysis vascular access procedures, and hospital days; and total erythropoietin (EPO) usage during the follow-up period were captured.

The persistence of low Hb had no direct association with medical expenditures ($P = 0.76$). However, indirect associations were observed, via increasing EPO doses and numbers of blood transfusions, vascular access procedures, and hospital days. Each additional month with Hb < 11 g/dL in the entry period was associated with a 6.8% increase in PPPM medical expenditures after adjusting for age, race, gender, eight comorbid conditions, and number of hospital days in the entry period.

Persistence of low Hb was associated with high medical expenditures through increased EPO doses and numbers of blood transfusions, vascular access procedures, and hospital days.

Disclosure – Grant/Research Support: Roche Inc.; Consultant: Roche Inc.; Scientific Advisor: Roche Inc.; Honoraria: Roche Inc.; Advisory Board or Board of Directors: Roche Inc.

# EXHIBIT G

SA-PO034

**Hemoglobin Variability (HgbVar) and Mortality among Hemodialysis Patients.** Harold I. Feldman,[1,2] Rubeen K. Israni,[1,2] Wei Yang,[1,2] Steve Fishbane,[3] Marshall Joffe.[1,2] *[1]University of Pennsylvania School of Medicine; [2]Center for Clinical Epidemiology & Biostatistics, Univ of Penn, Philadelphia; [3]Winthrop Hospital, NY.*

Recent studies have highlighted presence of HgbVar in hemodialysis (HD) patients but little is known about the association of HgbVar with outcomes. In this study we evaluated the relationship between HgbVar and the rate of death among 30,693 HD patients treated at Fresenius Medical Care centers between Jan-Dec 1996. Patients were censored at time of transfer, death or end of study in Dec 1998. HgbVar was measured as the residual standard deviation (ResSD) about the linear regression of Hgb over a 6 month period. The ResSD quantifies HgbVar independent of Hgb level and Hgb trend. Using Cox Proportional Hazard Models, the association of ResSD with death was studied after adjusting for baseline Hgb, Hgb trend (estimated by intercept and slope of regression line respectively), age, sex, race, length of ESRD, diabetes status, iron/epoetin dose, and the lab variables URR, serum albumin, AST, bicarb, calcium, ferritin, phos, TSAT, iron, Kt/V, and PTH. For the Cox model, we measured the lab variables and iron/epoetin dose over 3 mo followed by 6 mo in which HgbVar was measured. At end of study, 26.2% of patients had died, 28.5% transferred/lost to follow-up, and 45.3% were actively followed. Table 1 shows, as expected, a higher baseline Hgb and rising Hgb were both associated with improved survival. Each 1 g/dL increase in ResSD was independently associated with a 33% increase in rate of death. Sensitivity analyses using various modeling strategies including restrictive minimum Hgb levels showed this association to be robust. Greater HgbVar is associated with a higher rate of death after adjusting for covariates and using different modeling strategies. The causal nature of this relationship remains to be confirmed given the plausible relationship between unmeasured co-morbidities that lead both to greater HgbVar and risk of death.

Multivariable Analysis of HgbVar and Mortality

|  | Hazard Ratio | 95% CI |  |
|---|---|---|---|
| Baseline Hgb | 0.81 | 0.77 | 0.84 |
| Hgb Trend | 0.51 | 0.44 | 0.59 |
| Hgb Var* | 1.33 | 1.22 | 1.45 |

* per 1g/dL of ResSD

Disclosure – Grant/Research Support: Roche Pharmaceuticals

# EXHIBIT H

**SA-PO035**

**Causal Analysis of Hemoglobin Variability and Mortality among Hemodialysis Patients.** Harold I. Feldman,[1,2] Marshall Joffe,[1,2] Wei Yang,[1,2] Rubeen Israni,[1,2] Steve Fishbane.[3] *[1]University of Pennsylvania School of Medicine; [2]Center for Clinical Epidemiology & Biostatistics, Univ. of Penn, Philadelphia; [3]Winthrop Hospital, NY.*

Hemoglobin variability (HgbVar) in hemodialysis (HD) patients (Pts) may be associated with poor outcomes. Conventional statistical analysis may lead to biased results because of time dependent confounders such as epoetin dose which affects HgbVar and is also affected by HgbVar. We used statistical tools to adjust for time-dependent confounding to examine the relationship between HgbVar and mortality in 30,693 HD pts treated between Jan-Dec 1996. Pts were censored at time of transfer, death or study end in Dec 1998. Residual standard deviation (ResSD) about the linear regression of Hgb over time during 6 months (mos) was used to quantify HgbVar. Baseline and trend in Hgb were estimated by the intercept and slope of the regression line. Using History Adjusted Marginal Structural Models (HAMSM), the association of ResSD with death was studied and compared to conventional models. For all, we included levels of most covariates obtained before the 6 mos in which HgbVar was assessed. For HAMSM, we developed individual-level weights from the inverse of the probability of having the observed Hgb level during each pt-month derived from logistic regression of the probability of a particular level of Hgb in each mo as a function of prior levels of Hgb, epoetin, iron doses, URR, Kt/V, alb, AST, bicarbonate, CA, PO4, PTH, ferritin, TSAT, iron and hgb. Higher baseline Hgb and a rising Hgb were associated with lower mortality in both models (Table 1). HgbVar was associated with 36% higher mortality. Greater HgbVar is independently associated with a higher risk of death both in traditional analysis and HAMSM. These findings strengthen the evidence for a causal association between HgbVar and mortality.

Association between HgbVar and mortality: HAMSM approach

|  | Traditional | | HAMSM | |
|---|---|---|---|---|
|  | HR | 95% CI | HR | 95% CI |
| Baseline Hgb | 0.68 | 0.64-0.71 | 0.67 | 0.63-0.73 |
| Trend in Hgb | 0.24 | 0.20-0.29 | 0.27 | 0.20-0.36 |
| HgbVar (ResSD) | 1.45 | 1.31-1.61 | 1.36 | 1.09-1.70 |

Disclosure – Grant/Research Support: Roche Pharmaceuticals