UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD ) | |
| ROCHE DIAGNOSTICS GmbH ) | |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF MARK S. POPOFSKY
## *PRO HAC VICE* FOR DEFENDANTS

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Mark S. Popofsky as an attorney for the defendants.

As stated in the accompanying declarations (attached hereto as Exhibits A), Mark S. Popofsky is a member of the bars of the State of California and the District of Columbia, among others. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

Pursuant to ECF Administrative Procedure Rule F, counsel for the defendants shall submit the fee for this motion within 24 hours of filing.

WHEREFORE, it is respectfully requested that Mark S. Popofsky be admitted to the bar of this Court *pro hac vice*.

dockets.Justia.com

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:   Boston, Massachusetts
              December 13, 2006

        F. HOFFMANN-LA ROCHE LTD
        ROCHE DIAGNOSTICS GmbH
        HOFFMANN-LA ROCHE INC.

        By its attorneys,

        /s/  Keith E. Toms
        Lee Carl Bromberg (BBO# 058480)
        Julia Huston (BBO# 562160)
        Keith E. Toms (BBO# 663369)
        Nicole A. Rizzo (BBO #663853)
        BROMBERG & SUNSTEIN LLP
        125 Summer Street
        Boston, MA 02110
        Tel. (617) 443-9292
        ktoms@bromsun.com

        and

        Leora Ben-Ami *(pro hac vice)*
        Patricia A. Carson *(pro hac vice)*
        Thomas F. Fleming *(pro hac vice)*
        Howard Suh *(pro hac vice)*
        Peter Fratangelo (BBO# 639775)
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, NY 10022
        Tel: (212) 836-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

03099/00501 585549.1                                                          /s/  Keith E. Toms
                                                                                                    Keith E. Toms