UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS
TO BE FILED IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Court's Orders dated 11/06/06 [#142] and 11/30/06 [#159], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following documents, which contain information designated as confidential by the defendants ("Roche"):

1.  Amgen Inc.'s Memorandum of Points and Authorities in Support of Its Motion to Compel Production of Documents, with Appendix A; and

2.  Declaration of Krista M. Carter in Support of Plaintiff Amgen Inc.'s Memorandum in Support of its Motion to Compel, with exhibits.

Pursuant to the Court's Orders and the parties' agreement, Roche has forty-eight (48) hours from receipt of these documents to either consent to the public filing of these documents or to seek a court order to seal these documents. In the event that Roche either consents to the

DM1\728103.1

dockets.Justia.com

public filing of these documents or the Court fails to approve their motion to seal within seventy-two (72) hours from the filing of Roche's motion to seal, Amgen will then proceed to publicly file the above-listed documents with the Court.

Dated: December 14, 2006

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
MarySusan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr.
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on December 14, 2006.

                                                  /s/ Michael R. Gottfried
                                                  Michael R. Gottfried