UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                     )
AMGEN INC.,                              )
                                                     )
     Plaintiff,                      )
                                                     )    **C.A. NO.: 05-12237-WGY**
v.                                               )
                                                   )
F. HOFFMANN-LAROCHE         )
LTD., a Swiss Company, ROCHE    )
DIAGNOSTICS GmbH, a German    )
Company and HOFFMANN LAROCHE  )
INC., a New Jersey Corporation,      )
                                                   )
     Defendants.                 )
_____)

### AMENDED NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

      The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Court's Orders dated 11/06/06 [#142] and 11/30/06 [#159], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following documents, which contain information designated as confidential by the defendants ("Roche"):

    1.    Amgen Inc.'s Memorandum of Points and Authorities in Support of Its Motion to Compel Production of Documents, with Appendix A; and

    2.    Declaration of Krista M. Carter in Support of Plaintiff Amgen Inc.'s Memorandum in Support of its Motion to Compel, with exhibits.

      Pursuant to the Court's Orders, Roche has two (2) court days from receipt of these documents to either consent to the public filing of these documents or to seek a court order to seal these documents. In the event that Roche either consents to the public filing of these

DM1\728474.1

documents or the Court fails to approve their motion to seal within three (3) court days from the filing of Roche's motion to seal, Amgen will then proceed to publicly file the above-listed documents with the Court.

| | |
|---|---|
| Dated: December 14, 2006 | Respectfully Submitted,<br><br>AMGEN INC.,<br>By its attorneys, |
| Of Counsel:<br><br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>MarySusan Howard<br>Kimberlin L. Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | /s/ Patricia R. Rich<br>D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (617) 289-9200<br>Facsimile: (617) 289-9201<br><br>Lloyd R. Day, Jr.<br>DAY CASEBEER, MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220<br><br>William Gaede III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100<br><br>Michael F. Borun<br>Kevin M. Flowers<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on December 14, 2006.

                                            /s/ Patricia R. Rich
                                              Patricia R. Rich