# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 05 Civ. 12237 WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, ROCHE ) | |
| DIAGNOSTICS GmbH, and HOFFMANN- ) | |
| LA ROCHE INC., ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

This matter came before the Court upon a motion to compel filed by Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") on December 15, 2006. Having considered the memorandum in support of Roche's motion, plaintiff Amgen Inc.'s ("Amgen's") opposition, and all other submissions and arguments of the parties, **IT IS HEREBY ORDERED** that Amgen shall produce documents regarding the following topics in response to the following document requests:

| Document Topic | Corresponding Request For Production |
|---|---|
| Documents relating to and demonstrating Amgen's efforts in developing pegylated compounds, including pegylated G-CSF, pegylated MGDF, and pegylated NESP | 19, 20, 27-35, 58, 59, 70, and 105-112 |
| Documents relating to and identifying research and development of Amgen's Aranesp®, including those identifying its structure and biological activity | 20, 24-26, 31, 33-35, 42, 43, 45, 55, 56, 58-74, 78, 86, 87, 105-112, 114, 117 and 118 |

Dockets.Justia.com

**IT IS FURTHER ORDERED THAT** Amgen's general objections Nos. 10 (ESAs that are not erythropoietin) and 11 (Pegylated Compounds) are **OVERRULED**.

SO ORDERED on this _____ day of December, 2006.

                                                                             _____
The Honorable William G. Young
United States District Court
for the District of Massachusetts

03099/00501 588368.1