**EXHIBIT B**

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

DATE: December 13, 2006

| PLEASE DELIVER TO: | PHONE NO.: | FAX NO.: |
|---|---|---|
| **Howard S. Suh, Esq.**<br>Kaye Scholer LLP | 212.836.7203 | 212.836.6330 |
| cc: **Krista Carter, Esq.**<br>Day Casebeer Madrid et al. | 408.873.0110 | 408.873.0220 |
| **Sandip H. Patel, Esq.**<br>Marshall Gerstein & Borun | 312.474.6300 | 312.474.0448 |
| **Michael Gottfried, Esq.**<br>Duane Morris LLP | 617.289.9212 | 617.289.9201 |

FROM: William G. Gaede, III   PHONE: (650) 813-5035   REPLY FAX: (650) 813-5100

RE: *Amgen Inc. v. F. Hoffman-LaRoche LTD, et al.*
Case No. 05 CIV 12237 WGY

| NUMBER OF PAGES, INCLUDING COVER PAGE: 2 | Client Number: 041925-0023 |
|---|---|
| | Requestor #: 08364 |

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the below address by mail. Thank you.

**If you do not receive all of the pages, please call
Sender at the above-referenced phone number as soon as possible**

U.S. practice conducted through McDermott Will & Emery LLP.
3150 Porter Drive   Palo Alto, California 94304-1212   Telephone: 650.813.5000

# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Munich
New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

December 13, 2006

VIA E-MAIL AND FACSIMILE

Howard Suh, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen v. F. Hoffman-LaRoche LTD, et al.*
Case No. 05 CIV 12237 WGY

Dear Howard:

I write in response to your letter of today on our Monday December 11 meet and confer received by us approximately 2 hours after we had sent to you our letter responding to the issues we had discussed. Your letter did not address our letter, and therefore, I do not believe it is productive to go through your letter item by item. I further do not agree with your characterization of how issues were discussed, but suffice it to say, our earlier letter of today states our position. I invite you to respond to our letter.

Having reviewed your letter, I believe the only item requiring further response from Amgen is Roche's proposal to reduce the scope of its sales and cost requests to "be 1997 onward." Can you provide to me the justification for this date given that Roche is only now preparing to come onto the market? Your letter did not provide a rationale for this date from approximately ten years ago. Also, per my earlier letter, please direct all correspondence on these issues to Michele Moreland. Thanks.

Very truly yours,

*[signature]*

William G. Gaede, III

cc: Mike Gottfried, Esq.
Krista Carter, Esq.
Sandip H. Patel, Esq.

U.S. practice conducted through McDermott Will & Emery LLP.
3150 Porter Drive  Palo Alto, California  94304-1212  Telephone: 650.813.5000  Facsimile: 650.813.5100  www.mwe.com