**Milestones in Drug Therapy**
Michael J. Parnham
Jacques Bruinvels
Series Editors

# Erythropoietins and Erythropoiesis

## Molecular, Cellular, Preclinical, and Clinical Biology

G. Molineux
M.A. Foote
S.G. Elliott
Editors



Birkhäuser

Erythropoietins and Erythropoiesis
G. Molineux, M. A. Foote, and S. G. Elliott (Editors)

MDT

**Milestones in Drug Therapy**
**MDT**

**Series Editors**

Prof. Dr. Michael J. Parnham
PLIVA
Research Institute
Prilaz baruna Filipovica 25
10000 Zagreb
Croatia

Prof. Dr. J. Bruinvels
INFARM
Sweelincklaan 75
NL-3723 JC Bilthoven
The Netherlands

# Erythropoietins and Erythropoiesis

## Molecular, Cellular, Preclinical, and Clinical Biology

Edited by G. Molineux, M.A. Foote, and S.G. Elliott

Birkhäuser Verlag
Basel · Boston · Berlin

**Editors**

Graham Molineux
MaryAnn Foote
Steven G. Elliott
Amgen Inc
One Amgen Center Drive
Thousand Oaks
California 91320, USA

**Advisory Board**
J.C. Buckingham (Imperial College School of Medicine, London, UK)
D. de Wied (Rudolf Magnus Institute for Neurosciences, Utrecht, The Netherlands)
F.K. Goodwin (Center on Neuroscience, Washington, USA)
G. Lambrecht (J.W. Goethe Universität, Frankfurt, Germany)

**Library of Congress Cataloging-in-Publication Data**
Erythropoietins and erythropoiesis : molecular, cellular, preclinical, and clinical biology /
   G. Molineux, M. Foote, and S.G. Elliott.
     p. cm. -- (Milestones in drug therapy)
   ISBN 3-7643-6919-1
     1. Erythropoiesis. 2. Erythropoietin. 3. Recombinant erythropoietin. 4. Anemia--Treatment.
   I. Molineux, G. (Graham) II. Foote, MaryAnn. III. Elliott, S. G. (Steven G.), 1953- IV. Series.

   QP96.E79 2003
   612.1'11--dc21                                                    2003049784

**Bibliographic information published by Die Deutsche Bibliothek**
Die Deutsche Bibliothek lists this publication in the Deutsche Nationalbibliografie;
detailed bibliographic data is available in the Internet at <http://dnb.ddb.de>.

ISBN 3-7643-6919-1      Birkhäuser Verlag, Basel - Boston - Berlin

The publisher and editor can give no guarantee for the information on drug dosage and administration
contained in this publication. The respective user must check its accuracy by consulting other sources
of reference in each individual case.
The use of registered names, trademarks etc. in this publication, even if not identified as such, does
not imply that they are exempt from the relevant protective laws and regulations or free for general
use.
This work is subject to copyright. All rights are reserved, whether the whole or part of the material is
concerned, specifically the rights of translation, reprinting, re-use of illustrations, recitation, broad-
casting, reproduction on microfilms or in other ways, and storage in data banks. For any kind of use,
permission of the copyright owner must be obtained.

© 2003 Birkhäuser Verlag, P.O. Box 133, CH-4010 Basel, Switzerland
Member of the BertelsmannSpringer Publishing Group
Printed on acid-free paper produced from chlorine-free pulp. TCF ∞
Cover illustration: A secondary structure depiction of rHuEPO (see page 28).
Printed in Germany
ISBN 3-7643-6919-1

9 8 7 6 5 4 3 2 1                                http://www.birkhauser.ch

v

# Contents

List of contributors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  VII

Preface  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX


**I. Background and basic science**

*Lyonel G. Israels and Esther D. Israels*
Erythropoiesis: an overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

*MaryAnn Foote*
Studies of erythropoiesis and the discovery and cloning of
recombinant human erythropoietin  . . . . . . . . . . . . . . . . . . . . . . . . .  15

*Timothy Osslund and Rashid Syed*
Structural basis for the signal transduction of erythropoietin  . . . . . . .  25

*Christof Dame*
Molecular biology of the erythropoietin receptor in hematopoietic
and non-hematopoietic tissues  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  35

*Saghi Ghaffari, Lily Jun-shen Huang, Jing Zhang, and*
*Harvey F. Lodish*
Erythropoietin receptor signaling processes  . . . . . . . . . . . . . . . . . . . .  65

*Anne C. Heatherington*
Clinical pharmacokinetic properties of rHuEPO: a review  . . . . . . . . .  87

*Graham Molineux*
Biology of erythropoietin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  113

*Alice S. Chuck, Rohini R. Deshpande, Adrian R. Distler,*
*Shane A. Sander, and James E. Seely*
Commercial production of recombinant erythropoietins  . . . . . . . . . . .  133


**II. Clinical use of recombinant erythropoietins**

*Iain C. Macdougall*
Use of recombinant erythropoietins in the setting of renal disease  . . .  153

VI                                                              Contents

*John Glaspy*
Erythropoietic therapy in the practice of oncology  . . . . . . . . . . . . . . .  163

*Robert T. Means, Jr.*
Use of recombinant erythropoietins for the treatment of anemia
of chronic disease  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  185

*Fred D. Cushner*
Use of erythropoietins in the surgical setting  . . . . . . . . . . . . . . . . . .  197

*Don H. Catlin, Caroline K. Hatton, and Françoise Lasne*
Abuse of recombinant erythropoietins by athletes  . . . . . . . . . . . . . . .  205

*Patrick Mayeux and Nicole Casadevall*
Antibodies to endogenous and recombinant erythropoietin  . . . . . . . .  229

*Steven G. Elliott*
New molecules and formulations of recombinant human
erythropoietin  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  241

Glossary and abbreviations  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  259

Index  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  263

# List of contributors

Nicole Casadevall, Hôpital de l'Hôtel-Dieu, Service d'Hématologie Biologique, INSERM U362, 1, Place du Parvis Notre Dame, 75181 Paris cedex 4, France; e-mail: nicole.casadevall@htd.ap-hop-paris.fr

Don H. Catlin, UCLA Olympic Analytical Laboratory, Department of Molecular and Medical Pharmacology, University of California, Los Angeles, 2122 Granville Ave, Los Angeles, CA 90025, USA; e-mail: Dcatlin@ucla.edu

Alice S. Chuck, Amgen Inc., ATO Process Development, One Amgen Center Drive, M/S 18S-1-A, Thousand Oaks, California 91320, USA; e-mail: achuck@amgen.com

Fred D. Cushner, Beth Israel Medical Center, 170 East End Avenue, New York, NY 10128, USA; e-mail: fcush@att.net

Christof Dame, Division of Neonatology, Department of Pediatrics, University of Florida, Gainesville, Florida, USA; and Department of Neonatology, Humboldt University, Charité Campus Virchow, Augustenburger Platz 1, D – 13353 Berlin, Germany; e-mail: christof.dame@charite.de

Rohini R. Deshpande, Amgen Inc., Protein Science, One Amgen Center Drive, M/S 14-2-C, Thousand Oaks, California 91320, USA; e-mail: rohinid@amgen.com

Adrian R. Distler, Amgen Inc., ATO Process Development, One Amgen Center Drive, M/S 30W-3-A, Thousand Oaks, California 91320, USA; e-mail: adistler@amgen.com

Steven G. Elliott, Amgen Inc., One Amgen Center Drive, M/S 29-1-A, Thousand Oaks, CA 91320, USA; e-mail: selliott@amgen.com

MaryAnn Foote, Medical Writing, Amgen Inc., One Amgen Center Drive, M/S 17-2-A, Thousand Oaks, CA 91320, USA; e-mail: mfoote@amgen.com

Saghi Ghaffari, Whitehead Institute for Biomedical Research, Nine Cambridge Center, Cambridge, MA 02142, USA; and Mount Sinai School of Medicine, One Gustave L. Levy Place, New York, NY 10029, USA; e-mail: ghaffari@wi.mit.edu

John Glaspy, Division of Hematology/Oncology, UCLA School of Medicine, 200 UCLA Medical Plaza, Suite 202, Los Angeles, CA 90095-6956, USA; e-mail: jglaspy@mednet.ucla.edu

