# AMGEN DISCONTINUES DEVELOPMENT OF MGDF

**FOR IMMEDIATE RELEASE**

THOUSAND OAKS, Calif., September 11, 1998 -- Amgen (NASDAQ:AMGN) today reported that it has discontinued development of its megakaryocyte growth and development factor (PEG-rHuMGDF) due to evidence of neutralizing antibodies in a few patients participating in cancer clinical trials and in additional people in platelet donor clinical trials.

Amgen is a global biotechnology company that discovers, develops, manufactures and markets cost-effective human therapeutics based on advances in cellular and molecular biology.

CONTACT:    Amgen, Thousand Oaks
            David Kaye, 805/447-6692 (media)
            Denise Powell, 805/447-4346 (investors)

###

EDITOR'S NOTE: An electronic version of this news release may be accessed via our web site at **www.Amgen.com**. Visit the Corporate Center and click on Amgen News. Journalists and media representatives may sign up to receive all news releases electronically at time of announcement by filling out a short form in the Amgen News section of the web site.

AM37 006851

AM-ITC 00527339