# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Roche should produce documents regarding the following topics in response to the corresponding Requests for Production:

| TOPICS | CORRESPONDING REQUESTS FOR PRODUCTION |
|---|---|
| Documents relating to Amgen's requested relief and Roche's current and imminent acts of infringement | 45-66, 69-83, 85-109, 111, 113-126, 137-139, 146, 148-150, 154-155, 158-167, 176 |
| Documents regarding Roche's on-going and future offers for sale and sales of its accused product to third parties | 47-48, 94-95, 100-109, 111, 113-115 |
| Documents regarding Roche's on-going and planned uses of peg-EPO in the United States | 72-75, 123-126, 137-139 |

509817_1

| Documents regarding Roche's recruitment and training of a sales force to sell peg-EPO in the United States | 91-94,116-122 |
|---|---|
| Documents regarding "EPO" and the naming of the accused product | 5, 14-24, 218-220 |
| A complete electronic copy of Roche's BLA and IND documents in operable form submitted to FDA | 1, 37- 42 |
| Documents regarding existing communications, updates, and supplements regarding Roche's BLA and IND filings | 38-42 |
| Documents regarding Roche's failed attempts to design-around Amgen's patents. | 16-24, 200-205 |

**IT IS FUTHER ORDERED** that Roche's general objections to:

(1)    producing documents created after April 18, 2006 (Roche's General Objection No. 8); and

(2)    producing documents regarding "EPO"

are Overruled.


IT IS SO ORDERED.

                                                            _____
                                                            WILLIAM G. YOUNG
                                                            DISTRICT COURT JUDGE

509817_1