# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## AMGEN'S MOTION TO BIFURCATE ROCHE'S ANTITRUST AND UNFAIR COMPETITION COUNTERCLAIMS FROM AMGEN'S PATENT INFRINGEMENT CLAIMS FOR TRIAL AND DISCOVERY AND TO STAY DISCOVERY ON THOSE CLAIMS

For the reasons set forth in its supporting Memorandum, filed herewith, Plaintiff Amgen, Inc. ("Amgen") respectfully submits this motion to bifurcate under Fed. R. Civ. P. 42(b) the trial and discovery of Roche's antitrust and unfair competition counterclaims from Amgen's patent infringement claims and to stay the discovery on those claims. In particular, Amgen respectfully requests the Court order:

A.  Trial of Roche's Counterclaims Counts I - IX bifurcated and stayed pending the resolution of Amgen's patent infringement claims and Roche's Affirmative Defenses; and

B.  All discovery concerning Roche's Counterclaims Counts I - IX bifurcated and stayed pending the resolution of Amgen's patent infringement claims and Roche's Affirmative Defenses.

DM2\894512.6

Dockets.Justia.com

Dated: December 15, 2006

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
MarySusan Howard
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Patricia R. Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. (*pro hac vice*)
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the Plaintiff has attempted to confer with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

/s/ Patricia R. Rich
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

/s/ Patricia R. Rich
Patricia R. Rich