# EXHIBITS
# 1-3, 6-16, 18-21 & 23-28

The filing of these confidential exhibit has been deferred pursuant to the provisions of the Court's Order entered on 11/06/06 [142] and clarified on 11/30/06 [159].

DM1\727979.1

Dockets.Justia.com