EXHIBIT3

"Fishman, Deborah"
<dfishman@daycasebeer.com>

12/13/2006 04:43 PM

To
<hsuh@kayescholer.com>; <PFratangelo@kayescholer.com>
cc
<TFleming@kayescholer.com>; "Virrueta, Sema" <svirrueta@daycasebeer.com>; "Platt, Rachelle L." <rplatt@daycasebeer.com>; "Gottfried, Michael R." <mrgottfried@duanemorris.com>
Subject
meet and confer

Dear Howard and Peter,

I have tried unsuccessfully to reach each of you today in an effort to meet and confer per L.R. 7.1 regarding a motion to compel that Amgen plan to file today as well as a motion to file an oversize brief. I have left messages for both of you, but have not heard back from either. Please contact me as soon as possible.

Thanks,
Deborah

Deborah Fishman

Day Casebeer Madrid Batchelder, LLP

fishmand@daycasebeer.com

**********************************************************************

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender

immediately by email and delete all copies of the message.

*********************************************************************