# EXHIBIT B

Dockets.Justia.com

ATTACHMENT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05 Civ. 12237 WGY |
| | ) | |
| F. HOFFMANN-LA ROCHE LTD, ROCHE | ) | |
| DIAGNOSTICS GmbH, and HOFFMANN- | ) | |
| LA ROCHE INC., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### AGREEMENT TO ABIDE BY PROTECTIVE ORDER

The undersigned represents that he or she is affiliated with [Plaintiff Amgen, Inc.] [Defendants F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-LaRoche Inc.], in the above captioned matter. The undersigned is involved in this litigation as CONSULTANT [e.g., outside counsel, expert or consultant retained by outside counsel]. If an attorney, the undersigned is admitted in _____ [all jurisdictions]. The undersigned has read the Protective Order issued on 12/21/2006 by the Honorable William G. Young in this matter, and in accordance with that Order, hereby agrees:

(1)      To be bound by the terms of the Protective Order;

(2)      Not to reveal Confidential Discovery Material under this Protective Order
to anyone other than another person authorized to have access to it
pursuant to Paragraphs 9 and 10 of the Protective Order;

(3)      To comply with the procedures set forth in Paragraph 4 of the Protective
Order with respect to Restricted Access Confidential BLA/IND Material;

(4)      To use such Confidential Discovery Material solely for purposes of this

litigation, unless permission is received from the Supplier, or the Court, to

use it for other purposes.

Respectfully submitted,

Dated:

_____
Name
Employer
Address

CHRIS STROMBERG
BATES WHITE
1300 I ST NW
WASHINGTON DC, 20005