UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## DECLARATION OF RENEE DUBORD BROWN
IN SUPPORT OF AMGEN'S EMERGENCY MOTION TO OVERRULE ROCHE'S
OBJECTIONS TO AMGEN'S DESIGNATION OF ECONOMIC EXPERTS

I, Renee DuBord Brown, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen, Inc. I am admitted to practice law before this Court (pro hac vice) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of a letter from Deborah E. Fishman to Thomas F. Fleming, dated December 6, 2006.

4. Attached hereto as Exhibit B is a true and correct copy of a letter from Manvin S. Mayell to Deborah E. Fishman, dated December 11, 2006.

5. Attached hereto as Exhibit C is a true and correct copy of a letter from Deborah E. Fishman to Manvin S. Mayell, dated December 14, 2006.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from Manvin S.

529166_1                                      1

Mayell to Deborah E. Fishman, dated December 15, 2006.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from Manvin S. Mayell to Deborah E. Fishman, dated December 26, 2006

8. Attached hereto as Exhibit F is a true and correct copy of a letter from Deborah E. Fishman to Manvin S. Mayell, dated January 8, 2007.

9. Attached hereto as Exhibit G is a true and correct copy of a letter from Manvin S. Mayell to Deborah E. Fishman, dated January 10, 2007.

10. Attached hereto as Exhibit H is a true and correct copy of Defendants' Second Set of Requests for the Production of Documents and Things to Amgen, Inc. (Nos. 124-315), served on January 8, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 11th day of January, 2007.

By: ___/s/ Renee DuBord Brown___
Renee DuBord Brown