# EXHIBIT A

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

December 6, 2006

VIA E-MAIL & FACSIMILE

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237WGY)*

Dear Tom:

I write to designate Dr. John W. Adamson, Dr. Eric M. Gaier, Benjamin W.D. Scher, and Dr. Christopher Stromberg in accordance with our proposed Protective Order at ¶¶ 8 (c) and 12, and to notify you of our intention to share Discovery Material with each. I enclose a current copy of the curriculum vitae for each of these gentlemen and will provide a signed copy of the agreement to be bound by the terms of the parties' protective order for each once we have a final, signed protective order in place.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

DEF:sv

Enclosures

cc:   Michele Moreland, Esq.
      Mark Israelewicz, Esq.
      Howard Suh, Esq.
      Peter Fratangelo, Esq.

507161_1.doc