# EXHIBIT C

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

December 14, 2006

VIA EMAIL & FACSIMILE

**UPDATE**

Manvin S. Mayell
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   *Amgen Inc. v. Hoffman-LaRoche, LTD, et al.*
      Action No. 1:05-cv-12237

Dear Manvin:

I write in response to the concerns expressed in your December 11, 2006 letter regarding Drs. Gaier and Stomberg and Mr. Scher.

We investigated the concerns raised in your letter regarding Drs. Gaier and Stomberg and Mr. Scher's participation as experts in the joint defense of pharmaceutical pricing and price reporting cases around the country, in which both Amgen and Hoffman-La Roche were participants. In particular, we have learned that as of June, 2004 Hoffman-La Roche had withdrawn from the joint defense that retains Drs. Gaier, Stomberg and Mr. Scher. Attached are Dr. Gaier's retention agreements from the AWP Lit., MDL No. 1456, *Swanson v. TAP* CV 2002-004988 and *Nevada v. Abbott* CV 02 00260, dated January 29, 2004 and revised June 30, 2004, reflecting the brief period of time during which Hoffman-La Roche was part of the joint defense. The joint defense group that retains them was revised in June 2004 to exclude Hoffman-La Roche.

It is our understanding that during the six-month period in which Hoffman-La Roche was a member of the joint defense, it provided no information – let alone confidential information – to any of Drs. Gaier, Stomberg and Mr. Scher. Furthermore, we understand that Hoffman-La Roche provided no compensation to any of these gentlemen and any contribution made by Hoffman-La Roche to the joint expense fund was returned upon its withdrawal in June of 2004. Beyond that, Dr. Gaier has assured us that during the interim period from January – June 2004 when Hoffman-La Roche was a member of the joint defense, neither he nor his team from Bates White spoke with anyone from Hoffman-LaRoche or anyone representing Hoffman-LaRoche.

512319_1

Day Casebeer
Madrid & Batchelder LLP

Manvin S. Mayell
December 14, 2006
Page 2

We believe that these findings and the enclosed letters address the concerns expressed in your December 11 letter and we assume, accordingly, that you withdraw your objections to Drs. Gaier and Stomberg and Mr. Scher.

Please let me know immediately if this is not the case, providing with particularity any additional information that you may have forming the basis for your lingering concerns. In addition, to the extent that your concerns are not ameliorated by this letter, please explain the basis for your statement in your December 11 letter that "issues in this action may be substantially related to issues in those [pricing and price reporting] cases." Otherwise, we will assume that we can show Drs. Gaier and Stomberg and Mr. Scher confidential discovery materials on December 27, 2006.

Very truly yours,

Day Casebeer
Madrid & Batchelder LLP

*[signature]*

Deborah E. Fishman

DEF:rlp

cc:   Michele Moreland, Esq.
      Mark Israselewiscz, Esq.
      Renee Dubord Brown, Esq.
      Krista Carter, Esq.

Enclosures (2)

512319_1