# EXHIBIT E

# KAYE SCHOLER LLP

Manvin S. Mayell
212 836-7031
Fax 212 836-8689
mmayell@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

December 26, 2006

**BY ELECTRONIC AND U.S. MAIL**

Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Cupertino, CA 95014

Re: *Amgen Inc. v. F. Hoffmann La Roche Ltd, et al.,*
     No. 05 CV 122237 (WGY)(D. Mass.)

Dear Deborah:

As we have not heard back from you following my letter of December 15, 2006 reiterating Roche's objection to Amgen's designation of Dr. Eric Gaier, Dr. Christopher Stomberg and Mr. Benjamin W. D. Scher as experts in this case, we assume that you will not be sharing any confidential Roche information with them, as the terms of the protective order in this case require. If this understanding is incorrect, please contact me immediately.

Thank you.

Very truly yours,

*[signature]*

Manvin S. Mayell

Copies to   Thomas Fleming, Esq.
            Howard Suh, Esq.
            Michelle Moreland, Esq.
            Mark Israelewicz, Esq.

31388296.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI