# EXHIBIT B

ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 05 Civ. 12237 WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, ROCHE ) | |
| DIAGNOSTICS GmbH, and HOFFMANN- ) | |
| LA ROCHE INC., ) | |
| Defendants. ) | |
| ) | |

**AGREEMENT TO ABIDE BY PROTECTIVE ORDER**

The undersigned represents that he or she is affiliated with [Plaintiff Amgen, Inc.] [Defendants F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-LaRoche Inc.], in the above captioned matter. The undersigned is involved in this litigation as ___expert___ [e.g., outside counsel, expert or consultant retained by outside counsel]. If an attorney, the undersigned is admitted in _____ [all jurisdictions]. The undersigned has read the Protective Order issued on _12/21/06_ by the Honorable William G. Young in this matter, and in accordance with that Order, hereby agrees:

(1) To be bound by the terms of the Protective Order;

(2) Not to reveal Confidential Discovery Material under this Protective Order to anyone other than another person authorized to have access to it pursuant to Paragraphs 9 and 10 of the Protective Order;

(3) To comply with the procedures set forth in Paragraph 4 of the Protective Order with respect to Restricted Access Confidential BLA/IND Material;

588907_1

15

(4)     To use such Confidential Discovery Material solely for purposes of this litigation, unless permission is received from the Supplier, or the Court, to use it for other purposes.

Respectfully submitted,

Dated:

Name     Eric Gaier
Employer Bates White, LLC
Address  1300 Eye St. NW
         Suite 600
         Washington DC  20005