# EXHIBIT D

## DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br><br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212 450 4464 | MESSETURM<br>60308 FRANKFURT AM MAIN<br><br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br><br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br><br>3A CHATER ROAD<br>HONG KONG |

June 30, 2004

Re:   **Retention in Connection With AWP Litigation**

Eric M. Gaier
Bates White
2001 K Street, N.W.
Suite 700
Washington, D.C. 20006

Dear Mr. Gaier:

      The joint defense group has revised the contribution structure pursuant to which payments will be made into a joint expense fund established by defendants for payment of expert bills. All future payments to you will be made pursuant to contributions in equal proportions by the following defendants:

    Amgen, Inc.

    Astrazeneca Pharmaceuticals LP

    Aventis Pharmaceuticals Inc.

    Bayer Corporation

    Bristol-Myers Squibb Co.

    Fujisawa Healthcare, Inc.

    Johnson & Johnson

    Novartis Pharmaceuticals Corporation

    Pfizer, Inc.

    Schering-Plough Corporation; Warrick Pharmaceuticals

    SmithKlineBeecham Corporation, d/b/a GlaxoSmithKline

Mr. Gaier                  2                  June 30, 2004

TAP Pharmaceutical Products Inc.; Abbott Laboratories; Takeda Chemical Industries, Ltd.

The above list supersedes the list appended to your original letter of retention as Attachment A. Accordingly, your services are being retained only by the group of defendants listed above. In the future, additional defendants may seek to becoming retaining defendants and fund expert contributions to gain access to expert testimony or analysis. We shall inform you in the event that there are any such changes to the above list.

Other than as noted, the terms of your retention remain fully in effect. Please signal your agreement to this amendment to the terms of your retention by signing and returning a copy of this letter.

Sincerely

D. Scott Wise

Signature: _____
For: Bates White, LLC
Dated: 7/1/04