UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY <br><br> **CONTAINS ROCHE CONFIDENTIAL DISCOVERY MATERIAL** |

# CONFIDENTIAL FOR *IN CAMERA* REVIEW ONLY – DO NOT SCAN

EXHIBIT 1

TO

DECLARATION OF DEBORAH E. FISHMAN IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION FOR CLARIFICATION OF THE COURT'S DECEMBER 29, 2006 ORDER

**Delivered to Court:** January 12, 2007

529977_1

1