# EXHIBIT 2

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

January 3, 2007

VIA EMAIL & FACSIMILE

Peter Fratangelo
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237WGY)*

Dear Peter:

We are in receipt of Roche's December 29, 2006 document production. According to the date information in the accompanying load file provided by Roche, it appears that Roche's production contains no documents dated after 2005, and far fewer documents from 2005 than from previous years. This fails even to satisfy Roche's unacceptable refusal to produce documents dated after April 18, 2006, except documents "that relate to a relevant update, supplement, amendment or continuation of its BLA No. STN 125164/0 upon completion of any ongoing studies."

We note that by failing to provide documents from 2006 on, Roche has failed to produce any of its supplements or amendments to its BLA filing made in April of 2006 as well as any communications with FDA regarding the same. This information is undeniably relevant and responsive to Amgen's requests and should be produced forthwith. Please immediately confirm that Roche will be producing additional documents, including its BLA supplements, amendments, and communications with FDA, dated from 2006 and 2007.

We also have received your January 2, 2007 letter enclosing a revised list of documents from the ITC production that Roche seeks to re-designate as "Highly Confidential." While we are still reviewing the 3,000 or so identified documents, it appears that this revised list remains over-inclusive. We will provide more detailed objections once we have completed our review and analysis of the volume of documents you seek to re-designate. In that regard, you identify what appears to be a study with a designation of NH 20052 in your 34-page list. Please confirm whether that is a study and identify for us the title and initiation date and completion date (if it has already been completed) of that study so that we can determine whether documents with that designation are appropriately included in the Highly Confidential tier.

522198_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Peter Fratangelo
January 3, 2007
Page 2

To the extent that Amgen consents to Roche's re-designation, Amgen agrees that once Roche produces the appropriately re-designated documents with a new confidentiality legend, Amgen will replace the prior electronic images and use the new, properly-labeled versions going forward.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

DEF:rlp

cc:   Howard Suh
      Julia Huston
      Mark Israelewicz
      Michele Moreland

522198_1