UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD ) | |
| ROCHE DIAGNOSTICS GmbH ) | |
| HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MOTION FOR ADMISSION OF MANVIN MAYELL
### *PRO HAC VICE* FOR DEFENDANTS

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Manvin Mayell as an attorney for the defendants.

As stated in the accompanying declaration (attached hereto as Exhibit A), Manvin Mayell is a member of the bar of the State of New York, among others. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

Pursuant to ECF Administrative Procedure Rule F, counsel for the defendants shall submit the fee for this motion within 24 hours of filing.

WHEREFORE, it is respectfully requested that Manvin Mayell be admitted to the bar of this Court *pro hac vice*.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:   Boston, Massachusetts
             January 12, 2007

>                                F. HOFFMANN-LA ROCHE LTD
>                                ROCHE DIAGNOSTICS GmbH
>                                HOFFMANN-LA ROCHE INC.
>
>                                By its attorneys,
>
>                                /s/  Keith E. Toms
>                                Lee Carl Bromberg (BBO# 058480)
>                                Julia Huston (BBO# 562160)
>                                Keith E. Toms (BBO# 663369)
>                                Nicole A. Rizzo (BBO #663853)
>                                BROMBERG & SUNSTEIN LLP
>                                125 Summer Street
>                                Boston, MA 02110
>                                Tel. (617) 443-9292
>                                ktoms@bromsun.com
>
>                                and
>
>                                Leora Ben-Ami *(pro hac vice)*
>                                Patricia A. Carson *(pro hac vice)*
>                                Thomas F. Fleming *(pro hac vice)*
>                                Howard Suh *(pro hac vice)*
>                                Peter Fratangelo (BBO# 639775)
>                                KAYE SCHOLER LLP
>                                425 Park Avenue
>                                New York, NY 10022
>                                Tel: (212) 836-8000

3

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above referenced date.

03099/00501 597460.1                                                                /s/  Keith E. Toms
                                                                                           Keith E. Toms