# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No.: 05-cv-12237WGY |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, ) | |
| ROCHE DIAGNOSTICS GmbH, ) | |
| and HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE MOTION TO FILE UNDER SEAL A DOCUMENT CONTAINING DEFENDANTS' CONFIDENTIAL AND TRADE SECRET MATERIALS

Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") respectfully move the Court to extend the time by two additional Court days for Roche to file a motion to file under seal a document containing Defendants' confidential and trade secret materials, which Amgen seeks to file in the public record.[1]

1.      The deadline for Roche to file a motion to file under seal pursuant to the Protective Order is currently Wednesday, January 17, 2007.

2.      If granted, the deadline would be extended to Friday, January 19, 2007.

---

[1] The document Amgen seeks to file was submitted to the Court in a sealed envelope for *in camera* review on January 12, 2007 and corresponds to Exhibit 1 of Amgen's Declaration of Deborah E. Fishman in Support of Plaintiff Amgen Inc.'s Motion for Clarification Of the Court's December 29, 2006 Order (Docket No. 237).  This document will not be ready for the Court's *in camera* consideration until Roche has filed its Motion to Seal, which is the subject of the present motion.

Dockets.Justia.com

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for Amgen has assented to this motion.

/s/ Nicole A. Rizzo
Nicole A. Rizzo

Dated:  January 15, 2007
        Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH,
and HOFFMANN-LA ROCHE INC.

By its Attorneys,

/s/ Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Nicole A. Rizzo
Nicole A. Rizzo

03099/00501  601012.1