# EXHIBIT A

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014

Telephone: (408) 873-0110
Facsimile: (408) 873-0220

# FACSIMILE TRANSMISSION

**DATE: DECEMBER 6, 2006**

**NO. OF PAGES:** _53_

**PLEASE DELIVER TO:**

| **THOMAS F. FLEMING** |
|---|
| KAYE SCHOLER LLP |

| **PHONE NO.** (212) 836-8000 | **FAX NO.** (212) 836-8689 |
|---|---|

**CC:**

| **MICHELLE MORELAND** |
|---|
| MCDERMOTT WILL & EMERY LLP |

| **PHONE NO.** (650) 813-5000 | **FAX NO.** (650) 813-5100 |
|---|---|

**CC:**

| **MARK ISRAELEWICZ, ESQ.** |
|---|
| MARSHALL, GERSTEIN & BORUN LLP |

| **PHONE NO.** (312) 474-6300 | **FAX NO.** (312) 474-0448 |
|---|---|

**CC:**

| **HOWARD SUH, ESQ.** |
|---|
| KAYE SCHOLER LLP |

| **PHONE NO.** (212) 836-8000 | **FAX NO.** (212) 836-6352 |
|---|---|

**CC:**

| **PETER FRATANGELO** |
|---|
| KAYE SCHOLER LLP |

| **PHONE NO.** (212) 836-8162 | **FAX NO.** (212) 836-6364 |
|---|---|

**FROM:**

| DEBORAH E. FISHMAN |
|---|

**CLIENT NO. :** 0101-030

**THIS FACSIMILE AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL COMMUNICATION ONLY TO THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER. THANK YOU.**

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

December 6, 2006

VIA E-MAIL & FACSIMILE

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Re:** *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237WGY)*

Dear Tom:

I write to designate Dr. John W. Adamson, Dr. Eric M. Gaier, Benjamin W.D. Scher, and Dr. Christopher Stromberg in accordance with our proposed Protective Order at ¶¶ 8 (c) and 12, and to notify you of our intention to share Discovery Material with each. I enclose a current copy of the curriculum vitae for each of these gentlemen and will provide a signed copy of the agreement to be bound by the terms of the parties' protective order for each once we have a final, signed protective order in place.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Deborah E. Fishman

DEF:sv

Enclosures

cc:   Michele Moreland, Esq.
      Mark Israelewicz, Esq.
      Howard Suh, Esq.
      Peter Fratangelo, Esq.

# CURRICULUM VITAE

**NAME:**          John W. Adamson, M.D.

**BUSINESS ADDRESS:**          Medical College of Wisconsin
                               Division of Hematology
                               Department of Medicine
                               9200 West Wisconsin Ave.
                               Milwaukee, Wisconsin 53226

**EMAIL:**          john.adamson@mcw.edu
                    john.adamson@bcw.edu

**BUSINESS PHONE:**          (414) 456-6966 or (414) 937-3803
**FAX:**          (414) 933-6803

**DATE OF BIRTH:**          December 28, 1936

## EDUCATION

1954-56                    Associate of Arts
                           Stockton College
                           Stockton, California

1956-58                    Bachelor of Arts (Major: Zoology)
                           University of California
                           Berkeley, California

1958-62                    Doctor of Medicine
                           School of Medicine
                           University of California at Los Angeles
                           Los Angeles, California

## POSTGRADUATE TRAINING

1960                       Research Trainee
                           California Department of Public Health
                           Berkeley, California

1962-63                    Internship
                           Department of Medicine
                           University of Washington
                           Seattle, Washington

John W. Adamson, M.D.                                                    December 6, 2006
Page 2

| | |
|---|---|
| 1963-64 | Residency<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |
| 1964-67 | Senior Fellow in Medicine and Hematology<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |

## PROFESSIONAL POSITIONS

| | |
|---|---|
| 1967-69 | Staff Physician<br>Hematology Section<br>Clinical Pathology Department<br>Clinical Center<br>National Institutes of Health<br>Bethesda, Maryland |
| 1969-81 | Head<br>Hematology Section<br>Veterans Administration Medical Center<br>Seattle, Washington |
| 1969-73 | Assistant Professor,<br>Division of Hematology<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |
| 1973-78 | Associate Professor<br>Division of Hematology<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |
| 1976-77 | Visiting Scientist<br>Nuffield Department of Clinical Medicine<br>Radcliffe Infirmary<br>Oxford University<br>Oxford, England |
| 1978-89 | Professor<br>Division of Hematology<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |
| 1981-89 | Head<br>Division of Hematology<br>Department of Medicine<br>University of Washington<br>Seattle, Washington |

John W. Adamson, M.D.                                                    December 6, 2006
Page 3

| 1989-97 | President, New York Blood Center<br>New York, New York |
|---------|---------------------------------------------------------|
| 1989-98 | Director, Lindsley F. Kimball Research Institute<br>of the New York Blood Center |
| 1993-98 | Adjunct Professor, Department of Medicine<br>Cornell University Medical Center |
| 1991-98 | Consultant, Memorial Hospital<br>Memorial Sloan-Kettering Cancer Center |
| 1998-2004 | Executive Vice President for Research<br>Director, Blood Research Institute<br>BloodCenter of Wisconsin<br>Milwaukee, Wisconsin |
| 2004- | Director, Medical Services<br>BloodCenter of Wisconsin |
| 1999- | Professor of Medicine (Hematology/Oncology)<br>Medical College of Wisconsin<br>Milwaukee, Wisconsin |
| 2002- | Chief, Division of Hematology<br>Department of Medicine<br>Medical College of Wisconsin<br>Milwaukee, Wisconsin |

## AWARDS AND HONORS

| 1958-59 | University of California Alumni Scholar |
|---------|------------------------------------------|
| 1961-62 | Robert Stern Memorial Scholar<br>U.C.L.A. School of Medicine |
| 1969-72 | Investigator<br>Veterans Administration |
| 1972-77 | Research Career Development Award<br>NIAMDD, National Institutes of Health |
| 1976-77 | Faculty Scholar Award<br>Josiah Macy, Jr. Foundation |
| 1988-89 | Clinical Research Professor<br>American Cancer Society |

John W. Adamson, M.D.                                        December 6, 2006
Page 4

## BOARD CERTIFICATION

AMERICAN BOARD OF INTERNAL MEDICINE, 1970

## LICENSURE

CALIFORNIA   (INACTIVE)
WASHINGTON (INACTIVE)
WISCONSIN  (ACTIVE)

## ORGANIZATIONS

American Association for the Advancement
  of Science - Fellow (elected 1991)

American Society of Hematology
  President, 1996

American Federation for Clinical Research

Western Society for Clinical Research

International Society for Experimental Hematology
  President, 1992-93

New York Academy of Medicine

American Society for Clinical Investigation

Western Association of Physicians

Association of American Physicians

New York Academy of Sciences

International Society of Hematology

American College of Physicians
  Fellow

Society for the Advancement of Blood Management
  President, 2005-06

National Anemia Action Council

## EDITORIAL RESPONSIBILITIES

|          | Journal of Cellular Physiology |
|----------|--------------------------------|
| 1976-90  | Associate Editor               |
| 1990-94  | Editor                         |
|          |                                |
|          | Blood                          |
| 1978-82  | Editorial Board                |
| 1983-87  | Editor-in-Chief                |

John W. Adamson, M.D.                                          December 6, 2006
Page 5

|          | Stem Cells |
|----------|------------|
| 1980-83  | Editorial Board |
|          | Blood Cells, Molecules & Diseases |
| 1997-    | Contributing Editor |
|          | Blood Cells |
| 1981-87  | Editorial Board |
|          | International Journal of Cell Cloning |
| 1983-89  | Editorial Board |
|          | The Science and Practice of Clinical Medicine, New York: Grune and Stratton Associate Editor |
| 1981     | Hematology and Oncology, Volume VI |
|          | Biotechnology Therapeutics |
| 1988-90  | Editorial Board |
|          | International Journal of Hematology |
| 1990-95  | Editorial Board |
|          | Current Opinion in Hematology |
| 1992-95  | Founding Editor |

## NATIONAL RESPONSIBILITIES

### American Society of Hematology

| 1974-76  | Erythropoietin Subcommittee, Member |
|----------|-------------------------------------|
| 1978-81  | Red Cell Subcommittee, Member |
| 1983-88  | Executive Committee, Member |
|          | Scientific Advisory Committee |
| 1988-92  | Member |
| 1988     | Chairman |
| 1991-95  | Advisory Board, Member |
|          | Transfusion Medicine Subcommittee |
| 1991-94  | Member |
| 1991     | Chairman |
|          | Public Information and Governmental Affairs Committee |
| 1992-95  | Member |
| 1994     | Vice President |
| 1995     | President-elect |
| 1996     | President |

John W. Adamson, M.D.                                                    December 6, 2006
Page 6

## National Institutes of Health

| | |
|---|---|
| 1975-76 | Member, Ad Hoc Red Cell Working Group in Support of Advisory Committee to DBDR National Heart, Lung and Blood Institute |
| 1978-80 | Chairman, Subcommittee on Normal Hematopoiesis: Research Needs in Hematology, for Advisory Committee to NIAMDD |
| 1979-80 | Member, Ad Hoc Advisory Committee on Erythropoietin Procurement and Purification Program , National Heart, Lung and Blood Institute |
| 1980-84 | Member, Hematology I Study Section |
| 1988-92 | Member, Advisory Council National Institute of Diabetes, Digestive, & Kidney Diseases |
| 1993-95 | Member, Hematology Advisory Committee to NIDDKD |

## Other

| | |
|---|---|
| 1989-95 | Director, Henry M. and Lillian Stratton Foundation, Inc., New York, New York |
| 1990-92 | Member, Executive Committee, Council of Community Blood Centers, Washington, D.C. |
| 1994-95 | Institute of Medicine, National Academy of Sciences, Forum on Blood Safety and Availability |

## RELATIONS WITH INDUSTRY

Navigant Biotechnologies – Medical Advisory Board; 2003 –

Affymax – Medical Advisory Board – 2004 –

Watson Pharma – Medical Advisory Board – 2000 –

FibroGen – Medical Advisory Board – 2006 –

John W. Adamson, M.D.
Page 7

December 6, 2006

## BIBLIOGRAPHY

1. Adamson, J.W., Alexanian, R., Martinez, C., Finch, C.A.: Erythropoietin excretion in normal man. Blood 28:354- 364, l966.

2. Adamson, J.W., Finch, C.A.: Mechanisms of erythroid marrow activation. Trans. Assoc. Am. Phys. 79:419-425, l966.

3. Adamson, J.W., Finch, C.A.: Erythropoietine et erythropoiese. La Nouvelle Revue Francaise d'Hematologie 7:l57-l60, l967.

4. Eschbach, J.W., Funk, D.D., Adamson, J.W., Kuhn, I., Scribner, B.H., Finch, C.A.: Erythropoiesis in patients with renal failure undergoing chronic dialysis. N. Engl. J. Med. 276:653- 658, l967.

5. Adamson, J.W., Finch, C.A.: Erythropoietin and the polycythemias. Ann. N.Y. Acad. Sci. l49:560-563, l968.

6. Adamson, J.W., Eschbach, J.W., Finch, C.A.: The kidney and erythropoiesis. Am. J. Med. 44:725-733, l968.

7. Hillman, R.S., Adamson, J.W., Burka, E.: Characteristics of vitamin B12 correction of the abnormal erythropoiesis of pernicious anemia. Blood 31:419-432, 1968.

8. Adamson, J.W.: The erythropoietin/hematocrit relationship in normal and polycythemic man: Implications of marrow regulation. Blood 32:597-609, l968.

9. Adamson, J.W., Hillman, R.S.: Blood volume and plasma protein replacement following acute blood loss in normal man. JAMA 205:609-6l2, l968.

10. Stamatoyannopoulos, G., Yoshida, A., Adamson, J.W., Heinenberg, S.: Hemoglobin Rainier (Beta l45 tyrosine--> histidine): Alkali-resistant hemoglobin with increased oxygen affinity. Science l59:741-743, l968.

11. Whang-Peng, J., Leventhal, B.G., Adamson, J.W., Perry, S.: The effect of daunomycin on human cells in vivo and in vitro. Cancer 23:ll3-l2l, l969.

12. Adamson, J.W., Parer, J.T., and Stamatoyannopoulos, G.: Erythrocytosis associated with hemoglobin Rainier: Oxygen equilibria and marrow regulation. J. Clin. Invest. 48:l376- l386, l969.

13. Finch, D.A., Deubelbeiss, K., Cook, J.D., Eschbach, J.W., Harker, L.A., Funk, D.D., Marsaglia, G., Hillman, R.S., Slichter, S., Adamson, J.W., Ganzoni, A., Giblett, E.R.: Ferrokinetics in man. Medicine 49:l7-53, l970.

14. Adamson, J.W.: Oxygen delivery by abnormal hemoglobin: In: Hemopoietic Cellular Proliferation, F. Stohlman, Jr. (ed). New York: Grune and Stratton, l970, pp. ll2-l20.

15. Adamson, J.W.: The regulation of erythropoiesis in polycythemia vera and related myeloproliferative disorders. IN: Myeloproliferative Disorders of Animals and Man, W.J. Clarke, E.G. Howard, and P.L. Hackett (eds). U.S. Atomic Energy Commission, l970, pp. 440-442.

16. Adamson, J.W., Finch, C.A.: Erythropoietin and the regulation of erythropoiesis in Di Guglielmo's Syndrome. Blood 36:590-597, l970.

17. Eschbach, J.W., Adamson, J.W., Cook, J.D.: Disorders of red cell production in uremia. Arch. Intern. Med. l26:8l2-8l5, l970.

John W. Adamson, M.D.
Page 8

December 6, 2006

18. Hayashi, A., Stamatoyannopoulos, G., Yoshida, A. and Adamson, J.W.: Haemoglobin Rainier: Beta 145 (HC2) tyrosine --> cysteine and Haemoglobin Bethesda: Beta 145 (HC2) tyrosine --> histidine. Nature 230:264-267, 1971.

19. Eschbach, J.W., Adamson, J.W., Anderson, .G., Dennis, M.B., Jr.: Anemia of chronic renal failure: Studies of marrow regulation in the uremic sheep. Trans. Am. Soc. Artif. Intern. Organs 18:295-298, 1972.

20. Adamson, J.W., Storb, R.: The proliferative potential of frozen stored human marrow cells. Transplantation 14:490-494, 1972.

21. Adamson, J.W., Hayashi, A., Stamatoyannopoulos, G., Burger, W.F.: Erythrocyte function and marrow regulation in Hemoglobin Bethesda (Beta 145 histidine). J. Clin. Invest. 51:2883-2888, 1972.

22. Stamatoyannopoulos, G., Nute, P.E., Adamson, J.W., Bellingham, A.J., Funk, D.: Hemoglobin Olympia (Beta 20 valine --> methionine): An electrophoretically silent variant associated with high oxygen affinity and erythrocytosis. J. Clin. Invest. 52:342-349, 1972.

23. Eschbach, J.W., and Adamson, J.W.: Improvement in the anemia of chronic renal failure with fluoxymesterone. Ann. Intern. Med. 78:527-532, 1973.

24. Adamson, J.W., Stamatoyannopoulos, G.: Activation of hemoglobin C synthesis in sheep marrow culture. Science 180:310-312, 1973.

25. Adamson, J.W., Stamatoyannopoulos, G., Kontras, S., Lascari, A., Detter, J.: Recessive familial erythrocytosis: Aspects of marrow regulation in two families. Blood 41:641-652, 1973.

26. Lizzi, F.A. Tartaglia, A.P., Adamson, J.W.: Hemochromatosis, hepatoma, erythrocytosis, and erythropoietin. N.Y. State J. Med. 73:1098-1100, 1973.

27. Adamson, J.W.: Clinical evaluation of hormonal (erythropoietin) excess and deficiency. IN: Methods in Investigative and Diagnostic Endocrinology, Part III, S.A. Berson, and R.A. Yallow (eds.). New York: American Elsevier, 1973. pp. 1136-1142.

28. Arend, W.P., Adamson, J.W.: Nonsecretory myeloma: Immunofluorescent demonstration of paraprotein within bone marrow plasma cells. Cancer 33:721-728, 1974.

29. Weiden, P., Robinett, B., Graham, T.C., Adamson, J.W., Storb, R.: Canine cyclic neutropenia: A stem cell defect. J. Clin. Invest. 53:950-953, 1974.

30. Adamson, J.W., Finch, C.A.: Hormones and the formed elements of the blood. IN: Textbook of Endocrinology, 5th edition, R.H. Williams (ed.). Philadelphia: W.B. Saunders Company, 1974. pp. 963-969.

31. Guerry, D., Adamson, J.W., Dale, D.C., Wolff, S.M.: Human cyclic neutropenia: Urinary colony-stimulating factor and erythropoietin levels. Blood 44:257-262, 1974.

32. Labardini, J., Papayannopoulou, T., Cook, J.D., Adamson, J.W., Woodson, R.D., Eschbach, J.W., Hillman, R.S., Finch, C.A.: Marrow radioiron kinetics. Haematologia 7:301-312, 1973.

33. Adamson, J.W., Dale, D.C., Elin, R.J.: Hematopoiesis in the grey collie dog: Studies of the regulation of erythropoiesis. J. Clin. Invest. 54:965-973, 1974.

34. Adamson, J.W., Stamatoyannopoulos, G.: The A --> C switch in sheep hemoglobin: In vitro studies with erythropoietin. Ann. N.Y. Acad. Sci. 241:556-565, 1974.

35.   Douglas, S.W., Adamson, J.W.: The anemia of chronic disorders: Studies of marrow regulation and iron metabolism. Blood 45:55-65, 1975.

36.   Adamson, J.W., Finch, C.A.: Hemoglobin function, oxygen affinity and erythropoietin. Ann. Rev. Physiol. 37:351-369, 1975.

37.   Adamson, J.W.: Familial polycythemia. Sem. Hematol. 12:383-396, 1975.

38.   Mitchell, B.S., Adamson, J.W.: Cells responding to erythropoietin in vitro: Studies of physical and cell cycle characteristics and competition for expression. IN: Erythropoiesis, Proceedings of the 4th International Conference on Erythropoietin, K. Nakao, F. Takaku, and J. Fisher (eds.). Tokyo: University of Tokyo Press, 1975. pp. 151-163.

39.   Langer, E.E., Stamatoyannopoulos, G., Hlastala, M.P., Adamson, J.W., Figley, M., Labbe, R.F., Detter, J.C., Finch, C.A.: Extracorporeal treatment with cyanate in sickle cell disease: Preliminary observations in four patients. J. Lab. Clin. Med. 87:462-474, 1976.

