# EXHIBIT C

# KAYE SCHOLER LLP

Manvin S. Mayell
212 836-7031
Fax 212 836-8689
mmayell@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

December 14, 2006

VIA EMAIL AND REGULAR MAIL

Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Cupertino, CA 95014

Re: *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al (05 CV 122237WGY)*

Dear Deborah:

      I have not yet heard back from you regarding the issues raised in my December 11, 2006 letter concerning the conflict presented by Amgen's designation of Dr. Eric Gaier, Dr. Christopher Stomberg and Mr. Benjamin W. D. Scher as experts in the above-referenced action. Please let me know as soon as possible whether Amgen will withdraw its designation given the retention of Drs. Gaier and Stomberg, and Mr. Scher as joint defense experts in actions in which both Amgen and Hoffmann LaRoche are defendants under terms in which they are not permitted to be adverse to either Amgen or Hoffmann LaRoche. Thank you.

Very truly yours,

Manvin S. Mayell

cc: Thomas Fleming, Esq.
    Howard Suh, Esq.
    Michelle Moreland, Esq.
    Mark Israelewicz, Esq.