```
                              FILED
                          IN CLERKS OFFICE

                          2007 JAN 17  A 9: 26

                          U.S. DISTRICT COURT
                          DISTRICT OF MASS.
```

AMGEN                                            CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on January 17, 2007, to __Virginia L. Weeks__ a representative of the plaintiff AMGEN, documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                     Doc. 245

Elizabeth Smith
Deputy Clerk

Received by:

_[signature]_