UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| F. HOFFMANN-LA ROCHE LTD ROCHE DIAGNOSTICS GmbH and HOFFMANN-LA ROCHE INC., | ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION No.: 05-CV-12237WGY

### MOTION FOR ADMISSION OF VLADIMIR DROZDOFF
### *PRO HAC VICE* FOR DEFENDANTS

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Vladimir Drozdoff as an attorney for the defendants.

As stated in the accompanying declaration (attached hereto as Exhibit A), Vladimir Drozdoff is an associate at the firm of Kaye Scholer LLP, 425 Park Avenue, New York, New York, 10022, and a member of the bars of the State of New York and the State of Connecticut, among others. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

Pursuant to ECF Administrative Procedure Rule F, counsel for the defendants shall submit the fee for this motion within 24 hours of filing.

WHEREFORE, it is respectfully requested that Vladimir Drozdoff be admitted to the bar of this Court *pro hac vice*.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:   Boston, Massachusetts
             January 19, 2007

                                         F. HOFFMANN-LA ROCHE LTD
                                         ROCHE DIAGNOSTICS GmbH
                                         HOFFMANN-LA ROCHE INC.

                                         By its attorneys,

                                         /s/  Keith E. Toms
                                         Lee Carl Bromberg (BBO# 058480)
                                         Julia Huston (BBO# 562160)
                                         Keith E. Toms (BBO# 663369)
                                         Nicole A. Rizzo (BBO #663853)
                                         BROMBERG & SUNSTEIN LLP
                                         125 Summer Street
                                         Boston, MA 02110
                                         Tel. (617) 443-9292
                                         ktoms@bromsun.com

                                         and

                                         Leora Ben-Ami *(pro hac vice)*
                                         Patricia A. Carson *(pro hac vice)*
                                         Thomas F. Fleming *(pro hac vice)*
                                         Howard Suh *(pro hac vice)*
                                         Peter Fratangelo (BBO# 639775)
                                         KAYE SCHOLER LLP
                                         425 Park Avenue
                                         New York, NY 10022
                                         Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

03099/00501 597852.1                                                     /s/  Keith E. Toms
                                                                                                  Keith E. Toms