AMGEN                                               CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on January 23, 2007, to ___MIKE REMOND___ a representative of the plaintiff AMGEN, documents that were submitted for in camera review.

Elizabeth Smith
Deputy Clerk

Received by: _[signature]_