# EXHIBIT 5

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

January 9, 2007

**BY FAX AND EMAIL**

William G. Gaede, III, Esq.
McDermott, Will & Emery
3150 Porter Dr.
Palo Alto, CA 94304-1212
Fax: 650-813-5100
Email: wgaede@mwe.com

> Re:  *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Bill:

I write in response to your letter of January 8, 2007 summarizing the meet and confer. As the meet and confer is continuing, I will not respond to your characterization of each specific document request at this time, nor respond to your baseless statements that Roche was unable to provide an explanation of why certain document requests were relevant to the claims and defenses in this matter, particularly the requests relating to Roche's counterclaims. Roche did provide an explanation of why these documents were relevant, and was negotiating in good faith to reach an agreement on what documents Amgen would produce. We will continue to do so at the continuation of the call. I do have the following comments on general issues you raised or on which we were able to reach agreement:

1.  Amgen has agreed to allow Roche to inspect and copy as needed original lab notebooks at Amgen's facility in Thousand Oaks, California at a reasonable, mutually agreeable time. We will inform you when and what lab notebooks we wish to inspect.

2.  In light of the fact that Amgen claims that the bulk of its documents responsive to Roche's document requests were produced in the ITC matter, and those documents do not contain the metadata fields that the parties have agreed to exchange in the present matter, we asked Amgen to reproduce those documents with the metadata the parties have agreed to exchange in this case, which includes Full Text (OCR), Beginning Bates number (production number), Ending Bates number (production number), Custodian, Author, Date, Subject, Recipient, CC, and BCC. Rather than discuss this issue, you claimed that you were unaware that the parties had agreed in the current litigation to exchange this metadata for original paper

# KAYE SCHOLER LLP

2    January 9, 2007

documents that were scanned into electronic form, and you asked us to forward to you any letters regarding this agreement between the parties. You could easily have asked your colleagues Michele Moreland and Deborah Fishman, who were involved in the negotiations and document production issues, to confirm this was the agreement in this case. Nonetheless, attached to this letter is correspondence regarding the agreement to exchange the metadata fields above for paper documents. On December 26, Michele Moreland sent a CD containing production of Amgen paper-scanned documents to Mr. Suh of my office. On December 28, I wrote to Ms. Moreland stating that the CD was inadequate because, among other things, it did not contain the data fields that the parties had agreed to exchange. On Dec. 29, Ms. Moreland wrote back to me stating that it was her understanding that until my letter of the prior day, Roche had not agreed to produce documents "with complete metadata files as previously requested by Amgen," but as that was now agreed, Amgen would reproduce the CD with Author, Date, Subject, Recipient, CC and BCC metadata and would include this metadata plus Bates numbers, Custodian, Attachment ranges, and Confidentiality designations for future productions. Ms. Moreland and I spoke by phone that same day and we confirmed our agreement to produce the same fields to Amgen. Jeremy Protas of Marshall Gerstein then sent me an email on the same day informing me that a DVD with an updated load file for the paper scanned documents produced by Amgen on Dec. 26 containing the "agreed-upon metadata, including the promised OCR text" would be produced to me on Dec. 30. I confirmed to Ms. Moreland and Deborah Fishman by phone on Dec. 29 that Roche would be producing a hard drive with over 400,000 pages of scanned paper documents with the agreed upon metadata. Attached is my email to Amgen's document vendor, EPIQ, Inc. enclosing the hard drive with the scanned paper document tiffs, plus a load file containing the detailed and agreed upon metadata. Also attached is another production Roche made, this time of electronic documents, also including the agreed upon metadata. I hope this satisfies you regarding the agreement to exchange this metadata for paper scanned documents. Amgen reproduced the Dec. 26 production of scanned paper documents with the agreed upon metadata, and Roche has produced numerous documents, both paper and electronic, with this metadata. In light of your questions, please immediately confirm that Amgen's promised production of today contains the agreed upon metadata. Hopefully, we can then move on to a discussion of reproduction of Amgen's ITC documents with this metadata.

