UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD <br> ROCHE DIAGNOSTICS GmbH <br> and HOFFMANN-LA ROCHE INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION No.: 05-CV-12237WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION OF RICHARD A. DE SEVO
### *PRO HAC VICE* FOR DEFENDANTS

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Richard A. De Sevo as an attorney for the defendants.

As stated in the accompanying declaration (attached hereto as Exhibit A), Richard A. De Sevo is Of Counsel at the firm of Kaye Scholer LLP, 425 Park Avenue, New York, New York, 10022, and a member of the bar of the State of New York, among others. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

WHEREFORE, it is respectfully requested that Richard A. De Sevo be admitted to the bar of this Court *pro hac vice*.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

    I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:  Boston, Massachusetts
              January 30, 2007

                    F. HOFFMANN-LA ROCHE LTD
                    ROCHE DIAGNOSTICS GmbH
                    HOFFMANN-LA ROCHE INC.

                    By its attorneys,

                    /s/ Keith E. Toms
                    Lee Carl Bromberg (BBO# 058480)
                    Julia Huston (BBO# 562160)
                    Keith E. Toms (BBO# 663369)
                    Nicole A. Rizzo (BBO #663853)
                    BROMBERG & SUNSTEIN LLP
                    125 Summer Street
                    Boston, MA 02110
                    Tel. (617) 443-9292
                    ktoms@bromsun.com

                    and

                    Leora Ben-Ami *(pro hac vice)*
                    Mark S. Popofsky *(pro hac vice)*
                    Patricia A. Carson *(pro hac vice)*
                    Thomas F. Fleming *(pro hac vice)*
                    Howard Suh *(pro hac vice)*
                    Peter Fratangelo (BBO# 639775)
                    KAYE SCHOLER LLP
                    425 Park Avenue
                    New York, NY 10022
                    Tel: (212) 836-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

<div style="float:left">03099/00501 604747.1</div> <div style="float:right">/s/ Keith E. Toms<br>Keith E. Toms</div>