UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., a Swiss )<br>Company, ROCHE DIAGNOSTICS GmbH, )<br>a German Company and HOFFMANN )<br>LAROCHE INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>) | 05-CV-12237-WGY<br><br>Hon. William G. Young |

## MOTION FOR ADMISSION OF ERIK HAAS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Ortho Biotech Products, L.P. ("Ortho") hereby moves for the admission *pro hac vice* of Erik Haas, Esquire of Patterson, Belknap, Webb & Tyler, LLP, 133 Avenue of the Americas, New York, NY, to appear on behalf of Ortho with respect to the third-party subpoena served on Ortho by Defendants. In support of this Motion, the Affidavit of Erik Haas is filed concurrently herewith. Further, Ortho has retained the undersigned local counsel, Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA, to appear in this action and assist as necessary.

WHEREFORE, Ortho respectfully requests that the Court admit Erik Haas as counsel *pro hac vice* in the above-captioned matter.

Dated: February 2, 2007

ORTHO BIOTECH PRODUCTS, L.P.

By its attorneys,

 /s/ Heather B. Repicky
David L. Ferrera (BBO # 631183)
Heather B. Repicky (BBO # 663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone (617) 439-2000

and

Gregory L. Diskant
Steven A. Zalesin
Eugene M. Gelernter
Richard O. Jackson
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000

Of counsel:
   Harman Avery Grossman, Esq.
   Johnson & Johnson

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Ortho conferred with counsel for Plaintiff and all Defendants on the subject of this motion. Plaintiff assented to the filing of this motion. Defendants did not respond to requests to file on an "assented to" basis.

 /s/ Heather B. Repicky

## CERTIFICATE OF SERVICE

I certify that, on February 2, 2007, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

 /s/ Heather B. Repicky

1601986.1