UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD ) | |
| ROCHE DIAGNOSTICS GmbH ) | |
| and HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ADMISSION OF MATTHEW MCFARLANE, JEANNA WACKER,
MONICA CONTRERAS, AND ALFRED H. HECKEL
*PRO HAC VICE* FOR DEFENDANTS**

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Matthew McFarlane, Jeanna Wacker, Monica Contreras, and Alfred H. Heckel, as attorneys for the defendants.

As stated in the accompanying declarations (attached hereto as Exhibits A-D), Matthew McFarlane, Jeanna Wacker, Monica Contreras, and Alfred H. Heckel are associates at the firm of Kaye Scholer LLP, 425 Park Avenue, New York, New York, 10022, and members of the bar of the State of New York, among others. They are in good standing in every jurisdiction in which they have been admitted to practice, have no disciplinary proceedings pending against them, and are familiar with the Local Rules of this Court.

WHEREFORE, it is respectfully requested that Matthew McFarlane, Jeanna Wacker, Monica Contreras, and Alfred H. Heckel be admitted to the bar of this Court *pro hac vice*.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:   Boston, Massachusetts
         February 5, 2007

                F. HOFFMANN-LA ROCHE LTD
                ROCHE DIAGNOSTICS GmbH
                HOFFMANN-LA ROCHE INC.

                By its attorneys,

                /s/  Keith E. Toms
                Lee Carl Bromberg (BBO# 058480)
                Julia Huston (BBO# 562160)
                Keith E. Toms (BBO# 663369)
                Nicole A. Rizzo (BBO #663853)
                BROMBERG & SUNSTEIN LLP
                125 Summer Street
                Boston, MA 02110
                Tel. (617) 443-9292
                ktoms@bromsun.com

                and

                Leora Ben-Ami *(pro hac vice)*
                Patricia A. Carson *(pro hac vice)*
                Thomas F. Fleming *(pro hac vice)*
                Howard Suh *(pro hac vice)*
                Peter Fratangelo (BBO# 639775)
                KAYE SCHOLER LLP
                425 Park Avenue
                New York, NY 10022
                Tel: (212) 836-8000

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

03099/00501 609417.1                                                                       /s/ Keith E. Toms  
                                                                                                Keith E. Toms