UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C. A. No.: 05-cv-12237WGY |
| | ) |
| F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE FOR PETER FRATANGELO, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Peter Fratangelo of Kaye Scholer LLP for defendants, F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-La Roche, Inc., in the above-captioned case.

Dated: New York, New York
February 2, 2006

/s/ Peter Fratangelo
Peter Fratangelo, BBO # 639775
Kaye Scholer LLP
425 Park Avenue
NewYork, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-6364
Email: pfratangelo@kayescholer.com

~9326653.DOC