ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>            Plaintiff,<br>   v.<br><br>F. HOFFMANN-LA ROCHE LTD, ROCHE<br>DIAGNOSTICS GmbH, and HOFFMANN-<br>LA ROCHE INC.,<br>            Defendants. | )<br>)<br>)<br>) Civil Action No.: 05 Civ. 12237 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREEMENT TO ABIDE BY PROTECTIVE ORDER**

The undersigned represents that he or she is affiliated with [Plaintiff Amgen, Inc.] [Defendants F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-LaRoche Inc.], in the above captioned matter. The undersigned is involved in this litigation as

_____ [*e.g.*, outside counsel, expert or consultant retained by outside counsel]. If an attorney, the undersigned is admitted in _____ [all jurisdictions].

The undersigned has read the Protective Order issued on _____ by the Honorable William G. Young in this matter, and in accordance with that Order, hereby agrees:

    (1)    To be bound by the terms of the Protective Order;

    (2)    Not to reveal Confidential Discovery Material under this Protective Order to anyone other than another person authorized to have access to it pursuant to Paragraphs 9 and 10 of the Protective Order;

    (3)    To comply with the procedures set forth in Paragraph 4 of the Protective Order with respect to Restricted Access Confidential BLA/IND Material;

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                  Doc. 274 Att. 1

(4)     To use such Confidential Discovery Material solely for purposes of this litigation, unless permission is received from the Supplier, or the Court, to use it for other purposes.

Respectfully submitted,

Dated:

_____
Name
Employer
Address