# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 05-12237 WGY |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LA ROCHE | ) | |
| LTD., a Swiss Company, ROCHE | ) | |
| DIAGNOSTICS GmbH, a German | ) | |
| Company and HOFFMANN-LA ROCHE | ) | |
| INC., a New Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### AMGEN INC.'S MOTION TO DETERMINE THE SUFFICIENCY OF ROCHE'S RESPONSES TO AMGEN'S REQUESTS FOR ADMISSION

Pursuant to FED. R. CIV. P. 37(a) and L.R. 37.1, Plaintiff Amgen, Inc. ("Amgen")

respectfully submits this Motion to Determine the Sufficiency of Roche's Responses to Amgen's

Requests for Admission.

The grounds for this motion are set forth in Amgen Inc.'s Memorandum in Support of its

Motion to Determine the Sufficiency of Roche's Responses to Amgen's Requests for Admission,

the accompanying chart set forth as Attachment A, as well as in the Declaration of Krista M.

Carter filed in support thereof.

Dated: February 13, 2007

Of Counsel:                                          /s/ Michael R. Gottfried
                                                     D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                       Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                   Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                   DUANE MORRIS LLP
Darrell G. Dotson                                    470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                  Boston, MA 02210
AMGEN INC.                                           Telephone: (857) 488-4204

Dockets.Justia.com

One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Facsimile: (857) 488-4201

Lloyd R. Day, Jr.
DAY CASEBEER, MADRID & BATCHELDER
LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

589924_1

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the Plaintiff has met and conferred with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

<u>/s/  Michael R. Gottfried</u>

Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 13, 2007.

<u>/s/  Michael R. Gottfried</u>

Michael R. Gottfried

589924_1