# EXHIBITS
# 2, 9, 10 & 11

The filing of these confidential exhibits has been deferred pursuant to the provisions of the Court's Order entered on 2/7/07 [274].

DM1\750842.1