# EXHIBIT 4

# Day Casebeer
## Madrid & Batchelder LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220

Krista M. Carter  
(408) 342-4534  
kcarter@daycasebeer.com

January 11, 2007

VIA EMAIL & FACSIMILE

Patricia A. Carson, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.* (05-CV-12237WGY)

Dear Pat:

I write to follow-up up on the meet and confer process we have had regarding Roche's non-responses to Amgen's Requests for Admissions. During our meet and confer on January 3, you agreed to provide supplemental responses to Amgen's RFAs once Amgen provided definitions for the claim terms of its asserted patents in response to Roche's First Set of Interrogatories. *See* 1/3/07 P. Carson letter to D. Fishman.

Amgen served Roche with its Responses to Interrogatories on January 9, which included a 50-page claim chart setting forth definitions for the claim terms of Amgen's asserted patents. As Roche has owed Amgen its responses for approximately one month, and the definitions provided in Amgen's Interrogatory Responses can be of no surprise to Roche, please provide us with Roche's supplemental responses to the applicable Requests (2-11, 13-15, and 17-22) using the definitions supplied in Amgen's Response to Roche's Interrogatory # 1 by Tuesday, January 16.

I look forward to hearing from you.

Very truly yours,

DAY CASEBEER  
MADRID & BATCHELDER LLP

*Krista M. Carter*

Krista M. Carter

KMC:par

cc:   Howard Suh  
      Thomas F. Fleming  
      Michele Moreland  
      Mark Izraelewicz

529690_1