# EXHIBIT 6

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400　　　　　　　　　　　　　　　　　　　　　　　　Krista M. Carter
Cupertino, CA  95014　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(408) 342-4534
Telephone: (408) 873-0110　　　　　　　　　　　　　　　　　　　　　　　　kcarter@daycasebeer.com
Facsimile:  (408) 873-0220

January 22, 2007

VIA EMAIL & FACSIMILE

Patricia A. Carson, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Re:**   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al. (05-CV-12237WGY)*

Dear Pat:

I write to follow-up on my letter to you dated January 18. I have not seen a response from you or any of your colleagues as to whether Roche agrees to supplement its responses to Amgen's Requests for Admission and, if so, which Requests for Admission Roche agrees to supplement. As I stated in my last correspondence, Roche's demand for an additional 30 days is both unnecessary and unreasonable. Amgen is unwilling to allow Roche additional time to respond to its Requests without assurances that those responses will be fulsome and timely. I assume from your silence that Roche is unwilling to provide straightforward and complete supplemental responses or to discuss a reasonable schedule for such supplementation. Please let me know immediately if I am incorrect.

Sincerely,

DAY CASEBEER
MADRID & BATCHELDER LLP

*/s/ Krista M. Carter*

Krista M. Carter

KMC:par

cc:   Howard Suh
　　 Thomas F. Fleming
　　 Michele Moreland
　　 Mark Izraelewicz

5655101_1