# EXHIBIT 7

Dockets.Justia.com

**From:**   Carter, Krista
**Sent:**   Tuesday, December 26, 2006 8:24 AM
**To:**    pcarson@kayescholer.com
**Cc:**    TFleming@kayescholer.com; Fishman, Deborah
**Subject:** RE: Amgen/Roche: Meet and Confer re: RFAs

Pat,

We haven't heard from you to confirm today's scheduled meet and confer regarding Roche's responses to Amgen's RFA's, so we assume you are not available today.  Please let us know your availability tomorrow for a meet and confer.

Thank you,
Krista

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Thursday, December 21, 2006 9:34 AM
**To:** Carter, Krista
**Cc:** pcarson@kayescholer.com
**Subject:** RE: Amgen/Roche: Meet and Confer re: RFAs


I will pass this along to Pat, I think it should work, shee can set up a call in number.  Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515


"Carter, Krista" <KCarter@daycasebeer.com>                    To  <TFleming@kayescholer.com>

                                                              cc  "Fishman, Deborah" <dfishman@daycasebeer.com>
12/21/2006 12:20 PM
                                                              Subject  RE: Amgen/Roche:  Meet and Confer re: RFAs



Let's say 11 am (PST) on Tuesday.  Does that work for you or Pat?  Let me know if there will be more than one person on your end attending.  If not, we could call you or Pat directly and not set up a teleconference number.  Thanks.

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Thursday, December 21, 2006 9:13 AM
**To:** Carter, Krista
**Subject:** Re: Amgen/Roche: Meet and Confer re: RFAs

Hi Krista:  I was going to respond to you this morning when you got in.  Pat Carson is handling the RFAs she is travelling in Europe on business, I passed along your message, are you available either Tuesday or Wednesday of next week, the holidays are impacting schedules.Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515

"Carter, Krista" <KCarter@daycasebeer.com>

12/21/2006 12:10 PM

To  <TFleming@kayescholer.com>

cc  "Baxley, Linda" <lbaxley@daycasebeer.com>

Subject  Amgen/Roche:  Meet and Confer re: RFAs

Dear Tom,

To follow-up on my letter sent last evening, are you available to meet and confer re: Roche's responses to Amgen's RFAs today or tomorrow?  Please let me know what day(s) and time(s) work for you.

Thank you,
Krista

~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Krista Carter
Day Casebeer Madrid & Batchelder
20300 Stevens Creek Blvd., Ste. 400
Cupertino, CA  95014
Phone: (408) 342-4534
Fax: (408) 873-0220
kcarter@daycasebeer.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

*     *     *     *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice contained in this correspondence (including any attachments)
is not intended or written to be used, and cannot be used for the
purpose of (i) avoiding penalties that may be imposed under the U.S.
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

*******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*******************************************************************

*     *     *     *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati