# EXHIBIT 8

**From:** PCarson@kayescholer.com
**Sent:** Thursday, December 28, 2006 7:24 AM
**To:** Fishman, Deborah
**Cc:** HSuh@kayescholer.com; Carter, Krista; Platt, Rachelle L.; tfleming@kayescholer.com
**Subject:** RE: Amgen/Roche

Dear Deborah,

Further to Howard's e-mail, I am on vacation this week but I should be able to do a call tomorrow at noon PST. I would suggest in the alternative that we set up a call for first thing Pacific time on Tuesday AM. I have only sporadic e-mail access so please make sure to cc Howard on your response. Thanks for your patience and Happy Holidays.

Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

"Fishman, Deborah" <dfishman@daycasebeer.com>

| | | |
|---|---|---|
| **"Fishman, Deborah"** <dfishman@daycasebeer.com> | To | <HSuh@kayescholer.com>; "Carter, Krista" <KCarter@daycasebeer.com> |
| 12/26/2006 01:43 PM | cc | <tfleming@kayescholer.com>; <PCarson@kayescholer.com>; "Platt, Rachelle L." <rplatt@daycasebeer.com> |
| | Subject | RE: Amgen/Roche |

Dear Howard and Pat,

I will be covering the call and Krista will be out the rest of the week, so please send me the time and we can arrange a call in number.

Thanks,
Deborah

Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

---

**From:** HSuh@kayescholer.com [mailto:HSuh@kayescholer.com]
**Sent:** Tuesday, December 26, 2006 10:38 AM
**To:** Carter, Krista
**Cc:** Fishman, Deborah; tfleming@kayescholer.com; PCarson@kayescholer.com
**Subject:** Amgen/Roche

Krista:

I spoke briefly with Pat Carson today who is out of the office all this week. She will try to confirm a date with you regarding the requests to admit for either this thursday or friday. Please await her confirmation.

thanks,

Howard

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department
regulations, we inform you that any U.S. federal tax advice contained in this
correspondence (including any attachments) is not intended or written to be used,
and cannot be used for the purpose of (i) avoiding penalties that may be imposed
under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.


******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
******************************************************************

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati