AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on February 13, 2006, from plaintiff Amgen, Inc., documents for in camera review.

                        Elizabeth Smith
                        Deputy Clerk