# Exhibit 1

Dockets.Justia.com

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Friday, December 29, 2006 8:56 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al "Order on Motion to Compel"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 12/29/2006 at 11:56 AM EST and filed on 12/29/2006

**Case Name:**       Amgen Inc. v. F. Hoffmann-LaRoche LTD et al

**Case Number:**     1:05-cv-12237

**Filer:**

**Document Number:**

**Docket Text:**
Judge William G. Young : ORDER entered re [165] Motion to Compel Production of Documents. " The Court Adopts Roche?s Compromise Position Save That Where Request are Allowed Herein Roche Must Produce All Documents Responsive to Such Request. Where Request Are Denied, Roche Nevertheless Must Produce the Documents Falling Within its Compromise Portion. Motion Allowed as to Requests 1 (to the extent not already produced), 5, 14, 16, 21-22, 24, 41, 137-138, 158-160. Motion Denied as to Requests 45-109, 111, 113-126, 148-150, 154-155, 162-167, and 176 as Amgen Does Not Seek Damages. Should Amgen Need These Documents for its Injunction Presentation, However, to the Extent These Request Are Not Overbroad (many are) it May Renew Its Requests After First Producing All the Counterpart Sales and Production Documents From Its Own Files. A Spirit of Cooperation Will Assist the Parties Here. Requests 15, 17, 18, 19-20, 23, 37-40, 42, 139, 146, 200-205, 218-220 are Denied As Overbroad Without Prejudice to Their Renewal Upon the Drafting of More Narrow and Focused Requests. The Discovery Ordered Herein Shall Be Furnished Within 30 Days of the Date of This Order. As This Court Has Made This Without the Need for Reference to the Supposed ?Trade Secret? Documents, Roche?s Motion for Reconsideration Will Be Denied As Moot and The Documents Returned To It. Preliminary Review of the Documents Reveals, However, That Some of Them Are Deserving of Putative Trade Secret Protection Although Many Are Not." (Paine, Matthew)

The following document(s) are associated with this transaction:

**1:05-cv-12237 Notice will be electronically mailed to:**

Leora Ben-Ami  lbenami@kayescholer.com

Michael F. Borun  MBorun@marshallip.com

Lee C. Bromberg  lbromberg@bromsun.com, jcreedon@bromsun.com

Patricia A. Carson  pcarson@kayescholer.com

Lloyd R. Day , Jr  daylr@daycasebeer.com

David L. Ferrera  dferrera@nutter.com, jberry@nutter.com

Thomas F. Fleming  tfleming@kayescholer.com, maodma@kayescholer.com

Kevin M Flowers  KFlowers@marshallip.com, mgreene@marshallip.com; dgerou@marshallip.com

William G. Gaede , III  wgaede@mwe.com

Michael R. Gottfried  mrgottfried@duanemorris.com, vlweeks@duanemorris.com; lmbyrnes@duanemorris.com

Julia Huston  jhuston@bromsun.com, chiggins@bromsun.com

Mark Izraelewicz  mizraelewicz@marshallip.com

Michelle E. Moreland  mmoreland@mwe.com, pdeneen@mwe.com; gdrozario@mwe.com; sguess@mwe.com; mscordino@mwe.com

Matthew C. Nielsen  MNielsen@marshallip.com, mkipley@marshallip.com

Sandip H. Patel  SPatel@marshallip.com

Heather B. Repicky  hrepicky@nutter.com

Patricia R. Rich  prich@duanemorris.com, vlweeks@duanemorris.com; lmbyrnes@duanemorris.com

Nicole A. Rizzo  nrizzo@bromsun.com, lburns@bromsun.com

Thomas I. Ross  tross@marshallip.com

Linda Sasaki-Baxley lbaxley@daycasebeer.com

Howard Suh hsuh@kayescholer.com, maodma@kayescholer.com

Keith E. Toms ktoms@bromsun.com, kreed@bromsun.com

Steven A. Zalesin sazalesin@pbwt.com, mcolitigation@pbwt.com

**1:05-cv-12237 Notice will not be electronically mailed to:**

Firasat Ali
McDermott Will & Emery
3150 Porter Drive
Palo Alto, 94304

D. Dennis Allegretti
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600

Adam Arthur Bier
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Mary Boyle
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Renee DuBord Brown

Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Krista M. Carter
Day Casebeer Madrid & Batchelder, LLC
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Andy H. Chan
Day Casebeer Madrid & Batchelder, LLP
20300 Steven Creek Blvd.
Suite 400
Cupertino, CA 95014

Monique L. Corday
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Darrell G. Dotson
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Deborah E. Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Jennifer E. Flory
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Eugene M. Gelernter

Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Geoffrey M. Godfrey
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mary Susan Howard
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Richard O. Jackson
Patternson, Belknap, Webb & Tyler, LLP
133 Avenue of the Americas
New York, NY 10036

Susan M. Krumplitsch
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
, CA 95014

Andrew Kumamoto
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Jonathan D. Loeb
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

David M. Madrid
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mario Moore
Day Casebeer Madrid & Batchelder
Suite 400

20300 Stevens Creek Blvd
Cupertino, CA 95014

Kimberlin L. Morely
Amgen Inc.
One Amgen Center Dirve
Thousand Oaks, CA 91320-1789

Darcy A. Paul
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Cullen N. Pendleton
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Mark S. Popofsky
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Jeremy D. Protas
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Katie J.L. Scott
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Rebecca J. Wais
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Stuart L. Watt
Amgen Inc.
One Amgen Center Drive

Thousand Oaks, CA 91320-1789

Wendy A. Whiteford
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789