# Exhibit 4

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

February 8, 2007

VIA EMAIL & FACSIMILE

Tom Fleming, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598

**Re:** *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et. al.* **(05-CV-12237 WGY)**

Dear Tom:

I write to summarize our discussion today regarding Roche's on-going communications and filings
with FDA in support of the pending BLA on Mircera.  On our call today, you took the position that
Roche is not obligated to produce to Amgen its regulatory submissions filed with FDA in support of
its pending BLA unless and until FDA final action on Roche's pending application.  You stated that
Roche would produce underlying clinical data it had submitted to FDA, but only once Roche deems
such trials "closed."  As a practical matter, Roche refuses to produce its August and December 2006
submissions to FDA and the underlying clinical data filed in support thereof.  In addition, you
reiterated your oft-stated position that Roche will not produce its on-going communications with
FDA.

As I expressed on our call, I am surprised and disappointed by your position on Roche's
supplemental BLA filings given the history of this issue.  First, during the meet and confer process
on Amgen's original Motion to Compel, Roche articulated a "compromise position" on post-April
18, 2006 documents that included producing its on-going FDA submissions.  Moreover, Roche
represented to the Court in its Opposition Motion to Amgen's Motion to Compel that it would
produce documents relating to clinical studies that have been completed and submitted to the FDA"
and the Court relied on this representation in its Order on Amgen's Motion to Compel.  Finally, I
am disappointed that despite our frequent conversations on the subject and my expressly-stated
assumption that Roche would be producing its supplemental filings as part of its Court-ordered
production on January 29, you never corrected my "mis-impression."

589878_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Tom Fleming, Esq.
February 8, 2007
Page 2


As I confirmed with you earlier today, the parties are at an impasse and Amgen will seek the Court's intervention to resolve this issue.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Deborah E. Fishman

DEF:rlp

cc:    Peter Fratangelo, Esq.
       Howard Suh, Esq.
       Michele Moreland, Esq.
       Mark Israelewicz, Esq.

589878_1.doc