# Exhibit 6

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

January 23, 2007

VIA FACSIMILE & U.S. MAIL

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598

**Re:**   *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237WGY)*

Dear Tom:

With less than a third of the time remaining for document discovery, I write to follow up on priority discovery that Amgen requested from Roche that has not yet been produced. In particular, we have not received Roche's supplemental filings and underlying clinical data submitted to FDA in support of its pending BLA on MIRCERA. In addition, we have not received any current documents (created on or after April 18, 2006) showing Roche's projected sales, market share, pricing, or reimbursement plans for its MIRCERA product, relevant to both a preliminary and permanent injunction in this case.

As you will recall, Judge Young ordered Roche to produce these priority documents in response to Amgen's Motion to Compel on or before January 29, 2007 – this coming Monday. (See 12/29/06 Order on Amgen's Motion to Compel.) Please confirm that you will be producing the following documents by this coming Monday:

   1.   Supplements and amendments to Roche's FDA filings on MIRCERA, including the clinical data underlying Roche's supplemental filings.

   2.   Documents sufficient to show Roche's current projected sales figures, projected market share, and potential customers for MIRCERA.

   3.   Documents sufficient to show Roche's current pricing and reimbursement plans for MIRCERA.

In addition, please let us know whether you will be producing the following documents and, if so, by when:

571617_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
January 23, 2007
Page 2

    4.    Documents showing Roche's communications with FDA regarding its pending BLA on MIRCERA.

    5.    Documents sufficient to show Roche's current dosing recommendations for MIRCERA and Roche's current dose conversion ratios for patients switching to MIRCERA.

Finally, we received your production of Roche's April 18, 2006 BLA submission in electronic form today. During our initial review of this production, we have identified files with an ".xpt" extension that appear to be non-functional. Can you please provide for us the computer program or software that we need to properly execute these files?

Thank you and I look forward to hearing from you.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Deborah E. Fishman* (signature)

Deborah E. Fishman

DEF:rlp

cc:    Michele Moreland
       Peter Fratangelo

571617_1