Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 283 Att. 7


# Exhibit 7

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

January 31, 2007

VIA FACSIMILE & U.S. MAIL

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Re:** ***Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237WGY)***

Dear Tom:

I write to follow up on my letter to you of January 23 regarding Roche's willingness to produce certain priority documents to Amgen, to which I received no response. In particular, I requested that you confirm whether Roche would produce the following documents:

- Supplements and amendments to Roche's FDA filings on MIRCERA, including the clinical data underlying Roche's supplemental filings.
- Roche's communications with FDA regarding its pending BLA on MIRCERA.
- Roche's current projected sales figures, projected market share, and potential customers for MIRCERA.
- Roche's current pricing and reimbursement plans for MIRCERA.
- Roche's current dosing recommendations for MIRCERA and Roche's current dose conversion ratios for patients switching to MIRCERA.

On Monday, Roche produced a number of documents to Amgen, presumably in response to the Court's Order of December 29, 2006 requiring Roche to do so. Notwithstanding the Court's order that Roche produce many of these priority documents, our initial review of your production of this past Monday has identified a number of serious deficiencies.

First, Roche has failed to produce its on-going communications with FDA regarding its pending BLA on MIRCERA. While we have identified a handful of documents reflecting such communications from the 2005 timeframe, we have not identified current communications between Roche and FDA (notwithstanding the fact that Roche has continued to make supplemental filings in support of its pending BLA as recently as last month).

Second, Roche failed to produce its supplemental BLA filings and underlying data in the native electronic format submitted to FDA as requested by Amgen and as ordered by the Court. Instead, Roche produced its supplemental BLA filings in TIFF format. We have already been down this road before and know where it ends. Unless your production of the BLA supplements in this inferior and incomplete format was simply inadvertence, producing these supplemental filings in anything other than the native format seems to be little more than a delay tactic.

Third, it appears that Roche has failed to produce its most current marketing, sales, pricing, and reimbursement plans for MIRCERA. While we have seen a few documents from late 2005 and early 2006, we have not found Roche's most current marketing, sales, pricing, and reimbursement plans for MIRCERA. We understand Roche to be under Court order to produce documents sufficient to show Roche's ***current*** projected sales figures, ***current*** projected market share, potential customers, ***current*** pricing, and ***current*** reimbursement plans for MIRCERA. Roche cannot satisfy that obligation by producing only stale documents.

It appears that Roche is either refusing to produce these financial documents or has applied an overly-restrictive definition of what constitutes "documents sufficient to show." In that vein, I urge you to reconsider your "compromise position" that offers only "documents sufficient to show" certain categories of financial information and business plans relevant to Amgen's requested injunctive relief. Notably, Amgen has already agreed to produce ***all*** documents regarding its business plans, marketing plans, sales or market projections, market analyses, market share projections, pricing plans, pricing analyses, and sales plans for Aranesp and Epogen in nephrology.

If Roche has in fact produced these documents, please identify by production number where in your production these documents may be found. Otherwise, please let us know immediately whether you will agree to produce these documents by the end of this week. In addition, given Amgen's agreement to produce all of its reciprocal financial documents (not limited to "sufficient to show"), please confirm by the end of this week whether Roche will produce ***all*** of its 2006 and 2007 business plans, marketing plans, sales or market projections, market analyses, market share projections, pricing plans, pricing analyses, and sales plans for MIRCERA.

I look forward to hearing from you.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Deborah E. Fishman

DEF:rlp

cc: Michele Moreland, Esq.
Mark Israelewicz, Esq.
Peter Fratangelo, Esq.
Howard Suh, Esq.