UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | ) |
| Plaintiff, ) | ) |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | ) |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS
TO BE FILED IN SUPPORT OF THE DECLARATION OF DEBORAH E. FISHMAN IN
SUPPORT OF PLAINTIFF AMGEN INC.'s MOTION TO ENFORCE THE
COURT'S DECEMBER 29, 2006 ORDER AND TO COMPEL THE FURTHER
PRODUCTION OF DOCUMENTS

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [docket #274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

1. Confidential Exhibit No. 2 to the Declaration of Deborah E. Fishman in Support of Plaintiff Amgen Inc.'s Motion to Enforce the Court's December 29, 2006 Order Compel The Further Production of Documents.

This exhibit contains information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche must seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such paper confidential.

DM1\751135.1

| | |
|---|---|
| Dated: February 15, 2007 | Respectfully Submitted,<br><br>AMGEN INC.,<br>By its attorneys, |
| Of Counsel:<br><br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>MarySusan Howard<br>Kimberlin L. Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | /s/ Michael R. Gottfried<br>D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (617) 289-9200<br>Facsimile: (617) 289-9201<br><br>Lloyd R. Day, Jr.<br>DAY CASEBEER, MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220<br><br>William Gaede III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100<br><br>Michael F. Borun<br>Kevin M. Flowers<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on February 15, 2007.

                                                   /s/ Michael R. Gottfried
                                                    Michael R. Gottfried