AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

      The court has received, on February 15, 2006, from plaintiff Amgen, Inc., documents for in camera review.

Elizabeth Smith
Deputy Clerk

Dockets.Justia.com