# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F. HOFFMANN-LA ROCHE ) <br> LTD., a Swiss Company, ROCHE ) <br> DIAGNOSTICS GMBH, a German Company and ) <br> HOFFMAN-LA ROCHE INC., a New Jersey ) <br> Corporation, ) <br> ) <br> Defendants. ) <br> ) | C.A. No.: 05-12237-WGY |

## NOTICE OF APPEARANCE FOR DANA M. McSHERRY

Please enter the appearance of Dana McSherry of McDermott, Will & Emery LLP, as additional counsel of record for Plaintiff and Defendant-in-Counterclaim, Amgen Inc., in the above-captioned case.

Dated: February 16, 2007

/s/ Dana M. McSherry
Dana M. McSherry (BBO #664430 )
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts 02109
(617) 535-4000
(617) 535-3800 (fax)
dmcsherry@mwe.com

| | |
|---|---|
| Of Counsel:<br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>Kimberlin L. Morley<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | D. Dennis Allegretti (BBO# 545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:  (617) 289-9200<br>Facsimile:  (617) 289-9201<br><br>Lloyd R. Day, Jr. (*pro hac vice*)<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  (408) 873-0110<br>Facsimile:  (408) 873-0220<br><br>William G. Gaede III (*pro hac vice*)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5000<br>Facsimile:  (650) 813-5100<br><br>Kevin M. Flowers (*pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL  60606<br>Telephone:  (312) 474-6300<br>Facsimile:  (312) 474-0448 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                        /s/ Dana M. McSherry<br>
                                                        Dana M. McSherry