# EXHIBIT 6

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,            )<br>                              )<br>     Plaintiff,          )<br>                              )<br>v.                           )<br>                              )<br>                              )<br>F. HOFFMANN-LA ROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN-LA ROCHE )<br>INC., a New Jersey Corporation, )<br>                              )<br>     Defendants.        )<br>_____) | Civil Action No.: 05-12237 WGY |

**JOINT STIPULATION REGARDING PRODUCTION OF ROCHE'S CELL LINE**

The parties to this action, by and through their counsel, stipulate and agree to the following:

1. In lieu of producing its production cell line DN2-3α3 in accordance with the Court's order of January 23, 2007, and without waiving its right to assert that the claims of U.S. Patent No. 5,756,349 are invalid on any ground, Roche stipulates that it will not contest that its DN2-3α3 cells are "capable upon growth in culture of producing erythropoietin in the medium of their growth in excess of 1000 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay."

    **Deleted:**

2. In exchange for this stipulation, Amgen agrees to withdraw its motion to compel production of Roche's cell lines and to withdraw its requests for production on Roche's cell lines. Likewise, in exchange for this stipulation, Roche agrees to withdraw its requests for production of any of Amgen's cell lines

3. In the event that either party advances an argument regarding its cell line that requires testing or analysis of the other party's cell line to meet or rebut such argument, each party reserves its right to renew its request for the other party's cell line.

4. This stipulation cannot be used as evidence related to any other issue other than infringement of the '349 claim element set forth in (1).

Dated: February 9, 2007

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4204
Facsimile: (857) 488-4201

Lloyd R. Day, Jr.
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

589454_1

2

DEFENDANTS, by their attorneys,

/s/ Julia Huston
Lee Carl Bromberg (BBO#058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Tel: (617) 443-9292

and

Leora Ben-Ami (pro hac vice)
Patricia A. Carson (pro hac vice)
Thomas F. Fleming (pro hac vice)
Howard Suh (pro hac vice)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000

SO ORDERED on this 9th day of February, 2007

SO ORDERED:

_____
The Honorable William G. Young
United States District Court
District of Massachusetts

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 9, 2007.

                                          /s/ Michael R. Gottfried
                                          Michael R. Gottfried