# Exhibit 11

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Krista M. Carter
(408) 342-4534
kcarter@daycasebeer.com

February 22, 2007

VIA EMAIL & FACSIMILE

Patricia A. Carson, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al. (05-CV-12237 WGY)*

Dear Pat:

I write in response to your letter to me of earlier today. Amgen has been negotiating with Roche in good faith for several weeks now to obtain the discovery regarding Roche's EPO-producing cell line that Amgen is entitled to, and indeed was ordered by the Court. Amgen does not believe that further negotiation is productive but instead that it is only delaying resolution of this issue and further prejudicing Amgen's ability to adduce this evidence of infringement.

By entering into the stipulation, Amgen is foregoing discovery of Roche's cell line to which it is entitled by court order. The stipulation preserves Roche's ability to make whatever arguments it so chooses regarding the alleged invalidity of the asserted claims and should be accepted by Roche. Likewise, Amgen will preserve its ability to make whatever arguments it so chooses and the stipulation speaks for itself. Therefore, please either agree to the attached stipulation or agree to produce within 5 business days Roche's EPO-producing cell line, subject the Amgen's proposed use and handling restrictions. If Roche refuses to do so, Amgen will seek relief from the Court.

I look forward to speaking to you on this issue during our scheduled call tomorrow morning.

Sincerely,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Krista M Carter*

Krista M. Carter

Enclosure

cc: Howard Suh, Esq.
    Thomas Fleming, Esq.
    Michele Moreland, Esq.
    Mark Izraelewicz, Esq.

597949_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 05-12237 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION REGARDING PRODUCTION OF ROCHE'S CELL LINE**

The parties to this action, by and through their counsel, stipulate and agree to the following:

1. In lieu of producing its production cell line DN2-3$a$3 in accordance with the Court's order of January 23, 2007, and without waiving its right to assert that the claims of U.S. Patent No. 5,756,349 are invalid on any ground, Roche stipulates that its DN2-3$a$3 cells are "capable upon growth in culture of producing erythropoietin in the medium of their growth in excess of 1000 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay."

2. In exchange for this stipulation, Amgen agrees to withdraw its motion to compel production of Roche's cell lines and to withdraw its requests for production on Roche's cell lines. Likewise, in exchange for this stipulation, Roche agrees to withdraw its requests for production of any of Amgen's cell lines.

3. In the event that either party advances a new argument regarding its cell line that requires testing or analysis of the other party's cell line to meet or rebut such argument, each party reserves its right to renew its request for the other party's cell line.

Dated: February 22, 2007

DEFENDANT, F. HOFFMANN-LA ROCHE LTD., ROCHE DIAGNOSTICS GMBH, AND HOFFMAN-LA ROCHE INC.

By their attorneys,

_____
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO#663369)
Nicole A. Rizza (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292

Leora Ben-Ami (pro hac vice)
Mark S. Popofsky (pro hac vice)
Patricia A. Carson (pro hac vice)
Thomas F. Fleming (pro hac vice)
Howard S. Suh (pro hac vice)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel. (212) 836-8000

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

PLAINTIFF AMGEN INC.

By its attorneys,

_____
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. (*pro hac vice*)
Linda A. Sasaki-Baxley (*pro hac vice*)
Deborah E. Fishman (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
Thomas I. Ross (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 15, 2007.

                                                  /s/ Michael R. Gottfried
                                                  Michael R. Gottfried