From: ECFnotice@mad.uscourts.gov
Sent: Tuesday, January 23, 2007 12:14 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/23/2007 at 3:14 PM EST and filed on 1/23/2007

**Case Name:** Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:** 1:05-cv-12237
**Filer:**
**Document Number:**

**Docket Text:**
Judge William G. Young : Electronic ORDER entered. re [222] MOTION to Compel *Production of Roche's Cell Lines* filed by Amgen Inc. "The Court Agrees That It Acted Prematurely And Thus Addresses Roche's Submission Not As A Motion For Reconsideration But Rather As A Response to Amgen's Motion to Compel. Upon Careful Consideration All Of The Submissions, the Court Allows Amgen's Motion to Compel Subject To The Extant Protective Order. Naturally, The Court Expects Amgen Will Afford Reciprocal Discovery Without The Necessity of a Motion." (Paine, Matthew)

The following document(s) are associated with this transaction:

**1:05-cv-12237 Notice will be electronically mailed to:**

Peter M. Acton    pacton@mwe.com

Leora Ben-Ami    lbenami@kayescholer.com

Michael F. Borun    MBorun@marshallip.com

Lee C. Bromberg    lbromberg@bromsun.com, jcreedon@bromsun.com

Patricia A. Carson    pcarson@kayescholer.com

Nicole A. Colby    ncolby@mwe.com