| | | |
|---|---|---|
| Patricia Carson/NY/US/KSFHH | To | "Fishman, Deborah" <dfishman@daycasebeer.com> |
| 02/23/2007 04:52 PM | cc | "Carter, Krista" <KCarter@daycasebeer.com>; "Platt, Rachelle L." <rplatt@daycasebeer.com>; YNegron@kayescholer.com |
| | Subject | Re: your letter |

Dear Deborah,

As you can appreciate, I am having difficulty contacting people in Europe at this hour. However, we are determining the feasibility of making the cell line available for pick-up next week by Amgen at Penzberg by an appropriate individual and subject to all restrictions as proposed by you.

In addition, your comments about Amgen's obligation to produce EPO and Aranesp cell lines is completely inaccurate and ignores the Court's clear order. We expect Amgen to produce its cell lines under a similar timetable to Roche. We demand written confirmation that Amgen will do so by noon Monday or we will seek relief from the Court.

Very truly yours,

Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466