# KAYE SCHOLER LLP

Patricia A. Carson
212 836-7466
Fax 212 836-6335
pcarson@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

February 26, 2007

**VIA EMAIL & FAX**
Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014
email: dfishman@daycasebeer.com

Re:   *Amgen, Inc. v. F. Hoffmann-La Roche, Ltd., et al.*

Dear Deborah:

Further to our discussions and correspondence on Friday, February 23rd, Roche is planning on shipping a sample of its cell line via courier from Penzberg this week. We are using a courier in an effort to minimize delays at U.S. Customs. We fully expect that barring unforeseen circumstances, the sample will be in Amgen's expert's hands by Friday. I note that Amgen is unreasonably insisting on a "date certain" for production despite that fact that it is clearly not within Roche's control. Therefore, if our assurances do not satisfy Amgen we recommend that an appropriate representative from Amgen pick up the sample in Penzberg as originally proposed in my February 23rd e-mail to you.

Assuming that you prefer that Roche bear the burden of bringing the sample into the U.S., the courier will be directed to deliver the sample directly to Dr. McLawhon. I will therefore need you to provide the details for delivery, i.e., precisely where the sample should be delivered, who is authorized to sign for it and any forms that may be required by the University. In addition, before making any delivery we need Amgen's written agreement that the sample will be handled in accordance with the restrictions set forth in Amgen's attachment A to its motion to compel Roche's cell line filed on Friday.

Very truly yours,

Patricia Carson

cc:   Thomas F. Fleming, Esq.
      Howard S. Suh, Esq.
      Julia Huston, Esq.
      Patricia R. Rich

31425665.DOC