```
                                            FILED
                                       IN CLERKS OFFICE

                                       2007 MAR -1  P 3:11

                                       U.S. DISTRICT COURT
                                       DISTRICT OF MASS.
```

AMGEN                                         CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

                                    RECEIPT  _____

    The court has returned, on March 1, 2007, to _____ a
representative of the plaintiff AMGEN, documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                    Doc. 302

                                          Elizabeth Smith
                                          Deputy Clerk

Received by:

_____