**Exhibit B**

# MARSHALL, GERSTEIN & BORUN LLP

ATTORNEYS·AT·LAW

SANDIP H. PATEL, ESQ.

January 12, 2007

ATTN: Vice President of Dialysis Services Finance and Administration
National Medical Care, Incorporated
920 Winter Street
Waltham, MA 02451

Re: *Amgen Inc. v. F. Hoffman-LaRoche Ltd., et al.*
Civil Action No. 05-12237 (WGY) (D. Mass.)

Ladies and Gentlemen:

We write on behalf of Amgen Inc. ("Amgen") regarding documents that you may consider confidential and ask your permission to disclose such documents in a legal proceeding under the terms discussed herein. As you may know, Amgen currently is in litigation with F. Hoffman-LaRoche Ltd., et al ("Roche") in a patent infringement suit pending in the United States District Court for the District of Massachusetts, Civil Action No. 05-12237. Roche has served document requests on Amgen that implicate your agreement with Amgen regarding the purchase of EPOGEN® and ARANESP®. Pursuant to the standard terms of the agreement, Amgen is required to provide you with notice prior to producing the documents to Roche. We hereby provide you with such notice.

The agreement, and any associated documentation, will be produced in accordance with the terms of the enclosed Protective Order unless you provide us with notice of objection in writing by January 26, 2007. Please direct any such written notice to Kimberlin Morley at Amgen prior to this date. Please direct any questions to Ms. Morley or Cantrell Bernau at Amgen, both of whom can be reached at One Amgen Center Drive, MSC 28-2-C, Thousand Oaks, CA 91320-1799; Fax (805) 447-1010.

Thank you for your attention to this matter.

Very truly yours,

Sandip H. Patel

SHP/
Enclosure
cc: Ms. Cantrell Bernau
    Ms. Kimberlin Morley

233 South Wacker Drive | 6300 Sears Tower | Chicago, Illinois 60606-6357 | T 312-474-6300 | F 312-474-0448 | www.marshallip.com

Dockets.Justia.com