Amgen Inc. v. F. Hoffmann-LaRoche LTD et al  Doc. 306 Att. 6
Case 1:05-cv-12237-WGY   Document 306-7   Filed 03/02/2007   Page 1 of 1

Exhibit F

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

BY FACSIMILE

February 28, 2007

Krista M. Carter, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffmann-La Roche Ltd. et al.*
    Civil Action No. 05 CV 12237 WGY (D. Mass.)

Dear Ms. Carter:

I am writing to you to follow-up on the letter I sent you on February 22, 2007 as well as the voicemail I left you earlier today.

It is now approaching the close of business on Wednesday, February 28, 2007, and you have still not provided to us <u>any</u> of the documents that you promised to send us early this week.

Please contact me immediately to let me know the status of these documents. My direct dial number is 617-521-7840.

Very truly yours,

Mark J. Hebert

cc/fax: Ronald C. Castle, Esq., FMCNA
Jules Jay Morris, Esq., FMCNA
Justin J. Sergio, Esq., FMCNA
Kimberlin L. Morely, Esq., Amgen, Inc.
Cantrell Bernau, Esq., Amgen Inc.
Scott Larsen, Esq., Amgen Inc.
Sandip Patel, Esq., Marshall, Gerstein & Borun

21572282.doc