Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                                                          Doc. 306 Att. 7
02/09/2007  Case 1:05-cv-12237-WGY   DAY CASEBEER MADRID  Filed 03/02/2007   Page 1 of 4  ☏002/029

Exhibit G

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Krista M. Carter
(408) 342-4534
kcarter@daycasebeer.com

February 9, 2007

VIA EMAIL & FACSIMILE

Mark J. Hebert, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Re:  *Amgen Inc. v. Hoffmann-La Roche, et. al.*
     Civil Action No. 05-CV-12237 WGY

Dear Mr. Hebert:

Thank you for your letter dated January 26 to Sandip Patel. I am an attorney at the law offices of Day Casebeer, a law firm also representing Amgen in the pending litigation against Roche.

We understand that your firm represents FMCNA as well as FMCNA's current affiliates. We accept your letter as an objection on behalf of FMCNA and FMCNA's current affiliates to Amgen's production of information which may be regarded as confidential information of FMNCA or its affiliates in accordance with the contract(s) between Amgen and your clients. Rest assured that it is Amgen's desire to cooperate with you to afford FMNCA the opportunity, if it so chooses, to seek the intervention of the Court to protect information which FMCNA regards as confidential. Please be advised, though, that the deadline for Amgen to produce documents is March 2, 2007.

As you are aware from the prior correspondence, Roche served Amgen with requests for production of documents in the above-identified lawsuit that call for the production of information which may be regarded as confidential to FMCNA and/or its affiliates, including for example the following:

### Request for Production No. 114:

All Documents and Electronic Data Concerning contracts, agreements, negotiations or discussions between Amgen and any third party, Including any Health Care Provider, concerning the purchase, manufacture, source or supply of any ESA product, Including requirements contracts, exclusive dealing arrangements, discounts, bundled discounts across product lines, rebates and/or pricing.

Amgen objected to producing documents responsive to Request No. 114 based on the confidentiality provisions of the agreements that Amgen has with third parties. Dissatisfied with Amgen's objection, Roche moved the Court to compel production of the documents and, on

591537_1

DAY CASEBEER
MADRID & BATCHELDER LLP
Mark J. Hebert, Esq.
February 9, 2007
Page 2

January 29, 2007, the Court granted Roche's motion. The Court's order compels Amgen to produce by March 2, 2007, responsive documents dating back to January 1, 2000. A copy of the Court's order is enclosed for your convenience. Through a series of negotiations between the parties, Roche agreed to limit Amgen's obligation to produce responsive documents to those generated after January 1, 2003. Accordingly, **Amgen has until March 2, 2007, to produce these documents.**

To further assist you in appreciating the scope of discovery sought by Roche from Amgen concerning FMCNA and its affiliates, I note the following document requests which specifically refer to Fresenius:

Request for Production No. 60:

All Documents and Electronic Data Concerning any agreement between Amgen and Fresenius Medical Care to supply Epogen® or Aranesp®.

Request for Production No. 104:

All Documents and Electronic Data Concerning any communications between or Concerning Amgen and Fresenius Medical Care Concerning Roche, Amgen's EPO Patents or any Pegylated Compound.

Request for Production No. 126:

All Documents and Electronic Data Concerning contracts, agreements, negotiations or discussions between Amgen and Fresenius between 1999 and the present Concerning the purchase, manufacture, source, or of any ESA product, Including supply Epogen®, Procrit®, Aranesp® or CERA.

Request for Production No. 292:

All contracts and agreements with Fresenius and DaVita from 1999 to the present.

To the extent that these requests seek the production of information subsumed in Request 114, we understand the date limitation of January 1, 2003, would apply. Amgen objected to producing documents responsive to Request No. 60 based on the confidentiality provisions of the agreements that Amgen has with FMCNA. Amgen has not served responses to Requests 126 and 292. **While there is no order compelling production of responsive information, absent a protective order, Amgen has until March 2, 2007 to produce responsive documents to Request Nos. 126 and 292.**

591537_1

DAY CASEBEER
MADRID & BATCHELDER LLP
Mark J. Hebert, Esq.
February 9, 2007
Page 3

You have requested that Amgen provide you with copies of any documents containing information that FMCNA and/or its affiliates may regard as confidential prior to production to Roche. Please advise whether or not this is necessary with regard to final contracts entered into between Amgen and FMCNA or its affiliates since January 1, 2003. Please bear in mind that between January 1, 2003 and today, Amgen may have contracted with entities that are now affiliated with FMCNA but were not at the time of the contract or vice versa. With regard to documents that may concern contract negotiations or discussions between Amgen and FMCNA or affiliates, please advise what content your client would like Amgen to attempt to identify in these documents and we will consider whether or not we can segregate for your advanced review.

Finally, your letter has highlighted some confusion that has existed with regard to FMCNA affiliated entities that directly received the notification letter dated January 12, 2007. Enclosed is a document entitled FMCNA AFFILIATED ENTITIES PER CONTRACT NO. 200600447 (Version January 5, 2007), which we understand lists entities currently affiliated with FMCNA. Using this list, we identified the following entities that directly received the January 12, 2007 notification letter from Amgen:

| Entity | Address | City, State |
|---|---|---|
| Brevard County Dialysis | 4940 Stack Boulevard, Suite C3-7 | Melbourne, FL |
| Cape County Regional Dialysis Center | 3250 Gordonville Road, Suite 259 | Cape Girardeau, MO |
| Cartersville Dialysis Center | 203 South Tennessee Street | Cartersville, GA |
| Clayton County Dialysis | 335 Upper Riverdale Road, Suite A-1 | Jonesboro, GA |
| Clermont Dialysis Center | 312 Mohawk Road | Minneola, FL |
| Cobb County Dialysis | 506 Roswell Street | Marietta, GA |
| Danville Urologic Clinic -Dialysis Clinic | 129 Broad Street, Suite C | Danville, VA |
| Dialysis Center of the Wabash Valley, Inc. | 615 Eighth Avenue | Terre Haute, IN |
| Douglas County Dialysis, LLC | 4645 Timber Ridge Drive, Building 200, Suite 140 | Douglasville, GA |
| Dunn Memorial Hospital Dialysis (FMS Bedford) | 1520 23rd Street, Suite C | Bedford, IN |
| Henry County Dialysis | 1070 Eagles Landing Pkw | Stockbridge, GA |
| Renal Care Group Joplin West (Joplin Nephrology) | 1800 West 30th Street | Joplin, MO |
| Kennett Dialysis Center | 715 Teaco Road | Kennett, MO |
| Kidney Center of Terre Haute, L.L.C. | 615 Eighth Avenue | Terre Haute, IN |
| Lithonia Dialysis Center, Inc. | 5255 Snapfinger Park Drive, Suite 110 | Decatur, GA |
| Meadow Dialysis Facility | 12931 Oak Hill Avenue | Hagerstown, MD |
| Mid - Michigan Regional Dialysis Center | 2601 Coolidge Road, Suite A | East Lansing, MI |
| Muskogee Dialysis Center | 3371 West Broadway | Muskogee, OK |
| Nephrology Associates, P.C. | 28 White Bridge Road, Suite 300 | Nashville, TN |
| Nephrology Specialty Group, Inc., dba: Porter Dialysis Center | 7939 Honeygo Boulevard, Building III, Suite #131 | Baltimore, MD |
| Norcross Dialysis Center, LLP | 4650 Jimmy Carter Boulevard, Suites 111-113 | Norcross, GA |
| Northeast Louisiana Kidney Specialists | 711 Wood Street, Suite A | Monroe, LA |

591537_1

Day Casebeer
Madrid & Batchelder LLP
Mark J. Hebert, Esq.
February 9, 2007
Page 4

| | | |
|---|---|---|
| Ochsner Clinic Foundation | 1514 Jefferson Highway | New Orleans, LA |
| Renal Care Group Nevada Las Vegas | 1750 East Desert Inn Road Suite 100 | Las Vegas, NV |
| Smyrna Dialysis Center | 2700 Highlands Parkway | Smyrna, GA |
| St. Louis Connectcare's Dialysis Unit | 5535 Delmar Boulevard, 3rd Floor | St. Louis, MO |
| Stone Mountain Dialysis Center | 5723 Memorial Drive | Stone Mountain, GA |
| Tristate Dialysis | 517 Third Avenue | Chesapeake, OH |
| West Palm Dialysis | 1522 North Dixie Highway | West Palm Beach, F |

The following eight entities which we understand to be currently affiliated with FMCNA may have also received the January 12, 2007 notification letter under another name.

| | | |
|---|---|---|
| Fmc Lebanon | 1 Medical Center Drive | Lebanon, NH, 03756 |
| Renal Care Group | 1015 Fair Road | Sidney, OH, 45365 |
| Danville Urologic Clinic | 1040 Main Street | Danville, VA |
| NMC Cheyenne | 1111 Logan Avenue | Cheyenne, WY, 82001 |
| Rcg Atlanta Hemodialysis | 231 Northwest 14th Street | Atlanta, GA, 30318 |
| Renal Care Group | 2311 Eugene Boulevard | Poplar Bluff, MO, 63901 |
| Renal Care Group- East Peoria | 3300 North Main Street | East Peoria, IL, 61611 |
| Riverside Kidney Center | 806 B. Riverside Drive | Franklinton, LA, 70438 |

If you can provide me with all names under which these entities have contracted with Amgen effective on or after January 1, 2003, we can confirm whether or not they were sent the January 12, 2007 notification letter.

Please advise at your earliest convenience whether or not you FMCNA will be filing papers with the Court to secure a protective order. If we can be of any further assistance, please do not hesitate to contact me.

Very Truly Yours,

Day Casebeer
Madrid & Batchelder LLP

*(signature)*

Krista M. Carter

KMC:rlp

Enclos.

cc:  Kim Morely, Esq.
     Mr. Scott Larson, Esq

591537_1