# APPENDIX B
# (U.S. Patent No. 5,547,933)
# Part 2 of 4

Dockets.Justia.com

**FIG.6B**

ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGGCGACTGTCAAGGGACCCCGGAGGGGAGGGGGTGGG

GCAGCCTCCACGTGCCGCGGGGACTTGGGGGGAGTGTCCTGGGGATGGGCAAAAACCTGGCCTGTTGAGGGCA

CAGTTGGGGTTGGGGAGGGAGGTTTGGGGTTCTGCTGTGCAGTTGTGTTCGTTGTCGTTGTCCAGTGTCTCG[I·8·]

TTGCACGGCACAGATCAATAAGCCAGAGGCAGCACCCTGAGTGCTTGCATGGTTGGGCACGGAAGGACGGAG

CTGGGGCAGAGACGTGGGGATGGAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCGCCTGACTCT

```
                      -23
                      Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA TGT CCT GCC TGG CTG TGG CTT CTG CTG TCC CTG

                                 -20
 -10
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CGG CTC ATC TGT
        10
                              -1 +1
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
 26                                    20                        *
Thr
ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
```

CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGAACACTGCCCCCTACATAAGAATAAGTC

AM 27 006193
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445945

## FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG


                                                27        30
                                                Thr Gly Cys Ala Glu
CCAGAGCCCTCAGGGACCCCTGACTCCCGGGCTGTGTGCATTCAG   ACG GGC TGT GCT GAA


                              *            40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT


50              55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG   GTGAGTTCCTTTTTTTTTTTTTCCTTTCTTTTGGAAATCTCATT


TGCGAGCCTGATTTTGGATGAAAGGGAGAAATGATCGGGGGAAAGGTAAAATGGAGCAGCAGATGAGGCT


GCCTGGGCGCAGAGGCTCACGTCTCTATATCCCAGGCTGAGATGGCCGGACTGGGAGAATTGCTTGAGCCCT


GGAGTTTCAGCACCAACCTAGGCAGCATAGTCAGGATCCCCATCTCTACAAACATTTAAAAAATTAGTCAG


GTGAAGTGGTGCATGGTGGTAGTGCATGGTTCCCAGATATTTGGAGGCTGAGGCGGGCGGGAGGATCGCTTGAGCCCAGGAA


TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCCAGCTGACACAGAGTGAGCCCCTGTCTCA
```

AM 27 006194
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445946

## FIG. 6D

```
AAAAGAAAAGAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCAACAGTCTTATTGCATACCTTCGTTGCTCAGCTGGTGCTTGG

GGCTGCTGAGGGGCAGGGGAGGGGGTGACATGGGTGACATGGGTCAGCTGACXCCCAGAGTCCACTCCCTGTAG

56  60
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
                         80                      70
Val Leu Arg Gly Gln Ala Leu Leu Val Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CTG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
                              100                                    90
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
110        115
Arg Ala Leu Gln Ala Gln
CGG GCC CTG GGA GCC CAG    GTGAGTAGGAGCGGACACTTCTGCTTGCCCTTTCTGTAAGAAGGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATCCTTCCTTCTGTGGCACTGCAGCGCACCTCCT

116           120
Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT    GTTTTCTCCTTGGCAG
```

AM 27 006195
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445947

## FIG. 6E

```
130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                    140                     160

150
Asn Phe Leu Arg Gly Lys Leu Tyr Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

166 OP
Asp Arg
GAC AGA TGA CCAAGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTGTGTGCCACA

CCCTCCCCGGCCACTCCTGAACCCCGTCGAGGGGCTCTCAGCTCAGCGGCCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCAGAGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCAGAGCAGGAGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGGCCTGAGCTCACTCGGCACCCTGCAAAATTGATGCCAGGACACGCTTTGGAGGCGATTTAC

CTGTTTTCGGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAGCTGTGACTTCTCCAGG

TCTCAGGGCATGGGCACTCCCTTGGTGCAAGAGCCCCCTTGACACGGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGGCCCTGGCCTCTCATGGGGTCCAAGTTTGTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

AM 27 006196
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## FIG. 7

```
            XbaI                          -1   1
                                          MetAla
            CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
                 TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                          SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

AM 27 006197
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445949

U.S. Patent          Aug. 20, 1996        Sheet 14 of 27          5,547,933

## FIG. 8

```
                -1 +1
HindIII         ArgAla
AGCTTGGATA  AAAGAGCTCC  ACCAAGATTG  ATCTGTGACT  CGAGAGTTTT
    ACCTAT  TTTCTCGAGG  TGGTTCTAAC  TAGACACTGA  GCTCTCAAAA


GGAAAGATAC  TTGTTGGAAG  CTAAAGAAGC  TGAAAACATC  ACCACTGGTT
CCTTTCTATG  AACAACCTTC  GATTCTTCG  ACTTTTGTAG  TGGTGACCAA


GTGCTGAACA  CTGTTCTTTG  AACGAAAACA  TTACGGTACC  AGACACCAAG
CACGACTTGT  GACAAGAAAC  TTGCTTTTGT  AATGCCATGG  TCTGTGGTTC


GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA  GTTGGTCAAC  AAGCTGTTGA
CAATTGAAGA  TGCGAACCTT  TGCATACCTT  CAACCAGTTG  TTCGACAACT


AGTTTGGCAA  GGTTTGGCCT  TGTTATCTGA  AGCTGTTTTG  AGAGGTCAAG
TCAAACCGTT  CCAAACCGGA  ACAATAGACT  TCGACAAAAC  TCTCCAGTTC


CCTTGTTGGT  TAACTCTTCT  CAACCATGGG  AACCATTGCA  ATTGCACGTC
GGAACAACCA  ATTGAGAAGA  GTTGGTACCC  TTGGTAACGT  TAACGTGCAG


GATAAAGCCG  TCTCTGGTTT  GAGATCTTTG  ACTACTTTGT  TGAGAGCTTT
CTATTTCGGC  AGAGACCAAA  CTCTAGAAAC  TGATGAAACA  ACTCTCGAAA


GGGTGCTCAA  AAGGAAGCCA  TTTCCCCACC  AGACGCTGCT  TCTGCCGCTC
CCCACGAGTT  TTCCTTCGGT  AAAGGGGTGG  TCTGCGACGA  AGACGGCGAG


CATTGAGAAC  CATCACTGCT  GATACCTTCA  GAAAGTTATT  CAGAGTTTAC
GTAACTCTTG  GTAGTGACGA  CTATGGAAGT  CTTTCAATAA  GTCTCAAATG


TCCAACTTCT  TGAGAGGTAA  ATTGAAGTTG  TACACCGGTG  AAGCCTGTAG
AGGTTGAAGA  ACTCTCCATT  TAACTTCAAC  ATGTGGCCAC  TTCGGACATC


AACTGGTGAC  AGATAAGCCC  GACTGATAAC  AACAGTGTAG
TTGACCACTG  TCTATTCGGG  CTGACTATTG  TTGTCACATC


            SalI
ATGTAACAAA  G
TACATTGTTT  CAGCT
```

AM 27 006198
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445950

U.S. Patent          Aug. 20, 1996          Sheet 15 of 27          5,547,933

## FIG. 9

```
              -20           -10          +1           10           20           30           40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
        ************* ******** *************************************** * *** ****************
Monkey  MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

              50            60           70           80           90          100          110
Human   VNFYANKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        ************ ************************* * ***** *** ***** **************** *
Monkey  VNFYANKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

              120           130          140          150          160
Human   AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        *** *********** **** ********************** ***
Monkey  AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

AM 27 006199
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445951

# FIG. 10

1.  AATTCTAGAAACCATGAGGGTAATAAAATA

2.  CCATTATTTATTACCCTCATGGTTTCTAG

3.  ATGGCTCCGCCGCGTCTGATCTGCGAC

4.  CTCGAGTCGCAGATCAGACGCGGCGGAG

5.  TCGAGAGTTCTGGAACGTTACCTGCTG

6.  CTTCCAGCAGGTAACGTTCCAGAACT

7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGCTGAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

AM 27 006200
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445952

## FIG. 11

```
             XbaI
    EcoRI                         1                                3
    AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
         GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                             2                                4


                      5
    ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
    TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTCTTCG
                      6


            7                    9                        11
    TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
    ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
            8                    10


            0
       KpnI    BamHI
    TTACGGTACC G
    AATGCCATGG CCTAG
    12
```

AM 27 006201
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# FIG. 12

1.    AATTCGGTACCAGACACCAAGGT

2.    GTTAACCTTGGTGTCTGGTACCG

3.    TAACTTCTACGCTTGGAAACGTAT

4.    TTCCATACGTTTCCAAGCGTAGAA

5.    GGAAGTTGGTCAACAAGCAGTTGAAGT

6.    CCAAACTTCAACTGCTTGTTGACCAAC

7.    TTGGCAGGGTCTGGCACTGCTGAGCG

8.    GCCTCGCTCAGCAGTGCCAGACCCTG

9.    AGGCTGTACTGCGTGGCCAGGCA

10.   GCAGTGCCTGGCCACGCAGTACA

11.   CTGCTGGTAAACTCCTCTCAGCCGT

12.   TTCCCACGGCTGAGAGGAGTTTACCA

13.   GGGAACCGCTGCAGCTGCATGTTGAC

14.   GCTTTGTCAACATGCAGCTGCAGCGG

15.   AAAGCAGTATCTGGCCTGAGATCTG

16.   GATCCAGATCTCAGGCCAGATACT

AM 27 006202
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445954

FIG. 13

```
    EcoRI KpnI      1                   3
  A AATTCGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
      GCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT
                  2                   4


  5                             7
  GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
  CAACCACTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT
        6                         8


  9                            11
  GGCTGTACTG CGTGGCCAGG CACTGGTGGT AAACTCCTCT CAGCCGGTGG
  CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC
        10                       12


  13                           15   BglIII BamHI
  AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTG
  TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
        14                       16
```

AM 27 006203
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# FIG. 14

1.      GATCCAGATCTCTGACTACTCTGC

2.      ACGCAGCAGAGTAGTCAGAGATCTG

3.      TGCGTGCTCTGGGTGCACAGAAAGAGG

4.      GATAGCCTCTTTCTGTGCACCCAGAGC

5.      CTATCTCTCCGCCGGATGCTGCATCT

6.      CAGCAGATGCAGCATCCGGCGGAGA

7.      GCTGCACCGCTGCGTACCATCACTG

8.      ATCAGCAGTGATGGTACGCAGCGGTG

9.      CTGATACCTTCCGCAAACTGTTTCG

10.     ATACACGAAACAGTTTGCGGAAGGT

11.     TGTATACTCTAACTTCCTGCGTGGTA

12.     CAGTTTACCACGCAGGAAGTTAGAGT

13.     AACTGAAACTGTATACTGGCGAAGC

14.     GGCATGCTTCGCCAGTATACAGTTT

15.     ATGCCGTACTGGTGACCGCTAATAG

16.     TCGACTATTAGCGGTCACCAGTAC

AM 27 006204
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445956

## FIG. 15

```
BamHI BglII
GA  TCCAGATCTCTG
       GTCTAGAGAC


        1                    3                         5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
        2                    4


                             7                         9
GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
        6                    8


                            11                        13
GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
       10                   12


                            15                      SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG  AGCT
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC
       14                   16
```

AM 27 006205
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445957

# FIG. 16

1.  **AATTCAAGCTTGGATAAAAGAGCT**

2.  **GTGGAGCTCTTTTATCCAAGCTTG**

3.  **CCACCAAGATTGATCTGTGACTC**

4.  **TCTCGAGTCACAGATCAATCTTG**

5.  **GAGAGTTTTGGAAAGATACTTGTTG**

6.  **CTTCCAACAAGTATCTTTCCAAAAC**

7.  **GAAGCTAAAGAAGCTGAAAACATC**

8.  **GTGGTGATGTTTTCAGCTTCTTTAG**

9.  **ACCACTGGTTGTGCTGAACACTGTTC**

10. **CAAAGAACAGTGTTCAGCACAACCA**

11. **TTTGAACGAAAACATTACGGTACCG**

12. **GATCCGGTACCGTAATGTTTTCGTT**

AM 27 006206
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445958

FIG. 17

```
EcoRI   HindIII 1
AATTCA  AGCTTGGATA
     G  TTCGAACCTAT
                 2


             3
AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                                        4


     5                           7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
     6                           8


     9              11         KpnI      BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                                    12
```

AM 27 006207
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445959

U.S. Patent     Aug. 20, 1996     Sheet 24 of 27     5,547,933

# FIG. 18

1.      AATTCGGTACCAGACACCAAGGT

2.      GTTAACCTTGGTGTCTGGTACCG

3.      TAACTTCTACGCTTGGAAACGTAT

4.      TTCCATACGTTTCCAAGCGTAGAA

5.      GGAAGTTGGTCAACAAGCAGTTGAAGT

6.      CCAAACTTCAACTGCTTGTTGACCAAC

7.      TTGGCAAGGTTTGGCCTTGTTATCTG

8.      GCTTCAGATAACAAGGCCAAACCTTG

9.      AAGCTGTTTTGAGAGGTGAAGCCT

10.     AACAAGGCTTGACCTCTCAAAACA

11.     TGTTGGTTAACTCTTCTCAACCATGGG

12.     TGGTTCCCATGGTTGAGAAGAGTTAACC

13.     AACCATTGCAATTGCACGTCGAT

14.     CTTTATCGACGTGCAATTGCAA

15.     AAAGCCGTCTCTGGTTTGAGATCTG

16.     GATCCAGATCTCAAACCAGAGACGG

AM 27 006208
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445960

## FIG. 19

```
                KpnI

     EcoRI        1
     A ATTCGGTACC AGACACCAAG
          GCCATGG TCTGTGGTTC
                   2



              3                        5
     GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
     CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
              4                                 6



              7                        9
     AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
     TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
              8                                 10



              11                       13
     CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
     GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
              12                                14



              15              BglII    BamHI
     GATAAAGCCG TCTCTGGTTT GAGATCTG
     CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
              16
```

AM 27 006209
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445961

U.S. Patent          Aug. 20, 1996          Sheet 26 of 27          5,547,933

## FIG. 20

1.          GATCCAGATCTTTGACTACTTTGTT

2.          TCTCAACAAAGTAGTCAAAGATCTG

3.          GAGAGCTTTGGGTGCTCAAAAGGAAG

4.          ATGGCTTCCTTTTGAGCACCCAAAGC

5.          CCATTTCCCCACCAGACGCTGCTT

6.          GCAGAAGCAGCGTCTGGTGGGGAA

7.          CTGCCGCTCCATTGAGAACCATC

8.          CAGTGATGGTTCTCAATGGAGCG

9.          ACTGCTGATACCTTCAGAAAGTT

10.         GAATAACTTTCTGAAGGTATCAG

11.         ATTCAGAGTTTACTCCAACTTCT

12.         CTCAAGAAGTTGGAGTAAACTCT

13.         TGAGAGGTAAATTGAAGTTGTACAC

14.         ACCGGTGTACAACTTCAATTTACCT

15.         CGGTGAAGCCTGTAGAACTGGT

16.         CTGTCACCAGTTCTACAGGCTTC

17.         GACAGATAAGCCCGACTGATAA

18.         GTTGTTATCAGTCGGGCTTAT

19.         CAACAGTGTAGATGTAACAAAG

20.         TCGACTTTGTTACATCTACACT

AM 27 006210
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445962

## FIG. 21

```
BamHI  BglII   1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                    2


       3                     5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
       4                     6


       7                     9                   11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATC
       8                    10                   12


                13                         15
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCAAC TTCGGACATC
                14                         16


       17                        19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTC TTGTCACATC


                  SalI
ATGTAACAAA G
TACATTGTTT CAGCT
       20
```

AM 27 006211
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM—ITC 00445963

5,547,933

1

# PRODUCTION OF ERYTHROPOIETIN

This is a continuation of application Ser. No. 08,202,874, filed Feb. 28. 1994, and now abandoned which was a continuation of U.S. application Ser. No. 07/113,178, filed Oct. 23, 1987, now abandoned, which was a continuation of U.S. application Ser. No. 06/675,298, filed Nov. 30, 1984, and issued Oct. 27, 1987 as U.S. Pat. No. 4,703,008 which was a continuation-in-part of U.S. Ser. No. 06/655,841, filed Sep. 28, 1984, now abandoned, which was a continuation-in-part of U.S. application Ser. No. 06/582,185, filed Feb. 21, 1984, and now abandoned, which was a continuation-in-part of U.S. application Ser. No. 06/561,024, filed Dec. 13, 1983, and now abandoned.

## BACKGROUND

The present invention relates generally to the manipulation of genetic materials and, more particularly, to recombinant procedures making possible the production of polypeptides possessing part or all of the primary structural conformation and/or one or more of the biological properties of naturally-occurring erythropoietin.

### A. Manipulation Of Genetic Materials

Genetic materials may be broadly defined as those chemical substances which program for and guide the manufacture of constituents of cells and viruses and direct the responses of cells and viruses. A long chain polymeric substance known as deoxyribonucleic acid (DNA) comprises the genetic material of all living cells and viruses except for certain viruses which are programmed by ribonucleic acids (RNA). The repeating units in DNA polymers are four different nucleotides, each of which consists of either a purine (adenine or guanine) or a pyrimidine (thymine or cytosine) bound to a deoxyribose sugar to which a phosphate group is attached. Attachment of nucleotides in linear polymeric form is by means of fusion of the 5' phosphate of one nucleotide to the 3' hydroxyl group of another. Functional DNA occurs in the form of stable double stranded associations of single strands of nucleotides (known as deoxyoligonucleotides), which associations occur by means of hydrogen bonding between purine and pyrimidine bases [i.e., "complementary" associations existing either between adenine (A) and thymine (T) or guanine (G) and cytosine (C)]. By convention, nucleotides are referred to by the names of their constituent purine or pyrimidine bases, and the complementary associations of nucleotides in double stranded DNA (i.e., A-T and G-C) are referred to as "base pairs". Ribonucleic acid is a polynucleotide comprising adenine, guanine, cytosine and uracil rather than thymine, bound to ribose and a phosphate group.

Most briefly put, the programming function of DNA is generally effected through a process wherein specific DNA nucleotide sequences (genes) are "transcribed" into relatively unstable messenger RNA (mRNA) polymers. The mRNA, in turn, serves as a template for the formation of structural, regulatory and catalytic proteins from amino acids. This mRNA "translation" process involves the operations of small RNA strands (tRNA) which transport and align individual amino acids along the mRNA strand to allow for formation of polypeptides in proper amino acid sequences The mRNA "message" derived from DNA and providing the basis for the tRNA supply and orientation of any given one of the twenty amino acids for polypeptide "expression", is in the form of triplet "codons"—sequential groupings of three nucleotide bases. In one sense, the formation of a protein is the ultimate form of "expression"

2

of the programmed genetic message provided by the nucleotide sequence of a gene.

"Promoter" DNA sequences usually "precede" a gene in a DNA polymer and provide a site for initiation of the transcription into mRNA. "Regulator" DNA sequences, also usually "upstream" of (i.e., preceding) a gene in a given DNA polymer, bind proteins that determine the frequency (or rate) of transcriptional initiation. Collectively referred to as "promoter/regulator" or "control" DNA sequence, these sequences which precede a selected gene (or series of genes) in a functional DNA polymer cooperate to determine whether the transcription (and eventual expression) of a gene will occur. DNA sequences which "follow" a gene in a DNA polymer and provide a signal for termination of the transcription into mRNA are referred to as transcription "terminator" sequences.

A focus of microbiological processing for the last decade has been the attempt to manufacture industrially and pharmaceutically significant substances using organisms which either do not initially have genetically coded information concerning the desired product included in their DNA, or (in the case of mammalian cells in culture) do not ordinarily express a chromosomal gene at appreciable levels. Simply put, a gene that specifies the structure of a desired polypeptide product is either isolated from a "donor" organism or chemically synthesized and then stably introduced into another organism which is preferably a self-replicating unicellular organism such as bacteria, yeast or mammalian cells in culture. Once this is done, the existing machinery for gene expression in the "transformed" or "transfected" microbial host cells operates to construct the desired product, using the exogenous DNA as a template for transcription of mRNA which is then translated into a continuous sequence of amino acid residues.

The art is rich in patent and literature publications relating to "recombinant DNA" methodologies for the isolation, synthesis, purification and amplification of genetic materials for use in the transformation of selected host organisms. U.S. Pat. No. 4,237,224 to Cohen, et al., for example, relates to transformation of unicellular host organisms with "hybrid" viral or circular plasmid DNA which includes selected exogenous DNA sequences. The procedures of the Cohen, et al. patent first involve manufacture of a transformation vector by enzymatically cleaving viral or circular plasmid DNA to form linear DNA strands. Selected foreign ("exogenous" or "heterologous") DNA strands usually including sequences coding for desired product are prepared in linear form through use of similar enzymes. The linear viral or plasmid DNA is incubated with the foreign DNA in the presence of ligating enzymes capable of effecting a restoration process and "hybrid" vectors are formed which include the selected exogenous DNA segment "spliced" into the viral or circular DNA plasmid.

Transformation of compatible unicellular host organisms with the hybrid vector results in the formation of multiple copies of the exogenous DNA in the host cell population. In some instances, the desired result is simply the amplification of the foreign DNA and the "product" harvested is DNA. More frequently, the goal of transformation is the expression by the host cells of the exogenous DNA in the form of large scale synthesis of isolatable quantities of commercially significant protein or polypeptide fragments coded for by the foreign DNA. See also, e.g., U.S. Pat. Nos. 4,264,731 (to Shine), 4,273,875 (to Manis), 4,293,652 (to Cohen), and European Patent Application 093,619, published Nov. 9, 1983.

The development of specific DNA sequences for splicing into DNA vectors is accomplished by a variety of tech-

AM 27 006212
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

5,547,933

3

niques, depending to a great deal on the degree of "foreignness" of the "donor" to the projected host and the size of the polypeptide to be expressed in the host. At the risk of over-simplification, it can be stated that three alternative principal methods can be employed: (1) the "isolation" of double-stranded DNA sequence from the genomic DNA of the donor; (2) the chemical manufacture of a DNA sequence providing a code for a polypeptide of interest; and (3) in vitro synthesis of a double-stranded DNA sequence by enzymatic "reverse transcription" of mRNA isolated from donor cells. The last-mentioned methods which involve formation of a DNA "complement" of mRNA are generally referred to as "cDNA" methods.

Manufacture of DNA sequences is frequently the method of choice when the entire sequence of amino acid residues of the desired polypeptide product is known. DNA manufacturing procedures of co-owned, co-pending U.S. patent application Ser. No. 483,451, by Alton, et al., (filed Apr. 15, 1983 and corresponding to PCT U.S.83/00605, published Nov. 24, 1983 as WO83/04053), for example, provide a superior means for accomplishing such highly desirable results as: providing for the presence of alternate codons commonly found in genes which are highly expressed in the host organism selected for expression (e.g., providing yeast or E.coli "preference" codons); avoiding the presence of untranslated "intron" sequences (commonly present in mammalian genomic DNA sequences and mRNA transcripts thereof) which are not readily processed by procaryotic host cells; avoiding expression of undesired "leader" polypeptide sequences commonly coded for by genomic DNA and cDNA sequences but frequently not readily cleaved from the polypeptide of interest by bacterial or yeast host cells; providing for ready insertion of the DNA in convenient expression vectors in association with desired promoter/ regulator and terminator sequences; and providing for ready construction of genes coding for polypeptide fragments and analogs of the desired polypeptides.

When the entire sequence of amino acid residues of the desired polypeptide is not known, direct manufacture of DNA sequences is not possible and isolation of DNA sequences coding for the polypeptide by a cDNA method becomes the method of choice despite the potential drawbacks in ease of assembly of expression vectors capable of providing high levels of microbial expression referred to above. Among the standard procedures for isolating cDNA sequences of interest is the Preparation of plasmid-borne cDNA "libraries" derived from reverse transcription of mRNA abundant in donor cells selected as responsible for high level expression of genes (e.g., libraries of cDNA derived from pituitary cells which express relatively large quantities of growth hormone products). Where substantial portions of the polypeptide's amino acid sequence are known, labelled, single-stranded DNA probe sequences duplicating a sequence putatively present in the "target" cDNA may be employed in DNA/DNA hybridization procedures carried out on cloned copies of the cDNA which have been denatured to single stranded form. [See, generally, the disclosure and discussions of the art provided in U.S. Pat. No. 4,394,443 to Weissman, et al. and the recent demonstrations of the use of long oligonucleotide hybridization probes reported in Wallace, et al., Nuc.Acids Res., 6, pp. 3543–3557 (1979), and Reyes, et al., P.N.A.S. (U.S.A.), 79, pp. 3270–3274 (1982), and Jaye, et al., Nuc.Acids Res., 11, pp. 2325–2335 (1983). See also, U.S. Pat. No. 4,358,535 to Falkow, et al., relating to DNA/DNA hybridization procedures in effecting diagnosis; published European Patent Application Nos. 0070685 and 0070687 relating to light-

4

emitting labels on single stranded polynucleotide probes. Davis, et al., "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1980) at pp. 55–58 and 174–176, relating to colony and plaque hybridization techniques; and, New England Nuclear (Boston, Mass.) brochures for "Gene Screen" Hybridization Transfer Membrane materials providing instruction manuals for the transfer and hybridization of DNA and RNA. Catalog No. NEF-972.]

Among the more significant recent advances in hybridization procedures for the screening of recombinant clones is the use of labelled mixed synthetic oligonucleotide probes, each of which is potentially the complete complement of a specific DNA sequence in the hybridization sample including a heterogenous mixture of single stranded DnAs or RNAs. These procedures are acknowledged to be especially useful in the detection of cDNA clones derived from sources which provide extremely low amounts of mRNA sequences for the polypeptide of interest. Briefly put, use of stringent hybridization conditions directed toward avoidance of non-specific binding can allow, e.g., for the autoradiographic visualization of a specific cDNA clone upon the event of hybridization of the target DNA to that single probe within the mixture which is its complete complement. See generally, Wallace, et al., Nuc.Acids Res., 9, pp. 879–897 (1981); Suggs, et al., P.N.A.S. (U.S.A.), 78, pp. 6613–6617 (1981); Choo, et al., Nature, 229, p. 178–180 (1982); Kurachi, et al., P.N.A.S. (U.S.A.), 79, pp. 6461–6464 (1982); Ohkubo, et al., P.N.A.S. (U.S.A.), 80, pp. 2196–2200 (1983); and Kornblihtt, et al. P.N.A.S. (U.S.A.), 80, pp. 3218–3222 (1983). In general, the mixed probe procedures of wallace, et al. (1981), supra, have been expanded upon by various workers to the point where reliable results have reportedly been obtained in a cDNA clone isolation using a 32-member mixed "pool" of 16-base-long (16-mer) oligonucleotide probes of uniformly, varying DNA sequences together with a single 11-mer to effect a two-site "positive" confirmation of the presence of cDnA of interest. See, Singer-Sam, et al., P.N.A.S. (U.S.A.), 80, pp. 802–806 (1983).

The use of genomic DNA isolates is the least common of the three above-noted methods for developing specific DNA sequences for use in recombinant procedures. This is especially true in the area of recombinant procedures directed to securing microbial expression of mammalian polypeptides and is due, principally to the complexity of mammalian genomic DNA. Thus, while reliable procedures exist for developing phage-borne libraries of genomic DNA of human and other mammalian species origins [see, e.g., Lawn, et al. Cell, 15, pp. 1157–1174 (1978) relating to procedures for generating a human genomic library commonly referred to as the "Maniatis Library"; Karn, et al., P.N.A.S. (U.S.A.), 77, pp. 5172–5176 (1980) relating to a human genomic library based on alternative restriction endonuclease fragmentation procedure; and Blattner, et al., Science, 196, pp. 161–169 (1977) describing construction of a bovine genomic library] there have been relatively few successful attempts at use of hybridization procedures in isolating genomic DNA in the absence of extensive foreknowledge of amino acid or DNA sequences. As one example, Fiddes, et al., J.Mol. and App.Genetics, 1, pp. 3–18 (1981) report the successful isolation off a gene coding for the alpha subunit of human pituitary glycoprotein hormones from the Maniatis Library through use of a "full length" probe including a complete 621 base pair fragment of a previously-isolated cDNA sequence for the alpha subunit. As another example, Das, et al., P.N.A.S. (U.S.A.), 80, pp. 1531–1535 (1983) report isolation of human genomic clones

AM 27 006213
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00445965

5,547,933

5

for human HLA-DR using a 175 base pair synthetic oligo-nucleotide. Finally, Anderson, et al., *P.N.A.S.* (*U.S.A.*), 80, pp. 6838–6842 (1983) report the isolation of genomic clone for bovine pancreatic trypsin inhibitor (BPTI) using a single probe 86 base pairs in length and constructed according to the known amino acid sequence of BPTI. The authors note a determination of poor prospects for isolating mRNA suitable for synthesis of a cDNA library due to apparent low levels of mRNA in initially targeted parotid gland and lung tissue sources and then address the prospects of success in probing a genomic library using a mixture of labelled probes, stating: "More generally, mixed-sequence oligode-oxynucleotide probes have been used to isolate protein genes of unknown sequence from cDNA libraries. Such probes are typically mixtures of 8–32 oligonucleotides, 14–17 nucleotides in length, representing every possible codon combination for a small stretch (5–6 residues) of amine acid sequence. Under stringent hybridization conditions that discriminate against incorrectly base-paired probes, these mixtures are capable of locating specific gene sequences in clone libraries of low-to-moderate complexity. Nevertheless, because of their short length and heterogeneity, mixed probes often lack the specificity required for probing sequences as complex as a mammalian genome. This makes such a method impractical for the isolation of mammalian protein genes when the corresponding mRNAs are unavailable." (Citations omitted).

There thus continues to exist a need in the art for improved methods for effecting the rapid and efficient isolation of cDNA clones in instances where little is known of the amine acid sequence of the polypeptide coded for and where "enriched" tissue sources of mRNA are not readily available for use in constructing cDNA libraries. Such improved methods would be especially useful if they were applicable to isolating mammalian genomic clones where sparse information is available concerning amine acid sequences of the polypeptide coded for by the gene sought.

B. Erythropoietin As A Polypeptide Of Interest

Erythropoiesis, the production of red blood cells, occurs continuously throughout the human life span to offset cell destruction. Erythropoiesis is a very precisely controlled physiological mechanism enabling sufficient numbers of red blood cells to be available in the blood for proper tissue oxygenation, but not so many that the cells would impede circulation. The formation of red blood cells occurs in the bone marrow and is under the control of the hormone, erythropoietin.

Erythropoietin, an acidic glycoprotein of approximately 34,000 dalton molecular weight, may occur in three forms: $\alpha$, $\beta$ and asialo. The $\alpha$ and $\beta$ forms differ slightly in carbohydrate components, but have the same potency, biological activity and molecular weight. The asialo form is an $\alpha$ or $\beta$ form with the terminal carbohydrate (sialic acid) removed. Erythropoietin is present in very low concentrations in plasma when the body is in a healthy state wherein tissues receive sufficient oxygenation from the existing number of erythrocytes. This normal low concentration is enough to stimulate replacement of red blood cells which are lost normally through aging.

The amount of erythropoietin in the circulation is increased under conditions of hypoxia when oxygen transport by blood cells in the circulation is reduced. Hypoxia may be caused by loss of large amounts of blood through hemorrhage, destruction of red blood cells by over-exposure to radiation, reduction in oxygen intake due to high altitudes or prolonged unconsciousness, or various forms of anemia. In response to tissues undergoing hypoxic stress, erythro-

6

poietin will increase red blood cell production by stimulating the conversion of primitive precursor cells in the bone marrow into proerythroblasts which subsequently mature, synthesize hemoglobin and are released into the circulation as red blood cells. When the number of red blood cells in circulation is greater than needed for normal tissue oxygen requirements, erythropoietin in circulation is decreased.

See generally, Testa, et al., *Exp.Hematol.*, 8(Supp. 8), 144–152 (1980); Tong, et al., *J.Biol.Chem.*, 256(24), 12666–12672 (1981); Goldwasser, *J.Cell.Physiol.*, 110(Supp 1), 133–135 (1982); Finch, *Blood*, 60(6), 1241–1246 (1982); Sytowski, et al., *Exp.Hematol.*, 8(Supp 8), 52–64 (1980); Naughton, *Ann.Clin.Lab.Sci.*, 13(5), 432–438 (1983); Weiss, et al., *Am.J.Vet.Res.*, 44(10), 1832–1835 (1983); Lappin, et al., *Exp.Hematol.*, 11(7), 661–666 (1983); Baciu, et al., *Ann.N.Y.Acad. Sci.*, 414, 66–72 (1983); Murphy, et al., *Acta.Haematologica Japonica*, 46(7), 1380–1396 (1983); Dessypris, et al., *Brit-.J.Haematol.*, 56, 295–306 (1984) ; and, Emmanouel, et al., *Am.J.Physiol.*, 247 (1 Pt 2), F168–76 (1984).

Because erythropoietin is essential in the process of red blood cell formation, the hormone has potential useful application in both the diagnosis and the treatment of blood disorders characterized by low or defective red blood cell production. See, generally, Pennathur-Das, et al., *Blood*, 63(5), 1168–71 (1984) and Haddy, *Am.Jour.Ped.Hematol./ Oncol.*, 4, 191–196, (1982) relating to erythropoietin in possible therapies for sickle cell disease, and Eschbach, et al. *J.Clin.Invest.*, 74(2), pp. 434–441, (1984), describing a therapeutic regimen for uremic sheep based on in vivo response to erythropoietin-rich plasma infusions and proposing a dosage of 10 U EPO/kg per day for 15–40 days as corrective of anemia of the type associated with chronic renal failure. See also, Krane, *Henry Ford Hosp.Med.J.*, 31(3), 177–181 (1983).

It has recently been estimated that the availability of erythropoietin in quantity would allow for treatment each year of anemias of 1,600,000 persons in the United States alone. See, e.g., Morrison, "Bioprocessing in Space—an Overview", pp. 557–571 in The World Biotech Report 1984, Volume 2:USA, (Online Publications, New York, N.Y. 1984). Recent studies have provided a basis for projection of efficacy of erythropoietin therapy in a variety of disease states, disorders and states of hematologic irregularity: Vedovato, et al., *Acta.Haematol*, 71, 211–213 (1984) (beta-thalassemia); Vichinsky, et al., *J.Pediatr.*, 105(1), 15–21 (1984) (cystic fibrosis); Cotes, et al., *Brit.J.Obstet.Gynea-col.*, 90(4), 304–311 (1983) (pregnancy, menstrual disorders), Haga, et al., *Acta.Pediatr.Scand.*, 72, 827–831 (1983) (early anemia of prematurity); Claus-Walker, et al., *Arch-.Phys.Med.Rehabil.*, 65, 370–374 (1984) (spinal cord injury); Dunn, et al., *Eur.J.Appl.Physiol.*, 52, 178–182 (1984) (space flight); Miller, et al., *Brit.J.Haematol.*, 52, 545–590 (1982) (acute blood loss); Udupa, et al., *J.Lab-.Clin.Med.*, 103(4), 574–580 and 581–588 (1984); and Lip-schitz, et al., *Blood*, 63(3), 502–509 (1983) (aging); and Dainiak, et al., *Cancer*, 51(6), 1101–1106 (1983) and Schwartz, et al., *Otolaryngol.*, 109, 269–272 (1983) (various neoplastic disease states accompanied by abnormal erythropoiesis).

Prior attempts to obtain erythropoietin in good yield from plasma or urine have proven relatively unsuccessful. Complicated and sophisticated laboratory techniques are necessary and generally result in the collection of very small amounts of impure and unstable extracts containing erythropoietin.

U.S. Pat. No. 3,033,753 describes a method for partially purifying erythropoietin from sheep blood plasma which

AM 27 006214
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

5,547,933

7

provides low yields of a crude solid extract containing erythropoietin.

Initial attempts to isolate erythropoietin from urine yielded unstable, biologically inactive preparations of the hormone. U.S. Pat. No. 3,865,801 describes a method of stabilizing the biological activity of a crude substance containing erythropoietin recovered from urine. The resulting crude preparation containing erythropoietin purportedly retains 90% of erythropoietin activity, and is stable.

Another method of purifying human erythropoietin from urine of patients with aplastic anemia is described in Miyake, et al., *J.Biol.Chem.*, Vol. 252, No. 15 (Aug. 10, 1977), pp. 5558–5564. This seven-step procedure includes ion exchange chromatography, ethanol precipitation, gel filtration, and adsorption chromatography, and yields a pure erythropoietin preparation with a potency of 70,400 units/mg of protein in 21% yield.

U.S. Pat. No. 4,397,840 to Takezawa, et al. describes methods for preparing "an erythropoietin product" from healthy human urine specimens with weakly basic ion exchangers and proposes that the low molecular weight products obtained "have no inhibitory effects" against erythropoietin.

U.K. Patent Application No. 2,085,887 to Sugimoto, et al., published May 6, 1982, describes a process for the production of hybrid human lymphoblastoid cells, reporting production levels ranging from 3 to 420 Units of erythropoietin per ml of suspension of cells (distributed into the cultures after mammalian host propagation) containing up to $10^7$ cells per ml. At the highest production levels asserted to have been obtained, the rate of erythropoietin production could be calculated to be from 40 to about 4,000 Units/$10^6$ cells/48 hours in in vitro culture following transfer of cells from in vivo propagation systems. (See also the equivalent U.S. Pat. No. 4,377,513.) Numerous proposals have been made for isolation of erythropoietin from tissue sources, including neoplastic cells, but the yields have been quite low. See, e.g., Jelkman, et al., *Expt.Hematol.*, 11(7), 581–588 (1983); Tambourin, et al., *P.N.A.S.* (*U.S.A.*), 80, 6269–6273 (1983); Katsuoka, et al., *Gann*, 74, 534–541 (1983); Hagiwara, et al., *Blood*, 63(4), 828–835 (1984); and Choppin, et al., *Blood*, 64(2), 341–347 (1984).

Other isolation techniques utilized to obtain purified erythropoietin involve immunological procedures. A polyclonal, serum-derived antibody directed against erythropoietin is developed by injecting an animal, preferably a rat or rabbit, with human erythropoietin. The injected human erythropoietin is recognized as a foreign antigenic substance by the immune system of the animal and elicits production of antibodies against the antigen. Differing cells responding to stimulation by the antigenic substance produce and release into circulation antibodies slightly different from those produced by other responding cells. The antibody activity remains in the serum of the animal when its blood is extracted. While unpurified serum or antibody preparations purified as a serum immunoglobulin G fraction may then be used in assays to detect and complex with human erythropoietin, the materials suffer from a major disadvantage. This serum antibody, composed of all the different antibodies produced by individual cells, is polyclonal in nature and will complex with components in crude extracts other than erythropoietin alone.

Of interest to the background of the present invention are recent advances in the art of developing continuous cultures of cells capable of producing a single species of antibody which is specifically immunologically reactive with a single antigenic determinant of a selected antigen. See, generally,

8

Chisholm, *High Technology*, Vol. 3, No. 1, 57–63 (1983). Attempts have been made to employ cell fusion and hybridization techniques to develop "monoclonal" antibodies to erythropoietin and to employ these antibodies in the isolation and quantitative detection of human erythropoietin. As one example, a report of the successful development of mouse-mouse hybridoma cell lines secreting monoclonal antibodies to human erythropoietin appeared in abstract form in Lee-Huang, Abstract No. 1463 of *Fed.Proc.*, 41, 520 (1982). As another example, a detailed description of the preparation and use of a monoclonal, anti-erythropoietin antibody appears in Weiss, et al., *P.N.A.S.* (*U.S.A.*), 79, 5465–5469 (1982). See also, Sasaki, *Biomed.Biochim.Acta.*, 42(11/12), S202–S206 (1983); Yanagawa, et al., *Blood*, 64(2), 357–364 (1984); Yanagawa, et al., *J.Biol. Chem.*, 259(5), 2707–2710 (1984); and U.S. Pat. No. 4,465,624.

Also of interest to the background of the invention are reports of the immunological activity of synthetic peptides which substantially duplicate the amino acid sequence extant in naturally-occurring proteins, glycoproteins and nucleoproteins. More specifically, relatively low molecular weight polypeptides have been shown to participate in immune reactions which are similar in duration and extent to the immune reactions of physiologically significant proteins such as viral antigens, polypeptide hormones, and the like. Included among the immune reactions of such polypeptides is the provocation of the formation of specific anti bodies in immunologically active animals. See, e.g., Lerner, et al., *Cell*, 23, 309–310 (1981); Ross, e t al., *Nature*, 294, 654–656 (1981); Walter, et al., *P.N.A.S.* (*U.S.A.*), 77, 5197–5200 (1980); Lerner, et al., *P.N.A.S.* (*U.S.A.*), 78, 3403–3407 (1981); Walter, et al., *P.N.A.S.* (*U.S.A.*), 78, 4882–4886 (1981); Wong, et al., *P.N.A.S.* (*U.S.A.*), 78, 7412–7416 (1981); Green, et al. *Cell*, 28, 477–487 (1982); Nigg, et al., *P.N.A.S.* (*U.S.A.*), 79, 5322–5326 (1982); Baron, et al., *Cell*, 28, 395–404 (1982); Dreesman, et al., *Nature*, 295, 158–160 (1982); and Lerner, *Scientific American*, 248, No. 2, 66–74 (1983). See, also, Kaiser, et al., *Science*, 223, pp. 249–255 (1984) relating to biological and immunological activities of synthetic peptides which approximately share secondary structures of peptide hormones but may not share their primary structural conformation. The above studies relate, of course, to amino acid sequences of proteins other than erythropoietin, a substance for which no substantial amino acid sequence information has been published. In co-owned, co-pending U.S. patent application Ser. No. 463,724, filed Feb. 4, 1983, by J. Egrie, published Aug. 22, 1984 as European Patent Application No. 0 116 446, there is described a mouse-mouse hybridoma cell line (A.T.C.C. No. HB8209) which produces a highly specific monoclonal, anti-erythropoietin antibody which is also specifically immunoreactive with a polypeptide comprising the following sequence of amino acids: NH₂-Ala-Pro-Pro-Arg-Leu-Ile-Cys-Asp-Ser-Arg-Val-Leu-Glu-Arg-Tyr-Leu-Leu-Glu-Ala-Lys-COOH. The polypeptide sequence is one assigned to the first twenty amino acid residues of mature human erythropoietin isolated according to the method of Miyake, et al., *J.Biol. Chem.*, 252, 5558–5564 (1977) and upon which amino acid analysis was performed by the gas phase sequencer (Applied Biosystems, Inc.) according to the procedure of Hewick, M., et al., *J.Biol. Chem.*, 256, 7990–7997 (1981). See, also, Sue, et al., *Proc. Nat. Acad. Sci.* (*USA*), 80, pp. 3651–3655 (1983) relating to development of polyclonal antibodies against a synthetic 26-mer based on a differing amino acid sequence, and Sytowski, et al., *J.Immunol. Methods*, 69, pp.181–186 (1984).

While polyclonal and monoclonal antibodies as described above provide highly useful materials for use in immunoas-

AM 27 006215
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER