# EXHIBIT 1

**UNITED STAT 'S DEPARTMENT OF COMM .**
**Patent and Trademark Office**
Address   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/075,278 | 11/30, 01 | LIN | |

┌
REDDGH, MARSHALL & BICKNELL
TWO FIRST NATL. PLAZA STE. 2100
20 SOUTH CLARK ST.
CHICAGO, IL 60603
┘

| EXAMINER |
|---|
| CLEMENS |
| **ART UNIT** | **PAPER NUMBER** |
| | |

DATE MAILED:

*This is a communication from the examiner in charge of your application.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.   35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.   2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449   4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474   6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims _1- 72_ are pending in the application.

   Of the above, claims _1-13, 16, 37-37 and 59-60_ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _14, 15, 17-36, 58 and 61-72_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☒ Claims _1-72_ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.   205

14. ☐ Other

PTOL-326 (Rev. 7 - 82)         * EXAMINER'S ACTION         ᴌ 198

# A 47862

AM670117326                                                                 AM-ITC 00901993

Serial No.    675298                    -2-

Art Unit    127


Restriction to one of the following inventions is required under 35 U.S.C. 121:

I.  Claims 1-13, 16, 39-41, 47-54 and 59, drawn to polypeptide, classified in Class 260, subclass 112.

II.  Claims 14, 15, 17-36, 58 and 61-72, drawn to DNA, classified in Class 536, subclass 27.

III.  Claims 37-38, drawn to plasmid, classified in Class 435, subclass 317.

IV.  Claims 42-46, drawn to cells, classified in Class 435, subclass 240.

V.  Claims 55-57, drawn to pharmaceutical composition, classified in Class 435, subclass 177.

VI.  Claim 60, drawn to assay, classified in Class 435, subclass 6.

Inventions I and II are related as process of making and product made.

The inventions are distinct if either (1) the process as claimed can be used to make another and materially different product, or (2) the product as claimed can be made by another and materially different process.  MPEP 806.05(f).

In this case, the product as claimed may be made by a materially different product, such as isolation from a naturally occurring source.

Inventions II and III are related as product and process of use.

The inventions are distinct if either (1) the process for using the product as claimed can be practiced with another and materially different product, or (2) the product as claimed can be used in a materially different process of using the product. MPEP 806.05(h).


# A 47863

206

ᵢₐᵧ 199

AM670117327                                    AM-ITC 00901994

Serial No.   675298                    -3-
Art Unit   127

In this case, the product as claimed may be made by a materially different product, such as isolation from urine.

Inventions I and V are related as subcombinations disclosed as useable together in a single combination. The subcombinations are distinct from each other if they are shown to be separately useable.  In the instant case, invention I has separate utility such as use in an assay.  See MPEP 806.05(d).

Inventions I and VI are related as subcombinations disclosed as useable together in a single combination. The subcombinations are distinct from each other if they are shown to be separately useable.  In the instant case, invention I has separate utility such as use as a pharmaceutical.  See MPEP 806.05(d).

Because these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their recognized divergent subject matter restriction for examination purposes as indicated is proper.

In a preliminary amendment, filed April 24, 1986, Applicant elected group II, claims 14, 15, 17-36, 58 and 61-72 without traverse.  The non-elected claims are withdrawn from further consideration.

Chingwin et al (Ref. C8) has not been considered because a complete copy of the article was not among the papers in applicants prior art statement.

**A 47864**                              207

AM670117328                          AM-ITC 00901995

Serial No.    675298                    -4-

Art Unit    127

The following is a quotation of the first paragraph of 35 U.S.C. 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

The specification is objected to under 35 U.S.C. 112, first paragraph, as failing to provide an enabling disclosure. The invention depends on certain specific plasmids/microorganisms. As such, a deposit is required under 35 USC 112. Conditions surrounding the deposit which must be met are enumerated in MPEP 608.01(p)(C). The deposit papers supplied with the preliminary amendment have been considered. However, it is not clear that applicants promises to replace these cultures should this become necessary. Assurance of compliance may be in the form of an oath or declaration.

Claims 14, 15, 17-36, 58 and 61-72 are rejected under 35 U.S.C. 112, first paragraph, for the reasons set forth in the above objection to the specification.

Claims 14, 15, 17-36, 58 and 61-72 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claims 14, 15, 62, 64, 66,

**A 47865**

208

AM670117329                                    AM-ITC 00901996

Serial No.   675298                    -5-
Art Unit     127

68, and claims depending from them are unduly alter-
native in their recitation of "procaryotic or
eucaryotic" host cell as these are not equivalent terms.
Claims 14, 17, 34, 58, 69-72 and claims depending from
them are indefinite in that the fragment size claimed is
so vague as to read on single base pairs.  Purported
limitations as to "biological properties" without
further characterizations are so indefinite as to be
meaningless.  Claims 14, 20, 23, 27, 30, 58 and those
depending on them are indefinite in that they refer to a
figure when they can be adequately expressed in words.
Claim 14 has improper Markush language.  Claim 69 omits
the number of the claim it is dependent upon.

     35 U.S.C. 101 reads as follows:

     Whoever invents or discovers any new and useful
     process, machine, manufacture, or composition of
     matter or any new and useful improvement thereof,
     may obtain a patent therefor, subject to the con-
     ditions and requirements of this title.

     Claims 14, 15, 17-36, 58 and 61-72 provisionally
rejected under 35 U.S.C. 101 as claiming the same inven-
tion as that of claims 13-24 and 27 of copending appli-
cation Serial No. 582185.

     This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

     Claims 14, 15, 17-36, 58 and 61-72 are provi-
sionally rejected under 35 U.S.C. 101 as claiming the
same invention as that of claims 1-48 of copending
application Serial No. 655841.

# A 47866

AM670117330                                    AM-ITC 00901997

Serial No.     675298                    -6-

Art Unit     127

This is a provisional double patenting rejection since the conflicting claims have not in fact been patented.

Claims 14, 24, 34 and 36 are rejected under 35 U.S.C. 101 because the claimed invention is directed towards non-statutory subject matter. claims 14, 24, 34 and 36 all read on the naturally occurring erythropoietin gene and portions of it present in erythropoietin-producing cells. The purported limitation of "manufactured" in claim 24 does not distinguish over naturally occurring as it could read on DNA manufactured by the cell naturally. As products of nature, these DNA sequences are not subject to patent protection.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless—

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent.

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 14, 24, 34 and 36 are rejected under 35 U.S.C. 102 (b) as anticipated by or, in the alternative, under 35 U.S.C. 103 as obvious over Sugimoto et al. Sugimoto et al teach a cell line which produces erythropoietin. It appears that the DNA inherently present in

**A 47867**

210

AM670117331                                        AM-ITC 00901998

Serial No.   675298                    -7-

Art Unit   127

these cells is the same as the DNA claimed.  Thus appli-
cants DNA is the same as or obvious over that of
Sugimoto et al.

Claims 14, 15, 17, 18, 20, 24, 25, 26, 27, 33, 34,
58, 61, 62, 63, 64, 65, 66, 69, 70, and 71 are rejected
under 35 U.S.C. 102(a) as being anticipated by Lee-Huang
et al.  The DNA sequences specifically claimed appear to
be the same as those made by Lee-Huang et al.

Claims 14, 15, 17-20, 24, 33, 34, 36, 58, 61, 62,
63, 64, 65, 66, 69, 70, 71 are rejected under 35 U.S.C.
102 (a) as anticipated by or, in the alternative, under
35 U.S.C. 103 as obvious over anticipated Lin et al.

The sequences cloned by Lin et al appear to be the same
as those of the instant case.

The following is a quotation of 35 U.S.C. 103 which
forms the basis for all obviousness rejections set forth
in this Office action:

A patent may not be obtained though the inven-
tion is not identically disclosed or described as
set  forth in section 102 of this title, if the
differences between the subject matter sought to be
patented and the prior art are such that the sub-
ject matter as a whole would have been obvious at
the time the invention was made to a person having
ordinary skill in the art to which said subject
matter pertains.  Patentability shall not be nega-
tived by the manner in which the invention was
made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not
preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

**A 47868**

211

Serial No.    675298                    -8-
Art Unit      127

Claims 14, 15, 17, 18, 20, 21, 22, 23, 24, 34, 35
36, 58 and 61-72 rejected under 35 U.S.C. 103 as being
unpatentable over Sugimoto et al in view of Sugimoto et
al in view of Paddock and Cohen et al.  Sugimoto et al
teach cells from which erythropoietin RNA can be iso-
lated, as they have a high erythropoietin production.
Paddock teaches making cDNA from RNA, and Cohen et al
teach cloning of a desired strand of DNA.  Further,
Sugimoto et al suggest that the erythropoietin gene could
be so cloned.  Thus it would be obvious to one of ordi-
nary skill in the art to isolate and clone the erythro-
poietin gene, as the techniques for doing so are well
known in the art and the expected result is obtained.

Claim 19 is rejected under 35 U.S.C. 103 as being
unpatentable over Sugimoto et al in view of Paddock and
Cohen et al as applied to claims 14, 15, 17, 18, 20, 21,
22, 23, 24, 34, 35, 36, 58 and 61-72 above, and further
in view of Farber et al.  The process and production of
human EPO DNA is obvious as explained supra.  Farber et
al teach a monkey source of RNA for erythropoietin, and
its subsequent translation.  Thus in the absence of
unexpected results, it would be obvious to substitute
one source of the mRNA for another known source.

Claims 25-30 are rejected under 35 U.S.C. 103 as
being unpatentable over Sugimoto et al in view of
Paddock and Cohen et al as applied to claims 14, 15, 17,

## A 47869

212

Serial No.    675298                    -9-
Art Unit    127

18, 20, 21, 22, 23, 24, 25, 34, 35, 36 58 and 61-72
above, and further in view of Bennetzen et al or Gouy et
al.  The process and production of the DNA is obvious,
as discussed supra.  Using codons which are known to be
preferred by Lewin.  The process and production of the
DNA is obvious, as discued supra.  Lewin teaches
radioactively labeled DNA, and its use.  Thus in the
absence of unexpected results, it would be obvious to be
label applicants' DNA, as its use is the same.

    Any inquiry concerning this communication should be
directed to Joanne M. Giesser at telephone number
703-557-0296.

Giesser:st,

6-16-86

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 127

# A 47870

AM670117334                                        AM-ITC 00902001

| FORM PTO 892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 675298 | GROUP ART UNIT 127 | ATTACHMENT TO PAPER NUMBER 8 |
|---|---|---|---|---|

**NOTICE OF REFERENCES CITED**

APPLICANT(S)
Lin

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 3 7 7 5 1 3 | 3/22/83 | Sugimoto et al | 260 | 112 | 8/10/81 |
| * | B | 4 5 0 3 1 5 1 | 3/5/85 | Paddock | 435 | 68 | 11/22/82 |
| * | C | 4 4 6 5 4 6 4 | 8/28/84 | Cohen et al | 435 | 317 | 11/9/78 |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| * | | |
|---|---|---|
| * | R | Lee-Huang, 1984 "Cloning and expression of human erythropoietin cDNA in E. coli" PNAS v81 p2708-12 |
| | S | Lin et al, 1984 "Cloning of the monkey erythropoietin gene" (Abstract) J Cell Bioch Suppl 8 B p45 |
| * | T | Farber et al, 1983 "Translation of mRNA from anemic baboon kidney into biologically active erythropoietin" Exp Hematol v11 Suppl4 Abstr 101 |
| | U | Gouy et al, 1982 "Codon usage in bacteria: correlation with gene expressivity" Nucleic Acids Res. v10 7055-7074 |

| EXAMINER Jeanne M. Giesse | DATE 6/2/86 | A 47871 |
|---|---|---|

214

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

AM670117335                    AM-ITC 00902002

Sheet 1 of 10

| Form PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use several sheets if necessary)* | | APPLICANT FU-KUEN LIN | |
| | | FILING DATE Nov. 30, 1984 | GROUP 127 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ✓ | A1 | 3 0 3 3 7 5 3 | 5/8/62 | White, et al. | — | — | |
| ✓ | A2 | 3 8 6 5 8 0 1 | 2/11/75 | Chiba, et al. | — | — | |
| ✓ | A3 | 4 2 3 7 2 2 4 | 12/2/80 | Cohen et al. | — | — | |
| ✓ | A4 | 4 2 6 4 7 3 1 | 4/28/81 | Shine | — | — | |
| ✓ | A5 | 4 2 7 3 8 7 5 | 6/16/81 | Manis | — | — | |
| ✓ | A6 | 4 2 9 3 6 5 2 | 10/6/81 | Cohen | — | — | |
| ✓ | A7 | 4 3 5 8 5 3 5 | 11/9/82 | Falkow, et al. | — | — | |
| ✓ | A8 | 4 3 7 5 1 1 3 | 3/22/83 | Sugimoto, et al. | — | — | |
| ✓ | A9 | 4 3 9 4 4 4 3 | 7/19/83 | Weissman, et al. | — | — | |
| ✓ | A10 | 4 3 9 7 8 4 0 | 8/9/83 | Takezawa, et al. | — | — | |
| ✓ | A11 | 4 3 9 9 2 1 6 | 8/16/83 | Axel, et al. | — | — | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| EPX ✓ | B1 | 0 0 7 0 6 8 5 | 1/26/83 | European Patent Office | — | — | | |
| ✓ | B2 | 0 0 7 0 6 8 7 | 1/26/83 | European Patent Office | — | — | | |
| ✓ | B3 | 0 0 7 7 6 7 0 | 4/27/83 | European Patent Office | — | — | | |
| ✓ | B4 | 0 0 9 3 6 5 5 | 11/9/83 | European Patent Office | — | — | | |
| ✓ | B5 | 0 1 1 6 4 4 6 | 8/22/84 | European Patent Office | — | — | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ✓ | C1 | Adamson, Hosp.Practice, 18(12), 49-57 (1983) |
| ✓ | C2 | Anderson, et al., P.N.A.S. (USA), 80, pp. 6838-6842 (1983) |
| ✓ | C3 | Baciu, et al., Ann.N.Y.Acad.Sci., 414, pp. 66-72 (1983) |

| EXAMINER *Jeanne M. Giesser* | DATE CONSIDERED *June 2, 1986* |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**A 47872**

184 208

AM670117336                                        AM-ITC 00902003

Sheet 2 of 12

| Form PTO-1449 (REV. 2-93) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | | APPLICANT FU-KUEN LIN | |
| | | FILING DATE Nov. 30, 1984 | GROUP 127 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| [initials] | A12 | 4 4 6 5 6 2 4 | 8/14/84 | Chiba, et al. | — | — | |
| [initials] | A13 | 4 0 3 7 2 4 | | Egrie (not enclosed) | See, B5 | | |
| [initials] | A14 | 4 8 3 4 5 1 | 4/15/85 | Alton, et al. (not enclosed) | See, B11 | | |
| [initials] | A15 | 4 8 7 7 5 3 | | Bitter (not enclosed) | See, B9 | | |
| [initials] | A16 | 6 3 6 7 2 7 | | Morris (not enclosed) | See, B12 | | |
| [initials] | A17 | 4 4 6 8 4 6 6 | 8/28/84 | Cohen et al. | — | — | |
| [initials] | A18 | 4 5 0 3 4 5 1 | 3/5/85 | Paddock | — | — | |
| [initials] | A19 | 4 4 4 2 2 0 5 | 4/10/84 | Hamer et al | — | — | |
| [initials] | A20 | 4 4 1 1 9 9 4 | 10/25/83 | Gilbert et al. | — | — | |
| [initials] | A21 | 4 3 3 8 3 9 7 | 7/6/82 | Gilbert et al. | — | — | |
| [initials] | A22 | 4 5 6 8 4 8 8 | 2/4/86 | Lee-Huang | — | — | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| [initials] | B6 | 0 1 1 7 0 5 8 | 8/29/84 | European Patent Office | — | — | | |
| [initials] | B7 | 0 1 1 7 0 5 9 | 8/29/84 | European Patent Office | — | — | | |
| [initials] | B8 | 0 1 1 7 0 6 0 | 8/2/84 | European Patent Office | — | — | | |
| [initials] | B9 | 0 1 2 3 2 9 4 | 4/19/84 | European Patent Office | — | — | | |
| [initials] | B10 | 2 0 8 5 8 7 5 | 6/2/82 | United Kingdom | — | — | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| [initials] | C4 | Baron, et al., Cell, 28, pp. 395-404 (1982) |
| [initials] | C5 | Beaucage, et al., Tetrahedron Letters, 22, pp. 1859-1862 (1981) |
| [initials] | C6 | Billat, et al., Expt.Hematol., 10(1) 133-140 (1982) |

| EXAMINER *Joanne M. Giesser* | DATE CONSIDERED *June 2, 1986* |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**A 47873**

209.487,

216

AM670117337                                    AM-ITC 00902004

Sheet 3 of 12

| Form PTO-1449 (REV. 3-83) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

*(Use several sheets if necessary)*

APPLICANT
FU-KUEN LIN

| FILING DATE Nov. 30, 1985 | GROUP 127 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| Jmy | A23 | 4 5 5 8 0 0 5 | 12/10/85 | Goldwasser et al. | — | — | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| X Jmy | B11 | 83/ 0 4 0 5 3 | 11/24/83 | PCT | — | — | | |
| X Jmy | B12 | 0 1 3 6 4 9 0 | 4/10/85 | European Patent Office | — | — | | |
| X Jmy | B13 | 85/ 0 3 0 7 7 | 7/18/85 | PCT | — | — | | |
| X Jmy | B14 | 85/ 0 4 4 4 6 | 10/10/85 | European Patent Office | — | — | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| Jmy | C7 | Blattner, et al., Science, 196, pp. 161-169 (1977) |
| | C8 | Chirgwin, et al., Biochemistry, 18, p. 5294 (1979) |
| Jmy | C9 | Chisholm, High Technology, Vol. 2, No. 1 pp. 57-63 (1983) |

| EXAMINER Jeanne M. Geesser | DATE CONSIDERED 6/2/86 |

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.*

**A 47874**

210 ISA

217

FORM PTO-1449            Atty. Docket No.           Serial No.
                             7183                    675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984      Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C10 | Choo, et al. | Nature, 299, pp. 178-180 (1982) |
| C11 | Choppin, et al. | Blood, 64(2) 341-347 (1984) |
| C12 | Chou, et al. | Biochem., 13, 222-245 (1974) |
| C13 | Chou, et al. | Advances in Enzymology, 47, 45-47 (1978) |
| C14 | Chou, et al. | Ann.Rev.Biochem., 47, 251-77 (1978) |
| C15 | Claus-Walker, et al. | Arch.Phys.Med.Rehabil., 65, 370-374 (1984) |
| C16 | Congote | Biochem.Biophys.Res.Comm., 115(2), 477-483 (1983) |
| C17 | Congote | Anal.Biochem., 140, 428-433 (1984) |
| C18 | Congote, et al. | Abstract 364, Proceedings 7th International Congress of Endocrinology (Quebec City, Quebec, July 1-7, 1984) |
| C19 | Cotes, et al. | Nature, 191, 1065-1067 (1961) |
| C20 | Cotes, et al. | Brit.J.Obstet.Gyneacol., 90(4), 304-311 (1983) |
| C21 | Dainiak, et al. | Cancer, 51(6), 1101-1106 (1983) |
| C22 | Das, et al. | P.N.A.S. (USA), 80, pp. 1531-1535 (1983) |
| C23 | Davis, et al. | "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1980), pp. 55-58 & 174-176 |

# A 47875

Considered  6/2/86  Joanne M. Gresse
                     189  211

218

AM670117339                                        AM-ITC 00902006

● FORM PTO-1449         Atty. Docket No.              Serial No.
                             7183                    675,298

Applicant:  FU-KUEN LIN

Filing Date:  November 30, 1984      Group Art Unit 127

---

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

---

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C24 | Dessypris, et al. | Brit.J.Haematol., 56, 295-306 (1984) |
| C25 | Dreesman, et al. | Nature, 295, 158-160 (1982) |
| C26 | Dunn | "Current Concepts in Erythropoiesis", John Wiley & Sons, Chichester, England, 1983 |
| C27 | Dunn, et al. | Expt.Hematol., 11(7), 590-600 (1983) |
| C28 | Dunn, et al. | Eur.J.Appln.Physiol., 52, 178-182 (1984) |
| C29 | Emmanouel, et al. | Am.J.Physiol., 247 (1 Pt 2), F168-76 (1984) |
| C30 | Eschbach, et al. | J.Clin.Invest., 74(2), pp. 434-441 (1984) |
| C31 | Farber | Clin.Res., 31(4) 769A (1983) |
| C32 | Farber, et al. | Exp.Hematol., 11., Supp. 14, Abstract 101 (1983) |
| C33 | Farber, et al. | Blood, 62, No. 5, Supp. No. 1, Abstract 392, 122a (1983) |
| C34 | Fiddes, et al. | J.Mol. & App.Genetics, 1, pp. 3-18 (1981) |
| C35 | Finch | Blood, 60(6), 1241-1246 (1982) |
| C36 | Fisher, et al. | Steroids, 30(6), 833-845 (1977) |
| C37 | Gasser, et al. | P.N.A.S. (USA), 79, 6522-6526 (1982) |
| C38 | Gene Screen | New England Nuclear, Catalog No. NEF-972 |
| C39 | Gibson, et al. | Pathology, 16, 155-156 (1984) |

Considered June 2, 1986
Joanne M. Gusser

**A 47876**

A90212

219

FORM PTO-1449          Atty. Docket No.          Serial No.
                            7183                  675,298

Applicant:  FU-KUEN LIN

Filing Date:  November 30, 1984      Group Art Unit 127

## INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT

### OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C40 | Goldwasser, | J.Cell.Physiol., 110(Supp. 1), 133-135 (1982) |
| C41 | Goldwasser, et al. | Endocrinology, 97, 2, 315-323 (1975) |
| C42 | Gray, et al. | Nature, 295, 503-508 (1982) |
| C43 | Gray, et al. | Biotechnology, 2, 161-165 (1984) |
| C44 | Green, et al. | Cell, 28, 477-487 (1982) |
| C45 | Haddy | Am.Jour.Ped.Hematol./Oncol., 4, 191-196 (1982) |
| C46 | Haga, et al. | Acta.Pediatr.Scand., 72, 827-831, (1983) |
| C47 | Hagiwara, et al. | Blood, 63(4), 828-835 (1984) |
| C48 | Hammond, et al. | Ann.N.Y.Acad.Sci., 149, 516-527 (1968) |
| C49 | Hellmann, et al. | Clin.Lab.Haemat., 5, 335-342 (1983) |
| C50 | Hewick, et al. | J.Biol.Chem., 256, 7990-7997 (1981) |
| C51 | Hopp, et al. | P.N.A.S. (USA), 78, 3824-3828 (1981) D=7182 |
| C52 | Jaye, et al. | Nuc.Acids Res., 11, pp. 2325-2335 (1983) |
| C53 | Jelkman, et al. | Expt.Hematol., 11(7), 581-588 (1983) |
| C54 | Kaiser, et al. | Science, 223, pp. 249-255 (1984) |
| C55 | Kalmanti | Kidney Int., 22, 383-391 (1982) |
| C56 | Karn, et al. | P.N.A.S. (USA), 77, pp. 5172-5176 (1980) |

## A 47877

Considered June 2, 1986
Joanne M. Giesser

LGT 213                    220

AM670117341                                      AM-ITC 00902008

Sheet 7 of 12

●ORM PTO-1449           Atty. Docket No.           Serial No.
                            7183                   675,298

Applicant: FU-KUEN LIN

Filing Date: November 30, 1984     Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C57 | Katsuoka, et al. | Gann, 74, 534-541 (1983) |
| C58 | Kornblitt, et al. | P.N.A.S. (USA), 80, pp. 3218-3222 (1982) |
| C59 | Krane | Henry Ford Hosp.Med.J., 31(3) 177-181 (1983) |
| C60 | Krystal | Expt.Hematol., 11(7), 649-660 (1983) |
| C61 | Kurachi, et al. | P.N.A.S. (USA), 79, pp. 6461-6464 (1982) |
| C62 | Kurtz | FEBS Letters, 149(1), 105-108 (1982) |
| C63 | Kyte, et al. | J.Mol.Biol., 157, 105-132 (1982) |
| C64 | Lappin, et al. | Exp.Hematol., 11(7), 661-666 (1983) |
| C65 | Lawn, et al. | Cell, 15, pp. 1157-1174 (1978) |
| C66 | Lawn, et al. | Cell, 18 - Typographical error, should be Cell, 15 - See C65 |
| C67 | Ledeen, et al. | Methods in Enzymology, 83(Part D), 139-191 (1982) |
| C68 | Lee-Huang | Proc.Nat.Acad.Sci (USA), 81, 2708-2712 (1984) |
| C69 | Lee-Huang | Abstract No. 1463, Fed.Proc., 41, 520 (1982) |
| C70 | Lerner | Scientific American, 248, No. 2, 66-74 (1983) |
| C71 | Lerner, et al. | Cell, 23, 309-310 (1981) |
| C72 | Lerner, et al. | P.N.A.S. (USA), 78, 3403-3407 (1981) |

**A 47878**

Considered June 2, 1986
Joanne M. Giesser                    197 214

221

Sheet 8 of 12

FORM PTO-1449           Atty. Docket No.              Serial No.
                            7183                       675,298

Applicant:  FU-KUEN LIN

Filing Date:  November 30, 1984      Group Art Unit 127

---

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

---

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | | |
|---|---|---|---|
| | C73 | Lipschitz, et al. | Blood, 63(3), 502-509 (1983) |
| | C74 | Maniatis, et al. | "Molecular Cloning, a Laboratory Manual", Cold Springs Harbor, N.Y. (1982) |
| | C75 | McGonigle, et al. | Kidney Int., 25(2), 437-444 (1984) |
| | C76 | Messing | Methods in Enzymology, 101, 20-78 (1983) |
| | C77 | Methods in Yeast... | Methods in Yeast Genetics, Cold Spring Harbor Lab., Cold Spring Harbor, N.Y. p. 62 (1983) (not enclosed) |
| | C78 | Miller, et al. | Brit.J.Haematol., 52, 545-549 (1982) |
| | C79 | Miyake, et al. | J.Biol.Chem., Vol. 252, No. 15, pp. 5558-5564 (1977) |
| | C80 | Morrison | "Bioprocessing in Space -- an Overview", pp. 557-571 in The World Biotech Report, 1984, Volume 2:USA |
| | C81 | Murphy, et al. | Acta.Haematologica Japonica, 46(7), 1380-1396 (1983) |
| | C82 | Nathan, et al. | New Eng.J.Med., 308(9), 520-522 (1983) |
| | C83 | Naughton, et al. | Ann.Clin.Lab.Sci., 13(5), 432-438 (1983) |
| | C84 | Naughton, et al. | Acta.Haemat., 69, 171-179 (1983) |
| | C85 | Neeser, et al. | Anal.Biochem., 142, 58-67 (1984) |
| | C86 | Nigg, et al. | P.N.A.S. (USA), 79, 5322-5326 (1982) |

# A 47879

Considered June 2, 1986
Joanne M. Gieser                    195 215                    222

FORM PTO-1449          Atty. Docket No.          Serial No.
                            7183                   675,298

Applicant: FU-KUEN LIN

Filing Date: November 30, 1984      Group Art Unit 127

---

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

---

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C87 | Ohkubo, et al. | P.N.A.S. (USA), 80, pp. 2196-2200 (1983) |
| C88 | Okayama, et al. | Mol.& Cell.Biol., 2, 161-170 (1982) |
| C89 | Palmiter, et al. | Science, 222(4625), 809-814 (1983) |
| C90 | Pavlovic-Kentera, et al. | Expt.Hematol., 8(Supp. 8), 283-291 (1980) |
| C91 | Pennathur-Das et al. | Blood, 63(5), 1168-71 (1984) |
| ~~C92~~ | ~~Points to Consider..~~ | ~~"Points to Consider in the Characterization of Cell Lines Used to Produce Biologics", June 1, 1984, Office of Biologics Research Review, Center for Drugs & Biologics, U.S. Food & Drug Administration (Section A, Part 2) (not enclosed)~~ |
| C93 | Resegotti, et al. | Panminerva Medica, 23, 243-248 (1981) |
| C94 | Reyes, et al. | P.N.A.S. (USA) 79, pp. 3270-3274 (1982) |
| C95 | Ross, et al. | Nature, 294, 654-656 (1981) |
| C96 | Rothmann, et al. | J.Surg.Oncol., 20, 105-108 (1982) |
| C97 | Saito, et al. | Jap.J.Med., 23(1), 16-21 (1984) |
| C98 | Sanger, et al. | P.N.A.S. (USA), 74, 5463-5467 (1977) |
| C99 | Sasaki | Biomed.Biochim.Acta., 42(11/12), S202-206 (1983) |
| C100 | Schwartz, et al. | Otolaryngol, 109, 269-272 (1983) |

**A 47880**

Considered June 2,          FKL 216                    223

Sheet 10 of 12

FORM PTO-1449    Atty. Docket No.    Serial No.
7183    675,298

Applicant: FU-KUEN LIN

Filing Date: November 30, 1984    Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C101 | Shahidi | New.Eng.J.Med., 289, 72-80 (1973) |
| C102 | Singer-Sam, et al. | P.N.A.S. (USA), 80, pp. 802-806 (1983) |
| C103 | Sue, et al. | Proc.Nat.Acad.Sci. (USA), 80, 3651-3655 (1983) |
| C104 | Suggs, et al. | P.N.A.S. (USA), 78, pp. 6613-6617 (1981) |
| C105 | Sytowski, et al. | Expt.Hematol., 8(Supp. 8), 52-63 (1980) |
| C106 | Sytowski, et al. | J.Immunol.Methods, 69, 181-186 (1984) |
| C107 | Tambourin, et al. | P.N.A.S. (USA), 80, 6269-6273 (1983) |
| C108 | Taub, et al. | Anal.Biochem., 126, 222-230 (1982) |
| C109 | Testa, et al. | Exp.Hematol., 8(Supp. 8), 144-152 (1980) |
| C110 | Tong, et al. | J.Biol.Chem. 256(24), 12666-12672 (1981) |
| C111 | Tramontano, et al. | Nucleic Acids Research, 12, 5049-5059 (1984) |
| C112 | Udupa, et al. | J.Lab.Clin.Med., 103(4), 574-580 & 581-588 (1984) |
| C113 | Urabe, et al. | J.Exp.Med., 149, 1314-1325 (1979) |
| C114 | Urlaub, et al. | Proc.Nat.Acad.Sci. (USA), Vol. 77, 4216-4220 (1980) |

**A 47881**

Considered June 2, 1986
Jeanne M. Giesser

224

AM670117345    AM-ITC 00902012

Sheet 11 of 12

● FORM PTO-1449

| | Atty. Docket No. 7183 | Serial No. 675,298 |

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984    Group Art Unit 127

## INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT

### OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | | |
|---|---|---|---|
| Jmy | C115 | Vedovato, et al. | Acta.Haematol., 71, 211-213 (1984) 14 |
| Jmy | C116 | Vichinsky, et al. | J.Pediatr. 105(1), 15-21 (1984) 14 |
| Jmy | C117 | Wallace, et al. | Nuc.Acids Res., 9, pp. 879-894 (1981) 14 |
| Jmy | C118 | Wallace, et al. | Nuc.Acids Res., 6, pp. 3543-3557 (1979) 14 |
| Jmy | C119 | Wallace, et al. | Gene, 16, 21-26 (1981) 14 |
| Jmy | C120 | Walter, et al. | P.N.A.S. (USA), 78, 4882-4886 (1981) 14 |
| Jmy | C121 | Walter, et al. | P.N.A.S. (USA), 77, 5197-5200 (1980) 14 |
| Jmy | C122 | Weiland, et al. | Blut, 44(3), 173-175 (1982) 14 |
| Jmy | C123 | Weiss, et al. | P.N.A.S. (USA), 79, 5465-5469 (1982) 14 |
| Jmy | C124 | Weiss, et al. | Am.J.Vet.Res., 44(10), 1832-1835 (1983) 14 |
| Jmy | C125 | Wong, et al. | P.N.A.S. (USA), 78, 7412-7416 (1981) 14 |
| Jmy | C126 | Woo | Methods in Enzymology, 68, 389-395 (1979) 14 |
| Jmy | C127 | World Biotech | World Biotech Report, 1984, Vol. 2:USA ( See C80) |
| Jmy | C128 | Yanagawa, et al. | Blood, 64(2), 357-364 (1984) 14 |
| Jmy | C129 | Yanagawa, et al. | J.Biol.Chem., 259(5), 2707-2710 (1984) 14 |
| Jmy | ~~C130~~ | ~~Brcome, et al.~~ | ~~P.N.A.S. (USA), 75, 2746-2749 (1978)~~ |

Considered June 2, 1986
Joanne M. Giesser

**A 47882**

AJB 218

225

AM670117346

AM-ITC 00902013

Sheet 12 of 12

FORM PTO-1449          Atty. Docket No.          Serial No.
                            7183                   675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984     Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

C131     Dunn, et al.          Chemical Abstracts, 91, 190417r
                                (1979)

C132     Grantham, et al.      Nuc. Acids. Res., 9, r43-r74
                                (1981)

C133     Bennetzen, et al.     J.Biol.Chem., 257, 3026-3031
                                (1982)

C134     Hamer, et al.         Nature, 281, 35-40 (1979)

Considered June 2, 1986
Jeanne M. Giesser

A 47883

226

AM670117347                                 AM-ITC 00902014