# EXHIBIT 2



NOTICE OF
CLAIMED INVESTIGATIONAL EXEMPTION
FOR A NEW DRUG

ERYTHROPOIETIN (EPOCH)

CHUGAI PHARMACEUTICAL CO., LTD.

VOLUME 1.3

Plaintiff's Exhibit 19

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     639

PLAINTIFF'S
EXHIBIT
19

A 119740

AM-ITC 00166343

371

1

**6.1.2  Biological Characterization of Protein Identity and Potency**

6.1.2.1  Description of EPO Assays.........................................2
  A.  Bioassays Used for EPO Project...................................2
  B.  Base Standard For Establishment of Activity Unit.................3
  C.  Measurement of EPO Protein Concentration.........................3
6.1.2.2  Measurement of EPO In Vitro Biological Activity.................6
  A.  Mouse Spleen Cell Proliferation Assay............................6
    1.  Standard operating procedure for the in vitro EPO assay.......7
    2.  Validation of the in vitro EPO assay.........................7
    3.  In vitro specific activity of EPO production lots............8
6.1.2.3  Measurement of EPO In Vivo Biological Activity.................10
  A.  Polycythemic Mouse EPO Assay.....................................10
    1.  Validation of the mouse in vivo EPO assay....................11
    2.  In vivo specific activity of the EPO production lots.........13
  B.  Activity of Recombinant EPO in Primates..........................15
6.1.2.4  Comparison of Biological Activity of Recombinant and Urinary EPO....19
  A.  Purification of Human Urinary EPO................................19
  B.  Comparison of Recombinant and Urinary EPO In Vitro Specific Activity....20
  C.  Comparison of Recombinant and Urinary EPO In Vivo Specific Activity.24

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    960

A 120069

AM-ITC 00166672

371

6.1.2.1 Description of EPO Assays

A. Bioassays Used for EPO Project

Hormones such as EPO, have historically been difficult to assay because of the requirement for in vivo systems or in vitro systems which utilize living cells. As a consequence, a substantial body of literature has accumulated describing techniques for measuring the biological activity of EPO present in an unknown sample. The methods vary widely in terms of their accuracy and sensitivity, the amount of labor required and their in vivo relevance.

To characterize the biological properties of recombinant EPO and compare those properties with human urinary EPO, three different methods have been developed and used in this project. Each is described in detail in this section.

1. Assays of the in vitro EPO biological activity are performed by a slightly modified version of the published method of Krystal (1983). This assay measures the stimulation of proliferation within a population of isolated spleen cells enriched for erythrocyte precursors.

2. Routine assays of the in vivo activity of EPO are performed by measuring the induction of iron incorporation into erythrocytes within polycythemic mice as described by Erslev (1983).

3. The in vivo efficacy of recombinant EPO was tested in a primate species in order to characterize the in vivo activity within an animal model more relevant to human. Efficacy was measured by the ability to increase the reticulocyte fraction within the blood. Complete blood chemistry was obtained to test for unexpected reactions to the recombinant EPO. The pharmacokinetics of EPO in primates was also determined by assaying the level of EPO in the blood at various times post infusion.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI 961

372

3

B. Base Standard for Establishment of Activity Unit

For assays that are designed to establish the units of biological activity within an unknown sample, it is necessary to first establish a dose/response curve for a standard of known biological activity. The unknown sample is then diluted to the extent necessary such that the response of the sample in the assay is in the linear range of the reference standard curve. Urinary EPO from Toyobo Co., Ltd. is the base standard we have used to establish unit measurement of biological activity.

The Toyobo standard consists of partially purified EPO prepared from the urine of aplastic anemia patients. It is widely used for erythropoietin research and is itself based on the internationally recognized WHO EPO standard. When new vials of standard are needed, dose response curves are obtained with the new and old standard. In every case to date these curves have demonstrated equivalent biological activity between different lots of standard (within the error range of the particular assay).

C. Measurement of EPO Protein Concentration

Accurate determination of in vitro and in vivo specific activity requires a precise measurement of protein concentration. For this purpose, samples of pure EPO with unknown protein concentration are hydrolyzed in acid and injected onto an automated Amino Acid Analyzer for quantitation of individual amino acid content using methods described in Section 6.1.1.1. The analysis also provides the amino acid composition which confirms the purity and complete hydrolysis of the sample. From the calculated recoveries and the known mole ratios of individual amino acids it is possible to extrapolate the protein concentration of the unknown sample. It should be noted that the calculated value does not consider carbohydrate content and thus measures the polypeptide concentration

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.HA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    962

A 120071

AM-ITC 00166674

373

4

rather than the glycoprotein concentration.

As an example of this method for measurement of EPO protein concentration, the analysis of an unknown sample is described. A homogeneous sample of EPO designated 535-87 was hydrolyzed in 6N HCL, dried and solubilized in sample buffer. Exactly 25% of the sample was injected onto the analyzer. The recovery of each amino acid was calculated by computer from the integrated area of its unique optical density peak using known standards to establish the extinction coefficient. To estimate the percent recovery, 150 pm of norleucine is included as internal control.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    963

A 120072

AM-ITC 00166675

374

5

## Figure 6.1.2.1-1

### Amino Acid Composition of Reference Standard 535-87

| Amino Acid | Expected Mole Ratio | Recovery 50 ul Load.ns | Observed Mole Ratio | Recovery 100 ul Load.ns | Observed Mole Ratio |
|---|---|---|---|---|---|
| Asx | 12 | 724 | 11.6 | 1518 | 11.8 |
| Thr | 10 | 603 | 9.6 | 1258 | 9.8 |
| Ser | 11 | 488 | 7.8 | 993 | 7.7 |
| Glx | 19 | 1187 | 19.0 | 2440 | 19.0 |
| Pro | 8 | 530 | 8.5 | 1087 | 8.5 |
| Gly | 9 | 615 | 9.8 | 1271 | 9.9 |
| Ala | 19 | 1187 | 19.0 | 2478 | 19.3 |
| Cys | 4 | - | - | - | 11.0 |
| Val | 11 | 666 | 10.7 | 1406 | 11.0 |
| Met | 1 | - | - | 60 | 0.5 |
| Ile | 5 | 305 | 4.9 | 643 | 5.0 |
| Leu | 23 | 1511 | 24.2 | 3150 | 24.5 |
| Norleu | - | 145 | - | 157 | - |
| Tyr | 4 | 239 | 3.8 | 505 | 3.9 |
| Phe | 4 | 234 | 3.8 | 475 | 3.7 |
| His | 2 | 123 | 2.0 | 265 | 2.1 |
| Lys | 8 | 503 | 8.0 | 1075 | 8.4 |
| Trp | 3 | - | - | - | - |
| Arg | 13 | 745 | 11.9 | 1570 | 12.2 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    964

A 120073

AM-ITC 00166676

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
0720 TJH(DC.CA)CHUGAI      965      6

Calculation of protein concentration:

In the example shown in Figure 6.1.2.1-1, 50 ul and 100 ul aliquots of an unknown sample of purified EPO were hydrolyzed and 25% of the recovered hydrolyzate was analyzed using a Beckman 6300 Amino Acid Analyzer. The high correlation between the expected and observed molar ratios indicates complete hydrolysis and confirms the high degree of purity of the sample. The quantitative recovery of the norleucine indicates 100% amino acid recovery on HPLC.

For protein concentration calculation, it is noted that 2440 pm of Glx was recovered from 25% of the 100 ul hydrolyzate indicating 9760 pm Glx/100 ul or 97.6 nmoles Glx/ml of unknown sample. Since there are 19 Glx/mole EPO, this indicates 5.1 nmoles EPO/ml. Since there are 18.4 ug protein/nmole EPO, this indicates that the unknown sample contains 94 ug EPO protein/ml.

6.1.2.2. Measurement of EPO In Vitro Biological Activity

A. Mouse Spleen Cell Proliferation Assay

For measurement of the in vitro biological activity of EPO, we have slightly modified an effective protocol described by Krystal (1983). Phenylhydrazine is given by injection to mice creating a drug induced anemia that results in the accumulation of erythroid precursor cells in the spleen. The spleen is removed and the population of cells, enriched for erythroid progenitors, is isolated and cultured. These cells are particularly responsive to proliferation upon addition of EPO. Thus $^3$H-thymidine incorporation into these cells is increased well above background by culturing in the presence of EPO. Utilizing an EPO standard, a linear dose/response range is established. Unknown samples can be accurately assayed for EPO when they are diluted such that the $^3$H incorporation is within the linear response range of the standard curve.

A 120074

AM-ITC 00166677

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     966

7

The standard operating procedure for in vitro EPO bioassay is included in SOP
#QCA014, included in Appendix A.

Validation of the in vitro EPO assay

a. Inter-assay Validation of In Vitro Bioassay

To ascertain the reproducibility of the in vitro EPO bioassay when performed
on different days, a common sample was included on thirteen separate days of
assay (four times as duplicates) as an internal control. The results of the
assays for a six week period are shown below.

| Assay # | Measured units/ml |
|---------|-------------------|
| 1 | 608 |
| 2 | 624 |
| 3 | 591 |
| 4 | 608 |
| 5 | 758, 640 |
| 6 | 516 |
| 7 | 664 |
| 8 | 912 |
| 9 | 512, 812 |
| 10 | 795, 663 |
| 11 | 666 |
| 12 | 869 |
| 13 | 694, 596 |

average-     678 +/- 115 units/ml

coefficient of variability- 17.0%

The variability coefficient of 17% obtained in this sampling was
significantly lower than is expected for bioassays of this nature and in several
other studies, not otherwise relevant to this document, was generally in the
range of 30-40%. Control samples were included in all bioassays and the results
were acceptable if the control sample measured within the established variability
range.

Intra-assay Validation of the EPO In Vitro Bioassay

Validation of the spleen cell bioassay was performed whenever a new lot of

A 120075

AM-ITC 00166678

8

serum, mice or EPO standard was introduced. The procedure is to assay the standard and a control EPO sample 10 times each and to establish a mean and coefficient of variability. If previously established acceptance criteria were not met, the validation was repeated once. A second failure would require effort to locate acceptable reagent lots.

Standard operating procedure for the in vitro bioassay validation is in SOP # QCB012, included in Appendix A.

**In vitro specific activity of EPO production lots**

The five production lots were each assayed for in vitro biological activity and the measured activities were converted to specific activity by using the protein concentration values measured by amino acid analysis (6.1.2.1.C). The results are shown in Figure 6.1.2.2-1. Although there is the typical variability expected for an assay of this type, all the production lots have calculated specific bioactivities in which the one sigma statistical ranges overlap. Thus, the data is consistent with the structural characterization results implying that the all of the production lots are equivalent.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    967

A 120076

AM-ITC 00166679

37

9

**Figure 6.1.2.2-1**

In Vitro Specific Activity of EPO Production Lots

| Lot # | Assay # | Measured Specific Activity (units/mg) |
|-------|---------|----------------------------------------|
| P005 | 1 | 159000 |
|  | 1 | 137000 |
|  | 1 | 163000 |
|  | 2 | 223000 |
|  | 2 | 204000 |
|  | 2 | 140000 |
|  | 3 | 214000 |
|  | 3 | 214000 |
|  | average | 182000 +/- 36000 |
| P006 | 1 | 224000 |
|  | 1 | 286000 |
|  | 2 | 140000 |
|  | 2 | 110000 |
|  | 2 | 149000 |
|  | 3 | 193000 |
|  | 3 | 198000 |
|  | average | 186000 +/- 59000 |
| P007 | 1 | 137000 |
|  | 1 | 190000 |
|  | 1 | 206000 |
|  | 2 | 500000 |
|  | 2 | 428000 |
|  | 2 | 305000 |
|  | 3 | 352000 |
|  | 3 | 238000 |
|  | average | 294000 +/- 125000 |
| P008 | 1 | 246000 |
|  | 1 | 223000 |
|  | 1 | 169000 |
|  | 2 | 358000 |
|  | 2 | 356000 |
|  | 3 | 466000 |
|  | 3 | 393000 |
|  | 3 | 253000 |
|  | average | 295000 +/- 94000 |
| P009 | 1 | 214000 |
|  | 1 | 215000 |
|  | 1 | 253000 |
|  | 2 | 220000 |
|  | 2 | 244000 |
|  | 2 | 191000 |
|  | 3 | 159000 |
|  | 3 | 141000 |
|  | average | 205000 +/- 39000 |
| overall average |  | 234000 +/- 91000 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
0720© TJH(DC.CA)CHUGAI
968

A 120077

AM-ITC 00166680

380

10

### 6.1.2.3 Measurement of EPO In Vivo Biological Activity

#### A. Polycythemic Mouse EPO Assay

To measure the in vivo biological activity of recombinant EPO preparations and to compare this activity to that of human urinary EPO, we have chosen to utilize a murine model system. Biological activity is measured as the increased incorporation of radioactive iron into red blood cells in blood. Basal levels of EPO in the animals is reduced by pretreating the animals with two daily infusions of concentrated murine red blood cells. This treatment induces polycythemia in the animals and results in the inhibition of de novo EPO synthesis and consequent reduction in red blood cell production. Thus the animals become particularly sensitive to exogenous EPO and exhibit a significant response to as little as 100 units. The in vivo polycythemic mouse assay is described in detail in Erslev, "Erythropoietin", p.1634 in Hematology (eds: Williams, Beutler, Erslev, and Lichtman; McGraw Hill, 3rd edition, 1983); a photocopy of the protocol from the book is attached.

Samples for in vivo activity measurements are sent to Dr. Jaime Caro, Cardeza Foundation for Hematologic Research, Philadelphia, PA. Dr. Caro has been performing the in vivo assay for a number of years in his laboratory and is considered to be one of the world's experts in this assay. Each sample is sent to Dr. Caro in form ready for injection into the mouse and is arbitrarily labeled (blind from Dr. Caro's perspective). Based on many previous calibrations of the assay to WHO EPO standards, Dr. Caro has established a standard curve relating iron incorporation to EPO activity. The results he reports to us are based on this standard calibration curve. We have validated that the in vivo activity units that Dr. Caro reports to us are equivalent to the units of biological activity obtained with the Toyobo standard we have chosen for internal

CONFIDENTIAL SUBJECT TO PRO-
TECTIVE ORDER CA.NO.87-2617Y
(D.C.MA) CA.NO.87-0720OTJH
(D.C.CA) CHUGAI 968A

A 120078

381

11

standardization of biological activity.

1.  Validation of the mouse in vivo EPO assay

Validation was performed to test the accuracy and reproducibility of the in vivo EPO bioassay performed by Dr. Caro.  For seven different weekly assays, dilutions of urinary EPO standard from Toyobo were included among the samples shipped to Dr. Caro for assay.  He was unaware of the nature or dilution of these samples.  The data from these samples are reported in Figure 6.1.2.3-1 and Figure 6.1.2.3-2.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     969

A 120079

AM-ITC 00166682

38:

12

## Figure 6.1.2.3-1

## Validation of the Polycythemic Mouse Assay Results with Toyobo EPO

| Toyobo Samples Expected | | Observed | Corrected to 500 |
|---|---|---|---|
| 4/16 | 500 | 540 | 540 |
| | 250 | 220 | 440 |
| | 125 | 175 | 700 |
| 4/23 | 500 | 420 | 420 |
| | 250 | 270 | 540 |
| 4/30 | 500 | 540 | 540 |
| | 250 | 320 | 640 |
| 5/7 | 500 | 410 | 410 |
| | 250 | 290 | 480 |
| | 200 | 95 | 238* |
| 5/13 | 500 | 380 | 380 |
| | 250 | 230 | 460 |
| 5/28 | 800 | 700 | 438 |
| | 600 | 470 | 392 |
| | 400 | 390 | 488 |
| | 200 | 270 | 675 |
| 6/3 | 300 | 360 | 600 |
| | 200 | 360 | 900* |
| | 100 | 145 | 725 |

Assuming the linear range is 0-400 mUnits and eliminating two most divergent data points (*) then after adjusting all points to an arbitrary 500 mU reference point:

Average calculated in vivo activity for samples containing 500 munits/ml of Toyobo standard= 572 +/- 112 munits/ml

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
0720D TJH(DC.CA)CHUGAI
970

A 120080

AM-ITC 00166683



Figure 6.1.2.3-2    Validation of the mouse *in vivo* EPO assay

A 120081

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    971

AM-ITC 00166684

Figure 6.1.2.3-1 shows that the expected activity (based on the st: activity on the bottle) and the observed activity (based on the calculated experimental error. Figure 6.1.2.3-2 indicates that th the linear range of the in vivo assay for EPO is optimally between 100-400 mUnits for ....

2. ...

**Specific activity of the production lots of EPO**

Pilot plant batches 9005,6,7,8, and 9 were each assayed such that at least four dilutions were within the linear range of the assay. The protein concentration of each batch were determined by the amino acid analysis method described in Section 6.1.2.1.C. The assay results and calculated specific activity are shown in Figures 6.1.2.3-3 and 6.1.2.3-4. Estimated specific activities vary between 182,000 and 266,000 units/mg with calculated standard deviations that overlap within the one sigma statistical range (90% confidence level). The results are thus consistent with all samples having the same in vivo biological activity. Averaging the results from the five samples, the calculated specific activity of the recombinant EPO from the production lots is 231,000 +/- 51,000 units/mg with a 95% confidence level.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI
972

A 120082

AM-ITC 00166685

385

14

## Figure 6.1.2.3-3

### Measurement of In Vivo Specific Activity of Production Lots

| Lot # | Protein Concentration ng/ml | In Vivo Activity units/ml | In Vivo Specific Activity units/mg |
|-------|------------------|-----------------|-------------------|
| P005  | 2.0 | 400 | 200000 |
|       | 2.0 | 390 | 200000 |
|       | 1.5 | 180 | 120000 |
|       | 1.0 | 210 | 210000 |
| average in vivo specific activity- | | | 182000 +/- 42000 |
| P006  | 2.13 | 410 | 190000 |
|       | 2.0  | 430 | 220000 |
|       | 1.7  | 440 | 260000 |
|       | 1.5  | 340 | 230000 |
|       | 1.5  | 290 | 190000 |
|       | 1.28 | 410 | 320000 |
|       | 1.0  | 230 | 230000 |
|       | 0.85 | 270 | 320000 |
| average in vivo specific activity- | | | 245000 +/- 52000 |
| P007  | 2.0 | 325 | 160000 |
|       | 2.0 | 480 | 240000 |
|       | 1.5 | 320 | 210000 |
|       | 1.0 | 225 | 220000 |
| average in vivo specific activity- | | | 207000 +/- 34000 |
| P008  | 2.0 | 325 | 160000 |
|       | 2.0 | 360 | 180000 |
|       | 1.5 | 320 | 210000 |
|       | 1.0 | 185 | 180000 |
| average in vivo specific activity- | | | 182000 +/- 21000 |
| P009  | 2.0  | 590 | 300000 |
|       | 1.4  | 390 | 280000 |
|       | 1.4  | 300 | 210000 |
|       | 0.93 | 220 | 240000 |
|       | 0.7  | 210 | 300000 |
| average in vivo specific activity- | | | 266000 +/- 40000 |
| average in vivo specific activity all lots- | | | 223000 +/- 51000 |

A 120083

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
0720O TJH(DC.CA)CHUGAI    973

AM-ITC 00166686

386

15

6.1.2.3.B  Activity of Recombinant EPO in Primates

Recombinant EPO was tested for in vivo biological activity in a primate model as the most relevant animal model available.  The healthy, male cynomolgous macaque (M. fasicularis) used in this study was obtained from and housed at the New England Regional Primate Center and maintained in accordance with the guidelines of the Committee on Animals of the Harvard Medical School and those prepared by the committee on care and use of Laboratory Animals of the Institute of Laboratory Animal Resources, National Research Council.  EPO expressed in DN2-3a3 cells was prepared exactly as described for the production lots. The purified protein from the final reverse-phase HPLC step was prepared for infusion by placing 4.5 milliliters of the preparation into 8 milliliters of 5% dextrose (Cutter Laboratories) which was subsequently concentrated to a final volume of 8 milliliters.  Standard procedures were used to prepare and maintain samples pyrogen-free in the final formulated material.  Endotoxin levels were determined by the Limulus amoebocyte lysate colorimetric assay (Whittaker Bioproducts, Walkersville, Maryland) and were undetectable (<0.1 endotoxin units ml$^{-1}$).  The biological activity of the EPO was determined by in vitro assay to be 40,000 units/ml.  EPO was infused by a continuous infusion pump (Farring Laboratories, Ridgewood, New Jersey) designed to deliver at a rate of 75-80 ul/hr.  An indwelling catheter was placed in the iliac vein.  EPO treatment schedule and dose were as follows:

week 1    150 units/kg/day
week 2    no EPO
week 3    300 units/kg/day
week 4    no EPO

Blood samples were taken daily after anesthetizing the animal with ketamine hydrochloride (Bristol Laboratories, Syracuse, new York) and submitted in EDTA

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI
974

A 120084

AM-ITC 00116687

387

16

for several differential cell counts and reticulocyte counts. Body temperature
and general health of the animal were also monitored on a daily basis. At weekly
intervals serum was submitted for a blood chemistry profile (Vet Path, Teterboro,
New Jersey) and a serum protein analysis (Center for Blood Research, Boston,
Massachusetts). As shown in Figures 6.1.2.3-5 and 6.1.2.3-6, there were no
significant changes observed in the blood chemistries or serum protein analyses
throughout the study period. Similarly, no temperature changes or other physical
complications were observed on the administration of the protein.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI          975

A 120085

AM-ITC 00166688

388

17

### Figure 6.1.2.3-5

#### Blood Chemistry Throughout EPO Test Period in Primate

| Week # | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Micro screen | ..... | ..... | ..... | ..... |
| Potassium | 4.10 | 4.10 | 4.20 | 4.50 |
| Chloride | 103.00 | 108.00 | 105.00 | 106.00 |
| Bun | 13.00 | 15.00 | 11.00 | 16.00 |
| Creatinine | 1.30 | 1.30 | 1.00 | 1.00 |
| Bun/Creatinine Ratio | 10.00 | 11.50 | 11.00 | 16.00 |
| Phosphate | 4.60 | 3.90 | 3.90 | 4.20 |
| Magnesium | 1.64 | 1.65 | 1.69 | 1.52 |
| Direct Bilirubin | 0.04 | 0.04 | 0.04 | 0.04 |
| Total Bilirubin | 0.20 | 0.09 | 0.16 | 0.10 |
| Alk. Phosphatas | 44.00 | 34.00 | 26.00 | 30.00 |
| G-Glutamyl Transpep. | 30.00 | 36.00 | 25.00 | 34.00 |
| Transaminase, SGO | 40.00 | 19.00 | 40.00 | 17.00 |
| Transaminase, SGP | 16.00 | 29.00 | 35.00 | 37.00 |
| Glucose (CS) | 53.00 | 61.00 | 48.00 | 55.00 |
| Sodium | 142.00 | 146.00 | 146.00 | 142.00 |
| Calcium | 9.00 | 9.10 | 9.00 | 8.60 |
| Cholesterol | 77.00 | 84.00 | 89.00 | 91.00 |
| Triglycerides | 35.00 | 27.00 | 50.00 | 35.00 |
| Total Protein | 8.70 | 8.70 | 7.60 | 7.80 |
| Albumin | 2.50 | 2.90 | 2.70 | 3.30 |
| Globulin | 6.20 | 5.80 | 4.90 | 4.50 |
| Alb/Glob Ratio | 0.40 | 0.50 | 0.55 | 0.73 |
| LDH | 688.00 | 250.00 | 682.00 | 397.00 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     976

A 120086

AM-ITC 00166689

389

18

## Figure 6.1.2.3-6

### Serum Protein Analysis During EPO Test Period in Primate

| week # | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Total protein | 8.2 | 8.2 | 7.5 | 7.3 |
| Albumin | 1.8 | 2.3 | 2.5 | 2.8 |
| 1-antitrypsin | 50 | 52 | 18 | 7 |
| Haptoglobin | 190 | 127 | 107 | 94 |
| Transferrin | 235 | 265 | 255 | 290 |
| Orosomucoid | 32 | 68 | 48 | 35 |
|  | 72 | 97 | 92 | 97 |
| C3 | 140 | 150 | 162 | 154 |
| IgG | 3000 | 2480 | 1640 | 1400 |
| IgA | 140 | 194 | 195 | 180 |
| IgM | 24 | 20 | 30 | 32 |
| Propardin Factor B | 17 | 18 | 20 | 12 |
| lipoprotein | 10 | 12 | 22 | 18 |

### Fibrinogen Test

| week # | 1 | 2 |
|---|---|---|
| Fibrinogen | 273 mg/dl | 223 mg/dl |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    977

A 120087

AM-ITC 00166690

390

19

Figure 6.1.2.3-7 plots the reticulocyte count during the course of treatment. Also noted on the figure are the days at which blood samples were taken for analysis of the blood chemistry and serum protein. The figure clearly shows that significant increases in reticulocyte percentages were observed following infusion of the recombinant EPO and decayed to normal levels within a week following termination of EPO infusion. No other hematalogical parameters including white blood cell count, hematocrit, hemoglobin or platelet count changed significantly during the course of the study. The continuous infusion of 5% dextrose alone failed to demonstrate this increase in reticulocytes over the same time period.

6.1.2.4 <u>Comparison of Biological Activity of Recombinant and Urinary EPO</u>

A. <u>Purification of Human Urinary EPO</u>

Human urinary EPO was extracted and purified from the urine of patients with aplastic anemia by the following procedure:

- Continuous centrifugation to remove precipitate
- Concentration and dialysis with hemofilter PAN-140
- DEAE-Sephacel adsorption and batchwise desorption
- Concentration and dialysis with hemofilter PAN-140
- Lyophilization
- Boil 3 minutes in buffered 2% SDS solution to destroy
  neuraminidase
- 50-90% ethanol fractionation
- Blue-Sepharose affinity chromatography
- Reverse phase HPLC
- Reverse phase HPLC
- TSK G3000SW GPC FPLC

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     978

A 120088

AM-ITC 00166691

391

Figure 6.1.2.2-7



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
0720Ø TJH(DC.CA)CHUGAI      979

A 120089

AM-ITC 00166692

392

20

**B.  Comparison of Recombinant and Urinary EPO In Vitro Specific Activity**

Purified urinary EPO was subjected to amino acid analysis as described in 6.1.2.1.C.  The results of two analyses are shown in Figure 6.1.2.4-1.

A 120090

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    980

AM-ITC 00166693

393

21

## Figure 6.1.2.4-1

### Amino Acid Composition of Urinary Human EPO

| Amino Acid | Expected Mole Ratio | Recovery Analysis #1 (nm) | Recovery Analysis #2 (nm) | Recovery Average (nm) | Observed Mole Ratio |
|---|---|---|---|---|---|
| Asx | 12 | 1164 | 1167 | 1166 | 12.6 |
| Thr | 10 | 950 | 954 | 952 | 10.3 |
| Ser | 11 | 833 | 827 | 830 | 9.0 |
| Glx | 19 | 1782 | 1759 | 1756 | 19.0 |
| Pro | 8 | 728 | 736 | 732 | 7.9 |
| Gly | 9 | 836 | 836 | 836 | 9.0 |
| Ala | 19 | 1722 | 1727 | 1725 | 18.7 |
| Cys | 4 | - | - | - | |
| Val | 11 | 990 | 995 | 993 | 10.7 |
| Met | 1 | 56 | 56 | 56 | 0.6 |
| Ile | 5 | 431 | 438 | 435 | 4.7 |
| Leu | 23 | 2120 | 2121 | 2120 | 23.0 |
| Tyr | 4 | 369 | 372 | 371 | 4.0 |
| Phe | 4 | 418 | 425 | 421 | 4.6 |
| His | 2 | 182 | 181 | 182 | 2.0 |
| Lys | 8 | 742 | 740 | 741 | 8.0 |
| Trp | 3 | - | - | - | |
| Arg | 13 | 1037 | 1035 | 1036 | 11.2 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI     981

A 120091

AM-ITC 00166694

394

22

The amino acid composition confirms the purity of the urinary EPO and demonstrates the equivalence to recombinant EPO. The analysis also permits the precise determination of EPO protein concentration.

The urinary EPO was assayed for its _in vitro_ activity by the spleen cell proliferation method. Four dilutions of urinary EPO were assayed, all within the linear range of the assay. The results are shown in Figure 6.1.2.4-2. The in vitro specific activity of urinary EPO is very close to that calculated for recombinant EPO (6.1.2.2.A.3) and well within the statistical range of uncertainty for these assays.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    982

A 120092

AM-ITC 00166695

395

23

### Figure 6.1.2.4-2

### In Vitro Specific Activity of Human Urinary EPO

| Protein Concentration ng/ml | In Vitro Activity mu/ml | In Vitro Specific Activity units/mg |
|---|---|---|
| 3.6 | 700 | 190000 |
| 1.8 | 389 | 220000 |
| 0.9 | 215 | 240000 |
| 0.45 | 99 | 220000 |

Average in vitro specific activity= 218000 +/- 21000 units/mg

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI    983

A 120093

396

24

C. __Comparison of Recombinant and Urinary EPO In Vivo Specific Activity__

Highly purified human urinary EPO with precisely measured protein concentration (Section 6.1.2.4.B) was assayed for in vivo EPO activity by the polycythemic mouse method. Four dilutions within the 100-1000 munits/ml range were assayed and the results reported in Figure 6.1.2.4-3. The in vivo specific activity of the highly purified urinary EPO appears to be approximately 65% that of recombinant EPO while the in vitro specific activity (6.1.2.4.B) of urinary EPO appears identical to recombinant EPO. This implies that the urinary protein is capable of eliciting the same biological effect on responsive cells but it may be inactivated or cleared more rapidly than recombinant EPO when injected into a living animal. It is well known that the in vivo biological activity of glycoproteins is affected by the extent to which the carbohydrate chains are capped with sialic acid. Proteins containing uncapped chains are much more rapidly cleared from the bloodstream than fully sialated glycoproteins and therefore have reduced activity. Since urinary EPO is purified from much cruder starting material than recombinant EPO, it is probable that urinary EPO is more exposed to the neuraminidase enzymes which can desialate glycoproteins. This may well explain the reduced in vivo activity of the urinary EPO.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI      984

A 120094

AM-ITC 00166697

*397*

25

Figure 6.1.2.4-3

In Vivo Specific Activity of Human Urinary EPO

| Protein Concentration ng/ml | In Vivo Activity units/ml | In Vivo Specific Activity units/mg |
|---|---|---|
| 3.6 | 330 | 92000 |
| 1.8 | 260 | 140000 |
| 0.9 | 155 | 170000 |
| 0.45 | 75 | 170000 |

average in vivo specific activity—        143000 +/- 37000 units/mg

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI      985

A 120095

AM-ITC 00166698