# EXHIBIT 9
# Part 2 of 2

Dockets.Justia.com



cell, however, the results of the study showed that rEPO was discernibly different from uEPO. The uEPO analyzed was prepared as described in Yanagi et al. (1987). As seen from Figure 2B, page 22, of the 1989 article, rEPO from Namalwa cells exhibited a more diffused band with a higher molecular weight than did uEPO on SDS-PAGE, thus clearly indicating that the two samples were not identical. The authors excluded the possibility that the rEPO was impure because of the use of reverse-phase HPLC in which the rEPO eluded as a single peak. Rather, they concluded that the heterogeneity observed in Namalwa EPO was likely due to the abundance of "bulky oligosaccharide chains." (p. 425).

9.2     HPLC profiles (Figure 5) of the pyridylamino derivatives of the oligosaccharides with the sialic acids removed show a clear difference between rEPO and uEPO. The authors reported more than 20 peaks of intact pyridylamino oligosaccharides. While both rEPO and uEPO include most of these structures, the relative amounts of each type of structure are different as evidenced by the different relative heights of corresponding peaks on the HPLC profiles. The authors reported that some peaks found in the rEPO profile were not present at all in the uEPO profile indicating that rEPO as produced in Namalwa cells contained some oligosaccharide structures not found in uEPO:

> "Although several extra peaks were found in the latter part of the chromatogram of Namalwa EPO, suggesting that N-linked oligosaccharides of Namalwa EPO were more heterogeneous than those of urinary EPO, the rest of the peaks emerged in common between Namalwa and urinary EPOs. ... It is thus most likely that the content of each oligosaccharide differs, but almost all oligosaccharides of Namalwa EPO are also found in naturally occurring EPO in common, although the possibility still remains that urinary excreted EPO is not valid as representative of the natural hormone." (p. 425).

1 3

**A 42447**

278

AM670114527                                              AM-ITC  00899194



10.    Sasaki et al. (1987) (Tab 7)

10.1    This paper provided one of the first analyses of the carbohydrate
structure of rEPO and a comparison with uEPO.  Dr. Fukuda who
submitted a declaration in this proceeding on behalf of Opponent IV
is a co-author on this paper.  In the abstract, the authors report that
"the carbohydrate moiety of urinary EPO is indistinguishable from
recombinant erythropoietin except for a slight difference in
sialylation, providing the evidence that recombinant erythropoietin is
valuable for biological as well as clinical use." (p. 12059, emphasis
added).  In light of the data presented in the article which does show
a distinct difference in the carbohydrate between rEPO and uEPO, as
a scientist, I can only interpret the use of such phrases as
"indistinguishable" as used here, and elsewhere by others, in the
expected clinical context rather than in a structural or compositional
meaning.  That is to say, I believe that it was surprising that rEPO
would be as similar as it is to uEPO, and the similarity enhanced the
expectation at that time that rEPO would prove to be useful
clinically.

10.2    The urinary and recombinant EPO studied in this article were both
purified using a procedure "slightly modified from that of Miyake et
al., and fractionation on a Vydac C4 reverse-phase HPLC column ...
was included." (p. 12059)  Even using this same supposed enhanced
purification for both samples, rEPO still was shown to be different
from uEPO.

10.3    A review of the data reported in the article confirms a difference
between the carbohydrate portion of rEPO and uEPO.  For example,
Figure 1, page 1201, shows an SDS-PAGE gel for rEPO (lane A)
and uEPO (lane B) with the rEPO band being wider and exhibiting a
higher molecular weight (i.e., slower mobility) than the uEPO band.
Figure 7, page 12070, shows the ion-exchange HPLC of N-linked
saccharides from rEPO (panel A) compared with those of uEPO
(panel B).  Again, I believe that the existence of differences between

14

**A 42448**

AM670114528                                                    AM-ITC 00899195



rEPO and uEPO as shown by the differences in the HPLC profiles is easily discernible. The relative distribution of the peaks on the two profiles is different, and some peaks in rEPO do not appear to be present at all in the uEPO profile. The oligosaccharides from uEPO (Figure 7, panel B) clearly include more acidic species as they eluted in later fractions from the ion-exchange HPLC than the oligosaccharides from rEPO (panel A).

10.4    In his declaration, Dr. Fukuda refers to the mass spectrometry analysis reported in Sasaki as showing no evidence of sulfated oligosaccharides or of α2-6 linked sialic acids in uEPO. I believe this to be an error. First, mass spectrometric data does not provide sufficient information without the use of appropriate standards to identify all component monosaccharides and their linkages. Other chemical evidence is necessary to provide a complete chemical structure for an oligosaccharide. Second, Sasaki reports this structural analysis only for rEPO, see Table III, pp. 12064-67, but there is no indication that a similar analysis was conducted on uEPO. Without more, it is simply a guess to determine the presence or absence of sulfates or α2-6 linked sialic acid in uEPO by mass spectrometry.

10.5    In simply comparing the results of the mass spectrometry for rEPO and uEPO as reported in Sasaki, one can discern differences. For example, fragment ions at 418 and 432 were observed for uEPO (Figure 3B) but not for rEPO (Figure 3A). In addition, the mass spectrometry data in Figure 10 shows both quantitative and qualitative differences in fragment ions observed for O-linked oligosaccharides.

10.6    From these results, I would not consider rEPO and uEPO to be "indistinguishable", but rather, the study shows distinct structural differences between the N-linked and O-linked chains of rEPO as compared with uEPO as well as a difference in the number of sialic acids attached to the oligosaccharide chains. Table III shows the relative amounts of asialo N-linked saccharides for rEPO, no

15

**A 42449**

280



structural analyses being reported for uEPO, and the data shows a "large proportion" of tetraantennary saccharides with one (32.1%), two (16.5%) and three (4.7.%) N-acetyllactosamine repeats. As indicated above, Tsuda and others have reported very little, if any, repeating units found in uEPO. The authors also reported another difference in that uEPO lacks bi-antennary saccharides (p. 12071). Thus, differences are shown between rEPO and uEPO even when they are purified by the same process.

11.    Takeuchi et al. (1988) (Tab 3)

11.1    In this study, rEPO produced from CHO cells was compared with uEPO purified using the first two steps of the Miyake procedure coupled with immunoprecipitation using a monoclonal antibody. The authors found differences between rEPO and uEPO in oligosaccharide distribution as illustrated in Table II, page 3659. The authors noted differences in the amount of oligosaccharides with N-acetyllactosamine repeating units (34.5% for rEPO and only 7.5% for uEPO).  Also, the authors concluded that all the sialic acid residues in rEPO produced in CHO cells are attached via the $\alpha 2$-3 linkage to Gal, while only about 60% of the sialic acid linkages in uEPO are of the $\alpha 2$-3 Gal type with the remainder being $\alpha 2$-6 Gal linked.  These differences in linkage were attributed to different levels of glycosyltransferases present in the host cells.  (See p. 3660) The authors also suggest the presence of sulfated oligosaccharides. (See p. 3658)

12.    Imai et al. (1990) (Tab 10)

12.1    Although the authors again conclude that the results "demonstrate that rhEPO is indistinguishable from uEPO, and so is valuable for further extensive research and for clinical purposes," (p. 356) the data presented in the article does illustrate differences.  The uEPO was prepared using a process differing from that disclosed in Miyake and included the use of a reverse-phase column (twice).  This is the process reportedly used to prepare the EPO-B sample discussed in

16

**A 42450**

AM670114530                                                              AM-ITC 00899197



Storring. There are no details given for the process used to purify the rEPO except to say that it was "purified to homogeneity in a similar manner." (p. 353) The changes to the Miyake process were claimed to have some effect because the authors report a higher specific activity for uEPO and cite to the absence of denaturing agents as the reason for the increase in activity:

> "In the purification methods employed here denaturing agents, which have been used for the purification of uEPO, were not used to prevent loss of the activity in vivo." (p. 354).

Interestingly, the increase in specific activity was not attributed to the use of reverse phase HPLC in addition to the Miyake procedure.

12.2 Looking at the data, Figure 1 shows a difference on SDS-PAGE with rEPO (lanes 1 & 2) being slightly higher than the corresponding uEPO preparations (lanes 3 & 4). Figure 2 shows an isoelectric focusing gel and illustrates a much broader band for uEPO (lane 2, Figure 2A) than for rEPO (lane 3). In comparing the biological activities, the authors report that rEPO has a significantly higher specific activity as compared with uEPO. In the supplemental materials, Figures 2 and 3 show a difference in HPLC profiles between the peaks for rEPO and uEPO using reverse phase HPLC.

13. Nimtz et al. (1993) (Tab 11)

13.1 This article reports on the carbohydrate structure of rEPO expressed in BHK-21 cells as produced by Elanex and Merckle. In the text, the authors report that the oligosaccharide structures of BHK produced EPO "were found to be similar to those from urinary EPO." However, the article and the data presented disclose several differences. First, it is reported that only about 60% of the protein from BHK cells was found to be O-glycosylated whereas it is known that urinary EPO (as well as rEPO from CHO cells) is nearly 100% O-glycosylated. See Browne et al., Cold Spring Harbor, 51, 693,698

17

**A 42451**

282



(1986) (Tab 12). The BHK produced EPO is also reported to
contain more sialic acids than CHO produced EPO which in turn has
more sialic acids than urinary EPO. Specifically, half of the
tetrantennary oligosaccharides from BHK cells were found to be
fully sialylated, 36% contain 3 sialic acid residues and only about
13% are disialylated. Concerning the linkage, the authors report that
the oligosaccharides were more than 97% α 1-6 fucosylated at the
proximal GlcNAc and that the sialic acid was exclusively linked α2-3
to Gal. It is known from Takeuchi that uEPO contains sialic acid in
both α2-3 and α2-6 linkages to Gal and that about 82% of the
oligosaccharides are fucosylated. Finally, Nimtz reported terminal
GalNAc-GlcNAc structures which have not been reported for uEPO.

14.    Wide and Bengtsson (1990) (Tab 13)

14.1    In this article, the authors report on a study of the charge
heterogeneity of human serum erythropoietin by measuring mobility
of serum by zone electrophoresis followed by radioimmunoassay of
EPO. The study compared serum EPO with rEPO supplied by both
Boehringer Mannheim and Kirin-Amgen and the 2nd IRP for EPO
which I understand is an International Reference Preparation of
uEPO.

14.2    The authors concluded:

> The recombinant EPO preparations had a median
> charge which was much less negative than that of the
> 2nd IRP for EPO and of the EPO in serum in healthy
> individuals. As the polypeptide chain of recombinant
> EPO is claimed to be identical with that of human EPO,
> it seems likely that the differences are due to different
> degrees in glycosylation. EPO in blood specimens taken
> 24 h. after s.c. [subcutaneous] injection of recombinant
> EPO had a median charge which was close to that of the
> recombinant EPO preparation and far from that of EPO
> in a serum specimen taken before the injection. The
> results suggest that the methods used in this investigation
> may be useful for detecting the presence of recombinant

18

**A 42452**

AM670114532                                                AM-ITC 00899199



EPO in the blood of persons with a normal endogenous
EPO production. (Wide, p. 126)

The authors apparently believed there was a sufficient charge
difference to allow the detection of rEPO over normal serum EPO.
As indicated, the authors also reported that the uEPO preparation
was more acidic (i.e., more negative) than the rEPOs.

15.    Strickland Declaration

15.1   I have reviewed the declaration of Dr. Thomas W. Strickland, which
       I understand is being submitted herewith, concerning both Dr.
       Strickland's work in comparing rEPO with uEPO using isoelectric
       focusing and his sulfation studies. Upon reviewing Dr. Strickland's
       results, I concur with his conclusions that 1) uEPO as purified by the
       Miyake process exhibits a lower or more acidic isoelectric point as
       compared to rEPO and 2) the oligosaccharides of uEPO are much
       more highly sulfated (over 50%) while only a small fraction of
       rEPO oligosaccharides (about 3%) have a sulfate group as part of the
       chain. One can readily see the differences between rEPO and uEPO
       by comparing the HPLC profiles of the respective oligosaccharides
       in Figures IV-VI of Exhibit TWS-3.

16.    Table of Differences between rEPO and uEPO

16.1   While additional references might be consulted for further support
       of the above-discussed differences between rEPO and uEPO, as well
       as providing evidence of additional differences, I believe the
       references cited so far establish a number of detectable differences
       between rEPO and uEPO. These differences are summarized in the
       Table below with the supporting references being cited:

19

284

**A 42453**

AM670114533                                      AM-ITC 00899200

| SUMMARY OF DIFFERENCES BETWEEN rEPO and uEPO | |
|---|---|
| **Differences** | **References** |
| 1. SDS-PAGE analysis shows a difference | EP148 605 p.29, lines 6-16, Yanagi, p. 422, Sasaki, p. 12061, Imai, p. 354 |
| 2. uEPO is distinguishable from rEPO on isoelectric focusing (IEF) and zone electrophoresis | Storring, pp. 473-74 Strickland Decl. Wide, p. 126 |
| 3. HPLC analyses show different profiles indicating different oligosaccharide structures | Yanagi, p. 424 Sasaki, p. 12063, 70 Strickland Declaration |
| 4. rEPOs show different linkages within the oligosaccharide chains and to the terminal sialic acids as compared with uEPO | Takeuchi, p. 3657 Nimtz, p. 39 |
| 5. rEPOs have a different percentage of extensions or repeating structures within the oligosaccharide chains | Tsuda, p. 5659 Takeuchi, p. 3659 Sasaki, p. 12064-67 |
| 6. rEPOs have a different oligosaccharide distribution than uEPO for N-linked chains | Tsuda, p. 5649 Takeuchi, p. 3659 |
| 7. rEPOs have a higher number    sialic acids | Sasaki, p. 12059, 70 Nimtz, p. 54 |
| 8. rEPOs have more highly bran...ed oligosaccharides than uEPO. | Tsuda, P. 5649 Takeuchi, p. 3659 |
| 9. rEPOs have higher biological activity | Imai, p. 356 Storring, p. 476 |
| 10. uEPO has a much higher percentage of sulfated oligosaccharides than rEPO | Strickland Declaration |

2 0

**A 42454**

285



17.    Response to the Declarations of Drs. Conradt, Nimtz and Fukuda

17.1   I have reviewed the declarations of Dr. Harald S. Conradt submitted
       by Behringwerke, Dr. Manfred Nimtz submitted by Merckle, and
       · Dr. Minoru Fukuda submitted by Boehringer Mannheim.  As I
       indicated, I disagree with their conclusions and with their
       characterizations of the literature references.  I believe the
       differences between rEPO and uEPO are clear from the references
       discussed above, many of which are cited by the Opponents' experts.
       With all due respect, the Opponents' experts tend to focus on one
       isolated teaching from each of the references to argue that a cited
       difference may not be used to distinguish every rEPO from every
       possible uEPO while ignoring the overwhelming evidence in the
       references that differences do exist.  Also, in many cases, their
       conclusions are improper based on the references they cite.

17.2   Dr. Conradt begins his analysis by citing Tsuda and Yanagi for
       support that uEPO preparations are different, and therefore, no true
       "yard stick" uEPO preparation exists.  I do not understand the
       relevancy of Tsuda and Yanagi for this point since I understood that
       the Opponents were arguing the uEPO purified according to Miyake
       was the appropriate prior art.  Neither Tsuda nor Yanagi disclose
       any analysis of Miyake uEPO.  The Tsuda article does compare
       rEPO with uEPO prepared according to Yanagawa (1984).  The
       immunoprecipitation process of Yanagawa is the same process as
       reported in Sasaki (1983), (Tab 14) which I am informed is being
       asserted by one Opponent as prior art to EP 148 605.  Regardless of
       that, the real relevancy of Tsuda and Yanagi is what Dr. Conradt
       ignores, i.e., the differences disclosed in Tsuda and Yanagi for each
       of the uEPO preparations as compared to the different rEPOs.  (See
       discussion of these references above).  These side-by-side
       comparisons of uEPO and rEPO show the carbohydrates to be
       different regardless of what uEPO or rEPO preparation is selected
       for analysis.

21

**A 42455**

AM670114535                              AM-ITC 00899202



17.3   The Opponents' experts argue that the five differences between
       uEPO and rEPO discussed before the Opposition Division do not
       apply to every rEPO or uEPO studied in the literature. As I
       understood it, these five cited differences were simply examples of
       the differences reported in the literature. I have included additional
       differences drawn from the literature in my Table above. These
       differences may not all apply to every rEPO, but every rEPO will
       show some differences as compared with uEPO. I believe that my
       discussion of the references above has illustrated that point. i.e., that
       every rEPO shows some difference to uEPO. The opponents do not
       argue to the contrary but seem to ignore the differences which are
       plainly presented in the references. Moreover, I do not believe that
       the conclusions reached by the Opponents' experts are at all
       supportable especially in light of the full teachings of the cited
       references. I will briefly reply to the arguments raised by the
       Opponents regarding the five differences discussed before the
       Opposition Division.

17.4   SDS-PAGE Analysis

17.4.1 Both Drs. Conradt and Nimtz cite to Storring for support that the
       rEPO and uEPO preparations migrate "in the same molecular weight
       range." They conclude therefrom that rEPO is identical to uEPO. I
       consider that simply the use of the term "range" indicates that the
       products showed some differences while being in a similar
       proximity. It certainly does not imply that rEPO and uEPO are
       identical as argued, and without looking at the gels, one cannot
       understand what is meant by the phrase "same range." As displayed
       in several other references, e.g., EP 148 605, Yanagi, Sasaski
       (1987), and Imai, analysis by SDS-PAGE shows a difference between
       rEPO and uEPO even though they might be considered to be in the
       same range. While it is true, as suggested by Drs. Nimtz and
       Conradt, that many factors influence the movement of glycoproteins
       on SDS-PAGE, there is absolutely no evidence that any of these
       factors affected all these side-by-side comparisons of rEPO and
       uEPO conducted by at least four different independent groups. Both

2 2

A 42456

287



Drs. Nimtz and Conradt speculate that the band widening for rEPO as shown in <u>Sasaki</u> is caused by different amounts of protein being applied. There is no basis for this speculation especially in view of the conclusion by the authors that there is a difference in sialylation between uEPO and rEPO. Such a difference would be reflected in a different band width on SDS-PAGE. Drs. Conradt and Nimtz both acknowledge that the migration of proteins in SDS-PAGE is influenced by the presence of sialic acids. Dr. Fukuda, a co-author on the <u>Sasaki</u> paper, did not argue this point and did not provide any basis for the suppositions drawn by Drs. Nimtz and Conradt.

17.4.2 Dr. Conradt cites to two articles by Egrie et al. which show several SDS-PAGE and Western blot analysis on rEPO and uEPO. Again, the gels in these articles show that the rEPO and uEPO samples migrate to similar regions, but they do not precisely comigrate. The gels would suggest the samples were similar but not identical, and any comments in the articles must be interpreted with the gels in view.

17.5   <u>Sialic Acid Linkages</u>

17.5.1 As I indicated above, each type of recombinant host cell has its own unique features including a unique set and amounts of glycosyltransferases which are the enzymes that accomplish the carbohydrate linkages. Thus, CHO cell produced rEPO has its own particular linkages, i.e., only $\alpha 2$-3 linked sialic acid. BHK and C127 cell produced rEPO will have slightly different linkages. None of these rEPOs have sialic acid linkages which have been shown to be identical to uEPO in all respects. <u>Takeuchi</u> found 60% of sialic acid linkages in uEPO were of the 2-3 type with the remaining 40% of the sialic acids being 2-6 linked. Dr. Conradt submitted a Table (his Exhibit 13) purporting to show methylation analysis for rEPO from C127 cells. Without a greater explanation of the Table, the results are not clear, but the ratio of 2-3 to 2-6 is not "about 2.5:1" as stated, but from Dr. Conradt's notations on the Table, the ratio appears to be 80-85% 2-3 linkages and 15-20% 2-6 linkage.

23

**A 42457**

288

AM670114537                                                    AM-ITC 00899204



17.5.2  More importantly, however, is the fact that Dr. Conradt's Table does not provide any information regarding sialic acid linkages. The structures noted by Dr. Conradt as evidencing the 2-3 and 2-6 linkages (2,4,6-Tri-O-methyl and 2,3,4-Tri-O-methyl structures respectively) are not necessarily due to sialic acid linkages. The 2,4,6 Tri-O-methyl structure could also be due to the presence of polylactosamine extensions without sialic acids. Similarly, the 2,3,4-Tri-O-methyl structure could be due to branching in the oligosaccharide chains and not sialic acids. Also puzzling is the presence of detectable amounts of 4,6 Di-O-methyl and 2,4 Di-O-methyl neither of which would one expect to be generated from structures known for any rEPO. Thus, the analyses must be questioned and certainly does not show that the sialic acid linkages are the same for the C127 cell produced rEPO as compared with uEPO.

17.5.3  I address Dr. Fukuda's arguments regarding the mass spectrometry in _Sasaki_ in paragraph 10.4 above.

17.6    Isoelectric Focusing

17.6.1  Drs. Nimtz and Conradt both acknowledge that the EPO-A shown in Storring is much more acidic and exhibited a significantly different IEF pattern as compared to the four rEPO preparations. Dr. Nimtz also agrees with my interpretation that the four rEPOs show a different pattern from EPO-B, and both Drs. Nimtz and Conradt agree that _Imai_ shows rEPO to be different from uEPO by isoelectric focusing. Quite incredibly, Dr. Conradt, and several of the Opponents in their briefs, argue that "EPO-B rather than EPO-A reflects a representative u-EPO preparation." Storring and Gaines Das concluded just the opposite. In light of the Wide study and the Strickland work, I am also of the opinion that EPO-A is more representative of uEPO than EPO-B. In any event, both Storring and _Imai_ show EPO-B to be different by isoelectric focusing from rEPO.

24

**A 42458**



17.7    Sulfation

17.7.1    Takeuchi and Strickland report side-by-side comparative studies that
demonstrate uEPO has more sulfate groups attached to the
oligosaccharides than rEPO. The Strickland studies, as
acknowledged by Dr. Fukuda, reliably demonstrate that the
difference seen between rEPO and uEPO is due to sulfation by
properly identifying a peak on HPLC labeled by $^{35}$S-sulfate. There
is no possibility that the differences demonstrated by Strickland are
due simply to the presence of N-acetyllactosamine groups as
suggested by Dr. Fukuda. (Even if the dramatically different HPLC
profiles were due solely to N-acetyllactosamine groups, this would
be a clear difference between uEPO and rEPO). In his own studies,
as described in Sasaki, Dr. Fukuda reports that they found no
evidence of sulfation, but this is misleading because there is no
indication that they even considered or looked for evidence of
sulfation. Mass spectrometry does not provide quantitative evidence
of the presence or absence of sulfation. In fact, mass spectrometry
has not been used to date for the structural elucidation of sulfated
N-linked oligosaccharides due to the unavailability of any standards.

17.7.2    Dr. Conradt submits another table from an unidentified Nimtz et al.
publication purporting to show HPLC analysis of rEPO from C127
cells (his Exhibit 15). Dr. Conradt concludes that peaks 9 and 10 are
monosulfated and "presumably" disulfated N-glycans with no
explanation given that would support this conclusion. It appears to
me that a number of different components are present in peaks 9 and
10 and there is no reason to conclude that any or all of them are
sulfated or to what extent. Without the availability of standards to
compare peaks, one cannot properly interpret Dionex data.
Dr. Conradt also states that the oligosaccharides were exhaustively
digested with neuraminidase which removes the sialic acids. Yet, the
Table in his Exhibit 15 labels peaks 4, 6 and 7 as disialo, trisialo and
tetrasialo-N-glycans respectively thus indicating that the sialic acids
are still attached to more than half of the oligosaccharides.
Consequently, the methodology of this experiment and certainly the

25

**A 42459**

290



conclusions drawn therefrom that about 20-30% of the oligosaccharides are sulfated must be seriously questioned. Further, no comparative study of uEPO using a similar methodology was conducted.

17.7.3  Dr. Nimtz cites to Tsuda and their results that "less than about 10% of the total carbohydrates of the original u- and r-EPO (BHK) remain undigested." Dr. Nimtz then jumps to the conclusion that these must be sulfated oligosaccharides and that uEPO and rEPO are sulfated to the same extent. There is, however, no rational or scientific connection between undigested oligosaccharides after the use of pepsin and glycopeptidase as reported by Tsuda and the extent of sulfation of the oligosaccharides. Sulfation has not been shown to render oligosaccharides incapable of digestion by these enzymes. Indeed, Antonsson, et al. J. Biol. Chem., 266, 6859-61 (1991) (Tab 15) used N-glycosidase F to remove sulfated N-linked oligosaccharides from the glycoprotein fibromodulin, which has oligosaccharides that are keratan sulfate.

17.8  Sialic acid derivatives

17.8.1  The Hokke et al. (Tab 16) study found both sialic acid derivatives N-glycolylneuraminic acid (Neu5Gc) and N-acetylneuraminic acid (Neu5Ac) in CHO cell produced rEPO. Varki et al. (1992) (Tab 2) states in his review of sialic acids (Table I) that Neu5Gc is found "in most animals except humans." So far, Neu5Gc has been reported to be present in some gangliosides from human tumor cells, but not from normal human cells nor in glycoproteins even from the tumor tissue. See Higashi, et al. (1985) (Tab 17). Neu5Gc has never been found in uEPO or any other natural human glycoprotein. The Opponents' declarants suggest that if enough uEPO was available to analyze then this derivative might be found. Based on the lack of any evidence of such derivatives in normal human cells, that suggestion is only speculation.

26

**A 42460**

291

18.  <u>Conclusion</u>

In summary, I believe that rEPO is different from uEPO and that difference is found in the carbohydrate. The process of glycosylation is host cell specific, and since rEPO is expressed in a cell that is different from the cell that expresses the natural protein, the carbohydrate on any rEPO will be different from uEPO. Every study that compares a rEPO with a uEPO shows some difference. Certainly, the uEPO prepared according to the process of <u>Miyake</u> and <u>Sasaki</u> (1983) have been shown to be distinctly different from all rEPOs.

Executed this ___Sixth___ day of January 1994 at Oklahoma City, Oklahoma.

Richard D. Cummings

27

**A 42461**

292

AM670114541                                                     AM-ITC 00899208