# EXHIBIT 11
# PART 2 OF 2

Dockets.Justia.com



| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 · Serial No. 08/202.874 |
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin |
| | | Filing Date February 28, 1994 · Group 1812 |

| | | |
|---|---|---|
| ✓ | C64 | Eschbach et al., "Correction by Erythropoietin (EPO) Therapy of the Anemia of Chronic Renal Failure (CRF) in Sheep," *Clin. Res. 29(2)*, 518A (1981) [F] |
| ✓ | C65 | Eschbach et al., "The Anemia of Chronic Renal Failure in Sheep," *J. Clin. Invest.*, *74(2)*, 434-441 (August 1984) [A] |
| ✓ | C66 | Espada et al., "Purification of Human Urinary Erythropoietin," *Fed. Proc. 41*, 1159 (1982) [F] |
| ✓ C67 Score note | | Fan et al., "Construction and Characterization of Moloney Murine Leukemia Virus Mutants Unable to Synthesize Glycosylated Gag Polyprotein". *Proc. Nat'l. Acad. Sci. (USA)*, 80, 5965-5969 (1983) [B] |
| ✓ | C68 | Farber et al., "Translation of mRNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," *Blood, 62(5)*. Supp. No. 1, Abstract 392. 122a (1983) [A,F] |
| ✓ | C69 | Farber et al., "Translation of mRNA from Anemic Baboon Kidney into Biologically Active Erythropoietin," *Exp. Hematol.*, *11*, Supp. 14. Abstract 101 (1983) [A,D,E,F] |
| ✓ | C70 | Farber et al., "Translation of mRNA from human kidneys into biologically active erythropoietin following microinjection into xenopus laevis oocytes," *J. Lab. Clin. Med.*, *102*, 681 abstract [D] |
| — | ~~C71~~ | ~~Farber, "Translation of RNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," *Clin. Res.*, *31(4)*, 769A (November 1983) [A,D,F]~~ |
| ✓ | C72 | Fiddes et al., "The Gene Encoding the Common Alpha Subunit of the Four Human Glycoprotein Hormones." *J. Mol. & App. Genetics. 1*, 3-18 (1981) [A] |
| ✓ | C73 | Fiers et al., "The Human Fibroblast and Human Immune Interferon Genes and Their Expression in Homologous and Heterologous Cells." *Phil. Trans. R. Soc. Lond.*, *B299*. 29-38 (1982) [B] |
| ✓ | C74 | Finch, "Erythropoiesis, Erythropoietin, and Iron," *Blood, 60(6)*, 1241-1246 (December 1982) [A] |
| ✓ | C75 | Fischinger et al., "Detection of a Recombinant Murine Leukemia Virus-Related Glycoprotein on Virus-Negative Thymona Cells," *Proc. Nat'l. Acad. Sci. (USA), 78(3)*. 1920-1924 (1981) [B] |
| ✓ | C76 | Fisher et al., "Effects of testosterone, cobalt & hypoxia on erythropoietin production in the isolated perfused dog kidney," *Ann. N.Y. Acad. Sci.*, 75-87 (1967) [D] |
| ✓ | C77 | Fisher, "Erythropoietin: Pharmacology, Biogenesis and Control of Production," *Pharmacological Review, 24(3)*, 459-508 (1972) [D,E] |

| | |
|---|---|
| EXAMINER | DATE CONSIDERED 8/5/94 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

465

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202.874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28. 1994 | Group 1817 |

| | | |
|---|---|---|
| ✓ | C78 | Fisher et al.. "Cooperative Erythropoietic Assay of Several Steroid Metabolites in Polycythemic Mice," *Steroids. 30(6).* 833-845 (December 1977) [A] |
| ✓ | C79 | Fisher, "Control of Erythropoietin Production," *Proc. Soc. Exp. Biol. & Med. 173.* 289-305 (1983) [F] |
| ✓ | C80 | Garcia et al., "Immunological Neutralization of Various Erythropoietins," *Proc. Soc. Exptl. Biol. Med., 112.* 712-714 (1963) [D]  712 to 714 (1963) [D] |
| ✓ | C81 | Garcia et al., "Radioimmunoassay of erythropoietin: circulating levels in normal and polycythemic human beings." *J. Lab. Clin. Med., 99.* 624-635 (May 1982) [F] |
| ✓ | C82 | Garcia et al.. "Radioimmunoassay of Erythropoietin," *Blood Cells 5,* 405-419 (1979) [F] |
| ✓ | C83 | Garoff et al., "Expression of Semliki Forest Virus Proteins from Cloned Complementary DNA. II. The Membrane-Spanning Glycoprotein E2 Is Transported to the Cell Surface Without Its Normal Cytoplasmic Domain." *J. Cell. Biol., 97,* 652-658 (1983) [B] |
| ✓ | C84 | Gasser et al., "Expression of abbreviated mouse dihydrofolate reductase genes in cultured hamster cells," *P.N.A.S. (USA), 79,* 6522-6526 (November 1982) [A,D,F] |
| ✓ | C85 | Gene Screen. New England Nuclear, Catalog No. NEF-972 [A] |
| ✓ | C86 | Gething et al., "Comparison of Different Eukaryotic Vectors for the Expression of Hemagglutinin Glycoprotein of Influenza Virus," *Modern Approaches To Vaccines,* pages 263-268. Chanock et al., eds. Cold Spring Harbor Lab (1984) [B] |
| ✓ | C87 | Gething et al., "Construction of influenza haemagglutin genes that code for intracellular and secreted forms of the protein." *Nature, 300,* 598-603 (Dec. 16, 1982) [B] |
| ✓ | C88 | Gibson et al., "An Evaluation of Serum Erythropoietin Estimation By a Hemagglutination Inhibition assay in the Differential Diagnosis of Polycythemia," *Pathology, 16,* 155-156 (April 1984) [A] |
| ✓ | C89 | Gluzman, "SV40-Transformed Simian Cells Support the Replication of Early SV40 Mutants," *Cell 23,* 175-182 (January 1981) [F] |
| ✓ | C90 | Goeddel et al., "Synthesis of human fibroblast interferon by E. coli," *Nucleic Acids Res., 8(18),* 4057-4074 (1980) [F] |
| ✓ | C91 | Goeddel et al., "Human leukocyte Interferon Produced by *E. coli* is biologically active," *Nature, 287:*411-416 (October 2, 1980) [D] |
| ✓ | C92 | Goldwasser et al., "Purification of Erythropoietin," *P.N.A.S. (USA), 68(4),* 697-698 (April 1971) [F] |
| ✓ | C93 | Goldwasser et al., "Further purification of sheep plasma erythropoietin," *Bioch. Biophys. ACTA, 64:*487-496 (1962) [D] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

466

AM670156810                                                                AM-ITC 00941477

| Form PT-1-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date February 28, 1994 | Group 1812 /405 |

| | | |
|---|---|---|
| ↳ | C94 | Goldwasser, "Some Thoughts on the Nature of Erythropoietin-Responsive Cells," *J. Cell. Physiol.*, 110 (Supp. 1), 133-135 (1982) [A] |
| ↳ | C95 | Goldwasser et al., "Erythropoietin and the differentiation of red blood cells," *Fed. Proc.* 34, 2285-2292 (December 1975) [B,F] |
| ↳ | C96 | Goldwasser et al., "An Assay for Erythropoietin *in Vitro* at the Milliunit Level," *Endocrinology*, 97(2), 315-323 (August 1975) [A,F] |
| ↳ | C97 | Goldwasser, "Biochemical Control of Erythroid Development," *Current Topics in Developmental Biology*, ed. A. Monroy and A.A. Noscona, 173-211, Academic Press, NY (1966) [D] |
| ↳ | C98 | Goldwasser et al., "Erythropoietin:  Assay and Study of Its Mode of Action," *Meth. in Enzymol.*, 37, 109-121 (1975) [F] |
| ↳ | C99 | Goldwasser, "From Protein to Gene to Protein:The Molecular Biology of Erythropoietin," *Am. J. of Kidney Diseases*, 18(4) Supp. 1, 10-13 (Oct. 1991) [F] |
| ↳ | C100 | Goldwasser et al., "Progress in the purification of erythropoietin", *Ann. N.Y. Acad. Sci.*, 149:49-53 (1968) [D] |
| ↳ | C101 | Goldwasser et al., "The Molecular Weight of Sheep Plasma Erythropoietin," *J. of Biol. Chem.*, 247(16), 5159-60 (Aug. 25, 1972) [F] |
| ↳ | C102 | Goldwasser et al., "On the mechanism of Erythropoietin-induced Differentiation," *J. of Biol. Chem.*, 249(13), 4202-4206 (July 10, 1974) [B] |
| ↳ | C103 | Goochee et al., "Environmental Effects on Protein Glycosylation," *Biotechnology*, 8, 421-427 (May 1990) [F] |
| ↳ | C104 | Goochee et al., "The Oligosaccharides of Glycoproteins:  Bioprocess Factors Affecting Oligosaccharide Structure and their Effect on Glycoprotein Properties," *Biotechnology*, 9, 1347-~~1555 (December 1991) [F]~~ 1555 (December 1991) [F] |
| ↳ | C105 | Goodman et al., "Cloning of Homone Genes from a Mixture of cDNA Molecules," *Meth. in Enzymol.* 68, 75-90 (1979) [F] |
| ↳ | C106 | Gordon et al., "A plasma extract with erythropoietic activity," *Proc. Soc. Expt. Biol. Med.*, 86:255-258 (1954) [D,E] |
| ↳ | C107 | Goto et al., "Production of Recombinant Human Erythropoietin in Mammalian Cells: Host-Cell Dependency of the Biological Activity of the Cloned Glycoprotein," *Bio/Tech.* 6, 67-71 (January 1988) [F] |
| ↳ | C108 | Gough et al., "Molecular Cloning of cDNA Encoding A Murine Haematopoietic Growth Regulator, Granulocyte-Macrophage Colony Stimulating Factor," *Nature*, 309, 763-767 (1984) [B] |

| EXAMINER  *[initials]* | DATE CONSIDERED  8/5/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

467

AM670156811

AM-ITC 00941478

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date February 28, 1994 | Group 1817/1405 |

| | | |
|---|---|---|
| | C109 | Gough et al., "Immunoprecipitation of Specific Polysomes Using *Staphylococcus aureus:* Purification of the Immunoglobulin-Chain Messenger RNA from the Mouse Myeloma MPC11," *Biochemistry 17(25),* 5560-5566 (1978) [F] |
| | C110 | Gouy et al., "Codon Usage in Bacteria: Correlation with Gene Expressivity," *Nucleic Acids Res. 10,* 7055-7074 (1982) [A] |
| | C111 | Graham et al., "A New Technique for the Assay of Infectivity of Human Adenovirus 5 DNA," *Virology 52.* 456-467 (1973) [F] |
| | C112 | Grantham et al., "Codon catalog usage is a genome strategy modulated for gene expressivity," *Nucleic Acids Res. 9,* r43-74 (1981) [A,F] |
| | C113 | Gray et al., "*Pseudomonas Aeruginosa* Secretes and Correctly Processes Human Growth Hormone," *Biotechnology, 2,* 161-165 (February 1984) [A] |
| | C114 | Gray et al., "Expression of human immune interferon cDNA in E. coli and monkey cells," *Nature, 295,* 503-508 (February 11, 1982) [A,D,E] |
| | C115 | Green et al., "Immunogenic Structure of the Influenza Virus Hemagglutinin," *Cell, 28,* 477-487 (March 1982) [A] |
| | C116 | Grimaldi et al., "Interspersed repeated sequences in the African green monkey genome that are homologous to the human Alu family," *Nucleic Acid Research, 9(21):*5553-5568 (1981) [D] |
| | C117 | Groffen et al. "Isolation of Human Oncogene Sequences (v-*fes* Homolog) from a Cosmid Library," *Science, 216.* 1136-1138 (June 4, 1982) [F] |
| | C118 | Grundmann et al., "Characterization of cDNA coding for human factor XIIIa," *P.N.A.S. (USA), 83,* 8024-8028 (November 1986) [F] |
| | C119 | Grunstein et al., "Colony Hybridization," *Meth. in Enzym. 68,* 379-389 (1979) [F] |
| | C120 | Grunstein et al., "Colony hybridization: A method for the isolation of cloned DNAs that contain a specific gene," *P.N.A.S. (USA), 72(10),* 3961-3965 (October 1975) [F] |
| | C121 | Gruss et al., "Expression of simian virus 40-rat preproinsulin recombinants in monkey kidney cells: Use of preproinsulin RNA processing signals," *P.N.A.S. (USA), 78(1):*133-137 (January 1981) [D] |
| | C122 | Gubler et al., "A simple and very efficient method for generating cDNA libraries," *Gene 25,* 263-269 (1983) [F] |
| | C123 | Haddy, "Erythropoietin in sickle cell disease," *Am. Jour. Ped. Hematol./Oncol., 4(2),* 191-196 (Summer 1982) [A] |
| | C124 | Haga et al., "Plasma Erythropoietin Concentrations During the Early Anemia of Prematurity," *Acta. Pediatr. Scand., 72,* 827-831 (1983) [A] |

| EXAMINER | DATE CONSIDERED 8/5/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

468

AM670156812                                    AM-ITC 00941479



| Form PTO-14 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | | Applicant Fu-Kuen Lin | |
| (Use several sheets if necessary) | | | Filing Date February 28, 1994 | Group 1812 |

| | C125 | Hagiwara et al., "Erythropoietin Production in a Primary Culture of Human Renal Carcinoma Cells Maintained in Nude Mice," *Blood, 63(4)*, 828-835 (April 1984) [A,F] |
|---|---|---|
| | C126 | Hamer et al., "Expression of the chromosomal mouse $\beta^{maj}$-globin gene cloned in SV40," *Nature, 281*:35-40 (September 6, 1979) [A,D] |
| | C127 | Hamer et al., "A Mouse Globin Gene Promoter is Functional in SV40," *Cell, 21*:697-708 (October 1980) [D] |
| | C128 | Hammond et al., "Production, Utilization and Excretion of Erythropoietin: I. Chronic Anemias. II. Aplastic Crisis. III. Erythropoietic Effects of Normal Plasma," *Ann. N.Y. Acad. Sci., 149,* 516-527 (1968) [A] |
| | C129 | Hanahan et al., "Plasmid screening at high colony density," *Gene, 10,* 63-67 (1980) [F] |
| | C130 | Hartman et al., "Human Influenza Virus Hemagglutinin is Expressed in Monkey Cells Using Simian Virus 40 Vectors," *Proc. Nat'l. Acad. Sci. (USA), 79,* 233-237 (1982) [B] |
| | C131 | Hauser et al., "Inducibility of human $\beta$-interferon in mouse L-cell clones," *Nature, 297*:650-654 (June 24, 1982) [D] |
| | C132 | Haynes et al., "Constitutive, long-term production of human interferons by hamster cells containing multiple copies of a cloned interferon gene," *Nucleic Acids Research, 11(3),* 587-706 (1983) [B] |
| | C133 | Haynes et al., "Production of a Glycosylated Human Protein by Recombinant DNA Technology," Humoral Factors Host Ref. [*Proc. Takeda Sci. Found. Symp. Biosci.* (1983)], 1st, Meeting Date 1982, 111-29 [B,D,E] |
| | C134 | Hellmann et al., "Familial erythrocytosis with over-production of erythropoietin," *Clin. Lab. Haemat., 5,* 335-342 (1983) [A] |
| | C135 | Hewick et al., "A Gas-Liquid Solid Phase Peptide and Protein Sequenator," *J. Biol. Chem., 256,* 7990-7997 (August 1981) [A,F] |
| | C136 | Hirs et al., "Peptides Obtained by Tryptic Hydrolysis of Performic Acid-Oxidized Ribonuclease," *J. Biol. Chem. 219,* 623-642 (1955) [F] |
| | C137 | Hopp et al., "Prediction of protein antigenic determinants from amino acid sequences," *P.N.A.S. (USA), 78(6),* 3824-3828 D-7182 (June 1981) [A,F] |
| | C138 | Houghton et al., "The amino-terminal sequence of human fibroblast interferon as deduced from reverse transcripts obtained using synthetic oligonucleotide primers," *Nucleic Acids Res. 8(9),* 1913-1931 (1980) [F] |
| | C139 | Huang et al., "Identification of Human Erythropoietin Receptor," *Am. Soci. of Biological Chemists, Am. Assoc. of Immunologists, Fed. Pract. (USA) 43(7)* Abst. 2770, p. 1891 (1984) [D] |

| EXAMINER | DATE CONSIDERED 8/5/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

469

AM670156813                                      AM-ITC 00941480



| Form. PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Aty. Docket No 11009/D31956 | Serial No 08/202.874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | | Applicant Fu-Kuen Lin | |
| | | | Filing Date February 28, 1994 | Group 1812 1805 |

| | | |
|---|---|---|
| ✓ | C140 | Huang et al., "Characterization of Human Erythropoietin cDNA clones," *Am. Soc. of Biological Chemists, Am. Assoc. of Immunologists, Fed. Pract. (USA)* 43(6) Abst. 1795. p. 1724 [D] |
| ✓ | C141 | Itakura, et al., "Synthesis and Use of Synthetic Oligonucleotides," *Ann. Rev. Biochem.*, 53, 323-356 (1984) [F] |
| ✓ | C142 | Ito et al., "Solid phase synthesis of polynucloetides. VI. Further studies on polystyrene copolymers for the solid support," *Nucleic Acids Res.* 10(5), 1755-1769 (1982) [F] |
| ✓ | C143 | Jacobs et al., "Isolation and characterization of genomic and cDNA clones of human erythropoietin," *Nature*, 313, 806-809 (February 28, 1985) [A,B,F] |
| ✓ | C144 | Jacobsen et al., "Relative effectiveness of phenylhydrazine treatment and hemorrhage in the production of an erythropoietic factor," *Blood*, 11:937-945 (1956) [D] |
| ✓ | C145 | Jacobson et al., "Role of the kidney in erythropoiesis," *Nature*, 179:633-634 (March 23, 1957) [D] |
| ✓ | C146 | Jaye et al., "Isolation of human anti-haemophilic factor IX cDNA clone using a unique 52-base synthetic oligonucleotide probe deduced form the amino acid sequnce of bovine factor IX." *Nucleic Acids Res.* 11(8), 2325-2335 (1983) [A,F] |
| ✓ | C147 | Jeffreys et al., "Sequence variation and evolution of nuclear DNA in man and primates", *Phil. Trans. R. Soc. Lond.*, B 292:133-142 (1981) [D,E,F] |
| ✓ | C148 | Jelkman et al., "Extraction of Erythropoietin from Isolated Renal Glomeruli of Hypoxic Rats," *Exp. Hematol.*, 11(7), 581-588 (August 1983) [A,F] |
| ✓ | C149 | Kaiser et al., "Amphiphilic Secondary Struture:  Design of Peptide Hormones," *Science*, 223, 249-255 (1984) [A] |
| ✓ | C150 | Kajimura et al., "Cloning the Heavy Chain of Human HLA-DR Antigen Using Synthetic Oligodeoxyribonucleotides as Hybridization Probes," *DNA*, 2(3), 175-182 (1983) [F] |
| ✓ | C151 | Kakidani et al., "Cloning and sequence analysis of cDNA for porcine β-neo-endorphin/dynorphin precursor," *Nature*, 298, 245-249 (July 15, 1982) [F] |
| ✓ | C152 | Kalmanti, "Correlation of clinical and in vitro erythropoietic responses to androgens in renal failure," *Kidney Int'l.*, 22, 383-391 (1982) [A] |
| ✓ | C153 | Karn et al., "Novel bacteriophage λ cloning vector," *P.N.A.S. (USA)*, 77, 5172-5176 (September 1980) [A,F] |
| ✓ | C154 | Katsuoka et al., "Erythropoietin Production in Human renal Carcinoma Cells Passaged in Nude Mice and in Tissue Culture," *Gann*, 74, 534-541 (August 1983) [A,F] |
| ✓ | C155 | Kaufman et al., "Amplification and Expression of Sequences Cotransfected with a Modular Dihydrofolate Reductase Complementary DNA Gene," *J. Mol. Biol.* 159, 601-621 (1982) [F] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 8/5/94 |

*EXAM'NER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered.  Include copy of this form with next communication to applicant.

470

| Form PTO-1349 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. | Serial No. |
|---|---|---|---|---|
| | | | 11009/D31956 | 08/202,874 |
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant | |
| | | | Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date | Group |
| | | | February 28, 1994 | 1812 |

| | | |
|---|---|---|
| ↳ | C156 | Kennell, "Principles and Practices of Nucleic Acid Hybridization," *Prog. Nucl. Acid Res. Mol. Biol. 11*, 259-301, p. 293 (1971) [A] |
| ↳ | C157 | Kenter et al., "Mouse Myeloma Cells That Make Short Immunoglobulin Heavy Chains: Pleiotropic Effects on Glycosylation and Chain Assembly," *J. Cell. Biol.*, *98*, 2215-2221 (1984) [B] |
| ↳ | C158 | Kieny et al., "Expression of rabies virus glycoprotein from a recombinant vaccinia virus." *Nature, 312*, 163-166 (1984) [B] |
| ↳ | C159 | Kimura et al., "A frameshift addition causes silencing of the δ-globin gene in old world monkeys, an anubis," *Nucleic Acids Res.*, *11(9)*:2541-2550 (1983) [D,E] |
| ↳ | C160 | Knopf et al., "Cloning and Expression of Multiple Protein Kinase C cDNAs," *Cell 46*, 491-502 (August 15, 1986) [F] |
| ↳ | C161 | Kohne, "Evolution of Higher-organism DNA," *Quarterly Reviews of Biophysics, 3*, 327-375 (1970) [D,E] |
| ↳ | C162 | Kondor-Koch et al., "Expression of Semliki Forest Virus Proteins from Cloned Complementary DNA. I. The Fusion Activity of the Spike Glycoprotein," *J. Cell. Biol.*, *97*, 644-651 (1983) [B] |
| ↳ | C163 | Konrad, "Applications of Genetic Engineering to the Pharmaceutical Industry," *Ann. N.Y. Acad. Sci.*, *413*, 12-22 (1983) [B] |
| ↳ | C164 | Konwalinka et al., "A Miniaturized Agar Culture System for Cloning Human Erythropoietic Progenitor Cells," *Exp. Hematol., 12*, 75-79 (1984) [A] |
| ↳ | C165 | Korman, "cDNA clones for the heavy chain of HLA-DR antigens obtained after immunopurification of polysomes by monoclonal antibody," *P.N.A.S. (USA), 79*, 1844-1848 (March 1982) [F] |
| ↳ | C166 | Kornblihtt et al., "Isolation and characterization of cDNA clones for human and bovine fibronectins," *P.N.A.S. (USA), 80*, 3218-3222 (June 1983) [A,D,E] |
| ↳ | C167 | Kramer et al., "Comparisons of the Complete Sequences of Two Collagen Genes from Caenorhabditis elegans," *Cell 30*, 599-606 (September 1982) [F] |
| ↳ | C168 | Krane, "The Role of Erythropoietin in the Anemia of Chronic Renal Failure," *Henry Ford Hosp. Med. J.*, *31(3)*, 177-181 (1983) [A] |
| ↳ | C169 | Krystal, "A Simple Microassay fro Erythropoietin Based on ³H-Thymidine Incorporation into Spleen cells from Phenylhydrazine Treated Mice," *Exp. Hematol., 11(7)*, 649-660 (August 1983) [A] |
| ↳ | C170 | Kuhn et al., "Gene Transfer, Expression, and Molecular Cloning of the Human Transferrin Receptor Gene," *Cell, 37*, 95-103 (1984) [B] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 8/5/94 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

471

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202.874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28, 1994 | Group 405 1812 |

| | C171 | Kurachi et al., "Isolation and characterization of a cDNA coding for human factor IX." *P.N.A.S. (USA), 79*, 6461-6464 (November 1982) [A,F] |
|---|---|---|
| | C172 | Kuratowska et al., "Studies on the production of erythropoietin by isolated perfused organs." *Blood, 18*:527-534 (1961) [D] |
| | C173 | Kurtz, "A New candidate for the regulation of erythropoiesis:  Insulin-like growth factor I." *FEBS Letters, 149(1)*, 105-108 (November 1982) [A] |
| | C174 | Kyte et al., "A Simple Method for Displaying the Hydropathic Character of a Protein." *J. Mol. Biol., 157*. 105-132 (1982) [A,F] |
| | C175 | Lai, "Technical Improvements in Protein Microsequencing," *Analytica Chimica Acta, 163*. 243-248 (1984) [B,C] |
| | C176 | Lai et al., "Ovalbumin is synthesized in mouse cells transformed with the natural chicken ovalbumin gene." *P.N.A.S. (USA), 77(1)*, 244-248 (January 1980) [D] |
| | C177 | Lai et al., "Structural Characterization of Human Erythropoietin," *J. of Biol. Chem., 261*, 3116-3121 (March 5, 1986) [F] |
| | C178 | Lange et al., "Application of erythropoietin antisera to studies of erythropoiesis," *Ann. N.Y. Acad. Sci., 149*:281-291 (1968) [D] |
| | C179 | Lappin et al., "The Effect of Erythropoietin and Other Factors on DNA synthesis by Mouse Spleen Cells." *Exp. Hematol., 11(7)*. 661-666 (August 1983) [A] |
| | C180 | Lasky et al., "Production of an HSV Subunit Vaccine by Genetically Engineered Mammalian Cell Lines," *Modern Approaches to Vaccines*, pages 189-194, Chanock et al., eds. Cold Spring Harbor Lab. (1984) [B] |
| | C181 | Lathe, "Synthetic Oligonucleotide Probes Deduced from Amino Acid Sequence Data," *J. Mol. Biol. 183*, 1-12 (1985) [F] |
| | C182 | Laub et al., "Synthesis of Hepatitis B Surface Antigen in Mammalian Cells:  Expression of the Entire Gene and the Coding Region," *J. Virol., 48(1)*, 271-280 (1983) [B] |
| | C183 | Laub and Ritter, "Expression of the Human Insulin Gene and cDNA in a Heterologous Mammalian System," *J. Biol. Chem., 258(10)*, 6043-6050 (May 25, 1983) [D] |
| | C184 | Lauffer et al., "Topology of signal recognition particle receptor in endoplasmic reticulum membrane," *Nature 318*, 334-338 (1985) [F] |
| | C185 | Lawn et al., "The Isolation and Characterization of Linked δ- and β-Globin Genes from a Cloned Library of Human DNA," *Cell, 15*, 1157-1174 (December 1978) [A,F] |
| | C186 | Ledeen et al., "Gangliosides:  Structure, Isolation, and Analysis," *Methods in Enzymology, 83 (Part D)*, 139-191 (1982) [A] |

| EXAMINER | DATE CONSIDERED 8/5/94 |
|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

472

AM670156816                                    AM-ITC 00941483



| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28, 1994 | Group 1805 |

| | | |
|---|---|---|
| | C187 | Lee-Huang, "Cloning and Expression of Human EPO cDNA in E. Coli," *P.N.A.S. (USA)*, *81*, 2708-2712 (May 1984) [A,D,E,F] |
| | C188 | Lee-Huang, "Monoclonal Antibodies to Human Erythropoietin," *Abstract No. 1463. Fed. Proc.*, *41*, 520 (1982) [A,D,F] |
| | C189 | Lee-Huang, "A New Preparative Method for Isolation of Human Erythropoietin With Hydrophobic Interaction Chromatography," *Blood*, *56(4)*, 620-624 (October 1980) [A] |
| | C190 | Lee-Huang, "The Erythropoietin Gene," *Oncogenes, Genes and Growth Factors*, Chap. 7, pp. 199-222, ed. Gordon Garaff, John Wiley & Sons, Inc. (1987) [D] |
| | C191 | Lee-Huang, "Cloning of Human Erythropoietin," *Biophysical U. 45*(Part 2 of 2), *ABT. M-PM-A12*, p. 30a (1984) [D] |
| | C192 | Lerner et al., "Antibodies to Chemically Synthesized Peptides Predicted from DNA Sequences as Probes of Gene Expression," *Cell*, *23*, 309-310 (February 1981) [A] |
| | C193 | Lerner et al., "Chemically synthesized peptides predicted from the nucleotide sequence of the hepatitis B virus genome elicit antibodies reactive with the native envelope protein of Dane particles," *P.N.A.S. (USA)*, *78(6)*, 3403-3407 (June 1981) [A] |
| | C194 | Lerner, "Synthetic Vaccines," *Scientific American*, *248(2)*, 66-74 (1983) [A] |
| | C195 | Lewin *Genes*, 1983. John Wiley & Sons, p. 307 [A] |
| | C196 | Lin et al., "Cloning and Expression of Monkey and Human Erythropoietin," *Exp. Hematol.*, *12*, 357 (1984) [A] |
| | C197 | Lin et al., "Monkey erythropoietin gene: cloning, expression and comparison with the human erythropoietin gene," *Gene*, *44*, 201-209 (1986) [A] |
| | C198 | Lin et al., "Cloning and expression of the human erythropoietin gene," *P.N.A.S. (USA)*, *82*, 7580-7584 (November 1985) [E,F] |
| | C199 | Lin et al., "Cloning of the Monkey EPO Gene," Abstract, *J. Cell. Bioch.*, *Suppl. 8B*, p. 45 (March 31-April 24, 1984) [A,B,C] |
| | C200 | Lipschitz et al., "Effect of Age on Hematopoiesis in Man," *Blood*, *63(3)*, 502-509 (March 1983) [A] |
| | C201 | LKB Technical Bulletin #2217 [C] |
| | C202 | Maniatis et al., "The Isolation of Structural Genes from Libraries of Eucaryotic DNA," *Cell-15*, 687-701 (October 1978) [F] |
| | C203 | Maniatis et al., *Molecular Cloning, a Laboratory Manual*, pp. 197-199, 392-393, 479-487, 493-503 Cold Spring Harbor, N.Y. (1982) [A,D,F] |

| EXAMINER | DATE CONSIDERED 8/5/94 |
|---|---|
| *EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant. | |

473

AM670156817                                      AM-ITC 00941484



| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No | Serial No. |
|---|---|---|---|---|
| | | | 11009/D31956 | 08/202,874 |
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28, 1994 | Group 1812 |

|  | C204 | Markoff et al., "Glycosylation and Surface Expression of the Influenza Virus Neuraminidase Requires the N-Terminal Hydrophobic Region," *Molecular and Cellular Biology, 4(1),* 8-16 (1984) [B] |
|---|---|---|
|  | C205 | Martial et al., "Human Growth Hormones: Complementary DNA Cloning and Expression in Bacteria," *Science, 205,* 602-606 (August 10, 1979) [A] |
|  | C206 | Mason et al., "Complementary DNA sequences of ovarian follicular fluid inhibin show precursor structure and homology with transforming growth factor-β," *Nature 318,* 659-663 (December 1985) [F] |
|  | C207 | Maurer, "Immunochemical Isolation of Prolactin Messenger RNA," *J. Biol. Chem 255(1),* 854-859 (February 10, 1980) [F] |
|  | C208 | Maxam et al., "Sequencing End-Labeled DNA with Base-Specific Chemical Cleavages," *Methods in Enzymol. 65,* 499-560 (1980) [F] |
|  | C209 | McCormick et al., "Inducible Expression of Amplified Human Beta Interferon Genes in CHO Cells," *Molecular and Cellular Biology, 4(1),* 166-172 (1984) [B] |
|  | C210 | McGonigle et al., "Erythropoietin deficiency and inhibition of erythropoiesis in renal insufficiency," *Kidney Int'l., 25(2),* 437-444 (1984) [A] |
|  | C211 | Meier et al., "Alpha₁- and Beta₂-Adrenergic Receptors Co-Expressed on Cloned MDCK Cells are Distinct Glycoproteins," *Biochem. & Biophys. Res. Comm., 118(1),* 73-81 (1984) [B] |
|  | C212 | Mellon et al., "Identification of DNA Sequences Required for transcription of the human α1-Globin Gene in a New SV40 Host-Vector System," *Cell, 27,* 279-288 (December 1981) [F] |
|  | C213 | Mellor et al., "Expression of Murine H-2K² histocompatibility antigen in cells transferred with cloned H-2 genes," *Nature, 298:*529-534 (August 1982) [D] |
|  | C214 | Messing, "New M13 Vectors for Cloning," *Methods in Enzymology, 101,* 20-78 (1983) [A] |
|  | C215 | Metcalf et al., "Effects of Purified Bacterially Synthesized Murine Multi-CSF (IL-3) on Hematopoiesis in Normal Adult Mice," *Blood, 68(1),* 46-57 (July 1986) [B] |
|  | C216 | Metcalf et al., "Quantitative Responsiveness of Murine Hemopoietic Populations in vitro and in vivo to Recombinant Multi-CSF (IL-3)," *Exp. Hematol., 15,* 288-295 (1987) [B] |
|  | C217 | Methods in Yeast Genetics, Cold Spring Harbor Lab, Cold Spring Harbor, NY, p. 62 (1983) (not enclosed) [A] |
|  | C218 | Miller et al., "Plasma levels of immunoreactive erythropoietin after acute blood loss in man," *Brit. J. Haematol., 52,* 545-549 (1982) [A] |

| EXAMINER | DATE CONSIDERED 8/5/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

474



| | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202.874 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date February 28, 1994 | Group 1812 1605 |

| | | | |
|---|---|---|---|
| | | C219 | Mirand, "Extra-renal and renal control of erythropoietin production," *Ann. N.Y. Acad. Sci.*, 149:94-106 (1968) [D] 94, 96, 98, 100, 102, 104, 106 (1968) [D] |
| | | C220 | Mirand et al., "Current studies on the role of erythropoietin on erythropoiesis", *Ann. N.Y. Acad. Sci.*, 77:677-702 (1959) [D] |
| | | C221 | Mladenovic et al., "Anemia of Chronic Renal Failure (CRF) in the Sheep:  Reponse to Erythropoietin (EP) *In Vivo* and *In Vitro*," *Blood, 58(5)*, Suppl. 1, 99a (1981) [F] |
| | | C222 | Montgomery et al., "Identification and Isolation of the Yeast Cytochrome c Gene," *Cell. 14*, 67-680 (July 1978) [F] |
| | | C223 | Moriarty et al., "Expression of the Hepatitis B Virus Surface Antigen Gene in Cell Culture by using a Simian Virus 40 Vector," *P.N.A.S. (USA)*, 78(4), 2606-10 (April 1981) [D.E] |
| | | C224 | Moriuchi et al., "Thy-1 cDNa sequence suggests a novel regulatory mechanism," *Nature, 301*, 80-82 (January 1983) [F] |
| | | C225 | Morrison, "Bioprocessing in Space – an Overview," *The World Biotech Report*, Volume 2, USA, 557-571 (1984) [A] |
| | | C226 | Munjaal et al., "A cloned calmodulin structural gene probe is complementary to DNA sequence from diverse species," *P.N.A.S. (USA)*, 78(4), 2330-2334 (April 1981) [D] |
| | | C227 | Murphy et al., "The Role of Glycoprotein Hormones in the Regulation of Hematopoiesis," *Acta. Haematologica Japonica, 46(7)*, 1380-1396 (December 1983) [A] |
| | | C228 | Myers et al., "Construction and Analysis of Simian Virus 40 Origins Defective in Tumor Antigen Binding and DNA Replication," *PNAS (USA), 77*, 6491-6495 (Nov. 1980) |
| | | C229 | Myklebost et al., "The Isolation and Characterization of cDNA clones for Human Apolioprotein CII," *J. of Biol. Chem., 259(7)*, 4401-4404 (April 10, 1984) [A] |
| | | C230 | Naets, "The role of the kidney in erythropoiesis," *J. Clin. Invest., 39*:102-110 (1960) [D] |
| | | C231 | Nagata et al., "Synthesis in *E. Coli* of a polypeptide with human leukocyte interferon activity," *Nature, 284*, 316-320 (March 27, 1980) [F] |
| | | C232 | Nakao et al., "Erythropoiesis in anephric or kidney transplated patients," *Israel J. Med. Sci., 7*:986-989 (July-August 1971) [D] 986-990 (July-August 1971) [D] |
| | | C233 | Nathan et al., "Erythropoietin and the Regulation of Erythropoiesis," *New Eng. J. Med., 308(9)*, 520-522 (March 3, 1983) [A] |
| | | C234 | Naughton et al., "Evidence for an Erythropoietin-Stimulating Factor in Patients with Renal and Hepatic Disease," *Acta. Haemat., 69*, 171-179 (1983) [A] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 8/5/94 |

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609;  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

475

| From PT-J-1449 | | U.S Department of Commerce Patent and Trademark Office | Atty. Docket No 11009/D31956 | Serial No 08/202.874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| | | *(Use several sheets if necessary)* | Filing Date February 28. 1994 | Group 1817 |

| | | |
|---|---|---|
| ✓ | C235 | Naughton et al., "Evidence for a Hepatic-Renal Antagonism in the Production of Hepatic Erythropoietin," *Ann. Clin. Lab. Sci.*, *13(5)*, 432-438 (1983) [A] |
| ✓ | C236 | Nayak et al., "Characterization of Influenza Virus Glycoproteins Expressed from Cloned cDNAs in Prokaryotic and Eukaryotic Cells," *Modern Approaches To Vaccines*, pages 165-172, Chanock et al., eds., Cold Spring Harbor Lab. (1984) [B] |
| ✓ | C237 | Neeser et al., "A Quantitative Determination by Capillary Gas-Liquid Chromatography of Neutral and Amino Sugars (as *O*-Methyloxime Acetates), and a Study on Hydrolytic Conditions for Glycoproteins and Polysaccharides In Order to Increase Sugar Recoveries," *Anal. Biochem.*, *142*, 58-67 (1984) [A] |
| ✓ | C238 | Newman et al., "Selection and Properties of a Mouse L-Cell Transformant Expressing Human Transferrin Receptor," *Nature*, *304*, 643-645 (1983) [B] |
| ✓ | C239 | Nigg et al., "Immunofluorescent localization of the transforming protein of Rous sarcoma virus with antibodies against a synthetic *src* peptide," *P.N.A.S. (USA)*, *79*, 5322-5326 (September 1982) [A] |
| ✓ | C240 | Noda et al., "Primary structure of α-subunit precursor of *Torpedo californica* acetylcholine receptor deduced from cDNA sequence," *Nature*, *299*, 793-797 (October 28, 1982) [F] |
| ✓ | C241 | Noda et al., "Cloning and sequence analysis of cDNA for bovine adrenal preproenkephalin," *Nature*, *295*, 202-206 (January 21, 1982) [F] |
| ✓ | C242 | Noyes et al., "Detection and partial sequence analysis of gastrin mRNA by using an oligodeoxynucleotide probe," *P.N.A.S. (USA)*, *76(4)*, 1770-1774 (April 1979) [F] |
| ✓ | C243 | Nussinov, "Eukaryotic Dinucleotide Preference Rules and their Implications for Degenerate Codon Usage," *J. Mol. Biol.*, *149*, 125-131 (1981) [F] |
| ✓ | C244 | Ogle et al., "Production of erythropoietin in vitro: a review," *In Vitro*, *14(11)*, 945-949 (1978) [D] |
| ✓ | C245 | Ohkubo et al., "Cloning and sequence analysis of cDNA for rat angiotensinogen," *P.N.A.S. (USA)*, *80*, 2196-2200 (April 1983) [A,F] |
| ✓ | C246 | Ohno et al., "Inducer-responsive expression of the cloned human interferons β1 gene introduced into cultured mouse cells," *Nucleic Acids Res.*, *10(3)*:967-976 (1982) [D] |
| ✓ | C247 | Okayama et al., "High-Efficiency Cloning of Full-Length cDNA," *Mol. & Cell. Biol.*, *2(2)*, 161-170 (February 1982) [A,F] |
| ✓ | C248 | Ovchinnikov et al., "The Primary Structure of *Escherichia coli* RNA Polymerase," *J. Biochem.*, *116*, 621-629 (1981) [A] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 8/8/98 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

476

AM670156820                                    AM-ITC 00941487

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202.874 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | Filing Date February 28, 1994 | Group 1812 1805 |

| | | |
|---|---|---|
| ✓ | C249 | Paabo et al., "Association Between Transplantation Antigens and a Viral Membrane Protein Synthesized from a Mammalian Expression Vector," *Cell, 35*, 445-453 (1983) [B] |
| ✓ | C250 | Palmiter et al., "Metallothionein-Human GH Fusion Genes Stimulate Growth of Mice," *Science, 222*, 809-814 (November 18, 1983) [A] |
| ✓ | C251 | Pankratz et al., "A Simple 3-Step Procedure for Purifying Baboon Urinary Erythropoietin to Apparent Homogeneity," *Exp. Hematol., 11*, Supp. 14, Abst. 102 (1983) [F] |
| ✓ | C252 | Parekh et al., "N-Glycosylation and in vitro Enzymatic Activity of Human Recombinant Tissue Plasminogen Activator Expressed in Chinese Hamster Ovary Cells and a murine Cell line," *Biochemistry, 28*, 7670-7679 (1989) [F] |
| ✓ | C253 | Pavlovic-Kentera et al., "Effects of Prostaglandin Synthetase Inhibitors, Salt Overload and Renomedullary Dissection on the Hypoxia Stimulated Erythropoietin Production in Rats," *Exp. Hematol., 8(Supp. 8)*, 283-291 (1980) [A] |
| ✓ | C254 | Pellicer et al., "Altering Genotype and Phenotype by DNA-Mediated Gene Transfer," *Science, 209*, 1414-1422 (Sept. 19, 1980) [F] |
| ✓ | C255 | Pennathur-Das et al., "Evidence for the Presence of CFU-E with Increased In Vitro Sensitivity to Erythropoietin in Sickle Cell Anemia," *Blood, 63(5)*, 1168-71 (May 1984) [A] |
| ✓ | C256 | Pennica et al., "Cloning and expression of human tissue-type plasminogen activator cDNA in *E-coli*," *301*, 214-221 (Jan. 20, 1983) [B] |
| ✓ | C257 | Pennica et al., "Human tumour necrosis factor: precursor structure, expression and homology to lymphotoxin," *Nature, 312*, 724-728 (December 27, 1984) [B,F] |
| ✓ | C258 | Pitha et al., "Induction of human β-interferon synthesis with poly (rI•rC) in mouse cells transfected with cloned cDNA plasmids," *P.N.A.S. (USA), 79*:4337-4341 (July 1982) [D] |
| | ~~C259~~ | ~~"Points to Consider in the Characterization of Cell Lines Used to Produce Biologics", June 1, 1984, Office of Biologics Research Review, Center for Drugs & Biologics, U.S. Food & Drug Administration (Section A, Part 2) (not enclosed) [A]~~ |
| ✓ | C260 | Powell et al., "Human erythropoietin gene: High level expression in stably transfected mammalian cells and chromosome localization," *P.N.A.S. (USA), 83*, 6465-6469 (September 1986) [F] |
| ✓ | C261 | Prooijen-Knegt et al., "In Situ Hybridization of DNA Sequences in Human Metaphase Chromosomes Visualized by an Indirect Fluorescent Immunocytochemical Procedure," *Exp. Cell Res., 141*, ~~398-407 (1982) [A]~~ 517-407 (1982) [A] |

| EXAMINER *[signature]* | DATE CONSIDERED 8/8/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

477

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | Filing Date February 28, 1994 | Group 1817 1/85 |

| | | |
|---|---|---|
| ⌐ | C262 | Ramabhadran et al., "Synthesis and Glycosylation of the Common α Subunit of Human Glycoprotein Hormones in Mouse Cells," *Proc. Nat'l. Acad. Sci. (USA)*, *81*, 6701-6705 (1984) [B] |
| ⌐ | C263 | Rambach et al., "Acid Hydrolysis of Erythropoietin," *Proc. Soc. Exp. Biol.*, *99*, 482-483 (1958) [F] |
| ⌐ | C264 | Ravetech et al., "Evolutionary approach to the question of immunoglobulin heavy chain switching: Evidence from cloned human and mouse genes," *P.N.A.S. (USA)*, *77(11)*, 6734-6738 (November 1980) [F] |
| ⌐ | C265 | Recny et al., "Structural Characterization of Natural Human Urinary and Recombinant DNA-derived Erythropoietin," *J. Biol. Chem.*, *262(35)*, 17156-17163 (December 15, 1987) [F] |
| ⌐ | C266 | Reilly et al., "Use of synthetic oligonucleotides to clone genomic DNA: isolation of a tRNA$^{Phe}$ gene from mouse," *DNA*, *1*:192 (1982) [D,E] |
| ⌐ | C267 | Resegotti et al., "Treatment of aplastic anaemia with methenolone, stanozolol and nandrolone," *Panminerva Medica*, *23*, 243-248 (1981) [A] |
| ⌐ | C268 | Reyes et al., "Isolation of a cDNA clone for the murine transplantation antigen H-2K$^b$," *P.N.A.S. (USA)*, *79*, 3270-3274 (May 1982) [A] |
| ⌐ | C269 | Reyes et al., "Identification of an H-2K$^b$-Related Molecule by Molecular Cloning," *Immunogenetics*, *14*, 383-392 (1981) [F] |
| ⌐ | C270 | Riggs et al., "Synthetic DNA and Medicine," *Am. J. Hum. Genet.*, *31*, 531-538 (1979) [F] |
| ⌐ | C271 | Ringold et al., "Co-Expression and Amplification of Dihydrofolate Reductase cDNA and the *Escherichia coli* XGPRT Gene in Chinese Hamster Ovary Cells," *J. Mol. & Appl. Genetics*, *1(3)*, 165-175 (1981) [F] |
| ⌐ | C272 | Robson et al., "Polysome immunoprecipitation of phenylalanine hydroxylase mRNA from rat liver and cloning of its cDNA," *P.N.A.S. (USA)*, *79*, 4701-4705 (August 1982) [F] |
| ⌐ | C273 | Rose et al., "Expression from Cloned cDNA of Cell-Surface Secreted Forms of the Glycoprotein of Vesicular Stomatitis Virus in Eucaryotic Cells," *Cell*, *30*, 753-762 (1982) [B] |
| ⌐ | C274 | Ross et al., "Phosphotyrosine-containing proteins isolated by affinity chromatography with antibodies to a synthetic hapten," *Nature*, *294*, 654-656 (December 17, 1981) [A] |
| ⌐ | C275 | Roth et al., "Influenza Virus Hemagglutinin Expression Is Polarized in Cells Infected with Recombinant SV40 Viruses Carrying Cloned Hemagglutinin DNA", *Cell*, *33*, 435-443 (1983) [B] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *[signature]* | 8/1/94 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

478



| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 / Serial No. 08/202,874 |
| INFORMATION DISCLOSURE STATEMENT | | Applicant Fu-Kuen Lin |
| (Use several sheets if necessary) | | Filing Date February 28, 1994 / Group 1812 1405 |

| | | |
|---|---|---|
| ✓ | C276 | Rothmann et al., "Erythropoietin-Dependent Erythrocytosis Associated with Hepatic Angiosarcoma," *J. Surg. Oncol.*, 20, 105-108 (1982) [A] |
| ✓ | C277 | Saito et al., "In Vitro Assay of Erythropoietin:  Simple Determination in a Small Amount of Human Serum Samples," *Jap. J. Med.*, 23(1), 16-21 (February 1984) [A] |
| ✓ | C278 | Saito et al., "Translation of Human Erythropoietin-mRNAs," *Exp. Hematol.*, 11(14), 228 (1983) [F] |
| ✓ | C279 | Sambrook et al., "Expression of Proteins on the Cell Surface Using Mammalian Vectors," *Experimental Manipulation of Gene Expression*, pages 225-246, Acad. Press. (1983) [B] |
| ✓ | C280 | Sanger et al., "DNA Sequencing with chain-terminating inhibitors," *P.N.A.S. (USA)*, 74, 5463-5467 (December 1977) [A,F] |
| ✓ | C281 | Sasaki, "Isolation of erythropoietin by monoclonal antibody," *Biomed. Biochim. Acta.*, 42(11/12), S202-206 (1983) [A,F] |
| ✓ | C282 | Scahill et al., "Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells," *Proc. Nat'l. Acad. Sci. (USA)*, 80, 4654-4658 (1983) [B] |
| ✓ | C283 | Schulze et al., "Identification of the cloned gene for the murine transplantation antigen H-2Kb by hybridization with synthetic oligonucleotides," *Mol. & Cell Biol.*, 3(4), 750-755 (April 1983) [D] |
| ✓ | C284 | Schwartz et al., "Severe Anemia as a Manifestation of Metastatic Jugular Paraganglioma," *Arch Otolaryngol*, 109, 269-272 (April 1983) [A] |
| ✓ | C285 | Seeburg et al., "Synthesis of growth hormone by bacteria," *Nature*, 276, 795-798 (December 1978) [F] |
| ✓ | C286 | Seki et al., "Isolation of a genomic clone containing structural information for the DRα subunit," *Fed. Proc.*, 41:365 (1982)/Chemistry and Molecular Biology of Ia/Dr Antigens Abstract 563 (1982) [D,E,F] |
| ✓ | C287 | Shahidi, "Androgens and Erythropoiesis," *New Eng. J. Med.*, 289, 72-80 (July 12, 1973) [A] |
| ✓ | C288 | Sherwood et al., "A Radioimmunoassay for Erythropoietin," *Blood*, 54(4), 885-893 (October 1979) [F] |
| ✓ | C289 | Sherwood et al., "Erythropoietin Titers in Sickle Cell Disease & Chronic Renal Failure," *Blood Suppl. 1*, 58, Abstract 105 (1981) [F] |
| ✓ | C290 | Sherwood et al., "Extraction of erythropoietin from normal kidneys," *Endo*, 103(3), 866-870 (1978) [D,F] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

479

AM670156823                                                    AM-ITC 00941490



Form PTO-1449

U.S. Department of Commerce
Patent and Trademark Office

| | | Atty. Docket No. | Serial No. |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | 11009/D31956 | 08/202,874 |
| *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date February 28, 1994 | Group 1812/1805 |

| | C291 | Shiramizu et al., "Human Renal Carcinoma Cells Secreting Erythropoietin in vivo and in vitro," *Blood, 78(10),* Supp. 1 (Nov. 15, 1991) [F] |
|---|---|---|
| | C292 | Singer-Sam et al., "Isolation of a cDNA clone for human X-linked 3-phosphoglycerate kinase by use of a mixture of synthetic oligodeoxyribonucleotides as a detection probe," *P.N.A.S. (USA), 80,* 802-806 (February 1983) [A,D,F] |
| | C293 | Smith et al., "Construction and characterization of an infectious vaccinia virus recombinant that expresses the influenza hemagglutinin gene and induces resistance to influenza virus infection in hamsters," *Proc. Nat'l. Acad. Sci. (USA), 80,* 7155-7159 (1983) [B] |
| | C294 | Southern et al., "Transformation of Mammalian Cells to Antibiotic Resistance with a Bacterial Gene Under Control of the SV40 Early Region Promoter," *J. Mol. Appl. Genet., 1(4),* 327-341 (1982) [D] |
| | C295 | Southern, "Detection of Specific Sequences Among DNA Fragments Separated by Gel Electrophoresis," *J. Mol. Biol., 98,* 503-517 (1975) [F] |
| | C296 | Spellman et al., "Carbohydrate Structure of Human Tissue Plasminogen Activator Expressed in Chinese Hamster Ovary Cells," *J. of Biol. Chem., 264(24),* 14100-14111 (Aug. 26, 1989) [F] |
| | C297 | Spellman et al., "Carbohydrate Structure of Recombinant Soluble Human CD4 Expressed in Chinese Hamster Ovary Cells," *Biochemistry, 30(9),* 2395-2406 (1991) [F] |
| | C298 | Srinivas et al., "Membrane Association and Defective Transport of Spleen Focus-forming Virus Glycoproteins," *J. Biol. Chem., 258,* 14718-14724 (1983) [B] |
| | C299 | Steck et al., "Cell Surface Properties of Spontaneously Metastasizing Rat Mammary Adenocarcinoma Cell Clones," *Transplantation Proceedings, 16,* 355-360 (1984) [B] |
| | C300 | Storring et al., "The International Standard for Recombinant DNA Derived Erythropoietin Collaborative Study of Form Recombinant DNA Derived Erythropoietins and Two Highly Purified Human Urinary Erythropoietins," *J. of Endo., 134,* 459-84 (1992) [F] |
| | C301 | Strickland, "Occurrence of Sulfate on the N-Linked Oligosaccharides of Human Erythropoietin," *J. of Cellular Biochemistry,* Suppl. 16D, Abstract No. P324 (1992) [F] |
| | C302 | Sue et al., "Site-specific antibodies to human erythropoietin directed toward the $NH_2$-terminal region," *Proc. Nat. Acad. Sci. (USA), 80,* 3651-3655 (1983) [A,E,F] |
| | C303 | Suggs et al., "Use of Synthetic Oligodeoxyribonucleotide for the Isolation of Specific Cloned DNA Sequences," *Developmental Biology Using Purified Genes,* 683-693 (D. Brown, Ed., 1981) [D,F] |

| EXAMINER | | DATE CONSIDERED |
|---|---|---|
| | | 8/8/94 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**480**

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28, 1994 | Group 1812 /1805 |

| | C304 | Suggs et al., "Use of synthetic oligonucleotides as hybridization probes:Isolation of cloned cDNA sequences for human B₂-microglobulin," *P.N.A.S. (USA)*, 78, 6613-6617 (1981) [A,B,D,E,F] |
|---|---|---|
| | C305 | Sytowski et al., "A Novel Radioimmunoassay for Human Erythropoietin Using a Synthetic NH₂-Terminal Polypeptide and Anti-Peptide Antibodies," *J. Immunol. Methods*, 69, 181-186 (1984) [A,F] |
| | C306 | Sytowski et al., "The Biochemistry of Erythropoietin: An Approach to its mode of Action," *Exp. Hematol.*, 8(Supp. 8), 52-63 (1980) [A] |
| | C307 | Szostak et al., "Hybridization with Synthetic Oligonucleotides," *Meth. in Enzymol.*, 68, 419-429 (1979) [F] |
| | C308 | Takeuchi et al., "Relationship between sugar chain structure and biological activity of recombinant human erythropoietin produced in Chinese hamster ovary cells," *P.N.A.S. (USA)*, 86, 7819-7822 (Oct. 1989) [F] |
| | C309 | Talmadge et al., "Eukaryotic Signal Sequence Transports Insulin Antigen in Escherichia coli," *P.N.A.S. USA 77(6)*, 3369-3373 (June 1980) [A,B,D] |
| | C310 | Tambourin et al., "Production of erythropoietin-like activity by a murine erythroleukemia cell line," *P.N.A.S. (USA)*, 80, 6269-6273 (1983) [A,F] |
| | C311 | Taub et al., "An Improved Method for Preparing Large Arrays of Bacterial Colonies Containing Plasmids for Hybridization: *In Situ* Purification and Stable Binding of DNA on Paper Filters," *Anal. Biochem.*, 126, 222-230 (1982) [A] |
| | C312 | Taub et al., "An Improved Method for preparing large arrays of bacterial colonies containing plasmids for hybridization: in situ purification and stable binding of DNA on paper filters," *Chemical Abstracts*, 97(23), 164, Abstract No. 194002y (December 12, 1982) [A] |
| | ~~C313~~ | ~~Testa et al., "Role of Purified Erythropoietin in the Amplification of the Erythroid Compartment," Exp. Hematol., 8(Supp. 8), 144-152 (1980) [A]~~ |
| | C314 | Tong et al., "The Formation of Erythrocyte Membrane Proteins during Erythropoietin-induced Differentiation," *J. Biol. Chem.*, 256(24), 12666-12672 (December 25, 1981) [A] |
| | C315 | Toole et al., "Molecular cloning of a cDNA encoding human antihaemophilic factor," *Nature*, 312, 342-347 (November 8, 1984) [F] |
| | C316 | Tramontano et al., "Statistical evaluation of the coding capacity of complementary DNA strands," *Nucleic Acids Research*, 12(12), 5049-5059 (1984) [A] |
| | C317 | Udupa et al., "Erythropoiesis in the aged mouse," *J. Lab. Clin. Med.*, 103(4), 574-580 & 581-588 (1984) [A] |

| EXAMINER | DATE CONSIDERED 8/4/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

481

AM670156825                                    AM-ITC 00941492

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date February 28, 1994 | Group 1812 |

| | | |
|---|---|---|
| ✓ | C318 | Ullrich et al., "Insulin-like growth factor I receptor primary structure: comparison with insulin receptor suggests structural determinants that define functional specificity," *EMBO J.*, *5(10)*, 2503-2512 (1986) [F] |
| ✓ | C319 | Ullrich et al., "Human epidermal growth factor receptor cDNA sequence and aberrant expression of the amplified gene in A431 epidermoid carcinoma cells," *Nature*, *309*, 418-425 (May 31, 1984) [F] |
| ✓ | C320 | Ullrich et al., "Human insulin receptor and its relationship to the tyrosine kinase family of oncogenes," *Nature*, *313*, 756-761 (February 28, 1985) [F] |
| ✓ | C321 | Ullrich et al., "Rat Insulin Genes: Construction of Plasmids Containing the Coding Sequences," *Science*, *196*, 1313-1319 (June 17, 1977) [A] |
| ✓ | C322 | Ullrich et al., "Isolation of the Human Insulin-like Growth Factor I Gene Using a Single Synthetic DNA Probe," *EMBO J.*, *3(2)*:361-364 (1984) [D,F] |
| ✓ | C323 | Urabe et al., "The Influence of Steroid Hormone Metabolites on the In Vitro Development of Erythroid Colonies Derived from Human Bone Marrow," *J. Exp. Med.*, *149*, 1314-1325 (June 1979) [A] |
| ✓ | C324 | Urlaub et al., "Isolation of Chinese Hamster cell mutants deficient in dihydrofolate reductase activity," *Proc. Nat. Acad. Sci. (USA)*, *Vol. 77(7)*, 4216-4220 (July 1980) [A,D,F] |
| ✓ | C325 | Van Stone et al., "Effect of erythropoietin on anemia of peritoneally dialyzed anephric rats," *Kidney Int'l.*, *15*, 370-375 (1979) [F] |
| ✓ | C326 | Van der Ploeg et al., "DNA Methylation in the Human γδβ-Globin Locus in Erythroid and Nonerythroid Tissues," *Cell*, *19*, 947-958 (April 1980) [F] |
| ✓ | C327 | Vedovato et al., "Erythropoietin Levels in Heterozygous Beta-Thalassemia," *Acta. Haematol.*, *71*, 211-213 (1984) [A] |
| ✓ | C328 | Vichinsky et al., "Inadequate erythroid response to hypoxia in cystic fibrosis," *J. Pediatr.*, *105(1)*, 15-21 (July 1984) [A] |
| ✓ | C329 | Vieira et al., "The pUC plasmids, an M13mp7-derived system for insertion mutagenesis and sequencing with synthetic universal primers," *Gene*, *19*, 259-268 (1982) [F] |
| ✓ | C330 | Villasante et al., "Binding of microtubule protein to DNA and chromatin: possibility of simultaneous linkage of microtubule to nucleic acid and assembly of the microtubule structure," *Nucleic Acids Res*, *9(4)*, 895 (1981) [F] |
| ✓ | C331 | Walker et al., *Techniques in Molecular Biology*, Macmillan Pub. Co., N.Y., p. 280 (1983) [A] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

482

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 | Serial No. 08/202,874 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date February 28, 1994 | Group 1817 /d o 5 |

| | | |
|---|---|---|
| ⚡ | C332 | Wallace et al., "The use of synthetic oligonucleotides as hybridization probes. II. Hybridization of oligonucleotides of mixed sequence to rabbit β-globin DNA," *Nuc. Acids Res.*, *9(4)*, 879-894 (1981) [A.D.E.F] |
| | C333 | Wallace et al., "A set of synthetic oligodeoxyribonucleotide primers for DNA sequencing in the plasmid vector pBR322," *Gene*, *16*, 21-26 (1981) [A] |
| | C334 | Wallace et al., "Directed Deletion of a Yeast Transfer RNA Intervening Sequence," *Science*, *209*, 1396-1400 (September 19, 1980) [D] |
| | C335 | Wallace et al., "Oligonucleotide Directed Mutagenesis of the Human β-globin gene: A General Method for Producing Specific Point Mutations in cloned DNA," *Nucleic Acids Research*, *9(15)*, 3647-3657 (1981). [D] |
| | C336 | Wallace et al., "Hybridization of synthetic oligodeoxyribonucleotides to Phi-chi 174 DNA: the effect of single base pair mismatch," *Nuc. Acids Res.*, *6(11)*, 3543-3557 (1979) [A,D,F] |
| | C337 | Wallis et al., "The isolation of cDNA clones for human apolipoprotein E and the detection of apoE RNA in hepatic and extra-hepatic tissues," *EMBO J.*, *2*, 2369-2373 (1983) [F] |
| | C338 | Walter et al., "Antibodies specific for the carboxy- and amino-terminal regions of simian virus 40 large tumor antigen," *P.N.A.S. (USA)*, *77(9)*, 5197-5200 (September 1980) [A] |
| | C339 | Walter et al., "Antibodies specific for the polyoma virus middle-size tumor antigen," *P.N.A.S. (USA)*, *78*, 4882-4886 (August 1981) [A] |
| | C340 | Wang et al., "Renal and extrarenal erythropoietin production in male and female rats of various ages," *J. Lab. Clin. Med.*, *79(2)*, 181-186 (February 1972) [D] |
| | C341 | Weiland et al., "In vivo Activity of Asialo-Erythropoietin in Combination with Asialo-Glycoproteins," *Blut*, *44(3)*, 173-175 (1982) [A] |
| | C342 | Weiss et al., "Studies of the pathogenesis of anemia of inflammation: Mechanism of impaired erythropoiesis," *Am. J. Vet. Res.*, *44(10)*, 1832-1835 (October 1983) [A] |
| | C343 | Weissman et al., "Structure and expression of human IFN-α Genes," *Phil. Trans. R. Soc. Lond.*, *B299*, 7-28 (1982) [B] |
| | C344 | White et al., "Studies on Erythropoietin," *Recent Progr. Hormone Res.*, *16*, 219-262 (1960) [D] |
| | C345 | White et al., "Haemagglutinin of influenza virus expressed from a cloned gene promotes membrane fusion," *Nature*, *300*, 658-659 (1982) [B] |

| EXAMINER    ↗ *[signature]* | DATE CONSIDERED  6/8/94 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

483

AM670156827

AM–ITC 00941494

SHEET 26 OF 2

| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/D31956 — Serial No. 08/202.874 |
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin |
| | | Filing Date February 28, 1994 — Group 1812 / 105 |

| | | |
|---|---|---|
| | C346 | Whitehead et al., "Use of a cDNa Clone for the Fourth Component of Human Complement (C4) for Analysis of a Genetic Deficiency of C4 in Guinea Pig," *P.N.A.S. (USA)*, *80*, 5387-5391 (September 1983) [D,E,F] |
| | C347 | Wiaderkiewicz et al., "Mismatch and blunt to protruding-end joining by DNA ligases." *Nucleic Acids Res*, *15(19)*, 7831-7848 (1987) [F] |
| | C348 | Wide et al., "Molecular charge heterogeneity of human serum erythropoietin," *British J. Haemat.*, *76*, 121-127 (1990) [F] |
| | C349 | Wiktor et al., "Protection from rabies by a vaccinia virus recombinant containing the rabies virus glycoprotein gene," *Proc. Nat'l. Acad. Sci. (USA)*, *81*, 7194-7198 (1984) [B] |
| | C350 | Wong et al., "Synthetic peptide fragment of *src* gene product inhibits the *src* protein kinase and crossreacts immunologically with avian *onc* kinases and cellular phosphoproteins," *P.N.A.S. (USA)*, *78(12)*, 7412-7416 (December 1981) [A] |
| | C351 | Woo, "A Sensitive and Rapid Method for Recombinant Phage Screening," *Methods in Enzymology*, *68*, 389-395 (1979) [A] |
| | C352 | Wood et al., "Expression of active human factor VIII from recombinant DNA clones," *Nature*, *312*, 330-336 (November 22, 1984) [F] *330-337 (November 22, 1984) [F]* |
| | C353 | Woods et al., "Isolation of Class III cDNA Clones," *Second Meeting on Cloning of the HLA and H-2 Regions*, Abstract (April 17-19, 1983) [E] |
| | C354 | Woods et al., "Isolation of cDNA clones for the human complement protein factor B, a class III major histocompatability complex gene product," *P.N.A.S. USA 79*, 5661-5665 (Sept. 1982) [A,D,E,F] |
| | C355 | Woods et al., "Isolation of a cDNA Clone Corresponding to the MHC Linked Complement Protein Factor B," *Mol. Immunology*, *19*, 1411 (1982) [F] |
| | C356 | Yanagawa et al., "Isolation of Human Erythropoietin with Monoclonal Antibodies," *J. Biol. Chem.*, *259(5)*, 2707-2710 (March 10, 1984) [A,F] |
| | C357 | Yanagawa et al., "Hybridomas for Production of Monoclonal antibodies to Human Erythropoetin," *Blood*, *64(2)*, 357-364 (August 1984) [A,F] |
| | C358 | Young et al., "Efficient isolation of genes by using antibody probes," *P.N.A.S. 80*, 1194-1198 (March 1983) [A] |
| | C359 | Yuen et al., "The Spectrum of N-linked oligosaccharide structures detected by enzymic microsequencing on a recombinant soluble CD4 glycoprotein from Chinese hamster ovary cells," *Eur. J. Biochem.*, *192*, 523-528 (1990) [F] |
| | C360 | Zinn et al., "Regulated expression of an extrachromosomal human $\beta$-interferon gene in mouse cells," *P.N.A.S. (USA)*, *79*, 4897-4901 (August 1982) [D] |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 8/8/94 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

484