# EXHIBIT 14
# Part 2 of 2

Dockets.Justia.com

With this information in hand concerning the size and sequence of the mRNA reverse transcript (cDNA) isolated by both Applicant and independent investigators, analysis of Figure 5 of the Lee-Huang publication reveals that the 1400, 600, and 200 base pair cDNA sequences most likely do <u>not</u> encode human erythropoietin.

The 1772 base pair erythropoietin-encoding cDNA sequence analyzed by Applicant and the three cDNA clones isolated according to the publication are aligned for comparative purposes immediately below.  In the illustration a scale of 1mm = 100 base pairs was employed and the position of the erythropoietin polypeptide coding region is represented by a block.

Erythropoietin cDNA (Lin, Jacobs, et al.)



AM670140618                                              AM-ITC 00925285

¬ will be recalled that cDNA transcription occurs from the ₃' end of the mRNA and therefore the linear alignment of the illustration is premised on the assumption that the Lee-Huang publication's cDNA clones were developed by reverse transcription from a polyadenyl (Poly A) site common to the 3' end all the mRNA's involved. The likelihood that the site of the polyA region of the erythropoietin mRNA from the kidney cell source used by Lee-Huang differed substan-tially from the polyA region of Applicant's messenger trans-cribed from a human genomic DNA sequence is quite small.

Clearly the cDNA inserts of pEp2 and pEp3 are, as Lee-Huang predicted, too small to encode human erythro-poietin or. Upon examination of the restriction map charac-teristics of the largest cDNA fragment, present on Lee-Huang's "pEp1" plasmid as a "removable" 1400 base pair PstI insert into the plasmid pBR322*, one notes from Lane 3 of Figure 5 of the publication that three fragments were formed upon PstI digestion -- a large pBR322 DNA fragment and two small fragments said to be about 1100 and 300 base pairs, respectively. This number and size pattern of frag-ments would be accounted for by the presence of the two "designed" PstI recognition sites at the respective ends of the insert (allowing for the insert to be separated from the plasmid) and only one PstI recognition site within the 1400 base pair insert, located about 1100 base pairs from the 3' end. The restriction map of human erythropoietin cDNA as predicted by computer and verified by actual digestion

---

*    See attached Exhibit No. 10 taken from Maniatis et al.,
     "Molecular Cloning, A Laboratory Manual," Cold Springs
     Harbor ↵aboratory, 1982, which graphically illustrates
     the "standard" process carried by the Lee-Huang
     publication for cDNA preparation and insertion into
     pBR322 at its PstI site.

257 255

AM670140619                                    AM-ITC 00925286

experiments, however, dictates that at least three PstI recognition sites should be present in a 1400 base pair, erythropoietin-encoding cDNA insert. Had the 1400 base pair cDNA insert in Lee-Huang's plasmid pEp1 been an erythropoietin-encoding DNA, then a total of five fragments would be expected upon digestion with PstI. Immediately below is an illustration of the projection.

**Plasmid pEp-1**

PROJECTED PstI Restriction Sites If EPO cDNA
Yield Upon Digestion = One Large (Plasmid) Fragment
Four cDNA Fragments

Plasmid pEp-1

ACTUAL PstI Restriction Sites
Yield Upon Digestion = One Large (Plasmid) Fragment
Two cDNA Fragments

In order for the cDNA insert of Lee-Huang's plasmid pEp1 to actually represent an erythropoietin-encoding DNA, the insert would have to somehow comprise a naturally-occurring allelic variant wherein a sufficient number of base pair changes are present to "kill" all three PstI sites within the polypeptide coding region and "create" a new PstI site in a different location within the coding region, about 300 base pairs from the 5' end. The likelihood that this could be the case is immensely small and one therefore must

conclude that the accuracy of Lee-Huang's identification of the cDNA as Epo-encoding is, at best, significantly in doubt.

In addition to the above sizing and restriction mapping evidence casting doubt on the Lee-Huang's conclusion that erythropoietin-encoding cDNA had actually been cloned and expressed, there is still another piece of evidence indicating that the messenger RNA "template" used by Lee-Huang for cDNA preparation did <u>not</u> actually encode human erythropoietin. This evidence is manifested through comparison of the molecular weight ($M_r$) of the non-glycosylated <u>in vitro</u> translation products which Lee-Huang's mRNA gave rise to versus the calculated molecular weight of erythropoietin based on its amino acid sequence.

As indicated to the Examiner during the course of the recent interview, the carbohydrate-free, <u>in vitro</u> mRNA translation products described by Lee-Huang do not "correspond" in terms of molecular weight to products which would be expected to be obtained upon translation of an mRNA encoding human erythropoietin. The two immunoreactive expression products of the publication had 29,000 and 15,000 molecular weights, respectively. Lee-Huang projected that the $M_r$ 29,000 product was an "aglycosylated" form of natural, glycosylated human erythropoietin, which had been reported to have an apparent molecular weight of 34,000. The $M_r$ 15,000 translation product was projected to be an "aglycosylated" fragment of the larger polypeptide. However, calculation of the molecular weights of non-glycosylated products of erythropoietin mRNA translation reveals no potential for generation of an $M_r$ 29,000 species, no potential for generation of an $M_r$ 15,000 species, and no likely

- 35 -

prospect that an $M_r$ 29,000 species could be obtained by,
e.g., dimerization of any potential species.

More specifically, if one were to assume that the
product of human erythropoietin mRNA tranlsation in vitro
was a "full-length" polypeptide having both the 27 amino
acid residue leader sequence and a full complement of 166
residues of the mature polypeptide, the molecular weight of
this 193 residue species would be 21,310.



If one were to assume that the in vitro translation system
which Lee-Huang possessed the enzymatic wherewithal to pro-
cess off the 27 residue leader sequence, the molecular
weight of the resulting 166 residue species would be
18,399.



Finally, if one were to assume that the in vitro
translation system employed by Lee-Huang somehow allowed for
internal initiation of translation at the ATG codon for the
methionine residue at position 54 of the erythropoietin
polypeptide (rather than the methionine at -27) the cal-
culated molecular weight of this species would be 12,336.



- 36 -

Clearly, none of the potential translation products of erythropoietin mRNA correspond to Lee-Huang's $M_r$29000 translation product nor could any homodimer of a potential translation product "weigh in" at 29,000.

The above analysis is believed to establish that available evidence of the nature and amino acid constitution of the human erythropoietin polypeptide, and the nature and base pair constitution of the DNA that encodes the human erythropoietin polypeptide (both revealed for the first time by this inventor and subsequently independently verified by others) fully supports the conclusion that the Lee-Huang publication describes a "failed attempt" to clone and express human erythropoietin cDNA. This, in turn, provides at least some evidence of the nonobviousness of the invention claimed herein.

Because none of the references relied upon disclose or suggest any suitable means for securing the claimed invention, Applicant respectfully submits that the rejections of the claims under 35 U.S.C. §103 may properly be withdrawn.

C.    Remarks Concerning Preliminary Amendment
      and Information Disclosure Statement
      Dated April 23, 1986

As Exhibit 3 to Applicant's Preliminary Amendment dated April 23, 1986, there was provided a list of eight "closely related" references. This list included items A-13/B5 (Egrie, Published EPC Application 0,116,446), C-103 [Sue, et al., Proc.Nat'l.Acad.Sci.(USA), 80:3651-3655 (1981)] and C-106 [Sytowski, et al., J.Immunol.Methods, 69:181-186 (1983)]. In turn, these three were discussed at pages 4 and 5 of the concurrently filed Information

- 37 -

239

Disclosure Statement as references which relate "to synthetic peptides having structures based on prior attempts at identification of the sequence of amino acids at the amino terminal of urine-derived erythropoietin". At pages 5 and 6, under the heading "References Related to Isolation of Naturally-Occurring Erythropoietin by Immunological Means", a notation was made of Reference C-129 [Yanagawa, et al. J.Biol.Chem., 259(5), 2707-2710 (1984)].

In the recent past, Applicant's undersigned counsel determined that the Yanagawa, et al. reference (C-129), in addition to relating to immunological isolation of erythropoietin, also disclosed (at page 2710) a sequence of thirty amino terminal amino acid residues obtained by gas phase sequenator sequencing of immunopurified erythropoietin. Distinctions between this sequence and that of Sue, et al., reference (C-106) were drawn. Although no mention of synthetic peptides was made, it appears that the Yanagawa, et al. reference should probably have been listed as a ninth reference on Exhibit 3 to the Preliminary Amendment and included along with the Egrie, Sue, et al. and Sytowski, et al. as a references relating to amino terminal sequences of erythropoietin.

As was the case with the Sue, et al. and Sytowski, et al. references, the Yanagawa, et al. publication incorrectly identifies the amino terminal residues of erythropoietin -- fully five of the first thirty residues are incompletely or incorrectly noted ($Pro^3$ designated as "?"; $Cys^7$ designated as "Leu"; $Asn^{24}$ designated as "?"; $Thr^{27}$ designated as "Asp"; and, $Cys^{29}$ designated as "Gly"). For the same reasons as advanced in the Information Disclosure Statement, the Yanagawa, et al. reference is not

- 38 -

believed to be relevant to patentability of the claimed invention.

<u>CONCLUSION</u>

The foregoing amendments and remarks are believed to establish that pending claims 14 (amended), 15, 17-36, 58 and 61-72 are in condition for allowance and an early notice thereof is solicited.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By _____
Michael F. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois

October 2, 1986

- 39 -

AM670140625                                        AM-ITC 00925292

| orm PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,29R |
| REV. 2-32.  SUPPLEMENTAL | | | |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | APPLICANT FU-KUEN LIN | |
| (Use several sheets if necessary) | | FILING DATE November 30, 1984 | GROUP 127 |

Sheet 1 of 1

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| NL | B15 85 0 1 9 6 1 | 5/9/85 | PCT | — | — | | |
| ML | B16 86 0 3 5 2 6 | 6/19/86 | PCT | — | — | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | C 135 | Lin, et al., Exp. Hematol., 12, 357 (1984) |
|---|---|---|
| | C 136 | Lee-Huang, Blood, 56, 620-624 (1980) |
| | | |
| | | |

| EXAMINER | DATE CONSIDERED 5/1/87 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

3 B 2

AM670140626                                                    AM-ITC 00925293

264 242

AM670140627

AM-ITC 00925294



OUTLINE OF PROCEDURES DESCRIBED IN LEE-HUANG, PROC.NATL.ACAD.SCI. (USA), 81, 2708-2712 (1984)

Renal CA Cells

Extract mRNA

Total mRNA

(1) In Vitro Translation

(2) Screen with McAB 7A7

a. Two Polypeptides
   a: 29,000 MW
   b: 15,000 MW

(1) Make cDNA
(2) Insert into pBR322
(3) Screen Colonies with McAB 7A7

3 "Positive" Clones Expressing a fusion product of unknown MW which is reactive with McAB 7A7

NOTE: No product isolated

In vitro translation

Sizing of cDNA Inserts

(a) EP-1 (1400 bp)*
(b) EP-2 (600 bp)
(c) EP-3 (200 bp)

Use cDNA clones to select total mRNA

Hybridized mRNA

(1) Immunoblot
(2) Competition

Assay

4 Polypeptide Products

(a) 92,000 MW
(b) 66,000 MW
(c) 29,000 MW
(d) 15,000 MW

Negative
Negative
Positive
Positive

"Probably close to coding size" (p. 2712)

AM670140628

AM-ITC 00925295

POTENTIAL TRANSLATION PRODUCTS OF mRNA
ENCODING ERYTHROPOIETIN
BASED ON SPECIFICATION TABLE VI



AM670140629                                                    AM-ITC 00925296

EXHIBIT B

Argument Map in DNA Strand hu13
from the '6cutter' file.

```
   ___-_-_-_::-_::____-_::|_:|||_____-_-|||_:|_:_____-_::|_____
  HIND111   STY1-1  HAE1-2  CFR1-3   BGL1   CFR1-3   HGIC1-1
           HGIJ11-2    STU1  NSPC1-2        AVA1-4    ACY1-1
           MST1        AVA1-4  SFI1         SMA1  HGIA-3  HAE1-1
           APA1        SMA1    BCL1         APA1         HAE11-4
           HGIJ11-4            CFR1-4       HGIJ11-4     KPN1
           AVA1-4              XMA3         BSTE2        HGIC1-4
           SMA1                            ESSW11 NAR1   PST1
           PST1                                         SFI1
                                                        BGL1
                                                        STY1-1

  ___-::|||-_::-_::_____ACC1-2_TTH111_2-4_APA1_HGIC1-3___STY1-4____
  HINC11-2           HAE1-2  HGIJ11-3  AHA111              STY1-4
  HGIJ11-2   PVU11   HAE11-2  NCO1  ACY1-1          HGIJ11-2
  PST1               STU1    HGIJ11-4               HAE1-3
  PVU11              PST1     STY1-2  HGIA-4
  NSPC1-3                    BGL11  HGIJ11-1
  HAE1-3                     XHO2-4
     HGIJ11-2                BSM1-2
     HGIJ11-2               SAC1
```

```
1    AAGCTTCTGCGCTTCCAGACCCAGCCTACTTTGCGGGAACTCAGCAACCCAGGCCATCTCTGA
     TTCGAAGACCCGAAGGTCTGGGTCGGATCGAAACCCCTTGAGTCGTTGGGTCCCCTAGAGACT

     1 HIND111,

61   CTCTCCGCCCAAGACCGGGATGCCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCTTTCCCA
     CAGAGGCCGGGCTTCTGGCCCCTACCGGGGGGTCCCCTCCACAGGGCCTCGGGTCGGAAACGGT

     104 HGIJ11,

121  GATAGCCACGCTCCGCCAGTCCCAAGGGCTGCCCAACCCGCTGCACTCCCCTCCCCGCCACCC
     CTATCCTGCGAGGCGGTCAGGGTTCCCACGCCCTTGGCCGACGTGAGGGGAGGGCGCCTCGCG

     141 STY1, 148 MST1.

181  AGCGGCCCCGGCAGCAGCCCCCCATGACCCCACACCCACGTCTGCAGCAGCCCCGCTCACGCCC
     TCCCGGGCCCTCGTCGGCGGGGTACTGGCGTGTGGGCTGCAGACGTCGTCGGGCGGCGACTGCGGGG

     182 APA1 HGIJ11, 185 AVA1 SMA1, 218 PST1,

241  CGGCGACCCTCAACCCCAGGCCTCCTGCCCCTGCTCTGACCCCGGGTGGCCCCTACCCCTG
     GCCGCTCGGCAGTTGCGGTCGGGAGGACGGGGCACGAGACTGGGGCCCACCGGGGATGGGGAC

     257 HAE1 STU1, 280 AVA1 SMA1.

301  GCCGACCCCTCACCCACACAGCCCTCTCCCCCACCCCCACCCGCCCACGGCACACATGCAGAT
     CGGCTGGGGAGTGGGTGTGTCGGGAGAGGGGGTGGGGGCCGTGCCGGGTGCCGTCGTGTACGTCTA

     351 NSPC1,     267 345
```

```
361  AACAGCCCCGAC  CGCCCAGAGCCGCAGAGTCCCTCG     CCGCCGGCTCCCTCC
     TTCTCGGGGTC    GC  GCTCGCCGTCTCAGGGACC  GC  GCCCGCCGAGCGACG

     376 CFR1, 393 SFI1, 400 BGL1, 407 CFR1 HAE1,

421  CCTCCCCCCCACCG CGCTGTCCTCCCGGAGCCGGACCCGGGCCCACCCCCCCGCTCTGCT
     CGACCGCGCCTCGCCCGACGAGCGGCCTCGGCCTGGCCCCCGCTGGCGCCGGCCGAGACGA

481  CCCGACACCGCCGCCCCTCGACAGCCGCCCTCTCCTCTAGCCCCCTGGGGCTGGCCCTGCA
     GGCTGTGGCCGCGGGCACCTGTCGGCGGGGAGAGGAGATCCGGGCACCCCGACCGGGACGT

     520 BGL1,

541  CCGCCGAGCTTCCCGGGATGAGGCCCCCCGTCTGGTCACCCGGCGCGCCCCAGCTCGCT
     GGCGGCCTCGAAGGGCCCTACTCCCGGGGGGCCACACCAGTCGCGCGCGCGGGGTCAGCGA

     552 AVA1 SMA1, 562 APA1 HGIJ11, 575 BSTE2, 584 BSSH11,

601  CAGGGACCCCGGCCAGGCGCGGACGATCGGGGTGCACGAATGTCCTGCCTGGCTGTGGCTT
     CTCCCTGGGCCCGGTCCCCGCCTCTACCCCCACCTGCTTACAGGCACGGACCGACACCCAA

     610 CFR1, 631 HGIA,

661  CTCCTGTCCCTGCTGTCGCCTCCCTCTGGGCCTCCCAGTCCTCGGCGCCCCACCACGCCTC
     CAGGACAGGGACGACAGCGAGCGGAGACCCCGAGCCGTCAGGACCCCGCGCGCTCGTGCGCAG

     703 ACY1 HAE11 HGIC1 NAR1,

721  ATCTGTGACAGCCGAGTCGTGGACAGGGTACCTCTTCGCAGCCCAAGCAGGCCCGAGAATATC
     TAGACACTGTCGGCTCAGGACCTCTCCATGGAGAACCTCCCCGTTCCTCCCCGTCTTATAG

     746 HGIC1 KPN1, 758 HAE1, 759 SF11, 760 BGL1, 761 STY1,

781  ACCACCGCCGCTCTGCTGAACACTGCAGCTTCAATCACGAATATCACTGTCCCAGACACCAAA
     TGGTGGCCCCACACGACTTGTGACGTCGAACTTACTCTTATACTGCACAGCCTCTGTCGTTT

     801 PST1,

841  CTTAATTTCTATCCCTGGAAGAGGCATGGAGGTCGGGCAGCAGGCCCGTAGAACTCTCGGCAC
     CAATTAAAGATACGGACCTTCTCCTACCTCCAGCCGGTCGTCCGCGCATCTTCAGACCCGTC

901  GGGCTGGCCCTGCTGTCGGAAGCTGTCCTGCCGGGGCCAGCCCCTCGTTGGTCAACTCTTCC
     CCCGACCGGGCACGACAGCCTTCGACAGGACGCCCCCGGCTCCCGACAACCACTTGAGAAGG

     949 HINC11,

961  CAGCCGTGGGGAGCCCCTGCAGCTGCATCGTGGATAAAGCCGTCAGTGGCCTTCCGCAGCCCTC
     GTCGGCACCCTCGGGGACGTCGACGTACACCTATTTCGGCAGTCACCCGGAAGCCTCCCAC

     970 HGIJ11, 976 PST1, 979 PVU11, 984 NSPC1, 1005 HAE1,

1021 ACCACTCTGCTTCGGGCTCTGGCGAGCCCAGAAGCGAAGCCCATCTCCCCTCCACATGCCGCCC
     TGGTGAGACGAAGCCCGAGACCCTCGGGTCTTCCTTCGGTAGACGGGGAGGTCTACCCCGCC

     1034 HGIJ11, 1043 HGIJ11,

1081 TCAGCTGCTCCACTCCCGAACAATCACTGCTGACACTTTCCGCAAAACTCTTCCCGACTCTAC
     AGTCGACGACGCTGAGCGCTTGTTAGTGACGACTGTGAAAGGCCGTTTGAGAAGGCTCAGATC

     1082 PVU11, 1135 ACC1,

1141 TCCAATTTCCTCCCGGCGAAAGCTGAAGCTGTACACACAGGGGAGCCCCTGCAGGCACACGCCCAC
     ACGTTAAAGCAGGCCCCCTTTCGACTTCGACATGTCGTCCCCTCCGGACGTCCTCGTCCCCTG

     1181 HAE1 STU1, 1185 PST1,   244  268
```

```
1201  AGATCACCAGCTCTGTCCACCTCGCCCATATCCACCACCT  CACCAACATTCCTTCTC
      TCTACTGGTCC/  C.GGTGGACCCGTATAGCTGGTGG  GTGGTTGTAACCAACAC

      1253 TTHII12.

1261  CCACACCCTCCCCGCCACTCCTCGAACCCCCTCGAGGGGCTCT AGCTCAGCCCCAGCCT
      GGTGTGGGAGGGGGCGGTGAGGACTTGGGCCAGCTCCCCGAGAGTCGAGTCGCCGTCGGA

      1297 HGIJ11, 1310 HAE11.

1321  GTCCCATCGACACTCCAGTCCCAGCAATGCACATCTCAGGGGCCAGAGGAACTGTCCAGAG
      CAGGGTACCTGTGAGGTCACCGTCCTTACTGTAGACTCCCCGGTCTCCTTGACAGGTCTC

      1324 NCO1 STY1.

1381  ACCAACTCTGAGATCTAAGGATGTCACAGGGCCCAACTTGACGGCCCAGAGCAGGAAGCAT
      TCCTTGAGACTCTAGATTCCTACAGTGTCCCCGGTTGAACTCCCGGCTCTCGTCCTTCCTA

      1391 BGL11 XHO2, 1421 APA1 HGIJ11, 1437 BSM1.

1441  TCAGAGACCAGCTTTAAACTCAGGGACAGAGCCATGCTGGCAAGACGCCTCGACCTCACTC
      AGTCTCTCGTCGAAATTTGAGTCCCTGTCTCGGTACGACCCTTCTGCGGACTCGAGTCAC

      1453 AHA111, .484 ACY1, 1491 HCIA HGIJ11 SAC1.

1501  CGCACCCTCCAAAATTTGATCCCAGGCACACGCTTTGCGAGGCCATTTACCTCTTTTCGCAC
      CCGTGGGACCTTTTAAACTACGGTCCTGTGCGAAACCTCCGCTAAATGGACAAAAGCCGTG

      1501 HGIC1.

1561  CTACCCATCAGCGCACAGCATCACCTGGACGAACTTAGGTGGCAAGCTCTGACTTCTCCAGGT
      GATGGTAGTCCCTGTCCTACTCGACCTCTTCGAATCCACCGTTCGACACTGAAGAGGTCCA

1621  CTCACCGGCCATCGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGTGGTGGCAA
      GAGTGCCCGTACCCGTCAGGGAACCACCCGTTCTCGGGCGGAACTGTGGCCCCACCACCCTT

      1640 STY1, 1652 HGIJ11.

1681  CCATGCAACACAGCATGCGGGGCTGGCCTCTCGCCTCTCATGGGGTCCAACTTTTCTGTATTC
      GGTACTTCTGTCCTACCCCCGACCGGACACCGAGAGTACCCCAGGTTCAAAACACATAAG

      1702 HAE1.

1741  TTCAACCTCATTCACAAGAACTGAAACCACCAAAAAAAAAAAAAAAAAA
      AAGTTGGAGTAACTGTTCTTGACTTTGGTGGTTTTTTTTTTTTTTTTTTT
```

Exhibit No. 2

AM670140633                                    AM-ITC 00925300

5294  BIOCHEMISTRY

CHIRGWIN, PRZYP    MACDONALD, AND RUTTER

References

Britten, R. J., & Kohne, D. E. (196: :ource 161, 529–540.
Doerder, F. P., Lief, J. H. & DeBault, L. E. (1977) Science 198, 946–948.
Glišin, V. R., Crkvenjakov, R., & Byus, C. (1974) Biochemistry 13, 2633–2637.
Gorovsky, M. A., Yao, M-C., Keevert, J. B., & Pleger, G. L. (1975) Methods Cell Biol. 9, 311–327.
Lindberg, U., & Persson, T. (1972) Eur. J. Biochem. 31, 246–254.
Rigby, P. W. J., Dieckmann, M., Rhodes, C., & Berg, P (1977) J. Mol. Biol. 113, 237–251.

Sakai, M., Fujii-h        s a, Y., & Muramatsu, M. (1978)    C8
    Biochemistry 17, 55.5–5515.
Straus, N. A. (1976) Handb. Genet. 1976 5, 3–30.
Williams, J. B., Fleck, E. W., Hellier, L. E., & Uhlenhopp, E. (1978) Proc. Natl. Acad. Sci. U.S.A. 75, 3082–3086.
Woodard, J., Kaneshiro, E., & Gorovsky, M. A. (1972) Genetics 70, 251–260.
Yao, M., & Gorovsky, M. A. (1974) Chromosoma 48, 1–18.
Yao, M., & Gall, J. G. (1977) Cell 12, 121–132.
Yao, M., Kimmel, A. R., & Gorovsky, M. A. (1974) Proc. Natl. Acad. Sci. U.S.A. 71, 3082–3086.

# Isolation of Biologically Active Ribonucleic Acid from Sources Enriched in Ribonuclease[†]

John M. Chirg: ...,[‡] Alan E. Przybyla,[§] Raymond J. MacDonald,[§] and William J. Rutter[*]

ABSTRACT: Intact ribonucleic acid (RNA) has been prepared from tissues rich in ribonuclease such as the rat pancreas by efficient homogenization in a 4 M solution of the potent protein denaturant guanidinium thiocyanate plus 0.1 M 2-mercaptoethanol to break protein disulfide bonds. The RNA was isolated free of protein by ethanol precipitation or by sedimentation through cesium chloride. Rat pancreas RNA obtained by these means has been used as a source for the purification of α-amylase messenger ribonucleic acid.

The preparation of undegraded ribonucleic acid from a number of cell types is hindered by the presence of active nucleases. An extreme example of this is the rat pancreas which contains over 200 μg of ribonuclease A per g of tissue wet weight (Beintema et al., 1973). Within the pancreatic exocrine cells, ribonuclease A as well as other digestive enzymes and zymogens appears to be synthesized on ribosomes bound to the cytoplasmic face of the endoplasmic reticulum, extruded directly into the external side, and subsequently packaged in secretory granules. Thus, the functions of the cytosol are effectively sequestered from these strong hydrolytic activities. Disruption of the cells, however, inevitably results in rapid mixing of RNA and RNase.[1,2] One way to eliminate nucleolytic degradation of RNA is to denature all of the cellular proteins including RNase. This approach would be successful only if the rate of denaturation exceeds the rate of RNA hydrolysis by RNase. Deproteinization procedures using guanine hydrochloride (Cox, 1968) or phenol even in the presence of RNase inhibitors such as heparin, iodoacetate, and detergent (Parish, 1972) are insufficiently effective to yield intact RNA from the pancreas.

We describe here a generally applicable method for the quantitative isolation of intact RNA. The rate of denaturation is maximized by the combined use of a strong denaturant, guanidinium thiocyanate, in which both cation and anion are potent chaotropic agents (Jencks, 1969), and a reductant to break protein disulfide bonds which are essential for RNase activity (Sela et al., 1956). This method has been employed in the isolation of intact biologically functional RNA from rat pancreas and the purification of mRNA for α-amylase, the most abundant pancreas-specific protein (Sanders & Rutter, 1972).

## Experimental Procedure

*Chemicals and Solutions.* All glassware was rendered nuclease free by overnight treatment at 180 °C. Whenever possible [see Ehrenberg et al. (1974)], stock solutions were treated for 20 min with 0.2% diethyl pyrocarbonate and then thoroughly boiled to remove traces of the reagent. Buffers such as tris(hydroxymethyl)aminomethane, which contains a primary amine that reacts with diethyl pyrocarbonate, were avoided.

Guanidinium thiocyanate stock (4 M) was prepared by mixing 50 g of Fluka purum grade guanidinium thiocyanate (Tridom, Inc., Hauppage, NY) with 0.5 g of sodium N-lauroyl-sarcosine (final concentration 0.5%), 2.5 mL of 1 M sodium citrate, pH 7.0 (25 mM), 0.7 mL of 2-mercaptoethanol (0.1 M), and 0.33 mL of Sigma 30% Antifoam A (0.1%).

[†] From the Department of Biochemistry and Biophysics, University of California, San Francisco, California 94143. Received June 11, 1979; revised manuscript received August 27, 1979. The work was supported by a grant from the National Science Foundation (BMS72-02221) by a Helen Hay Whitney Foundation Postdoctoral Fellowship to A.E.P. and by American Cancer Society and National Institutes of Health postdoctoral fellowships to J.M.C.
[‡] Present address: Department of Anatomy, Washington University School of Medicine, St. Louis, MO 63110.
[§] Present address: Department of Biochemistry, University of Georgia, Athens, GA 30602.
[||] Present address: Department of Biochemistry, University of Texas Health Science Center, Dallas, TX 75235.

[1] A brief note describing a version of this method has been published (Ullrich et al., 1977).
[2] Abbreviations used: RNase, ribonuclease; mRNA, messenger ribonucleic acid; cDNA, complementary deoxyribonucleic acid.

0006-2960/79/0418-5294$01.00/0    © 1979 American Chemical Society

AM670140634    AM-ITC 00925301

Deionized water was added with warming and stirring until the volume equaled 100 mL at room temperature. The solution, which contained some insoluble material, was filtered. Its pH was adjusted to 7 with a small amount of 1 N NaOH, and it was stored tightly closed for up to 1 month at room temperature. All handling of this solution and the initial homogenization was done in a fume hood, and all equipment which came into contact with 2-mercaptoethanol was subsequently treated with dilute aqueous hypochlorite solution (chlorine laundry bleach).

Guanidine hydrochloride (Sigma practical grade) was made up to 7.5 M, filtered, neutralized to pH 7.0, buffered with 0.025 volume of 1 M sodium citrate, pH 7.0, made 5 mM in either dithiothreitol or dithioerythritol, and stored for up to 1 month at room temperature.

*Standard Guanidinium Thiocyanate Extraction Procedure.* Freshly removed pancreases were trimmed free of lymph nodes, ganglia, and fat, weighed (the pancreas from a 300-g female rat weighs ∼1 g), and then individually dropped into 16 mL of guanidinium thiocyanate stock solution in a 55-mL Potter–Elvehjem homogenizer tube and immediately homogenized for 30–60 s at full speed with an 18-mm diameter Tissumizer homogenizer (Tekmar Industries, Cincinnati, OH). The homogenates of two pancreases were combined in a 50-mL tube and centrifuged for 10 min at 8000 rpm in a Sorvall HB4 swinging bucket rotor at 10 °C to sediment particulate material. The supernatants were decanted into a flask and mixed with 0.025 volume (relative to the original volume of homogenizing buffer) of 1 M acetic acid to lower the pH from 7 to 5 and 0.75 volume of absolute ethanol. The flask was capped, shaken thoroughly, and placed at −20 °C overnight to precipitate nucleic acid. The material was sedimented by centrifugation for 10 min at −10 °C and 6000 rpm in an HB4 rotor. The tubes were drained of supernatant and any material which did not form a firm pellet. The pellet was then resuspended by vigorous shaking in 0.5 volume (relative to the original volume of homogenization buffer) of buffered guanidine hydrochloride stock solution. If necessary, the samples were briefly warmed in a 68 °C water bath to ensure complete dispersion of the pellets. RNA was reprecipitated by adding (relative to the amount of guanidine hydrochloride) 0.025 volume of 1 M acetic acid and 0.5 volume of ethanol. The solution was kept for at least 3 h at −20 °C and centrifuged as before. A final reprecipitation from guanidine hydrochloride was performed in the same way, with a further halving of the total volume. This reprecipitated material was centrifuged for only 5 min at 6000 rpm. From this point onward all procedures were carried out under sterile conditions to prevent nuclease contamination.

The final pellets were dispersed in ethanol at room temperature, triturated if necessary to extract excess guanidine hydrochloride, and again centrifuged for 5 min at 6000 rpm. Ethanol was removed from the pellet by a stream of nitrogen, and the RNA was dissolved with vigorous shaking in 1.0 mL of sterile water per g of original tissue. This solution was centrifuged for 10 min at 13 000 rpm and 10 °C to sediment insoluble material. The supernatants containing the RNA were decanted and saved, while the insoluble material was reextracted twice with 0.5 mL of sterile water per g of original tissue wet weight, followed by another centrifugation for 10 min at 13 000 rpm and 10 °C. The combined aqueous solution was mixed with 0.1 volume of 2 M potassium acetate, pH 5, and 2 volumes of ethanol and left overnight at −20 °C.

RNA was sedimented from the ethanol suspension by centrifugation for 20 min at 10 000 rpm and −10 °C in Corex

tubes in an H ____. The pellets were thoroughly washed with 95% ethanol, dried with nitrogen, and dissolved in 1.0 mL of sterile water per g of starting tissue. Absorbance measurements were obtained by diluting the RNA solutions into 10 mM triethanolamine hydrochloride, pH 7.4. An $E_{cm}^{1\%}$ of 200 at 260 nm was used to determine the concentration of RNA. The RNA samples were routinely stored as 70% ethanol suspension at pH 5 and −20 °C.

All of the extraction procedures were routinely carried out in polyethylene, polypropylene, or Corex centrifuge tubes. Exposure to guanidinium thiocyanate solutions resulted in a high rate of failure for polycarbonate tubes.

In view of the large amounts of ribonuclease in the guanidine homogenates and supernatants, it was imperative that no contamination of any glassware or chemicals by these solutions be permitted. Dilution of solutions of denatured RNase results in renaturation of the active enzyme (Sela et al., 1956).

A modification to the above procedure in which the RNA is separated from the guanidinium thiocyanate homogenate by ultracentrifugation through a dense cushion of cesium chloride (Glisin et al., 1974) was suggested by Dr. A. Ullrich. For this procedure, technical grade cesium chloride was made up to 5.7 M, buffered with 0.1 M sodium ethylenediaminetetraacetate, pH 7, or 25 mM sodium acetate or citrate, pH 5, sterilized with 0.2% diethyl pyrocarbonate, and passed through a 0.45-μm Millipore filter. Small amounts of tissue were homogenized in 4 M, filtered guanidinium thiocyanate with a small Tissumizer or Potter–Elvehjem and layered into ultracentrifuge tubes one-quarter filled with 5.7 M cesium chloride. In a typical experiment, a Beckman SW50.1 rotor was centrifuged for 12 h at 36 000 rpm and 20 °C. Dissolution of the RNA pellets in water was facilitated by brief heating in a 68 °C water bath or by first extracting excess cesium chloride with ethanol and drying with nitrogen. Since the supernatants in these experiments could contain large amounts of renaturable nuclease, great care was taken not to contaminate the pellets during their dissolution. This danger could be circumvented by suspending the pellets in a small volume of buffered guanidine hydrochloride stock solution and precipitating the RNA with ethanol as described above. Cesium chloride has been used for the preparation of samples of less than 100 μg of embryonic RNA (Harding et al., 1978) and for the isolation of rat parotid RNA free from polysaccharides (Swain and Rutter, unpublished experiments). When the maximum rotor speeds permissible for dense cesium chloride solutions are calculated, allowance must be made for the specific gravity of the guanidinium thiocyanate homogenates, which is between 1.1 and 1.2 g/mL.

*Procedural Anecdotes and Variations.* A large number of different experimental procedures were tested before reaching those described above. A summary of our experience is given here to facilitate adaptation of the procedure to other systems. First, the prevention of degradation by ribonuclease is dependent upon the efficiency of the initial seconds of the homogenization. For this reason, we have used the high-speed Tissumizer; the similar Polytron (Brinkmann Instruments, Westbury, NY) undoubtedly would be satisfactory. The use of a conventional blender or the homogenization of tissue which has been frozen and thawed or of tissue which has been pulverized in liquid nitrogen results in degradation of the RNA, as detected by the diminution in the 28S peak height and the concomitant appearance of lower molecular weight species on electrophoresis in denaturing gels. However, rat pancreases which have been lyophilized after pulverization in dry ice or liquid nitrogen can be satisfactorily extracted with the guani-

12

AM670140635      AM-ITC 00925302

5296   BIOCHEMISTRY

CHIRGWIN, PRZYBYLA, MACDONALD, AND RUTTER

dinium thiocyanate procedure. ... ses lacking significant nucleolytic activity; conditions f... mogenization are less stringent. Embryonic pancreases can be prepared with a small Potter–Elvehjem homogenizer, and for some cultured cells no homogenization is needed since the cells lyse upon addition of the guanidine solution (Harding et al., 1977; Strohman et al., 1977).

The reprecipitations of the RNA aid to eliminate already denatured ribonuclease from the nucleic acid pellets. Thus, these steps can be varied according to the specific circumstances. The pH and temperature of the initial homogenization, 7.0 and ~20 °C, are optimal, but some variations can be tolerated. The use of the detergent sodium N-lauroylsarcosine is not essential but gives a cleaner initial precipitate of RNA and may accelerate the initial dissolution of the tissue. The 2-mercaptoethanol is essential for tissue containing RNase, but increasing its concentration beyond 0.1 M final concentration has no effect. Dithiothreitol can be used with the guanidine hydrochloride stock as a disulfide bond reductant, but it undergoes a chemical reaction with the thiocyanate anion to produce hydrogen sulfide and a green color.

The use of pH 7 and room temperature to dissolve the RNA and of pH 5, ~20 °C, and the addition of 0.5 volume of ethanol to precipitate it follow the recommendation of Cox (1968) for guanidine hydrochloride. It is essential to determine empirically the time necessary for complete precipitation of a given RNA sample at ~20 °C [viz. Strohman et al. (1977)]. Cooling to this temperature can be accelerated by the use of a 3:1 crushed ice–rock salt bath. It is also advisable to maintain RNA concentrations above 25 μg/mL in guanidine solution. Tissue can be homogenized in as little as 4 volumes of 4 M guanidinium thiocyanate, but the resultant solution may be too viscous to permit easy sedimentation of the RNA. The initial precipitation described above uses 0.75 volume of ethanol relative to guanidinium thiocyanate stock; this precipitates some DNA (eliminated by the reprecipitations) as well as RNA. Cox (1968) but is necessary to prevent guanidinium thiocyanate from crystallizing out of solution at ~20 °C. It is convenient to decrease the volumes of the successive precipitations to concentrate the RNA. Inclusion of a final organic solvent extraction step, for example, with phenol or chloroform, or of a 3 M sodium acetate precipitation at pH (Kirby, 1968) is unnecessary.

Some tissues may contain non-RNA molecules which coprecipitate with RNA by the methods described, necessitating further purification. We have, however, not encountered such contaminants in the tissues listed in Figure 2 or ... spleen, or muscle. Under the described conditions of centrifugation, yeast [3H]-labeled tRNA (provided by Dr. L. De Gennaro) was not sedimented. Similarly, in the standard procedure tRNAs (and DNA) are not precipitated from guanidine hydrochloride plus 0.5 volume of ethanol, as noted by Cox (1968).

Since the early steps of the procedure are always carried out in the presence of denaturants, sterile procedures and glassware are unnecessary. But as soon as the RNA is no longer in the presence of guanidine, stringent precautions against adventitious nucleases must be taken.

*Preparation of Polyadenylated RNA.* Polyadenylated species were separated from rRNA by two cycles of binding to oligo(dT)–cellulose (Type T-2, Collaborative Research, Waltham, MA). The procedure of Aviv & Leder (1972) was modified by the use of 0.5 M lithium chloride, 0.2% dodecyl sulfate, and 10 mM triethanolamine hydrochloride, pH 7.4, as the binding buffer. For minimization of nonspecific ribo-

somal contamin... of the polyadenylated RNA, the samples were heated for ... min at 68 °C at a concentration of no more than 2.5 mg/mL in sterile water and then rapidly quenched on ice immediately prior to the other additions listed above and application to the column. Bound polyadenylated RNA was eluted with 10 mM triethanolamine hydrochloride, pH 7.4, without an intermediate 0.1 M salt wash.

*Resolution Analysis of Isolated RNA Species.* The mRNA preparations were subjected to gel electrophoresis in 3% agarose, 6 M urea, and 25 mM sodium citrate, pH 3.5, according to a modification of the procedure of Woo et al. (1975). Agarose was dissolved in buffered 6 M urea plus 0.02% Antifoam A by holding in a boiling water bath until uniformly in solution and free of bubbles. The solution was poured at 30 °C and allowed to gel overnight at 5 °C. Cylindrical gels were removed partially from their tubes, cut ... to 4–8-mm lengths, returned to the tubes, and held in place with gauze. After application of a 20-μg sample to a 5-mm diameter gel in buffered urea plus 10% sucrose, electrophoresis was conducted for 4 h at 100 V and room temperature with rapid recirculation of reservoir buffer (25 mM citrate, pH 3.5). The gels were washed for at least 1 h in sterile 25% glycerol and scanned at 260 nm.

For analysis of electrophoretically resolved mRNAs, agarose gels were cut with a razor blade immediately after being scanned and the slices were extracted 3 times each with a volume of oligo(dT)–cellulose binding buffer equal to the volume of the gel slices at room temperature for 24 h. RNA was recovered from the combined extracts by ethanol precipitation. The samples were dissolved in water, centrifuged to remove particles of agarose, and analyzed by translation either directly or after rebinding to and elution from oligo(dT)–cellulose.

The RNA preparations were tested for biological activity by translation in a cell-free system as described by MacDonald et al. (1977) after nuclease pretreatment according to Pelham & Jackson (1976). In addition, cDNA was prepared from these samples and hybridization analyses were performed as described by Harding et al. (1977).

Results

Our interest in specific pancreatic genes and their expression has led to rather extensive investigations of methods for preparation of biologically functional mRNAs from tissues rich in RNase. A number of methods were tested; some were useful, but none were found to be completely satisfactory.

An extensive analysis of the hybridization characteristics ... of pancreas RNA and cDNA made from it with reverse transcriptase has been published by Harding et al. (1977). These experiments were conducted with RNA prepared by a precursor to the present procedure, one in which the tissues were homogenized in 7.5 M guanidine hydrochloride plus 1% diethyl pyrocarbonate (Zsindely et al., 1970). This procedure gave undegraded RNA which, however, appeared to be partially modified by the diethyl pyrocarbonate (Ehrenberg et al., 1974). When rat pancreas RNA prepared with guanidine hydrochloride plus diethyl pyrocarbonate was translated in vitro, there was a marked lower efficiency of synthesis of higher molecular weight polypeptides, especially amylase. This effect was much more pronounced in the reticulocyte lysate than in the wheat germ cell-free system of Roberts & Paterson (1973). Attempts to circumvent this effect by scavenging unreacted diethyl pyrocarbonate by adding excess 2-mercaptoethanol 30 s after the start of homogenization were unsuccessful. Decreasing the initial concentration of diethyl pyrocarbonate only resulted in partially degraded RNA. These deleterious effects

273          Uber

AM670140636                                          AM-ITC 00925303

ISOLATION OF RNA WITH ... NIDINIUM THIOCYANATE          VOL. 18, NO. 24, 1979   5295





FIGURE 1: Scan at 260 nm of electrophoresis of RNA on 4% acrylamide gel in 98% formamide (Pinder et al., 1974). Direction of migration was from left to right. Upper trace: RNA prepared with guanidinium thiocyanate plus 2-mercaptoethanol by ethanol precipitation. Lower trace: RNA prepared by dropping a pancreas into a blender running at full speed at 4 °C containing 0.1 M sodium acetate, pH 5.5 mM iodoacetate, 2 mg/mL heparin sulfate, and 0.5% sodium dodecyl sulfate plus an equal volume of buffer-saturated phenol.



FIGURE 2: Autoradiogram of [³⁵S]methionine-labeled peptides synthesized from purified RNAs in a rabbit reticulocyte lysate (Pelham & Jackson, 1976). Analysis was as described by MacDonald et al. (1977). Total RNA samples (all from rat) were the following: Pn, adult pancreas (24 μg); NB, newborn pancreas (23 μg); 17d, 17-day embryonic pancreas (21 μg); NB, newborn pancreas (21 μg); 15d, 15-day embryonic pancreas (21 μg); 15dO, 15-day embryonic gut (22 μg); L, adult liver (40 μg); S, adult submaxillary gland (41 μg); HTC, hepatoma cell line (37 μg); K, adult kidney (27 μg); Pr, adult parotid gland (21 μg).



FIGURE 3: Scan at 260 nm of a 3% agarose–6 M urea gel, pH 3.5 (Woo et al., 1975). A 40-μg sample of polyadenylated rat pancreas RNA was run on a 6 × 98 mm gel, which was sliced as indicated.




FIGURE 4: Translational specificity of pancreatic mRNAs resolved by agarose gel electrophoresis. Autoradiogram was prepared as in Figure 2. The in vitro reactions were performed on the entire extracted aliquots of RNA from the slices indicated in Figure 3, except for bands A and F of which only half of the aliquot was translated. Lane T contains the translation products of unfractionated pancreatic polyadenylated RNA.

of diethyl pyrocarbonate led us to develop the improved guanidinium thiocyanate method described here.

The recovery of RNA from adult rat pancreas by the guanidinium thiocyanate procedure (see Experimental Procedure) was ~20 mg/g of wet tissue, varying by 10%. RNA preparations had a $A_{260nm}/A_{280nm}$ ratio of 2.1 or better, indicating low protein contamination. The DNA content was less than 0.5% by the diphenylamine assay (Burton, 1956). Total RNA prepared by this procedure was analyzed by electrophoresis under denaturing conditions in 3% acrylamide gels in 98% formamide (Pinder et al., 1974). Figure 1 shows the absorbance profile of such a gel at 260 nm, demonstrating the

presence of intact 28S and 18S ribosomal RNAs in the sample prepared with guanidinium thiocyanate. The lower trace in Figure 1 demonstrates the degradation of these species when isolated by conventional phenol extraction in the presence of a panoply of ribonuclease inhibitors: heparin, iodoacetate, and sodium dodecyl sulfate. Electrophoresis in 3% agarose gels in 6 M urea, pH 3.5 (Woo et al., 1975), gave results (not shown) very similar to those found with formamide gels. Between 1.0 and 1.5% of the total RNA was contained in the polyadenylated fraction after two passages over oligo(dT)-cellulose (Aviv & Leder, 1972).

The products of translation in vitro of RNAs isolated from a variety of rat tissues with guanidinium thiocyanate are displayed in Figure 2. The discrete, tissue-specific products seen for embryonic and adult rat pancreas, liver, kidney, submaxillary, parotid, and HTC cell (a rat hepatoma cell line) RNAs indicate that the guanidinium thiocyanate procedure yields RNA suitable for protein synthesis.

The relatively simple set of proteins synthesized in vitro in Figure 2, lane Pn, suggested that polyadenylated pancreatic RNA should contain a limited number of discrete messages. This was borne out by the profile of oligo(dT)-cellulose-bound RNA on a denaturing agarose–urea gel (Figure 3). When the indicated RNA peaks were eluted from the gel, they were found to be enriched in their template activities for specific polypeptide bands (Figure 4). The major protein band in lane

Beinstema, J. J., Campagne, R. N  Gruber, M. (1973) Biochim. Biophys. Acta 310, 148– 60.

Browd, R. K., Delaney, R., Levine, L., & Van Vunakis, H. (1959) J. Biol. Chem. 234, 2043–2049.

Burton, K. (1956) Biochem. J. 62, 315–322.

Cassellinie, F. J., & Barker, R. (1968) Biochemistry 7, 4135–4138.

Cox, R. A. (1968) Methods _...ymol. 12b, 120–129.

Ehrenberg, L., Fedorcsak, I., & Solymosy, F. (1974) Prog. Nucleic Acid Res. Mol. Biol. 16, 185–262.

Glisin, V., Crkvenjakov, R., & Byus, C. (1974) Biochemistry 13, 2633–2637.

Gribnau, A. M., Schoenmakers, J. G. G., & Bloemendal, H. (1969) Arch. Biochem. Biophys. 130, 48–52.

Harding, J. D., & Rutter, W. J. (1978) J. Biol. Chem. 253, 8736–8740.

Harding, J. D., MacDonald, R. J., Przybyla, A. E., Chirgwin, J. M., Pictet, R. L., & Rutter, W. J. (1977) J. Biol. Chem. 252, 7391–7397.

Harding, J. D., Przybyla, A. E., MacDonald, R. J., Pictet, R. L., & Rutter, W. J. (1978) J. Biol. Chem. 253, 7531–7537.

Heinrikson, R. L., Stein, W. H., Craitsfeld, A. M., & Moore, S. (1965) J. Biol. Chem. 240, 2921–2934.

Jencks, W. P. (1969) Catalysis in Chemistry and Enzymology, Chapter 7, McGraw-Hill, New York.

Kirby, K. S. (1968) Methods Enzymol. 12B, 87–99.

MacDonald, R. J., Przybyla, A. E., & Rutter, W. J. (1977) J. Biol. Chem. 252, 5522–5528.

Miller, J. F., & Bolen, D. W. (1978) Biochem. Biophys. Res. Commun. 81, 610–615.

Palmiter, R. D. (1974) Biochemistry 13, 3606–3615.

Parish, J. H. (197.    .nciples and Practice of Experiments with Nucleic Acids, Halsted Press. New York.

Pelham, H. R. B., & Jackson, R. J. (1976) Eur. J. Biochem. 67, 247–256.

Pinder, J. C., Staynov, D. Z., & Gratzer, W. B. (1974) Biochemistry 13, 5373–5378.

Przybyla, A. E., MacDonald, R. J., Harding, J. D., Pictet, R. L., & Rutter, W. J. (1979) J. Biol. Chem. 254, 2154–2 ?.

Roberts, B. E., & Paterson, B. M. (1973) Proc. Natl. Aca.. Sci. U.S.A. 70, 2330–2334.

Sanders, T. G., & Rutter, W. J. (1972) Biochemistry 11, 130–136.

Schneider, W. C. (1946) J. Biol. Chem. 164, 747–751.

Sela, M., Anfinsen, C. B., & Harrington, W. F. (1956) Biochim. Biophys. Acta 26, 502–512.

Strohman, R. C., Moss, P. S., Micou-Eastwood. J., Spector. D., Przybyla, A. E., & Paterson, B. (1977) Cell 10, 265–273.

Tanford, C. (1968) Adv. Protein Chem. 23, 121–282.

Ullrich, A., Shine, J., Chirgwin, J. M., Pictet, R., Tisch.., Rutter, W. J., & Goodman, H. M. (1977) Science 196, 1313–1319.

Von Hippel, P. H., & Wong, K.-Y. (1964) Science 145, 577–580.

Woo, S. L. C., Rosen, J. M., Liarakos, C. D., Choi, Y. C., Busch, H., Means, A. R., O'Malley, B. W., & Robberson, D. L. (1975) J. Biol. Chem. 250, 7027–7039.

Zendzian, E. N., & Barnard, E. A. (1967) Arch. Biochem. Biophys. 122, 699–702.

Zsindely, A., Hutai, J., & Tanko, B. (1970) Acta Biochim. Biophys. Acad. Sci. Hung. 5, 423–434.

## Measurement of the Transcription of Nuclear Single-Copy Deoxyribonucleic Acid during Chloroplast Development in *Euglena gracilis*[†]

Stephanie E. Curtis and James R. Y. Rawson*

ABSTRACT: The fraction of nuclear single-copy deoxyribonucleic acid (DNA) transcribed at different stages of chloroplast development in *Euglena gracilis* (Z strain) was measured by RNA–DNA hybridization. *Euglen* cells were grown in a heterotrophic medium in the dark to stationary phase and transferred to the light. Total cell RNA was isolated at various stages of chloroplast development and hybridized in a vast excess to $^{125}$I-labeled single-copy DNA. The fraction of $^{125}$I-labeled single-copy DNA in the form of a duplex was measured by using S1 nuclease. The amount of RNA–DNA hybrid in the duplex mixture was determined by correcting for the contribution of DNA–DNA renaturation. The fraction of single-copy DNA transcribed was calculated by multiplying by 2 the amount of DNA in the form of an RNA–DNA hybrid and correcting for the reactivity of the single-copy DNA probe with total DNA. In dark-grown cells (i.e. prior to the initiation of chloroplast development), the complexity of total cell RNA derived from single-copy DNA was $8.0 \times 10^7$ nucleotides. After initiation of chloroplast development, the complexity of the total cell RNA derived from single-copy DNA first increased slightly to $8.9 \times 10^7$ and $6.4 \times 10^7$ nucleotides after 12, 48, and 72 h of exposure to light, respectively. Total cell RNA isolated from cells which had never been cultured in the dark had a complexity of $6.5 \times 10^7$ nucleotides.

Chloroplasts are complex organelles which require a multitude of membrane structures, enzymes, and electron-transport constituents to carry out photosynthesis. The development of a functional chloroplast from a proplastid, the progenitor of chloroplasts, presents an interesting example of the need for the coordinate expression and interaction of two distinct genomes within the plant cell. Both the chloroplast and the nuclear DNAs contribute genetic information required for the production of a photosynthetically competent organelle (Schiff,

† From the Department of Botany, University of Georgia, Athens, Georgia 30602. *Received May 22, 1979; revised manuscript received September 12, 1979.* This investigation was supported by a grant from the National Science Foundation (PCM77-02591) and a National Institutes of Health Predoctoral Traineeship (5-T32-GM07103-03) to S E C.

0006-2960/79/0418-5297$01.00/0    © 1979 American Chemical Society

AM670140638                                                    AM-ITC 00925305

5298  BIOCHEMISTRY                    CHIRGWIN, PRZY   A. MACDONALD, AND RUTTER

A has been demonstrated to be a ; or (58 000 molecular weight) of α-amylase by specific immunoprecipitation (MacDonald et al., 1977; Przybyla et al., 1979). The RNA coding for amylase (Figure 3, peak A) comigrated with 18S rRNA. On the basis of the in vitro translation data and cDNA–mRNA hybridization complexity (Harding & Rutter, 1978), the isolated amylase mRNA was judged to be greater than 80% pure.

Since it is obviously not possible in this system to compare the quality of the RNAs prepared by the guanidinium thiocyanate and conventional phenol methods, we have performed comparative experiments using dog pancreas, which lacks detectable levels of RNase A (Zendzian & Barnard, 1967). Total polysomal RNA was prepared by conventional phenol–chloroform extraction by MacDonald et al. (1977). The data obtained for dog pancreas were very similar to those shown in Figures 1–3 for rat pancreas. In both species, α-amylase was the dominant tissue-specific protein and its RNA comigrated with 18S rRNA. The patterns of the translation products and of the polyadenylated RNAs were similar. When copied with reverse transcriptase, rat pancreas RNA gave the highest incorporation of nucleotides per gram when the RNA had been prepared with guanidinium thiocyanate (0.13 nmol of [³H]dCMP per μg of polyadenylated RNA) and the lowest when prepared with guanidine hydrochloride plus diethyl pyrocarbonate (0.06 nmol of [³H]dCMP per μg). In comparison, phenol-prepared dog RNA gave an incorporation of 0.11 nmol of [³H]dCMP per μg. All pancreatic cDNAs displayed the same size distribution on alkaline sucrose gradients.

When phenol-extracted dog pancreas RNA was hybridized in excess to cDNAs made from RNA templates prepared either with phenol or guanidine hydrochloride plus 1% diethyl pyrocarbonate, indistinguishable results were obtained. The curves were very similar to those seen for rat pancreas RNA–cDNA hybridizations (Harding et al., 1977).

Discussion

Because of the high concentrations of RNase and RNA in the rat pancreas, polyanionic competitive inhibitors of RNase such as heparin, polyvinyl sulfate, and macaloid (Parish, 1972) cannot be brought practically to high enough concentrations to be useful. Similar limits to attainable concentration preclude the use of antibodies against or protein inhibitors of RNase (Brown et al., 1959; Gribnau et al., 1969). The well characterized covalent inactivators of bovine pancreatic RNase A such as 3-bromopyruvate and iodoacetate react much too slowly to be of use (Henriksen et al., 1965). Diethyl pyrocarbonate is an effective active-site histidine reagent against pancreatic RNase, but unfortunately this reagent also modifies nucleic acids (Ehrenberg et al., 1974). Such modification may account for the loss of amylase mRNA translation activity and template activity for RNA-directed DNA polymerase described above. Diethyl pyrocarbonate has been reported to destroy ovalbumin message activity (Palmiter, 1974). As demonstrated by Figure 1, phenol plus sodium dodecyl sulfate does not denature RNase sufficiently rapidly to prevent massive degradation of pancreatic RNA.

Although ribonuclease is the bane of molecular biologists, it has been a boon to physical biochemists. It is a thoroughly investigated model of protein denaturation. The transition state for denaturation of pancreatic RNase A is close to the denatured state, so that reagents of increasing effectiveness for equilibrium denaturation will denature with increasing rapidity (Tanford, 1968). Thus, the half-life of RNase is 3 min in 8 M urea (Barnard, 1964) and 10 s in 4 M guanidine hydrochloride (Miller & Bolen, 1978). Both Von Hippel &

Wang (1964) and Castellino & Barker (1968) found that guanidinium thiocyanate was about 2.5-fold more effective on a molar basis than guanidine hydrochloride as an equilibrium denaturant. In the former salt both cation and anion are strong chaotropes, while in the latter only the guanidinium cation is chaotropic and hence active in denaturation (Jencks, 1969). Thus, it was expected on the basis of the rate dependency upon denaturant strength that guanidinium thiocyanate would be a much more rapid denaturant of RNase than guanidine hydrochloride, thus permitting the isolation of intact rat pancreatic RNA without recourse to diethyl pyrocarbonate.

RNA prepared from pancreas with guanidinium thiocyanate can be translated in vitro to give products (Figure 2) very similar to those seen for phenol-isolated dog pancreas RNA (MacDonald et al., 1977) and very similar to the contents of pancreatic secretory granules (Przybyla et al., 1979). Since α-amylase is the major secretory product of the pancreas, its message should be an abundant polyadenylated species. Figures 3 and 4 suggest that this is the case. The 18S polyadenylated RNA (Figure 3, peak A) is the predominant component; dissolved, although its abundance may be exaggerated by contaminating rRNA. Hybridization between this purified amylase mRNA and the cDNA made from it indicates that the message is more than 80% composed of a sequence of 1500-nucleotide complexity, just large enough to code for the pre-amylase polypeptide (Harding & Rutter, 1978).

In addition to hybridization experiments with purified rat pancreatic amylase mRNA, total rat pancreas RNA from adults and developing embryos has been analyzed by cDNA hybridization kinetics (Harding et al., 1978). In no case is there any indication that isolation with guanidinium thiocyanate plus 2-mercaptoethanol introduces any artifactual modifications into RNA or causes the selective loss of any species other than 4S RNA. Recovery of RNA from the organ was quantitative within the experimental uncertainty of such determinations (Schneider, 1946).

RNA prepared with guanidinium thiocyanate from rat islets of Langerhans has been used to synthesize double-stranded cDNA. When this DNA was inserted into a bacterial plasmid, cloned, and analyzed, it was found to contain nucleotide sequences correctly coding for the complete amino acid sequence of rat proinsulin I (Ullrich et al., 1977), thereby confirming that the information content of the starting RNA was retained during the procedure.

The predicted utility of guanidinium thiocyanate was fully confirmed by the results described above: RNA isolated with the reagent was physically intact and fully active in translation, specific message purification, hybridization, and recombinant DNA experiments. The variety of tissues from which active RNA has been obtained with this method (Figure 2) suggests that the guanidinium thiocyanate procedure offers a useful alternative to phenol-based methods, particularly for nuclease-containing cells.

Acknowledgments

We are indebted to the following people who used the procedure during its development and assisted in its improvement: Drs. A. Ullrich, J. D. Harding, P. Hobart, W. Swain, and R. Pictet. We thank E. Sewall for performing the dog pancreas RNA hybridization experiment and L. Spector for preparing the manuscript.

References

Aviv, H., & Leder, P. (1972) Proc. Natl. Acad. Sci. U.S.A. 69, 1408–1412.

Barnard, E. A. (1964) J. Mol. Biol. 10, 235–262.

275 OVER

Exhibit No. 3

AM670140640

AM-ITC 00925307

· 209

expression of the human erythropoietin gene. Proc. Natl Acad. Sci. USA 82 (1985) 7580–7584

Maniatis, T., Fritsch, E.F. and Sambrook, J.: Molecular Cloning. A Laboratory Manual Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 1982, pp. 187–209.

Marshall, R.D.: The nature and metabolism of the carbohydrate-peptide linkages of glycoproteins. Biochem. Soc. Symp. 40 (1974) 17–26.

Messing, J.: New M13 vectors for cloning. Methods Enzymol 101 (1983) 20–78.

Miyake, T., Kung, C.K.-H. and Goldwasser, E.: Purification of human erythropoietin. J. Biol. Chem. 252 (1977) 5558–5564

Nevins, J.R.: The pathway of eukaryotic mRNA formation. Annu. Rev. Biochem. 52 (1983) 441–466.

Okayama, H. and Berg, P.: High-efficiency cloning of full-length cDNA. Mol. Cell. Biol. 2 (1982) 161–170.

Sanger, F., Nicklen, S. and Coulson, A.R.: DNA sequencing with chain-terminating inhibitors. Proc. Natl Acad. Sci. USA 74 (1977) 5463–5467.

Suggs, S.V., Wallace, R.B., Hirose, T., Kawashima, E.H. and Itakura, K.: Use of synthetic oligonucleotides as hybridization probes: isolation of cloned cDNA sequences for human β₂-microglobulin. Proc. Natl. Acad. Sci. USA 78 (1981) 6613–6617.

Tauh, F. and Thompson, E.B. An improved method for preparing large arrays of bacterial colonies containing plasmids for hybridization: in situ purification and stable binding of DNA on paper filters Anal. Biochem. 126 (1982) 222–230.

Wallace, R.B., Johnson, M.J., Hirose, T., Miyake, T., Kawashima, E.H. and Itakura, K.: The use of synthetic oligonucleotides as hybridization probes. II. Hybridization of oligonucleotides of mixed sequence to rabbit A-globin DNA. Nucl. Acids Res. 9 (1981) 879–894.

Weiss, F.F., Kung, C.K.-H. and Goldwasser, E.: Some chemical properties of human erythropoietin. Endocrinology 116 (1985) 2286–2292.

Watson, M.E.E.: Compilation of published signal sequences. Nucl. Acids Res. 12 (1984) 5145–5164.

Zanjani, E.D., Ascensao, J.L., McGlave, P.B., Banisadre, M. and Ash, R.C.: Studies on the liver to kidney switch of erythropoietin production J. Clin. Invest. 67 (1981) 1183–1188.

Communicated by A.D. Riggs

256 278

208

human Epo vs. Phe 91 in monkey Epo). This result points out the extreme specificity of mixed-sequence short oligo probes and the requirement for exact as sequence data.

Epo obtained from mice, rats, sheep, rabbits, dogs and baboons has been previously shown to compete with human Epo for binding to anti-human Epo antibodies (Garcia et al., 1979). It is also well known that human Epo is biologically active in mice and rats (Anagnostou et al., 1978; Miyake et al., 1977). These findings imply that some functional domain(s) and antigenic determinant(s) of Epo have been highly conserved during the course of mammalian evolution. With the exception of aa 28–35 and 83–123, the aa sequences of monkey and human Epo are highly conserved. The conserved regions may be involved in determining the function and antigenic determinants of the Epo molecule.

ACKNOWLEDGEMENTS

We thank Kirby Alton, Sayed Badrawi, Allan Banks, Jean Barendt, Cheryl Bradley, Mary Carter, Betsy Ferguson, Ted Jones, Donna Langley, Edward Lau, and Virginia Suggs for technical assistance, Dr. Norman Davidson for valuable discussions and Dr. Peter Dukes for the in vivo bioassays.

We are indebted to Drs. Chou C. Hong and Lee Chao, Medical University of South Carolina for preparation of anemic monkeys and the tissues; to Jennie Caruthers, Joan Bennett and Jeanne Fitzgerald for preparation of the manuscript, and to Daniel Vapnek for critical reading of the manuscript.

REFERENCES

Anagnostou, A., Barone, J., Kedo, A. and Fried, W.: Effect of erythropoietin therapy on the red cell volume of uraemic and non-uraemic rats. Br. J. Haematol 37 (1977) 85–91.

Ash, H. and Lader, P.: Purification of biological active globin messenger RNA by chromatography on oligothymidylic and cellulose. Proc. Natl. Acad. Sci. USA 69 (1972) 1408–1412.

Beutler, E.: Hemolytic anemia in disorders of red cell metabolism. (1978) Plenum, New York

Burnette, W.N. "Western blotting" electrophoretic transfer of proteins from sodium dodecyl sulfate-polyacrylamide gels to unmodified nitrocellulose and radiographic detection with

antibody and radioiodinated protein. A Anal. Biochem. 112 (1981) 195–203.

Chirgwin, J.M., Przybyla, A.E., MacDonald, R.J. and Rutter, W.J.: Isolation of biological active ribonucleic acid from sources enriched in ribonuclease. Biochemistry 18 (1979) 5294–5299.

Cotes, P.M. and Bangham, D.R.: The international reference preparation of erythropoietin. Bulletin of the World Health Organization 35 (1966) 751–760.

Egrie, J.C., Browne, J., Lai, P. and Lin, F.K.: Characterization of recombinant monkey and human erythropoietin. In Neinhaus, A.W. and Stamatoyannopoulos, G. (Eds.), Experimental Approaches for the Study of Hemoglobin Switching List. New York, 1985, pp. 339–350.

Erslev, A.J.: Physiologic control of red cell production. Blood 10 (1955) 954–961.

Fried, W.: The liver as a source of extrarenal erythropoietin. Blood 40 (1972) 671–677.

Garcia, J.F., Sherwood, J. and Goldwasser, E.: Radioimmunoassay of erythropoietin. Blood Cells 5 (1979) 405–419.

Goldwasser, E.: Erythropoietin and the differentiation of red blood cells. Fed. Proc. 34 (1975) 2285–2292.

Hanahan, D. and Meselson, M.: Plasmid screening at high colony density. Gene 10 (1980) 63–67.

Hanahan, D.: Studies on transformation of Escherichia coli with plasmids. J. Mol. Biol. 166 (1983) 557–580.

Itahura, K., Rossi, J.J. and Wallace, R.B.: Synthesis and use of synthetic oligonucleotides. Annu. Rev. Biochem. 53 (1984) 323–356.

Jacons, K., Shoemaker, C., Rudersdorf, R., Neill, S.D., Kaufman, R.J., Mufson, A., Seehra, J., Jones, S.S., Hewick, R., Fritsch, E.F., Kawakita, M., Shimuzu, T. and Miyake, T.: Isolation and characterization of genomic and cDNA clones of human erythropoietin. Nature 313 (1985) 806–810.

Jacobson, L.O., Goldwasser, E., Fried, W. and Plzak, L.: Studies on erythropoiesis. VII. The role of the kidney in the production of erythropoietin. Trans. Assoc. Am. Phys. 70 (1957) 305–317

Kessler, S.W. Use of protein A-bearing staphylococci for the immunoprecipitation and isolation of antigens from cells. Methods Enzymol 73 (1981) 442–459.

Kozak, M.: Compilation and analysis of sequences upstream from the translational start site in eukaryotic mRNAs. Nucl. Acids Res. 12 (1984) 857–872.

Krantz, S.B. and Goldwasser, E.: Specific binding of erythropoietin to spleen cells infected with the anemia strain of Friend virus. Proc. Natl. Acad. Sci. USA 81 (1984) 7574–7578.

Laemmli, U.K. Cleavage of structural proteins during the assembly of the head of bacteriophage T4. Nature 227 (1970) 680–685.

Lin, F.K., Lin, C.H., Suggs, S., Lai, P.H., Smalling, R., Browne, J., Egrie, J., Wang, F.F. and Goldwasser, E.: Cloning and expression of the monkey erythropoietin gene. Fed. Proc. 43 (1984) 1724

Lin, F.K., Suggs, S., Lin, C.H., Browne, J.K., Smalling, R., Egrie, J.C., Chen, K.K., Fox, G.M., Martin, F., Stabinsky, Z., Badrawi, S., Lai, P.H. and Goldwasser, E.: Cloning and

259 279