# EXHIBIT 19
# Part 1 of 2



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
|  |  |  |  |

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  | 10 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined    [X] Responsive to communication filed on 12/24/96    [ ] This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. [ ] Notice of References Cited by Examiner, PTO-892.
2. [ ] Notice of Draftsman's Patent Drawing Review, PTO-948.
3. [X] Notice of Art Cited by Applicant, PTO-1449.
4. [ ] Notice of Informal Patent Application, PTO-152.
5. [ ] Information on How to Effect Drawing Changes, PTO-1474.
6. [ ] _____

**Part II   SUMMARY OF ACTION**

1. [X] Claims _42-44, 46, and 61_ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. [X] Claims _1-41, 45, 47-60, and 62-65_ have been cancelled.

3. [ ] Claims _____ are allowed.

4. [X] Claims _42-44, 46, and 61_ are rejected.

5. [ ] Claims _____ are objected to.

6. [ ] Claims _____ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. [ ] Formal drawings are required in response to this Office action.

9. [X] The corrected or substitute drawings have been received on _12/24/96_. Under 37 C.F.R. 1.84 these drawings are [X] acceptable; [ ] not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. [ ] The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been [ ] approved by the examiner; [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed _____, has been [ ] approved; [ ] disapproved (see explanation).

12. [ ] Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application, serial no. _____; filed on _____.

13. [ ] Since this application appppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

202

EXAMINER'S ACTION

AM670158067    AM-ITC 00942734

Serial No. 08/468,369

Art Unit 1804

The proposed drawing correction and/or the proposed substitute sheets of drawings, filed on December 24, 1996 have been approved.

The amendment filed December 24, 1996 is in improper form because it deletes material from the previous version of claim 44 without indicating the deleted material in brackets. Applicant should cancel claim 44 and resubmit it as a newly filed claim in the next amendment.

Claim 61 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. The claim is incomplete because it is a process claim that fails to recite a positive process step.

Claims 42-44, 46, and 61 are rejected under 35 U.S.C. 112, first paragraph, as based on a disclosure which is not enabling. Vertebrate cells that produce at least 100 U of erythropoietin per $10^6$ cells per 48 hours in culture are critical or essential to the practice of the invention, but is not enabled by the

Serial No. 08/468,369

Art Unit 1804

disclosure. In re Mayhew, 527 F.2d 1229, 188 USPQ 356 (CCPA 1976). The instant application teaches and enables only cells that have been transformed with exogenous DNA that encodes erythropoietin (EPO) that have the high EPO production required by the claims. The instant application does not guide one of skill in the art in the discovery of non-transformed vertebrate cells that are capable of the high EPO production recited in the instant claims. That the discovery of non-transformed (i.e., not transformed with exogenous DNA) cells that produce the high levels of EPO recited in the claims is unlikely is evidenced by each of Choppin et al, Hagiwara et al, and Shiramizu et al, each of which discloses levels of EPO production by vertebrate cells in culture that are far below those levels required in the instant claims.

Certain papers related to this application may be submitted to Group 1800 by facsimile transmission. Papers should be faxed to Art Unit 1804 at (703) 305-3014. The faxing of such papers

e468369a.wp                3

AM670158070

Serial No. 08/468,369

Art Unit 1804

must conform with the rules published in the Official Gazette, 1156 OG 61 (November 16, 1993).

Any inquiry concerning this communication should be directed to J. Martinell at telephone number (703) 308-0296.

JAMES MARTINELL, PH.D.
SENIOR LEVEL EXAMINER
GROUP 1800

a468369a.wp                    4                              205

AM-ITC 00942737

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

### U.S. PATENT DOCUMENTS

| *Examiner Initials | | Document # | Issue Date | Name | Class | Subclass | Source | Filing Date |
|---|---|---|---|---|---|---|---|---|
| ✓ | A1 | 3,033,753 | 5/8/62 | White et al. | ~~167~~ 172 | ~~74~~ 91.~ | | |
| ✓ | A2 | 3,865,801 | 2/11/75 | Chiba et al. | ~~260~~ 530 | ~~112~~ 397 | | |
| ✓ | A3 | 4,237,224 | 12/2/80 | Cohen et al. | 435 | ~~68~~ 69.1 | | |
| ✓ | A4 | 4,254,095 | 3/3/81 | Fisher et al. | ~~424~~ 436 | ~~1~~ 513 | | |
| ✓ | A5 | 4,264,731 | 4/28/81 | Shine | 435 | 91.41 | | |
| ✓ | A6 | 4,273,875 | 6/16/81 | Manis | 435 | 253 91.4 | | |
| ✓ | A7 | 4,293,652 | 10/6/81 | Cohen | 435 | 172.3 | | |
| ✓ | A8 | 4,303,650 | 12/1/81 | Takezawa et al. | ~~424~~ 535 | ~~177~~ 397 | | |
| ✓ | A9 | 4,338,397 | 7/6/82 | Gilbert et al. | 435 | ~~68~~ 69.1 | | |
| ✓ | A10 | 4,358,535 | 11/9/82 | Falkow et al. | 435 | 5 | | |
| ✓ | A11 | 4,377,513 | 3/22/83 | Sugimoto et al. | ~~260~~ 530 | ~~112~~ 395 | | |
| ✓ | A12 | 4,394,443 | 7/19/83 | Weissman et al. | 435 | 6 | | |
| ✓ | A13 | 4,397,840 | 8/9/83 | Takezawa et al. | ~~424~~ 530 | 399 | | |
| ✓ | A14 | 4,399,216 | 8/16/83 | Axel et al. | 435 | 6 | | |
| ✓ | A15 | 4,411,994 | 10/25/83 | Gilbert et al. | 435 | ~~71~~ 69.7 | | |
| ✓ | A16 | 4,442,205 | 4/10/84 | Hamer et al. | 435 | ~~68~~ 69.3 | | |
| ✓ | A17 | 4,465,624 | 8/14/84 | Chiba et al. | ~~260~~ 530 | ~~112~~ 395 | | |
| ✓ | A18 | 4,468,464 | 8/28/84 | Cohen et al. | 435 | ~~317~~ 320.1 | | |
| ✓ | A19 | 4,503,151 | 3/5/85 | Paddock | 435 | ~~68~~ 69.1 | | |
| ✓ | A20 | 4,558,005 | 12/10/85 | Goldwasser et al. | 435 | 7.92 | | |
| ✓ | A21 | 4,558,006 | 12/10/85 | Egrie | 435 | 7.94 | | |
| ✓ | A22 | 4,568,488 | 2/4/86 | Lee-Huang | ~~260~~ 530 | ~~112~~ 397 | | |
| ✓ | A23 | 4,667,016 | 5/19/87 | Lai et al. | 530 | 397 | | |
| ✓ | A24 | 4,677,195 | 6/30/87 | Hewick et al. | 530 | 397 | | |
| ✓ | A25 | 4,695,542 | 9/22/87 | Yokata et al. | 435 | ~~68~~ 69.4 | | |

| EXAMINER | [signature] | DATE CONSIDERED 12/21/96 |
|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

### U.S. PATENT DOCUMENTS

| *Examiner Initials | | Document # | Issue Date | Name | Class | Subclass | Source | Filing Date |
|---|---|---|---|---|---|---|---|---|
| ✓ | A26 | 4,703,008 | 10/27/87 | Lin | 435 | 240.2 | | |
| ✓ | A27 | 4,710,473 | 12/1/87 | Morris | 435 | 320.1 | | |
| ✓ | A28 | 4,757,006 | 7/12/88 | Toole et al. | 435 | ~~70~~ 69.6 | | |
| ~~---~~ | ~~A29~~ | ~~483,451~~ | ~~4/15/83~~ | ~~Alton et al. (not enclosed)~~ | | | | |
| ~~---~~ | ~~A30~~ | ~~487,753~~ | | ~~Bitter (not enclosed)~~ | | | | |
| ~~---~~ | ~~A31~~ | ~~693,258~~ | ~~1/22/85~~ | ~~Fritsch et al. (not enclosed)~~ | | | | |

### FOREIGN PATENT DOCUMENTS

| *Examiner Initials | | Document # | Publication Date | Country | Source | Class/ Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|---|
| ✓ | B1 | 0070685 | 1/26/83 | EPO | — | — | | |
| ✓ | B2 | 0070687 | 1/26/83 | EPO | — | — | | |
| ✓ | B3 | 0077670 | 4/27/83 | EPO | — | — | | |
| ✓ | B4 | 0093619 | 11/9/83 | EPO | — | — | | |
| ✓ | B5 | 0116446 | 8/22/84 | EPO | — | — | | |
| ✓ | B6 | 0117058 | 8/29/84 | EPO | — | — | | |
| ✓ | B7 | 0117059 | 8/29/84 | EPO | — | — | | |
| ✓ | B8 | 0117060 | 8/2/84 | EPO | — | — | | |
| ✓ | B9 | 0123294 | ~~4/19/84~~ 7/31/84 | EPO | — | — | | |
| ✓ | B10 | 0136490 | 4/10/85 | EPO | — | — | | |
| ✓ | B11 | 2085887 | 5/6/82 | UK | — | — | | |
| ✓ | B12 | 83/04053 | 11/24/83 | ~~PCT~~ WO | — | — | | |
| ✓ | B13 | 85/01961 | 5/9/85 | ~~PCT~~ WO | — | — | | |
| ✓ | B14 | 85/03079 | 7/18/85 | ~~PCT~~ WO | — | — | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/24/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | | Applicant Fu-Kuen Lin | |
| *(Use several sheets if necessary)* | | | Filing Date June 6, 1995 | Group 1804 |

| | | FOREIGN PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|---|---|
| ✗ | B15 | 85/04419 | 10/10/85 | PCT WO | — | — | |
| ✗ | B16 | 86/03520 | 6/19/86 | PCT WO | — | — | |
| ✗ | B17 | DE 33 16 297 A1 | 11/17/83 | Germany (Goeddel et al.) | — | — | |
| ✗ | B18 | DE 33 48 298 C2 | 11/17/83 | Germany (Goeddel et al.) | — | — | |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✗ | C1 | Abraham et al., "Nucleotide Sequence of a Bovine Clone Encoding the Angiogenic Protein, Basic Fibroblast Growth Factor," *Science*, 233, 545-548 (August 1, 1986) |
| ✗ | C2 | Adamson, "The Polycythemias: Diagnosis and Treatment," *Hosp. Practice*, 18(12), 49-57 (December 1983) |
| ✗ | C3 | Aebi et al., "Sequence Requirements for Splicing of Higher Eukaryotic Nuclear Pre-mRNA," *Cell*, 47, 555-565 (Nov. 21, 1986) |
| ✗ | C4 | Agarwal et al., "A General Method for Detection and Characterization of an mRNA using an Oligonucleotide Probe," *J. Biol. Chem.*, 256, 1023-1028 (Jan. 25, 1981) |
| ✗ | C5 | Anderson et al., "Isolation of a genomic clone for bovine pancreatic trypsin inhibitor by using a unique-sequence synthetic DNA probe," *P.N.A.S. (USA)*, 80, 6838-6842 (November 1983) |
| ✗ | C6 | Antonsson et al., "Posttranslational Modifications of Fibromodulin," *J. Biol. Chem.*, 266(25), 16859-16861 (1991) |
| ✗ | C7 | Baciu et al., "Erythropoietin Interaction with the Mature Red Cell Membrane," *Ann. N.Y. Acad. Sci.*, 414, 66-72 (1983) |
| ✗ | C8 | Baron et al., "Antibodies against the Chemically Synthesized Genome-Linked Protein of Poliovirus React with Native Virus-Specific Proteins," *Cell*, 28, 395-404 (February 1982) |
| ✗ | C9 | Beaucage et al., "Deoxynucleoside Phosphoramidites-A new Class of Key Intermediates for Deoxypolynucleotide Synthesis," *Tetrahedron Letters*, 22(20), 1859-1862 (1981) |
| ✗ | C10 | Benedum et al., "The primary structure of bovine chromogranin A: a representative of a class of acidic secretory proteins common to a variety of peptidergic cells," *EMBO J.* 5(7), 1495-1502 (1986) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *[signature]* | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

208

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✗ | C11 | Bennetzen et al., "Codon Selection in Yeast," *J. Biol. Chem.*, 257(6), 3026-3031 (March 25, 1982) |
| ✗ | C12 | Bentley et al., "Human immunoglobulin variable region genes-DNA sequences of two $V_k$ genes and a pseudogene," *Nature* 288, 730-733 (December 1980) |
| ✗ | C13 | Benton et al., "Screening λgt Recombinant Clones by Hybridization to single Plaques in situ," *Science* 196, 180-182 (April 8, 1977) |
| ✗ | C14 | Berzofsky et al., "Topographic Antigenic Determinants Recognized by Monoclonal Antibodies to Sperm Whale Myoglobin," *J. Biol. Chem.* 257(6), 3189-3198 (March 25, 1982) |
| ✗ | C15 | Berzofsky et al., "Properties of Monoclonal Antibodies Specific for Determinants of a Protein Antigen, Myoglobin," *J. Biol. Chem.* 255(23), 11188-11191 (Dec. 10, 1980) |
| ✗ | C16 | Betsholtz et al., "cDNA sequence and chromosomal localization of human platelet-derived growth factor A-chain and its expression in tumour cell lines," *Nature* 320, 695-699 (April 24, 1986) |
| ✗ | C17 | Billat et al., "In Vitro and In Vivo Regulation of Hepatic Erythropoiesis by Erythropoietin and Glucocorticoids in the Rat Fetus," *Exp. Hematol.*, 10(1), 133-140 (1982) |
| ✗ | C18 | Blattner et al., "Charon Phages: Safer Derivatives of Bacteriophage Lambda for DNA Cloning," *Science*, 196, 161-169 (April 8, 1977) |
| ✗ | C19 | Bos et al., "Eukaryotic Expression of Cloned cDNA Coding for Influenza Viral Glycoproteins Using an SV40 Vector: Use of Recombinant DNA Mutants to Study Structure-Function Relationships[1]," *Proc. Symp. Mol. Biol. Negat., Strand Viruses Meeting*, pages 125-130, Compans et al., eds., Acad. Press (1984) |
| ✗ | C20 | Bray et al., "Human cDNA clones for four species of Gα-signal transduction protein," *P.N.A.S. (USA)*, 83, 8893-8897 (December 1986) |
| ✗ | C21 | Breslow et al., "Isolation and characterization of cDNA clones for human apolipoprotein A-I," *P.N.A.S. (USA)*, 79, 6861-6865 (November 1982) |
| ✗ | C22 | Broome et al., "Immunological screening method to detect specific translation products," *P.N.A.S. (USA)*, 75(6), 2746-2749 (June 1978) |
| ✗ | C23 | Browne, et al., "Erythropoietin: Gene Cloning, Protein Structure, and Biological Properties," *Cold Spring Harbor Symposia on Quantitative Biology*, L1, 693-702 (1986) |
| ✗ | C24 | Canaani et al., "Regulated expression of human interferon β1 gene after transduction into cultured mouse and rabbit cells," *P.N.A.S. (USA)*, 79, 5166-5170 (Sept. 1982) |

209

| EXAMINER | DATE CONSIDERED |
|---|---|
| /illegible/ | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SHEET 5 OF 29

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT  (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C25 | Chan et al., "Construction and selection of recombinant plasmids containing full-length complementary DNAs corresponding to rat insulins I and II," *P.N.A.S.* (USA), *76(10)*, 5036-5040 (October 1979) |
| ✓ | C26 | Chia et al., "The construction of cosmid libraries of eukaryotic DNA using the Homer series of vectors," *Nucleic Acids Res. 10(8)*, 2503-2520 (1982) |
| ✓ | C27 | Chiba et al., "Stabilization of Urinary Erythropoietin," *Biochem. and Biophys. Res. Commun., 47(6)*, 1372-1377 (1972) |
| ✓ | C28 | Chirgwin et al., "Isolation of Biologically Active Ribonucleic Acid from Sources Enriched in Ribonuclease," *Biochemistry, 18(24)*, 5294-5299 (1979) |
| ✓ | C29 | Chisholm, "On the Trail of the Magic Bullet: Monoclonal antibodies promise perfectly targeted chemicals," *High Technology, Vol. 2(1)*, 57-63 (Jan. 1983) |
| ✓ | C30 | Chomczynski et al., "Alkaline Transfer of DNA to Plastic Membrane," *Biochem. Biophys. Res. Commun., 122(1)*, 340-44 (July 18, 1984) |
| ✓ | C31 | Choo et al., "Molecular cloning of the gene for human anti-haemophilic factor IX," *Nature, 299*, 178-180 (Sept. 9, 1982) |
| ✓ | C32 | Choppin et al., "Characterization of Erythropoietin Produced by IW32 Murine Erythroleukemia Cells," *Blood, 64(2)*, 341-347 (August 1984) |
| ✓ | C33 | Chou et al., "Prediction of the Secondary Structure of Proteins from their Amino Acid Sequence," *Advances in Enzymology, 47*, 45-47 (1978) |
| ✓ | C34 | Chou et al., "Empirical Predictions of Protein Conformation," *Ann. Rev. Biochem., 47*, 251-77 (1978) 276 (1978) |
| ✓ | C35 | Chou et al., "Prediction of Protein Conformation," *Biochem., 13(2)*, 222-245 (1974) |
| ✓ | C36 | Christman et al., "Amplification of expression of hepatitis B surface antigen in 3T3 cells cotransfected with a dominant-acting gene and cloned viral DNA," *P.N.A.S. 79*, 1815-1819 (March 1982) |
| ✓ | C37 | Claus-Walker et al., "Spinal Cord Injury and Serum Erythropoietin," *Arch. Phys. Med. Rehabil., 65*, 370-374 (July 1984) |
| ✓ | C38 | Colby et al., "Immunological Differentiation Between *E. coli* and CHO Cell-Derived Recombinant and Natural Human β-Interferons[1]," *J. Immunol., 133(6)*, 3091-3095 (1984) |
| ✓ | C39 | Collen et al., "Biological Properties of Human Tissue-Type Plasminogen Activator Obtained by Expression of Recombinant DNA in Mammalian Cells," *J. of Pharmacology and Exp. Therapeutics, 231(1)*, 146-152 (1984) |
| ✓ | C40 | Colman, "Cells that secrete foreign proteins," *TIBS*, 435-437 (December 1982) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/26/96   5/8/97 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

210

AM670158075   AM-ITC 00942742

SHEET 6 OF 2

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant: Fu-Kuen Lin | |
| | | Filing Date: June 6, 1995 | Group: 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C41 | Comb et al., "Primary structure of the human Met- and Leu-enkephalin precursor and its mRNA," *Nature*, *295*, 663-666 (February 25, 1982) |
| ✓ | C42 | Congote, "Regulation of Fetal Liver Erythropoiesis," *J. of Steroid Biochemistry*, *3*, 423-428 (1977) |
| ✓ | C43 | Congote, "Extraction from Fetal Bovine Serum of Erythrotropin, an Erythroid Cell-Stimulating Factor," *Anal. Biochem.*, *140*, 428-433 (1984) |
| ✓ | C44 | Congote, "Isolation of Two Biologically Active Peptides, Erythrotropin I and Erythrotropin II from Fetal Calf Intestine," *Biochem. Biophys. Res. Comm.*, *115(2)*, 477-483 (September 15, 1983) |
| ✓ | C45 | Congote et al., "The Erythrotropins, New Erythroid Cell Stimulating Factors Extracted From Human and Bovine Fetal Tissues," Abstract 364, Proceedings 7th International Congress of Endocrinology (Quebec City, Quebec, July 1-7, 1984) |
| ✓ | C46 | Contrera et al., "Extraction of erythropoietin from Kidneys of Hypoxic and Phenylhydrazine-treated rats," *Blood*, *25(5)*, 809-816 (May 1965) |
| ✓ | C47 | Costantini et al., "Introduction of a Rabbit Betaglobin Gene into the Mouse Germ Line," *Nature*, *294*, 92-94 (November 5, 1981) |
| ✓ | C48 | Costantini et al., "Gene Transfer into the Mouse Germ-Line," *J. Cell Physiol. Supp. 1*, 219-226 (1982) |
| ✓ | C49 | Cotes et al., "Changes in serum immunoreactive erythropoietin during the menstrual cycle and normal pregnancy," *Brit. J. Obstet. Gynaecol.*, *90*, 304-311 (April 1983) |
| ✓ | C50 | Cotes et al., "Bio-Assay of Erythropoietin in Mice made Polycythaemic by Exposure to Air at a Reduced Pressure," *Nature*, *191*, 1065-1067 (Sept. 9, 1961) |
| ✓ | C51 | Dainiak et al., "Mechanisms of Abnormal Erythropoiesis in Malignancy," *Cancer*, *51(6)*, 1101-1106 (1983) |
| ✓ | C52 | Das et al., "Use of synthetic oligonucleotide probes complementary to genes for human HLA-DRα and β as extension primers for the isolation of 5'-specific genomic clones," *P.N.A.S. (USA)*, *80*, 1531-1535 (March 1983) |
| ✓ | C53 | Davis et al., "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, NY (1983), pp. 55-58 & 174-176 |
| ✓ | C54 | Davis et al., "Active Influenza Virus Neuraminidase is Expressed in Monkey Cells from cDNA Cloned in Simian Virus 40 Vectors," *Proc. Nat'l. Acad. Sci. (USA)*, *80*, 3976-3980 (1983) |

211

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | Applicant Fu-Kuen Lin | |
| (Use several sheets if necessary) | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C55 | Derynck et al., "Human transforming growth factor-β complementary DNA sequence and expression in normal and transformed cells," *Nature*, 316, 701-705 (August 22, 1985) |
| ✓ | C56 | Derynck et al., "Human Transforming Growth Factor-α: Precursor Structure and Expression in E. coli," *Cell*, 38, 287-297 (August 1984) |
| ✓ | C57 | Dessypris et al., "Effect of pure erythropoietin on DNA-synthesis by human marrow day 15 erythroid burst forming units in short-term liquid culture," *Brit. J. Haematol.*, 56, 295-306 (1984) |
| ✓ | C58 | Devos et al., "Purification of Recombinant Glycosylated Human Gamma Interferon Expressed in Transformed Chinese Hamster Ovary Cells," *J. Interferon Research*, 4, 461-468 (1984) |
| ✓ | C59 | Docherty et al., "Sequence of human tissue inhibitor of metalloproteinases and its identity to erythroid-potentiating activity," *Nature*, 318, 66-69 (Nov. 7, 1985) |
| ✓ | C60 | Dordal et al., "Function and Composition of the Carbohydrate Portion of Human Urinary Erythropoietin," *Experimental Hematology*, 10, Supp. 11, P. 133, Abstract No. 222 (1982) |
| ✓ | C61 | Dordal et al., "The Role of Carbohydrate in Erythropoietin Action," *Endocrinology*, 116(6), 2293-2299 (1985) |
| ✓ | C62 | Dreesman et al., "Antibody to hepatitis B surface antigen after a single inoculation of uncoupled synthetic HBsAg peptides," *Nature*, 295, 158-160 (Jan. 14, 1982) |
| ✓ | C63 | Dunn et al., "Use of a computer model in the understanding of erythropoietic control mechanisms," *Chemical Abstracts*, 91, 190417r (1979) |
| ✓ | C64 | Dunn, "Current Concepts in Erythropoiesis", John Wiley & Sons, Chichester, England, 1983 |
| ✓ | C65 | Dunn et al., "Serum erythropoietin titers during prolonged bedrest; relevance to the "anaemia" of space flight," *Eur. J. Appln. Physiol.*, 52, 178-182 (1984) |
| ✓ | C66 | Dunn et al., "Erythropoietin Bioassays Using Fetal Mouse Liver Cells: Validations and Technical Improvements," *Exp. Hematol.*, 11(7), 590-600 (August 1983) |
| ✓ | C67 | Edman et al., "A Protein Sequenator," *Eur. J. Biochem.* 1, 80-91 (1967) |
| ✓ | C68 | Emmanouel et al., "Metabolism of pure human erythropoietin in the rat," *Am. J. Physiol.*, 247 (1 Pt 2), F168-76 (1984) |
| ✓ | C69 | Eschbach et al., "Correction by Erythropoietin (EPO) Therapy of the Anemia of Chronic Renal Failure (CRP) in Sheep," *Clin. Res.* 29(2), 518A (1981) |

212

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 12/20/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 — Serial No. 08/468,369 |
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant: Fu-Kuen Lin — Filing Date: June 6, 1995 — Group: 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C70 | Eschbach et al., "The Anemia of Chronic Renal Failure in Sheep," *J. Clin. Invest.*, 74(2), 434-441 (August 1984) |
| ✓ | C71 | Espada et al., "Purification of Human Urinary Erythropoietin," *Fed. Proc. 41*, 1159 (1982) |
| ✓ | C72 | Fan et al., "Construction and Characterization of Moloney Murine Leukemia Virus Mutants Unable to Synthesize Glycosylated Gag Polyprotein," *Proc. Nat'l. Acad. Sci. (USA)*, 80, 5965-5969 (1983) |
| ✓ | C73 | Farber et al., "Translation of mRNA from human kidneys into biologically active erythropoietin following microinjection into xenopus laevis oocytes," *J. Lab. Clin. Med.*, 102, 681 abstract (November 1983) |
| ✓ | C74 | Farber et al., "Translation of mRNA from Anemic Baboon Kidney into Biologically Active Erythropoietin," *Exp. Hematol.*, 11, Supp. 14, Abstract 101 (1983) |
| ✓ | C75 | Farber, "Translation of RNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," *Clin. Res.*, 31(4), 769A (November 1983) |
| ✓ | C76 | Farber et al., "Translation of mRNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," *Blood, 62(5)*, Supp. No. 1, Abstract 392, 122a (1983) |
| ✓ | C77 | Fiddes et al., "The Gene Encoding the Common Alpha Subunit of the Four Human Glycoprotein Hormones," *J. Mol. & App. Genetics*, 1, 3-18 (1981) |
| ✓ | C78 | Fiers et al., "The Human Fibroblast and Human Immune Interferon Genes and Their Expression in Homologous and Heterologous Cells," *Phil. Trans. R. Soc. Lond.*, B299, 29-38 (1982) |
| ✓ | C79 | Finch, "Erythropoiesis, Erythropoietin, and Iron," *Blood, 60(6)*, 1241-1246 (December 1982) |
| ✓ | C80 | Fischinger et al., "Detection of a Recombinant Murine Leukemia Virus-Related Glycoprotein on Virus-Negative thymona Cells," *Proc. Nat'l. Acad. Sci. (USA)*, 78(3), 1920-1924 (1981) |
| ✓ | C81 | Fisher et al., "Cooperative Erythropoietic Assay of Several Steroid Metabolites in Polycythemic Mice," *Steroids, 30(6)*, 833-845 (December 1977) |
| ✓ | C82 | Fisher, "Erythropoietin: Pharmacology, Biogenesis and Control of Production," *Pharmacological Review, 24(3)*, 459-508 (1972) |
| ✓ | C83 | Fisher, "Control of Erythropoietin Production," *Proc. Soc. Exp. Biol. & Med. 173*, 289-305 (1983) |

213

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C84 | Fisher et al., "Effects of testosterone, cobalt & hypoxia on erythropoietin production in the isolated perfused dog kidney," *Ann. N.Y. Acad. Sci.*, 75-87 (1967) |
| ✓ | C85 | Garcia et al., "Radioimmunoassay of erythropoietin: circulating levels in normal and polycythemic human beings," *J. Lab. Clin. Med.*, 99, 624-635 (May 1982) |
| ✓ | C86 | Garcia et al., "Radioimmunoassay of Erythropoietin," *Blood Cells* 5, 405-419 (1979) |
| ✓ | C87 | Garcia et al., "Immunological Neutralization of Various Erythropoietins," *Proc. Soc. Exptl. Biol. Med.*, 112, 712-714 (1963) |
| ✓ | C88 | Garoff et al., "Expression of Semliki Forest Virus Proteins from Cloned Complementary DNA. II. The Membrane-spanning Glycoprotein E2 is Transported to the Cell Surface Without Its Normal Cytoplasmic Domain," *J. Cell. Biol.*, 97, 652-658 (1983) |
| ✓ | C89 | Gasser et al., "Expression of abbreviated mouse dihydrofolate reductase genes in cultured hamster cells," *P.N.A.S. (USA)*, 79, 6522-6526 (November 1982) |
| ✓ | C90 | Gene Screen, New England Nuclear, Catalog No. NEF-972 |
| ✓ | C91 | Gething et al., "Comparison of Different Eukaryotic Vectors for the Expression of Hemagglutinin Glycoprotein of Influenza Virus," *Modern Approaches To Vaccines*, pages 263-268, Chanock et al., eds. Cold Spring Harbor Lab (1984) |
| ✓ | C92 | Gething et al., "Construction of influenza haemagglutin genes that code for intracellular and secrete forms of the protein," *Nature*, 300, 598-603 (Dec. 16, 1982) |
| ✓ | C93 | Gething et al., "Cell-surface expression of influenza haemagglutinin from a cloned DNA copy of the RNA gene", *Nature*, 293:620-625 (22 October 1981) |
| ✓ | C94 | Gibson et al., "An Evaluation of Serum Erythropoietin Estimation By a Hemagglutination Inhibition assay in the Differential Diagnosis of Polycythemia," *Pathology*, 16, 155-156 (April 1984) |
| ✓ | C95 | Gluzman, "SV40-Transformed Simian Cells Support the Replication of Early SV40 Mutants," *Cell* 23, 175-182 (January 1981) |
| ✓ | C96 | Goeddel et al., "Synthesis of human fibroblast interferon by E. coli," *Nucleic Acids Res.*, 8(18), 4057-4074 (1980) |
| ✓ | C97 | Goeddel et al., "Human leukocyte Interferon Produced by *E. coli* is biologically active," *Nature*, 287:411-416 (October 2, 1980) |
| ✓ | C98 | Goldwasser et al., "Erythropoietin: Assay and Study of Its Mode of Action," *Meth. in Enzymol.*, 37, 109-121 (1975) |
| ✓ | C99 | Goldwasser, "From Protein to Gene to Protein: The Molecular Biology of Erythropoietin," *Am. J. of Kidney Diseases*, 18(4) Supp. 1, 10-13 (Oct. 1991) |

| EXAMINER | DATE CONSIDERED 12/20/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

214

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C100 | Goldwasser, "Biochemical Control of Erythroid Development", *Current Topics in Developmental Biology*, ed. A. Monroy and A.A. Noscona, 173-211, Academic Press, NY (1966) |
| ✓ | C101 | Goldwasser et al., "The Molecular Weight of Sheep Plasma Erythropoietin," *J. of Biol. Chem.*, 247(16), 5159-60 (Aug. 25, 1972) |
| ✓ | C102 | Goldwasser et al., "Progress in the purification of erythropoietin," *Ann. N.Y. Acad. Sci.*, 149:49-53 (1968) |
| ✓ | C103 | Goldwasser et al., "On the mechanism of Erythropoietin-induced Differentiation," *J. of Biol. Chem.*, 249(13), 4202-4206 (July 10, 1974) |
| ✓ | C104 | Goldwasser et al., "Purification of Erythropoietin," *P.N.A.S. (USA)*, 68(4), 697-698 (April 1971) |
| ✓ | C105 | Goldwasser et al., "Further purification of sheep plasma erythropoietin", *Bioch. Biophys. Acta*, 64, 487-496 (1962) |
| ✓ | C106 | Goldwasser, "Some Thoughts on the Nature of Erythropoietin-Responsive Cells," *J. Cell. Physiol.*, 110 (Supp. 1), 133-135 (1982) |
| ✓ | C107 | Goldwasser et al., "An Assay for Erythropoietin *in Vitro* at the Milliunit Level," *Endocrinology*, 97(2), 315-323 (August 1975) |
| ✓ | C108 | Goldwasser et al., "Erythropoietin and the differentiation of red blood cells," *Fed. Proc. 34*, 2285-2292 (December 1975) |
| ✓ | C109 | Goochee et al., "Environmental Effects on Protein Glycosylation," *Biotechnology*, 8, 421-427 (May 1990) |
| ✓ | C110 | Goochee et al., "The Oligosaccharides of Glycoproteins: Bioprocess Factors Affecting Oligosaccharide Structure and their Effect on Glycoprotein Properties," *Biotechnology*, 9, 1347-1555 (December 1991) |
| ✓ | C111 | Goodman et al., "Cloning of Hormone Genes from a Mixture of cDNA Molecules," *Meth. in Enzymol. 68*, 75-90 (1979) |
| ✓ | C112 | Gordon et al., "A plasma extract with erythropoietic activity," *Proc. Soc. Expt. Biol. Med.*, 86:255-258 (1954) |
| ✓ | C113 | Goto et al., "Production of Recombinant Human Erythropoietin in Mammalian Cells: Host-Cell Dependency of the Biological Activity of the Cloned Glycoprotein," *Bio/Tech. 6*, 67-71 (January 1988) |
| ✓ | C114 | Gough et al., "Immunoprecipitation of Specific Polysomes Using *Staphylococcus aureus*: Purification of the Immunoglobulin-Chain Messenger RNA from the Mouse Myeloma MPC11," *Biochemistry 17(25)*, 5560-5566 (1978) |

| EXAMINER | DATE CONSIDERED 12/26/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

215

| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 — Serial No. 08/468,369 |
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant: Fu-Kuen Lin — Filing Date: June 6, 1995 — Group: 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C115 | Gough et al., "Molecular Cloning of cDNA Encoding a Murine Haematopoietic Growth Regulator, Granulocyte-Macrophage Colony Stimulating Factor", *Nature*, 309, 763-767 (1984) |
| ✓ | C116 | Gouy et al., "Codon Usage in Bacteria: Correlation with Gene Expressivity," *Nucleic Acids Res. 10*, 7055-7074 (1982) |
| ✓ | C117 | Graham et al., "A New Technique for the Assay of Infectivity of Human Adenovirus 5 DNA," *Virology 52*, 456-467 (1973) |
| ✓ | C118 | Grantham et al., "Codon catalog usage is a genome strategy modulated for gene expressivity," *Nucleic Acids Res. 9*, r43-74 (1981) |
| ✓ | C119 | Gray et al., "*Pseudomonas Aeruginosa* Secretes and Correctly Processes Human Growth Hormone," *Biotechnology, 2*, 161-165 (February 1984) |
| ✓ | C120 | Gray et al., "Expression of human immune interferon cDNA in E. coli and monkey cells," *Nature*, 295, 503-508 (February 11, 1982) |
| ✓ | C121 | Green et al., "Immunogenic Structure of the Influenza Virus Hemagglutinin," *Cell*, 28, 477-487 (March 1982) |
| ✓ | C122 | Greenwood et al., "The Preparation of $^{131}$I-Labelled Human Growth Hormone of High Specific Radioactivity," *Biochem. J.*, 89, 114-123 (1963) |
| ✓ | C123 | Grimaldi et al., "Interspersed repeated sequences in the African green monkey genome that are homologous to the human Alu family," *Nucleic Acid Research, 9(21)*, 5553-5568 (1981) |
| ✓ | C124 | Groffen et al. "Isolation of Human Oncogene Sequences (v-*fes* Homolog) from a Cosmid Library," *Science*, 216, 1136-1138 (June 4, 1982) |
| ✓ | C125 | Grundmann et al., "Characterization of cDNA coding for human factor XIIIa," *P.N.A.S. (USA)*, 83, 8024-8028 (November 1986) |
| ✓ | C126 | Grunstein et al., "Colony Hybridization," *Meth. in Enzym.* 68, 379-389 (1979) |
| ✓ | C127 | Grunstein et al., "Colony hybridization: A method for the isolation of cloned DNAs that contain a specific gene," *P.N.A.S. (USA)*, 72(10), 3961-3965 (October 1975) |
| ✓ | C128 | Gruss et al., "Expression of simian virus 40-rat preproinsulin recombinants in monkey kidney cells: Use of preproinsulin RNA processing signals," *P.N.A.S. (USA)*, 78(1), 133-137 (January 1981) |
| ✓ | C129 | Gubler et al., "A simple and very efficient method for generating cDNA libraries," *Gene 25*, 263-269 (1983) |
| ✓ | C130 | Haddy, "Erythropoietin in sickle cell disease," *Am. Jour. Ped. Hematol./Oncol.*, 4(2), 191-196 (Summer 1982) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

AM670158081    AM-ITC 00942748

SHEET 12 OF 29

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ↗ | C131 | Haga et al., "Plasma Erythropoietin Concentrations During the Early Anemia of Prematurity," *Acta. Pediatr. Scand.*, 72, 827-831 (1983) |
| ↗ | C132 | Hagiwara et al., "Erythropoietin Production in a Primary Culture of Human Renal Carcinoma Cells Maintained in Nude Mice," *Blood*, 63(4), 828-835 (April 1984) |
| ↗ | C133 | Hamer et al., "Expression of the chromosomal mouse $\beta^{maj}$-globin gene cloned in SV40," *Nature*, 281, 35-40 (September 6, 1979) |
| ↗ | C134 | Hamer et al., "A Mouse Globin Gene Promoter is Functional in SV40," *Cell*, 21, 697-708 (October 1980) |
| ↗ | C135 | Hammond et al., "Production, Utilization and Excretion of Erythropoietin: I. Chronic Anemias. II. Aplastic Crisis. III. Erythropoietic Effects of Normal Plasma," *Ann. N.Y. Acad. Sci.*, 149, 516-527 (1968) |
| ↗ | C136 | Hanahan et al., "Plasmid screening at high colony density," *Gene*, 10, 63-67 (1980) |
| ↗ | C137 | Hartman et al., "Human Influenza Virus Hemagglutinin is Expressed in Monkey Cells Using Simian Virus 40 Vectors," *Proc. Nat'l. Acad. Sci. (USA)*, 79, 233-237 (1982) |
| ↗ | C138 | Hauser et al., "Inducibility of human β-interferon in mouse L-cell clones," *Nature*, 297, 650-654 (June 24, 1982) |
| ↗ | C139 | Haynes et al., "Constitutive, long-term production of human interferons by hamster cells containing multiple copies of a cloned interferon gene," *Nucleic Acids Research*, 11(3), 587-607 (1983) |
| ↗ | C140 | Haynes et al., "Production of a Glycosylated Human Protein by Recombinant DNA Technology," Humoral Factors Host Ref. [*Proc. Takeda Sci. Found. Symp. Biosci.* (1983)], 1st, Meeting Date 1982, 111-29 |
| ↗ | C141 | Hellmann et al., "Familial erythrocytosis with over-production of erythropoietin," *Clin. Lab. Haemat.*, 5, 335-342 (1983) |
| ↗ | C142 | Hewick et al., "A Gas-Liquid Solid Phase Peptide and Protein Sequenator," *J. Biol. Chem.*, 256, 7990-7997 (August 1981) |
| ↗ | C143 | Higashi et al., "Structure and Expression of a Cloned cDNA for Mouse Interferon-β," *J. Biol. Chem.*, 258(15):9522-9529 (1983) |
| ↗ | C144 | Higashi et al., "Characterization of N-Glycolylneuraminic Acid-containing Gangliosides as Tumor-associated Hanganutziu-Deicher Antigen in Human Colon Cancer," *Cancer Research*, 45, 3796-3802 (1985) |
| ↗ | C145 | Hirs et al., "Peptides Obtained by Tryptic Hydrolysis of Performic Acid-Oxidized Ribonuclease," *J. Biol. Chem.* 219, 623-642 (1955) |

| EXAMINER | DATE CONSIDERED 12/26/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

217

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32685 | Serial No. 08/468,556 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | | Applicant Fu-Kuen Lin | |
| | | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ⟋ | C146 | Hokke et al., "Sialylated carbohydrate chains of recombinant human glycoproteins expressed in Chinese hamster ovary cells contain traces of N-glycolyneuraminic acid," *FEBS Letters*, 275, 9-14 (1990) |
| ⟋ | C147 | Hopp et al., "Prediction of protein antigenic determinants from amino acid sequences," *P.N.A.S. (USA)*, 78(6), 3824-3828 D-7182 (June 1981) |
| ⟋ | C148 | Houghton et al., "The amino-terminal sequence of human fibroblast interferon as deduced from reverse transcripts obtained using synthetic oligonucleotide primers," *Nucleic Acids Res.* 8(9), 1913-1931 (1980) |
| ⟋ | C149 | Huang et al., "Identification of Human Erythropoietin Receptor," *Am. Soci. of Biological Chemists, Am. Assoc. of Immunologists, Fed. Pract. (USA)* 43(7) Abst. 2770, p. 1891 (1984) |
| ⟋ | C150 | Huang et al., "Characterization of Human Erythropoietin cDNA clones," *Am. Soc. of Biological Chemists, Am. Assoc. of Immunologists, Fed. Pract. (USA)* 43(6) Abst. 1795, p. 1724 |
| ⟋ | C151 | Imai et al., "Physicochemical and Biological Comparison of Recombinant Human Erythropoietin with Human Urinary Erythropoietin" *J. Biochem*, 107, 352-359 (1990) |
| ⟋ | C152 | Itakura, et al., "Synthesis and Use of Synthetic Oligonucleotides," *Ann. Rev. Biochem.*, 53, 323-356 (1984) |
| ⟋ | C153 | Ito et al., "Solid phase synthesis of polynucloetides. VI. Further studies on polystyrene copolymers for the solid support," *Nucleic Acids Res.* 10(5), 1755-1769 (1982) |
| ⟋ | C154 | Jacobs et al., "Isolation and characterization of genomic and cDNA clones of human erythropoietin," *Nature*, 313, 806-809 (February 28, 1985) |
| ⟋ | C155 | Jacobsen et al., "Relative effectiveness of phenylhydrazine treatment and hemorrhage in the production of an erythropoietic factor," *Blood*, 11:937-945 (1956) |
| ⟋ | C156 | Jacobson et al., "Role of the kidney in erythropoiesis," *Nature*, 179:633-634 (March 23, 1957) |
| ⟋ | C157 | Jaye et al., "Isolation of human anti-haemophilic factor IX cDNA clone using a unique 52-base synthetic oligonucleotide probe deduced form the amino acid sequnce of bovine factor IX," *Nucleic Acids Res.* 11(8), 2325-2335 (1983) |
| ⟋ | C158 | Jeffreys et al., "Sequence variation and evolution of nuclear DNA in man and the primates," *Phil. Trans. R. Soc. Lond.*, B 292, 133-142 (1981) |
| ⟋ | C159 | Jelkman et al., "Extraction of Erythropoietin from Isolated Renal Glomeruli of Hypoxic Rats," *Exp. Hematol.*, 11(7), 581-588 (August 1983) |

218

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.