# EXHIBIT 19
# Part 2 of 2

SHEET 14 OF 29

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∕- | C160 | Kaiser et al., "Amphiphilic Secondary Struture: Design of Peptide Hormones," *Science*, 223, 249-255 (1984) |
| ∕- | C161 | Kajimura et al., "Cloning the Heavy Chain of Human HLA-DR Antigen Using Synthetic Oligodeoxyribonucleotides as Hybridization Probes," *DNA*, 2(3), 175-182 (1983) |
| ∕- | C162 | Kakidani et al., "Cloning and sequence analysis of cDNA for porcine β-neo-endorphin/dynorphin precursor," *Nature*, 298, 245-249 (July 15, 1982) |
| ∕- | C163 | Kalmanti, "Correlation of clinical and in vitro erythropoietic responses to androgens in renal failure," *Kidney Int'l.*, 22, 383-391 (1982) |
| ∕- | C164 | Karn et al., "Novel bacteriophage λ cloning vector," *P.N.A.S. (USA)*, 77, 5172-5176 (September 1980) |
| ∕- | C165 | Katsuoka et al., "Erythropoietin Production in Human renal Carcinoma Cells Passaged in Nude Mice and in Tissue Culture," *Gann*, 74, 534-541 (August 1983) |
| ∕- | C166 | Kaufman et al., "Amplification and Expression of Sequences Cotransfected with a Modular Dihydrofolate Reductase Complementary DNA Gene," *J. Mol. Biol.* 159, 601-621 (1982) |
| ∕- | C167 | Kaufman et al., "Expression and Amplification of DNA Introduced into Mammalian Cells," *Gene Amplification*, RT Schimke ed., Cold Spring Harbor, New York, 245-250 (1982) |
| ∕- | C168 | Kennell, "Principles and Practices of Nucleic Acid Hybridization," *Prog. Nucl. Acid Res. Mol. Biol.* 11, 259-301 (1971) |
| ∕- | C169 | Kenter et al., "Mouse Myeloma Cells That Make Short Immunoglobulin Heavy Chains: Pleitropic Effects on Glycosylation and Chain Assembly," *J. Cell. Biol.*, 98, 2215-2221 (1984) |
| ∕- | C170 | Kieny et al., "Expression of rabies virus glycoprotein from a recombinant vaccinia virus," *Nature*, 312, 163-166 (1984) |
| ∕- | C171 | Kimura et al., "A frameshift addition causes silencing of the δ-globin gene in old world monkeys, an anubis," *Nucleic Acids Res.*, 11(9):2541-2550 (1983) |
| ∕- | C172 | Knopf et al., "Cloning and Expression of Multiple Protein Kinase C cDNAs," *Cell* 46, 491-502 (August 15, 1986) |
| ∕- | C173 | Kohne, "Evolution of Higher-organism DNA," *Quarterly Reviews of Biophysics*, 3:327-375 (1970) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/26/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

219

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C174 | Kondor-Koch et al., "Expression of Semliki Forest Virus Proteins from Cloned Complementary DNA. I. The Fusion Activity of the Spike Glycoprotein," *J. Cell. Biol.*, 97, 644-651 (1983) |
| ✓ | C175 | Konrad, "Applications of Genetic Engineering to the Pharmaceutical Industry," *Ann. N.Y. Acad. Sci.*, 413, 12-22 (1983) |
| ✓ | C176 | Konwalinka et al., "A Miniaturized Agar Culture System for Cloning Human Erythropoietic Progenitor Cells," *Exp. Hematol.*, 12, 75-79 (1984) |
| ✓ | C177 | Korman, "cDNA clones for the heavy chain of HLA-DR antigens obtained after immunopurification of polysomes by monoclonal antibody," *P.N.A.S. (USA)*, 79, 1844-1848 (March 1982) |
| ✓ | C178 | Kornblihtt et al., "Isolation and characterization of cDNA clones for human and bovine fibronectins," *P.N.A.S. (USA)*, 80, 3218-3222 (June 1983) |
| ✓ | C179 | Kramer et al., "Comparisons of the Complete Sequences of Two Collagen Genes from Caenorhabditis elegans," *Cell* 30, 599-606 (September 1982) |
| ✓ | C180 | Krane, "The Role of Erythropoietin in the Anemia of Chronic Renal Failure," *Henry Ford Hosp. Med. J.*, 31(3), 177-181 (1983) |
| ✓ | C181 | Krystal, "A Simple Microassay for Erythropoietin Based on $^3$H-Thymidine Incorporation into Spleen cells from Phenylhydrazine Treated Mice," *Exp. Hematol.*, 11(7), 649-660 (August 1983) |
| ✓ | C182 | Kuhn et al., "Gene Transfer, Expression, and Molecular Cloning of the Human Transferrin Receptor Gene," *Cell*, 37, 95-103 (1984) |
| ✓ | C183 | Kurachi et al., "Isolation and characterization of a cDNA coding for human factor IX," *P.N.A.S. (USA)*, 79, 6461-6464 (November 1982) |
| ✓ | C184 | Kuratowska et al., "Studies on the production of erythropoietin by isolated perfused organs," *Blood*, 18:527-534 (1961) |
| ✓ | C185 | Kurtz, "A New candidate for the regulation of erythropoiesis: Insulin-like growth factor I," *FEBS Letters*, 149(1), 105-108 (November 1982) |
| ✓ | C186 | Kyte et al., "A Simple Method for Displaying the Hydropathic Character of a Protein," *J. Mol. Biol.*, 157, 105-132 (1982) |
| ✓ | C187 | Lai et al., "Ovalbumin is synthesized in mouse cells transformed with the natural chicken ovalbumin gene," *P.N.A.S. (USA)*, 77(1), 244-248 (January 1980) |
| ✓ | C188 | Lai et al., "Structural Characterization of Human Erythropoietin," *J. of Biol. Chem.*, 261, 3116-3121 (March 5, 1986) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| /JH/ | 12/24/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

220

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ⊥ | C189 | Lai, "Technical improvements in Protein Microsequencing," *Analytica Chimica Acta*, *163*, 243-248 (1984) |
| ⊥ | C190 | Lange et al., "Application of erythropoietin antisera to studies of erythropoiesis," *Ann. N.Y. Acad. Sci.*, *149*:281-291 (1968) |
| ⊥ | C191 | Lappin et al., "The Effect of Erythropoietin and Other Factors on DNA synthesis by Mouse Spleen Cells," *Exp. Hematol.*, *11(7)*, 661-666 (August 1983) |
| ⊥ | C192 | Lasky et al., "Production of an HSV Subunit Vaccine by Genetically Engineered Mammalian Cell Lines," *Modern Approaches to Vaccines*, pages 189-194, Chanock et al., eds. Cold Spring Harbor Lab. (1984) |
| ⊥ | C193 | Lathe, "Synthetic Oligonucleotide Probes Deduced from Amino Acid Sequence Data," *J. Mol. Biol. 183*, 1-12 (1985) |
| ⊥ | C194 | Laub and Ritter, "Expression of the Human Insulin Gene and cDNA in a Heterologous Mammalian System," *J. Biol. Chem.*, *258(10)*, 6043-6050 (May 25, 1983) |
| ⊥ | C195 | Laub et al., "Synthesis of Hepatitis B Surface Antigen in Mammalian Cells: Expression of the Entire Gene and the Coding Region," *J. Viol.*, *48(1)*:271-280 (1983) |
| ⊥ | C196 | Lauffer et al., "Topology of signal recognition particle receptor in endoplasmic reticulum membrane," *Nature, 318*, 334-338 (November 28, 1985) |
| ⊥ | C197 | Lawn et al., "The Isolation and Characterization of Linked δ- and β-Globin Genes from a Cloned Library of Human DNA," *Cell, 15*, 1157-1174 (December 1978) |
| ⊥ | C198 | Ledeen et al., "Gangliosides: Structure, Isolation, and Analysis," *Methods in Enzymology, 83 (Part D)*, 139-191 (1982) |
| ⊥ | C199 | Lee-Huang, "The Erythropoietin Gene," *Oncogenes, Genes and Growth Factors*, Chap. 7, pp. 199-222, ed. Gordon Garaff, John Wiley & Sons, Inc. (1987) |
| ⊥ | C200 | Lee-Huang, "Cloning of Human Erythropoietin," *Biophysical J.*, 45(Part 2 of 2), ABT. M-PM-A12, p. 30a (1984) |
| ⊥ | C201 | Lee-Huang, "Monoclonal Antibodies to Human Erythropoietin," *Abstract No. 1463*, Fed. Proc., *41*, 520 (1982) |
| ⊥ | C202 | Lee-Huang, "A New Preparative Method for Isolation of Human Erythropoietin With Hydrophobic Interaction Chromatography," *Blood, 56(4)*, 620-624 (October 1980) |
| ⊥ | C203 | Lee-Huang, "Cloning and Expression of Human EPO cDNA in E. Coli," *P.N.A.S. (USA), 81*, 2708-2712 (May 1984) |
| ⊥ | C204 | Lerner et al., "Chemically synthesized peptides predicted from the nucleotide sequence of the hepatitis B virus genome elicit antibodies reactive with the native envelope protein of Dane particles," *P.N.A.S. (USA), 78(6)*, 3403-3407 (June 1981) |

| EXAMINER | DATE CONSIDERED 12/20/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

221

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ⊥ | C205 | Lerner, "Synthetic Vaccines," *Scientific American, 248(2),* 66-74 (1983) |
| ⊥ | C206 | Lerner et al., "Antibodies to Chemically Synthesized Peptides Predicted from DNA Sequences as Probes of Gene Expression," *Cell, 23,* 309-310 (February 1981) |
| ⊥ | C207 | Lewin *Genes,* 1983, John Wiley & Sons, p. 307 |
| ⊥ | C208 | Lin et al., "Cloning and expression of the human erythropoietin gene," *P.N.A.S. (USA), 82,* 7580-7584 (November 1985) |
| ⊥ | C209 | Lin et al., "Monkey erythropoietin gene: cloning, expression and comparison with the human erythropoietin gene," *Gene, 44,* 201-209 (1986) |
| ⊥ | C210 | Lin et al., "Cloning of the Monkey EPO Gene," Abstract, *J. Cell. Bioch., Suppl. 8B,* p. 45 (March 31-April 24, 1984) |
| ⊥ | C211 | Lin et al., "Cloning and Expression of Monkey and Human Erythropoietin," *Exp. Hematol. 12,* 357 (1984) |
| ⊥ | C212 | Lipschitz et al., "Effect of Age on Hematopoiesis in Man," *Blood, 63(3),* 502-509 (March 1983) |
| ⊥ | C213 | LKB Technical Bulletin #2217 |
| ⊥ | C214 | Maniatis et al., "The Isolation of Structural Genes from Libraries of Eucaryotic DNA," *Cell 15,* 687-701 (October 1978) |
| ⊥ | C215 | Maniatis et al., "Molecular Cloning, a Laboratory Manual", pp. 5, 197-199, 392-393, 479-487, 493-503 Cold Springs Harbor, N.Y. (1982) |
| ⊥ | C216 | Markoff et al., "Glycosylation and Surface Expression of the Influenza Virus Neuraminidase Requires the N-Terminal Hydrophobic Region," *Molecular and Cellular Biology, 4(1),* 8-16 (1984) |
| ⊥ | C217 | Marshall, "Glycoproteins," *Annual Review of Biochemistry,* Snell et al. eds., Vol. 41, pp. 673-702, Annual Reviews Inc., Palo Alto, California (1972) |
| ⊥ | C218 | Martial et al., "Human Growth Hormones: Complementary DNA Cloning and Expression in Bacteria," *Science, 205,* 602-606 (August 10, 1979) |
| ⊥ | C219 | Mason et al., "Complementary DNA sequences of ovarian follicular fluid inhibin show precursor structure and homology with transforming growth factor-β," *Nature 318,* 659-663 (December 1985) |
| ⊥ | C220 | Maurer, "Immunochemical Isolation of Prolactin Messenger RNA," *J. Biol. Chem 255(1),* 854-859 (February 10, 1980) |
| ⊥ | C221 | Maxam et al., "Sequencing End-Labeled DNA with Base-Specific Chemical Cleavages," *Methods in Enzymol. 65,* 499-560 (1980) |

| EXAMINER | DATE CONSIDERED 12/30/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SHEET 18 OF 29

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∠ | C222 | McCormick et al., "Regulated Expression of Human Interferon Genes In Chinese Hamster Ovary Cells," *DNA*, 2(1): 86 Abst 86 (1983) |
| ∠ | C223 | McCormick et al., "Inducible Expression of Amplified Human Beta Interferon Genes in CHO Cells," *Mol. Cell. Biol.*, 4(1):166-172 (January 1984) |
| ∠ | C224 | McGonigle et al., "Erythropoietin deficiency and inhibition of erythropoiesis in renal insufficiency," *Kidney Int'l.*, 25(2), 437-444 (1984) |
| ∠ | C225 | Meier et al., "Alpha$_1$- and Beta$_2$-Adrenergic Receptors Co-Expressed on Cloned MDCK Cells are Distinct Glycoproteins," *Biochem. & Biophys. Res. Comm.*, 118(1), 73-81 (1984) |
| ∠ | C226 | Mellon et al., "Identification of DNA Sequences Required for transcription of the human α1-Globin Gene in a New SV40 Host-Vector System," *Cell*, 27, 279-288 (December 1981) |
| ∠ | C227 | Mellor et al., "Expression of Murine H-2K$^b$ histocompatibility antigen in cells transferred with cloned H-2 genes," *Nature*, 298:529-534 (August 1982) |
| ∠ | C228 | Messing, "New M13 Vectors for Cloning," *Methods in Enzymology*, 101, 20-78 (1983) |
| ∠ | C229 | Metcalf et al., "Effects of Purified Bacterially Synthesized Murine Multi-CSF (IL-3) on Hematopoiesis in Normal Adult Mice," *Blood*, 68(1), 46-57 (July 1986) |
| ∠ | C230 | Metcalf et al., "Quantitative Responsiveness of Murine Hemopoietic Populations in vitro and in vivo to Recombinant Multi-CSF (IL-3)," *Exp. Hematol.*, 15, 288-295 (1987) |
| ∠ | C231 | Methods in Yeast Genetics, Cold Spring Harbor Lab, Cold Spring Harbor, NY, p. 62 (1983) |
| ∠ | C232 | Miller et al., "Plasma levels of immunoreactive erythropoietin after acute blood loss in man," *Brit. J. Haematol.*, 52, 545-549 (1982) |
| ∠ | C233 | Mirand, "Extra-renal and renal control of erythropoietin production," *Ann. N.Y. Acad. Sci.*, 149:94-106 (1968) |
| ∠ | C234 | Mirand et al., "Current studies on the role of erythropoietin on erythropoiesis", *Ann. N.Y. Acad. Sci.*, 77:677-702 (1959) |
| ∠ | C235 | Miyake et al., "Purification of Human Erythropoietin," *J. Biol. Chem.*, Vol. 252(15), 5558-5564 (August 1977) |
| ∠ | C236 | Mladenovic et al., "Anemia of Chronic Renal Failure (CRF) in the Sheep: Response to Erythropoietin (EP) In Vivo and In Vitro," *Blood*, 58(5), Suppl. 1, 99a (1981) |
| ∠ | C237 | Montgomery et al., "Identification and Isolation of the Yeast Cytochrome c Gene," *Cell*, 14, 673-680 (July 1978) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

223

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) | |
|---|---|---|
| ✗ | C238 | Moriarty et al., "Expression of the Hepatitis B Virus Surface Antigen Gene in Cell Culture by using a Simian Virus 40 Vector," *P.N.A.S. (USA)*, *78(4)*:2606-10 (April 1981) |
| ✗ | C239 | Moriuchi et al., "Thy-1 cDNA sequence suggests a novel regulatory mechanism," *Nature*, *301*, 80-82 (January 1983) |
| ✗ | C240 | Morrison, "Bioprocessing in Space -- an Overview", *The World Biotech Report*, Volume 2:USA, 557-571 (1984) |
| ✗ | C241 | Munjaal et al., "A cloned calmodulin structural gene probe is complementary to DNA sequence from diverse species," *P.N.A.S. (USA)*, *78(4)*:2330-2334 (April 1981) |
| ✗ | C242 | Murphy et al., "The Role of Glycoprotein Hormones in the Regulation of Hematopoiesis," *Acta. Haematologica Japonica*, *46(7)*, 1380-1396 (December 1983) |
| ✗ | C243 | Myers et al., "Construction and Analysis of Simian Virus 40 Origins Defective in Tumor Antigen Binding and DNA Replication," *P.N.A.S. (USA)*, *77*, 6491-6495 (Nov. 1980) |
| ✗ | C244 | Myklebost et al., "The Isolation and Characterization of cDNA clones for Human Apolioprotein CII," *J. of Biol. Chem.*, *259(7)*, 4401-4404 (April 10, 1984) |
| ✗ | C245 | Naets, "The role of the kidney in erythropoiesis," *J. Clin. Invest.*, *39*:102-110 (1960) |
| ✗ | C246 | Nagata et al., "Synthesis in *E. Coli* of a polypeptide with human leukocyte interferon activity," *Nature*, *284*, 316-320 (March 27, 1980) |
| ✗ | C247 | Nakao et al., "Erythropoiesis in anephric or kidney transplated patients," *Israel J. Med. Sci.*, *7*:986-989 (July-August 1971) |
| ✗ | C248 | Nathan et al., "Erythropoietin and the Regulation of Erythropoiesis," *New Eng. J. Med.*, *308(9)*, 520-522 (March 3, 1983) |
| ✗ | C249 | Naughton et al., "Evidence for an Erythropoietin-Stimulating Factor in Patients with Renal and Hepatic Disease," *Acta. Haemat.*, *69*, 171-179 (1983) |
| ✗ | C250 | Naughton et al., "Evidence for a Hepatic-Renal Antagoinism in the Production of Hepatic Erythropoietin," *Ann. Clin. Lab. Sci.*, *13(5)*, 432-438 (1983) |
| ✗ | C251 | Nayak et al., "Characterization of Influenza Virus Glycoproteins Expressed from Cloned cDNAs in Prokaryotic and Eukaryotic Cells," *Modern Approaches To Vaccines*, pages 165-172, Chanock et al., eds., Cold Spring Harbor Lab. (1984) |
| ✗ | C252 | Neeser et al., "A Quantitative Determination by Capillary Gas-Liquid Chromatography of Neutral and Amino Sugars (as *O*-Methyloxime Acetates), and a Study on Hydrolytic Conditions for Glycoproteins and Polysaccharides In Order to Increase Sugar Recoveries," *Anal. Biochem.*, *142*, 58-67 (1984) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 12/3/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

224

AM670158089                                                                                    AM-ITC 00942756

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∠ | C253 | Newman et al., "Selection and Properties of a Mouse L-Cell Transformant Expressing Human Transferrin Receptor," *Nature*, *304*, 643-645 (1983) |
| ∠ | C254 | Nigg et al., "Immunofluorescent localization of the transforming protein of Rous sarcoma virus with antibodies against a synthetic *src* peptide," *P.N.A.S. (USA)*, *79*, 5322-5326 (September 1982) |
| ∠ | C255 | Nimtz et al., "Structures of sialylated oligosaccharides of human erythropoietin expressed in recombinant BHK-21 cells," *Eur. J. Biochem*, *213*, 39-56 (1993) |
| ∠ | C256 | Noda et al., "Primary structure of α-subunit precursor of *Torpedo californica* acetylcholine receptor deduced from cDNA sequence," *Nature*, *299*, 793-797 (October 28, 1982) |
| ∠ | C257 | Noda et al., "Cloning and sequence analysis of cDNA for bovine adrenal preproenkephalin," *Nature*, *295*, 202-206 (January 21, 1982) |
| ∠ | C258 | Noyes et al., "Detection and partial sequence analysis of gastrin mRNA by using an oligodeoxynucleotide probe," *P.N.A.S. (USA)*, *76(4)*, 1770-1774 (April 1979) |
| ∠ | C259 | Nussinov, "Eukaryotic Dinucleotide Preference Rules and their Implications for Degenerate Codon Usage," *J. Mol. Biol.*, *149*, 125-131 (1981) |
| ∠ | C260 | Ogle et al., "Production of erythropoietin in vitro: a review," *In Vitro*, *14(11)*, 945-949 (1978) |
| ∠ | C261 | Ohkubo et al., "Cloning and sequence analysis of cDNA for rat angiotensinogen," *P.N.A.S. (USA)*, *80*, 2196-2200 (April 1983) |
| ∠ | C262 | Ohno et al., "Inducer-responsive expression of the cloned human interferons β1 gene introduced into cultured mouse cells," *Nucleic Acids Res.*, *10(3)*, 967-976 (1982) |
| ∠ | C263 | Okayama et al., "High-Efficiency Cloning of Full-Length cDNA," *Mol. & Cell. Biol.*, *2(2)*, 161-170 (February 1982) |
| ∠ | C264 | Ovchinnikov et al., "The Primary Structure of *Escherichia coli* RNA Polymerase," *J. Biochem.*, *116*, 621-629 (1981) |
| ∠ | C265 | Paabo et al., "Association Between Transplantation Antigens and a Viral Membrane Protein Synthesized from a Mammalian Expression Vector," *Cell*, *35*, 445-453 (1983) |
| ∠ | C266 | Palmiter et al., "Metallothionein-Human GH Fusion Genes Stimulate Growth of Mice," *Science*, *222*, 809-814 (November 18, 1983) |
| ∠ | C267 | Pankratz et al., "A Simple 3-Step Procedure for Purifying Baboon Urinary Erythropoietin to Apparent Homogeneity," *Exp. Hematol.*, *11*, Supp. 14, Abst. 102 (1983) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 2/31/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C268 | Papayannopoulou et al., "On the *In Vivo* Action of Erythropoietin: A Quantitative Analysis," *J. of Clin. Investigation*, 51, 1179-1185 (1972) |
| ✓ | C269 | Parekh et al., "N-Glycosylation and in vitro Enzymatic Activity of Human Recombinant Tissue Plasminogen Activator Expressed in Chines Hamster Ovary Cells and a murine Cell Line," *Biochemistry*, 28, 7670-7679 (1989) |
| ✓ | C270 | Pavlovic-Kentera et al., "Effects of Prostaglandin Synthetase Inhibitors, Salt Overload and Renomedullary Dissection on the Hypoxia Stimulated Erythropoietin Production in Rats," *Exp. Hematol.*, 8(Supp. 8), 283-291 (1980) |
| ✓ | C271 | Pellicer et al., "Altering Genotype and Phenotype by DNA-Mediated Gene Transfer," *Science*, 209, 1414-1422 (Sept. 19, 1980) |
| ✓ | C272 | Pennathur-Das et al., "Evidence for the Presence of CFU-E with Increased In Vitro Sensitivity to Erythropoietin in Sickle Cell Anemia," *Blood*, 63(5), 1168-71 (May 1984) |
| ✓ | C273 | Pennica et al., "Cloning and expression of human tissue-type plasminogen activator cDNA in E-coli," *Nature*, 301, 214-221 (Jan. 20, 1983) |
| ✓ | C274 | Pennica et al., "Human tumour necrosis factor: precursor structure, expression and homology to lymphotoxin," *Nature*, 312, 724-728 (December 27, 1984) |
| ✓ | C275 | Pitha et al., "Induction of human β-interferon synthesis with poly (rI•rC) in mouse cells transfected with cloned cDNA plasmids," *P.N.A.S. (USA)*, 79, 4337-4341 (July 1982) |
| ✓ | C276 | "Points to Consider in the Characterization of Cell Lines Used to Produce Biologics," June 1, 1984, Office of Biologics Research Review, Center for Drugs & Biologics, U.S. Food & Drug Administration (Section A, Part 2) |
| ✓ | C277 | Powell et al., "Human erythropoietin gene: High level expression in stably transfected mammalian cells and chromosome localization," *P.N.A.S. (USA)*, 83, 6465-6469 (September 1986) |
| ✓ | C278 | Prooijen-Knegt, "In Situ Hybridization of DNA Sequences in Human Metaphase Chromosomes Visualized by an Indirect Fluorescent Immunocytochemical Procedure," *Exp. Cell Res.*, 141, 397-407 (1982) |
| ✓ | C279 | Ramabhadran et al., "Synthesis and Glycosylation of the Common α Subunit of Human Glycoprotein Hormones in Mouse Cells," *Proc. Nat'l. Acad. Sci. (USA)*, 81, 6701-6705 (1984) |
| ✓ | C280 | Rambach et al., "Acid Hydrolysis of Erythropoietin," *Proc. Soc. Exp. Biol.*, 99, 482-483 (1958) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 12/3/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∠ | C281 | Ravetech et al., "Evolutionary approach to the question of immunoglobulin heavy chain switching: Evidence from cloned human and mouse genes," *P.N.A.S. (USA)*, 77(11), 6734-6738 (November 1980) |
| ∠ | C282 | Recny et al., "Structural Characterization of Natural Human Urinary and Recombinant DNA-derived Erythropoietin," *J. Biol. Chem.*, 262(35), 17156-17163 (December 15, 1987) |
| ∠ | C283 | Reilly et al., "Use of synthetic oligonucleotides to clone genomic DNA: isolation of a tRNA$^{Phe}$ gene from mouse," *DNA*, 1:192 (1982) |
| ∠ | C284 | Resegotti et al., "Treatment of aplastic anaemia with methenolone, stanozolol and nandrolone," *Panminerva Medica*, 23, 243-248 (1981) |
| ∠ | C285 | Reyes et al., "Identification of an H-2K$^b$-Related Molecule by Molecular Cloning," *Immunogenetics*, 14, 383-392 (1981) |
| ∠ | C286 | Reyes et al., "Isolation of a cDNA clone for the murine transplantation antigen H-2K$^b$," *P.N.A.S. (USA)*, 79, 3270-3274 (May 1982) |
| ∠ | C287 | Rigby, "Expression of cloned genes in eukaryotic cells using vector systems derived from viral replicons," *Genetic Engineering*, R. Williamson, ed., 3:83-140, Academic Press, London 1982 |
| ∠ | C288 | Riggs et al., "Synthetic DNA and Medicine," *Am. J. Hum. Genet.*, 31, 531-538 (1979) |
| ∠ | C289 | Ringold et al., "Co-Expression and Amplification of Dihydrofolate Reductase cDNA and the *Escherichia coli* XGPRT Gene in Chinese Hamster Ovary Cells," *J. Mol. & Appl. Genetics*, 1(3), 165-175 (1981) |
| ∠ | C290 | Robson et al., "Polysome immunoprecipitation of phenylalanine hydroxylase mRNA from rat liver and cloning of its cDNA," *P.N.A.S. (USA)*, 79, 4701-4705 (August 1982) |
| ∠ | C291 | Roh et al., "Plasma Disappearance of I$^{125}$labeled Human Urinary Erythropoietin in Rabbits," *Fed. Proc.*, 29(2), 782 Abst. 3030 (1970) |
| ∠ | C292 | Rose et al., "Expression from Cloned cDNA of Cell-Surface Secreted Forms of the Glycoprotein of Vesicular Stomatitis Virus in Eucaryotic Cells," *Cell*, 30, 753-762 (1982) |
| ∠ | C293 | Ross et al., "Phosphotyrosine-containing proteins isolated by affinity chromatography with antibodies to a synthetic hapten," *Nature*, 294, 654-656 (December 17, 1981) |
| ∠ | C294 | Roth et al., "Influenza Virus Hemagglutinin Expression Is Polarized in Cells Infected with Recombinant SV40 Viruses Carrying Cloned Hemagglutinin DNA", *Cell*, 33, 435-443 (1983) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| /SH/ | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

227

AM670158092                                                        AM-ITC 00942759

| | | |
|---|---|---|
| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>11009/32022 | Serial No.<br>08/468,369 |
| **INFORMATION DISCLOSURE STATEMENT**<br>*(Use several sheets if necessary)* | | Applicant<br>Fu-Kuen Lin | |
| | | Filing Date<br>June 6, 1995 | Group<br>1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C295 | Rothmann et al., "Erythropoietin-Dependent Erythrocytosis Associated with Hepatic Angiosarcoma," *J. Surg. Oncol.*, 20, 105-108 (1982) |
| ✓ | C296 | Saito et al., "Translation of Human Erythropoietin-mRNAs," *Exp. Hematol.*, 11(14), 228 (1983) |
| ✓ | C297 | Saito et al., "In Vitro Assay of Erythropoietin: Simple Determination in a Small Amount of Human Serum Samples," *Jap. J. Med.*, 23(1), 16-21 (February 1984) |
| ✓ | C298 | Sambrook et al., "Expression of Proteins on the Cell Surface Using Mammalian Vectors," *Experimental Manipulation of Gene Expression*, pages 225-246, Acad. Press. (1983) |
| ✓ | C299 | Sanger et al., "DNA Sequencing with chain-terminating inhibitors," *P.N.A.S. (USA)*, 74, 5463-5467 (December 1977) |
| ✓ | C300 | Sasaki, "Carbohydrate Structure of Erythropoietin Expressed in Chinese Hamster Ovary Cells by a Human Erythropoietin cDNA," *J. Biol. Chem.*, 262(25), 12059-12070 (September 5, 1987) |
| ✓ | C301 | Sasaki, "Isolation of erythropoietin by monoclonal antibody," *Biomed. Biochim. Acta.*, 42(11/12), S202-206 (1983) |
| ✓ | C302 | Scahill et al., "Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells," *Proc. Nat'l. Acad. Sci. (USA)*, 80, 4654-4658 (1983) |
| ✓ | C303 | Schulze et al., "Identification of the cloned gene for the murine transplantation antigen H-2K$^b$ by hybridization with synthetic oligonucleotides," *Mol. & Cell Biol.*, 3(4), 750-755 (April 1983) |
| ✓ | C304 | Schwartz et al., "Severe Anemia as a Manifestation of Metastatic Jugular Paraganglioma," *Arch Otolaryngol.*, 109, 269-272 (April 1983) |
| ✓ | C305 | Seeburg et al., "Synthesis of growth hormone by bacteria," *Nature*, 276, 795-798 (December 1978) |
| ✓ | C306 | Seki et al., "Isolation of a genomic clone containing structural information for the DRα subunit", *Fed. Proc.*, 41:365 (1982)/Chemistry and Molecular Biology of Ia/Dr Antigens Abstract 563 (1982) |
| ✓ | C307 | Shahidi, "Androgens and Erythropoiesis," *New Eng. J. Med.*, 289, 72-80 (July 12, 1973) |
| ✓ | C308 | Sherwood et al., "Erythropoietin Titers in Sickle Cell Disease & Chronic Renal Failure," *Blood Suppl. 1*, 58, Abstract 105 (1981) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

228

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | | Applicant Fu-Kuen Lin | |
| | | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✗ | C309 | Sherwood et al., "Extraction of erythropoietin from normal kidneys," *Endo*, *103(3)*, 866-870 (1978) |
| ✗ | C310 | Sherwood et al., "A Radioimmunoassay for Erythropoietin," *Blood*, *54(4)*, 885-893 (October 1979) |
| ✗ | C311 | Shiramizu et al., "Human Renal Carcinoma Cells Secreting Erythropoietin in vivo and in vitro," *Blood, 78(10)*, Supp. 1 (Nov. 15, 1991) |
| ✗ | C312 | Singer-Sam et al., "Isolation of a cDNA clone for human X-linked 3-phosphoglycerate kinase by use of a mixture of synthetic oligodeoxyribonucleotides as a detection probe," *P.N.A.S. (USA)*, *80*, 802-806 (February 1983) |
| ✗ | C313 | Smith et al., "Construction and characterization of an infectious vaccinia virus recombinant that expresses the influenza hemagglutinin gene and induces resistance to influenza virus infection in hamsters," *Proc. Nat'l. Acad. Sci. (USA), 80*, 7155-7159 (1983) |
| ✗ | C314 | Southern et al., "Transformation of Mammalian Cells to Antibiotic Resistance with a Bacterial Gene Under Control of the SV40 Early Region Promoter," *J. Mol. Appl. Genet., 1(4)*, 327-341 (1982) |
| ✗ | C315 | Southern, "Detection of Specific Sequences Among DNA Fragments Separated by Gel Electrophoresis," *J. Mol. Biol., 98*, 503-517 (1975) |
| ✗ | C316 | Spellman et al., "Carbohydrate Structure of Recombinant Soluble Human CD4 Expressed in Chinese Hamster Ovary Cells," *Biochemistry, 30(9)*, 2395-2406 (1991) |
| ✗ | C317 | Spellman et al., "Carbohydrate Structure of Human Tissue Plasminogen Activator Expressed in Chinese Hamster Ovary Cells," *J. of Biol. Chem., 264(24)*, 14100-14111 (Aug. 26, 1989) |
| ✗ | C318 | Srinivas et al., "Membrane Association and Defective Transport of Spleen Focus-forming Virus Glycoproteins," *J. Biol. Chem., 258*, 14718-14724 (1983) |
| ✗ | C319 | Stanley, "Surface Carbohydrate Alterations of Mutant Mammalian Cells Selected for Resistance to Plant Lectins," *The Biochemistry of Glycoproteins and Proteoglycans, Chapter 4*:161-189, Lennarz ed., Plenum Press (1980) |
| ✗ | C320 | Steck et al., "Cell Surface Properties of Spontaneously Metastasizing Rat Mammary Adenocarcinoma Cell Clones," *Transplantation Proceedings, 16*, 355-360 (1984) |
| ✗ | C321 | Storring et al., "The International Standard for Recombinant DNA derived Erythropoietin: Collaborative Study of four recombinant DNA derived erythropoietins and two highly purified human urinary erythropoietins," *J. of Endo., 134*, 459-84 (1992) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

AM670158094                                                                                                          AM-ITC 00942761

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT  (Use several sheets if necessary) | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✓ | C322 | Strickland, "Occurrence of Sulfate on the N-Linked Oligosaccharides of Human Erythropoietin," *J. of Cellular Biochemistry*, Suppl. 16D, Abstract No. P324 (1992) |
| ✓ | C323 | Sue et al., "Site-specific antibodies to human erythropoietin directed toward the NH$_2$-terminal region," *Proc. Nat. Acad. Sci. (USA)*, 80, 3651-3655 (1983) |
| ✓ | C324 | Suggs et al., "Use of Synthetic Oligodeoxyribonucleotide for the Isolation of Specific Cloned DNA Sequences," *Developmental Biology Using Purified Genes*, 683-693 (D. Brown, Ed., 1981) |
| ✓ | C325 | Suggs et al., "Use of synthetic oligonucleotides as hybridization probes:Isolation of cloned cDNA sequences for human B$_2$-microglobulin," *P.N.A.S. (USA)*, 78, 6613-6617 (1981) |
| ✓ | C326 | Sveda et al., "Functional expression in primate cells of cloned DNA coding for the hemagglutinin surface glycoprotein of influenza virus," *Pros. Nat'l. Acad. Sci. (USA)*, 78(10):5488-5492 (September 1981) |
| ✓ | C327 | Sytowski et al., "The Biochemistry of Erythropoietin: An Approach to its mode of Action," *Exp. Hematol.*, 8(Supp. 8), 52-63 (1980) |
| ✓ | C328 | Sytowski et al., "A Novel Radioimmunoassay for Human Erythropoietin Using a Synthetic NH$_2$-Terminal Polypeptide and Anti-Peptide Antibodies," *J. Immunol. Methods*, 69, 181-186 (1984) |
| ✓ | C329 | Szostak et al., "Hybridization with Synthetic Oligonucleotides," *Meth. in Enzymol.*, 68, 419-~~429 (1979)~~ yer (1979) |
| ✓ | C330 | Takeuchi et al., "Relationship between sugar chain structure and biological activity of recombinant human erythropoietin produced in Chinese hamster ovary cells," *P.N.A.S. (USA)*, 86, 7819-7822 (Oct. 1989) |
| ✓ | C331 | Takeuchi, "Comparative Study of the Asparagine-linked Sugar Chains of Human Erythropoietin Purified from Urine and the Culture Medium of Recombinant Chinese Hamster ovary Cells," *J. Biol. Chem.*, 263(8), 3657-3663 (March 15, 1988) |
| ✓ | C332 | Talmadge et al., "Eukaryotic Signal Sequence Transports Insulin Antigen in Escherichia coli," *P.N.A.S. USA* 77(6), 3369-3373 (June 1980) |
| ✓ | C333 | Tambourin et al., "Production of erythropoietin-like activity by a murine erythroleukemia cell line," *P.N.A.S. (USA)*, 80, 6269-6273 (1983) |
| ✓ | C334 | Taniguchi et al., "Structure and expressin of a cloned cDNA coding for the hemagglutinin surface glycoprotein of influenza virus," *Nature*, 302:305-310 (24 March 1983) |

230

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | Applicant Fu-Kuen Lin | |
| (Use several sheets if necessary) | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✗ | C335 | Taub et al., "An improved method for preparing large arrays of bacterial colonies containing plasmids for hybridization: in situ purification and stable binding of DNA on paper filters," *Chemical Abstracts, 97(23)*, 164, Abstract No. 194002y (December 12, 1982) |
| ✗ | C336 | Taub et al., "An Improved Method for Preparing Large Arrays of Bacterial Colonies Containing Plasmids for Hybridization: *In Situ* Purification and Stable Binding of DNA on Paper Filters," *Anal. Biochem., 126*, 222-230 (1982) |
| ✗ | C337 | Testa et al., "Role of Purified Erythropoietin in the Amplification of the Erythroid Compartment," *Exp. Hematol., 8(Supp. 8)*, 144-152 (1980) |
| ✗ | C338 | Tong et al., "The Formation of Erythrocyte Membrane Proteins during Erythropoietin-induced Differentiation," *J. Biol. Chem., 256(24)*, 12666-12672 (December 25, 1981) |
| ✗ | C339 | Toole et al., "Molecular cloning of a cDNA encoding human antihaemophilic factor," *Nature, 312*, 342-347 (November 8, 1984) |
| ✗ | C340 | Tramontano et al., "Statistical evaluation of the coding capacity of complementary DNA strands," *Nucleic Acids Research, 12(12)*, 5049-5059 (1984) |
| ✗ | C341 | Tsuda et al., "Comparative Structural Study of N-Linked Oligosaccharides of Urinary and Recombinant Erythropoietins" *J. Amer. Chem. Soc., 27(15)*, 5646-5654 (1988) |
| ✗ | C342 | Udupa et al., "Erythropoiesis in the aged mouse," *J. Lab. Clin. Med., 103(4)*, 574-580 & 581-588 (1984) |
| ✗ | C343 | Ullrich et al., "Rat Insulin Genes: Construction of Plasmids Containing the Coding Sequences," *Science, 196*, 1313-1319 (June 17, 1977) |
| ✗ | C344 | Ullrich et al., "Isolation of the Human Insulin-like Growth Factor I Gene Using a Single Synthetic DNA Probe," *EMBO J., 3(2)*:361-364 (1984) |
| ✗ | C345 | Ullrich et al., "Human epidermal growth factor receptor cDNA sequence and aberrant expression of the amplified gene in A431 epidermoid carcinoma cells," *Nature, 309*, 418-425 (May 31, 1984) |
| ✗ | C346 | Ullrich et al., "Insulin-like growth factor I receptor primary structure: comparison with insulin receptor suggests structural determinants that define functional specificity," *EMBO J., 5(10)*, 2503-2512 (1986) |
| ✗ | C347 | Ullrich et al., "Human insulin receptor and its relationship to the tyrosine kinase family of oncogenes," *Nature, 313*, 756-761 (February 28, 1985) |
| ✗ | C348 | Urabe et al., "The Influence of Steroid Hormone Metabolites on the In Vitro Development of Erythroid Colonies Derived from Human Bone Marrow," *J. Exp. Med., 149*, 1314-1325 (June 1979) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/33/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

231

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | | Applicant Fu-Kuen Lin | |
| | | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∠ | C349 | Urlaub et al., "Isolation of Chinese Hamster cell mutants deficient in dihydrofolate reductase activity," *Proc. Nat. Acad. Sci. (USA), Vol. 77(7)*, 4216-4220 (July 1980) |
| ∠ | C350 | Van der Ploeg et al., "DNA Methylation in the Human γδβ-Globin Locus in Erythroid and Nonerythroid Tissues," *Cell, 19*, 947-958 (April 1980) |
| ∠ | C351 | Van Stone et al., "Effect of erythropoietin on anemia of peritoneally dialyzed anephric rats," *Kidney Int'l., 15*, 370-375 (1979) |
| ∠ | C352 | Varki, "Diversity in the sialic acids," Oxford University Press, 25-40, (1992) |
| ∠ | C353 | Vedovato et al., "Erythropoietin Levels in Heterozygous Beta-Thalassemia," *Acta. Haematol., 71*, 211-213 (1984) |
| ∠ | C354 | Vichinsky et al., "Inadequate erythroid response to hypoxia in cystic fibrosis," *J. Pediatr., 105(1)*, 15-21 (July 1984) |
| ∠ | C355 | Vieira et al., "The pUC plasmids, an M13mp7-derived system for insertion mutagenesis and sequencing with synthetic universal primers," *Gene, 19*, 259-268 (1982) |
| ∠ | C356 | Villasante et al., "Binding of microtubule protein to DNA and chromatin: possibility of simultaneous linkage of microtubule to nucleic acid and assembly of the microtubule structure," *Nucleic Acids Res, 9(4)*, 895 (1981) |
| ∠ | C357 | Walker et al., *Techniques in Molecular Biology*, Macmillan Pub. Co., N.Y., p. 280 (1983) |
| ∠ | C358 | Wallace et al., "Hybridization of synthetic oligodeoxyribonucleotides to Phi-chi 174 DNA: the effect of single base pair mismatch," *Nuc. Acids Res., 6(11)*, 3543-3557 (1979) |
| ∠ | C359 | Wallace et al., "Directed Deletion of a Yeast Transfer RNA Intervening Sequence," *Science, 209*:1396-1400 (September 19, 1980) |
| ∠ | C360 | Wallace et al., "Oligonucleotide Directed Mutagenesis of the Human β-globin gene: A General Method for Producing Specific Point Mutations in cloned DNA," *Nucleic Acids Research, 9(15)*:3647-3657 (1981) |
| ∠ | C361 | Wallace et al., "The use of synthetic oligonucleotides as hybridization probes. II. Hybridization of oligonucleotides of mixed sequence to rabbit β-globin DNA," *Nuc. Acids Res., 9(4)*, 879-894 (1981) |
| ∠ | C362 | Wallace et al., "A set of synthetic oligodeoxyribonucleotide primers for DNA sequencing in the plasmid vector pBR322," *Gene, 16*, 21-26 (1981) |

232

| EXAMINER | DATE CONSIDERED 12/30/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form PTO-1449 | | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT *(Use several sheets if necessary)* | | | Applicant Fu-Kuen Lin | |
| | | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ∠ | C363 | Wallis et al., "The isolation of cDNA clones for human apolipoprotein E and the detection of apoE RNA in hepatic and extra-hepatic tissues," *EMBO J.*, 2, 2369-2373 (1983) |
| ∠ | C364 | Walter et al., "Antibodies specific for the carboxy- and amino-terminal regions of simian virus 40 large tumor antigen," *P.N.A.S. (USA)*, 77(9), 5197-5200 (September 1980) |
| ∠ | C365 | Walter et al., "Antibodies specific for the polyoma virus middle-size tumor antigen," *P.N.A.S. (USA)*, 78, 4882-4886 (August 1981) |
| ∠ | C366 | Wang et al., "Some Chemical Properties of Human Erythropoietin", *Endo.*, 116(6), 2286-2292 (1985) |
| ∠ | C367 | Wang et al., "Renal and extrarenal erythropoietin production in male and female rats of various ages," *J. Lab. Clin. Med.*, 79(2), 181-186 (February 1972) |
| ∠ | C368 | Weiland et al., "In vivo Activity of Asialo-Erythropoietin in Combination with Asialo-Glycoproteins," *Blut*, 44(3), 173-175 (1982) |
| ∠ | C369 | Weiss et al., "Characterization of a monoclonal antibody to human erythropoietin," *P.N.A.S. (USA)*, 79, 5465-5469 (1982) |
| ∠ | C370 | Weiss et al., "Studies of the pathogenesis of anemia of inflammation: Mechanism of impaired erythropoiesis," *Am. J. Vet. Res.*, 44(10), 1832-1835 (October 1983) |
| ∠ | C371 | Weissman et al., "Structure and expression of human IFN-α Genes," *Phil. Trans. R. Soc. Lond.*, B299, 7-28 (1982) |
| ∠ | C372 | White et al., "Studies on Erythropoietin," *Recent Progr. Hormone Res.*, 16:219-262 (1960) |
| ∠ | C373 | White et al., "Haemagglutinin of influenza virus expressed from a cloned gene promotes membrane fusion," *Nature*, 300, 658-659 (1982) |
| ∠ | C374 | Whitehead et al., "Use of a cDNA Clone for the Fourth Component of Human Complement (C4) for Analysis of a Genetic Deficiency of C4 in Guinea Pig", *PNAS (USA)*, 80:5387-5391 (September 1983) |
| ∠ | C375 | Wiaderkiewicz et al., "Mismatch and blunt to protruding-end joining by DNA ligases," *Nucleic Acids Res.*, 15(19), 7831-7848 (1987) |
| ∠ | C376 | Wickens et al., "Expression of a chicken chromosomal ovalbumin gene injected into frog oocyte nuclei," *Nature* 285:628-634 (26 June 1980) |
| ∠ | C377 | Wide et al., "Molecular charge heterogeneity of human serum erythropoietin," *British J. Haemat.*, 76, 121-127 (1990) |

| EXAMINER | DATE CONSIDERED 12/3/96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

233

AM670158098                                                    AM-ITC 00942765

SHEET 29 OF 29

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 11009/32022 | Serial No. 08/468,369 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** *(Use several sheets if necessary)* | | Applicant Fu-Kuen Lin | |
| | | Filing Date June 6, 1995 | Group 1804 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|---|
| ✗ | C378 | Wiktor et al., "Protection from rabies by a vaccinia virus recombinant containing the rabies virus glycoprotein gene," *Proc. Nat'l. Acad. Sci. (USA)*, 81, 7194-7198 (1984) |
| ✗ | C379 | Wong et al., "Synthetic peptide fragment of *src* gene product inhibits the *src* protein kinase and crossreacts immunologically with avian *onc* kinases and cellular phosphoproteins," *P.N.A.S. (USA)*, 78(12), 7412-7416 (December 1981) |
| ✗ | C380 | Wong et al., "Interferon-$\gamma$ Induces Enhanced Expression of Ia And H-2 Antigens on B Lymphoid, Macrophage, and Myeloid Cell Lines," *J. Immun.*, 131(2):788-793 (August 1983) |
| ✗ | C381 | Woo, "A Sensitive and Rapid Method for Recombinant Phage Screening," *Methods in Enzymology*, 68, 389-395 (1979) |
| ✗ | C382 | Wood et al., "Expression of active human factor VIII from recombinant DNA clones," *Nature*, 312, 330-336 (November 22, 1984) |
| ✗ | C383 | Woods et al., "Isolation of a cDNA Clone Corresponding to the MHC Linked Complement Protein Factor B," *Mol. Immunology*, 19, 1411 (1982) |
| ✗ | C384 | Woods et al., "Isolation of cDNA clones for the human complement protein factor B, a class III major histocompatability complex gene product," *P.N.A.S. USA* 79, 5661-5665 (Sept. 1982) |
| ✗ | C385 | Woods et al., "Isolation of Class III cDNA Clones," *Second Meeting on Cloning of the HLA and H-2 Regions*, Abstract (April 17-19, 1983) |
| ✗ | C386 | Yanagawa et al., "Hybridomas for Production of Monoclonal antibodies to Human Erythropoietin," *Blood*, 64(2), 357-364 (August 1984) |
| ✗ | C387 | Yanagawa et al., "Isolation of Human Erythropoietin with Monoclonal Antibodies," *J. Biol. Chem.*, 259(5), 2707-2710 (March 10, 1984) |
| ✗ | C388 | Yanagi, "Recombinant Human Erythropoietin Produced by Namalwa Cells," *DNA*, 8(6), 419-427 (1989) |
| ✗ | C389 | Young et al., "Efficient isolation of genes by using antibody probes," *P.N.A.S.* 80, 1194-1198 (March 1983) |
| ✗ | C390 | Yuen et al., "The Spectrum of N-linked oligosaccharide structures detected by enzymic microsequencing on a recombinant soluble CD4 glycoprotein from Chinese hamster ovary cells," *Eur. J. Biochem.*, 192, 523-528 (1990) |
| ✗ | C391 | Zinn et al., "Regulated expression of an extrachromosomal human $\beta$-interferon gene in mouse cells," *P.N.A.S. (USA)*, 79, 4897-4901 (August 1982) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 12/30/96 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

234

AM670158099

AM-ITC 00942766