# EXHIBIT 21



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO |
|---|---|---|---|
| 08/487,774 | 06/07/95 | Lin | |

EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| 1834 | |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. Borun                                  (3) Exr. Martinell

(2) Mr. Watt                                   (4) _____

Date of interview: 10/18/95

Type: ☐ Telephonic  ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: Attached.

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: All.

Identification of prior art discussed: All.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Applicant intends to amend the claims to include negative limitation (i.e., "non-naturally occurring) in connection to EPO product. Applicant intends to provide for the record evidence in attempting to obtain either the cells or EPO disclosed in the Suginoto et al patent ('513). Exr. agreed that the "fragment" language is not new matter. Applicant also intends to replace "biological activity" with wording directed to the particular biological activity of EPO in the stimulation of bone marrow cells. Examiner favorably impressed.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL-413 (REV  -84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

520

AM670156872                                                                        AM-ITC 00941539