UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>AMGEN INC., )<br>       )<br>      Plaintiff, )<br>       )<br>v. )<br>       )<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, )<br>and HOFFMANN-LA ROCHE INC. )<br>       )<br>      Defendants. )<br>_____ ) | CIVIL ACTION No.: 05-CV-12237WGY |

**DECLARATION OF THOMAS R. KADESCH, PH.D. IN SUPPORT OF
DEFENDANTS' PROPOSED CLAIM CONSTRUCTION**

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

*Counsel for Defendants,*
*F. HOFFMANN-LA ROCHE LTD,*
*ROCHE DIAGNOSTICS GmbH, and*
*HOFFMANN-LA ROCHE INC.*

Dated:  March 5, 2007

31429874.DOC

Dockets.Justia.com

I, Thomas R. Kadesch, Ph.D., hereby declare as follows:

I make this declaration in connection with Defendants' Opening Brief on Claim Construction in the above captioned action.

## I.     QUALIFICATIONS

1.     I am currently Professor of Genetics at the University of Pennsylvania School of Medicine in Philadelphia, Pennsylvania.  I have been on the faculty there since 1984 and now serve as the Interim Chair of the department.

2.     I received my B.S. in Biochemistry in 1975 from the University of California at Santa Barbara and my Ph.D. in Biochemistry in 1980 from the University of California at Berkeley, working with Dr. Michael Chamberlin on the enzymology of transcription in bacterial cells.  I carried out 3 years of postdoctoral training in the Department of Biochemistry at Stanford University, working with Dr. Paul Berg, Nobel Laureate, on transcriptional regulation in mammalian cells.

3.     My research focuses on the regulation of transcription in mammalian cells. Notably, from the mid-1980's to mid-1990's my laboratory carried out the initial cloning and characterization of several novel DNA binding proteins (transcription factors) so I am well-qualified to judge the state of the field at the time of the Lin patents.  The impact of my work has been recognized through its publication in high-impact scientific journals and through invitations that speak both nationally and internationally.  I have also taught, for over 20 years, the advanced graduate student seminar on gene expression and the section on transcriptional control in the introductory survey course required of all first year students in our graduate program.

4.     From 1992-1996 I served as Editor of the scientific journal Molecular and Cellular Biology.  This is a top-tier journal from the American Society of Microbiology that

publishes papers of extremely high quality.  My responsibility as Editor was to handle those submitted papers in the area of transcriptional regulation.  I have attached a copy of my c.v. (Exhibit 1).

## II.    INFORMATION CONSIDERED IN FORMING MY OPINIONS

5.    This expert declaration is provided to assist the Court in understanding the science and technology discussed in Defendants' Brief.  In forming the opinions set forth in this expert declaration, I have considered U.S. Patent No. 4,703,008; and the claims of U.S. Patent Nos. 5,547,933; 5,441,868; 5,618,698; 5,756,349; 5,955,422 and 5,621,080; collectively the Lin Patents, (Exhibit 2), in the context of my knowledge of relevant literature and my academic and professional experience.

## III.    TECHNICAL OVERVIEW

A.    <u>The Cell</u>

6.    All living organisms are made of cells, which are the basic units of life.  The essential structural and functional features of the cell are relatively similar in all organisms, from the simplest unicellular organisms such as a bacterium to the most complex (i.e., humans) which contain many billions of cells of various types.

7.    Cells can be thought of like a small self contained industrial factory that receives orders from the outside, produces products according to those orders and then uses them internally or packs them up and ships them out for use at other locations.

8.    Cells have an outer boundary called a membrane, or in plants and bacteria a cell wall.  The membrane is permeable allowing certain materials to pass in and out of the cell as needed.  Some substances can passively traverse the membrane, while other require active transport mechanisms (transporters, channels, pumps, etc.) to facilitate their movement in and out of the cell.

9.     Embedded within the cell membrane are numerous proteins that function as receptors, some of which span the entire thickness of the membrane. When a substance from the outside binds to a receptor on the outside of the cell, the receptor transmits a signal to the internal workings of the cell to tell the cell to begin the production of a particular product, to reproduce more identical cells, or slightly different cells, or to tell the cell to die.

10.    The primary products produced by cells are proteins. Many of the protein products produced by a cell are used internally to maintain orderly function within the cell and produce secondary products like sugars, fats, and other molecules the cells need to function. The products used internally in the cell are sometimes called "housekeeping" proteins. Other products are produced for export out of the cell for use by another proximal or distal cell. These are called secreted proteins. Depending on the destination the product may be packaged in a specific way to help ensure its safe arrival at the new location.

### 1.     Nucleus

11.    Eukaryotic cells have an internal compartment, called a nucleus. The cell's nucleus is also membrane-bound which separates it from the cytoplasm. The nuclear membrane selectively regulates passage of substances between the nucleus and the cytoplasm. Prokaryotes (such as bacteria) do not have nuclei. The nucleus of the cell houses all of the instructions, or blueprints, needed for the production of products. These instructions are inherent in the structure of the chemical substance known as DNA. In procaryotes the DNA (in the form of chromosomes) is found free in the cytoplasm.

### 2.     Ribosomes

12.    Ribosomes are machine-like molecular complexes that gather the building materials in the cell that are needed to produce a protein product. The ribosome complex reads from a message sent to it from the nucleus and assembles proteins based on the whatever the

message dictates.  The ribosome has two binding sites that act like two hands; as it reads the message one hand holds the end of the amino acid chain that needs to be completed to form the protein and the other grabs the next amino acid that needs to be added to the growing chain.

### 3.    Mitochondria

13.    Mitochondria are often described as the power plants of the cell, because these membrane-bound compartments contain many of the proteins necessary to convert nutrients into energy.

### 4.    Golgi Apparatus

14.    The Golgi apparatus is also a membrane-enclosed compartment within the cell. Within the Golgi apparatus, proteins destined for secretion are modified so that certain specific amino acids in the protein are linked to carbohydrates or sugars made by the cell.

B.    Macromolecules

### 1.    Nucleic Acids

a.    DNA:  Master Blueprint

15.    Deoxyribonucleic acid ("DNA") molecules carry the information a cell needs to produce proteins.  Every cell within a single organism has the same DNA.  As discussed above the DNA is the master blueprint for every protein product that an organism can produce. However, every product is not produced by every cell.  Each cell only produces the products that it is programmed internally to produce or is signaled to produce from its environment.

16.    DNA comprises two polymer strands, each made up of four different nucleotides. Each nucleotide is composed of a variable "nucleotide base" and fixed sugar and phosphate groups.  The four nucleotides used naturally in DNA are abbreviated ("A"), ("G"), ("C"), and ("T"), which derives from the name of the nucleotide base.  Each nucleotide of one strand pairs with a single other nucleotide of the other; i.e., A always pairs with T, and G always pairs with

C.  So one strand of nucleotides will bind to a second strand only if the second strand has the appropriate complementary nucleotides.  If, for example, one strand has the sequence 5' AATCGGTAT 3', the complementary strand must have the sequence 3' TTAGCCATA 5'.  The well known DNA double helix is a result of this tendency of complementary strands to bind to each other.  In addition this property of nucleic acid sequences forms the basis of many of the techniques used in a molecular biology laboratory.  The DNA from cells of higher organisms does not exist in a single linear array but in individual segments called chromosomes, the number of which is species-dependent.  The number of chromosomes is generally indicative of the species from which a cell comes.

<blockquote>b.      RNA: the Information Carrier</blockquote>

17.     Ribonucleic acid ("RNA") molecules also exist in the cellular environment and function to carry genetic information from DNA to the ribosomes.  Like DNA, RNA is made of a sequence of connected nucleotides; however, RNA consists of only a single nucleotide strand, unlike DNA which has two strands.  RNA also has four nucleotide bases like DNA but ("U") is used in place of "T" in DNA.  "U" and "T" convey the same genetic information and, by convention, "T" is sometimes used to indicate both DNA and RNA sequences.

18.     RNA molecules act as "messengers" that transfer the genetic information encoded by DNA molecules to the cellular molecules that make proteins.  This type of RNA is therefore called messenger RNA ("mRNA").

<blockquote>**2.      Proteins**</blockquote>

19.     Proteins are strings of linked amino acids combined in various orders and numbers.  A chain of amino acids is often called a polypeptide.  There are twenty different amino acids.  Polypeptide lengths range from two amino acids, i.e. a dipeptide, to thousands of amino acids.  The specific type, number, and order of amino acids in a polypeptide along with any post

translational modification gives a protein a unique identity. A polypeptide assumes a three dimensional structure determined by its sequence, length, post-translational modifications and the environmental conditions. Proteins perform a wide variety of tasks in the cell. A protein's function in a particular environment is a direct consequence of its amino acid sequence of its structure.

20.    Amino acids have the general structure given in the figure below. Chemical structures are often drawn without expressly identifying carbon atoms and the hydrogen atoms attached to carbon atoms. Carbon atoms simply are implied at all vertices formed by the junction of lines that represent chemical bonds.

21.    As the name implies an amino acid has an amino group ($NH_2$) and carboxylic acid group (COOH). Between these two ends is a single carbon atom called an alpha carbon. Attached to the alpha carbon is the amino acid side chain represented above by the letter R (in addition to the side chain the alpha carbon is bonded to a hydrogen atom which is often not shown but those of skill in the are understand that it is present). The side chain structure is what gives each amino acid its unique characteristics. There are only twenty naturally occurring amino acids. The amino acids are often classified by the nature of the side chain. As shown in Exhibit 3, under physiological conditions certain of the amino acid side chains carry a positive

charge (Ex. 3, Figure 2-12), certain others a negative charge (Ex. 3, Figure 2-13) and the others are neutral.

22.     In a protein, amino acids are chemically linked to one another via a peptide bond. A peptide bond is formed when the amino group of a first amino acid reacts with the carboxylic acid of a second amino acid (eliminating the elements of water, $H_2O$).  Each polypeptide has a free amino group ("N-terminus") on one end and a free carboxyl group ("C-terminus") on the other, where the chain begins and terminates.  By convention, proteins are depicted with the N-terminus to the left and the C-terminus to the right.

### 3.     Carbohydrates

23.     The primary role of carbohydrates -- sugars -- is to serve as an energy source. The sugar most commonly used by mammalian cells is the simple sugar glucose.  Carbohydrates are stored in the form of long chain polymers, such as glycogen in mammals and starch in plants. Another long chain polymer carbohydrate, cellulose, forms the cell wall of plant cells. Carbohydrates can also be attached to secreted proteins at specific amino acids, where they serve as packaging to ensure the safe arrival on the receptor of another cell.

C.    Protein Synthesis

### 1.    The Central Dogma

24.    The "central dogma" refers to the universal process for the flow of genetic information from DNA to RNA to protein, which occurs in all living organisms. All cells therefore follow the same process for "gene expression," which refers to the cellular mechanisms that read the genetic information encoded by a nucleotide sequence to produce the specified protein. This commonly shared mechanism follows a two-step process: (1) transcription, and (2) translation.

### 2.    Transcription

25.    In the first step of gene expression, the nucleotide sequence of DNA is "transcribed" (or copied) into an intermediate mRNA molecule by a cellular enzyme called RNA polymerase. The resulting mRNA carries the genetic copied information encoded by the DNA molecule to the molecular machinery of the cell responsible for protein synthesis.

26.    Nucleotide sequences that direct the activity and function of RNA polymerase are part of the regulatory system which functions to regulate gene expression by acting as "on" and "off" switches, and are collectively known as the "control region." The different parts of the control region are referred to as "regulatory elements." When a DNA sequence is depicted linearly, the sequences comprising the control region are, usually but not always, found adjacent to the side of the coding region of the gene.

### 3.    Translation and the Genetic Code

27.    The second step in gene expression is translation. During translation, the "ribosomes" translate the information carried by mRNA. Ribosomes function to "read" the nucleotide sequences of the mRNA codons to assemble the corresponding amino acids into a polypeptide chain.

28.    A group of three consecutive nucleotides within a strand of RNA is known as a "codon."  Each codon, with the exception of stop codons, corresponds to one of the twenty possible amino acids that form a protein.  The relationship between the codons in RNA and the amino acids that form polypeptides is called "the genetic code."  The four possible nucleotides (A, C, G and T/U) can form 64 possible three nucleotide codon sequences; however, there are only 20 possible amino acids that can be made.  Therefore, the genetic code is called "degenerate" because most amino acids can be specified by more than one three nucleotide codon.  For example, four different codons (TTA, TTC, TTG and TTT) code for the amino acid serine.  However, the reverse is not true - each codon specifies only a single amino acid.

29.    The three nucleotides of a codon are read together during the process of translation, which converts the information held in the nucleic acid sequence into an actual protein of specified amino acid sequence.  The nucleotide sequence "ATG" is the "initiation codon" and signals the "starting place" of the genetic information for a protein.  The "stop codons" that terminate translation and expression are TAG, TAA and TGA.  The nucleotide sequence of mRNA that falls between the initiation codon and the stop codon defines the sequence that is translated into a protein according to the specific relationships defined by the genetic code.  The genetic instructions for a protein start at a "start codon" and end with a "stop codon."

### 4.    Post-Translational Modifications

30.    An important distinguishing feature of any protein is its amino acid sequence, which as noted above is encoded by the DNA.  However, certain proteins are modified within the cell either concomitant with or shortly after their synthesis; such modifications are termed "post translational modifications."  Some of the various forms of post-translational modification include glycosylation; the addition of sugars; alkylation, the addition of carbon chains;

phosphorylation, the addition of a phosphate group; sulfation, the addition of sulfates, and isoprenylation, the addition of isoprene, a type of fat; amongst others.

31.    Glycosylation of proteins falls into two general categories:  N-linked and O-linked.  N-linked glycosylation occurs on the side chain group of asparagine whereas O-linked glycosylation occurs on the side chain of serine and/or threonine residues.  Not all asparagine, serine and threonine residues become glycosylated.  Rather, glycosylation occurs only on those residues which occur in relation to other specific amino acids, termed a "motif."  In mammalian cells, N-linked glycosylation occurs on the side chain of the amino acid asparagine within the motiff Asn-Xaa-Ser/Thr, in which Xaa is any amino acid except proline.  This motif is shown below in the figure.

## Asn-Xxx-Thr Motiff for N-linked Glycosylation



Any amino acid (Xxx, except proline)

Asparagine (Asn)

Threonine (Thr)

Site for N-linked glycosylation

32.    In the case of N-linked glycosylation the sugar which attaches directly to the protein (on asparagine) is N-acetyl-glucosamine ("GlcNAc"), whereas for O-linked the sugar attached to threonine of serine is, N-acetyl-galactosamine ("GalNAc").  In both situations the sugar bound to the peptide chain - -GlcNAc or GalNAc - - serves as the first in a what is often a chain of sugars.  The chains are composed of the sugars fucose, galactose and mannose, the last collectively referred to as hexoses.

Carbohydrate Components of Mammalian Glycoproteins

Mannose (a hexose)

Galactose ( a hexose)

N-acetylglucosamine

N-acetylgalactosamine

N-acetylneuraminic acid (sialic acid)

Fucose

33.    The polymeric chains of sugars can take on a variety of forms, differing in total length, being branched or unbranched.   The branches of a carbohydrate polymer are often

12

referred to as antennae.  A carbohydrate with two antennae is termed "biantennary"; with three antennae "triantennary" and so on.  The nature of glycosylation of any particular protein is dependent on its amino acid sequence.

34.     An example of a triantennary N-linked carbohydrate capped with two sialic acid residues is illustrated in the cartoon below.  The different sugars are represented by different geometric shapes.

# Triantennary N-Linked Carbohydrate Capped with Two Sialic Acid Sugars



Amino Acid

N-Acetylglucosamine

Mannose

Galactose

Sialic Acid (N-Acetylneuroaminic acid)

asparagine

## IV.    FURTHER TESTIMONY

35.    If requested by the Court I may provide oral testimony at a hearing or at trial consistent with the statements made in this declaration.

36.    I reserve the right to supplement opinions rendered in this declaration as a result of the testimony and opinions of other witnesses or other information which might exist and which may be presented during the remainder of discovery or during trial of this matter, including graphic or demonstrative materials not yet prepared.

37.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.


DATED:   Philadelphia, Pennsylvania          _/s/ Thomas R. Kadesch_
              March 5, 2007                              Thomas R. Kadesch, Ph.D.

# EXHIBIT 1

*UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE*
**Curriculum Vitae**

**Thomas Robert Kadesch**

Date: 2/27/07

**Home Address**:     105 Lodges Lane
                      Bala Cynwyd, PA  19004

**Office Address**:   Department of Genetics
                      University of Pennsylvania
                      School of Medicine
                      Philadelphia, PA  19104-6145

**Social Security No**:   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

**Education**:
    1971-75         B.A.    University of California, Santa Barbara (Biochemistry)
    1975-80         Ph.D.   University of California, Berkeley (Biochemistry)

**Appointments**:
    1980            Lecturer, Department of Biochemistry, University of California, Berkeley
    1980-81         Research Associate, Department of Biochemistry, University of California, Berkeley
    1981-1983       American Cancer Society Fellow
    1981-1984       Postdoctoral Fellow, Department of Biochemistry, Stanford University School of Medicine; Preceptor, Dr. Paul Berg
    1984-1990       Assistant Professor of Human Genetics, University of Pennsylvania School of Medicine
    1984-1990       Assistant Investigator; HHMI
    1990-1996       Associate Professor of Genetics, University of Pennsylvania School of Medicine
    1990-1998       Associate Investigator; HHMI
    1996-present    Professor of Genetics, University of Pennsylvania School of Medicine
    2006-present    Interim Chair, Department of Genetics, University of Pennsylvania School of Medicine

**Awards, Honors and Membership in Honorary Societies**:
    1975            Phi Beta Kappa; B.A. with High Honors; University of California, Santa Barbara

**Memberships in Professional and Scientific Societies**:
    American Association for the Advancement of Science
    American Society for Microbiology

Editorial Board: *Molecular and Cellular Biology* (1991-1993)
Editor: *Molecular and Cellular Biology* (1992 - 1996)

**Academic Committees (current):**
Chair, Michael Brown Junior Faculty Award Selection Committee

**Teaching (current):**
Course Director, CAMB 608 Regulation of Eukaryotic Gene Transcription
Lecturer (3), CAMB 555 Gene Expression

**Bibliography**:

Goux, W.J., Kadesch, T.R. and Hooker, T.M., Jr. (1976). Contribution of Side-Chain Chromophores to the Optical Activity of Proteins: Model Compound Studies. IV. The Indole Chromophore of Yohimbic Acid. Biopolymers 15, 977.

Kadesch, T.R., Williams, R.C. and Chamberlin, M.J. (1980). Electron microscopic studies of the binding of Escherichia coli RNA polymerase to DNA. I. Characterization of the non-specific interactions of holoenzyme with a restriction fragment of bacteriophage T7 DNA. J.Mol.Biol. 136, 65.

Kadesch, T.R., Williams, R.C. and Chamberlin, M.J. (1980). Electron microscopic studies of the binding of Escherichia coli RNA polymerase to DNA. II. Formation of multiple promoter-like complexes at non-promoter sites. J.Mol.Biol. 136, 79.

Kadesch, T.R., Rosenberg, S. and Chamberlin, M.J. (1982). Binding of Escherichia coli RNA polymerase holoenzyme to bacteriophage T7 DNA. Measurements of binding at bacteriophage T7 promoter $A_1$ using a template competition assay. J.Mol.Biol. 155, 1-29.

Rosenberg, S., Kadesch, T.R. and Chamberlin, M.J. (1982). Binding of Escherichia coli RNA polymerase holoenzyme to bacteriophage T7 DNA. Measurements of the rate of open complex formation at T7 promoter $A_1$. J.Mol.Biol. 155, 31.

Kadesch, T.R. and Chamberlin, M.J. (1982). Studies of in vitro transcription by calf thymus RNA polymerase using a novel duplex DNA template. J.Biol.Chem. 257, 5286.

Chamberlin, M.J., Rosenberg, S. and Kadesch, T.R. In Promoters: Structure and Function. (R.L. Rodriguez and M.J. Chamberlin (eds.) Praeger, New York, 1982), pp 34-53.

Kadesch, T.R. and Berg. P. (1983). Effects of the position of the 72-bp enhancer segment on transcription from the SV40 early promoter region. In: Current Communications in Molecular Biology. (Y. Gluzman and T. Shenk, (eds.), Cold Spring Harbor Press, New York), pp. 21-27.

Kadesch, T.R. and Berg, P. (1986). Effects of the position of the simian virus 40 enhancer on the expression of multiple transcription units in a single plasmid. J.Mol.Cell.Biol. 6, 2593-2601.

Kadesch, T., Zervos, P. and Ruezinsky, D. (1986). Functional analysis of the murine IgH enhancer: evidence for negative control of cell type specificity. Nuc.Acids Res. 14, 8209-8221.

Kiledjian, M., Su, L.-K. and Kadesch, T. (1988). Identification and

characterization of two functional domains within the murine heavy chain enhancer. Mol.Cell.Biol. 8, 145-152.

Weiss, M.J., Ray, K., Henthorn, P.S., Lamb, B., Kadesch, T. and Harris, H. (1988). Structure of the human Liver/Bone/Kidney alkaline phosphatase gene. J.Biol.Chem. 263, 12002-12010.

Henthorn, P.S., Raducha, M., Kadesch, T., Weiss, M.J. and Harris, H. (1988). Sequence and characterization of the human intestinal alkaline phosphatase gene. J.Biol.Chem. 263, 12011-12019.

Henthorn, P.S., Zervos, P., Raducha, M., Harris, H. and Kadesch,T. (1988). Human placental alkaline phosphatase (PAP) as a reporter gene in studies of gene expression. Proc.Nat.Acad.Sci.USA 85, 6342-6346.

Beckmann, H. and Kadesch, T. (1989). Identification of a yeast protein with properties similar to those of the immunoglobulin heavy chain enhancer binding protein NF-μE3. Mol.Cell.Biol. 9, 4535-4540.

Henthorn, P., McCarrick-Walmsley, R. and Kadesch, T. (1990). Sequence of the cDNA encoding ITF-1, a positive-acting transcription factor. Nucleic Acids Res 18, 677.

Henthorn, P., McCarrick-Walmsley, R. and Kadesch, T. (1990). Sequence of the cDNA encoding ITF-2, a positive-acting transcription factor. Nucleic Acids Res 18, 678.

Kiledjian, M. and Kadesch, T. Analysis of the human liver/bone/kidney alkaline phosphatase gene promoter in vivo and in vitro. Nucleic Acids Res. 18, 957-961.

Su, L.-K. and Kadesch, T. (1990). The immunoglobulin heavy chain enhancer functions as a bipartite promoter to direct the synthesis of Iμ sterile transcripts. Mol.Cell.Biol. 10, 2619-2624.

Nelsen, B, Kadesch, T. and Sen, R. (1990). Complex regulation of the immunoglobulin m heavy-chain gene enhancer: μB, a new determinant of enhancer function. Mol.Cell.Biol. 10, 3145-3154.

Beckmann, H., Su, L.-K. and Kadesch, T. (1990) TFE3: A a helix-loop-helix protein that activates transcription through the immunoglobulin enhancer μE3 motif. Genes and Development 4, 167-179

Henthorn, P., Kiledjian, M. and Kadesch, T. (1990). Two transcription factors that bind to the immunoglobulin enhancer μE5/kE2 motif. Science 247, 467-470.

Kiledjian, M. and Kadesch, T. (1991). Post-transcriptional regulation of the human L/B/K alkaline phosphatase gene. J. Biol. Chem. 266, 4207-4213.

Ruezinsky, D., Beckmann, H., and Kadesch, T. (1991). Modulation of the IgH enhancer's cell type-specificity through a genetic switch. Genes and Dev. 5, 29-37.

Beckmann, H. and Kadesch, T. (1991). The leucine zipper of TFE3 dictates helix-loop-helix dimerization specificity. Genes and Development 5, 1057-1066.

Lassar, A.B., Davis, R.L., Wright, W.E., Kadesch, T., Murre, C.,  Voronova, A., Baltimore, D. and Weintraub, H. (1991). Functional activity of myogenic HLH proteins requires hetero-oligomerization with E12/E47-like proteins in vivo. Cell 66, 305-315.

Henthorn, P.S., Stewart, C.C., Kadesch, T. and Puck, J.M. (1991). The gene encoding human TFE3, a transcription factor that binds the immunoglobulin heavy chain enhancer, maps to Xp11.22. Genomics 11, 374-378.

Wilson, R.B., Kiledjian, M., Shen, C.-P., Benezra, R., Zwollo, P., Dymecki, S.M., Desiderio, S.V. and Kadesch, T. (1991). Repression of Immunoglobulin enhancers by the helix-loop-helix protein Id: Implications for B lymphoid development. Mol. Cell. Biol. 11, 6185-6191.

Kadesch, T. (1992). Helix-loop-helix proteins in the regulation of immunoglobulin gene transcription. Immunology Today 13, 31-35.

Schindler, U., Terzaghi, W., Beckmann, H., Kadesch, T. and Cashmore, A.R. (1992). DNA binding site preferences and transcriptional activation properties of the *Arabidopsis* transcription factor GBF1. EMBO J. 11: 1275-1289.

Kreider, B.L., Benezra, R., Rovera, G. and Kadesch, T. (1992). Inhibition of myeloid differentiation by the helix-loop-helix protein Id. Science 255: 1700-1702.

Kadesch, T. (1993). Consequences of heteromeric interactions among helix-loop-helix proteins. Cell Growth and Development 4: 49-55.

Genetta, T., Ruezinsky, D. and Kadesch, T. (1994). Displacement of an E-box-binding repressor by bHLH proteins: implications for B-cell specificity of the IgH enhancer. Mol. Cell. Biol. 14: 6153-6163.

Weintraub, H., Genetta, T. and Kadesch, T. (1994). Tissue specific gene activation by MyoD: Determination of specificity by cis-acting repression elements. Genes and Development 8:2203-2211.

Radomska, H., Shen, C.-P., Kadesch, T. and Eckhardt, L.A. (1994). Constitutively expressed Oct-2 prevents immunoglobulin gene silencing in Myeloma x T cell hybrids. Immunity 1: 1-12.

Shen, C.-P. and T. Kadesch (1995). B cell-specific DNA binding by an E47 homodimer. Mol. Cell. Biol. 15: 4518-4524.

Genetta, T. and Kadesch, T. (1996). Cloning of a cDNA encoding a mouse transcriptional repressor displaying striking sequence conservation across vetebrates. Gene 169: 289-290.

Choi, J.K., Shen, C.-P., Radomska, H.S., Eckhardt, L.A. and Kadesch, T. (1996). Coordinate Activation of the Ig-Heavy Chain and TdT Loci in Non-B cells. EMBO J. 15: 5014-5021.

Stevens, S., Ordentlich, P., Sen, R. and Kadesch, T. (1996). HMG Box-Activating Factors 1 and 2, Two HMG Box Transcription Factors that Bind the Ig Heavy Chain Enhancer. J. Immunology 157: 3491-3498.

Sloan, S., Shen, C.-P. McCarrick-Walmsley, R. and Kadesch, T. (1996). Phosphorylation of E47 as a potential determinant of B cell specific activity. Mol. Cell. Biol. 16: 6900-6908.

Carter, R., Ordentlich, P. and Kadesch, T. (1997). Selective utilization of bHLHzip proteins at the IgH enhancer. Mol. Cell. Biol. 17: 18-23.

Shick, L., Carman, J.H., Choi, J.K., Somasundaram, K., Burrell, M., Hill, D.E., Zeng, Y.X., Wang, Y., Wiman, K.G., Salhany, K., Kadesch, T.R., Monroe, J.G., Donehower, L.A., and El-Deiry W.S. (1997) Decreased immunoglobulin deposition in tumors and increased immature B cells in p53-null mice. Cell Growth Differ 1997 Feb;8(2):121-31

Yasui, D. H., Genetta, T., Kadesch, T., Williams, T. M., Swain, S.L., Tsui, L.V. and Huber, B. T. (1998). Transcriptional repression of the IL-2 gene in Th cells by ZEB. J. Immunol. 160: 4433-4440.

Matsuno, K., Eastman, D.S., Mitsiades, T., Quinn, A.M., Carcanciu, M.L., Ordentlich, P., Kadesch, T. and Artavanis-Tsakonas, S. (1998). Deltex, a conserved regulator of Notch signalling. Nature Genetics 19: 74-78.

Ordentlich, P., Blaumueller, C., Matsuno, K., Artavanis-Tsakonas, S. and Kadesch, T. (1998) Notch inhibition of E47 supports the existence of a novel signaling pathway. Mol. Cell. Biol. 18: 2230-2239.

Kao, H.-Y., Ordentlich, P., Koyano-Nakagawa, N, Tang, Z., Downes, M., Kintner, C.R. Evans, R.M. and Kadesch, T. (1998). A histone deacetylase corepressor complex regulates the Notch signal transduction pathway. Genes & Dev. 12: 2269-2277.

Pui, J.C., Allman, D., Xu, L., DeRocco, S., Karnell, F., Bakkour, S., Lee, J., Kadesch, T., Hardy, R.R., Aster, J.C. and Pear W.S. (1999). Notch1 expression in early lymphopoiesis influences B versus T lineage determination. Immunity 11: 299-308.

Pear, W., Tang, Z., DeRocco, S., Allman, D., Hardy, R., Pui, J., and Kadesch, T. (1999). Consequences of Notch-mediated inhibition of the transcription factor E47. Cold Spring Harbor Symp. Quant. Biol. LXIV: 33-38.

Kadesch, T. (2000). Notch Signaling: A Dance of Proteins Changing Partners. Exp. Cell Res. 260: 1-8.

Rao, P.K., Dorsch, M., Chickering, T., Zheng, G., Jiang, C., Goodearl, A., Kadesch, T. and McCarthy, S. (2000). Isolation and characterization of the Notch ligand Delta4. Exp. Cell Res. 260: 379-386.

Giannola, D.M., Schlomchik, W.D., Jegathesan, M., Liebowitz, D., Abrams, C.S., Kadesch, T., Dancis, A., and Emerson, S.G. (2000). Hematopoietic expression of HOXB4 is regulated in normal and leukemic stem cells through transcriptional activation of the HOXB4 promoter by Upstream Stimulating Factor (USF)-1 and USF-2. J. Exp. Med. 192: 1479-1490.

Kishi, N., Tang, Z., Maeda, Y., Hirai, A., Mo., R., Ito, M., Suzuki, S., Kinoshita, T., Kadesch, T., Hui, C., Artavanis-Tsakonas, S. and Matsuno, K., (2001). Murine homologs of deltex define a novel gene family involved in vertebrate Notch signaling and neurogenesis. Internat'l J. Dev. Neurosci. 19: 21-35.

Tang, Z. and Kadesch, T. (2001). Identification of a novel domain in the Notch-responsive transcription factor CSL. Nucl. Acids Res. 29: 2284-2291.

Ross, D.A. and Kadesch, T. (2001). The Notch Intracellular Domain Can Function as a Coactivator for LEF-1. Mol. Cell. Biol. 21: 7537-7544.

Zhao, F., McCarrick-Walmsley, R. Akerblad, P., Sigvardsson, M. and Kadesch, T. (2003). Inhibition of p300/CBP by Early B-Cell Factor. Mol. Cell. Biol. 23: 3837-3846.

Rao, P. and Kadesch, T. (2003). The Intracellular Form of Notch Abrogates TGF-ß-Mediated Growth Arrest. Mol. Cell. Biol. 23: 6694-6701.

Li, Y, Rao, P., Wen, R., Song, Y., Muir, D., Wallace, P., van Horne, S. Tennekoon, G. and Kadesch, T. (2004). Notch and Schwann cell transformation. Oncogene 23: 1146-1152.

Ross, D. and Kadesch, T. (2004). Dual roles for the Notch target Hes1 in the differentiation of 3T3-L1 Preadipocytes. Mol. Cell. Biol. 24: 3505-3513.

Ross, D. and Kadesch, T. (2004). Consequences of Notch-mediated induction of Jagged1. (2004) Exp. Cell. Res. 296: 173-182.

Kadesch, T. (2004).  Notch signaling:  the demise of elegant simplicity.  Curr. Opinions Gen. Dev. 14: 506-512.

Smith. E.M., Åkerblad. P., Kadesch. T., Axelson. H. and Sigvardsson. M. (2005). Inhibition of EBF function by active Notch signaling reveals a novel regulatory pathway in early B-cell development.  Blood 106: 1995-2001.

Ross, D.A, Hannenhalli, S, Tobias, J.W., Cooch, N., Shiekhattar, R. and Kadesch, T. (2006). Functional analysis of Hes-1 in preadipocytes.  Mol. Endo.  20: 698-705.

Kabak, S., Buas, M. and Kadesch, T. (2007).  Inhibition of myogenesis by Notch: Interrogating the roles of the cell cycle and the Hey family of transcriptional repressors (submitted).

# EXHIBIT 2

# United States Patent [19]

## Lin

[11] **Patent Number:** **4,703,008**

[45] **Date of Patent:** **Oct. 27, 1987**

[54] **DNA SEQUENCES ENCODING ERYTHROPOIETIN**

[75] Inventor: **Fu-Kuen Lin,** Thousand Oaks, Calif.

[73] Assignee: **Kiren-Amgen, Inc.,** Thousand Oaks, Calif.

[21] Appl. No.: **675,298**

[22] Filed: **Nov. 30, 1984**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 561,024, Dec. 13, 1983, abandoned, and a continuation-in-part of Ser. No. 582,185, Feb. 21, 1984, abandoned, and a continuation-in-part of Ser. No. 655,841, Sep. 28, 1984.

[51] Int. Cl.⁴ ...................... C12N 5/00; C12N 15/00; C12N 1/20; C12N 1/00; C12Q 1/68; C07H 15/12

[52] U.S. Cl. .............................. 435/240.2; 435/172.3; 435/253; 435/6; 435/317; 435/320; 536/27; 935/9; 935/10; 935/13; 935/79; 935/80

[58] Field of Search ...................... 435/68, 317, 172.3, 435/253, 240; 935/6, 10, 11, 27, 69, 73, 13

[56]     **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,033,753 | 5/1962 | White et al. . |
| 3,865,801 | 2/1975 | Chiba et al. . |
| 4,237,224 | 12/1980 | Cohen et al. . |
| 4,264,731 | 4/1981 | Shine . |
| 4,273,875 | 6/1981 | Manis . |
| 4,293,652 | 10/1981 | Cohen . |
| 4,338,397 | 7/1982 | Gilbert et al. . |
| 4,358,535 | 11/1982 | Falkow et al. . |
| 4,377,513 | 3/1983 | Sugimoto et al. .................. 260/112 |
| 4,394,443 | 7/1983 | Weissman et al. . |
| 4,397,840 | 8/1983 | Takezawa et al. . |
| 4,399,216 | 8/1983 | Axel et al. . |
| 4,411,994 | 10/1983 | Gilbert et al. . |
| 4,442,205 | 4/1984 | Hamer et al. . |
| 4,465,624 | 8/1984 | Chiba et al. . |
| 4,468,464 | 8/1984 | Cohen et al. ........................ 435/317 |
| 4,468,466 | 8/1984 | Cohen et al. . |
| 4,503,151 | 3/1985 | Paddock .............................. 435/68 |
| 4,558,005 | 12/1985 | Goldwasser et al. . |
| 4,558,006 | 12/1985 | Egrie ..................................... 435/70 |
| 4,568,488 | 2/1986 | Lee-Huang . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0070685 | 1/1983 | European Pat. Off. . |
| 0070687 | 1/1983 | European Pat. Off. . |
| 0077670 | 4/1983 | European Pat. Off. . |
| 0093619 | 11/1983 | European Pat. Off. . |
| 0123294 | 4/1984 | European Pat. Off. . |
| 0116446 | 8/1984 | European Pat. Off. . |

(List continued on next page.)

#### OTHER PUBLICATIONS

Bennetzen et al., 1982, "Codon Selection in Yeast", *J. Biol Chem,* vol. 257(6), 3026–3031.
Lewin *Genes,* 1983, John Wiley & Sons, p. 307.

(List continued on next page.)

*Primary Examiner*—Alvin E. Tanenholtz
*Attorney, Agent, or Firm*—Michael F. Borun; Steven M. Odre

[57]     **ABSTRACT**

Disclosed are novel polypeptides possessing part or all of the primary structural conformation and one or more of the biological properties of mammalian erythropoietin ("EPO") which are characterized in preferred forms by being the product of procaryotic or eucaryotic host expression of an exogenous DNA sequence. Illustratively, genomic DNA, cDNA and manufactured DNA sequences coding for part or all of the sequence of amino acid residues of EPO or for analogs thereof are incorporated into autonomously replicating plasmid or viral vectors employed to transform or transfect suitable procaryotic or eucaryotic host cells such as bacteria, yeast or vertebrate cells in culture. Upon isolation from culture media or cellular lysates or fragments, products of expression of the DNA sequences display, e.g., the immunological properties and in vitro and in vivo biological activities of EPO of human or monkey species origins. Disclosed also are chemically synthesized polypeptides sharing the biochemical and immunological properties of EPO. Also disclosed are improved methods for the detection of specific single stranded polynucleotides in a heterologus cellular or viral sample prepared from, e.g., DNA present in a plasmid or viral-borne cDNA or genomic DNA "library".

**31 Claims, 21 Drawing Figures**

Translation of Monkey EPO cDNA

**4,703,008**

Page 2

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0117058 | 8/1984 | European Pat. Off. . |
| 0117059 | 8/1984 | European Pat. Off. . |
| 0117060 | 8/1984 | European Pat. Off. . |
| 0136490 | 4/1985 | European Pat. Off. . |
| 85/04419 | 10/1985 | European Pat. Off. . |
| 83/04053 | 11/1983 | PCT Int'l Appl. . |
| 85/03079 | 7/1985 | PCT Int'l Appl. . |
| 2085887 | 5/1982 | United Kingdom . |

## OTHER PUBLICATIONS

Young et al., PNAS vol. 80, pp. 1194–1198, Mar. 1983.

Broome et al., PNAS, vol 75, pp. 2746–2749, Jun. 1978.

Ullrich et al., Science, vol. 196, pp. 1313–1319, Jun. 17, 1977.

Mantial et al., Science, vol. 205, pp. 602–606, Aug. 10, 1979.

Talmadge et al., PNAS USA 77, pp. 3369–3373, Jun. 1980.

Walker et al., Techniques In Molecular Biology, Macmillan Pub. Co., New York, p. 280 (1983).

Kennell, Prog. Nucl. Acid Res. Mol. Biol. 11, 259–301, p. 293 (1971).

Breslow et al., PNAS USA 79, pp. 6861–6865, Nov. 1982.

Woods et al., PNAS USA 79, pp. 5661–5665, Sep. 1982.

Lee–Huang 1984, "Cloning and Expression of Human Erythropoietin cDNA in *E. Coli*", *PNAS*, vol. 81, pp. 2708–2712.

Lin et al., 1984, "Cloning of the Monkey Erythropoietin Gene" (Abstract), *J Cell Bioch.*, Suppl. 8 B, p. 45.

Farber et al., 1983, "Translation of mRNA from Anemic Baboon Kidney Into Biologically Active Erythropoietin", Exp. Hematol, vol. 11, Suppl. 14, Abstr. 101.

Gouy et al., 1982, "Coden Usage in Bacteria:Correlation with Gene Expressivity", *Nucleic Acids Res.*, vol. 10, 7055–7074.

Lin et al., *Exp. Hematol.*, 12, 357 (1984).

Lee–Huang, *Blood*, 56 620–624 (1980).

Adamson, *Hosp. Practice*, 18(12), 49–57 (1983).

Anderson et al., *P.N.A.S. (USA)*, 80, pp. 6838–6842 (1983).

Baciu et al., *Ann. N.Y. Acad. Sci.*, 414, pp. 66–72 (1983).

Baron et al., *Cell*, 28, 395–404 (1982).

Beaucage et al., *Tetrahedron Letters*, 22, pp. 1859–1862 (1981).

Billat et al., *Expt. Hematol.*, 10(1), 133–140 (1982).

Blattner et al., Science, 196, pp. 161–169 (1977).

Chisholm, *High Technology*, vol. 2, No. 1, pp. 57–63 (1983).

Choo et al., *Nature*, 299, pp. 178–180 (1982).

Choppin et al., *Blood*, 64(2), 341–347 (1984).

Chou et al., *Biochem.*, 13, 222–245 (1974).

Chou et al., *Advances in Enzymology*, 47, 45–47, (1978).

Chou et al., *Ann. Rev. Biochem.*, 47, 251–277, (1978).

Claus–Walker et al., *Arch. Phys. Med. Rehabil.*, 65, 370–374 (1984).

Congote, *Biochem. Biophys. Res. Comm.*, 115(2), 477–483 (1983).



*F I G. 1*    Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

*FIG.2*



*FIG.3*



FIG. 4



PstI    ApR    RI
Sv40 ori
DHFR
pDSVL-gHuEPO
gHuEPO

# FIG.5A

Translation of Monkey EPO cDNA

```
Sau3A
GATCCCCGCGCCCCTGGACAGCCGCCTCTCTCCAGGCCCGTGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGTCACCCGCCGCCTAGGTCGCTGAG

      -27                          -20
      Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

                   -10                           10
Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCG TCT CTG CTC CCT CTG GGC CTC CCA

   -1  +1                              *
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

                        20                *
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

      30                      40
Gly Cys Ser Glu Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

## FIG. 5B

```
                              50
Asp Thr Lys Val Asn Phe Tyr  Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT  GCC TGG AAG AGG ATG GAG GTC GGG

         60                      70
Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTC TCA GAA

                            80      *
Ala Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC TTG CTG GTC AAC TCT TCC CAG CCT

                90                      100
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Val Ser Gly Leu
TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC GTC AGT GGC CTT

             110
Arg Ser Ile Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACT CTG CTT CGG GCC CTG GGA GCC CAG GAA GCC

     120                      130
Ile Ser Leu Ala Ala Ser Ala Ala Ala Pro Leu Arg Thr Ile
ATC TCC CTC GCC GCC TCG GCT GCG GCT CCA CTC CGA ACC ATC

             140
Thr Ala Asp Thr Phe Lys Phe Cys Arg Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC AAA TTC TGC CGA AAA CTC TTC CGA GTC TAC TCC AAT TTC
```

FIG.5C

```
                        150                           160
Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

        165
Gly Asp Arg OP
GGG GAC AGA TGA    CAGGTGCGTCCAGCTGGCACATCCACCACTCCCTCACCAACA

CTGCCTGTGCCACACCCTCCCTCCACCACTCCCGAACCCATCGAGGGGCTCTCAGCTAAG

CGCCAGCCTGTCCATGGACACTCCAGTGCCAATGACATCTCAGGGGCCAGGGAAC

TGTCCAGCAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTGATGCAGGACACGCTTGGAGGCAATTTACCTG

TTTTGCACCTACCATCAGGGACAGGATGACTGGAGGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGGCAAGAGCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCACGCAGCAGGAAAAATTACGGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGGAAGCAGGCCGGTAGGGGTGGAGCTGGGATGCCAGTGAGAACCGTGAAGAC

AGGATGGGGGCTGGCCTCTGGTTCTCCTGGGGTCCAAGCTT
                                    HindIII
```

# FIG.6A

AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCAGGCATCTCTGAGTCTCCCCCA

AGACCGGATGCCCCCCAGGGAGGTGTCCGGGAGCCAGCCTTTCCAGATAGCACGCTCCGCCAGTCCC

AAGGGTGCGCAACCGCTGCACTCCCCTCCCGGCACCCAGGGCCCGGGAGCAGCCCCCATGACCCACACGC

ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG

GTGGCCCCTACCCCTGGCGACCCCTGGGCACACCAGCCTCTCCCCCACCCCCACCCGGCCACGCCACACATG

CAGATAACAGCCCCGACCCCCGGCCAGAGCCGXAGAGTCCCTGGGCCACCCGGCCCGGCTCCGCTGCCCGCTG

CGCCGCACCCGCTGTCTCCCGGAGCCGGACCGGGGCCACCGGCCCGGCTCTGCTCCGACACCGCGCCCC

CTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGGGCGTGGCCCTGCACCCGCCAGCCTTCCCGGGATGAGGXX

-27    -24
Met Gly Val His
CCCGGTGACCGGCGCGCCCAAGTGCTGAGGGACCCCGGCCAAGCGCGGAG    ATG  GGG  GTG  CAC    G

GTGAGTACTCGCGGCTGGGCCTCCCGGCCGGGCGGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT

## FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGCCGACTTGTCAAGGACCCCGGAAGGGGGAGGGGGGTGGG

GCAGCCTCCACGTGCCGCGGGACTTGGGGAGTTCTTGGGGATGGCCAAAACCTGGCCTGTTGAGGGGCA

CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTCAGTTGTGTCGTTGTCAGTGTCTCG[I.S.]

TTGCACACCCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGCAGGAAGGACCAG

CTGGGGCAGAGACTGGGGATGGGGAAGCTGTCCTTCCAGCCACCCTTCTCCCCCCGCCTGACTCT

                    -23         -20
                    Glu Cys Pro Ala Trp Leu Leu Trp Leu Leu Ser Leu
CAGCCTGCTATCTGTTCTAG AA TGT CCT GCC TGG CTG CTT CTC CTG TCC CTG

-10                    -1  +1
Leu Ser Leu Pro Leu Gly Leu Val Leu Gly Ala Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC GTC CTG GGC GCC CCA CGC CTC ATC TGT

 10                              20
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
                                                                     *
26
Thr
ACG GTGAGACCCCTTCCCCAGCACATTCCCAGAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT

CCAGGAACCTGGCACTTGGTTTGGGGTGGAGGTTGGGAAGCTAGACACTGGCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACCGCCTGTGGGCCAGGG

                                                   27          30
                                                   Thr Gly Cys Ala Glu
                                                   ACG GGC TGT GCT GAA

CCAGAGCCTTCAGGGACCCTTGACTCCCCGGCTGTGTGCATTTCAG
                            *          40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

 50              55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG  GTGAGTTCCTTTTTTTTTTTTTTCCTTCTTCTTTGGAGAATCTCATT

TGCGAGCCTGATTTTGGATGAAAGGAGAATGATCGGGGAAAGGTAAAATGGACAGCAGAGATGAGGCT

GCCTGGGCCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGCACCAACCTAGGCAGCATAGTGAGATCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGTATTTGGAAGGCTGAGGCGGGAGGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGATGTGATCACCACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

## FIG. 6D

```
AAAAAGAAAAGAAAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGGCAGGAGGGGAGGGGTGACATGGGTCAGCTGACTCCGACTCCACTCCACTCCCGTAG
56                                                          70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG TCG GAA GCT
                                                          90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT CAG CCG TGG GAG CCC CTG
                      80              *
                                      100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
110        115
Arg Ala Leu Gly Ala Gln    GTGAGTAGGAGCGGCACTTCTGCTTGCCCTTTCTGTAAGAAGGGGA
CGG GCT CTG GGA GCC CAG

GAAGGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCTTTCTGTGGCACTGCAGCCGACCTCCT
116        120
Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTTCTTCCTTGGCAG.
```

## FIG. 6E

```
          130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                    140                        160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
     150
166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCACCTGGGCATATCCACCACCTCCCTCCACCAACATTGCTTGTGCCACA

CCCTCCCCGCCCACTCCTGAACCCGTCGAGGGGCTCAGCTCAGCGCCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACGTCTCAGGGGCCAGAGGAACTGTCCAGGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCAGCATTCAGAGGACCAGCTTTAAACTCAGGGACCAGAGCCATGC

TGGGAAGACCCCTGAGCTCACTCGGCACCCTGCAAATTTGATGCCAGGACACGCTTTGGAGGCGATTTAC

CTGTTTTCGCCACCTACCATCAGGGACAGGATGACCTTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCTTGACACCGGGGTGGTGGCAACCATGAAGAC

AXGATXGGGCGTGGCCTCTGCCTCTCATGGGGTCCAAGTTTTGTGTATTCTCAACCTATTGCAGACTGAA

ACACAATATGAC
```

## FIG.7

ECEPO GENE

```
                                              -1   1
          XbaI                               MetAla
          CTAG AAACCATGAG  GGTAATAAAA  TAATGGCTCC  GCCGCGTCTG
               TTTGGTACTC  CCATTATTTT  ATTACCGAGG  CGGCGCAGAC

ATCTGCGACT  CGAGAGTTCT  GGAACGTTAC  CTGCTGGAAG  CTAAAGAAGC
TAGACGCTGA  GCTCTCAAGA  CCTTGCAATG  GACGACCTTC  GATTTCTTCG

TGAAAACATC  ACCACTGGTT  GTGCTGAACA  CTGTTCTTTG  AACGAAAACA
ACTTTTGTAG  TGGTGACCAA  CACGACTTGT  GACAAGAAAC  TTGCTTTTGT

TTACGGTACC  AGACACCAAG  GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA
AATGCCATGG  TCTGTGGTTC  CAATTGAAGA  TGCGAACCTT  TGCATACCTT

GTTGGTCAAC  AAGCAGTTGA  AGTTTGGCAG  GGTCTGGCAC  TGCTGAGCGA
CAACCAGTTG  TTCGTCAACT  TCAAACCGTC  CCAGACCGTG  ACGACTCGCT

GGCTGTACTG  CGTGGCCAGG  CACTGCTGGT  AAACTCCTCT  CAGCCGTGGG
CCGACATGAC  GCACCGGTCC  GTGACGACCA  TTTGAGGAGA  GTCGGCACCC

AACCGCTGCA  GCTGCATGTT  GACAAAGCAG  TATCTGGCCT  GAGATCTCTG
TTGGCGACGT  CGACGTACAA  CTGTTTCGTC  ATAGACCGGA  CTCTAGAGAC

ACTACTCTGC  TGCGTGCTCT  GGGTGCACAG  AAAGAGGCTA  TCTCTCCGCC
TGATGAGACG  ACGCACGAGA  CCCACGTGTC  TTTCTCCGAT  AGAGAGGCGG

GGATGCTGCA  TCTGCTGCAC  CGCTGCGTAC  CATCACTGCT  GATACCTTCC
CCTACGACGT  AGACGACGTG  GCGACGCATG  GTAGTGACGA  CTATGGAAGG

GCAAACTGTT  TCGTGTATAC  TCTAACTTCC  TGCGTGGTAA  ACTGAAACTG
CGTTTGACAA  AGCACATATG  AGATTGAAGG  ACGCACCATT  TGACTTTGAC

                                            SalI
TATACTGGCG  AAGCATGCCG  TACTGGTGAC  CGCTAATAG
ATATGACCGC  TTCGTACGGC  ATGACCACTG  GCGATTATCA  GCT
```

## FIG.8

SCEPO GENE

```
                  -1 +1
   HindIII        ArgAla
   AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
       ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA

   GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
   CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

   GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
   CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

   GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
   CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT

   AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
   TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

   CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
   GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG

   GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
   CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

   GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
   CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG

   CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
   GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG

   TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
   AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

   AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
   TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC

                  SalI
   ATGTAACAAA G
   TACATTGTTT CAGCT
```

**U.S. Patent**    Oct. 27, 1987    Sheet 15 of 27    **4,703,008**

Comparison of Human and Monkey EPO Polypeptides

```
                   -20        -10         +1         10         20         30         40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
                **********     * *  ***** ************** **** ********* ******
Monkey  MGVHECPAWLWLLLSLLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVIMGCSESCSLNENITVPDTK

               50         60         70         80         90        100        110
Human   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
                         *** ***  ***    ******  * *    *** ***   ****  ***   ******  *
Monkey  VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSIITLLRALGAQ-E

              120        130        140        150        160
Human   AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
                ***  **** ****** ** * ******* ********** *** ***
Monkey  AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

U.S. Patent     Oct. 27, 1987     Sheet 16 of 27     4,703,008

<u>ECEPO SECTION 1 OLIGONUCLEOTIDES</u>

1.   AATTCTAGAAACCATGAGGGTAATAAAATA

2.   CCATTATTTTATTACCCTCATGGTTTCTAG

3.   ATGGCTCCGCCGCGTCTGATCTGCGAC

4.   CTCGAGTCGCAGATCAGACGCGGCGGAG

5.   TCGAGAGTTCTGGAACGTTACCTGCTG

6.   CTTCCAGCAGGTAACGTTCCAGAACT

7.   GAAGCTAAAGAAGCTGAAAACATC

8.   GTGGTGATGTTTTCAGCTTCTTTAG

9.   ACCACTGGTTGTGCTGAACACTGTTC

10.  CAAAGAACAGTGTTCAGCACAACCA

11.  TTTGAACGAAAACATTACGGTACCG

12.  GATCCGGTACCGTAATGTTTTCGTT

FIG. 10

```
                        ECEPO SECTION 1

        XbaI
EcoRI                        1              2              3
AATTCTAG  AAACCATGAG  GGTAATAAAA  TAATGGCTCC  GCCGCGTCTG
    GATC  TTTGGTACTC  CCATTATTTT  ATTACCGAGG  CGGCGCAGAC
                          2                          4


                        5
ATCTGCGACT  CGAGAGTTCT  GGAACGTTAC  CTGCTGGAAG  CTAAAGAAGC
TAGACGCTGA  GCTCTCAAGA  CCTTGCAATG  GACGACCTTC  GATTTCTTCG
                          6


      7                      9                      11
TGAAAACATC  ACCACTGGTT  GTGCTGAACA  CTGTTCTTTG  AACGAAAACA
ACTTTTGTAG  TGGTGACCAA  CACGACTTGT  GACAAGAAAC  TTGCTTTTGT
      8                      10


        KpnI      BamHI
TTACGGTACC  G
AATGCCATGG  CCTAG
        12
```

FIG. 11

ECEPO SECTION 2 OLIGONUCLEOTIDES

1.    AATTCGGTACCAGACACCAAGGT

2.    GTTAACCTTGGTGTCTGGTACCG

3.    TAACTTCTACGCTTGGAAACGTAT

4.    TTCCATACGTTTCCAAGCGTAGAA

5.    GGAAGTTGGTCAACAAGCAGTTGAAGT

6.    CCAAACTTCAACTGCTTGTTGACCAAC

7.    TTGGCAGGGTCTGGCACTGCTGAGCG

8.    GCCTCGCTCAGCAGTGCCAGACCCTG

9.    AGGCTGTACTGCGTGGCCAGGCA

10.    GCAGTGCCTGGCCACGCAGTACA

11.    CTGCTGGTAAACTCCTCTCAGCCGT

12.    TTCCCACGGCTGAGAGGAGTTTACCA

13.    GGGAACCGCTGCAGCTGCATGTTGAC

14.    GCTTTGTCAACATGCAGCTGCAGCGG

15.    AAAGCAGTATCTGGCCTGAGATCTG

16.    GATCCAGATCTCAGGCCAGATACT

FIG. 12

ECEPO SECTION 2

```
EcoRI  KpnI      1                  3
A AITCGGTACC AGACACCAAG GT AACTTCT ACGCTTGGAA ACGTATGAA
    GCCATGG TCTGTGGTTC CATTGAGA TGCGAACCTT TGCATACCTT
               2                  4

     5                    7
GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCCAC TGCTCGACCA
CAACCAGTTG TTCGTCAACT TCAAACGTC CCAGACCGTG ACGACTCGCT
     6                    8

   9                    11
GGCTGTACTG CGTGGCCAGG CAGTGCTGGT AAACTCCTCT CAGCCGT GG
CCGACATGAC GCACCGGTCC GTCACGACCA TTTGAGGAGA GTCGGCACCC
   10                   12                        BamHI
                                          BglII
   13                    15
AACCGCTGCA GCTGCATGTT GACAAGCAG TATCTGGCCT CAGATCTG
TTGGCGACGT CGACGTACAA CTGTTCGTC ATAGACCGGA CTCTAGACCTAC
   14                   16
```

FIG. 13

U.S. Patent     Oct. 27, 1987     Sheet 20 of 27     4,703,008

ECEPO SECTION 3

1.      GATCCAGATCTCTGACTACTCTGC

2.      ACGCAGCAGAGTAGTCAGAGATCTG

3.      TGCGTGCTCTGGGTGCACAGAAAGAGG

4.      GATAGCCTCTTTCTGTGCACCCAGAGC

5.      CTATCTCTCCGCCGGATGCTGCATCT

6.      CAGCAGATGCAGCATCCGGCGGAGA

7.      GCTGCACCGCTGCGTACCATCACTG

8.      ATCAGCAGTGATGGTACGCAGCGGTG

9.      CTGATACCTTCCGCAAACTGTTTCG

10.     ATACACGAAACAGTTTGCGGAAGGT

11.     TGTATACTCTAACTTCCTGCGTGGTA

12.     CAGTTTACCACGCAGGAAGTTAGAGT

13.     AACTGAAACTGTATACTGGCGAAGC

14.     GGCATGCTTCGCCAGTATACAGTTT

15.     ATGCCGTACTGGTGACCGCTAATAG

16.     TCGACTATTAGCGGTCACCAGTAC

FIG. 14

ECEPO SECTION 3

BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC

```
      1                3                          5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
      2                          4

GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
      6                7         8              9

GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
      10            11          12            13

TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG  SalI
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
      14            15          16
```

FIG. 15

SCEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCAAGCTTGGATAAAAGAGCT

2.  GTGGAGCTCTTTTATCCAAGCTTG

3.  CCACCAAGATTGATCTGTGACTC

4.  TCTCGAGTCACAGATCAATCTTG

5.  GAGAGTTTTGGAAAGATACTTGTTG

6.  CTTCCAACAAGTATCTTTCCAAAAC

7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGCTGAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

FIG. 16

SCEPO SECTION 1

```
EcoRI  HindIII 1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
                 2


AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                 4


  5                        7
GGAAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
  6                             8


  9                  11        KpnI    BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                        12
```

FIG. 17

## SCEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT

2.  GTTAACCTTGGTGTCTGGTACCG

3.  TAACTTCTACGCTTGGAAACGTAT

4.  TTCCATACGTTTCCAAGCGTAGAA

5.  GGAAGTTGGTCAACAAGCAGTTGAAGT

6.  CCAAACTTCAACTGCTTGTTGACCAAC

7.  TTGGCAAGGTTTGGCCTTGTTATCTG

8.  GCTTCAGATAACAAGGCCAAACCTTG

9.  AAGCTGTTTTGAGAGGTCAAGCCT

10.  AACAAGGCTTGACCTCTCAAAACA

11.  TGTTGGTTAACTCTTCTCAACCATGGG

12.  TGGTTCCCATGGTTGAGAAGAGTTAACC

13.  AACCATTGCAATTGCACGTCGAT

14.  CTTTATCGACGTGCAATTGCAA

15.  AAAGCCGTCTCTGGTTTGAGATCTG

16.  GATCCAGATCTCAAACCAGAGACGG

FIG. 18

SCEPO SECTION 2

```
                 KpnI
EcoRI             1
A ATTCGGTACC AGACACCAAG
   GCCATGG TCTGTGGTTC
                 2


         3                                      5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
         4                                      6


         7                                      9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
         8                                      10


             11                      13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
             12                      14


             15          BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
             16
```

FIG. 19

SCEPO SECTION 3 OLIGONUCLEOTIDES

1.     GATCCAGATCTTTGACTACTTTGTT

2.     TCTCAACAAAGTAGTCAAAGATCTG

3.     GAGAGCTTTGGGTGCTCAAAAGGAAG

4.     ATGGCTTCCTTTTGAGCACCCAAAGC

5.     CCATTTCCCCACCAGACGCTGCTT

6.     GCAGAAGCAGCGTCTGGTGGGGAA

7.     CTGCCGCTCCATTGAGAACCATC

8.     CAGTGATGGTTCTCAATGGAGCG

9.     ACTGCTGATACCTTCAGAAAGTT

10.     GAATAACTTTCTGAAGGTATCAG

11.     ATTCAGAGTTTACTCCAACTTCT

12.     CTCAAGAAGTTGGAGTAAACTCT

13.     TGAGAGGTAAATTGAAGTTGTACAC

14.     ACCGGTGTACAACTTCAATTTACCT

15.     CGGTGAAGCCTGTAGAACTGGT

16.     CTGTCACCAGTTCTACAGGCTTC

17.     GACAGATAAGCCCGACTGATAA

18.     GTTGTTATCAGTCGGGCTTAT

19.     CAACAGTGTAGATGTAACAAAG

20.     TCGACTTTGTTACATCTACACT

FIG. 20

SCEPO SECTION 3

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
            2


      3                        5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
      4                        6


       7                  9                      11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
        8                 10                      12


                   13
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                   14                            16


            17                      19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
            18


            SalI
ATGTAACAAA G
TACATTGTTT CAGCT
    20
```

FIG. 21

4,703,008

1

## DNA SEQUENCES ENCODING ERYTHROPOIETIN

This is a continuation-in-part of my co-pending U.S. patent application Ser. Nos. 561,024, filed Dec. 13, 1983, (now abandoned) 582,185, filed Feb. 21, 1984, (now abandoned) and 655,841, filed Sept. 28, 1984.

### BACKGROUND

The present invention relates generally to the manipulation of genetic materials and, more particularly, to recombinant procedures making possible the production of polypeptides possessing part or all of the primary structural conformation and/or one or more of the biological properties of naturally-occurring erythropoietin.

A. Manipulation of Genetic Materials

Genetic materials may be broadly defined as those chemical substances which program for and guide the manufacture of constituents of cells and viruses and direct the responses of cells and viruses. A long chain polymeric substance known as deoxyribonucleic acid (DNA) comprises the genetic material of all living cells and viruses except for certain viruses which are programmed by ribonucleic acids (RNA). The repeating units in DNA polymers are four different nucleotides, each of which consists of either a purine (adenine or guanine) or a pyrimidine (thymine or cytosine) bound to a deoxyribose sugar to which a phosphate group is attached. Attachment of nucleotides in linear polymeric form is by means of fusion of the 5′ phosphate of one nucleotide to the 3′ hydroxyl group of another. Functional DNA occurs in the form of stable double stranded associations of single strands of nucleotides (known as deoxyoligonucleotides), which associations occur by means of hydrogen bonding between purine and pyrimidine bases [i.e., "complementary" associations existing either between adenine (A) and thymine (T) or guanine (G) and cytosine (C)]. By convention, nucleotides are referred to by the names of their constituent purine or pyrimidine bases, and the complementary associations of nucleotides in double stranded DNA (i.e., A-T and G-C) are referred to as "base pairs". Ribonucleic acid is a polynucleotide comprising adenine, guanine, cytosine and uracil (U), rather than thymine, bound to ribose and a phosphate group.

Most briefly put, the programming function of DNA is generally effected through a process wherein specific DNA nucleotide sequences (genes) are "transcribed" into relatively unstable messenger RNA (mRNA) polymers. The mRNA, in turn, serves as a template for the formation of structural, regulatory and catalytic proteins from amino acids. This mRNA "translation" process involves the operations of smallRNA strands (tRNA) which transport and align individual amino acids along the mRNA strand to allow for formation of polypeptides in proper amino acid sequences. The mRNA "message", derived from DNA and providing the basis for the tRNA supply and orientation of any given one of the twenty amino acids for polypeptide "expression", is in the form of triplet "codons"—sequential groupings of three nucleotide bases. In one sense, the formation of a protein is the ultimate form of "expression" of the programmed genetic message provided by the nucleotide sequence of a gene.

"promoter" DNA sequences usually "precede" a gene in a DNA polymer and provide a site for initiation

2

of the transcription into mRNA. "Regulator" DNA sequences, also usually "upstream" of (i.e., preceding) a gene in a given DNA polymer bind proteins that determine the frequency (or rate) of transcriptional initiation. Collectively referred to as "promoter/regulator" or "control" DNA sequence, these sequences which precede a selected gene (or series of genes) in a functional DNA polymer cooperate to determine whether the transcription (and eventual expression) of a gene will occur. DNA sequences which "follow" a gene in a DNA polymer and provide a signal for termination of the transcription into mRNA are referred to as transcription "terminator" sequences.

A focus of microbiological processing for the last decade has been the attempt to manufacture industrially and pharmaceutically significant substances using organisms which either do not initially have genetically coded information concerning the desired product included in their DNA, or (in the case of mammalian cells in culture) do not ordinarily express a chromosomal gene at appreciable levels. Simply put, a gene that specifies the structure of a desired polypeptide product is either isolated from a "donor" organism or chemically synthesized and then stably introduced into another organism which is preferably a self-replicating unicellular organism such as bacteria, yeast or mammalian cells in culture. Once this is done, the existing machinery for gene expression in the "transformed" or "transfected" microbial host cells operates to construct the desired product, using the exogenous DNA as a template for transcription of mRNA which is then translated into a continuous sequence of amino acid residues.

The art is rich in patent and literature publications relating to "recombinant DNA" methodologies for the isolation, synthesis, purification and amolification of genetic materials for use in transformation of selected host organisms. U.S. Pat. No. 4,237,224 to Cohen, et al., for example, relates to transformation of unicellular host organisms with "hybrid" viral or circular plasmid DNA which includes selected exogenous DNA sequences. The procedures of the Cohen, et al. patent first involve manufacture of a transformation vector by enzymatically cleaving viral or circular plasmid DNA to form linear DNA strands. Selected foreign ("exogenous" or "heterologous" DNA strands usually including sequences coding for desired product are prepared in linear form through use of similar enzymes. The linear viral or plasmid DNA is incubated with the foreign DNA in the presence of ligating enzymes capable of effecting a restoration process and "hybrid" vectors are formed which include the selected exogenous DNA segment "spliced" into the viral or circular DNA plasmid.

Transformation of compatible unicellular host organisms with the hybrid vector results in the formation of multiple copies of the exogenous DNA in the host cell population. In some instances, the desired result is simply the amplification of the foreign DNA and the "product" harvested is DNA. More frequently, the goal of transformation is the expression by the host cells of the exogenous DNA in the form of large scale synthesis of isolatable quantities of commercially significant protein or polypeptide fragments coded for by the foreign DNA. See also, e.g., U.S. Pat. Nos. 4,264,731 (to Shine), 4,273,875 (to Manis), 4,293,652 (to Cohen), and European patent application No. 093,619, published Nov. 9, 1983.

4,703,008

**3**

The development of specific DNA sequences for splicing into DNA vectors is accomplished by a variety of techniques, depending to a great deal on the degree of "foreignness" of the "donor" to the projected host and the size of the polypeptide to be expressed in the host. At the risk of over-simplification, it can be stated that three alternative principal methods can be employed: (1) the "isolation" of double-stranded DNA sequence from the genomic DNA of the donor; (2) the chemical manufacture of a DNA sequence providing a code for a polypeptide of interest; and (3) the in vitro synthesis of a double-stranded DNA sequence by enzymatic "reverse transcription" of mRNA isolated from donor cells. The last-mentioned methods which involve formation of a DNA "complement" of mRNA are generally referred to as "cDNA" methods.

Manufacture of DNA sequences is frequently the method of choice when the entire sequence of amino acid residues of the desired polypeptide product is known. DNA manufacturing procedures of co-owned, co-pending U.S. patent application Ser. No. 483,451, by Alton, et al., (filed Apr. 15, 1983 and corresponding to PCT US83/00605, published Nov. 24, 1983 as WO83/0405), for example, provide a superior means for accomplishing such highly desirable results as: providing for the presence of alternate codons commonly found in genes which are highly expressed in the host organism selected for expression (e.g., providing yeast or *E.coli* "preference" codons); avoiding the presence of untranslated "intron" sequences (commonly present in mammalian genomic DNA sequenoes and mRNA transcripts thereof) which are not readily processed by procaryotic host cells; avoiding expression of undesired "leader" polypeptide sequences commonly coded for by genomic DNA and cDNA sequences but frequently not readily cleaved from the polypeptide of interest by bacterial or yeast host cells; providing for ready insertion of the DNA in convenient expression vectors in association with desired promoter/regulator and terminator sequences; and providing for ready construction of genes coding for polypeptide fragments and analogs of the desired polypeptides.

When the entire sequence of amino acid residues of the desired polypeptide is not known, direct manufacture of DNA sequences is not possible and isolation of DNA sequences coding for the polypeptide by a cDNA method becomes the method of choice despite the potential drawbacks in ease of assembly of expression vectors capable of providing high levels of microbial expression referred to above. Among the standard procedures for isolating cDNA sequences of interest is the preparation of plasmid-borne cDNA "libraries" derived from reverse transcription of mRNA abundant in donor cells selected as responsible for high level expression of genes (e.g., libraries of cDNA derived from pituitary cells which express relatively large quantities of growth hormone products). Where substantial portions of the polypeptide's amino acid sequence are known, labelled, singlestranded DNA probe sequences duplicating a sequence putatively present in the "target" cDNA may be employed in DNA/DNA hybridization procedures carried out on cloned copies of the cDNA which have been denatured to single stranded form. [See, generally, the disclosure and discussions of the art provlded in U.S. Pat. No. 4,394,443 to Weissman, et al. and the recent demonstrations of the use of long oligonucleotide hybridization probes reported in Wallace, et al., *Nuc.Acids Res.*, 6, pp. 3543–3557 (1979), and Reyes et

**4**

al., *P.N.A.S. (U.S.A.)*, 79, pp. 3270–3274 (1982), and Jaye, et al., *Nuc.Acids Res.*, 11, pp. 2325–2335 (1983). See also, U.S. Pat No. 4,358,535 to Falkow, et al., relating to DNA/DNA hybridization procedures in effecting diagnosis; published European patent application Nos. 0070685 and 0070687 relating to light-emitting labels on single stranded polynucleotide probes; Davis, et al., "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1980) at pp. 55–58 and 174–176, relating to colony and plaque hybridization techniques: and, New England Nuclear (Boston, Mass.) brochures for "Gene Screen" hybridization Transfer Membrane materials providing instruction manuals for the transfer and hybridization of DNA and RNA, Catalog No. NEF-972.]

Among the more signficant recent advances in hybridization procedures for the screening of recombinant clones is the use of labelled mixed synthetic oligonucleotide probes, each of which is potentially the complete complement of a specific DNA sequence in the hybridization sample including a heterogenous mixture of single stranded DNAs or RNAs. These procedures are acknowledged to be especially useful in the detection of cDNA clones derived from sources which provide extremely low amounts of mRNA sequences for the polypeptide of interest. Briefly put, use of stringent hybridization conditions directed toward avoidance of non-specific binding can allow, e.g., for the autoradiographic visualization of a specific cDNA clone upon the event of hybridization of the target DNA to that single probe within the mixture which is its complete complement. See generally, Wallace, et al., *Nuc.Acids Res.*, 9, pp. 879–897 (1981); Suggs, et al. *P.N.A.S. (U.S.A.)*, 78, pp. 6613–6617 (1981); Choo, et al., *Nature*, 299, pp. 178–180 (1982); Kurachi, et al., *P.N.A.S. (U.S.A.)*, 79, pp. 6461–6464 (1982); Ohkubo, et al., *P.N.A.S. (U.S.A.)*, 80, pp. 2196–2200 (1983): and Kornblihtt, et al. *P.N.A.S. (U.S.A.)*, 80, pp. 3218–3222 (1983). In general, the mixed probe procedures of Wallace, et al. (1981), supra, have been expanded upon by various workers to the point where reliable results have reportedly been obtained in a cDNA clone isolation using a 32 member mixed "pool" of 16-base-long (16-mer) oligonucleotide probes of uniformly, varying DNA sequences together with a single 11-mer to effect a two-site "positive" confirmation of the presence of cDMA of interest. See, Singer-Sam, et al., *P.N.A.S. (U.S.A.)*, 80, pp. 802–806 (1983).

The use of genomic DNA isolates is the least common of the three above-noted methods for developing specific DNA sequences for use in recombinant procedures. This is especially true in the area of recombinant procedures directed to securing microbial expression of mammalian polypeptides and is due, principally to the complexity of mammalian genomic DNA. Thus, while reliable procedures exist for developing phage-borne libraries of genomic DMA of human and other mammalian species origins [See, e.g., Lawn, et al. *Cell*, 15, pp. 1157–1174 (1978) relating to procedures for generating a human genomic library commonly referred to as the "Maniatis Library"; Karn et al. *P.N.A.S. (U.S.A.)*, 77, pp. 5172–5176 (1980) relating to a human genomic library based on alternative restriction endonuclease fragmentation procedure; and Blattner, et al., *Science*, 196 pp. 161–169 (1977) describing construction of a bovine genomic library] there have been relatively few successful attempts at use of hybridization procedures in isolating genomic DNA in the absence of extensive

5

foreknowledge of amino acid or DNA sequences. As one example, Fiddes, et al., *J.Mol. and App.Genetics,* 1, pp. 3–18 (1981) report the successful isolation of a gene coding for the alpha subunit of the human pituitary glycoprotein hormones from the Maniatis Library through use of a "full length" probe including a complete 621 base pair fragment of a previously-isolated cDNA sequence for the alpha subunit. As another example, Das, et al., *P.N.A.S. (U.S.A.)* 80pp. 1531–1535 (1983) report isolation of human genomic clones for human HLA-DR using a 175 base pair synthetic oligonucleotide. Finally, Anderson, et al., *P.N.A.S. (U.S.A.),* 80, pp. 6838–6842 (1983) report the isolation of genomic clone for bovine panoreatic trypsin inhibitor (BPTI) using a single probe 86 base pairs in length and constructed according to the known amino acid sequence of BPTI. The authors note a determination of poor prospects for isolating mRNA suitable for synthesis of a cDNA library due to apparent low levels of mRNA in initially targeted parotid gland and lung tissue sources and then address the prospects of success in probing a genomic library using a mixture of labelled probes, stating: "More generally, mixed-sequence oligodeoxynucleotide probes have been used to isolate protein genes of unknown sequence from cDNA libraries. Such probes are typically mixtures of 8–32 oligonucleotides, 14–17 nucleotides in length, representing every possible codon combination for a small stretch (5–6 residues) of amino acid sequence. Under stringent hybridization conditions that discriminate against incorrectly base-paired probes, these mixtures are capable of isolating specific gene sequences in clone librarles of low-to-moderate complexity. Nevertheless, because of their short length and heterogeneity, mixed probes often lack the specificity reguired for probing sequences as complex as a mammalian genome. This makes such a method impractical for the isolation of mammalian protein genes when the corresponding mRNAs are unavailable." (Citations omitted).

There thus continues to exist a need in the art for improved methods for effecting the rapid and efficient isolation of cDNA clones in instances where little is known of the amino acid sequence of the polypeptide coded for and where "enriched" tissue sources of mRNA are not readily available for use in constructing cDNA libraries. Such improved methods would be especially useful if they were applicable to isolating mammalian genomic clones where sparse information is available concerning amino acid sequences of the polypeptide coded for by the gene sought.

B. Erythropoietin As A polypeptide Of Interest

Erythropoiesis, the production of red blood cells, occurs continuously throughout the human life span to offset cell destruction. Erythropoiesis is a very precisely controlled physiological mechanism enabling sufficient numbers of red blood cells to be available in the blood for proper tissue oxygenation, but not so many that the cells would impede circulation. The formation of red blood cells occurs in the bone marrow and is under the control of the hormone, erythropoietin.

Erythropoietin, an acidic glycoprotein of approximately 34,000 dalton molecular weight, may occur in three forms: $\alpha$, $\beta$ and asialo. The $\alpha$ and $\beta$ forms differ slightly in carbohydrate components have the same potency, biological activity and molecular weight. The asialo form is an $\alpha$ or $\beta$ form with the terminal Carbohydrate (sialic acid) removed. Erythropoietin is present in very low concentrations in plasma when the body is

6

in a healthy state wherein tissues receive sufficient oxygenation from the existing number of erythrocytes. Tbis normai low concentration is enough to stimulate replacement of red blood cells which are lost normally through aging.

The amount of erythropoietin in the circulation is increased under conditions of hypoxia when oxygen transport by blood cells in the circulation is reduced. Hypoxia may be caused by loss of large amounts of blood through hemorrhage, destruction of red blood cells by over-exposure to radiation, reduction in oxygen intake due to high altitudes or prolonged unconsciousness, or various forms of anemia. In response to tissues undergoing hypoxic stress, erythropoietin will increase red blood cell production by stimulating the conversion of primitive precursor cells in the bone marrow into proerythroblasts which subsequently mature, synthesize hemoglobin and are released into the circulation as red blood cells. When the number of red blood cells in circulation is greater than needed for normal tissue oxygen requirements, erythropoietin in circulation is decreased.

See generally, Testa, et al., *Exp.Mematol.,* 8(*Supp* 8), 144–152 (1980); Tong, et al., *J.Biol.Chem.,* 256(24), 12666–12672 (1981); Goldwasser, *J.Cell.Physiol.,* 110(Supp. 1), 133–135 (1982); Finch, Blood, 60(6), 1241–1246 (1982); Sytowski, et al., *Expt.Hematol.,* 8(Supp. 8), 52–64 (1980: Naughton, *Ann.Clin.Lab.Sci.,* 13(5), 432–438 (1983); Weiss, et al., *Am.J.Vet.Res.,* 44(10),1832–1835 (1983); Lappin, et al., *Exp.Hematol.,* 11(7), 661–666 (1983); Baciu, et al., *Ann.N.Y.Acad.Sci.,* 414, 66–72 (1983); Murphy, et al., *Acta.Haematologica Japonica,* 46(7), 1380–1396 (1983); Desspyris, et al., *Brit.J.Haematol.,* 56, 295–306 (1984); and, Emmanouel, et al., *Am.J.Physiol.,* 247 (1 Pt 2), F168–76 (1984).

Because erythropoietin is essential in the process of red blood cell formation, the hormone has potential useful application in both the diagnosis and the treatment of blood disorders characterized by low or defective red blood cell production. See, generally, Pennathur-Das, et al., *Blood,* 63(5), 1168–71 (1984) and Haddy, *Am.Jour.Ped.Hematol./Oncol.,* 4, 191–196, (1982) relating to erythropoietin in possible therapies for sickle cell disease, and Eschbach, et al. *J.Clin.Invest.,* 74(2), pp. 434–441, (1984), describing a therapeutic regimen for uremic sheep based on in vivo response to erythropoietin-rich plasma infusions and proposing a dosage of 10 U EPO/kg per day for 15–40 days as corrective of anemia of the type associated with chronic renal failure. See alo, Krane, *Henry Ford Hosp.Med.J.,* 31(3), 177–181 (1983).

It has recently been estimated that the availability of erythropoietin in quantity would allow for treatment each year of anemias of 1,600,000 persons in the United States alone. See, e.g., Morrison, "Bioprocessing in Space—an Overview", pp. 557–571 in The World Biotech Report 1984, Volume 2: USA, (Online Publications, New York, N.Y. 1984). Recent studies have provided a basis for projection of efficacy of erythropoietin therapy in a variety of disease states, disorders and states of hematologic irregularity: Vedovato, et al., *Acta.Haematol,* 71, 211–213 (1984) (beta-thalassemia); Vichinsky, et al., *J.Pediatr.,* 105(1), 15–21 (1984) (cystic fibrosis); Cotes, et al., *Brit.J.Obstet.Gynaecol.,* 90(4), 304–311 (1983) (pregancy, menstrual disorders); Haga, et al., *Acta.Pediatr.Scand.,* 72, 827–831 (1983) (early anemia of prematurity); Claus-Walker, et al., *Arch.-Phys.Med.Rehabil.,* 65, 370–374 (1984), (spinal cord

4,703,008

7

injury); Dunn, et al., *Eur.J.Appl.Physiol.*, 52, 178–182 (1984) (space flight); Miller, et al., *Brit.J.Haematol.*, 52, 545–590 (1982), (acute blood loss); Udupa, et al., *J.Lab.-Clin.Med.*, 103(4), 574–580 and 581–588 (1984); and Lipschitz, et al., *Blood*, 63(3), 502–509 (1983) (aging); and Dainiak, et al., *Cancer*, 51(6), 1101–1106 1 (1983) and Schwartz, et al., *Otolaryngol.*, 109, 269–272 (1983) (various neoplastic disease states accompanied by abnormal erythropoiesis).

Prior attempts to obtain erythropoietin in good yield from plasma or urine have proven relatively unsuccessful. Complicated and sophisticated laboratory techniques are necessary and generally result in the collection of very small amounts of impure and unstable extracts containing erythropoietin.

U.S. Pat. No. 3,033,753 describes a method for partially purifying erythropoietin from sheep blood plasma which provides low yields of a crude solid extract containing erythropoietin.

Initial attempts to isolate erythropoietin from urine yielded unstable, biologically inactive preparations of the hormone. U.S. Pat. No. 3,865,801 describes a method of stabilizing the biological activity of a crude substance containing erythropoietin recovered from urin. The resulting crude preparation containing erythropoietin purportedly retains 90% of erythropoietin activity, and is stable.

Another method of purifying human erythropoietin from urine of patients with aplastic anemia is described in Miyake, et al., *J. Biol.Chem.*, Vol. 252, No. 15 Aug. 10, 1977), pp. 5558–5564. This seven-step procedure includes ion exchange chromatography, ethanol precipitation, gel filtration, and adsorption chromatography, and yields a pure erythropoietin preparation with a potency of 70,400 units/mg of protein in 21% yield.

U.S. Pat. No. 4,397,840 to Takezawa, et al. describes methods for preparing "an erythropoietin product" from healthy human urine specimens with weakly basic ion exchangers and proposes that the low molecular weight products obtained "have no inhibitory effects against erythropoietin."

U.K. patent application No. 2,085,887 by Sugimoto, et al., published May 6, 1982, describes a process for the production of hybrid human lymphoblastoid cells, reporting production levels ranging from 3 to 420 Units of erythropoietin per ml of suspension of cells (distributed into the cultures after mammalian host propagation containing up to $10^7$ cells per ml. At the highest production levels asserted to have been obtained, the rate of erythropoietin production could be calculated to be from 40 to about 4,000 units/$10^6$ cells/48 hours in in vitro culture following transfer of cells from in vivo propagation systems. (See also the equivalent U.S. Pat. No. 4,377,513.) Numerous proposals have been made for isolation of erythropoietin from tissue sources, including neoplastic cells, but the yields have been quite low. See, e.g., Jelkman, et al., *Expt.Hematol.*, 11(7), 581–588 (1983); Tambourin, et al., *P.N.A.S. (U.S.A.)*, 80, 6269–6273 (1983); Katsuoka, et al., *Gann*, 74, 534–541 (1983); Hagiwara, et al., *Blood*, 63(4), 828–835 (1984); and Choppin, et al., *Blood*, 64(2), 341–347 (1984).

Other isolation techniques utilized to obtain purified erythropoietin involve immunological procedures. A polyclonal, serum-derived antibody directed against erythlopoietin is developed by injecting an animal, preferably a rat or rabbit, with human erythropoietin. The injected human erythropoietin is recognized as a foreign antigenic substance by the immune system of the

8

animal and elicits production of antibodies against the antigen. Differing cells responding to stimulation by the antigenic substance produce and release into circulation antibodies slightly different from those produced by other responding cells. The antibody activity remains in the serum of the animal when its blood is extracted. While unpurified serum or antibody preparations purified as a serum immunoglobulin G fraction may then be used in assays to detect and complex with human erythropoietin, the materials suffer from a major disadvantage. This serum antibody, composed of all the different antibodies produced by individual cells, is polyclonal in nature and will complex with components in crude extracts other than erythropoietin alone.

Of interest to the background of the present invention are recent advances in the art of developing continuous cultures of cells capable of producing a single species of antibody which is specifically immunologically reactive with a single antigenic determinant of a selected antigen. See, generally, Chisholm, *High Technology*, Vol. 3, No. 1, 57–63 (1983). Attempts have been made to employ cell fusion and hybridization techniques to develop "monoclonal" antibodies to erythropoietin and to employ these antibodies in the isolation and quantitative detection of human erythropoietin. As one example, a report of the successful development of mouse-mouse hybridoma cell lines secreting monoclonal antibodies to human erythropoietin appeared in abstract form in Lee-Huang, Abstract No. 1463 of *Fed.Proc.*, 41, 520 (1982). As another example, a detailed description of the preparation and use of a monoclonal, anti-erythropoietin antibody appears in Weiss, et al., *P.N.A.S. (U.S.A.)*, 79, 5465–5469 (1982). See also, Sasaki, *Biomed.Biochim Acta.*, 42(11/12), S202–S206 (1983) Yanagawa, et al., *Blood*, 64(2), 357–364 (1984); Yanagawa, et al., *J.Biol.-Chem.*, 259(5), 2707–2710 (1984); and U.S. Pat. No. 4,465,624.

Also of interest to the background of the invention are reports of the immunological activity of synthetic peptides which substantially duplicate the amino acid sequence extant in naturally-occurring proteins, glycoproteins and nucleoproteins. More specifically, relatively low molecular weight polypeptides have been shown to participate in immune reactions which are similar in duration and extent to the immune reactions of physiologically significant proteins such as viral antigens, polypeptide hormones, and the like. Included among the immune reactions of such polypeptides is the provocation of the formation of specific antibodies in immunologically active animals. See, e.g., Lerner, et al., *Cell*, 23, 309–310 (1981); Ross, et al., *Nature.* 294, 654–656 (1981); Walter, et al., *P.N.A.S. (U.S.A.)*, 77, 5197–5200 (1980); Lerner, et al., *P.N.A.S. (U.S.A.)*, 78, 3403–3407 (1981); Walter, et al., *P.N.A.S. (U.S.A.)*, 78, 4882–4886 (1981); Wong, et al., *P.N.A.S. (U.S.A.)*, 78, 7412–7416 (1981); Green, et al. *Cell*, 28, 477–487 (1982); Nigg, et al., *P.N.A.S. (U.S.A.)*, 79, 5322–5326 (1982); Baron, et al., *Cell*, 28, 395–404 (1982); Dreesman, et al., *Nature*, 295, 158–160 (1982); and Lerner, *Scientific American*, 248, No. 2, 66–74 (1983). See also, Kaiser, et al., *Science*, 223 pp. 249–255 (1984) relating to biological and immunological activities of synthetic peptides which approximately share secondary structures of peptide hormones but may not share their primary structural conformation. The above studies relate, of course, to amino acid sequences of proteins other than erythropoietin, a substance for which no substantial amino acid sequence information has been published. In

4,703,008

**9**

co-owned, co-pending U.S. patent application Ser. No. 463,724, filed Feb. 4, 1983, by J. Egrie, published Aug. 22, 1984 as European Patent Application No. 0 116 446, there is described a mouse-mouse hybridoma cell line (A.T.C.C. No. HB8209) which produces a highly specific monoclonal, anti-erythropoietin antibody which is also specifically immunoreactive with a polypeptide comprising the following sequence of amino acids:

NH₂-Ala-Pro-Pro-Arg-Leu-Ile-Cys-Asp-Ser-Arg-
Val-Leu-Glu-Arg-Tyr-Leu-Leu-Glu-Ala-Lys-
COOH.

The polypeptide sequence is one assigned to the first twenty amino acid residues of mature human erythlopoietin isolated according to the method of Miyake, et al., *J.Biol.Chem.*, 252, 5558–5564 (1977) and upon which amino acid analysis was performed by the gas phase sequencer (Applied Biosystems, Inc.) according to the procedure of Hewick, M., et al., *J.Biol.Chem.*, 256, 7990–7997 (1981). See, also, Sue, et al., *Proc.Nat.Acad.-Sci. (U.S.A.)*, 80, pp. 3651–3655 (1983) relating to development of polyclonal antibodies against a synthetic 26-mer based on a differing amino acid sequence, and Sytowski, et al., *J.Immunol. Methods*, 69, pp. 181–186 (1984).

While polyclonal and monoclonal antibodies as described above provide highly useful materials for use in immunoassays for detection and quantification of erythropoietin and can be useful in the affinity purification of erythropoietin, it appears unlikely that these materials can readily provide for the large scale isolation of quantities of erythropoietin from mammalian sources sufficient for further analysis, clinical testing and potential wide-ranging therapeutic use of the substance in treatment of, e.g., chronic kidney disease wherein diseased tissues fail to sustain production of erythropoietin. It is consequently projected in the art that the best prospects for fully characterizing mammalian erythropoietin and providing large quantities of it for potential diagnostic and clinical use involve successful application of recombinant procedures to effect large scale microbial synthesis of the compound.

While substantial efforts appear to have been made in attempted isolation of DNA sequences coding for human and other mammalian species erythropoietin, none appear to have been successful. This is due principally to the scarcity of tissue sources, especially human tissue sources, enriched in mRNA such as would allow for construction of a cDNA library from which a DNA sequence coding for erythropoietin might be isolated by conventional techniques. Further, so little is known of the continuous sequence of amino acid residues of erythropoietin that it is not possible to construct, e.g., long polynucleotide probes readily capable of reliable use in DNA/DNA hybridization screening of cDNA and especially genomic DNA libraries. Illustratively the twenty amino acid sequence employed to generate the above-named monoclonal antibody produced by A.T.C.C. No. HB8209 does not admit to the construction of an unambiguous, 60 base oligonucleotide probe in the manner described by Anderson, et al., supra. It is estimated that the human gene for erythropoietin may appear as a "single copy gene" within the human genome and, in any event, the genetic material coding for human erythropoietin is likely to constitute less than 0.00005% of total human genomic DNA which would be present in a genomic library.

**10**

To date, the most successful of known reported attempts at recombinant-related methods to provide DNA sequences suitable for use in microbial expression of isolatable quantities of mammalian erythropoietin have fallen far short of the goal. As an example, Farber, et al. *Exp.Hematol.*, 11. Supp. 14, Abstract 101 (1983) report the extraction of mRNA from kidney tissues of phenylhydrazine-treated baboons and the injection of the mRNA into *Xenopus laevis* oocytes with the rather transitory result of in vitro production of a mixture of "translation products" which included among them displaying biological properties of erythropoietin. More recently, Farber, et al., *Blood*, 62, No. 5, Supp. No. 1, Abstract 392, at page 122a (1983) reported the in vitro translation of human kidney mRNA by frog oocytes. The resultant translation product mixture was estimated to include on the order of 220 mU of a translation product having the activity of erythropoietin per microgram of injected mRNA. While such levels of in vitro translation of exogenous mRNA coding for erythropoietin were acknowledged to be guite low (compared even to the prior reported levels of baboon mRNA translation into the sought-for product) it was held that the results confirm the human kidney as a site of erythropoietin expression, allowing for the construction of an enriched human kidney cDNA library from which the desired gene might be isolated. [See also, Farber, Clin.Res., 31(4), 769A (1983).]

Since the filing of U.S. patent application Ser. Nos. 561,024 and 582,185, there has appeared a single report of the cloning and expression of what is asserted to have been human erythropoietin cDNA in *E coli*. Briefly put, a number of cDNA clones were inserted into *E.coli* plasmids and β-lactamase fusion products were noted to be immunoreactive with a monoclonal antibody to an unspecified "epitope" of human erythropoietin. See, Lee-Huang, *Proc. Nat. Acad. Sci. (U.S.A)*, 81, pp. 2708–2712 (1984).

BRIEF SUMMARY

The present invention provides, for the first time, novel purified and isolated polypeptide products having part or all of the primary structural conformation (i.e., continuous sequence of amino acid residues) and one or more of the biological properties (e.g., immunological properties and in vivo and in vitro biological activity) of naturally-occurring erythropoietin, including allelic variants thereof. These polypeptides are also uniquely characterized by being the product of procaryotic or eucaryotic host expression (e.g., by bacterial, yeast and mammalian cells in culture) of exogenous DNA sequences obtained by genomic or cDNA cloning or by gene synthesis. Products of microbial expression in vertebrate (e.g., mammalian and avian) cells may be further characterized by freedom from association with human proteins or other contaminants which may be associated with erythropoietin in its natural mammalian cellular environment or in extracellular fluids such as plasma or urine. The products of typical yeast (e.g., *Saccharomyces cerevisiae*) or procaryote (e.g., *E.coli*) host cells are free of association with any mammalian proteins. Depending upon the host employed, polypeptides of the invention may be glycosylated with mammalian or other eucaryotic carbohydrates or may be nonglycosylated. Polypeptides of the invention may also include an initial methionine amino acid residue (at position −1).

4,703,008

**11**

Novel glycoprotein products of the invention include those having a prlmary structural conformation sufficiently duplicative of that of a naturally-occurring (e.g., human) erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring (e.g., human) erythropoietin.

Vertebrate (e.g., COS-1 and CHO) cells provided by the present invention comprise the first cells ever available whioh can be propagated in vitro continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100U (preferably in excess of 500U and most preferably in excess of 1,000 to 5,000U) of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.

Also provided by the present invention are synthetic polypeptides wholly or partially duplicative of continuous sequences of erythropoietin amino acid residues which are herein for the first time elucidated. These sequences, by virtue of sharing primary, secondary or tertiary structural and conformational characteristics with naturally-occurring erythropoietin may possess biological activity and/or immunological properties in common with the naturally-occurring product such that they may be employed as biologically active or immunological substitutes for erythropoietin in therapeutic and immunological processes. Correspondingly provided are monoclonal and polyclonal antibodies generated by standard means which are immunoreactive with such polypeptides and, preferably, also immunoreactive with naturally-occurring erythropoietin.

Illustrating the present invention are cloned DNA sequences of monkey and human species origins and polypeptide sequences suitably deduced therefrom which represent, respectively, the primary structural conformation of erythropoietins of monkey and human species origins.

Also provided by the present invention are novel blologically functional viral and circular plasmid DNA vectors incorporating DNA sequences of the invention and microbial (e.g., bacterial, yeast and mammalian cell) host organisms stably transformed or transfected with such vectors. Correspondingly provided by the invention are novel methods for the production of useful polypep-tides comprising cultured growth of such transformed or transfected microbial hosts under conditions facilitative of large scale expression of the exogenous, vector-borne DNA sequences and isolation of the desired polypeptides from the growth medium, cellular lysates or cellular membrane fractions.

Isolation and purification of microbially expressed polypeptides provided by the invention may be by conventional means including, e.q., preparative chromatographic separations and immunological separations involving monoclonal and/or polyclonal antibody preparations.

Having herein elucidated the sequence of amino acid residues of erythropoietin, the present invention provides for the total and/or partial manfucture of DNA sequences coding for erythropoietin and including such advantageous characteristics as incorporation of codons "preferred" for expression by selected non-mammalian hosts, provision of sites for cleavage by restriction endonuclease enzymes and provision of additional initial, terminal or intermediate DNA sequences which facilitate construction of readily expressed vectors. Correspondingly, the present invention provides for manufac-

**12**

ture (and development by site specific mutagenesis of cDNA and genomic DNA) of DNA sequences coding for microbial expression of polypeptide analogs or derivatives of erythropoietin which differ from naturally-occurring forms in terms of the identity or location of one or more amino acid residues (i.e., deletion analogs containing less than all of the residues specified for EPO and/or substitution analogs wherein one or more residues specified are replaced by other residues and/or addition analogs wherein one or more amino acid residues is added to a terminal or medial portion of the polypeptide); and which share some or all the properties of naturally-occurring forms.

Novel DNA sequences of the invention include all sequences useful in securing expression in procaryotic or eucaryotic host cells of polypeptide products having at least a part of the primary structural ccnformation and one or more of the biological propezties of erythropoietin which are comprehended by: (a) the DNA sequences set out in Tables V and VI herein or their complementary strands; (b) DNA sequences which hybridize (under hybridization conditions such as illustrated herein or more stringent conditions) to DNA sequences defined in (a) or fragments thereof; and (c) DNA sequences which, but for the degeneracy of the genetic code, would hybridize to DMA sequences defined in (a) and (b) above. Specifically comprehended in part (b) are genomic DNA sequences encoding allelic variant forms of monkey and human erythropoietin and/or encoding other mammalian species of erythropoietin. Specifically comprehended by part (c) are manufactured DNA sequences encoding EPO, EPO fragments and EPO analogs which DNA sequences may incorporate codons facilitating translation of messenger RNA in non-vertebrate hosts.

Comprehended by the present invention is that class of polypeptides coded for by portions of the DNA complement to the top strand human genomic DNA sequence of Table VI herein, i.e., "complementary inverted proteins" as described by Tramontano, et al., *Nucleic Acids Research*, 12, pp. 5049–5059 (1984).

Also comprehended by the invention are pharmaceutical compositions comprising effective amounts of polypeptide products of the invention together with suitable diluents, adjuvants and/or carriers which allow for provision of erythropoietin therapy, especially in the treatment of anemic disease states and most especially such anemic states as attend chronic renal failure.

Polypeptide products of the invention may be "labelled" by covalent association with a detectable marker substance (e.g., radiolabelled with $^{125}I$) to provide reagents useful in detection and quantification of erythropoietin in solid tissue and fluid samples such as blood or urine. DNA products of the invention may also be labelled with detectable markers (such as radiolabels and non-isotopic labels such as biotin) and employed in DNA hybridization processes to locate the erythropoietin gene position and/or the position of any related gene family in the human, monkey and other mammalian species chromosomal map. They can also be used for identifying the erythropoietin gene disorders at the DMA level and used as gene markers for identifying neiqhboring genes and their disorders.

As hereinafter described in detail, the present invention further provides significant improvements in methods for detection of a specific single stranded polynucleotide of unknown sequence in a heterogeneous cellular

4,703,008

13                                        14

or viral sample including multiple single-stranded
polynucleotides where

(a) a mixture of labelled single-stranded polynucleo-
tide probes is prepared having uniformly varying
sequences of bases, each of said probes being poten-  5
tially specifically complementary to a sequence of
bases which is putatively unique to the polynucleo-
tide to be detected,

(b) the sample is fixed to a solid substrate,

(c) the substrate having the sample fixed thereto is  10
treated to diminish further binding of polynucleo-
tides thereto except by way of hybridization to
polynucleotides in said sample,

(d) the treated substrate having the sample fixed
thereto is transitorily contacted with said mixture  15
of labelled probes under conditions facilitative of
hybridization only between totally complementary
polynucleotides, and,

(e) The specific polynucleotide is detected by moni-
toring for the presence of a hybridization reaction  20
between it and a totally complementary probe
within said mixture of labelled probes, as evidenced
by the presence of a higher density of labelled
material on the substrate at the locus of the specific
polynucleotide in comparison to a background  25
density of labelled material resulting from non-
specific binding of labelled probes to the substrate.

The procedures are especially effective in situations
dictating use of 64, 128, 256, 512, 1024 or more mixed
polynucleotide probes having a length of 17 to 20 bases  30
in DNA/DNA or RNA/RNA or DNA/RNA hybridi-
zations.

As described infra, the above-noted improved proce-
dures have illustratively allowed for the identification
of cDNA clones coding for erythropoietin of monkey  35
species origins within a library prepared from anemic
monkey kidney cell mRNA. More specifically, a mix-
ture of 128 uniformly varying 20-mer probes based on
amino acid sequence information derived from sequenc-
ing fractions of human erythropoietin was employed in  40
colony hybridization procedures to identify seven "pos-
itive" erythropoietin cDNA clones within a total of
200,000 colonies. Even more remarkably, practice of
the improved procedures of the invention have allowed
for the rapid isolation of three positive clones from  45
within a screening of 1,500,000 phage plaques constitut-
ing a human genomic library. This was accomplished
through use of the above-noted mixture of 128 20-mer
probes together with a second set of 128 17-mer probes
based on amino acid analysis of a different continuous  50
sequence of human erythropoietin.

The above-noted illustrative procedures constitute
the first known instance of the use of multiple mixed
oligonucleotide probes in DNA/DNA hybridization
processes directed toward isolation of mammalian ge-  55
nomic clones and the first known instance of the use of
a mixture of more than 32 oligonucleotide probes in the
isolation of cDNA clones.

Numerous aspects and advantages of the invention
will be apparent to those skilled in the art upon consid-  60
eration of the following detailed description which
provides illustrations of the practice of the invention in
its presently preferred embodiments.

Reference is made in FIGS. 1 through 21, wherein:

FIG. 1 is a graphic representation of a radioimmuno-  65
assay analysis of products of the invention;

FIGS. 2 through 4 illustrate vector construction ac-
cording to the invention; and,

FIGS. 5 through 21 are DNA and polypeptide se-
quences according to the invention.

DETAILED DESCRIPTION

According to the present invention, DNA sequences
encoding part or all of the polypeptide sequence of
human and monkey species erythropoietin (hereafter, at
times, "EPO") have been isolated and characterized.
Further, the monkey and human origin DNA has been
made the subject of eucaryotic and procaryotic expres-
sion providing isolatable quantities of polypeptides dis-
playing biological (e.g., immunological) properties of
naturally-occurring EPO as well as both in vivo and in
vitro biological activities of EPO.

The DNA of monkey species origins was isolated
from a cDNA library constructed with mRNA derived
from kidney tissue of a monkey in a chemically induced
anemic state and whose serum was immunologically
determined to include high levels of EPO compared to
normal monkey serum. The isolation of the desired
cDNA clones containing EPO encoding DNA was
accomplished through use of DNA/DNA colony hy-
bridization employing a pool of 128 mixed, radi-
olabelled, 20-mer oligonucleotide probes and involved
the rapid screening of 200,000 colonies. Design of the
oligonucleotide probes was based on amino acid se-
quence information provided by enzymatic fragmenta-
tion and sequencing a small sample of human EPO.

The DNA of human species origins was isolated from
a human genomic DNA library. The isolation of clones
containing EPO-encoding DNA was accomplished
through DNA/DNA plaque hybridization employing
the above-noted pool of 128 mixed 20-mer oligonucleo-
tide probes and a second pool of 128 radiolabeled 17-
mer probes whose sequences were based on amino acids
sequence information obtained from a different enzy-
matic human EPO fragment.

Positive colonies and plaques were verified by means
of dideoxy sequencing of clonal DNA using a subset of
16 sequences within the pool of 20-mer probes and
selected clones were subjected to nucleotide sequence
analysis resulting in deduction of primary structural
conformation of the EPO polypeptides encoded
thereby. The deduced polypeptide sequences displayed
a high degree of homology to each other and to a partial
sequence generated by amino acid analysis of human
EPO fragments.

A selected positive monkey cDNA clone and a se-
lected positive human genomic clone were each in-
serted in a "shuttle" DNA vector which was amplified
in E.coli and employed to transfect mammalian cells in
culture. Cultured growth of transfected host cells re-
sulted in culture medium supernatant preparations esti-
mated to contain as much as 3000 mU of EPO per ml of
culture fluid.

The following examples are presented by way of
illustration of the invention and are specifically directed
to procedures carried out prior to identification of EPO
encoding monkey cDNA clones and human genomic
clones, to procedures resulting in such identification,
and to the sequencing, development of expression sys-
tems and immunological verification of EPO expression
in such systems.

More particularly, Example 1 lis directed to amino
acid sequencing of human EPO fragments and con-
struction of mixtures of radiolabelled probes based on
the results of this sequencing. Example 2 is generally
directed to procedures involved in the identification of

4,703,008

15

positive monkey cDNA clones and thus provides information concerning animal treatment and preliminary radioimmunoassay (RIA) analysis of animal sera. Example 3 is directed to the preparation of the cDNA library, colony hybridization screening and verification of positive clones, DNA sequencing of a positive cDNA clone and the generation of monkey EPO polypeptide primary structural conformation (amino acid sequence) information. Example 4 is directed to procedures involved in the identification of positive human genomic clones and thus provides information concerning the source of the genomic library, plaque hybridization procedures and verification of positive clones. Example 5 is directed to DNA sequencing of a positive genomic clone and the generation of human EPO polypeptide amino acid sequence information including a comparison thereof to the monkey EPO sequence information. Example 6 is directed to procedures for construction of a vector incorporating EPO-encoding DNA derived from a positive monkey cDNA clone, the use of the vector for transfection of COS-1 cells and cultured growth of the transfected cells. Example 7 is directed to procedures for construction of a vector incorporating EPO-encoding DNA derived from a positive human genomic clone, the use of the vector for transfection of COS-1 cells and the cultured growth of the transfected cells. Example 8 is directed to immunoassay procedures performed on media supernatants obtained from the cultured growth of transfected cells according to Example 6 and 7. Example 9 is directed to in vitro and in vivo biological activity of microbially expressed EPO of Examples 6 and 7.

Example 10 is directed to a development of mammalian host expression systems for monkey species EPO cDNA and human species genomic DNA involving Chinese hamster ovary ("CMO") cells and to the immunological and biological activities of products of these expression systems as well as characterization of such products. Example 11 is directed to the preparation of manufactured genes encoding human species EPO and EPO analogs, which genes include a number of preference codons for expression in E.coli and yeast host cells, and to expression systems based thereon. Example 12 relates to the immunological and biological activity profiles of expression products of the systems of Example 11.

EXAMPLE 1

A. Human EPO Fragment Amino Acid Sequencing

Human EPO was isolated from urine and subjected to tryptic digestion resulting in the development and isolation of 17 discrete fragments in quantities approximating 100–150 picomoles.

Fragments were arbitrarily assigned numbers and were analyzed for amino acid sequence by microsequence analysis using a gas phase sequencer (Applied Biosystems) to provide the sequence information set out in Table I, below, wherein single letter codes are employed and "X" designates a residue which was not unambiguously determined.

TABLE I

| Fragment No. | Sequence Analysis Result |
| --- | --- |
| T4a | A-P-P-R |
| T4b | G-K-L-K |
| T9 | A-L-G-A-Q-K |
| T13 | V-L-E-R |
| T16 | A-V-S-G-L-R |
| T18 | L-F-R |

16

TABLE I-continued

| Fragment No. | Sequence Analysis Result |
| --- | --- |
| T21 | K-L-F-R |
| T25 | Y-L-L-E-A-K |
| T26a | L-I-C-D-S-R |
| T26b | L-Y-T-G-E-A-C-R |
| T27 | T-I-T-A-D-T-F-R |
| T28 | E-A-I-S-P-P-O-A-A-M-A-A-P-L-R |
| T30 | E-A-E-X-I-T-T-G-X-A-E-H-X-S-L-N-E-X-I-T-V-P |
| T31 | V-Y-S-N-F-L-R |
| T33 | S-L-T-T-L-L-R |
| T35 | V-N-F-Y-A-W-K |
| T38 | G-Q-A-L-L-V-X-S-S-Q-P-W-E-P-L-Q-L-H-V-D-K |

B. Design and Construction of Oligonucleotide Probe Mixtures

The amino acid sequences set out in Table I were reviewed in the context of the degeneracy of the genetic code for the purpose of ascertaining whether mixed probe procedures could be applied to DNA/DNA hybridization procedures on cDNA and/or genomic DNA libraries. This analysis revealed that within Fragment No. T35 there existed a series of 7 amino acid residues (Val-Asn-Phe-Tyr-Ala-Trp-Lys) which could be uniquely characterized as encoded for by one of 128 possible DNA sequences spanning 20 base pairs. A first set of 128 20-mer oligonucleotides was therefore synthesized by standard phosphoamidite methods (See, e.g., Beaucage, et al., *Tetrahedron Letters,* 22, pp. 1859–1862 (1981) on a solid support according to the sequence set out in Table II, below.

TABLE II

| Resi-due | Val | Asn | Phe | Tyr | Ala | Trp | Lys | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3' | CAA | TTG | AAG | ATG | CGA | ACC | TT | 5' |
| | T | A | A | A | T | | | |
| | G | | | | G | | | |
| | C | | | | C | | | |

Further analysis revealed that within fragment No. T38 there existed a series of 6 amino acid residues Gln-Pro-Trp-Glu-Pro-Leu) on the basis of which there could be prepared a pool of 128 mixed olignucleotide 17-mer probes as set out in Table III, below.

TABLE III

| Residue | Gln | Pro | Trp | Glu | Pro | Leu | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3' | GTT | GGA | ACC | CTT | GGA | GA | 5' |
| | C | T | | C | T | A | |
| | | G | | | G | | |
| | | C | | | C | | |

Oligonucleotide probes were labelled at the 5' end with gamma - $^{32}$P-ATP, 7500-8000 Ci/mmole (ICN) using T$_4$ polynucleotide kinase (NEN).

EXAMPLE 2

A. Monkey Treatment Procedures

Female Cynomolgus monkeys *Macaca fascicularias* (2.5–3 kg, 1.5–2 years old) were treated subcutaneously with a pH 7.0 solution of phenylhydrazine hydrochloride at a dosage level of 12.5 mg/kg on days 1, 3 and 5. The hematocrit was monitored prior to each injection. On day 7, or whenever the hematocrit level fell below 25% of the initial level, serum and kidneys were harvested after administration of 25 mg/kg doses of keta-

**17**

mine hydrochloride. Harvested materials were immediately frozen in liquid nitrogen and stored at −70° C.

B. RIA for EPO

Radioimmunoassay procedures applied for quantitative detection of EPO in samples were conducted according to the following procedures:

An erythropoietin standard or unknown sample was incubated together with antiserum for two hours at 37° C. After the two hour incubation, the sample tubes were cooled on ice, $^{125}$I-labelled erythropoietin was added, and the tubes were incubated at 0° C. for at least 15 more hours. Each assay tube contained 500 $\mu$l of incubation mixture consisting of 50 $\mu$l of diluted immune sera, 10,000 cpm of $^{125}$I-erythropoietin, 5 $\mu$l trasylol and 0–250 $\mu$l either EPO standard or unknown sample, with PBS containing 0.1% BSA making up the remaining volume. The antiserum used was the second test bleed of a rabbit immunized with a 1% pure preparation of human urinary erythropoietin. The final antiserum dilution on the assay was adjusted so that the antibody-bound $^{125}$I-EPO did not exceed 10–20% of the input total counts. In general, this corresponded to a final antiserum dilution of from 1:50,000 to 1:100,000.

The antibody-bound $^{125}$I-erythropoietin was precipitated by the addition of 150 $\mu$l Staph A. After a 40 min. incubation, the samples were centrifuged and the pellets were washed two times with 0.75 ml 10 mM Tris-HCl pH 8.2 containing 0.15M NaCl, 2mM EDTA, and 0.05% Triton X-100. The washed pellets were counted in a gamma counter to determine the percent of $^{125}$I-erythropoietin bound. Counts bound by pre-immune sera were subtracted from all final values to correct for nonspecific precipitation. The erythropoietin content of the unknown samples was determined by comparison to the standard curve.

The above procedure was applied to monkey serum obtained in Part A, above, as well as to the untreated monkey serum. Normal serum levels were assayed to contain approximately 36 mU/ml while treated monkey serum contained from 1000 to 1700 mU/ml.

EXAMPLE 3

A. Monkey cDNA Library Construction

Messenger RNA was isolated from normal and anemic monkey kidneys by the guanidinium thiocyanate procedure of Chirgwin, et al., *Biochemistry*, 18, p. 5294 (1979) and poly (A)+mRNA was purified by two runs of oligo(dT)-cellulose column chromatography as described at pp. 197–198 in Maniatis, et al., "Molecular Cloning, A Laboratory Manual" (Cold Springs Harbor Laboratory, Cold Springs, Harbor, N.Y., 1982). The cDNA library was constructed according to a modification of the general procedures of Okayama, et al., *Mol. and Cell. Biol.*, 2, pp. 161–170 (1982). The key features of the presently preferred procedures were as follows: (1) pUC8 was used as the sole vector, cut with PstI and then tailed with oligo dT of 60–80 bases in length; (2) HincII digestion was used to remove the oligo dT tail from one end of the vector; (3) first strand synthesis and oligo dG tailing was carried out according to the published procedure; (4) BamHI digestion was employed to remove the oligo dG tail from one end of the vector; and (5) replacement of the RNA strand by DNA was in the presence of two linkers (GATC-TAAAGACCGTCCCCCCCCC and ACGGTCTTTA) in a three-fold molar excess over the oligo dG tailed vector.

**18**

B. Colony Hybridization Procedures For Screening Monkey cDNA Library

Transformed *E.coli* were spread out at a density of 9000 colonies per 10×10 cm plate on nutrient plates containing 50 micrograms/ml Ampicillin. GeneScreen filters (New England Nuclear Catalog No. NEF-972) were pre-wet on a BHI-CAM plate (Bacto brain heart infusion 37 g/L, Casamino acids 2 g/L and agar 15 g/L, containing 500 micrograms/ml Chloramphenicol) and were used to lift the colonies off the plate. The colonies were grown in the same medium for 12 hours or longer to amplify the plasmid copy numbers. The amplified colonies (colony side up) were treated by serially placing the filters over 2 pieces of Whatman 3 MM paper saturated with each of the following solutions:

(1) 50 mM glucose—25 mM Tris-HCl (pH 8.0)—10 mM EDTA (pH 8.0) for five minutes;

(2) 0.5 M NaOH for ten minutes; and

(3) 1.0 M Tris-HCl (pH 7.5) for three minutes.

The filters were then air dried in a vacuum oven at 80° C. for two hours.

The filters were then subjected to Proteinase K digestion through treatment with a solution containing 50 micrograms/ml of the protease enzyme in Buffer K [0.1M Tris-HCl (pH 8.0) —0.15M NaCl —10 mM EDTA (pH 8.2) —0.2% SDS]. Specifically, 5 ml of the solution was added to each filter and the digestion was allowed to proceed at 55° C. for 30 minutes, after which the solution was removed.

The filters were then treated with 4 ml of a prehybridization buffer (5×SSPE —0.5% SDS —100 micrograms/ml SS *E.coli* DNA - 5×BFP). The prehybridization treatment was carried out at 55° C., generally for 4 hours or longer, after which the prehybridization buffer was removed.

The hybridization process was carried out in the following manner. To each filter was added 3 ml of hybridization buffer (5×SSPE —0.5% SDS —100 micrograms/ml yeast tRNA) containing 0.025 picomoles of each of the 128 probe sequences of Table II (the total mixture being designated the EPV mixture) and the filters were maintained at 48° C. for 20 hours. This temperature was 2° C. less than the lowest of the calculated dissociation temperatures (Td) determined for any of the probes.

Following hybridization, the filters were washed three times for ten minutes on a shaker with 6×SSC —0.1% SDS at room temperature and washed two to three times with 6×SSC —1% SDS at the hybridization temperature (48° C.).

Autoradiography of the filters revealed seven positive clones among the 200,000 colonies screened.

Initial sequence analysis of one of the putative monkey cDNA clones (designated clone 83) was performed for verification purposes by a modification of the procedure of Wallace, et al., *Gene*, 16, pp. 21–26 (1981). Briefly, plasmid DNA from monkey cDNA clone 83 was linearized by digestion with EcoRI and denatured by heating in a boiling water bath. The nucleotide sequence was determined by the dideoxy method of Sanger, et al., *P.N.A.S. (U.S.A.)*, 74, pp. 5463–5467 (1977). A subset of the EPV mixture of probes consisting of 16 sequences was used as a primer for the sequencing reactions.

C. Monkey EPO cDNA Sequencing

Nucleotide sequence analysis of clone 83 was carried out by the procedure of Messing, *Methods in Enzymology*, 101, pp. 20–78 (1983). Set out in Table IV is a pre-

4,703,008

**19**

liminary restriction map analysis of the approximately 1600 base pair EcoRI/HindIII cloned fragment of clone 83. Approximate locations of restriction endonuclease enzyme recognition sites are provided in terms of number of bases 3' to the EcoRI site at the 5' end of the fragment. Nucleotide sequencing was carried out by sequencing individual restriction fragments with the intent of matching overlapping fragments. For example, an overlap of sequence information provided by analysis of nucleotides in a restriction fragment designated C113 (Sau 3A at ~111/SmaI at ~324) and the reverse order sequencing of a fragment designated C73 (AluI at ~424/BstEII at ~203).

**TABLE IV**

| Restriction Enzyme Recognition Site | Approximate Location(s) |
|---|---|
| EcoRI | 1 |
| Sau3A | 111 |
| SmaI | 180 |
| BstEII | 203 |
| SmaI | 324 |
| KpnI | 371 |
| RsaI | 372 |
| AluI | 424 |
| PstI | 426 |
| AluI | 430 |
| HpaI | 466 |
| AluI | 546 |
| PstI | 601 |
| PvuII | 604 |
| AluI | 605 |
| AluI | 782 |
| AluI | 788 |
| RsaI | 792 |
| PstI | 807 |
| AluI | 841 |
| AluI | 927 |
| NcoI | 946 |
| Sau3A | 1014 |
| AluI | 1072 |
| AluI | 1115 |
| AluI | 1223 |
| PstI | 1301 |
| RsaI | 1343 |

**20**

TABLE IV-continued

| Restriction Enzyme Recognition Site | Approximate Location(s) |
|---|---|
| AluI | 1384 |
| HindIII | 1449 |
| AluI | 1450 |
| HindIII | 1585 |

Sequencing of approximately 1342 base pairs (within the region spanning the Sau3A site 3' to the EcoRI site and the HindIII site) and analysis of all possible reading frames has allowed for the development of DNA and amino acid sequence information set out in FIG. 5. In the Figure, the putative initial amino acid residue of the amino terminal of mature EPO (as verified by correlation to the previously mentioned sequence analysis of twenty amino terminal residues) is designated by the numeral +1. The presence of a methionine-specifying ATG codon (designated −27) "upstream" of the initial amino terminal alanine residue as the first residue designated for the amino acid sequence of the mature protein is indicative of the likelihood that EPO is initially expressed in the cytoplasm in a precursor form including a 27 amino acid "leader" region which is excised prior to entry of mature EPO into circulation. Potential glycosylation sites within the polypeptide are designated by asterisks. The estimated molecular weight of the translated region was determine to be 21,117 daltons and the M.W. of the 165 residues of the polypeptide constituting mature monkey EPO was determined to be 18,236 daltons.

The polypeptide sequence of FIG. 5 may readily be subjected to analysis for the presence of highly hydrophilic regions and/or secondary conformational characteristics indicative of potentially highly immunogenic regions by, e.g., the methods of Hopp, et al., *P.N.A.S. (U.S.A.)*, 78, pp. 3824–3828 (1981) and Kyte et al., *J.Mol.Biol.*, 157, pp. 105–132 (1982) and/or Chou, et al., *Biochem.*, 13, pp. 222–245 (1974) and *Advances in Enzymology*, 47, pp. 45–47 (1978). Computer-assisted analysis according to the Hopp, et al. method is available by means of a program designated PEP Reference Section 6.7 made available by Intelligenetics, Inc. 124 University Avenue, Palo Alto, Calif.

EXAMPLE 4

A. Human Genomic Library

A Ch4A phage-borne human fetal liver genomic library prepared according to the procedures of Lawn, et al., *Cell*, supra was obtained and maintained for use in a plaque hybridization assay.

B. Plaque Hybridization Procedures For Screening Human Genomic Library

Phage particles were lysed and the DNAs were fixed on filters (50,000 plaques per filter) according to the procedures of Woo, *Methods In Enzymology*, 68, pp. 389–395 (1979) except for the use of GeneScreen Plus filters (New England Nuclear Catalog No. NEF-972) and NZYAM plates (NaCl, 5 g; MgCl₂·6H₂O, 2 g; NZ-Amine A, 10 g; yeast extract, 5 g; casamino acids, 2 g; maltose; 2 g; and agar, 15 g per liter).

The air-dried filters were baked at 80° C. for 1 hour and then digested with Proteinase K as described in Example 3, Part B. Prehybridization was carried out

4,703,008

21

with a 1 M NaCl —1% SDS buffer for 55° C. for 4 hours or more, after which the buffer was removed. Hybridization and post-hybridization washings were carried out as described in Example 3, Part B. Both the mixture of 128 20-mer probes designated EPV and the mixture of 128 17-mer probes of Table III (designated the EPQ mixture) were employed. Hybridization was carried out at 48° C. using the EPV probe mixture. EPQ probe mixture hybridization was carried out at 46° C. —4 degrees below the lowest calculated Td for members of the mixture. Removal of the hybridized probe for rehybridization was accomplished by boiling with 1×SSC —0.1% SDS for two minutes. Autoradiography of the filters revealed three positive clones (reactive with both probe mixtures) among the 1,500,000 15 phage plaques screened. Verification of the positive clones as being EPO-encoding was obtained through DNA sequencing and electron micrographic visualization of heteroduplex formation with the monkey cDNA of Example 3. This procedure also gave evidence of 20 multiple introns in the genomic DNA sequence.

EXAMPLE 5

Nucleotide sequence analysis of one of the positive clones (designated λλHEl) was carried out and results 25 obtained to date are set out in FIG. 6.

In FIG. 6, The initial continuous DNA sequence designates a top strand of 620 bases in what is apparently an untranslated sequence immediately preceding a translated portion of the human EPO gene. More specifically, the sequence appears to comprise the 5' end of the gene which leads up to a translated DNA region coding for the first four amino acids (−27 through −24) of a leader sequence ("presequence"). Four base pairs in the sequence prior to that encoding the beginning of the leader have not yet been unambiguously determined and are therefore designated by an "X". There then follows an intron of about 639 base pairs (439 base pairs of which have been sequenced and the remaining 200 base pairs of which are designated "I.S.") and immediately preceding a codon for glutamine which has been designated as residue −23 of the translated polypeptide. The exon sequence immediately following is seen to code for amino acid residues through an alanine residue (designated as the +1 residue of the amino acid sequence of mature human EPO) to the codon specifying threonine at position +26, whereupon there follows a second intron consisting of 256 bases as specifically designated. Following this intron is an exon sequence for amino acid residues 27 through 55 and thereafter a third intron comprising 612 base pairs commences. The subsequent exon codes for residues 56 through 115 of human EPO and there then commences a fourth intron of 134 bases as specified. Following the fourth intron is an exon coding for residue Nos. 116 through 166 and a "stop" codon (TGA). Finally, Table VI identifies a sequence of 568 base pairs in what appears to be an untranslated 3' region of the human EPO gene, two base pairs of which ("X") have not yet been unambiguously sequenced.

FIG. 6 thus serves to identify the primary structural conformation (amino acid sequence) of mature human EPO as including 166 specified amino acid residues (estimated M.W. = 18,399). Also revealed in the Figure is the DNA sequence coding for a 27 residue leader sequence along with 5' and 3' DNA sequences which may be significant to promoter/operator functions of the human gene operon. Sites for potential glycosyla-

22

tion of the mature human EPO polypeptide are designated in the Figure by asterisks. It is worthy of note that the specific amino acid sequence of FIG. 6 likely constitutes that of a naturally occurring allelic form of human erythropoietin. Support for this position is found in the results of continued efforts at sequencing of urinary isolates of human erythropoietin which provided the finding that a significant number of erythropoietin molecules therein have a methionine at residue 126 as opposed to a serine as shown in the Figure.

FIG. 9 illustrates the extent of polypeptide sequence homology between human and monkey EPO. In the upper continuous line of the Figure, single letter designations are employed to represent the deduced translated polypeptide sequences of human EPO commencing with residue −27 and the lower continuous line shows the deduced polypeptide sequence of monkey EPO commencing at assigned residue number −27. Asterisks are employed to highlight the sequence homologies. It should be noted that the deduced human and monkey EPO sequences reveal an "additional" lysine (K) residue at (human) position 116. Cross-reference to FIG. 6 indicates that this residue is at the margin of a putative mRNA splice junction in the genomic sequence. Presence of the lysine residue in the human polypeptide sequence was further verified by sequencing of a cDNA human sequence clone prepared from mRNA isolated from COS-1 cells transformed with the human genomic DNA in Example 7, infra.

EXAMPLE 6

The expression system selected for initial attempts at microbial synthesis of isolatable quantities of EPO polypeptide material coded for by the monkey cDNA provided by the procedures of Example 3 was one involving mammalian host cells (1.e., COS-1 cells, A.T.C.C. No. CRL-1650). The cells were transfected with a "shuttle" vector capable of autonomous replication in E.coli host (by virtue of the presence of pBR322-derived DNA) and the mammalian hosts (by virtue of the presence of SV40 virus-derived DNA).

More specifically, an expression vector was constructed according to the following procedures. The plasmid clone 83 provided in Example 3 was amplified in E.coli and the approximately 1.4 kb monkey EPO-encoding DNA was isolated by EcoRI and HindIII digestion. Separately isolated was an approximately 4.0 kb, HindIII/SalI fragment from pBR322. An approximately 30 bp, EcoRI/SalI "linker" fragment was obtained from M13mp10 RF DNA (P and L Laboratories). This linker included, in series, an EcoRI sticky end, followed by SstI, SmaI, BamHMI and XbaI recognition sites and a SalI sticky end. The above three fragments were ligated to provide an approximately 5.4 kb intermediate plasmid ("pERS") wherein the EPO DNA was flanked on one side by a "bank" of useful restriction endonuclease recognition sites. pERS was then digested with HindIII and SalI to yield the EPO DNA and the EcoRI to SalI (M13mp10) linker. The 1.4 kb fragment was ligated with an approximately 4.0 kb BamHI/SalI of pBR322 and another M13mp10 HindIII/BamHI RF fragment linker also having approximately 30 bp. The M13 linker fragment was characterized by a HindIII sticky end, followed by PstI, SalI, XbaI recognition sites and a BamHI sticky end. The ligation product was, again, a useful intermediate plasmid ("pBR-EPO") including the EPO DNA flanked on both sides by banks of restriction site.

23

The vector chosen for expression of the EPO DNA in COS-1 cells ("pDSVL1") had previously been constructed to allow for selection and autonomous replication in *E.coli.* These characteristics are provided by the origin of replication and Ampicillin resistance gene DNA sequences present in the region spanning nucleotides 2448 through 4362 of pBR322. This sequence was structurally modified by the addition of a linker providing a HindIII recognition immediately adjacent nucleotide 2448 prior to incorporation into the vector. Among the selected vector's other useful properties was the capacity to autonomously replicate in COS-1 cells and the presence of a viral promoter sequence functional in mammalian cells. These characteristics are provided by the origin of replication DNA sequence and "late gene" viral promoter DNA sequence present in the 342 bp sequence spanning nucleotide numbers 5171 through 270 of the SV40 genome. A unique restriction site (BamHI) was provided in the vector and immediately adjacent the viral promoter sequence through use of a commercially available linker sequence (Collaborative Research). Also incorporated in the vector was a 237 base pair sequence (derived as nucleotide numbers 2553 through 2770 of SV40) containing the "late gene" viral mRNA polyadenylation signal (commonly referred to as a transcription terminator). This fragment was positioned in the vector in the proper orientation vis-a-vis the "late gene" viral promoter via the unique BamHI site. Also present in the vector was another mammalian gene at a location not material to potential transcription of a gene inserted at the unique BamHI site, between the viral promoter and terminator sequences. [The mammalian gene comprised an approximately 2,500 bp mouse dihydrofolate reductase (DMFR) mini-gene isolated from plasmid pMG-1 as in Gasser, et al., *P.N.A.S.* (*U.S.A.*), 79, pp. 6522–6526, (1982).] Again, the major operative components of plasmid pDSVL1 comprise nucleotides 2448 through 4362 of pBR322 along with nucleotides 5171 through 270 (342 bp) and 2553 through 2770 (237 bp) of SV40 DNA.

Following procedures described, e.g., in Maniatis, et al., supra, the EPO-encoding DNA was isolated from plasmid pBR-EPO as a BamHI fragment and litaged into plasmid pDSVL1 cut with BamHI. Restriction enzyme analysis was employed to confirm insertion of the EPO gene in the correct orientation in two of the resulting cloned vectors (duplicate vectors H and L). See FIG. 2, illustrating plasmid pDSVL-MkE. Vectors with EPO genes in the wrong orientation (vectors F, X and G) were saved for use as negative controls in transfection experiments designed to determine EPO expression levels in hosts transformed with vectors having EPO DNA in the correct orientation.

Vectors H, L, F, X and G were combined with carrier DNA (mouse liver and spleen DNA) were employed to transfect duplicate 60 mm plates by calcium phosphate microprecipitate methods. Duplicate 60 mm plates were also transfected with carrier DNA as a "mock" transformation negative control. After five days all culture media were tested for the presence of polypeptides possessing the immunological properties of naturally-occurring EPO.

### EXAMPLE 7

A. Initial EPO Expression System Involving COS-1 Cells

The system selected for initial attempts at microbial synthesis of isolatable quantities of human EPO poly-

24

peptide material coded for by the human genomic DNA EPO clone, also involved expression in mammalian host cells (i.e., COS-1 cells, A.T.C.C. No. CRL-1650). The human EPO gene was first sub-cloned into a "shuttle" vector which is capable of autonomous replication in both *E.coli* hosts (by virtue of the presence of pBR322 derived DNA) and in the mammalian cell line COS-1 (by virtue of the presence of SV40 virus derived DNA). The shuttle vector, containing the EPO gene, was then transfected into COS-1 cells. EPO polypeptide material was produced in the transfected cells and secreted into the cell culture media.

More specifically, an expression vector was constructed according to the following procedures. DNA isolated from lambda clone λhE1, containing the human genomic EPO gene, was digested with BamHI and HindIII restriction endonucleases, and a 5.6 kb DNA fragment known to contain the entire EPO gene was isolated. This fragment was mixed and ligated with the bacterial plasmid pUC8 (Bethesda Research Laboratories, Inc.) which had been similarly digested, creating the intermediate plasmid "pUC8-HuE", providing a convenient source of this restriction fragment.

The vector chosen for expression of the EPO DNA in COS-1 cells (pSV4SEt) had previously been constructed. Plasmid pSV4SEt contained DNA sequences allowing selection and autonomous replication in *E.coli.* These characteristics are provided by the origin of replication and Ampicillin resistance gene DNA sequences present in the region spanning nucleotides 2448 through 4362 of the bacterial plasmid pBR322. This sequence was structurally modified by the addition of a linker providing a HindIII recognition site immediately adjacent to nucleotide 2448. Plasmid pSV4SEt was also capable of autonomous replication in COS-1 cells. This characteristic was provided by a 342 bp fragment containing the SV40 virus origin of replication (nucleotide numbers 5171 through 270). This fragment had been modified by the addition of a linker providing an EcoR1 recognition site adjacent to nucleotide 270 and a linker providing a Sall recognition site adjacent nucleotide 5171. A 1061 bp fragment of SV40 was also present in this vector (nucleotide numbers 1711 through 2772 plus a linker providing a Sall recognition site next to nucleotide number 2772). Within this fragment was an unique BamHI recognition sequence. In summary, plasmid pSV4SEt contained unique BamHI and HindIII recognition sites, allowing insertion of the human EPO gene, sequences allowing replication and selection in *E.coli,* and sequences allowing replication in COS-1 cells.

In order to insert the EPO gene into pSV4SEt, plasmid pUC8-HuE was digested with BamH1 and HindIII restriction endonucleases and the 5.6 kb EPO encoding DNA fragment isolated. pSV4SEt was also digested with BamH1 and HindIII and the major 2513 bp fragment isolated (preserving all necessary functions). These fragments were mixed and ligated, creating the final vector "pSVgHuEPO". (See, FIG. 3.) This vector was propagated in *E.coli* and vector DNA isolated. Restriction enzyme angalysis was employed to confirm insertion of the EPO gene.

Plasmid pSVgHuEPO DNA was used to express human EPO polypeptide material in COS-1 cells. More specifically, pSVgHuEPO DNA was combined with carrier DNA and transfected into triplicate 60 mm plates of COS-1 cells. As a control, carrier DNA alone was also transfected into COS-1 cells. Cell culture media were sampled five and seven days later and tested

4,703,008

25

for the presence of polypeptides possessing the immunological properties of naturally occurring human EPO.

B. Second EPO Expression System Involving COS-1 Cells

Still another system was designed to provide improved production of human EPO polypeptide material coded by the human genomic DNA EPO clone in COS-1 cells (A.T.C.C. No. CRL-1650).

In the immediately preceding system, EPO was expressed in COS-1 cells using its own promoter which is within the 5.6 Kb BamHI to HindIII restriction fragment. In the following construction, the EPO gene is altered so that it is expressed using the SV40 late promoter.

More specifically, the cloned 5.6 Kb BamHI to HindIII genomic human EPO restriction fragment was modified by the following procedures. Plasmid pUC8-HuE, as described above, was cleaved with BamHI and with BstEII restriction endonucleases. BstEII cleaves within the 5.6 Kb EPO gene at a position which is 44 base pairs 5′ to the initiating ATG coding for the pre-peptide and approxImately 680 base pairs 3′ to the HindIII restriction site. The approximately 4900 base pair fragment was isolated. A synthetic linker DNA fragment, containing SalI and BstEII sticky ends and an internal BamHI recognition site was synthesized and purified. The two fragments were mixed and ligated with plasmid pBR322 which had been cut with SalI and BamHI to produce the intermediate plasmid pBRgHE. The genomic human EPO gene can be isolated therefrom as a 4900 base pair BamHI digestion fragment carrying the complete structural gene with a single ATG 44 base pairs 3′ to BamHI site adjacent the amino terminal coding region.

This fragment was isolated and inserted as a BamHI fragment into BamHI cleaved expression vector plasmid pDSVL1 (described in Example 6). The resulting plasmid, pSVLgHuEPO, as illustrated in FIG. 4, was used to express EPO polypeptide material from COS-1 cells, as described in Examples 6 and 7A.

EXAMPLE 8

Culture media from growth of the six transfected COS-1 cultures of Example 6 were analyzed by radio-immunoassay according to the procedures set forth in Example 2, Part B. Each sample was assayed at 250, 125, 50, and 25 microliter aliquot levels. Supernatants from growth of cells mock transfected or transfected with vectors having incorrect EPO gene orientation were unambiguously negative for EPO immunoreactivity. For each sample of the two supernatants derived from growth of COS-1 cells transfected with vectors (H and L) having the EPO DNA in the correct orientation, the % inhibition of $^{125}I$-EPO binding to antibody ranged from 72 to 88%, which places all values at the top of the standard curve. The exact concentration of EPO in the culture supernatant could not then reliably be estimated. A quite conservative estimate of 300 mU/ml was made, however, from the value calculation of the largest aliquot size (250 microliter).

A representative culture fluid according to Example 6 and five and seven day culture fluids obtained according to Example 7A were tested in the RIA in order to compare activity of recombinant monkey and human EPO materials to a naturally-occurring human EPO standard and the results are set out in graphic form in FIG. 1. Briefly, the results expectedly revealed that the

26

recombinant monkey EPO significantly competed for anti-human EPO antibody although it was not able to completely inhibit binding under the test conditions. The maximum percent inhibition values for recombinant human EPO, however, closely approximated those of the human EPO standard. The parallel nature of the dose response curves suggests immunological identity of the sequences (epitopes) in common. Prior estimates of monkey EPO in culture fluids were re-evaluated at these higher dilution levels and were found to range from 2.91 to 3.12 U/ml. Estimated human EPO production levels were correspondingly set at 392 mU/ml for the five-day growth sample and 567 mU/ml for the seven day growth sample. Estimated monkey EPO production levels in the Example 7B expression system were on the same order or better.

EXAMPLE 9

Culture fluids prepared according to Examples 6 and 7 were subjected to an in vitro assay for EPO activity according to the procedure of Goldwasser, et al., *Endocrinology*, 97, 2, pp. 315–323 (1975). Estimated monkey EPO values for culture fluids tested ranged from 3.2 to 4.3 U/ml. Human EPO culture fluids were also active in this in vitro assay and, further, this activity could be neutralized by anti-EPO antibody. The recombinant monkey EPO culture fluids according to Example 6 were also subjected to an assay for in vivo biological activity according to the general procedures of Cotes, et al., *Nature*, 191, pp. 1065–1067 (1961) and Hammond, et al., *Ann.N.Y.Acad.Sci.*, 149, pp. 516–527 (1968) and activity levels ranged from 0.94 to 1.24 U/ml.

EXAMPLE 10

In the previous examples, recombinant monkey or human EPO material was produced from vectors used to transfect COS-1 cells. These vectors replicate in COS-1 cells due to the presence of SV40 T antigen within the cell and an SV40 origin of replication on the vectors. Though these vectors produce useful quantities of EPO in COS-1 cells, expression is only transient (7 to 14 days) due to the eventual loss of the vector. Additionally, only a small percentage of COS-1 cells are productively transfected with the vectors. The present example describes expression systems employing Chinese hamster ovary (CMO) DHFR⁻ cells and the selectable marker, DHFR. [For discussion of related expression systems, see U.S. Pat. No. 4,399,216 and European Patent Application Nos. 117058, 117059 and 117060, all published Aug. 29, 1984.]

CHO DHFR⁻ cells (DuX-B11) CHO K1 cells, Urlaub, et al., *Proc. Nat. Acad. Sci. (U.S.A.)*, Vol. 77, 4461 (1980) lack the enzyme dihydrofolate reductase (DHFR) due to mutations in the structural genes and therefore require the presence of glycine, hypoxanthine, and thymidine in the culture media. Plasmids pDSVL-MkE (Example 6) or pDSVL-gHuEPO (Example 7B) were transfected along with carrier DNA into CHO DHFR⁻ cells growing in media containing hypoxanthine, thymidine, and glycine in 60 mm culture plates. Plasmid pSVgHuEPO (Example 7A) was mixed with the plasmid pMG2 containing a mouse dihydrofolate reductase gene cloned into the bacterial plasmid vector pBR322 (per Gasser, et al., supra.) The plasmid mixture and carrier DNA was transfected into CHO DHFR⁻ cells. (Cells which acquire one plasmid will generally also acquire a second plasmid.) After three days, the cells were dispersed by trypsinization into several 100