NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

02/28/07

cc: Clerk's Office, DCT
Lloyd R. Day, Jr.
David M. Madrid, Thomas F. Fleming

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE: 02/28/07**

AMGEN V F HOFFMAN-LAROCHE, 2007-1096
DCT - 05-CV-12237

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By:_____ Date: 2/28/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1096

AMGEN, INC.,

                                Plaintiff-Appellee,

v.

F. HOFFMAN-LAROCHE LTD., ROCHE DIAGNOSTICS GMBH,
and HOFFMAN LAROCHE, INC.,

                                Defendants-Appellees,

v.

ORTHO BIOTECH PRODUCTS, L.P.,

                                Movant-Appellant.

# ORDER