UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD ROCHE DIAGNOSTICS GmbH and HOFFMANN-LA ROCHE INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR ADMISSION OF DAVID L. COUSINEAU**
***PRO HAC VICE* FOR DEFENDANTS**

The undersigned, Keith E. Toms, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of David L. Cousineau as an attorney for the defendants.

As stated in the accompanying declaration (attached hereto as Exhibit A), David L. Cousineau is an associate with the firm of Kaye Scholer LLP, 901 Fifteenth St, NW, Washington, D.C., 20005-2327, and a member of the bar of the State of New York, among others. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

WHEREFORE, it is respectfully requested that David L. Cousineau be admitted to the bar of this Court *pro hac vice*.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that Amgen will not oppose.

DATED:   Boston, Massachusetts
              March 12, 2007

                                          F. HOFFMANN-LA ROCHE LTD
                                          ROCHE DIAGNOSTICS GmbH
                                          HOFFMANN-LA ROCHE INC.

                                          By its attorneys,

                                          /s/  Keith E. Toms
                                          Lee Carl Bromberg (BBO# 058480)
                                          Julia Huston (BBO# 562160)
                                          Keith E. Toms (BBO# 663369)
                                          Nicole A. Rizzo (BBO #663853)
                                          BROMBERG & SUNSTEIN LLP
                                          125 Summer Street
                                          Boston, MA 02110
                                          Tel. (617) 443-9292
                                          ktoms@bromsun.com

                                          and

                                          Leora Ben-Ami *(pro hac vice)*
                                          Patricia A. Carson *(pro hac vice)*
                                          Thomas F. Fleming *(pro hac vice)*
                                          Howard Suh *(pro hac vice)*
                                          Peter Fratangelo (BBO# 639775)
                                          KAYE SCHOLER LLP
                                          425 Park Avenue
                                          New York, NY 10022
                                          Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

03099/00501 609417.1

/s/  Keith E. Toms
Keith E. Toms