# EXHIBIT D

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

February 28, 2007

**VIA FACSIMILE AND E-MAIL**

Thomas F. Fleming, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
Case No. 05 Civ. 12237 WGY

Dear Tom:

As promised during our meet and confer yesterday, I am providing deposition dates and Rule 30(b)(6) witness identity for some of Amgen's witnesses.

## Individuals:

- Alex Lyons is available for deposition on March 22.

- Thomas Strickland – Roche requested a deposition date of March 9. This date is most likely acceptable. We expect to confirm this on Friday, March 2.

- Helen Torley is available for her individual deposition on March 19.

- Graham Molineux is available during the week of March 26.

- Fu-Kuen Lin is out of the country until March 12. We will determine his availability as soon as he returns.

- Daniel Vapnek is out of the country until next week. We will determine his availability as soon as he returns.

- Joan Egrie is willing to appear voluntarily on March 23 for a non-video deposition. If Roche insists on videotaping the deposition, Dr. Egrie will require Roche to issue a subpoena for her appearance.

Thomas F. Fleming, Esq.
February 28, 2007
Page 2

**Rule 30(b)(6) witnesses:**

Subject to our continuing meet and confer, we offer the following preliminary information:

- Robert Azelby is available as Amgen's 30(b)(6) witness on Topics 19 and 20 on March 14.

- Helen Torley is available as Amgen's 30(b)(6) witness on Topics 16, 22, 24, and 25 (the later two topics are subject to further meeting and conferring on scope) on March 20.

- Fred Manak is available as Amgen's 30(b)(6) witness on Topics 17 and 23 on March 28.

- James Daly is available as Amgen's 30(b)(6) witness on Topic 15 and 21. We are obtaining dates.

Please let me know if you are available for a further meet and confer on Friday morning for additional discussion on Roche's Rule 30(b)(6) topics.

Very truly yours,

William G. Gaede, III

cc:    Mike Gottfried, Esq.
       Krista Carter, Esq.
       Sandip H. Patel, Esq.