Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 323 Att. 4

# LODISH DECLARATION
# EXHIBIT B
# PART 2 OF 2

Dockets.Justia.com

# Lodish Tutorial

## mRNA Translation

translation start codon

ribosome

mRNA

G G A G A U G G G G G U G C A C G A A U G U C C U G C C U G G C U G

A C A G G A

(Met) (Gly) (Val) (His) (Glu) (Ala) (Trp) (Leu)

C G G

tRNA

N-terminus

Met Gly Val His Glu Cys Pro

Ala

amino acid

protein chain

Trial Exhibit A, Tab 12
97-10814-WGY

Trial Exhibit A, Tab 13
97-10814-WGY



# Lodish Tutorial

## DNA Encoding EPO (Figure 6)

### FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCTCCCGCGACCCAGGGCCCGGGAGCAGCCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCTGGCGACCCCTCACGCACACAGCCTCTCCCCCACCCCCACCCGCGCACGCACACATG
CAGATAACAGCCCCGACCCCCGGCCAGAGCCGXAGAGTCCCTGGGCCACCCCGGCCGCTCGCCTGCCGCTG
CGCCGCACCGCGCTGTCCTCCCGGAGCCGGACCGGGGCCACCGCGCCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGGGGCTGGCCCTGCACCGCCGAGCTTCCCGGGATGAGGXX
                                                     -27         -24
                                                     Met Gly Val His
CCCGGTGACCGGCGCGCCCCAAGTCGCTGAGGGACCCCGGCCAAGCGGAG    ATG GGG GTG CAC G
GTGAGTACTCGCGGGCTGGGCGCTCCCGGCGGCCGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

### FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGGCGACTTGTCAAGGACCCCGGAAGGGGGAGGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGGACTTGGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTGCAGTTGTGTCGTTGTCAGTGTCTCG[I·S·]
TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCCGCCTGACTCT

                          -23         -20
                          Glu Cys Pro Ala Trp Leu Trp Leu Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG      AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG

    -10                                 -1  +1
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT

        10                                  20              *
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

 26
Thr
ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

Trial Exhibit A, Tab 14
97-10814-WGY

# Lodish Tutorial

## DNA Encoding EPO (Figure 6)

### FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG

                                                   27              30
                                                   Thr Gly Cys Ala Glu
CCAGAGCCTTCAGGGACCCTTGACTCCCCGGGCTGTGTGCATTTCAG     ACG GGC TGT GCT GAA

                            *      40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

50                  55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT

TGCGAGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

### FIG.6D

```
AAAAAGAAAAGAAAAAAGAAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGGCAGGAGGGAGAGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG

 56          60                                     70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT

                        80                  *                       90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                                100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

110                 115
Arg Ala Leu Gly Ala Gln
CGG GCT CTG GGA GCC CAG GTGAGTAGGAGCGGACACTTCTGCTTGCCCTTTCTGTAAGAAGGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGGCACTGCAGCGACCTCCT

                       116             120
                       Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
GTTTTCTCCTTGGCAG       AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT
```

Trial Exhibit A, Tab 14 A
97-10814-WGY

# Lodish Tutorial

## DNA Encoding EPO (Figure 6)

### FIG.6E

130 140

Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser

CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

150 160

Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly

AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

166

Asp Arg OP

GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCCGCCACTCCTGAACCCCGTCGAGGGGCTCTCAGCTCAGCGCCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCAGAGGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGATTTAC

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCTCTGGCTCTCATGGGGTCCAAGTTTTGTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC

Sheet 12 of 27

Lodish Tutorial
Transcription
nucleus
DNA
mRNA
cytoplasm
DNA
Transcription
intron
primary transcript
Splicing
mRNA
Trial Exhibit A, Tab 15
97-10814-WGY

Lodish Tutorial
Translation
nucleus
DNA
mRNA
cytoplasm
Translation
ribosome
mRNA
beginning of
a protein
Trial Exhibit A, Tab 16
97-10814-WGY
Lodish 16

# Lodish Tutorial

## Post -Translational Removal of Leader Peptide

Trial Exhibit A, Tab 17
97-10814-WGY

# Lodish Tutorial

## Post-Translational Glycosylation

Trial Exhibit A, Tab 18
97-10814-WGY



# Lodish Tutorial

## Completion of Glycosylation and Secretion

Trial Exhibit A, Tab 19
97-10814-WGY

# Lodish Tutorial

## Oligosaccharides

Trial Exhibit A, Tab 20
97-10814-WGY

# Lodish Tutorial

## EPO Isoforms

14 sialic acid residues

9 sialic acid residues

12 sialic acid residues

6 sialic acid residues

10 sialic acid residues

5 sialic acid residues

**N-linked oligosaccharide**

**O-linked oligosaccharide**

**Sialic acid**

Trial Exhibit A, Tab 21
97-10814-WGY