# LODISH DECLARATION
# EXHIBIT C

# Lin Example 10

## Vector Construction



Lin 1

# Lin Example 10
## Transfection



Lin 2

# Lin Example 10

## Transfection / Recombination / Integration

**Transfection**



EPO expression construct

Chromosome

**Recombination**



EPO expression construct

Chromosome

**Integration**



Recombinant Chromosome

Legend: ■ EPO structural gene  ■ EPO upstream DNA  ■ Viral promoter DNA  ■ DHFR gene DNA

Lin 3

# Lin Example 10

## Recombinant Chromosome



Recombinant Chromosome DNA

Random Integration

Legend: EPO structural gene | EPO upstream DNA | Viral promoter DNA | DHFR gene DNA

Lin 4

# Lin Example 10
## EPO Protein Expression



Lin 5

# Lin Example 10

## DNA Amplification



Lin 6

# Lin Example 10

## Re-Amplification



Lin 7

# Lin Example 10

## Process for EPO Production



Cells with amplified EPO DNA

Production of EPO protein

Purification of EPO protein

Pharmaceutical EPO

Lin 8