EXHIBIT E

PART 3 of 3

injection. Bovine BI and BI-BSA conjugates are highly immunogenic resulting in antibodies being formed against both molecules. Mice that had received prior injections of BI-MSA did not respond to subsequent injections of BI. This is an important finding in light of our interest in using insulin as a targeting agent (described in the following section). Table 5 lists the number of enzymes which have been rendered nonimmunogenic by the covalent attachment to homologous albumin. We now feel that it is likely that any enzyme can be so rendered providing that we can cross-link it while retaining significant enzyme activity. The exact mechanism whereby the antigenic sites appear to be masked and the question whether the process of tolerance is involved have still to be determined.

### 5.5. IN VIVO TARGETING

The majority of enzyme deficiency diseases involve substrate accumulation in specific tissues, cell types and intracellular organelles, often lysosomes. In some cases it may simply be possible to lower substrate levels in the plasma producing sufficient concentrations gradients to form and allow substrate to be literally pulled out of accumulating sites within cells not ordinarily accessible to administered enzyme. In many of the lipid and carbohydrate storage diseases which are usually lysosomal in nature, the accumulation of substrate is limited to secondary lyososmes in specific tissue often liver and spleen but frequently muscle and nervous tissue. Table 6 lists a number of the more common or well understood lysosomal storage diseases along with the specific defects and sites of substrate accumulation. The net result of many of these diseases is a gross accumulation of secondary lysosomes packed with undegraded substrate. This can be seen to be choking the cell (sometimes described as Foam Cells in nervous tissue) thereby severely altering cellular and tissue function. Thus consideration of enzyme replacement therapy for the treatment of these lysosomal storage diseases requires specific delivery of the enzyme not only to specific tissues and cells but to the same secondary lysosomes in which substrate is accumulating. One has to imagine both the degradation of accumulated substrate and the prevention of further accumulation in contemplating enzyme therapy.

We have previously discussed a number of clinical trials for the treatment of lysosomal storage diseases where the trials failed because the enzyme administered failed to reach specific organs. In considering targeting enzymes or drugs we have also to consider the importance of steering the carrier-drug/enzyme complex away from the reticuloendothelial tissue of the liver and spleen. In both clinical trials evidence of substrate degradation due to administered enzyme was evident in Kupffer cells of the liver, but not in either respiratory or cardiac muscle or the central nervous system where substrate accumulation is fatal in Pompe's disease and Tay-Sachs disease respectively. We have used two approaches towards the question of targeting enzyme-albumin complexes. We have used antibodies to target enzyme-albumin polymers to specific cells both *in vivo* and *in vitro*. We have also used the insulin molelcule as a targeting agent to direct enzyme-albumin polymers to tissue rich in insulin receptors. One major advantage that enzymes have as therapeutic agents over drugs such as anticancer drugs is the fact that enzymes are generally nontoxic so that even a small degree of targeting to a specific organ may be significant even if the majority of the enzyme is arriving at an ineffective site albeit harmless.

Tables 7 and 8 demonstrate our *in vivo* data for targeting L-asparaginase and $\alpha$-1,4-glucosidase to tumor cells and hepatocytes respectively. In the case of the anti-tumor agent L-asparaginase we used monoclonal antibodies directed against the H-$2^k$ antigen present on mouse RI tumor cells. The experiments were performed in Balb/Ccr mice which possess the H-$2^d$ antigen so that the enzyme-albumin-anti-H-$2^k$ antibody complex could distinguish between the normal and tumor cells. The *in vivo* data show that the L-asparaginase remains in the mouse for much longer periods of time when it is conjugated with albumin and with the antibody molecule directed against a surface antigen on the tumor cell. Our laboratory (Poznansky *et al.*, 1982) is attempting to direct L-asparaginase to pancreatic tumor cells in an analogous manner using monoclonal antibodies directed against the pancreatic tumor cell line Panc-1. Experiments with $\alpha$-1,4-glucosidase were

70                                    MARK J. POZNANSKY

TABLE 6. *Representative List of Inherited Lysosomal Storage Disorders Demonstrable as Enzyme Deficiency Diseases*

| Disease | Defective enzyme | Accumulating substrate | Clinical picture |
|---|---|---|---|
| *Lipid Storage* | | | |
| Gaucher (Glucocerebrosidoses) | Glucosylceramidase | Glucosylceramide, lactosylceramide, glucosyl sphingosine | Juvenile or adult onset, hepatosplenomegaly infantile onset, severe retardation, death by 2 years. |
| Tay–Sachs $GM_2$ Gangliosidoses | $\beta$-N-acetylhexosaminidase A | $GM_2$ Ganglioside | Infantile onset, severe retardation, death by 5 years |
| Fabry (Ceramidetrihexosidosis) | $\alpha$-Galactosidase A | Digalactosyl ceramide galactosyl–galactosylglucosyl ceramide | Juvenile onset, renal and cardiovascular insufficiency death by age 30–40 years. |
| Niemann–Pick Sphingomyelinosis Type A | Sphingomyelin Phosphodiesterase | Sphingomyelin | Infantile onset, severe retardation, hepatosplenomegaly, death by 4 years. |
| *Carbohydrate Storage* | | | |
| Mannosidosis | Mannosidase A and B | Mannose containing polysaccharides and glycopeptides | Infantile to juvenile onset, severe psychomotor retardation. |
| Pompe (Type II Glycogenosis) | $\alpha$-1,4-Glucosidase | Glycogen | Infantile onset, cardiomegaly and respiratory distress, muscle weakness, death by 2–3 years. |
| Hurler (MPS I-H) | DL-Iduronidase | Dermatan sulphate Heparan sulphate | Infantile onset, retardation, hepatosplenomegaly, death by 20 years |
| Hunter (MPS II Type A) | Iduronate sulfatase | as in Hurler's | Similar to but milder than Hurler's. |

TABLE 7. In vivo *Targeting of L-Asparaginase–Albumin Polymers*

| Enzyme preparation | % $^{125}$I-enzyme remaining | | |
|---|---|---|---|
| | 15 hr | 24 h | 48 hr |
| Free L-Asparaginase | 9 | 4 | 3 |
| L-Asparaginase–albumin polymer | 41 | 17 | 11 |
| L-Asparaginase–anti-H-$2^k$ antibody | 60 | 38 | 21 |
| L-Asparaginase–albumin–anti-H-$2^k$ antibody | 74 | 511 | 37 |

RI tumor cells (which possess the H-$2^k$ antigen) were injected i.p. into Balb/Ccr mice (which possess the H-$2^d$ antigen) at time zero. 24 hr later $^{125}$I-enzyme in various preparations was also injected i.p. and the counts remaining determined at 15, 24 and 48 hr. NaI was added to the drinking water of the mice 24 hr prior to enzyme injection. The drop in $^{125}$I represents the clearance of the labeled enzyme from the mice.

devised to determine the possibility of targeting the enzyme to the population of liver cells, the hepatocytes, as opposed to the more phagocytic Kupffer cells, the normal site of clearance of many foreign proteins and particles from the circulation. We had anticipated that albumin itself would act as a targeting agent to direct the $\alpha$-1,4-glucosidase to hepatocytes which are known to possess specific albumin receptors. Table 8 indicates that the degree of targeting of the conjugate to hepatocytes as a function of the attached albumin is not impressive. We then proceeded to produce a heterologous antiserum to rat hepatocytes. This was accomplished by isolating hepatocytes and injecting them into rabbits using a normal immunization protocol. The antiserum was then adsorbed to rat spleen cells and Kupffer cells in an effort to adsorb away the antibodies not directed against hepatocytes (Poznansky and Bhardwaj, 1981). The resultant antiserum was separated into an IgG fraction by ammonium sulphate precipitation (Hudson and Hay, 1976) and the IgG molecules covalently attached to the $\alpha$-1,4-glucosidase–albumin polymers using glutaraldehydes as the cross-linking agent. Antibodies against human skin fibroblasts were used as the control. Attachment of the anti-hepatocyte antibody to the $\alpha$-1,4-glucosidase–albumin polymer produced an important shift in the distribution of the enzymes from Kupffer cell uptake to hepatocyte uptake. Thus it is possible in *in vivo* experiments to target these conjugates to hepatocytes while avoiding the more phagocytic Kupffer cells. Figure 4 demonstrated that the targeted enzyme–albumin complex not only bound to the surface of the hepatocytes but also could be found associated with a lysosomal fraction. In the case described in Table 8 and Fig. 4 the polymer was injected intravenously and its distribution studied following clearance of at least 90% of the $^{125}$I-labeled enzyme from the circulation.

In the case of Pompe's disease or Type II glycogenosis while glycogen storage occurs in the liver and spleen and the disease is associated with hepatosplenomegaly, the most

TABLE 8. *Targeting Enzyme–Albumin Polymers to Hepatocytes*

| $^{125}$I-labeled protein preparation | $^{125}$I radioactivity (cpm/mg of cell protein) | | |
|---|---|---|---|
| | Hepatocytes | Kupffer cells | Ratio |
| $\alpha$-1,4-Glucosidase | 108 $\pm$ 22 | 1030 $\pm$ 131 | 0.10 $\pm$ 0.01 |
| Albumin | 42 $\pm$ 20 | 177 $\pm$ 49 | 0.25 $\pm$ 0.05 |
| Enzyme–albumin polymer | 95 $\pm$ 31 | 508 $\pm$ 133 | 0.20 $\pm$ 0.03 |
| Anti-F-IgG | 109 $\pm$ 15 | 629 $\pm$ 120 | 0.16 $\pm$ 0.03 |
| Anti-H-IgG | 233 $\pm$ 32 | 280 $\pm$ 40 | 0.85 $\pm$ 0.09* |
| Anti-F-IgG-polymer | 182 $\pm$ 39 | 1067 $\pm$ 189 | 0.17 $\pm$ 0.02 |
| Anti-H-IgG-polymer | 317 $\pm$ 80 | 259 $\pm$ 11 | 1.23 $\pm$ 0.15* |

*Significantly different from all other preparation at $p < 0.001$.

Various enzyme or antibody preparations were injected intravenously. When 80–90% of the injected label had cleared from the circulation, the rats were anaesthetized and the livers were perfused with collagenase to separate hepatocytes from Kupffer cells. The ratio represents the counts per mg cell protein in the hepatocytes over that in the Kupffer cells. The anti-F-IgG represents a control antibody derived from the serum of a rabbits immunized to human skin fibroblasts. The anti-H-IgG preparation was derived from the serum of a rabbit that had received repeated injections of isolated rat hepatocytes. The antiserum was absorbed with rat spleen cells prior to conjugation using glutaraldehyde.

critical site of glycogen storage and the real cause of infant death is cardiac and respiratory dysfunction as a result of glycogen accumulation. It was thus our intention to determine how the enzyme–albumin complex might be targeted to muscle tissue as well as to hepatocytes. Muscle cells have a very high density of insulin receptors. We contemplated the possibility of producing antibodies against the insulin receptor but this has been shown by others to be most onerous task (Kahn et al., 1978). Because it has been shown that anti-insulin receptor antibodies mimic many of the characteristics of the insulin molecule

TABLE 9. *Insulin Mediated Targeting of Enzymes*

| Enzyme preparation | % Binding | |
|---|---|---|
| | Chick muscle cells | Mouse spleen cells |
| $^{125}$I-α-Glucosidase (yeast) | 6.7 | 5.2 |
| $^{125}$I-α-Glucosidase (human placenta) | 8.1 | 6.8 |
| $^{125}$I-α-Glucosidase–albumin (yeast) | 4.0 | 3.6 |
| $^{125}$I-α-Glucosidase–albumin–insulin (yeast) | 30.1 | 28.8 |
| $^{125}$I-α-Glucosidase–albumin–insulin (human placenta) | 37.1 | 31.4 |

Binding conditions were as follows: 0.05 µg of $^{125}$I-labeled enzyme preparation was incubated with $2 \times 10^6$ chick embryonic pectoral muscle cells or $1 \times 10^6$ mouse spleen cells for 30 min at 37°C. The cells were then washed and counted. When the cells were also incubated with chloriquine, binding of insulin containing polymers increased while internalization of the polymers was inhibited. Chloriquine had no effect on binding of free enzyme or enzyme–albumin polymer.

itself, we supposed that it might be easier to use insulin as a targeting agent to direct the enzyme–albumin complex to muscle tissue. We were able to conjugate as many as twelve insulin molecule per albumin molecule on an α-1,4-glucosidase–albumin polymer resulting in an enzyme–albumin–insulin molar ratio averaging 1:12:60 with an average molecular weight of $1.2 \times 10^6$. Unreacted insulin was separated from the conjugate by gel chromatography using Sephadex G-200 and by extensive dialysis using Spectropore dialysis tubing with a pore exclusion size of 14,000. We have four lines of evidence to indicate that the insulin is conjugated to the enzyme–albumin polymer (Poznansky and Singh, 1982).

1. Anti-insulin antibodies react with enzyme–albumin–insulin polymers but not with enzyme–albumin conjugates.
2. Enzyme–albumin–insulin conjugates are cleared from the circulation with a half-time of 4 hr as compared to 16 hr for the enzyme–albumin complex alone.
3. Enzyme–albumin–insulin polymers retain the hypoglycemic effect of insulin and roughly the same glucose lowering ability that an equivalent amount of free insulin might be expected to produce.
4. Enzyme–albumin–insulin conjugates bind preferentially to mouse spleen cells and to chick embryonic muscle cells both in tissue culture (Table 9). We also have preliminary data to indicate that the insulin conjugate targets preferentially *in vivo* to tissues bearing high densities of insulin receptors. When $^{125}$I-labeled α-1.4-glucosidase–albumin polymers are injected intravenously into mice we could not detect *any* label associated with muscle tissue. Conjugating insulin to the polymer prior to injection resulted in a small but significant uptake into muscle tissue including cardiac, respiratory and peripheral skeletal muscle. This difference is seen when careful consideration is made for the amount of polymer remaining in the blood contaminating the various muscle tissue. We also observe a higher uptake of the insulin-conjugated polymer into spleen, another tissue very rich in insulin receptors. Although the extent of uptake of the insulin conjugate into muscle tissue is limited to 2–3% of the total dose of polymer this is a considerable amount of enzyme when compared to the undetectable amount of enzyme delivered to muscle tissue in the absence of insulin as a targeting agent.

## 6. SUMMARY

It has become apparent in the past few years that a variety of approaches to treating enzyme deficiency diseases and specifically for the delivery of drugs/enzymes to specific sites will be required to overcome the various limitations to simple drug or enzyme administration. It is now evident that no one carrier system will prove a panacea to tackle all of the situations where carrier systems may be required (Gregoriadis, 1976). In one case we may require that an enzyme remain for a prolonged period within the circulation, in another delivery of enzyme to phagocytic tissue may be required whereas in a third case it may be essential that the reticuloendothelial system be avoided in order that delivery to specific tissues be achieved. Under certain circumstances where enzymes may have to move from the plasma past endothelial barriers to tissue such as muscle, it may be important to retain the enzyme within the circulation in order to allow a maximum amount of the enzyme or enzyme–carrier complex to permeate the endothelial barrier. Consideration must also be given to the effects of the enzyme/drug on nontarget tissue. In the case of antitumor agents and perhaps even toxins such as ricin toxin or diphtheria toxin a high efficiency targeting to tumor tissue may be required because of the high toxicity and adverse effects of the product on normal tissue. In other cases the deposition of enzymes or drugs in nontarget tissue will have little adverse effects.

In addition to questions of drug/enzyme delivery, consideration must be given to the rates of biodegradation of enzyme and/or drug following repeated intravenous administrations as well as the immunological complications that may ensue from the administration of foreign proteins or drugs attached to carrier molecules which may now assume the immunological properties of haptens. We now have a sufficient number of different carrier systems with varying properties that we can consider tailoring the carrier system to the specific requirements of the disease condition under consideration be it specific targeting, avoiding biodegradation or immunological attack, alterations in pH characteristics of the carried agent or increasing the circulation half-life of the therapeutic agent. We now have the opportunity to tailor a carriage system to the requirements of a specific disease rather than search for a disease to suit the characteristics of a specific carrier system.

*Acknowledgements*—We are grateful to the Medical Research Council of Canada for their continued support and to the Provincial Cancer Hospitals Board for their support of our work on L-asparaginase–albumin polymer as an antitumor agent.

## REFERENCES

ABUCHOWSKI, A. and DAVIS, F. F. (1981) Soluble polymer–enzyme adducts. In: *Enzyme as Drugs*, pp. 367–384, HOLCENBERG and ROBERTS (eds) Wiley, New York.
ABUCHOWSKI, A. and DAVIS, F. F. (1979) Preparation and properties of polyethylene glycol–trypsin adducts. *Biochem. Biophys. Acta* **578**: 41–46.
ABUCHOWSKI, A., VAN ES, T., PALCZUK, N. C. and DAVIS, F. F. (1977) Alteration of immunological properties of bovine serum albumin by covalent attachment of polyethylene glycol. *J. biol. Chem.* **252**: 3578–3581.
ABUCHOWSKI, A., VAN ES, T., PALCZUK, N. C., MCCOY, J. R. and DAVIS, F. F. (1979) Treatment of L5178Y tumor bearing $BDF_1$ mice with a nonimmunogenic L-glutaminase-L-asparaginase. *Cancer Treat. Rep.* **63**: 1127–1132.
ASHWELL, G. and MORELL, A. (1974) Role of surface carbohydrates in the hepatic recognition and transport of circulating glycoproteins. *Adv. Enzymol.* **41**: 99–128.
BARKER, S. A., GIBLIN, A. G. AND GRAY, G. J. (1974) Preparation and properties of a conjugate containing dextranese and concanavalin A. *Carbohydrate Res.* **36**: 23–33.
Borel, Y. (1980) Haptens bound to self IgG induce immunologic tolerance, while when coupled to syngeneic spleen cells they induce immune suppression. *Immunological Rev.* **50**: 71–104.
BRADY, R. O. (1982) Genetic errors and enzyme replacement strategies. In: *Genetics of Neurological and Psychiatric Disorders*, KETY, S. S. (ed.) Raven Press, New York. (in press).
BRADY, R. O., PENTCHEV, P. G. and GAL, A. E. (1975) Investigations in enzyme replacement therapy in lipid storage diseases. *Fedn Proc.* **34**: 1310–1315.
BROOME, J. D. (1961) Evidence that the L-asparaginase activity of guinea pig serum is reponsible for its antilymphoma effects. *Nature (Lond.)* **191**: 1114–1115.
BURCHENAL J. H. and KARNOVSKY, D. A. (1970) Clinical evaluation of L-asparaginase. *Cancer (Phila.)* **25**: 241–243.

Chang, T. M. S. (1964) Semipermeable aqueous microcapsules. *Science* **146**: 524–525.

Chang, T. M. S. and Poznansky, M. J. (1968) Semipermeable microcapsules containing catalase for enzyme replacement in acatalasemic mice. *Nature* **218**: 243–245.

Collen, D. (1980) On the regulation and control of fibrinolysis. *Thrombosis and Haemostasis* **43**: 77–89.

Cooney, D. A. and Rosenbluth, R. J. (1975) Enzymes as therapeutic agents. *Adv. Pharmac. Chemo.* **12**: 185–289.

Crowther, D. (1971) L-asparaginase and human malignant disease. *Nature (Lond.)* **229**: 168–171.

de Barsy, T., Jacquemin, P., Van Hoof, F. and Hers, H-G. (1973) Enzyme replacement in Pompe's disease an attempt with purified human acid α-glucosidase. In: *Birth Defects: Original Article Series*, Vol. 9, No. 2, pp. 184–190, Desnick, Bernlohr and Krivit (eds) The National Foundation, New York.

Desnick, R. J., Thorpe, S. R. and Fiddler, M. B. (1976) Toward enzyme therapy for lysosomal storage diseases. *Physiol. Rev.* **56**: 57–99.

Diner, U. E., Kunimoto, D. and Diener, E. (1979) Carboxymethyl cellulose, a nonimmunogenic hapten carrier with toleragenic properties. *J. Immunol.* **122**: 1886–1891.

Ehrlich, P. (1906) In: *Collected Studies on Immunity*, **2**, 442–447, Wiley, New York.

Fiddler, M. M. and Desnick, R. J. (1977) Enzyme therapy: differential *in vivo* retention of bovine hepatic, renal, and splenic β-glucuronidases and evidence for enzyme stabilization by intermolecular exchange. *Arch. Biochem. Biophys.* **179**, 397–408.

Fletcher, A. P. and Alkjaersig, N. K. (1981) Fibrinolytic and defibrinating enzymes. In: *Enzymes as Drugs*, pp. 209–240, Holcenberg and Roberts (ed.) Wiley, New York.

Fletcher, A. P., Alkjaersig, N. K. and Sherry S. (1958) The clearance of heterologous protein from the circulation of normal and immunized man. *J. clin. Invest.* **37**: 1306–1315.

Garrod, A. E. (1902) The incidence of alkaptonuria: a study in chemical individuality. *Lancet* **ii**: 1616–1620.

Garrod, A. E. (1909) *Inborn errors of metabolism*. Reprinted with supplement by H. Harris (1963). Oxford University Press, London.

Geertinger, P. and Sorensen, H. (1975) Reduced atherogenic effect of cholesterol feeding in rabbits with congenital complement (C6) deficiency. *Artery* **1**: 177–184.

Geiger, B., von Specht, B-U. and Arnon, R. (1977) Stabilization of human β-D-N-acetylhexosamindase A towards proteolytic inactivation by coupling it to poly(N-vinylpyrrolidone). *Eur. J. Biochem.* **73**: 141–147.

Gelfand, J. A., Sherins, R. J., Alling, D. W. and Frank, M. M. (1976) Treatment of hereditary angioedema with damazol. Reversal of clinical and biochemical abnormalities. *New Engl. J. Med.* **295**: 1444–1448.

Goldman, R., Kedem, O., Silman, I. H., Caplan, S. R. and Katchalski, E. (1968) Papain–collodion membranes I. Preparation and properties. *Biochem.* **7**: 486–500.

Graham, D. Y. (1981) Enzyme therapy of digestive disorders. In: *Enzymes as Drugs*, pp. 331–352, Holcenberg and Roberts (eds) Wiley, New York.

Green, R., Lamon, J. and Curran, D. (1980) Clinical trials of desferrioxamine in red cell ghosts. *Lancet* **ii** (8190): 327–330.

Gregoriadis, G. (1976) The carrier potential of liposomes in biology and medicine. *New Engl. J. Med.* **295**: 704–710, 765–770.

Haskell, C. M., Canellos, G. P., Leventhall, B. G., Carbone, P. P., Block, J. B., Serpick, A. A. and Selawry, O. S. (1969) L-asparaginase: therapeutic and toxic effects in patients with neoplastic disease. *N. Engl. J. Med.* **281**: 1028–1034.

Hixson, H. F. (1973) Water-soluble enzyme–polymer graphs—thermal stabilization of glucose oxidase. *Biotech. Bioeng.* **15**: 1012.

Holcenberg, J. S. (1981) Therapy of neoplasia with other nonessential amino acid degrading enzymes. In: *Enzymes as Drugs*, pp. 25–61, Holcenberg and Roberts (eds) Wiley, New York.

Horowitz, B., Madras, B. K., Meister, A., et al. (1968) Asparagine synthetase activity of mouse leukemias. *Science* **160**: 533–535.

Howe, J. McC., Dorling, P. R., Cook, R. D., Robinson, W. F., Bradley, S. and Gwathorne, J. M. (1981) Infantile and late onset form of generalised glycogenosis type II in cattle. *J. Path.* **134**: 266–277.

Hudson, L. and Hay, F. C. (1976) *Practical Immunology*. Blackwell Scientific Publications, Oxford.

Hug, G. (1978) Pre- and postnatal pathology, enzyme treatment and unresolved issues in five lysosomal disorders. *Pharm. Rev.* **30**: 565–591.

Hug, G. and Schubert, W. K. (1967) Lysosomes in type II glycogenosis. *J. Cell Biol.* **35**: c1–c6.

Humphreys, J. D. and Ihler, G. M. (1982) Incapsulation of Drugs, Enzymes and DNA Within Human and Mouse Erythrocytes. In: *Optimization of Drug Delivery*, Alfred Benzon Symposium 17, pp. 270–284, Bundgaard, H., Hansen, A. B. and Kofad, H. (eds) Munksgaard, Copenhagen.

Isliker, H. C. Cerottini, J. C. and Magenat, G. (1964) In: *Specific and Nonspecific Fixation of Plasma Proteins in Tumors*, pp. 278–288, Elsevier, Amsterdam.

Jelsema, C. L., Killion, J. J. and Winkelhake, J. L. (1981) Enzymatic alteration of cell-surface antigenicity. In: *Enzymes as Drugs*, pp. 259–312, Holcenberg and Roberts (eds) Wiley, New York.

Johnson, W. G., Desnick, R. L., Long, D. M., Sharp, H. L., Krivit, W., Brady, B. and Brady, R. O. (1973) Intravenous injection of purified hexosaminidase A into a patient with Tay–Sachs disease. In: *Enzyme Therapy in Genetic Diseases*, pp. 120–124, Desnick, Bernlohr and Krivit. Williams and Williams, Baltimore.

Jones, J. B., Sih, C. J. and Perlman, D. (1976) *Applications of Biochemical Systems in Organic Chemistry*, Vol. 1 and 2. Wiley, New York.

Juliano, R. L. and Layton, D. (1980) Liposomes as a drug delivery system. In: *Drug Delivery Systems, Characteristics and Biomedical Application*, pp. 189–236, Oxford University Press, New York.

Kahn, C. R., Baird, K. L., Jarrett, D. B. and Flier, J. S. (1978) Direct demonstration that receptor crosslinking or aggregation is important in insulin action. *Proc. natn. Acad. Sci. U.S.A.* **75**: 4209–4213.

Kassel, R. L., Hardy W. D. Jr and Day, N. K. (1977) Complement in cancer. In: *Comprehensive Immunology. Vol. 2. Biological Amplifications Systems in Immunology*. Day and Good (eds) Plenum Press, New York.

Kidd, J. G. (1953) Regression of transplanted lymphomas induced *in vivo* by means of normal guinea pig serum.

 I. Course of transplanted cancers of various kinds in mice and rats given guinea pig serum, horse serum or rabbit serum. *J. exp. Med.* **98**: 565–581.

KILBANOV, A. M. (1979) Enzymes stabilization by immobilization. *Analyt. Biochem.* **93**: 1–25.

KRAMER, P. A. (1974) Albumin microspheres as vehicles for achieving specificity in drug delivery. *J. Pharmac. Sci.* **63**: 1646–1647.

KWAAN, H. C. (1973) Use of defibrinating agents ancrod and reptilase in the treatment of thromboembolism. In: *Thrombosis: Mechanisms and Control*, pp. 377–390, Trans. III Cong. Int. Soc. Thrombosis and Haemostasis. SCHATTAUER (ed.) Verlag Stuttgart, New York.

LANDSTEINER, K. and VAN DER SCHEER, J. (1932) On the serological specificity of peptides. *J. exp. Med.* **55**: 781–796.

LAZERSON, J. (1981) Clotting factor replacement. In: *Enzymes as Drugs*, pp. 241–258, HOLCENBERG and ROBERTS (eds) Wiley, New York.

LORAND L. (1977) In: *Haemostasis: Biochemistry, Physiology and Pathology*, pp. 405–423, OGSTON, D and BENNETT, B. (eds) Wiley, New York.

MASHBURN, L. T. and WRISTON, J. C. JR. (1964) Tumor inhibitory effect of L-asparaginase from *Escherichia coli*. *Arch. Biochem. Biophys.* **105**: 450–452.

MATHE, G., TRANS BA LOC, P. and BERNARD J. (1958) Effet sur la leucemie 1210 de la souris d'une combinasion par diazotation d'A-methopterine et de?—Globulines de hamsters porteurs de cette leucemie par heterogreffe. *C.R. Acad. Sci.* **246**: 1626–1633.

McCORD, K. M. and WONG, K. (1979) Phagocyte-produced free radicals: roles in cytotoxicity and inflammation. In: *Oxygen Free Radicals and Tissue Damage*, pp. 343–360, CIBA Foundation Series 65, Elsevier/Excerpta Medica/North Holland, Amsterdam.

MEANS, G. E. and FEENEY, R. E. (1971) *Chemical Modification of Proteins*, Holden-Day, San Francisco.

MITZ, M. A. and SUMMARIA, L. J. (1961) Synthesis of biologically active cellulose derivatives of enzymes. *Nature (Lond.)* **189**: 576–577.

MÖLLER and GÖRAN (eds) (1982) *Immunological Reviews*, volume 62: Antibody Carriers of Drugs and Toxins in Tumor Therapy. Munksgaard, Copenhagen.

MONCADA, S. and VANE, J. R. (1979) Arachidonic acid metabolites and the interactions between platelets and blood-vessel walls. *New Engl. J. Med.* **300**: 1142–1147.

OLANOFF, L. S., VENKATASUBRAMANIAN, K. and BERNATH, F. R. (1977) Perfusion trials with a collagen-immobilized enzyme in an extracorporeal reactor; activity, stability and biocompatibility, *J. Biomed. Mater. Symp.* **8**: 125–136.

PAILLOT, B., REMY, M-H., THOMAS, D. and BROUN, G. (1974) Soluble cross-linked enzyme polymers. Some physicochemical properties. *Pathol. Biol.* **22**, 491–495.

PONPIPON, M. M., BUGIANESI, R. L., ROBBINS, J. C., DOEBBER, T. W. and SHEN, T. Y. (1981) Cell-specific ligands for selective drug delivery to tissues and organs. *J. med. Chem.* **24**: 1388–1395.

POZNANSKY, M. J. (1977) Soluble cross-linked enzyme polymers for enzyme therapy. In: *Biomedical Applications of Immobilized Enzymes and Proteins*, **2**: pp. 341–354, CHANG (ed.) Plenum Press, New York.

POZNANSKY, M. J. (1979) In vitro and in vivo activity of cross-linked uricase–albumin polymers: a model for enzyme therapy. *Life Sci.* **24**: 153–158.

POZNANSKY, M. J. and BHARDWAJ, D. (1980) α-Glucosidase–albumin polymers: *In vitro* properties and advantages for enzyme replacement therapy. *Can. J. Physiol. Pharmac.* **58**: 322–325.

POZNANSKY, M. J. and BHARDWAJ, D. (1981) Antibody-mediated targeting of α-1,4-glucosidase–albumin polymers to rat liver hepatocytes. *Biochem. J.* **196**: 89–93.

POZNANSKY, M. J. and CLELAND, L. G. (1980) Biological macromolecules as carriers of drugs and enzymes. In: *Drug Delivery Systems*, pp. 253–315, JULIANO (ed.) Oxford, New York.

POZNANSKY, M. J., SHANDLING, M., SALKIE, M. A., ELLIOTT, J. and LAU, E. (1982) Advantages in the use of L-asparaginase–albumin polymer as an antitumor agent. *Cancer Res.* **42**: 1020–1025.

POZNANSKY, M. J. and SINGH, R. (1982) α-1,4-Glucosidase–albumin polymers: advantages for enzyme replacement therapy. In: *Advances in the Treatment of Inborn Errors of Metabolism*, pp. 161–174, CRAWFORD, M. d'A., GIBBS, D. A. and WATTS, R. W. E. (eds) John Wiley, New York.

PRATT, W. B. and RUDDON, R. W. (1979) *The Anticancer Drugs*. Oxford University Press, New York.

PURDON, H. S. (1871) Note on local use of pepsin. *Med. Times Gaz.* **1**: 565.

RATTAZZI, M. C., APPEL, A. M., BAKER, H. J. and NESTER, J. (1981) Toward enzyme replacement in $GM_2$ gangliosidosis: inhibition of hepatic uptake and induction of CNS uptake of human β-hexosaminidase in the cat In: *Lysosomes and Lysosomal Storage Diseases*, pp. 405–424, CALLAHAN and LOWDEN (eds) Raven Press, New York.

REED, G. (1975) *Enzymes in Food Processing*. Academic Press, New York.

REMY, M-H. and POZNANSKY, M. J. (1978) Immunogenicity and antigenicity of soluble cross-linked enzyme–albumin polymers advantages for enzyme therapy. *Lancet* ii: 68–70.

ROBERTS, J. (1981) Therapy of neoplastic by deprevation of essential amino acids. In: *Enzymes and Drugs*, pp. 63–76, HOLCENBERG and ROBERTS (eds) Wiley, New York.

ROGERS, J. C. and KORNFELD, S. (1971) Hepatic uptake of proteins coupled to fetuin glycopeptide. *Biochem. Biophys. Res. Comm.* **45**: 622–629.

SCHMER, G. and ROBERTS, J. (1979) Molecular engineering of the L-tryptophan-depleting enzyme indolyl-3-alkane-hydroxylase. *Cancer Treat. Rep.* **63**: 1123–1126.

SELA, M. (1966) Immunological studies with synthetic polypeptides. *Adv. Immunol.* **5**: 29–129.

SHEN, W. C. and RYSER, H. J. P. (1978) Conjugation of poly-L-lysine to albumin and horseradish peroxidase: a novel method of enhancing the cellular uptake of protein. *Proc. natn. Acad. Sci. U.S.A.* **75**: 1872–1876.

SHIER, W. T. (1979) Lectins as drug carriers. In: *Drug Carriers in Biology and Medicine*, pp. 44–70, GREGORIADIS (ed) Academic Press, New York.

STANBURY, J. B., WYNGAARDEN, J. B., FREDRICKSON, D. S., GOLDSTEIN, J. L. and BROWN, M. B. (1983) *The Metabolic Basic of Inherited Disease*. McGraw-Hill, New York.

SZEKERKE, M., WADE, R. and WHISSON, M. E. (1972) The use of macromolecules as carriers of lytotoxic groups (Part I). Conjugates of nitrogen mustards with proteins, polypeptidyl proteins and polypeptides. *Neoplasma* **19**: 199–209.

TAGER, J. M., HAMERS, MIC, N. SCHRAM, A. W., VAN DEN BERGH, F. A. J. T. M., RIETRA, P. J. G. M., LOONEN, C., KOSTER, J. F. and SLEE, R. (1980) An appraisal of human trials in enzyme replacement therapy of genetic diseases. In: *Enzyme Therapy in Genetic Diseases.* **2**: pp. 343–359. DESNICK (ed.) Alan R. Liss, New York.

UREN, J. R. and RAGIN, R. C. (1979) Improvement in the therapeutic, immunological, and clearance properties of *Escherichia coli* and *Erwinia carotovora* L-asparaginase by attachment of poly-DL-alanyl peptides. *Cancer Res.* **39**: 1927–1933.

VENKATASUBRAMANIAN, K. and VIETH, W. R. (1977) Electrocodiposition of collagen–enzyme conjugates. *Separation and Purification Methods* **6**: 189–220.

WALSH, P. N. (1977) In: *Haemostatis: Biochemistry, Physiology and Pathology*, pp. 320–341, OGSTON, O. and BENNETT, B. (eds) Wiley, New York.

WESTALL, H. H. and COONEY, D. A. (1981) Immobilized therapeutic enzyme. In: *Enzymes as Drugs*, pp. 395–443, HOLCENBERG J. S. and ROBERTS, J. (eds) Wiley, New York.

WIDDER, K., SENYEI, A. E. and SEARS, B. (1982) Experimental methods in cancer therapeutics. *J. Pharm. Sci.* **71**: 379–387.

WILLIAMS, J. C. and MURRAY, A. K. (1980) Enzyme replacement in Pompe's disease with an α-glucosidase–low density lipoprotein complex. In: *Enzyme Therapy in Genetic Diseases*, **2**: pp. 415–423. DESNICK (ed.) Alan R. Liss, New York.

WOLD, F. (1973) Chemical Modification of Proteins. In: *Enzyme Therapy in Genetic Diseases*, pp. 46–54, BERGSMA, D. (ed.) The National Foundation—March of Dimes, Williams and Wilkens, Baltimore.

WONG, K., CLELAND, L. G. and POZNANSKY, M. J. (1980) Enhanced anti-inflammatory effect and reduced immunogenicity of bovine liver superoxide dismutase by conjugation with homologous albumin. *Ag. Actions* **10**: 231–244.

YAGURA, T., KAMISAKI, Y., WADA, H. and YAMAMURA, Y. (1981) Immunological studies on modified enzymes I. Soluble L-asparaginase/mouse albumin copolymer activity and substantial loss of immunogenicity. *Int. Arch. Allergy app. Immunol.* **64**: 11–18.

YATZIV S. and FLOWERS, H. M. (1971) Action of β-galactosidase on glycoprotein from human erythrocytes. *Biochem. biophys. Res. Comm.* **45**: 514–518.

YUNIS, A. A., ARIMURA, G. K. and RUSSIN, D. J. (1977) Human pancreatic carcinoma (MIA PaCa-2) in continuous culture: sensitivity to asparaginase. *Int. J. Cancer* **19**: 128–135.



Journal of The International Encyclopedia of Pharmacology and Therapeutics

# Pharmacology & Therapeutics

Executive Editors
W. C. Bowman, A. M. Breckenridge, A. C. Sartorelli

CHEMOTHERAPY

CLINICAL PHARMACOLOGY & THERAPEUTICS

TOXICOLOGY

GENERAL & SYSTEMATIC PHARMACOLOGY

METABOLIC INHIBITORS
LANE LIBRARY STANFORD UNIVERSITY

PERGAMON PRESS OXFORD · NEW YORK