# EXHIBIT 3

Dockets.Justia.com

110303F.TXT

637

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                      Civil Action
 3                                    No. 97-10814-WGY

 4   * * * * * * * * * * * * * * * *
                                    *
 5   AMGEN, INC.,                   *
                                    *
 6            Plaintiff,            *
                                    *   DAILY TRANSCRIPT OF
 7   v.                             *   PROCEEDINGS ON REMAND
                                    *        (Volume 6)
 8   HOECHST MARION ROUSSEL, INC.   *
           and                      *
 9   TRANSKARYOTIC THERAPIES, INC., *
                                    *
10            Defendants.           *
                                    *
11   * * * * * * * * * * * * * * * *
                  BEFORE:  The Honorable William G. Young,
12                           District Judge

13
     APPEARANCES:
14
             DAY CASEBEER MADRID & BATCHELDER, LLP (By Lloyd R.
15       Day, Jr., Esq., David M. Madrid, Esq., Jonathan Loeb,
         Esq., and Robert M. Galvin, Esq.) 20400 Stevens Creek
16       Blvd., Suite 750, Cupertino, California 95014
                   - and -
17           HOWREY, SIMON, ARNOLD & WHITE, LLP (By Edward M.
         O'Toole, Esq.), 321 North Clark Street, Chicago,
18       Illinois 60610-4714
                   - and -
19           DUANE MORRIS, LLP (By D. Dennis Allegretti, Esq.),
         470 Atlantic Avenue, Suite 500, Boston, Massachusetts
20       02210
                   - and -
21           STUART L. WATT, ESQ. and MONIQUE L. CORDRAY, ESQ.,
         Amgen, Inc., One Amgen Center Drive, Thousand Oaks,
22       California 91320-1799, on behalf of the Plaintiff

23
                                      1 Courthouse Way
24                                    Boston, Massachusetts

25                                    November 3, 2003


                                                           638



 1           A P P E A R A N C E S (Cont'd)

 2
             CHOATE, HALL & STEWART (By Eric J. Marandett,
```

110303F.TXT
```
 3   Esq.), Exchange Place, 53 State Street, Boston,
     Massachusetts 02109
 4                   - and -
          FISH & NEAVE (By Herbert F. Schwartz, Esq.,
 5   Douglas J. Gilbert, Esq., Gerald J. Flattmann, Jr.,
     Esq., Kenneth B. Herman, Esq. James F. Haley, Esq.,
 6   Barbara A. Ruskin, Esq. and Katherine A. Helm, Esq.),
     1251 Avenue of the Americas, New York, New York 10020,
 7   on behalf of the Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

639

```
 1                   I N D E X

 2   _____

 3   WITNESS:          DIRECT    CROSS    REDIRECT    RECROSS

 4   _____

 5   JOSEPH W. ESCHBACH

 6    By Mr. Madrid    644                 757,
```

Page 2

110303F.TXT

```
 7                                      785
 8   By Mr. Flattmann              707                    783
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

640

```
 1            THE CLERK:  All rise.  Court is in session, please
 2   be seated.
 3            Calling Civil Action No. 97-10814, Amgen v.
 4   HMR/TKT.
 5            THE COURT:  Well, good morning, counsel.
 6            COUNSEL:  Good morning.
 7            THE COURT:  I have two motions before me, both of
 8   which I'm going to decide.  I've read them carefully.  I'm
 9   going to decide them without hearing.
10            First, I have Amgen's motion for judgment.  That
```

Page 3

110303F.TXT

8    plasma corrected the anemia of the sheep model that we
9    created that had renal failure, and then we subsequently
10   tried to do the same study in one patient with
11   erythropoietin rich human plasma and it was unsuccessful in
12   the sense that we could not treat that but, we did not have
13   enough erythropoietin rich plasma to succeed, but we did
14   show that it was effective in a sense in terms of a
15   biological response.  It wasn't until we had recombinant
16   human erythropoietin that we've had the most experience in
17   treating this anemia.
18   Q.   In the context of your investigations have you measured
19   reticulocytes?
20   A.   Yes.
21   Q.   For what purpose?
22   A.   Reticulocytes were used to, primarily as an early
23   indicator of a biological response to erythropoietin
24   therapy.  It wasn't clear as I mentioned whether uremic
25   inhibitors would interfere with the action of

648

1    erythropoietin.  And so we needed to have some clue as to
2    whether this would, whether we were overcoming that uremic
3    factor, and reticulocytes were one of those measures that
4    we used.
5    Q.   Did you measure ferrokinetic effects?
6    A.   Yes.
7    Q.   For what purpose?
8    A.   For the same reason.
9    Q.   Now, have you interacted with the Food and Drug
10   Administration concerning any clinical studies?
11   A.   Yes, several.

110303F.TXT

12    Q.   Can you list what those are?

13    A.   With recombinant human erythropoietin and also with

14    intravenous iron gluconate.

15    Q.   How did you first become involved in the study of the

16    anemia chronic renal failure?

17    A.   Over 40 years ago when I decided to become a

18    nephrologist I was a research fellow with Dr. Belding

19    Scribner at the University of Washington.  He had just

20    started doing, or keeping patients alive with chronic

21    dialysis, and as a result of this a lot of complications

22    were revealed, one of which was the significance of anemia

23    chronic renal failure.

24         When I arrived he said, Joe, solve the anemia

25    problem.

                                                        649


1     Q.   Now, have you had any exposure to the field of

2     hematology?

3     A.   Yes.  Very fortunately the hematology division at the

4     University of Washington was just down the hallway.  I was

5     very fortunate to work with Dr. Clem Finch, head of the

6     division of hematology, a world-renown hematologist.

7          MR. FLATTMANN:  I object, your Honor.  I don't

8     believe any of this is in the report about hematological

9     experience.

10         THE COURT:  It seems to be somewhat background.

11    What he's testified to will stand.  Let's get to this case,

12    Mr. Madrid.

13         MR. MADRID:  Yes, your Honor.

14    Q.   One final question with respect to background, Doctor.

15         Since the year 2000 have you become involved in

                              Page 11

110303F.TXT

16    any professional organizations?

17    A.  Yes.

18    Q.  Please describe your involvement?

19    A.  The organization was called National Anemia Action

20    Council, and it's a group of subspecialists from various

21    specialties that are interested in anemia and anemia in

22    general and our aim is to educate not only the public but

23    the profession at large about the significance of anemia

24    and how important its treatment is.

25    Q.  Doctor, I'm going to ask you some questions today with

650

1    respect to the Court's claim construction.  Do you

2    understand?

3    A.  Yes, I do.

4    Q.  Before I do that, I would like to ask a few brief

5    background questions with respect to that subject.

6         Doctor, by or before November 1984 did you try to

7    help or cure -- did you try to help to heal or cure any

8    patients suffering from anemia?

9    A.  Oh, yes.

10    Q.  Approximately how many anemia patients did you try to

11    help to heal or cure?

12    A.  Several hundred.

13    Q.  Were you successful in helping to heal or cure their

14    anemia?

15    A.  No.

16    Q.  Why not?

17    A.  We had no effective therapy at that time.  The two

18    therapies that we had available were androgens and red cell

19    transfusions, both of which had their own problems.

Page 12

110303F.TXT

20    Androgens resulted in a minimal increase in hematocrit and

21    did not work in everybody, and complications were not very

22    good for, particularly for female patients.  Red cell

23    transfusions was a temporary treatment, never resolving the

24    anemia, and in the long run causing further complications

25    that patients continue to have trouble with today.

651

1    Q.  With the advent of recombinant human erythropoietin did

2    you try to help to heal or cure any anemia patients?

3    A.  Yes.

4    Q.  How many?

5    A.  Well over 500.

6    Q.  Were you successful in helping to heal or cure their

7    anemia?

8    A.  Yes.

9    Q.  How did you know you were successful?

10    A.  Well, by two criteria.  One, we were able to increase

11    the hematocrit from 20's up to a target range of 35 to 40,

12    which is near normal or normal levels, and because of their

13    clinical response.  Patients improved dramatically in their

14    clinical overall well-being.

15    Q.  Now, Doctor, if you could, please, I would like to

16    direct your attention to Demonstrative Exhibit BTA.1.

17    That's Tab 2 in the notebook.

18         Now, this is a reproduction of the Court's

19    September 18, 2003 working construction.  Are you familiar

20    with the Court's September 18, 2003 working construction to

21    determine therapeutically effective amount?

22    A.  Yes, I am.

23    Q.  I would like to direct your attention to the first

Page 13

110303F.TXT

24    sentence of the Exhibit BTA.1, Tab 2, which reads:   A

25    therapeutically effective amount is a quantity that

652

1    produces a result that in and of itself helps to heal or

2    cure.

3          Do you see that?

4    A.  Yes, I do.

5    Q.  Do you have an opinion regarding whether the ordinary

6    skilled artisan in 1984 would have understood there to be a

7    plain meaning for the term therapeutically effective

8    amount?

9    A.  Yes.

10   Q.  What's that opinion?

11   A.  That opinion in terms of the anemia of chronic renal

12   failure would be that we would need to show not only an

13   increase in the hematocrit in normal or near normal levels

14   but to achieve a clinical improvement in the patient as

15   demonstrated with quality of life and other measures.

16   Q.  Now, why do you hold that opinion?

17   A.  I'm sorry, why?

18   Q.  Why do you hold that opinion?  What are the bases?

19   A.  Because that's the definition of being therapeutically

20   effective.

21   Q.  Doctor, do you have an opinion as to whether or not the

22   ordinary skilled artisan would have understood that a

23   sustainable increase in hematocrit was necessary in order

24   to help heal or cure?

25   A.  Yes.

653

Page 14

110303F.TXT

1    Q.   What is that opinion?

2    A.   A temporary improvement in raising hematocrit is only

3    temporary.  You need to have a sustained response in order

4    to achieve the therapeutically effectiveness that we're

5    talking about.

6    Q.   What is anemia?

7    A.   Anemia is basically a reduction in the amount of

8    circulating red cells in the body as determined by a

9    hematocrit or hemoglobin concentration.

10   Q.   Why do doctors use hematocrit or hemoglobin

11   concentration to determine whether a patient has anemia?

12   A.   They're standard techniques.

13   Q.   How would --

14   A.   Accepted, accepted by the profession.

15   Q.   I'm sorry.

16        How would the ordinary skilled physician in 1984

17   have determined whether a treatment was helping to heal or

18   cure the anemia of a patient?

19   A.   We would be following the hematocrit or hemoglobin

20   level.

21   Q.   Do you have an opinion as to whether or not the

22   ordinary skilled artisan would have considered a biologic

23   effect in and of itself to be sufficient to heal or cure?

24   A.   Yes.

25   Q.   What is that opinion?

                                                          654


1    A.   Biological effect in and of itself is not sufficient to

2    determine whether there's healing or curing of a problem.

3    Q.   Why is that?

                        Page 15

110303F.TXT

4   A.  Well, biological effect by definition is more or less a

5   chemical, or something happening on the cellular level that

6   shows you're getting a response to some therapeutic agent,

7   in this case let's say erythropoietin.  And so, this is

8   usually an acute response and doesn't guarantee that you'll

9   have a sustained, sustained response, nor that you'll have

10  a sufficient amount to get to your target level.

11  Q.  I would like to direct your attention now back to

12  Exhibit BTA.1 in Tab 2, and specifically to the second

13  sentence of the Court's working construction.  And I'll

14  read that for the record:  A therapeutically effective

15  amount is one that elicits in vivo biological activity of

16  natural EPO such as those listed in the specification,

17  column 33, lines 24 through 28.  And then the listing:

18  Stimulation of reticulocyte response, development of

19  ferrokinetic effects, and erythrocyte mass changes, and one

20  that increases the level of hematocrit.

21      Now, Doctor, I would like to also direct your

22  attention to the Lin patent.  This would be at Tab 3 of

23  your notebook.  This is Exhibit 1.  And in particular, if

24  you would turn to column 33 of the Lin patent.

25      Now, do you have an opinion as to how the ordinary

655


1   skilled physician would have understood column 33 of Dr.

2   Lin's specification?

3   A.  Yes.

4   Q.  What is that opinion?

5   A.  May I read through this?

6   Q.  Yes, please.

7   A.  Your Honor, I'm particularly focusing on the third

Page 16

110303F.TXT

8   paragraph, column 33, and it starts off by talking about

9   the in vitro biological activity of EPO isolates from

10  natural sources that the patent shares with, and

11  consequently are projected to have utility as substitutes

12  for EPO isolates in culture media.

13          This is all in vitro effects of erythropoietin.

14  Q.  Doctor, can you speak into the microphone, please.

15  A.  Oh, I'm sorry.  The first part of the paragraph refers

16  to the in vitro effects, the biological activity of EPO

17  isolates, affecting EPO isolates in culture media employed

18  for growth of erythropoietin cells in culture.

19          Then it goes on and says:  Similarly, to the

20  extent the polypeptide products of the invention share the

21  in vivo activity of natural EPO isolates they are

22  conspicuously suitable to use in erythropoietin therapy

23  procedures practiced in mammals, including humans, to

24  develop any or all of the effects herefore attributed to in

25  vivo EPO.

656

1           The here -- the, what it says, herefore, at this

2   time in 1984 we knew what the biological effects were, but

3   there was not anything available for therapy.  So, the fact

4   that we start with the in vitro effects of EPO, which were

5   well-known, and move on to the in vivo biological activity,

6   it then mentions stimulation of reticulocyte response,

7   development of ferrokinetic effect, such as plasma iron

8   turnover effects and marrow transit time effects,

9   erythrocyte mass changes, stimulation of hemoglobin C

10  synthesis, see Eschbach, et al., and as indicated

11  increasing hematocrit levels in mammals.

Page 17

110303F.TXT
12          So my review of this is that the specific effects
13     that are listed here are clearly biological effects
14     following the mention of the in vitro biological effects
15     listed earlier.
16          And I amplify that further because the specific
17     statement about stimulation of hemoglobin C synthesis,
18     which I'm very acutely aware of having spent twelve years
19     working with sheep, this is a phenomena seen only in
20     certain sheeps and goats in which hemoglobin, a phenotype
21     of hemoglobin A is shifted to hemoglobin C and can be, and
22     is an indicator that erythropoietin has been acting.
23     However, it has no, absolutely no effect upon hematocrit or
24     therapy.
25          THE COURT:  And the language you're just

                                                    657


1     explaining is the reference to stimulation of hemoglobin C
2     synthesis?
3          THE WITNESS:  Synthesis, correct.
4          THE COURT:  That's something that you, and you're
5     citing there --
6          THE WITNESS:  Yes.
7          THE COURT:  -- that's something that you found
8     with respect to sheep?
9          THE WITNESS:  Correct.
10          THE COURT:  But have not found other than with
11     respect to sheep?
12          THE WITNESS:  No, it's in goats.  But I didn't
13     look at goats, sir.  But it's not in humans.
14          THE COURT:  Sheep and goats.
15          THE WITNESS:  Yes.
                    Page 18

110303F.TXT
16              THE COURT:  And you're saying that was known then?

17              THE WITNESS:  Yes.

18              THE COURT:  Go ahead, Mr. Madrid.

19    Q.  Doctor, have you finished with your answer?

20    A.  Well, I could amplify more with ferrokinetics, too.

21    Q.  Go ahead.

22              MR. FLATTMANN:  I object, your Honor; form.  Have

23    a question and answer.  I don't know what was answered.

24              THE COURT:  No, I'm satisfied with the form, in

25    the same form as we just had.

                                                          658


1               What about ferrokinetic effect?

2               THE WITNESS:  Ferrokinetics is an investigational

3     tool.  It does not tell you what the hematocrit or tell you

4     anything about therapeutic response.  It clearly helps to

5     determine how the bone marrow was functioning and

6     particularly about iron metabolism.  It helps to quantitate

7     red cell production, but does not give you any indication

8     as to what's happened to the hematocrit.

9     Q.  Do you have an opinion with respect to the mention of

10    erythrocyte mass changes in column 33?

11    A.  Yes.

12    Q.  What is that opinion?

13    A.  Erythrocyte mass changes likewise are both, both

14    biologic and if there's significant mass changes can be

15    related to therapy.

16    Q.  And column 33 makes reference to increasing hematocrit

17    levels in mammals.  Do you have an opinion with respect to

18    the significance of that sentence?

19    A.  Yes.  Well, to continue on with my analysis of the

                              Page 19

110303F.TXT

20    patent in column 33, we go from the in vitro effects to the

21    in vivo biologic effects and then increasing hematocrit

22    levels, both the biologic and eventually a therapeutic

23    effect.  And then it moves beyond that to the next sentence

24    which talks about the various medical conditions that might

25    be impacted and improved by such therapy.

659


1          So I think it shows an evolution of the use of

2    erythropoietin from, in the laboratory to biological

3    effects to, finally to potential therapy.

4          THE COURT:  And roughly speaking, you think that

5    the Court's construction, the second sentence -- well, put

6    the Court's construction to one side.  You're saying the

7    second sentence talks about biologic effects and the third

8    sentence is directed toward therapeutic effects?

9          THE WITNESS:  Well, I would like to amplify that

10   further, if I may, your Honor.

11         THE COURT:  You may.

12         MR. MADRID:  Tab 2 is the --

13         THE WITNESS:  The thing I liked about your second

14   sentence is that it provides a very natural transition, as

15   does the patent, the first part of your second sentence in

16   which you list simulation of reticulocyte response,

17   development of ferrokinetic effects, and erythrocyte mass

18   changes are biological responses.  Then you say, and one

19   that increases the level of hematocrit, which is moving on

20   to showing that this is then going to become a therapeutic

21   response, which then ties into your first sentence very

22   nicely.

23         So I think your second sentence and the first

Page 20

110303F.TXT
24    sentence are very much related.

25            THE COURT:  But I did hear you say that

660

1    erythrocyte mass changes, if in sufficient quantity, have a

2    therapeutic effect, correct?

3            THE WITNESS:  Well, let me explain that.  Yes.

4    Erythrocyte mass changes really basically shows the

5    hematocrit is increased.

6            THE COURT:  It's another way --

7            THE WITNESS:  It's another --

8            THE COURT:  -- of getting at that?

9            THE WITNESS:  Yes, exactly.

10            THE COURT:  I take it that the key to you as a

11    physician here, the key to treating humans who have anemia

12    which causes other bad things to happen, is to get that

13    hematocrit up?

14            THE WITNESS:  That's correct.

15            THE COURT:  Have I got that right?

16            THE WITNESS:  Absolutely correct.

17            THE COURT:  Go ahead, Mr. Madrid.

18            THE WITNESS:  I'm talking about adult humans now.

19    I've been talking mainly about the anemia chronic renal

20    failure, but that's true of many other anemias as well.

21            THE COURT:  Yes.

22    Q.  Now, Doctor, do you understand HMR/TKT to contend that

23    an increase in reticulocyte count or ferrokinetic effects

24    is a result that helps to heal or cure anemia?

25    A.  I understand that question.

661

Page 21

110303F.TXT

1  Q.  Do you agree?

2  A.  No.

3  Q.  Why not?

4  A.  Well, as I mentioned, the reticulocyte response and

5  ferrokinetic responses are biological effects, they're

6  acute effects, and they do not have, they do not guarantee

7  that you will have a sustained effect to result in helping

8  to heal or cure the parent.

9          THE COURT:  Let's just get at this, your concern

10  about a sustained effect.

11          THE WITNESS:  Uh-huh.

12          THE COURT:  First of all, I heard you say that --

13  and you'll forgive me if my questions are foolish.

14          THE WITNESS:  No.

15          THE COURT:  I'm groping here.

16          You want to get, as a physician you want to get

17  that hematocrit level out of the 20's as you mentioned --

18          THE WITNESS:  Uh-huh.

19          THE COURT:  -- up into the 30's.

20          THE WITNESS:  Correct.

21          THE COURT:  30's is what, low normal?

22          THE WITNESS:  Right.  It's still anemia.  Low 30's

23  is still anemia.

24          THE COURT:  But you're better off -- well, I

25  shouldn't assume anything.  Now, since we're talking about

                                                    662


1  a therapeutic effect, your concept of therapeutic effect

2  falls to a sustained response.

3          THE WITNESS:  Yes.

4          THE COURT:  In other words, if you can get the
                          Page 22

110303F.TXT

5   hematocrit to spike up that would certainly be interesting.

6           THE WITNESS:  Yes.

7           THE COURT:  But if it immediately went back

8   down --

9           THE WITNESS:  Right.

10          THE COURT:   -- it wouldn't be much good to the

11  patient.  Correct?

12          THE WITNESS:  Correct.

13          THE COURT:  What do you mean by sustained then?

14  Quantity sustained?

15          THE WITNESS:  Could I use an analogy to --

16          THE COURT:  Sure.

17          THE WITNESS:  -- try to illustrate this with you?

18          And this is a bathtub.  When we take a bath we

19  like to have the tub up, water up so high.  Let's think of

20  that in terms of our body and red cells.  The hematocrit

21  being a measure of that level.  Let's say 40 just for

22  illustration purposes.

23          The patient that has renal failure -- can you hear

24  me?

25          MR. MADRID:  Yes.

663

1           THE WITNESS:  The patient that has renal failure

2   has a hematocrit, let's say of 20.  It may be lower, it may

3   be a little higher.  So it's half full.

4           Now, our hematocrit is determined by two things.

5   One is the amount of red cells being produced, and two, by

6   the number of red cells being destroyed.  And the

7   destruction -- our red cells last up to 120 days.  But in

8   general there's a balance.

Page 23

110303F.TXT

9        Now, in the patient with renal failure that

10   balance may not be stable.  Many times the hematocrit drops

11   because red cell destruction exceeds the rate at which it's

12   being produced.

13        Now, let's then, let me use the analogy that

14   what's coming out of the spigot are reticulocytes.  Those

15   are early red cells.  We have a drain that is analogous for

16   red cell destruction, or loss.  And there's a balance here,

17   there's a rule.

18        Well, when we start erythropoietin stimulation

19   we're actually turning the knob and increasing the amount

20   of water or red cells coming out of the spigot, increase

21   reticulocytes.

22        Now, initially there's very little change in that

23   level of water, or blood, in the blood.  Eventually it will

24   start to fill.  But there's no guarantee for that because a

25   number of intervening effects can happen.  And we've seen

664

1   this repeatedly, clinically.  Number one, we can have iron

2   deficiency which then results in basically turning that

3   knob down.  A more important one is an infection or

4   inflammation which really blunts the action of EPO so you

5   don't get much coming out.  You have blood loss, the drain

6   is going to be increased so you've got more blood coming

7   out and you can't possibly overcome the amount losing with

8   the amount coming in.  And the red cells themselves can be

9   destroyed quicker if there's more infection.

10        So, there's these intervening things that can

11   affect then what's coming in.  So just measuring the retics

12   doesn't tell you whether you're going to get up here.

Page 24

110303F.TXT

13          THE COURT:  But -- well, I appreciate that answer

14     and I think I understand it.

15          THE WITNESS:  Uh-huh.

16          THE COURT:  But if I, if I were a physician and I

17     had a sure source --

18          THE WITNESS:  Uh-huh.

19          THE COURT:   -- of reticulocytes, which I take it

20     this invention claims to give you --

21          THE WITNESS:  Right.

22          THE COURT:   -- while it would be true that in

23     certain patients I would not get that sustained response --

24          THE WITNESS:  Uh-huh.

25          THE COURT:   -- I could then go looking for these

665

1     other causes, iron deficiency, too quick destruction of the

2     red blood cells, infection, the things you've mentioned.

3          THE WITNESS:  Yes.

4          THE COURT:  And if I could stop them or take care

5     of them then, since your analogy is to physics, if I've got

6     a sure source of reticulocytes that hematocrit is going to

7     come up, correct?

8          THE WITNESS:  But you're assuming then that you

9     have to measure both, the retics and the hematocrit.

10     Measuring just the retics alone is not going to give you

11     that answer.

12          THE COURT:  That's fine.  I think I understand.

13     But my point as I grapple with the legal aspects --

14          THE WITNESS:  Uh-huh.

15          THE COURT:   -- of this is, you've introduced the,

16     not introduced, but you've pointed out that in order to be

Page 25

110303F.TXT

17    therapeutically effective you've got to have sort of a

18    sustained effect.

19              THE WITNESS:  Correct.

20              THE COURT:  And then when I asked you about that

21    you pointed out how complex the matter was because a number

22    of things are going to, other things are going to --

23              THE WITNESS:  Right.

24              THE COURT:  -- be at play here.

25              How would you measure a sustained supply of, as

                                                                  666


1     you call them, retics?  Would you?

2               THE WITNESS:  We know clinically that if the

3     hematocrit is staying stable with erythropoietin therapy

4     there has to be new retics coming out.

5               THE COURT:  But I'm trying to get at what you mean

6     by sustained.

7               THE WITNESS:  Well, a sustained level of

8     hematocrits have to be --

9               THE COURT:  Isn't it a temporal concept?  Over

10    what period of time?

11              THE WITNESS:  As long as you're treating, using

12    that therapeutic agent.

13              THE COURT:  And is that how it works?  In other

14    words, have you discovered that if you're using this

15    therapeutic agent you can get those hematocrit levels up

16    and you can hold them up, save for these other things?

17              THE WITNESS:  Oh, yes.  Been doing this for 18

18    years.

19              THE COURT:  So for you sustained is a successful

20    therapy?

                        Page 26

110303F.TXT

21          THE WITNESS:  Exactly.

22          THE COURT:  You're saying this, this works unless

23   I've got some other problem.

24          THE WITNESS:  Exactly right.

25          THE COURT:  Infection.

                                                      667


1           THE WITNESS:  Yes.

2           THE COURT:  Too quick destruction.

3           THE WITNESS:  Right.

4           THE COURT:  Iron deficiency.  And I'm sure --

5           THE WITNESS:  Yes.

6           THE COURT:  -- there's others.  But an array of

7    problems --

8           THE WITNESS:  Yes.

9           THE COURT:  -- that physicians know.

10          THE WITNESS:  Exactly.

11          THE COURT:  Thank you.  Go ahead, Mr. Madrid.

12          MR. MADRID:  Thank you, your Honor.

13   Q.  Doctor, do you have an opinion as to whether or not in

14   the context of your bathtub analogy the erythropoietin

15   preparation that you administer can have an effect with

16   respect to accomplishing sustained increase?

17   A.  Yes.

18          MR. FLATTMANN:  I object, your Honor.  It's not in

19   the reports.

20          THE COURT:  Yes.

21          MR. FLATTMANN:  The analogy wasn't in the reports

22   but it was in response to your Honor's question.  This is

23   clearly not --

24          THE COURT:  There we are.  I'll sustain it.
                          Page 27

110303F.TXT

25              MR. MADRID:  Your Honor, if I may?

668

1               THE COURT:  Yes.

2               MR. MADRID:  The reports address the Goldwasser

3      study, in fact, address this very point as to whether or

4      not --

5               THE COURT:  Well, where is it?  Just show me where

6      it is.

7               MR. MADRID:  Sure.  If we look at the 10-03

8      report.  And if one looks at Paragraph 32.

9               THE COURT:  Just a moment.

10              MR. MADRID:  Wait a minute.  Sorry.  Paragraph 33

11     of the 10-03 report.  And Paragraph 23.

12              THE COURT:  Yes.  But my problem is, my ruling as

13     to the untimely report was I would allow you to make

14     reference to specific citations.  Where in some earlier

15     report is it?

16              MR. MADRID:  Your Honor, I believe there may be a

17     misunderstanding here.  The 10-03 -- 10-3-03 report is

18     filed and served timely.  That's not contested.  The

19     earlier report, the 9-16 report, was filed timely but in

20     the 9-16 report we did not specify specific pages that Dr.

21     Eschbach was relying upon.

22              THE COURT:  So, it's the correction of the 9-16

23     report.  I'm following.  All right, go ahead.

24              MR. MADRID:  Okay.  In the 10-3-03, Paragraph

25     23 --

669

Page 28