# United States Patent [19]
## Lin

[11] Patent Number: **4,703,008**
[45] Date of Patent: **Oct. 27, 1987**

[54] **DNA SEQUENCES ENCODING ERYTHROPOIETIN**

[75] Inventor: Fu-Kuen Lin, Thousand Oaks, Calif.

[73] Assignee: Kiren-Amgen, Inc., Thousand Oaks, Calif.

[21] Appl. No.: 675,298

[22] Filed: Nov. 30, 1984

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 561,024, Dec. 13, 1983, abandoned, and a continuation-in-part of Ser. No. 582,185, Feb. 21, 1984, abandoned, and a continuation-in-part of Ser. No. 655,841, Sep. 28, 1984.

[51] Int. Cl.$^4$ .................. C12N 5/00; C12N 15/00; C12N 1/20; C12N 1/00; C12Q 1/68; C07H 15/12

[52] U.S. Cl. ............... 435/240.2; 435/172.3; 435/253; 435/6; 435/317; 435/320; 536/27; 935/9; 935/10; 935/13; 935/79; 935/80

[58] Field of Search ............. 435/68, 317, 172.3, 435/253, 240; 935/6, 10, 11, 27, 69, 73, 13

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,033,753 | 5/1962 | White et al. |
| 3,865,801 | 2/1975 | Chiba et al. |
| 4,237,224 | 12/1980 | Cohen et al. |
| 4,264,731 | 4/1981 | Shine |
| 4,273,875 | 6/1981 | Manis |
| 4,293,652 | 10/1981 | Cohen |
| 4,338,397 | 7/1982 | Gilbert et al. |
| 4,358,535 | 11/1982 | Falkow et al. |
| 4,377,513 | 3/1983 | Sugimoto et al. ............... 260/112 |
| 4,394,443 | 7/1983 | Weissman et al. |
| 4,397,840 | 8/1983 | Takezawa et al. |
| 4,399,216 | 8/1983 | Axel et al. |
| 4,411,994 | 10/1983 | Gilbert et al. |
| 4,442,205 | 4/1984 | Hamer et al. |
| 4,465,624 | 8/1984 | Chiba et al. |
| 4,468,464 | 8/1984 | Cohen et al. ............... 435/317 |
| 4,468,466 | 8/1984 | Cohen et al. |
| 4,503,151 | 3/1985 | Paddock ............... 435/68 |
| 4,558,005 | 12/1985 | Goldwasser et al. |
| 4,558,006 | 12/1985 | Egrie ............... 435/70 |
| 4,568,488 | 2/1986 | Lee-Huang |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0070685 | 1/1983 | European Pat. Off. |
| 0070687 | 1/1983 | European Pat. Off. |
| 0077670 | 4/1983 | European Pat. Off. |
| 0093619 | 11/1983 | European Pat. Off. |
| 0123294 | 4/1984 | European Pat. Off. |
| 0116446 | 8/1984 | European Pat. Off. |

(List continued on next page.)

#### OTHER PUBLICATIONS

Bennetzen et al., 1982, "Codon Selection in Yeast", *J. Biol Chem*, vol. 257(6), 3026–3031.
Lewin *Genes*, 1983, John Wiley & Sons, p. 307.

(List continued on next page.)

*Primary Examiner*—Alvin E. Tanenholtz
*Attorney, Agent, or Firm*—Michael F. Borun; Steven M. Odre

### [57] ABSTRACT

Disclosed are novel polypeptides possessing part or all of the primary structural conformation and one or more of the biological properties of mammalian erythropoietin ("EPO") which are characterized in preferred forms by being the product of procaryotic or eucaryotic host expression of an exogenous DNA sequence. Illustratively, genomic DNA, cDNA and manufactured DNA sequences coding for part or all of the sequence of amino acid residues of EPO or for analogs thereof are incorporated into autonomously replicating plasmid or viral vectors employed to transform or transfect suitable procaryotic or eucaryotic host cells such as bacteria, yeast or vertebrate cells in culture. Upon isolation from culture media or cellular lysates or fragments, products of expression of the DNA sequences display, e.g., the immunological properties and in vitro and in vivo biological activities of EPO of human or monkey species origins. Disclosed also are chemically synthesized polypeptides sharing the biochemical and immunological properties of EPO. Also disclosed are improved methods for the detection of specific single stranded polynucleotides in a heterologus cellular or viral sample prepared from, e.g., DNA present in a plasmid or viral-borne cDNA or genomic DNA "library".

**31 Claims, 21 Drawing Figures**

---

Translation of Monkey EPO cDNA

```
Sau3A
GATCCCGCGCCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCGCCGCCTAGGTCGCTGAG

              -27                          -20
              Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG
                                                       -10
Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA
             -1 +1                                          10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG
                                  20              •
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
               30                         •       40
Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0117058 | 8/1984 | European Pat. Off. . |
| 0117059 | 8/1984 | European Pat. Off. . |
| 0117060 | 8/1984 | European Pat. Off. . |
| 0136490 | 4/1985 | European Pat. Off. . |
| 85/04419 | 10/1985 | European Pat. Off. . |
| 83/04053 | 11/1983 | PCT Int'l Appl. . |
| 85/03079 | 7/1985 | PCT Int'l Appl. . |
| 2085887 | 5/1982 | United Kingdom . |

OTHER PUBLICATIONS

Young et al., PNAS vol. 80, pp. 1194–1198, Mar. 1983.
Broome et al., PNAS, vol 75, pp. 2746–2749, Jun. 1978.
Ullrich et al., Science, vol. 196, pp. 1313–1319, Jun. 17, 1977.
Mantial et al., Science, vol. 205, pp. 602–606, Aug. 10, 1979.
Talmadge et al., PNAS USA 77, pp. 3369–3373, Jun. 1980.
Walker et al., Techniques In Molecular Biology, Macmillan Pub. Co., New York, p. 280 (1983).
Kennell, Prog. Nucl. Acid Res. Mol. Biol. 11, 259–301, p. 293 (1971).
Breslow et al., PNAS USA 79, pp. 6861–6865, Nov. 1982.
Woods et al., PNAS USA 79, pp. 5661–5665, Sep. 1982.
Lee–Huang 1984, "Cloning and Expression of Human Erythropoietin cDNA in *E. Coli*", PNAS, vol. 81, pp. 2708–2712.
Lin et al., 1984, "Cloning of the Monkey Erythropoietin Gene" (Abstract), *J Cell Bioch.*, Suppl. 8 B, p. 45.
Farber et al., 1983, "Translation of mRNA from Anemic Baboon Kidney Into Biologically Active Erythropoietin", Exp. Hematol, vol. 11, Suppl. 14, Abstr. 101.
Gouy et al., 1982, "Coden Usage in Bacteria:Correlation with Gene Expressivity", *Nucleic Acids Res.*, vol. 10, 7055–7074.
Lin et al., *Exp. Hematol.*, 12, 357 (1984).
Lee–Huang, *Blood*, 56 620–624 (1980).
Adamson, *Hosp. Practice*, 18(12), 49–57 (1983).
Anderson et al., *P.N.A.S. (USA)*, 80, pp. 6838–6842 (1983).
Baciu et al., *Ann. N.Y. Acad. Sci.*, 414, pp. 66–72 (1983).
Baron et al., *Cell*, 28, 395–404 (1982).
Beaucage et al., *Tetrahedron Letters*, 22, pp. 1859–1862 (1981).
Billat et al., *Expt. Hematol.*, 10(1), 133–140 (1982).
Blattner et al., Science, 196, pp. 161–169 (1977).
Chisholm, *High Technology*, vol. 2, No. 1, pp. 57–63 (1983).
Choo et al., *Nature*, 299, pp. 178–180 (1982).
Choppin et al., *Blood*, 64(2), 341–347 (1984).
Chou et al., *Biochem.*, 13, 222–245 (1974).
Chou et al., *Advances in Enzymology*, 47, 45–47, (1978).
Chou et al., *Ann. Rev. Biochem.*, 47, 251–277, (1978).
Claus–Walker et al., *Arch. Phys. Med. Rehabil.*, 65, 370–374 (1984).
Congote, *Biochem. Biophys. Res. Comm.*, 115(2), 477–483 (1983).



FIG. 1  Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay



FIG. 2



FIG.3

FIG. 4



FIG.5A

Translation of Monkey EPO cDNA

```
Sau3A
GATCCCCGGCGCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCCGCGCCTAGGTCGCTGAG

                              -27                    -20
                              Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTG GTG TCG CTC CCT CTG GGC CTC CCA
       -1 +1                            -10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG
                                                    10
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
                      20                    *
Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
         30                        *           40
```

FIG.5B

```
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
                              50
Gln Gln Ala Val Glu Val Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCA GAA
        60                              70
Ala Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC CTG GTG AAC TCT TCC CAG CCT
                              *
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT
        90                              100
Arg Ser Ile Thr Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC ACT CTG CTT CGG GCG CTG GGA GCC CAG GAA GCC
                              110                          130
Ile Ser Leu Pro Asp Ala Ala Ser Ala Ala Pro Leu Arg Thr Ile
ATC TCC CTC CCA GAT GCG GCC TCG GCT CCA CTC CGA ACC ATC
        120
Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
                              140
```

FIG.5C

```
                      150                        160
    Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
    CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA
    
    Gly Asp Arg OP
    165
    GGG GAC AGA TGA CCAGGTGCCTCCAGCTGGGCACATCCACCACCTCCCTCACCAACA
    
    CTGCCTGTGCCACACCCTCCCTCACCACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC
    
    CGCCAGCCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC
    
    TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC
    
    AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT
    
    GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGAGACACGCTTTGGAGGCAATTTACCTG
    
    TTTTTGCACCTACCATCAGGGACACTCCCTTGGTGCCAAGAGCCCCCTTGACACTGAGAGAATATT
    
    CTCAAGGCCTCACGGGCACTCCCTTGGTGCCAAGAGCCCCCTTGACACTGAGAGAATATT
    
    TTGCAATCTGCAGCAGGAAAAATTACGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG
    
    GTGTGTGGGGAAGCAGGGCGGTAGGGGTGGAGCTGGGATGCCAGTGAGAACCGTGAAGAC
    
    AGGATGGGGCTGGCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                        HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGGGAACTCAGCAACCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGAGCCCAGCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCTCCCGGACCCAGGGCCCGGAGCAGCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCGCTCACGCCCCGGCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCCTGGGCGACCCCTCACGCACAGCCTCTCCCCACCCCACCCCGGCCACGCACACATG
CAGATAACAGCCCCGACCCCCGGCCAGAGCCCGXAGAGTCCCTGGGCCACCCGCTCGCCTGCCGCTG
CGCCGCACCGCGCTGTCTCCCGGAGCCGGACCGGAGCCACCGGCCCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGGGCGTGGCCTGCACCGCCGAGCTTCCCGGGATGAGGXX
                                                                -27 -24
                                                                Met Gly Val His
CCCGGTGACCGGCGCCCAAGTCGCTGAGGGACCCCGGCAAGCGCGGAG  ATG GGG GTG CAC  G
GTGAGTACTCGCGGGCTGGGCGCTCCCGGCGCCCGGGTTCCTGTTTGAGCGGGGATTTAGCCCCCCGGCT
```

FIG.6B

```
ATTGGGCCAAGAGGTGGCTGGGTTCAAGGACCGGGCACTTGTCAAGGACCCCGGAAGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGGACTTGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGTTGGGGAGGAGGTTTGGGTTCGTGTCGCAGTTGTGTCGTTGTCAGTGTCTCG[I.S.]
TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGCAGAGACGTGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCGCCTGACTCT
                      -23
                      Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA  TGT CCT GCC TGG CTG TGG CTT CTC TCC CTG
             -10                         -1 +1
        Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
        CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                   10                                      20           *
        Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
        GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
        26
        Thr
        ACG  GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG
                                                    27            30
                                                    Thr Gly Cys Ala Glu
                                                    ACG GGC TGT GCT GAA

CCAGAGCCTTCAGGGACCCTTGACTCCCCGGGCTGTGTGCATTTCAG
                    *           40
                    His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
                    CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

50              55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT

TGCGAGCCTGATTTGGATGAAAGGGAGAATGATCGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG.6D

```
AAAAAGAAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGCAGGAGGGAGAGGGTGACATGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG

     56                             60                                              70
     Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
     GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
                                                       80                          *                                     90
     Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
     GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
                                     100
     Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
     CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
     110                     115
     Arg Ala Leu Gly Ala Gln
     CGG GCT CTG GGA GCC CAG GTGAGTAGGAGCGGACACTTCTGCTTGCCCTTTCTGTAAGAAGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCTTTCTGTGGCACTGCAGGGACCTCCT
                     116                         120
                     Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
                     AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTCTCCTTGGCAG.
```

FIG. 6E

```
        130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                    140                              160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
        150
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACTCCCTCACCAACATTGCTTGTGCCACA
166

CCCTCCCCGCCACTCCTGAACCCGTCGAGGGCTCTCAGCTCAGGGCCAGCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCAGAGAGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCTTAAACTCAGGGACACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCTCTGGCTCTCATGGGTCCAAGTTTTGTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

FIG.7

ECEPO GENE

```
          XbaI                       -1  1
                                     MetAla
     CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
          TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC

     ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
     TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG

     TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
     ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT

     TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
     AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT

     GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
     CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT

     GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
     CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC

     AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
     TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC

     ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
     TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG

     GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
     CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG

     GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
     CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                              SalI
     TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
     ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

FIG. 8

SCEPO GENE

```
                -1  +1
HindIII      ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
    ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA

GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT

AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG

GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG

CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG

TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC

               SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

Comparison of Human and Monkey EPO Polypeptides

```
              -20         -10          +1          10          20          30          40
Human    MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ********* ******** ********** ********** ** * ********* *********
Monkey   MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

              50          60          70          80          90         100         110
Human    VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         ************** ************* ***** *  ***** ***** ***   ******* ****** *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

             120         130         140         150         160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** ********************* ***************** ***
Monkey   AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

ECEPO SECTION 1 OLIGONUCLEOTIDES

1. AATTCTAGAAACCATGAGGGTAATAAAATA
2. CCATTATTTTATTACCCTCATGGTTTCTAG
3. ATGGCTCCGCCGCGTCTGATCTGCGAC
4. CTCGAGTCGCAGATCAGACGCGGCGGAG
5. TCGAGAGTTCTGGAACGTTACCTGCTG
6. CTTCCAGCAGGTAACGTTCCAGAACT
7. GAAGCTAAAGAAGCTGAAAACATC
8. GTGGTGATGTTTTCAGCTTCTTTAG
9. ACCACTGGTTGTGCTGAACACTGTTC
10. CAAAGAACAGTGTTCAGCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

FIG. 10

ECEPO SECTION 1

```
        XbaI
EcoRI            1                          3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                 2                          4


          5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                      6


     7                    9                      11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
     8                          10


     KpnI    BamHI
TTACGGTACC G
AATGCCATGG CCTAG
     12
```

FIG. 11

ECEPO SECTION 2 OLIGONUCLEOTIDES

1. AATTCGGTACCAGACACCAAGGT
2. GTTAACCTTGGTGTCTGGTACCG
3. TAACTTCTACGCTTGGAAACGTAT
4. TTCCATACGTTTCCAAGCGTAGAA
5. GGAAGTTGGTCAACAAGCAGTTGAAGT
6. CCAAACTTCAACTGCTTGTTGACCAAC
7. TTGGCAGGGTCTGGCACTGCTGAGCG
8. GCCTCGCTCAGCAGTGCCAGACCCTG
9. AGGCTGTACTGCGTGGCCAGGCA
10. GCAGTGCCTGGCCACGCAGTACA
11. CTGCTGGTAAACTCCTCTCAGCCGT
12. TTCCCACGGCTGAGAGGAGTTTACCA
13. GGGAACCGCTGCAGCTGCATGTTGAC
14. GCTTTGTCAACATGCAGCTGCAGCGG
15. AAAGCAGTATCTGGCCTGAGATCTG
16. GATCCAGATCTCAGGCCAGATACT

FIG. 12