

SOLE INVENTOR



# APPLICATION FOR
# UNITED STATES LETTERS PATENT

# SPECIFICATION

TO ALL WHOM IT MAY CONCERN:

Be it known that I, ___FU-KUEN LIN___

a citizen of the United States, residing at ___438 Thunderhead Street, Thousand Oaks,___

in the County of ___Ventura___ and State of ___California___

have invented a new and useful ___"PRODUCTION OF ERYTHROPOIETIN"___

of which the following is a specification.

9

AM670156273                          AM-ITC 00940940

Dockets.Justia.com

- 97 -

WHAT IS CLAIMED IS:

1.  A purified and isolated polypeptide having
part or all of the primary structural conformation and
5  one or more of the biological properties of naturally-
occurring erythropoietin and characterized by being the
product of procaryotic or eucaryotic expression of an
exogenous DNA sequence.

10      2.  A polypeptide according to claim 1 further
characterized by being free of association with any mam-
malian protein.

3.  A polypeptide according to claim 1 wherein
15  the exogenous DNA sequence is a cDNA sequence.

4.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a manufactured DNA
sequence.

20

5.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a genomic DNA sequence.

6.  A polypeptide according to claim 1 wherein
25  the exogenous DNA sequence is carried on an autonomously
replicating circular DNA plasmid or viral vector.

7.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
30  mation of human erythropoietin as set forth in Table VI
or any naturally occurring allelic variant thereof.

8.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
35  mation of monkey erythropoietin as set forth in Table V
or any naturally occurring allelic variant thereof.

77

**106**

- 98 -

9. A polypeptide according to claim 1 which has the immunological properties of naturally-occurring erythropoietin.

5      10. A polypeptide according to claim 1 which has the _in vivo_ biological activity of naturally-occurring erythropoietin.

11. A polypeptide according to claim 1 which
10  has the _in vitro_ biological activity of naturally-occurring erythropoietin.

12. A polypeptide according to claim 1 further characterized by being covalently associated with a
15  detectable label substance.

13. A polypeptide according to claim 12 wherein said detectable label is a radiolabel.

20      14. A DNA sequence for use in securing expression in a procaryotic or eucaryotic host cell of a polypeptide product having at least a part of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said
25  DNA sequence selected from among:

(a) the DNA sequences set out in Tables V and VI or their complementary strands;

(b) DNA sequences which hybridize to the DNA sequences defined in (a) or fragments thereof; and

30      (c) DNA sequences which, but for the degeneracy of the genetic code, would hybridize to the DNA sequences defined in (a) and (b).

15. A procaryotic or eucaryotic host cell
35  transformed or transfected with a DNA sequence according

**107**

AM670156371
AM-ITC 00941038

- 99 -

to claim 14 in a manner allowing the host cell to express
said polypeptide product.

5    16.   A polypeptide product of the expression of
a DNA sequence of claim 14 in a procaryotic or eucaryotic
host.

17.   A purified and isolated DNA sequence coding
for procaryotic or eucaryotic host expression of a poly-
10   peptide having part or all of the primary structural con-
formation and one or more of the biological properties of
erythropoietin.

18.   A cDNA sequence according to claim 17.
15

19.   A monkey species erythropoietin coding DNA
sequence according to claim 18.

20.   A DNA sequence according to claim 19 and
20   including the protein coding region set forth in Table V.

21.   A genomic DNA sequence according to claim
17.

25   22.   A human species erythropoietin coding DNA
sequence according to claim 21.

23.   A DNA sequence according to claim 22 and
including the protein coding region set forth in Table
30   VI.

24.   A manufactured DNA sequence according to
claim 14.

35   25.   A manufactured DNA sequence according to
claim 24 and including one or more codons preferred for
expression in E.coli cells.

108

AM670156372                                AM-ITC 00941039

- 100 -

26.  A manufactured DNA sequence according to
claim 25, coding for expression of human species erythro-
poietin.

5        27.  A manufactured DNA sequence according to
claim 26 including the protein coding region set forth in
Table XIV.

28.  A manufactured DNA sequence according to
10  claim 24 and including one or more codons preferred for
expression in yeast cells.

29.  A manufactured DNA sequence according to
claim 28, coding for expression of human species erythro-
15  poietin.

30.  A manufactured DNA sequence according to
claim 29 including the protein coding region set forth in
Table XXI.

20

31.  A DNA sequence according to claim 17 cova-
lently associated with a detectable label substance.

32.  A DNA sequence according to claim 31
25  wherein the detectable label is a radiolabel.

33.  A single-strand DNA sequence according to
claim 31.

30        34.  A DNA sequence coding for a polypeptide
fragment or polypeptide analog of naturally-occurring
erythropoietin.

35

109

AM670156373                                    AM-ITC 00941040

- 101 -

35. A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^7$]hEPO, [Asn$^2$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [Δ27-55]hEPO.

36. A DNA sequence according to claim 34 which is a manufactured sequence.

37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.

38. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector according to claim 37.

39. A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.

40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythropoietin.

41. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human erythropoietin.

**110**

- 102 -

42.  Vertebrate cells which can be propagated *in vitro* continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.

43.  Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.

44.  Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.

45.  Vertebrate cells according to claim 42 which are mammalian or avian cells.

46.  Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells.

47.  A synthetic polypeptide having part or all of the amino acid sequence as set forth in Table V and having one or more of the *in vivo* or *in vitro* biological activities of naturally-occurring monkey erythropoietin.

48.  A synthetic polypeptide having part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

49.  A synthetic polypeptide having part or all of the secondary conformation of part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

111

AM670156375                    AM-ITC 00941042

- 103 -

50. A process for the production of a polypep-
tide having part or all of the primary structural confor-
mation and one or more of the biological properties of
naturally-occurring erythropoietin, said process compri-
5   sing:

    growing, under suitable nutrient conditions,
procaryotic or eucaryotic host cells transformed or
transfected with a DNA vector according to claim 37, and
isolating desired polypeptide products of the expression
10  of DNA sequences in said vector.

51. An antibody substance characterized by
immunoreactivity with erythropoietin and with a synthetic
polypeptide having a primary structural conformation
15  substantially duplicative of a continuous sequence of
amino acid residues extant in naturally-occurring
erythropoietin except for any polypeptide comprising a
sequence of amino acid residues entirely comprehended
within sequence,
20  A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.

52. An antibody according to claim 51, which is
a monoclonal antibody.

25  53. An antibody according to claim 51, which is
a polyclonal antibody.

54. An antibody according to claim 51, which is
immunoreactive with erythropoietin and a synthetic poly-
30  peptide having the sequence selected from the sequences:
V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G,
K-E-A-I-S-P-P-D-A-A-S-A-A, and
V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.

35

112

AM670156376                                                    AM-ITC 00941043

- 104 -

55.  A pharmaceutical composition comprising an
effective amount of a polypeptide according to claims 1,
16, 39, 40 or 41 and a pharmaceutically acceptable
diluent, adjuvant or carrier.

5

56.  A method for providing erythropoietin
therapy to a mammal comprising administering an effective
amount of a polypeptide according to claims 1, 16, 39, 40
or 41.

10

57.  A method according to claim 56 wherein the
therapy comprises enhancing hematocrit levels.

58.  A purified and isolated DNA sequence as set
15  out in Table V or VI or a fragment thereof or the comple-
mentary strand of such a sequence or fragment.

59.  A polypeptide product of the expression of
a DNA sequence according to claim 58 in a procaryotic or
20  eucaryotic host cell.

60.  An improvement in the method for detection
of a specific single stranded polynucleotide of unknown
sequence in a heterogeneous cellular or viral sample
25  including multiple single-stranded polynucleotides
wherein:

(a)  a mixture of labelled single-stranded poly-
nucleotide probes is prepared having uniformly varying
sequences of bases, each of said probes being potentially
30  specifically complementary to a sequence of bases which
is putatively unique to the polynucleotide to be
detected,

(b)  the sample is fixed to a solid substrate;
(c)  the substrate having the sample fixed
35  thereto is treated to diminish further binding of poly-
nucleotides thereto except by way of hybridization to
polynucleotides in said sample,

113

- 105 -

(d) the treated substrate having the sample
fixed thereto is transitorily contacted with said mixture
of labelled probes under conditions facilitative of
hybridization only between totally complementary poly-
5  nucleotides, and,

(e) the specific polynucleotide is detected by
monitoring for the presence of a hybridization reaction
between it and a totally complementary probe within said
mixture of labelled probes, as evidenced by the presence
10  of a higher density of labelled material on the substrate
at the locus of the specific polynucleotide in comparison
to a background density of labelled material resulting
from non-specific binding of labelled probes to the
substrate,
15  said improvement comprising using in excess of
32 mixed probes and performance of one or more of the
following:

(1) employing a nylon-based paper as said solid
substrate;
20  (2) treating with a protease in step (c);

(3) employing individual labelled probe con-
centrations of approximately 0.025 picomoles; and

(4) employing as one of the hybridization con-
ditions in step (d) stringent temperatures approaching to
25  with 4°C away from the lowest calculated Td of any of the
probes employed.

*add m'*

*Add C3*

*Add D', F', I'*

114