Goldwasser, Eugene Ph.D.                         2/14/2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

AMGEN INC.,                    )
    Plaintiff,              )
    vs.                     ) No. 05-12237 WGY
F. HOFFMANN-LA ROCHE LTD., a   )
Swiss Company, ROCHE DIAGNOSTICS )
GmbH, a German Company, and    )
HOFFMANN-LA ROCHE INC., a New  )
Jersey Corporation,            )
    Defendants.             )

Videotaped Deposition of
EUGENE GOLDWASSER, Ph.D., taken before GREG S. WEILAND, CSR, RMR, CRR, Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Court pertaining to the taking of depositions, at Suite 4100, Three First National Plaza, in the City of Chicago, Cook County, Illinois, commencing at 9:13 o'clock a.m., on the 14th day of February, 2007.

*** PAGE 119 THROUGH AND INCLUDING PAGE 121 ***
*** WERE DESIGNATED CONFIDENTIAL ***

LiveNote World Service 800.548.3668 Ext. 1

Dockets.Justia.com
9f44ab0b-173d-4c0a-85cb-1b471e9ed651

1    difference in molecular weight?
2        A.    Not a discernible difference, no.
3        Q.    Okay.  So what was your understanding of
4    why the iodination of the epo inactivated it?
5        A.    Because as we published some years later,
6    the tyrosine in urinary epo at position 15 was very
7    much involved with the binding to the receptor and
8    therefore the biological activity, and by putting
9    the bulky iodine in, you got -- you changed the
10   structure so that it no longer had any biological
11   activity.
12       Q.    And did you know that in 1983?
13       A.    No.
14       Q.    When did you learn that?
15       A.    '97 or something like that.
16       Q.    1997?
17       A.    '97 I think.
18       Q.    Yeah, okay.
19       A.    Whenever we published that paper.
20       Q.    Okay.  So at the time in the '80s when you
21   were doing this iodination work, could you predict
22   whether a substitution would impact the biological
23   activity of the epo?
24       A.    No, you couldn't.
25       Q.    Okay.  Could you --