**MORGAN STANLEY EQUITY RESEARCH**
**AMGEN: SOME SETBACKS FOR COMPETITORS IN EU**
**February 23, 2006**

Steven Harr, M.D.(212) 761-3805 Steven.Harr@morganstanley.com
Sapna Srivastava, Ph.D.(212) 761-4097Sapna.Srivastava@morganstanley.com
Michael Aberman, M.D.(212) 761-4312Michael.Aberman@morganstanley.com
Ashutosh Tyagi, M.D.(212) 761-4573Ashutosh.Tyagi@morganstanley.com
Kevin Pyun (212)761.7079 Kevin.Pyun@morganstanley.com

**Quick Comment:** While EU competition in the erythropoietin market is inevitable over the next
several years, potential competitors have had two setbacks in the past 24 hours. Pliva, an Eastern
European company, and Mayne, its Australian partner, announced that they are no longer
pursuing a biogeneric strategy for this market, and Shire announced that its expected launch of
Dynepo has been delayed from 2H06 to 1H07. Given the size of this market and the profits to
Amgen, all delays in competition in the US and EU are positive for the value of the company.

**What's New:** Mayne stated that it believes running the clinical trials and building the
manufacturing capacity for a biogeneric erythropoietin (issues for all potential entrants in this
market) would be prohibitively expensive (Pliva could still partner somewhere else), and it is no
longer pursuing this market. Shire stated on its 4Q conference call this morning that it is
delaying its Dynepo EU launch until 2007 as it pursues additional stability tests.

**Implications:** Potential competitors have faced several setbacks in the past several weeks
(beyond these, Roche is delaying its oncology launch and J&J is cutting its US Procrit sales
force). As we have written previously, we view Amgen's position in the erythropoietin market as
the second best monopoly of our generation (behind Microsoft's Windows), and any delay to
competitors is accretive to the value of this company. The next major set of information in this
market is likely Phase III data from Stada in late March.

Stock Rating: Equal-weight
Industry View: In-Line
ModelWare EPS actual: (Dec 2004) USD 2.37; (Dec 2005) USD 3.20
ModelWare EPS estimate: (Dec 2006) USD 3.50; (Dec 2007) USD 4.02
Consensus EPS actual: (Dec 2004) USD 2.41; (Dec 2005) USD 3.20
Consensus EPS estimate: (Dec 2006) USD 3.47; (Dec 2007) USD 3.99
Share Price: USD 75.08 (Feb 22, 2006)
Target Price: USD 73.00
Market Cap (mm): USD 92,578
**END OF RESEARCH ABSTRACT**
**HELPFUL LINKS**
Ask the Author a Question

Subscribe me to this email list
Unsubscribe me from this email list

**DISCLAIMERS**

For important disclosures relating to the companies mentioned in this e-mail,please refer to
latest research report, if attached and/or hyperlinked to this email,or by logging on to
Equity Research via Morgan Stanley's Client Link portal at
http://www.morganstanley.com

**IMPORTANT LEGAL NOTICE**

This document is copyrighted by Morgan Stanley and is intended solely for the use of the
Morgan Stanley client to whom it was delivered.This document may not be reproduced in
any manner or re-distributed by any meansto any person outside of the recipient's
organization without the express consent of Morgan Stanley.By accepting this document
you agree to be bound by the foregoing limitations.
This is not an offer (or solicitation of an offer) to buy/sell the securities/instruments
mentioned. Morgan Stanley may deal as principal in or own or act as market maker for
securities/instruments mentioned or may advise the issuers. This may refer to a research
analyst/research report. For additional information, research reports and important
disclosures, contact me or see https://secure.ms.com. We do not represent this is accurate
or complete and we may not update this. Past performance is not indicative of future
returns. This communication is solely for the addressee(s) and may contain confidential
information. We do not waive confidentiality by mistransmission. Contact me if you do not
wish to receive these communications. In the UK, this communication is directed in the UK
to those persons who are market counterparties or intermediate customers (as defined in
the UK Financial Services Authority's rules).