# The
# American
# Heritage® Dictionary
## of the English Language

FOURTH EDITION

Dockets.Justia.com

*The*

# American Heritage® Dictionary

## *of the English Language*

### FOURTH EDITION





RECEIVED

AUG 20 2006

KAYE SCHOLER LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP
LAW LIBRARY
425 PARK AVENUE
NEW YORK, NEW YORK 10022

HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
or www.ahdictionary.com

Library of Congress Cataloging-in-Publication Data

The American Heritage dictionary of the English language.–4th ed.
    p.    cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

                                    00-025369

Manufactured in the United States of America

Case 1:05-cv-12237-WGY    Document 325-28    Filed 03/19/2007    Page 4 of 4

:onverted by a special proc...
of several photomechanical d...
nt. [Middle English *proces*, ...
*rocessus*, from past participle ...

re has been a tendency to p...
(-ēz), perhaps by analogy w...
d neurosis. But *process* is no...
al justification for this pro...
pronunciation is not uncom...
considered an acceptable ...
s as a bungled affectation ...
nel preferred the standard ...
and 15 percent preferred ...
unciation for *process* with ...
English, it is an acceptab...

ssed, -cess•ing, -cess...
*The man in the panama* ...
*dining room*" (Anita Bro...

. **1.** The act of moving ...
; emanation; rise. **3a.** ...
long in an orderly, for...
. An orderly succession...
·sion•ing, -sions To ...
Old French, from Late ...
ce, from *processus*, pa...
).]

nəl] *adj.* Of, relating to ...
ntaining the rituals ob...
\ piece played or sun...
of a service. **b.** Musi...
n. —**pro•ces/sion**...
ēs'-) *n.* **1.** One tha...
reating, or convertin...
e **a.** A computer. **b.** ...
ates another progra...
ed.

. prō/sĕs') *n.* Prin...
different color suc...
colors of the origin...
bäl') *n., pl.* -ver...
itic, deliberative, o...
rbal, oral (original...
icers of the lower ...
favoring or suppo...
ther or not to con...

.v. -claimed, -cl...
licly; declare. S...
usly; make plain...
. **3.** To praise; ...
d by *claimen*, ...
*clāmāre* : prō-...
in Appendix I,...
ə-tôr'ē, -tôr'ē)...
ā/shən) *n.* **1.** ...
ned. **2.** Som...
nent.

:litic that is at...
ting to a pro...
ıg word. [Ne...
ee ENCLITIC.]...
ə-sī-zā/shəŋ...
., *pl.* -ties ...
onyms at p...
rō-, forward...

Mythology ...
f her husb...
were chan...

g/yə-lənt)...
for coagul...

**1.** A pro...
Roman Em...
empires. ...
nce of the...
consul; s...
ate (-sə-...

. sixth ...
He wrote...
, an att...
ə-nāt/...
someth...
postp...
forwar...

(from *crās*, tomorrow).] —**pro•cras'ti•na'tion** *n.* —**pro•**
**na'tor** *n.*

[ə]•**ate** (prō/krē-āt') *v.* **-at•ed, -at•ing, -ates** —*tr.* **1.** To
[a] conceive (offspring). **2.** To produce or create; originate.
To beget and conceive offspring; reproduce. [Latin *prōcreāre*,
: *prō*-, forward; see PRO—[1] + *creāre*, to create; see **ker-**[2] in Ap-
]] —**pro'cre•ant** (-ənt) *adj.* —**pro'cre•a'tion** *n.* —**pro'cre•**

[o]•**tive** (prō/krē-ā'tĭv) *adj.* **1.** Capable of reproducing; gen-
[2] Of or relating to procreation: *the procreative instinct.*

[o]•**te•an** also **pro•crus•te•an** (prō-krŭs'tē-ən) *adj.* Pro-
[o] designed to produce strict conformity by ruthless or arbitrary
[after] Procrustes, a mythical Greek giant who stretched or short-
[ned] to make them fit his beds, from Latin *Procrustēs*, from
*proustēs*, from *prokrouein*, hammer out, to stretch out : *pro-,*
*PRO—*[2] + *krouein*, to beat.]

[o][an] **bed** also **procrustean bed** *n.* An arbitrary standard
[or] [exact] conformity is forced.

[o]•**tic** (prō-krĭp'tĭk) *adj.* Zoology Having a pattern or color-
[for] camouflage. [Probably PRO(TECTIVE) + CRYPTIC.]
[tis] (prŏk-tī/tĭs) *n.* Inflammation of the rectum or anus.
[tos], anus + –ITIS.]

[o]•**de•um** also **proc•to•dae•um** (prŏk/tə-dē'əm) *n., pl.*
[s] or **-de•ums** also **-dae•a** (-dē'ə) or **-dae•ums** An
[on] the surface of the embryonic ectoderm that develops into
[nal] passage. [New Latin *prōctodeum* : Greek *prōktos*, anus +
[odeum] (probably from Greek *hodaion*, neuter of *hodaios*, on
[in] *hodos*, way).]

[o]•**gy** (prŏk-tŏl'ə-jē) *n.* The branch of medicine that deals
[gnosis] and treatment of disorders affecting the colon, rec-
[tum]. [Greek *prōktos*, anus + –LOGY.] —**proc'to•log'ic** (-tə-
[lŏj/ĭk], **-log'i•cal** (-ĭ-kəl) *adj.* —**proc'to•log'i•cal•ly** *adv.*
[o][gist] *n.*

[o][tor]) *n.* A supervisor especially of an examination in
[school]. ❖ *tr.v.* **-tored, -tor•ing, -tors** To supervise (an
[Middle] English *procutor, proctour*, university officer,
[procu]*ratour*. See PROCURATOR.] —**proc'to•ri•al** (-tôr'ē-
[al], **proc'tor•ship'** *n.*

[o] (prŏk/tə-skōp') *n.* An instrument consisting of a
[tube] equipped with a light, used to examine the rectum.
[PROCT]us + –SCOPE.] —**proc'to•scop'ic** (-skŏp'ĭk) *adj.*
[o] (-tŏs/kə-pē) *n.*

[o] (prō-kŭm/bənt) *adj.* **1.** Lying face down; prone. **2.**
[along] the ground but not rooting: *a procumbent vine.*
[*prō*]*cumbent-,* present participle of *prōcumbere*, to
[fall fo]rward; see PRO—[1] + *-cumbere*, to lie down.]

[o] (prŏk/yə-rā'tər) *n.* **1.** One authorized to manage the
[agent]. **2.** An employee of the Roman emperor in
[charge of] finance and taxes, in management of imperial
[estates an]d in governing minor provinces. [Middle Eng-
[lish, Old] French, from Latin *prōcūrātor*, from *prōcūrāre*,
[See PROCU]RE.] —**proc'u•ra•to'ri•al** (-yər-ə-tôr'ē-əl,

[pro•cure] (prə-) *v.* **-cured, -cur•ing, -cures** —*tr.* **1.** To
[obtain] or acquire: *managed to procure a pass.* **2.** To
[bring about]: *a solution to a knotty problem.* **3.** To obtain
[as a prostitu]te. —*intr.* To obtain sexual partners for oth-
[ers]. [Middle English, from Old French *procurer*, to take care of,
[from Latin] *prōcūrāre*, to care for (from *cūra*,
[care).] —**pro•cur'a•ble** *adj.* —**pro•cur'ance, pro•cure'-**

[pro•curer] (prə-) *n.* **1.** One that procures: *a procurer*
[of]. pander.

[Pro•cy•on] A binary star in the constellation Canis
[Minor]. [Latin *Procyōn*, from Greek *Prokuōn* : *pro-,*
[before; see] **kwon-** in Appendix I.]

[prod] **prod•ding, prods 1.** To jab or poke,
[as with a] goad to action; incite. ❖ *n.* **1.** A pointed
[rod; goad]. **2.** An incitement; a stimulus. [Origin

[pro•di]*gal* Slang Used as a disparaging term for

[prod•i•gal] **1.** Rashly or wastefully extravagant:
[prodigal] *weaponry; a prodigal life.* **2.** Giving or
[giving] profuse: *prodigal praise.* See synonyms at
[lavish]. [akin] to wasteful luxury or extravagance.
[See PRO]DIGALITY.] —**prod'i•gal•ly** *adv.*

[pro•di•gal•i]ty (-tē) *n., pl.* **-ties 1.** Extravagant waste-
[fulness]. Extreme abundance; lavishness. [Mid-
[dle English, from Old] French, from Late Latin *prōdigālitās*,
[from Latin] *prōdigere*, drive away, to squander :
[prod-, forward] + *agere*, to drive; see **ag-** in Appendix I.]

[pro•di•gious] **1.** Impressively large in size, force, or
[amount]; [enorm] **2.** Extraordinary; marvelous: *a*
[prodigious] [por]tentous; ominous. [Latin *prōdigiōsus*,
[from *prō*]*digium*, omen.] —**pro•di'gious•ly**

[pro•di•g]ies **1.** A person with exceptional tal-
[ent or abili]ty. An act or event so extraordinary or
[rare]. See synonyms at **wonder. 3.** A portentous
[sign; omen]. [Middle English *prodige*, portent, from Latin

---

**pro•drome** (prō/drōm') *n., pl.* **-dromes** or **-dro•ma•ta** (-drō/mə-
tə) An early symptom indicating the onset of an attack or a disease.
[French, from Latin *prodromus*, precursor, from Greek *prodromos*, pre-
cursor : *pro-,* forward; see PRO—[2] + *dromos*, running.] —**pro•dro'mal**
(-drō/məl), **pro•drom'ic** (-drŏm/ĭk) *adj.*

**pro•drug** (prō/drŭg') *n.* An inactive precursor of a drug, converted
into its active form in the body by normal metabolic processes.

**pro•duce** (prə-dōōs', -dyōōs', prō-) *v.* **-duced, -duc•ing, -duc•es**
—*tr.* **1.** To bring forth; yield: *a plant that produces pink flowers.* **2a.** To
create by physical or mental effort: *produce a tapestry; produce a poem.* **b.**
To manufacture: *factories that produce cars and trucks.* **3.** To cause to
occur or exist; give rise to: *chemicals that produce a noxious vapor when
mixed.* **4.** To bring forth; exhibit: *reached into a pocket and produced a
packet of matches; failed to produce an eyewitness to the crime.* **5.** To su-
pervise and finance the making and public presentation of: *produce a
stage play; produce a videotape.* **6.** *Mathematics* To extend (an area or vol-
ume) or lengthen (a line). —*intr.* **1.** To make or yield products or a prod-
uct: *an apple tree that produces well.* **2.** To manufacture or create eco-
nomic goods and services. ❖ *n.* (prŏd'ōōs, prō'dōōs) **1.** Something
produced; a product. **2.** Farm products, especially fresh fruits and veg-
etables, considered as a group. [Middle English *producen*, to proceed, ex-
tend, from Latin *prōdūcere*, to extend, bring forth : *prō-,* forward; see
PRO—[1] + *dūcere*, to lead; see **deuk-** in Appendix I.] —**pro•duc'i•ble,**
**pro•duce'a•ble** *adj.*

**Synonyms** *produce, bear, yield* These verbs mean to bring forth as a
product: *a mine that produces gold; a seed that finally bore fruit; a plant
that yields a medicinal oil.*

**pro•duc•er** (prə-dōō'sər, -dyōō'-, prō-) *n.* **1.** One that produces,
especially a person or organization that produces goods or services for
sale. **2.** One who supervises and controls the finances, creation, and
public presentation of a play, film, program, or similar work. **3.** A fur-
nace that manufactures producer gas. **4.** *Ecology* A photosynthetic green
plant or chemosynthetic bacterium, constituting the first trophic level in
a food chain; an autotrophic organism.

**producer gas** *n.* A combustible mixture of nitrogen, carbon mon-
oxide, and hydrogen, generated by passing air with steam over burning
coke or coal in a furnace and used as fuel. Also called *air gas.*

**producer goods** *pl.n.* Goods, such as raw materials and tools, used
to make consumer goods.

**producer price index** *n. Abbr.* **PPI** A comprehensive index of
wholesale price changes, often viewed as an indicator of future retail
price changes.

**prod•uct** (prŏd'əkt) *n.* **1.** Something produced by human or me-
chanical effort or by a natural process. **2.** A direct result; a consequence:
*"Is history the product of impersonal social and economic forces?"* (Anthony
Lewis). **3.** *Chemistry* A substance resulting from a chemical reaction. **4.**
*Mathematics* **a.** The number or quantity obtained by multiplying two or
more numbers together. **b.** A scalar product. **c.** A vector product. [Mid-
dle English, result of multiplication, produced, from Medieval Latin *prō-
ductum*, result of multiplication, from neuter past participle of Latin
*prōdūcere*, to bring forth. See PRODUCE.]

**pro•duc•tion** (prə-dŭk'shən, prō-) *n.* **1a.** The act or process of pro-
ducing: *timber used for the production of lumber and paper.* **b.** The fact
or process of being produced: *a movie going into production.* **2.** The cre-
ation of value or wealth by producing goods and services. **3.** The total
output, as of a commodity: *increased production at the plant.* **4.** Some-
thing produced; a product: *"Of all the productions of land, milk is perhaps
the most perishable"* (Adam Smith). **5a.** A work of art or literature. **b.** A
work produced for the stage, screen, television, or radio. **c.** A staging or
presentation of a theatrical work: *a new Broadway production of a musi-
cal.* **6.** A situation or display that is exaggerated or unduly complicated:
*made a production out of the birthday party.* —**pro•duc'tion•al** *adj.*

**production line** *n.* See **assembly line** (sense 1).

**pro•duc•tive** (prə-dŭk'tĭv, prō-) *adj.* **1.** Producing or capable of
producing. **2.** Producing abundantly; fertile. See synonyms at **fertile.**
**3.** Yielding favorable or useful results; constructive. **4.** *Economics* Of or
involved in the creation of goods and services to produce wealth or value.
**5.** Effective in achieving specified results; originative: *policies productive
of much harm.* **6.** *Medicine* **a.** Producing mucus or sputum: *a productive
cough.* **b.** Forming new tissue: *a productive inflammation.* **7.** *Linguistics*
**a.** Of or relating to the linguistic skills of speaking and writing. **b.** Of or
relating to a linguistic element or rule that can be used to form further
examples of a particular feature or pattern. The English past tense suffix
*-ed* is productive since it continues to be added to new verbs to form the
past tense. —**pro•duc'tive•ly** *adv.* —**pro•duc'tive•ness** *n.*

**pro•duc•tiv•i•ty** (prō'dŭk-tĭv'ĭ-tē, prŏd'ək-) *n.* **1.** The quality of
being productive. **2.** *Economics* The rate at which goods or services are
produced especially output per unit of labor. **3.** *Ecology* The rate at which
radiant energy is used by producers to form organic substances as food
for consumers.

**pro•em** (prō'ĕm') *n.* An introduction; a preface. [Middle English
*proheme*, from Old French, from Latin *prooemium*, from Greek *prooimi-
on* : *pro-,* before; see PRO—[2] + *oimē*, song.] —**pro•e'mi•al** (prō-ē'mē-əl,
-ĕm'ē-) *adj.*

**pro•en•zyme** (prō-ĕn'zīm') *n.* The inactive or nearly inactive pre-
cursor of an enzyme, converted into an active enzyme by proteolysis. Also
called *zymogen.*

**pro•es•trus** (prō-ĕs'trəs) *n.* The period immediately before estrus
in most female mammals, characterized by development of the en-
dometrium and ovarian follicles.



**procryptic**
Sumatran tiger

---

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

**Stress marks:** ' (primary);
' (secondary), as in
**dictionary** (dĭk'shə-nĕr'ē)