UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
AMGEN INC.,                                         )
                                                    )
        Plaintiff,                                  )
                                                    )    C.A. NO.: 05-12237-WGY
v.                                                  )
                                                    )
F. HOFFMANN-LAROCHE                                 )
LTD., a Swiss Company, ROCHE                        )
DIAGNOSTICS GmbH, a German                          )
Company and HOFFMANN LAROCHE                        )
INC., a New Jersey Corporation,                     )
                                                    )
        Defendants.                                 )
_____)

## JOINT REPORT ON MEDIATION ISSUES

Pursuant to the February 25, 2007 Order from Magistrate Judge Robert B. Collings,

Amgen Inc. ("Amgen")  and F. Hoffmann-LaRoche Ltd., Roche Diagnostics GmbH, and

Hoffmann LaRoche Inc., (collectively "Roche") file this Joint Report on Mediation Issues:

1.      Timing of Mediation:

        A.      Amgen's position:      Amgen believes that in order for a mediation to

have any potential of being successful, it must occur after Roche's scheduled Prescription Drug

User Fee Amendments ("PDUFA") date, which Roche and the Federal Drug Administration

("FDA") have agreed to postpone from February 20, 2007 until May 20, 2007.  In addition, the

parties' motions for summary judgment are due on May 18, 2007, and it would be beneficial for

the parties, and the mediator, to have the benefit of this briefing to assess the relative strengths

and weaknesses of the case.  Accordingly, it is Amgen's position that the mediation be scheduled

after May 20, 2007.

DM1\1079349.1

Dockets.Justia.com

B.    Roche's position:  In light of the Court's direction to address the mediation as promptly as possible, it is Roche's position that the mediation be scheduled in April.

2.    <u>Duration of Mediation</u>:

A.    Amgen's position:    Amgen believes the Court should set aside four hours for the mediation.

B.    Roche's position:    Roche is agreeable to a mediation of four hours, but believes that a full day mediation might be more productive.

3.    <u>Location of Mediation</u>:  The parties agree the mediation should take place in Boston, Massachusetts.

DM1\1079349.1

Dated:  March 20, 2007

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

/s/ Patricia R. Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4200
Facsimile: (857) 488-4201

Lloyd R. Day, Jr.
DAY CASEBEER, MADRID & BATCHELDER
LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Michael F. Borun
Kevin M. Flowers
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

DM1\1079349.1

4

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By its Attorneys*

/s/  Julia Huston (by PRR with permission)
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
jhuston@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
Vladimir Drozdoff (*pro hac vice*)
David L. Cousineau (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

DM1\1079349.1

5

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on March 20, 2007.


            /s/ Patricia R. Rich
              Patricia R. Rich

DM1\1079349.1