# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br>     Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br>     Defendants. | C.A. NO.: 05-12237-WGY |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Erica S. Olson, certify as follows:

1.    I am Senior Counsel for Amgen Inc., and maintain my principal office in the firm's corporate headquarters, which is located at One Amgen Center Drive, Thousand Oaks, CA 91320-1789, telephone number 805-447-1000.

2.    I am a member in good standing of the Bar of the State of California.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated: March 19, 2007

/s/ Erica Olson
Erica Olson

Dockets.Justia.com