# ATTACHMENT A

## Attachment A

| TOPICS IN ROCHE'S FIRST RULE 30(B)(6) DEPOSITION NOTICE AND MOTION TO COMPEL | MATCHING INTERROGATORIES IN ROCHE'S THIRD SET OF INTERROGATORIES |
|---|---|
| 1 | 36 and 38 |
| 2 | 23 |
| 3 | 24 and 26 |
| 4 | 27 |
| 6 | 32 |
| 7 | 33 |
| 8 | 34 |
| 9 | 36 and 38 |
| 10 | 39 |
| 26 | |
| 27 | |