EXHIBIT 5

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

March 1, 2007

VIA FACSIMILE AND E-MAIL

Thomas F. Fleming, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
Case No. 05 Civ. 12237 WGY

Dear Tom:

Please note the following information on additional deposition dates and identification of 30(b)(6) witnesses for Amgen.

Two deponents will be witnesses for Amgen on Topic 28 of Roche's First Notice of Deposition to Amgen Pursuant to Rule 30(b)(6). Phillip Martinelli is available on March 27; Jeff Parkhurst is available on March 30.

In addition to the topics that I notified you of yesterday, Dr. Helen Torley will also be Amgen's 30(b)(6) witness on Topic 18.

James Daly, Amgen's 30(b)(6) witness on Topics 15 and 21, is available on March 27.

Finally, Leslie Mirani is available for her individual deposition on April 2.

Please confirm these dates at your earliest convenience.

Very truly yours,

William G. Gaede, III

cc: Mike Gottfried, Esq.
    Krista Carter, Esq.
    Sandip H. Patel, Esq.