# Exhibit F

# KAYE SCHOLER LLP

Patricia Carson
212 836-7466
Fax 212 836-6355
pcarson@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 12, 2007

**VIA EMAIL & FAX**

Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014
email: dfishman@daycasebeer.com

      Re: *Amgen, Inc. v. F. Hoffmann-La Roche, Ltd., et al.*

Dear Deborah:

  We write to raise several issues regarding discovery to be taken before the April 2, 2007, close of fact discovery.

  We received Amgen's supplemental rule 26(a)(1) disclosures on March 8, 2007 Amgen's supplemental disclosures newly identify no less than twenty-seven individuals as being likely to have discoverable information in a variety of topic areas, including topics that were not included in Amgen's original disclosures. Fact discovery ends in only three weeks. The current schedule, which does not even include a number of witnesses that Amgen has yet to provide dates for, is extremely crowded, with as many as three depositions scheduled to occur on a single day in some cases. In an effort to focus discovery, we request a meet and confer to discuss whether Amgen is willing to identify the witnesses listed on the supplemental disclosure who will testify at trial. Included among the newly listed names is George Rathmann. We have heard that Mr. Rathmann is in poor health. If this is the case, we do not wish to needlessly burden Mr. Rathmann with a subpoena.

  Amgen has designated T. Boone as a witness for 30(b)(6) Topic 5, "Development and Evaluation of Pegylated Compounds." T. Boone is also listed as an inventor of U.S. Pat. No. 6,586,398 directed to pegylated NESP. It appears that to date Amgen has not produced any documents from Mr. Boone's files and produced very few documents regarding Amgen's efforts to pegylate ESAs. During our meet and confer, we wish to address a date certain by which Amgen will rectify these deficiencies.

31434309.DOC

NEW YORK CHICAGO LOS ANGELES WASHINGTON, D.C. WEST PALM BEACH FRANKFURT LONDON SHANGHAI

# KAYE SCHOLER LLP

Deborah Fishman, Esq.                    2                    March 12, 2007

Finally, although we intend to subpoena Dr. Judith Sherwood, we learned that her husband died quite recently. We therefore request that Amgen agree in writing to a reasonable extension to allow Roche to subpoena Dr. Sherwood and take her deposition after April 2nd.

We propose that the parties meet and confer regarding these issues on March 13th at 6pm EDT. Please confirm your availability.

Very truly yours,

Patricia Carson

cc:   Thomas F. Fleming, Esq.
      Howard S. Suh, Esq.
      Julia Huston, Esq.

31434309.DOC