# Exhibit G

# KAYE SCHOLER LLP

Peter Fratangelo
212 836-8771
Fax 212 836-6364
pfratangelo@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 12, 2007

**BY FAX and EMAIL**

Deborah Fishman
Day, Casebeer, Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Deborah:

Further to the letter from Pat Carson of today, I write regarding lack of production of responsive documents from Amgen from several relevant custodians, including individuals listed as persons with relevant knowledge in Amgen's Supplemental Rule 26 (a)(1) disclosures dated March 8, 2007, and also documents related to Amgen's pegylation attempts with ESAs. The disclosure statement identifies several individuals who are likely to have discoverable information related to issues in this case, yet Amgen's production is either completely or substantially devoid of any documents from several of these individuals. Moreover, the Amgen production does not include any documents at all for many of the individuals newly identified in Amgen's supplemental disclosure who were not in Amgen's initial 26(a)(1) disclosure. For example, a custodial search of Amgen's production reveals the following number of documents from each custodian:

| Name | No. of Docs |
|---|---|
| Serena Anderson | 0 |
| Kenneth Aoki | 0 |
| Tsutomu Arakawa | 2 |
| Joseph Baron | 0 |
| Tom Boone | 0 |
| Jeff Brown | 0 |
| James Daly | 6 |
| Pete Feldman | 0 |
| Scott Foraker | 0 |
| Jeri Lane | 0 |

31433914.DOC

KAYE SCHOLER LLP

2                                                                    March 12, 2007

| Stu Mackey | 0 |
| --- | --- |
| Fred Manak | 0 |
| Phil Martinelli | 0 |
| Jeff Parkhurst | 0 |
| George Rathmann | 0 |
| Gary Rogers | 7 |
| Ralph Smalling | 2 |
| Daniel Vapnek | 0 |
| Jeff Weisinger | 0 |

The final date for document production has now passed, and Amgen has failed to produce documents from people who clearly have relevant information. Please explain how this is possible, and most critically, please immediately produce responsive documents in the possession of these custodians. Depositions are being conducted almost every day now, and it is imperative that Amgen produce these documents sufficiently in advance of related depositions to allow Roche to review the documents. This is next to if not impossible now and every day of delay in producing these documents makes the situation even more untenable.

Amgen has also produced zero documents from Kevin Sharer, who has been noticed for deposition, and the parties are negotiating scheduling of Mr. Sharer's deposition. Please explain why Mr. Sharer has no responsive documents or why none have been produced, and produce any responsive documents from Mr. Sharer immediately.

Finally, Amgen's production of documents relating to its attempts at pegylating ESAs is woefully lacking. These documents are critical to the issue of infringement, among other claims and defenses, and need to be produced immediately. In response to Defendants' Document Requests Nos. 34 and 35, Amgen stated that it would produce the requested documents regarding pegylated compounds and methods of pegylation relating to erythropoietin, yet a review of Amgen's production reveals a serious dearth of such documents.

Amgen has listed Thomas Boone and Steven Elliot, among others, as people likely to have knowledge concerning Amgen's efforts to express erythropoietin, characterize erythropoietin, or produce pegylated EPO. As mentioned above, Amgen has produced zero documents from Thomas Boone, and a review of the few documents listing Steven Elliot as custodian indicates that there are barely any documents relating to pegylation among them. This despite the fact that document discovery was supposed to have ended March 9, and Elliot's deposition is scheduled for March 29. Olaf Kinstler and Thomas Boone, among others, are listed as inventors on U.S. Patent No. 6,586,398 related to pegylated NESP, yet Amgen has produced no documents from Boone and just 10 documents from Kinstler. Olaf Kinstler and Steven Elliot were even specifically identified in Document Request No. 34 and Thomas Boone was specifically identified in Request No. 35, yet Amgen has not made complete production of documents related to Amgen's pegylation attempts of EPO, EPO analogues or NESP from these custodians or anyone else.

KAYE SCHOLER LLP

3                                                                                                   March 12, 2007

      Further, we now understand that Amgen has designated Thomas Boone as its 30(b)(6) designee on development and evaluation of pegylated compounds, including efforts to pegylate NESP, with a tentative deposition date of March 30. Without full production of all Amgen documents related to Amgen's efforts to pegylate ESA's, including EPO, EPO analogues, and NESP, it is impossible to prepare for and take these upcoming depositions, among others. Please produce these documents immediately, or we will be forced to seek the Court's intervention. Therefore, please confirm that you are available for a meet and confer on these issues tomorrow Tuesday the 13th. We suggest 3pm Pacific time (6pm Eastern) - please let me know your availability.

                                                                                     Very truly yours,

                                                                                    Peter Fratangelo

cc:    Michele Moreland, Esq.
        Mark Izraelewicz, Esq.
        Julia Huston, Esq.
        Patricia Carson, Esq.