UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F. HOFFMANN-LA ROCHE LTD, a ) <br> Swiss Company, ROCHE ) <br> DIAGNOSTICS GmbH, a German ) <br> Company, and HOFFMANN-LA ROCHE ) <br> INC., a New Jersey Corporation, ) <br> ) <br> Defendants. ) | Civil Action No. 05-12237 WGY |

**NOTICE OF DEPOSITION**

To:  Deborah Fishman (*pro hac vice*)           Patricia R. Rich
     DAY CASEBEER MADRID                        DUANE MORRIS LLP
     & BATCHELDER LLP                           470 Atlantic Avenue, Suite 500
     20300 Stevens Creek Boulevard, Suite 400   Boston, MA 02210
     Cupertino, CA 95014

PLEASE TAKE NOTICE THAT Defendants F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, by its attorneys, will take the depositions upon oral examination before a notary public, or any other officer authorized to administer oaths, at Kaye Scholer, LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067-6048, or at a place mutually agreed upon by counsel, commencing at 9:00 a.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure, of the following listed persons on the dates indicated below:

  1. Alex Lyons        March 8, 2007
  2. Leslie Mirani     March 12, 2007
  3. Helen Torley      March 14, 2007

31422629.DOC

| | | |
|---|---|---|
| 4. | Thomas Strickland | March 15, 2007 |
| 5. | Fu-Kuen Lin | March 16, 2007 |
| 6. | Graham Molineaux | March 20, 2007 |
| 7. | Steven Elliot | March 21, 2007 |
| 8. | Daniel Vapnek | March 22, 2007 |
| 9. | Joan Egrie | March 23, 2007 |

In accordance with Rule 30(b)(2) of the Federal Rules of Civil Procedure, the testimony will be recorded by videotape, stenographic means or both. The depositions will continue from day to day until concluded. You are invited to attend and cross-examine.

DATED:    February 21, 2007

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

By its attorneys,

/s/ Patricia A. Carson
Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292

31422629.DOC                        2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) by facsimile on the above date.

Lloyd R. Day, Jr. (*pro hac vice*)
David A. Madrid (*pro hac vice*)
Linda A. Sasaki-Baxley (*pro hac vice*)
Deborah Fishman (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO#542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

William G. Gaede III (*pro hac vice*)
Michele E. Moreland (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
Thomas I. Ross (*pro hac vice*)
Mark Izraelewicz (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

/s/ Graham M. Pechenik
Graham M. Pechenik