**EXHIBIT C**

# Day Casebeer
## Madrid & Batchelder LLP

20300 Stevens Creek Blvd., Suite 400　　　　　　　　　　　　　　　　　　　　Deborah E. Fishman
Cupertino, CA  95014　　　　　　　　　　　　　　　　　　　　　　　　　　　　(408) 342-4587
Telephone: (408) 873-0110　　　　　　　　　　　　　　　　　　　　　dfishman@daycasebeer.com
Facsimile:  (408) 873-0220

March 6, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Re:**   *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write regarding the deposition of Dr. Tom Strickland scheduled for Friday, March 9 and to designate Dr. Strickland in response to portions of Topics 1, 5, and 8 from Defendants' First 30(b)(6) Notice of Deposition.  In particular, Dr. Strickland will be prepared to testify about:

- The experiments and declarations in the US prosecution or opposition proceedings performed or provided by Dr. Strickland (Topic 1);

- The experiments concerning pegylation of EPO that were performed by Dr. Strickland or at his direction (Topic 5); and

- The relationship between Dr. Goldwasser and Dr. Strickland acting on Amgen's behalf (Topic 8).

In addition, as a courtesy, we have sent you today under separate cover an improved reproduction of Dr. Strickland's declaration from the Lin prosecution histories, but note that the courtesy copy does not bear the "AM ITC" production designation.

Finally, if Roche would like us to bring any of Dr. Strickland's lab notebooks to the deposition, please let us know in advance which ones you plan to use so that we may make appropriate arrangements.

608969_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
March 6, 2007
Page 2

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

DEF:rlp

Enclosures

cc:  Michele Moreland
     Mark Israelewicz
     Howard Suh
     Peter Fratangelo