**EXHIBIT G**

# KAYE SCHOLER LLP

Christopher Jagoe
212 836-7800
Fax 212 836-6390
cjagoe@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 13, 2007

**VIA EMAIL & FAX**

Jonathan Loeb, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

    Re: *Amgen, Inc. v. F. Hoffmann-La Roche, Ltd, et al.*

Dear Jonathan:

  I am writing to schedule a date to continue the deposition (personal and 30(b)(6)) of Dr. Strickland. I propose March 22, 2007 at the offices of Kaye Scholer LLP in Los Angeles. In addition, I request production of the following documents and things prior to continuing the deposition:

1. A sample of the Goldwasser "alpha" and "beta" urinary erythropoietin mentioned in Strickland Lab Notebook 4790 at page 79, and referred to as "α-Epo M-7-72-2" and as "β-Epo HT 7-27-76 (3)."

2. A sample of the urinary erythropoietin purified by the "Miyake/Goldwasser procedure" mentioned in paragraph seven of the Expert Report of Dr. Strickland submitted in *Amgen v. TKT*, dated January 24, 2000, and referred to as "HAFr II 13590-9", as well as a sample of the material referred to in the same paragraph as "HAFr II 13950-13."

3. A sample of the urinary erythropoietin referred to by Amgen as "Lot 82."

4. A sample of the rHuEPO clinical material referred to by Amgen as "Lot 514" as well as that referred to as "Lot 516."

31434667.DOC

# KAYE SCHOLER LLP

Jonathan Loeb                        2                        March 13, 2007

5. A sample of the recombinant erythropoietin purified by the method disclosed in the Declaration submitted by Dr. Strickland on May 19, 1994 in the European Opposition proceeding against Genetics Institute. ("May 19th Declaration") (*See id.* at ¶ 6 ("In order to demonstrate the viability of the specific disclosure of Example 10 . . . reverse phase HPLC was used to purify rEPO directly from cell culture media . . .")).

6. A sample of any other recombinant erythropoietin purified by the method(s) disclosed in the May 19th Declaration.

7. A first-generation color copy of the May 19th Declaration, including all exhibits.

8. A first-generation color copy of the complete document entitled "Amgen Inc. Response to FDA Questions – 8/10/88," including all attached figures. For your convenience in locating this document, a partial copy with undecipherable gels has been produced at AM-ITC 00339546.

9. A copy of the binder containing the affidavits, declarations and expert reports of Dr. Strickland that was provided to Dr. Strickland to prepare for his March 9th deposition.

Please confirm that you will be producing these materials prior to March 22, 2007.

Very truly yours,

Christopher Jagoe   /jp

cc:      Thomas F. Fleming, Esq.
        Howard S. Suh, Esq.
        Julia Huston, Esq.
        Michele Moreland, Esq.
        Mark Izraelewicz, Esq.

# KAYE SCHOLER LLP

From: Christopher Jagoe
212 836-7800
Fax 212 836-6364
cjagoe@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

# FAX

DATE: March 13, 2007    Total number of pages including this cover sheet: 3

| DELIVER TO: | PRIMARY FAX NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| Jonathan Loeb, Esq. | 408-873-0220 | 408-342-4545 |
| Michele E. Moreland, Esq. | 650-813-5100 | 650-813-5060 |
| Mark Izraelewicz, Esq. | 312-474-0448 | 312-474-6300 |
| Julia Huston, Esq. | 617-443-0004 | 617-443-9292 |

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N   N

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (212) 836-8319**

NOTE:    PLEASE SEE ATTACHED CORRESPONDENCE.

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

31435234.DOC    User #:01405    Client/Matter #: 34484-0002

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI