**EXHIBIT H**

# KAYE SCHOLER LLP

Christopher Jagoe
212 836-7800
Fax 212 836-6390
cjagoe@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 19, 2007

**VIA EMAIL & FAX**

Jonathan Loeb, Esq.
Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Re:   *Amgen, Inc. v. F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass.*

Dear Jonathan and Deborah:

I have not received any response from you to my letter of March 13th regarding the continuation of Dr. Strickland's deposition and the production of certain documents and things. To make the necessary arrangements, I need to know by the end of the day today if Dr. Strickland will be appearing on March 22nd as I proposed in my letter.

If the 22nd is unworkable, I am willing to negotiate another day. To that end, please propose alternative dates.

On the other hand, if Amgen is refusing our request to make its employee Dr. Strickland available to continue his deposition at any time before the close of fact discovery in this case, and is refusing to produce the requested items in my letter, please state the basis for such refusals. Your response will serve as a "meet and confer," and if necessary we will seek appropriate recourse with the Court.

Very truly yours,

Christopher Jagoe

31437788

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

KAYE SCHOLER LLP

Jonathan Loeb 2 March 19, 2007

cc: Thomas F. Fleming, Esq. (email only)
 Julia Huston, Esq. (email only)
 Michele Moreland, Esq.
 Mark Izraelewicz, Esq.

31437788

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI