**EXHIBIT I**

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

March 27, 2007

VIA FACSIMILE AND E-MAIL

Hank Heckel, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
      Case No. 05 Civ. 12237 WGY

Dear Hank:

This letter is in response to your letter of March 26, 2007 to Adam Bier regarding a December 20, 1989 memorandum from Vapnek to various individuals. Our review indicates that the document was erroneously claimed as privileged. A copy of the document is enclosed with this letter. We will provide a Bates-labeled copy of the document later today or tomorrow.

Very truly yours,

William G. Gaede, III

Enclosure

cc:   Mike Gottfried, Esq.
      Krista Carter, Esq.
      Sandip H. Patel, Esq.



Date:   December 20, 1989

To:     J. Browne
        T. Byrne
        J. Egrie
        S. Elliott
        T. Strickland

From:   Daniel Vapnek

Congratulations on being named to the new EPO team which will deal specifically with developing new EPO products which do not fall within Claim 1 of the 195 patent.

Joan Egrie and Tom Strickland will head the team and I will also participate. The first team meeting will be held the week of January 3rd. Please come to the meeting prepared to discuss your best ideas.

P.S.    Claim 1 of the 195 patent reads:
        Homogeneous erythropoietin characterized by a molecular weight of about 34,000 daltons on SDS PAGE, movement as a single peak on reverse phase high performance liquid chromatography and a specific activity of at least 160,000 IU per absorbance unit at 280 nanometers.

DV/sa

AM 28 000556
CONFIDENTIAL

CONFIDENTIAL ATTORNEYS' EYES ONLY - NESP ARBITRATION                AM28000556