# Index of Exhibits

| | |
|---|---|
| Exhibit A | U.S. Patent Nos. 5,441,868 |
| Exhibit B | U.S. Patent Nos. 5,547,933 |
| Exhibit C | U.S. Patent Nos. 5,618,698 |
| Exhibit D | U.S. Patent Nos. 5,621,080 |
| Exhibit E | U.S. Patent Nos. 5,756,349 |
| Exhibit F | U.S. Patent Nos. 5,955,422 |
| Exhibit G | Expert Declaration of Thomas R. Kadesch, Ph.D., Professor of Genetics at the University of Pennsylvania School of Medicine, and attached exhibits. |
| Exhibit H | May 5, 1999, Amendment, 08/100,197-33. |
| Exhibit I | Goldwasser Depo. Tr. February 14, 2007 |
| Exhibit J | March 31, 1995, Office Action, 08/100,197-26 |
| Exhibit K | February 10, 1989, Office Action, 07/113,178-9. |
| Exhibit L | June 2, 1989, Amendment Under Rule 116, 07/113,178-11 |
| Exhibit M | May 24, 1988, Second Preliminary Amendment, 07/113,179-8. |
| Exhibit N | September 1, 1993, Office Action, 07/113,179-29. |
| Exhibit O | January 10, 1994, Amendment and Response, 07/113,179-33. |
| Exhibit P | Brief for Lin in Interference No. 102,097. |
| Exhibit Q | U.S. Patent No. 4,399,216. |
| Exhibit R | MANUAL OF PATENT EXAMINING PROCEDURE § 2173.05(h) I. |
| Exhibit S | MANUAL OF PATENT EXAMINING PROCEDURE § 608.01(p) Completeness [R-3]. |
| Exhibit T | February 27, 2007 Letter From Thomas Fleming to Deborah E. Fishman. |
| Exhibit U | U.S. Patent No. 4,703,008. |
| Exhibit V | U.S. Patent No. 6,583,272. |
| Exhibit W | Pollack, A., "Rivals Laying Siege to Amgen's Near Monopoly in Anemia Drugs," The New York Times, Dec. 23, 2005. |
| Exhibit X | November 30, 1984, Application No. 06/675,298. |
| Exhibit Y | June 16, 1986, Office Action, 06/675,298-8. |
| Exhibit Z | June 18, 1987 Office Action, 06/675,298-17. |
| Exhibit AA | July 10, 1987, Amendment and Reply, 06/675,298-20. |
| Exhibit BB | October 23, 1987, Application No. 07/113,178. |
| Exhibit CC | June 2, 1988, Office Action, 07/113,178-4. |
| Exhibit DD | June 2, 1989, Amendment Under Rule 116, 07/113,178-11. |
| Exhibit EE | June 20, 1989, Office Action, 07/113,178-13. |
| Exhibit FF | July 12, 1989, Amendment, 07/113,178-15. |
| Exhibit GG | December 12, 1989, Examiner Interview, 07/113,178-17. |
| Exhibit HH | January 1, 1990, Amendment Under Rule 116, 07/113,178-19. |
| Exhibit II | May 24, 1988, Second Preliminary Amendment, 07/113,179-8. |
| Exhibit JJ | September 27, 1988, Applicant's Reply, 07/113,179-14. |
| Exhibit KK | Goldwasser Depo. Tr. February 14, 2007 |
| Exhibit LL | Morgan Stanley Equity Research, "Amgen: Some Setbacks for Competitors in EU," Feb. 26, 2006. |

| Exhibit MM | *Amgen Inc. v. Hoechst Marion Roussel Inc.,* No. 97-10814 (D. Mass.), Trial Tr. (June 7, 2000). |
|---|---|
| Exhibit NN | MANUAL OF PATENT EXAMINING PROCEDURE § 2111.03 [R-3]. |
| Exhibit OO | THE AMERICAN HERITAGE DICTIONARY 1399 (4th ed. 2006). |
| Exhibit PP | Supplemental Expert Declaration of Thomas R. Kadesch, Ph.D., Professor of Genetics at the University of Pennsylvania School of Medicine, and attached exhibits. |
| Exhibit QQ | December 11, 1996, Interview Summary, 0-8/468,381-7. |
| Exhibit RR | J. C. Egrie et al., *Characterization and Biological Effects of Recombinant Human Erythropoietin,* 172 IMMUNOBIOLOGY 213 (1986)., pp 213-224, 217-218, (1986) |
| Exhibit SS | October 23, 1987, Declaration Pursuant to 37 C.F.R. § 1.132, 113,178 |
| Exhibit TT | WEBSTER'S II DICTIONARY (3d ed. 2005). |
| Exhibit UU | Expert Declaration of Patrick P. Deluca, Ph.D., and attached exhibits. |

03099/00501 644853.1