Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Case 1:05-cv-12237-WGY   Document 343-6   Filed 03/30/2007   Page 1 of 4
Doc. 343 Att. 5
EXHIBIT TT

OFFICE EDITION

# Webster's II

*The Dictionary You Need!*

Clear, concise definitions
Over 1,200 new words and senses
Updated biographical and geographical sections
Illuminating, in-depth word histories
Synonyms, tables, illustrations, and more!

THIRD EDITION
Based on *Webster's II New College Dictionary, Third Edition*

Dockets.Justia.com

# Webster's II Dictionary

THIRD EDITION

Houghton Mifflin Company
*Boston • New York*

**bathtub ▪ bawl**

**bath·tub** (băth′tŭb′, bäth′-) *n.* A tub for bathing.
**bath·y·scaphe** (băth′ĭ-skăf′, -skäf′) *also* **bath·y·scaph** (-skăf′) *n.* A free-diving, self-contained deep-sea research vessel with a crewed observation capsule.



**bathyscaphe**
A. *observation capsule,* B. *pellet blast hopper,* C. *propeller,* D. *release magnet,* E. *snorkel*

**bath·y·sphere** (băth′ĭ-sfîr′) *n.* A crewed deep-diving sphere lowered by cable.
**ba·tik** (bə-tēk′, băt′ĭk) *n.* 1a. A method of dyeing textiles in which the parts not to be dyed are covered with removable wax. b. A design created by this method. 2. Fabric dyed by batik.
**ba·tiste** (bə-tēst′, bă-) *n.* A fine, sheer fabric used esp. for clothing.
**bat mitz·vah** (bät mĭts′və) *n. also* **bas mitz·vah** (bäs). 1. A 12- or 13-year-old Jewish girl who assumes the religious responsibilities of an adult. 2. The ceremony confirming a bat mitzvah.
**ba·ton** (bə-tŏn′, băt′n) *n.* A tapered stick, esp. one with which a conductor leads an orchestra or band.
**ba·tra·chi·an** (bə-trā′kē-ən) *adj.* Of or relating to frogs and toads. —*n.* A frog or toad.
**bats·man** (băts′mən) *n.* A player at bat, esp. in cricket.
**bat·tal·ion** (bə-tăl′yən) *n.* 1. A military unit made up of a headquarters company and 4 infantry companies or a headquarters battery and 4 artillery batteries. 2. A large body of people, esp. of troops.
**bat·ten¹** (băt′n) *n.* A flexible wooden strip for sealing cracks or fastening together parts. —*v.* To secure with or as if with battens.
**bat·ten²** (băt′n) 1. To become fat. 2. To thrive and prosper.
**bat·ter¹** (băt′ər) *v.* To pound or damage with heavy and repeated blows.
**bat·ter²** (băt′ər) *n.* The baseball or cricket player at bat.
**bat·ter³** (băt′ər) *n.* A thick, beaten mixture, as of flour and liquid, used in cooking.
**battering ram** *n.* **a.** A heavy beam used in ancient warfare to batter down walls and gates. **b.** A heavy metal bar used by firefighters to break down doors and walls.

**bat·ter·y** (băt′ə-rē) *n.* [...] unlawful beating of a p[...] lery emplacement. b. A s[...] on a warship. 3. A numbe[...] grouped or used together. 4[...] catcher on a baseball team. generates an electric curre[...] action.
**bat·ting** (băt′ĭng) *n.* Rolls o[...] ton or wool fiber, as for stuf[...]
**bat·tle** (băt′l) *n.* 1. A large-sc[...] counter. 2. An intense compet[...] —*v.* -tled, -tling. To engage i[...] —**bat′tler** *n.*
**bat·tle-ax** *or* **bat·tle-axe** (băt[...] broad-headed ax once used as[...]
**bat·tle·dore** (băt′l-dôr′) *n.* 1. A[...] of badminton played with a [...] paddle and a shuttlecock. 2.[...] used in battledore.
**bat·tle·field** (băt′l-fēld′) *n.* A p[...] battle is waged.
**bat·tle·front** (băt′l-frŭnt′) *n.* The enemies face one another in batt[...]
**bat·tle·ground** (băt′l-ground′) *n.[...]* field.
**bat·tle·ment** (băt′l-mənt) *n.* A pa[...] on top of a wall, with defensive o[...] tive indentations.



**battlement**

**battle royal** *n., pl.* **battles royal.** 1. A batt[...] with more than 2 combatants. 2. A bitt[...] dispute.
**bat·tle·ship** (băt′l-shĭp′) *n.* A warship of th[...] largest, most heavily armed and armore[...] class.
**bat·ty** (băt′ē) *adj.* -ti·er, -ti·est. *Slang.* Insane.
**bau·ble** (bô′bəl) *n.* A trinket.
**baud** (bôd) *n. Computer Sci.* A unit of speed in data transmission equal to 1 bit per second.
**baux·ite** (bôk′sīt′) *n.* The principal ore of aluminum.
**bawd** (bôd) *n.* 1. A woman who runs a brothel : madam. 2. A prostitute.
**bawd·y** (bô′dē) *adj.* -i·er, -i·est. 1. Humorously coarse : risqué. 2. Vulgar : lewd. —**bawd′i·ly** *adv.* —**bawd′i·ness** *n.*
**bawl** (bôl) *v.* 1. To cry out loudly : wail. 2. To shout vehemently. —**bawl out.** *Informal.* To scold severely. —**bawl** *n.* —**bawl′er** *n.*

[...]inlet of a body of water [...]y land.
[...]rt of a building that is [...]tical elements. 2a. A bay [...]ess or opening in a wall. [...]dish brown. —*n.* 1. A reddish-brown animal,
[...] deep, prolonged bark, esp. [...]he position of one cornered [...]urn and fight. —*v.* To utter a

AUREL 1.
[...]ā′bər′ē) *n.* An aromatic shrub *Myrica* bearing waxy gray berr[...]
[...]he dried leaf of the laurel, used [...]g in cooking.
[...](bā′ə-nĭt, -nĕt′, bā′ə-nĕt′) *n.* A [...] attaches to the muzzle end of a [...]-net·ed, -net·ing *or* -net·ted, -net[...] prod or stab with a bayonet.
[...]bī′ōō, bī′ō) *n.* A marshy, sluggish [...] water tributary to a river or lake.
[...] *n.* An aromatic liquid obtained by [...]g the leaves of the bayberry tree, [...]a acris, with rum or synthesized from [...]l, water, and various oils.
[...]ndow *n.* A large window projecting [...] the outer wall of a building and form[...] a recess within.
[...]ar *also* ba·zar (bə-zär′) *n.* 1. A market [...]isting of a group of shops and stalls lin[...] a street, esp. in the Middle East. 2. A fair [...]ing articles for charity.
**zoo·ka** (bə-zōō′kə) *n.* A tube-shaped [...]eapon that fires armor-piercing rockets.
[...](bē′bē′) *n.* A shot pellet that measures [...]about 0.46 centimeters (0.18 inches) in diameter.
[...]e (bē) *v.* was (wŭz, wŏz; wəz *when unstressed*) *or* were (wûr), being (bē′ĭng), been (bĭn) 1. To exist <I think, therefore I am.> 2. To occupy a specified position <The book is on the desk.> 3. To take place : occur <The party is tomorrow.> 4. To go. —Used chiefly in the past and perfect tenses <Have you ever been to Europe?> 5a. To equal in meaning : be identical with <Sunday is the first day of the week.> b. To symbolize <Food is love.> c. To belong to a specified class or group <This dog is a terrier.> d. To have or show a specified quality or characteristic <He is intelligent.> 6. —Used with the past participle of a transitive verb to form the passive voice <The house was sold.> 7. —Used with the present participle of a verb to express continuing action <She is cooking dinner.> 8. —Used with the infinitive of a verb to express intention, obligation, or future action <You are to telephone your home immediately>
**Be** *symbol for* BERYLLIUM.
**beach** (bēch) *n.* The often sandy or pebbly shore of a body of water. —*v.* To go or drive ashore.
**beach buggy** *n.* A dune buggy.

**beach·comb·er** (bēch′kō′mər) *n.* One who lives on what can be found on beaches.
**beach flea** *n.* Any of various small, jumping crustaceans of the family Orchestiidae, living on sandy beaches near the tide line.
**beach·head** (bēch′hĕd′) *n.* An area on an enemy shoreline secured by troops in advance of an invading force.
**bea·con** (bē′kən) *n.* 1. A signal fire. 2. A coastal signaling or guiding device. 3. A radio transmitter that emits a signal as a warning or guide.
**bead** (bēd) *n.* 1. A small, often round piece of material pierced for threading or stringing. 2. **beads.** a. A necklace made of beads. b. A rosary. 3. A small, round mass, as a drop of moisture. 4. A narrow projecting strip, as of molding. —*v.* 1. To ornament with beads. 2. To form into beads. —**bead′ing** *n.* —**bead′y** *adj.*
**bea·dle** (bēd′l) *n.* A minor parish official, usu. in an English church, whose duties include ushering.
**bea·gle** (bē′gəl) *n.* A small, short-legged hound with drooping ears and a smooth coat with white, black, and tan markings.
**beak** (bēk) *n.* 1. The bill of a bird. 2. A part or structure resembling a beak.
**beak·er** (bē′kər) *n.* 1. A large, wide-mouthed drinking cup. 2. A cylindrical glass laboratory vessel with a pouring lip.
**beam** (bēm) *n.* 1. A large, oblong length of metal or timber used esp. in construction. 2. The widest part of a ship. 3. A radio beam. 4. A ray of light. —*v.* 1a. To emit light : shine. b. To direct (a radio signal) in a beam. 2. To smile broadly.
**bean** (bēn) *n.* 1. The often edible seed or seed pod of any of various plants of the genus *Phaseolus.* 2. Any of various plants related to or suggestive of bean plants. 3. *Slang.* The head. —*v. Slang.* To hit on the head with an object.
**bean ball** *n. Baseball.* A pitched ball aimed at a batter's head.
**bean curd** *n.* A cheeselike food made from soybeans.
**bean·ie** (bē′nē) *n.* A small skullcap.
**bean sprouts** *pl.n.* The tender edible sprouts of bean seeds, esp. soybean seeds.
**bear¹** (bâr) *v.* **bore** (bôr, bōrn, borne (bôrn) *or* **born, bear·ing.** 1. To support. 2. To carry. 3. To endure <couldn't *bear* the tension> 4. To be equipped with : have <*bore* his uncle's name> 5. To render as testimony <*bore* witness> 6. To give birth to. 7. To yield : produce <a shrub *bearing* fruit> 8. To exert force <bring pressure to *bear*> 9. To move in a particular direction <*bore* left at the intersection> —**bear′a·ble** *adj.* —**bear′a·bly** *adv.* —**bear′er** *n.*
**bear²** (bâr) *n.* 1. Any of various usu. omnivorous mammals of the family Ursidae with shaggy fur. 2. A sullen, ill-mannered person. 3. One that sells commodities or securities with the expectation of a price fall. —**bear′ish** *adj.* —**bear′ish·ness** *n.*

Based on the hardcover edition of
*Webster's II New College Dictionary, Third Edition*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

**Copyright © 2005 by Houghton Mifflin Company.
All rights reserved.**

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

ISBN-13: 978-0-618-55205-4
ISBN-10: 0-618-55205-7

Manufactured in the United States of America

Text design by Joyce C. Weston

QWB 10 9 8 7 6 5 4 3 2

# Contents

| | |
|---|---|
| Abbreviations Used in This Dictionary | iv |
| Key to Pronunciation | vi |
| **DICTIONARY** | **1** |
| Abbreviations | 823 |
| Biographical Names | 832 |
| Geographical Names | 857 |

**Tables**

| | |
|---|---|
| Bible | 71 |
| Currency | 180-181 |
| Measurement | 442-443 |