## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AMGEN INC.,                                    )
                                               )
                              Plaintiff,        )
                                               )     Civil Action No.: 05 Civ. 12237 WGY
                    v.                         )
                                               )
F. HOFFMANN-LAROCHE LTD.,                       )
ROCHE DIAGNOSTICS GMBH, AND                    )
HOFFMANN LAROCHE INC.,                          )
                                               )
                              Defendants.       )


## DECLARATION OF MARK IZRAELEWICZ
## IN SUPPORT OF AMGEN'S MOTION TO COMPEL ROCHE TO
## PRODUCE WITNESSES FOR DEPOSITION UNDER RULE 30(B)(6)

I, Mark Izraelewicz, declare as follows:

1.      I am an attorney admitted to practice law in the State of Illinois and before this Court

(*pro hac vice*).  I am an associate with the law firm of Marshall, Gerstein & Borun LLP, counsel

for plaintiff Amgen Inc. in this matter.

2.      I make this declaration of my own personal knowledge.  If called to testify with respect to

the truth of the matters stated herein, I could and would do so competently.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Amgen's Fourth Notice of

Deposition to Defendants Pursuant to Fed. R. Civ. P. 30(b)(6).

4.      Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Objections to

Amgen's Fourth Notice of Deposition Pursuant to FRCP 30(b)(6).

5.      Attached hereto as Exhibit 3 is a true and correct copy of Defendants' First Notice of

Deposition to Amgen Pursuant to Rule 30(b)(6).

Dockets.Justia.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 2, 2007                                        /s/ Mark Izraelewicz
                                                            Mark Izraelewicz


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                              /s/ Michael R. Gottfried
                                              Michael R. Gottfried