EXHIBIT A

# KAYE SCHOLER LLP

1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200
www.kayescholer.com

Theodore W. Maya
310 788-1252
Fax 310 229-1852
tmaya@kayescholer.com

March 23, 2007

**Via Facsimile and U.S. Mail**
Deborah Fishman
Day Casebeer Madrid & Batchelder
20300 Stevens Creek Boulevard
Suite 400
Cupertino, California 95014
Fax: 408 873-0220

Re:   <u>Amgen v. Roche, 05-122237 WGY (D. Mass.)</u>

Dear Deborah:

During Helen Torley's deposition on March 20, 2007, she testified that Leslie Mirani, at Ms. Torley's direction, drafted and distributed a "sales and marketing communication" to the Amgen sales force instructing salespeople to have no proactive communications with customers regarding CERA. (Tr. at 130:5.) Please produce this document, and all drafts of it, as soon as possible. In addition, please produce any similar documents concerning sales force communications with customers about CERA that have not been produced to date, or verify that a diligent search has been performed but no such additional documents found.

These documents are covered by, among other requests, Roche's Request No. 309, which specifically requests communications authored by Leslie Mirani regarding Amgen's customers for ESA products. In addition, these documents are covered by, *inter alia*, Requests 126-30, 132, 287, 304-08, and 418-22. Thank you for your anticipated cooperation in this matter.

Sincerely,

Ted Maya

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

23217380.WPD