# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German Company and )<br>HOFFMAN LAROCHE INC., a New Jersey )<br>Corporation, )<br>)<br>　　　　Defendant. )<br>) | **C.A. No.: 05-12237-WGY** |

## NOTICE OF APPEARANCE FOR LAUREN M. PAPENHAUSEN

Please enter the appearance of Lauren M. Papenhausen of McDermott Will & Emery LLP on behalf of Plaintiff Amgen Inc.

                                                Respectfully submitted,

                                                AMGEN INC.

                                                By its attorneys,

                                                /s/ Lauren M. Papenhausen  
                                                Lauren M. Papenhausen (BBO# 655527)  
                                                McDermott Will & Emery LLP  
                                                28 State Street  
                                                Boston, Massachusetts 02109  
                                                (617) 535-4000  
                                                (617) 535-3800 (fax)  
                                                lpapenhausen@mwe.com

Dated: April 6, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 6, 2007.

                                            /s/ Lauren M. Papenhausen