# EXHIBIT 1

The filing of this confidential exhibit has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].

DM1\761898.1