UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>) | C.A. NO.: 05-12237-WGY |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENT
TO BE FILED IN SUPPORT OF THE DECLARATION OF JOHN A. LEE IN
SUPPORT OF AMGEN INC.'S OPPOSITION TO DEFENDANTS' MOTION TO
COMPEL THE PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY
UNDER RULE 30(B)(6), RELATING TO PEGYLATION AND ARANESP®**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order

dated February 7, 2007 [docket #274], that it served today, via hand-delivery, upon defense

counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer

LLP, the following:

1. Confidential Exhibit No. 1 to the Declaration of John A. Lee in Support of Amgen
   Inc.'s Opposition to Defendants' Motion to Compel the Production of Documents,
   and Deposition Testimony Under Rule 30(b)(6), Relating to Pegylation and
   Aranesp®

This exhibit contains information designated as confidential by the defendants ("Roche").

Accordingly, pursuant to paragraph 14 of the Protective Order, Roche must seek leave of Court

pursuant to Local Rule 7.2 if it seeks to have the Court deem such paper confidential.

DM1\1087953.1

Dated: April 6, 2007

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4200
Facsimile: (857) 488-4201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III. *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 6, 2007.

                                                    /s/ Michael R. Gottfried
                                                   Michael R. Gottfried

DM1\1087953.1