FILED
IN CLERK'S OFFICE

2007 APR 10 P 2:55

DISTRICT OF MASS.

AMGEN                                                      CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on April 10, 2007, to _____ a representative of the plaintiff AMGEN, documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                              Doc. 363

Elizabeth Smith
Deputy Clerk

Received by:

_MIKE REMOND_