UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF DECLARATION OF WILLIAM G. GAEDE, III, IN SUPPORT OF AMGEN INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON GROUNDS OF PRIVILEGE**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [docket #274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

1. CONFIDENTIAL VERSION of Amgen Inc.'s Opposition To Defendants' Motion To Compel Production Of Documents Improperly Withheld On Grounds Of Privilege; and

2. Confidential Exhibit No. 1 To The Declaration Of William G. Gaede, III, In Support Of Amgen Inc.'s Opposition To Defendants' Motion To Compel Production Of Documents Improperly Withheld On Grounds Of Privilege.

The opposition and exhibit 1 thereto contain information that Roche has asserted is Amgen's privileged attorney client information. Accordingly, pursuant to paragraph 14 of the

Protective Order, Amgen is filing a motion with the court seeking to have the Court deem such information confidential.

| | |
|---|---|
| Dated: April 10, 2007 | Respectfully Submitted, |
| | AMGEN INC.,<br>By its attorneys, |
| Of Counsel: | /s/ Michael R. Gottfried<br>D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201 |
| Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>Kimberlin L. Morley<br>Erica S. Olson<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | |
| | Lloyd R. Day, Jr. *(pro hac vice)*<br>DAY CASEBEER, MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220 |
| | William Gaede III. *(pro hac vice)*<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 |
| | Kevin M. Flowers *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

2

DM1\1087953.1

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 10, 2007.

                                            /s/ Michael R. Gottfried  
                                              Michael R. Gottfried