AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on April 11, 2007, from plaintiff Amgen, Inc., documents for in camera review.

                                                         Elizabeth Smith
                                                         Deputy Clerk

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al     Doc. 369

Dockets.Justia.com