UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. NO.: 05-12237-WGY |
| v. | ) ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# AMGEN INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE COURT'S QUESTIONS REGARDING PRECEDENTIAL EFFECT OF PRIOR CLAIM CONSTRUCTIONS AND A REPLY TO DEFENDANTS' REPLY BRIEF REGARDING CLAIM CONSTRUCTION

Plaintiff, Amgen Inc., respectfully requests leave to file a response to the Court's questions regarding precedential effect of prior claim construction set forth in the Court's Order of March 30, 2007 Order and to file a reply to Defendants' reply brief regarding claim construction. Amgen's proposed response and reply is attached hereto as Exhibit 1.

Amgen seeks to file this response and reply to address the issue of the precedential effect of the prior claim construction raised by the Court in its March 30, 2007 Order and to address certain factual and legal assertions raised for the first time by Roche in its reply brief regarding claim construction. Amgen believes that its response and reply will aid the Court in deciding the claim construction issues raised by the parties and the Court.

DM1\1090358.1

Dated: April 11, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

/s/ Patricia R. Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4200
Facsimile: (857) 488-4201

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Amgen Inc. contacted counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH in an attempt to resolve or narrow the issues presented by this motion.  Counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH indicated that they do not object to the filing of a response to the Court's Questions but oppose the filing of a reply brief regarding claim construction.

                    /s/ Patricia R. Rich
                       Patricia R. Rich

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2007.

                    /s/ Patricia R. Rich
                       Patricia R. Rich