EXHIBIT 2

# KAYE SCHOLER LLP

Krista Rycroft
212 836-7397
Fax 212 836-6367
krycroft@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 21, 2007

**BY EMAIL AND FAX**

Adam Arthur Bier, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

   *Re:   Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
          and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Adam:

   This letter confirms that Dr. Anne Stern will be made available to testify as a 30(b)(6) witness on Topic 2(a)-(d) as well as in her personal capacity tomorrow, for four hours only, beginning at 1:00pm EDT at the law offices of Duane Morris LLP in New York. It is our understanding that Amgen will provide a German translator for Dr. Stern as previously requested by Roche. Also, please make the necessary arrangements with security for Dr. Anne Stern, Patricia Carson, Krista Rycroft, Jennifer Moore, and Anca Alexandru who will attend the deposition.

                                                  Very truly yours,

                                                  *Krista Rycroft*
                                                  Krista Rycroft

cc:   Patricia Carson, Esq. (email only)
      Michele E. Moreland, Esq.
      Mark Izraelewicz, Esq.

31439955.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI