EXHIBIT 4

# KAYE SCHOLER LLP

Veronica J. Wiles
212 836-8435
Fax 212 836-6727
vwiles@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 7, 2007

**VIA EMAIL AND FACSIMILE**

Deborah E. Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Re: *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
    *05-CV-12237 WGY*

Dear Deborah:

I write to confirm that the deposition of Thomas Strickland will be held on Friday, March 9, 2007, beginning at 9:00 am at Kaye Scholer LLP located at 1999 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067.

In view of your last minute designation of Dr. Strickland as a 30(b)(6) witness, it seems we may not be able to complete Dr. Strickland's deposition on Friday. If the deposition cannot be completed on Friday, March 9th, it will be have to be continued on another mutually agreed upon day. We are not available to continue the deposition on Monday, March 12th.

In accordance with your March 6, 2007 letter to Tom Fleming, Roche requests that at the deposition, Amgen provide the original version of all laboratory notebooks collected or used to prepare Dr. Strickland for his testimony as both a 30(b)(6) and fact witness, without regard to whether they are identified as belonging to Dr. Strickland. Amgen should also bring to the deposition at least the following Strickland laboratory notebooks:

| 681 | 1411 | 2295 | 4277 | 7155 |
| 706 | 1438 | 2426 | 4278 | 8476 |
| 766 | 1439 | 2771 | 4637 | 8477 |

31431635.DOC

**KAYE SCHOLER** LLP

Deborah E. Fishman                                  2                                   March 7, 2007

| 844  | 1544 | 3197 | 4790 | 10110 |
|------|------|------|------|-------|
| 1115 | 1545 | 3271 | 5436 | 10111 |
| 1135 | 1558 | 3414 | 5437 | 13949 |
| 1165 | 1703 | 3415 | 5508 | 13950 |
| 1226 | 1704 | 3416 | 5509 | 13951 |
| 1227 | 1839 | 3435 | 5668 |       |
| 1281 | 1840 | 3981 | 5669 |       |
| 1352 | 1970 | 3982 | 6609 |       |
| 1363 | 1971 | 4051 | 7154 |       |

In addition, Roche requests that Amgen provide at the deposition at least the following additional laboratory notebooks identified as belonging to Ken Aoki:

| 682  | 1261 | 1953 | 2741 | 5023  |
|------|------|------|------|-------|
| 934  | 1456 | 2114 | 2742 | 5024  |
| 1048 | 1596 | 2115 | 3113 | 6205  |
| 1154 | 1596 | 2318 | 3598 | 10166 |
| 1241 | 1716 | 2426 | 4230 | 27703 |

Further, Amgen should provide at the deposition at least the following additional laboratory notebooks identified as belonging to Eric Watson:

| 1264 | 2779 | 4369 |
|------|------|------|
| 1882 | 2934 | 4370 |
| 2376 | 3429 | 5136 |

Further, Roche requests that Amgen laboratory notebooks 1983, 2112 and 1041 be provided at the deposition.

Amgen should also identify and bring to the deposition all other documents used to prepare Dr. Strickland for his testimony as a 30(b)(6) and fact witness. In addition, we request that Amgen provide all declarations and expert reports of Dr. Strickland in all other proceedings in color at the same resolution as the declaration from the Lin prosecution histories, sent by Amgen on March 6th. Amgen should also provide at the deposition any original notebooks that contain any information related to the data results and procedures mentioned in any declaration or expert report executed by Dr. Strickland.

Lastly, please identify the names of the people you expect will attend the deposition on behalf of Amgen in order for us to arrange for security passes and for the appropriate conference room.

**KAYE SCHOLER** LLP

Deborah E. Fishman    3    March 7, 2007

Very truly yours,

*Veronica Wiles* (signature)

Veronica Wiles

cc:    Thomas F. Fleming, Esq.
       Patricia A. Carson, Esq.
       Christopher Jagoe, Esq.
       Julia Huston, Esq.
       Michele Moreland, Esq.
       Mark Izraelewicz, Esq.