EXHIBIT 7

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Munich
New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

February 28, 2007

VIA E-MAIL AND FEDERAL EXPRESS

Matthew McFarlane, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:  *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
     Case No. 05 Civ. 12237 WGY

Dear Matthew:

I write to follow up on Roche's request that Amgen produce better copies of certain Strickland laboratory notebook pages as identified in your letters of February 24 and 9. Enclosed are copies of the pages that were not clearly legible.

Very truly yours,

William G. Gaede, III

cc:  Mike Gottfried, Esq.
     Krista Carter, Esq.
     Sandip H. Patel,

MPK 122902-1.041925.0023