EXHIBIT 8

# McDermott
# Will & Emery

Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

William G. Gaede III
Attorney at Law
wgaede@mwe.com
650.813.5035

February 27, 2007

VIA FACSIMILE AND E-MAIL

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al.*
      Case No. 05 Civ. 12237 WGY

Dear Leora:

This letter is in response to your letter of February 26 to Deborah Fishman regarding use of an original Strickland notebook at Dr. Goldwasser's deposition and your demand for color copies of all of the Strickland notebooks.

Although I was not present at the deposition, I understand that you and your several colleagues had ample opportunity to examine the original Strickland notebook during the deposition, including breaks. Further, since at least January 12, 2007, Amgen has been offering to Roche to inspect all original laboratory notebooks—an offer which Roche has yet to accept. It is not surprising that Roche counsel was not permitted to take the original notebook elsewhere for private review; Federal Rule of Civil Procedure 34 contains no obligation to provide "private" inspection of documents.

As to your complaint that "the color document appeared different than the black and white copy," my understanding is that you objected under the "best evidence" rule, and as a result, Amgen quite reasonably showed Dr. Goldwasser the original laboratory notebook page. It is further my understanding that you were also provided a clear color copy of the specific pages in question. Therefore, your demand that Amgen undertakes wholesale re-copying and color re-production of these notebooks by Friday, March 2, is not well-founded. Pursuant to your firm's letter of February 24, we are having re-copied the Strickland notebook pages identified as unclear and will produce them shortly.

Very truly yours,

William G. Gaede, III

cc:   Mike Gottfried, Esq.
      Krista Carter, Esq.
      Sandip H. Patel, Esq.