EXHIBIT 12



"Nicole A. Rizzo"
&lt;nrizzo@bromsun.com&gt;
03/28/2007 02:41 PM

To &lt;WGaede@mwe.com&gt;

cc &lt;CJagoe@kayescholer.com&gt;, "Fishman, Deborah" &lt;dfishman@daycasebeer.com&gt;, &lt;HHeckel@kayescholer.com&gt;, "Julia Huston"

bcc

Subject RE: 7.1 Consultation for Motion to Compel Continued Deposition of Dr. Strickland and Production of Related Documents (3099/501)

Bill,

As you may recall, all of the issues presented in this motion have been the subject of numerous correspondences between the parties and a substantive meet and confer between yourself and Tom Fleming on March 20, and the issues have not been resolved. Thus, we believe that we have met the obligations of Rule 7.1

However, as a courtesy to you, we will give you additional time to give further consideration to the relief requested in the motion and to confer with those involved in the deposition. Please advise by 7pm as to whether you will produce Dr. Strickland and/or any of the 8 documents itemized in the motion. If we have not heard from you by then, we will assume that you do not assent.

Regards,
Nicole

-----Original Message-----
From: WGaede@mwe.com [mailto:WGaede@mwe.com]
Sent: Wednesday, March 28, 2007 5:12 PM
To: Nicole A. Rizzo
Cc: CJagoe@kayescholer.com; Fishman, Deborah; HHeckel@kayescholer.com; Julia Huston; Joel Leeman; MRGottfried@duanemorris.com; PCarson@kayescholer.com; TFleming@kayescholer.com
Subject: Re: 7.1 Consultation for Motion to Compel Continued Deposition of Dr. Strickland and Production of Related Documents (3099/501)

Dear Nicole:

I received your below e-mail at 4:40 pm Boston time asking my assent by 5:30 pm Boston time. As you know, I did not defend Dr. Strickland's deposition, and in addition to seeking further testimony from Dr. Strickland, your motion indicates that you are seeking to compel documents and potential cell lines. I cannot meaningfully respond to your request under Local Rule 7.1 to assent to or refuse the motion given this short
notice. I am available early tomorrow morning Pacific time to meet and confer on this once I have had the opportunity to look into this. Please let me know if this is agreeable to you.

Also, if you do choose to file the motion, please attach this e-mail and explain the timing of your request in the section where you address Local Rule 7.1 compliance and please accurately state that given this short notice, we were not in a position to assent to or refuse to agree to the motion that is attached.

Thank you,

Bill Gaede


Bill Gaede
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
wgaede@mwe.com
Phone:   650-813-5035
Fax:     650-813-5100

|  |  |  |
|---|---|---|
| To | "Nicole A. Rizzo" <nrizzo@bromsun.com> | <wgaede@mwe.com>, |
|  | 03/28/2007 01:40 PM | <MRGottfried@duanemorris.com>, "Fishman, Deborah" <dfishman@daycasebeer.com> |
| cc |  | <TFleming@kayescholer.com>, <PCarson@kayescholer.com>, <HHeckel@kayescholer.com>, <CJagoe@kayescholer.com>, "Joel Leeman" <Jleeman@bromsun.com>, "Julia Huston" <JHuston@bromsun.com> |
| Subject |  | 7.1 Consultation for Motion to Compel Continued Deposition of Strickland and Production of Related Documents (3099/501) |

Dr.

Bill,

Please let us know whether you assent to the attached motion to compel the continued deposition of Dr. Strickland and related documents. If we do not hear from you by 5:30pm (Boston time), we will file without your assent.

Regards,
Nicole



Nicole A. Rizzo
Attorney


Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292 ext. 354
Fax: (617) 443-0004
www.bromsun.com




This e-mail is from Bromberg & Sunstein LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments.
Instead, please notify the sender and delete the e-mail and any attachments. Thank you.


 (See attached file: Defendants_ Motion to Compel Continued Deposition Testimony of Dr. Strickland And Production of Docu.DOC)



**************************************************************************
******************************************

IRS Circular 230 Disclosure:  To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein

(including any attachments), unless specifically stated otherwise, is
not intended or written to be used, and cannot be used, for the purposes
of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or
matter herein.
_____


This message is a PRIVATE communication. This message and all
attachments are a private communication sent by a law firm and may be
confidential or protected by privilege. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of the information contained in or attached to this
message is strictly prohibited.  Please notify the sender of the
delivery error by replying to this message, and then delete it from your
system.  Thank you.
***********************************************************************
******************************************

Please visit http://www.mwe.com/ for more information about our Firm.