EXHIBIT A

## Nicole A. Rizzo

| | |
|---|---|
| **From:** | Julia Huston |
| **Sent:** | Tuesday, March 27, 2007 11:10 AM |
| **To:** | 'Gottfried, Michael R.' |
| **Subject:** | RE: Rule 7.1 |
| **Attachments:** | Julia Huston.vcf |

Thanks, Michael. We would propose that both parties file their replies at the same time. Roche is ready to do so now, but could wait a bit if Amgen needs more time. Obviously we don't want to wait too long in light of the upcoming Markman hearing, however.

Regards,
Julia


Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292 x 264
Fax: (617) 443-0004
jhuston@bromsun.com
www.brombergsunstein.com

This e-mail is from Bromberg & Sunstein LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

**From:** Gottfried, Michael R. [mailto:MRGottfried@duanemorris.com]
**Sent:** Tuesday, March 27, 2007 9:56 AM
**To:** Julia Huston
**Subject:** Rule 7.1

Julia

I will be able to provide you with Amgen's position regarding further Markman briefing this afternoon. When do you propose filing the briefs, assuming we were to agree to mutual briefing?



4/11/2007

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

4/11/2007