# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
AMGEN INC.,                                         )
                                                    )
       Plaintiff,                               ) Civil Action No. 05-CV-12237WGY
                                                    )
v.                                                  )
                                                    )
F. HOFFMANN-LA ROCHE LTD,                           )
ROCHE DIAGNOSTICS GmbH,                             )
and HOFFMANN-LA ROCHE INC.,                         )
                                                    )
       Defendants.                              )
_____)

## DEFENDANTS' MOTION FOR LEAVE TO REPLY TO AMGEN INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL CONTINUED DEPOSITION OF DR. THOMAS STRICKLAND AND PRODUCTION OF DOCUMENTS

    F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. ("Roche") respectfully request leave to file a reply to Amgen Inc.'s Opposition to Defendants' Motion to Compel Continued Deposition of Dr. Thomas Strickland and Production of Documents (Docket No. 371). Roche's proposed reply is attached hereto as Exhibit A.

    Roche seeks to file this reply to address certain factual and legal assertions raised in Amgen's Opposition. Roche's proposed reply is brief and Roche believes it will aid the Court in deciding the issue at hand. Roche also seeks to clarify that it requests only to depose Dr. Strickland for another half day, and asks the Court to hold Amgen to its promise to produce Dr. Strickland for this reasonable amount of additional time.

| | |
|---|---|
| Dated:  April 13, 2007<br>          Boston, Massachusetts | Respectfully submitted,<br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>*By their attorneys,*<br><br> /s/ Nicole A. Rizzo_____<br>Lee Carl Bromberg (BBO# 058480)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>Nicole A. Rizzo (BBO# 663853)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>nrizzo@bromsun.com<br><br>Leora Ben-Ami (*pro hac vice*)<br>Mark S. Popofsky (*pro hac vice*)<br>Patricia A. Carson (*pro hac vice*)<br>Thomas F. Fleming (*pro hac vice*)<br>Howard S. Suh (*pro hac vice*)<br>Peter Fratangelo (BBO# 639775)<br>Vladimir Drozdoff (*pro hac vice*)<br>David L. Cousineau (*pro hac vice*)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022<br>Tel. (212) 836-8000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

 /s/ Nicole A. Rizzo
Nicole A. Rizzo

03099/00501 651712.2