UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CIVIL ACTION No.: 05-CV-12237WGY<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, ) **[NON-REDACTED VERSION]**<br>and HOFFMANN-LA ROCHE INC. )<br>)<br>Defendants. )<br>) | |

**APPENDIX C TO DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON GROUNDS OF PRIVILEGE**

This document is filed pursuant to the Court's Order of April 4, 2007 (denying Amgen's motion to file its own privilege log under seal on the grounds that "The Privilege Log Itself . . . is Public."). It consists of an unredacted version of Appendix C to Defendants' Memorandum (Docket No. 338) in Support of Defendant's Motion (Docket No. 336) to Compel Production of Documents Improperly Withheld on Grounds of Privilege.

Dated: April 13, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*
/s/ Nicole A. Rizzo_____
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

03099/00501 642745.2

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 7/1/75 | | | | Memo regarding law of Canadian conflict proceedings with attorney notes thereon reflecting mental impressions regarding same. | AC/WP | 99 02172-99 02181 | Entire Document |
| 8/10/77 | Egrie | | | Handwritten notes reflecting technical analysis of Miyake's "Purification of Human Erythropoietin" prepared at request of counsel for use in rendering legal services. | AC/WP | 99 05389-99 05395 | Entire Document |
| 7/15/1980 | Siegel | Kung Goldwasser | Chernick Haberman d'Ouville Hill Kalinowski Teplitz | Correspondence providing legal advice, and requesting Information to provide additional legal advice, regarding invention disclosure. | AC | 99 16598 | Entire Document |
| 7/25/1980 | Goldwasser | R. Siegel | | Correspondence requesting legal advice regarding Goldwasser invention and licensing, attached to privileged document no. 99 16598. | AC | 99 16597 | Entire Document |
| 8/22/1980 | R. Siegel | Goldwasser | Kung Chernick d'Ouville Huberman Kalinowski Hill Teplitz | Correspondence providing legal advice regarding Goldwasser invention and licensing. | AC | 99 16595-99 16596 | Entire Document |
| 1/28/1982 | R. Siegel | Goldwasser | Golden Sigal Ullmann Huberman Close Kavinsky | Correspondence providing legal advice regarding Goldwasser invention and licensing. | AC | 99 16594 | Entire Document |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 1

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 4/13/1982 | R. Siegel | Goldwasser | Golden Sigal Ullmann Huberman Close | Correspondence providing legal advice regarding Goldwasser invention and licensing. | AC | 99 16593 | Entire Document |
| 1/28/1983 | Robert Seigel | Weist | S.D. Golden D.S. Sigal J.E. Ullmann MFB E. Goldwasser C. Kerinski W.J. Close T.L. Weiss J.E. Ullman | Correspondence from patent counsel for collaborator reflecting/discussing legal strategy regarding licensing. | AC | 99 04768 | Entire Document |
| 1/31/1983 | M. Bak | Egrie | | Correspondence enclosing draft patent application and requesting information necessary to rendering of legal advice regarding prosecution of U.S. Serial No. 463,724. | AC | 99 04744 | Entire Document |
| Feb-83 | Amgen Legal | | | Handwritten notes and interlineations made on Kaiser et al.'s "Secondary structures of proteins and peptides in amphiphilic environments" reflecting technical analysis required for legal services. | AC | 99 17940-99 17946 | Entire Document |
| 2/2/1983 | M. Bak | Egrie | | Correspondence from patent counsel requesting information required to render legal services regarding prosecution of Egrie patent application, enclosing copy of application Serial No. 463,724. | AC | 99 04760 | Entire Document |
| 2/2/1983 | M. Bak | Weist | | Correspondence from patent counsel reporting on legal services and requesting information required to render further legal services regarding prosecution of Egrie application, enclosing copies of application and assignment for execution. | AC | 99 04759 | Entire Document |

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | BATES RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 3/29/1983 | M. Bak | Walst | | Correspondence providing legal advice and requesting information/instructions from client required to render legal services/assistance regarding prosecution of Egrie U.S. Serial No. 463,724. | AC | 99 04757 | Entire Document |
| 8/1/1983 | M. Bak | Walst | | Correspondence from patent counsel requesting information/instructions from client required to render legal services/assistance regarding prosecution of foreign counterparts to U.S. Serial No. 463,724. | AC | 99 04756 | Entire Document |
| 11/14/1983 | MFB | | | Handwritten notes reflecting legal advice and information required for rendering legal advice in connection with Lin patent applications, dated 11-14-83 and 11-16-83. (2 copies) | AC | 99 01013-99 01015, 99 16710-99 16712 | Entire Document |
| 12/5/1983 | M. Bak | Walst | | Correspondence from patent counsel requesting information/instructions from client required to render legal services/assistance regarding prosecution of foreign counterparts to U.S. Serial No. 463,724. | AC | 99 04755 | Entire Document |
| 1983-84 | MOGMB | | | Handwritten citation list with notes reflecting attorney mental impressions about references from Egrie patent application found in file for U.S. Application Serial No. 591,024. | AC | 99 01008-99 01012 | Entire Document |
| 1983-84 | MFB S. Marquez | | | Compilation of journal abstracts with attorney handwritten notes and highlighting, reflecting legal analysis and attorney mental impressions provided to Amgen relating to Lin U.S. Serial No. 675,298. | AC | 99 00210-99 00283, 99 00268-99 00633 | Entire Document |
| 1983-84 | MOGMB | | | Handwritten memo providing legal advice regarding European Patent Application Serial No. 63,878, found in file for U.S. Application Serial No. 591,024. | AC | 99 01012 | Entire Document |
| 1/16/1984 | Egrie | MFB | | Correspondence from client to patent counsel providing information/instructions for legal services and requesting legal advice and services regarding prosecution of U.S. Serial No. 463,724. | AC | 99 04754 | Entire Document |

CONFIDENTIAL-SUBJECT-TO-PROTECTIVE-ORDER--

Page 3

*In the Matter of*
**Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin**, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 1/19/1984 | M. Bak | Egrie | | Correspondence from patent counsel requesting information/instructions from client required to render legal services/assistance regarding prosecution of Egrie U.S. Serial No. 493,724. | AC | 99 04753 | Entire Document |
| 1/24/1984 | M. Bak | Weist | | Correspondence from patent counsel reporting on legal services regarding prosecution of foreign counterparts to Egrie U.S. Serial No. 493,724. | AC | 99 04752 | Entire Document |
| 2/2/1984 | MFB J. Browne | | | Excerpt of draft Lin patent application, including handwritten attorney notations, reflecting legal advice and analysis provided to Amgen. | AC | 99 01025 | Entire Document |
| 2/3/1984 | MFB | Weist | | Correspondence providing legal advice in connection with prosecution of U.S. Lin Patent Application No. 561,024. (2 copies) | AC | 99 01007, 99 15705 | Entire Document |
| 2/10/1984 | Forrester Boehmert | MOGMB | | Correspondence from foreign patent counsel providing legal advice regarding prosecution of Egrie EPO Patent Application No. 84 300693.3. | AC | 99 04918-99 04920 | Entire Document |
| 2/15/1984 | MFB | Lin | | Letter reflecting legal strategy and advice, providing draft of patent application and requesting comments to formulate legal advice. | AC | 99 01022 | Entire Document |
| 2/17/1984 | MFB | Weist | | Correspondence providing legal advice concerning prosecution of Lin Patent Application Serial No. 561,024, including attached abstract of S. Lee-Huang (Biophysical Journal, Vol. 45, Issue No. 2). (2 copies) | AC | 99 01006, 99 15707-99 15708 | Entire Document |
| 3/29/1984 | Rathmann | Binder Stebbing Weist | | Redaction of request for legal advice reported in minutes of administrative meeting. (Redaction made in Amgen v. Chugai litigation from document nos. 5043627-29.) | AC | A 42888-A 42890 | Multiple paragraphs |
| 4/9/1984 | J. Brown | MFB | | Correspondence from foreign patent agent providing legal advice regarding prosecution of Egrie EPO Patent Application No. 84 300693.3. | AC | 99 04916 | Entire Document |

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE | BATES RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 6/13/1984 | MFB | Marcus | | Correspondence providing and requesting legal advice regarding Eatle and Lin patent applications. (3 copies) | AC | 99 02523-99 02531 | Entire Document |
| 6/13/1984 | A. Mendelson | Kirin Brewery | Weist Mendelson | Legal opinion regarding Kirin-Amgen Shareholders' Agreement. (2 copies) | AC | 99 16351-99 16354, 99 14220-99 14223 | Entire Document |
| 6/13/1984 | MFB | Kirin | Weist Mendelson | Legal opinion regarding title to patent applications of Kirin/Amgen, including attached assignment document. (2 copies) | AC | 99 16355-99 16357, 99 14224-99 14239 | Entire Document |
| 6/13/1984 | J. Marcus | Kaniki G. Binder | | Portion of correspondence relating to legal representation by Musick, Peeler firm. (2 copies) | AC | 99 16346, 99 14214 | Entire Document |
| 6/13/1984 | Musick, Peeler & Garrett | Amgen | | Correspondence regarding legal representation by Musick, Peeler firm. (2 copies) | AC | 99 16346-99 16349, 99 14215-99 14218 | Entire Document |
| 6/13/1984 | Weist | Y. Katayama | | Correspondence regarding Kirin-Amgen agreement. | AC | 99 14240 | Entire Document |
| 6/22/1984 | Schuchard | MFB | | Correspondence regarding Lin patent assignment. | AC | 99 01429 | Entire Document |
| 6/29/1984 | Forester Boehmert | MFB | J. Marcus | Correspondence from foreign patent counsel reporting on legal services and providing legal advice regarding prosecution of Egrie EPO Patent Application No. 84 300693.3. | AC | 99 04916 | Entire Document |
| 7/3/1984 | MFB | Schuchard | | Correspondence regarding legal services regarding Lin patent assignment. | AC | 99 01071A | Entire Document |
| 7/12/1984 | Rathmann | Binder Caruthers Stebbing Vapnek Weist | | Redaction of legal advice concerning patentability of Lin invention. (Redaction made in Amgen v. Chugai litigation from document nos. 50-43835-40.) | AC | A 42895 | Multiple paragraphs |

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 8/28/1984 | MFB | Onodera | | Correspondence requesting legal advice relating to prosecution of Egrie PCT patent application in Japan. | AC | 99 05055 | Entire Document |
| 8/28/1984 | MFB | R.D. Weist | | Correspondence reporting on legal services and legal advice rendered relating to prosecution of Egrie patent application in Japan. | AC | 99 05054 | Entire Document |
| 9/3/1984 | K. Onodera | MFB | | Correspondence providing information required for legal services regarding prosecution of Japanese patent application based on Egrie PCT Application No. 84/03152. (2 copies) | AC | 99 05041, 99 05053 | Entire Document |
| 9/13/1984 | Kyowa Patent and Law Office | MFB | | Correspondence requesting legal advice relating to prosecution of Egrie patent application in Japan. | AC | 99 05051-99 05052 | Entire Document |
| 9/13/1984 | Weist | MFB | F.K. Lin G.B. Rathmann | Request for legal advice with respect to Lin CIP (of D-155 CIP) application. (2 copies) | AC | 99 12279, 99 16110 | Entire Document |
| 9/14/1984 | K. Onodera | MFB | | Correspondence providing legal advice relating to prosecution of Egrie patent application in Japan. | AC | 99 05048-99 06050 | Entire Document |
| 9/17/1984 | Kyowa Patent and Law Office | MFB | | Correspondence providing legal advice relating to prosecution of Japanese patent application based on Egrie PCT application. (2 copies) | AC | 99 05040, 99 05047 | Entire Document |
| 9/21/1984 | K. Onodera | MFB | | Correspondence reflecting patent strategy and requesting legal advice relating to prosecution of Egrie Japanese patent application. (2 copies) | AC | 99 05039, 99 05045 | Entire Document |
| 9/21/1984 | MFB | K. Onodera | | Correspondence providing legal advice relating to prosecution of Egrie patent application in Japan. | AC | 99 05046 | Entire Document |
| 9/25/1984 | MFB J. Browne | MFB | | Legal advice and request for same, regarding draft patent application, attached to cover sheet from J. Browne. | AC | 99 15124-99 15160 | Entire Document |
| 9/26/1984 | MFB | | | Attorney notes regarding meeting with client reflecting legal advice regarding U.S. Serial No. 463,724. | AC | 99 04733 | Entire Document |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 10/23/1984 | Schuchard | MFB | Marcus | Letter from co-counsel to patent counsel requesting information required to render legal services regarding assignment to Kirin-Amgen. (3 copies) | AC | 99 00132, 99 00160, 99 04707 | Entire Document |
| 10/23/1984 | MFB | Kobayashi |  | Correspondence requesting information required for providing legal advice, and reflecting communications concerning patent strategy of Lin patent applications. (2 copies) | AC | 99 00155-99 00159, 99 15683-99 15687 | Entire Document |
| 10/25/1984 | MFB | R.D. Weist |  | Correspondence relaying information required for legal services in connection with Lin patent applications. (2 copies) | AC | 99 00150-99 00151, 99 15675-99 15676 | Entire Document |
| 10/25/1984 | Morimoto | R.D. Weist |  | Correspondence requesting legal advice concerning Lin patent applications, with enclosed privileged document nos. 99 00147-99 00149. (2 copies) | AC | 99 00146, 99 15671 | Entire Document |
| 10/25/1984 | Kirin | MFB | K. Onodera | Correspondence requesting legal advice and services information required for legal advice and services concerning patent prosecution of Lin applications. (2 copies) | AC | 99 00147-99 00149, 99 15672-99 15674 | Entire Document |
| 10/25/1984 | MFB | Kobayashi | R.D. Weist | Correspondence reflecting legal advice and information in connection with Lin patent applications. (2 copies) | AC | 99 00152-99 00154, 99 15677-99 15682 | Entire Document |
| 10/26/1984 | MFB | Morimoto | R.D. Weist | Correspondence reflecting communications concerning patent strategy of Lin patent applications, and relaying legal advice. (2 copies) | AC | 99 00143-99 00145, 99 15668-99 15670 | Entire Document |
| 10/26/1984 | J. Fenno | Lin | J. Brown Johnson Rathmann Stebbing Weist | Memo providing information required for rendering of legal advice by M. Bozeman, Esq. and reflecting legal advice rendered by M. Bozeman. | AC | 99 16229 | Entire Document |

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | CC/BCC | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 11/5/1985 | Morimoto | Weist | MFB Dr. Kaneko Dr. Suzuki | Correspondence providing legal advice and reflecting legal strategy regarding Maruyama et al. patent application. | AC/WP | 99 06110-99 06111 | |
| 11/13/1985 | H. Svendsen | MFB | | Correspondence providing legal advice regarding Norwegian Patent Application No. 852384. (2 copies) | AC | 99 04122, 99 15574 | Entire Document |
| 11/18/1985 | Kobayashi | MFB | R.D. Weist | Correspondence requesting legal advice and services regarding Maruyama et al. patent application. | AC | 99 05106-99 05109 | Entire Document |
| 11/19/1985 | MFB | Dias Costa | R. Weist K. Morimoto | Correspondence providing legal advice relating to Lin Portuguese Patent Application No. 81213. (3 copies) | AC | 99 04171, 99 10112, 99 15793 | Entire Document |
| 11/19/1985 | MFB | R. Weist | K. Morimoto | Correspondence providing legal advice and reporting on legal services relating to Lin Portuguese patent application. (3 copies) | AC | 99 04170, 99 10110, 99 15792 | Entire Document |
| 11/27/1985 | J. Brown | MFB | | Correspondence from foreign patent counsel providing legal advice regarding Lin Chinese patent application. | AC | 99 04506, | Entire Document |
| 12/11/1985 | MFB | R. D. Weist | | Legal advice regarding Lin Chinese patent application. | AC | 99 16217 | Entire Document |
| 12/13/1985 | Elzaburu | MFB | | Correspondence providing legal advice and requesting instructions required for further legal services in connection with prosecution of Lin Spanish Patent Application No. 538519. | AC | 99 04314 | Entire Document |
| 12/16/1985 | LSG | Weist | Morimoto | Correspondence regarding Patent No. 4,558,006 from patent counsel to client providing legal advice. (2 copies) | AC | 99 04697-99 04698 | Entire Document |
| 1985-86 | MFB | | | Draft patent claims 1-8 for Lin patent application. | AC | 99 00115-99 00116 | Entire Document |
| 1986 | MFB | Lindy Messina | | Attorney notes regarding prior art, reflecting legal advice for use in prosecution of U.S. Serial No. 675,298. | AC/WP | 99 00074, 99 15703 | Entire Document |
| 1986 | MFB | | | Attorney notes and interlineations reflecting legal analysis and mental impressions, on copy of "Rat Insulin Genes: Construction of Plasmids Containing the Coding Sequences" Ullrich et al. (6/17/77). | AC | 99 11488-99 11494 | Entire Document |

CONFIDENTIAL-SUBJECT-TO-PROTECTIVE-ORDER

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 11/18/1987 | R. Smalling | Odre | K. Alton J. Brown N. Johnson K. Wittsey | Memo providing information for attorney use in rendering legal advice regarding patent matters, prepared in contemplation of litigation. | AC/WP | 99 08178-99 08177 | Entire Document |
| 11/24/1987 | Y. Kawaguti | MFB | Odre Kobayashi | Correspondence from foreign patent counsel providing legal advice regarding prosecution of Lin Japanese Patent Application No. 500031/85. (2 copies) | AC | 99 03214-99 03219, 99 17764-99 17768 | Entire Document |
| 11/24/1987 | A.J. Park & Son | MOGMB | | Correspondence providing legal advice relating to responding to office action issued in Lin New Zealand Patent Application No. 210,501. | AC | 99 03939 | Entire Document |
| 11/24/1987 | Joon Koo Lee & Partners | MFB | | Correspondence reporting on legal services rendered in connection with prosecution of Lin Korean Patent Application No. 7923/1984. | AC | 99 03507 | Entire Document |
| 11/24/1987 | MFB | | | Facsimile of proposed draft claims 11-15 and tables for Lin Japanese patent application, reflecting legal strategy and advice of counsel. | AC | 99 13477-99 13479 | Entire Document |
| 11/24/1987 | D.C. Calhoun | MOGMB | | Correspondence regarding Lin New Zealand Patent Application No. 210,501 and requesting legal advice regarding same. | AC | 99 14960V | Entire Document |
| | Joon Koo Lee & Partners | Borun, Michael F (Marshall O'Toole Gerstein Murray & Bicknell) | | Attorney-client privileged communication between counsel and client reflecting legal advice regarding prosecution of Lin Korean application. | AC | 99 02550B-99 025508 | Entire Document |
| 11/24/1987 | J. Brown | MFB | | Letter providing and requesting legal advice regarding European Patent Application No. 84308054.7. (2 copies) | AC | 99 01598, 99 16078 | Entire Document |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER—

Page 67

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 6/6/1988 | LSG | Sanford T. Colb | | Correspondence providing legal advice regarding prosecution of Egis Israeli Patent Application No. 71001. | AC | 99 04944-99 04949 | Entire Document |
| 6/27/1988 | Oy Kolster | MFB | | Correspondence providing legal advice regarding prosecution of Lin Finnish Patent Application No. 852377, including attached excerpts of Finnish regulations. | AC | 99 02508-99 02511, 99 10070-99 10077 | Entire Document |
| 7/4/1988 | Colb | MOGMB | | Correspondence from foreign patent counsel providing legal advice regarding prosecution of Lin Israeli Patent Application No. 73785. | AC | 99 02905-99 02906 | Entire Document |
| 7/12/1988 | MFB | J. Brown | | Correspondence providing and requesting legal advice regarding Lin Czechoslovakian patent application, including attached draft claim. | AC | 99 02232-99 02234 | Entire Document |
| 7/14/1988 | MFB | Oy Kolster AB | Kobayashi | Correspondence providing legal advice relating to patent strategy regarding Lin Finnish Patent Application No. 852377. | AC | 99 02505-99 02506 | Entire Document |
| 7/22/1988 | MFB | Odre | | Draft correspondence including response to official action in European Patent Application No. 84308654.7, including legal advice and strategy, with fax cover sheet. (2 copies) | AC | 99 01588-99 01691, 99 17031-99 17036 | Entire Document |
| 7/25/1988 | MFB | J. Brown | | Correspondence providing legal advice regarding European Patent Application No. 84308654.7. | AC | 99 01583-99 01585 | Entire Document |
| 7/26/1988 | T. Strickland | Odre | | Memorandum regarding experiment performed in support of litigation. | AC/WP | 99 18790-99 18798 | Entire Document |
| 7/28/1988 | MFB | Odre | | Correspondence forwarding 7/27/88 correspondence from foreign associate to MFB providing legal advice regarding prosecution of Lin Finnish Patent Application No. 852377, with privileged document no. 99 02507 attached. | AC | 99 02502-99 02504 | Entire Document |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 7/26/1989 | Janet McNicholas | W. Keown | Egrie | | Correspondence providing legal advice regarding Amgen v. Chugai litigation, and requesting information relevant thereto, prepared for litigation purposes. | AC/WP | 99 07022-99 07025 | Entire Document |
| | Borun, Michael F (Marshall O Toole Gerstein Murray & Bicknell) | Park, Kyung J (Lee & Ko) | | Kobayashi, Masaaki (Kirin Brewery Company Ltd., sharing a common interest privilege with Amgen Inc. and/or Kirin-Amgen Inc.);Odre, Steven M (Amgen Inc) | Attorney-client privileged communication between counsel and client reflecting legal advice regarding prosecution of Lin Korean application. | AC | 99 025447-99 025447 | Entire Document |
| 7/27/1989 | Ralph Smalling | John McDonald | | Egrie | Correspondence requesting legal advice and services, and providing information for use in providing legal advice, prepared for litigation purposes. Includes attached draft exhibit reflecting legal advice and strategy regarding same. | AC/WP | 99 07026-99 07030 | Entire Document |
| 7/31/1989 | PWB | A.J. Park & Son | Kobayashi Odre | | Correspondence (2 copies) providing legal advice and reflecting patent strategy regarding prosecution of Lin New Zealand Patent Application No. 210,501, including fax cover sheet (1 copy). | AC | 99 03877-99 03880, 99 17710-99 17712 | Entire Document |
| 7/31/1989 | M. Merz | D. Boehnen | | | Memorandum providing legal advice regarding prior art named in Defendants' 35 U.S.C. §282 notice in Amgen v. Chugai litigation, including copy of notice with handwritten notations. | AC/WP | 99 11463-99 11477 | Entire Document |
| Aug-89 | Egrie | | | | Handwritten notes reflecting legal issues prepared at attorney's request for use in Amgen v. Chugai Boston litigation. | WP | 99 08754-99 08757 | Entire Document |
| Aug-89 | Egrie | | | | Handwritten notes reflecting legal strategy relating to Amgen v. Chugai Boston litigation. | AC/WP | 99 07083 | Entire Document |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER—

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| 5/13/1992 | J. Brown | Odre | MFB | Letter providing and requesting legal advice regarding EP Patent No. 148 605, including concerning legal representation, with fax cover sheet. | AC/WP | 99 01630-99 01631 | Entire Document |
| 5/14/1992 | J. Browne | S. Watt | | Redaction of request for legal advice relating to patentability issues (from 5-19-92 PDT minutes; p. 2). | AC | AM 47 57298 | Paragraph |
| 5/20/1992 | Ben-David | GEN | | Correspondence from foreign patent counsel reporting on legal services relating to prosecution of Israeli Patent Application No. 98581. (2 copies) | AC | 99 03045, 99 02954 | Entire Document |
| 5/20/1992 | Ben-David | GEN | | Correspondence reporting on legal services rendered for Lin Israeli Patent Application No. 100,935, including duplicate copy of response dated 5/13/92. (2 copies) | AC | 99 03131, 99 16693-99 16696 | Entire Document |
| 5/20/1992 | Watt | Richard Grochala | Odre MFB Egrte | Correspondence discussing litigation-related technical project, prepared in anticipation of litigation. | AC/WP | 99 05549-99 05550 | Entire Document |
| 5/29/1992 | Chinese Patent Agent | Forrester Kelley | | Correspondence providing and requesting legal advice relating to Chinese Patent Application No. 85 106191.4. | AC | 99 04406 | Entire Document |
| Jun-92 | | | | Compilation of drafts of: Memorandum of consultant (2 copies); Notice of Motion of Kirin-Amgen; and Affidavit in connection with revocation proceeding in South Africa regarding South African Patent No. 84/9826. | WP | 99 13178-99 13283 | Entire Document |
| 6/2/1992 | Forrester Kelley | C. Frumkin | | Correspondence reflecting request for legal advice and reporting on legal services regarding EP (UK) 148 605 registration. | AC | 99 11264-99 11265 | Entire Document |
| 6/3/1992 | Watt | J. Brown | Odre | Correspondence requesting legal advice regarding Supplemental Protection Certificates for EP 148 605 in France. | AC | 99 11236 | Entire Document |
| 6/3/1992 | R. Grochala | Watt | R. Minier | Correspondence providing legal advice and requesting legal services regarding supplementary protection certificates for EP 148 605. (3 copies) | AC | 99 16769, 99 16778, 99 16799 | Entire Document |

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| Undated | | Lindy Davies | | Attorney handwritten notes regarding legal advice regarding assignment for Egrie U.S. Serial No. 463,724. | AC | 99 04766 | Entire Document |
| Undated | MOGMB | | | Draft claims for Egrie U.S. Serial No. 463,724. | AC | 99 04767-99 04768 | Entire Document |
| Undated | MFB | | | Attorney notes reflecting communication with client regarding U.S. Serial No. 463,724. | AC | 99 04769 | Entire Document |
| Undated | MOGMB | | | Attorney notes reflecting mental impressions of art produced in connection with rendering legal advice concerning U.S. Serial No. 463,724. | AC | 99 04770 | Entire Document |
| Undated | MOGMB | | | Draft declaration (3 copies) including attorney's handwritten note reflecting legal analysis in patent prosecution of U.S. Serial No. 463,724. | AC | 99 04771-99 04776 | Entire Document |
| Undated | MOGMB | | | Handwritten notes on file copy of application reflecting attorney mental impressions. | AC | AM 27 052835, AM 27 052845-AM 27 052846 | Entire Document |
| Undated | Kyowa Patent and Law Office | MOGMB | | Legal advice concerning patent laws in Japan. | AC | 99 05038 | Entire Document |
| Undated | | | G. Rathmann N. Stebbing D. Vapnek F.K. Lin S. Suggs MFB | Analysis of EPO gene sequences entitled "Amino Acids Sequence of Human EPO and DNA Sequence of Human EPO Gene (Comparison Between Genetics Institute and Kirin)," prepared in anticipation of litigation. | WP | 99 13053-99 13065 | |
| Undated | MFB | | | Redaction of attorney analysis of reference produced at A 198957, reflecting legal analysis. | AC | A 198957 | Entire Document |
| Undated | MFB | | | Drafts of Lin U.S. patent application "Recombinant Methods and Materials Applied to Microbial Expression of Erythropoietin," reflecting legal analysis and advice. | AC | 99 14962-99 15088 | Annotations |
| Undated | MFB | | | Attorney working copies of claims from Lin U.S. Patent Application Serial Nos. 675,298; 691,024; 582,185; 655,841, reflecting legal strategy and analysis. | AC | 99 15089-99 16115 | Entire Document |

CONFIDENTIAL-SUBJECT-TO-PROTECTIVE-ORDER

*In the Matter of*
*Certain Products and Pharmaceutical Compositions Containing Recombinant Human Erythropoietin*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-568

Complainant Amgen Inc.'s Privileged Documents List

| DATE | AUTHOR | RECIPIENT | COPY | DESCRIPTION | STATUS | RANGE | PORTION OF DOCUMENT PROTECTED |
|---|---|---|---|---|---|---|---|
| Undated | MFB | | | Patent search and attorney notes reflecting mental impressions regarding patent search. (2 copies) | AC/WP | 99 11681-99 11676, 99 16189-99 16203 | Entire Document |
| Undated | MFB | | | Attorney notations relating to certificate of correction to Patent No. 4,703,008. | AC/WP | 99 12045-99 12210 | Entire Document |
| Undated | MFB | | | Attorney notes and interlineations indicating mental impressions and legal analysis of article "Isolation of a Genomic Clone for Bovine Pancreatic Trypsin Inhibitor by Using a Unique-Sequence Synthetic DNA Probe," by Anderson and Kingston. | AC | 99 12280-99 12284 | Entire Document |
| Undated | MFB | | | Attorney notes indicating mental impressions and legal analysis of abstract from *Blood*, Vol. 82(5) 1985 no. 392, 112a. | AC | 99 12265-99 12266 | Entire Document |
| Undated | MFB | | | Attorney notes and interlineations reflecting mental impressions and legal analysis of article "The Use of Synthetic Oligonucleotides as Hybridization Probes" R. Bruce Wallace *et al*. | AC | A 199324-A 199339, 99 12287-99 12302 | Entire Document |
| Undated | MFB | | | Handwritten notes reflecting analysis of prior art for use in rendering legal services regarding prosecution of Lin U.S. application. | AC | 99 12045-99 12046 | Entire Document |
| Undated | MFB | | | Handwritten notes reflecting legal analysis and mental impressions on "Isolation of a cDNA Clone...As A Detection Probe," used to render legal advice relating to Lin U.S. patent applications. | AC | 99 12323-99 12327 | Entire Document |
| Undated | Amgen Legal | | | Draft patent application regarding method of stabilizing EPO with comments, all reflecting legal advice of patent counsel. | AC | 99 16256-99 16278 | Entire Document |
| Undated | MFB | | | Handwritten notations reflecting legal analysis of Jaye *et al*. reference. | AC | A 199349, 99 12303-99 12313 | Entire Document |

CONFIDENTIAL-SUBJECT-TO-PROTECTIVE-ORDER

| DATE | AUTHOR | RECIPIENT | COPIED | DESCRIPTION | STATUS | BATES BEGIN |
|---|---|---|---|---|---|---|
| 25 Jan 2005 - 26 Jan 2005 | Cohen, Helene | Anderson, Serena; Bachelda, Mark; Barnes, Lauren; Beyer, Valerie; Cangialose, Chip; Carlin, Kevin; Carter, Laurent; Carter, Stephen; Chaplin, Rhonda; Chen, Ken; Chow, Becky; Co, Marisa; Cohen, Helene; Comstock, Tom; Davanzo, Angela; Degens, Mary Jo; Elginer, Julie; Garofolo, Sandy; Gillespie, Rodney; Givens, Keith; Harbour, Unetie; Hashimoto, John; Izadi, Cameron; Elginer, Julie; Scott; Hayes, Tim; Hickman, Pam | Purcell, Robert; Shanks, Susan; Kim, John; Izadi, Cameron; Elginer, Julie; Shurney, Dexter | Email exchange requesting legal advice regarding product marketing strategy | AC | 99 069833 |
|  |  | (Continued) Holloway, Maggie; Howland, Lynn; Izadi, Cameron; Jagoe, Jannel; Johnson, Steven; Jurss, Lynn; Kalgare, Vivek; Karbon, Bill; Keen, Marcia; Keller, Bill; Khan, Irfan; Kim, John; Krishnan, Mahant Loh, Vicki; Lyons, Alex; Martin, Jim; McCormick, Dan; Mesa, Gabriel; Mirani, Leslie; Mitchell, Dan; Moore, Nancy; Murphy, Rob; Myers, Barbara; Nabulsi, Osama; Niedermair, Jaye; Notziger, Sonia; Nolen, Jackie; Novaes, Melissa; Peroz, Kathy; Seaborne, Marianne; Sharks, Susan; Shen, Glenna - LAW; Shurney, Dexter; Steinberg, Tabatha; Stevens, Kristen; Purcell, Robert; Swire, Andy; Van Heerden, Julie; Wallace, Betty; Winn, Dawn; Wortner, Jim; Yang, Alex; Youngson, Hyonalie Im; Zavitz, Jeff |  |  |  |  |
| 25 Jan 2005 - 26 Jan 2005 | Cohen, Helene |  | Purcell, Robert; Shanks, Susan; Kim, John; Izadi, Cameron; Elginer, Julie; Shurney, Dexter | Email exchange requesting legal advice regarding product marketing strategy | AC | 99 069833 |
| 4/19/2004 | Hall, Ingrid | Asadourian, Arlin; Birkett, Neal; Boutibee, Paula; Chiu, Connie; Ferry, Elizabeth; Keller, Bill; Kokino, Chrys; Lyons, Alex; Mathew, Anita; Pedersen, Jonas; Robertson, Chris; Skullerud, Eric; Sweeney, Leann; Tucker, Bonnie; Whiteford, Wendy |  | Email requesting legal advice regarding Roche actions | AC | 99 071583 |
| 4/19/2004 | Amgen Employee | Asadourian, Arlin; Birkett, Neal; Boutibee, Paula; Chiu, Connie; Ferry, Elizabeth; Keller, Bill; Kokino, Chrys; Lyons, Alex; Mathew, Anita; Pedersen, Jonas; Robertson, Chris; Skullerud, Eric; Sweeney, Leann; Tucker, Bonnie; Whiteford, Wendy |  | Notes requesting legal advice regarding Roche actions | AC | 99 071584 |
| 4/19/2004 | Amgen Employee | Asadourian, Arlin; Birkett, Neal; Boutibee, Paula; Chiu, Connie; Ferry, Elizabeth; Keller, Bill; Kokino, Chrys; Lyons, Alex; Mathew, Anita; Pedersen, Jonas; Robertson, Chris; Skullerud, Eric; Sweeney, Leann; Tucker, Bonnie; Whiteford, Wendy |  | Notes requesting legal advice regarding Roche actions Redacted Email exchange reflecting legal advice of counsel and request therefor regarding product marketing strategy | AC | 99 071587 |
| 5/10/2005 | Forsker, Scott | Pederson, Jonas; Perlmutter, Roger |  |  | AC | AM44 1909598 |
| 12/16/2005 | Tranko, Ronnie | Nabulsi, Osama; Chow, Ray; Anderson, Serena; Davanzo, Angela; Yufnok, Rezin; Johnson, Holly; Wallace, Betty; Conrad, Parker |  | Draft Presentation requesting and reflecting legal advice regarding competitive marketing strategy | AC | 99 073432 |
| 10/3/2006 | Lyons, Alex; Randall, Mark | Bush, Graham |  | Presentation reflecting legal advice of counsel and request therefor regarding Roche actions | AC | 99 069834 |

A