# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF AMGEN INC.'S MOTION TO PRECLUDE FURTHER INTERFERENCE WITH THIRD-PARTY DISCOVERY AND COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY, OR IN THE ALTERNATIVE, MOTION TO STRIKE DEFENDANTS' DEFENSE UNDER 35 U.S.C. § 271 (e)(1)**

Pursuant to FED. R. CIV. P. 37(a) and L.R. 37.1, Plaintiff Amgen, Inc. ("Amgen") respectfully submits this Motion to Preclude Further Interference with Third-Party Discovery and Compel Production of Documents and Deposition Testimony, or in the Alternative, Motion to Strike Defendants' Defense Under 35 U.S.C. § 271(e)(1).

The grounds for this motion are set forth in Amgen Inc.'s Memorandum in Support of its Motion to Preclude Further Interference with Third-Party Discovery and Compel Production of Documents and Deposition Testimony, or in the Alternative, Motion to Strike Defendants' Defense Under 35 U.S.C. § 271(e)(1), as well as in the accompanying Declaration of Mario Moore.

644668_1                                                          1

Dated: April 13, 2007

| | |
|---|---|
| Of Counsel: | /s/ Michael R. Gottfried |
| | D. Dennis Allegretti (BBO#545511) |
| Stuart L. Watt | Michael R. Gottfried (BBO# 542156) |
| Wendy A. Whiteford | Patricia R. Rich (BBO# 640578) |
| Monique L. Cordray | DUANE MORRIS LLP |
| Darrell G. Dotson | 470 Atlantic Avenue, Suite 500 |
| Kimberlin L. Morley | Boston, MA 02210 |
| | Telephone: (857) 488-4204 |
| Erica S. Olsen | Facsimile: (857) 488-4201 |
| AMGEN INC. | |
| One Amgen Center Drive | Lloyd R. Day, Jr. *(pro hac vice)* |
| Thousand Oaks, CA 91320-1789 | DAY CASEBEER, MADRID & BATCHELDER LLP |
| (805) 447-5000 | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA 95014 |
| | Telephone: (408) 873-0110 |
| | Facsimile: (408) 873-0220 |
| | |
| | William Gaede III *(pro hac vice)* |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 813-5000 |
| | Facsimile: (650) 813-5100 |
| | |
| | Kevin M. Flowers *(pro hac vice)* |
| | Thomas I. Ross *(pro hac vice)* |
| | MARSHALL, GERSTEIN & BORUN LLP |
| | 233 South Wacker Drive |
| | 6300 Sears Tower |
| | Chicago, IL 60606 |
| | Telephone: (312) 474-6300 |
| | Facsimile: (312) 474-0448 |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for the Plaintiff has met and conferred with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

               /s/ Michael R. Gottfried
               Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 13, 2007.

               /s/ Michael R. Gottfried
               Michael R. Gottfried