# EXHIBIT 19

Dockets.Justia.com

**From:** Mathie, BeLinda I. [mailto:belinda.mathie@kattenlaw.com]
**Sent:** Wednesday, March 28, 2007 1:19 PM
**To:** Fishman, Deborah
**Cc:** DCousineau@kayescholer.com; Kemnitz, Christian T.
**Subject:** Roche protocol numbers

Deborah,

I am writing to follow up on your conversation with Chris Kemnitz and me earlier today regarding the list of Clinical Trial Services Agreements/Clinical Trial Agreements between DaVita and Roche, produced to you as DVA-AMGEN0000001. After consulting with counsel for Roche, who is copied on this email, DaVita hereby provides you with the protocol numbers for the two studies omitted from DVA-AMGEN0000001. The protocol numbers are ML20336 and ML20338. At this time, DaVita will not be providing any information about these studies beyond the protocol numbers, per our instructions from Roche. Should you believe this disclosure is inadequate, we request that you notify DaVita and Roche at your earliest convenience. To the extent you believe additional discovery is appropriate, please contact counsel for Roche and attempt to resolve the issue.

BeLinda I. Mathie
Litigation Associate
Katten Muchin Rosenman LLP
525 West Monroe
Chicago, Illinois 60661
(312) 902-5283 (direct)
(312) 577-4482 (fax)

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

===============================================================

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==============================================================
CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================