# EXHIBIT 20

# KAYE SCHOLER LLP

David L. Cousineau
202 682-3617
Fax 202 414-0344
dcousineau@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Suite 1100
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

March 28, 2007

VIA E-MAIL AND FACSIMILE

Deborah Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Re: *Amgen Inc. v. F. Hoffman-La Roche Ltd., et al.*
05-CV 12237 WGY (D. Mass)

Dear Deborah:

I write regarding Amgen's blatant attempt to circumvent the court's December 29, 2006, January 22, 2007, and March 2, 2007, orders regarding the scope of discovery. The court ruled three times that information regarding post-April 16, 2006 clinical trials is irrelevant to this lawsuit, beyond the scope of discovery, and would be unduly prejudicial and potentially disruptive to the ongoing discussions and negotiations between Roche and the FDA. This is true whether Amgen seeks the information through Roche or through unwitting third-parties. Roche will not disregard the court's orders nor waive DaVita's confidentiality obligations. In short, Roche will not provide the requisite approval for DaVita to produce the information discussed in your letter of today to me.

Similarly, Roche will not disregard the court's orders nor waive DaVita's confidentiality obligations at Monday's DaVita deposition. I was amazed to learn that one week after the third and final order on this issue, you subpoenaed DaVita (but did not serve Roche), seeking "DaVita's actual or planned participation in any trial, research, or other study sponsored or conducted by or on behalf of ROCHE, *scheduled to commence after April 18, 2006.*" (emphasis added). Such information is clearly beyond the scope of the court's orders and Roche will oppose any effort by Amgen to elicit testimony on this subject.

13119155.WPD

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D C   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**KAYE SCHOLER** LLP

Deborah Fishman           2           March 28, 2007

Please feel free to contact me if you have any questions.

Sincerely,

David L. Cousineau

cc:    Christian T. Kemnitz (via e-mail only)

13119155 WPD

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# KAYE SCHOLER LLP

From: David L. Cousineau
202 682-3617
Fax 202 414-0344
dcousineau@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE: March 28, 2007   Total number of pages including this cover sheet: 3

DELIVER TO:             PRIMARY FAX NUMBER:        TELEPHONE NUMBER:
Deborah Fishman         408-873-0220               408-342-4587

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N   n

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3617**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User #: 1038                                                    Client/Matter #: 34484/4