# EXHIBIT 21

Dockets.Justia.com

| | |
|---|---|
| **From:** | Mark Hebert [Hebert@fr.com] |
| **Sent:** | Thursday, March 29, 2007 11:53 AM |
| **To:** | Fishman, Deborah; dcousineau@kayescholer.com; Carter, Krista; jbrew@kayescholer.com |
| **Cc:** | Mark Hebert; Michael Kallus; Joseph Patriss |
| **Subject:** | Fresenius production |
| **Attachments:** | FMCNA 003014 - 003027.pdf; FMCNA 003028-003034.pdf; FMCNA 003035-003040.pdf |

I am attaching the last 3 documents that we are producing in response to Amgen's subpoena.  These are the documents that have been the subject of extensive e-mail traffic yesterday, which Roche has authorized to be produced.  Please note that Roche requested a redaction on page 3027.

I have asked Mr. Cousineau how we should designate these documents, but I have received no response.  Perhaps he is traveling to Boston?  In any event, out of an abundance of caution, I have designated these as "Highly Confidential."  I'll leave it to counsel for Amgen and Roche to determine whether that designation is appropriate. - Mark


*Mark J. Hebert*

*~ Fish & Richardson P.C.*
*225 Franklin Street*
*Boston, Massachusetts  02110-2804*
*Phone:  (617) 542-5070*
*Fax:  (617) 542-8906*

*NOTE:  This email is for the use of the intended recipient only and may contain privileged or confidential information.  If you have received this email in error, please notify the sender immediately.  Thank you.*

******************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

******************************************************************************