# EXHIBIT 22

Dockets.Justia.com

**From:** Mark Hebert [mailto:Hebert@fr.com]
**Sent:** Thursday, March 29, 2007 1:18 PM
**To:** Fishman, Deborah; dcousineau@kayescholer.com; Carter, Krista; jbrew@kayescholer.com
**Cc:** Michael Kallus; Joseph Patriss; Mark Hebert
**Subject:** RE: Fresenius production

Mario - You must be new to this. Nice to meet you.

As Krista and Deborah both already know, there were 4 documents in question, and we are withholding the 4th document. - Mark

*Mark J. Hebert*

~ *Fish & Richardson P.C.*
*225 Franklin Street*
Boston, Massachusetts 02110-2804
Phone: (617) 542-5070

Fax: (617) 542-8906

*NOTE: This email is for the use of the intended recipient only and may contain privileged or confidential information. If you have received this email in error, please notify the sender immediately. Thank you.*

---

**From:** Moore, Mario [mailto:MMoore@daycasebeer.com] **On Behalf Of** Fishman, Deborah
**Sent:** Thursday, March 29, 2007 4:11 PM
**To:** Mark Hebert; Fishman, Deborah; dcousineau@kayescholer.com; Carter, Krista; jbrew@kayescholer.com
**Cc:** Michael Kallus; Joseph Patriss
**Subject:** RE: Fresenius production

Mark,

Thank you for the email. Please confirm that Fresenius is not withholding any other responsive documents, based on a refusal to produce or pursuant to an instruction from Roche to withhold documents.

Best Regards,
Mario


Mario Moore
Associate

Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite #400
Cupertino, CA 95014

Direct:   (408) 342-4528
Cellular: (408) 718-3537
Fax:      (408) 873-0220

*Privileged & Confidential; Attorney Work Product; Attorney-Client Communication*

---

**From:** Mark Hebert [mailto:Hebert@fr.com]
**Sent:** Thursday, March 29, 2007 11:53 AM
**To:** Fishman, Deborah; dcousineau@kayescholer.com; Carter, Krista; jbrew@kayescholer.com
**Cc:** Mark Hebert; Michael Kallus; Joseph Patriss
**Subject:** Fresenius production

I am attaching the last 3 documents that we are producing in response to Amgen's subpoena.  These are the documents that have been the subject of extensive e-mail traffic yesterday, which Roche has authorized to be produced.  Please note that Roche requested a redaction on page 3027.

I have asked Mr. Cousineau how we should designate these documents, but I have received no response.  Perhaps he is traveling to Boston?  In any event, out of an abundance of caution, I have designated these as "Highly Confidential."  I'll leave it to counsel for Amgen and Roche to determine whether that designation is appropriate. - Mark


*Mark J. Hebert*

~ *Fish & Richardson P.C.*
*225 Franklin Street*
*Boston, Massachusetts  02110-2804*
*Phone:  (617) 542-5070*

*Fax:  (617) 542-8906*

*NOTE:  This email is for the use of the intended recipient only and may contain privileged or confidential information.  If you have received this email in error, please notify the sender immediately.  Thank you.*

************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

************************************************************************************

*******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or

```
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
******************************************************************
```