# EXHIBIT 27

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

March 28, 2007

VIA E-MAIL & FACSIMILE

Christian T. Kemnitz, Esq.
Katten, Muchin, Rosenman, LLP
525 S. Monroe, Suite 1900
Chicago, IL 60661

**Re:    *Amgen Inc. vs. F. Hoffman-La Roche Ltd., et al. (05-CV-12237 WGY)***

Dear Christian:

I write to confirm our meet and confer this morning concerning DaVita's production in response to
Amgen's subpoena.

## DaVita Agreements with Roche

You indicated DaVita has produced, for arrival via FedEx today, a summary of its agreements with
Roche that include protocol numbers for any agreements to perform clinical trials on peg-EPO.
You represented that the produced list is not a complete list of DaVita's agreements with Roche as
it omits studies regarding the use of peg-EPO. You indicated that DaVita does not independently
object to production of the agreed-upon information for these agreements with Roche. However,
you indicated that DaVita has withheld from production certain protocol numbers based on Roche's
assertion that such protocols and clinical trials are not within the scope of discovery allowed by
Judge Young.

Amgen disagrees with Roche's position, and does not believe that DaVita has any basis to withhold
these documents from production, particularly given that DaVita does not object to production, and
had in fact already agreed to produce them. Contrary to Roche's apparent representation to DaVita
concerning a motion to compel in the District of Massachusetts that was denied by Judge Young,
there is no protective order in the District of Massachusetts or the Central District of California that
prevents DaVita from producing the responsive materials. I noted that the documentation that
DaVita is withholding is potentially core evidence of Roche's activities in the U.S. that infringe
Amgen's patents and that fail to qualify as exempt Roche activity under the safe harbor of section
271(e)(1).

DAY CASEBEER
MADRID & BATCHELDER LLP

Christian T. Kemnitz, Esq.
Katten, Muchin, Rosenman, LLP
March 28, 2007
Page 2

Without a complete production of responsive DaVita contracts in accordance with the schedule already agreed to by DaVita, Amgen is not in a position to know which DaVita studies are relevant and which ones are not. Therefore, Amgen requires a complete production of the agreements between DaVita and Roche regarding any on-going or planned studies involving peg-EPO. I asked you to confirm whether DaVita will produce this information, as it had previously agreed to do, by 2:30 p.m. Central Time, and you indicated that you would provide a response as soon as possible but needed to speak to counsel for Roche first. As we discussed, if you do not produce the information required by Amgen's subpoena as well as our agreement, we will be required to file a motion to compel in the Central District of California to enforce the subpoena and the production of responsive documents and will, necessarily, seek additional time in which to depose DaVita at a later date on any information that it is currently withholding from production.

### Roche/DaVita communications

You represented that DaVita will produce tomorrow morning, via emailed PDF, approximately 20-100 pages that will constitute DaVita's production of communications between DaVita and Roche. You confirmed that all responsive documents collected from Shaun Collard, including any communications between Mr. Collard and Roche, will be included in that production.

### Dennis Kogod

You indicated that there have been technical difficulties with production of the .pst files of Mr. Kogod. Your team will review those emails today and produce responsive emails and documents tomorrow afternoon. You represented that although Mr. Kogod had a large volume of collected materials, only a small volume of responsive materials would be produced, on the order of approximately 50 documents. You indicted that Mr. Kogod's production also includes many privileged documents. Please confirm that DaVita will produce a privilege log listing responsive communications withheld on the basis of privilege.

I await further communications from you today. I understand that Belinda Mathie has authority to negotiate on behalf of DaVita if I am unable to reach you.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Deborah E. Fishman

634727_1

cc:     Michelle McGuiness, Esq.
        BeLinda Mathie, Esq.
        Kimberlin Morley, Esq.
        Linda Baxley, Esq.

634727_1