# EXHIBIT 30

# KAYE SCHOLER LLP

David L. Cousineau
202 682-3617
Fax 202 414-0344
dcousineau@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Suite 1100
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

March 28, 2007

<u>VIA E-MAIL AND FACSIMILE</u>

Krista Carter
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Re: *Amgen Inc. v. F. Hoffman-La Roche Ltd., et al.*
05-CV 12237 WGY (D. Mass)

Dear Krista:

Mark Hebert, Fresenius's counsel sought Roche's approval to produce four documents subject to confidentiality agreements between Fresenius and Roche. Mark believes they are responsive to Amgen's subpoena seeking "Documents and things sufficient to identify and describe Fresenius's participation, or potential participation, in any trial, research, or other study sponsored by or conducted on behalf of ROCHE, *scheduled to commence after April 18, 2006.*" (emphasis added.) These documents on their face relate to ongoing trials, which – as you are well aware – are beyond the scope of discovery in this case. We are confirming whether these all relate to ongoing trials and will provide Fresenius with approval to produce those that do not relate to ongoing trials.

If any do indeed relate to ongoing trials, however, the court has on three occasion denied Amgen's attempts to seek information related to post-April 18, 2006 trials, ruling that such information is irrelevant to this lawsuit, beyond the scope of discovery, and would be unduly prejudicial and potentially disruptive to the ongoing discussions and negotiations between Roche and the FDA. Amgen's attempt to now seek this same information through unwitting third-parties is nothing more than a blatant attempt to circumvent the court's orders. Roche will not disregard the court's orders nor waive Fresenius's confidentiality obligations. In short, Roche will not provide the requisite approval for Fresenius to produce those documents that relate to ongoing trials.

Further, at my request, Mark forwarded me the deposition subpoena Amgen sent him on Tuesday night. In that subpoena, Amgen again tries to get information that the court ruled was

# KAYE SCHOLER LLP

Krista Carter                                2                           March 28, 2007

beyond the scope of discovery. Topic 6 seeks: "FRESENIUS's actual or planned participation in any trial, research, or other study sponsored or conducted by or on behalf of ROCHE, *scheduled to commence after April 18, 2006.*" (emphasis added). Such information is clearly beyond the scope of the court's orders and Roche will oppose any effort by Amgen to elicit testimony on this subject at Friday's deposition.

Please feel free to contact me if you have any questions.

Sincerely,

David L. Cousineau

cc:    Mark J. Hebert (via e-mail only)

# KAYE SCHOLER LLP

From: David L. Cousineau
202 682-3617
Fax 202 414-0344
dcousineau@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

# FAX

DATE: March 28, 2007         Total number of pages including this cover sheet: 3

DELIVER TO:              PRIMARY FAX NUMBER:           TELEPHONE NUMBER:
Krista Carter                408-873-0220                   408-342-4534

If primary fax number is unreachable, contact the addressee's telephone number for alternate fax number? Y/N   n

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE,
PLEASE CALL US BACK AS SOON AS POSSIBLE AT: (202) 682-3617**

NOTE:

This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

User # 1038                                                         Client/Matter #. 34484/4

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D C    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI