UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GmbH,<br>and HOFFMANN-LA ROCHE INC. )<br><br>Defendants. ) | ) CIVIL ACTION No.: 05-CV-12237WGY<br><br>[CONFIDENTIAL EXHIBIT] |

EXHIBIT B TO THE DECLARATION OF KEITH E. TOMS IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 27, 2007 ORDER
AND TO COMPEL DEPOSITION TESTIMONY UNDER RULE 30(B)(6)

The filing of this confidential exhibit has been deferred pursuant to the provisions of the Court's Order entered on 2/7/07 [274].

Dated: April 13, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/ Keith E. Toms
Keith E. Tom (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

03099/00501 652272.2