UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, | ) |
| ROCHE DIAGNOSTICS GmbH, | ) **[CONFIDENTIAL EXHIBIT]** |
| and HOFFMANN-LA ROCHE INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EXHIBIT F TO THE DECLARATION OF KEITH E. TOMS IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 27, 2007 ORDER
AND TO COMPEL DEPOSITION TESTIMONY UNDER RULE 30(B)(6)**

The filing of this confidential exhibit has been deferred pursuant to the provisions of
the Court's Order entered on 2/7/07 [274].

Dated:  April 13, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/ Keith E. Toms
Keith E. Tom (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

03099/00501 652272.2