**APPENDIX C**

| RELIEF REQUESTED: STRIKE IDENTIFIED PORTIONS OF ROCHE'S EXPERT REPORTS | REASON MATERIAL SHOULD BE STRICKEN |
|---|---|
| Richard Flavell Expert Report, ¶¶ 13-18, 24-104, 109<br><br>Edward Harlow Expert Report, ¶¶ 122-123 | Invalidity allegation previously undisclosed in this case: Non-enablement of purification procedure and pharmaceutical composition |
| Michael Fromm Expert Report, ¶¶ 17-18, 20-50, 74 | Invalidity allegation previously undisclosed in this case: Anticipation/obviousness of patents-in-suit based on chemical synthesis of DNA |
| James Fisher Expert Report, Entire Report<br>Franklin Gaylis Expert Report, Entire Report<br>Daniel Shouval Expert Report, Entire Report<br>Rodney Kellems Expert Report, ¶¶ 71-82<br>John Lowe Expert Report, ¶¶ 81-94 | Invalidity allegation previously undisclosed in this case: Anticipation/obviousness of patents-in-suit based on renal carcinoma cells, yolk sac carcinoma cells, and human fetal liver cells |
| Thomas Kadesch Expert Report, ¶¶ 27-29, 45-60<br><br>Jack Nunberg Expert Report, Entire Report | Invalidity allegation previously undisclosed in this case: Lack of enablement and written description for breadth of vertebrate cell claims |
| Guenter Blobel Expert Report, ¶¶ 23-24<br><br>Michael Fromm Expert Report, ¶¶ 34-48, 59-64, 68<br><br>Rodney Kellems Expert Report, ¶¶ 58-59, 62-63, 94-95, 97-115<br><br>John Lowe Expert Report, ¶¶ 65-66, 70, 72, 105-127 | Patents, patent applications, and publications previously undisclosed in this case as prior art |
| Michael Sofocleous Expert Report, ¶¶ 293, 309, 314-316, 324 (in part), 326, 355, 373, 378-86, 387-395, 419-433 | Inequitable conduct allegations previously undisclosed in this case |