UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. NO.: 05-12237-WGY |
| v. | ) |
| | ) |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO AMGEN INC'S MOTION TO DEEM ITS OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE GROUNDS OF PRIVILEGE AND EXHIBIT 1 TO THE OPPOSITION CONFIDENTIAL**

Plaintiff, Amgen Inc., respectfully requests an opportunity to file a short reply memorandum of law in order to respond to the Defendants' Opposition [374] to Amgen Inc's Motion to Deem Its Opposition to Defendants' Motion to Compel Production of Documents Improperly Withheld on Grounds of Privilege and Exhibit 1 to the Opposition Confidential. Documents and Memorandum Confidential [366]. Amgen's proposed reply brief is attached hereto as Exhibit A.

Amgen seeks to file this reply to in order to clarify the issue pending before the Court and believes that the reply it seeks to file will aid the Court in deciding the issues raised in the motion pending before it.

Dated: April 13, 2007                                            Respectfully Submitted,

                                                                 AMGEN INC.,
                                                                  By its attorneys,

Of Counsel:                                                      /s/ Patricia R. Rich
                                                                 D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                                   Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                               Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                               DUANE MORRIS LLP
Darrell G. Dotson                                                470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                              Boston, MA 02210
Erica S. Olson                                                   Telephone: (857) 488-4200
AMGEN INC.                                                       Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                                     Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                                   DAY CASEBEER, MADRID & BATCHELDER LLP
                                                                 20300 Stevens Creek Boulevard, Suite 400
                                                                 Cupertino, CA 95014
                                                                 Telephone: (408) 873-0110
                                                                 Facsimile: (408) 873-0220

                                                                 William Gaede III *(pro hac vice)*
                                                                 McDERMOTT WILL & EMERY
                                                                 3150 Porter Drive
                                                                 Palo Alto, CA 94304
                                                                 Telephone: (650) 813-5000
                                                                 Facsimile: (650) 813-5100

                                                                 Kevin M. Flowers *(pro hac vice)*
                                                                 MARSHALL, GERSTEIN & BORUN LLP
                                                                 233 South Wacker Drive
                                                                 6300 Sears Tower
                                                                 Chicago, IL 60606
                                                                 Telephone: (312) 474-6300
                                                                 Facsimile: (312) 474-0448

2

DM1\1091679.1

3

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for Amgen Inc. contacted counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH in an attempt to resolve or narrow the issues presented by this motion. Counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH did not respond.

                                                    /s/ Patricia R. Rich
                                                    Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.

                                                    /s/ Patricia R. Rich
                                                    Patricia R. Rich