# Exhibit 2

## Rajagopalan, Sandy

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, March 28, 2007 11:54 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 3/28/2007 at 2:53 PM EDT and filed on 3/28/2007

**Case Name:** Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:** 1:05-cv-12237
**Filer:**
**Document Number:**

**Docket Text:**
Judge William G. Young : Electronic ORDER entered re [316] MOTION to Compel a Complete Response to Interrogatories 9, 10, and 11 to Roche. "MOTION ALLOWED UPON THE FOLLOWING TERMS: THE ANSWER TO THESE THREE INTERROGATORIES SHALL BE SUPPLEMENTED WITHIN 30 DAYS AFTER COMPLETION OF THIS COURT'S CLAIM CONSTRUCTION." (Paine, Matthew)

The following document(s) are associated with this transaction:

**1:05-cv-12237 Notice will be electronically mailed to:**

Peter M. Acton     pacton@mwe.com

Leora Ben-Ami     lbenami@kayescholer.com

Michael F. Borun     MBorun@marshallip.com

Lee C. Bromberg     lbromberg@bromsun.com, jcreedon@bromsun.com

Patricia A. Carson     pcarson@kayescholer.com

Nicole A. Colby     ncolby@mwe.com

Monica Contreras     mcontreras@kayescholer.com