# EXHIBIT 4

## PART 2 OF 2

Dockets.Justia.com

59.    Moriyama, Y. and Fisher, J.W.:  Effects of testosterone and erythropoietin on erythroid colony formation in human bone marrow cultures.  BLOOD 45:659-664, 1975.

60.    Moriyama, Y. and Fisher, J.W.:  Effects of erythropoietin on erythroid colony formation in uremic rabbit bone marrow cultures.  BLOOD  45:659-664, 1975.

61.    Fink, G.D., Luiz, G.P. and Fisher, J.W.:  Effects of beta adrenergic blocking agents on erythropoietin production in rabbits exposed to hypoxia.  J. Pharmacol. Exp. Ther. 193:176-181, 1975.

62.    Moriyama, Y. and Fisher, J.W.:  Inhibitor of heme synthesis in polycythemic rabbit serum.  Life Sci. 16:1301-1308, 1975.

63.    Lertora, J.J.L., Dargon, P.A., A.B. and Fisher, J.W.:  Studies on a radioimmunoassay for human erythropoietin.  J. Lab. Clin. Med. 86:140-151, 1975.

64.    Moriyama, Y. and Fisher, J.W.:  Increase in erythroid colony formation in rabbits following the administration of testosterone.  Proc. Soc. Exp. Biol. Med. 149:178-180, 1975.

65.    Rodgers, G.M., Fisher, J.W. and George, W.J.:  Renal cortical cyclic AMP and erythropoietin production in the rat.  Am. J. Physiol. 229(5):1387-1392, 1975.

66.    Fisher, J.W., Moriyama, Y. and Lertora, J.J.L.:  Mechanisms of androgen stimulated erythropoiesis and inhibitors of heme synthesis in uremia.  Blood Cells 1:573-597, 1975.

67.    Rodgers, G.M., Fisher, J.W. and George, W.J.: Renal cyclic GMP and cholinergic mechanisms in erythropoietin production.  Life Sci. 17:1807-1814, 1975.

68.    Fink, G.D. and Fisher, J.W.:  Erythropoietin production after renal denervation or beta-adrenergic blockade.  Am. J. Physiol. 230(2):508-513, 1976.

69.    Gross, D.M., Mujovic, V.M., Jubiz, W. and Fisher, J.W.:  Enhanced erythropoietin and prostaglandin E production in the dog following renal artery constriction.  Proc. Soc. Exp. Biol. Med. 151:498-501, 1976.

70.    Rodgers, G.M., Fisher, J.W. and George, W.J.: Elevated cyclic GMP concentrations in rabbit bone marrow culture and mouse spleen following erythropoietic stimulation. Biochem. Biophys. Res. Comm. 70(1):287-294, 1976.

71.    Smith, R.J. and Fisher, J.W.:  Neutral protease activity and erythropoietin production in the rat after cobalt administration.  J. Pharmacol. Exp. Ther. 197:714-722, 1976.

72.   Gross, D.M., Brookins, J., Fink, G.D. and Fisher, J.W.:  Effects of prostaglandins $A_2$, $E_2$, and $F_2$ on erythropoietin production.   J. Pharmacol. Exp. Ther. 198:489-496, 1976.

73.   Busuttil, R.W., Paddock, R.J., Fisher, J.W. and George, W.J.:  Changes in cyclic nucleotide levels and contractile force in the isolated hypoxic rat heart during perfusion with glucagon.  Circ. Res. 38:162, 1976.

74.   Fisher, J.W., Foley, J.E., Moriyama, Y., Ohno, Y., Modder, B. and Lertora, J.J.L.F: Studies on the mechanisms of the anemia of renal insufficiency.  Proceedings of the Clinical Dialysis and Transplant Forum, Vol. VI. pp. 42-49, 1976.

75.   Przala, F., Gross, D.M., Dargon, P.A. and Fisher, J.W.:  Effects of *in vitro* beta-adrenergic activation on rabbit bone marrow erythroid colony forming cells.  Proc. Soc. Exp. Biol. Med. 155:334-338, 1977.

76.   Fink, G.D. and Fisher, J.W.:   Stimulation of erythropoiesis by beta-adrenergic agonists. I.   Characterization of activity in polycythemic mice.  J. Pharmacol. Exp. Ther. 202:192-198, 1977.

77.   Fink, G.D. and Fisher, J.W.:   Stimulation of erythropoiesis by beta adrenergic agonists. II. Mechanism of action.  J. Pharmacol. Exp. Ther. 202:199-208, 1977.

78.   Burk, J.R., Lertora, J.J.L., Martinez, R., Jr. and Fisher, J.W.: Renal cell carcinoma with erythrocytosis and elevated erythropoietic stimulatory activity.  South. Med. J. 70(8):955-958, 1977.

79.   Ohno, Y. and Fisher, J.W.:  Inhibition of bone marrow erythroid colony forming cells (CFU-E) by serum from chronic anemic uremic rabbits.  Proc. Soc. Exp. Biol. Med. 156:56-59, 1977.

80.   Moriyama, Y. and Fisher, J.W.:  Studies on hematopoietic cells. VI.   Effects of erythropoietin on erythroid colony formation in uremic human bone marrow cultures. Acta Haemat. Jap. 40:455-460, 1977.

81.   Spannhake, E.W. and Fisher, J.W.:   Partial inhibition of hypoxia-induced erythropoietin production by cholinergic blockade in the dog.  Proc. Soc. Exp. Biol. Med. 156:19-23, 1977.

82.   Fisher, J.W., Adamson, J.W., Camiscoli, J.F., Fried, W., Gordon, A.S., Schooley, J. and Zanjani, E.:  Cooperative erythropoietic assay of several steroid metabolites in polycythemic mice.  STEROIDS 30:833-845, 1977.

83. Fisher, J.W., Ohno, Y., Barona, J., Martinez, M. and Rege, A.B.: Role of erythropoietin and inhibitors of erythropoiesis in the anemia of renal insufficiency. Dialysis Transplant. 7:472-489, 1978.

84. Ohno, Y. and Fisher, J.W.: Effects of androgens on burst forming units (BFU-E) in normal rabbit bone marrows. Life Sci. 22:2031-2036, 1978.

85. Przala, F., Gross, D.M., Beckman, B. and Fisher, J.W.: Influence of albuterol on erythropoietin and erythroid stem cell activation. Haematologica 63:395-404, 1978.

86. Foley, J.E., Gross, D.M., Nelson, P.K. and Fisher, J.W.: The effects of arachidonic acid on erythropoietin production in exhypoxic polycythemic mice and the isolated perfused canine kidney. J. Pharmacol. Exp. Ther. 207:402-409, 1978.

87. Ohno, Y., Rege, A.B., Fisher, J.W. and Barona, J.: Inhibitors of erythroid colony-forming cell (CFU-E and BFU-E) in sera of azotemic patients with anemia of renal disease. J. Lab. Clin. Med. 92:916-923, 1978.

88. Modder, B., Foley, J.E. and Fisher, J.W.: The *in vitro* and *in vivo* effects of testosterone and steroid metabolites on erythroid colony forming cells (CFU-E). J. Pharmacol. Exp. Ther. 207:1004-1012, 1978.

89. Gross, D.M. and Fisher, J.W.: Effects of terbutaline, a synthetic beta adrenoceptor agonist, on *in vivo* erythropoietin production. Arch. Int. Pharmacodyn. Ther. 236(2):192-201, 1978.

90. Nelson, P.K., Gross, D.M., Foley, J.E. and Fisher, J.W.: A concept for the control of kidney production of erythropoietin (Ep): The role of prostaglandins (PG) and cyclic nucleotides. Haematologia 63:629-646, 1978.

91. Przala, F., Gross, D.M., Beckman, B. and Fisher, J.W.: Influence of albuterol on erythropoietin production and erythroid progenitor cell activation. Am. J. Physiol. 236(3):H422-426, 1979 or Am. J. Physiol. Heart Circ. Physiol. 5(3):H422-H426, 1979.

92. Fisher, J.W.: Editorial. Extrarenal erythropoietin production. J. Lab. Clin. Med. 93:659-699, 1979.

93. Jelkmann, W., Beckman, B. and Fisher, J.W.: Enhanced effects of hypoxia on erythropoiesis in rabbits following beta 2 adrenergic activation with albuterol. J. Pharmacol. Exp. Ther. 211:99-103, 1979.

94.    Jelkmann, W., Brookins, J. and Fisher, J.W.:  Indomethacin blockade of albuterol induced erythropoietin production in isolated perfused dog kidneys.  Proc. Soc. Exp. Biol. Med. 162:65-70, 1979.

95.    Beckman, B. and Fisher, J.W.:  Changes in beta-2 adrenergic receptor sensitivity with maturation of erythropoietin progenitor cells.  Experientia 35:1671-1672, 1979.

96.    Fisher, J.W.:  Prostaglandins and kidney erythropoietin production.  Nephron 25:53-56, 1980.

97.    Fisher, J.W. Bianchine, J. and Palmer, R.:  Survey of clinical pharmacology programs in medical schools in the United States and Canada.  J. Med. Educ. 55:168-172, 1980.

98.    Fisher, J.W., Bianchine, J., Palmer, R. and Baker, H.:  Survey of clinical pharmacology programs in medical schools in the United States and Canada.  The Pharmacologist 22(1):67-71, 1980.

99.    Fisher, J.W.:  Editorial.  Mechanism of the Anemia of Chronic Renal Failure. Nephron 25:106-111, 1980.

100.   Radtke, H.W., Jubiz, W., Smith, J.B. and Fisher, J.W.:  Albuterol-Induced Erythropoietin Production and Prostaglandin Release in the Isolated Perfused Dog Kidney. J. Pharmacol. Exp. Ther. 214:467-471, 1980.

101.   Beckman, B. and Fisher, J.W.:  Decreased Erythroid Colony-Forming Cell Response of $X^{Tfm}$/Y Mice to Testosterone and 5 ß-dihydrotestosterone.  Endocrinology 107:1587-1592, 1980.

102.   Beckman, B., Mirand, E. and Fisher, J.W.:  Effects of Beta-Adrenergic Agents and Prostaglandin $E_1$ on Erythroid Colony (CFU-E) Growth and Cyclic AMP Formation in Friend Erythroleukemic Cells.  J. Cell Physiol. 105:3550361, 1980.

103.   White, L.A., Fisher, J.W. and George, W.J.:  Role of Erythropoietin and Cyclic Nucleotides in Erythroid Cell Proliferation in Fetal Liver.  Exp. Hematol. 8:168-181, 1980.

104.   Gross, D.M. and Fisher, J.W.:  Erythropoietic Effects of $PGE_2$ and Two Endoperoxide Analogs.  Experientia 36:458-459, 1980.

105.   Beckman, B., Maddux, B., Segaloff, A. and Fisher, J.W.: Effects of Testosterone and 5 ß-androstanes on In Vitro Erythroid Colony Formation In Mouse Bone Marrow. Proc. Soc. Exp. Biol. Med. 168:51-54, 1981.

106.  Radtke, H.W., Rege, A.B., LaMarche, M.B., Bartos, D., Bartos, F., Campbell, R.A. and Fisher, J.W.:  Identification of Spermine as an Inhibitor of Erythropoiesis in Patients with Chronic Renal Failure.  J. Clin. Invest. 67:1623-1629, 1981.

107.  Beckman, B., Anderson, W.F., Beltran, G., Chen, I. and Fisher, J.W.:  Mixed Myeloid-Lymphoid Colonies in a Patient with Polycythemia Vera.  Am. J. Hematol. 12:419-423, 1982.

108.  Anderson, W.J., Beckman, B., Beltran, G., Fisher, J.W. and Stuckey, W.J.: Erythropoietin Independent Erythroid Colony Formation in Patients with Erythroleukemia (M6) and Related Disorders.  Br. J. Haematol. 52:311-317, 1982.

109.  Rege, A.B., Brookins, J. and Fisher, J.W.:  A Radioimmunoassay for Erythropoietin: Serum Levels in Normal Subjects and Patients With Some Hemopoietic Disorders. J. Lab. Clin. Med. 100:829-843, 1982.

110.  Katsuoka, Y., Beckman, B., George, W.J. and Fisher, J.W.:  Increased Levels of Erythropoietin in Kidney Extracts of Rats Treated with Cobalt and Hypoxia.  Am. J. Physiol. 244 (Renal Fluid Electrolyte Physiol. 13):F129-F133, 1983.

111.  Beckman, B.S., Anderson, W.F., Beltran, G.S., Beckman, E.N. and Fisher, J.W.: Diagnostic Use of CFU-E Formation From Peripheral Blood in Polycythemia Vera. Am. J. Clin. Pathol.  79:496-499, 1983.

112.  Fisher, J.W.: Control of Erythropoietin Production. (minireview)  Proc. Soc. Exp. Biol. Med. 173:289-305, 1983.

113.  Yigit, R. and Fisher, J.W.:  Activation of Erythroid Colony Forming Cells (CFU-E) By Cyclic AMP in Adult Mouse Bone Marrow and Fetal Mouse Liver Cultures. Haematologia  68(3):301-311, 1983.

114.  Nelson, P.K., Brookins, J. and Fisher, J.W.:  Erythropoietic Effects of Prostacyclin $(PGI_2)$ and Its Metabolite 6-keto-prosta-glandin $(PG)E_1$.  J. Pharmacol. Exp. Ther. 226(2):493-499, 1983.

115.  Fisher, J.W.:    Pharmacologic Modulation of Erythropoiesis.  Vox Sanguinis 44(6):413-414, 1983.

116.  Katsuoka, J., McGonigle, R., Rege, A.B., Beckman, B. and Fisher, J.W.: Erythropoietin Production in Human Renal Carcinoma Cells Passaged in Nude Mice and in Tissue Culture. Jap. J. Cancer Res. (GANN) 74:534-541, 1983.

26

117. Belegu, M., Beckman, B. and Fisher, J.W.: ß-Adrenergic Blockade of Prostaglandin $E_2$- and $D_2$-Induced Erythroid Colony Formation. Am. J. Physiol. 235 (Cell Physiol. 14): C322-C327, 1983.

118. Yigit, R. and Fisher, J.W.: Differential Effects of Testoterone and 5 α-dihydrostestosterone on Erythroid Colony-Forming Cells in Mouse Bone Marrow and Fetal Mouse Liver Cultures. Mol. Physiol. 4:303-311, 1983.

119. Fisher, J.W.: "The Roots of Pharmacology". ASPET, 1983. Symposium presented at the Graduate Student convocation, held at the annual meeting Philadelphia, August 7, 1983, 75th anniversary of the founding of the American Society for Pharmacology and Experimental Therapeutics.

120. McGonigle, R.J.S., Wallin, J.D., Shadduck, R.K. and Fisher, J.W.: Erythropoietin Deficiency and Inhibition of Erythropoiesis in Renal Insufficiency. Kidney Int. 25:437-444, 1984.

121. Hagiwara, M., Chen, I-L., McGonigle, R., Beckman, B., Kasten, F.H. and Fisher, J.W.: Erythropoietin Production in a Primary Culture of Human Renal Carcinoma Cells Maintained in Nude Mice. BLOOD 63(4):828-835, 1984.

122. McGonigle, R.J.S., Husserl, F., Wallin, J.D. and Fisher, J.W.: Hemodialysis and Continuous Ambulatory Peritoneal Dialysis Effects on Erythropoiesis in Renal Failure. Kidney Int. 25:430-436, 1984.

123. Fisher, J.W., Nelson, P.K., Belegu, M., Hagiwara, M. and Beckman, B.: Prostanoid Activation of Erythropoiesis. Haematologia 17(2):137-149, 1984.

124. Hagiwara, M., McNamara, D.B., Chen, I.L. and Fisher, J.W.: Role of Endogenous Prostaglandin $E_2$ in Erythropoietin Production and Dome Formation by Human Renal Carcinoma Cells in Culture. J. Clin. Invest. 74:1252-1261, 1984.

125. Hagiwara, M., Chen, I-L. and Fisher, J.W.: Erythropoietin Production in Long-Term Cultures of Human Renal Carcinoma Cells. The Role of Cell Population Density (short note). Exp. Cell Res. 154:619-624, 1984.

126. McGonigle, R.J.S., Wallin, J.D., Husserl, F., Deftos, L.J., Rice, J.C., O'Neill, W.J., Jr. and Fisher, J.W.: Potential Role of Parathyroid Hormone as an Inhibitor of Erythropoiesis in the Anemia of Renal Failure. J. Lab. Clin. Med. 104(6):1016-1026, 1984.

127. Fisher, J.W. and Hagiwara, M.: Effects of Prostaglandins on Erythropoiesis. Blood Cells 10:241-260, 1984.

27

128. McGonigle, R.J.S., Boineau, F.G., Ohene-Frempong, K., Lewy, J.E., Shadduck, R.K. and Fisher, J.W.: Erythropoietin and Inhibitors of *in vitro* Erythropoiesis in the Development of Anemia in Children with Renal Disease. J. Lab. Clin. Med. 105:449-458, 1985.

129. Hagiwara, M., Pincus, S., Chen, I-L., Beckman, B.S. and Fisher, J.W.: Effects of Dibutyryl Adenosine 3',5'-cyclic Monophosphate (cAMP) on Erythropoietin Production in Human Renal Carcinoma Cell Cultures. BLOOD 66:714-717, 1985.

130. Fisher, J.W., Gourley, D.R.H. and Greenbaum, L.: Essential Knowledge Objectives In Medical Pharmacology. A Project Of the Association for Medical School Pharmacology. Pharmacologist 27:73-78, 1985.

131. McGonigle, R.J.S., Ohene-Frempong, K., Lewy, J.E. and Fisher, J.W.: Erythropoietin Responses to Anemia in Children with Sickle Cell Disease and Fanconi's Hypoproliferative Anaemia. Acta Haematologica 74:6-9, 1985.

132. Sytkowski, A.J. and Fisher, J.W.: Isolation and Characterization of an Antipeptide Monoclonal Antibody to Human Erythropoietin. J. Biol. Chem. 260:14727-14731, 1985.

133. Kew, M.C. and Fisher, J.W.: Serum Erythropoietin Concentrations in Patients with Hepatocellular Carcinoma. Cancer 58:2485-2488, 1986.

134. Fisher, J.W.: Origins of American Pharmacology. Trends in Pharmacol. Sci. 7(2):41-45, 1986.

135. Hagiwara, M., Nagakura, K. and Fisher, J.W.: Inhibitory Effects of Tetradecanoyl-phorbol Acetate and Diacylglycerol on Erythropoietin Production in Human Renal Carcinoma Cell Cultures. Exp. Cell Res. 173:129-136, 1987.

136. Nagakura, K., Brookins, J. Beckman, B.S. and Fisher, J.W.: Effects of Low Calcium Levels of Erythropoietin Production by Human Renal Carcinoma In Culture. Am. J. Physiol. pp. C797-C801, 1987.

137. McGonigle, R.J.S. and Fisher, J.W.: Enhancement of Erythropoietin Production In Rats By Calcium Entry Blockers In Response To Hypoxia. J. Pharmacol. Exp. Ther. Vol. 241, No. 2, pp. 428-432, 1987.

138. Beckman, B.S. Garcia, M., Nystuen, L., King, L. and Fisher, J.W.: The action of Erythropoietin Is Mediated By Lipoxygenase Metabolites In Murine Fetal Liver Cells. Biochem. and Biophys. Res. Commun. 147:392-398, 1987.

28

139.  Fisher, J.W., Hagiwara, M., Chen, I-L., Nagakura, K. and Beckman, B.: Modulation of Erythropoietin Production in Renal Carcinoma Cells in Culture. Monograph for Symposium on "Humoral and Cellular Regulation of Erythropoiesis", St. Paul, Minnesota, Oct. 6-8, 1985. Sp. Med. Sc. Books. Ann. Rev. Pharmacol. Toxicol. 28:101-22, 1988.

140.  Fu, S.F., Lertora, J.J.L., Brookins, J. and Fisher, J.W.: Pharmacokinetics of Erythropoietin (Ep) In Intact and Anephric Dogs. J. Lab. Clin. Med. 111:669-676, 1988.

141.  Garcia, M.M., Brookins, J. Beckman, B.S. and Fisher, J.W.: Comparison of Highly Purified Recombinant and Human Urinary Erythropoietin as Antigens in the Radioimmunoassay. Clin. Immunoassay 11(3):135-140, 1988.

142.  Ueno, M., Brookins, J.W., Beckman, B.S. and Fisher, J.W.: $A_1$ and $A_2$ Adenosine receptor regulation on erythropoietin production. Life Sciences 43:229-237, 1988.

143.  Ueno, J., J. Brookins, B.S. Beckman, and J.W. Fisher: Effects of Reactive Oxygen Metabolites on Erythropoietin Production in Renal Cell Carcinoma Cells. Biochem & Biophys. Res. Comm. 154(2):773-780, 1988.

144.  Fisher, J.W.: Changes in Intracellular Calcium in Response to Humoral Agents. J. Lab. Clin. Med., 112(1):3-4, 1988.

145.  Dube, S., Fisher, J.W., and Powell, J.S.: Glycosylation of Specific Sites of Erythropoietin Is Essential For Biosynthesis, Secretion, and Biological Function. J. Biol. Chem. 263(330: 17516-17521, 1988.

146.  Beckman, B.S., Brookins, J.W., Shadduck, R.K., Mangan, K.F., Deftos, L.J. and Fisher, J.W.: Effect of Different Modes of Dialysis on Serum Erythropoietin Levels in Pediatric Patients. Report of the Southwest Pediatric Nephrology Study Group. Pediatric Nephrology, 2:436-441, 1988.

147.  Beckman, B.S., Brookins, J.W. and Fisher, J.W.: Effect on Different Modes of Dialysis on Serum Erythropoietin Levels in Pediatric Patients. Report of the Southwest Pediatric Nephrology Study Group. Pediatric Nephrology, 2:436-441, 1988.

148.  Seferynska, I., Brookins, J., Rice, J., and Fisher, J.W.: Erythropoietin Production in Exhypoxic Polycythemic Mice. Am. J. Physiol. 256(25):C925-C929, 1989.

149.  Beckman, B.S., Brookins, J.W., Garcia, M.M. and Fisher, J.W.: Measurement of Erythropoietin in Anephric Children. A report of the Southwest Pediatric Nephrology Study Group. Ped. Nephrology 3(1):75-79, 1989.

150.   Beckman, B.S., Brookins, J.W. and Fisher, J.W.:  Anephric Children Produce Significant Amounts of Erythropoietin.  A Report  of the Southwest Pediatric Nephrology Study Group. Pediatric Nephrology 3(1):75-79, 1989.

151.   Kushner, D.S., B.S. Beckman, and J.W. Fisher:  Do Polyamines Play a Role in The Pathogenesis of the Anemia of End Stage Renal Disease? Kidney International, 36:171-174, 1989.

152.   Fisher, J.W. et al.:  National Kidney Foundation Position Paper:  Statement on the Clinical Use of Recombinant Erythropoietin in Anemia of End-Stage Renal Disease. Am. J. of Kid. Diseases 14(3):163-169, 1989.

153.   Ueno M., Seferynska, II, Beckman, B., Brookins, J., Nakashima, J. and Fisher, J.W.: Enhanced Erythropoietin Secretion in Hepatoblastoma Cells in Response to Hypoxia.  Am. J. Physiol. 257(26):C743-C749, 1989.

154.   Petrites-Murphy, M.B., Pierce, K.R. and Fisher, J.W.:  Effect of Incorporation of Serum From Dogs with Renal Impairment On Canine Erythroid Bone Marrow Cultures.  Am. J. Vet. Res.  50(9):1537-1543, 1989.

155.   Petrites-Murphy, M.B., Pierce, K.R., Lowry, S.R., and Fisher, J.W.:  Role of Parathyroid Hormone in the Anemia of Chronic Terminal Renal Dysfunction In Dogs. Am. J. Vet. Res., Vol. 50, No. 11, Nov. 1989.

156.   Ueno, M., Rondon, R., Beckman, B.S., Brookins, J., Nakashima, J., Cole, F.E. and Fisher, J.W.:  Increased Secretion of Erythropoietin in Response to Atrial Natriuretic Factor (ANF) in Renal Carcinoma Cell Cultures.  Am. J. Physiol. 259(28):C427-C431, 1990.

157.   Garcia, M.M., Brookins, J.W., Powell, J.S., Lanham, W., Blaisdell, S., Keay, L., Beckman, B.S. and Fisher, J.W.: Development of a New Radioimmunoassay for Ep Using Recombinant Erythropoietin.  Kid. Int. 38:969-975, 1990.

158.   Bakris, G.R., Sauter, E.R., Hussey, J.L., Fisher, J.W., Gaber, A.O. and Winsett, R.: Effects of Theophylline on Erythropoietin Production in Normal Subjects and in Patients with Erythrocytosis After Renal Transplantation.  New Eng. J. Med. 323:86-90, 1990.

159.   Kushner, D., Beckman, B., Nguyen, L., Chen, S., Della Santina, C., Husserl, F., Rice, J. and Fisher, J.: Polyamines in the Anemia of End Stage Renal Disease (ESRD). Kidney International, 39:725-732, 1991.

30

160.  Nakashima, J., Brookins, J., Beckman, B. and Fisher, J.W.:    Increased Erythropoietin Secretion in Human Hepatoma Cells by $N^6$-cyclohexyladenosine.  Am. J. Physiol. 261(Cell Physiol.30):C455-C460, 1991.

161.  Nakashima, J., Brookins, J. and Fisher, J.W.:   Characterization of Erythropoietin Production in a Hepatocellular Carcinoma Cell Line.  J. Lab. Clin. Med. 119:306-314, 1992.

162.  Fisher, J.W., and Nakashima, J.:   The Role of Hypoxia in Renal Production of Erythropoietin.  Cancer 70:928-939, 1992.

163.  Nakashima, J., Ohigashi, T., Brookins, J., Beckman, B., Agrawal, K. and Fisher, J.W.:    Effects of 5-N-ethylcarboxamideadenosine (NECA) on Erythropoietin Production.  Kidney Intl. 44:734-740, 1993.

164.  Nakashima, J., Brookins, J., Ohigashi, T. and Fisher, J.W.:  Adenosine $A_2$ Receptor Modulation of Erythropoietin Secretion in Hepatocellular Carcinoma Cells.   Life Sciences, 54(2):109-117, 1993.

165.  Nakashima, J., Brookins, J., Beckman, B., Ohigashi, T., and Fisher, J.W.:  In Vivo and In Vitro Erythropoietin Production in a Hepatocellular Carcinoma Cell Line.  Proc. Soc. Exp. Biol. Med. 203:84-91, 1993.

166.  Ohigashi, T., Brookins, J. and Fisher, J.W.:  Interaction of  nitric oxide and cyclic GMP in erythropoietin production.   J. Clin. Invest., 92:1587-1591, 1993.

167.  Nakashima, J., Tazaki, H., and Fisher, J.W.: Increase in erythropoietin secretion mediated by adenosine A2 receptors. Hum. Cell, 6(1):36-41, 1993.

168.  Yoshioka, K. and Fisher J.W.:  Nitric oxide enhancement of erythropoietin production in the isolated perfused rat kidney.  Am. J. Physiol. (Cell Physiol. 38):C917-C922, 1995.

169.  Ohigashi, T., Nakashima, J., Aggarwal, S., Brookins, J., Agrawal, K., and Fisher, J.W.: Enhancement of erythropoietin production by selective adenosine $A_2$ receptor agonists in response to hypoxia.  J. Lab. Clin. Med. 126:299-306, 1995.

170.  Ohigashi, T., Yoshioka, K. and Fisher, J.W.: Autocrine Regulation of Erythropoietin Gene Expression in Human Hepatocellular Carcinoma Cells.  Life Sciences 58:421-427, 1996.

171.  Fisher, J.W., Koury, S., Chen, I.-L., Ducey, T. and Mendel, S.: Erythropoietin (Epo) Production by Interstitial Cells of Hypoxic Monkey Kidneys.  Brit. J. Haemat. 95:32-37, 1996.

172.  Ndele, J.K., Yoshioka, K. And Fisher, J.W.: Hydrogen Peroxide in the Regulation of Erythropoietin (Epo) Gene Expression in Hepatocellular Carcinoma Cells.  The East African Medical Journal. 73(2):143-146, 1996.

173.  Barrios, N.J., Mandujano, F., Beckerman, R.C., and Fisher, J.W.: Low Erythropoietin Levels in Cystic Fibrosis.  Int. J. Ped. Hematol/Oncol. 3:273-277, 1996.

174.  Domer, J.E., Garry, R.F., Guth, P.S., Walters, M.R., and Fisher, J.W.:  On the Crisis in Biomedical Education:   Is there an overproduction of biomedical Ph.D.'s? Academic Medicine  71:875-885, 1996.

175.  Fisher, J.W.:   Erythropoietin: Pharmacologic and physiologic modulation of production.  Russian Med. J., Ed. V. Nefedov, 1996.

176.  Barrios, N.J., Mandujano, F., Beckerman, R.C., and Fisher, J.W.  Low levels of erythropoietin in cystic fibrosis.  Int. J. Ped. Hematol/Oncol. 3:273-277, 1996.

177.  Yoshioka, K., Thompson, J., Miller, M.J.S., and Fisher, J.W.:  Inducible nitric oxide synthase expression and erythropoietin production in human hepatocelllar carcinoma (Hep3B) cells.  Biochimica et Biophysica Acta 232:702-706, 1997.

178.  Yoshioka, K., Clejan, S., and Fisher, J.W.  Activation of protein kinase C in human hepatocellular carcinoma (Hep3B) cells increases erythropoietin production.  Am. J. Physiol. Life Sciences 63:523-535, 1998.

179.  Ohigashi, T., Mallia, C., McGary, E. Rondon, I., Scanduro, A.B., Fisher, J.W. and Beckman, B.S.:   Protein kinase C alpha protein expression is necessary for sustained erythropoietin production in human hepatocellular carcinoma (HEP3B) cells exposed to hypoxia. Biochimica et Biophysica Acta, 4462: 1-10, 1999.

180.  Fisher, J.W., Brookins, J.  Adenosine $A_{2A}$ and $A_{2B}$ Receptor Activation Increases Erythropoietin Production in Normal Mice and Hep3B Cell Cultures.  Am. J. Physiol. 281:F826-F832, 2001.

181.  Fisher, J.W. Brookins J. and Clejan S. Hydrogen Peroxide Activation of Erythropoietin Gene Expression in HEP 3B Cell Culture. Biochimica et Biophysica Acta (to be submitted, 2003).

## BOOKS, MONOGRAPHS, REVIEWS AND THESIS

1.  Fisher, J.W., Sanzari, N.P., Birdwell, B.J. and Crook, J.J.: The role of the kidney in erythropoietin production. In: *Erythropoiesis*. (Ed. L.O. Jacobson and M. Doyle), Brune & Stratton, Inc., pp. 78-86, 1962.

2.  Sanzari, Neil P. - M.S. Thesis (supervised by Dr. J.W. Fisher). "The influence of cobalt and sheep erythropoietin on radioactive iron incorporation in RBC of starved-intact and nephrectomized rats". 1962.

3.  Fisher, J.W.: Chapter on Ketosteroids. Encyclopedia of Biochemistry, Reinhold Book Co., N.Y., 1967.

4.  Samuels, A.I., Moller, L. and Fisher, J.W.: Effects of acetylcholinesterase on erythropoiesis in polycythemic and mildly plethoric mice. New York Academy of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York. N.Y. Ann. N.Y. Acad. Sci. 149:370-372, 1968.

5.  Fisher, J.W., Samuels, A.I. and Langston, J.: Effects of angiotensin, norepinephrine and renal artery constriction on erythropoietin production. New York Academy of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York. N.Y. Ann., N.Y. Acad. Sci. 149:272-281, 1968.

6.  Fisher, J.W.: Cons. Editor ERYTHROPOIETIN, Ann. N.Y. Acad. Sci. 149:1-583, 1968.

7.  Fisher, J.W.: Erythropoietin in pharmacology and medicine (lecture). Proc. of the III Internat. Pharmacology, Congress, Sao Paulo, Brazil, July 24-30, 1968.

8.  Allen, R.C., Fisher, J.W. and Moore, D.J.: Preliminary purification of sheep and mouse erythropoietin by vertical flat bed discontinuous electrophoresis in acrylamide gel. New York Acad. of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York, N.Y. Ann. N.Y. Acad. Sci. 149:63-70, 1968.

9.  Fisher, J.W. and Langston, J.W.: Effects of testosterone, cobalt and hypoxia on erythropoietin production in the isolated perfused dog kidney. New York Academy of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York. N.Y. Ann., N.Y. Acad. Sci. 149:75-87, 1968.

10. Muirhead, E.E., Kosinski, M., Leach, B.E. and Fisher, J.W.: Renal transplantation and extracts and erythropoiesis. New York Academy of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York. N.Y. Ann. N.Y. Acad. Sci. 149:135-142, 1968.

33

11.   Fisher, J.W.: Erythropoietin in pharmacology and medicine. (lecture)  Proc. of the III International Pharmacological Congress, Sao Paulo, Brazil, July 24-30, 1968.

12.   Fisher, J.W.:   Introduction to New York Academy of Sciences Conf. on Erythropoietin, June 1-3, 1966, New York.  N.Y. Ann. N.Y. Acad. Sci. 149:9-11, 1968.

13.   Fisher, J.W., Samuels, A.J. and Malgor, L.A.:  Androgens and erythropoietin. Proc. 4th Int'l. Cong. Pharmacol. Basel, Switzerland, p. 121, 1969.

14.   Fisher, J.W. and Carter, M.K.:  History and recent developments in pharmacology at Tulane.  Tulane Medicine, Vol. 1, No. 2, Winter, 1969.

15.   Fisher, J.W.:  The structure and physiology of erythropoietin. In: *Biological Basis of Medicine*, Vol. 3, Chapt. 2 Academic Press, N.Y. and London, pp. 41-79, 1969.

16.   Fisher, J.W.:  Hormones of the Kidney (Chairman's Report), Vol. 1.  Proc. IVth International Pharmacological Congress, Basel, Switzerland, 1969.

17.   Fisher, J.W.:  Chapter on Review of Structure and Physiology of Erythropoietin.  Vol. 3, Biological Basis of Medicine. (Ed. E.E. Bitar, M.D.), Oxford Univ., England, Academic Press, pp. 42-79, 1969.

18.   Fisher, J.W.:   Conference Summary Symposium Erythropoieticum. Prague, Czechoslovakia, 1970.

19.   Fisher, J.W.:  Hormones of the Kidney (Chairman's Report) Vol. I, Proc. IVth International Pharmacological Congress, Basel, Switzerland, 1970.

20.   Samuels, A.I. - Ph.D. Thesis (supervised by J.W. Fisher).  "The erythropoietic effects of testosterone metabolites", 1971.

21.   Fisher, J.W. and Roh, B.L.:  Factors influencing renal and extra-renal erythropoietin production.  RENAL PHARMACOLOGY, Vol. 1. (Ed. J.W. Fisher and E.J. Cafruny), Appleton-Croft, N.Y., p. 167, 1971.

22.   Busuttil, R.W. -  M.S. Thesis (supervised by J.W. Fisher).  "The cytological localization of erythropoietin in the kidney using the fluorescent antibody technique", 1971.

23.   Fisher, J.W., Roh, B.L., Malgor, L.A., Samuels, A.I., Thompson, J., Noveck, R. and Espada, J.:  Chemical agents which stimulate erythropoietin production.  KIDNEY HORMONES.  Academic Press, N.Y. and London, p. 343, 1971.

24.  Fisher, J.W.: (Editor) KIDNEY HORMONES.  Academic Press, London and New York, pp. 1-665, 1971.

25.  Fisher, J.W.:  Conference Summary.  International Symposium Erythropoieticum, Prague, Czech., August 10-13, 1980, pp. 419-423.  The regulation of erythropoiesis and haemoglobin Synthesis. Univ. Karlova, Prague, 1971.

26.  Busuttil, R.W., Roh, B.L. and Fisher, J.W.:  The cytological localization of erythropoietin in the human kidney using the fluorescent antibody technique.  Texas Reports in Biology and Medicine 29:380, 1971.

27.  Fisher, J.W.: (Editor) RENAL PHARMACOLOGY.  Appleton-Century-Crofts, New York, pp. 1-293, 1971.

28.  Fisher, J.W., Roh, B.L., Samuels, A.I., Noveck, R., Busuttil, R., Thompson, J. and Abshire, S.:  Factors influencing renal and extra-renal erythropoietin production. Proc. Symp. Erythropoieticum.  The Regulation of Erythropoiesis and Haemoglobin Synthesis. (Ed. T. Travnicek and J. Neuwirt), pp. 23-40, Univ. Karlova, Praha, 1971.

29.  Fisher, J.W., Abshire, S., Stuckey, W. and Lindholm, D.: Extra-renal erythropoietin production.  Erythropoiesis Monograph (Symp. Erythro.) Ed. Y. Matoth, Tel Aviv, Israel J. Med. Sc. 7:991, 1971.

30.  Fisher, J.W., Samuels, A.I. and Malgor, L.A.:  Androgens and erythropoiesis. Erythropoiesis Monog. (Symp. Erythro.). Ed. Y. Matoth, Tel Aviv, Israel, Israel J. Med. Sc. 7:892, 1971.

31.  Fisher, J.W., Thompson, J.F. and Espada, J.:  Radioimmunoassay for human urinary erythropoietin.  Erythropoiesis Monograph. (Sym. Erythro.), Ed. Y. Matoth, Tel Aviv, Israel, Israel J. Med. Sc. 7:873, 1971.

32.  Fisher, J.W., Roh, B.L., Noveck, R.J. and Malgor, L.A.: Effects of vasoactive agents on erythropoietin production.  Erythropoiesis Monograph (Symp. Erythro.). Ed J. Matoth, Tel Aviv, Israel, Israel J. Med. Sc. 7:977, 1971.

33.  Fisher, J.W.:  Readings on the History of Pharmacology. Tulane Univ. Press, pp. 1-68, 1971.

34.  Fisher, J.W., Busuttil, R.W. and Roh, B.L.: Fluorescent antibody localization of erythropoietin in the glomerular tuft of the kidney.  Conf. of Erythropoiesis, Tel Aviv, Israel, Israel J. Med. Sc. 7:993, 1971.

35.  Fisher, J.W.:  Introduction and Preface.  KIDNEY HORMONES. (Ed. J.W. Fisher), Academic Press, N.Y. and London (Preface IX), 1971.

36. Fisher, J.W.: (Editor) KIDNEY HORMONES. Academic Press, London, pp. 1-665, 1971.

37. Fisher, J.W., Roh, B.L., Malgor, L.A., Samuels, A.I., Thompson, J., Noveck, R. and Espada, J.: Chemical agents which stimulate erythropoietin production. In: KIDNEY HORMONES (Ed. J.W. Fisher), Academic press, N.Y. and London, pp. 343-371, 1971.

38. Fisher, J.W. and Roh, B.L.: Factors influencing renal and extra-renal erythropoietin production. In: RENAL PHARMACOLOGY (Ed. J.W. Fisher and E.J. Cafruny), Appleton, Century, Crofts, N.Y., pp. 167-196, 1971.

39. Halvorsen, S., White, R. and Fisher, J.W.: Hypothalamic influences on erythropoiesis. Monograph for an International Conference on Erythropoiesis. (Ed. A.S. Gordon and M. Condorelli), 1972.

40. Paulo, L.G., Roh, B.L. and Fisher, J.W.: The role of the carotid body and the hypothalamus in the control of erythropoiesis. Monograph for an International Conference on Erythropoiesis. Ed. A.S. Gordon and W. Condorelli, pp. 258-268, 1972.

41. Fisher, J.W., Espada, J., Taylor, P., Lertora, J.J.L. and Roh, B.L.: Radioimmunoassay for human urinary erythropoietin. Monograph for an International Conference on Erythropoiesis, Capri, Italy, pp. 122-131, 1972.

42. Abshire, S.: Medical Student Senior Thesis (supervised by J.W. Fisher). "Extra-renal erythropoietin in man", 1972.

43. Fisher, J.W.: Erythropoietin: Pharmacology, Biogenesis and Control of Production. Pharm. Revs. 24(3):459-508, 1972.

44. Noveck, R.J. - Ph.D. Thesis (supervised by J.W. Fisher) "The erythropoietic effects of 5-hydroxytryptamine", 1972.

45. Lindholm, D.D., Fisher, J.W., Viera, J.A., Dombeck, D.H., Bernal, G. and Lertora, J.J.L.: Clinical effects of oral fluoxymesterone in patients with dialysis-controlled uremia. Trans. Am. Soc. Artif. Int. Organs XIX:475-483, (presented by Dr. D.D. Lindholm).

46. Fisher, J.W., Lertora, J.J.L., Lindholm, D.D., Tornyos, K., Moriyama, Y. and Stuckey, W.J.: Erythropoietin production and inhibitors in serum in the anemia of uremia. Proc. of the 3rd Clinical Dialysis and Transplant Forum, Vol. III, pp. 22-32, Nov. 17-18, 1973.

36

47.  Fisher, J.W., Lertora, J.J.L., Moriyama, Y., Tornyos, K., Stuckey, W.J., Rege, A., Beltran, G. and Lindholm, D.D.:  Mechanisms of the anemia of renal disease. Monograph for the International Symposium on Erythropoiesis.  Tokyo, Japan, August 21-23, 1974.

48.  Fisher, J.W., Moriyama, Y. and Rege, A.:  The role of inhibitors of heme synthesis and bone marrow erythroid colony forming cells in the mechanism of the anemia of renal insufficiency.  Proc. Kidney Foundation Clin. Dialysis and Transplant Forum in Assoc. Western Dialysis and Transplant Soc., San Francisco, Calif., Nov. 16-17, 1974. (presented by Dr. J.W. Fisher).

49.  Briggs, D.W. - Ph.D. Thesis (supervised by J.W. Fisher) "The hepatic inactivation of erythropoietin", 1974.

50.  Rodgers, G.M., III - Ph.D. Thesis (supervised by J.W. Fisher) "The role of adenosine 3',5'-monophosphate in erythropoiesis", 1974.

51.  Lertora, J.J.L. - Ph.D. Thesis (supervised by J.W. Fisher) "The role of erythropoietin in the anemia of renal disease.", 1974.

52.  Fink, G.D. - Ph.D. Thesis (supervised by J.W. Fisher) "The sympathetic nervous system and erythropoietin production", 1974.

53.  Fisher, J.W, Moriyama, Y., Lertora, J.J.L. and Rege, A.B.: Mechanism of the anemia of renal disease.  In: *Erythropoiesis.*  (Ed. K. Nakao, J.W. Fisher and F. Takaku), Univ. of Tokyo Press, pp. 463-480, 1975.

54.  George, W.J., Rodgers, G.M., Briggs, D.W. and Fisher, J.W.:  Role of cyclic AMP in the regulation of erythropoietin production.  In:  *Erythropoiesis.*  (Ed. K. Nakao, J.W. Fisher, and F. Takaku), Univ. of Tokyo Press, pp. 277-293, 1975.

55.  Moriyama, Y., Rege, A.B. and Fisher, J.W.:  Inhibitory effects of uremic serum on heme synthesis and erythroid colony formation in bone marrow cultures.  In: *Erythropoiesis.*  (Ed. K. Nakao, J.W. Fisher and F. Takaku), Univ. of Tokyo Press, pp. 15-22, 1975.

56.  Fisher, J.W., Busuttil, R., Rodgers, G.M., Mujovic, V., Paulo, L., Fink, G. and George, W.J.:  The kidney and erythropoietin production: A Review.  In: Erythropoiesis. (Ed. K. Nakao, J.W. Fisher and F. Takaku), Univ. of Tokyo Press, pp. 15-22, 1975.

57.  Busuttil, R.W., M.D. - Ph.D. Thesis (supervised by J.W. Fisher) "The effects of hypoxia on biological mediators of cellular function", 1975.

37

58.   Fisher, J.W.: (Co-Editor).   ERYTHROPOIESIS.   Univ. of Tokyo Press, pp. 1-516, 1975.

59.   Fisher, J.W., Moriyama, Y. and Modder, B.:  Effects of steroids on *in vitro* erythroid colony growth.   International Symposium on Aplastic Anemia, Kyoto, Japan, September 3-6, 1976, Univ. of Tokyo Press, pp. 65-79, 1977.

60.   Fisher, J.W., Ohno, Y., Barona, J., Martinez, M. and Rege, A.B.:   The role of erythropoietin and inhibitors of erythropoiesis in the mechanism of the anemia of renal insufficiency.   International Symposium on Uremic Toxins, Aachen, West Germany, October, 1977.

61.   Fisher, J.W.: Editor. KIDNEY HORMONES, Vol. II. Academic Press (London), pp. 1-601, 1977.

62.   Przala, F., Gross, D.M., Beckman, B. and Fisher, J.W.:  Beta adrenergic stimulation of erythropoietin (Ep) production and erythropoiesis.   Monograph on the IVth Meeting of the European and African Division of the International Society of Hematology, Istanbul, Turkey, September 5-9, 1977.

63.   Fisher, J.W., Gross, D.M., Foley, J.E. and Nelson, P.K.:  A concept for the control of kidney production of erythropoietin (Ep): The role of prostaglandins (PG) and cyclic nucleotides.  Monograph on the IVth Meeting of the European and African Division of the International Society of Hematology, Istanbul, Turkey, September 5-9, 1977.

64.   Fisher, J.W., Moriyama, Y. and Lertora, J.J.L.:  Erythroid colony forming cells in anemia associated with renal disease.   The 16th International Congress of Hematology, Kyoto, Japan.  Excerpta Medica, pp. 477-482, 1977.

65.   Fisher, J.W. and Gross, D.M.:  Effects of prostaglandins on erythropoiesis. Proc. of the International Symposium on Prostaglandins in Hematology, March 4-5, 1976, Philadelphia, Pa.  In: Proc. of the First International Symposium on Prostaglandins in Hematology (Ed. M. J. Silver, J.B. Smith and J.J. Kocsis), Spectrum Publications, New York, pp. 159-185, 1977.

66.   Fisher, J.W., Gross, D.M., Foley, J.E. and Jubiz, W.:  A concept for prostaglandins in kidney production of erythropoietin.  The 16th International Congress of Hematology, Kyoto, Japan.  Excerpta Medica, pp. 697-706, 1977.

67.   Fisher, J.W. and Gross, D.M.:  Effects of prostaglandins on erythropoiesis.   In: *Proceedings of the First International Symposium on Prostaglandins in Hematology.* (M.J. Silver, J.B. Smith and J.J. Kocsis, eds.), Spectrum Publications, New York, pp. 159-185, 1977.

68.    George, W.J., Briggs, D.W., Rodgers, G.M. and Fisher, J.W.:  Metabolism of erythropoietin.  KIDNEY HORMONES, II: 73-109, 1977.

69.    Fisher, J.W.: Introduction.  KIDNEY HORMONES, II:1-5, 1977.

70.    Fisher, J.W. and Gross, D.M.: Renal prostaglandins and kidney production of erythropoietin.  KIDNEY HORMONES, II: 357-385, 1977.

71.    Fink, G.D. and Fisher, J.W.:  Role of the sympathetic nervous system in the control of erythropoietin production.  KIDNEY HORMONES, II:387-413, 1977.

72.    Fisher, J.W. and Gross, D.M.: Hormonal influences on erythropoiesis: Anterior pituitary, adrenocortical, thyroid, growth and other hormones. KIDNEY HORMONES, II:415-435, 1977.

73.    Fisher, J.W., Modder, B.H., Foley, J.E., Ohno, Y. and Rege, A.B.:  The role of erythropoietin and inhibitors of erythropoiesis in the mechanism of the anemia of renal insuffiency.  KIDNEY HORMONES, II:551-570, 1977.

74.    Fisher, J.W., Ohno, Y., Barona, J., Martinez, M. and Rege, A.B.:  The role of serum inhibitors of erythroid colony forming cells in the mechanism of the anemia of renal insufficiency.  Monograph of an International Conference on the *In Vitro* Aspects of Erythropoiesis, Capri, Italy, October, 1977 (Ed. M.J. Murphy, Jr.), pp. 181-191, Springer-Verlag, New York, 1978.

75.    Fisher, J.W., Gross, D.M., Foley, J.F., Nelson, P.K., Rodgers, G.M., George, W.J. and Jubiz, W.:  A concept for the control of kidney production of erythropoietin involving prostaglandins and cyclic nucleotides.  Symposium Monograph on Kidney Hormones, Hannover, West Germany.  Contr. Nephrol. 13:37-59, 1978.

76.    Fisher, J.W., McGonigle, R.J.S. and Beckman, B.S.:  Control mechanisms in kidney erythropoietin production.  In: *Kidney Hormones,* Vol. III., Ed. J.W. Fisher, Acad. Press New York and London, p. 463-472, 1986.

77.    Hagiwara, M., Chen, I-L. and Fisher, J.W.:  Renal carcinoma cell production of erythropoietin.  In: *Kidney Hormones*, Vol. III. p. 585-602, 1986.

78.    Fisher, J.W.: Erythropoietin. Textbook of Nephrology, 2nd Edition, Ed. S.G. Massry, and R.J. Glassock, pp. 175-180, 1988.

79.    Fisher, J.W., Hagiwara, M., Chen, I-L, Nagakura, K. and Beckman, B.:  Modulation of erythropoietin production in renal carcinoma cells in culture.  Monograph for

Symposium on "Humoral and Cellular Regulation of Erythropoiesis", St. Paul, Minnesota, Oct. 6-8, 1985. Sp. Med. Sc. Books. Exp. Cell Res., 1988.

80.     Fisher, J.W.:  Pharmacologic modulation of erythropoietin production.  Ann. Rev. Pharmacol. Toxicol. 28:101-122, 1988.

81.     Fisher, J.W., Ueno, J.:  External messengers and erythropoietin production. International Symposium on Molecular and Cellular Controls in Hematopoiesis, Ajijic Jalisco, Mexico, Controls of Hematopoiesis, Annals of the N.Y. Academy of Science, 554:9-20, 1989.

82.     Fisher, J.W., Ueno, M., Nakashima, J., and Beckman, B.:  Hypoxia and erythropoietin production.   p. 48-62, Clinical Physiology Series.   American Physiological Society, Monograph.  Response and Adaptation to Hypoxia - Organ to Organelle, Ed. S. Lahiri, N.S. Cherniack, R.S. Fitzgerald, Oxford Univ. Press. 1991.

83.     Fisher, J.W.:  Recent advances in erythropoietin research.  Keio J. Med. (in press), 1992.

84.     Fisher, J.W.:   Regulation of erythropoietin (Ep) production.   In: *Handbook of Physiology, Vol. II,*  ed. Erich E. Windhager, Oxford University Press, p. 2407, 2438, 1992.

85.     Boineau, F.G. and Fisher, J.W.:  Hematologic abnormalities in renal disease.  In: *Pediatric Kidney Disease, Vol. I*, ed. Chester M. Edelman, Jr., Little Brown and Company, Inc., p. 685-594, 1992.

86.     Fisher, J.W.: Editor, *Handbook of Pharmacology, Biochemical Pharmacology of Blood and Blood Forming Organs,* Vol. 101, p. 1-587, Springer-Verlag, 1992.

87.     Fisher, J.W.:  Chapter 1, Introduction.  *Handbook of Pharmacology, Biochemical Pharmacology of Blood and Blood Forming Organs,* Vol. 101, p. 33-48, 1992.

88.     Fisher, J.W. and Nakashima, J.:  Chapter 3. Kidney Regulation of Erythropoietin Production.  *Handbook of Pharmacology.  Biochemical Pharmacology of Blood and Blood Forming Organs,* Vol. 101, p. 33-48, Springer-Verlag, 1992.

89.     Fisher, J.W.: Editor, *Knowledge Objectives in Medical Pharmacology,* Association for Medical School Pharmacology (AMSP) Publication, Vol. 2, p. 1-94, 1990.

90.     Fisher, J.W.: Forward, (Monograph), Pathophysiology and Pharmacology of Erythropoietin. p. V-VII, Springer-Verlag, 1992.

91.    Fisher, J.W. and Nakashima, J.: The role of adenosine in hypoxic regulation of kidney production of erythropoietin. Monograph-Pathophysiology and Pharmacology of Erythropoietin Production, Springer-Verlag, p. 29-51, 1992.

92.    Fisher, J.W.:  Erythropoietin. Textbook of Nephrology, 3rd Edition, Ed. by S.G. Massry, and Richard J. Glassock, Vol. 3, 1993.

93.    Fisher, J.W.: Recent advances in erythropoietin research. New Progress in Drug research, Vol. 41, 1993.

94.    Fisher, J.W.: Co-Editor, Drugs Affecting Blood, the Immune System and Inflammation, *Principles of Pharmacology  - Basic Concepts and Clinical Applications*. Ed. Paul L. Munson, Assoc. Ed. R.A. Mueller and G.R. Breese, pp. 1107-1207, Chapman and Hall, N.Y., 1995.

95.    Fisher, J.W.: Chapter 71 - Drugs That Act on Blood and Blood Forming Organs.  In: *Principles of Pharmacology - Basic Concepts and Clinical Applications*.  Ed. Paul L. Munson, Assoc. Ed. R.A. Mueller and G.R. Breese, pp. 1107-1122, Chapman and Hall, N.Y., 1995.

96.    Fisher, J.W.: Erythropoietin: pharmacologic and physiologic modulation of production.  Russian Medical Journal. Ed. V. Nefedov, 1996.

97.    Fisher, J.W.: Erythropoietin: physiologic and pharmacologic aspects.  Proc. Soc. Exp. Biol. Med.  Mini-Review.  Proc. Soc. Exp. Biol. Med. 216:358-369, 1997.

98.    Fisher, J.W.   A Quest for Erythropoietin Over Nine Decades.   Ann. Review Pharmacol. Toxicol. 38:1-20, 1998.

99.    Fisher, J.W. From the Elusive "Hemopoietine" to the Anti Anemia Drug rErythropoietin. In: Erythropoietin: Molecular Biology and Clinical Use. p.1-32, 2002, Ed. by Wolfgang Jelkman, FP Graham Publishing Co, Johnson City, TN.

100.   Fisher, J.W. Preface, 7-9.  Erythropoietin: Biological Properties, Mechanisms of Action and Production, Clinical Application. Ed by A.G. Rumianstev, E.F. Morshchakova and A.D. Pavlor Printed in Hungary (Realszizztema Darasi Nyomda Rt. Budapest, 2373), 2002.

101.   Fisher, J.W.  Erythropoietin:  Physiology and Pharmacology Update. Minireview: Exp. Biol. Med: 228: 1-14, 2003.

Dr.    Fisher    is    the    author    or    co-author    of    an    additional    234    abstracts.