# Exhibit 6

ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 05 Civ. 12237 WGY |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN-LA ROCHE INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**AGREEMENT TO ABIDE BY PROTECTIVE ORDER**

The undersigned represents that he or she is affiliated with [Plaintiff Amgen, Inc.] [Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-LaRoche Inc.], in the above captioned matter. The undersigned is involved in this litigation as _____ [e.g., outside counsel, expert or consultant retained by outside counsel]. If an attorney, the undersigned is admitted in _____ [all jurisdictions]. The undersigned has read the Protective Order issued on 2/7/07 by the Honorable William G. Young in this matter, and in accordance with that Order, hereby agrees:

(1) To be bound by the terms of the Protective Order;

(2) Not to reveal Confidential Discovery Material under this Protective Order to anyone other than another person authorized to have access to it pursuant to Paragraphs 9 and 10 of the Protective Order;

(3) To comply with the procedures set forth in Paragraph 4 of the Protective Order with respect to Restricted Access Confidential BLA/IND Material;

558907_1                                14

Case 1:05-cv-12237-WGY    Document 274    Filed 02/07/2007    Page 2 of 2

(4) To use such Confidential Discovery Material solely for purposes of this litigation, unless permission is received from the Supplier, or the Court, to use it for other purposes.

Respectfully submitted,

Dated: 03/18/07

[signature] MD

Name / Employer / Address:
FRANKLIN D. GAYLIS
SHARP HEALTH CTR
8851 CENTER DRIVE
#501
LA MESA, CA 9194[?]

583907_1    15

3/19/2007

# CURRICULUM VITAE

## FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

### EDUCATION:

| | |
|---|---|
| 1975 - 1980 | MBBCh (Cum Laude)<br>University of Witwatersrand Johannesburg, South Africa |
| 1981 | **Internship:** Rotating Internship Johannesburg Hospital Johannesburg, South Africa Internship in both Surgical and Medical Professorial Units |
| 1982 - 1983 | **Post-Doctoral Research Associate:** Dept. of Urologic Surgery University of Minnesota Minneapolis, Minnesota |
| 1983 - 1985 | **Resident in General Surgery:** Department of Surgery University of Minnesota Minneapolis, Minnesota |
| 1985 - 1989 | **Urology Resident:** Northwestern University Medical School Chicago, Illinois |

### ACADEMIC APPOINTMENTS:

American College of Surgeons, Fellow- October 11, 2001

Voluntary Assistant Clinical Professor UCSD, Department General Surgery/Urology

### HONORARY SOCIETIES:

Alpha Omega Alpha, Northwestern University Chapter (Gamma) - nominated by medical students at Northwestern University Medical School – 1988

### BOARD CERTIFICATION:

American Board of Urology, Re-Certified – February 28, 1999 Certificate #10007

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

## LICENSES:

| | |
|---|---|
| 1980 | Educational Commission for Foreign Medical Graduates (ECFMG) |
| 1980 | Federation Licensing Examination (FLEX) |
| 1981 | Visa Qualifying, Examination (VQE) |
| 1981 | Registration Certification - South African Medical and Dental Council |
| 1991 | State of California, American Board of Urology |

## PROFESSIONAL POSITIONS:

| | |
|---|---|
| 2005 | Urology Specialty Associates: San Diego and La Mesa. CA |
| 2005 | MEDRESEARCH : La Mesa, CA |
| 2003 - 2004 | Chairman – Urology Subsection. Grossmont Hospital. La Mesa CA |
| 2004 - Present | Medical Director – Clinical Outcomes Improvement Program, Grossmont Hospital Sharp HealthCare. |
| 2004 – Present | Voluntary Assistant Clinical Professor of Urology, Department of Surgery University of California San Diego., School of Medicine. |
| 2004 – Present | Franklin D. Gaylis, M.D. F.A.C.S. INC. (Private Practice) |
| 2001 - 2003 | Chairman – Evidence Based Medical Group. San Diego. CA |
| 1989 - 2003 | Friedel & Gaylis, Inc., Urology Private Practice, La Mesa, CA |
| 1994 - 2001 | Chairman - Continuing Medical Education. . Alvarado Hospital |
| 1994 - 1995 | Executive Board, Alvarado Hospital. San Diego. CA |
| 1990 – 1995 | Surgery Supervisory Committee, Alvarado Hospital |
| 2006 – Present | Expert Faculty Consultant, Lumetra, California |

## PRESENTATIONS:

1983 – "Erythropoietin Production by a Human Testicular Germ Cell Line". South African Institute for Medical Research

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

1983 – "Teratocarcinomas - A Model for Studying Early Mammalian Development and Neoplasia" Anatomy and Human Biology Research Forum.
University of Witwatersrand, Johannesburg, South Africa.

1983 – "The Teratocarcinoma Model - A Valuable Biological Tool" Oncology Meeting Department of Surgery University of Witwatersrand, Johannesburg South Africa

1984 – "Erythropoietin Production by a Human Testicular Yolk Sac Tumor Cell Line" Hematology Meeting - National Student Research University of Texas, Galveston, Texas

1986 – "Human Teratocarcinomas In Vitro" Oncology Meeting University of Chicago Hematology

1986 – "Silastic Foam to Dress the Penis After Reconstructive Surgery in Boys" North Central Section of the AUA

1987 – "Plasminogen Activator Production By Human Prostate Cell Lines" AUA Annual Meeting - Anaheim, California

1987 – "Heterogeneity of Plasminogen Activator Production by Human Prostate Cell Lines" Central Society of Clinical Research - Chicago, Illinois

1988 – "Plasminogen Activators in Human Prostate Cancer Cell Lines and Tumors: Correlation with the Aggressive Phenotype" AUA Annual Meeting – Boston, Massachusetts

1988 – "Molecular and Immunologic Similarity between Urokinase and Prostate Specific Antigen" North Central AUA - Orlando, Florida

1999 – "GnRH Antagonist in the Treatment of Prostate Cancer Presentation" Scientific Advisory Meeting with Amgen and Praecis Pharmaceuticals, Inc.

1999 – Scientific Advisory Board Meeting for Prostate Cancer with Amgen and Praecis Pharmaceuticals, Inc. - Chaired by Dr. Franklin D. Gaylis.

1999 – Columbia University Speakers Program – Sponsored by Pfizer Lectured on Benign Prostatic Hyperplasia and Impotence.

1999 – Ortho McNeil Speakers Program – Lectured on Complicated Urinary Tract Infection and Prostatitis.

1999 – Controversies in Screening and Treatment of Prostate Cancer – CMEA

2001 - Assessment of Health Related Quality of Life
(HRQOL) with SWOG 9039 and the Euroqol EQ-5D Instruments in Highly Symptomatic Prostate Cancer (PC) Patients Treated with Abarelix. Presented at the North-East Section

3    07/2002

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

of AUA

2001 - Assessment of Health Related Quality of Life (HRQOL) with SWOG 9039 and the Euroqol EQ-5D Instruments in Highly Symptomatic Prostate Cancer (PC) Patients Treated with Abarelix. Presented at the South-Central Section of AUA

2002- Impact of a Clinical Pathway on Radical Prostatectomy Outcomes in a Community Hospital. Presented at Western Section of AUA.

2002- An evidence- based practical approach to radical prostatectomy. Presented at Western Section of AUA.

2002- Prostate cancer associated with testosterone supplementation. Presented at Western Section of AUA.

2003 – Addressing Clinical Challenges in Symptomatic Prostate Cancer Patients. Presented at the American Urological Association

2005 – Redefining Quality in Medicine. Presented at Sharp Healthcare "Quality Symposium"

2006 - Redefining Quality in Medicine. Presented at Western Section of American Urological Association, Maui, Hawaii

## ABSTRACTS

Ascensao JL, Gaylis F, Bronson D, Fraley EE, Zanjani ED: Erythropoietin Production of Erythropoietin by a Human Yolk Sac Tumor Cell Line. American Federation for Clinical Research 31: 307 A, 1983

ED, Fraley EE: Erythropoietin Production by a Human Testicular Yolk Sac Tumor Cell Line. 1984 National Student Research Forum - Galveston, Texas

Gaylis FD, Zaoniz M, Chaviano A, Sugar E, Maizels M: Silastic Foam to Dress the Penis after Reconstructive Surgery in Boys. Presented at the North Central Section of AUA, 65, 1986.

Gaylis FD, McEwan R, Sinha AA, Wilson MJ: Plasminogen Activator Production by Human Prostate Carcinoma Cell Lines. AUA Meeting, J. Urology 137: 114 A, 1987

Gaylis FD: Heterogeneity of Plasminogen Activator Production by Human Prostate Cell Lines. Clinical Research. 35:900A, 1987

Gaylis FD: Plasminogen Activators in Human Prostate Cancer Cell Lines and Tumors:

MAR 19 2007 11:50 AM FR KAYE SCHOLER LLP 32 836 7958 TO 914088730220          P.09
Case 1:05-cv-12237-WGY    Document 388-8    Filed 04/13/2007    Page 8 of 17

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

Correlation with The Aggressive Phenotype. AUA Meeting. J. Urology 139:174A, 1988

Gaylis FD, Sensibar J, Keer H, Kwaan H, Kozlowski JM: Molecular Similarity and Immunological Cross-Reactivity between Urokinase and Prostate specific antigen. North Central AUA, 1988

Keer H, Gaylis FD, Wilson MJ, Stump D, Kozlowski J: Phasinogen Activators in Human Prostate Cancer: Correlation with Metastasis in an In-Vitro Model. J. Urology, May 1989.

Gaylis FD, Woolley M., Garnick MB: Assessment of Health Related Quality of Life (HRQOL) with SWOG 9039 and the Euroqol EQ-5D Instruments in Highly Symptomatic Prostate Cancer (PC) Patients Treated with Abarelix
Northeastern Section-AUA, September 2001
South Central Section-AUA, September 2001

Franklin D. Gaylis, M.D., San Diego, CA; Jeffrey Ignatoff, M.D., Evanston, IL; Ronald F. Tutrone, M.D., Baltimore, MD; Daniel J. Cosgrove, M.D.*, San Diego, CA
PROSTATE CANCER ASSOCIATED WITH TESTOSTERONE SUPPLEMENTATION. Western Section AUA – Oct 2002

Franklin D. Gaylis, M.D. AN EVIDENCE BASED PRACTICAL APPROACH TO RADICAL RETROPUBIC PROSTATECTOMY. Western Section AUA – Oct 2002)

Franklin D. Gaylis, M.D., Karin S. Coyne, Ph.D.*: San Diego, CA. HEALTH-RELATED QUALITY OF LIFE IN PATIENTS TREATED WITH EXTENDED-RELEASE TOLTERODINE FOR OVERACTIVE BLADDER Western Section AUA – Oct 2002

Franklin Gaylis M.D.,[1] Dena Bushman,[2] and Octavio Armas, M.D Impact of a Clinical Pathway on Radical Prostatectomy Outcomes in a Community Hospital. Western Section AUA – Oct 2002

[3]

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

## PUBLICATIONS

Ascensao JL, Gaylis FD, Bronson DL, Fraley EE, Zanjani ED: Erythropoietin Production by a Human Testicular Germ Cell Line. Blood, 62:1132-1134, 1983.

Gaylis FD, Fraley EE, Bronson DL: In Vitro Models of Human Testicular Germ Cell Tumors. World J. Urology, 2:2-5, 1984.

Gaylis FD, Levien LJ, Eyer S, Lee JT, Goodale RL: Venous Air Embolism: A Potentially Fatal Condition Reversed by Simple Maneuvers. South African Journal of Surgery, 25:154-157, 1987.

Gaylis FD, Zaoniz MR, Dalton D, Sugar EC, Maizels M: Silicone Foam to Dress the Penis After Reconstructive Pediatric Surgery. J. Urology May, 1989.

Gaylis FD, August C, Yelandi A, Nemcek A, Garnett J: Granulosa Cell Tumor of the Adult Testis: Ultrastructural and Ultrasonographic Characteristics. J. Of Urology, 1988.

Bromberg W, Gaylis FD, Bauer KD, Schaeffer AJ: Isolated Pulmonary Metastases from Carcinoma of the Prostate: A Case Report and DNA Analysis Using Flow Cytometry. J. Of Urology, 1988.

Gaylis FD, Keer HN, Kwaan HC, Wilson MJ, Sinah AA, Kozlowski JM: Plasminogen Activators in Human Prostate Cancer Cell Lines and Tumors: Correlation with the Aggressive Phenotype. J. Of Urology 142:193-198, 1989.

Gaylis FD, Keer HN, Bauer K, Kozlowski JM, Gravhack JT: DNA Profile of Nephrogenic Adenoma Assessed by Flow Cytometry. Urology 41(2): 160-161, February 1993.

Gaylis FD, Keer HN, Kozlowski JM, Kwaan HC, Bauer KD, Stump D, Sinah AA, Wilson MJ: Heterogeneity of Plasminogen Activator Expression by Human Prostate Cell Lines. Prostate 18(3): 201-214, 1991.

Gaylis FD, Friedel WE, Armas OA: Radical Retropubic Prostatectomy Outcomes At A Community Hospital. J of Urology 159: 167-171 January 1998

Gaylis FD, Bastuba MD, Bidair M, Friedel WE: Ureteral Dilation Using a Tapered Dilator: A Cost Effective Approach J Of Endourology 14(5): 447-449, June /2000

Gaylis, FD: "Prostate Cancer: Screening, Treatment Still Controversial"
The San Diego Union Tribune, June 2002 (Op-Ed)

Gaylis, FD:" New Medical Field Predicts Possible Outcomes" The San Diego Union

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

Tribune, Letters to the Editor, 2002

Gaylis, FD: Letter to the Editor: Annals of Internal Medicine, pg 147-148, Vol 140, No 2, Jan 2004

Franklin D. Gaylis, M.D., San Diego, CA; Daniel Lin, Seattle, WA, Jeffrey Ignatoff, M.D., Evanston, IL; Christopher Amling, M.D., San Diego, CA; Ronald F. Tutrone, M.D., Baltimore, MD; Daniel J. Cosgrove, M.D., San Diego, CA. Prostate Cancer associated with Testosterone supplementation. J. Urol.: Vol. 174, 534-538, August 2005.

Franklin D. Gaylis, Maggie Sass and Octavio Armas. Radical prostatectomy outcomes by a "low volume" urologist in a community hospital. In preparation for submission to the Journal of Urology.

Franklin D. Gaylis et al. Letter to Journal of Urology in response to other letters regarding article published in the Journal in August, 2005. J. Urol.: Vol.   April, 2006

**RESEARCH GRANTS:**

1983 - Minnesota Medical Foundation "Hematopoietic Potential of Human Yolk Sac Carcinoma and Teratocarcinoma Cell Lines."

1986 - Grossmont Hospital Foundation "Prostate Cancer - Radical Prostatectomy Outcomes in a Community Hospital."

1998 - Genetronics – Electroporation Treatment of Prostate Cancer. (Animal Studies)

1999 – "Cost Effective Ureteral Dilatation" Cook Urological.

2001- " Impact of a Clinical Pathway on Radical Prostatectomy Outcomes In A Community Hospital." Grossmont Hospital Foundation

2001- " Impact Of A Clinical Pathway on Surgery Outcomes". Grossmont Hospital Foundation

2005 – Grossmont Hospital Foundation. Impact of Standard Evidence Based Medical Orders on Radical Retropubic Prostatectomy outcomes

2006 – Combined Medical Therapy to Treat Spontaneous Urinary Retention (Glaxo Smith Kline)

**CONSULTANT POSITIONS:**

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

1999 – Genyx
1999 – Cook Urological: Ureteral Dilation Using A Tapered Dilator
1999 – Amgen/Praecis Pharmaceuticals, Advisory Board – Prostate Cancer
1998 – Gentronics: Electroporation Treatment of Prostate Cancer
2001 to Present - Qualigen: Prostate Specific Antigen Testing, Scientific Advisory Board
2003 - Praecis Pharmaceuticals, Advisory Board Member
2006 – Expert Faculty Consultant, Lumetra, California

## MEDICAL PRODUCTS DEVELOPED:

Tapered Ureteral Dilator (for kidney stone removal) Produced by COOK.
Software Program to integrate evidence based medicine into standard medical orders (in development)

## RESEARCH EXPERIENCE:

**Subinvestigator:** Phase III Randomized Study of a Single Adjunctive Instillation of Intravesical Study Medication versus No Adjunctive Therapy Immediately Following Transurethral Resection in Patients with Multiple Superficial (Ta/T1) Bladder Tumors. Protocol A9601. 9/96

**Subinvestigator:** A Phase II Study: Intravesical Study Medication in Patients with Carcinoma in Situ of the Bladder who have Failed or Have Recurrence Following Treatment with BCG. Protocol A9302. 9/96

**Subinvestigator:** A Phase II Study: Intravesical Study Medication in Patients with Transitional Cell Carcinoma of the Bladder. Protocol A9303. 9/96

**Investigator:** A Randomized, Double-Blind, Placebo-Controlled, Two Year Group Study of the Efficacy and Safety of Study Medication 0.5mg in the Treatment and Prevention of Progression of Benign Prostatic Hyperplasia. Followed by a Two-Year Open Label Treatment Phase. Protocol ARIA 3001 1/97.

**Subinvestigator:** A Multi-Center, Open-Label, Dose Escalation Study of the Safety and Therapeutic Effects of Study Medication Administered as an Intramuscular (IM) or Subcutaneous (SC) Injection, in Prostate Cancer Patients who are Candidates for Initial Hormonal Therapy and prospective Concurrent Control Study.
Protocol 149-97-04. 11/97

**Subinvestigator:** A Phase III, Efficacy and Safety Study Comparing Escalating Doses of Study Medication SL to 5mg or 6mg Doses of Study Medication SL or Placebo in the

Treatment of Male Erectile Dysfunction. Protocol M97-763. 12/97

**Subinvestigator:** A Phase III, Long-Term, Open-Label, Flexible Dose, Safety Extension Study of Study Medication SL Tablets in the Treatment of Male Erectile Dysfunction. Protocol M97-682. 3/98

**Subinvestigator:** A Phase III, Safety and Efficacy Study of Two Fixed Doses of Study Medication SL Tablets versus Placebo in the Treatment of Male Erectile Dysfunction in Patients with Controlled Diabetes. Protocol M97-804. 4/98

**Subinvestigator:** An Extension Study to Evaluate the Safety and Tolerability of Study Medication in Subjects with Hormone Refractory Adenocarcinoma of the Prostate. Protocol M97-739. 4/98

**Subinvestigator:** Dose Ranging Study Comparing Best Medical Therapy With and Without Study Medication for the Treatment of Men with Asymptomatic Hormone Refractory Adenocarcinoma of the Prostate. Protocol M96-594. 4/98

**Subinvestigator:** Dose Ranging Study Comparing Best Medical Therapy With and Without Study Medication for the Treatment of pain in men with Symptomatic Hormone Refractory Adenocarcinoma of the Prostate. Protocol M96-500. 4/98

**Subinvestigator:** A Phase III, Long-Term, Open-Label, Flexible Dose, Safety Extension Study of Study Medication SL Tablets in a Special Population for the Treatment of Male Erectile Dysfunction. Protocol M97-793. 5/98

**Subinvestigator:** Study Medication Versus Placebo in the Relief of Stress Incontinence Protocol F1J-MC-SAAW(c). 8/98

**Subinvestigator:** A Phase II Safety Study of 5mg Study Medication SL Tablets versus Placebo in the Treatment of Patients Diagnosed with male Erectile Dysfunction Following A Bilateral Nerve-Sparing Radical Retropubic Prostatectomy. Protocol M97-788. 9/98

**Investigator:** A Randomized, Double Blind, Placebo-Controlled, Parallel Group Study of the Efficacy and Safety of Study Medication in the Treatment and Modification of Progression of Benign Prostatic Hyperplasia. Protocol ARIB3003. 9/98

**Subinvestigator:** A Phase III, Multi-Center, Open-Label, Randomized Study of Study Medication vs. Lupron® In Patients with Prostate Cancer Who Are Candidates for Initial Hormonal Therapy. Protocol 149-98-03. 10/98

**Subinvestigator:** A Phase III Efficacy and Safety Study of Three Fixed Doses of Study Medication SL Tablets 2mg and 5mg Versus Placebo in the Treatment of Male Erectile Dysfunction. Protocol M98-941. 12/98

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

**Subinvestigator:** A Multi-Center Study of Study Medication In Patients with Prostate Cancer in Whom GnRH Agonists are Contraindicated. Protocol No. 149-98-04 4/99

**Subinvestigator:** "A Phase III, Open-Label, Multi-Center Study Of The Efficacy And Safety Of Study Medication Acetate For Depot Suspension 7.5 Mg (30 Day) In Patients With Advanced Prostate Cancer". Protocol OL-002. 6/99

**Investigator:** Quality of Life (QoL) In Patients Treated with Tolterodine (Detrol) for Overactive Bladder. Protocol 583-URO-0087-070. 8/99

**Subinvestigator:** A Phase 3, Multi-Center, Open-Label Randomized Study of Study Medication 100 mg IM vs Lupron Deport 7.5mg IM in Patients with Prostate Cancer Who Are Candidates for Initial Hormonal Therapy. Protocol 990744/149-99-03. 10/99

**Subinvestigator:** A Multi-Center, Double-Blind Study to Compare the Safety and Efficacy of Levofloxacin to that of Ciprofloxacin in the Treatment of Chronic Prostatitis. Protocol CAPSS-101, Phase 3B. 1/2000

**Subinvestigator:** Long Term Compliance of Oral Supplements by Oncology Outpatients in Need of Nutritional Support. Project #7081 Study # 9901.

**Subinvestigator:** A 12-Week Safety and Efficacy Study of Oral Study Medication Versus Placebo in Subjects with Overactive Bladder Protocol No. M98-946 01/2000

**Subinvestigator:** A Rollover, Multi-Center, Open-Label, Maintenance Study of Patients with Prostate Cancer Who Were Previously Treated with Study Medication 50 mg or 100 mg IM. Protocol 990789/149-99-04 2/2000

**Subinvestigator:** Phase III Randomized, Double-Blind Study of DMFO vs. Placebo in Low Grade Superficial Bladder Cancer. Protocol DMFO 0341-A2 9/2000

**Subinvestigator:** A Randomized Clinical Trial Comparing Goserelin Acetate 3.6 mg Depot and Goserelin Acetate 10.8 mg Depot in Subjects with Prostate Cancer for Whom Therapy is Indicated. Protocol 9393IL/0028 05/2000

**Investigator:** A 12-Week Phase III, Placebo-Controlled Study of Men with Symptomatic BPH. Protocol M99-097. 03/2000

**Investigator:** A Long-Term, Open Label Extension Trial Evaluating the Safety and Efficacy of Study Medication in Subjects with Benign Prostatic Hyperplasia. Protocol M00-179. 06/2000

**Subinvestigator:** A Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Fixed-Dose, Multi-Center Study to Assess Efficacy and Safety of Daily Oral Administration of Study Medication vs Placebo in Male and Female Subjects with Overactive Bladder. Protocol 905-CL-013

10                                                                                       07/2002

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

**Subinvestigator:** A Phase 3 Study of the Efficacy of Study Medication (a Protein Kinase C Beta Inhibitor) in Males with Diabetes and Erectile Dysfunction. Protocol B7A-MC-MBCC 03/2000

**Investigator:** Satisfaction and Experience with Testosterone Replacement Therapy. Protocol UMD-00-067 08/2000

**Subinvestigator:** Development of a Molecular Classification of Prostate Cancer. Protocol SKCC 9905 08/2000

**Subinvestigator:** A Six-Month, Open Label, Fixed Dose Study to Evaluate the Safety, Tolerance, Pharmacokinetics and Endocrine Efficacy of Two Doses of LA-2550 22.5 mg In Patients with Advanced Prostate Cancer. Protocol AGL 9909 09/2000

**Investigator:** An Eight-Month, Open-label, Fixed-Dose Study to Evaluate the Safety, Tolerance, Pharmacokinetics and Endocrine Efficacy of Two Doses of LA2575 30mg in Patients with Advanced Prostate Cancer. Protocol: AGL0001 01/2001

**Investigator:** Plasma Isolation Study-FastPack™ PSA Immunoassay. Protocol: SDUC001 03/2002

**Investigator:** A Four-Week "Proof of Concept" Study to Determine The Safety Tolerability and Efficacy of Oral SB 223412 in Patients With Symptoms of Urinary Urgency and Frequency With or Without Incontinence. Protocol: SB223412/020 09/2001

**Investigator:** A Phase 3B, Multi-Center, Double Blind Randomized, Placebo-Controlled, Parallel Group Study of Darfenacin in Subjects with Overactive Bladder. Protocol: A1371047-1221 4/2002

**Investigator:** A Randomized Prospective Study of Adjuvant Androgen Ablation in Radical Prostatectomy Patients at High Risk for Disease Recurrence. Protocol: M97-786 7/19993 6/1999

**Investigator:** A Phase 3, Multi-Center, Open-Label, Randomized Study of Abarelix Depot 7.5mg IM versus in Patients with Prostate Cancer who are Candidates for Initial Hormonal Therapy. Protocol: 990744/149-99-03 09/1999

**Sub-Investigator:** A Randomized, Double-Blind, Parallel Group, Multi-Center Study to Investigate the Time to Onset of Action of 20mg of Vardenafil compared to Placebo in Males with Erectile Dysfunction. At Home Onset of Action Study. Protocol: 38-9546/10867 02/2002

11    07/2002

**Sub-Investigator:** Prospective, Randomized, Double-Blind, Multi-Center, Comparative Trial to Evaluate the Efficacy and Safety of Ciprofloxacin Once Daily Modified Release (CIPRO MR) 500mg tablets for 3days versus Conventional Ciprofloxacin 250mg tablets BID for 3days in the Treatment of Patients with Uncomplicated Urinary tract (uUTI) Infections. Protocol: 100346 06/2001

**Sub-Investigator:** Validation Study of The Abbott Urinary Symptom Questionnaire (AUSQ) For Urinary Incontinence and The Overactive Bladder.
Protocol: MOO-234 02/2001

**Sub-Investigator:** A Multi-Center, Double-Blind, Double Dummy, Randomized, Placebo and Tamsulosin Controlled Parallel Group Study to Assess the Efficacy and Safety of UK-338, 003 in Subjects with Lower Urinary Tract Symptoms Due to BPO. Protocol: A2841018 8/2001

**Sub-Investigator:** An Open-Label Trial on the Effect of I.V. Zometa 4mg on Bone Mineral Density in Hormone Sensitive Prostate Cancer Patients
Protocol: CZOL446E US24 07/2002

**Sub-Investigator:** Open-Label Use of a Unique Testosterone Topical Gel Formulation in Males With an Original Baseline Testosterone Level $\leq$ 300ng/dl.
Protocol: AUX-203.01 6/2001

**Sub-Investigator:** A Phase II Study Evaluating the Safety and Efficacy of Atrasentan (ABT-627) in Men With Hormone Naïve Prostate Cancer Who are Exhibiting Early Signs of Biochemical failure. Protocol: MO1-366 4/2002

**Sub-Investigator:** An Open Label Study to Evaluate the Feasibility of Switching to Treatment With An LHRH Agonist Following 12 Weeks of Treatment With Abarelix in Patients With Prostate Cancer. Protocol: 149-01-05 01/2002

**Sub-Investigator GSK Reduce:** Phase III Study A Randomized, Double-blind, Placebo-Controlled, Parallel Group Study of the Efficacy And Safety of Dutasteride 0.5 mg Administered Orally Once Daily for Four Years to Reduce the Risk of Biopsy-Detectable Prostate Cancer    2004-2005

**Sub-Investigator Lilly Interstitial/ Cystitis:** A Phase II Study, Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of RTX Topical Solution in Patients with Interstitial Cystitis. 2003

**Sub-Investigator Principal investigator Praecis PCA:** A phase II study evaluating the impact of Abarelix on Hormone Refractory Prostate Cancer. Protocol: 149-04-01 2003-2004

**Sub-Investigator 1042 PFIZER=PCA:** A phase 1, Open Label, Non-Randomized, Dose Escalation Study to Evaluate the Safety of CP-675, 206 in Combination with

FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

Neoadjuvant Androgen Ablation and a Phase 2, Open Label, Randomized Study to Evaluate the Efficacy of CP-675, 206 in Combination with Neoadjuvant Androgen Ablation and Androgen Ablation Alone in Patients with High Risk Prostate Cancer
Protocol: A3671004/1025   2004-2005

**Sub-Investigator GSK AUR:** A Pilot Study for the Tratment of Refractory Urinary Retention Secondary to Benign Prostatic Hyperplasia with Dual Five Alpha Ruductase Inhibition Combined with an Alpha-Blocker.

**Sub-Investigator Lilly ICOS:** A Multicenter, Parallel-Arm, Placebo-Controlled, Double-Blind Study to Evaluate the Efficacy and Safety of Tadalafil Administered Once Daily to Men with Lower Urinary Tract Symptoms Secondary to Benign Prostatic Hyperplasia.   2004-2005

**Sub-Investigator Praecis PCA:** Phase II Study of Abarelix in Androgen Independent Prostate Cancer Progressing after Agonist Therapy   2004

**Sub-Investigator Centocour PCA:** Phase I, Multi-Center, Open-Labek, Ascending-Dose Study of the Safety of the Human Monoclonal Antibody to Human Integrins (CNTO 95) in Combination with Docetaxel in Subjects with Metastic Hormone Refractory Prostate Cancer   2005

**Sub-Investigator GSK OAB:** A Twelve-Week Randomized, Double-Blind, Placebo Controlled, Parallel Group, Forced Titration, Proof of Concept Study to Assess the Efficacy, Safety and Tolerability as well as the Pharmacokinetic Profile of 60 mg and 120 mg of GW679769 administered once daily vs Placebo in Women with Overactive Bladder.
Protocol: NKB105022   2005

**Sub-Investigator Novartis OAB:** Phase 4 Pharmaceuticals trial entitled:" A 12-week, randomized, double-blind, placebo-controlled, parallel group, multi center study to evaluate the efficacy (Darifenacin) 15 mg OD on increase in warning time, the time from first sensation of urgency to voiding, in patients with overactive bladder.
PROTOCAL No: CDAR328A2401   2005

**Sub-Investigator Qualigen QPSA Study**   2005

**Sub-Investigator Spectrum PCA:** Phase I-II Study of GnRH Antagonist SPI 153 in Patients with Prostate Cancer   2005

**Sub-Investigator PFIZER BPH:** Phase 4 A Randomized, Double Blind, Placebo Controlled Detrolla "ADD-ON" to Alpaha-Blocker Study in Men with Persistent Overactive Bladder Symptoms of Urinary Frequency and Urgency With/Without Urgency Incontinence After Previous Monotherapy with Alpha Blocker.
Protocal No. A6121127   2005

**Sub-Investigator PFIZER OAB:** Phase 4 A Randomized, Double Blind, Placebo Controlled, Four Arm (Placebo, Tolterodine ER, Tamsulosin, and Tolterodine ER Plus

MAR 19 2007 11:56 AM FR KAYE SCHOLER LLP 32 836 7958 TO 914088730220    P.18/19

Case 1:05-cv-12237-WGY    Document 388-8    Filed 04/13/2007    Page 17 of 17
FRANKLIN DAVID GAYLIS, M.D., F.A.C.S.

Tamsulosin) Study to Evaluate the Clinical Efficacy and Safety of Tolterodine ER 4 mg in Men who Have Frequency and Urgency, with or without Urinary Urge Incontinence, with or without Bladder Outlet Obstruction. Protocol No. A6121120   2005

**Principal Investigator:** Phase 1 Clinical Trial looking at the impact of combined Hormonal and Immune Modulation as neo-adjuvant therapy in high risk patients undergoing radical prostatectomy for prostate cancer. Protocol: A3671004- 2005
**(Dr Gaylis' site MedResearch has been requested to assume the entire Phase 1 study).**

**Principal Investigator:** Phase 1 Clinicial Trial looking at a new GnRH Antagonist for Prostate Cancer. Protocol: SPI-153-05-001. 2005
**(Dr Gaylis' site MedResearch has been requested to assume the entire Phase 1 study).**

**Principal Investigator:** Investigator (Dr Gaylis) initiated study: Impact of combined alpha blockade and 5 alpha reductase therapy in relieving urinary retention from patients with BPH. Protocol: IRB#04-2667-0   2005
**(Dr Gaylis' site MedResearch has been requested to assume the entire study)**

**Principal Investigator:** OAB study – Combined therapy :A Multicenter,Parallel-Arm, Placebo-Controlled,Double-Blind Study to Evaluate the Efficacy and Safety of Tadalafil Administered Once Daily to men with Lower Urinary Tract Symptoms Secondary to Benign Prostatic Hyperplasia. Protocol:H6D-MC-LVGC

**Principal Investigator:** OAB study – Darifenacin A long-term, open label study of Darifenacin in subjects with overactive bladder. Protocol: CDAR328A-2301   2002-2004

**Principal Investigator:** OAB study – Darifenacin A 12-week, randomized, open-label, parallel-group, multicenter study to evaluate the efficacy, safety and tolerability of Enablex ( darfenacin ) ( with voluntary up titration from 7.5 mg o.d. to 15 mg o.d. at week 2) alone or in combination with Behavioral Modification Program for symptoms of overactive bladder. Protocol CDAR328AUS01.   2005

**Principal Investigator:** Study Director for Qualigen: Comparison of Qualigen's Fast Pack PSA assay to Digital Rectal Examination in detection of Prostate Cancer Protocol: SDUC03-01  2004-2005

**Principal Investigator Milady:** ACT5190 A randomized, double blind, placebo and active-controlled efficacy and safety study of SSR240600C, in patients with overactive bladder or urge urinary incontinence. Protocol: SSR240600C 2005