# Exhibit 7

Dockets.Justia.com

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 3
March 23, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00011148 | RB00011149 | 06/12/2006 | Confidential email from attorney providing legal advice re: CERA litigation. | AC | Winkler, Thomas* | Adamis, Helena; Arnold, Stefan*; Bader, Brigitte; Bayle, Laurence; Bellwald, Stephanie; Berger-Crolus, Claudia; Bexon, Martin; Beyer, Ulrich; Bielmeier, Petra; Boenisch, Hartmut; Buch, JeanPierre; Bucher, Max; Burger, Hans U.; Carier, MarieClaude; Cassaday, Patrick; Chanu, Pascal; Chery, Patricia; Chiang, Melody; Christen, Remo; Cooper, Philip; CorteRealCorreia, Helena; DAmbrosio, Laura; DeGroot, Jan A; Dougherty, Frank C; DuPasquier, Louis; Durrwell, Laurence; Eberhardt, Sylvia; Ehrhard, Patricia, Enele, David; Essig, Julianne; Fernandez, Marilyn; Ferraro, Robert*; Finkler, Christof; Freund, Tea; Wick*, Melanie-Frey; Froehlich, Enrico; Gerber, Marianne; | Waschbuesch, Klaus* | Email |

* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 3
March 23, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00338229 | RB00338230 | 09/30/2003 | Confidential email forwarding information for the purposes of obtaining legal advice re: pending Korean law suit. | AC | Fouquet, Herbert* | Michailidis, John; Flueckiger, Urs | Notegen, Eric*; Witte*, Hubert | Email |
| RB00338233 | RB00338236 | 09/23/2003 | Confidential memorandum rendering legal advice of counsel re: Canadian litigation. | AC | Fouquet, Herbert* | Johnston, George* | | Memo |
| RB00338237 | RB00338237 | 09/19/2003 | Confidential email rendering legal advice of counsel and prepared in anticipation of litigation re: TKT hearing. | AC, WP | Johnston, George*; Drozdoff, Vladimir* | Fouquet, Herbert*; Witte*, Hubert; Rocha, Patricia*; Johnston, George* | Rocha, Patricia* | Email |

* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 3
March 23, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00338238 | RB00338240 | 09/18/2003 | Confidential email rendering legal advice of counsel and prepared in anticipation of litigation re: TKT hearing. | AC, WP | Drozdoff, Vladimir* | ; Roche | | Memo |
| RB00338241 | RB00338241 | 09/12/2003 | Confidential email reflecting legal advice of counsel re: anemia market report. | AC | Walicka, Helen; Michailidis, John; Jarvis, Richard | Rocha, Patricia*; Sabbah, Charles; Michailidis, John; Young, Dianne; Schaefer, EvaMaria | Burns, William M*; Holdener, Eduard; Hinson, Richard; EdgeDallas, Jennifer; Mahler, Karl; MageHill, Christine; Walicka, Helen; Fouquet, Herbert* | Email |

* Denotes Attorney
WP - Work Product
AC- Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 3
March 23, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00338413 | RB00338413 | 10/21/2002 | Confidential e-mail reflecting legal advice re: Korean Epo patent. | AC | Fouquet, Herbert* | Otto, Eberhard; Humer, Franz B; Burns, William M*; Maier, Bruno*; Notegen, Eric*; Bucher, Max; Freund, Tea; Schlaepfer, Rolf D; Michailidis, John | | Email |
| RB00338419 | RB00338420 | 01/19/2003 | Confidential email rendering legal advice of counsel re: TKT decision. | AC | Bucher, Max; Fouquet, Herbert*; Sims, Warren | Fouquet, Herbert*; Bucher, Max; Burns, William M*; Holdener, Eduard | Freund, Tea; Haselbeck, Anton; Mattern, Markus; Notegen, Eric*; Witte*, Hubert | Email |
| RB00338423 | RB00338425 | 10/11/2001 | Confidential memorandum containing and reflecting legal advice of counsel re: summary of current and future Epo litigations. | AC | Fouquet, Herbert* | Eisen, Bruce | Freund, Tea; Haselbeck, Anton | Letter |

* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

3/23/07
130 of 3823

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 3
March 23, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00338426 | RB00338426 | 02/19/2003 | Confidential email forwarding information to counsel re: TKT appeal for the purpose of obtaining legal advice. | AC | Rich, Andrew* | Notegen, Eric*; Fouquet, Herbert*; Elsen, Bruce M | Deacon, Laura; Moore, Sebastian; Rich, Andrew* | Email |
| RB00338427 | RB00338428 | 00/00/0000 | Confidential document reflecting legal advice of counsel re: legal situation in light of TKT appeal. | AC | Fouquet, Herbert*; Notegen, Eric* | | | Letter |
| RB00338429 | RB00338429 | 00/00/0000 | Confidential notes containing and reflecting legal advice of counsel re: TKT case. | AC | | | | Notes |
| RB00338430 | RB00338430 | 09/07/2001 | Confidential e-mail reflecting legal advice of counsel re: U.S. patent issues. | AC | Bruno, Maier; Fouquet, Herbert* | Fouquet, Herbert*; Maier, Bruno* | | Email |

\* Denotes Attorney
WP - Work Product
AC- Attorney Client Privilege