# Exhibit 14

Dockets.Justia.com

**Weeks, Virginia L.**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, March 27, 2007 1:51 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al "Order on Motion to Compel" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 3/27/2007 at 1:50 PM EDT and filed on 3/27/2007

**Case Name:** Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:** 1:05-cv-12237
**Filer:**
**Document Number:**

**Docket Text:**
Judge William G. Young : Electronic ORDER entered GRANTING [319] MOTION to Compel Deposition Testimony under Rule 30(b)(6). (Paine, Matthew)

The following document(s) are associated with this transaction:

**1:05-cv-12237 Notice will be electronically mailed to:**

Peter M. Acton    pacton@mwe.com

Leora Ben-Ami    lbenami@kayescholer.com

Michael F. Borun    MBorun@marshallip.com

Lee C. Bromberg    lbromberg@bromsun.com, jcreedon@bromsun.com

Patricia A. Carson    pcarson@kayescholer.com

Nicole A. Colby    ncolby@mwe.com

Monica Contreras    mcontreras@kayescholer.com

David L. Cousineau    dcousineau@kayescholer.com

3/27/2007

Daniel A. Curto    dcurto@mwe.com, dlooke@mwe.com

Lloyd R. Day , Jr    daylr@daycasebeer.com

Vladimir Drozdoff    vdrozdoff@kayescholer.com

David L. Ferrera    dferrera@nutter.com, jberry@nutter.com

Thomas F. Fleming    tfleming@kayescholer.com, maodma@kayescholer.com

Kevin M Flowers    KFlowers@marshallip.com, mgreene@marshallip.com; dgerou@marshallip.com

James M. Fraser    jfraser@mwe.com

Peter Fratangelo    pfratangelo@Kayescholer.com, maodma@kayescholer.com, RocheEmailRepository@kayescholer.com

William G. Gaede , III    wgaede@mwe.com

Michael R. Gottfried    mrgottfried@duanemorris.com, vlweeks@duanemorris.com, kmfitzgerald@duanemorris.com

Erik Haas    , mcolitigation@pbwt.com

Mark J. Hebert    hebert@fr.com, crawford@fr.com

Julia Huston    jhuston@bromsun.com, chiggins@bromsun.com

Mark Izraelewicz    mizraelewicz@marshallip.com

Michael Kendall    mkendall@mwe.com

Manvin Mayell    mmayell@kayescholer.com

Matthew McFarlane    mmcfarlane@kayescholer.com

Dana M. McSherry    dmcsherry@mwe.com

Michelle E. Moreland    mmoreland@mwe.com, pdeneen@mwe.com; gdrozario@mwe.com; nsannicolas@mwe.com

Joshua A. Munn    jmunn@mwe.com

Matthew C. Nielsen    MNielsen@marshallip.com, mkipley@marshallip.com

Sandip H. Patel    SPatel@marshallip.com

Mark S. Popofsky    mpopofsky@kayescholer.com

Heather B. Repicky    hrepicky@nutter.com

3/27/2007

Patricia R. Rich    prich@duanemorris.com, vlweeks@duanemorris.com, kmfitzgerald@duanemorris.com

Nicole A. Rizzo    nrizzo@bromsun.com, lburns@bromsun.com

Thomas I. Ross    tross@marshallip.com

Linda Sasaki-Baxley    lbaxley@daycasebeer.com

Howard Suh    hsuh@kayescholer.com, maodma@kayescholer.com

Keith E. Toms    ktoms@bromsun.com, kreed@bromsun.com

Steven A. Zalesin    sazalesin@pbwt.com, mcolitigation@pbwt.com

**1:05-cv-12237 Notice will not be electronically mailed to:**

Firasat Ali
McDermott Will & Emery
3150 Porter Drive
Palo Alto, 94304

D. Dennis Allegretti
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600

Adam Arthur Bier
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Mary Boyle
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

3/27/2007

Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Renee DuBord Brown
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Krista M. Carter
Day Casebeer Madrid & Batchelder, LLC
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Andy H. Chan
Day Casebeer Madrid & Batchelder, LLP
20300 Steven Creek Blvd.
Suite 400
Cupertino, CA 95014

Monique L. Corday
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Richard A. De Sevo
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Nancy DiLella
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

William Diaz
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612

Darrell G. Dotson
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

3/27/2007

Jon B. Dubrow
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005

Deborah E. Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Jennifer E. Flory
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Eugene M. Gelernter
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Geoffrey M. Godfrey
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Berrie R. Goldman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Aaron R. Hand
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Alfred H. Heckel
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

3/27/2007

Richard O. Jackson
Patternson, Belknap, Webb & Tyler, LLP
133 Avenue of the Americas
New York, NY 10036

Raymond A. Jacobsen
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, DC 20005

George W. Johnston
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Susan M. Krumplitsch
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
, CA 95014

Andrew Kumamoto
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Jonathan D. Loeb
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

David M. Madrid
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mario Moore
Day Casebeer Madrid & Batchelder
Suite 400
20300 Stevens Creek Blvd
Cupertino, CA 95014

Kimberlin L. Morely
Amgen Inc.
One Amgen Center Dirve
Thousand Oaks, CA 91320-1789

Erica S. Olson

3/27/2007

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Darcy A. Paul
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Cullen N. Pendleton
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Jeremy D. Protas
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Patricia Rocha-Tramaloni
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Katie J.L. Scott
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Jeanna Wacker
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Rebecca J. Wais
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Stuart L. Watt
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Wendy A. Whiteford

3/27/2007

Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

3/27/2007