# Exhibit 18

Dockets.Justia.com

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 5
April 4, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RBED-07686725 | RBED-07686765 | 01/21/2003 | Confidential communication reflecting legal advice of counsel re: CERA patent litigation. | AC | | | | Microsoft Excel 97/98/2004 |
| RBED-07686766 | RBED-07686813 | 02/28/2005 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC; WP | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686814 | RBED-07686820 | 04/28/2005 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686821 | RBED-07686833 | 05/10/2005 | Confidential presentation reflecting legal advice re: CERA clinical trials. | AC | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686834 | RBED-07686874 | 09/07/2002 | Confidential communication reflecting legal advice of counsel re: CERA patent litigation prepared in anticipation of litigation. | AC; WP | Dougherty, F.C. | | | Microsoft Excel 97/98/2004 |

\* Denotes Attorney
WP - Work Product
AC- Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 5
April 4, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RBED-07687898 | RBED-07687901 | 06/14/2006 | Draft memorandum reflecting legal advice re: 2006 goals and ongoing CERA litigation prepared in anticipation of litigation. | AC; WP | Dougherty, Frank | | | Microsoft Word 2002 |
| RBED-07687902 | RBED-07687940 | 01/17/2006 | Draft document reflecting legal advice re: BLA briefing package. | AC | Dougherty, Frank | | | Microsoft Word 2002 |
| RBED-07687941 | RBED-07687942 | 10/18/2005 | Draft document reflecting legal advice re: CERA patent litigation document retention prepared in anticipation of litigation. | AC; WP | Dougherty, Frank | | | Microsoft Word 2002 |
| RBED-07687943 | RBED-07687944 | 10/19/2005 | Draft document reflecting legal advice re: CERA patent litigation document retention prepared in anticipation of litigation. | AC; WP | Dougherty, Frank | | | Microsoft Word 2002 |
| RBED-07687945 | RBED-07687957 | 10/11/2005 | Draft document reflecting legal advice re: CERA study. | AC | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |

\* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Defendants' Privilege Log - Volume 5
April 4, 2007

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RNED-07535220 | RNED-07535298 | 10/25/2001 | Draft document reflecting legal advice re: CERA patent litigation. | AC; WP | | | | Portable Document Format (Adobe Acrobat, PDF) |
| RNED-07535299 | RNED-07535324 | 11/21/2002 | Draft document reflecting legal advice re: CERA patent litigation. | AC; WP | Tare, Nadine | | | Portable Document Format (Adobe Acrobat, PDF) |
| RNED-07535325 | RNED-07535348 | 11/12/2002 | Draft document reflecting legal advice re: CERA patent litigation. | AC; WP | | | | Portable Document Format (Adobe Acrobat, PDF) |

\* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege