AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has received, on April 13, 2007, from plaintiff Amgen, Inc., documents for in camera review.

                                                Elizabeth Smith
                                                Deputy Clerk