AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on April 13, 2007, from Defendants F. Hoffman-La Roche Ltd., et al documents for in camera review.

                                        Elizabeth Smith
                                        Deputy Clerk