UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD )<br>ROCHE DIAGNOSTICS GmbH )<br>and HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION No.: 05-CV-12237WGY |

**UNOPPOSED MOTION FOR ADMISSION OF KRISTA M. RYCROFT**
***PRO HAC VICE* FOR DEFENDANTS**

The undersigned, Nicole A. Rizzo, local counsel for F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively, "defendants") and a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Krista M. Rycroft as an attorney for the defendants.

As stated in the accompanying declaration (attached hereto as Exhibit A), Krista M. Rycroft is an associate with the firm of Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022, and a member of the bar of the State of New York. She is in good standing in every jurisdiction in which she has been admitted to practice, has no disciplinary proceedings pending against her, and is familiar with the Local Rules of this Court.

WHEREFORE, it is respectfully requested that Krista M. Rycroft be admitted to the bar of this Court *pro hac vice*.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

    I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that Amgen will not oppose.

DATED:  April 16, 2007
              Boston, Massachusetts

F. HOFFMANN-LA ROCHE LTD
ROCHE DIAGNOSTICS GmbH
and HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/  Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO #663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami *(pro hac vice)*
Patricia A. Carson *(pro hac vice)*
Thomas F. Fleming *(pro hac vice)*
Howard Suh *(pro hac vice)*
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

03099/00501 652762.1
                                          /s/  Nicole A. Rizzo
                                          Nicole A. Rizzo