# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                         )
AMGEN INC.,                              )
                                         )
       Plaintiff,                    )   Civil Action No. 05-CV-12237WGY
v.                                       )
                                         )
F. HOFFMANN-LA ROCHE LTD,                )
ROCHE DIAGNOSTICS GmbH,                  )
and HOFFMANN-LA ROCHE INC.,              )
                                         )
       Defendants.                   )
_____)

### DECLARATION OF KRISTA M. RYCROFT IN SUPPORT OF
### *PRO HAC VICE* ADMISSION FOR DEFENDANTS

I, Krista M. Rycroft, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Kaye Scholer LLP and member in good standing of the bar of the State of New York. I am in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: April 16, 2007            /s/ Krista M. Rycroft
                                 Krista M. Rycroft

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above referenced date.

                                        /s/ Nicole A. Rizzo
                                        Nicole A. Rizzo

03099/00501 652765.1