```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 05-12237-WGY

 4      * * * * * * * * * * * * * * * *
                                        *
 5      AMGEN, INC.,                    *
                                        *
 6              Plaintiff,              *
                                        *
 7      v.                              *    MARKMAN HEARING
                                        *
 8      F. HOFFMANN-LA ROCHE LTD,       *
        ROCHE DIAGNOSTICS GmbH and      *
 9      HOFFMANN-LA ROCHE, INC.,        *
                                        *
10              Defendants.             *
                                        *
11      * * * * * * * * * * * * * * * *

12              BEFORE:  The Honorable William G. Young,
                             District Judge
13
        APPEARANCES:
14
                DUANE MORRIS LLP (By Michael R. Gottfried,
15      Esq.), 470 Atlantic Avenue, Suite 500, Boston,
        Massachusetts 02210
16              - and -
                DAY CASEBEER MADRID & BATCHELDER, LLP (By
17      Lloyd R. Day, Jr., Esq., Linda A. Sasaki-Baxley,
        Esq. and Jonathan Loeb, Ph.D.) 20300 Stevens Creek
18      Boulevard, Suite 400, Cupertino, California 95014
                - and -
19              McDERMOTT WILL & EMERY (By William G.
        Gaede, III, Esq.), 3150 Porter Drive, Palo Alto,
20      California 94304
                - and -
21              WENDY A. WHITEFORD, ESQ., Of Counsel,
        Amgen, Inc., One Amgen Center Drive, Thousand
22      Oaks, California 91320-1789, on behalf of the
        Plaintiff
23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        April 17, 2007
```

Dockets.Justia.com

```
1              A P P E A R A N C E S   (Cont'd)

2


3           BROMBERG & SUNSTEIN LLP (By Lee Carl
       Bromberg, Esq. and Julia Huston, Esq.), 125 Summer
4      Street, Boston, Massachusetts 02110
                 - and -
5           KAYE SCHOLER LLP (By Leora Ben-Ami, Esq.,
       Howard Suh, Esq., Christopher T. Jagoe, Esq.,
6      Krista M. Rycroft, Esq., Thomas F. Fleming, Esq.
       and Jeanna Wacker, Esq.), 425 Park Avenue, New
7      York, New York 10022, on behalf of the Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```