AMGEN                                                                    CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on April 18, 2007, to ___Mary Harrison___ a representative of the ~~plaintiff~~ *defendant* F. Hoffman-La Roche, documents that were submitted for in camera review.

M.P.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                                Doc. 403

Elizabeth Smith
Deputy Clerk

Received by:

___*Mary Harrison*___