

AMGEN                                           CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on April 19, 2007, to ___MIKE REMOND___ a representative of the plaintiff F. Hoffman-La Roche, documents that were submitted for in camera review.

Amgen M.R.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                  Doc. 404

Elizabeth Smith
Deputy Clerk

Received by: _____