# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 05-12237 WGY |
| v. | ) |
| | ) |
| F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF MARIO MOORE IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION TO PERMIT SUBMISSION OF MATERIALS PRODUCED IN THIS ACTION TO THE INTERNATIONAL TRADE COMMISSION AND THE FEDERAL CIRCUIT

I, Mario Moore, declare as follows:

1.    I am an attorney admitted to practice law before all of the Courts of the State of California and before this Court (*pro hac vice*). I am an attorney of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Plaintiff, Amgen Inc., in this matter.

2.    I make this declaration of my own personal knowledge. If called to testify with respect to the truth of the matters stated herein, I could and would do so competently.

3.    Attached hereto as Exhibit 1 is a true and correct copy of page 15 of the deposition transcript of Peter Schuepbach taken in Amgen v. Roche, 05-CV-12237, on March 29, 2007, page 15.

4.    Attached hereto as Exhibit 2 is a true and correct copy of pages 21 and 54 of the deposition transcript of Iris Kingma-Johnson taken in the ITC Matter No. 337-TA-568 on June 13, 2006 pages 21 and 54.

5.    Attached hereto as Exhibit 3 is a true and correct copy of an e-mail from R. Beswick to I. Kingma-Johnson regarding contract, bearing bates numbers R10-001645630 – R10-001645634.

6.    Attached hereto as Exhibit 4 is a true and correct copy of an e-mail from I. Kingma-Johnson to C. Kokino et al. regarding a call with Randall Hein, bearing bates numbers R11-000094863 – R11-000094864.

7.    Attached hereto as Exhibit 5 is a true and correct copy of a slide presentation named "DaVita Company Profile," bearing bates numbers R003868094 – R003868113.

8.    Attached hereto as Exhibit 6 is a true and correct copy of a slide presentation named "DaVita Conference," bearing bates numbers R11-000094925 – R11-000094935.

9.    Attached hereto as Exhibit 7 is a true and correct copy of a slide presentation named "DaVita Roche Laboratories Inc.," dated March 9, 2006, bearing bates numbers

647314v1    1

R10-001653176 – R10-001653188.

10. Attached hereto as Exhibit 8 is a true and correct copy of an e-mail from R. Hein to I. Kingma-Johnson regarding the teleconference between DaVita and Roche, dated March 9, 2006, bearing bates numbers R11-000220564 – R11-000220566.

11. Attached hereto as Exhibit 9 is a true and correct copy of an e-mail from I. Kingma-Johnson to R. Hein regarding an update to the teleconference, dated March 27, 2006, bearing bates numbers R10-004848608 – R10-004848609.

12. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail from J. Varkey to A. VanBuskirk regarding cost, dated August 15, 2006, bearing bates numbers R11-000103779 – R11-000103783.

13. Attached hereto as Exhibit 11 is a true and correct copy of a slide presentation named "US IIIb – Anemia Clinical Trial Task Force," bearing bates numbers R005186997 – R005187000.

14. Attached hereto as Exhibit 12 is a true and correct copy of a spreadsheet titled "ML20337 Mircera Continuum of Care," bearing bates numbers R005193165 – R005193177.

15. Attached hereto as Exhibit 13 is an e-mail from J. Varkey to I. Kingma-Johnson and R.Beswick regarding the CERA clinical supply update, dated June 6, 2006, bearing bates numbers R11-000218955 – R11-000218956.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of April, 2007.

/s/ Mario Moore

Mario Moore