UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION TO MOTION TO PERMIT SUBMISSION OF MATERIALS PRODUCED IN THIS ACTION TO THE INTERNATIONAL TRADE COMMISSION AND THE FEDERAL CIRCUIT

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Exhibits Nos. 1 - 13 to Declaration of Mario Moore in Support of Amgen Inc.'s Motion to Permit Submission of Materials Produced in this Action to the International Trade Commission and the Federal Circuit**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such documents confidential.

DM1\1099331.1

Dockets.Justia.com

Dated: April 19, 2007                    Respectfully Submitted,

                                         AMGEN INC.,
                                         By its attorneys,


Of Counsel:                              /s/ Patricia R. Rich
                                         D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                           Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                       Patricia R. Rich (BBO# 640578)
Monique L. Cordray                       DUANE MORRIS LLP
Darrell G. Dotson                        470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                      Boston, MA 02210
Erica S. Olson                           Telephone: (617) 289-9200
AMGEN INC.                               Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789             Lloyd R. Day, Jr.
(805) 447-5000                           DAY CASEBEER, MADRID & BATCHELDER
                                         LLP
                                         20300 Stevens Creek Boulevard, Suite 400
                                         Cupertino, CA 95014
                                         Telephone: (408) 873-0110
                                         Facsimile: (408) 873-0220

                                         William Gaede III
                                         McDERMOTT WILL & EMERY
                                         3150 Porter Drive
                                         Palo Alto, CA 94304
                                         Telephone: (650) 813-5000
                                         Facsimile: (650) 813-5100

                                         Michael F. Borun
                                         Kevin M. Flowers
                                         MARSHALL, GERSTEIN & BORUN LLP
                                         233 South Wacker Drive
                                         6300 Sears Tower
                                         Chicago, IL 60606
                                         Telephone: (312) 474-6300
                                         Facsimile: (312) 474-0448

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on April 19, 2007.

                                                */s/ Patricia R. Rich*
                                                Patricia R. Rich