AMGEN

V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

    The court has received, on April 19, 2007, from plaintiff Amgen Inc., documents for in camera review.

                                      Elizabeth Smith
                                      Deputy Clerk