UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN-LA ROCHE INC. | ) |
| Defendants. | ) |

# Exhibit D in Support of Defendants' Motion to Enforce the Court's March 27, 2007 Order and to Compel Deposition Testimony Under Rule 30(b)(6)

Roche is filing this document in the public record pursuant to paragraph 14 of the Protective Order. Amgen did not file a motion as to why the information is confidential trade secret material within the (4) Court day period of Roche's in camera submission, as required by paragraph 14.

Dated: April 20, 2007
Boston, Massachusetts

/s/ Keith E. Toms
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

03099/00501 652288.2

3/28/2007 Lin, Fu-Kuen                                Exhibit D

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
      AMGEN, INC.,
 4
                      Plaintiff,
 5
                v.                        Civil Action No.
 6                                        05-CV-12237-WGY
      F. HOFFMANN-LA ROCHE, LTD.,
 7    a Swiss Company, ROCHE
      DIAGNOSTICS GmbH, a German
 8    Company, and HOFFMANN-LA
      ROCHE, INC., a New Jersey
 9    Corporation,
10                    Defendants.
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
11
12
13      VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.
14                       VOLUME I
15             WESTLAKE VILLAGE, CALIFORNIA
16                   MARCH 28, 2007
17
                (This transcript contains
18              testimony designated confidential
                as per Section 5(c) of the
19              Amended Protective Order.  Please
                treat the entire transcript in
20              accordance with the protective
                order.)
21
22
23    Reported by: Harry Alan Palter, C.S.R. NO. 7708
24
25
```

                                                              1

3/28/2007 Lin, Fu-Kuen

```
1              Just for the record --
2              THE WITNESS:  Good morning.
3              MS. BEN-AMI:  -- I don't believe that
4    we ever had a designation of Dr. Lin for topic
5    1, so I will formally object to that.
6              But we will go forward as best we can
7    and see where this all leads us, since you're
8    here.
9    BY MS. BEN-AMI:
10       Q    Do you understand you're being
11   designated as a spokesperson for Amgen as a
12   30(b)(6) witness?
13       A    I don't know what that number
14   designate for.
15       Q    Okay.
16            But you understand that Mr. Madrid --
17   he's your lawyer today; right?
18       A    Yes.
19       Q    Okay.
20            And he said that you were designated
21   to speak on behalf of Amgen, as to certain
22   things; right?
23       A    That's correct.
24       Q    You understand that?
25       A    Yes.
```

14

1   BY MS. BEN-AMI:
2       Q   Did you ever check on the cells that
3   she had when she had left Dr. Goldwasser and
4   she was in New York?
5           MR. MADRID:  Objection.
6           Vague.
7           THE WITNESS:  What do you mean by --
8   BY MS. BEN-AMI:
9       Q   Well, the only cells that you knew of
10  with Dr. Sherwood were the cells that she was
11  talking about when she was at Dr. Goldwasser's
12  lab?
13      A   Yes.
14          That was reported.  I never checked
15  the cells, personally.
16      Q   You did not check the cells,
17  personally?
18      A   No.
19          No, ma'am.
20      Q   Did anyone at Amgen check the cells,
21  personally?
22      A   I cannot tell you.
23          But I knew that later on -- I believe
24  she reported that the cell have lost activity
25  to produce erythropoietin.  Her -- she,

1   herself, reported that.
2       Q    You mean, in the literature or to
3   you?
4       A    I don't know.
5            This was in some meeting.
6       Q    Okay.
7            Now, had the cells lost their ability
8   to produce EPO, by 1984?
9       A    I cannot answer you.  I don't know
10  the time.
11      Q    Can you give me a list, to the best
12  of your recollection and your knowledge as a
13  30(b)(6) -- of -- we have the Gaylis cells, the
14  Abbott cells, talked about Sherwood cells --
15  what other cells did you actually try to get
16  EPO from, in the human world?
17      A    Okay.
18           MR. MADRID:  Objection.
19           Misstates the testimony.
20           Go ahead.
21           THE WITNESS:  As I mentioned earlier,
22  we have obtained quite a few cells from ATCC.
23  BY MS. BEN-AMI:
24      Q    Do you have the numbers of what
25  you --

1   A   After we had purify the E.coli EPO --
2   I believe E.Coli EPO has also assay in the
3   in vivo system, it have some activity.
4   Q   And who did that work?
5   A   That I believe was -- in vivo assay
6   would have been done through Joan Egrie's
7   group --
8   Q   Okay.
9   A   -- or maybe someone else.
10      If it's not by her, it would be by
11  someone else outside.  Because I think, at the
12  time, we had -- EPO assay -- part of EPO assay
13  -- part is carried out outside.
14  Q   Now, if you continue looking down on
15  this column, we're still on this column, it
16  says -- it's line -- the line numbers don't
17  always match up perfectly, so I'll give you my
18  best understanding, which is line 58 or 59.  It
19  talks about vertebrate cells being mammalian
20  and avian?
21      Do you see that?
22  A   Yes.
23  Q   How many different vertebrate cells
24  did Amgen use to produce biologically active
25  human EPO by November 30, 1984?

```
 1             I don't know.
 2             No.  I did not.
 3        Q    At any time did you determine that
 4   the amino acid sequence --
 5        A    No.
 6        Q    -- was 165?
 7        A    I did not determine.
 8             It was done by the researchers at the
 9   Protein Sequencing Group, I think.
10        Q    Okay.
11             And you don't know who did that work?
12        A    I don't know the full -- involved in
13   determining that.  I don't know.
14        Q    So the deduced -- did you deduce the
15   amino acid sequence of human EPO from the DNA
16   sequence?
17        A    That's correct.
18        Q    And when you deduced the amino acid
19   sequence of human EPO from the DNA sequence,
20   you determined that human EPO was 166 amino
21   acids; correct?
22        A    That's right.
23        Q    Okay.
24             And later, it was determined by
25   someone else that the actual amino acid
```

1  single probe.
2      Q    So who was wearing the lead vest?
3      A    We wear it all the time, and my
4  associate.
5           And at one time, we also need to
6  solicitate the help of the scientist next to me
7  to help us, to relieve the burden, given of the
8  little exposure.  So they were so gracious to
9  help us out.
10     Q    Okay.
11          So now let's talk about the monkey
12 EPO cDNA sequencing.
13          That's on column 19 at the bottom.
14          Do you see that?
15     A    Yes.
16     Q    Who did that work?
17     A    At the time of this EPO cloning, the
18 EPO project DNA sequencing work was -- was put
19 to -- in charge by Sid Suggs.  He was assigned
20 to do the DNA sequencing work, coordinating all
21 the sequencing DNA work for us.
22     Q    In column 19 and column 20, there's a
23 whole list of enzymes that recognize certain
24 DNA sequences and act like a scissor and cut at
25 those sequences?

3/28/2007 Lin, Fu-Kuen

```
1       A    Could I read this through before I
2   answer your question?
3       Q    Sure.
4       A    (Examining document) Yes.
5            What was -- would you rephrase the
6   question again?
7       Q    Yeah.  Sure.
8            Column 19 and column 20, it talks
9   about using enzymes.
10           Do you see that?
11      A    Yes.
12      Q    And there's a whole list of enzymes
13  that recognize certain sequences and cut at
14  those sequences; right?
15      A    That's correct.
16      Q    That's what a restriction enzyme is;
17  right?
18      A    Yes.
19      Q    And those restriction enzymes were
20  publicly available and Amgen used them; right?
21           MR. MADRID:  Objection.
22           Outside the scope of the 30(b)(6).
23           Calls for expert testimony.
24           THE WITNESS:  This enzyme's probably
25  available and used by all the microbiologists.
```

1   That's why I say no -- all this.
2   BY MS. BEN-AMI:
3       Q    Now, after that, it talks about the
4   sequencing work -- right? -- in column 20.
5            And I'd like you to read up until
6   example 4 to yourself, and tell me who did this
7   work.
8       A    Again, the sequencing work was
9   coordinated by Sid Suggs.
10           At the time, there's quite a few
11  people involved in sequencing, the
12  erythropoietin gene maybe eight or ten people
13  was doing this, and I don't know who involved
14  in sequencing the monkey cDNA.
15           Sid Suggs would have knowledge,
16  because he probably give pieces to different
17  individual to sequence.
18      Q    Okay.
19           So let's go to example 4.  And now
20  that's the human genomic library.
21           Do you see that?
22      A    Yes.
23      Q    And then it talks about a human
24  fetal -- I'll say that again -- "a human fetal
25  liver genomic library."