UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, | ) | |
| ROCHE DIAGNOSTICS GmbH, | ) | |
| and HOFFMANN-LA ROCHE INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# Exhibit E in Support of Defendants' Motion to Enforce the Court's March 27, 2007 Order and to Compel Deposition Testimony Under Rule 30(b)(6)

Roche is filing this document in the public record pursuant to paragraph 14 of the Protective Order.  Amgen did not file a motion as to why the information is confidential trade secret material within the (4) Court day period of Roche's in camera submission, as required by paragraph 14.

Dated:  April 20, 2007
        Boston,  Massachusetts

/s/ Keith E. Toms_____
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

03099/00501  652289.2

3/30/2007 Boone, Thomas Charles                          Exhibit E

1               UNITED STATES DISTRICT COURT

2                 DISTRICT OF MASSACHUSETTS

3

4

5    AMGEN INC.,                        )

                                        )

6              Plaintiff,               )

                                        )

7              vs.                      ) Civil Action

                                        )

8    F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY

     Company, ROCHE DIAGNOSTICS GmbH,   )

9    a German Company, and HOFFMANN-LA  )

     ROCHE, INC., a New Jersey          )

10   Corporation                        )

                                        )

11             Defendants.              )

     _____)

12

13

14           DEPOSITION OF THOMAS CHARLES BOONE

15                Friday, March 30, 2007

16

17

18                  - CONFIDENTIAL -

19

20

21

22

23   Reported by:

     Lynda L. Fenn, CSR, RPR

24   CSR No. 12566

25

                                                              1

3/30/2007  Boone, Thomas Charles

1    here to give your personal knowledge and that's all

2    he wants as well.

3         MR. JAGOE:  I think its within the topic

4    and that could be resolved later, so we'll just take

5    the testimony now.

6         MR. GAEDE:  This is talking about the

7    erythropoietin application.  Okay.  He has been

8    excluded from talking about erythropoietin.  He's

9    talking about other -- two examples of proteins that

10   were produced at Amgen.  All right?

11        And your topics do not even ask

12   about -- do not even ask about the prosecution

13   history or the application -- the prosecution of

14   these patents, so it's entirely outside of the

15   scope.  Not even close.

16        You can explain to Judge Young how a

17   question here in 1988 ties to a specific science as

18   noticed in your topics.  I'd like to hear the

19   explanation now.

20        MR. JAGOE:  Can you answer the pending

21   question?

22        MR. GAEDE:  If we keep going down this

23   path we will adjourn this deposition and seek a

24   protective order.

25        MR. JAGOE:  Are you instructing him not to

142

3/30/2007  Boone, Thomas Charles

1    answer?

2            MR. GAEDE:  No, he can answer the

3    question.

4            MR. JAGOE:  All right.  Then let's just

5    have the question -- I understand your threat.

6            MR. GAEDE:  No, no.  I'm putting you on

7    notice.

8            MR. JAGOE:  Okay.  I understand.

9            MR. GAEDE:  And I find it -- I find it

10   very surprising that you are not even attempting to

11   stay within the confines of good faith of those

12   topics.

13           MR. JAGOE:  I told you my understanding of

14   the topic was that it was related to all recombinant

15   expression of glycoproteins other then EPO prior to

16   1985 and I think we've established now that t-PA was

17   such a protein.

18           MR. GAEDE:  The face of your topics as

19   drafted by your firm says, "All efforts by Amgen,"

20   Topic 3.  Topic 4 says, "All efforts by Amgen."

21           It says nothing in your topics about

22   efforts by other parties.

23           MR. JAGOE:  Can I have the answer to the

24   question?

25           MR. GAEDE:  If you can.

143

3/30/2007  Boone, Thomas Charles

1       THE WITNESS:  I don't know what was meant

2   by the word "numerous."

3   BY MR. JAGOE:

4       Q    My question is:  Does Amgen have any

5   information about numerous -- let me start again.

6            Does Amgen have any information about

7   mammalian cells capable of effecting glycosylation

8   of expressed polypeptides that were known prior to

9   1984 other than COS, Chinese hamster ovary cells and

10  293 cells?

11           MR. GAEDE:  Objection; the question as

12  phrased is argumentative.  Counsel is reading from

13  Exhibit No. 20, a document from the prosecution

14  history, and therefore the question is outside the

15  scope and also calls for a legal conclusion.

16           THE WITNESS:  I don't know what was the

17  knowledge of other people at Amgen in this time

18  frame regarding expression of proteins in mammalian

19  cells.

20  BY MR. JAGOE:

21      Q    In your current state of preparation as a

22  30(b)(6) witness, you can only identify CHO cells,

23  COS cells and 293 cells as being used at Amgen to

24  obtain glycosylated polypeptides prior to 1985?

25      A    That's not true.  Also made proteins in