UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,                                    )<br>                                                        )<br>        Plaintiff,                             )<br>                                                        )<br>v.                                              )<br>                                                        ) CIVIL ACTION No.: 05-CV-12237WGY<br>F. HOFFMANN-LA ROCHE LTD,                       )<br>ROCHE DIAGNOSTICS GmbH,                         )<br>and HOFFMANN-LA ROCHE INC.                      )<br>                                                        )<br>        Defendants.                             )<br>                                                        ) | |

# Exhibit F in Support of Defendants' Motion to Enforce the Court's March 27, 2007 Order and to Compel Deposition Testimony Under Rule 30(b)(6)

Roche is filing this document in the public record pursuant to paragraph 14 of the Protective Order. Amgen did not file a motion as to why the information is confidential trade secret material within the (4) Court day period of Roche's in camera submission, as required by paragraph 14.

Dated:  April 20, 2007
         Boston,  Massachusetts

/s/ Keith E. Toms_____
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

03099/00501 652297.2

3/9/2007 Strickland, Thomas

Exhibit F

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
       AMGEN, INC.,
 4
                  Plaintiff,
 5
            v.                        Civil Action No.
 6                                    05-CV-12237-WGY

       F. HOFFMANN-LA ROCHE, LTD.,
 7     a Swiss Company, ROCHE
       DIAGNOSTICS GmbH, a German
 8     Company, and HOFFMANN LA
       ROCHE, INC., a New Jersey
 9     Corporation,
10                Defendants.
       ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
11
12
13            CONFIDENTIAL VIDEOTAPED
14     DEPOSITION OF THOMAS WAYNE STRICKLAND
15                  VOLUME I
16          LOS ANGELES, CALIFORNIA
17              MARCH 9, 2007
18
              (This transcript is
19       designated CONFIDENTIAL as per
         Section 5(c) of the Amended
20       Protective Order.  Please treat
         the entire transcript in
21       accordance with the protective
         order.)
22
23
24  Reported by: Harry Alan Palter, C.S.R. NO. 7708
25
```

3/9/2007 Strickland, Thomas

1  significant expense and effort, excellent color
2  copies of many pages of Dr. Strickland's lab
3  notebooks. And so you have had a chance to
4  review very good copies for quite a while now
5  and, therefore, we think that you've had an
6  adequate opportunity to review Dr. Strickland's
7  materials before this deposition.
8              MR. JAGOE: Well, I'll just make a
9  quick response. Not that one is necessary, but
10 it should be known that Dr. Strickland was
11 noticed for deposition several weeks ago, and
12 it was only on March 6th when you identified
13 him as a 30(b)(6) witness, and it was only last
14 night when you supplemented your Rule 26
15 disclosures, identifying Dr. Strickland as a
16 person having certain knowledge in certain
17 areas.
18              And we agreed yesterday we would try
19 to finish today. If we don't finish today, we
20 will continue at another time.
21              It's not Amgen's decision whether or
22 not Dr. Strickland will appear. That will be
23 decided by the Court, if an agreement can't be
24 reached.
25              So we'll proceed with the deposition.

3/9/2007 Strickland, Thomas

1  through the questions.  But 10 hours in one day
2  is enough for any witness.
3          So --
4          MR. JAGOE:  You said you would stay
5  late to finish and go beyond 7 hours.  We
6  haven't -- only been 7 hours on the record yet.
7          DR. LOEB:  I don't know how many
8  hours we've been on the record, but we've been
9  here for 10 hours.
10         MR. JAGOE:  How many hours have we
11 been on the record?
12         DR. LOEB:  Would you like to start
13 again on Monday morning?
14         MR. JAGOE:  I can't agree to that.
15         THE VIDEOGRAPHER:  7 hours and
16 23 minutes.
17         MR. JAGOE:  We have another hour to
18 go now.  I'm willing to finish now.
19         DR. LOEB:  I'm sorry.
20         We can't.  It's been too long.
21         MR. JAGOE:  Then we'll have to
22 schedule another time.
23         Do you have any problems staying for
24 another hour, Dr. Strickland?
25         DR. LOEB:  Tom, it's time to go.

3/9/2007 Strickland, Thomas

| | |
|---|---|
| 1 | Take your microphone off. |
| 2 | THE WITNESS: If they're leaving, I'm |
| 3 | going with them. |
| 4 | MR. JAGOE: We'll have to meet again |
| 5 | for the final topic of your 30(b)(6) |
| 6 | deposition, then. |
| 7 | THE VIDEOGRAPHER: Are we going off |
| 8 | the record, Counsel? |
| 9 | MR. JAGOE: Did you say how many |
| 10 | hours we were on the record? |
| 11 | DR. LOEB: He did. |
| 12 | THE VIDEOGRAPHER: 7 hours and about |
| 13 | 25 minutes now. |
| 14 | MR. JAGOE: Okay. |
| 15 | We'll stay on the record, 'cause I'm |
| 16 | going to ask some more questions. |
| 17 | DR. LOEB: You can ask them to an |
| 18 | empty chair. |
| 19 | MS. WHITEFORD: Want to take the |
| 20 | exhibits? |
| 21 | DR. LOEB: Yes. |
| 22 | These are for us. |
| 23 | (Mumbling) |
| 24 | THE REPORTER: I can't hear what |
| 25 | you're saying. |