UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br><br>    Plaintiff, )<br><br>v. )<br><br>F. HOFFMANN-LA ROCHE )<br>LTD, a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN-LA ROCHE )<br>INC., a New Jersey Corporation, )<br><br>    Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

## PROPOSED AMENDED LR 16.1(D) JOINT STATEMENT

At the Rule 16.1 Conference with the Court on October 23, 2006, the Court scheduled this case to be placed on the running trial calendar for September 2007. On November 7, 2006, the Court entered the parties' Joint Amended LR16.1(D) Statement. Since then the parties have worked diligently to comply with the Court's schedule. The parties have conferred further on certain of the scheduled items and respectfully request the following amendments (the proposed amended dates are in italics and underlined) without changing any of the Court ordered dates for the Pre-Trial or Trial Calendar. All other Court-Ordered dates and deadlines will remain unchanged:

464897                                         -1-

Dockets.Justia.com

| EVENT | CURRENT DATE | PARTIES' PROPOSAL |
|---|---|---|
| **INITIAL DISCLOSURES AND PLEADINGS** | | |
| Initial disclosures and information required by Fed. R. Civ. P. 26(a)(1) shall be exchanged by: | November 6, 2006 | No Change |
| All motions to join other parties (other than entities related to the current parties) shall be filed on or before: | November 6, 2006 | No Change |
| Roche shall file its Answer and Counterclaims on or before: | November 6, 2006 | No Change |
| All motions to amend the pleadings under Fed. R. Civ. P. 15(a) shall be filed on or before: | December 8, 2006 | No Change |
| **DISCOVERY** | | |
| Discovery may commence on: | October 24, 2006 | No change |
| Interrogatories: | A maximum of 40 unique interrogatories shall be permitted for each side.  For example, Amgen (collectively with Ortho Biotech Products, L.P., if it is permitted to intervene) may serve the same 40 interrogatories on each of the Defendants, but may not serve 120 unique interrogatories by propounding different | No change[1] |

---

[1] Defendants agree that they shall supplement their contention Interrogatory Responses to Interrogatories 9, 10 and 11 by May 1, 2007.

| EVENT | CURRENT DATE | PARTIES' PROPOSAL |
|---|---|---|
| | interrogatories to the different Defendants. No one interrogatory may require that a party explain its response to more than one request for admission. Contention interrogatories may be served at any time during the discovery period, provided that they are served in sufficient time to permit responses to be timely served in accordance with the Federal Rules before the fact discovery cutoff. | |
| Requests for Admission: | 40 unique Requests for Admission | No change |
| Document Production: | Each party shall:<br><br>(1) propound their initial requests for production of documents no later than October 30, 2006;<br><br>(2) propound any two additional requests for production of documents to be served at any time but no later than *January 8, 2007*;<br><br>(3) respond and produce documents according to applicable Federal Rules; and<br><br>**(4)** complete production of all responsive documents by March 9, 2007**.** | No Change |
| Depositions | Not included | No Change |

| EVENT | CURRENT DATE | PARTIES' PROPOSAL |
|---|---|---|
| All motions to compel must be filed: | Before the close of the applicable discovery period. | No Change |
| Fact discovery shall be completed by: | April 2, 2007 | No Change |
| Initial reports of experts on issues for which a party bears the burden of proof are due on: | April 9, 2007 | No Change |
| Rebuttal reports of responding experts are due on: | April 27, 2007 | **_May 11, 2007_**[2] |
| Any party desiring to depose an expert witness shall notice and complete said deposition no later than: | May 11, 2007 | **_June 8, 2007_** |
| **CLAIMS CONSTRUCTION** | | |
| Both parties' opening briefs setting forth their respective claims construction positions shall be filed and served no later than: | March 5, 2007 | No change |
| Both parties' responsive briefs shall be filed and served no later than: | March 19, 2007 | No change |

---

[2] Plaintiff Amgen will withdraw its Motion to Strike Belatedly Disclosed Invalidity and Unenforceability Allegations and for More Time to Respond to Roche's Expert Reports, and related submissions, filed on April 13, 2007, Docket Nos. 385, 386 and 388 at such time as the Court grants the proposed amendment for extension of time.

| EVENT | CURRENT DATE | PARTIES' PROPOSAL |
|---|---|---|
| Subject to the Court's schedule, a *Markman* hearing on construction of disputed claim terms shall be held: | Before April 17, 2007 | No change |
| **DISPOSITIVE MOTIONS** | | |
| Any case dispositive motion pursuant to the Federal Rules of Civil Procedure shall be filed and served with an opening brief on or before: | May 18, 2007 | ***June 8, 2007*** |
| Any opposition to a case dispositive motion shall be filed and served within: | 14 days after service of the motion | No change |
| Any reply in support of a case dispositive motion shall be filed and served within: | 7 days after service of any opposition to such motion. | No change |
| Hearing on case-dispositive motions shall be held before: | At such time before the Trial Date that is convenient to the Court. | No change |
| **PRE-TRIAL AND TRIAL** | | |
| Trial should commence in Courtroom No. 18, United States Courthouse, One Courthouse Way, Boston, Massachusetts, at 9:00 a.m. EDT on: | September 2007 Running Calendar | No change |

April 20, 2007

        Respectfully submitted,

        AMGEN INC., Plaintiff

        *By its attorneys*,

        /s/ Patricia R. Rich
        D. DENNIS ALLEGRETTI (BBO#545511)
        MICHAEL R. GOTTFRIED (BBO#542156)

Of Counsel:        PATRICIA R. RICH (BBO#640578)
STUART L. WATT        DUANE MORRIS LLP
WENDY A. WHITEFORD        470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY        Boston, MA  02210
DARRELL G. DOTSON        Telephone:  (617) 289-9200
KIMBERLIN L. MORLEY        Facsimile:  (617) 289-9201

AMGEN INC.        LLOYD R. DAY, JR.
One Amgen Center Drive        DAVID M. MADRID
Thousand Oaks, CA   91320-1789        LINDA A. SASAKI-BAXLEY
(805) 447-5000        DEBORAH E. FISHMAN
        DAY CASEBEER
        MADRID & BATCHELDER LLP
        20300 Stevens Creek Boulevard, Suite 400
        Cupertino, CA  95014
        Telephone:  (408) 873-0110
        Facsimile:  (408) 873-0220

        WILLIAM GAEDE III
        McDERMOTT WILL & EMERY
        3150 Porter Drive
        Palo Alto, CA 94304
        Telephone:  (650) 813-5000
        Facsimile:  (650) 813-5100

        MICHAEL F. BORUN
        KEVIN M. FLOWERS
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive
        6300 Sears Tower
        Chicago IL 60606
        Telephone:  (312) 474-6300
        Facsimile:  (312) 474-0448

        F. HOFFMANN-LA ROCHE, LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN LA ROCHE, INC., Defendants

*By their attorneys*,

/s/ Keith E. Toms
LEE CARL BROMBERG (BBO#058480)
JULIA HUSTON (BBO#562160)
KEITH E. TOMS (BBO#663369)
NICOLE A. RIZZO (BBO#663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02210
Telephone:     (617) 443-9292

LEORA BEN-AMI (*pro hac vice*)
MARK S. POPOFSKY (*pro hac vice*)
PATRICIA A. CARSON (*pro hac vice*)
THOMAS F. FLEMING (*pro hac vice*)
HOWARD S. SUH (*pro hac vice*)
PETER FRATANGELO (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 23, 2007.

/s/ Keith E. Toms
Keith E. Toms

3099/501  655746