# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

### AMGEN'S MOTION TO WITHDRAW WITHOUT PREJUDICE ITS MOTION TO STRIKE BELATEDLY DISCLOSED INVALIDITY AND UNENFORCEABILITY ALLEGATIONS AND FOR MORE TIME TO RESPOND TO ROCHE'S EXPERT REPORTS

Amgen, Inc. ("Amgen") hereby respectfully withdraws without prejudice its Motion to Strike Belatedly Disclosed Invalidity and Unenforceability Allegations and for More Time to Respond to Roche's Expert Reports and Related Submissions, filed on April 13, 2007 [ Docket Nos. 385, 386 and 388] (collectively the "Motion"). The parties have reached an agreement regarding the subject matter of the Motion as set forth in the Proposed Amended LR 16.1(D) Joint Statement, filed on April 20, 2007, [Docket No. 419]. As part of that agreement Amgen has agreed to withdraw the Motion without prejudice.

Accordingly, Amgen Inc. respectfully requests that it be allowed to withdraw without prejudice its Motion to Strike Belatedly Disclosed Invalidity and Unenforceability Allegations

and for More Time to Respond to Roche's Expert Reports and Related Submissions, filed on

April 13, 2007 [ Docket Nos. 385, 386 And 388].

| | |
|---|---|
| April 25, 2007 | Respectfully Submitted,<br>AMGEN INC., |
| Of Counsel: | /s/ Patricia R. Rich |
| Stuart L. Watt | D. Dennis Allegretti (BBO# 545511) |
| Wendy A. Whiteford | Michael R. Gottfried (BBO# 542156) |
| Monique L. Cordray | Patricia R. Rich (BBO# 640578) |
| Darrell G. Dotson | DUANE MORRIS LLP |
| Kimberlin L. Morley | 470 Atlantic Avenue, Suite 500 |
| Erica S. Olson | Boston, MA  02210 |
| AMGEN INC. | Telephone:  (617) 289-9200 |
| One Amgen Center Drive | Facsimile:  (617) 289-9201 |
| Thousand Oaks, CA 91320-1789 | |
| (805) 447-5000 | |

Lloyd R. Day, Jr. (*pro hac vice*)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:  (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the Plaintiff has conferred with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve the issues presented by this motion and the Defendants have indicated that they have no objection to the filing of this motion.

                                                   */s/ Patricia R. Rich*
                                                  Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                   */s/ Patricia R. Rich*
                                                  Patricia R. Rich