# EXHIBIT 5

Boone, Thomas Charles (Confidential)

```
 1                UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3
 4
 5   AMGEN INC.,                              )
                                              )
 6                  Plaintiff,                )
                                              )
 7         vs.                                ) Civil Action
                                              )
 8   F. HOFFMANN-LA ROCHE LTD., a Swiss       ) No. 05-12237 WGY
     Company, ROCHE DIAGNOSTICS GmbH,         )
 9   a German Company, and HOFFMANN-LA        )
     ROCHE, INC., a New Jersey                )
10   Corporation                              )
                                              )
11                  Defendants.               )
     _____)
12
13
14          DEPOSITION OF THOMAS CHARLES BOONE
15                Friday, March 30, 2007
16
17
18                   - CONFIDENTIAL -
19
20
21
22
23   Reported by:
     Lynda L. Fenn, CSR, RPR
24   CSR No. 12566
25
```

```
 1      Q    And what's your current home address?
 2      A    2715 Kelly Knoll Lane, Newbury Park,
 3   California.
 4      Q    And who is your current employer?
 5      A    Amgen.
 6      Q    And how long have you been employed at
 7   Amgen?
 8      A    Over 25 years.
 9      Q    And have you been employed continuously?
10      A    Yes.
11      Q    For that 25-year period?
12      A    (Witness nods head.)
13      Q    Do you understand that you're appearing
14   here today as a designee on behalf of Amgen in this
15   case under rule 30(b)(6) with respect to certain
16   designated topics?
17      A    Yes.
18      Q    And what topics do you understand that you
19   are here to testify about?
20      A    I'm here to testify about expression in
21   mammalian cells in the early 1980 time frame and
22   also 19 -- I think it's 1985 to 1995 and work on
23   PEGylation of EPO.
24      Q    What did you do to prepare yourself to
25   testify on those topics?
```

```
 1      A    I looked through documents and notebooks
 2   from -- that had those subjects in it -- them and
 3   talked to several people that are still at Amgen
 4   that worked on those topics during those time
 5   frames.
 6      Q    Who did you talk to?
 7      A    I've talked to Steve Elliott, Graham
 8   Milano, Bev Adler and Tom Strickland.
 9      Q    Did you talk to anyone -- anyone else
10   about these topics?
11      A    I don't recall anybody else.  I could
12   have, but those were the ones I remember.
13      Q    All right.  Did you do any preparation
14   with any of the Amgen attorneys?
15      A    Yes.
16      Q    And who did you work -- who did you work
17   with to prepare -- strike that.  Let me start it
18   again.
19           What attorneys did you work with to
20   prepare for your testimony as a 30(b)(6) witness
21   today?
22      A    I worked with Kim Morley, Bill Gaede and
23   Michelle -- I don't remember her last name.
24      Q    Approximately how much time did you spend
25   in total preparing for today's deposition?
```

1    A    Two days.

2    Q    Two full days?

3    A    Close to two full days.

4    Q    Okay. I would like to mark this as Boone
5    Exhibit No. 1.

6         (Defendant's Exhibit No. 1 was marked for
7    identification by the Certified Shorthand Reporter
8    and is attached hereto.)

9    BY MR. JAGOE:

10   Q    Did you see this document before -- have
11   you seen this document before?

12   A    (Witness studies exhibit.)

13   Q    Still not sure?

14   A    I don't recall seeing this document in its
15   entirety. I might have seen a page or two.

16   Q    Okay. Can you look at page ten?

17   A    (Witness complies.)

18   Q    There's a paragraph three.

19   A    Yes.

20   Q    There's a paragraph four that carries over
21   to the next page and paragraph five.

22        Have you seen paragraphs three, four and
23   five?

24   A    I don't recall seeing it in this format.

25   Q    Okay. Do you understand that you've been

1          MR. GAEDE:  Objection; outside of the
2     scope of the three noticed topics.
3          THE WITNESS:  I believe Amgen does use
4     Chinese hamster ovary cells deficient in DHFR to
5     produce EPO.
6          MR. JAGOE:  The next document is Boone
7     Exhibit No. 19.
8               (Defendant's Exhibit No. 19 was marked for
9     identification by the Certified Shorthand Reporter
10    and is attached hereto.)
11    BY MR. JAGOE:
12         Q    Boone Exhibit No. 19 has Bates numbers
13    AM-ITC 00953272 through 3278.  It's an excerpt from
14    the prosecution file history of Patent Application
15    No. 113,179, application of Fu-Kuen Lin, and it's
16    signed by a Steven M. Odre on September 27th, 1988.
17         Mr. Boone, I'd like you to turn to page
18    five of this document.  It's page five of the
19    amendment.  It's numbered.
20         A    (Witness complies.)
21         Q    Do you see in the second to last paragraph
22    there's a statement that says, "No public reports of
23    recombinant expression of an obligate human
24    glycoprotein appeared before December 13, 1983"?
25         MR. GAEDE:  I'm sorry.  Where are you?

**Boone, Thomas Charles (Confidential)**

```
 1              MR. JAGOE:  It's the last sentence of the
 2   second to last paragraph.
 3              MR. GAEDE:  And you're asking him if he
 4   sees that sentence?
 5              MR. JAGOE:  Right, so he can read it.
 6              THE WITNESS:  Okay.  I see the sentence.
 7   BY MR. JAGOE:
 8        Q    Is that a true statement?
 9              MR. GAEDE:  Objection; the question is
10   outside of the scope of the noticed topics.  Calls
11   for Mr. Boone to speculate.
12              THE WITNESS:  I don't know.  I don't know.
13              MR. GAEDE:  You don't have to explain why
14   you don't know.
15              THE WITNESS:  Okay.
16              MR. GAEDE:  If you don't know, you don't
17   know.
18              THE WITNESS:  Okay.
19   BY MR. JAGOE:
20        Q    That's your answer?  You don't know
21   whether it's true or not?
22              MR. GAEDE:  Counsel has no basis to engage
23   in this line of questioning under the guise of a
24   30(b)(6).
25              THE WITNESS:  I don't know.
```

1        MR. JAGOE:  Okay.

2   BY MR. JAGOE:

3        Q    Do you see above -- in the paragraph above

4   there's a statement, "It appears that applicant may

5   have been the first to have successfully produced a

6   human obligate glycoprotein by recombinant methods."

7             Do you see that?

8        A    Yes.

9        Q    Is that a true statement?

10            MR. GAEDE:  Objection; outside of the

11  scope.  Calls for speculation.

12            THE WITNESS:  I don't know.

13  BY MR. JAGOE:

14       Q    Why don't you know?

15       A    It says --

16            MR. GAEDE:  Hold on.

17            THE WITNESS:  Okay.

18            MR. GAEDE:  Same objections.  Outside the

19  scope.  Counsel has made no attempt to even link

20  this to the topics of the questioning.  He knows

21  he's engaging in an abusive and improper question.

22  He hasn't asked you if you've even seen the document

23  before, so you don't have to give an explanation to

24  him of why you don't know something.

25            You are not here to speculate.  You are

1   here to give your personal knowledge and that's all
2   he wants as well.
3           MR. JAGOE:  I think its within the topic
4   and that could be resolved later, so we'll just take
5   the testimony now.
6           MR. GAEDE:  This is talking about the
7   erythropoietin application.  Okay.  He has been
8   excluded from talking about erythropoietin.  He's
9   talking about other -- two examples of proteins that
10  were produced at Amgen.  All right?
11          And your topics do not even ask
12  about -- do not even ask about the prosecution
13  history or the application -- the prosecution of
14  these patents, so it's entirely outside of the
15  scope.  Not even close.
16          You can explain to Judge Young how a
17  question here in 1988 ties to a specific science as
18  noticed in your topics.  I'd like to hear the
19  explanation now.
20          MR. JAGOE:  Can you answer the pending
21  question?
22          MR. GAEDE:  If we keep going down this
23  path we will adjourn this deposition and seek a
24  protective order.
25          MR. JAGOE:  Are you instructing him not to

1   answer?
2           MR. GAEDE:  No, he can answer the
3   question.
4           MR. JAGOE:  All right.  Then let's just
5   have the question -- I understand your threat.
6           MR. GAEDE:  No, no.  I'm putting you on
7   notice.
8           MR. JAGOE:  Okay.  I understand.
9           MR. GAEDE:  And I find it -- I find it
10  very surprising that you are not even attempting to
11  stay within the confines of good faith of those
12  topics.
13          MR. JAGOE:  I told you my understanding of
14  the topic was that it was related to all recombinant
15  expression of glycoproteins other then EPO prior to
16  1985 and I think we've established now that t-PA was
17  such a protein.
18          MR. GAEDE:  The face of your topics as
19  drafted by your firm says, "All efforts by Amgen,"
20  Topic 3.  Topic 4 says, "All efforts by Amgen."
21          It says nothing in your topics about
22  efforts by other parties.
23          MR. JAGOE:  Can I have the answer to the
24  question?
25          MR. GAEDE:  If you can.

```
1           THE WITNESS:  I don't know what was meant
2    by the word "numerous."
3    BY MR. JAGOE:
4         Q    My question is:  Does Amgen have any
5    information about numerous -- let me start again.
6              Does Amgen have any information about
7    mammalian cells capable of effecting glycosylation
8    of expressed polypeptides that were known prior to
9    1984 other than COS, Chinese hamster ovary cells and
10   293 cells?
11             MR. GAEDE:  Objection; the question as
12   phrased is argumentative.  Counsel is reading from
13   Exhibit No. 20, a document from the prosecution
14   history, and therefore the question is outside the
15   scope and also calls for a legal conclusion.
16             THE WITNESS:  I don't know what was the
17   knowledge of other people at Amgen in this time
18   frame regarding expression of proteins in mammalian
19   cells.
20   BY MR. JAGOE:
21        Q    In your current state of preparation as a
22   30(b)(6) witness, you can only identify CHO cells,
23   COS cells and 293 cells as being used at Amgen to
24   obtain glycosylated polypeptides prior to 1985?
25        A    That's not true.  Also made proteins in
```