EXHIBIT 6

Elliott, Steve 3/29/2007 2:31:00 PM

```
1              UNITED STATES DISTRICT COURT
2               DISTRICT OF MASSACHUSETTS
3
4
5    AMGEN INC.,                )
                                )
6         Plaintiff,             )
                                )
7         vs.                    ) Civil Action
                                )
8    F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
     Company, ROCHE DIAGNOSTICS GmbH,  )
9    a German Company, and HOFFMANN-LA )
     ROCHE, INC., a New Jersey         )
10   Corporation                       )
                                       )
11        Defendants.            )
     _____)
12
13
14
15
16        DEPOSITION OF STEVEN G. ELLIOTT, Ph.D.
17             Thursday, March 29, 2007
18
19
20             - CONFIDENTIAL -
21
22
23
     REPORTED BY:
24   JUDY SAMSON
     CSR NO. 6916
25
```

Elliott, Steve  3/29/2007  2:31:00 PM

1   A   Yes.

2   Q.  How does Aranesp differ from Epogen?

3       MR. DAY:  Objection; vague and ambiguous.

4       THE WITNESS:  So let's get into some more

5   precise things.  This is what I was going to say.

6       When you say "differ," there's a number of

7   ways we could look at this.

8       What specific way do you want to talk

9   about?

10  BY MR. JAGOE:

11  Q   Let's start with the active ingredients of

12  Aranesp and Epogen.  And based on structure, what

13  are the differences between those two substances?

14  A   So if we say active ingredient, let's start

15  with the polypeptide.

16      So the polypeptide sequence of Aranesp

17  versus Epogen is the same length, but there are five

18  amino acid differences in Epogen compared to

19  Aranesp.

20  Q   Are you able to tell me what those five

21  differences are?

22  A   Sure.

23      There are changes at position 30 and 32

24  where the amino acids that are present in Aranesp

25  are asparagine and threonine.  And at positions 87,

Elliott, Steve 3/29/2007 2:31:00 PM

1   88, and 90, the amino acids in Aranesp are valine at

2   87, asparagine at 88 and threonine at position 90.

3       Q   What are the amino acid in the active

4   ingredient of Epogen at those positions?

5       A   It's been a while. I could guess, but I

6   don't -- you know, I might get it wrong.

7       Q   But it's something other than those --

8       A   Yes.

9       Q   -- that you just named for Aranesp?

10      A   Right.

11      Q   You said that they have the same length.

12          What did you mean by that?

13      A   So in the product, the polypeptide is 165

14  amino acids, and both molecules are 165 amino acids

15  in length.

16      Q   And are there any other structural

17  differences between those two substances?

18      A   Beyond the polypeptide sequence, which is

19  different, there is additional carbohydrate on

20  Aranesp.

21      Q   What do you mean by "additional

22  carbohydrate"?

23      A   Epogen has three N-linked carbohydrate

24  chains attached and one O-link carbohydrate.

25          Aranesp has the same O-linked carbohydrates

41925-023                      Unsigned                       Page 24

Elliott, Steve 3/29/2007 2:31:00 PM

1  and N-linked carbohydrates, but there are two

2  additional ones at positions 30 and 88 on Aranesp.

3      Q  And those are N-linked carbohydrates?

4      A  Yes. Yes, they are.

5      Q  Are there any other structural differences

6  between the active ingredient of Epogen and the

7  active ingredient of Aranesp?

8      A  So you mean in the big picture, are

9  there other major differences in, for example,

10 carbohydrate.

11     Is that what you're asking? Or, I mean,

12 any two entities are three-dimensional structures.

13 And there can be, you know, relatively minor --

14 that's sort of a vague term as well.

15     But there are structural differences that

16 can be conferred upon it.

17     So there's the global three-dimensional

18 structural.

19     There's the overall fold at, you know, a

20 global level might look similar, but when you get

21 into the real micro detail, there might be some

22 subtle differences that are found in all molecules.

23     And then even within this preparation, it's

24 a mixture of molecules.

25     And so when you ask this question, we're

Elliott, Steve 3/29/2007 2:31:00 PM

1  accurate with your answers at that time?

2  A  Always.

3  Q  Okay. I'm going to show you a copy of the

4  transcript.

5      I'm going to mark it as Elliott Exhibit 1.

6      (Defendants' Exhibit 1 was marked for

7      identification by the deposition

8      reporter and is attached hereto.)

9  BY MR. JAGOE:

10  Q  This Elliott Exhibit 1 has a Bates number

11  on it AM-ITC, 00816981 through 7068.

12      Do you see that there are four transcript

13  pages on each page of the exhibit?

14  A  I see that.

15  Q  And there are small numbers in the lower

16  right-hand corner of each of the four panels?

17  A  Yes, I see that.

18  Q  The first one would have 3329?

19  A  Yes.

20  Q  And then 33 --

21  A  I see that.

22  Q  So I'd like you to look at 3338.

23      And at line 4 you were asked to describe

24  what some of the goals you were interested in at the

25  beginning were.

Elliott, Steve  3/29/2007  2:31:00 PM

1   Do you see that?

2   A  No.

3   So -- hold on.  3338.

4   Q  It goes from top left to top right?

5   A  I see.  Okay.  Yes.

6   Q  And what was your answer there?

7   MR. DAY:  Objection; document speaks for

8   itself.

9   Do you want him to read the whole answer to

10  you?

11  BY MR. JAGOE:

12  Q  Yes, I'd like that.

13  A  Do you want me to read the statement here?

14  Q  Yeah, what you said when Amgen's lawyers

15  asked you what your goals were at the beginning of

16  the project?

17  A  Starts:

18      "Can you briefly describe some of

19      the goals that were -- that you were

20      interested in at the beginning?

21      "Well, sure.  There were lots of

22      things.

23      "We started with this program

24      without really knowing what we wanted

25      to do.  You know, our research

1  director, you know, pretty much made it

2  understood that we wanted to do

3  something useful and that we should

4  ultimately see if we could get to

5  something useful. We're a

6  biotechnology company, after all,

7  and not a university.

8      "It was apparent with this program

9  that there wasn't a clear direction or

10 we didn't really know what we wanted to

11 do.

12     "What we instituted instead was a

13 basic research program whereby we would

14 try to probe the structure of EPO,

15 figure out how it works."

16     MR. DAY: He wants you to read the whole

17 thing.

18     THE WITNESS: "It's a lengthy, a long

19 stretch of amino acids. We didn't know

20 what any of them do, what the role of

21 any of them was, how the protein

22 folded.

23     "And so we felt that rather than

24 just randomly trying to guess, you

25 know, or use nature to do random

| | |
|---|---|
| 1 | mutagenesis and then try to see if |
| 2 | something appeared, instead, we would |
| 3 | do a more planned, if we can even use |
| 4 | that word because it wasn't really -- |
| 5 | we didn't know where we were going, but |
| 6 | try to figure out how EPO worked, what |
| 7 | the structure and function was and then |
| 8 | generate this knowledge base from which |
| 9 | we could do something useful. |
| 10 | "And by something useful, I was |
| 11 | thinking of things like maybe a more |
| 12 | active analog, maybe some way that EPO |
| 13 | could be used more effectively in the |
| 14 | clinic. |
| 15 | "You know, we were, of course, |
| 16 | expecting that this would be approved. |
| 17 | It hadn't been at the time. |
| 18 | "Maybe help it get to the |
| 19 | development stage where it would be |
| 20 | approved.  Maybe this information about |
| 21 | structure and function of this molecule |
| 22 | could be applied to another one, and |
| 23 | that, you know, maybe I would be |
| 24 | working on a different protein in a |
| 25 | year or two. |

Elliott, Steve   3/29/2007   2:31:00 PM

1           "Maybe there would be some new

2       product opportunities that would come

3       out of this specifically relating to

4       EPO or something else."

5   BY MR. JAGOE:

6       Q   Okay. And when you gave that testimony,

7   you were trying to be giving an accurate and full

8   answer to the question?

9       A   I'd have to look at this in a little bit

10  more context, but I would always try to answer a

11  question that was asked at the time.

12          I didn't always do the best job, but I

13  tried to do the best I could.

14      Q   Okay.

15      A   So this was trying to answer the question

16  that was asked back in whatever date this was.

17      Q   So I'm trying to ask the same question now

18  here today to you.

19          Was one of your goals in 1985 when you

20  started the EPO analog project to come up with

21  something useful that could be used in the clinic?

22      A   To come up with something useful, yes.

23          I think that's an objective of research in

24  general.

25      Q   And at a biotech company?

41925-023                 Unsigned                  Page 50