```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-12237-WGY

 4  * * * * * * * * * * * * * * * * *
                                     *
 5  AMGEN, INC.,                     *
                                     *
 6           Plaintiff,              *
                                     *
 7  v.                               *   MARKMAN HEARING
                                     *
 8  F. HOFFMANN-LA ROCHE LTD,        *
    ROCHE DIAGNOSTICS GmbH and       *
 9  HOFFMANN-LA ROCHE, INC.,         *
                                     *
10           Defendants.             *
                                     *
11  * * * * * * * * * * * * * * * * *

12           BEFORE:  The Honorable William G. Young,
                              District Judge
13
    APPEARANCES:
14
             DUANE MORRIS LLP (By Michael R. Gottfried,
15      Esq.), 470 Atlantic Avenue, Suite 500, Boston,
        Massachusetts 02210
16           - and -
             DAY CASEBEER MADRID & BATCHELDER, LLP (By
17      Lloyd R. Day, Jr., Esq., Linda A. Sasaki-Baxley,
        Esq. and Jonathan Loeb, Ph.D.) 20300 Stevens Creek
18      Boulevard, Suite 400, Cupertino, California 95014
             - and -
19           McDERMOTT WILL & EMERY (By William G.
        Gaede, III, Esq.), 3150 Porter Drive, Palo Alto,
20      California 94304
             - and -
21           WENDY A. WHITEFORD, ESQ., Of Counsel,
        Amgen, Inc., One Amgen Center Drive, Thousand
22      Oaks, California 91320-1789, on behalf of the
        Plaintiff
23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         April 17, 2007
```

```
 1              A P P E A R A N C E S   (Cont'd)

 2

 3         BROMBERG & SUNSTEIN LLP (By Lee Carl
    Bromberg, Esq. and Julia Huston, Esq.), 125 Summer
 4  Street, Boston, Massachusetts 02110
              - and -
 5         KAYE SCHOLER LLP (By Leora Ben-Ami, Esq.,
    Howard Suh, Esq., Christopher T. Jagoe, Esq.,
 6  Krista M. Rycroft, Esq., Thomas F. Fleming, Esq.
    and Jeanna Wacker, Esq.), 425 Park Avenue, New
 7  York, New York 10022, on behalf of the Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```