```
                                                         FILED
                                                      CLERKS OFFICE

                                                      2007 MAY -2 P 12: 04

                                                      DISTRICT COURT
                                                      DISTRICT OF MASS
```

AMGEN                                           CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on May 2, 2007, to __Virginia C. Weeks__ a representative of the plaintiff Amgen, Inc., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                                              Doc. 429

Elizabeth Smith
Deputy Clerk

Received by:

_____