UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. NO.: 05-122237-WGY |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Richard W. Smith, certify as follows:

1. I am a member of the law firm of McDermott Will & Emery LLP, and maintain my principal office in the firm's Washington, D.C. office, which is located at 600 Thirteenth Street, N.W., Washington, D.C. 20005, telephone number 202-756-8000.

2. I am an active member in good standing of the Bar of the District of Columbia and am a member in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

5.  I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

                                                                                 Richard W. Smith

May 10, 2007