# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME FOR AMGEN TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO STRIKE INFRINGEMENT ALLEGATIONS IN AMGEN'S EXPERT REPORTS ON WHICH AMGEN DID NOT PROVIDE DISCOVERY AND TO PRECLUDE TESTIMONY**

Amgen, Inc. ("Amgen") hereby respectfully request that the Court extend the time for it to file is Opposition to Defendants' Motion to Strike Infringement Allegations in Amgen's Expert Reports on Which Amgen did not Provide Discovery and to Preclude Testimony [Docket No. 425] from Monday, May 14, 2007 to Tuesday, May 15, 2007. As grounds for this motion, Amgen states that the parties are engaged in finalizing their expert discovery and as a result this brief extension is necessary in order for Amgen to complete its opposition. This brief extension will not affect the scheduling order for this matter. Furthermore, Roche has assented to Amgen's filing of this motion.

Accordingly, Amgen Inc. respectfully requests that the Court extend the time for it to file is Opposition to Defendants' Motion to Strike Infringement Allegations in Amgen's Expert

DM1\1120606.1

Reports on Which Amgen did not Provide Discovery and to Preclude Testimony [Docket No. 425] from Monday, May 14, 2007 to Tuesday, May 15, 2007. .

May 11, 2007

Of Counsel:
Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,
AMGEN INC.,
/s/ Patricia R. Rich
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:  (617) 289-9200
Facsimile:  (617) 289-9201

Lloyd R. Day, Jr. (*pro hac vice*)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:  (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the Plaintiff has conferred with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve the issues presented by this motion and the Defendants have indicated that they assent to the filing of this motion.

<i>/s/ Patricia R. Rich</i><br>
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

<i>/s/ Patricia R. Rich</i><br>
Patricia R. Rich