EXHIBIT 1

# EXHIBIT 1

| DOCUMENT | CITED IN | PRODUCTION STATUS/ BATES RANGE |
|---|---|---|
| Abuchowski, et al., *Effect of covalent attachment of Polyethylene glycol on Immunogenicity and Circulating life of Bovine Liver Catalase*, J. Biol. Chem. Vol. 252: 3582-3586 (1977) | Lodish Expert Report, ¶ 62<br><br>**Langer Expert Report, ¶¶ 35-39** | produced by Amgen<br><br>AM441153813 – 17 |
| Katre, N.V., *The conjugation of proteins with polyethylene glycol and other polymers*, Adv. Drug Delivery Reviews Vol. 10:91-114 (1993) | Katre Expert Report, ¶ 16 | produced by Amgen<br><br>AM44771978 – 2001 |
| Delgado, C. et al., *The Uses and Properties of PEG-linked proteins,* Critical Reviews in Therapeutic Drug Carrier Systems Vol. 9(3,4): 249-304 (1992) | Katre Expert Report, ¶ 16<br><br>Torchilin Expert Report, ¶¶ 32, 109, 110, 111<br><br>**Langer Expert Report, ¶ 44** | produced by Amgen<br><br>AM44771870 – 1925 |
| Bailon, P. and Berthold, W., *Polyethylene glycol-conjugated pharmaceutical proteins*, PSTT Vol. 1(8):352-356 (1998) | Katre Expert Report, ¶ 16<br><br>Torchilin Expert Report, ¶¶ 84, 91, 109, 110 | produced by Amgen<br><br>AM441153826 - 30 |
| Kozlowski et al., J. Controlled Rel. 72:217-24 (2001) | Torchilin Expert Report, ¶¶ 30, 95 | produced by Amgen<br><br>AM441154034 - 43 |
| Fuertges et al., J. Controlled Rel. 11:139-148 (1990) | Torchilin Expert Report, ¶ 32 | produced by Amgen<br><br>AM441153942 - 53 |
| Hershfield et al., N. Engl. J. Med. 316:589-596 [1987] | Torchilin Expert Report, ¶¶ 73, 82 | produced by Amgen<br><br>AM441153976 - 84 |
| Jurgens et al., Klin Pediatr 200:184-189 (1988) | Torchilin Expert Report, ¶¶ 73, 82 | produced by Amgen<br><br>AM441153985 - 90 |
| Chua et al., Ann. Int. Med. 109:114-117 (1988) | Torchilin Expert Report, ¶¶ 73, 82 | produced by Amgen<br><br>AM441153841 - 44 |

Exhibit 1 to Gaede Declaration
Civil Action No. 1:05-CV-12237 WGY

MPK 126675-1.041925.0023

| DOCUMENT | CITED IN | PRODUCTION STATUS/ BATES RANGE |
|---|---|---|
| Meyers et al., Clin. Pharmacol. Ther. 49:307-313 (1991) | Torchilin Expert Report, ¶¶. 73, 82, 84 | produced by Amgen AM441154065 - 72 |
| Monkarsh et al., Anal. Biochem. 247:434-40 (1997) | Torchilin Expert Report, ¶¶ 73, 82, 83 | produced by Amgen AM440768837 - 43 |
| Harris et al., Clin. Pharmacokinet. 40:539-551 (2001) | Torchilin Expert Report, ¶¶ 84, 95 | produced by Amgen AM441153962 - 75 |
| Bailon et al., Bioconjugate Chem. 12:195-202 (2001) | Torchilin Expert Report, ¶¶ 87, 88 | produced by Amgen AM441153831 - 40 |
| Foser et al., Pharmacogen. J. 3:312-319 (2003) | Torchilin Expert Report, ¶ 87 | Roche Production R10-003461130 - 37 |
| Clark et al., J. Biol. Chem. 271:21969-77 (1996) | Torchilin Expert Report, ¶¶ 87, 88 | Publicly Available REFS00013066 - 75 |
| Olson et al., Poly(ethylene Glycol) Chemistry and Biological Applications (Eds. Harris et al.) Am. Chem. Soc. (1997), pp170-181 | Torchilin Expert Report, ¶ 87 | Publicly Available REFS00022367 - 84 |
| Zimmerman et al., J. Biol. Resp. Mod. 8:329-30 (1989) | Torchilin Expert Report, ¶ 88 | Publicly Available REFS00029267 - 69 |
| Harris et al., Nature Rev. 2:214-221 (2003) | Torchilin Expert Report, ¶¶ 95, 110, 111 | produced by Amgen AM441153954 - 61 |
| Nucci et al., Adv. Drug Deliv. Rev. 6: 133-151 (1991) | Torchilin Expert Report, ¶ 111 | produced by Amgen AM441154082 - 100 |