# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **C.A. No.: 05-12237 WGY** |
| v. | ) | |
| | ) | |
| | ) | |
| F. HOFFMANN-LAROCHE | ) | |
| LTD., a Swiss Company, ROCHE | ) | |
| DIAGNOSTICS GmbH, a German | ) | |
| Company and HOFFMANN LAROCHE | ) | |
| INC., a New Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Christian E. Mammen.  Amgen submits the Certificate of Christian E. Mammen in support of this Motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH have indicated that they assent to this motion.

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

/s/ Michael R. Gottfried

Of Counsel:                                    D.Dennis Allegretti (BBO#545511)
                                               Michael R.Gottfried (BBO#542156)
Stuart L. Watt                                 Patricia R. Rich (BBO#640578)
Wendy A. Whiteford                             DUANE MORRIS LLP
Monique L. Cordray                             470 Atlantic Avenue, Suite 500
Darrell G. Dotson                              Boston, MA  02210
Kimberlin L. Morley                            Telephone:    (857) 488-4200
Erica S. Olson                                 Facsimile:    (857) 488-4201
AMGEN INC.
One Amgen Center Drive                         Lloyd R. Day, Jr.
Thousand Oaks, CA   91320-1789                 David M. Madrid
(805) 447-5000                                 Linda A. Sasaki-Baxley
                                               DAY CASEBEER
                                               MADRID & BATCHELDER LLP
                                               20300 Stevens Creek Boulevard, Suite 400
                                               Cupertino, CA  95014
                                               Telephone:    (408) 873-0110
                                               Facsimile:    (408) 873-0220

                                               William Gaede III
                                               McDERMOTT WILL & EMERY
                                               3150 Porter Drive
                                               Palo Alto, CA 94304
                                               Telephone:    (650) 813-5000
                                               Facsimile:    (650) 813-5100

                                               Michael F. Borun
                                               Kevin M. Flowers
                                               MARSHALL, GERSTEIN & BORUN LLP
                                               233 South Wacker Drive
                                               6300 Sears Tower
                                               Chicago IL 60606
                                               Telephone:    (312) 474-6300
                                               Facsimile:    (312) 474-0448

May 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 17, 2007.


_____/s/ Michael R. Gottfried_____
Michael R. Gottfried