# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>    Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Christian E. Mammen, certify as follows:

1.   I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., Suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2.   I am a member in good standing of the Bar of the State of California and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated:  May 17, 2007             /s/ Christian E. Mammen____
                                 Christian E. Mammen