AMGEN                                          CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on May 18 , 2007, to Katherine Angio of Days as
representative of the plaintiff Amgen, Inc., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                          Doc. 438

Elizabeth Smith
Deputy Clerk

Received by: