UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) CIVIL ACTION No.: 05-CV-12237WGY <br> F. HOFFMANN-LA ROCHE LTD ) <br> ROCHE DIAGNOSTICS GmbH ) <br> and HOFFMANN-LA ROCHE INC. ) <br> ) <br> Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy M. Murphy of Bromberg & Sunstein LLP for defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc., in the above captioned case.

Dated: May 22, 2007
Boston, Massachusetts

/s/ Timothy M. Murphy
Timothy M. Murphy (BBO #551926)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
tmurphy@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Timothy M. Murphy
Timothy M. Murphy

3099/501 640453.1