## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> F. HOFFMANN-LA ROCHE ) <br> LTD., a Swiss Company, ROCHE ) <br> DIAGNOSTICS GmbH, a German ) <br> Company and HOFFMANN-LA ROCHE ) <br> INC., a New Jersey Corporation, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.: 05-12237 WGY |

**PLAINTIFF AMGEN INC.'S MOTION TO STRIKE ROCHE'S NON-INFRINGEMENT, INVALIDITY, AND INEQUITABLE CONDUCT ALLEGATIONS DISCLOSED AFTER THE CLOSE OF FACT DISCOVERY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUPPLEMENT AMGEN'S EXPERT REPORTS AND MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITIONS OF CERTAIN WITNESSES**

Pursuant to FED. R. CIV. P. 37(a) and L.R. 37.1, Plaintiff Amgen, Inc. ("Amgen") respectfully submits this Motion to Strike Roche's Non-Infringement, Invalidity, and Inequitable Conduct Allegations Disclosed After the Close of Fact Discovery or, in the Alternative, Motion for Leave to Supplement Amgen's Expert Reports and Motion for Protective Order to Postpone Depositions of Certain Witnesses.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Amgen Inc.'s Motion to Strike Roche's Non-Infringement, Invalidity, and Inequitable Conduct Allegations Disclosed After the Close of Fact Discovery or, in the Alternative, Motion for Leave to Supplement Amgen's Expert Reports and Motion for Protective Order to Postpone Depositions of Certain Witnesses as well as in the accompanying Declaration of Mario Moore.

682169v1

May 24, 2007                                    Respectfully Submitted,
                                                AMGEN INC.,
                                                By its attorneys,


                                                /s/  Michael R. Gottfried
Of Counsel:                                     D. DENNIS ALLEGRETTI (BBO#545511)
                                                MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                  PATRICIA R. RICH (BB#640578)
WENDY A. WHITEFORD                              DUANE MORRIS LLP
MONIQUE L. CORDRAY                              470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                               Boston, MA  02210
KIMBERLIN L. MORLEY                             Telephone:     (857) 488-4200
ERICA S. OLSON                                  Facsimile:     (857) 488-4201
AMGEN, INC.
One Amgen Center Drive                          LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA 91320-1789                    DAY CASEBEER
Telephone: (805) 447-5000                       MADRID & BATCHELDER LLP
                                                20300 Stevens Creek Boulevard, Suite 400
                                                Cupertino, CA  95014
                                                Telephone:     (408) 873-0110
                                                Facsimile:     (408) 873-0220

                                                WILLIAM GAEDE III (*pro hac vice*)
                                                McDERMOTT WILL & EMERY
                                                3150 Porter Drive
                                                Palo Alto, CA 94304
                                                Telephone:     (650) 813-5000
                                                Facsimile:     (650) 813-5100

                                                KEVIN M. FLOWERS (*pro hac vice*)
                                                MARSHALL, GERSTEIN & BORUN LLP
                                                233 South Wacker Drive
                                                6300 Sears Tower
                                                Chicago IL 60606
                                                Telephone:     (312) 474-6300
                                                Facsimile:     (312) 474-0448

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the Plaintiff has attempted to confer with counsel for the Defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

/s/  Michael R. Gottfried
Michael R. Gottfried

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 24, 2007.

/s/  Michael R. Gottfried
Michael R. Gottfried