## APPENDIX A

The filing of this confidential document has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].

DM1\1135303.1