# EXHIBITS
# 4 to 10

The filing of these confidential exhibits has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].

DM1\1134967.1