UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation,<br><br>　　Defendants. | C.A. NO.: 05-12237-WGY |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION TO STRIKE ROCHE'S NON-INFRINGEMENT, INVALIDITY, AND INEQUITABLE CONDUCT ALLEGATIONS DISCLOSED AFTER THE CLOSE OF FACT DISCOVERY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUPPLEMENT AMGEN'S EXPERT REPORTS AND MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITIONS OF CERTAIN WITNESSES**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

> **Confidential Appendix A to the Memorandum In Support Of Amgen Inc.'s Motion To Strike Roche's Non-Infringement, Invalidity, And Inequitable Conduct Allegations Disclosed After The Close Of Fact Discovery Or, In The Alternative, Motion For Leave To Supplement Amgen's Expert Reports And Motion For Protective Order To Postpone Depositions Of Certain Witnesses; and**

> **Confidential Exhibits Nos. 4-10 To Declaration Of Mario Moore In Support Of Amgen Inc.'s Motion To Strike Roche's Non-Infringement, Invalidity, And Inequitable Conduct Allegations Disclosed After The Close Of Fact Discovery Or, In The Alternative, Motion For Leave To Supplement Amgen's Expert Reports And Motion For Protective Order To Postpone Depositions Of Certain Witnesses.**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such documents confidential.

DM1\1135307.1

Dated: May 24, 2007                                    Respectfully Submitted,

                                                           AMGEN INC.,
                                                           By its attorneys,

Of Counsel:                                            */s/ Michael R. Gottfried*
                                                           D. Dennis Allegretti (BBO#545511)

Stuart L. Watt                                         Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                     Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                     DUANE MORRIS LLP
Darrell G. Dotson                                      470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                    Boston, MA 02210
Erica S. Olson                                         Telephone: (617) 289-9200
AMGEN INC.                                             Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                           Lloyd R. Day, Jr.
(805) 447-5000                                         DAY CASEBEER, MADRID & BATCHELDER LLP
                                                           20300 Stevens Creek Boulevard, Suite 400
                                                           Cupertino, CA 95014
                                                           Telephone: (408) 873-0110
                                                           Facsimile: (408) 873-0220

                                                           William Gaede III
                                                           McDERMOTT WILL & EMERY
                                                           3150 Porter Drive
                                                           Palo Alto, CA 94304
                                                           Telephone: (650) 813-5000
                                                           Facsimile: (650) 813-5100

                                                           Michael F. Borun
                                                           Kevin M. Flowers
                                                           MARSHALL, GERSTEIN & BORUN LLP
                                                           233 South Wacker Drive
                                                           6300 Sears Tower
                                                           Chicago, IL 60606
                                                           Telephone: (312) 474-6300
                                                           Facsimile: (312) 474-0448

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 24, 2007.

                                    */s/ Michael R. Gottfried*
                                    Michael R. Gottfried