AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on May 24, 2007, from plaintiff Amgen, Inc., documents for in camera review.

                                        Elizabeth Smith
                                        Deputy Clerk