**CORRECTED APPENDIX A TO MEMORANDUM in Support [448] of MOTION to Strike Roche's Non-Infringement, Invalidity, and Inequitable Conduct Allegations Disclosed after the Close of Fact Discovery or, in the Alternative, Motion for Leave to Supplement Amgen's Expert Reports and Motion for Protective filed by Amgen Inc. [447]**

**The filing of this confidential document has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274]**