UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
AMGEN INC.,                           )
                                      )
    Plaintiff,                        )
                                      )   **C.A. NO.: 05-12237-WGY**
v.                                    )
                                      )
F. HOFFMANN-LAROCHE                   )
LTD., a Swiss Company, ROCHE          )
DIAGNOSTICS GmbH, a German            )
Company and HOFFMANN LAROCHE          )
INC., a New Jersey Corporation,       )
                                      )
    Defendants.                       )
_____)

**NOTICE OF SERVICE OF CORRECTED CONFIDENTIAL DOCUMENT TO BE FILED IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION TO STRIKE ROCHE'S NON-INFRINGEMENT, INVALIDITY, AND INEQUITABLE CONDUCT ALLEGATIONS DISCLOSED AFTER THE CLOSE OF FACT DISCOVERY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUPPLEMENT AMGEN'S EXPERT REPORTS AND MOTION FOR PROTECTIVE ORDER TO POSTPONE <u>DEPOSITIONS OF CERTAIN WITNESSES</u>**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

> **Confidential <u>Corrected Appendix A</u> to the Memorandum In Support Of Amgen Inc.'s  Motion To Strike Roche's Non-Infringement, Invalidity, And Inequitable Conduct Allegations Disclosed After The Close Of Fact Discovery Or, In The Alternative, Motion For Leave To Supplement Amgen's Expert Reports And Motion For Protective Order To Postpone Depositions Of Certain Witnesses;**

This document contain information designated as confidential by the defendants ("Roche").  Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such document confidential.

Dated: May 25, 2007    Respectfully Submitted,

                                              AMGEN INC.,
                                              By its attorneys,

| | |
|---|---|
| Of Counsel: | */s/ Michael R. Gottfried* |
| | D. Dennis Allegretti (BBO#545511) |
| Stuart L. Watt | Michael R. Gottfried (BBO# 542156) |
| Wendy A. Whiteford | Patricia R. Rich (BBO# 640578) |
| Monique L. Cordray | DUANE MORRIS LLP |
| Darrell G. Dotson | 470 Atlantic Avenue, Suite 500 |
| Kimberlin L. Morley | Boston, MA 02210 |
| Erica S. Olson | Telephone: (617) 289-9200 |
| AMGEN INC. | Facsimile: (617) 289-9201 |
| One Amgen Center Drive | |
| Thousand Oaks, CA 91320-1789 | Lloyd R. Day, Jr. |
| (805) 447-5000 | DAY CASEBEER, MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA 95014 |
| | Telephone: (408) 873-0110 |
| | Facsimile: (408) 873-0220 |
| | |
| | William Gaede III |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 813-5000 |
| | Facsimile: (650) 813-5100 |
| | |
| | Michael F. Borun |
| | Kevin M. Flowers |
| | MARSHALL, GERSTEIN & BORUN LLP |
| | 233 South Wacker Drive |
| | 6300 Sears Tower |
| | Chicago, IL 60606 |
| | Telephone: (312) 474-6300 |
| | Facsimile: (312) 474-0448 |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on May 25, 2007.

      */s/ Michael R. Gottfried*
      Michael R. Gottfried