AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

      The court has received, on May 25, 2007, from plaintiff Amgen, Inc., documents for in camera review.

                                              Elizabeth Smith
                                              Deputy Clerk

Dockets.Justia.com