UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No.: 05-cv-12237WGY |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, ) | |
| ROCHE DIAGNOSTICS GmbH, ) | |
| and HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION REGARDING CONFIDENTIAL ROCHE DOCUMENTS
SUBMITTED BY AMGEN FOR *IN CAMERA* REVIEW ON MAY 24, 2007
IN CONNECTION WITH AMGEN'S MOTION TO STRIKE ROCHE'S
NON-INFRINGEMENT, INVALIDITY, AND INEQUITABLE CONDUCT
ALLEGATIONS DISCLOSED AFTER THE CLOSE OF FACT DISCOVERY OR,
IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUPPLEMENT AMGEN'S
EXPERT REPORTS AND MOTION FOR PROTECTIVE ORDER TO POSTPONE
DEPOSITIONS OF CERTAIN WITNESSES**

Plaintiff Amgen Inc. ("Amgen") and Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") (collectively, "the parties") stipulate and agree as follows:

1.  Amgen submitted confidential Roche documents to the Court for *in camera* review on May 24, 2007 which correspond to Exhibits 4-10 of Amgen's Declaration of Mario Moore in Support of Plaintiff Amgen Inc.'s Motion to Strike Roche's Non-Infringement, Invalidity, and Inequitable Conduct Allegations Disclosed After the Close of Fact Discovery or, in the Alternative, Motion for Leave to Supplement Amgen's Expert Reports and Motion for Protective Order to Postpone Depositions of Certain Witnesses (Docket No. 447).

2.	The parties agree to extend the time by three additional Court days for Roche to file a motion to file under seal documents containing Roche's confidential and trade secret materials which are referenced in paragraph 1 above.

3.	The deadline for Roche to file a motion to file under seal pursuant to the Protective Order is currently Thursday, May 31, 2007.

4.	If granted, the deadline would be extended to Tuesday, June 5, 2007.

Dated:  May 30, 2007
    Boston, Massachusetts                                       Respectfully submitted,

                                                                PLAINTIFF AMGEN INC.

                                                                *By its Attorneys,*

| Of Counsel: | /s/  Patricia R. Rich |
|---|---|
| Stuart L. Watt | D. Dennis Allegretti (BBO# 545511) |
| Wendy A. Whiteford | Michael R. Gottfried (BBO# 542156) |
| Monique L. Cordray | Patricia R. Rich (BBO #640578) |
| Darrell G. Dotson | DUANE MORRIS LLP |
| Kimberlin L. Morley | 470 Atlantic Avenue, Suite 500 |
| Erica Olson | Boston, MA 02210 |
| AMGEN INC. | Telephone: (617) 289-9200 |
| One Amgen Center Drive | Facsimile: (617) 289-9201 |
| Thousand Oaks, CA 91320-1789 | |
| Telephone: (805) 447-5000 | Lloyd R. Day, Jr. (*pro hac vice*) |
| | DAY CASEBEER MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA 95014 |
| | Telephone: (408) 873-0110 |
| | Facsimile: (408) 873-0220 |
| | |
| | William G. Gaede III (*pro hac vice*) |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 813-5000 |
| | Facsimile: (650) 813-5100 |

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448


DEFENDANTS F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

/s/  Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky *(pro hac vice)*
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                               /s/ Nicole A. Rizzo  
                                               Nicole A. Rizzo

03099/00501  676185.1