# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-12237WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, ) | |
| ROCHE DIAGNOSTICS GmbH, ) | |
| and HOFFMANN-LA ROCHE INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF KATHLEEN McDERMOTT IN SUPPORT OF MOTION**
**FOR ADMISSION *PRO HAC VICE***

I, Kathleen McDermott, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 1301 K St., N.W., Suite 600-East Tower, Washington, D.C., 20005, telephone (202) 408-6400 (e-mail: kmcdermott@sonnenschein.com).

2. I was admitted to the Bar of the Commonwealth of Massachusetts in 1987. I was admitted to the Bar of the State of Maryland in 1986. I was admitted to the Bar of the District of Columbia in 2002.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 1, 2007                     /s/ Kathleen McDermott_____
                                         Kathleen McDermott

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

      /s/ Keith E. Toms
      Keith E. Toms

03099/00501 678494.1