## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AMGEN INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 05-12237 WGY |
| v. | ) |
| | ) |
| F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation | ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JOINT STIPULATION FOR DISMISSAL OF AMGEN'S CLAIM FOR DECLARATORY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 5,621,080

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Amgen Inc., and Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH and Hoffmann-La Roche Inc., hereby stipulate to the entry of an order herein dismissing with prejudice Amgen's claim for declaratory judgment of infringement of U.S. Patent No. 5,621,080 with each party to bear its respective costs with respect to said claim. This stipulation including said allocation of cost, however, is without prejudice to any claims or defenses asserted by Roche against Amgen in this litigation.

_____                                  _____

Date                                                                                       U.S. District Court Judge

Dockets.Justia.com

| | |
|---|---|
| Dated: June 4, 2007 | Respectfully Submitted, |
| | AMGEN INC.,<br>By its attorneys, |
| DEFENDANT, F. HOFFMANN-LA ROCHE LTD., ROCHE DIAGNOSTICS GMBH, AND HOFFMANN-LA ROCHE INC. | PLAINTIFF AMGEN INC. |
| By their attorneys, | By its attorneys, |
| /s/ Keith E. Toms_____ | /s/ Patricia R. Rich_____ |
| Lee Carl Bromberg (BBO# 058480)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369<br>Nicole A. Rizza (BBO# 663853<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292 | D. Dennis Allegretti (BBO# 545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201 |
| Leora Ben-Ami (pro hac vice)<br>Mark S. Popofsky (pro hac vice)<br>Patricia A. Carson (pro hac vice)<br>Thomas F. Fleming (pro hac vice)<br>Howard S. Suh (pro hac vice)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Tel. (212) 836-8000 | Lloyd R. Day, Jr. (*pro hac vice*)<br>DAY CASEBEER MADRID &<br>BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220 |
| | William G. Gaede III (*pro hac vice*)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 |
| | Kevin M. Flowers (*pro hac vice*)<br>MARSHALL, GERSTEIN 7 BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 464-6300<br>Facsimile: (312) 474-0448 |