UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
AMGEN INC.,                         )
                                    )
                    Plaintiff,      )
                                    )
       v.                           )  Civil Action No.: 05-12237 WGY
                                    )
F. HOFFMANN-LA ROCHE LTD., a Swiss Company, )
ROCHE DIAGNOSTICS GmbH, a German Company and )
HOFFMANN-LA ROCHE INC., a New Jersey )
Corporation                         )
                                    )
                    Defendant.      )
------------------------------------x

**JOINT STIPULATION FOR DISMISSAL OF AMGEN'S
CLAIM FOR DECLARATORY JUDGMENT OF
INFRINGEMENT OF U.S. PATENT NO. 5,621,080**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Amgen Inc., and Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH and Hoffmann-La Roche Inc., hereby stipulate to the entry of an order herein dismissing with prejudice Amgen's claim for declaratory judgment of infringement of U.S. Patent No. 5,621,080 with each party to bear its respective costs with respect to said claim. This stipulation including said allocation of cost, however, is without prejudice to any claims or defenses asserted by Roche against Amgen in this litigation.

_June 5, 2007_
Date

_William G. Young_
U.S. District Court Judge

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al    Doc. 461

Dated: June 4, 2007                                          Respectfully Submitted,

                                                             AMGEN INC.,
                                                             By its attorneys,

DEFENDANT, F. HOFFMANN-LA ROCHE                              PLAINTIFF AMGEN INC.
LTD., ROCHE DIAGNOSTICS GMBH, AND
HOFFMANN-LA ROCHE INC.

By their attorneys,                                          By its attorneys,


/s/ Keith E. Toms                                            /s/ Patricia R. Rich
Lee Carl Bromberg (BBO# 058480)                              D. Dennis Allegretti (BBO# 545511)
Julia Huston (BBO# 562160)                                   Michael R. Gottfried (BBO# 542156)
Keith E. Toms (BBO# 663369                                   Patricia R. Rich (BBO# 640578)
Nicole A. Rizza (BBO# 663853                                 DUANE MORRIS LLP
BROMBERG & SUNSTEIN LLP                                      470 Atlantic Avenue, Suite 500
125 Summer Street                                            Boston, MA 02210
Boston, MA 02110                                             Telephone: (857) 488-4200
Tel. (617) 443-9292                                          Facsimile: (857) 488-4201

Leora Ben-Ami (pro hac vice)                                 Lloyd R. Day, Jr. (pro hac vice)
Mark S. Popofsky (pro hac vice)                              DAY CASEBEER MADRID &
Patricia A. Carson (pro hac vice)                            BATCHELDER LLP
Thomas F. Fleming (pro hac vice)                             20300 Stevens Creek Boulevard, Suite 400
Howard S. Suh (pro hac vice)                                 Cupertino, CA 95014
KAYE SCHOLER LLP                                             Telephone: (408) 873-0110
425 Park Avenue                                              Facsimile: (408) 873-0220
New York, NY 10022
Tel. (212) 836-8000                                          William G. Gaede III (pro hac vice)
                                                             McDERMOTT WILL & EMERY
                                                             3150 Porter Drive
                                                             Palo Alto, CA 94304
                                                             Telephone: (650) 813-5000
                                                             Facsimile: (650) 813-5100

                                                             Kevin M. Flowers (pro hac vice)
                                                             MARSHALL, GERSTEIN 7 BORUN LLP
                                                             233 South Wacker Drive
                                                             6300 Sears Tower
                                                             Chicago, IL 60606
                                                             Telephone: (312) 464-6300
                                                             Facsimile: (312) 474-0448