# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-12237WGY |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LA ROCHE LTD, | ) | |
| ROCHE DIAGNOSTICS GmbH, | ) | |
| and HOFFMANN-LA ROCHE INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF AARON STIEFEL IN SUPPORT OF
## *PRO HAC VICE* ADMISSION FOR DEFENDANTS

I, Aaron Stiefel, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am a partner at the firm of Kaye Scholer LLP and member of the bar of the States of New York and New Jersey.  I am in good standing in every jurisdiction in which I have been admitted to practice.

2.    There are no disciplinary proceedings pending against me in any court or jurisdiction.

3.    I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated:  May 31, 2007                /s/ Aaron Stiefel
                                    Aaron Stiefel

Dockets.Justia.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2007.

/s/ Nicole A. Rizzo_____
Nicole A. Rizzo

03099/00501 677637.1