**APPENDIX A**
**DISCOVERY CITED IN SUPPORT OF ALLEGATIONS OF INEQUITABLE CONDUCT**

| NEW ALLEGATIONS OF INEQUITABLE CONDUCT SINCE THE CLOSE OF FACT DISCOVERY [1] | DOCUMENTS CITED IN SUPPORT OF EACH NEW ALLEGATION | DATE DOCUMENTS PRODUCED TO ROCHE |
|---|---|---|
| Inequitable Conduct Relating to the Baron-Goldwasser Clinical Study and Related Prior Art | **AM-ITC Documents:** | **Date Produced:** |
| | 00097004-18<br>00084770-80<br>00097005<br>00245727-29<br>00084770-80<br>00245727-29 | 5/30/2006 |
| | 00557514-27<br>00554114-25<br>00554114<br>00554117<br>00573885-903 | 5/31/2006 |
| | 00900641-648<br>00849306-341<br>00849307<br>00849306-41<br>00900552-553<br>00900525-640<br>00900641-648<br>00900823-836<br>00997385-92<br>00900550-55<br>00900629-36<br>00900641-43<br>00997385-92<br>00906488<br>00899764<br>00900823-26 | 6/1/2006 |
| Inequitable Conduct Relating to the Sulfate Content of EPO | **AM-ITC Documents:** | **Date Produced:** |
| | 00067214-259 | 5/30/2006 |
| Inequitable Conduct Relating to Human EPO Fragments | **AM-ITC Documents:** | **Date Produced:** |
| | 00072323-44<br>00072302-27<br>00072538-59 | 5/30/2006 |

---

[1] These allegations appear for the first time in Roche's May 1 Second Supplemental Response to Amgen Inc.'s Interrogatory No. 26, or in Roche's May 23 Proposed Second Amended Answer and Counterclaims

1140885_1.DOC                                1

| | | |
|---|---|---|
| | 00071306-31<br>00071332-61<br>00071642-56<br>00071657-79<br>00071995-2010<br>00072060-96<br>00072249-95<br>00072249-95<br>00072274-83<br>00072262<br>00072302-22<br>000723315<br>00072320<br>00071306-331<br>00072538-559<br>00071995-2010<br>00138725-55<br>00138725-755<br>00145452534<br>00211638 | |
| | 00596041-42 | 5/31/2006 |
| Misrepresentations and Omissions Regarding Molecular Weight | **AM-ITC documents**:<br>00092249-60<br>000092135<br>00091218<br>00092870<br>00311606<br>00312411-12<br>00312754<br>00312455-73<br>00312260-71<br>00312441-45<br>00312283<br>00312291-92 | **Date Produced:**<br>5/30/2006 |
| | 00601553-60 | 5/31/2006 |
| | 01072474-501<br>01072482<br>00898341<br>00987639-49 | 6/1/2006 |
| | Letter from Ross to Rycroft | 3/27/2007 |
| Inequitable Conduct Relating to Dr. Strickland's Inventive Contributions and Amgen's View of Obviousness of EPO/HSA Preparations | **AM-ITC Documents:**<br><br>00932278-285 | **Date Produced:**<br><br>6/1/2006 |
| Inequitable Conduct Relating to Inventive Contribution | **Documents:**<br><br>Lin Tr. | **Date Produced:**<br><br>3/27/07 |

| Intent to Deceive the PTO to Secure Additional Patents and Claims to Extend Amgen's Monopoly Beyond the Original '008 Patent | **AM-ITC Documents:** | **Date Produced:** |
|---|---|---|
| | 00906512 | 6/1/2006 |
| Inequitable Conduct Relating to "PEG-EPO" Prior Art | None | None |
| Inequitable Conduct Regarding Use of Probes | None | None |