# EXHIBIT 3

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 9**
**April 17, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00312138 | RB00312140 | 06/02/2004 | Confidential email reflecting legal advice re: CERA public policy. | AC | Lamb, Matthew W. | Beyer, Ulrich; Birgerson, Lars; Brindley, Dawn; Coop, Andrew J.; Dhingra, Kapil; DiLella*, Nancy Shore; Dougherty, Frank; Ducourmau, Pierre; Dudinak, Jennifer; EdgeDallas, Jennifer; Eid, Joseph; Gottlieb*, Jessica; Hickman, Lori R; Huber, Marty; Kurman, Michael; Michailidis, John; Napieralski, Julie; Petric, Rosemary; Reigner, Bruno; Rocha*, Patricia; Steible, Fabrice | Conrad, Robin; Corbett, Wendy; Dudinak, Jennifer; Pumpluen, Sonja | Email |
| RB00312158 | RB00312166 | 00/00/0000 | Draft presentation reflecting legal advice re: CERA public policy. | AC | | | | Presentation Materials |
| RB00313577 | RB00313582 | 07/07/2004 | Confidential report forwarding information for the purpose of seeking legal advice re: CERA clinical studies. | AC | F Hoffmann La Roche Ag | | | Reports / Plans |

\* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

4/17/07
1 of 5726

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 9**
**April 17, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00325041 | RB00325041 | 00/00/0000 | Confidential document reflecting legal advice re:CERA patent litigation. | AC; WP | | | | Notes |
| RB00325052 | RB00325054 | 00/00/0000 | Confidential document reflecting legal advice re: CERA patent issues. | AC; WP | Roche | | | Reports / Plans |
| RB00325058 | RB00325063 | 07/28/1999 | Confidential memo reflecting legal advice re: CERA patent issues. | AC; WP | Witte, H. | Beck, W.; Freund, T. | Epstein, W.H.; Fouquet*, H.; Haselbeck, A.; Henrich, W.; Johnston, G.W.; Kreisler, L.; Notegen, E. | Memo |
| RB00325064 | RB00325064 | 07/28/1999 | Confidential report reflecting legal advice re: CERA patent issues. | AC | | | | Reports / Plans |
| RB00325065 | RB00325065 | 04/27/2004 | Confidential email requesting legal advice of counsel re: CERA patent litigation. | AC | Fouquet*, Herbert; Michailidis, John; Pumpluen, Sonja | Michailidis, John; Pumpluen, Sonja; Steible, Fabrice | Dudinak, Jennifer; EdgeDallas, Jennifer; Fouquet*, Herbert; Johnston*, George; Notegen*, Eric; Rocha*, Patricia; Steible, Fabrice | Email |

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 9**
**April 17, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00326388 | RB00326389 | 10/23/2001 | Confidential email reflecting legal advice re: CERA consulting agreement. | AC | Bolzon, Lynda; Freund, Tea | Bolzon, Lynda; Freund, Tea | Bucher, Max; Doerner, Manfred; Fouquet*, Herbert; Haselbeck, Anton; Mattern, Markus; Mazzetti, Martine; Rossini*, Frank | Email |
| RB00326390 | RB00326391 | 08/16/1999 | Confidential letter reflecting legal advice re: CERA patent issues. | AC; WP | Ami, Leora B. | Johnston*, George W. | Clifford, | Letter |
| RB00326393 | RB00326396 | 07/14/2004 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC | Fulbright & Jaworski LLP | Fouquet*, Herbert | Bruhlmann, Karin | Financial Document |
| RB00326397 | RB00326398 | 07/12/2004 | Confidential memo reflecting legal advice re: CERA patent issues. | AC | Felfe*, Peter F. | Fouquet*, Herbert | | Letter |
| RB00326399 | RB00326400 | 07/14/2004 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC | Fulbright & Jaworski LLP | Fouquet*, Herbert | Bruhlmann, Karin | Financial Document |
| RB00326402 | RB00326403 | 07/12/2004 | Confidential memo reflecting legal advice re: CERA patent issues. | AC | Felfe*, Peter F. | Fouquet*, Herbert | | Letter |
| RB00326404 | RB00326412 | 07/12/2004 | Confidential memo reflecting legal advice re: CERA patent issues. | AC | Fulbright & Jaworski LLP | Fouquet*, H. | Bruhlmann, Karin | Financial Document |

\* Denotes Attorney
WP - Work Product
AC - Attorney Client Privilege

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,*
*and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 9**
**April 17, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RB00598354 | RB00598356 | 06/14/2000 | Confidential communication reflecting legal advice of counsel re:CERA patent litigation. | AC, WP | Ben-Ami*, Leora; Carson*, Pat | Johnston*, George | | Memo |
| RB00598357 | RB00598380 | 01/00/2000 | Confidential report reflecting legal advice re: CERA marketing. | AC | Roche | | | Reports / Plans |
| RB00598381 | RB00598400 | 01/00/2000 | Confidential report reflecting legal advice re: CERA marketing. | AC | Roche | | | Reports / Plans |
| RB00598402 | RB00598402 | 01/14/2000 | Confidential communication reflecting legal advice of counsel re: CERA marketing. | AC | Aden, E.; Kirby, Pamela | | Freund, T.; Kiechle, T.; Pedder, S.; Twist, G. | Meeting Minutes / Agenda |
| RB00598406 | RB00598409 | 12/21/1999 | Confidential communication reflecting legal advice of counsel re:CERA patent litigation. | AC | Kreisler*, Lewis J. | Witte*, Hubert | Bailon, Pascal; Beck, Walter; Berthold, Wolfgang; Burg, Josef; Epstein*, William; Farid, Adrienne; Freund, Tea; Henrich, Werner; Johnston*, George; Lehuu*, Bertrand; Notegen*, Eric; Sellinger, KarlHeinz | Letter |
| RB00598410 | RB00598410 | 12/14/1999 | Confidential email reflecting legal advice re: CERA patent litigation. | AC | Kreisler*, Lewis J.; Witte*, Hubert | Fouquet*, Herbert; Henrich, Werner; Notegen*, Eric | Johnston*, George; Witte*, Hubert | Email |

\* Denotes Attorney
WP - Work Product
AC- Attorney Client Privilege

4/17/07
238 of 5726