# EXHIBIT 4

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 5**
**April 4, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RBED-07686725 | RBED-07686765 | 01/21/2003 | Confidential communication reflecting legal advice of counsel re: CERA patent litigation. | AC | | | | Microsoft Excel 97/98/2004 |
| RBED-07686766 | RBED-07686813 | 02/28/2005 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC; WP | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686814 | RBED-07686820 | 04/28/2005 | Confidential communication reflecting legal advice of counsel re: CERA patent issues. | AC | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686821 | RBED-07686833 | 05/10/2005 | Confidential presentation reflecting legal advice re: CERA clinical trials. | AC | Dougherty, Frank | | | Microsoft PowerPoint 97-2004 |
| RBED-07686834 | RBED-07686874 | 09/07/2002 | Confidential communication reflecting legal advice of counsel re: CERA patent litigation prepared in anticipation of litigation. | AC; WP | Dougherty, F.C. | | | Microsoft Excel 97/98/2004 |
| RBED-07686875 | RBED-07686887 | 10/07/2005 | Draft presentation reflecting | AC | Dougherty, Frank | | | Microsoft |

**Defendants' Privilege Log - Volume 5**
**April 4, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| RBED-07687556 | RBED-07687562 | 10/21/2002 | Draft contract reflecting legal advice re: informed consent form. | AC | | | | Microsoft Word For Windows 97/98 |
| RBED-07687563 | RBED-07687614 | 10/21/2002 | Draft document reflecting legal advice re: patient informed consent. | AC | | | | Microsoft Word For Windows 97/98 |
| RBED-07687644 | RBED-07687677 | 07/05/2001 | Draft document reflecting legal advice re: patient informed consent. | AC | | | | Microsoft Word For Windows 97/98 |
| RBED-07687678 | RBED-07687718 | 03/30/2001 | Draft document reflecting legal advice re: CERA patent litigation prepared in anticipation of litigation. | AC; WP | | | | Microsoft Word For Windows 97/98 |
| RBED-07687719 | RBED-07687760 | 03/30/2001 | Draft document reflecting legal advice re: Amgen's US patents. | AC | | | | Microsoft Word For Windows 97/98 |
| RBED-07687761 | RBED-07687803 | 05/08/2001 | Draft document reflecting | AC | | | | Microsoft |

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 5**
**April 4, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | studies. | | | | | |
| RBED-07699276 | RBED-07699277 | 12/19/2003 | Confidential email communication reflecting legal advice re: division of clinical trial costs and inclusion of costs in contracts. | AC | Marella, Julie | Pfefen, Jean-Paul | | MailItem |
| RBED-07699284 | RBED-07699285 | 12/19/2003 | Confidential email requesting advice re: CERA clinical studies. | AC | Sampeur, Pratibha | Pfefen, Jean-Paul | Danna, Robert; Joseph, Robert; Patel, Bina; Tamborini, Brenda | MailItem |
| RBED-07699286 | RBED-07699290 | 12/19/2003 | Draft letter of intent reflecting legal advice re: drug supply. | AC | Dennin Jr, Robert A. | Pfefen, Jean-Paul | DeSordi, Michael; Dorfman, Steve; Dougherty, Frank Ch.; Dudinak, Jennifer; Eberhardt, Sylvia; Escrig, Cesar; Johnston*, George; Lamb, Matthew; Marcopulos, Lisa; Stolp, Meike; Thaliath, Antony; Vangieri, Thomas | MailItem |
| RBED-07699291 | RBED-07699291 | 12/19/2003 | Confidential email requesting legal advice re: CERA clinical studies. | AC | Vazeou, Vera | Pfefen, Jean-Paul | | MailItem |
| RBED-07699292 | RBED-07699292 | 12/19/2003 | Confidential email reflecting legal advice re: CERA clinical | AC | Franco, Lilia | Pfefen, Jean-Paul | Camacho, Enrique | MailItem |

*Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffman-La Roche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

**Defendants' Privilege Log - Volume 5**
**April 4, 2007**

| BEG_IMAGE | END_IMAGE | DOC_DATE | PRIVILEGE DESCRIPTION | PRIV BASIS | AUTHOR | RECIPIENT | CC | DOC_TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 97/98 |
| RNED-07542553 | RNED-07542561 | 08/06/2003 | Confidential email reflecting legal advice re: CERA FDA package. | AC | | | | Microsoft Word For Windows 97/98 |
| RNED-07542562 | RNED-07542564 | 08/06/2003 | Confidential document reflecting legal advice re: CERA FDA package. | AC | | | | Microsoft Word For Windows 97/98 |
| RNED-07542565 | RNED-07542574 | 08/06/2003 | Confidential synopsis reflecting legal advice re: CERA FDA package. | AC | Oguey, Delphine | | | Microsoft Word For Windows 97/98 |
| RNED-07542575 | RNED-07542583 | 08/06/2003 | Confidential synopsis reflecting legal advice re: . | AC | Patricia, Ehrhard | | | Microsoft Word For Windows 97/98 |
| RNED-07542584 | RNED-07542592 | 08/06/2003 | Confidential synopsis reflecting legal advice re: CERA FDA package. | AC | Patricia, Ehrhard | | | Microsoft Word For Windows 97/98 |

\* Denotes Attorney
WP - Work Product
AC- Attorney Client Privilege

4/4/07
3527 of 4145