# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., </br></br>　　　Plaintiff, </br></br>v. </br></br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, </br></br>　　　Defendants. | Civil Action No.: 05-12237 WGY |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter my appearance as an attorney for Plaintiff Amgen Inc. in the above entitled case.

　　　　　　　　　　　　　　　　AMGEN INC.,

　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　/s/ Christopher S. Kroon_____
　　　　　　　　　　　　　　　　Christopher S. Kroon  (BBO # 660286)
　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　470 Atlantic Avenue, Suite 500
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　(857) 488-4200
　　　　　　　　　　　　　　　　cskroon@duanemorris.com

Dated: June 6, 2007

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 6, 2007.

                                                          /s/ Christopher S. Kroon
                                                          Christopher S. Kroon