# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Craig H. Casebeer. Amgen submits the Certificate of Craig H. Casebeer in support of this motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the defendant attempted to confer in good faith with counsel for the plaintiff in an effort to resolve or narrow the issues presented by this motion and the defendant did not receive a response prior to the time of filing.

686913_1

June 7, 2007                                          Respectfully Submitted,

                                                      AMGEN INC.,
                                                      By its attorneys,


                                                      */s/ Patricia R. Rich*
Of Counsel:                                           D. DENNIS ALLEGRETTI (BBO#545511)
                                                      MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                        PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD                                    DUANE MORRIS LLP
MONIQUE L. CORDRAY                                    470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                                     Boston, MA  02210
KIMBERLIN L. MORLEY                                   Telephone:    (857) 488-4200
ERICA S. OLSON                                        Facsimile:    (857) 488-4201
AMGEN INC.
One Amgen Center Drive                                LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789                        DAY CASEBEER
(805) 447-5000                                        MADRID & BATCHELDER LLP
                                                      20300 Stevens Creek Boulevard, Suite 400
                                                      Cupertino, CA  95014
                                                      Telephone:    (408) 873-0110
                                                      Facsimile:    (408) 873-0220

                                                      WILLIAM GAEDE III (*pro hac vice*)
                                                      McDERMOTT WILL & EMERY
                                                      3150 Porter Drive
                                                      Palo Alto, CA 94304
                                                      Telephone:    (650) 813-5000
                                                      Facsimile:    (650) 813-5100

                                                      KEVIN M. FLOWERS (*pro hac vice*)
                                                      MARSHALL, GERSTEIN & BORUN LLP
                                                      233 South Wacker Drive
                                                      6300 Sears Tower
                                                      Chicago IL 60606
                                                      Telephone:    (312) 474-6300
                                                      Facsimile:    (312) 474-0448

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing and paper copies will be sent to those indicated as non-registered participants on June 7, 2007.

                                                */s/ Patricia R. Rich*
                                                Patricia R. Rich