# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3

I, Craig H. Casebeer, certify as follows:

1.  I am a member of the law firm Day Casebeer Madrid & Batchelder, LLP, and maintain my principal office in the firm's Cupertino, California office, which is located at 20300 Stevens Creek Blvd., Suite 400, Cupertino, CA 95014, telephone number 408-873-0110.

2.  I am a member in good standing of the Bar of the State of California and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I seek to be admitted *pro hac vice* for plaintiff Amgen Inc.

I certify the foregoing is true and correct.

Dated: June 6, 2007              ____*/s/ Craig H. Casebeer*____
                                        Craig H. Casebeer