UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GMBH, )<br>and HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION No.: 05-CV-12237WGY |

**WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT
OF NONINFRINGEMENT OF THE '080 PATENT**

In light of the Joint Stipulation for Dismissal of Amgen's Claim for Declaratory Judgment of Infringement of U.S. Patent No. 5,621,080, entered by the Court on June 5, 2007 (Docket No. 461), Roche hereby withdraws its Motion for Summary Judgment of Noninfringement of the '080 Patent, filed on May 21, 2007 (Docket No. 439).

DATED:  Boston, Massachusetts
         June 8, 2007

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

 /s/ Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO # 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami (*pro hac vice*)<br>
Mark S. Popofsky (*pro hac vice*)<br>
Patricia A. Carson (*pro hac vice*)<br>
Thomas F. Fleming (*pro hac vice*)<br>
Howard S. Suh (*pro hac vice*)<br>
Peter Fratangelo (BBO# 639775)<br>
KAYE SCHOLER LLP<br>
425 Park Avenue<br>
New York, NY 10022<br>
Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Nicole A. Rizzo<br>
Nicole A. Rizzo

03099/00501   683470.1