IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED JAN 18 1994

In re PATENT APPLICATION of

LIN, Fu-kuen

Appln. No. 08/100,197

Filed: August 2, 1993

Title: PRODUCTION OF ERYTHROPOIETIN

Group Art Unit: 1804

Examiner: Stanton, B.

HAND CARRY

December 20, 1993

AMENDMENT UNDER RULE 1.116

Honorable Commissioner of
 Patents and Trademarks
Washington, D.C. 20231

Sir:

This is in response to the Final Rejection of October 5, 1993 in the above-identified application. Reconsideration of this application and entry of the following amendments are respectfully requested.

IN THE SPECIFICATION:

Page 32, line 35, substitute "Spring" for "Springs".
Page 106, line 2, delete the title in parenthesis.

A 42404

247



LIN -- Appln. No. 08/100,197

**IN THE CLAIMS:**

Claim 61, line 2, substitute --preparation-- for "composition".

Claim 62, line 1, substitute --preparation-- for "composition".

**REMARKS**

Reconsideration of this application and entry of the foregoing amendments are earnestly solicited.

The above amendments have been offered in an effort to fully respond to the points noted by the Examiner in the outstanding Official Action as more fully discussed between the undersigned and Examiner Stanton during a telephone interview on November 23, 1993.

**THE REJECTIONS**

Specifically, in the Official Action the Examiner has rejected claims 61-63 under 35 USC 101 alleging that the invention is directed to non-statutory subject matter. It is the Examiner's opinion that the claims as presented read on human blood. While Applicant respectfully disagrees, the foregoing amendments have been offered in an effort to expedite the prosecution of this case and move forward with an interference as requested herein with U.S. Patent No. 4,806,524.



LIN -- Appln. No. 08/100,197

Claims 61-63 also stand rejected under 35 USC 112, second paragraph as allegedly failing to particularly point out and claim the subject matter as set forth in a prior Official Action in the parent application. Again, while Applicant respectfully disagrees with the Examiner's reasoning, the modification of claims has been offered to remove the basis of rejection. It should be noted, however, that claim 63 by its specificity of recombinant EPO cannot possibly read on human blood. Accordingly, the rejections as to claim 63 cannot be sustained under any circumstances.

### THE SPECIFICATION

The Examiner's objection to the disclosure is believed to be mooted by the proposed corrections to pages 32 and 106.

### REQUEST FOR INTERFERENCE

Pursuant to the provisions to 37 CFR §1.607, request is hereby made that an interference be declared with all of the claims (claims 1 and 2) of U.S. Patent No. 4,806,524 (the "'524 patent") cited by the Examiner in the Official Action of February 2, 1993 of the parent application. It is requested that an interference be declared between each of the patent claims 1 and 2 and claims 61-63 of the present application. It is suggested that the proposed count be essentially the '524 claim 1 with the

3

**A 42406**   249



LIN -- Appln. No. 08/100,197

omission of the term "protein stabilizers". Thus, the count would read as follows:

### PROPOSED COUNT

An erythropoietin preparation containing one or more selected from the group consisting of bovine serum albumin, human serum albumin and gelatin.

The proposed count is identical to the '524 claim 1 with the <u>omission</u> of the immaterial phrase "protein stabilizers" which is not viewed as a limitation to the claim. This language is not in any sense viewed as patentably significant.

As will be evident, the proposed count is at least as broad as the broadest patent claim and thus consistitutes a proper basis for interference.

Claims 1 and 2 of the '524 patent and Lin claims 61-63 should be designated as corresponding to the count.

For reasons set forth in Applicant's submission of November 6, 1990 in the parent application, the claimed subject matter herein is entitled to the basis of prior applications dating back to Serial No. 561,024, filed December 13, 1983 and now abandoned.

4

**A 42407**

250

AM670114487                                                          AM-ITC 00899154