UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | 17 |

DATE MAILED:

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Watson T. Scott       (3) _____
(2) Brian R. Stanton      (4) _____

Date of interview: 11/23/93

Type: ☑ Telephonic   ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☑ No.  If yes, brief description: _____

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☑ was not reached.

Claims discussed: 61-63

Identification of prior art discussed: None

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Discussed lang. changes to cl. 61 to substitute "preparation" for "composition". Appl. will submit proposed amend. to effect language change. Appl. also indicated submission of proposed count for interference w/ US 4,806,524.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraph below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL 413 (REV 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

A 42402

AM670114482                                                        AM-ITC 00899149