UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GmbH,<br>and HOFFMANN-LA ROCHE INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No.: 05-CV-12237WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 6 TO THE DECLARATION OF KRISTA M. RYCROFT IN SUPPORT OF ROCHE'S MOTION FOR SUMMARY JUDGMENT THAT <u>CLAIM 1 OF THE '422 PATENT IS INVALID UNDER 35 U.S.C. §112</u>**

    The filing of this allegedly confidential exhibit has been deferred pursuant to the provisions of the Protective Order entered on 2/7/07 (Docket No. 274).

| | |
|---|---|
| Dated: June 11, 2007<br>Boston, Massachusetts | Respectfully submitted,<br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>*By their attorneys,*<br><br>/s/ Nicole A. Rizzo_____<br>Nicole A. Rizzo (BBO# 663853)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>nrizzo@bromsun.com |

03099/00501 684837.2