UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, )<br>and HOFFMANN-LA ROCHE INC. )<br>)<br>Defendants. )<br>) | ) CIVIL ACTION No.: 05-CV-12237WGY |

**EXHIBIT 7 TO THE DECLARATION OF KRISTA M. RYCROFT IN SUPPORT OF ROCHE'S MOTION FOR SUMMARY JUDGMENT THAT <u>CLAIM 1 OF THE '422 PATENT IS INVALID UNDER 35 U.S.C. §112</u>**

The filing of this allegedly confidential exhibit has been deferred pursuant to the provisions of the Protective Order entered on 2/7/07 (Docket No. 274).

Dated: June 11, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/ Nicole A. Rizzo_____
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

03099/00501 684838.1