**EXHIBIT 9**

247



OUTLINE OF PROCEDURES DESCRIBED IN LEE-HUANG, PROC. NATL. ACAD. SCI. (USA), 81, 2708-2712 (1984)

Renal CA Cells → Extract mRNA → Total mRNA

(1) In Vitro Translation
(2) Screen with McAB 7A7

Two Polypeptides
a. 29,000 MW
b. 15,000 MW

(1) Make cDNA
(2) Insert into pBR322
(3) Screen Colonies with McAB 7A7

3 "Positive" Clones Expressing a fusion product of unknown MW which is reactive with McAB 7A7
NOTE: No product Isolated

Sizing of cDNA inserts
(a) Ep-1 (1400 bp)*
(b) Ep-2 (600 bp)
(c) Ep-3 (200 bp)

Use cDNA clones to select total mRNA

Hybridized mRNA

In vitro translation

Assay
(1) Immunoblot
(2) Competition

4 Polypeptide Products
(a) 92,000 MW — Negative
(b) 66,000 MW — Negative
(c) 29,000 MW — Positive
(d) 15,000 MW — Positive

*"Probably close to coding size" (p. 2712)

## POTENTIAL TRANSLATION PRODUCTS OF mRNA ENCODING ERYTHROPOIETIN BASED ON SPECIFICATION TABLE VI



−27 ——————————————— +166    MW = 21,310.23

+1 ————————————— +166    MW = 18,399.11

+54 ————————— +166    MW = 12,336.27

368