UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD | ) | |
| ROCHE DIAGNOSTICS GmbH | ) | |
| and HOFFMANN-LA ROCHE INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS
TO BE FILED IN SUPPORT OF ROCHE'S MOTION FOR
SUMMARY JUDGMENT THAT CLAIM 1
OF THE '422 PATENT IS INVALID UNDER 35 U.S.C. §112**

Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH and Hoffmann-La

Roche Inc. (collectively, "Roche") hereby certify, pursuant to the Protective Order dated February

7, 2007 (Docket No. 274), that it will serve on June 12, 2007, via hand-delivery, on plaintiff

Amgen Inc.'s ("Amgen") counsel, Michael R. Gottfried, at Duane Morris LLP, and via overnight mail

to Amgen's counsel, Deborah Fishman at Day Casebeer Madrid Bachelder LLP the following Amgen

confidential documents, which will be delivered to the Court on June 12, 2007:

1. Allegedly Confidential Exhibit 6 in Support of Roche's Motion for
Summary Judgment that Claim 1 of the '422 Patent is Invalid Under 35
U.S.C. § 112;

2. Allegedly Confidential Exhibit 7 in Support of Roche's Motion for
Summary Judgment that Claim 1 of the '422 Patent is Invalid Under 35
U.S.C. § 112.

Amgen has designated these documents as confidential and accordingly, Roche hereby

submits these documents for *in camera* inspection pursuant to the Protective Order because

Amgen has not agreed to Roche's request to file the documents in the public record.    It is necessary for the Court to review these materials, as they contain important facts and admissions that are highly relevant to the present motion for summary judgment.

Pursuant to paragraph 14 of the Protective Order, Amgen has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such documents confidential and require their filing under seal.  Roche will oppose any such motion within two (2) days.

Dated:  June 11, 2007
       Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

/s/  Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Robert L. Kann (BBO# 258025)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice)*
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
Vladimir Drozdoff (*pro hac vice*)
David L. Cousineau (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Nicole A. Rizzo
Nicole A. Rizzo

03099/00501 684829.1