# United States District Court
# District of Massachusetts

AMGEN, INC.,
    Plaintiff,

v.                                    CIVIL ACTION NO. 2005-12237-WGY

F. HOFFMANN-LAROCHE LTD,
    ET AL.,
        Defendants.

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On June 12, 2007, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     \_\_X\_\_ MEDIATION
\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's and defendants' counsel participated. Representatives of the parties were present.

Attorneys representing Amgen's licensee, Johnson & Johnson, were present.

[X]  The case did not settle. Further attempts to settle the case at this time are not likely to be fruitful. The litigation should proceed in accordance with the previous directives of the trial judge.

June 12, 2007                         *Robert B. Collings*
DATE                                  ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:  Judge Young
          Rebecca Tyler, Esquire,
          Counsel for all parties.

Dockets.Justia.com