AMGEN

    V.

F. HOFFMAN - LaROCHE LTD, ET AL

                              RECEIPT

       The court has received, on June 12, 2007, from defendant Roche, documents for in camera review.

                                          Elizabeth Smith
                                          Deputy Clerk