EXHIBIT 2


Charts showing Patent Filings from Amgen's EPO Project of Early 1980's

1

Dockets.Justia.com

## Patent Filings from Amgen's EPO Project of Early 1980's





US Patent Family Map of US Patent 4703008

Map created 1 Mar 2007
Copyright IPVision, Inc. 2007, All Rights Reserved / Patents Pending
IPVision, Inc.  Cambridge, MA  617-475-6000  www.ipvisioninc.com

BROMBERG ★ SUNSTEIN LLP