UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br>Plaintiff, <br><br>vs. <br><br>F. HOFFMANN-LA ROCHE LTD; ROCHE DIAGNOSTICS GmbH; and HOFFMANN-LA ROCHE INC. <br><br>Defendants. | CIVIL ACTION No.: 05-CV-12237WGY |

**NOTICE OF FILING WITH CLERK'S OFFICE OF
EXHIBITS TO DECLARATION OF KIMBERLY J. SELUGA IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
CLAIMS OF PATENTS-IN-SUIT ARE INVALID FOR
DOUBLE PATENTING OVER AMGEN '016 PATENT**

Pursuant to CMF/ECF Administrative Procedures Rule M(6) notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

Exhibit A    U.S. Patent No. 5,441,868

Exhibit B    U.S. Patent No. 5,618,698

Exhibit C    U.S. Patent No. 5,756,349

Exhibit D    U.S. Patent No. 5,955,422

Exhibit E    U.S. Patent No. 5,547,933

Exhibit F    U.S. Patent No. 4,667,016

Exhibit G    U.S. Patent No. 4,703,008

Exhibit H    *Amgen Inc. v. Chugai Pharmaceutical Co. Ltd.*, 927 F.2d 1200, 18 U.S.P.Q.2d 1016 (Fed. Cir. 1991)

| | |
|---|---|
| Exhibit I | Brief of Senior Party Lin, Interference No. 102,097 |
| Exhibit J | *Fritsch v. Lin*, 21 U.S.P.Q.2d 1739, 1991 WL 332571 (BPAI 1991) (Interference No. 102,097) |
| Exhibit K | Excerpts of the depositions of Fu-Kuen Lin in: *Fritsch v. Lin*, at pages 205-210, 216, 217, 219, and 220, dated April 9, 1991; *Amgen v. Chugai*, at pages 107 and 108, dated August 15, 1989; and *Amgen Inc. v. F. Hoffmann-La Roche Ltd.*, at pages 62-65 and 365 to 368, dated March 28-29, 2007 |
| Exhibit L | '179 File History, Paper 33, 1/31/94 Amendment |
| Exhibit M | '178 File History, Paper 19, 1/11/90 Amendment |
| Exhibit N | Initial Expert Report of Harvey F. Lodish, Ph.D., dated August 27, 2004 |
| Exhibit O | Manual of Patent Examining Procedure § 804 (8th ed., Rev. 5, Aug. 2006) |
| Exhibit P | 35 U.S.C.A. § 116 (Thomson/West 2007) |
| Exhibit Q | '179 File History, Paper 34, 2/15/94 Office Action |
| Exhibit R | Excerpt of the deposition testimony of Dr. Julian Davies in *In the Matter of Certain Recombinant Erythropoietin* (Investigation No. 337-TA-281), at pages 523-24, dated June 21, 1988 |
| Exhibit S | Excerpt of the Expert Report of Professor Randolph Wall, at pages 36-37, 42, and 47, dated November 9, 2000 |
| Exhibit T | '178 File History, Paper 34, 12/29/93 Office Action |

| | |
|---|---|
| Dated:  June 12, 2007<br>        Boston, Massachusetts | Respectfully submitted,<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>*By their attorneys,*<br><br>/s/  Nicole A. Rizzo<br>Lee Carl Bromberg (BBO# 058480)<br>Timothy M. Murphy (BBO# 551926)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>Nicole A. Rizzo (BBO# 663853)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>nrizzo@bromsun.com<br><br>Leora Ben-Ami (*pro hac vice*)<br>Patricia A. Carson (*pro hac vice*)<br>Thomas F. Fleming (*pro hac vice*)<br>Howard S. Suh (*pro hac vice*)<br>Christopher T. Jagoe  (*pro hac vice*)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022<br>Tel. (212) 836-8000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                                        /s/  Nicole A. Rizzo
                                                                        Nicole A. Rizzo

03099/00501 681883.1