# EXHIBIT A

# Dr. Lin's Patent Family

