# EXHIBIT H-1
# Part 2 of 2

- 58 -

and 567 mU/ml for the seven day growth sample.  Estimated
monkey EPO production levels in the Example 7B expression
system were on the same order or better.

5                                        EXAMPLE 9

Culture fluids prepared according to Examples 6
and 7 were subjected to an in vitro assay for EPO acti-
vity according to the procedure of Goldwasser, et al.,
10   Endocrinology, 97, 2, pp. 315-323 (1975).  Estimated
monkey EPO values for culture fluids tested ranged from
3.2 to 4.3 U/ml.  Human EPO culture fluids were also
active in this in vitro assay and, further, this activity
could be neutralized by anti-EPO antibody.  The recom-
15   binant monkey EPO culture fluids according to Example 6
were also subjected to an assay for in vivo biological
activity according to the general procedures of Cotes, et
al., Nature, 191, pp. 1065-1067 (1961) and Hammond, et
al., Ann.N.Y.Acad.Sci., 149, pp. 516-527 (1968) and acti-
20   vity levels ranged from 0.94 to 1.24 U/ml.

EXAMPLE 10

In the previous examples, recombinant monkey or
25   human EPO material was produced from vectors used to
transfect COS-1 cells.  These vectors replicate in COS-1
cells due to the presence of SV40 T antigen within the
cell and an SV40 origin of replication on the vectors.
Though these vectors produce useful quantities of EPO in
30   COS-1 cells, expression is only transient (7 to 14 days)
due to the eventual loss of the vector.  Additionally,
only a small percentage of COS-1 became productively
transfected with the vectors.  The present example
describes expression systems employing Chinese hamster
35   ovary (CHO) DHFR⁻ cells and the selectable marker, DHFR.
[For discussion of related expression systems, see

62

- 59 -

U.S. Letters Patent No. 4,399,216 and European Patent
Applications 117058, 117059 and 117060, all published
August 29, 1984.]

CHO DHFR⁻ cells (DuX-Bll) CHO Kl cells, Urlaub,
5  et al., Proc. Nat. Acad. Sci. (U.S.A.), Vol. 77, 4461
(1980) lack the enzyme dihydrofolate reductase (DHFR) due
to mutations in the structural genes and therefore
require the presence of glycine, hypoxanthine, and thymi-
dine in the culture media.  Plasmids pDSVL-MkE (Example
10  6) or pDSVL-gHuEPO (Example 7B) were transfected along
with carrier DNA into CHO DHFR⁻ cells growing in media
containing hypoxanthine, thymidine, and glycine in 60 mm
culture plates.  Plasmid pSVgHuEPO (Example 7A) was mixed
with the plasmid pMG2 containing a mouse dihydrofolate
15  reductase gene cloned into the bacterial plasmid vector
pBR322 (per Gasser, et al., supra.) The plasmid mixture
and carrier DNA was transfected into CHO DHFR⁻ cells.
(Cells which acquire one plasmid will generally also
acquire a second plasmid).  After three days, the cells
20  were dispersed by trypsinization into several 100 mm
culture plates in media lacking hypoxanthine and thymi-
dine.  Only those cells which have been stably trans-
formed with the DHFR gene, and thereby the EPO gene,
survive in this media.  After 7-21 days, colonies of sur-
25  viving cells became apparent.  These transformant colo-
nies, after dispersion by trypsinization can be
continuously propagated in media lacking hypoxanthine and
thymidine, creating new cell strains (e.g., CHO
pDSVL-MkEPO, CHO pSVgHuEPO, CHO-pDSVL-gHuEPO).
30  Culture fluids from the above cell strains were
tested in the RIA for the presence of recombinant monkey
or human EPO.  Media for strain CHO pDSVL-MkEPO contained
EPO with immunological properties like that obtained from
COS-1 cells transfected with plasmid pDSVL-MkEPO.  A
35  representative 65 hour culture fluid contained monkey EPO
at 0.60 U/ml.

63

51

- 60 -

Culture fluids from CHO pSVgHuEPO and CHO
pDSVL-gHuEPO contained recombinant human EPO with immuno-
logical properties like that obtained with COS-1 cells
transfected with plasmid pSVgHuEPO or pDSVL-gHuEPO.  A
5    representative 3 day culture fluid from CHO pSVgHuEPO
contained 2.99 U/ml of human EPO and a 5.5 day sample
from CHO pDSVL-gHuEPO had 18.2 U/ml of human EPO as
measured by the RIA.

The quantity of EPO produced by the cell strains
10    described above can be increased by gene amplification
giving new cell strains of greater productivity.  The
enzyme dihydrofolate reductase (DHFR) which is the pro-
duct coded for by the DHFR gene can be inhibited by the
drug methotrexate (MTX).  More specifically, cells propa-
15    gated in media lacking hypoxanthine and thymidine are
inhibited or killed by MTX.  Under the appropriate con-
ditions, (e.g., minimal concentrations of MTX) cells
resistant to and able to grow in MTX can be obtained.
These cells are found to be resistent to MTX due to an
20    amplification of the number of their DHFR genes, result-
ing in increased production of DHFR enzyme.  The sur-
viving cells can, in turn, be treated with increasing
concentrations of MTX, resulting in cell strains con-
taining greater numbers of DHFR genes.  "Passenger genes"
25    (e.g., EPO) carried on the expression vector along with
the DHFR gene or transformed with the DHFR gene are fre-
quently found also to be increased in their gene copy
number.

As examples of practice of this amplification
30    system, cell strain CHO pDSVL-MkE was subjected to
increasing MTX concentrations (0 nM, 30 nM and 100 nM).
Representative 65-hour culture media samples from each
amplification step were assayed by RIA and determined to
contain 0.60, 2.45 and 6.10 U/ml, respectively.  Cell
35    strain CHO pDSVL-gHuEPO was subjected to a series of
increasing MTX concentrations of 30 nM, 50 nM, 100 nM,

64

52

- 61 -

200 nM, 1 µM, and 5 µM MTX.  A representative 3-day
culture media sample from the 100 nM MTX step contained
human EPO at 3089 ± 129 u/ml as judged by RIA.
Representative 48 hour cultural medium samples from the
100 nM and 1 µM MTX steps contained, respectively, human
EPO at 466 and 1352 U/ml as judged by RIA (average of
triplicate assays).  In these procedures, 1 x $10^6$ cells
were plated in 5 ml of media in 60 mm culture dishes.
Twenty-four hours later the media were removed and
10  replaced with 5 ml of serum-free media (high glucose DMEM
supplemented with 0.1 mM non-essential amino acids and
L-glutamine).  EPO was allowed to accumulate for 48 hours
in the serum-free media.  The media was collected for RIA
assay and the cells were trypsinized and counted.  The
15  average RIA values of 467 U/ml and 1352 U/ml for cells
grown at 100 nM and 1 µM MTX, respectively, provided
actual yields of 2335 U/plate and 6750 U/plate.  The
average cell numbers per plate were 1.94 x $10^6$ and
3.12 x $10^6$ cells, respectively.  The effective production
20  rates for these culture conditions were thus 1264 and
2167 U/$10^6$ cells/48 hours.

The cells in the cultures described immediately
above are a genetically heterogeneous population.
Standard screening procedures are being employed in an
25  attempt to isolate genetically hemogeneous clones with
the highest production capacity.  See, Section A, Part 2,
of "Points to Consider in the Characterization of Cell
Lines Used to Produce Biologics", June 1, 1984, Office of
Biologics Research Review, Center for Drugs and
30  Biologics, U.S. Food and Drug Administration.

The productivity of the EPO producing CHO cell
lines described above can be improved by appropriate cell
culture techniques.  The propagation of mammalian cells
in culture generally requires the presence of serum in
35  the growth media.  A method for production of erythro-
poietin from CHO cells in media that does not contain

**65**

AM670167686                                                    AM-ITC 00952353

- 62 -

serum greatly facilitates the purification of erythro-
poietin from the culture medium.  The method described
below is capable of economically producing erythropoietin
in serum-free media in large quantities sufficient for
5  production.

Strain CHO pDSVL-gHuEPO cells, grown in standard
cell culture conditions, are used to seed spinner cell
culture flasks.  The cells are propagated as a suspension
cell line in the spinner cell culture flask in media con-
10 sisting of a 50-50 mixture of high glucose DMEM and Ham's
F12 supplemented with 5% fetal calf serum, L-gluta-
mine, Penicillin and Streptomycin, 0.05 mM non-essential
amino acids and the appropriate concentration of metho-
trexate.  Suspension cell culture allows the EPO-produc-
15 ing CHO cells to be expanded easily to large volumes.
CHO cells, grown in suspension, are used to seed roller
bottles at an initial seeding density of 1.5 x $10^7$ viable
cells per 850 $cm^2$ roller bottle in 200 ml of media.  The
cells are allowed to grow to confluency as an adherent
20 cell line over a three-day period.  The media used for
this phase of the growth is the same as used for growth
in suspension.  At the end of the three-day growth
period, the serum containing media is removed and
replaced with 100 ml of serum-free media; 50-50 mixture
25 of high glucose DMEM and Ham's F12 supplemented with 0.05
mM non-essential amino acids and L-glutamine.  The
roller bottles are returned to the roller bottle incuba-
tor for a period of 1-3 hours and the media again is
removed and replaced with 100 ml of fresh serum-free
30 media.  The 1-3 hour incubation of the serum-free media
reduces the concentration of contaminating serum pro-
teins.  The roller bottles are returned to the incubator
for seven days during which erythropoietin accumulates in
the serum-free culture media.  At the end of the seven
35 day production phase, the conditioned media is removed
and replaced with fresh serum-free medium for a second

66

54

AM670167687                                    AM-ITC 00952354

- 63 -

production cycle.  As an example of the practice of this
production system, a representative seven-day, serum-free
media sample contained human erythropoietin at 3892±409
U/ml as judged by the RIA.  Based on an estimated cell
density of 0.9 to 1.8 x $10^5$ cells/$cm^2$, each 850
$cm^2$ roller bottle contained from 0.75 to 1.5 x $10^8$ cells
and thus the rate of production of EPO in the 7-day, 100
ml culture was 750 to 1470 U/$10^6$ cells/48 hours.

Culture fluids from cell strain CHO pDSVL-MkEPO
10    carried in 10 nM MTX were subjected to RIA in vitro and
in vivo EPO activity assays.  The conditioned media
sample contained 41.2 ± 1.4 U/ml of MkEPO as measured by
the RIA, 41.2 ± 0.064 U/ml as measured by the in vitro
biological activity assay and 42.5 ± 5 U/ml as measured
15    by the in vivo biological activity assay.  Amino acid
sequencing of polypeptide products revealed the presence
of EPO products, a principle species having 3 residues of
the "leader" sequence adjacent the putative amino ter-
minal alanine.  Whether this is the result of incorrect
20    membranc processing of the polypeptide in CHO cells or
reflects a difference in structure of the amino terminus
of monkey EPO vis-a-vis human EPO, is presently unknown.

Culture fluids from cell strain CHO pDSVL-gHuEPO
were subjected to the three assays.  A 5.5 day sample
25    contained recombinant human EPO in the media at a level
of 18.2 U/ml by RIA assay, 15.8 ± 4.6 U/ml by in vitro
assay and 16.8 ± 3.0 U/ml by in vivo assay.

Culture fluid from CHO pDSVL-gHuEPO cells pre-
pared amplified by stepwise 100 nM MTX were subjected to
30    the three assays.  A 3.0 day sample contained recombinant
human EPO at a level of 3089 ± 129 U/ml by RIA, 2589 ±
71.5 U/ml by in vitro assay, and 2040 ± 160 U/ml by in
vivo assay.  Amino acid sequencing of this product
reveals an amino terminal corresponding to that
35    designated in Figure 6.

Cell conditioned media from CHO cells trans-
fected with plasmid pDSVL-MkE in 10 nM MTX were pooled,

67

AM670167688                                    AM-ITC 00952355

- 64 -

and the MTX dialyzed out over several days, resulting in
35 media with an EPO activity of 221 ± 5.1 U/ml (EPO-CCM).
To determine the <u>in vivo</u> effect of the EPO-CCM upon hema-
tocrit levels in normal Balb/C mice, the following
5 experiment was conducted.  Cell conditioned media from
untransfected CHO cells (CCM) and EPO-CCM were adjusted
with PBS.  CCM was used for the control group (3 mice)
13 and two dose levels of EPO-CCM -- 4 units per injection
13 and 44 units per injection -- were employed for the
10 experimental groups (2 mice/group).  Over the course of 5
weeks, the seven mice were injected intraperitoneally, 3
times per week.  After the eighth injection, average
hematocrit values for the control group were determined
to be 50.4%; for the 4U group, 55.1%; and, for the 44U
15 group, 67.9%.

Mammalian cell expression products may be
readily recovered in substantially purified form from
culture media using HPLC ($C_4$) employing an ethanol gra-
dient, preferably at pH7.

20        A preliminary attempt was made to characterize
recombinant glycoprotein products from conditioned medium of
COS-1 and CHO cell expression of the human EPO gene in
comparison to human urinary EPO isolates using both
Western blot analysis and SDS-PAGE.  These studies indi-
25 cated that the CHO-produced EPO material had a somewhat
higher molecular weight than the COS-1 expression product
which, in turn, was slightly larger than the pooled
source human urinary extract.  All products were somewhat
heterogeneous.  Neuraminidase enzyme treatment to remove
30 sialic acid resulted in COS-1 and CHO recombinent pro-
ducts of approximately equal molecular weight which were
both nonetheless larger than the resulting asialo human
urinary extract.  Endoglycosidase F enzyme (EC 3.2.1)
treatment of the recombinant CHO product and the urinary
35 extract product (to totally remove carbohydrate from

68

- 65 -

both) resulted in substantially homogeneous products
having essentially identical molecular weight charac-
teristics.

Purified human urinary EPO and a recombinant,
5   CHO cell-produced, EPO according to the invention were
subjected to carbohydrate analysis according to the pro-
cedure of Ledeen, et al. Methods in Enzymology,
83(Part D), 139-191 (1982) as modified through use of the
hydrolysis procedures of Nesser, et al., Anal.Biochem.,
10   142, 58-67 (1984). Experimentally determined car-
bohydrate constitution values (expressed as molar ratios
of carbohydrate in the product) for the urinary isolate
were as follows: Hexoses, 1.73; N-acetylglucosamine, 1;
N-acetylneuraminic acid, 0.93; Fucose, 0; and N-acetyl-
15   galactosamine, 0. Corresponding values for the recom-
binant product (derived from CHO pDSVL-gHuEPO 3-day
culture media at 100 nM MTX) were as follows: Hexoses,
15.09; N-acetylglucosamine, 1; N-acetylneuraminic acid,
0.998; Fucose, 0; and N-acetylgalactosamine, 0. These
20   findings are consistent with the Western blot and
SDS-PAGE analysis described above.

Glycoprotein products provided by the present
invention are thus comprehensive of products having a
primary structural conformation sufficiently duplicative
25   of that of a naturally-occurring erythropoietin to allow
possession of one or more of the biological properties
thereof and having an average carbohydrate composition
which differs from that of naturally-occurring erythro-
poietin.

30                    EXAMPLE 11

The present example relates to the total manu-
facture by assembly of nucleotide bases of two structural
genes encoding the human species EPO sequence of Table VI
35   and incorporating, respectively "preferred" codons for
expression in E.coli and yeast (S.cerevisiae) cells.

69

- 66 -

Also described is the construction of genes encoding ana-
logs of human EPO.  Briefly stated, the protocol employed
was generally as set out in the previously noted disclo-
sure of Alton, et al. (WO 83/04053).  The genes were
5  designed for initial assembly of component oligonucleoti-
des into multiple duplexes which, in turn, were assembled
into three discrete sections.  These sections were
designed for ready amplification and, upon removal from
the amplification system, could be assembled sequentially
10  or through a multiple fragment ligation in a suitable
expression vector. Figures 10 through 15 and 7
~~Tables VIII through XIV below~~ illustrate the
design and assembly of a manufactured gene encoding a
human EPO translation product lacking any leader or pre-
15  sequence but including an initial methionine residue at
position -1.  Moreover, the gene incorporated in
substantial part E.coli preference codons and the
construction was therefore referred to as the "ECEPO"
gene.

20

25

30

70

35

AM670167691                                      AM-ITC 00952358

- 67 -

TABLE VIII

ECEPO SECTION 1 OLIGONUCLEOTIDES

1. AATTCTAGAAACCATGAGGGTAATAAAATA

2. CCATTATTTTATTACCCTCATGGTTTCTAG

3. ATGGCTCCGCCGCGTCTGATCTGCGAC

4. CTCGAGTCGCAGATCAGACGCGGCGGAG

5. TCGAGAGTTCTGGAACGTTACCTGCTG

6. CTTCCAGCAGGTAACGTTCCAGAACT

7. GAAGCTAAAGAAGCTGAAAACATC

8. GTGGTGATGTTTTCAGCTTCTTTAG

9. ACCACTGGTTGTGCTGAAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

TABLE IX

ECEPO SECTION 1

```
       XbaI                        1                        3
EcoRI
AATTCTAG AAACCATGAG CGTAATAAAA TAATGGCTCC GCCGCGTCTG
     GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                        2                                4

ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
             5                        6

            7               9                       11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
             8               10

     KpnI  /BamHI
TTACGGTACC G
AATGCCATGG /CCTAG
      12
```

71

AM670167692                                              AM-ITC 00952359

- 68 -

TABLE X
ECEPO SECTION 2 OLIGONUCLEOTIDES

1. AATTCGGTACCAGACACCAACGT

2. GTTAACCTTGGTGTCTGGTACCG

5  3. TAACTTCTACGCTTGGAAACGTAT

4. TTCCATACGTTTCCAAGCGTAGAA

5. GGAAGTTGGTCAACAAGCAGTTGAAGT

6. CCAAACTTCAACTGCTTGTTGACCAAC

7. TTGGCAGGGTCTGGCACTGCTGAGCG

10  8. GCCTCGCTCAGCAGTGCCAGACCCTG

9. AGGCTGTACTGCGTGGCCAGGCA

10. GCAGTGCCTGGCCACGCAGTACA

11. CTGCTGGTAAACTCCTCTCAGCCGT

12. TTCCGACGGCTGAGAGGAGTTTACCA

15  13. GGGAACCGCTGCAGCTGCATGTTGAC

14. GCTTTGTCAACATGCAGCTGCAGCGG

15. AAAGCAGTATCTGGCCTGAGATCTG

16. GATCCAGATCTCAGGCCAGATACT

20

25

72

AM670167693                                           AM-ITC 00952360

- 69 -





TABLE XI

ECEPO SECTION 2

AM670167694

AM-ITC 00952361

- 70 -

TABLE XII

ECEPO SECTION 3

    1.    GATCCAGATCTCTGACTACTCTGC

5   2.    ACGCAGCAGAGTAGTCAGAGATCTG

    3.    TGCGTGCTCTGGGTGCACAGAAAGAGG

    4.    GATAGCCTCTTTCTGTGCACCCAGAGC

    5.    CTATCTCTCCGCCGGATGCTGCATCT

    6.    CAGCAGATGCAGCATCCGGCGGAGA

10  7.    GCTGCACCGCTGCATACCATCACTG

    8.    ATCAGCAGTGATGGTACGCAGCGGTG

    9.    CTGATACCTTCCGCAAACTGTTTCG

    10.   ATACACGAAACAGTTTGCGGAAGGT

    11.   TGTATACTCTAACTTCCTGCGTGGTA

15  12.   CAGTTTACCACGCAGGAAGTTAGAGT

    13.   AACTGAAACTGTATACTGGCGAAGC

    14.   GGCATGCTTCGCCAGTATACAGTTT

    15.   ATGCCGTACTGGTGACCGCTAATAG

    16.   TCGACTATTAGCGGTCACCAGTAC

20

25

AM670167695                                      AM-ITC 00952362

- 71 -

TABLE XIII

ECEPO SECTION 3

BamHI BglII
GA TCCAGATCTCTG
    GTCTAGAGAC
5

```
         1                    3                                5
ACTACTCTGC  TGCGTGCTCT  GGGTGCACAG  AAAGAGGCTA  TCTCTCCGCC
TGATGAGACG  ACGCACGAGA  CCCACGTGTC  TTTCTCCGAT  AGAGAGGCGG
     2                        4

                           7                        9
GGATGCTGCA  TCTGCTGCAC  CGCTGCGTAC  CATCACTGCT  GATACCTTCC
CCTACGACGT  AGACGACGTG  GCGACGCATG  GTAGTGACGA  CTATGGAAGG
10   6                        8

                          11                           13
GCAAACTGTT  TCCGTGTATAC  TCTAACTTCC  TGCGTGGTAA  ACTGAAACTG
CGTTTGACAA  AGCACATATG   AGATTGAAGG  ACGCACCATT  TGACTTTGAC
    10                        12

                          15                    SalI
TATACTGGCG  AAGCATGCCG  TACTGGTGAC  CGCTAATAG
ATATGACCGC  TTCGTACGGC  ATGACCACTG  GCGATTATC   AGCT
15  14                        16
```

20

25

AM670167696

AM-ITC 00952363

- 72 -

TABLE XIV

ECEPO GENE

```
                                               -1  1
                                               MetAla
       XbaI
       CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
            TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
    5

       ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
       TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG

       TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
       ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT

       TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
    10 AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT

       GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
       CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT

       GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
    15 CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC

       AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
       TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC

       ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
       TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG

       GGATGCTGCA TCTGCGTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
    20 CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG

       GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
       CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                                      SalI
       TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
    25 ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

76

- 73 -

More particularly, ~~Table VIII~~ *Figure 10* illustrates oligo-
nucleotides employed to generate the Section 1 of the
ECEPO gene encoding amino terminal residues of the human
species polypeptide.  Oligonucleotides were assembled
into duplexes (1 and 2, 3 and 4, etc.) and the duplexes
were then ligated to provide ECEPO Section 1 as in ~~Table~~ *Figure 11*
~~IX~~.  Note that the assembled section includes respective
terminal EcoRI and BamHI sticky ends, that "downstream"
of the EcoRI sticky end is a XbaI restriction enzyme
recognition site; and that "upstream" of the BamHI sticky
end is a KpnI recognition site.  Section 1 could readily
be amplified using the M13 phage vector employed for
verification of sequence of the section.  Some dif-
ficulties were encountered in isolating the section as an
XbaI/KpnI fragment from RF DNA generated in E.coli,
likely due to methylation of the KpnI recognition site
bases within the host.  Single-stranded phage DNA was
therefore isolated and rendered into double-stranded form
in vitro by primer extension and the desired double-
stranded fragment was thereafter readily isolated.
ECEPO gene Sections 2 and 3 (~~Tables XI and XIII~~ *Figures 13 and 15*)
were constructed in a similar manner from the oligo-
nucleotides of ~~Tables X and XII~~ *Figures 12 and 14*, respectively.  Each
section was amplified in the M13 vector employed for
sequence verification and was isolated from phage DNA.
As is apparent from ~~Table XI~~ *Figure 13*, ECEPO Section 2 was con-
structed with EcoRI and BamHI sticky ends and could be
isolated as a KpnI/BglII fragment.  Similarly, ECEPO
Section 3 was prepared with BamHI and SalI sticky ends
and could be isolated from phage RF DNA as a BglII/SalI
fragment.  The three sections thus prepared can readily
be assembled into a continuous DNA sequence (~~Table XIV~~ *duplicated as figure 7* *Figure 7*)
encoding the entire human species EPO polypeptide with an
amino terminal methionine codon (ATG) for E.coli transla-
tion initiation.  Note also that "upstream" of the ini-
tial ATG is a series of base pairs substantially

77·

59

AM670167698                                            AM-ITC 00952365

- 74 -

duplicating the ribosome binding site sequence of the highly expressed OMP-f gene of E.coli.

Any suitable expression vector may be employed to carry the ECEPO. The particular vector chosen for

5 expression of the ECEPO gene as the "temperature sensitive" plasmid pCFM536 -- a derivative of plasmid pCFM414 (A.T.C.C. 40076) -- as described in co-pending U.S. Patent Application Serial No. 636,727, filed August 6, 1984 (Published EPO application No. 136,490) by Charles F. Morris. More specifically,

10 pCFM536 was digested with XbaI and HindIII; the large fragment was isolated and employed in a two-part ligation with the ECEPO gene. Sections 1 (XbaI/KpnI), 2 (KpnI/BglII) and 3 (BglII/SalI) had previously been assembled in the correct order in M13 and the EPO gene

15 was isolated therefrom as a single XbaI/HindIII fragment. This fragment included a portion of the polylinker from M13 mp9 phage spanning the SalI to HindIII sites therein. Control of expression in the resulting expression plasmid, p536, was by means of a lambda $P_L$ promoter,

20 which itself may be under control of the $C_{I857}$ repressor gene (such as provided in E.coli strain K12ΔHtrp).

The manufactured ECEPO gene above may be variously modified to encode erythropoietin analogs such as [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO and [His$^7$]hEPO, as

25 described below.

A. [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO

Plasmid 536 carrying the ECEPO manufactured gene of Figure 7 as a XbaI to HindIII insert was digested

30 with HindIII and XhoI. The latter endonuclease cuts the ECEPO gene at a unique, 6 base pair recognition site spanning the last base of the codon encoding Asp$^8$ through the second base of the Arg$^{10}$ codon. A XbaI/XhoI "linker" sequence was manufactured having the following sequence:

35

78

AM670167699                                          AM-ITC 00952366

- 75 -

T0610X

```
        XbaI         +1   2   7   8   9
                    Met Ala Asn Cys Asp         XhoI
             5'-CTAG ATG GCT AAT TGC GAC-3'
             3'-TAC CGA TTA ACG CTG AGCT-5'
```

The XbaI/XhoI linker and the XhoI/HindIII ECEPO

5  gene sequence fragment were inserted into the large

fragment resulting from XbaI and HindIII digestion of

plasmid pCFM526 -- a derivative of plasmid pCFM414

(A.T.C.C. 40076) -- as described in co-pending

U.S. Patent Application Serial No. 636,727, filed August

10  6, 1984, by Charles F. Morris, to generate a plasmid-

borne DNA sequence encoding E.coli expression of the

$Met^{-1}$ form of the desired analog.

B.  [$His^7$]hEPO

15  Plasmid 536 was digested with HindIII and XhoI

as in part A above.  A XbaI/XhoI linker was manufactured

having the following sequence:

T0611X

```
        XbaI         +1   2   3   4   5   6   7   8   9       XhoI
                    Met Ala Pro Pro Arg Leu Ile His Asp
20  5'-CTAG ATG GCT CCG CCA CGT CTG ATC CAT GAC-3'
             3'-TAC CGA GGC GGT GCA GAC TAG GTA CTG  AGCT-5'
```

The linker and the XhoI/HindIII ECEPO sequence

fragment were then inserted into pCFM526 to generate a

plasmid-borne DNA sequence encoding E.coli expression of

the $Met^{-1}$ form of the desired analog.

Construction of a manufactured gene ("SCEPO")

incorporating yeast preference codons is as described in

the following Figures 16 through 21 and 8. As was the case

with the ECEPO gene, the entire construction involved

30  formation of three sets of oligonucleotides (Figures 16, 18 and 20) which were formed into duplexes and

assembled into sections (Figures 17, 19 and 21).  Note

that synthesis was facilitated in part by use of some

sub-optimal codons in both the SCEPO and ECEPO construc-

35

79

AM670167700                                    AM-ITC 00952367

– 76 –

tions, i.e., oligonucleotides 7-12 of Section 1 of both
genes were identical, as were oligonucleotides 1-6 of
Section 2 in each gene.

5

10

15

20

25

80

30

- 77 -

## TABLE XV

### SCEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCAAGCTTGGATAAAAGAGCT

5  2.  GTGGAGCTCTTTTATCCAAGCTTG

3.  CCACCAAGATTGATCTGTGACTC

4.  TCTCGAGTCACAGATCAATCTTG

5.  GAGAGTTTTGGAAAGATACTTGTTG

6.  CTTCCAACAAGTATCTTTCCAAAAC

10  7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGGTGAACACTGTTC

10.  CAAAGAACAGTGTTCAGCACAACCA

11.  TTTGAACGAAACATTACGGTACCG

15  12.  GATCCGGTACCGTAATGTTTTCGTT

## TABLE XVI

### SCEPO SECTION 1

EcoRI  HindIII  1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
       2

20

AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
            3                              4

    5                         7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
    6                         8

25

    9              11        KpnI     BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
    10                        12

81

- 78 -

TABLE XVII

SCEPO SECTION 2 OLIGONUCLEOTIDES

| | | |
|---|---|---|
| | 1. | AATTCGGTACCAGACACCAAGGT |
| 5 | 2. | GTTAACCTTGGTGTCTGGTACCG |
| | 3. | TAACTTCTACGCTTGGAAACGTAT |
| | 4. | TTCCATACGTTTCCAAGCGTAGAA |
| | 5. | GGAAGTTGGTCAACAAGCAGTTGAAGT |
| | 6. | CCAAACTTCAACTGCTTGTTGACCAAC |
| 10 | 7. | TTGGCAAGGTTTCGCCTTGTTATCTG |
| | 8. | GCTTCAGATAACAAGGCCAAACCTTG |
| | 9. | AAGCTGTTTTCAGAGGTCAAGCCT |
| | 10. | AACAAGGCTTGACCTCTCAAAACA |
| | 11. | TGTTGGTTAACTCTTCTCAACCATGGG |
| 15 | 12. | TGGTTCCCATGGTTGAGAAGAGTTAACC |
| | 13. | AACCATTGCAATTGCACGTCGAT |
| | 14. | CTTTATCGACGTGCAATTGCAA |
| | 15. | AAAGCCGTCTCTGGTTTGAGATCTG |
| | 16. | GATCCAGATCTCAAACCAGAGACGG |

20

25

82

- 79 -

TABLE XVII

SCEPO SECTION 2

```
         KpnI
EcoRI     1
     A ATTCGGTACC AGACACCAAG
  5       GCCATGG TCTGTGGTTC
                  2

          3                 5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
          4                                6

          7                  9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
10 TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
                  8                            10

          11                13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
                  12                          14

          15       BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
15 CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
                  16
```

20

25

AM670167704    AM-ITC 00952371

- 80 -

TABLE XIX

SCEPO SECTION 3 OLIGONUCLEOTIDES

|     |     |                                      |
|-----|-----|--------------------------------------|
|     | 1.  | GATCCAGATCTTTGACTACTTTGTT            |
| 5   | 2.  | TCTCAACAAAGTAGTCAAAGATCTG            |
|     | 3.  | GAGAGCTTTGGGTGCTCAAAAGGAAG           |
|     | 4.  | ATGGCTTCCTTTTGAGCACCCAAAGC           |
|     | 5.  | CCATTTCCCCACCAGACGCTGCTT             |
|     | 6.  | GCAGAAGCAGCGTCTGGTGGGGAA             |
| 10  | 7.  | CTGCCGCTCCATTGAGAACCATC              |
|     | 8.  | CAGTGATGGTTCTCAATGGAGCG              |
|     | 9.  | ACTGCTGATACGTTCAGAAAGTT              |
|     | 10. | GAATAACTTTCTGAAGGTATCAG              |
|     | 11. | ATTCAGAGTTTACTCCAACTTCT              |
| 15  | 12. | CTCAAGAAGTTGGAGTAAACTCT              |
|     | 13. | TGAGAGGTAAATTGAAGTTGTACAC            |
|     | 14. | ACCGGTGTACAACTTCAATTTACCT            |
|     | 15. | CGGTGAAGCCTGTAGAACTGGT               |
|     | 16. | CTGTCACCAGTTCTACAGGCTTC              |
| 20  | 17. | GACAGATAAGCCCGACTGATAA               |
|     | 18. | GTTGTTATCAGTCGGGCTTAT                |
|     | 19. | CAACAGTGTAGATGTAACAAAG               |
|     | 20. | TCGACTTTGTTACATCTACACT               |
| 25  |     |                                      |

AM670167705                                                    AM-ITC 00952372

- 81 -

TABLE XX

SCEPO SECTION 3

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
5                  2

       3                           5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
       4                           6

       7              9                      11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
10        8              10                      12

                       13                      15
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                       14                      16

              17            19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
15               18

              SalI
ATGTAACAAA G
TACATTGTTT CAGCT
20
```

20

25

AM670167706                                      AM-ITC 00952373

- 82 -

TABLE XXI

SCEPO GENE

```
             -1 +1
            ArgAla
HindIII
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
     ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
5

GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
10

AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

CCTTGTTGGT TAACTCTTCT GAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA CTTGGTACCC TTGGTAACGT TAACGTGCAG
15

GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG

CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
20

TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
25
                SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

86

- 83 -

The assembled SCEPO sections were sequenced in
M13 and Sections 1, 2 and 3 were isolatable from the
phage as HindIII/KpnI, KpnI/BglII, and BglII/SalI frag-
ments.

5       The presently preferred expression system for
SCEPO gene products is a secretion system based on
S.cerevisiae α-factor secretion, as described in co-
pending U.S. Patent Application Serial No. 487,753, filed
April 22, 1983, by Grant A. Bitter, published October 31,
10  1984 as European Patent Application 0 123,294. Briefly
put, the system involves constructions wherein DNA
encoding the leader sequence of the yeast α-factor gene
product is positioned immediately 5' to the coding region
of the exogenous gene to be expressed. As a result, the
15  gene product translated includes a leader or signal
sequence which is "processed off" by an endogenous yeast
enzyme in the course of secretion of the remainder of the
product. Because the construction makes use of the α-
factor translation initiation (ATG) codon, there was no
20  need to provide such a codon at the -1 position of the
SCEPO gene. As may be noted from Table XXI, the alanine
(+1) encoding sequence is preceded by a linker sequence
allowing for direct insertion into a plasmid including
the DNA for the first 80 residues of the α-factor leader
25  following the α-factor promoter. The specific preferred
construction for SCEPO gene expression involved a four
part ligation including the above-noted SCEPO section
fragments and the large fragment of HindIII/SalI
digestion of plasmid pαC3. From the resulting plasmid
30  pαC3/SCEPO, the α-factor promoter and leader sequence and
SCEPO gene were isolated by digestion with BamHI and
ligated into BamHI digested plasmid pYE to form
expression plasmid pYE/SCEPO.

35              EXAMPLE 12

The present example relates to expression of

87

- 84 -

recombinant products of the manufactured ECEPO and SCEPO genes within the expression systems of Example 11.

In use of the expression system designed for use of E.coli host cells, plasmid p536 of Example 11 was

5  transformed into AM7 E.coli cells previously transformed with a suitable plasmid, pMW1, harboring a $C_{I857}$ gene. Cultures of cells in LB broth (Ampicillin 50 μg/ml and kanamycin 5 μg/ml, preferably with 10 mM $MgSO_4$) were

10  maintained at 28°C and upon growth of cells in culture to $O.D._{600}$ = 0.1, EPO expression was induced by raising the culture temperature to 42°C. Cells grown to about 40 O.D. provided EPO production (as estimated by gel) of about 5 mg/OD liter.

Cells were harvested, lysed, broken with French

15  Press (10,000 psi) and treated with lysozyme and NP-40 detergent. The pellet resulting from 24,000 xg centrifugation was solubilized with guanidine HCl and subjected to further purification in a single step by means of $C_4$ (Vydac) Reverse Phase HPLC (EtOH, 0-80%, 50 mM $NH_4Ac$,

20  pH 4.5). Protein sequencing revealed the product to be greater than 95% pure and the products obtained revealed two different amino terminals, A-P-P-R... and P-P-R... in a relative quantitative ratio of about 3 to 1. This latter observation of hEPO and [des Ala[1]]hEPO products

25  indicates that amino terminal "processing" within the host cells serves to remove the terminal methionine and in some instances the initial alanine. Radioimmunoassay activity for the isolates was at a level of 150,000 to 160,000 U/mg; in vitro assay activity was at a level of

30  30,000 to 62,000 U/mg; and in vivo assay activity ranged from about 120 to 720 U/mg. (Cf., human urinary isolate standard of 70,000 U/mg in each assay.) The dose response curve for the recombinant product in the in vivo assay differed markedly from that of the human urinary EPO

35  standard.

88

64

- 85 -

The EPO analog plasmids formed in parts A and B
of Example 11 were each transformed into pMW1-transformed
AM7 E.coli cells and the cells were cultured as above.
Purified isolates were tested in both RIA and in vitro
assays. RIA and in vitro assay values for [Asn$^2$,
des-Pro$^2$ through Ile$^6$]hEPO expression products were
approximately 11,000 U/mg and 6,000 U/mg protein, respec-
tively, while the assay values for [His$^7$]hEPO were about
41,000 U/mg and 14,000 U/mg protein, respectively, indi-
cating that the analog products were from one-fourth to
one-tenth as "active" as the "parent" expression product
in the assays.

In the expression system designed for use of
S.cerevisiae host cells, plasmid pYE/SCEPO was trans-
formed into two different strains, YSDP4 (genotype α
pep4-3 trp1) and RK81 (genotype αα pep4-3 trp1).
Transformed YSDP4 hosts were grown in SD medium (Methods
in Yeast Genetics, Cold Spring Harbor Laboratory, Cold
Spring Harbor, N.Y., p. 62 (1983) supplemented with casa-
mino acids at 0.5%, pH 6.5 at 30°C. Media harvested when
the cells had been grown to 36 O.D. contained EPO pro-
ducts at levels of about 244 U/ml (97 μg/OD liter by
RIA). Transformed RK81 cells grown to either 6.5 O.D. or
60 O.D. provided media with EPO concentrations of about
80-90 U/ml (34 μg/OD liter by RIA). Preliminary analyses
reveal significant heterogeneity in products produced by
the expression system, likely to be due to variations in
glycosylation of proteins expressed, and relatively high
mannose content of the associated carbohydrate.

Plasmids PαC3 and pYE in HB101 E.coli cells were
deposited in accordance with the Rules of Practice of the
U.S. Patent Office on September 27, 1984, with the
American Type Culture Collection, 12301 Parklawn Drive,
Rockville, Maryland, under deposit numbers A.T.C.C. 39881
and A.T.C.C. 39882, respectively. Plasmids pCFM526 in
AM7 cells, pCFM536 in JM103 cells, and pMW1 in JM103

89

- 86 -

cells were likewise deposited on November 21, 1984 as
A.T.C.C. 33957, 33955, and 33953, respectively.
Saccharomyces cerevisiae strains YSPD4 and RK81 were
deposited on November 21, 1984 as A.T.C.C. 20734 and
5    20733, respectively.      .

It should be readily apparent from consideration
of the above illustrative examples that numerous excep-
tionally valuable products and processes are provided by
the present invention in its many aspects.

10    Polypeptides provided by the invention are
conspicuously useful materials, whether they are micro-
bially expressed products or synthetic products, the pri-
mary, secondary or tertiary structural conformation of
which was first made known by the present invention.

15    As previously indicated, recombinant-produced
and synthetic products of the invention share, to varying
degrees, the in vitro biological activity of EPO isolates
from natural sources and consequently are projected to
have utility as substitutes for EPO isolates in culture

20    media employed for growth of erythropoietic cells in
culture.  Similarly, to the extent that polypeptide pro-
ducts of the invention share the in vivo activity of
natural EPO isolates they are conspicuously suitable for
use in erythropoietin therapy procedures practiced on

25    mammals, including humans, to develop any or all of the
effects herefore attributed in vivo to EPO, e.g., stimu-
lation of reticulocyte response, development of ferroki-
netic effects (such as plasma iron turnover effects and
marrow transit time effects), erythrocyte mass changes,

30    stimulation of hemoglobin C synthesis (see, Eschbach, et
al., supra) and, as indicated in Example 10, increasing
hematocrit levels in mammals.  Included within the class
of humans treatable with products of the invention are
patients generally requiring blood transfusions and

35    including trauma victims, surgical patients, renal
disease patients including dialysis patients, and

90

- 87 -

patients with a variety of blood composition affecting
disorders, such as hemophilia, sickle cell disease, phy-
siologic anemias, and the like. The minimization of the
need for transfusion therapy through use of EPO therapy
5 can be expected to result in reduced transmission of
infectious agents. Products of the invention, by virtue
of their production by recombinant methods, are expected
to be free of pyrogens, natural inhibitory substances,
and the like, and are thus likely to provide enhanced
10 overall effectiveness in therapeutic processes vis-a-vis
naturally derived products. Erythropoietin therapy with
products of the present invention is also expected to be
useful in the enhancement of oxygen carrying capacity of
individuals encountering hypoxic environmental conditions
15 and possibly in providing beneficial cardiovascular
effects.

A preferred method for administration of poly-
peptide products of the invention is by parenteral (e.g.,
IV, IM, SC, or IP) routes and the compositions admi-
20 nistered would ordinarily include therapeutically
effective amounts of product in combination with accep-
table diluents, carriers and/or adjuvants. Preliminary
pharmacokinetic studies indicate a longer half-life in
vivo for monkey EPO products when administered IM rather
25 than IV. Effective dosages are expected to vary substan-
tially depending upon the condition treated but thera-
peutic doses are presently expected to be in the range of
0.1 (~7U) to 100 (~7000U) μg/kg body weight of the active
material. Standard diluents such as human serum albumin
30 are contemplated for pharmaceutical compositions of the
invention, as are standard carriers such as saline.

Adjuvant materials suitable for use in com-
positions of the invention include compounds indepen-
dently noted for erythropoietic stimulatory effects, such
35 as testosterones, progenitor cell stimulators,
insulin-like growth factor, prostaglandins, serotonin,

91

67

AM670167712                                    AM-ITC 00952379

- 88 -

cyclic AMP, prolactin and triiodothyronine, as well as
agents generally employed in treatment of aplastic ane-
mia, such as methenolene, stanozolol and nandrolone [see,
e.g., Resegotti, et al., Panminerva Medica, 23, 243-248
(1981); McGonigle, et al., Kidney Int., 25(2), 437-444
(1984); Pavlovic-Kantera, et al., Expt.Hematol., 8(Supp.
8), 283-291 (1980); and Kurtz, FEBS Letters, 14a(1),
105-108 (1982)].  Also contemplated as adjuvants are
substances reported to enhance the effects of, or
synergize, erythropoietin or asialo-EPO, such as the
adrenergic agonists, thyroid hormones, androgens and BPA
[see, Dunn, "Current Concepts in Erythropoiesis", John
Wiley and Sons (Chichester, England, 1983); Weiland, et
al., Blut, 44(3), 173-175 (1982); Kalmanti, Kidney Int.,
22, 383-391 (1982); Shahidi, New.Eng.J.Med., 289, 72-80
(1973); Fisher, et al., Steroids, 30(6), 833-845 (1977);
Urabe, et al., J.Exp.Med., 149, 1314-1325 (1979); and
Billat, et al., Expt.Hematol., 10(1), 133-140 (1982)] as
well as the classes of compounds designated "hepatic
erythropoietic factors" [see, Naughton, et al.,
Acta.Haemat., 69, 171-179 (1983)] and "erythrotropins"
[as described by Congote, et al. in Abstract 364,
Proceedings 7th International Congress of Endocrinology
(Quebec City, Quebec, July 1-7, 1984); Congote,
Biochem.Biophys.Res.Comm., 115(2), 447-483 (1983) and
Congote, Anal.Biochem., 140, 428-433 (1984)] and
"erythrogenins" [as described in Rothman, et al.,
J.Surg.Oncol., 20, 105-108 (1982)].  Preliminary
screenings designed to measure erythropoietic responses
of ex-hypoxic polycythemic mice pre-treated with either
5-α-dihydrotestosterone or nandrolone and then given
erythropoietin of the present invention have generated
equivocal results.

    Diagnostic uses of polypeptides of the invention
are similarly extensive and include use in labelled and
unlablled forms in a variety of immunoassay techniques

92

- 89 -

including RIA's, ELISA's and the like, as well as a
variety of *in vitro* and *in vivo* activity assays.  See,
e.g., Dunn, et al., <u>Expt.Hematol.</u>, <u>11(7)</u>, 590-600 (1983);
Gibson, et al., <u>Pathology</u>, <u>16</u>, 155-156 (1984); Krystal,
<u>Expt.Hematol.</u>, <u>11(7)</u>, 649-660 (1983); Saito, et al.,
<u>Jap.J.Med.</u>, <u>23(1)</u>, 16-21 (1984); Nathan, et al.,
<u>New Eng.J.Med.</u>, <u>308(9)</u>, 520-522 (1983); and various
references pertaining to assays referred to therein.
Polypeptides of the invention, including synthetic pep-
10    tides comprising sequences of residues of EPO first
revealed herein, also provide highly useful pure
materials for generating polyclonal antibodies and
"banks" of monoclonal antibodies specific for differing
continuous and discontinuous epitopes of EPO.  As one
15    example, preliminary analysis of the amino acid sequences
of Table VI in the context of hydropathicity according to
Hopp, et al., <u>P.N.A.S. (U.S.A.)</u>, <u>78</u>, pp.  3824-3828
(1981) and of secondary structures according to Chou, et
al., <u>Ann.Rev.Biochem.</u>, <u>47</u>, p. 251 (1978) revealed that
20    synthetic peptides duplicative of continuous sequences of
residues spanning positions 41-57 inclusive, 116-118
inclusive and 144-166 inclusive are likely to produce a
highly antigenic response and generate useful monoclonal
and polyclonal antibodies immunoreactive with both the
25    synthetic peptide and the entire protein.  Such antibo-
dies are expected to be useful in the detection and affi-
nity purification of EPO and EPO-related products.
        Illustratively, the following three synthetic
peptides were prepared:

30
        (1) hEPO 41-57,   V-P-D-T-K-V-N-F-Y-A-W-K-
                          R-M-E-V-G;
        (2) hEPO 116-128, K-E-A-I-S-P-P-D-A-A-S-A-A;
        (3) hEPO 144-166, V-Y-S-N-F-L-R-G-K-L-K-L-Y-
35                        T-G-E-A-C-R-T-G-D-R.

AM670167714                                      AM-ITC 00952381

- 90 -

Preliminary immunization studies employing the above-
noted polypeptides have revealed a relatively weak posi-
tive response to hEPO 41-57, no appreciable response to
hEPO 116-128, and a strong positive resopnse to hEPO
5   144-166, as measured by capacity of rabbit serum antibo-
dies to immunoprecipitate $^{125}$I-labelled human urinary EPO
isolates. Preliminary in vivo activity studies on the
three peptides revealed no significant activity either
alone or in combination.

10      While the deduced sequences of amino acid resi-
dues of mammalian EPO provided by the illustrative
examples essentially define the primary structural con-
formation of mature EPO, it will be understood that the
specific sequence of 165 amino acid residues of monkey
15  species EPO in Table V and the 166 residues of human spe-
cies EPO in Table VI do not limit the scope of useful
polypeptides provided by the invention. Comprehended by
the present invention are those various naturally
occurring allelic forms of EPO which past research in
20  biologically active mammalian EPO polypeptides such as human
γ interferon indicates are likely to exist. (Compare,
e.g., the human immune interferon species reported to
have an arginine residue at position No. 140 in EPO
published application 0 077 670 and the species reported
25  to have glutamine at position No. 140 in Gray, et al.,
Nature, 295, pp. 503-508 (1982). Both species are
characterized as constituting "mature" human γ interferon
sequences.) Allelic forms of mature EPO polypeptides may
vary from each other and from the sequences of Tables V
30  and VI in terms of length of sequence and/or in terms of
deletions, substitutions, insertions or additions of
amino acids in the sequence, with consequent potential
variations in the capacity for glycosylation. As noted
previously, one putative allelic form of human species
35  EPO is believed to include a methionine residue at posi-
tion 126. Expectedly, naturally-occurring allelic forms

94

- 91 -

of EPO-encoding DNA genomic and cDNA sequences are also
likely to occur which code for the above-noted types of
allelic polypeptides or simply employ differing codons
for designation of the same polypeptides as specified.

5          In addition to naturally-occurring allelic forms
of mature EPO, the present invention also embraces other
"EPO products" such as polypeptide analogs of EPO and
fragments of "mature" EPO.  Following the procedures of
the above-noted published application by Alton, et al.

10   (WO/83/04053) one may readily design and manufacture
genes coding for microbial expression of polypeptides
having primary conformations which differ from that
herein specified for mature EPO in terms of the identity
or location of one or more residues (e.g., substitutions,

15   terminal and intermediate additions and deletions).
Alternately, modifications of cDNA and genomic EPO genes
may be readily accomplished by well-known site-directed
mutagenesis techniques and employed to generate analogs
and derivatives of EPO.  Such EPO products would share at

20   least one of the biological properties of EPO but may
differ in others.  As examples, projected EPO products of
the invention include those which are foreshortened by
e.g., deletions [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO,
[des-Thr$^{163}$ through Arg$^{166}$]hEPO and "Δ27-55hEPO", the

25   latter having the residues coded for by an entire exon
deleted; or which are more stable to hydrolysis (and,
therefore, may have more pronounced or longer lasting
effects than naturally-occurring EPO); or which have been
altered to delete one or more a potential sites for gly-

30   cosylation (which may result in higher activities for
yeast-produced products); or which have one or more
cystein residues deleted or replaced by, e.g., histidine
or serine residues (such as the analog [His$^7$]hEPO) and
are potentially more easily isolated in active form from

35   microbial systems; or which have one or more tyrosine
residues replaced by phenylalanine (such as the analogs

95

- 92 -

[Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, and [Phe$^{145}$]hEPO) and may bind
more or less readily to EPO receptors on target cells.
Also comprehended are polypeptide fragments duplicating
only a part of the continuous amino acid sequence or

5  secondary conformations within mature EPO, which
fragments may possess one <u>activity</u> of EPO (e.g., receptor
binding) and not others (e.g., erythropoietic activity).
Especially significant in this regard are those potential
fragments of EPO which are elucidated upon consideration

10  of the human genomic DNA sequence of Table <u>VI</u>, i.e.,
"fragments" of the total continuous EPO sequence which
are delineated by intron sequences and which may consti-
tute distinct "domains" of biological activity.  It is
noteworthy that the absence of <u>in vivo</u> activity for any

15  one or more of the "EPO products" of the invention is not
wholly preclusive of therapeutic utility (see, Weiland,
et al., <u>supra</u>) or of utility in other contexts, such as
in EPO assays or EPO antagonism.  Antagonists of erythro-
poietin may be quite useful in treatment of polycythemias

20  or cases of overproduction of EPO [see, e.g., Adamson,
<u>Hosp.Practice</u>, <u>18(12)</u>, 49-57 (1983), and Hellmann, et
al., <u>Clin.Lab.Haemat.</u>, <u>5</u>, 335-342 (1983)].

    According to another aspect of the present
invention, the cloned DNA sequences described herein

25  which encode human and monkey EPO polypeptides are
conspicuously valuable for the information which they
provide concerning the amino acid sequence of mammalian
erythropoietin which has heretofore been unavailable
despite decades of analytical processing of isolates of

30  naturally-occurring products.  The DNA sequences are also
conspicuously valuable as products useful in effecting
the large scale microbial synthesis of erthropoietin by a
variety of recombinant techniques.  Put another way, DNA
sequences provided by the invention are useful in

35  generating new and useful viral and circular plasmid DNA
vectors, new and useful transformed and transfected

96

AM670167717      AM-ITC 00952384

- 93 -

microbial procaryotic and eucaryotic host cells
(including bacterial and yeast cells and mammalian cells
grown in culture), and new and useful methods for
cultured growth of such microbial host cells capable of
5  expression of EPO and EPO products.  DNA sequences of the
invention are also conspicuously suitable materials for
use as labelled probes in isolating EPO and related pro-
tein encoding cDNA and genomic DNA sequences of mammalian
species other than human and monkey species herein speci-
10  fically illustrated.  The extent to which DNA sequences
of the invention will have use in various alternative
methods of protein synthesis (e.g., in insect cells) or
in genetic therapy in humans and other mammals cannot yet
be calculated.  DNA sequences of the invention are
15  expected to be useful in developing transgenic mammalian
species which may serve as eucaryotic "hosts" for produc-
tion of erythropoietin and erythropoietin products in
quantity.  See, generally, Palmiter, et al., Science,
222(4625), 809-814 (1983).
20     Viewed in this light, therefore, the specific
disclosures of the illustrative examples are clearly not
intended to be limiting upon the scope of the present
invention and numerous modifications and variations are
expected to occur to those skilled in the art.  As one
25  example, while DNA sequences provided by the illustrative
examples include cDNA and genomic DNA sequences, because
this application provides amino acid sequence information
essential to manufacture of DNA sequence, the invention
also comprehends such manufactured DNA sequences as may
30  be constructed based on knowledge of EPO amino acid
sequences.  These may code for EPO (as in Example 12) as
well as for EPO fragments and EPO polypeptide analogs
(i.e., "EPO Products") which may share one or more biolo-
gical properties of naturally-occurring EPO but not share
35  others (or possess others to different degrees).
     DNA sequences provided by the present invention
are thus seen to comprehend all DNA sequences suitable

97

- 94 -

for use in securing expression in a procaryotic or
eucaryotic host cell of a polypeptide product having at
least a part of the primary structural conformation and
one or more of the biological properties of erythro-
5    poietin, and selected from among: (a) the DNA sequences
set out in *Figures 5 and 6* ~~Tables V and VI~~; (b) DNA sequences which
hybridize to the DNA sequences defined in (a) or
fragments thereof; and (c) DNA sequences which, but for
the degeneracy of the genetic code, would hybridize to
10    the DNA sequences defined in (a) and (b). It is
noteworthly in this regard, for example, that existing
allelic monkey and human EPO gene sequences and other
mammalian species gene sequences are expected to hybri-
dize to the sequences of *Figures 5 and 6* ~~Tables V and VI~~ or to fragments
15    thereof. Further, but for the degeneracy of the genetic
code, the SCEPO and ECEPO genes and the manufactured or
mutagenized cDNA or genomic DNA sequences encoding
various EPO fragments and analogs would also hybridize to
the above-mentioned DNA sequences. Such hybridizations
20    could readily be carried out under the hybridization con-
ditions described herein with respect to the initial iso-
lation of the monkey and human EPO-encoding DNA or more
stringent conditions, if desired to reduce background
hybridization.

25         In a like manner, while the above examples
illustrate the invention of microbial expression of EPO
products in the context of mammalian cell expression of
DNA inserted in a hybrid vector of bacterial plasmid and
viral genomic origins, a wide variety of expression
30    systems are within the contemplation of the invention.
Conspicuously comprehended are expression systems
involving vectors of homogeneous origins applied to a
variety of bacterial, yeast and *mammalian* ~~mammalain~~ cells in culture
as well as to expression systems not involving vectors
35    (such as calcium phosphate transfection of cells). In

98

74

- 95 -

this regard, it will be understood that expression of,
e.g., monkey origin DNA in monkey host cells in culture
and human host cells in culture, actually constitute
instances of "exogenous" DNA expression inasmuch as the
5  EPO DNA whose high level expression is sought would not
have its origins in the genome of the host.  Expression
systems of the invention further contemplate these prac-
tices resulting in cytoplasmic formation of EPO products
and accumulation of glycosylated and non-glycosylated EPO
10  products in host cell cytoplasm or membrances (e.g.,
accumulation in bacterial periplasmic spaces) or in
culture medium supernatants as above illustrated, or in
rather uncommon systems such as P.aeruginosa expression
systems (described in Gray, et al., Biotechnology, 2, pp.
15  161-165 (1984)).

        Improved hybridization methodologies of the
invention, while illustratively applied above to DNA/DNA
hybridization screenings are equally applicable to
RNA/RNA and RNA/DNA screening.  Mixed probe techniques as
20  herein illustrated generally constitute a number of
improvements in hybridization processes allowing for more
rapid and reliable polynucleotide isolations.  These many
individual processing improvements include:  improved
colony transfer and maintenance procedures; use of nylone
25  based filters such as GeneScreen and GeneScreen Plus to
allow reprobing with same filters and repeated use of the
filter, application of novel protease treatments
[compared, e.g., to Taub, et al. Anal.Biochem., 126, pp.
222-230 (1982)]; use of very low individual con-
30  centrations (on the order of 0.025 picomole) of a large
number of mixed probes (e.g., numbers in excess of 32);
and, performing hybridization and post-hybridization
steps under stringent temperatures closely approaching
(i.e., within 4·C and preferably within 2·C away from)
35  the lowest calculated dissocation temperature of any of
the mixed probes employed.  These improvements combine to

99

- 96 -

provide results which could not be expected to attend
their use. This is amply illustrated by the fact that
mixed probe procedures involving 4 times the number of
probes ever before reported to have been successfully

5   used in even cDNA screens on messenger RNA species of
relatively low abundancy were successfully applied to the
isolation of a unique sequence gene in a genomic library
screening of 1,500,000 phage plaques. This feat was
accomplished essentially concurrently with the publica-

10  tion of the considered opinion of Anderson, et al.,
supra, that mixed probe screening methods were
"...impractical for isolation of mammalian protein genes
when corresponding RNA's are unavailable.

15

20

25

30

**100**

- 97 -

WHAT IS CLAIMED IS:

1.  A purified and isolated polypeptide having
part or all of the primary structural conformation and
5    one or more of the biological properties of naturally-
occurring erythropoietin and characterized by being the
product of procaryotic or eucaryotic expression of an
exogenous DNA sequence.

10      2.  A polypeptide according to claim 1 further
characterized by being free of association with any mam-
malian protein.

3.  A polypeptide according to claim 1 wherein
15   the exogenous DNA sequence is a cDNA sequence.

4.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a manufactured DNA
sequence.

20

5.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a genomic DNA sequence.

6.  A polypeptide according to claim 1 wherein
25   the exogenous DNA sequence is carried on an autonomously
replicating circular DNA plasmid or viral vector.

7.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
30   mation of human erythropoietin as set forth in Table VI
or any naturally occurring allelic variant thereof.

8.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
35   mation of monkey erythropoietin as set forth in Table V
or any naturally occurring allelic variant thereof.

AM670167722                                              AM-ITC 00952389

- 98 -

9.   A polypeptide according to claim 1 which has the immunological properties of naturally-occurring erythropoietin.

5          10.   A polypeptide according to claim 1 which has the _in vivo_ biological activity of naturally-occurring erythropoietin.

11.   A polypeptide according to claim 1 which
10 has the _in vitro_ biological activity of naturally-occurring erythropoietin.

12.   A polypeptide according to claim 1 further characterized by being covalently associated with a
15 detectable label substance.

13.   A polypeptide according to claim 12 wherein said detectable label is a radiolabel.

20          14.   A DNA sequence for use in securing expression in a procaryotic or eucaryotic host cell of a polypeptide product having at least a part of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said
25 DNA sequence selected from among:
          (a)  the DNA sequences set out in Tables V and VI or their complementary strands;
          (b)  DNA sequences which hybridize to the DNA sequences defined in (a) or fragments thereof; and
30          (c)  DNA sequences which, but for the degeneracy of the genetic code, would hybridize to the DNA sequences defined in (a) and (b).

15.   A procaryotic or eucaryotic host cell
35 transformed or transfected with a DNA sequence according

102

- 99 -

to claim 14 in a manner allowing the host cell to express
said polypeptide product.

   16.  A polypeptide product of the expression of
5  a DNA sequence of claim 14 in a procaryotic or eucaryotic
host.

   17.  A purified and isolated DNA sequence coding
for procaryotic or eucaryotic host expression of a poly-
10  peptide having part or all of the primary structural con-
formation and one or more of the biological, *activities* properties of
erythropoietin.

   18.  A cDNA sequence according to claim 17.

15

   19.  A monkey species erythropoietin coding DNA
sequence according to claim 18.

   20.  A DNA sequence according to claim 19 and
20  including the protein coding region set forth in *Figure 5* Table V.

   21.  A genomic DNA sequence according to claim
17.

25   22.  A human species erythropoietin coding DNA
sequence according to claim 21.

   23.  A DNA sequence according to claim 22 and
including the protein coding region set forth in *Figure 6* Table
30  VI.

   24.  A manufactured DNA sequence according to
claim 17.

35   25.  A manufactured DNA sequence according to
claim 24 and including one or more codons preferred for
expression in E.coli cells.

                                          103

- 100 -

26.  A manufactured DNA sequence according to
claim 25, coding for expression of human species erythro-
poietin.

5          27.  A manufactured DNA sequence according to
claim 26 including the protein coding region set forth in
Table XIV.  *figure 7*

β

28.  A manufactured DNA sequence according to
10  claim 24 and including one or more codons preferred for
expression in yeast cells.

29.  A manufactured DNA sequence according to
claim 28, coding for expression of human species erythro-
15  poietin.

β

30.  A manufactured DNA sequence according to
claim 29 including the protein coding region set forth in
Table XXI.  *figure 8*

20

31.  A DNA sequence according to claim 17 cova-
lently associated with a detectable label substance.

32.  A DNA sequence according to claim 31
25  wherein the detectable label is a radiolabel.

33.  A single-strand DNA sequence according to
claim 31.

*purified and isolated*

β  30  34.  A DNA sequence coding for a polypeptide
fragment or polypeptide analog of naturally-occurring
erythropoietin.

35

104

AM670167725                                    AM-ITC 00952392

- 101 -

35.  A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^7$]hEPO, [Asn$^2$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [Δ27-55]hEPO.

5

36.  A DNA sequence according to claim 34 which is a manufactured sequence.

37.  A biologically functional circular plasmid
10  or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.

38.  A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector
15  according to claim 37.

39.  A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.

20

40.  A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties
25  thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythro-poietin.

41.  A glycoprotein product having a primary
30  structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human
35  erythropoietin.

105

- 102 -

42.  Vertebrate cells which can be propagated <u>in</u>
<u>vitro</u> continuously and which upon growth in culture are
capable of producing in the medium of their growth in
excess of 100 U of erythropoietin per $10^6$ cells in 48
5  hours as determined by radioimmunoassay.

43.  Vertebrate cells according to claim 42
capable of producing in excess of 500 U erythropoietin
per $10^6$ cells in 48 hours.
10

44.  Vertebrate cells according to claim 42
capable of producing in excess of 1,000 U erythropoietin
per $10^6$ cells in 48 hours.

15  45.  Vertebrate cells according to claim 42
which are mammalian or avian cells.

46.  Vertebrate cells according to claim 45
which are COS-1 cells or CHO cells.
20

47.  A synthetic polypeptide having part or all
of the amino acid sequence as set forth in Table V and
having one or more of the <u>in vivo</u> or <u>in vitro</u> biological
activities of naturally-occurring monkey erythropoietin.
25

48.  A synthetic polypeptide having part or all
of the amino acid sequence set forth in Table VI, other
than a sequence of residues entirely within the sequence
numbered 1 through 20, and having a biological property
30  of naturally-occurring human erythropoietin.

49.  A synthetic polypeptide having part or all
of the secondary conformation of part or all of the amino
acid sequence set forth in Table VI, other than a
35  sequence of residues entirely within the sequence num-
bered 1 through 20, and having a biological property of
naturally-occurring human erythropoietin.

**106**

- 103 -

50. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said process compri-
5   sing:

growing, under suitable nutrient conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA vector according to claim 37, and isolating desired polypeptide products of the expression
10  of DNA sequences in said vector.


51. An antibody substance characterized by immunoreactivity with erythropoietin and with a synthetic polypeptide having a primary structural conformation
15  substantially duplicative of a continuous sequence of amino acid residues extant in naturally-occurring erythropoietin except for any polypeptide comprising a sequence of amino acid residues entirely comphrended within sequence,
20  A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.


52. An antibody according to claim 51, which is a monoclonal antibody.

25      53. An antibody according to claim 51, which is a polyclonal antibody.

54. An antibody according to claim 51, which is immunoreactive with erythropoietin and a synthetic poly-
30  peptide having the sequence selected from the sequences:
V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G,
K-E-A-I-S-P-P-D-A-A-S-A-A, and
V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.

35

AM670167728                    AM-ITC 00952395

- 104 -

55.  A pharmaceutical composition comprising an
effective amount of a polypeptide according to claims 1,
16, 39, 40 or 41 and a pharmaceutically acceptable
diluent, adjuvant or carrier.

5

56.  A method for providing erythropoietin
therapy to a mammal comprising administering an effective
amount of a polypeptide according to claims 1, 16, 39, 40
or 41.

10

57.  A method according to claim 56 wherein the
therapy comprises enhancing hematocrit levels.

15    58.  A purified and isolated DNA sequence as set
out in Table V or VI or a fragment thereof or the comple-
mentary strand of such a sequence or fragment.

59.  A polypeptide product of the expression of
a DNA sequence according to claim 58 in a procaryotic or
20  eucaryotic host cell.

60.  An improvement in the method for detection
of a specific single stranded polynucleotide of unknown
sequence in a heterogeneous cellular or viral sample
25  including multiple single-stranded polynucleotides
wherien:

(a)  a mixture of labelled single-stranded poly-
nucleotide probes is prepared having uniformly varying
sequences of bases, each of said probes being potentially
30  specifically complementary to a sequence of bases which
is putatively unique to the polynucleotide to be
detected,

(b)  the sample is fixed to a solid substrate;

(c)  the substrate having the sample fixed
35  thereto is treated to diminish further binding of poly-
nucleotides thereto except by way of hybridization to
polynucleotides in said sample,

108

- 105 -

        (d)  the treated substrate having the sample
fixed thereto is transitorily contacted with said mixture
of labelled probes under conditions facilitative of
hybridization only between totally complementary poly-
5  nucleotides, and,

        (e)  the specific polynucleotide is detected by
monitoring for the presence of a hybridization reaction
between it and a totally complementary probe within said
mixture of labelled probes, as evidenced by the presence
10  of a higher density of labelled material on the substrate
at the locus of the specific polynucleotide in comparison
to a background density of labelled material resulting
from non-specific binding of labelled probes to the
substrate,

15        said improvement comprising using in excess of
32 mixed probes and performance of one or more of the
following:

        (1)  employing a nylon-based paper as said solid
substrate;

20        (2)  treating with a protease in step (c);

        (3)  employing individual labelled probe con-
centrations of approximately 0.025 picomoles; and

        (4)  employing as one of the hybridization con-
ditions in step (d) stringent temperatures approaching to
25  with 4°C away from the lowest calculated Td of any of the
probes employed.

*add C1*

*add IV 24*

30

35

AM670167730

AM-ITC 00952397

ABSTRACT

"PRODUCTION OF ERYTHROPOIETIN"

5        Disclosed are novel polypeptides possessing part
or all of the primary structural conformation and one or
more of the biological properties of mammalian erythro-
poietin ("EPO") which are characterized in preferred
forms by being the product of procaryotic or eucaryotic
10   host expression of an exogenous DNA sequence.
Illustratively, genomic DNA, cDNA and manufactured DNA
sequences coding for part or all of the sequence of amino
acid residues of EPO or for analogs thereof are incor-
porated into autonomously replicating plasmid or viral
15   vectors employed to transform or transfect suitable pro-
caryotic or eucaryotic host cells such as bacteria, yeast
or vertebrate cells in culture.  Upon isolation from
culture media or cellular lysates or fragments, products
of expression of the DNA sequences display, e.g., the
20   immunological properties and in vitro and in vivo biolo-
gical activities of EPO of human or monkey species ori-
gins.  Disclosed also are chemically synthesized
polypeptides sharing the biochemical and immunological
properties of EPO.  Also disclosed are improved methods
25   for the detection of specific single stranded poly-
nucleotides in a heterologous cellular or viral sample
prepared from, e.g., DNA present in a plasmid or viral
borne cDNA or genomic DNA "library".

30

35                                110

AM670167731                                    AM-ITC 00952398

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled_____

"PRODUCTION OF ERYTHROPOIETIN"

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No._____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ | ☐ |
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ | ☐ |
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ | ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 561,024 | December 13, 1983 | Pending |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |
| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

| William E. Dommick (15,286) | Alvin D. Shulman (19,412) | Nate F. Scarpelli (22,320) |
|---|---|---|
| Albert W. Bicknell (15,389) | Donald J. Breh (19,490) | Edward M. O'Toole (22,477) |
| William A. Marshall (17,053) | Owen J. Murray (22,111) | Michael F. Borun (25,447) |
| Jerome B. Klose (17,104) | Allen H. Gerstein (22,218) | Carl E. Moore, Jr. (26,487) |
| Basil P. Mann (18,464) | | |

Send correspondence to:

| NAME | PHONE NO. | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100 Two First National Plaza 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor Fu-Kuen LIN | Citizenship United States ~~Republic of China~~ FKL 11/29/84 |
|---|---|
| Residence Address - Street 438 Thunderhead Street | Post Office Address - Street 438 Thunderhead Street |
| City (Zip) Thousand Oaks, 91360 | City (Zip) Thousand Oaks, 91360 |
| State or Country California | State or Country California |
| Date November 29 1984 | Signature Fu-Kuen Lin |

☐ See second page for additional joint inventors.

AM670167732                                                    AM-ITC 00952399



Attorney's Docket No. _7183_

Applicant or Patentee:   FU-KUEN LIN

Serial or Patent No.: _____

Filed or Issued: ___ Herewith

For: "PRODUCTION OF ERYTHROPOIETIN"

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c))—SMALL BUSINESS CONCERN

I hereby declare that I am

☐ the owner of the small business concern identified below:

☒ an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN    Kirin-Amgen, Inc.

ADDRESS OF CONCERN    1900 Oak Terrace Lane

Thousand Oaks, California 91320

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

"PRODUCTION OF ERYTHROPOIETIN"

Fu-Kuen Lin

by inventor(s) _____

_____

described in

☒ the specification filed herewith

☐ application serial no. _____, filed _____

☐ patent no. _____, issued _____

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE    Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

(Small Entity-Small Business—page 1 of 2)

1U8

AM670167733                                    AM-ITC 00952400

NAME _____

- ADDRESS _____

☐ INDIVIDUAL      ☐ SMALL BUSINESS CONCERN      ☐ NONPROFIT ORGANIZATION

NAME _____

ADDRESS _____

☐ INDIVIDUAL      ☐ SMALL BUSINESS CONCERN      ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING   Robert D. Weist

TITLE OF PERSON OTHER THAN OWNER   Secretary

ADDRESS OF PERSON SIGNING   1900 Oak Terrace Lane
  Thousand Oaks, California  91320

SIGNATURE   *Robert D. Weist*      *November 30, 1984*
  Robert D. Weist                         Date
  Secretary

(Small Entity-Small Business—page 2 of 2)

113





*FIG. I*  Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

AM670167735                                              AM-ITC 00952402

6752S8

FIG.2



pDSVL-MkE

115

PRINT OF DRAWING AS
ORIGINALLY FILED.

6752S8

*FIG.3*



AM670167737                                                    AM-ITC 00952404

PRINT OF DRAWING AS
ORIGINALLY FILED.

6752S8



*FIG. 4*



117

AM-ITC 00952405

G 13242

## FIG.5

```
      150
Leu Arg Gly Lys Leu Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCACCCACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCCGACCCCCATCCAGGGGGCTCTCAGCTAAG

CCCAGCCTGTCCCATGGACACTCCAGTCCAGCAATGACATCTCAGGGGCCAGAGCAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGCCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAATTTGATGCAGGACACGCTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGATGACTGACAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGGCAAGAGCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGGACAGGGTTTTGGACGTTGGAGGGTACTTGACAG

GTGTGTGGGCAAGCAGGGCCGGTAGGGGTGGAGCTGGGATGCCAGTGCAGGAGAACCCTGAAGAC

AGGATGGGGGCTGGCCTCTGCTTCTGCGTGGGGTCCAAGCTT
                                    HindIII
```

675 298

# FIG.5

## Translation of Monkey EPO cDNA

```
Sau3A
GATCCCGCCCCCCTGGACAGCCGCCTCTCTCCAGGCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGCGTGCCGTCACCCGCCCCTAGGTCCTGAG

                    -27                    -20
                    Met Gly Val His Glu Cys Pro Ala Trp
GCACCCCGGCCAGGCCGGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

                                    -10
Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTC TGG CTT CTC CTC TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA

        -1  +1                              10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

            20                          *
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

                30                      *          40
Gly Cys Ser Glu Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGG TGT TCC GAA TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

119

AM670167740                                           AM-ITC 00952407

FIG.5

<pre>
                                    50                      70
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
         60
Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG CTG CTC TCA GAA
                         80
Ala Val Leu Arg Gly Gln Ala Val Leu Ala Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC GTG TTG GCC AAC TCT TCC CAG CCT
                                                  100
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAG CAC ATG GAT AAA GCC ATC AGT GGC CTT
         90
                         110
Arg Ser Ile Thr Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC CTG CTT CGG GCC CTG GGA GCC CAG GAA GCC
         120                              130
Ile Leu Pro Asp Ala Ser Ala Ala Pro Leu Arg Thr Ile
ATC CTC CCA GAT GCG GCC TCG GCT CCA CTC CGA ACC ATC
         140
Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
</pre>

# FIG.6

AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA

AGACCGGGATGCCCCCCCAGGGGAGGTGTCCGGGAGCCCAGGCCTTTCCCACGATAGCACGCTCCGCCAGTCCC

AAGGGTGCCAACCGGCTGCACTCCCTCCCGCCACCAGGCCGGGGAGCACCCCCATGACCCACACGC

ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCAGCCTCAACCCAGGCGTCTGCCCCTGCTCTGACCCCGG

GTGCCCCTACCCCTGGCCACCCCTCACGCACACAGCCTCTCCCCACCCCACCCCGCCACGCACACATG

CAGATAACAGCCCCGACCCCGCAGCCCGCCAGAGTCCCTGGCCACCCGGCCGCTCCGCTGCCGCTG

CGCCCACCCGCTGTCCTCCCGGAGCCGGACCGGGGCACCGGCCXGCTCTGCTCCGACACCGCGCCC

CTTGGACAGCCCCCTCTCCTCTAGGCCGTGGGCTGGCCTGCACCGCCGAGCTTCCCGGGATGAGGXx

<table>
<tr><td>-27</td><td>-24</td><td></td></tr>
<tr><td>Met Gly</td><td>Val HIs</td><td></td></tr>
<tr><td>CCCGTGACCGGCCGCCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGAG</td><td>ATG GGG GTG CAC</td><td>G</td></tr>
</table>

GTGAGTACTCGCGGGCTGGGCCTCCCGGCGGCCGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT

AM670167742                                                    AM-ITC 00952409

# FIG.6

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACGCCGCACTTGTCAAGGACCCCGAAGCGGGGAGGGGGGTGGG
GCAGCCTCCACGTGCCCGCGGGACTTGGGGAGTTCTTCGGGGATGCCAAAACCTCGCCTGTTGCAGGGCCA
CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGCAGTTGTCTGCGTTGTCAGTGTCTCG[t.s.]
TTGCACACCACCAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTCGATGGTTGGGACAGGAGGACCAG
CTTGGGCGACAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCGCCTGACTCT

CAGGCCTGGCTATCTGTCTAG
                                   -23           -20
                                   Glu Cys Pro Ala Trp Leu Leu Leu Ser Leu
                                   AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG
       -10                            -1  +1
       Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
       CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
             10                              20
       Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
       GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
       26
       Thr
       ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT

CCAGGAACCTGGCACTTGGCTTTGGGGTGGAGTTCGGCAAGCTAGACACTGCCCCCTACATAAGAATAAGTC
```

## FIG.6

```
TGGTGGCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACCGCTGTGGGCCAGGG

                                         27            30
                                         Thr Gly Cys Ala Glu
                                         ACG GGC TGT GCT GAA

CCAGAGCCTTCAGGGACCCTTGACTCCCCGGGCTGTGTGCCATTCAG
                                 40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

50        55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG   GTGAGTTCCTTTTTTTTTTTTTTTTCCTTCTTTTGGGAATCTCATT

TGCGAGGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCGCCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCCGAGCATGGGAGAATTGCTTGACCCCT

GGAGTTTCAGACCACCTAGGCAGCATAGTGAGATCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGGTGCATGGTGGTGAGTCCCAGATATTTGGAAGGCTGAGGCGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACCCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

123

AM670167744                                              AM-ITC 00952411

## FIG. 6

```
AAAAAGAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTTGTTTGCTCAGCTTGGTGTTCTTGG

GGCTGCTGAGGGGCCAGGAGGGAGGGTGCACATGGGTCAGCTCCACTCCCAGAGTCCACTCCCTGTAG

56   Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Ser Glu Ala
Val  GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG CCC CTG TCG GAA GCT
GTC

                                          80                        90
Val  Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Gln Pro Glu Trp Pro Leu
GTC  CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                          100
Gln  Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG  CTG CAT GTC GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

110       115
Arg  Ala Leu Gly Ala Gln
CGG  GCT CTG GGA GCC CAG  GTGAGTAGGACGCGACACTCTGCTTGCCCTTCTGTAAGAAGGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCTTTCTGTGGCACTGCAGCGACCTCCT

                     116                 120
                     Lys Glu Ala Ile Ser Pro Pro Asp Ala Ser Ala Ala
                     AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

CTTTTCTTCCTTGGCAG
```

AM670167745    AM-ITC 00952412

## FIG.6

```
          130                                  140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

          150                              160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

     166
Asp Arg OP
GAC AGA TGA  CCAGGTGTGTCCACCTGGCATATCCACCACCTCCCTCCCACCACCATTGCTTGTGCCACA

CCCTCCCCGCCACTCCTGAACCCCGTCGAGGGGCTCTCAGCTCAGCGCCCAGCCTGTCCCATGGCACTCC

AGTGCCAGCAATGACATCTCAGGGCCCAGAGGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGGCAGCTTTAAACTCAGGGACAGCAGCCATGC

TGGGAAGAGCGCCTGAGCTCACTCGGCACCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGCATTTAC

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGGACAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTCGTGGCCAAGCAGCCCCCTTGACACCGGGGTGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCTGGCCTCTCATGGGGTCCAAGTTTGTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

125

AM-ITC 00952413

## FIG.7

### ECEPO GENE

```
                                                        -1  1
                  XbaI                                MetAla
                  CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
                       TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGCTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                               SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

126

121

# FIG.8

## SCEPC GENE

```
HindIII         -1 +1
             ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
   ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA


GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA


GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC


GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT


AGTTTGGCAA GGTTTGGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC


CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG


GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA


GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG


CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG


TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC


AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC


         SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

127

Comparison of Human and Monkey EPO Polypeptides

```
                -20        -10        +1         10         20         30         40
Human    MGVHECPAWLWLLLSLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ***************** ******** ***************************** * ** * *******
Monkey   MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

                 50         60         70         80         90        100        110
Human    VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         ************************************** * **** ***** ** ***** ********* *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

                120        130        140        150        160
Human    AISPPDAASAAPLRTIIADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** ***************** **********************  ***
Monkey   AISLPDAASAAPLRTIIADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

128

ECEPO SECTION 1 OLIGONUCLEOTIDES

1.    AATTCTAGAAACCATGAGGGTAATAAAATA

2.    CCATTATTTTATTACCCTCATGGTTTCTAG

3.    ATGGCTCCGCCGCGTCTGATCTGCGAC

4.    CTCGAGTCGCAGATCAGACGCGGCGGAG

5.    TCGAGAGTTCTGGAACGTTACCTGCTG

6.    CTTCCAGCAGGTAACGTTCCAGAACT

7.    GAAGCTAAAGAAGCTGAAAACATC

8.    GTGGTGATGTTTTCAGCTTCTTTAG

9.    ACCACTGGTTGTGCTGAACACTGTTC

10.   CAAAGAACAGTGTTCAGCACAACCA

11.   TTTGAACGAAAACATTACGGTACCG

12.   GATCCGGTACCGTAATGTTTTCGTT

FIG. 10

129

124

AM670167750                                    AM-ITC 00952417

ECEPO SECTION 1

```
          XbaI                          1
EcoRI
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                          2                            4

                      5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                                      6

         7          ACCACTGGTT    9  GTGCTGAACA CTGTTCTTTG  11  AACGAAAACA
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
         8                    10

         KpnI       BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

FIG. 11

130

## ECEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT

2.  GTTAACCTTGGTGTCTGGTACCG

3.  TAACTTCTACGCTTGGAAACGTAT

4.  TTCCATACGTTTCCAAGCGTAGAA

5.  GGAAGTTGGTCAACAAGCAGTTGAAGT

6.  CCAAACTTCAACTGCTTGTTGACCAAC

7.  TTGGCAGGGTCTGGCACTGCTGAGCG

8.  GCCTCGCTCAGCAGTGCCAGACCCTG

9.  AGGCTGTACTGCGTGGCCAGGCA

10. GCAGTGCCTGGCCACGCAGTACA

11. CTGCTGGTAAACTCCTCTCAGCCGT

12. TTCCCACGGCTGAGAGGAGTTTACCA

13. GGGAACCGCTGCAGCTGCATGTTGAC

14. GCTTTGTCAACATGCAGCTGCAGCGG

15. AAAGCAGTATCTGGCCTGAGATCTG

16. GATCCAGATCTCAGGCCAGATACT

FIG. 12

131

AM670167752  AM-ITC 00952419

ECEPO SECTION 2

```
EcoRI Kpnl        1                         3
A ATTCGGTACC AGACACCAAG GTTAACTTCT ACGGCTTGGAA ACGTATTGGAA
  GCCATGG TCTGTGGTTC CAATTGAAGA TGCCGAACCTT TGCATACCTTT
                    2                         4

GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCCAA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT
    5               7                     8
    6

GGCTGTGACTG CGTGGCCAGG CATTGCCTGGT AAACTCCTCT CAGCCGTTGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC
9                   11
    10              12

              13                    15                BamHI
AACCGCTGCA GCTGCATGTT GACAAAGCCAG TATCTGCCT CAGATCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
              14                    16

                                    FIG. 13
```

132

ECEPO SECTION 3

1.    GATCCAGATCTCTGACTACTCTGC

2.    ACGCAGCAGAGTAGTCAGAGATCTG

3.    TGCGTGCTCTGGGTGCACAGAAAGAGG

4.    GATAGCCTCTTTCTGTGCACCCAGAGC

5.    CTATCTCTCCGCCGGATGCTGCATCT

6.    CAGCAGATGCAGCATCCGGCGGAGA

7.    GCTGCACCGCTGCGTACCATCACTG

8.    ATCAGCAGTGATGGTACGCAGCGGTG

9.    CTGATACCTTCCGCAAACTGTTTCG

10.    ATACACGAAACAGTTTGCGGAAGGT

11.    TGTATACTCTAACTTCCTGCGTGGTA

12.    CAGTTTACCACGCAGGAAGTTAGAGT

13.    AACTGAAACTGTATACTGGCGAAGC

14.    GGCATGCTTCGCCAGTATACAGTTT

15.    ATGCCGTACTGGTGACCGCTAATAG

16.    TCGACTATTAGCGGTCACCAGTAC

FIG. 14

133

ECEPO SECTION 3

BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC

<pre>
     1                   3                         5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
     2                        4


                         7                   9
GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
     6              8


                    11                         13
GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
    10                        12


                   15
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG  SalI
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
    14                   16
</pre>

FIG. 15

129

SCEPO SECTION 1 OLIGONUCLEOTIDES

1.    AATTCAAGCTTGGATAAAAGAGCT

2.    GTGGAGCTCTTTTATCCAAGCTTG

3.    CCACCAAGATTGATCTGTGACTC

4.    TCTCGAGTCACAGATCAATCTTG

5.    GAGAGTTTTGGAAAGATACTTGTTG

6.    CTTCCAACAAGTATCTTTCCAAAAC

7.    GAAGCTAAAGAAGCTGAAAACATC

8.    GTGGTGATGTTTTCAGCTTCTTTAG

9.    ACCACTGGTTGTGCTGAACACTGTTC

10.   CAAAGAACAGTGTTCAGCACAACCA

11.   TTTGAACGAAAACATTACGGTACCG

12.   GATCCGGTACCGTAATGTTTTCGTT

FIG. 16

135

SCEPO SECTION 1

```
EcoRI  HindIII 1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
               2

AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                  3
                          4

  5                    7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
  6                          8

    9                11       KpnI    BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                          12
```

FIG. 17

136

SCEPO SECTION 2 OLIGONUCLEOTIDES

1.    AATTCGGTACCAGACACCAAGGT

2.    GTTAACCTTGGTGTCTGGTACCG

3.    TAACTTCTACGCTTGGAAACGTAT

4.    TTCCATACGTTTCCAAGCGTAGAA

5.    GGAAGTTGGTCAACAAGCAGTTGAAGT

6.    CCAAACTTCAACTGCTTGTTGACCAAC

7.    TTGGCAAGGTTTGGCCTTGTTATCTG

8.    GCTTCAGATAACAAGGCCAAACCTTG

9.    AAGCTGTTTTGAGAGGTCAAGCCT

10.   AACAAGGCTTGACCTCTCAAAACA

11.   TGTTGGTTAACTCTTCTCAACCATGGG

12.   TGGTTCCCATGGTTGAGAAGAGTTAACC

13.   AACCATTGCAATTGCACGTCGAT

14.   CTTTATCGACGTGCAATTGCAA

15.   AAAGCCGTCTCTGGTTTGAGATCTG

16.   GATCCAGATCTCAAACCAGAGACGG

FIG. 18

137

SCEPO SECTION 2

```
            KpnI
EcoRI        1
A ATTCGGTACC AGACACCAAG
   GCCATGG TCTGTGGTTC
             2


            3                                      5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
             4                                      6


           7                          9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
             8                         10


          11                         13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
            12                          14


         15          BglII   BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
            16
```

FIG. 19

SCEPO SECTION 3 OLIGONUCLEOTIDES

1. GATCCAGATCTTTGACTACTTTGTT

2. TCTCAACAAAGTAGTCAAAGATCTG

3. GAGAGCTTTGGGTGCTCAAAAGGAAG

4. ATGGCTTCCTTTTGAGCACCCAAAGC

5. CCATTTCCCCACCAGACGCTGCTT

6. GCAGAAGCAGCGTCTGGTGGGGAA

7. CTGCCGCTCCATTGAGAACCATC

8. CAGTGATGGTTCTCAATGGAGCG

9. ACTGCTGATACCTTCAGAAAGTT

10. GAATAACTTTCTGAAGGTATCAG

11. ATTCAGAGTTTACTCCAACTTCT

12. CTCAAGAAGTTGGAGTAAACTCT

13. TGAGAGGTAAATTGAAGTTGTACAC

14. ACCGGTGTACAACTTCAATTTACCT

15. CGGTGAAGCCTGTAGAACTGGT

16. CTGTCACCAGTTCTACAGGCTTC

17. GACAGATAAGCCCGACTGATAA

18. GTTGTTATCAGTCGGGCTTAT

19. CAACAGTGTAGATGTAACAAAG

20. TCGACTTTGTTACATCTACACT

FIG. 20

139

SCEPO SECTION 3

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
            2


     3                         5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
     4                         6


       7         CATCACTGCT  9                   TTATT       11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
            8             10                          12


                    13                           15
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                    14                           16


             17                         19
AACTGGTCAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCAGTG TCTTATTCGGG CTGACTATTG TTGTCACATC
             18


             SalI
ATGTAACAAA G
TACATTGTTT CAGCT
     20
```

FIG. 21

140

AM670167761                                    AM-ITC 00952428