# EXHIBIT H-2

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

AM670167762

AM-ITC 00952429



```
          521
   050                    RECEIVED
                          GROUP 220
          1-24-85         NOV 30 1984       RECEIVED
                         LICENSING & REVIEW  JAN 24 1985
                                             GROUP 120
```

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

FU-KUEN LIN et al.                    GP 157

Serial No.:

Filed: November 30, 1984

For: PRODUCTION OF ERYTHROPOIETIN

Honorable Commissioner of Patent
  and Trademarks
Washington, D.C. 20231

<u>PETITION FOR FOREIGN FILING LICENSE</u>

Sir:

It is hereby requested that a foreign filing license be granted for the attached application which is a continuation-in-part of co-pending U.S. Patent Application Serial Nos. 561,024, filed December 13, 1983, 582,185, filed February 21, 1984 and 655,841, filed September 28, 1984.

<u>EXPEDITED HANDLING IS REQUESTED. EXPEDITED HANDLING IS NECESSARY IN ORDER TO PRESERVE APPLICANT'S RIGHTS.</u>

A check in the amount of $120.00 is attached.

12/03/84 675298            3 160      120.00 CK

  467996
NOV 30 1984

141

136

AM670167763                                    AM-ITC 00952430