# EXHIBIT H-3

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

AM670167764

AM-ITC 00952431



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 675,298 | 11-30-84 | FU-KUEN LIN. ET AL | |

☐ Plus the subject matter described in the material accompanying the petition. *(Applies only if box is marked.)*

PRODUCTION OF ERYTHROPOIETIN.

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | |

DATE MAILED:

PETER J. GEORGES

License under 35 U.S.C. 184 is hereby granted to file in any foreign country a patent application and any amendments thereto corresponding to the subject matter of the U.S. application identified above and/or any material accompanying the petition. This license is conditioned upon modification of any applicable secrecy order and is subject to revocation without notice.

LICENSE NO. 467906

DATE NOV 30 1984

Commissioner of Patents and Trademarks

This license empowers the filing, the causation and the authorization of the filing of a foreign application or applications on the subject matter identified above, subsequent forwarding of all duplicate and formal papers and the prosecution of such application or applications.

This license does not empower the filing of any applications, amendments, supplements or continuances originating in this country which disclose inventions, modifications, or variations not disclosed in the subject matter identified above.

This license is to be retained by the licensee and may be used at anytime on or after the date thereof. This license is not retroactive unless specifically indicated.

The grant of this license does not in any way lessen the responsibility of the licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations, especially with respect to certain countries, of other agencies, particularly the Office of Munitions Control, Department of State (with respect to Arms, Munitions and Implements of War); the Bureau of Trade Regulation, Office of Export Administration, Department of Commerce; and the Department of Energy.

142

**LICENSE FOR FOREIGN FILING**
[Title 35, United States Code (1952) Sections 184, 185, 186]

AM670167765    AM-ITC 00952432