Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 501 Att. 19

# EXHIBIT H-5

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

5

AM670167782
AM-ITC 00952449

RECEIVED IN DIRECTOR'S OFFICE
APR 24 1986
GROUP 120

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application of | ) | "PRODUCTION OF |
| FU-KUEN LIN | ) | ERYTHROPOIETIN" |
| Serial No. 675,298 | ) | Group Art Unit 127 |
| Filed November 30, 1984 | ) | Examiner: J. Martinell |

PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (37 C.F.R. §1.102 & M.P.E.P. §708.02)

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

Applicant, by his undersigned counsel of record, herewith Petitions the Honorable Commissioner for advancement of examination under 37 C.F.R. §1.102 and consistent with the requisites of M.P.E.P. §708.02 II and VIII.

1. Consistent with the provisions of 37 C.F.R. §1.102(d), enclosed herewith is a check in the amount of $72.00 as the fee required by 37 C.F.R. 1.17(i). The Commissioner is hereby authorized to charge payment of any additional processing fees under 37 C.F.R. §1.17 to Deposit Account No. 13-2855. A duplicate copy of this sheet is attached for this purpose.

2. Consistent with the requisites of M.P.E.P. §708.02 II with respect to 37 C.F.R. §1.102 petitions to make special because of actual infringement, Applicant attaches hereto the Declaration of the undersigned counsel of record to the effect that (1) infringing products are being offered "on the market" and infringing methods of use are being practiced in the United States; (2) certain of the infringing products and practices were first known to exist

by Applicant's assignee as early as January, 1986; (3) a comparison of the claims has been made to information available concerning the infringing products and methods; (4) in counsel's opinion at least some of the claims are unquestionably infringed; (5) a thorough search of the prior art has been made; and (6) in counsel's opinion, all of the claims in the application are allowable.

3. Consistent with the requisites of M.P.E.P. §708.02 VIII, and in view of the fact that the application has not yet received examination, Applicant attaches hereto a Preliminary Amendment whereby a preliminary election of prosecution of certain claims is made without traverse but with a specific reservation of the right to pursue prosecution of the remaining claims by way of continuing application. Associated with said Preliminary Amendment are statements of counsel with respect to a "pre-examination" search of the prior art. Notation of references deemed most closely related to the preliminarily elected claims is made. A discussion of the references in keeping with the requirements of 37 C.F.R. §1.111(b) and (c) is set out in a concurrently filed "Information Disclosure Statement Under 37 C.F.R. §1.197".

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By [signature]
Michael F. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois

April 23, 1986

TO SEPARATE, I' OP AN TOM EDGES, SNAP—APART AND ARD CARBON

FORM PTO-892 (REV. 3-78) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

NOTICE OF REFERENCES CITED

SERIAL NO. 561024 | GROUP ART UNIT 127 | ATTACHMENT TO PAPER NUMBER

APPLICANT(S) Lin

U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4465464 | 3/25/84 | Cohen et al | 435 | 317 | 11/9/79 |
| | B | 4503151 | 3/5/85 | Paddock | 435 | 68 | 11/22/82 |
| | C | 4465624 | 3/14/84 | Chiba et al | 260 | 112.R | 5/14/84 |
| | D | 4377513 | 3/22/83 | Sugimoto et al | 260 | 112.R | 5/11/81 |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP SPEC |
|---|---|---|---|---|---|---|---|---|---|
| | L | 2055557 | 6 May 1982 | UK | Hayashibara | 260 | 112 R | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | R | Lin et al. 1984 "Cloning of the Monkey Erythropoietin Gene" J. Cell Biochem v0 (8 Part B) p45 Abstr. #c951 |
| | S | Lee-Huang, 1984 "Cloning and Expression of human erythropoietin DNA in E. coli" Proc Natl Acad Sci v81 2708-12 |
| | T | Weiss et al 1982 "Characterization of a monoclonal antibody to human erythropoietin" Proc Natl Acad Sci v79 5465-69 |
| | U | Konwalinka et al 1984 "A Miniaturized Agar Culture System for Cloning Human Erythropoietic Progenitor Cells" Exp Hem v12 75-79 |

EXAMINER: J Giesser | DATE: 5/30/85

160

*A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application of | ) | "PRODUCTION OF |
| FU-KUEN LIN | ) | ERYTHROPOIETIN" |
| Serial No. 675,298 | ) | Group Art Unit 127 |
| Filed November 30, 1984 | ) | Examiner: J. Martinell |

REFERENCES CLOSELY RELATED TO THE
SUBJECT MATTER ENCOMPASSED BY THE CLAIMS

PTO-1449 NO. C-31

Farber, Clin.Res., 31(4), 769A (1983)

PTO-1449 NO. C-32

Farber, et al., Exp. Hematol., 11, Supp. 4, Abstract No. 101 (1983)

PTO-1449 NO. C-33

Farber, et al., Blood, 62, No. 5, Supp. No. 1, Abstract 392, 1129 (1983)

PTO-1449 NO. C-68

Lee-Huang, Proc. Nat'l. Acad. Sci. (USA), 81, 2708-2712 (1984)

PTO-1449 NO. B-13

Lee Huang, Published PCT Appln. WO85/03079 (7/25/85)

PTO-1449 NO. A-13/B-5

Egrie, Published EPC Application 0116446 (8/22/84)

PTO-1449 NO. C-103

Sue, et al., Proc. Nat'l. Acad. Sci. (USA), 80, 3651-3655 (1983)

PTO-1449 NO. C-106

Sytowski, et al. J. Immunol. Methods, 69, 181-186 (1984)