# EXHIBIT H-9

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

9

AM670167855

AM-ITC 00952522



| | | | |
|---|---|---|---|
| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
| 67525 | 11/30/84 | Lin | 7183 |

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

EXAMINER: Giesser
ART UNIT: 127
PAPER NUMBER: 9
DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. Borun    (3) Mr. Wiseman
(2) Mr. Odre    (4) Ms Giesser

Date of interview: 7/30/86

Type: ☐ Telephonic   ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: Ex "A" and "B" used to distinguish Lee-Huang (attached in file)

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: All

Identification of prior art discussed: Lee-Huang

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: ① Lee-Huang, as interpreted by Applicant did not make and clone EPO ② Evidence (ie affadavits, etc) required to support this conclusion ③ Claim language needed to overcome 112 2nd ¶ rejections re: "biological properties"

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (rev. 1-81)

Examiner's Signature: Jeanne M. Giesser
220098

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

AM670167856                                    AM-ITC 00952523