# EXHIBIT H-10

10

AM670167857

AM-ITC 00952524



#10
Lm
8/5/86

PATENT

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Applicant:                          )    I hereby certify that this paper
                                    )    is being deposited with the United
FU-KUEN LIN                         )    States Postal Service as first
                                    )    class mail in an envelope addressed
Serial No: 675,298                  )    to: Commissioner of Patents and
                                    )    Trademarks, Washington, D.C. 20231,
Filed: November 30, 1984            )    on this date:
                                    )
For: "Production of                 )    August 5 1986
     Erythropoietin"                )    _____
                                    )         DATE
                                    )
Group Art Unit: 127                 )    _____
                                    )    Michael F. Borun
Examiner: Joanne M. Giesser         )    Registration No: 25,447
          Thomas G. Wiseman         )
                                    )    Attorney for Applicant(s)

ASSOCIATE POWER OF ATTORNEY

RECEIVED

Hon. Commissioner of Patents
     and Trademarks                      AUG 14 1986
Washington, D.C.  20231

Sir:                                     GROUP 120

        The undersigned attorney of record in the above-

identified application hereby gives (associate) power of

attorney to, and does hereby appoint as associate attorney,

Steven M. Odre, Esq., Reg. No. 29,094, to prosecute this

application, to make alterations or amendments therein, to

receive the patent, and to transact any and all business in

the Patent and Trademark Office connected therewith.

199 221                                       228

Hereafter, please address all communications to:

Marshall, O'Toole, Gerstein, Murray & Bicknell
Two First National Plaza, Suite 2100
Chicago, illinois  60603

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN
    MURRAY & BICKNELL

By _____

Michael F. Borun (25,447)
A Member of the Firm
Attorney for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois

August 5, 1986

- 7 -

229