# EXHIBIT H-11

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

**11**

AM670167860
AM-ITC 00952527

RECEIVED
OCT 03 1986
GROUP 120

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | |
|---|---|
| Application of ) | "PRODUCTION OF ERYTHROPOIETIN" |
| FU-KUEN LIN ) | |
| Serial No. 675,298 ) | Group Art Unit 127 |
| Filed: November 30, 1984 ) | Examiners: T. Wiseman |
| ) | J. Geisser |

Supplemental Information Disclosure
Statement Under 37 C.F.R. §1.97
Including Form PTO-1449

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C. 20231

Sir:

In compliance with Title 37 of the Code Federal Regulations, Sections 1.97, et seq., applicant hereby files a Form PTO-1449 listing references not previously cited in prosecution of this application.

Reference C135 is an Abstract presented by applicant and his co-workers in 1984 and is believed to be pertinent, if at all, in the same manner as the Abstract cited as Reference "S" in the most recent Office Action.

Reference C136 is a 1980 publication cross-referenced (as reference item No. 10) in the Lee-Huang Reference "R" cited in the most recent Office Action. It is believed to be relevant to patentability only in the context of indicating the "non-enabling" nature of the Lee-Huang P.N.A.S. reference. More specifically, the document supports the conclusion that the text of the reference does not disclose (directly or by cross-reference to another publication) the procedures needed to obtain high purity erythropoietin employed to produce monoclonal antibody 7A7.

- 1 -

223

230

● Reference B-15 is a PCT Application published May 9, 1985 which does not relate to erythropoietin but does reflect an opinion by its authors that genomic cloning to isolate a specific DNA sequence by means of short hybridization probes was "inventive" as of its 1984 filing date and, possibly, as of the earlier priority dates listed.

Reference B-16 is a PCT Application relating to erythropoietin DNA published June 19, 1986, nearly 29 months after the December 13, 1983 filing date of Applicant's first parent U.S. Patent Application. It is relevant, if at all, for its notation of three U.S. "priority" patent applications, all of which were filed after the present application. The earliest of these U.S. applications is asserted to have been filed nearly 12 months after Applicant's aforementioned first application describing successful cloning and expression of human and monkey erythropoietin genes.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By _____
Michael F. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois
_October 2_, 1986

-7-
~~307~~ 224        231

AM670167862    AM-ITC 00952529