Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Doc. 501 Att. 28

# EXHIBIT H-14

Moore Decl to Motion for SJ re ODP - Public
Dockets.Justia.com

14

AM670167928 AM-ITC 00952595


UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 675298 | 11/30/84 | | |

| EXAMINER | |
|---|---|
| TANENHOLTZ | |
| ART UNIT | PAPER NUMBER |
| 127 | 14 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mike Boron (3) Al Tanenholtz

(2) Steven Odre (4)

Date of interview 3/4/87

Type: ☐ Telephonic ☒ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description:

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: all

Identification of prior art discussed: Sue

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: most 35 USC 112 rejection will be obviated or dropped. Claims will be amended to recite a therapeutic activity of EPO, DNA to hybridize under stringent conditions and "fragments thereof" dropped. Attorney indicated that Sue would at best present inadequate amount of probe preparation. Dundan position to be maintained.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Al E Tanenholtz
Examiner's Signature

PTOL-413 (rev. 1-81)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

267