# EXHIBIT H-17

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

17

AM670168022
AM-ITC 00952689

Missing Front Page of Paper #17

387

AM670168023											AM-ITC 00952690

TO SEPARATE, ⸻ TOP AND BOTTOM EDGES, SNAP—APART AND ⸻ ARD CARBON

| | FORM PTO-892 (REV. 3-78) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE NOTICE OF REFERENCES CITED | SERIAL NO. 675,298 | GROUP ART UNIT 127 | APPLICANT(S) Lin | ATTACHMENT TO PAPER NUMBER 18 |
|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| A | 4,558,006 | 12/10/85 | Egrie | 435 | 70 | 2/4/83 |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PE. SHTS. DWG |
|---|---|---|---|---|---|---|---|
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Young et al, PNAS vol 80 pp 1194-1198 March 1983 |
| S | Broome et al, PNAS vol 75 pp 2746-2749 June 1978 |
| T | Ullrich et al, Science vol 196 pp 1313-1319 June 17 1977 |
| U | Martial et al, Science vol 205 pp 602-606 Aug. 10 1979 |

| EXAMINER Tavenlot | DATE 6/17/87 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

360
388

AM670168024                                                          AM-ITC 00952691

TO SEPARAT... OLD TOP AND BOTTOM EDGES, SNAP–APART AND D... CARD CARBON

| FORM PTO-892 (REV. 3-78) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 675298 | GROUP ART UNIT 122 | ATTACHMENT TO PAPER NUMBER |
|---|---|---|---|
| NOTICE OF REFERENCES CITED | APPLICANT(S) Lin | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| * | R | Bennetzen et al, 1982 "Codon Selection in Yeast" J. Biol Chem v257(6) 3026-31 |
| | S | Lewin Genes R83 John Wiley & Sons p 307 |
| | T | |
| | U | |

| EXAMINER Jeanne M. Giesser | DATE 6/2/86 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

389

381

AM670168025                                    AM-ITC 00952692

| Form PTO-1449 U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |
|---|---|---|
| | APPLICANT FU-KUEN LIN | |
| | FILING DATE November 30, 1984 | GROUP 127 |

Sheet 1 of 1

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| NT | B15 85 01961 | 5/9/85 | PCT | — | — | | |
| MT | B16 86 03520 | 6/19/86 | PCT | — | — | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| NT | C 135 | Lin, et al., Exp.Hematol., 12, 357 (1984) |
| MT | C 136 | Lee-Huang, Blood, 56, 620-624 (1980) |

EXAMINER: [signature]  DATE CONSIDERED 5/1/87

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

382

390

AM670168026   AM-ITC 00952693