# EXHIBIT H-18

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

18

AM670168027                                                                AM-ITC 00952694

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 675298 | 11/30/84 | | |

| EXAMINER |
|---|
| TANENHOLTZ |

| ART UNIT | PAPER NUMBER |
|---|---|
| 127 | 18 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mike Borun     (3) Al Tanenholtz

(2) Steve Odre     (4) _____

Date of interview: 7/9/87

Type: ☐ Telephonic  ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes  ☒ No.  If yes, brief description: _____

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☒ was not reached.

Claims discussed: all

Identification of prior art discussed: Lee-Huang

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: All outstanding grounds for rejection were discussed. Applicant to submit amendment amending claims consistent with the suggestion in the last office action on page 3 regarding claim 77. Will present arguments distinguishing references.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (rev. 1-81)                                          383   Examiner's Signature

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

AM670168028                                                    AM-ITC 00952695

FORM PTO-1083                                              Case Docket No. D-7183

In re application of: FU-KUEN LIN
Serial No.: 675,298

Filed: November 30, 1984

For: "PRODUCTION OF ERYTHROPOIETIN"

RECEIVED
JUL 13 1987
GROUP 120

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:
Transmitted herewith is an amendment in the above-identified application.
☐ Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
☐ A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
☒ No additional fee is required.
The fee has been calculated as shown below:

|   | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT |   | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE |    | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 36 | MINUS | 70 | = 0 | x6 = | $ | OR | x12 = | $ 0 |
| INDEP. | 4 | MINUS | 14 | = 0 | x17 = | $ | | x34 = | $ 0 |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM |   |   |   |   | +55 = | $ | | +110 = | $ |
|   |   |   |   |   | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ 0 |

*If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

☐ Please charge my Deposit Account No. _____ in the amount of $_____. A duplicate copy of this sheet is attached.

☐ A check in the amount of $_____ is attached.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 13-2855. A duplicate copy of this sheet is attached.

☒ Any filing fees under 37 CFR 1.16 for the presentation of extra claims.

☒ Any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,
MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

By _____
Michael F. Borun    Reg. No. 25,447
Two First National Plaza, Suite 2100
Chicago, Illinois 60603
(312) 346-5750

Date: July 10, 1987

392