# EXHIBIT H-19

Dockets.Justia.com

**19**

AM670168030                                                   AM-ITC 00952697

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

RECEIVED
JUL 1 3 1987

GROUP 120

| Application of: | ) | "PRODUCTION OF |
| | ) | |
| FU-KUEN LIN | ) | ERYTHROPOIETIN" |
| | ) | |
| Serial No: 675,298 | ) | Group Art Unit 127 |
| | ) | |
| Filed: November 30, 1984 | ) | Examiner - A. Tanenholtz |

LETTER          SEE  August 12, 1987

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C. 20231

Attention:  Official Draftsman


Sir:

        Enclosed herewith are 23 sheets of formal drawings
comprising Figure 5 through 21 submitted as replacements for
Tables originally present in the above-identified applica-
tion.


| Figure 5 | 3 sheets replacing Table V |
| Figure 6 | 5 sheets replacing Table VI |
| Figure 7 | 1 sheet replacing Table XIV |
| Figure 8 | 1 sheet replacing Table XXI |
| Figure 9 | 1 sheet replacing Table VII |
| Figure 10 | 1 sheet replacing Table VIII |
| Figure 11 | 1 sheet replacing Table IX |
| Figure 12 | 1 sheet replacing Table X |
| Figure 13 | 1 sheet replacing Table XI |
| Figure 14 | 1 sheet replacing Table XII |
| Figure 15 | 1 sheet replacing Table XIII |
| Figure 16 | 1 sheet replacing Table XV |

385

393

AM670168031                                    AM-ITC 00952698

| Figure 17 | 1 sheet replacing Table XVI |
| Figure 18 | 1 sheet replacing Table XVII |
| Figure 19 | 1 sheet replacing Table XVIII |
| Figure 20 | 1 sheet replacing Table XIX |
| Figure 21 | 1 sheet replacing Table XX |

Charge any fees that may be incurred to our Deposit Account No. 13-2855. A duplicate copy of this sheet is enclosed.

Respectfully submitted,
MARSHALL, O'TOOLE, GERSTEIN
MURRAY & BICKNELL

By

Michael F. Borun (25,447)
A Member of the Firm
Attorney for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois

_July 9_____, 1987

- 2 -

386

394

AM670168032                                AM-ITC 00952699



FIG. 1   Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

AM670168033                                             AM-ITC 00952700

*FIG.2*



388 .

396

G75296

FIG.3



589.

AM670168035                                      AM-ITC 00952702

675289

FIG. 4



pDSVL-gHuEPO

990    398



U.S. Patent    Oct. 27, 1987    Sheet 5 of 27    4,703,008

## FIG.5A

### Translation of Monkey EPO cDNA

```
Sau3A
GATCCCGCGCCCCTGGACAGCCGCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC
CGCTGAACTTCCCGGGATGAGGACTACCCGGTGTGGTCACCGGGACCTAGGTCCTGAC

                                -27
GGACCCCGCCAGGCGCCGACATG  GGG GTG GTG CAC GAA TGT CCT GCC TGG
                         Met Gly Val His Glu Cys Pro Ala Trp
                                                          -20

      -10
Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA

      -1 +1                                      10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

                        20
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

        30                                40
Gly Cys Ser Glu Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

399

FIG.5B



```
Asp Thr Lys Val Asn Phe  Tyr Ala Trp Lys Arg Met  Glu Val Gly
GAC ACC AAA GTT AAC TTC  TAT GCC TGG AAG AGG ATG  GAG GTC GGG
                              50                        70

Gln Gln Ala Val Glu Val  Trp Gln Gly Gln Ala Leu  Leu Ser Glu
CAG CAG GCT GTA GAA GTC  TGG CAG GGC CTG CTG GCC  CTC TCA GAA
         60                        80

Ala Val Leu Arg Gly Gln  Gln Val Leu Ala Asn Ser  Ser Gln Pro
GCT GTC CTG CGG GGC CAG  CAG GTG TTG GCC AAC TCC  TCC CAG CCT
                                                      100

Phe Glu Pro Leu Gln Leu  His Met Asp Lys Ala Ile  Ser Gly Leu
TTC GAG CCC CTG CAG CTG  CAC ATG GAT AAA GCC ATC  AGT GGC CTT
         90                       110

Arg Ser Ile Thr Leu Arg  Ala Leu Gly Ala Gln Ala  Glu Glu Ala
CGC AGC ATC ACC CTG CTT  GCG CTG GGA GCC CAG GCC  CAG GAA GCC
                                                      130

Ile Ser Pro Asp Ala Ala  Ser Ala Ala Pro Leu Arg  Thr Ile Ile
ATC TCC CCA GAT GCG GCC  TCG GCT CCT GCT CCA CTC  CGA ACC ATC
        120                       140

Thr Ala Asp Thr Phe Cys  Lys Leu Phe Arg Val Tyr  Ser Asn Phe
ACT GCT GAC ACT TTC TGC  AAA CTC TGC CGA GTC TAC  TCC AAT TTC
```

400



FIG.5C

```
          150                              160
Leu Arg Gly Lys Leu Lys Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

          165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCCACCAACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCGAACCCATCGAGGGGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGGACACTCCAGTGCAGCAATGACATCTCAGCGGCCCAGGAAC

TGTCCAGAGACAACTCTGAGATCTAAGGATGTCCAGGGCAACTTGAGGGCCCAGAGC

AGGAAGCAATTCAGAGAGCAGCTTTAAACTCAGGGACCAGAGACAATCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGACACGCCTTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGCATGACTGCGAGACTTAGGTGGCAAGCTGGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGGCAAGAGCCCCTTGCACTGAGCAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGGACAGGTTTTGGAGGTTGGAGGGTACTTGCAG

GTGTGTGGGGAAGCAGGAGCAGGGGGTAGGGGGTGGAGCTGGCCATGCCAGTGCAGGGTACTTGCAG

AGGATGGGGGCTGGCCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                          HIndIII
```



FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCCAGGGAGGTGTCCGGGAGCCCAGCCTTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCTCCCGCGCACCCAGGGCCCGGCAGCAGCCCCATCACCCACACGC
ACGTCTGCAGCAGCCCCGCTCACCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCTGGCGACCCCTCACGCACACAGCCTCTCCCCACCCCACCCCGCCGCCACCACCACATG
CAGATAACAGCCCCCACCCCCGGCCAGAGCCGXACAGTCCCTGGGCCACCCCGGCCGGCCGCCCTGCCGCTG
CGCCCGCACCGCGCTGTCCTCCCGGAGCACCGGACCGGGGCCACCGGGCCGCCXGCTCTGCTCCGACACCGCCCCC
CTTGGACAGCCGCCCTCTCCTCTCTAGGCCCGTGGGCTGCCCTGCACCGCCGAGCTTCCCGGGATGAGGXX
                                                                   -27 -24
                                                                   Met Gly Val His
                                                                   ATG GGG GTG CAC  G
CCCGGTGACCGGCCGCGCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG
GTGAGTACTCGCGGGCTGGGCGGTCCCGCCGCGCCGGGTTCCTGTTTGAGCGCGGGGATTTAGCCGCCCCGGCT
```

39平

402

AM670168040

AM-ITC 00952707



# FIG.6B

```
ATTGGCCAAGAGAGGTGGCTGGGTTCAAGGACCGCGACTTGTCAGGAACCCGGAGGGGAGGGGGGTGGG

GCAGCCTCCACGTGCCCCGGGGACTTGGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA

CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTCCAGTGTGTGTCTTGTCAGTGTCTCG[I.r.s.]

TTGCACACGCACAGCATCAATAAGCCAGAGGCAGCACCTGAGGTGCTTGCATGGTTGGCACGAAGGACGCAG


CTGGGGCAGAGACGTCGGGGATGAAGCAAGCTGTCCTTCCACACGCCACCCTTCTCCCCCCCGCCTGACTCT


                -23            -20
                Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA TGT CCT GCC TGG CTG CTT CTC CTG TCC CTG

 -10                              -1  +1
 Leu Ser Leu Pro Leu Gly Leu Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
 CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CGC CTC ATC TGT

      10                              20                          •
 Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
 GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

 26
 Thr
 ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCTCCCCAGAT


 CCAGGAACCTGGCCACTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

3.9

403

AM670168041

AM-ITC 00952708



## FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGGCAAAGCCAGCAGATCCTACCGCCTGTGGGCCAGGG

                                                27        30
                                                Thr Gly Cys Ala Glu
CCAGAGCCTTCAGGGACCCTTGACTCCCGGCTGTGTGCCATTTCAG  ACG GGC TGT GCT GAA
                                        40
                   His Cys Ser Leu Asn Glu Thr Val Pro Asp Thr Lys Asn Phe Tyr
                   CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

                   50        55
                   Ala Trp Lys Arg Met Glu
                   GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTCCTTTCTTTTTTGGACAATCTCATT

TGCCAGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCCCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCGAGATGGGAGGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGGCAGCATAGTGGAGCATCCCCATCTCTACAAACATTTAAAAAATTAGTCAG

GTGAAGTGCGTCATGGTAGCTCCCAGATATTTGGAAGGCTGAGGCGGGGAGGATCGTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGTGAGCCTGTGATCACCACCACTCACTCCAGCCTCCAGCCTCAGTGACAGAGTGAGGCCTGTCTCA
```

AM670168042                                                    AM-ITC 00952709



## FIG. 6D

```
AAAAAGAAAAGAAAAAAAAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGCCAGGAGGACGGGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCTCCTCTAG
56          60
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
                                                      70
                         80
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
                                                      90
                                    •
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
                         100
110                    115
Arg Ala Leu Gly Ala Gln
CGG GCT CTG GGA GCC CAG  GTGAGTAGGAGCGGGACACTTCTGCTTGCCCTTTCTGTGGCACTGCAGCGACCTCCT

GAAGGGTCTTGCTAGGGAGTACAGGAACTGCCGTATTCCTTCCCTTCCTTTGTGGCACTGCAGCGACCTCCT
116          120
Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
ARG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTCTCCTTGGCAG
```

AM670168043

3947

405

AM-ITC 00952710

FIG. 6E

```
                    130                                140                              160
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

                    150
Asn Phe Arg Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

166 Asp Arg OP
    GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCGCCATCCTCAACCCGTCGAGGGCTCTCAGCTCAGCGCCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGCCCAGAGGCCGCAGCAGCAACTGTCCAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGGAGGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCAGCCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGATTTAC

CTGTTTCCCACCTACCATCAGGGACAGGATGACCTGGACAACTTAGGTGGCAAGCTGTGACTTCTTCCAGG

TCTCACGGGCATGGCACTCCCTTGGTGGCCAAGAGCCCCTTGACACCGGGGTGGTGGGCAACCATGAAGAC

AXGATXGCGGCTGGCCTCTGGCTCTCATGGGGTCCAAGTTTTGTGTATTCTCACCTATTGACAGACTGAA

ACACAATATGAC
```

3.98

406

AM670168044                                         AM-ITC 00952711



**U.S. Patent**     Oct. 27, 1987     Sheet 13 of 27   **4,703,008**

FIG.7

ECEPO GENE

```
           XbaI                         -1  1
           CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
                TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC

      ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
      TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG

      TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
      ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT

      TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
      AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT

      GTTGGTCAAC AAGCAGTTGA AGTTTCGGCAG GGTCTGGCAC TGCTGAGCGA
      CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT

      GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
      CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC

      AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
      TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC

      ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
      TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG

      GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
      CCTACGACGT AGACGACGTG GCGACCCATG GTAGTGACGA CTATGGAAGG

      GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
      CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

      TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG  SalI
      ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

SGG

AM670168045                                    AM-ITC 00952712



**U.S. Patent**    Oct. 27, 1987    Sheet 14 of 27    **4,703,008**

FIG.8

SCEPO GENE

```
           -1 +1
HindIII    ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
ACCTAT     TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA

GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT

AGTTTGGCAA GGTTTGGCCT TGTTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG

GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG

CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG

TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC

              SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

400    ~~BGG~~    408



Comparison of Human and Monkey EPO Polypeptides

```
        -20       -10        +1         10         20         30         40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEANITTGCAEHCSLNENITVPDTK
        ***     ** ***     * *  *   *************************** * **  **************
Monkey  MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVIMGCSESCSLNENITVPDTK

        50         60         70         80         90         100        110
Human   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        ****************** **************   *  ** ***********  *  ***** *******  *
Monkey  VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALRALGAQ-E

        120        130        140        150        160
Human   AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        *** ****************** *  ****************** ***
Monkey  AISLPDRASAAPLRTITADIFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

409



U.S. Patent    Oct. 27, 1987    Sheet 16 of 27    4,703,008

### ECEPO SECTION 1 OLIGONUCLEOTIDES

1.   AATTCTAGAAACCATGAGGGTAATAAAATA

2.   CCATTATTTTATTACCCTCATGGTTTCTAG

3.   ATGGCTCCGCCGCGTCTGATCTGCGAC

4.   CTCGAGTCGCAGATCAGACGCGGCGGAG

5.   TCGAGAGTTCTGGAACGTTACCTGCTG

6.   CTTCCAGCAGGTAACGTTCCAGAACT

7.   GAAGCTAAAGAAGCTGAAAACATC

8.   GTGGTGATGTTTTCAGCTTCTTTAG

9.   ACCACTGGTTGTGCTGAACACTGTTC

10.  CAAAGAACAGTGTTCAGCACAACCA

11.  TTTGAACGAAAACATTACGGTACCG

12.  GATCCGGTACCGTAATGTTTTCGTT

FIG. 10



**U.S. Patent**    Oct. 27, 1987    Sheet 17 of 27    **4,703,008**

ECEPO SECTION 1

```
EcoRI    XbaI                      1                          3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                      2                                4

ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTCGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
            5                                6

TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAATACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
        7              9                          11
            8                      10

KpnI    BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

FIG. 11

403

411

AM670168049                                      AM-ITC 00952716



### ECEPO SECTION 2 OLIGONUCLEOTIDES

1. AATTCGGTACCAGACACCAAGGT

2. GTTAACCTTGGTGTCTGGTACCG

3. TAACTTCTACGCTTGGAAACGTAT

4. TTCCATACGTTTCCAAGCGTAGAA

5. GGAAGTTGGTCAACAAGCAGTTGAAGT

6. CCAAACTTCAACTGCTTGTTGACCAAC

7. TTGGCAGGGTCTGGCACTGCTGAGCG

8. GCCTCGCTCAGCAGTGCCAGACCCTG

9. AGGCTGTACTGCCGTGGCCAGGCA

10. GCAGTGCCTGGCCACGCAGTACA

11. CTGCTGGTAAACTCCTCTCAGCCGT

12. TTCCCACGGCTGAGAGGAGTTTACCA

13. GGGAACCGCTGCAGCTGCATGTTGAC

14. GCTTTGTCAACATGCAGCTGCAGCCG

15. AAAGCAGTATCTGGCCTGAGATCTG

16. GATCCAGATCTCAGGCCAGATACT

FIG. 12

404    412



FIG. 13

.405

413



ECEPO SECTION 3

1.   GATCCAGATCTCTGACTACTCTGC

2.   ACGCAGCAGAGTAGTCAGAGATCTG

3.   TGCGTGCTCTGGGTGCACAGAAAGAGG

4.   GATAGCCTCTTTCTGTGCACCCAGAGC

5.   CTATCTCTCCGCCGGATGCTGCATCT

6.   CAGCAGATGCAGCATCCGGCGGAGA

7.   GCTGCACCGCTGCGTACCATCACTG

8.   ATCAGCAGTGATGGTACGCAGCGGTG

9.   CTGATACCTTCCGCAAACTGTTTCG

10.  ATACACGAAACAGTTTGCGGAAGGT

11.  TGTATACTCTAACTTCCTGCGTGGTA

12.  CAGTTTACCACGCAGGAAGTTAGAGT

13.  AACTGAAACTGTATACTGGCGAAGC

14.  GGCATGCTTCGCCAGTATACAGTTT

15.  ATGCCGTACTGGTGACCGCTAATAG

16.  TCGACTATTAGCGGTCACCAGTAC

FIG. 14

406     414



ECEPO SECTION 3

```
BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC


     1                    3                      5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
     2                         4


                           7                      9
GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
     6                         8


                        11                        13
GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
    10                        12


                         15                   SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
    14                        16
```

FIG. 15

AM670168053     AM-ITC 00952720



SCEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCAAGCTTGGATAAAAGAGCT
2.  GTGGAGCTCTTTTATCCAAGCTTG
3.  CCACCAAGATTGATCTGTGACTC
4.  TCTCGAGTCACAGATCAATCTTG
5.  GAGAGTTTTGGAAAGATACTTGTTG
6.  CTTCCAACAAGTATCTTTCCAAAAC
7.  GAAGCTAAAGAAGCTGAAAACATC
8.  GTGGTGATGTTTTCAGCTTCTTTAG
9.  ACCACTGGTTGTGCTGAACACTGTTC
10. CAAAGAACAGTGTTCAGCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

FIG. 16

4/08                                          416



U.S. Patent     Oct. 27, 1987     Sheet 23 of 27   4,703,008

SCEPO SECTION 1

```
EcoRI  HindIII 1
AATTCA AGCTTGGATA
   GT TCGAACCTAT
            2

AAAGAGCTTC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAAG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
           4

     5              7
GGAAAGATAC TTGTTCGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTCTATG  AACAACTTCG GATTTCTTCG ACTTTTGTAG TGGTGACCAA
    6                     8

     9              11         KpnI    BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                        12
```

FIG. 17

417



**U.S. Patent**    Oct. 27, 1987    Sheet 24 of 27    **4,703,008**

### SCEPO SECTION 2 OLIGONUCLEOTIDES

| | |
|---|---|
| 1. | AATTCGGTACCAGACACCAAGGT |
| 2. | GTTAACCTTGGTGTCTGGTACCG |
| 3. | TAACTTCTACGCTTGGAAACGTAT |
| 4. | TTCCATACGTTTCCAAGCGTAGAA |
| 5. | GGAAGTTGGTCAACAAGCAGTTGAAGT |
| 6. | CCAAACTTCAACTGCTTGTTGACCAAC |
| 7. | TTGGCAAGGTTTGGCCTTGTTATCTG |
| 8. | GCTTCAGATAACAAGGCCAAACCTTG |
| 9. | AAGCTGTTTTGAGAGGTCAAGCCT |
| 10. | AACAAGGCTTGACCTCTCAAAACA |
| 11. | TGTTGGTTAACTCTTCTCAACCATGGG |
| 12. | TGGTTCCCATGGTTGAGAAGAGTTAACC |
| 13. | AACCATTGCAATTGCACGTCGAT |
| 14. | CTTTATCGACGTGCAATTGCAA |
| 15. | AAAGCCGTCTCTGGTTTGAGATCTG |
| 16. | GATCCAGATCTCAAACCAGAGACGG |

FIG. 18

AM670168056    AM-ITC 00952723



**U.S. Patent**     Oct. 27, 1987     Sheet 25 of 27     **4,703,008**

SCEPO SECTION 2

```
        KpnI
EcoRI    1
A ATTCGGTACC AGACACCAAG
    GCCATGG TCTGTGGTTC
              2


         3                          5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
              4                              6


          7                   9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
              8                              10


         11                  13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
              12                             14


         15              BglII    BamHI
GATTAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
              16
```

FIG. 19



### SCEPO SECTION 3 OLIGONUCLEOTIDES

| | |
|---|---|
| 1. | GATCCAGATCTTTGACTACTTTGTT |
| 2. | TCTCAACAAAGTAGTCAAAGATCTG |
| 3. | GAGAGCTTTGGGTGCTCAAAAGGAAG |
| 4. | ATGGCTTCCTTTTGAGCACCCAAAGC |
| 5. | CCATTTCCCCACCAGACGCTGCTT |
| 6. | GCAGAAGCAGCGTCTGGTGGGGAA |
| 7. | CTGCCGCTCCATTGAGAACCATC |
| 8. | CAGTGATGGTTCTCAATGGAGCG |
| 9. | ACTGCTGATACCTTCAGAAAGTT |
| 10. | GAATAACTTTCTGAAGGTATCAG |
| 11. | ATTCAGAGTTTACTCCAACTTCT |
| 12. | CTCAAGAAGTTGGAGTAAACTCT |
| 13. | TGAGAGGTAAATTGAAGTTGTACAC |
| 14. | ACCGGTGTACAACTTCAATTTACCT |
| 15. | CGGTGAAGCCTGTAGAACTGGT |
| 16. | CTGTCACCAGTTCTACAGGCTTC |
| 17. | GACAGATAAGCCCGACTGATAA |
| 18. | GTTGTTATCAGTCGGGCTTAT |
| 19. | CAACAGTGTAGATGTAACAAAG |
| 20. | TCGACTTTGTTACATCTACACT |

FIG. 20

4/12

420

AM670168058                                                                   AM-ITC 00952725

SCEPO SECTION 3

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                              2


     3                    5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
     4                    6                   12


     7              9                    11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
     8              10                   12


              13                    15
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
              14                   16


          17              19
AACTGGTCAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCAGTG TCTATTCGGG CTGACTATTG TTGTCACATC
          18


          SalI
ATGTAACAAA G
TACATTGTTT CAGCT
20
```

FIG. 21

AM670168059                                      AM-ITC 00952726