# EXHIBIT H-21

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

21

AM670168086
AM-ITC 00952753



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 675,298 | 4/30/84 | | |

| EXAMINER |
|---|
| TANENHOLTZ |

| ART UNIT | PAPER NUMBER |
|---|---|
| 127 | 21 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Steven Odre
(2) Al Tanenholtz
(3) ___
(4) ___

Date of interview: 7/30/87

Type: ☒ Telephonic  ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description: ___

Agreement ☒ was reached with respect to some or all of the claims in question.  ☐ was not reached.

Claims discussed: all

Identification of prior art discussed: ___

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: See Examiner's amendment paper no. 22. All claims are allowed.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (REV 1-84)

4/39

Examiner's Signature: Alvin E. Tanenholtz

447

AM670168087                                    AM-ITC 00952754

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | |
|---|---|
| Application of ) | "PRODUCTION OF |
| ) | |
| FU-KUEN LIN ) | ERYTHROPOIETIN" |
| ) | |
| Serial No: 675,298 ) | Group Art Unit 127 |
| ) | |
| Filed: November 30, 1984 ) | Examiner - Tanenholtz |

ASSOCIATE POWER OF ATTORNEY

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

Sir:

The undersigned attorney of record in the above-identified application hereby gives associate power of attorney to

Eric P. Schellin, Sr., Esq. (Reg. No. 18,449)
2001 Jefferson Davis Highway
Arlington, Virginia  22202
(703) 521-1666

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
   MURRAY & BICKNELL

By /s/ Michael F. Borun

Michael F. Borun (25,447)
A Member of the Firm
Attorney for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois

August 5, 1987

Approved
August 7, 1987
Frances K. Martin

#40

448

AM670168088                                                                                         AM-ITC 00952755