# EXHIBIT H-22

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

22

AM670168089
AM-ITC 00952756




UNITED ST  :PARTMENT OF COMMERCE
Patent and T̶r̶a̶d̶e̶m̶a̶r̶k̶ Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| ● | | | |

|  |  |
|---|---|
| | EXAMINER |
| ART UNIT | PAPER NUMBER |
| | 22/E |

DATE MAILED:

## NOTICE OF ALLOWABILITY

**PART I.**
1. ☒ This communication is responsive to ___7/13/87___
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are ___104-134___
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
   Reasons for Allowance
   Notice of References Cited, PTO-892
   Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
✓ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

449

ALVIN E. TANENHOLTZ
PRIMARY EXAMINER
ART UNIT 127

PTOL-37 (REV 2-85)     USCOMM-DC 85-3744

AM670168090                                                                                       AM-ITC 00952757

Serial No.   675298
Art Unit    127

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

Authorization for this Examiner's Amendment was given in a telephone interview with Steven Odre on July 30, 1987.

In claim 110 line 3 change "a primary structural conformation" to --an amino acid sequence--.

Cancel claims 1-13, 16, 39-49 and 51-60.

Tanenholtz:st
A/C  703
557-3920
7/31/87
Retype 8/5/87

ALVIN E. TANENHOLTZ
PRIMARY EXAMINER
ART UNIT 127

442

450

AM670168091                                                   AM-ITC 00952758