# EXHIBIT H-23

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

23

AM670168092                                                              AM-ITC 00952759

EXPRESS MAIL # 90169539



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#23

| | |
|---|---|
| In re Application of: ) | I hereby certify that this paper is being deposited with the United States Postal Service "EXPRESS MAIL" under 37 CFR §1.10 addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231, on this date. |
| Fu-Kuen LIN ) | |
| Serial No: 675,298 ) | |
| Filed: November 30, 1984 ) | |
| For: Production of Erythropoietin ) | |
| Examiner: A. Tanenholtz ) | October 21, 1987 |
| Group Art Unit: ) | Pamela A. Simonton<br>Registration No. 31,060<br>Attorney for Applicants |

TRANSMITTAL

Honorable Commissioner of Patents
    and Trademarks
Washington, D.C. 20231

Enclosed is Fu-Kuen Linn's Declaration Re: Microorganism Deposit for filing in the above referenced case.

Respectfully submitted,

AMGEN INC.

Date 10/21/87

Pamela A. Simonton
Reg. No. 31,060

Amgen Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA  91320

PatFormT

443

451



EXPRESS MAIL # 90169539

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application of: | ) PRODUCTION OF ERYTHROPOIETIN |
| FU-KUEN LIN | ) |
| | ) Group Art Unit |
| Serial No.: 675,298 | ) |
| | ) Examiner - A. Tanenholtz |
| Filed: November 30, 1984 | ) |

DECLARATION RE: MICROORGANISM DEPOSIT

FU-KUEN LIN, DECLARES AND SAYS:

1. That he is the inventor of the subject matter claimed in the above-identified patent application;

2. That certain cultures have been deposited in the permanent culture collection of the American Type Culture Collection, 12031 Parklawn Drive, Rockville, Maryland, and the culture deposits meet the requirements of the Budapest Treaty for the purposes of patent procedure;

3. That said cultures were deposited, after the filing date of the above-identified patent application, on October 20, 1987 as accession numbers ATCC 40381, for a deposit of a phage clone designated λhE1 at page 42 of the above-identified application, and ATCC 67545, for a deposit of a clone designated pMkE83 in E. coli ("clone 83") as described at page 34 of the above-identified application;

4. That the microorganism in each of said cultures was in his possession prior to the filing of the above-identified application and prior to December 13, 1983, as supported for λhE1 by the identical construction designated "λ21-2a" on attached page 19 of co-worker Sidney Suggs' Notebook No. 439, dated October 28, 1983 and page 30 dated November 7, 1983 and identified as Exhibit 11, and for pMkE83 by the identical construction designated "p83" on attached page 37 of co-worker Sidney Suggs' Notebook No.439, dated November 11,

452

U44

AM670168094	AM-ITC 00952761

EXPRESS MAIL # 901695:

- 2 -

1●●3 and identified as Exhibit 12;

    5. That he declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief and believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

KIRIN-AMGEN, INC.

BY: *Fu-Kuen Lin*
    Fu-Kuen Lin
    Inventor

Oct. 21, 1987.

453

AM670168095　　　　　　　　　　　　　　　　　　　　　　　AM-ITC 00952762



11.    EXPRESS MAIL # 90169539                    Project N: 4
TITLE Southern blots of EPO ___                    Book No. II                 19

From Page No. — F.K. Lin has isolated 4 clones that "light up" with oligo probes designed from
10/27   2 different regions of EPO. Charon 4A phage have been grown up and banded in
CsCl. These DNA's were dialyzed (in Eppendorf tubes) vs 50ml T₂₅E₁₀ for ~1hr.
I will prepare DNA from these.

|           |         | 20% SDS | 5M NaCl | proteinase K (5 mg/ml) |
|-----------|---------|---------|---------|------------------------|
| measure volumes: 16-3a' | 0.52 ml | 5 µl | 175 µl | 10 µl |
| 21-2a    | 0.52    | 5 µl    | 175 µl  | 10 µl                  |
| 27-6a    | 0.51    | 5 µl    | 170 µl  | 10 µl                  |
| 44-1a    | 0.34    | 3.5 µl  | 115 µl  | 7 µl                   |

Add the amounts of the soln's indicated to bring SDS to 0.2%, 50 volume 5M NaCl, proteinase K
to 100 µg/ml
Incubate 50°/30'
PhOH/CHCl₃ extract (0.7ml) 2X → CHCl₃ extract (0.7ml) → ether extract (~1ml) → divide each sample into 2 tubes
Put at 4°/ON

10/28   I vortexed the samples yesterday during the phenol extraction. This should
probably not have been done. Should gently extract.
Put in speed vac for 5'.
Add ~1 ml EtOH to each tube. Most tubes had viscous globs of DNA.
- Put on dry ice/5'
Spin 5' in Eppendorf. Large salt pellets for 7 of the 8 tubes.
Resuspend the 7 pellets @ in 300 µl H₂O & add 700 µl EtOH. -20°/5' → dry ice/5'
Spin Wash Dry
Resuspend in 75µl T₁₀E₀.₁

Measure OD profiles: all just 27-6a looks like clean DNA profiles   27-6a
appears to contain protein (contamination at OD₂₇₀).

The concentrations are: 16-3a'   1.13 mg/ml
                        21-2a    700 µg/ml
                        27-6a    460 µg/ml
                        44-1a    555 µg/ml

Dilute DNA's         stock
                     solution     H₂O
        16-3a'       2.5 µl       34 µl
        21-2a        4 µl         32
        27-6a        6.2 µl       30                  ] Put in frig/ON
        44-1a        5.3 µl       31
from Doug Murdock → 16-3a   18 µl   18

To Page No. 20

Witnessed & Understood by me,  Date 11/10/83   Invented by
                                               Recorded by Ed Snap   Date 28 Oct 83

EXHIBIT 11 - LAB No. 439

30  Project No. ___
Book No. IV   TITLE M13 sequencing of putative EPO clones

From Page No. 29

...quence that is a perfect match for one of the sequences in the EpV probes. The sequence is one of the 16 sequences in EpV6. This means that the clone was detected with a 1 bp mismatch.

20 m    Translation of ORF

```
              T  G  A (A)(C)
                              thr gly cys ala glu
AGAGTCTAGCACCTGAC...CTT..CA[TGA]  ACG GGC TGT GCT GAA
   H (H) S  L  N  N (N) I  T  V  P        K/R V
   his cys ser leu asn glu asn ile thr val pro asp thr lys val
   CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT
        5'                      5S
   N  F  Y  A  W  K
   asn phe tyr ala trp lys arg met glu
   AAT TTC TAT GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTT

TTTTTCGTTTGTTTTGGAGAATGTATTTGGAGGGTGATTTTG

GATTAAGGGAGAATGATG
```

iii) Above is shown the reverse complement of the sequence. The probe hybridization site is underlined in red. The letters written in blue above the nucleotide sequence are the amino acid sequence of EPO frag obtained by Por Lai. The first stretch of amino acid sequence is starting with residue 27 from the N-terminus. The second stretch of sequence corresponds to the tryptic peptide from which the 20-mer (EpV) probes were designed. The nucleotide sequence enclosed in the box matches well with a consensus splice acceptor site. The underlined sequence matches extremely well with a consensus splice donor site.

iv) Clones 1,3,4 are the same as clone 17 that Mike Fox sequenced. My sequence did not work as well as his, mainly because I have some "n-1" mers in the sequence. This is probably caused by s/s contamination.

v) Mike sequenced clone 18 & 19 as well. These clones had different sequences from each other and different sequences from 17 as well. He did a C-test and determined that 18 is the opposite orientation from 17.

vi) The sequence of all the frags to date are on the next page. We have been unable to find the 17-mer hybridization site in the sequence of clones 17 & 18.

vii) From the sequence of clones 9,11,12, there is no doubt that clones 21-2a (and 27-6a as well) is a clone for EPO.

To Page No. 31

Witnessed & Understood by me,  Date 11/10/83
Invented by
Recorded by Sid Suggs   Date 7 Nov 83

447

TITLE: Sequencing of EPO cDNA clone #83         Project No. 7    Book No. IV    37

From Page No. —

11/10 — Want to try sequencing directly out the plasmid using the 20-mers (EpV) as primers. This is the procedure we used at City of Hope. F-K.L. believes that the EpV2 mixture contains the sequence found in the monkey cDNA clone.

Yesterday, I received ~1 μg of rapid plasmid DNA (alkaline method) that was prepared by F-K.L. He added an equal volume of 4 M $NH_4OAc$ and then 0.6 volumes iso-propanol (room temp), and then gave the DNA to me. I let it sit at room temp for ~1 hr.
Spin. Wash. Dry.
Resuspend in 1.75 μl $H_2O$
         0.25 μl 10X ISRB
         0.2 μl 1 M tris, pH 7.4
         0.2 μl EcoRI (12 u/μl)
         37°/1 hr → –20°/ON

Today, set up std sequencing rxns
t/p: 2.5 μl DNA soln (83 cut with EcoRI)
     4 μl $H_2O$
     0.75 μl 10X H buffer  ┐ of each sequence
     0.5 μl EpV2 (1 pmol/μl)
100°/3' → plunge into ice water bath and use immediately.

A/u/N: see p.33

Rxns were run at room temp.

Run on a 10% PA-8M urea gel.
Expose 2 hrs /–80°/ 2 screens

CONCLUSIONS:
i) Clone 83 definitely is an EPO clone. There is considerable sequence homology with the human genomic clone sequence.
ii) I will be able to read more sequence tomorrow when I have an exposure without screens.
11/11 iii) On the computer, I have translated all 3 frames of the reverse complement of the sequence. I can find 3 stretches of sequence that match well with the human genomic sequence and/or the human amino acid sequence

To Page No. 43/38

Witnessed & Understood by me,   Date   Invented by           Date
                                       Recorded by Sid Suggs  11 Nov 83