# EXHIBIT H-24

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

24

AM670168099

AM-ITC 00952766



F.N. 476

921  11/3/87  619-121

RECEIVED
NOV 2 1987
GROUP 120

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Application of: )  I hereby certify that this
 ) paper is being deposited
FU-KUEN LIN ) with the United States
 ) Postal Service as first
Serial No: 675,298 ) class mail, postage prepaid,
 ) in an envelope addressed to:
Filed: November 30, 1984 ) Commissioner of Patents and
 ) Trademarks, Washington, D.C.
For: "DNA SEQUENCES ) 20231, on this date:
ENCODING ERYTHROPOIETIN" )
 ) October 23, 1987
 )          (Date)
 )
Group Art Unit: ~~127~~ 124 )
 ) Michael F. Borun (25,447)
Examiner: A. Tanenholtz ) Attorney for Applicant(s)


CONFIRMATION OF NOTICE OF SMALL ENTITY
STATUS CHANGE UNDER 37 C.F.R. §1.28(b)

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

Sir:

This serves as confirmation of the notification dated August 11, 1987 of change in status potentially resulting in loss of entitlement to small entity status for the above-identified application. More specifically, this confirms the notation of change in status reflected in the "Notice of Allowance and Issue Fee Due" (signed by the undersigned counsel of record on August 11, 1987) which was accompanied by an "other than small entity" fee check in the amount of $560.00. Attached hereto is a photocopy of the

457

● notice, together with a photocopy of a postcard receipt stamped by the PTO and a copy of the issue fee receipt.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By /s/ Michael F. Borun
Michael F. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois
October 23, 1987

-2/-

458

AM670168101                                                     AM-ITC 00952768

(155-CIP-3)

The Patent Office is hereby requested to acknowledge receipt of the following papers by stamping and returning this card.

FU-KUEN LIN

SERIAL NO. 675,298

FILED NOV. 30, 1984

ISSUE FEE: $560.00 & ADVANCE ORDER: $18.00
(CHECK # C07978   2-188/210904~$578.00

LETTER WITH CORRECTED DRAWINGS (FIG. 5A-21)

| ISSUE FEE RECEIPT | FILING DATE | SERIAL NO. | PATENT NO. | DATE OF PATENT |
|---|---|---|---|---|
| | 11/30/84 | 675298 | 4703008 | 10/27/87 |
| INVENTOR | Lin, Fu-Kuen; Thousand Oaks, Calif. | | | |
| ASSIGNEE | Biogen-Amgen, Inc. | | | |
| INVENTION | DNA sequences encoding erythropoietin | | | |

| | SHEETS OF DRAWINGS | ISSUE FEE PAID | DATE FEE PAID | CLASS-SUB |
|---|---|---|---|---|
| | 027 | $560 | 04/12/87 | 435/240.200 |
| ISSUE CONTROL | Merriam, Marshall & Bicknell<br>Two First Natl. Plaza, Ste. 2100<br>20 South Clark St.<br>Chicago, IL 60603 | | | 100 |
| FORM PTO-162 (REV. 12-84) | Note: Patents based on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. See 37 CFR 1.20(e)-(j). | | | U.S. DEPT. OF COMM. Patent and Trademark Office |

451

459