# EXHIBIT H-25

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

25

AM670168103                                              AM-ITC 00952770

RECE ED

NOV 2 1987

GROUP 120

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) I hereby certify that this |
| | ) paper is being deposited |
| Fu-Kuen LIN | ) with the United States |
| | ) Postal Service as First |
| Serial No: 675,298 | ) Class mail in an envelope |
| | ) addressed to: Commissioner |
| Filed: November 30, 1984 | ) of Patents & Trademarks, |
| | ) Washington, D.C. 20231, |
| For: Production of | ) on this date. |
| Erythropoietin | ) |
| | ) October 20, 1987 |
| Examiner: A. Tanenholtz | ) |
| | ) |
| Group Art Unit: 124 | ) |
| | ) Pamela A. Simonton |
| | ) Registration No. 31,060 |
| | ) Attorney for Applicants |

TRANSMITTAL

Honorable Commissioner of Patents
      and Trademarks
Washington, D.C.  20231

      Enclosed is a Declaration as to Deposit of

Microorganism for filing in the above referenced case.

                              Respectfully submitted,

                              AMGEN INC.

Date 16/20/87
                              Pamela A. Simonton
                              Reg. No. 31,060

Amgen Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA  91320
August 21, 1987

PatFormEl

452

460

AM670168104                                                                AM-ITC 00952771

S752SS

RM PTO-1082

Case Docket No. _____ 7183

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:
Transmitted herewith for filing is the patent application of
Inventor:  FU-KUEN LIN
For:       "PRODUCTION OF ERYTHROPOIETIN"

Enclosed are:
[X] Four (4) sheets of drawing.
[ ] An assignment of the invention to _____
_____ application.
[ ] A certified copy of a _____
[ ] An associate power of attorney.
[X] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.

The filing fee has been calculated as shown below:

| | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 70 -20 = | 50 | 50 x5 = | $ 250 | OR | x10 = | $ |
| INDEP CLAIMS | 14 -3 = | 11 | 11 x15 = | $ 165 | OR | x30 = | $ |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | +50 = | $ 50 | OR | +100 = | $ |
| | | | TOTAL | $ 665 | OR | TOTAL | $ |

*If the difference in Col. 1 is less than zero, enter "0"
in Col. 2

[ ] Please charge my Deposit Account No. _____ the amount of $_____. A duplicate copy of this sheet is encl
[X] A check in the amount of $ 665.00 to cover the filing fee is enclosed.
[X] The Commissioner is hereby authorized to charge payment of the following fees associated with this communication
    credit any overpayment to Deposit Account No. 13-2855 . A duplicate copy of this sheet is enclos

    [X] Any additional filing fees required under 37 CFR 1.16.
    [X] Any patent application processing fees under 37 CFR 1.17.

[ ] The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application
    or credit any overpayment to Deposit Account No._____. A duplicate copy of this sheet is enclosed.

    [ ] Any patent application processing fees under 37 CFR 1.17.
    [ ] The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311 (b).
    [ ] Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Respectfully submitted,
MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

By _____
Michael F. Borun    Reg. No. 25,447
Two First National Plaza, Suite 2100
Chicago, Illinois 60603
(312) 346-5750

Date: November 27, 1984

461

AM670168105

AM-ITC 00952772

Best of

Drawings Are

Missing

**462**

AM670168106

AM-ITC 00952773



RECEIVED
NOV 2 1987
GROUP 120

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application of: | ) PRODUCTION OF ERYTHROPOIETIN |
| FU-KUEN LIN | ) |
| Serial No.: 675,298 | ) Group Art Unit |
| Filed: November 30, 1984 | ) Examiners — A. Tanenholtz |

### DECLARATION AS TO DEPOSIT OF MICROORGANISM

ROBERT D. WEIST, DECLARES AND SAYS:

1.    That he is Secretary of Kirin-Amgen, Inc., the owner of the above-identified patent application;

2.    That certain cultures have been deposited in the permanent culture collection of the American Type Culture Collection, 12031 Parklawn Drive, Rockville, Maryland, and the culture deposits meet the requirements of the Budapest Treaty for the purposes of patent procedure;

3.    That said cultures were deposited, after the filing date of the above-identified patent application, on October 20, 1987 as accession numbers ATCC 40381, for a deposit of a phage clone designated $\lambda$hE1 at page 42 of the above-identified application, and ATCC 67545, for a deposit of a clone designated pMkE83 in E. coli as described at page 34 of the above-identified application;

4.    That said cultures have been deposited under conditions which ensure that access thereto will be available during the pendency of the above-identified patent application to one determined by the Commissioner to be entitled thereto under 37 C.F.R. 1.14 and 35 U.S.C. 122;

5.    That upon issuance of a patent on the above-identified patent application Kirin-Amgen, Inc. will remove any restrictions as to public availability of the culture deposit,

458.

463

AM670168107

AM-ITC 00952774

- 2 -

and will replace the same culture deposit should it become nonviable, during the period that extends thirty years from the date of the deposit, or the period of the enforceable life of the patent, or the period of five years after the last public request for the deposit, whichever period is longest; and

6.    That he declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief and believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

KIRIN-AMGEN, INC.

BY: _Robert D. Weist_
Robert D. Weist
Secretary

DATED: _October 20, 1987_

4/54

464

AM670168108                                                AM-ITC 00952775