Caroline K. Hatton, UCLA Olympic Analytical Laboratory, Department of Molecular and Medical Pharmacology, University of California, Los Angeles, 2122 Granville Ave, Los Angeles, CA 90025, USA; e-mail: ckhatton@aol.com

Anne C. Heatherington, Amgen Inc., One Amgen Center Drive, M/S 30E-0-A, Thousand Oaks, California 91320, USA; e-mail: anneh@amgen.com

VIII                                                            List of contributors

Esther D. Israels, Department of Pediatrics and Child Health, University of
Manitoba, 675 McDermot Avenue, Winnipeg, MB Canada R3E 0V9

Lyonel G. Israels, University of Manitoba and Manitoba Institute of Cell
Biology, 675 McDermot Avenue, Winnipeg, MB Canada R3E 0V9; e-mail:
lisraels@umanitoba.ca

Lily Jun-shen Huang, Whitehead Institute for Biomedical Research, Nine
Cambridge Center, Cambridge, MA 02142, USA

Françoise Lasne, Laboratoire Nationale de Dépistage du Dopage, 143, Avenue
Roger Salengro, 92290 Châtenay-Malabry, France; e-mail:
f.lasne@lndd.com

Harvey F. Lodish, Whitehead Institute for Biomedical Research, Nine
Cambridge Center, Cambridge, MA 02142, USA; and Massachusetts
Institute of Technology, 77 Massachusetts Avenue, Cambridge, MA 02139-
4307, USA; e-mail: Lodish@wi.mit.edu

Iain C. Macdougall, Renal Unit, King's College Hospital, East Dulwich
Grove, London SE22 8PT, UK; e-mail: icm-kru@globalnet.co.uk

Patrick Mayeux, Institut Cochin, Département d'Hématologie, INSERM
U567, Université René Descartes, Hôpital Cochin, 27 rue du Faubourg
Saint-Jacques, 75014 Paris, France; e-mail: mayeux@cochin.inserm.fr

Robert T. Means, Jr., Hematology/Oncology Division, Ralph H. Johnson
Veterans Affairs Medical Center and the Medical University of South
Carolina, 903 CSB, 96 Jonathan Lucas Street, Charleston, SC 29425, USA;
e-mail: meansr@musc.edu

Graham Molineux, Amgen Inc., One Amgen Center Drive, M/S 15-2-A,
Thousand Oaks, California 91320, USA; e-mail: grahamm@amgen.com

Timothy Osslund, Amgen Inc., One Amgen Center Drive, M/S 14-2-B,
Thousand Oaks, California 91320, USA; e-mail: osslund@amgen.com

Shane A. Sander, Amgen Inc., ATO Process Development, One Amgen Center
Drive, M/S 30E-0-B, Thousand Oaks, California 91320, USA; e-mail:
ssander@amgen.com

James E. Seely, Amgen Inc., ACO Process Development, M/S AC-24F,
Longmont, Colorado 80503, USA; e-mail: jseely@amgen.com

Rashid Syed, Amgen Inc., One Amgen Center Drive, M/S 14-2-B, Thousand
Oaks, CA 91320, USA; e-mail: rsyed@amgen.com

Jing Zhang, Whitehead Institute for Biomedical Research, Nine Cambridge
Center, Cambridge, MA 02142, USA

Erythropoietins and Erythropoiesis
ed. by G. Molineux, M.A. Foote, and S.G. Elliott
© 2003 Birkhäuser Verlag/Switzerland

# New molecules and formulations of recombinant human erythropoietin

Steven G. Elliott

*Amgen Inc., One Amgen Center Drive, M/S 29-1-A, Thousand Oaks, CA 91320, USA*

## Introduction

Recombinant human erythropoietin (rHuEPO), is a glycoprotein hormone commonly used for the treatment of anemia associated with chronic kidney disease [1–3]. It is also indicated for the treatment of anemia associated with cancer, human immunodeficiency syndrome virus (HIV) infection, and for use in surgical situations to reduce allogeneic blood transfusion requirements. (For further information see Chapters 9, 10, 11, and 12). A number of studies have shown that rHuEPO is well tolerated and effective at ameliorating anemia, restoring energy levels, and improving patient quality of life in these indications. The clinical benefits of rHuEPO are well understood and appreciated.

The endogenous EPO protein is naturally optimized for maintenance of hemostasis in the body where the protein can be produced on demand in the amounts needed. However, that which is optimal for natural *in vivo* production may be sub-optimal in the context of clinical intervention. For example, rHuEPO must be administered frequently by injection to be efficacious. The discomfort of injections and the inconvenience to the patient and healthcare provider burdens both groups.

Approaches to enhancing a drug's properties have included new formulations and delivery systems of the existing drugs whereby the circulating concentration of the drug is maintained for extended periods of time (sustained delivery). Such improvement can be accomplished in several ways, including use of pumps or slow-release formulations. Alternatively, proteins can be modified chemically with attached polymers that confer a longer half-life (sustained duration of action). Attempts to modify the protein itself by *in vitro* mutagenesis or through protein fusions to other peptides or protein hormones have been explored. Glycoengineering has been successfully applied to rHuEPO. With this process, new carbohydrate attachment points are introduced into the protein, increasing the amount of attached carbohydrate and increasing *in vivo* activity and serum half-life without substantially lowering *in vitro* activity. The new molecule can be administered with extended dosing intervals with no loss of efficacy.

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 12 of 29

The inherent limitations of rHuEPO due to its peptidic composition or mechanism of action can potentially be bypassed entirely with new molecular entities such as small molecules or antibodies (EPO mimetics). These compounds may have advantageous biological or chemical properties not present in rHuEPO, such as an oral route of delivery, (small molecule), or structural conformations that hold little in common with EPO, thus exploiting different routes of elimination. Finally, stimulation of erythropoiesis by mechanisms different from those of rHuEPO, such as those steps upstream or downstream from receptor activation step, have been attempted. This chapter discusses new molecules being considered or developed and their limitations, if any.

## Considerations of new formulations and drug entities

The purpose of any therapeutic intervention is to treat the patient without causing harm, and rHuEPO has been particularly successful in this regard. The molecule is very effective at stimulating erythropoiesis with minimal side-effects. This excellent safety profile has created a high standard against which any new erythropoiesis-stimulating molecule will be measured. Not only should a new drug entity have improved properties, but it should also match the excellent safety profile of rHuEPO. The preferred properties of any new drug or formulation include retention or increase in efficacy and lack of new or unwanted side-effects or toxicities.

One particular concern is anti-EPO antibodies [4]. (See Chapter 14 for further information.) Antibody formation to new drug entities is important not only because the drug may lose efficacy, but also because such antibodies might cross-react with endogenously produced EPO resulting in pure red cell aplasia, a very serious and severe form of anemia. Potential causes for antibody formation not only include the structure of the molecule itself, but also the breakdown products or aggregates generated during manufacturing or storage. Accordingly, new drugs should be designed and manufacturing procedures put in place to minimize this risk.

## EPO molecules with altered activity

One approach to increase activity of EPO is to alter the interaction with the EPO receptor (EPOR). EPO activates erythroid precursor cells by binding and activating EPOR on the surface of erythroid progenitor cells [5]. (See Chapters 3 and 5 for further discussion.) Receptor activation occurs through homodimerization, whereby the two EPOR binding sites on a single EPO molecule crosslink two EPOR [6]. The two binding sites on rHuEPO have different affinities, high (approximately 1 nM) and low (approximately 10 µM) [7]. Initial binding is to the high-affinity binding site, followed by homodimerization of the receptor by binding to the low-affinity binding site [8].

Molecules that alter or increase affinity at either of the two sites can have increased activity.

Despite numerous attempts to identify them, no erythropoietic molecules suitable for clinical development have been reported that increase biological effect as a consequence of increased receptor affinity. The reasons are several-fold. First is the theoretical concern that antibodies, were they to develop in patients, may be targeted to the changed region of the molecule and would be neutralizing because they would interfere with the EPO:EPOR interaction. Should these antibodies cross-react with endogenous EPO, pure red cell apla-sia would likely result. A second reason is that increased affinity does not always translate into increased *in vivo* activity because there are additional requirements beyond receptor binding required to effect a biologic response *in vivo*. Each receptor-binding event is transient because EPO:EPOR complexes are rapidly internalized and degraded [9, 10]. In addition, the EPOR-signaling pathway is down-modulated shortly after activation [10–12]. Thus, *in vivo* ery-thropoiesis requires continuous stimulation of multiple EPOR through multi-ple binding events. As a consequence, molecules cleared quickly have low *in vivo* activity. For example, increased *in vitro* activity and increased receptor affinity have been observed with EPO analogs that remove sialic acid from carbohydrates or remove *N*-linked carbohydrates entirely [13, 14]; however, these molecules have reduced *in vivo* activity due to a more rapid clearance [13, 15]. Increased concentrations can partially compensate for the increased clearance; however, these compounds must be administered more frequently to be fully efficacious.

Changes in rHuEPO amino acid sequence can result in increased stability. These changes can include removal of amino acids that are unstable (trypto-phan [16]); or are subject to oxidation (methionine), deamidation (asparagine), or changes that confer increased conformational stability, such as those that stabilize alpha helices or connecting loops. Such molecules may be more amenable to long-term storage or suitable for formulations where more stable EPO molecules are essential, such as in slow-release formulations or automat-ed delivery systems. Removal of proteolytic cleavage sites by *in vitro* mutage-nesis can enhance *in vivo* stability. It may be possible to remove antigenic sites, thereby reducing immunogenicity.

Compounds that bind through the high-affinity site but do not dimerize because of reduced binding at the low-affinity site can function as antagonists [8]. Such molecules may have some clinical utility for treatment of EPO responsive polycythemias, and several such molecules have been described [8, 17].

### Molecules with increased serum half-life

A longer duration of action can allow for reduced frequency of administration. One approach that has been successfully applied to rHuEPO is glycoengineer-

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 14 of 29

ing [18]. Glycoengineered molecules bind and activate EPOR in the same manner as rHuEPO, resulting in similar biological responses while at the same time reducing clearance and enhancing activity [19]. Other strategies to increase duration of action of EPO included chemical modifications, such as the addition of a polyethylene glycol molecule (pegylation) or gene fusions between EPO and other proteins. In these cases, the goal is to reduce clearance rate by increasing hydrodynamic size.

### Glycoengineering

rHuEPO is a glycoprotein hormone consisting of approximately 40% carbohydrate [20]. The carbohydrate component consists of three $N$-linked carbohydrates attached to Asp at amino acid positions 24, 38, and 83, and an $O$-linked carbohydrate attached to Ser at amino acid position 126 [20] (Fig. 1). Unlike the invariant protein sequence, the carbohydrate is variable in structure, resulting in glycoforms with modest differences in sizes, structures, and sugar content [22, 23]. A typical $N$-linked carbohydrate made by mammalian cells is



Figure 1. Amino acid sequence of human erythropoietin. Recombinant human erythropoietin (rHuEPO) is 165 amino acids in length [21]. Disulfide bonds (-S-S-) join Cys7 to Cys161 and Cys29 to Cys33. The 3 $N$-linked glycosylation attachment points are at Asn24, Asn38, and Asn83 and the $O$-linked carbohydrate is attached to Ser126. Forked structures schematically depict the attached carbohydrates.

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 15 of 29

branched with two to four arms. The end of each arm is usually capped by a sialic acid; sialic acid content exhibits microheterogeneity in the different glycoforms. The sialic acid is of importance because it is the only negatively-charged sugar on the carbohydrate. Variations in the amount of sialic acid can affect the electrostatic properties of the molecules to which it is attached.

The carbohydrate is essential for *in vivo* but not for *in vitro* biological activity [13, 24]. The sialic acid component of carbohydrate, in particular, plays a critical role in the *in vivo* biological activity of rHuEPO. Removal of sialic acid from the carbohydrate of EPO results in almost complete loss of *in vivo* activity [14, 25]. Studies on glycoforms of rHuEPO containing different sialic acid contents demonstrated a direct relationship between increased sialic acid content and increased *in vivo* activity [19]. The increased *in vivo* activity was due to an increased serum half-life of the molecule and not increased receptor affinity. The theoretical maximum number of sialic acids on rHuEPO is 14 (up to four sialic acids for each of the three *N*-linked carbohydrates and up to two sialic acids for the *O*-linked carbohydrate) [23]. It was hypothesized that *in vivo* activity may be increased beyond that observed with rHuEPO by adding new sialic acid containing *N*-linked carbohydrates. Each new *N*-linked chain could add up to four additional sialic acids.

To add more *N*-linked carbohydrate, new *N*-linked glycosylation sites were introduced into the amino acid sequence of EPO. *N*-linked carbohydrate is attached to an Asn present in the consensus sequence Asn-Xxx-Ser/Thr (where Xxx can be any amino acid except proline) [26]. This sequence is necessary but not sufficient for *N*-linked carbohydrate addition [27]. During synthesis of a glycoprotein, appropriate consensus sequences are recognized by oligotransferases in the cell, resulting in attachment of carbohydrate. This carbohydrate is subsequently modified by the action of additional intracellular enzymes. The protein is then secreted from the cell into the circulation [28].

For the purpose of potentially developing a new drug with properties superior to then available products, it became apparent that simply adding an *N*-linked consensus sequence to rHuEPO would not be sufficient. The changes needed to be introduced in such a way that the resultant molecule was efficiently glycosylated and retained activity, conformation, and stability. To increase the likelihood of success, the amino acid changes were introduced into a region of the molecule distal to the receptor-binding site to ensure that the molecule would efficiently activate EPOR. This effort was aided by structure-function studies that defined the active sites of rHuEPO and determination of amino acids important for maintenance of structure [17, 29, 30].

EPO glycosylation analogs with introduced *N*-linked glycosylation consensus sequences were constructed and tested [18]. Several candidates containing additional carbohydrate had acceptable activity and conformation characteristics. Two of these consensus sequences (Asn30-Thr32 and Val87-Asn88-Thr90) were combined to generate a new molecule with two additional *N*-linked carbohydrates. This molecule (darbepoetin alfa) had near-normal *in vitro* activity, was glycosylated efficiently, and had a similar conformation and

stability to rHuEPO. The carbohydrate content was increased from 40% to 51%, the size from approximately 30 Kd to approximately 37 Kd, and the maximum number of sialic acids was increased from 14 to 22.

Studies in mice administered darbepoetin alfa revealed that more rHuEPO was required to obtain a response similar to that of darbepoetin alfa [18, 19]. In pre-clinical studies, animals were administered rHuEPO or darbepoetin alfa at various dose intervals. The relative *in vivo* activity difference of rHuEPO and darbepoetin alfa increased as the dosing interval increased. Three-fold more rHuEPO than darbepoetin alfa was required to elicit a similar response when the drugs were administered three times per week. This difference increased to 13-fold when the molecules were administered at weekly intervals [19]. The increased *in vivo* activity and the differing potencies with changes in dose interval could be explained by an observed three-fold increase in serum half-life of darbepoetin alfa over rHuEPO [19, 31]. The observation that the serum half-life increased in proportion to the number of added carbohydrate chains indicated that the carbohydrate directly affected clearance. Testing in humans mirrored the results found in animals. The serum half-life of darbepoetin administered intravenously was increased approximately three-fold [31]. In clinical trials, patients were converted from rHuEPO administered two to three times per week to darbepoetin alfa administered once per week or from weekly rHuEPO to once-every-other-week darbepoetin alfa. The hemoglobin concentrations were successfully maintained with the less frequent dosing schedule [32, 33]. More recently, clinical results suggest that hemoglobin concentrations can be successfully maintained when darbepoetin alfa is administered at once every three to four weeks dosing intervals [34].

One theoretical concern with any alteration in a protein's amino acid sequence or structure is immunogenicity. Several characteristics of darbepoetin alfa and its methods of manufacture, minimize the potential for antibody formation. The particular amino acid substitutions in darbepoetin alfa had a minimal effect on structure and stability. The carbohydrate and sialic acid content of the material selected during the purification process was maximized for several reasons: first, the higher carbohydrate content enhances the *in vivo* activity. Secondly, carbohydrate can increase solubility and stability of proteins thereby inhibiting formation of aggregates and other byproducts [35–38]. Finally, *N*-linked carbohydrate is large relative to the peptide backbone giving the carbohydrate a "shielding" effect potentially inhibiting antibody formation. Antibody formation was monitored during clinical trials with darbepoetin alfa and in all patient samples examined, no neutralizing antibody was detected [33, 39].

## Pegylation

Pegylation of proteins has been used successfully to increase serum half-life of proteins [40]. Pegylation involves chemical attachment of the polymer, polyethylene glycol (PEG), to reactive regions of proteins or carbohydrates.

Case 1:05-cv-12237-WGY   Document 172-9   Filed 12/15/2006   Page 17 of 29

Pegylated molecules have an increased hydrodynamic size because they create a "water shell" around the molecule. The attachment of PEG is thought to improve solubility and possibly reduce immunogenicity due to shielding by the conjugate. In addition, the increased hydrodynamic size can result in reduced clearance and thus increase *in vivo* activity.

Mixing activated polyethylene polymers with proteins under appropriate chemical reaction conditions produces pegylated proteins. The duration of the drug development process using this strategy is relatively short because existing starting materials can often be used for the chemical reaction. PEG is thought to be relatively inert and non-immunogenic by itself, so it is a suitable starting material for protein-conjugate therapeutics.

One issue with drugs made by solution or solid-phase chemistry can be poor specificity of conjugation in the chemical reaction or generation of undesirable by-products. Many pegylation chemistries have been tried to reduce undesirable by-products, improve the specificity and efficacy of PEG attachments, and minimize immunogenicity risk of the protein conjugate while maximizing the *in vitro* and *in vivo* activity of the resultant molecule [41]. The current chemistries typically target the reactive amino groups on Lys or the amino terminal amine. rHuEPO has eight Lys, some of which are part of the active site [17]. Therefore, some pegylated EPO molecules conjugated to Lys may have low activity because PEG may interfere with receptor binding and activation. Other pegylated EPO molecules may have low activity because attached polymer results in structural alterations that interfere with receptor interaction.

Analogs of proteins can be made to increase specificity. For example, Cys substitutions at targeted regions can allow addition of the conjugate with high specificity to the sulfhydryl group [42, 43]. Another strategy is to make pegylated EPO synthetically: During synthesis, a PEG-conjugated amino acid could be introduced instead of the unconjugated amino acid. This approach allows specific targeting of particular amino acid positions for PEG attachment, such as the glycosylation sites, and reduces heterogeneity and the potential for loss of *in vitro* activity. It is not clear that these molecules will retain the same stability, *in vivo* activity, and lack of immunogenicity as their glycosylated counterparts, however.

## Fusion proteins

Several EPO gene fusion proteins have been reported, including EPO/interleukin-3 (IL-3) [44], and EPO/granulocyte-macrophage colony-stimulating factor (GM-CSF) [45]. The theory behind creation of such molecules is that they can impart to the fusion protein biologic properties of both molecules. One can imagine that co-administration of an early-acting growth factor such as rHuIL-3 with rHuEPO can increase efficacy of rHuEPO. The fusion protein being larger may impart increased activity for both partners because of reduced clearance. The fusion protein also ensures that both molecular entities

are simultaneously present. Simultaneous administration by fusing two drugs can simplify administration, especially when the two proteins have different pharmacokinetic parameters. The ability to independently adjust dosing of the fusion partners is lost, however. Furthermore, the difficulty in retaining a non-immunogenic structure has been a challenge and neither EPO/IL-3 nor EPO/GM-CSF fusion molecules have been approved for use in humans.

EPO dimer has been generated as a potential therapeutic [46, 47]. In general, the increased size can reduce clearance because of slowed transport out of the serum compartment [46]. EPO dimer may also have increased *in vitro* activity due to altered avidity to the receptor [48].

The two protein partners are typically joined by a linker peptide that included Gly, Ala, and Ser. These three amino acids are thought to result in linkers that are flexible and relatively inert, allowing independent folding of the two proteins into their appropriate three-dimensional structures. Full *in vitro* activity of both proteins in fusion proteins does not always occur [44]. The fusion proteins have been reported to have increased risk of immunogenicity [49], presumably because of altered folding or stability.

## EPO mimetics

rHuEPO is currently administered by either subcutaneous or intravenous injection. Because of its large size and peptidic nature, delivery by other routes such as oral or transdermal or by inhalation can be quite challenging. The potential use of rHuEPO for treatment of neuronal trauma by promoting neuronal survival [50] is limited by its poor transport across the blood brain barrier [51]. One possible solution is a small molecule, an EPO mimetic, capable of stimulating EPOR. EPO mimetics are compounds that mimic the activity of EPO but bear no structural homology. EPO mimetics can have new biological or biophysical properties not present in EPO. Designed appropriately, such a compound has the potential to be delivered by routes that are more convenient than currently in use for rHuEPO.

Significant challenges are associated with the identification and development of a useful small molecule EPO mimetic. First, the need to be small to be delivered orally is confounded by the need to be large enough to have sufficient affinity for EPOR to be effective. The compound must have appropriate pharmacokinetic parameters so that it persists sufficiently long in the serum to be efficacious. Finally, the compound should not have unwanted side-effects due to either toxicities of the compound itself or breakdown products of it. In spite of these challenges, work has proceeded and progress has been made in attempts to identify lead compounds that may be amenable to oral delivery.

Several strategies have been used to identify EPO mimetics. The first is to screen peptide and small molecule libraries for those compounds that can stimulate erythropoiesis using *in vitro* bioassays as screens. According to this strategy, an understanding of the mechanism of activation is not necessary, and

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 19 of 29

compounds active in the assay may activate EPOR by a different mechanism than by rHuEPO. Another strategy is to identify molecules that directly bind to and agonize EPOR in a manner similar to that of rHuEPO. The latter strategy can be performed in two steps: the first step is to identify compounds that bind EPOR and the second step is to covalently link the compounds into bivalent dimers that can agonize the receptor by EPOR homodimerization.

The latter strategy takes advantage of the observation that an EPOR mutant containing an Arg129 to Cys129 mutation was constitutively active [52]. A disulfide bond formed between the Cys129 residues on the receptors resulted in homodimerization and receptor activation demonstrating that EPO was not essential for receptor activation (Fig. 2). X-ray crystallography results demonstrated that EPOR forms a 2:1 complex with EPO [57]. Each receptor uses the same region on its surface to bind to two surfaces on EPO, resulting in receptor homodimerization. Further confirmation of the homodimerization mechanism was the discovery of agonist monoclonal IgG antibodies that could homodimerize EPOR [53]. Anti-EPOR antibodies activated because they were bivalent, had two binding sites, and could simultaneously bind and cross-link two EPOR (Fig. 2). Monovalent, Fab fragments could bind but did not agonize



Figure 2. Mechanism of erythropoietin receptor (EPOR) activation. EPOR are homodimerized because of the two asymmetric receptor-binding sites on rHuEPO. EPO binding results in phosphorylation of EPOR, JAK-2 recruitment, and phosphorylation of JAK-2. The activation of JAK-2 results in downstream signaling events. Hematopoietic cell phosphatase (HCP) can bind the activated (phosphorylated) receptor resulting in dephosphorylation of JAK-2, thereby terminating signal transduction. The EPO mimetic compounds; agonist antibody [53], EPO dimer [46, 47], EPO mimetic peptide [54], compound 5 [55], and small-molecule mimetics [55, 56] can all homodimerize and activate EPOR in a manner similar to that of rHuEPO.

S.G. Elliott

the receptor, confirming a requirement for bivalent binding. Wrighton and colleagues screened peptide phage libraries and one peptide was identified that could bind and agonize EPOR [54]. This peptide, AF11154, had no homology to EPO. It self associates into dimers to form a bivalent molecule that could homodimerize EPOR in a 2:2 mimetic:EPOR complex [58]. Additional sequence modification of this peptide resulted in EMP1, a 20-amino acid peptide with an approximate 50-fold increase in affinity over the starting peptide (Tab. 1). The affinity was increased more by covalent linkage of the peptide [59]. The activity of this peptide was still significantly lower (500-fold) than that of rHuEPO when tested in an *in vitro* bioassay. In addition, the *in vivo* activity was very low (25,000-fold less than rHuEPO). This work demonstrated, however, that a molecule smaller than rHuEPO could successfully dimerize and activate the receptor. An attempt to discover other EPO agonist peptides by another group was also successful [61]. The *in vitro* activity was not increased, however, and the size of this peptide was not decreased compared with EMP1.

One explanation for the low *in vivo* activity of mimetic peptides is their rapid clearance. One group addressed this problem by creating a fusion protein between EMP1 and a larger protein, plasminogen activator inhibitor (PAI1)[60], resulting in an increase in molecular weight from 4.8 Kd to 66 Kd. The *in vivo* activity was significantly increased (2500-fold); its *in vivo* activity, however, was still significantly less than that of rHuEPO (100-fold) and the ability to be delivered orally was compromised by the size increase.

The peptide mimetics described above are significantly larger (4.2 Kd) than the preferred size of an orally bioavailable compound (<0.6 Kd). These peptides may be used to design lead compounds of smaller size. Some small molecule agonists have been isolated based on the EMP1 structure [56]; however, their *in vitro* activities were low (Tab. 1). An independent approach was to directly screen for small-molecule EPO mimetics that could dimerize EPOR. Small molecule libraries containing compounds with two-fold symmetry were screened to find dimerizing compounds that agonize the receptor [55, 63]. This strategy did not result in discovery of agonist compounds, however. A small molecule (compound 1, approximately 5 Kd) that bound but did not agonize EPOR was discovered. Compound 1 was made active *in vitro* by oligomerizing it with a multivalent crosslinker resulting in a molecule (compound 5) containing eight compound-1 molecules joined together. Compound 5 binding to EPOR was increased somewhat (10-fold) over that of compound 1; however, the size (6.4 Kd) was greater than that required to be orally bioavailable. In addition, its *in vitro* activity was low relative to rHuEPO and the compound had toxicity. The feasibility of the small-molecule approach to discovery of small molecules that could agonize EPOR was demonstrated, however.

Further progress in development of small molecule EPO mimetics has been slow. Progress has been made with the development of small molecules that can agonize other cytokine receptors including granulocyte colony-stimulating factor receptor [64] and insulin receptor [65]. The insulin mimetic is noteworthy in that it is orally active in rodents [66]. This work demonstrates that small

New molecules and formulations of recombinant human erythropoietin                    251

Table 1. Activity of erythropoietin and mimetics

| Compound | MW (Kd) | In vitro activity (EC50) | Binding (IC50) | In vivo activity (U/mg) | Relative difference in activity (molar) | Notes | Ref |
|---|---|---|---|---|---|---|---|
| rHuEPO | 18,200 | 5–10 pM | 100 pM | >100,000 | 1 | peptide monomer | [20,53] |
| EMP1 | 4200 | 400 nM | 200 nM | 2 | 25,000 | peptide dimer | [54, 58] |
| EMP dimer | 4800 | approx 20 nM | approx 2 nM | 200 | 250 | peptidedimer | [59] |
| EMP-PAI1 | 63,000 | NA | NA | 5000 | 100 | peptide dimer | [60] |
| ERP | 3085 | 100 nM | approx 1 nM | NA | NA | peptide dimer | [61] |
| ERB | 2170 | approx 3 nM | 45 nM | NA | NA | peptide monomer | [62] |
| EPO Mab 71 | 150,000 | 200 pM | 1 nM | NA | NA | peptide dimer | [53] |
| Compound 1 | 500 | 0 | 60 µM | NA | NA | nonpeptide monomer | [55, 63] |
| Compound 5 | 6400 | 1–5 nM | 4 µM | NA | NA | nonpeptide dimer | [55] |
| A1B10C1 | 2100 | 1–10 nM | NA | NA | NA | nonpeptide dimer | [56] |

EC, extracellular; IC, intracellular.

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 22 of 29

molecules can be identified that can activate cytokine receptors and retain properties suitable for oral delivery.

## EPO mimetics without homodimerization

Difficulties with development of small molecules that activate EPOR by dimerization can be bypassed by targeting a different mechanism. One report describes a peptide that activates EPOR by binding to a domain on EPOR similar to major histocompatibility complex (MHC) peptides (Fig. 2). This 23-amino acid peptide is reported to have both *in vitro* and *in vivo* EPO activity [62]. The molecule appears to activate by binding EPOR at a region distal to its binding site (transmembrane domain), suggesting that it activates differently than does rHuEPO. The mechanism may be similar to that of the virus envelope protein, gp55, that also activates·EPOR by an interaction with the EPOR transmembrane region [67, 68]. The nature of how activation EPOR occurs by gp55 is not understood.

Another approach to mimetic discovery is to modulate steps downstream from receptor activation such as by inhibiting hematopoietic cell phosphatase (HCP) [69, 70]. HCP is an enzyme that dephosphorylates JAK-2, a kinase that is part of the EPO signal transduction cascade [5]. JAK-2 is normally activated (phosphorylated) as a consequence of EPOR activation. HCP binds to activated (phosphorylated) EPOR and then dephosphorylates JAK-2, terminating signal transduction. Truncated EPOR lack the HCP binding site, and thus HCP cannot dephosporylate JAK-2, resulting in hypersensitivity of the receptor to EPO. EPOR truncations have been described in humans whereby the affected individuals have increased hemoglobin concentrations but very low EPO concentrations due to a hypersensitive EPOR [71, 72]. These observations suggest that small molecule antagonists of HCP may result in increased EPOR activity that increases erythropoiesis in the absence of added EPO.

One concern of HCP inhibitors relates to observations associated with HCP mutations in mice. These mice (motheaten) have a defective *HCP* gene [73] and have multiple hematopoietic abnormalities, including increases in macrophages, lymphocytes, and erythrocytes. HCP is a negative regulator for several different cytokine receptors besides EPOR [69, 70, 74, 75]. Although HCP inhibitors may be effective at increasing erythroid cell number, increases in cell number of other hematopoietic cells may limit the usefulness of these compounds.

## Gene therapy

Controlled delivery of *EPO* genes to humans is another promising approach for EPO therapy. Early work in this field depended on direct injection of plasmid DNA containing constitutively active *EPO* genes into the muscles of mice

[76], resulting in a measurable increase in hematocrit. Several concerns became apparent from these studies, including inefficient and variable delivery of the *EPO* gene and subsequent variations in EPO concentration. EPO expression also decreased over time. Expression systems and gene delivery methods with improved efficiency have been reported [77–80]. Current *EPO* gene therapy protocols require repeated administration of EPO genes. In addition there is concern that the therapy may be irreversible or result in altered gene expression resulting in tumorigenicity. Over-expression of *EPO* genes could result in polycythemia with little ability to correct the condition.

The efficiency and irreversibility concerns have been addressed by developing implantable capsules containing EPO-expressing cells [81]. The capsules can be removed, halting EPO delivery. A further improvement would be to construct vectors whereby EPO expression is controlled by a small molecule such as tetracycline, enabling increased EPO expression in response to oral administration of the gene activator [82]. Controlled expression of the *EPO* gene has been demonstrated in mice using tetracycline [77, 78, 83], mifepristone [84], or rapamycin [85]. Additional advances are the development of vectors where EPO expression is controlled by oxygen tension [82], or methods that target the kidney for gene transfer [86]. Despite these advances, safe and controlled EPO delivery using gene therapy methods suitable for human use remains a distant but tantalizing opportunity.

## New formulations and devices

Endogenous EPO concentration is exquisitely controlled in the body by rapid changes in expression. In contrast, protein therapeutics are placed in a non-physiologic environment for extended periods of time, which in some instances may be years. Safe storage in any formulation requires that conditions and formulations be designed to minimize formation and accumulation of unnatural breakdown products or alterations in EPO structure. Inappropriate formulations that do not maintain the integrity of the product can risk exposing the patient to an abnormal form of the protein.

Formulations containing rHuEPO have been successfully developed and used safely and effectively for more than a decade. Despite the success of current formulations, change is sometimes required to keep up with regulatory or safety concerns or to allow for new technologies, such as new devices or delivery systems. Such manufacturing and formulation changes included removal of excipients such as human serum albumin or bovine-derived products.

Prolonged stimulation of erythropoiesis is one desirable property that may be addressed by new delivery systems, including devices that allow controlled release of rHuEPO over a long time. This approach necessitates that the molecule remain stable in the device for a prolonged period of time. Another approach is to introduce rHuEPO into a biodegradable matrix that degrades slowly over time (slow release) [87, 88]. This strategy requires development of

S.G. Elliott

methods to immobilize rHuEPO in a matrix, such as microparticles, that breakdown at predictable rates and release the product in a controlled manner.

The use of an appropriate slow-release process has not been successful for several reasons. The main one is a requirement that the protein remain intact and unchanged during both the processing of the material and during the prolonged exposure in the body. Protein integrity is a particularly difficult requirement in biodegradable matrices because the protein is in a concentrated hydrated state at physiologic temperatures for extended periods of time. Small amounts of contaminating rHuEPO aggregates, misfolded rHuEPO, or breakdown products may compromise not only efficacy but also safety (immunogenicity). Another concern is that too rapid breakdown of the matrix may result in excessive delivery resulting in an overdose.

## Conclusions

Nearly two decades have passed from the heady days when the *EPO* gene was cloned and rHuEPO was first administered to a patient. Recombinant HuEPO has proven to be a safe and efficacious molecule for EPO replacement therapy, setting the bar high for any improvements that may follow. Nonetheless there remains a desire for better erythropoietic molecules, new formulations, or more useful delivery systems. The discovery, development and regulatory approval of darbepoetin alfa shows that it is possible to improve EPO replacement therapy in a safe and effective manner. In this case, darbepoetin alfa performs the same function as rHuEPO, but has increased *in vivo* activity and reduced serum clearance, and a similar safety profile. Further progress is anticipated as new devices that can simplify the administration of these drugs are developed. Additional changes in rHuEPO or in formulations are anticipated that may need to be developed to allow effective use of these delivery devices. The future will be exciting as small-molecule EPO mimetics are discovered, though matching the safety profile of rHuEPO presents a substantial hurdle to any small-molecule program. New erythropoietic agents may be administered orally. Permanent correction of anemia may occur through gene therapy, thereby allowing additional treatment opportunities. These developments may require extensive research and testing; however, many believe that these developments are not a question of if, but when.

## References

1 Winearls CG, Forman E, Wiffen P, Oliver DO (1989) Recombinant human erythropoietin treatment in patients on maintenance home haemodialysis. *Lancet* 2: 569
2 Eschbach JW, Egrie JC, Downing MR, Browne JK, Adamson JW (1987) Correction of the anemia of end-stage renal disease with recombinant human erythropoietin. Results of a combined phase I and II clinical trial. *N Engl J Med* 316: 73–78
3 Eschbach JW, Kelly MR, Haley NR, Abels RI, Adamson JW (1989) Treatment of the anemia of

progressive renal failure with recombinant human erythropoietin. *N Engl J Med* 321: 158–163

4  Casadevall N, Nataf J, Viron B, Kolta A, Kiladjian JJ, Martin-Dupont P, Michaud P, Papo T, Ugo V, Teyssandier I et al. (2002) Pure red-cell aplasia and antierythropoietin antibodies in patients treated with recombinant erythropoietin. *N Engl J Med* 346: 469–475

5  Youssoufian H, Longmore G, Neumann D, Yoshimura A, Lodish HF (1993) Structure, function, and activation of the erythropoietin receptor. *Blood* 81: 2223–2236

6  Watowich SS (1999) Activation of erythropoietin signaling by receptor dimerization. *Int J Biochem Cell Biol* 31: 1075–1088

7  Philo JS, Aoki KH, Arakawa T, Narhi LO, Wen J (1996) Dimerization of the extracellular domain of the erythropoietin (EPO) receptor by EPO: One high-affinity and one low-affinity interaction. *Biochemistry* 35: 1681–1691

8  Matthews DJ, Topping RS, Cass RT, Giebel LB (1996) A sequential dimerization mechanism for erythropoietin receptor activation. *Proc Natl Acad Sci USA* 93: 9471–9476

9  Sawada K, Krantz SB, Sawyer ST, Civin CI (1988) Quantitation of specific binding of erythropoietin to human erythroid colony-forming cells. *J Cell Physiol* 137: 337–345

10  Sawyer ST, Krantz SB, Goldwasser E (1987) Binding and receptor-mediated endocytosis of erythropoietin in Friend virus-infected erythroid cells. *J Biol Chem* 262: 5554–5562

11  Sawyer ST, Hankins WD (1993) The functional form of the erythropoietin receptor is a 78-kDa protein: Correlation with cell surface expression, endocytosis, and phosphorylation. *Proc Natl Acad Sci USA* 90: 6849–6853

12  Sawyer ST (1994) Introduction: The erythropoietin receptor and signal transduction. *Ann N Y Acad Sci* 718: 185–190

13  Delorme E, Lorenzini T, Giffin J, Martin F, Jacobsen F, Boone T, Elliott S (1992) Role of glycosylation on the secretion and biological activity of erythropoietin. *Biochemistry* 31: 9871–9876

14  Takeuchi M, Takasaki S, Shimada M, Kobata A (1990) Role of sugar chains in the *in vitro* biological activity of human erythropoietin produced in recombinant Chinese hamster ovary cells. *J Biol Chem* 265: 12127–12130

15  Fukuda MN, Sasaki H, Lopez L, Fukuda M (1989) Survival of recombinant erythropoietin in the circulation: The role of carbohydrates. *Blood* 73: 84–89

16  Uchida E, Morimoto K, Kawasaki N, Izaki Y, Abdu SA, Hayakawa T (1997) Effect of active oxygen radicals on protein and carbohydrate moieties of recombinant human erythropoietin. *Free Radic Res* 27: 311–323

17  Elliott S, Lorenzini T, Chang D, Barzilay J, Delorme E (1997) Mapping the active site of recombinant human erythropoietin. *Blood* 89: 493–502

18  Elliott S, Lorenzini T, Asher S, Aoki K, Brankow D, Buck L, Busse L, Chang D, Fuller J, Grant J et al. (2003) Increasing their carbohydrate content can enhance the *in vivo* activity of protein therapeutics. *Nat Biotechnol* 21: 414–421

19  Egrie JC, Browne JK (2001) Development and characterization of novel erythropoiesis stimulating protein (NESP). *Br J Cancer* 84: Suppl-10

20  Lai PH, Everett R, Wang FF, Arakawa T, Goldwasser E (1986) Structural characterization of human erythropoietin. *J Biol Chem* 261: 3116–3121

21  Lin FK, Suggs S, Lin CH, Browne JK, Smalling R, Egrie JC, Chen KK, Fox GM, Martin F, Stabinsky Z (1985) Cloning and expression of the human erythropoietin gene. *Proc Natl Acad Sci USA* 82: 7580–7584

22  Sasaki H, Bothner B, Dell A, Fukuda M (1987) Carbohydrate structure of erythropoietin expressed in Chinese hamster ovary cells by a human erythropoietin cDNA. *J Biol Chem* 262: 12059–12076

23  Rush RS, Derby PL, Smith DM, Merry C, Rogers G, Rohde MF, Katta V (1995) Microheterogeneity of erythropoietin carbohydrate structure. *Anal Chem* 67: 1442–1452

24  Takeuchi M, Kobata A (1991) Structures and functional roles of the sugar chains of human erythropoietins. *Glycobiology* 1: 337–346

25  Lukowsky WA, Painter RH (1972) Studies on the role of sialic acid in the physical and biological properties of erythropoietin. *Can J Biochem* 50: 909–917

26  Roitsch T, Lehle L (1989) Structural requirements for protein N-glycosylation. Influence of acceptor peptides on cotranslational glycosylation of yeast invertase and site-directed mutagenesis around a sequon sequence. *Eur J Biochem* 181: 525–529

27  Gavel Y, von Heijne G (1990) Sequence differences between glycosylated and non-glycosylated Asn-X-Thr/Ser acceptor sites: Implications for protein engineering. *Protein Eng* 3: 433–442

28  Dennis JW, Granovsky M, Warren CE (1999) Protein glycosylation in development and disease. *Bioessays* 21: 412–421

29  Elliott S, Chang D, Delorme E, Dunn C, Egrie J, Giffin J, Lorenzini T, Talbot C, Hesterberg L (1996) Isolation and characterization of conformation sensitive antierythropoietin monoclonal antibodies: Effect of disulfide bonds and carbohydrate on recombinant human erythropoietin structure. *Blood* 87: 2714–2722

30  Elliott S, Lorenzini T, Chang D, Barzilay J, Delorme E, Giffin J, Hesterberg L (1996) Fine-structure epitope mapping of anti-erythropoietin monoclonal antibodies reveals a model of recombinant human erythropoietin structure. *Blood* 87: 2702–2713

31  Macdougall IC, Gray SJ, Elston O, Breen C, Jenkins B, Browne J, Egrie J (1999) Pharmacokinetics of novel erythropoiesis stimulating protein compared with epoetin alfa in dialysis patients. *J Am Soc Nephrol* 10: 2392–2395

32  Nissenson AR (2001) Novel erythropoiesis stimulating protein for managing the anemia of chronic kidney disease. *Am J Kidney Dis* 38: 1390–1397

33  Nissenson AR, Swan SK, Lindberg JS, Soroka SD, Beatey R, Wang C, Picarello N, McDermott-Vitak A, Maroni BJ (2002) Randomized, controlled trial of darbepoetin alfa for the treatment of anemia in hemodialysis patients. *Am J Kidney Dis* 40: 110–118

34  Smith R (2002) Applications of darbepoetin-[alpha], a novel erythropoiesis-stimulating protein, in oncology. *Curr Opinion Hematol* 9: 228–233

35  Narhi LO, Arakawa T, Aoki KH, Elmore R, Rohde MF, Boone T, Strickland TW (1991) The effect of carbohydrate on the structure and stability of erythropoietin. *J Biol Chem* 266: 23022–23026

36  Endo Y, Nagai H, Watanabe Y, Ochi K, Takagi T (1992) Heat-induced aggregation of recombinant erythropoietin in the intact and deglycosylated states as monitored by gel permeation chromatography combined with a low-angle laser light scattering technique. *J Biochem* 112: 700–706

37  Jelkmann W (1992) Erythropoietin: Structure, control of production, and function. *Physiol Rev* 72: 449–489

38  Lis H, Sharon N (1993) Protein glycosylation. Structural and functional aspects. *Eur J Biochem* 218: 1–27

39  Macdougall IC (2002) Darbepoetin alfa: A new therapeutic agent for renal anemia. *Kidney Int* 61: S55–S61

40  Delgado C, Francis GE, Fisher D (1992) The uses and properties of PEG-linked proteins. *Crit Rev Ther Drug Carrier Syst* 9: 249–304

41  Francis GE, Fisher D, Delgado C, Malik F, Gardiner A, Neale D (1998) PEGylation of cytokines and other therapeutic proteins and peptides: The importance of biological optimisation of coupling techniques. *Int J Hematol* 68: 1–18

42  Goodson RJ, Katre NV (1990) Site-directed pegylation of recombinant interleukin-2 at its glycosylation site. *Biotechnology* 8: 343–346

43  He XH, Shaw PC, Tam SC (1999) Reducing the immunogenicity and improving the *in vivo* activity of trichosanthin by site-directed pegylation. *Life Sci* 65: 355–368

44  Weich NS, Tullai J, Guido E, McMahon M, Jolliffe LK, Lopez AF, Vadas MA, Lowry PA, Quesenberry PJ, Rosen J (1993) Interleukin-3/erythropoietin fusion proteins: *In vitro* effects on hematopoietic cells. *Exp Hematol* 21: 647–655

45  Coscarella A, Carloni C, Liddi R, Mauro S, Novelli S, Mele A, Masella B, Valtieri M, De Santis R (1997) Production of recombinant human GM-CSF-EPO hybrid proteins: *In vitro* biological characterization. *Eur J Haematol* 59: 238–246

46  Sytkowski AJ, Lunn ED, Davis KL, Feldman L, Siekman S (1998) Human erythropoietin dimers with markedly enhanced *in vivo* activity. *Proc Natl Acad Sci USA* 95: 1184–1188

47  Dalle B, Henri A, Rouyer-Fessard P, Bettan M, Scherman D, Beuzard Y, Payen E (2001) Dimeric erythropoietin fusion protein with enhanced erythropoietic activity *in vitro* and *in vivo*. *Blood* 97: 3776–3782

48  Sytkowski AJ, Lunn ED, Risinger MA, Davis KL (1999) An erythropoietin fusion protein comprised of identical repeating domains exhibits enhanced biological properties. *J Biol Chem* 274: 24773–24778

49  Coscarella A, Liddi R, Di Loreto M, Bach S, Faiella A, van der Meide PH, Mele A, De Santis R (1998) The rhGM-CSF-EPO hybrid protein MEN 11300 induces anti-EPO antibodies and severe anaemia in rhesus monkeys. *Cytokine* 10: 964–969

50  Cerami A, Brines M, Ghezzi P, Cerami C, Itri LM (2002) Neuroprotective properties of epoetin alfa. *Nephrol Dial Transplant* 17: Suppl-12

51  Marti HH, Gassmann M, Wenger RH, Kvietikova I, Morganti-Kossmann MC, Kossmann T, Trentz O, Bauer C (1997) Detection of erythropoietin in human liquor: Intrinsic erythropoietin production in the brain. *Kidney Int* 51: 416–418

52  Yoshimura A, Longmore G, Lodish HF (1990) Point mutation in the exoplasmic domain of the erythropoietin receptor resulting in hormone-independent activation and tumorigenicity. *Nature* 348: 647–649

53  Elliott S, Lorenzini T, Yanagihara D, Chang D, Elliott G (1996) Activation of the erythropoietin (EPO) receptor by bivalent anti-EPO receptor antibodies. *J Biol Chem* 271: 24691–24697

54  Wrighton NC, Farrell FX, Chang R, Kashyap AK, Barbone FP, Mulcahy LS, Johnson DL, Barrett RW, Jolliffe LK, Dower WJ (1996) Small peptides as potent mimetics of the protein hormone erythropoietin. *Science* 273: 458–464

55  Qureshi SA, Kim RM, Konteatis Z, Biazzo DE, Motamedi H, Rodrigues R, Boice JA, Calaycay JR, Bednarek MA, Griffin P et al. (1999) Mimicry of erythropoietin by a nonpeptide molecule. *Proc Natl Acad Sci USA* 96: 12156–12161

56  Goldberg J, Jin Q, Ambroise Y, Satoh S, Desharnais J, Capps K, Boger DL (2002) Erythropoietin mimetics derived from solution phase combinatorial libraries. *J Am Chem Soc* 124: 544–555

57  Syed RS, Reid SW, Li C, Cheetham JC, Aoki KH, Liu B, Zhan H, Osslund TD, Chirino AJ, Zhang J et al. (1998) Efficiency of signalling through cytokine receptors depends critically on receptor orientation. *Nature* 395: 511–516

58  Livnah O, Stura EA, Johnson DL, Middleton SA, Mulcahy LS, Wrighton NC, Dower WJ, Jolliffe LK, Wilson IA (1996) Functional mimicry of a protein hormone by a peptide agonist: The EPO receptor complex at 2.8 A. *Science* 273: 464–471

59  Wrighton NC, Balasubramanian P, Barbone FP, Kashyap AK, Farrell FX, Jolliffe LK, Barrett RW, Dower WJ (1997) Increased potency of an erythropoietin peptide mimetic through covalent dimerization. *Nat Biotechnol* 15: 1261–1265

60  Kuai L, Wu C, Qiu Q, Zhang J, Zhou A, Wang S, Zhang H, Song Q, Liao S, Han Y et al. (2000) Plasminogen activator inhibitor-1 fused with erythropoietin (EPO) mimetic peptide (EMP) enhances the EPO activity of EMP. *J Peptide Res* 56: 59–62

61  McConnell SJ, Dinh T, Le MH, Brown SJ, Becherer K, Blumeyer K, Kautzer C, Axelrod F, Spinella DG (1998) Isolation of erythropoietin receptor agonist peptides using evolved phage libraries. *Biol Chem* 379: 1279–1286

62  Naranda T, Kaufman RI, Li J, Wong K, Boge A, Hallen D, Fung KY, Duncan MW, Andersen N, Goldstein A et al. (2002) Activation of erythropoietin receptor through a novel extracellular binding site. *Endocrinology* 143: 2293–2302

63  Biazzo DE, Motamedi H, Mark DF, Qureshi SA (2000) A high-throughput assay to identify compounds that can induce dimerization of the erythropoietin receptor. *Anal Biochem* 278: 39–45

64  Tian SS, Lamb P, King AG, Miller SG, Kessler L, Luengo JI, Averill L, Johnson RK, Gleason JG, Pelus LM et al. (1998) A small, nonpeptidyl mimic of granulocyte-colony-stimulating factor. *Science* 281: 257–259

65  Zhang B, Salituro G, Szalkowski D, Li Z, Zhang Y, Royo I, Vilella D, Diez MT, Pelaez F, Ruby C et al. (1999) Discovery of a small molecule insulin mimetic with antidiabetic activity in mice. *Science* 284: 974–977

66  Qureshi SA, Ding V, Li Z, Szalkowski D, Biazzo-Ashnault DE, Xie D, Saperstein R, Brady E, Huskey S, Shen X et al. (2000) Activation of insulin signal transduction pathway and anti-diabetic activity of small molecule insulin receptor activators. *J Biol Chem* 275: 36590–36595

67  Constantinescu SN, Liu X, Beyer W, Fallon A, Shekar S, Henis YI, Smith SO, Lodish HF (1999) Activation of the erythropoietin receptor by the gp55-P viral envelope protein is determined by a single amino acid in its transmembrane domain. *EMBO J* 18: 3334–3347

68  Li JP, Hu HO, Niu QT, Fang C (1995) Cell surface activation of the erythropoietin receptor by Friend spleen focus-forming virus gp55. *J Virol* 69: 1714–1719

69  Sharlow ER, Pacifici R, Crouse J, Batac J, Todokoro K, Wojchowski DM (1997) Hematopoietic cell phosphatase negatively regulates erythropoietin-induced hemoglobinization in erythroleukemic SKT6 cells. *Blood* 90: 2175–2187

70  Yi T, Zhang J, Miura O, Ihle JN (1995) Hematopoietic cell phosphatase associates with erythropoietin (EPO) receptor after EPO-induced receptor tyrosine phosphorylation: Identification of potential binding sites. *Blood* 85: 87–95

71  Watowich SS, Xie X, Klingmuller U, Kere J, Lindlof M, Berglund S, del la Chapelle A (1999b) Erythropoietin receptor mutations associated with familial erythrocytosis cause hypersensitivity to

erythropoietin in the heterozygous state. *Blood* 94: 2530–2532

72  de la Chapelle A, Traskelin AL, Juvonen E (1993) Truncated erythropoietin receptor causes dominantly inherited benign human erythrocytosis. *Proc Natl Acad Sci USA* 90: 4495–4499

73  Tsui FW, Tsui HW (1994) Molecular basis of the motheaten phenotype. *Immunol Rev* 138: 185–206

74  Lankester AC, van Schijndel GM, van Lier RA (1995) Hematopoietic cell phosphatase is recruited to CD22 following B cell antigen receptor ligation. *J Biol Chem* 270: 20305–20308

75  Tapley P, Shevde NK, Schweitzer PA, Gallina M, Christianson SW, Lin IL, Stein RB, Shultz LD, Rosen J, Lamb P (1997) Increased G-CSF responsiveness of bone marrow cells from hematopoietic cell phosphatase deficient viable motheaten mice. *Exp Hematol* 25: 122–131

76  Naffakh N, Henri A, Villeval JL, Rouyer-Fessard P, Moullier P, Blumenfeld N, Danos O, Vainchenker W, Heard JM, Beuzard Y (1995) Sustained delivery of erythropoietin in mice by genetically modified skin fibroblasts. *Proc Natl Acad Sci USA* 92: 3194–3198

77  Bohl D, Naffakh N, Heard JM (1997) Long-term control of erythropoietin secretion by doxycycline in mice transplanted with engineered primary myoblasts. *Nat Med* 3: 299–305

78  Naffakh N, Danos O (1996) Gene transfer for erythropoiesis enhancement. *Mol Med Today* 2: 343–348

79  Naffakh N, Pinset C, Montarras D, Li Z, Paulin D, Danos O, Heard JM (1996) Long-term secretion of therapeutic proteins from genetically modified skeletal muscles. *Hum Gene Ther* 7: 11–21

80  Meyer F, Finer M (2001) Gene therapy: Progress and challenges. *Cell Mol Biol* 47: 1277–1294

81  Dalle B, Payen E, Regulier E, Deglon N, Rouyer-Fessard P, Beuzard Y, Aebischer P (1999) Improvement of mouse beta-thalassemia upon erythropoietin delivery by encapsulated myoblasts. *Gene Ther* 6: 157–161

82  Payen E, Bettan M, Henri A, Tomkiewitcz E, Houque A, Kuzniak I, Zuber J, Scherman D, Beuzard Y (2001) Oxygen tension and a pharmacological switch in the regulation of transgene expression for gene therapy. *J Gene Med* 3: 498–504

83  Bohl D, Heard JM (2000) Delivering erythropoietin through genetically engineered cells. *J Am Soc Nephrol* 11: Suppl-62

84  Serguera C, Bohl D, Rolland E, Prevost P, Heard JM (1999) Control of erythropoietin secretion by doxycycline or mifepristone in mice bearing polymer-encapsulated engineered cells. *Hum Gene Ther* 10: 375–383

85  Ye X, Rivera VM, Zoltick P, Cerasoli FJr Schnell MA, Gao G, Hughes JV, Gilman M, Wilson JM (1999) Regulated delivery of therapeutic proteins after *in vivo* somatic cell gene transfer. *Science* 283: 88–91

86  Maruyama H, Higuchi N, Nishikawa Y, Hirahara H, Iino N, Kameda S, Kawachi H, Yaota E, Gejyo F, Miyazaki J (2002) Kidney-targeted naked DNA transfer by retrograde renal vein injection in rats. *Hum Gene Ther* 13: 455–468

87  Morlock M, Kissel T, Li YX, Koll H, Winter G (1998) Erythropoietin loaded microspheres prepared from biodegradable LPLG-PEO-LPLG triblock copolymers: Protein stabilization and *in vitro* release properties. *J Controlled Rel* 56: 105–115

88  Pistel KF, Bittner B, Koll H, Winter G, Kissel T (1999) Biodegradable recombinant human erythropoietin loaded microspheres prepared from linear and star-branched block copolymers: Influence of encapsulation technique and polymer composition on particle characteristics. *J Controlled Rel* 59: 309–325

Case 1:05-cv-12237-WGY    Document 172-9    Filed 12/15/2006    Page 29 of 29

Erythropoietins and Erythropoiesis
Molecular, Cellular, Preclinical, and Clinical Biology
G. Molineux, M.A. Foote, and S.G. Elliott (Editors)

This volume is a one-source guide to the most current information
about red blood cell formation and the action of recombinant human
erythropoietins. Topics in the fields of erythropoiesis, recombinant
protein discovery and production, and treatment of patients with
anemia will be covered. The newest theories in erythropoiesis
(receptors, signaling), manufacturing, new formulations, and clinical
research are discussed.

It is of interest to researchers and clinical investigators in academia
and biotechnology and pharmaceutical companies, to clinical research
associates, clinical monitors, and physician investigators.

ISBN 3-7643-6919-1



9 783764 369194

www.birkhauser.ch