40.   Lichtman, M.A., Murphy, M.S., Adamson, J.W.: Detection of mutant hemoglobins with altered affinity for oxygen: A simplified technique. Ann. Intern. Med. 84:517-520, 1976.

41.   Singer, J.W., Samuels, A.I., Adamson, J.W.: Steroids and hematopoiesis. I. The effect of steroids on in vitro erythroid colony growth: Structure/activity relationships. J. Cell. Physiol. 88:127-134, 1976.

42.   Singer, J.W., Adamson, J.W.: Steroids and hematopoiesis. II. The effect of steroids on in vitro erythroid colony growth: Evidence for different target cells for different classes of steroids. J. Cell. Physiol. 88:135-144, 1976.

43.   Adamson, J.W.: Polycythemia vera and agnogenic myeloid metaplasia. IN: Harrison's Principles of Internal Medicine, Volume II, 8th edition, G.S. Thorn, R.D. Adams, E.J. Braunwald, K.J. Isselbacher, and R.G. Petersdorf (eds.). New York: McGraw-Hill Book Co., 1972. pp. 1706-1710.

44.   Singer, J.W., Adamson, J.W.: Steroids and hematopoiesis. III. The response of granulocytic and erythroid colony-forming cells to steroids of different classes. Blood 48:855-864, 1976.

45.   Prchal, J.R., Adamson, J.W., Steinmann, L., Fialkow, P.J.: Human erythroid colony formation in vitro: Evidence for clonal origin. J. Cell. Physiol. 89:489-492, 1976.

46.   Adamson, J.W., Fialkow, P.J., Murphy, S., Prchal, J.F., Steinmann, L.: Polycythemia vera: Stem-cell and probable clonal origin of the disease. N. Engl. J. Med. 295:913-916, 1976.

47.   Brown, J.E., Adamson, J.W.: Studies of the influence of cyclic nucleotides on in vitro haemoglobin synthesis. Br. J. Haematol. 35:193-208, 1977.

48.   Brown, J.E., Adamson, J.W.: Modulation of in vitro erythropoiesis: Enhancement of erythroid colony cell growth by cyclic nucleotides. Cell Tiss. Kinet. 10:288- 299, 1977.

49.   Brown, J.E., Adamson, J.W.: Modulation of in vitro erythropoiesis: The influence of beta-adrenergic agonists on erythroid colony formation. J. Clin. Invest. 60:70-77, 1977.

50.   Popovic, W.J., Brown, J.E., Adamson, J.W.: The influence of thyroid hormones on in vitro erythropoiesis. Mediation by a receptor with beta-adrenergic properties. J. Clin. Invest. 60:907-913, 1977.

51.   Adamson, J.W.: Mechanisms of polycythemia. IN: The Year in Hematology, A.S. Gordon, R. Silber, and J. LoBue (eds.). New York: Plenum Press, 1977. pp. 523-544.

52.   Adamson, J.W.: Steroids and hematopoiesis. IN: Kidney Hormones, Volume II, Erythropoietin, J.W. Fisher (ed.). New York: Academic Press, 1977. pp. 437-462.

John W. Adamson, M.D.
Page 10

53.   Yunis, A.A., Adamson, J.W.: Differential in vitro sensitivity of marrow erythroid and granulocytic colony-forming cells to chloramphenicol. Am. J. Hematol. 2:355- 363, 1977.

54.   Adamson, J.W., Brown, J.E.: Aspects of erythroid differentiation and proliferation. IN: Molecular Control of Proliferation and Differentiation, J. Papaconstantinou and W.J. Rutter (eds.). New York: Academic Press, 1978. pp. 161-179.

55.   Lindner, A., Douglas, S.W., Adamson, J.W.: Propranolol effects in long-term hemodialysis patients with renin- dependent hypertension. Ann. Intern. Med. 88:457-462, 1978.

56.   Prchal, J.F., Adamson, J.W., Murphy, S., Steinmann, L., Fialkow, P.J.: Polycythemia vera: The in vitro response of normal and abnormal stem cell lines to erythropoietin. J. Clin. Invest. 61:1044-1047, 1978.

57.   Peterson, D.T., Winslow, R.M., Adamson, J.W., Morrow, A.W., Nienhuis, A.W.: Tetralogy of Fallot with hypoxemia in a patient with beta thalassemia intermedia. Am. J. Med. 64:662-671, 1978.

58.   Fisher, J.W., Adamson, J.W., Camiscoli, J.F., Fried, W., Gordon, A.S., Schooley, J.,Zanjani, E.: Cooperative erythropoietic assay of several steroid metabolites in polycythemic mice. Steroids 30:833-845, 1978.

59.   Adamson, J.W., Fialkow, P.J.: Pathogenesis of the myeloproliferative syndromes. Br. J. Haematol. 38:299-304, 1978.

60.   Adamson, J.W., Torok-Storb, B., Lin, N.: Analysis of erythropoiesis by erythroid colony formation in culture. Blood Cells 4:89-103, 1978.

61.   Nute, P.E., Pierce, H.I., Hermodson, M.A., Adamson, J.W, Stamatoyannopoulos, G.: Environmental modification of gene expression: Iron deficiency masks erythrocytosis in a female with Hemoglobin Olympia. Hemoglobin 2:275-279, 1978.

62.   Adamson, J.W.: Pharmacological stimulation of marrow function. Clinics in Haematol. (Aplastic Anemia):555-569, 1978.

63.   Torok-Storb, B.J., Storb, R., Graham, T.C., Prentice, R.L., Weiden, P.L., Adamson, J.W.: Erythropoiesis in vitro: Effect of normal versus "transfusion-sensitized" mononuclear cells. Blood 52:706-711, 1978.

64.   Adamson, J.W., Popovic, W.J., Brown, J.E.: Hormonal influences on erythroid colony growth in culture. IN: In Vitro Aspects of Erythropoiesis, M.J. Murphy, Jr. (ed.). New York: Springer-Verlag, 1978. pp. 95-99.

65.   Adamson, J.W., Lin, N., Shiota, F.: Method for culturing dog bone marrow cells for erythroid colony formation. IN: In Vitro Aspects of Erythropoiesis, M.J. Murphy, Jr. (ed.). New York: Springer-Verlag, 1978. pp. 254-255.

66.   Adamson, J.W., Popovic, W.J., Brown, J.E.: Modulation of in vitro erythropoiesis: Hormonal interactions and erythroid colony growth. IN: Differentiation of Normal and Neoplastic Hematopoietic Cells, B. Clarkson, P.A. Marks, J.E. Till (eds.), Cold Spring Harbor Conference on Cell Proliferation, Volume V. Cold Spring Harbor Laboratory, 1978. pp. 235-248.

67.   Charache, S., Achuff, S., Winslow, R., Adamson, J.W., Chervenick, P.: Variability of the homeostatic response to altered p50. Blood 52:1156-1162, 1978.

68.   Adamson, J.W., Popovic, W.J., Brown, J.W.: Hormonal control of erythropoiesis. IN: Hematopoietic Cell Differentiation, Volume X, D.W. Golde, M.J. Cline, D. Metcalf, and F. Fox (eds.). New York: Academic Press, 1978. pp. 53-67.

John W. Adamson, M.D.                                                    December 6, 2006
Page 11

69.   Torok-Storb, B.J., Storb, R., Deeg, H.J., Graham, T.C., Wise, C., Weiden, P., Adamson, J.W.: Growth in vitro of donor marrow cultured with recipient lymphocytes predicts the fate of marrow grafts in transfused DLA-identical dogs. Blood 53:l04-l08, 1979.

70.   Popovic, W.J., Adamson, J.W.: Erythropoietin assay: Present status of methods, pitfalls, and results in polycythemic disorders. IN: Critical Reviews in Clinical Laboratory Sciences, Volume X, J. Batsakis, and J. Savory (eds.). New York: CRC Press, l979. pp. 57-87.

71.   Najfeld, V., Price, T.H., Adamson, J.W., Fialkow, P.J.: Myelofibrosis with complex chromosome abnormality in a patient with erythrocytosis due to Hemoglobin Rainier and treated with $^{32}$P. Am. J. Hematol. 5:63-69, 1979.

72.   Darbre, P.D., Adamson, J.W., Wood, W.C., Weatherall, D.J., Robinson, J.S.: Patterns of globin chain synthesis in erythroid colonies grown from sheep marrow of different developmental stages. Br. J. Haematol. 41:459-475, 1979.

73.   Bunch, C., Wood, W.G., Adamson, J.W.: Cellular origins of the foetal haemoglobin-containing cells of normal adults. Lancet I:ll63-ll65, 1979.

74.   Popovic, W.J., Brown, J.E., Adamson, J.W.: Modulation of in vitro erythropoiesis. Studies with euthyroid and hypothyroid dogs. J. Clin. Invest. 64:56-6l, 1979.

75.   Burstein, S.A., Adamson, J.W., Thorning, D., Harker, L.: Characteristics of murine megakaryocytic colonies in vitro. Blood 54:169-179, 1979.

76.   Fialkow, P.J., Singer, J.W., Adamson, J.W., Berkow, R.L., Friedman, J.M., Jacobson, R.J., Moohr, J.W.: Acute nonlymphocytic leukemia: Expression in cells restricted to granulocytic and monocytic differentiation. N. Engl. J. Med. 301:l-5, 1979.

77.   Adamson, J.W.: Marrow regulation by cell signals. Editorial. N. Engl. J. Med. 301:378-380, 1979.

78.   Torok-Storb, B.J., Storb, R., Deeg, H.J., Graham, T.C., Wise, D.M., Weiden, P.L., Adamson, J.W.: Lymphocyte/marrow cocultures as a tool to detect transfusion-induced sensitization and predict marrow graft rejection in dogs. IN: Experimental Hematology Today, S.J. Baum, and G.D. Ledney (eds.). New York: Springer-Verlag, 1979. pp. 257-261.

79.   Adamson, J.W.: Analysis of myeloproliferative disorders using cell markers in culture. IN: Modern Trends in Human Leukemia III, R. Neth, R.G. Gallo, P.H. Hofschneider, and K. Manweller (eds.). New York: Springer-Verlag, 1979. pp. 205-210.

80.   Torok-Storb, B.J., Deeg, J., Atkinson, C., Storb, R., Weiden, P., Adamson, J.W.: Erythroid colony stimulating and inhibiting cells in peripheral blood of transfused dogs: Separation of function by velocity sedimentation. Blood 54:955-958, 1979.

81.   Singer, J.W., Fialkow, P.J., Adamson, J.W., Steinmann, L., Ernst, C., Murphy, S., Kopecky, K.J.: Polycythemia vera: Increased expression of normal committed granulocytic stem cells in vitro after exposure to tritiated thymidine. J. Clin. Invest. 64:1320-1324,1979.

82.   Torok-Storb, B.J., Sieff, C., Storb, R., Adamson, J.W., Thomas, E.D.: In vitro tests for distinguishing possible immune-mediated aplastic anemia from transfusion-induced sensitization. Blood 55:2ll-2l5, 1980.

83.   Whitcomb, H.W., Peschle, C., Moore, M., Nitschke, R., Adamson, J.W.: Congenital erythrocytosis: A new form associated with an erythropoietin dependent mechanism. Br. J. Haematol. 44:17-24, 1980.

84.   Adamson, J.W.: Polycythemia vera (Chapter 320); Agnogenic myeloid metaplasia (Chapter 321). IN:
      Harrison's Principles of Internal Medicine, 9th edition, K.Isselbacher, R. Adams, E. Braunwald, R.,
      Petersdorf, and J.Wilson (eds.). New York: McGraw-Hill Book Co., 1979. pp.1576-1579; 1579-1581.

85.   Appelbaum, F.R., Fefer, A., Cheever, M.A., Sanders, J.E., Singer, J.W., Adamson, J.W., Mickelson,
      E.M., Hansen, J.A., Greenberg, P.D., and Thomas, E.D.: Treatment of aplastic anemia by bone marrow
      transplantation in identical twins. Blood 55:1033-1039, 1980.

86.   Adamson, J.W., Singer, J.W., Fialkow, P.J.: Evidence for cellular regulation of hematopoiesis in
      myeloproliferative diseases. IN: In Vivo and In Vitro Erythropoiesis: The Friend System, G.B. Rossi
      (ed.). Amsterdam: Elsevier/North Holland, 1980. pp. 119-126.

87.   Adamson, J.W.: Anatomy and physiology of erythropoiesis; Pathophysiology of anemia; Clinical
      approach to anemia; Anemia associated with endocrine disorders; Dyserythropoietic anemias. IN:
      Hematology and Oncology, Volume VI, The Science and Practice of Clinical Medicine, M.A. Lichtman
      (ed.). New York: Grune and Stratton, 1980. pp. 7-10; 10-11; 11-15; 44-45; 47-48.

88.   Burstein, S.A., Adamson, J.W., Harker, L.A.: Megakaryocytopoiesis in culture: Modulation by
      cholinergic mechanisms. J. Cell. Physiol. 103:201-208, 1980.

89.   Singer, J.W., Adamson, J.W., Ernst, C., Lin, N., Steinmann, L., Murphy, S., Fialkow, P.J.: Polycythemia
      vera: Physical separation of normal and neoplastic committed granulocyte-macrophage progenitors. J.
      Clin. Invest. 66:730-735, 1980.

90.   Singer, J.W., Arlin, Z.A., Najfeld, V., Adamson, J.W., Kempin, S.J., Clarkson, B.D., and Fialkow, P.J.:
      Restoration of non-clonal hematopoiesis in chronic myelogenous leukemia (CML) following a
      chemotherapy-induced loss of the Ph1 chromosome. Blood 56:356-360, 1980.

91.   Adamson, J.W., Singer, J.W., Catalano, P., Murphy, S., Lin, N., Steinmann, L., Ernst, C., Fialkow, P.J.:
      Polycythemia vera: Further in vitro studies of hematopoietic regulation. J. Clin. Invest. 66:1363-1368,
      1980.

92.   Eschbach, J.W., Adamson, J.W., Dennis, M.B.: Physiologic studies in normal and uremic sheep: I. The
      experimental model. Kidney Int. 18:725-731, 1980.

93.   Eschbach, J.W., Adamson, J.W., Dennis, M.B.: Physiologic studies in normal and uremic sheep: II.
      Changes in erythropoiesis and oxygen transport. Kidney Int. 18:732-745, 1980.

94.   Darbre, P.D., Lauckner, S.M., Adamson, J.W., Wood, W.G., Weatherall, D.J.: Haemoglobin synthesis in
      human erythroid bursts during ontogeny: Reproducibility and sensitivity to culture conditions. Br. J.
      Haematol. 48:237-250, 1981.

95.   Fialkow, P.J., Singer, J.W., Adamson, J.W. Viadya, K., Dow, L.W., Ochs, J., Moohr, J.W.: Acute
      nonlymphocytic leukemia: Heterogeneity of stem cell origin. Blood 57:1068-1073, 1981.

96.   Singer, J.W., Adamson, J.W., Arlin, Z.A., Kempin, S.J., Clarkson, B.D., Fialkow, P.J.: Chronic
      myelogenous leukemia: In vitro studies of hematopoietic regulation in patients undergoing intensive
      chemotherapy. J. Clin. Invest. 67:1593-1598, 1981.

97.   Golde, D.W., Hocking, W.G., Koeffler, H.P., and Adamson, J.W.: Polycythemia: Mechanisms and
      management. Ann. Intern. Med. 95:71-87, 1981.

98.   Adamson, J.W.: Abnormal hematopoietic clones. IN: Aplastic Anemia: A Stem Cell Disease, A. Levine
      (ed.). San Francisco Conference sponsored by the National Institutes of Health, San Francisco, California,
      June, 1979.

99.    Adamson, J.W.: Hormonal interactions in erythropoiesis. IN: Hemoglobins in Development and Differentiation, G. Stamatoyannopoulos, and A.W. Nienhuis (eds.). New York: Alan R. Liss, Inc., 1981. pp. 73-84.

100.   Adamson, J.W., Dale, D.C., and Klebanoff, S.J.: Hormones    and the formed elements of the blood. IN: Textbook of Endocrinology, 6th edition, R.H. Williams (ed.). Philadelphia, W.B. Saunders, 1981. pp. 1099-1107.

101.   Burstein, S.A., Adamson, J.W, Erb, S.K., Harker, L.A.: Megakaryocytopoiesis in the mouse: Response to varying platelet demand. J. Cell. Physiol. 109:333-341, 1981.

102.   Burstein, S.A., Adamson, J.W., Erb, S.K., Harker, L.A.: Regulation of murine megakaryocytopoiesis. IN: Megakaryocyte Biology and Precursors: In Vitro Cloning and Cellular Properties, B. Evatt, R. Levine, and N. Williams (eds.). New York: Elsevier/North Holland, Inc., 1981. pp. 127-138.

103.   Mladenovic, J., Adamson, J.W.: Erythroid colony growth in culture: Analysis of erythroid differentiation and studies in human disease states. IN: Recent Advances in Hematology, Volume III, A.B. Hoffbrand (ed.). Edinburgh: Churchill Livingstone, 1981. pp. 95-107.

104.   Distelhorst, C.S., Wagner, D.S., Goldwasser, E., Adamson, J.W.: Autosomal dominant familial erythrocytosis due to autonomous erythropoietin production. Blood 58:1155-1158, 1981.

105.   Adamson, J.W.: Polycythemia vera and alkylating agents. Letter to the Editor. Ann. Intern. Med. 96:123-125, 1982.

106.   Powell, J.S., Fialkow, P.J., Adamson, J.W.: Polycythemia vera: Studies of hematopoiesis in continuous long-term culture of human marrow. J. Cell. Physiol. 110(Suppl.):79-85, 1982.

107.   Hammond, W.P., Adamson, J.W., Dale, D.C.: Canine cyclic haematopoiesis: The effect of endotoxin on erythropoiesis. Br. J. Haematol. 50:283-294, 1982.

108.   Burstein, S.A., Erb, S.K., Adamson, J.W., Harker, L.A.: Immunologic stimulation of early hematopoiesis and its abrogation by Cyclosporin A. Blood 58:851-856, 1982.

109.   Mladenovic, J., Adamson, J.W.: Mechanism of erythropoiesis. Analysis in culture. IN: Current Hematology II, V.F. Fairbanks (ed.). New York: John Wiley and Sons, Inc., 1983. pp. 123-147.

110.   Mladenovic, J., Adamson, J.W.: Characteristics of circulating erythroid colony-forming cells in normal and polycythaemic man. Br. J. Haematol. 51:377-384, 1982.

111.   Delwiche, F., Garrity, M.J., Powell, J.S., Robertson, P., Adamson, J.W.: High levels of the circulating form of parathyroid hormone do not inhibit in vitro erythropoiesis. J. Lab. Clin. Med. 102:613-620, 1983.

112.   Mladenovic, J., Adamson, J.W.: Adrenergic modulation of erythropoiesis: In vitro studies of colony-forming cells in normal and polycythaemic man. Br. J. Haematol. 56:323-332, 1984.

113.   Kimura, H., Burstein, S.A., Thorning, D., Powell, J.S., Harker, L.A., Fialkow, P.J., Adamson, J.W.: Human megakaryocytic progenitor (CFU-M) assays in methylcellulose: Physical characteristics and requirements for growth. J. Cell. Physiol. 118:87-96, 1984.

114.   Adamson, J.W.: Hemoglobin--From F to A, and back. Editorial. N. Engl. J. Med. 310:917-918, 1984.

115.   Abkowitz, J.L., Fialkow, P.J., Niebrugge, D.J., Raskind, W.H., Adamson, J.W.: Pancytopenia as a clonal disorder of a multipotent hematopoietic stem cell. J. Clin. Invest. 73:258-261, 1984.

116.   Abkowitz, J.L., Adamson, J.W.: Clonal evolution in the pathogenesis of pancytopenia. Prog. in Clin. and Biol. Res. 148:71-80, 1984.

John W. Adamson, M.D.                                                    December 6, 2006
Page 14

117.  Adamson, J.W., Powell, J.S.: The spleen as a source of colony-forming cells in myelofibrosis. Prog. in Clin. and Biol. Res. 254:323-334, 1984.

118.  Adamson, J.W.: Analysis of haemopoiesis: The use of cell markers and in vitro culture techniques in studies of clonal haemopathies in man. Clinics Haematol. 13:489-502, 1984.

119.  Eschbach, J.W, Mladenovic, J., Garcia, J.F., Wahl, P.W., Adamson, J.W.: The anemia of chronic renal failure in sheep:  Response to erythropoietin-rich plasma in vivo. J. Clin. Invest. 74:434-441, 1984.

120.  Powell, J.S., Fialkow, P.J., Adamson, J.W.: Human mixed cell colonies: Unicellular or multicellular origin-- analysis by G-6-PD. Br. J. Haematol. 57:89-95, 1984.

121.  Burstein, S.A., Malpass, T.W., Yee, E., Kadin, M., Brigden, M., Adamson, J.W., Harker, L.A.: Platelet factor-4 excretion in myeloproliferative disease: Implications for the aetiology of myelofibrosis. Br. J. Haematol. 57:383- 392, 1984.

122.  Mladenovic, J.M., Eschbach, J.W., Garcia, J.F., Adamson, J.W.:  The anaemia of chronic renal failure in sheep: Studies in vitro.  Br. J. Haematol. 58:491-500, 1984.

123.  Abkowitz, J.L., Ott, R.L., Nakamura, J.M., Steinmann, L., Fialkow, P.J., Adamson, JW.: Feline G-6-PD cellular mosaicism:  Application to the study of retrovirus-induced pure red cell aplasia.  J. Clin. Invest. 75:133-140, 1985.

124.  Raskind, W.H., Jacobson, R., Murphy, S., Adamson, J.W., Fialkow, P.J.: Evidence for the involvement of B-lymphoid cells in polycythemia vera and essential thrombocythemia. J. Clin. Invest. 75:1388-1390, 1985.

125.  Delwiche, F., Raines, E., Powell, J., Ross, R., Adamson, J.W.:  Platelet-derived growth factor enhances in vitro erythropoiesis via stimulation of mesenchymal cells. J. Clin. Invest. 76:137-142, 1985.

126.  Adamson, J.W.: Clinical application of erythroid colony assays.  J. Med. Tech. 2:397-401, 1985.

127.  Adamson, J.W.: Neoplasms of the hematopoietic stem cell. IN: Hematopoietic Stem Cell Physiology, E.P. Cronkite, N. Dainiak, R.P. McCaffrey, J. Palek, and P.J. Quesenberry (eds.). New York:  Alan R. Liss, Inc., 1985. pp. 393-402.

128.  Powell, J.S., Adamson, J.W.: Hematopoiesis and the kidney.  IN: The Kidney: Physiology and Pathophysiology, D.W. Seldin and G. Giebisch (eds.). New York: Raven Press, 1985. pp. 253-272.

129.  Abkowitz, J.L., Adamson, J.W.: The myeloproliferative diseases.  IN:  Hematopoietic Stem Cells, D.W. Golde, and F. Takaku (eds.).  New York:  Marcel Dekker, Inc., 1985.  pp. 253-272.

130.  Eschbach, J.W., Adamson, J.W.: Anemia of end-stage renal disease ESRD).  Editorial review. Kidney Int. 28:1- 5, 1985.

131.  Mladenovic, J., Eschbach, J.W., Koup, J.R., Garcia, J.F., Adamson, J.W.: Erythropoietin kinetics in normal and uremic sheep. J. Lab. Clin. Med. 105:659-663, 1985.

132.  Yen, Y.P., Zabala, P., Doney, K., Clemons, G., Gillis, S., Powell, J.S., Adamson, J.W.: Hematopoietic growth factors in human serum: Erythroid burst-promoting activity in normal subjects and in patients with severe aplastic anemia. J. Lab. Clin. Med. J. Lab Clin. Med. 106:384-392, 1985.

133.  Kimura, H., Segal, G.M., Lee, M.Y., Adamson, JW.:  Megakaryocytopoiesis in the rat. The response to thrombocytopenia induced by exchange transfusion. Exp. Hematol. 13:1048-1054, 1985.

John W. Adamson, M.D.
Page 15

December 6, 2006

134.  Delwiche, F., Segal, G.M., Eschbach, J.W., Adamson, J.W.: Erythropoietic inhibitors in chronic renal failure: Lack of in vitro specificity. Kidney Int. 29:641-648, 1986.

135.  Kimura, H., Finch, C.A., and Adamson, J.W.: Hematopoiesis in the rat. Quantitation of hematopoietic progenitors and the response to iron deficiency anemia. J. Cell. Physiol. 126:298-306, 1986.

136.  Adamson, J.W. Evidence for multiple levels of regulation in hematopoiesis. IN: Megakaryocyte Development and Function, R.F. Levine, N. Williams, J. Levin, and B.L. Evatt (eds.). New York: Alan R. Liss, Inc., 1986. pp. 21-32.

137.  Segal, G.M., Ballem, P., Gernsheimer, T., Slichter, S.J., Adamson, J.W. Autoimmune thrombocytopenia: Progenitor cell response to platelet demand. IN: Megakaryocyte Development and Function, R.F. Levine, N. Williams, J. Levin, B.L. Evatt (eds.). New York: Alan Liss, Inc., 1986. pp. 341-345.

138.  Abkowitz, J.L., Holly, R.D., Segal, G.M., Adamson, J.W. Multilineage, non-species specific hematopoietic growth factor(s) elaborated by a feline fibroblast cell line: Enhancement by virus infection. J. Cell. Physiol. 127:189-196, 1986.

139.  Abkowitz, J.L., Kadin, M.E., Powell, J.S., Adamson, J.W. Pure red cell aplasia: Lymphocyte inhibition of erythropoiesis. Br. J. Haematol. 63:59-67, 1986.

140.  Kaushansky, K., O'Hara, P.J., Berkner, K., Segal, G.M., Hagen, F.S. Adamson, J.W. Genomic cloning, characterization and expression of human granulocyte/macrophage colony stimulating factor. Proc. Natl. Acad. Sci. USA 83:3101-3105, 1986.

141.  Adamson, J.W. In vitro bioassay of erythropoietin activity in serum using mouse spleen cells. The effect of heat inactivation on serum erythropoietin, G.E. Elder, J.S. Shannon, R.T.J. Lappin, T. Taylor, and J.M. Bridges (authors). Commentary. Blood Cells 11:417, 1986.

142.  Powell, J.S., Berkner, K.L., Lebo, R.V., Adamson, J.W. Human erythropoietin gene: High level expression in stably transfected mammalian cells and chromosome localization. Proc. Natl. Acad. Sci. USA 83:6465-6469, 1986.

143.  Broudy, V.C., Kaushansky, K., Segal, G.M., Harlan, J.M., Adamson, J.W. Tumor necrosis factor type alpha stimulates human endothelial cells to produce granulocyte/macrophage colony-stimulating factor. Proc. Natl. Acad. Sci. USA 83:7467-7471, 1986.

144.  Wardrop, K.J., Kramer, J.W., Abkowitz, J.L., Adamson, J.W. Ferrokinetics, marrow cell culture and erythropoietin studies in anemic and non-anemic cats. J. Vet. Res. 47:2274-2277, 1986.

145.  Adamson, J.W. The myeloproliferative diseases. IN: Harrison's Principles of Internal Medicine, E. Braunwald, K.J. Isselbacher, R.G. Petersdorf, J.D. Wilson, J.B., Martin, and A.S. Fauci (eds.). New York: McGraw-Hill Book Co., 1986. pp. 1527-1533.

146.  Abkowitz, J.L., Powell, J.S., Nakamura, J.M., Kadin, M.E., Adamson, J.W. Pure red cell aplasia: Response to therapy with anti-thymocyte globulin. Am. J. Hematol. 23:363-371, 1986.

147.  Eschbach, J.W., Egrie, J.C., Downing, M.R., Browne, J.K., Adamson, J.W. Correction of the anemia of end-stage renal disease with recombinant human erythropoietin. Results of a combined Phase I and II clinical trial. N. Engl. J. Med. 316:73-78, 1987.

148.  Segal, G.M., Stueve, T., Adamson, J.W. Spermine and spermidine are non-specific inhibitors of in vitro hematopoiesis. Kidney Int. 31:72-76, 1987.

149.  Abkowitz, J.L., Ott, R.L., Holly, R.D., Adamson, J.W. Lymphocytes and antibody in retrovirus-induced feline pure red cell aplasia. J. Nat. Cancer Inst. 78:135-139, 1987.

John W. Adamson, M.D.                                                                December 6, 2006
Page 16

150.    Broudy, V.C., Harlan, J.M., Adamson, JW.  Disparate effects of tumor necrosis factor alpha/cachectin and tumor necrosis factor beta/lymphotoxin on hematopoietic growth factor production and neutrophil adhesion molecule expression by cultured human endothelial cells. J. Immunol. 138:4298-4302, 1987.

151.    Fialkow, P.J., Singer, J.W., Raskind, W.H., Adamson, J.W., Jacobson, R.J., Bernstein, I.D., Dow, L.W., Najfeld, V., Veith, R. Clonal development, stem cell differentiation, and clinical remissions in acute non-lymphocytic leukemia. N. Engl. J. Med. 317:468-473, 1987.

152.    Ballem, P.J., Segal, G.M., Stratton, J.R., Gernsheimer, T., Adamson, J.W., Slichter, S.J. Mechanisms of thrombocytopenia in autoimmune thrombocytopenic purpura: Evidence of both impaired platelet production and increased platelet clearance. J. Clin. Invest. 80:33-40, 1987.

153.    Broudy, V.C., Kaushansky, K., Harlan, J.M., Adamson, J.W. Interleukin-1 stimulates human endothelial cells to produce granulocyte-macrophage colony-stimulating factor and granulocyte colony-stimulating factor. J. Immunol. 37:464-468, 1987.

154.    Abkowitz, J.L., Holly, R.D., Adamson, J.W. Retrovirus-induced feline pure red cell aplasia: The kinetics of erythroid marrow failure. J. Cell. Physiol. 132:571-577, 1987.

155.    Kaushansky, K., Lin, N., Adamson, J.W.  Interleukin-1 stimulates fibroblasts to synthesize granulocyte/macrophage and granulocyte colony-stimulating factors. Mechanism for the hematopoietic response to inflammation. J. Clin. Invest. 81:92-97, 1988.

156.    Eschbach, J.W., Adamson, J.W. Recombinant human erythropoietin: Implications for nephrology. Am. J. Kid. Dis. 11:203-209, 1988.

157.    Segal, G.M., Eschbach, J.W., Egrie, J.C., Stueve, T., Adamson, J.W. The anemia of end-stage renal disease: Hematopoietic progenitor cell response.  Kidney Int. 33:983-988, 1988.

158.    Adamson, J.W. Wither the platelet?  Editorial. N. Engl. J. Med. 318:1331-1332, 1988.

159.    Eschbach, J.W., Adamson, J.W. Modern aspects of pathophysiology of renal anemia. Contr. Nephrol. 66:63-70, 1988.

160.    Abkowitz, J.L., Ott, R.L., Holly, R.D., Adamson, J.W. Clonal evolution following chemotherapy-induced stem cell depletion in cats heterozygous for glucose-6-phosphate dehydrogenase.  Blood 71:1687-1692, 1988.

161.    Migliaccio, G., Migliaccio, A.R., Adamson, J.W. In vitro differentiation of human granulocyte/macrophage and erythroid progenitors: Comparative analysis of the influence of recombinant human erythropoietin, G-CSF, GM-CSF and IL-3 in serum-supplemented and serum-deprived cultures. Blood 72:248-256, 1988.

162.    Najfeld, V., Zucker-Franklin, D., Adamson, J.W., Singer, J.W., Troy, K., Fialkow, P.J. Evidence for clonal development and stem cell origin of M7 megakaryocytic leukemia. Leukemia 2:351-357, 1988.

163.    Eschbach, J.W., Adamson, J.W. Anemia of acute and chronic renal failure. IN: Diseases of the Kidney, 4th edition, R.W. Schrier and C.W. Gottschalk (eds.). Boston: Little, Brown and Company, 1988. pp. 3019-3033.

164.    Adamson, J.W., Egre, J.C., Browne, J., Downing, M.R., Eschbach, J.W. The use of recombinant human erythropoietin (EPO) to correct the anemia of end-stage renal disease: A progress report. Behring Inst. Mitt. 83:188-192, 1988.

John W. Adamson, M.D.
Page 17

December 6, 2006

165. Broudy, V.C., Lin, N., Egrie, J., de Haen, C., Weiss, T., Papayannopoulou, Th., Adamson, J.W. Identification of the receptor for erythropoietin on human and murine erythroleukemia cells and modulation by phorbol ester and dimethyl sulfoxide. Proc. Natl. Acad. Sci. USA 85:6513-6517, 1988.

166. Migliaccio, A.R., Migliaccio, G., Adamson, J.W. Effect of recombinant hematopoietic growth factors on the proliferation of human marrow progenitor cells in serum-deprived liquid culture. Blood 72:1387-1392, 1988.

167. Adamson, J.W. Erythropoietin: In vitro and in vivo studies of the regulation of erythropoiesis. Schweize. Med. Wochenschrift 118:1501-1506, 1988.

168. Kaushansky, K., Broudy, V.C., Harlan, J.M., Adamson,J.W. Tumor necrosis factor alpha and tumor necrosis factor beta (lymphotoxin) stimulate the production of granulocyte-macrophage colony-stimulating factor, macrophage colony-stimulating factor and interleukin-1 in vivo. J. Immunol.141:3410-3415, 1988.

169. Adamson, J.W., Kaushansky, K., Powell, J.S., Segal, G.M. Hormones and blood production. IN: Endocrinology,L.J. DeGroot (ed.). Orlando, Florida: W.B. Saunders, 1989. pp. 2612-2631.

170. Eschbach, J.W., Haley, N.R., Adamson, J.W. The use of recombinant human erythropoietin in the treatment of the anemia of chronic renal failure. Ann. N.Y. Acad. Sci. 554:225-30, 1989.

171. Migliaccio, G., Migliaccio, A.R., Kaushansky, K., Adamson, J.W.: Regulation of differentiation of murine progenitor cells derived from blast cell colonies under serum-deprived conditions. Exp. Hematol. 17:110-115, 1989.

172. Eschbach, J.W., Kelly, M.R., Haley, N.R., Abels, R., Adamson, J.W. Treatment of the anemia of progressive renal failure with recombinant human erythropoietin. N. Engl. J. Med. 321:158-163, 1989.

173. Adamson, J.W. The promise of recombinant human erythropoietin. Semin. in Hematol., 26:(Suppl 2) 5-8, 1989.

174. Chatelain, C., Burstein, S.A., Erb, S.K., Adamson, J.W., Harker, L.A. Effect of red cell hypertransfusion on thrombocytopoietic regeneration following irradiation and bone marrow transplanation in the mouse. Nouv. Revue Franc. de Hematol., 31:27-33, 1989.

175. Migliaccio, G., Migliaccio, A.R., Broudy, V., Kreider, B., Rovera, G., Adamson, J.W. Selection of lineage-restricted cell lines immortalized at different stages of hematopoietic differentiation from the murine cell line 32D. J. Cell Biol. 109:833-841, 1989.

176. Migliaccio, G., Migliaccio, A.R., Broudy, V., Kreider, B., Rovera, G., Adamson, J.W. Selection of lineage-restricted cell lines immortalized at different stages of hematopoietic differentiation from the murine cell line 32D. IN: Hemoglobin Switching, Part B: Cellular and Molecular Mechanisms. G. Stamatoyannopoulos and A.W. Nienhuis, (eds.). New York, Alan R. Liss, Inc., 1989. pp. 183-196.

177. Migliaccio, G., Migliaccio, A.R., Ruscetti, S. Adamson, J.W.: The growth of Rauscher erythroleukemia cells is mediated by autocrine production of a factor with biological activity similar to interleukin-3. Blood. 73:1770-1777, 1989.

178. Eschbach, J., Adamson, J.W., et. al. Recombinant human erythropoietin in anemic patients with end-stage renal disease: Results of a Phase III, multicenter clinical trial. Ann. of Int. Med. 111:992-1000, 1989.

179. Adamson, J.W., Eschbach, J.W. Management of the anaemia of chronic renal failure with recombinant erythropoietin. Quart. J. Med. 73:1093-1101, 1989.

180.  Eschbach, J.W., Egrie, J.C., Downing, M.R., Browne, J.K., Adamson, J.W. Recombinant human erythropoietin (rHuEpo): Effect in end-stage renal disease. IN: Prevention of Chronic Uremia, E. Friedman (ed.), Pennsylvania, Field & Wood, 1989. pp. 148-155.

181.  Eschbach, J.W., Adamson, J.W. Guidelines for recombinant human erythropoietin therapy. Am. J. Kid. Dis. 14: Suppl. 1:2-8, 1990.

182.  Eschbach, J.W., Haley, N.R., Adamson, J.W. The anemia of chronic renal failure: pathophysiology and effects of recombinant erythropoietin. Contr. nephrol, 78:24-37, 1990.

183.  Adamson, J.W., Eschbach, J.W. The use of recombinant human erythropoietin (rHuEpo) in man. IN: Molecular Control of Haemopoiesis. Chichester, Wiley & Sons, CIBA Foundation. Symposium 148, 1990. pp. 186-200.

184.  Evans, R.W., Rader, B., Manninen, D.L., and the Cooperative Multicenter EPO Clinical Trial Group: The quality of life of hemodialysis recipients treated with recombinant human erythropoietin. JAMA. 263: 825-830, 1990.

185.  Migliaccio, G., Migliaccio A.R., Johnson, G., Adamson, J.W., Torok-Storb, B.: Comparative analysis of hematopoietic growth factors released by stromal cells from normal donors or from transplanted patients. Blood, 75:305-12, 1990.

186.  Adamson, J.W. Erslev, A.J.: Aplastic anemia. IN: Hematology, W.J. Williams, E. Beutler, A.J. Erslev, and M.A. Lichtman, (eds.). Chapter 18. New York:  McGraw-Hill Book Co., 1990. pp. 158-174

187.  Robertson, H.T., Haley, N.R., Guthrie, M., Cardenas, D., Eschbach, J.W., Adamson, J.W.: Recombinant erythropoietin improves exercise capacity in anemic hemodialysis patients.  Amer. J. Kid. Dis., 15:325-332, 1990.

188.  Adamson, J.W., Eschbach, J.W.: Treatment of the anemia of chronic renal failure with recombinant human erythropoietin.  Annu. Rev. Med., 41:349-60, 1990.

189.  Adamson, J.W., Eschbach, J.W.: The anemia of chronic renal failure: Pathophysiology and treatment with recombinant human erythropoietin.  Nefrologia, X:1, 1990.

190.  Migliaccio, G., Migliaccio, A.R., Adamson, J.W.: The biology of hematopoietic growth factors: studies in vitro under serum-deprived conditions.  J. Exp. Hematol. 18:1049-1055, 1990 (review).

191.  Broudy, V.C., Kaushansky, K., Shoemaker, S., Adamson, J.W.: Muramyl dipeptide and lipopolysaccharide induce production of hematopoietic growth factors in vivo by a mechanism independent of tumor necrosis factor. J. Immunol. 144:3789-3794, 1990.

192.  Adamson, J.W., Eschbach, J.W.: Use of recombinant human erythropoietin (rhEpo) in humans. IN: Hematopoietic Growth Factors in Clinical Applications, R. Mertelsmann, and  F. Herrmann, (eds.). New York, Marcel Dekker, Inc., 1990.
pp. 129-139.

193.  Adamson, J.W. Eschbach, J.W.: The use of recombinant human erythropoietin (rHuEpo) in man. Cancer Surveys, 9:157-167, 1990.

194.  Buckner, F.S., Eschbach, J.W., Haley, R.N., Davidson, R.C., and Adamson, J.W.:  Hypertension following erythropoietin therapy in anemic hemodialysis patients. Amer. J. Hypertension, 3:947-955, 1990.

195.  Adamson, J.W. Eschbach, J.W.: Management of the anemia of chronic renal failure with recombinant human erythropoietin.  IN: Growth Factors in Health and Disease: Basic and Clinical Aspects.

Proceedings of the 4th Nordisk Insulin Symposium. B. Westermark, C. Betsholtz, B. Hökfelt, (eds.), Amsterdam, Excerpta Medica, 1990. pp. 349-363.

196. Adamson, J.W. Eschbach, J.W.: The use of recombinant human erythropoietin (rHuEpo) in man. IN: Molecular Biology of Haematopoiesis, L. Sachs, N.G. Abraham, C.J. Wiedermann, A.S. Levine and G. Konwalinka, (eds.), Andover, United Kingdom, Intercept, 1990. pp. 219-229.

197. Eschbach, J.W. Adamson, J.W.: Erythropoietin: issues in its use as a therapeutic for the anemia of chronic renal failure. Blood Purif 8:239-254, 1990.

198. Eschbach, J.W., Haley, N.R., Adamson, J.W.: New insights into the treatment of the anemia of chronic renal-failure with erythropoietin. Seminars in Dialysis, 3:112, 1990.

199. Eschbach, J.W. Adamson, J.W.: The pathophysiology and treatment of the anemia of chronic renal failure. IN: Current Nephrology, Vol. 14. H.C. Gonick, (ed.) Chicago, Mosby Year Book, 1991. pp. 259-291.

200. Migliaccio, G., Migliaccio, A.R. Adamson, J.W.: In vitro differentiation and proliferation of human hematopoietic progenitors: the effects of interleukins 1 and 6 are indirectly mediated by production of granulocyte/macrophage colony-stimulating factor and interleukin 3. Exp. Hematol. 9:3-10, 1991.

201. Eschbach, J.W. Adamson, J.W.: Hematologic consequences of renal failure. IN: The Kidney, B. Brenner and F. Rector, (eds.), Philadelphia, W.B. Saunders Company, 1991. pp. 2019-2035,

202. Adamson, J.W. Vapnek, D.V.: Recombinant erythropoein to improve athletic performance. New Eng. J. Med., 324:698-99, 1991 (letter).

203. Eschbach, J.W., Egrie, J.C., Downing, M.R., Browne, J.K. Adamson, J.W.: The safety of epoetin-alpha: results of clinicaltrials in the United States. IN: Contributions to Nephrology, G.M. Berlyne and S. Giovannetti (eds.), Basel, S. Karger, 1991. pp. 72-80.

204. Migliaccio, A.R., Migliaccio, G., Shimada, Y., Adamson, J.W.: Direct effects of IL-4 on the in vitro differentiation and proliferation of hematopoietic progenitor cells. Biotechnology Therapeutics, 1:347-360, 1991.

205. Adamson, J.W.: The erythroid response to erythropoietin. IN: Erythropoietin: Molecular, Cellular and Clinical Biology, A. Erslev, J.W. Adamson, J.W. Eschbach and C. Winearls (eds.)., Baltimore, The Johns Hopkins University Press, 1991. pp. 99-114.

206. The U.S. Recombinant Human Erythropoietin Predialysis Study Group (Adamson, J.W.): Double-bind, placebo-controlled study of the therapeutic use of recombinant human erythropoietin for anemia associated with chronic renal failure in predialysis patients. Amer. J. Kid. Dis. 18:50-59, 1991.

207. Migliaccio, G., Migliaccio, A.R., Valinsky, J., Langley, K., Zsebo, K., Visser, J., Adamson, J.W.: Stem cell factor (SCF) induces proliferation and differentiation of highly enriched murine hematopoietic cells. Proc. Natl. Acad. Sci. USA., 88:7420-7424, 1991.

208. Adamson, J.W. Erythropoietin: Its role in the regulation of erythropoiesis and as a therapeutic in humans. IN: Biotechnology of Blood, J. Goldstein (ed.). Boston, Butterworth-Heinemann, 1991. pp. 351-362.

209. Adamson, J.W. Cytokine Biology: Implications for transfusion medicine. Cancer 67(Suppl 10):2708-2711, 1991.

210. Migliaccio, G., Migliaccio, A.R., Druzin, M.L., Giardina, P-J., Zsebo, K., Adamson, J.W. Effects of recombinant human stem cell factor (SCF) on the growth of human progenitor cells in vitro. J. Cell. Physiol. 148:503-509, 1991.

John W. Adamson, M.D.                                                                      December 6, 2006
Page 20

211.  Migliaccio, A.R., Migliaccio, G., Ruzzi, L., Satiropoulos, D., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W. Erythropoietin-responsiveness during erythroid differentiation is acquired through post-transcriptional regulation of the expression of the erythropoietin receptor gene. IN: Proceedings of the 7th Conference of Hemoglobin Switching, G. Stamatoyannopoulos and A.W. Nienhuis (eds.). Baltimore, The Johns Hopkins University Press, 1991. pp. 474-489.

212.  Migliaccio, A.R., Migliaccio, G., D'Andrea, A., Baiocchi, M., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W. Response to erythropoietin in erythroid subclones of the factor-dependent cell line, 32D, is determined by translocation of the erythropoietin receptor to the cell surface. Proc. Natl. Acad. Sci., 88:11086-11090, 1991.

213.  Shimada, Y., Migliaccio, G., Ruscetti, S., Migliaccio, A.R., Adamson, J.W. Expression of the IL-3 and GM-CSF genes in friend spleen focus-forming virus-induced erythroleukemia. Blood, 79:2423-2431, 1992.

214.  Adamson, J.W., Schuster, M., Haley, M.R., Allen, S. Effectiveness of recombinant human erythropoietin therapy in myelodysplastic syndromes. Acta Haematologica 87(suppl 1):20-24, 1992.

215.  Migliaccio, G., Migliaccio, A.R., Druzin, M.L., Giardina, P-J., Zsebo, K., Adamson, J.W. Long-term generation of colony-forming cells in liquid culture of CD34+ cord blood cells in the presence of recombinant human stem cell factor. Blood, 79:2620-2627, 1992.

216.  Komatsu, N., Adamson, J.W., Yamamoto, K., Altschuler, D., Torti, M., Marzocchini, R., Lapetina, E. Erythropoietin rapidly induces tyrosine phosphorylation in the human erythropoietin-dependent cell line, UT-7. Blood, 80:53-59, 1992.

217.  Migliaccio, A.R., Migliaccio, G., Adamson, J.W., Torok-Storb, B.: Production of granulocyte colony-stimulating factor (G-CSF) and granulocyte/macrophage (GM)-CSF after Interleukin-1 stimulation of marrow stromal cell cultures from normal or aplastic anemia donors. J. Cell. Phys. 152:199-206, 1992.

218.  Eschbach, J.W., Haley, N.R., Egrie, J.C., Adamson, J.W. A comparison of the responses to recombinant human erythropoietin in normal and uremic subjects. Kidney International, 42:407-416, 1992.

219.  Adamson, J.W.: Management of anemia in surgery and oncology. Seminars in Oncology, 19(Suppl.8):1-2, 1992.

220.  Eschbach, J.W., Adamson, J.W. Anemia in renal disease. IN:Diseases of the Kidney, R.W. Schrier and C.W. Gottschalk, (eds.). Boston, Little, Brown & Co. 1992. pp. 2743-2758.

221.  Migliaccio, A.R., Migliaccio, G., D'Andrea, A., Baiocchi, M., Ruzzi, R., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W. Molecular mechanisms underlying the erythroid specificity of the cellular response to erythropoietin (Epo). IN: Molecular biology of haematopoiesis, vol. 2, N. Abraham, P. Marks, L. Sachs, M. Tavassoli (eds.). Andover, U.K., Intercept Ltd., 1992. pp. 93-107.

222.  Migliaccio, G., Migliaccio, A.R., Druzin, M.L., Giardina, P-J., Zsebo, K., Adamson, J.W. The effect of recombinant human stem cell factor (SCF) on cord blood progenitor cell growth and the generation of colony-forming cells (CFC) from pre-CFC in liquid culture. IN: Molecular biology of haematopoiesis, vol. 2, N. Abraham, P. Marks, L. Sachs, M. Tavassoli (eds.). Andover, U.K., Intercept Ltd., 1992. pp. 49-63.

223.  Eschbach, J.W., and Adamson, J.W. Use of recombinant human erythropoietin in the anemia of progressive renal failure. IN: International Yearbook of Nephrology 1993, V.E. Andreucci and L.G. Fine,(eds.). Springer-Verlag, 1993. pp. 231-241.

224.  Rubinstein,P., Rosenfield, R.E., Adamson, J.W., Stevens, C.E. Stored placental blood for unrelated bone marrow reconstitution. Blood 81:1679-1690, 1993.

John W. Adamson, M.D.                                                December 6, 2006
Page 21

225.  Nicolis, S., Ottolenghi, S., Papayannopoulou, T., Baiocchi, M., Migliaccio, G., Adamson, J.W., Migliaccio, A.R. Dependence for the proliferative response to erythropoietin on an established erythroid differentiation program in a human hematopoietic cell line, UT-7. Exp. Hematol, 21:665-670, 1993.

226.  Migliaccio, A.R., Baiocchi, M., Durand, B., Eddleman, K., Migliaccio, G., Adamson, J.W. Aspects of the biology of the neonatal hematopoietic stem cell. Stem Cells, 11(Suppl 2):56-64, 1993.

227.  Adamson, J.W. Iron and erythropoiesis. IN: Erythropoietin: molecular physiology and clinical applications, Bauer, et al (eds.). New York, Marcel Dekker, Inc., 1993. pp. 161-175.

228.  Durand, B., Eddleman, K., Migliaccio, A.R., Migliaccio, G., Adamson, J.W. Long-term generation of colony-forming cells (CFC) from CD34+ human umbilical cord blood cells. Leukemia and Lymphoma 11:263-273, 1993.

229.  Migliaccio, A.R., Migliaccio, G., Mancini, G., Rataczak, M., Gewirtz, A., Adamson, J.W. Induction of the murine "W phenotype" in long-term cultures of human cord blood cells by c-kit antisense oligomers. Journal of Cellular Physiology 157:158-163, 1993.

230.  Migliaccio, A.R., Jiang, Y., Migliaccio, G., Nicolis, S., Crotta, S., Ronchi, A., Ottolenghi, S., Adamson, J.W. Transcriptional and post-transcriptional regulation of the expression of the erythropoietin receptor gene in human erythropoietin-responsive cell lines. Blood 82:3760-3769, 1993.

231.  Mercuriali, F., Adamson, J.W. Recombinant human erythropoietin enhances blood donation for autologous use and reduces exposure to homologous blood during elective surgery. Seminars in Hematology, 30:(Suppl 6)17-21, 1993.

232.  Durand, B., Samal, B., Migliaccio, A.R., Migliaccio, G., Adamson, J.W. Macrophage inhibitory protein 1 (MIP-aA) and leukemia inhibitory factor (LIF) increase the number of colony-forming cells (CFC) in long-term cultures of human CD34+ cord blood cells. IN: The Negative Regulation of Hematopoiesis, M. Guigon et al (eds.) Colloque INSERM/John Libbey Eurotext Ltd. 229, 1993. pp. 155-157.

233.  Adamson, J.W., Spivak, J.L. Pharmacologic use of recombinant human erythropoietin in surgery and cancer. Surgery, 115:7-15, 1994.

234.  Migliaccio, A.R., Jiang, Y., Migliaccio, G., Nicolis, S., Crotta, S., Ronchi, A., Ottolenghi, S., Adamson, J.W. GATA-1-independent regulation of the expression of the erythropoietin receptor (EPO-R) gene in a human Epo-dependent cell line, UT-7 Epo. IN: Molecular, Cellular, and Developmental Biology of Erythropoietin and Erythropoiesis, I.Rich and T. Lappin (eds.). Annals of the NY Academy of Sciences, 718:359-361, 1994.

235.  Adamson, J.W. The relationship of erythropoietin and iron metabolism to red blood cell production in humans. Seminars in Oncology, 21:(Suppl 3)9-15, 1994.

236.  Migliaccio, A.R., Baiocchi, M., Durand, B., Eddleman, K., Migliaccio, G., Adamson, J.W. Stem cell factor and the amplification of progenitor cells from CD34+ cord blood cells. Blood Cells, 20:129-139, 1994.

237.  Adamson, J.W., Migliaccio, G., Stevens, C.E., Rubinstein, P. Placental/umbilical cord blood as a source of stem and progenitor cells for marrow reconstitution in man. IN: Molecular Biology of Haematopoiesis, Vol. 3, N. Abraham, R. Shadduck, A. Levine, F. Takaku (eds). Andover, United Kingdom, Intercept, 1994. pp. 211-214.

238.  Durand, B., Migliaccio, A.R., Adamson, J.W., Migliaccio, G. Long-term culture of human mast cells from neonatal CD34+ cells stimulated with stem cell factor (SCF) and interleukin-3 (IL-3). IN: Molecular Biology of Haematopoiesis, Vol. 3, N. Abraham, R. Shadduck, A. Levine, F. Takaku (eds.), Andover, United Kingdom, Intercept, 1994. pp. 191-200.

John W. Adamson, M.D.                                                 December 6, 2006
Page 22

239.  Migliaccio, A.R., Jiang, Y., Migliaccio, G., Nocilis, S., Crotta, S., Ronchi, A., Ottolenghi, S., Adamson, J.W. GATA-1-independent regulation of the expression of the erythropoietin receptor (Epo-R) gene in human Epo-responsive cell lines. IN: Molecular Biology of Haematopoiesis, Vol. 3, N. Abraham, R. Shadduck, A. Levine, F. Takaku (eds.), Intercept, Andover, United Kingdom, 1994. pp. 487-502.

240.  Barron, C., Migliaccio, A.R., Migliaccio, G., Jiang, Y., Adamson, J.W., Ottolenghi, S. Erythroid and myeloid-specific soluble isoforms of the erythropoietin receptor in subclones of the 32D cell line. Gene 147:263-268, 1994.

241.  Durand, B., Migliaccio, G., Yee, N.S., Eddleman, K., Huima-Byron, T., Migliaccio, A.R., Adamson, J.W. Long-term generation of human mast cells in serum-free cultures of CD34+ cord blood cells stimulated with stem cell factor and interleukin-3. Blood 84:3667-3674, 1994.

242.  Migliaccio, A.R., Migliaccio, G., Adamson, J.W. Expansion of human neonatal stem and progenitor cells in vitro under serum-deprived conditions. Blood Cells 20:424-429, 1994.

243.  Rubinstein, P., Taylor, P., Scaradavou, A., Adamson, J., Migliaccio, G., Emanuel, D., Berkowitz, R., Alvarez, E., Stevens, C. Unrelated placental blood for bone marrow reconstitution: organization of the placental blood program. Blood Cells 20:587-600, 1994.

244.  Rubinstein, P., Dobrila, L., Rosenfield, R.E., Adamson, J.W., Migliaccio, G., Migliaccio, A.R., Taylor, P.E., Stevens, C.E. Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. Proc. Natl. Acad. Sci. USA, 90:10119-10122, 1995.

245.  Adamson, J.W. Cord blood banking and cord blood for allogeneic transplantation. Vox Sang 70(suppl 3):44-45, 1996.

246.  Adamson, J. Perisurgical use of epoetin alfa in orthopedic surgery patients. Semin. in Hematol. 33(Suppl 2): 55-59, 1996.

247.  Adamson, J. Epoetin alfa as an adjunct to autologous blood donation in patients with a low hematocrit scheduled for elective orthopedic surgery. Semin. in Hematol. 33(Suppl 2):15-17, 1996.

248.  Adamson, J. Erythropoietin, iron metabolism and red blood cell production. Semin. in Hematol. 33(Suppl 2):5-9, 1996.

249.  Messmer, Konrad et al. Consensus Statement: Using Epoietin Alfa to decrease the risk of allogeneic blood transfusion in the surgical setting. Semin. in Hematol. 33(Suppl 2):78-80, 1996.

250.  Migliaccio, G., Baiocchi, M., Adamson, J.W., Migliaccio, A.R. Isolation and biological characterization of blast-cell colony-forming cells from normal murine marrow. BLOOD, Vol 87:4091-4099, 1996.

251.  Adamson, J.W. Regulation of red blood cell production. The Amer. J. Med. 101(2A):4S-6S, 1996.

252.  Adamson, J.W. Cord blood banking and cord blood for allogeneic transplant. IN: Transfusion and Hematopoietic Stem Cells (S. Sekiguchi, Ed.). Blackwell Science, Oxford, United Kingdom, 1996, pp.103-107.

253.  Adamson, J.W. Cord blood stem cell banking and transplantation. IN: Hematopoietic Stem Cells (T.A. Bock, W. Brugger, L. Kanz, Eds). AlphaMed Press, 1997:57-61.

254.  Adamson, J.W., Eschbach, J.W. Erythropoietin for end-stage renal disease. NEJM 339:625-627, 1998. (Editorial)

255. Price, T., Adamson, J.W. Hematopoietic growth factors in transfusion medicine. IN: Cytokines in the Treatment of Hematopoietic Failure, A. Ganser and D. Hoelzer, (eds.), New York: Marcel Dekker, Inc., 1998. pp.327-358.

256. Adamson, J.W. Epoetin alfa: Into the new millennium. Semin. in Oncol. 25(Suppl 7):76-79, 1998.

257. Rubinstein, P., Carrier, C., Scaradavou, A., Kurtzberg, J., Adamson, J.W., Migliaccio, A.R., Berkowitz, R.L., Cabbad, M., Dobrilla, N.L., Taylor, P.E., Rosenfield, R.E., Stevens, C.E. Outcomes among 562 recipients of placental-blood transplants from unrelated donors. NEJM 339:1565-1577, 1998.

258. Adamson, J.W., Ludwig, H. Predicting the hematopoietic response to recombinant human erythropoietin (epoetin alfa) in the treatment of the anemia of cancer. Oncology 56:46-53, 1999.

259. Eschbach, J.W., Adamson, J.W. Iron overload in renal failure patients: Changes since the introduction of erythropoietin therapy. Kidney International 55(suppl. 69):S35-43, 1999.

260. Rubinstein, P., J.W. Adamson, C. Stevens. The placental/umbilical cord blood program of the New York Blood Center. A progress report. IN: Stem cell meeting held in Germany, 1998. D. Orlic, S. Sharkis, T. Bock and L. Kanz, eds. Annals of the NY Academy of Sciences, 1999, pp. 328-335.

261. Adamson, J.W. Pathophysiology of the anemia of malignancy. IN: Clinical Applications of Cytokines and Growth Factors, J.R. Wingard and G. Demetri, eds. Kluwer, 1999, pp. 187-197.

262. Adamson, J.W. The New York Blood Center's Placental Blood Banking Program. Cancer Research Therapy and Control 8(4):335-337, 1999.

263. Adamson, J.W. Normal iron physiology. Seminars in Dialysis 12(4):219-223, 1999.

264. Adamson, J.W., I. Cavill, S. Fishbane, J. Petersen and J.B. Wish. A consensus on current issues and controversies in iron management of patients with chronic renal failure. Seminars in Dialysis 12(3):182-194, 2000.

265. Li C, Rodriguez M, Adamson JW, Banerjee D. Identification of a glialblastoma cell differentiation factor-related gene mRNA in human microvascular endothelial cells. Genomics 65:243-252, 2000.

266. von Drygalski A, Xu G, Constantinescu D, Kashiwakura I, Farley T, Dobrila L, Rubinstein P, Adamson JW. The frequency and proliferative potential of megakaryocytic colony-forming cells (MEG-CFC) in cord blood, cytokine-mobilized peripheral blood and bone marrow, and their correlation with total CFC numbers: implications for the quantitation of MEG-CFC to predict platelet engraftment following cord blood transplantation. Bone Marrow Transplantation 25:1029-1034, 2000.

267. Banerjee D, Rodriguez M, Nag M, Adamson JW. Exposure of endothelial cells to recombinant human erythropoietin induces nitric oxide synthase activity. Kidney International 57:1895-1904, 2000.

268. Wu Xiao-lin, Nakayama M, Adamson JW. Identification of Five New Isoforms of Murine Thrombopoietin mRNA. Biochemical and Biophysical Research Communications 276:137-143, 2000.

269. Migliaccio, A.R., Adamson, J.W., Stevens, C.E., Dobrila, L., Carrier, C., Rubinstein, P. Graft progenitor cell content in placental/umbilical cord blood transplantation: a better predictor of time to engraftment. Blood 96:2717-2722, 2000.

John W. Adamson, M.D.                                                    December 6, 2006
Page 24

270.   von Drygalski A, Adamson JW.  Placental/Umbilical cord blood (PCB) stem cells for transplantation:
       Early clinical outcomes and the status of ex vivo expansion strategies.  Keio J Med 49:141-151, 2000.

271.   Adamson, J.W.  Erythropoietin.  IN:  Textbook of Nephrology, 4th edition, S. Massry and R. Glassock,
       eds.  Baltimore, Williams and Wilkins, 2000, pp. 161-165.

272.   Adamson, J.W. Anemia/Polycythemia IN: Harrison's Principles of Internal Medicine, 15th edition, E.
       Braunwald, A. Fauci, D. Kasper, S. Hauser, D. Longo, J. Jameson, eds.  New York, McGraw Hill, 2001,
       pages 348-354.

273.   Adamson, J.W. Iron Metabolism IN: Harrison's Principles of Internal Medicine, 15th edition, E.
       Braunwald, A. Fauci, D. Kasper, S. Hauser, D. Longo, J. Jameson, eds.  New York, McGraw Hill, 2001,
       pages 660-666.

274.   Kochendoerfer, G.G., Chen, S.-Y., Mao, F., Cressman, S., Traviglia, S., Haiyan, S., Hunter, C.L., Low,
       D.W., Cagle, E.N., Carnevali, M., Gueriguian, V., Keogh, P.J., Porter, H., Stratton, S.M., Wiedeke,
       M.C., Wilken, J., Tang, J., Levy, J.J., Miranda, L.P., Crnogorac, M.M., Kalbag, S., Botti, P., Schindler-
       Horvat, J., Savatski, L., Adamson, J.W., Kung, A., Kent, S.B.H., Bradburne, J.A.  Design and chemical
       synthesis of a homogenous polymer-modified erythropoiesis protein.  Science 299:884-886, 2003.

275.   Parviz, F., Matullo, C., Garrison, W., Savatski, L., Adamson, J.W., Ning, G., Kaestner, K.H., Rossi,
       J.M., Zaret, K.S., Duncan, S.A.  Hepatocyte nuclear factor 4 alpha controls the development of a hepatic
       epithelium and liver morphogenesis.  Nature Genetics 34(3):292-296, 2003.

276.   Collins, A.J., Li, S., Adamson, J.W., Gilbertson, D.T.  Assessment of pure red-cell aplasia in US dialysis
       patients:  The limits of the medicare data.  American Journal of Kidney Diseases 43(3):464-470, 2004.

277.   von Drygalski, A., Alespeiti, G., Ren, L., Adamson, J.W.  Murine bone marrow cells cultured ex vivo in
       the presence of multiple cytokine combinations lose radioprotective and long-term engraftment potential.
       Stem Cells and Development 13(1):101-111, 2004.

278.   Shander, A., Knight, K., Thurer, R., Adamson, J.W., Spence, R.  Prevalence and outcomes of anemia in
       surgery: A systematic review of the literature.  The American Journal of Medicine 116:58S-69S, 2004.

279.   Adamson, J.W. Iron Deficiency and Other Hypoproliferative Anemias IN:  Harrison's Principles of
       Internal Medicine, 16th edition. E. Braunwald, A. Fauci, D. Kasper, S. Hauser, D. Longo, J. Jameson,
       eds.  New York, McGraw Hill, 2004, Chapter 90.

280.   Adamson, J.W. and D. Longo Anemia and Polycythemia IN:  Harrison's Principles of Internal Medicine,
       16th edition, E. Braunwald, A. Fauci, D. Kasper, S. Hauser, D. Longo, J. Jameson, eds.  New York,
       McGraw Hill, 2004, Chapter 52.

281.   Chen, S.-Y., Cressman, S., Mao, F., Shao, H., Low, D.W., Beilan, H.S., Cagle, E.N., Carnevalli, M,
       Gueriguian, V., Keogh, P.J., Porter, H., Stratton, S.M., Wiedeke, M.C., Savatski, L., Adamson, J.W.,
       Bozzini, C.E., Kung, A., Kent, S.B.H., Bradburne, J.A., Kochendoerfer, G.G.  Synthetic erythropoietic
       proteins tuning biological performance by site-specific polymer attachment.  Chemistry and Biology 12:
       371-383, 2005.

282.   Hess, J.R., Kagen, L.R., van der Meer, P.F., Simon, T., Cardigan, R., Greenwalt, T.J., AuBuchon, J.P.,
       Brand, A., Lockwood, W., Zanella, A., Adamson, J., Snyder, E., Taylor, H.L., Moroff, G., Hogman, C.
       Inter-laboratory comparison of measuring red cell ATP, DPG, and haemolysis.  Vox Sanguinis 89:44-48,
       2005

December 6, 2006

283. von Drygalski, A., Savatski, L., Eastwood, D., Klein, J. and J.W.Adamson. The rate of marrow recovery and extent of donor engraftment following transplantation of *ex vivo*-expanded bone marrow cells are independently influenced by the cytokines used for expansion. Stem Cells and Development 14: 564-575, 2005

**IN PRESS**

284. Dai, X. Chen Y., Schuman, J., Hua, Z., Adamson, J.W., Wen, R., Wang, D. Distinct roles of PI3K and PLC γ2 in B cell receptor-mediated signal transduction. Molecular and Cell Biology.

**ABSTRACTS**

1. Adamson, J.W., Stamatoyannopoulos, G.: Erythrocytosis associated with abnormal hemoglobins: Aspects of marrow regulation. Blood 30:848, 1967.

2. Stamatoyannopoulos, G., Adamson, J.W., Yoshida, A., Heinenberg, S.: Hemoglobin Rainier: An adult alkali- resistant hemoglobin associated with erythrocytosis. Blood 30:879, 1967.

3. Hillman, R.S., Adamson, J.W., Burka, E.: Megaloblast- normoblast conversion in vivo. Clin. Res. 15:131, 1967.

4. Adamson, J.W.: Erythropoietin/erythropoiesis relationships in normal man. Proc. XII Congress of the International Society of Hematology, 1968. p. 151.

5. Adamson, J.W.: Regulation of erythropoiesis in polycythemia vera and myeloid metaplasia. Clin. Res. 18:397, 1970.

6. Adamson, J.W.: The regulation of erythropoiesis in polycythemia vera and related myeloproliferative states: The role of erythropoietin in myeloid metaplasia. Proc. XIII Congress of the International Society of Hematology, 1970. p. 257.

7. Adamson, J.W., Stamatoyannopoulos, G., Kontras, S., Lascari, A., and Detter, J.: Recessive familial erythrocytosis: Aspects of marrow regulation in two families. Blood 38:118, 1971.

8. Adamson, J.W., and Stamatoyannopoulos, G.: Activation of hemoglobin C synthesis in vitro. Blood 40:962, 1972.

9. Adamson, J.W.: Uremia and hemoglobin synthesis in vitro. Clin. Res. 21:209, 1973.

10. Adamson, J.W.: Cell/cell interaction and in vitro hemoglobin synthesis. Clin. Res. 21:545, 1973.

11. Adamson, J.W., Dale, D., and Elin, R.: Regulation of erythropoiesis in the grey collie. J. Clin. Invest. 52:1a, 1973.

12. Weiden, P.L., Robinette, B., Adamson, J.W., Graham, T.C., Storb, R.: Marrow transplantation in canine cyclic neutropenia. Blood 42:1009, 1973.

13. Douglas, S.W., and Adamson, J.W.: The anemia of chronic disease: Red cell adaptation and marrow regulation. Clin. Res. 22:121A, 1974.

14. Singer, J.W., Samuels, A.I., Adamson, J.W.: Steroids and erythropoieis: In vitro evidence of different target cells for etiocholanolone (etio) and fluoxymesterone (fluoxy). Blood 44:906, 1974.

John W. Adamson, M.D.                                                    December 6, 2006
Page 26

15.   Brown, J.W., Adamson, J.W.: Cyclic nucleotide influence on in vitro heme synthesis. Blood 44:913, 1974.

16.   Singer, J.W., Adamson, J.W.: Steroids and hematopoiesis: Different target cells for androgenic and non-androgenic steroids. Clin. Res. 23:282A, 1975.

17.   Adamson, J.W., Fialkow, P.J., Murphy, S., Prchal, J.F., Steinmann, L.: Polycythemia vera: The nature of the cellular origin of the disease. Blood 46:l025, 1975.

18.   Lichtman, M.A., Adamson, J.W.: A simple technique useful in the differential diagnosis of polycythemia. Clin. Res. 24:480A, l976.

19.   Charache, S., Adamson, J.W., Winslow, R., Chervenik, P.: Oxygen transport in carriers of hemoglobins with high oxygen affinity. Clin. Res. 24:480A, 1976.

20.   Yunis, A.A., Adamson, J.W.: Differential sensitivity of erythroid and myeloid colony growth to chloramphenicol and thiamphenicol. Clin. Res. 24:444A, l976.

21.   Prchal, J.F., Adamson, J.W., Murphy, S., Steinmann, L., Fialkow, P.J.: Polycythemia vera: Demonstration of normal and abnormal stem cells and characterization of the in vitro response to erythropoietin (ESF). Clin. Res. 24:442A, l976.

22.   Brown, J.W., Adamson, J.W.: Beta-adrenergic modulation of in vitro erythropoiesis. Clin. Res. 24:304A, 1976.

23.   Popovic, W.J., Brown, J.E., Adamson, J.W.: Thyroid hormone-stimulated erythropoiesis: Mediation by a beta- adrenergic receptor. Blood 48:979, 1976.

24.   Popovic, W.J., Derleth, T.R., Adamson, J.W.: An in vitro erythropoietin (ESF) assay: Application to polycythemic states in man. Clin. Res. 24:572A, 1976.

25.   Popovic, W.J., Brown, J.E., Adamson, J.W.: Erythropoiesis in hypothyroidism: In vitro evidence for altered modulator-receptor interaction. Blood 50(Suppl. l):135, 1977.

26.   Torok-Storb, B., Lin, N., Adamson, J.W.: Kinetic anlysis of erythropoiesis: Erythroid colony-forming unit response to anemia and polycythemia. Blood 50(Suppl. l):137, 1977.

27.   Burstein, S.A., Harker, L.A., Adamson, J.W.: Characteristics of murine megakaryocyte colonies in vitro. Exp. Hematol. 6(Suppl. 3):63, 1978.

28.   Torok-Storb, B., Storb, R., Deeg, H.J., Weiden, P., Adamson, J.W.: The correlation between results of lymphocyte/marrow cocultures and marrow graft rejection in transfused dogs. Exp. Hematol. 6(Suppl. 3):3, 1978.

29.   Adamson, J.W., Singer, J.W., Murphy, S., Steinmann, L., Fialkow, P.J.: Polycythemia vera (PV): Further in vitro studies of marrow regulation. Blood 52(Suppl. l):199, 1978.

30.   Torok-Storb, B., Deeg, H.J., Atkinson, K., Storb, R., Weiden, P., Adamson, J.W.: Erythroid colony (EC) stimulating and inhibiting cells in sensitized dog peripheral blood: Separation of function by velocity sedimentation. Blood 52(Suppl. l):216, 1978.

31.   Torok-Storb, B., Sieff, C., Storb, R., Adamson, J.W.: Immune-mediated aplastic anemia (AA): Normal erythroid burst formation in two patients after T-cell depletion of peripheral blood cells. Blood 52(Suppl. l):216, 1978.

John W. Adamson, M.D.                                                    December 6, 2006
Page 27

32.    Burstein, S.A., Adamson, J.W., Harker, L.A.: Cholinergic modulation of murine megakaryocytic progenitors (CFU-M). Blood 52(Suppl. l):223, 1978.

33.    Singer, J.W., Fialkow, P.J., Adamson, J.W., Murphy, S.: Increased frequency of normal CFU-C in polycythemia vera (PV) after exposure of marrow cells to tritiated thymidine (3HTdR). Blood 52(Suppl. l):232, 1978.

34.    Hammond, W.P., Torok-Storb, B., Adamson, J.W., Dale, D.C.: Canine cyclic hematopoiesis: The effect of endotoxin on erythropoiesis. Blood 54:139a, 1979.

35.    Mladenovic, J., Adamson, J.W.: Adrenergic modulation of normal and neoplastic erythroid colony growth. Blood 54:142a, 1979.

36.    Singer, J.W., Fialkow, P.J., Murphy, S., Adamson, J.W.: Physical separation of normal from abnormal stem cells in polycythemia vera. Blood 54:146a, l979.

37.    Burstein, S.A., Adamson, J.W., Erb, S.K., Harker, L.A.: Murine megakaryocytopoiesis: Evidence for early and late regulatory control. Blood 54:165a, 1979.

38.    Singer, J.W., Arlin, A., Najfeld, V. Adamson, J.W., Kempin, F., Clarkson, B., Fialkow, P.J.: Restoration of non-clonal, presumably normal hematopoiesis accompanying a chemotherapeutic conversion of Phl-positive (+) chronic myelogenous leukemia (CML) to Phl-negative (-). Blood 54:176a, l979.

39.    Appelbaum, F.R., Fefer, A., Cheever, M.A., Sanders, J., Singer, J., Adamson, J.W., Mickelson, E., Hansen, J., Greenberg, P.D., Thomas, E.D.: Treatment of aplastic anemia with identical twin bone marrow transplantation. Blood 54:227a, 1979.

40.    Adamson, J.W.: Polycythemia vera--the use of cell markers in studies of hematopoietic regulation. Proc. XVIII Congress of the International Society of Hematology, 1980.

41.    Nakamura, J., Wardrop, J., Fuji, J., Ott, R., Adamson, J.W.: Feline leukemia virus (FeLV)-induced erythroid hypoplasia: Kinetic studies of colony-forming cells and response to glucocorticoid therapy. Clin. Res. 28:342a, 1981.

42.    Eschbach, J.W., Adamson, J.W.: Correction by erythropoietin (Epo) therapy of the anemia of chronic renal failure in sheep. Clin. Res. 29:518a, 1981.

43.    Burstein, S.A., Malpass, T.W., Yee, E., Brigden, M., Adamson, J.W., Harker, L.A.: Platelet alpha granule proteins in myelofibrosis. Clin. Res. 29:570a, l981.

44.    Singer, J.W., Adamson, J.W., Arlin, Z.A., Kempin, S.J., Clarkson, B.D., Fialkow, P.J.: Chronic myelogenous leukemia: In vitro studies of hematopoietic regulation in a patient undergoing intensive chemotherapy. Clin. Res. 29:348a, l981.

45.    Zabala, P., Doney, K.C., Nakamura, J.M, Adamson, J.W.: Erythroid burst-promoting activity (BPA) in the serum of patients with severe acquired aplastic anemia (AA). Int. Soc. for Exp. Hematology, Munich, Germany, 1981.

46.    Burstein, S.A., Erb, S.K., Adamson, J.W., Harker, L.A.: Megakaryocytic progenitors (CFU-M) increase non- specifically in chronic immune thrombocytopenia. 8th Int. Congr. on Thrombosis and Haemostasis, Toronto, Canada, 1981.

47.    Mladenovic, J., Eschbach, J.W., Garcia, J., Adamson, JW.: Anemia of chronic renal failure (CRF) in the sheep: Response to erythropoietin (Ep) in vivo and in vitro. Blood 58:99a, l981.

48.    Burstein, S.A., Erb, S,K., Adamson, J.W., Harker, L.A.: Immunologic stimulation of early murine hematopoiesis and its abrogation by cyclosporin A. Blood 58:93a, l981.

John W. Adamson, M.D.
Page 28

December 6, 2006

49.  Powell, J.S., Fialkow, P.J., Adamson, J.W.: Polycythemia vera (PV): Analysis of neoplastic hematopoiesis in long-term culture (LTC) Blood 58:149a, 1981.

50. Prchal, J.T., Christ, W.M., Prchal, J.F., Goldwasser, E., Adamson, J., Perrine, G.: Idiopathic autosomal dominant erythrocytosis. Clin. Res. 30:327a, 1982.

51.  Mladenovic, J., Eschbach, J.W., Garcia, J.F., Kaup, J.K., Adamson, J.W.: Erythropoietin (Ep) kinetics: Studies in sheep. Clin. Res. 30:324a, 1982.

52.  Eschbach, J.W., Mladenovic, J., Adamson, J.W.: Erythropoietin (Ep) action in chronic renal failure (CRF). Kidney Int. 21:260, 1982.

53.  Maquire, Y.P., Zabala, P., Doney, K.C., Gillis, S., Adamson, J.W.: Erythroid burst-promoting activity (BPA) in the serum of patients with aplastic anemia. Blood 60(Suppl. 1):37a, 1982.

54.  Chatelain, C., Burstein, S.A., Adamson, J.W., Harker, L.A.: Polycythemia during hematopoietic regeneration: Influence on thrombocytopoiesis and granulocytopoiesis. Blood 60(Suppl. 1):85a, 1982.

55.  Abkowitz, J.L., Niebrugge, D.J., Steinmann, L., Fialkow, P.J., Adamson, J.W.: Pancytopenia as a clonal disorder of a multipotent stem cell. Blood 60(Suppl. 1):93a, 1982.

56.  Powell, J.S. Singer, J.W. Fialkow, P.J., Adamson, J.W.: Polycythemia vera (PV): Studies in culture of a multipotent stem cell. Blood 60(Suppl. 1):153a, 1982.

57.  Abkowitz, J.L., Ott, R.L., Steinmann, L., Nakamura, J.M., Fialkow, P.J., Adamson, J.W.: A glucose-6-phosphate dehydrogenase (G-6-PD) mosaic model to study the evolution of clonality in feline retrovirus-induced disease. Leukemia Reviews International. Advances in Comparative Leukemia Research, Volume 1, M.A. Rich (ed.). New York: Marcel Dekker, 1983.

58.  Abkowitz, J.L., Kadin, M.E., Powell, J.S., Adamson, J.W.: T-cell suppression of erythropoiesis in a patient with pure red cell aplasia (PRCA). Blood 62(Suppl. 1):41a, 1983.

59.  Delwiche, F., Eschbach, J.W., Adamson, J.W.: The anemia of chronic renal failure (CRF): Lack of in vitro specificity of serum inhibitors. Blood 62(Suppl. 1):45a, 1983.

60.  Powell, J.S., Abkowitz, J.L., Adamson, J.W.: Pure red cell aplasia (PRCA): Correlation of in vitro erythroid colony growth with response to therapy. Blood 62(Suppl. 1):50a, 1983.

61.  Delwiche, F., Raines, E., Powell J.S., Ross, R., Adamson, J.W.: Platelet-deprived growth factor (PDGF) enhances in vitro erythroid colony growth via stimulation of mesenchymal cells. Blood 62(Suppl. 1):121a, 1983.

62.  Kimura, H., Finch, C.A., Adamson, J.W.: Iron deficiency (ID): Quantitation of its effects on erythropoiesis in the rat. Blood 62(Suppl. 1):123a, 1983.

63.  Kimura, H., Segal, G., Lee, M., Adamson, J.W.: Thrombocytopenia induced by exchange transfusion in the rat. Analysis of the megakaryocytopoietic response. Blood 62(Suppl. 1):145a, 1983.

64.  Abkowitz, J.L., Ott, R.L., Nakamura, J.M., Steinmann, L., Fialkow, P.J., Adamson, J.W.: Retrovirus-induced purered cell aplasic (PRCA) in the cat: Studies of disease progression and clonal evolution in a G-6-PD heterozygote model. Blood 64(Suppl. 1):101a, 1984.

65.  Ballem, P., Segal, G., Gernsheimer, T., Adamson, J., Slichter, S.: Pathophysiology of autoantibodies impairs platelet (PLT) production. Blood 64(Suppl. 1):233a, 1984.

John W. Adamson, M.D.
Page 29

December 6, 2006

66.   Abkowitz, J.L., Adamson, J.W.: Kinetics of marrow failure on feline leukemia virus (FeLV-C)-induced pure red cell aplasia (PRCA). Blood 66(Suppl. 1):118a, 1985.

67.   Abkowitz, J.L., Grant, C.K., Adamson, J.W.: Feline pure red cell aplasia (PRCA): BFU-E are infected by retrovirus and are complement-sensitive. Blood 66(Suppl. 1):118a, 1985.

68.   Kaushansky, K., O'Hara, P., Berkner, K., Segal, G.M., Broudy, V., Hagen, F., Adamson, J.W.: Genomic cloning and expression of human granulocyte/macrophage colony-stimulating factor (GM-CSF): Evidence for multilineage effect of the CSF. Blood 66(Suppl. 1):153a, 1985.

69.   Powell, J.S., Segal, G.M., Berkner, K.L., Lebo, R.V., Adamson, J.W.: Chromosome localization of the gene for human erythropoietin and high level expression of cloned genomic sequences in permanent mammalian cell lines. Blood 66(Suppl. 1):159a, 1985.

70.   Delwiche, F., Segal, G.M., Eschbach, J.W., Adamson, J.W.: Erythropoietic inhibitors in chronic renal failure: Clinical correlations, in vitro specificity and effects of hemodialysis. Kidney Int. 28:285, 1985.

71.   Adamson, J.W., Egrie, J.C., Downing, M.R., Browne, J.K., Eschbach, J.W.: Correction of the anemia of end-stage renal disease (ESRD) with recombinant human erythropoietin rHuEpo): Results of a Phase I-II clinical trial. Blood 68(Suppl. 1):52a, 1986.

72.   Segal, G.M., Eschbach, J.W., Egrie, J.C., Adamson, J.W.: The anemia of end-stage renal disease (ESRD):Progenitor cell response. Blood 68(5uppl. 1):58a, 1986.

73.   Abkowitz, J.L., Ott, R.L., Holly, R.D., Adamson, J.W.: Clonal evolution following chemotherapy-induced stem cell depletion in glucose-6-phosphate dehydrogenase (G-6-PD) heterozygous cats. Blood 68(Suppl.1):136a, 1986.

74.   Broudy, V.C, Harlan, J.M., Adamson, J.W.:Disparate effects of human tumor necrosis factor (TNF)-alpha and TNF-beta on hematopoietic growth factor production and neutrophil adhesion molecular expression by endothelial cells (EC). Blood 68(Suppl. 1):161a, 1986.

75.   Kaushansky, K., Broudy, V.C., Lin, N., Adamson, J.W.: Granulocyte/macrophage (GM) and granulocyte (G) colony-stimulating factors (CSFs) are synthesized by candidate cells of the marrow microenvironment in response to interleukin-l (IL-l). Blood 68(Suppl. 1):167a, 1986.

76.   Kaushansky, K., Hagen, F.S., Broudy, V.C., Adamson, J.W.: Structure-function studies of human granulocyte/macrophage colony-stimulating factor (hGM-CSF): The role of carbohydrate (CHO) modification. Blood 68(Suppl. 1):167a, 1986.

77.   Beguin, Y., Huebers, H., Pootrakul, P., Haley, N.R., Eschbach, J.W., Adamson, J.W., Finch, C.A.: Plasma transferrin receptor levels (Rtf) as a monitor of erythropoiesis in man: Correlation with ferrokinetics and stimulation by recombinant human erythropoietin (rHuEpo). Blood 70(Suppl. 1):51a, 1987.

78.   Eschbach, J.W., Adamson, J.W.: Correction of the anemia of hemodialysis (HD) patients with recombinant human erythropoietin (rHuEpo): Results of a multicenter study. Blood 70(Suppl.1):134a, 1987.

79.   Broudy, V.C., Lin, N., Egrie, J., Weiss, T.,Papayannopoulou, Th., Adamson, J.W.: Identification of the receptor for erythropoietin on human and murine cell lines and modulation by phobol ester. Blood 70(Suppl. 1):167a, 1987.

80.   Kaushansky, K., Broudy, V.C., Harlan, J.M., Adamson, J.W.: Tumor necrosis factor (TNF-alpha) and lymphotoxin (TNF-beta) stimulate the production of GM-CSF, M-CSF, andIL-l production in vivo. Blood 70(Suppl. 1):174a, 1987.

81.  Migliaccio, G., Migliaccio, A.R., Adamson, J.W.: Interactions of recombinant human interleukin-3 (IL-3), GM-CSF, and erythropoietin (Epo) in serum-deprived cultures. Blood 70(Suppl. 1):179a, 1987.

82.  Cardenas, D.D., Guthrie, M.R., Evans, R., Eschbach, J.W., Adamson, J.W.: Recombinant human erythropoietin improves quandicepts strength in hemodialysis patients. Arch. Phys. Med. Rehabil. 69:724, 1988.

83.  Adamson, J.W., Kelly, M.R., Haley, N.R., Abels, R.I., Eschbach, J.W.:Correction of the anemia of progressive renal failure with recombinant human erythropoietin (rHuEpo). Blood 72(Suppl. 1):35a, 1988.

84.  Broudy, V.C., Papayannopoulou, Th., Nakamoto, B., Lin, N., Adamson, J.W.: Dynamics of erythropoietin (Epo)receptor expression on Epo-responsive murine cell lines. Blood 72(suppl. 1):llOa, 1988.

85.  Migliaccio, A.R., Migliaccio, G., Johnson, G., Adamson, J.W., Torok-Storb, B.: Analysis of the growth factors released by cultures of marrow stromal cells from normal donors or from patients posttransplantation. Blood 72:(Suppl. 1):125a, 1988.

86.  Migliaccio, G., Migliaccio, A.R., Ruscetti, 5., Adamson, J.W.: The growth of Rauscher erythroleukemia cells is mediated by the autocrine production of a factor with biological activity similar to interleukin-3 (IL-3). Blood 72(Suppl. 1):126a, 1988.

87.  Migliaccio, G., Adamson, J.W.: The biological activities of human hematopoietic growth factors in vitro. XXII Congress of the International Society of Hematology. Milan, Italy, page 151, 1988.

88.  Migliaccio, A.R., Simmons, P., Torok-Storb, B, Adamson, J.W.: presence of erythroid burst and colony-stimulating activities(BPA;CSA) in serum-free conditioned medium (CM) from human stromal cell lines. XXII Congress of the Inter- national Society of Hematology. Milan, Italy, page 237, 1988.

89.  Migliaccio, G., Migliaccio, A.R., Kreider, B., Rovera, G., Adamson, J.W.: Selection of lineage-restricted cell lines immortalized at different stages of hematopoietic differentiation from the murine cell line 32D. Sixth Conference on Hemoglobin Switching, Airlie, Virginia, 1988.

90.  Migliaccio, A.R., Migliaccio, G., Ruscetti, S., Adamson, J.W.: The growth of Rauscher erythroleukemia cells is mediated by an autocrine growth factor with biological activity similar to interleukin-3 (IL-3). Oncoqenes and Growth Control, p. 104, EMBL Conference, Heidelberg, 1988.

91.  Migliaccio, G., Migliaccio, A.R., Shimada, Y., Kreider, B., Rovera, G., Adamson, J.W.: Murine IL-3 dependent cell lines retain the potentiality of pluripotent stem cells to generate cells responding to erythropoietin and to G-CSF. Exp. Hematol., 17:6, p.654, 1989.

92.  Migliaccio, A.R., Migliaccio, G., Shimada, Y., Ruscetti,S., Adamson, J.W.: Autocrine growth as a secondary event in the pathogenesis of Rauscher and Friend-virus induced erythroleukemia. Experimental Hematology, 17:705, 1989.

93.  Adamson, J.W., Egrie, J.C., Haley, M.R., Schneider, G.L., Sherrard, D.J., Eschbach, J.W.:  Why do some hemodialysis patients (HDP) need large doses of recombinant erythropoietin (rHuEPO)? 22nd Annual Meeting, American Society of Nephrology.

94.  Haley, N.R., Adamson, J.W., Schneider, G.L., Eschbach, J.W.: There are no uremic inhibitors to erythropoietin (EPO) in chronic renal failure (CRF). 22nd Annual Meeting, American Society of Nephrology.

95.  Kelly, M.R., Haley, M.R., Adamson, J.W., Blagg, C.R., Abels, R.I., Eschbach, J.W.: Home subcutaneous (SC) recombinant human erythropoietin (rHuEPO) is as effective and as safe as given intravenously (IV). 22nd Annual Meeting, American Society of Nephrology.

96.  Davidson, R.C., Haley, M.R., Easterling, T.R., Ahmad, S.,  Adamson, J.W., Eschbach, J.W.: Serial hemodynamic changes following recombinant erythropoietin (rHuEPO) therapy.  22nd Annual Meeting, American Society of Nephrology.

97.  Eschbach , J.W., Haley, N.R., Aquiling, T., Browne, J.K.,  Downing, M.R., Egrie, J.C., Adamson, J.W.: Three years American Society of Nephrology.

98.  Eschbach, J.W., Haley, N.R., Adamson, J.W.: Iron balance in erythropoietin (Epo)-treated hemodialysis patients (HPD). XITH International Congress of Nephrology.

99.  Shimada, Y., Migliaccio, G., Migliaccio, A.R., Perlmutter, R.M., Adamson, J.W.: Initial characterization of post-receptor transduction pathways mediated by IL-3, EPO, GM-CSF and G-CSF in growth factor-dependent subclone of the murine cell line 32D. Blood 74 (Suppl. 1):321a, 1989.

100.  Haley, N.R., Eschbach,J.W., Adamson,J.W.: Uremic inhibitors do not impair the response in erythropoietin (Epo) in chronic renal failure (CRF). Blood 74(Suppl. 1):42a, 1989.

101.  Migliaccio, G., Migliaccio, A.R., Broudy, V., Adamson, J.W.: Direct and lineage-restricted action of activin A on murine hematopoiesis.  Blood 74(Suppl. 1): 272a, 1989.

102.  Shimada, Y., Migliaccio, G., Migliaccio, AR, Ruscetti,S., Adamson, J.W.: Activation of IL-3 production is a frequent event in friend-virus induced erythroleukemia. Exp. Hematol, 18:570(A), 1990.

103.  Haley, N.R., Hesterberg, L., Broudy, V.C., Eschbach, J.W., Adamson, J.W.:  Field test of an enzyme-linked assay for serum erythropoietin levels in normal and anemic states. Exp. Hematol. 18:576(A), 1990.

104.  Migliaccio, G., Migliaccio, AR., Adamson, J.W.: The in vitro effects of IL-l and IL-6 on hematopoietic differentiation are mediated by GM-CSF and IL-3.  Exp. Hematol.18:607(A), 1990.

105.  Shimada, Y., Migliaccio, G., Migliaccio, AR., Ruzzi, L., Valinsky, J., Adamson, J.W.:  Cell cycle control in lineage-restricted subclones of the IL-3 dependent cell line 32D.  Exp. Hematol. 18:621(A), 1990.

106.  Migliaccio, AR., Migliaccio, G., Adamson, J.W., Torok- Storb, B.: Marrow stromal cells from patients with aplastic anemia (AA) fail to produce hematopoietic growth factors in response to IL-l in culture. Exp. Hematol. 18:629(A), 1990.

107.  Migliaccio, A.R., Migliaccio, G., Ruzzi, L., Shimada, Y., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W.: Progressive and coordinate inactivation of NF-E1 and erythropoietin receptor (EpoR) gene expression during myelomonocytic differentiation in growth factor-dependent cell lines.  Blood 76(Suppl. 1):106a, 1990.

108.  Migliaccio, G., Migliaccio, A.R., Valinsky, J., Langley, K., Zsebo, K., Visser, J., Adamson, J.W.: Recombinant rat stem cell factor (rrSCF) induces proliferation and differentiation of primitive hematopoietic progenitor cells (HPC) in serum-deprived cultures. Blood 76(Suppl. 1):156a, 1990.

109.  Migliaccio, A.R., Migliaccio, G, Egrie, J., Zsebo, K., Adamson, J.W.: Human stem cell factor (SCF): a hematopoietic growth factor targeting human multilincage colony-forming cells (CFC) and capable of generating CFC from pre-CFC. Clinical Research 39:190A, 1991.

110.  Adamson, J.W.: Erythropoietin: cellular and clinical biology. Hormone Research 35(Supplement 2):58, 1991.

111.  Haley, N.R., Schuster, M.W., Adamson, J.W., et. al: Changes in plasma levels of transferrin receptor protein (TRP) fail to predict effective clinical responses to erythropoietin (Epo) in myelodysplasia (MDS). Blood 78(Suppl. 1):90a, 1991.

John W. Adamson, M.D.
Page 32

December 6, 2006

112. Migliaccio, A.R., Migliaccio, G., Barron, C., Adamson, J.W.: The molecular basis of functional erythropoietin receptor (Epo-R) expression. Blood 78(Suppl. 1):30a, 1991.

113. Migliaccio, G., Migliaccio, A.R., Giardina, P.V., Mancini, G.C., Zsebo, K., Adamson, J.W.: Late-acting (Epo or G-CSF) but not early-acting (IL-1 or IL-6) growth factors interact with stem cell factor (SCF) to generate colony-forming cells (CFC) and expand hematopoiesis in vitro. Blood 78(Suppl. 1):293a, 1991.

114. Komatsu, N., Fujita, H., Adamson, J.W.: Induced maturation of the human megakaryoblastic cell line, UT-7, results in down modulation of erythropoietin receptor (Epo-R) gene expression. Blood 78(Suppl. 1):305a, 1991.

115. Migliaccio, A.R., Migliaccio, G., Ruzzi, L., Sotiropoulos, D., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W.: Post-transcriptional regulation of erythropoietin receptor (EpoR) gene expression in Epo-responsive erythroid cell lines. Exp. Hematol. 19:483(A), 1991.

116. Migliaccio, G., Migliaccio, A.R., Egrie, J., Zsebo, K., Adamson, J.W.: Human stem cell factor (SCF): A hematopoietic growth factor targeting human multilineage colony-forming cells (CFC) and capable of generating CFC from pre-CFC. Exp. Hematol. 19:508(A), 1991.

117. Ruzzi, L., Migliaccio, A.R., Migliaccio, G., Ralph, H., Adamson, J.W.: Repression of both endogenous and ectopic macrophage colony-stimulating factor receptor (M-CSF-R) gene expression in erythropoietin (Epo)-dependent erythroid cell lines. Exp. Hematol. 19:489(A), 1991.

118. Migliaccio, A.R., Migliaccio, G., Ruzzi, L., Crotta, S., Nicolis, S., Ottolenghi, S., Adamson, J.W.: Post-transcriptional regulation of the erythropoietin receptor (EpoR) gene, and not GATA-1 expression, correlates with erythroid differentiation. J. Cell. Biochem. (Suppl. 15F):121, 1991.

119. Migliaccio, G., Migliaccio, A.R., Valinsky, J., Zsebo, K., Visser, J., Adamson, J.W.: Recombinant rat and human stem cell factor (SCF) induces proliferation and differentiation of primitive hematopoietic progenitors cells (HPC) in serum-deprived cultures. J Cell Biochem (Suppl. 15F):122, 1991.

120. Migliaccio, A.R., Migliaccio, G., Ottolenghi, S., Adamson, J.W.: Molecular mechanisms underlying the erythroid specificity of the cellular response to erythropoietin (Epo). Intl. J. Cell. Cloning 9:370, 1991.

121. Migliaccio, G., Migliaccio, A.R., Egrie, J., Zsebo, K., Adamson, J.W.: Human stem cell factor (SCF): A hematopoietic growth factor targeting human multilineage colony-forming cells (CFC) and capable of generating CFC from pre-CFC. Intl. J. Cell. Cloning 9:370, 1991.

122. Migliaccio, G., Migliaccio, A.R., Mancini, G., Rataczak, M., Gewirtz, A., Adamson, J.W.: Induction of the murine "W phenotype" in long-term culture of human cord blood cells by c-kit antisense oligomers. Exp. Hematol. 20:735(A), 1992.

123. Migliaccio, A.R., Migliaccio, G., Jiang, Y., Papayannopoulou, T., Nicolis, S., Ottolenghi, S., Komatsu, N., Adamson, J.W.: Proliferative and differentiative responses to erythropoietin (Epo) in the human hematopoietic cell line, UT-7. Exp. Hematol. 20:791(A), 1992.

124. S., Ronchi, A., Ottolenghi, S., Migliaccio, G., Migliaccio, A.R., Adamson, J.W.: Early GATA-1-independent and late GATA-1-dependent repression of erythropoietin receptor (EpoR) gene expression induced by the tumor promoter, phorbol myristate acetate (PMA) in the human megakaryo-blastic cell line, UT-7. Exp. Hematol. 20:791(A), 1992.

125. Mancini, G.C., Durand, B., Samal, B., Migliaccio, A.R., Migliaccio, G., Adamson, J.W.: Effects of macrophage inhibitory protein 1 (MIP-1A) and leukemia inhibitory factor (LIF) in long-term cultures of human CD34+ cord blood cells. Exp. Hematol. 20:753(A), 1992.

December 6, 2006

126. Migliaccio, A.R., Migliaccio, G., Jiang, Y., Komatsu, N., Crotta, S., Ronchi,A., Ottolenghi, S., Adamson, J.W.: Multiple levels of erythropoietin reception (Epo-R) gene regulation during hematopoietic differentiation. 24th Congress of ISH, London, 1992, p.20.

127. Migliaccio, G., Baiocchi, M., Mancini, G.C., Durand, B., Migliaccio, A.R., Adamson, J.W.: Distribution of blast cell colony-forming cells (BCC) in purified populations of murine bone marrow cells. 24th Congress of ISH, London, 1992, p. 46.

128. Migliaccio, A.R., Yiang, Y., Migliaccio, G., Adamson, J.W.: Coordinate, but partially reversible, repression of the A and ß-subunits of the interleukin-3 (IL-3) receptor in erythroid subclones of the IL-3 dependent cell line 32D. Hemoglobin Switching Conference, Seattle, 1992.

129. Migliaccio, G., Migliaccio, A.R., Mancini, G., Rataczak, M., Gewirtz, A., Adamson, J.W.: Induction of the W phenotype in human long-term cultures c-kit antisense oligomers. hemoglobin Switching Conference, Seattle, 1992.

130. Durand, B., Migliaccio, A.R., Adamson, J.W., Migliaccio,G.: Efficient establishment of factor-dependent cell lines from normal human cord blood in the presence of steel factor (SCF) and interleukin-3 (IL-3). Blood 80(suppl. 1):173a, 1992.

131. Migliaccio, A.R., Jiang, Y., Migliaccio, G., Nicolis, S., Crotta, S., Ronchi, A., Ottolenghi, S., Adamson, J.W.: Regulation of the expression of the endogenous human erythropoietin receptor (Epo-R) gene in an epo-dependent cell line, UT-7 Epo. Blood 80(Suppl. 1):18a, 1992.

132. Migliaccio, G., Baiocchi, M., Mancini, G.C., Durand, B., Adamson, J.W., Migliaccio, A.R.: Distribution and replating potential of blast cell (BC) colony-forming cells (CFC) from purified populations of normal murine marrow. Blood 80(Suppl. 1):18a, 1992.

133. Durand, B., Migliaccio, A.R., Adamson, J.W., Migliaccio, G.: Efficient establishment of factor-dependent cell lines from normal human cord blood in the presence of steel factor (SF) and interleukin-3 (IL-3). Blood 80(Suppl. 1): 173a, 1992.

134. Barron, C., Migliacccio, A.R., Migliaccio, Jiang, Y., Adamson, J.W., Ottolenghi, S: Erythroid and myeloid-specific soluble isoforms of the erythropoietin receptor in subclones of the 32D cell line. Exp. Hematol., 21:225(A), 1993.

135. Durand, B., Migliaccio, A.R., Baiocchi, M., Adamson, J.W., Migliaccio, G.: Generation of human mast cells from fetal and perinatal CD34+ blood cells in serum-deprived cultures requires the simultaneous presence of steel factor and interleukin-3. Exp. Hematol., 21:625(A) 1993.

136. Baiocchi, M., Migliaccio, A.R., Eddleman, K., Migliaccio, G., Adamson, J.W.: Replating efficiency of human fetal, perinatal and adult hematopoietic colonies generated in serum-deprived cultures stimulated with steel factor (SF) and erythropoietin (EPO). Exp. Hematol., 21:622(A), 1993.

137. Rubinstein, P., Migliaccio, G., Adamson, J.W., Stevens, C.E.: Assessing placental blood as donor tissue for unrelated-donor bone marrow reconstitution. Blood 82(Suppl 1):298a, 1993.

138. Migliaccio, G., Jiang, Y., Ashihara, E., Mancini, G., Sotiropoulos, D., Migliaccio, A.R., Adamson, J.W.: Expression of hematopoietic growth factor receptor genes in purified murine stem cells. Blood 82(Suppl 1):372a, 1993.

139. Baiocchi, M., Migliaccio, G., Eddleman, K., Migliaccio, A.R., Adamson, J.W.: Replating potential of human fetal, perinatal and adult hematopoietic progenitor cells in serum-deprived cultures. Blood 82(Suppl 1):17a, 1993.

140. Jiang, Y., Migliaccio, G., Migliaccio, A.R., Adamson, J.W.: Regulation of the expression of the Id gene during erythroid differentiation of 32D cells. Blood 82(suppl 1):100a, 1993.

John W. Adamson, M.D.
Page 34

December 6, 2006

141. Kernan, N.A., Schroeder, M., Preti, R.A., Boulad, F., Small, T.N., Emanuel, D., Gillio, A., Ciavarella, D., Adamson, J.W.: Hematopoietic and immune reconstitution with umbilical cord infusion in a patient with Wiskott-Aldrich syndrome (WAS). Blood 82(Suppl 1) 171a, 1993.

142. Migliaccio, G., Mancini, G-C., Jiang, Y., Ashihara, E., Sotiropoulos, D., Migliaccio, A.R., Adamson, J.W.: Purified murine stem cells: their colonization potential and the expression of hematopoietic growth factor receptor genes during in vitro differentiation. Keystone, 1994.

143. Ashihara, E., Migliaccio, A.R., Jiang, Y., Sotiropoulos,D., Adamson, J.W.: Expression of hematopoietic growth factor (GF) receptor genes in purified murine stem cells during in vitro differentiation. Exp. Hematol., 22:748(A), 1994.

144. Migliaccio, A.R., Jiang, Y., Winardi, R., Migliaccio, G., Adamson, J.W.: Coordinate regulation of the B-chain of the IL-3 receptor (B) and Id gene expression during erythroid differentiation. Exp. Hematol., 22:722(A), 1994.

145. Adamson, J.W.: Anemia of Malignancy: Pathophysiology and correction by recombinant human erythropoietin. First Nordic EPREX[R] (epoetin alfa) Symposium on the Management of Anaemia in Cancer Patients. Cilag/Biotech, Sandvika, Norway, p.3, 1994.

146. Rubinstein, P., Migliaccio, A.R., Adamson, J.W., Stevens, C.E.: Unrelated placental/umbilical cord blood (PCB) transplantation: methods and early results of the New York Blood Center s PCB program. Exp Hematol. 23:942(A), 1995.

147. Sotiropoulos, D., Adamson, J.W.: Megakaryopoiesis in vitro: effects of various cytokines including thrombopoietin (TPO) on the growth and generation of murine megakaryocyte colony-forming cells (MEG-CFC).  Blood 86(Suppl 1): 364a, 1995.

148. Sotiropoulos, D., Adamson, J.W.: Mechanism of action of interleukin 11 (IL-11) on in vitro megakaryopoiesis.  Exp Hematol. 24:1069(A), 1996.

149. Rubinstein, P., Carrier, C., Adamson, J., Migliaccio, A., Berkowitz, R., Kurtzberg, J., Scaradavou, A., Stevens, C.: New York Blood Center s program for unrelated placental/umbilical cord blood (PCB) transplantation: 243 transplants in the first 3 years. Blood 88(Suppl 1):142a, 1996.

150. Migliaccio, A.R., Adamson, J.W., Rubinstein, P., Stevens.: Placental/cord blood stem cell transplantation: correlation between the progenitor cell dose and time to myeloid engraftment in 55 unrelated transplants. Blood 88(Suppl 1):286a, 1996.

151. Migliaccio, A.R., Adamson, J.W., Rubinstein, P., Stevens, C.: Correlations between progenitor cell dose, likelihood to engraft and time to myeloid engraftment in 79 unrelated placental/cord blood transplants. Acta Haematologica, 98(Suppl 1):121, Basel, Switzerland.

152. Stevens, C.E., Kurtzberg, J., Adamson, J.W., Scaradavou, A., Migliaccio, A., Rubinstein, P.: The New York Center s Placental Blood Program. Update 1997.  Acta Haematologica, 98 (Suppl 1):171, Basel, Switzerland.

153. Sotiropoulos, D., Banerjee, D., Kwak, R., Adamson, J.W.: Cytokine induction of thrombopoietin (TPO) gene expression in cultures of murine marrow adherent cells. Exp. Hematol. 25:785, 1997.

154. Migliaccio, A.R., Adamson, J.W., Rubinstein, P., Stevens, C.:  Correlations between progenitor cell dose, likelihood to engraft and time to myeloid engraftment in 79 unrelated placental/cord blood.  Exp. Hematol. 25:830, 1997.

155. Tanosaki, R., Scaradavou, A., Adamson, J.W., Sotiropoulos, D.:  Infused megakaryocytes support platelet production in carboplatin-induced thrombocytopenic mice.  Blood 90 (Suppl. 1):172a, 1997.

John W. Adamson, M.D.
Page 35

December 6, 2006

156.  Kashiwakura, I., Sotiropoulos, D., Adamson, J.W.: Ex vivo expansion of megakaryocytic colony-forming cells (Meg-CFC) from human umbilical cord blood (CB). Blood 90(Suppl. 1): 538a,1997.

157.  von Drygalski, A., Constantinescue D., Kashiwakura, I., Farley, T., Adamson, J.W.: A comparison of the proliferative potential and the frequency of megakaryocytic colony-forming cells (Meg-CFC) among all CFC in different hematopoietic tissues. Exp. Hematol. 26:767, 1998.

158.  von Drygalski, A., Alespeiti, G., Ren, L., Adamson, J.W.: Evaluation of the reconstituting capacity of ex-vivo expanded hematopoietic stem and progenitor cells in a murine transplantation model. Blood 94 (Suppl 1):128a, 1999.

159.  von Drygalski, A., Alespeiti, G., Ren, L., Visser, J., Adamson, J.W.: The presence of MIP-1, $\alpha$, TGF-$\beta$ and MCP-1 fails to improve the reconstituting capacity of ex-vivo expanded hematopoietic stem and progenitor cells in a murine tranpslantation model. . Blood 94 (Suppl 1):129a, 1999.

160.  von Drygalski, A., Savatski, L., Koremoto, M., Sakano, S., Adamson, J.W.: The presence of soluble notch ligand, jagged-1 (but not delta-1), improves survival and donor engraftment in a murine transplantation model using ex vivo-expanded marrow cells. Blood 96 (Suppl. 1):372a, 2000.

161.  Wu, X., Adamson, J.W.: Interleukin (IL-11 upregulates thrombopoietin (Tpo) gene expression and Tpo release by the human stromal cell line, HS27A. Blood 96 (Suppl. 1):541a, 2000.

162.  von Drygalski, A., Savatski, L., Eastwood, D., Klein, J.P., Adamson, J.W.: The rate of platelet (PLT) and leukocyte (WBC) recovery and percent donor engraftment in mice transplanted with ex vivo-expanded marrow cells are differenetially affected by the cytokine combination used. Blood 96 (Suppl. 1):726a, 2000.

163.  Savatski, L.L., von Drygalski, A., Adamson, J.W.: Thrombopoietin (Tpo) administration enhances survival of Tpo knockout (KO) mice following bone marrow transplantation. Blood 98 (Suppl. 1):645a, 2001.

164.  Savatski, L.L., von Drygalski, A., Adamson, J.W.: Secondary bone marrow (BM) transplants demonstrate that thrombopoietin (Tpo) administration during recovery from the primary transplant supports stem cell expansion in the Tpo knockout (-/-) mouse. Blood 100 (Suppl. 1) 614a, 2002.

165.  Kagen, L., Graminske, R., Cushing, M., Gavin, J., Adamson, J.: Evaluation of 2500 cGy Gamma Irradiated ACD-A/Adsol Red Blood Cells (RBCs). AABB Meeting, Baltimore, MD, October 2004.

166.  Snyder, E., Baril, L., Dincecco, D., Corda, T., Carrano, D., Greenwalt, T., Rugg, N., Joines, A., Gomas, J.F., Pratt, P.G., Adamson, J., Kagen, L., Graminske, S., Janik, S., Lee, W., Brantigan, B., Elfath, M.: Evaluation of Frozen ACD-A (AS-1) RBC Products. AABB Meeting, Baltimore, MD, October 2004.

167.  Kagen, L., Graminske, S., Gavin, M., Cushing, R., Adamson, J., Whitley, P., Taylor, H., AuBuchon, J., Herschel, L., Garcia-Lien, M., McAteer, M.: Gamma Irradiation of Trima Accel RBC Units: *In Vitro* and *In Vivo* Function Studies. AABB Meeting, Baltimore, MD, October 2004.

168.  Kagen, L., Graminske, S., Cushing, R., Gavin, M., Adamson, J., Grweenwalt, T., Rugg, N., Garcia-Lien, M., McAteer, M.: Trima Accel and WB Collection Systems after Freezing and Thawing: In Vitro Study. AABB Meeting, Baltimore, MD, October 2004.

**˙ ˙•• B A T E S • W H I T E • •• ˙**

## Eric M. Gaier, Ph.D.
**Partner**

### Summary of experience

Dr. Eric M. Gaier is a Partner and founding member of Bates White, LLC. Dr. Gaier has significant experience in the application of economic and statistical analysis to antitrust and other economic and financial issues. He specializes in analysis of class certification and alleged anticompetitive conduct including market definition, market power, competitive impact, countervailing efficiencies, and damages.

Dr. Gaier has testified and consulted for government, law firm, and corporate clients across a variety of industries including retail sales, agriculture, pharmaceuticals, healthcare, medical equipment, technology, transportation, commercial aviation, aerospace manufacturing, and defense procurement.

### Areas of expertise

- Antitrust liability and damages
- Class certification
- Economic and statistical analysis
- Econometric and microsimulation modeling
- Cost-benefit analysis

### Selected experience

- Serving as the lead consulting expert on behalf of a plaintiff in a major exclusionary conduct matter involving the world's leading manufacturers of computer components. Advising on overall case strategy and performing economic analysis to assess liability and damages resulting from illegal conduct alleged in the U.S., Japan, and Europe.

- Serving as the testifying expert on market definition, market power, and competitive impact for a printer systems manufacturer defending allegations of monopolization and attempted monopolization of an alleged aftermarket in toner cartridges.

Eric M. Gaier, Ph.D.
Bates White, LLC
Page 2 of 5

- *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, serving as the testifying expert on issues of common impact, feasible damage methodologies, and merits on behalf of a joint defense group of leading pharmaceutical manufacturers in a civil RICO and consumer fraud matter. Submitted written and deposition testimony.

- *In re: Robert J. Swanston v. TAP Pharmaceutical Products, Inc. et al.*, serving as the testifying expert on issues of common impact and feasible damage methodologies on behalf of a joint defense group of leading pharmaceutical manufacturers opposing class certification. Submitted written testimony.

- *In re: District of Columbia v. CVS Corporation, et al.*, served as the testifying expert on market definition, market power, and competitive impact on behalf of District of Columbia challenging the acquisition of a local pharmacy chain by CVS Corporation. Submitted written and deposition testimony. The matter settled before trial.

- *In re: Augustine Medical, Inc. v. Mallinckrodt, Inc. et al.*, served as the testifying expert on market definition, market power, competitive impact, and damages on behalf of Augustine Medical, Inc. defending an illegal monopolization counterclaim. Submitted written and deposition testimony. The matter was dismissed by summary judgment and the opinion of the opposing expert was excluded under *Daubert*.

- *In re: Confre Cellars, Inc. v. Scott Robinson, et al.*, served as the testifying expert on market definition, market power, and competitive impact on behalf of an alcoholic beverage producer involved in a concerted refusal-to-deal litigation with its distributors. Submitted written and deposition testimony. The matter settled before trial.

- Led expert analysis for a top-tier academic expert working on behalf of a proposed class of medical residents alleging anticompetitive conduct in the determination of wages and working conditions. Led analysis of class certification issues and developed appropriate damage methodologies.

- Directed economic and statistical analysis for a top-tier academic expert working on behalf of a proposed class of agricultural producers involved in price-fixing litigation under multiple state indirect-purchaser statutes. Developed economic and statistical analysis of class certification issues and assessed degree of upstream pass-through and damages.

- Directed economic and statistical analysis of damages to support a top-tier academic expert working on behalf of a large coalition of direct-action and class plaintiffs involved in a large and complex price-fixing matter in the vitamins industry. A portion of the

Eric M. Gaier, Ph.D.
Bates White, LLC
Page 3 of 5

matter was tried and resulted in a jury verdict for 110 percent (before trebling) of the damages plaintiffs' sought.

- Served as a consulting expert for a group of direct-action plaintiffs in a large price-fixing litigation involving suppliers to the steel manufacturing industry. Demonstrated the scope of the geographic and product markets to support a damage theory for non-U.S. plaintiffs.

- Served as consulting expert for a large rail-transportation defendant in an asbestos-related insurance dispute regarding employer liability. Responsible for developing a litigation risk-assessment model and demonstrating the appropriateness of previous settlements.

- Managed expert analysis to support a large asbestos-product manufacturing defendant in a high-profile fraudulent conveyance matter. Responsible for directing forecasts of future asbestos liability and analysis of product identification trends.

- Conducted statistical and economic analysis on behalf of a major retail sales defendant involved in a tax dispute with the Internal Revenue Service (IRS). Developed models to assess the duration of benefits from store credit cards. Analysis resulted in the termination of the investigation by the IRS.

- Developed critical components of an extensive cost-benefit model to support the sales force of a large medical-equipment manufacturing corporation. Responsible for developing algorithms to determine the optimal mix of equipment and personnel for hospital administrators.

**Prior testimony**

- *Robert J. Swanston v. TAP Pharmaceutical Products, Inc. et al.* Superior Court for the State of Arizona in and for the County of Maricopa (Expert Declaration: February, 2005).

- *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* U.S. District Court for District of Massachusetts (Expert Declaration: October 2004, Deposition: November 2004, Expert Declaration: January 2005).

- *District of Columbia v. CVS Corporation, et al.*, Superior Court of the District of Columbia Civil Division (Expert Report: May 2004, Deposition: May 2004, June 2004).

- *Confre Cellars, Inc. v. Scott Robinson, et al.*, U.S. District Court for the District of Colorado (Expert Report: September 2002, Deposition: January 2003).

Eric M. Gaier, Ph.D.
Bates White, LLC
Page 4 of 5

- *Augustine Medical, Inc. v. Mallinckrodt, Inc. et al.,* U.S. District Court for the District of Delaware (Expert Report: December 2002, Deposition: January 2003, Declaration: February 2003).

## Professional experience

Prior to joining Bates White, Dr. Gaier served as an Associate of A.T. Kearney. Previously he was a Research Fellow for the Technology Assessment Program of the Logistics Management Institute. Dr. Gaier has served as a Consultant to the Panel on Statistical Methods for Evaluating Defense Systems of the National Research Council and as an Instructor with the Department of Economics at Duke University.

## Education

- Ph.D., Economics, Duke University
- M.A., Economics, Duke University
- B.A., Economics, Florida State University

## Publications

- "Forecasting and Economic Analysis for Aviation Systems Engineering," (with Peter F. Kostiuk), in *Air Transportation Systems Engineering,* Progress in Astronautics and Aeronautics Series, Volume 193, George L. Donohue, Andres G. Zellweger, Herman Rediess, and Christian Pusch, eds. Lexington, MA: American Institute of Aeronautics and Astronautics, 2001.

- "Strategic Information Generation and Transmission: The Evolution of Institutions in Department of Defense Operational Testing," (with Robert C. Marshall), in *Statistics Testing, and Defense Acquisition—Background Papers,* Michael Cohen, Duane L. Steffey, and John E. Rolph, eds., Washington D.C.: National Academy Press, 1999.

- "The Economic Impacts of Air Traffic Congestion," (with Peter F. Kostiuk and Dou Long) *Air Traffic Control Quarterly,* pp. 123–145, Volume 7, Number 2 1999.

- *The ASAC Air Carrier Investment Model: Third Generation* (with Earl R. Wingrove, Jesse P. Johnson, and Tara E. Santmire) NASA Contractor Report 1998-207656, April 1998.

- *The ASAC Air Carrier Cost-Benefit Model* (with Tara E. Santmire, Alexander P. Edlich, and Earl R. Wingrove), NASA Contractor Report 1999–208983, January 1999.

Eric M. Gaier, Ph.D.
Bates White, LLC
Page 5 of 5

- *A Method for Forecasting the Commercial Air Traffic Schedule in the Future* (with Dou Long, David A. Lee, Jesse P. Johnson and Peter F. Kostiuk), NASA Contractor Report 1999-208987, January 1999.
- *Modeling Air Traffic Management Technologies With a Queuing Network Model of the National Airspace* System (with Dou Long, David A. Lee, Jesse Johnson, and Peter F. Kostiuk), NASA Contractor Report 1999-208988, January 1999.

**Professional associations**

- American Economic Association
- American Bar Association (Associate Member)
- International Health Economics Association

**ᶜ ● ●BATES●WHITE● ● ᶜ**

# Benjamin W. D. Scher
**Manager**

### Summary of Experience

Ben Scher is a Manager in the Antitrust Practice at Bates White, LLC. He performs economic analyses and research, provides discovery support, and leads teams that support testifying experts in their production of expert reports in litigation matters. He has worked on several major engagements involving antitrust issues, RICO disputes, product liability disputes, and corporate acquisitions. Mr. Scher has expertise in economic issues relating to class certification, firm conduct, market definition, market power, and competitive effects. He has focused extensively on projects in the health care industry and has also worked on projects in a variety of other industries including technology products, agricultural products, and alcoholic beverages.

### Areas of Expertise

- Discovery Support
- Market Research
- Market Definition Analysis
- Market Power Analysis
- Competitive Effects Analysis
- Class Certification Analysis

### Selected Experience

- Supporting expert's analyses of market definition, market power, and competitive impact for a printer systems manufacturer defending allegations of monopolization and attempted monopolization of an alleged aftermarket in toner cartridges. Worked with the expert to produce expert reports incorporating the results of those analyses. Managed review and analysis of information obtained through discovery and worked with counsel to coordinate discovery and prepare for depositions.

Benjamin W. D. Scher
Bates White, LLC
Page 2 of 3

- Supporting expert work of Eric M. Gaier, Ph.D., of Bates White on behalf of defendants in *State of Nevada v. American Home Products Corp.* and *State of Montana v. Abbott Labs.*, ongoing cases that involve allegations of Average Wholesale Price fraud affecting Medicaid, other state programs, and consumers in the states of Nevada and Montana. Responsibilities include managing the review and analysis of information obtained through discovery and working with counsel to coordinate discovery and prepare for depositions.

- Supporting expert work of Eric M. Gaier, Ph.D., of Bates White on behalf of joint defense group in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, an ongoing case involving allegations of Average Wholesale Price fraud affecting a proposed nationwide class of consumers and third-party payers. Responsibilities included assisting expert with analyses of common impact, feasible damage methodologies, and merits; and working with expert to produce expert reports incorporating the results of those analyses. Responsibilities also include managing the review and analysis of information obtained through discovery.

- Supported the expert work of Eric M. Gaier, Ph.D., of Bates White on behalf of defendants in *Swanston v. TAP Pharmaceutical Products Inc.*, a case that involved allegations of Average Wholesale Price fraud affecting plaintiffs in Arizona. Responsibilities included managing the review and analysis of information obtained through discovery.

- Supported the expert work of Eric M. Gaier, Ph.D., of Bates White on market definition, market power, and competitive impact on behalf of the District of Columbia in *District of Columbia v. CVS Corporation*.

- Supported expert analysis for a top-tier academic expert working on behalf of a proposed class of medical residents alleging anticompetitive conduct in the determination of wages and working conditions. Assisted in analysis of class certification issues and development of appropriate damage methodologies.

- Analyzed future asbestos-related liability for a regional distributor of asbestos insulation during bankruptcy proceedings. Assisted in development of a regional disease incidence model and worked with expert to produce an expert report incorporating the results of this analysis.

- Supported expert work of Eric M. Gaier, Ph.D., on behalf of Augustine Medical, Inc. defending an illegal monopolization counterclaim in *Augustine Medical, Inc. v. Mallinckrodt, Inc.* Responsibilities included assisting the expert in analyses of market definition, market power, competitive impact, and damages; and working with the expert to produce an

Benjamin W. D. Scher
Bates White, LLC
Page 3 of 3

expert report incorporating the results of those analyses. The matter was dismissed by summary judgment, and the opinion of the opposing expert was excluded under *Daubert*.

* Supported expert work of Eric M. Gaier, Ph.D., of Bates White on market definition, market power, and competitive impact on behalf of an alcoholic beverage producer involved in a concerted refusal-to-deal litigation with its distributors in *Confre Cellars, Inc. v. Robinson*.

## Education

* B.S., Policy Analysis and Management, Cornell University

**· · BATES · WHITE · · ·**

# Christopher Stomberg, Ph.D.
**Principal**

## Summary of experience

Christopher Stomberg, Ph.D. has more than 15 years of experience in commercial antitrust litigation, econometric modeling, and quantitative economic analysis. He specializes in the pharmaceutical and healthcare industries, and also has extensive experience in the agriculture, asbestos, chemicals, computer, security, and telecommunication industries. Dr. Stomberg has assisted in developing several of the custom analytical tools and techniques employed at Bates White, specifically those dealing with the application of statistical and analytical techniques to antitrust and litigation matters.

## Areas of expertise

- Pharmaceutical and healthcare litigation
- Price-fixing analysis
- Merger analysis
- Damage estimation
- Pharmaceutical marketing portfolio optimization
- Econometrics and statistical analysis including artificial neural networks

## Selected experience

- Supporting expert work of Eric M. Gaier, Ph.D. of Bates White on behalf of defendants in the ongoing *State of Nevada v. American Home Products Corp., et al* and *State of Montana v. Abbott Labs., Inc., et al.* matters involving allegations of Average Wholesale Price fraud affecting Medicaid, other state programs, and consumers in the states of Nevada and Montana.

- Supporting the expert testifying work of Eric M. Gaier, Ph.D. of Bates White on behalf of joint defense group in the ongoing *In re Pharmaceutical Industry Average Wholesale Price Litigation*, involving allegations of Average Wholesale Price fraud affecting a proposed nationwide class of consumers and third-party payers. Responsibilities have included the

Christopher Stomberg, Ph.D.
Bates White, LLC
Page 2 of 5

preparation of expert reports on behalf of defendants regarding class certification and merits, and preparation for deposition. Responsibilities also include advising counsel regarding discovery, reviewing discovery material, providing ongoing economic analysis, and preparing material for fact and expert witness depositions.

- Supporting the expert work of Eric M. Gaier, Ph.D. of Bates White on behalf of defendant Abbott Labs in the matter of *State of West Virginia v. Warrick Pharmaceutical Corporation, Schering Plough Corporation, Dey, Inc., Abbott Laboratories, and Abbott Laboratories, Inc.* involving allegations of Average Wholesale Price fraud affecting Medicaid and other state programs in West Virginia.

- Delivered a presentation, "Will Medicaid eliminate authorized generics?" at the June 2006 Law Seminars International conference: "Maximizing pharmaceutical patent lifecycles." This presentation explores the effects of forthcoming changes to Medicaid best-price rebate provisions on the profitability of authorized generic drugs.

- Supported the expert work of Halbert M. White, Ph.D., of Bates White resulting in an affidavit in support of Daubert motions filed in the *In re Pharmaceutical Industry Average Wholesale Price Litigation.*

- Supported the expert work of Eric M. Gaier, Ph.D. of Bates White on behalf of defendants in the matter of *Robert J. Swanston v. TAP Pharmaceutical Products Inc., et al.,* involving allegations of Average Wholesale Price fraud affecting plaintiffs in Arizona.

- Directed statistical and economic teams supporting the expert testimony of Halbert L. White, Ph.D. of Bates White, on behalf of the Federal Trade Commission in a merger investigation involving two large bricks-and-mortar store chains. This merger was not consummated.

- Implemented economic and statistical analysis of damages in support of Dr. B. Douglas Bernheim of Stanford University for his work on behalf of class plaintiffs and a group of 140 opt-out plaintiffs in the *In re Vitamins Antitrust Litigation.*

- Managed all analytical, expert, and litigation support work for Jeffrey M. Perloff, Ph.D. of the University of California, Berkeley, in his expert testimony on behalf of an individual opt-out plaintiff (leading breakfast cereal manufacturer) in the *In re Vitamins Antitrust Litigation.*

- Managed NIH-funded SBIR research project for the development of a non-invasive atherosclerosis diagnostic tool using magnetic resonance imaging (MRI). This work successfully validated the concept and Dr. Halbert White's artificial neural network

Christopher Stomberg, Ph.D.
Bates White, LLC
Page 3 of 5

software for this application. Next-stage funding is being pursued. Poster session
presented at 2004 Pharmaceutical Management Science Association (PMSA) meetings.

- Co-authored (with Pauline Kennedy, Ph.D.) an internal working paper on the application
  of statistical cross-validation techniques to aid proper model selection in merger price-
  effects studies. This paper was presented at the annual Bates White Antitrust Workshop.

- Managed self-funded project to update the widely cited Wilson-D'Agostino study of
  coronary heart disease prediction. Used artificial neural network tools developed by Dr.
  Halbert White to demonstrate measurable improvements over current prediction
  methods.

- Authored a study, "Promotional Response Modeling: Combining Structural and
  Statistical Approaches," which was presented at the 2004 Pharmaceutical Management
  Science Association (PMSA) Conference. This study (co-authored by Halbert L. White,
  Ph.D.) describes strategic pharmaceutical marketing simulation and portfolio
  optimization tools that were developed using cutting-edge econometric forecasting and
  simulation techniques.

- Led the development of an innovative tactical product sampling optimization tool for a
  top-tier client in the pharmaceuticals industry. Artificial neural network technology was
  used to accurately identify target physicians for the client's sales force.

- Developed appropriate damage estimation and data validation techniques on behalf of a
  FORTUNE 500 defendant involved in a price-fixing matter.

## Professional experience

Prior to joining Bates White, Dr. Stomberg served as an independent market research
consultant, and he was the Chief Statistician in the Custom Solutions Group at Computer
Intelligence in La Jolla, California. In these roles, Dr. Stomberg led the design, execution,
and presentation of analytical solutions for a large number of high-profile, B2B market
research projects on behalf of many FORTUNE 100 companies. Dr. Stomberg has also
consulted for USAID and the World Bank.

## Education

- Ph.D., Economics, University of California, San Diego

- M.A., Economics, The George Washington University

12/06/06  15:59  FAX 108 373 0520    BAT CASEPEER    Ø032/053

Christopher Stomberg, Ph.D.
Bates White, LLC
Page 4 of 5

- B.A., Economics, University of Massachusetts, Amherst (*cum laude*)
- Study Abroad, Scandinavian Seminar, Sweden

**Publications**

- Stomberg, Christopher, and others. "Automated Classification of Atherosclerotic Plaque from MR Images Using Predictive Models" (submitted to *Magnetic Resonance in Medicine*).
- Stomberg, Christopher. "Specification Testing with Information Matrix Equalities." Ph.D. diss., University of California, San Diego, 2000.
- Stomberg, Christopher, and Halbert L. White. "Bootstrapping the Information Matrix Test." Department of Economics Working Paper 2000–04, University of California, San Diego, April 2000.
- Stomberg, Christopher. "Annual Review of Evaluation Results." World Bank, Washington, DC, 1991 and 1992.
- Stomberg, Christopher. "Performance Indicators for Selected Water and Sanitation Utilities in Ecuador." Water and Sanitation for Health Project, Arlington, VA, November 1992.
- Stomberg, Christopher. "Macroeconomic Limits to Coverage." WASH technical report, Water and Sanitation for Health Project, Arlington, VA, February 1992.
- Stomberg, Christopher. "How Well Are African Americans Housed: Past and Present?" Paper presented at "One Third of a Nation: An African American Perspective," a conference, Washington, DC, November 1989.

**Languages**

- Spanish and Swedish (moderate fluency)

**Professional associations and activities**

- Contributor, Pharmaceutical Management Science Association (PMSA), 2004. Invited to contribute a presentation on microsimulation-based strategic marketing tools for the pharmaceuticals industry
- Member, American Bar Association
    - o Antitrust Section

Christopher Stomberg, Ph.D.
Bates White, LLC
Page 5 of 5

        o  Healthcare Industry Committee

- Member, American Statistical Association
- Member, International Health Economics Association