3.    We asked you to provide custodian information for each Amgen lab notebook produced. I am sure that Amgen keeps a record of the custodian for each lab notebook, and this should be very easy to provide to us. This is necessary because many of the notebooks do not contain this information on their face, and it is very difficult or impossible to tell to whom the lab notebook belongs. You confirmed in your letter that you will get back to us on this request.

4.    You agreed to confirm whether Amgen has produced Dr. Strickland's notebooks to us, including notebooks containing the work underlying declarations Dr. Strickland made before the PTO and in the TKT case. If you have not produced these lab notebooks please do so immediately, and if you claim that you have produce these notebooks, please identify them by Bates number.

In order to accommodate your request to have an antitrust lawyer on the call during the continuation of the meet and confer, we cannot conduct the call at the tentatively scheduled time

31394730.DOC

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

**KAYE SCHOLER** LLP

3                                                                    January 9, 2007

of 11 am PST/ 2 pm EST today. Instead, we propose continuing the meet and confer tomorrow, Jan. 10 at 11 am PST/ 2 pm EST. Please let us know your availability.

                                                    Very truly yours,

                                                    *[signature]*

                                                    Peter Fratangelo

cc:   Krista Carter
      Sandip H. Patel
      Michael Gottfried
      Julia Huston
      Patricia Carson

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Michele E. Moreland
Attorney at Law
mmoreland@mwe.com
650.813.5060

December 26, 2006

VIA MAIL AND E-MAIL

Howard Suh, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

    Re:   *Amgen v. F. Hoffman-LaRoche LTD, et al.*
          Case No. 05 Civ. 12237 WGY

Dear Howard:

    Enclosed please find a CD containing production numbers AM37 014506-AM37 015498 and AM47 059974-AM47 093736. The CD contains a load file that includes Bates Begin, Bates End, Attachment Range, and Source fields. To the extent the parties mutually agree on exchange of additional meta data, Amgen will provide a supplemental load file. Each document has a confidentiality designation in accordance with the Protective Order filed with the Court on December 21, 2006 and should be treated accordingly.

                                           Very truly yours,

                                           Michele E. Moreland

cc:    Mike Gottfried, Esq.
       Kevin M. Flowers, Esq.
       Deborah Fishman, Esq.
MPK 119951-1.041925.0023

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

December 28, 2006

**BY FAX AND EMAIL**

Michele E. Moreland
McDermott, Will & Emery
3150 Porter Dr.
Palo Alto, CA 94304-1212

    Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
       *and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Michele:

  We are in receipt of one CD of production documents from Amgen containing, according to your accompanying letter, production numbers AM37 014506-AM37 015498 and AM47 059974-AM47 093736. It appears that these are scans of paper documents, and you state in your letter that the CD contains a load file that contains Bates Begin, Bates End, Attachment Range, and Source fields. There are a number of problems with this first production CD from Amgen.

  This CD contains a mere approximately 35,000 pages of production, a little over 4,000 documents. First, our understanding was that the parties would exchange documents on hard drives, not disks. It was Amgen that proposed using hard drives, and in the first set of production documents, you have failed to follow the agreement.

  Second, many fields that the parties had agreed to exchange are missing from this CD. For example, the Source file that you reference in your letter seems to not be a Custodian field. The documents say as the source things like "Corp. Communications," "Amgen Legal," and "Investor Relations." There is no information provided for the actual individual custodian of the document, as we understood the parties would provide to each other. There is also no data at all for the Author, Date, Subject, Recipient, CC, and BCC fields, which we understood the parties would exchange.

  Third, there is no OCR data provided for any of these documents. Our understanding was that the parties would exchange Full Text OCR data for the single page TIFFs for both paper documents and electronic documents.

31390112.DOC

NEW YORK CHICAGO LOS ANGELES WASHINGTON, D.C. WEST PALM BEACH FRANKFURT LONDON SHANGHAI

## KAYE SCHOLER LLP

2                                                                  December 28, 2006

Fourth, given the time restraints in the production schedule in this case, and the parties' agreement to begin production this week, this volume of documents at this point is simply unacceptable. We are finalizing our first production and anticipated delivering over 400,000 pages of documents to Amgen on a hard drive this week. We thought the parties had agreed to make a good faith effort to begin production of large volumes of documents this week, but given the one CD with 35,000 pages delivered yesterday, we have to question whether this was a good faith effort, or a mere token production.

Fifth, many, if not all, of the documents appear to be copies of publicly available market data, or emails exchanging publicly available data. These documents do not seem to contain any of the critical internal Amgen documents related to the claims and defenses in this case that Roche has a right to receive under the Federal Rules of Civil Procedure. Again, this does not seem like a good faith effort by Amgen to actually begin document production this week, but a mere drop off of a CD containing a few secondary, at best, documents so you can claim Amgen began production this week. This is unacceptable.

Is Amgen preparing to produce substantive documents, on a hard drive, to Roche this week, or are you expecting Roche to be the only party to make significant production this week, or in this matter at all? Please let us know as soon as possible if 1) Amgen will produce the Full Text OCR data for the documents produced on the disk yesterday, along with true Custodian, Author, Date, Subject, Recipient, CC, and BCC fields, and 2) whether Amgen is going to produce a realistic volume of actual, key documents this week on a hard drive, so we can proceed with our good faith efforts to truly advance the exchange of documents in this case.

Thank you for your cooperation in this matter.

Very truly yours,

Peter Fratangelo

cc: Deborah Fishman
    Mark Israelewicz
    Julia Huston
    Thomas F. Fleming

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Michele E. Moreland
Attorney at Law
mmoreland@mwe.com
650.813.5060

December 29, 2006

VIA MAIL AND E-MAIL

Peter Fratangelo, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen v. F. Hoffman-LaRoche LTD, et al.*
Case No. 05 Civ. 12237 WGY

Dear Peter:

I write in response to your letter of yesterday regarding Amgen's December 26th production. Your letter wrongly suggests that Amgen has not made a good faith production in this case. Last June Amgen produced 1.5 million pages of documents, all of which are responsive to Roche's first requests for production. Your complaints about the volume of documents produced by Amgen in its December 26th production are thus misplaced and ignore the extent to which Amgen long ago produced documents responsive to Roche's October 30 requests.

*Form of Production.* Prior to your letter yesterday, Roche did not agree to the form of electronic file formats for production of documents in this case. Accordingly, Amgen produced its December 26th production in the format in which documents had previously been produced during the ITC proceeding. Assuming your letter is an agreement by Roche to produce electronic copies of its documents on hard drives with complete metadata files as previously requested by Amgen, we will produce a load file containing the Author, Date, Subject, Recipient, CC, BCC metadata for the December 26th production and will produce subsequent productions with such metadata and the following data per this agreement:

- Beginning Bates/Production Number
- Ending Bates/Production Number
- Begin bates of first page of first attachment
- End bates of last page of last attachment
- Custodian (source)
- Confidentiality designation (required to meet obligations under the protective order)

MPK 120068-2.041925.0023

U.S. practice conducted through McDermott Will & Emery LLP.
3150 Porter Drive Palo Alto, California 94304-1212 Telephone: 650.813.5000 Facsimile: 650.813.5100 www.mwe.com

Peter Fratangelo, Esq.
December 29, 2006
Page 2

In addition, we also agree to produce subsequent productions on hard drives. As you know, hard drives typically hold 40 GB of data or more. Given the volume of the December 26th production (3.3GB), we decided it was better to expedite its production on a CD rather than wait to aggregate those documents with a subsequent, larger production. However, we are willing to re-produce the December 26th production on a hard drive along with the next production, if you wish. Please advise.

***Custodian Information.*** As for your specific concern about custodian information, such information was provided. The documents you reference (and Source Field information) reflect that these documents are maintained on behalf of a group on a group server. To the extent that an individual custodian is the source of a given document, Amgen will produce the Load File with the Custodian's name.

***OCR.*** It is our understanding that during the meet and confer on the format of production Roche refused to produce OCR text. If this is not the case and Roche is willing to include OCR in the production format agreement, please let us know immediately.

***Publicly Available Documents.*** Your letter indicates that Amgen's December 26th production is somehow deficient because it includes publicly available documents. These documents were produced because they were deemed responsive to Roche's document requests.

Finally, your letter represents that Roche anticipates producing documents this week. We have not yet received any documents. Please let us know what your production schedule is, how many documents you expect to produce, and confirm that Roche will be producing the same metadata set forth above.

Very truly yours,

Michele E. Moreland

cc: Mike Gottfried, Esq.
    Kevin M. Flowers, Esq.
    Deborah Fishman, Esq.



"Jeremy Protas"
<jprotas@marshallip.com>
12/29/2006 04:30 PM

To &lt;pfratangelo@kayescholer.com&gt;
cc "Fishman, Deborah" &lt;dfishman@daycasebeer.com&gt;
bcc

Subject Amgen v Roche: Delivery of Updated Load File

History: 🗨 This message has been replied to.

Dear Mr. Fratangelo,

As you are aware, a DVD containing an updated load file for Amgen's production of December 26th will be available tomorrow. The DVD will contain all of the agreed-upon metadata, including the promised OCR text. If someone will be available at Kaye Scholer to accept hand delivery, we will have it delivered by courier tomorrow. If no one will be available to accept delivery tomorrow, we can send it via FedEx or courier for delivery on Tuesday. Please let me know as soon as possible whether delivery tomorrow is preferred.

Best Regards,
Jeremy Protas


Jeremy D. Protas
**Marshall, Gerstein & Borun LLP**
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel (main) 312.474.6300
Tel (direct) 312.474.9569
Fax 312.474.0448
jprotas@marshallip.com

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun by telephone (312) 474-6300. Thank you

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

December 29, 2006

**BY FEDEX**

Alex Bogata
Media Tracking Group
EPIQ, Inc.
90 Park Avenue
New York, NY 10016

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Alex:

Pursuant to the instruction of Deborah Fishman of Day Casebeer, enclosed please find a hard drive containing production of documents from Roche in the above-captioned case. The hard drive contains production numbers R000000001 - R000440307. Also included on the hard drive is a load file containing Full Text (OCR), Beg Bates, End Bates, custodian, author, date, subject, recipient, cc, and bcc metadata for the documents, as applicable and available. The documents have confidentiality designations on the images and in the load file in accordance with the Protective Order entered by the Court on December 21, 2006, and should be treated pursuant to the provisions of that Protective Order.

Very truly yours,

Peter Fratangelo

Enclosure

cc: Deborah Fishman, Esq. (via email w/out encl.)
    Michele E. Moreland, Esq. (via email w/out encl.)
    Mark Izraelewicz, Esq. (via email w/out encl.)
    Julia Huston, Esq. (via email w/out encl.)
    Thomas F. Fleming, Esq. (via email w/out encl.)

31390374.DOC

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

January 4, 2007

**BY FEDEX**

Deborah Fishman
Day, Casebeer, Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

    Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Deborah:

    Enclosed please find a hard drive containing further production of documents from Roche in the above-captioned case. The hard drive contains production numbers R000440308 - R000985914. Also included on the hard drive is a load file containing Full Text (OCR), Beg Bates, End Bates, custodian, author, date, subject, recipient, cc, and bcc metadata for the documents, as applicable and available. The documents have confidentiality designations on the images and in the load file in accordance with the Protective Order entered by the Court on December 21, 2006, and should be treated pursuant to the provisions of that Protective Order.

                                         Very truly yours,

                                         Peter Fratangelo

Enclosure

cc:   Michele E. Moreland, Esq. (via email w/out encl.)
      Mark Izraelewicz, Esq. (via email w/out encl.)
      Julia Huston, Esq. (via email w/out encl.)
      Thomas F. Fleming, Esq. (via email w/out encl.)

31392760.DOC

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI