Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 501 Att. 40

# EXHIBIT H-26

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

26

AM670168109
AM-ITC 00952776



# 29,00 145 Cp
127

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

RECEIVED
MAR 2 1988
GROUP 120

| | | |
|---|---|---|
| U.S. Patent No. 4,703,008<br>Granted October 27, 1987 | ) | "Production of Erythropoietin" |
| U.S. Serial No. 675,298<br>Filed November 30, 1984 | ) | Group No. 127 |
| Inventor: Fu-Kuen Lin | ) | Examiner - Tanenholtz |

APPROVED
MAY 9 1988
FOR THE COMMISSIONER OF PATENTS & TRADEMARKS

REQUEST FOR CERTIFICATE OF
CORRECTION UNDER RULES 322 AND 323

PATENT & TRADEMARK OFFICE
MAR 25 1988
CERTIFICATE OF CORRECTION BR

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

Patentee respectfully requests a Certificate of Correction to be issued for the above-identified U.S. Patent correcting the patent as noted in the attached "Certificate of Correction" form PTO 1050 (Rev. 3-82). Duplicate copies of the form are attached hereto.

The errors in the patent can be verified by reference to the application as follows:

| Appln. Page No. | Col. No. | Error Source |
|---|---|---|
| Page 1, line 15 | Col. 1, line 17 | P.T.O. |
| Page 1, line 31 | Col. 1, line 33 | P.T.O. |
| Page 2, line 20 | Col. 1, line 55 | P.T.O. |
| Page 2, line 27 | Col. 1, line 62 | P.T.O. |
| Page 2, line 31 | Col. 1, line 67 | P.T.O. |
| Page 3, line 2 | Col. 2, line 6 | P.T.O. |
| Page 3, line 31 | Col. 2, line 36 | P.T.O. |
| Page 3, line 32 | Col. 2, line 37 | P.T.O. |
| Page 3, line 36 | Col. 2, line 41 | P.T.O. |
| Page 4, line 5 | Col. 2, line 46 | P.T.O. |
| Page 4, line 10 | Col. 2, line 51 | P.T.O. |

~~100 03/01/88 CK4703008 2 145 29.00 CK~~
100 03/01/88 4703008 2 145 29.00 CK

455

465

| Appln. Page No. | Col. No. | Error Source |
|---|---|---|
| Page 4, line 19 | Col. 2, line 60 | P.T.O. |
| Page 5, line 13 | Col. 3, line 24 | P.T.O. |
| Page 5, line 22 | Col. 3, line 31 | P.T.O. |
| Page 6, lines 12-13 | Col. 3, line 59 | P.T.O. |
| Page 6, line 16 | Col. 3, line 63 | P.T.O. |
| Page 6, line 18 | Col. 3, line 64 | P.T.O. |
| Page 6, line 33 | Col. 4, line 12 | P.T.O. |
| Page 7, line 27 | Col. 4, line 43 | Patentee |
| Page 7, line 31 | Col. 4, line 47 | P.T.O. |
| Page 8, line 7 | Col. 4, line 57 | P.T.O. |
| Page 8, line 22 | Col. 5, line 4 | Patentee |
| Page 8, line 27 | Col. 5, line 9 | P.T.O. |
| Page 8, line 32 | Col. 5, line 14 | P.T.O. |
| Page 9, line 14 | Col. 5, line 32 | P.T.O. |
| Page 9, line 33 | Col. 5, line 51 | P.T.O. |
| Page 10, line 10 | Col. 5, line 64 | P.T.O. |
| Page 10, lines 12-13 | Col. 5, line 66-67 | P.T.O. |
| Page 10, line 17 | Col. 6, lines 2-3 | P.T.O. |
| Page 10, line 36 | Col. 6, line 23 | P.T.O. |
| Page 11, line 3 | Col. 6, line 27 | Patentee |
| Page 11, line 4 | Col. 6, line 28 | Patentee |
| Page 11, line 6 | Col. 6, line 30 | Patentee |
| Page 11, line 9 | Col. 6, line 33 | P.T.O. |
| Page 11, line 26 | Col. 6, line 50 | P.T.O. |
| Page 12, line 16 | Col. 7, line 6 | P.T.O. |
| Page 12, line 20 | Col. 7, line 10 | P.T.O. |
| Page 12, line 35 | Col. 7, line 25 | P.T.O. |
| Page 13, lines 13-14 | Col. 7, lines 40 | Patentee |
| Page 13, lines 20-21 | Col. 7, lines 47 | Patentee |
| Page 14, line 2 | Col. 7, line 65 | P.T.O. |
| Page 15, line 13 | Col. 8, line 43 | P.T.O. |

| Appln. Page No. | Col. No. | Error Source |
|---|---|---|
| Page 16, line 14 | Col. 9, line 14-15 | P.T.O. |
| Page 18, line 12 | Col. 10, line 19 | P.T.O. |
| Page 19, line 7 | Col. 10, line 50 | P.T.O. |
| Page 19, line 2 | Col. 10, line 64 | P.T.O. |
| Page 19, line 27 | Col. 11, line 2 | P.T.O. |
| Page 19, line 35 | Col. 11, line 11 | P.T.O. |
| Page 20, line 34 | Col. 11, line 46 | P.T.O. |
| Page 21, line 30 | Col. 12, line 10 | P.T.O. |
| Page 22, line 1 | Col. 12, line 17 | P.T.O. |
| Page 22, line 2 | Col. 12, line 18 | P.T.O. |
| Page 22, line 10 | Col. 12, line 26 | P.T.O. |
| Page 22, line 4 | Col. 12, line 20 | Patentee |
| Page 22, line 22 | Col. 12, line 39 | Patentee |
| Page 23, line 9 | Col. 12, line 63 | P.T.O. |
| Page 23, line 10 | Col. 12, line 64 | P.T.O. |
| Amendment 7/10/87 (IN THE SPEC) page 1, line 7 | Col. 13, line 67 | P.T.O. |
| Page 25, line 16 | Col. 14, line 12 | P.T.O. |
| Page 26, line 11 | Col. 14, line 45 | P.T.O. |
| Page 26, line 12 | Col. 14, line 47 | P.T.O. |
| Page 26, line 26 | Col. 14, line 62 | P.T.O. |
| Page 26, line 28 | Col. 14, line 64 | P.T.O. |
| Page 26, line 29 | Col. 14, line 65 | P.T.O. |
| Page 27, line 24 | Col. 15, lines 29-30 | Patentee |
| Page 27, line 30 | Col. 15, line 35 | P.T.O. |
| Page 27, line 31 | Col. 15, line 36 | P.T.O. |
| Page 27, line 33 | Col. 15, line 38 | P.T.O. |
| Page 30, line 28 | Col. 16, line 43 | P.T.O. |
| Page 31, line 2 | Col. 16, line 56 | P.T.O. |
| Page 31, line 31 | Col. 17, line 15 | P.T.O. |
| Page 32, line 35 | Col. 17, line 52 | Patentee |

| Appln. Page No. | Col. No. | Error Source |
|---|---|---|
| Page 42, line 24 | Col. 21, line 25 | P.T.O. |
| Page 48, line 1 | Col. 21, line 27 | P.T.O. |
| Page 48, line 15 | Col. 21, line 41 | Patentee |
| Page 48, line 29 | Col. 21, line 56 | Patentee |
| Page 51, line 7 | Col. 22, line 36 | P.T.O. |
| Page 51, line 20 | Col. 22, line 49 | P.T.O. |
| Page 51, line 23 | Col. 22, line 52 | P.T.O. |
| Page 52, line 33 | Col. 23, line 34 | P.T.O. |
| Page 53, line 8 | Col. 23, line 43 | P.T.O. |
| Page 54, line 36 | Col. 24, line 39 | Patentee |
| Page 55, line 13 | Col. 24, line 52 | Patentee |
| Page 55, line 15 | Col. 24, line 55 | Patentee |
| Page 55, line 21 | Col. 24, line 60 | P.T.O. |
| Page 56, line 15 | Col. 25, line 23 | P.T.O. |
| Page 56, line 25 | Col. 25, line 34 | Patentee |
| Page 58, line 35 | Col. 26, line 46 | P.T.O. |
| Page 60, line 6 | Col. 27, line 24 | P.T.O. |
| Page 60, line 24 | Col. 27, line 42 | P.T.O. |
| Page 60, line 35 | Col. 27, line 54 | P.T.O. |
| Page 61, line 25 | Col. 28, line 12 | Patentee |
| Page 63, line 9 | Col. 29, line 1 | P.T.O. |
| Page 66, line 19 | Col. 30, line 54 | P.T.O. |
| Page 83, line 3 | Col. 32, line 50 | P.T.O. |
| Page 84, line 34 | Col. 33, line 51 | P.T.O. |
| Page 86, line 34 | Col. 34, line 54 | P.T.O. |
| Page 88, line 24 | Col. 35, line 49 | P.T.O. |
| Page 88, line 32 | Col. 35, line 56 | P.T.O. |
| Page 88, line 36 | Col. 35, line 60 | Patentee |
| Amendment 7/10/87 page 4, line 22 | Col. 36, line 42 | P.T.O. |
| Page 91, line 23 | Col. 37, line 20 | P.T.O. |
| Page 91, line 29 | Col. 37, line 26 | Patentee |

| Appln. Page No. | Col. No. | Error Source |
|---|---|---|
| Page 92, line 6 | Col. 37, line 39 | P.T.O. |
| Page 92, line 10 | Col. 37, line 44 | Patentee |
| Page 94, line 20 | Col. 38, line 61 | P.T.O. |
| Page 95, line 10 | Col. 39, line 20 | Patentee |
| Amendment 7/10/87 Page 9, line 2 | Col. 42, line 3 | P.T.O. |
| Page 106, line 26 | Abstract, line 22 | P.T.O. |

Except as indicated, the errors were without fault of the patentee. Our check in the amount of $29.00 to correct the errors is submitted herewith.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN
MURRAY & BICKNELL

By [signature]

Michael F. Borun (25,447)
A Member of the Firm
Attorney for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois

February 12, 1988

PRINTER'S TRIM LINE

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 1 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Abstract, Line 22, "heterologus" should be --heterologous--

Col. 1, line 17, "erythropoletin" should be --erythropoietin--

Col. 1, line 33, "nucleotlde" should be --nucleotide--

Col. 1, line 55, "smallRNA" should be --small RNA--

Col. 1, line 62, "grouplngs" should be --groupings--

Col. 1, line 67, "promoter" should be --Promoter--

Col. 2, line 6, "sequenoes" should be --sequences--

Col. 2, line 36, "amolification" should be --amplification--

Col. 2, line 37, please insert "the" after "in"

Col. 2, line 41, "whioh" should be --which--

Col. 2, line 46, please insert ")" after "heterologous"

Col. 2, line 51, "restoratlon" should be --restoration--

Col. 2, line 60, "frequentiy" should be --frequently--

Col. 2, line 24, "WO83/0405" should be --WO83/04053--

Col. 3, line 31, "sequenoes" should be --sequences--

4 60



UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987

INVENTOR(S) : Fu-Kuen Lin

Page 2 of 8

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 3, line 59, "singlestranded" should be --single-stranded--

Col. 3, line 63, "tc" should be --to--

Col. 3, line 64, "provlded" should be --provided--

Col. 4, line 12, "techniques:" should be --techniques;--

Col. 4, line 43, "32 member" should be --32-member--

Col. 4, line 47, "DMA" should be --DNA--

Col. 4, line 57, "DMA" should be --DNA--

Col. 5, line 4, please delete the second occurrence of "the"

Col. 5, line 9, "80pp." should be --80, pp.--

Col. 5, line 14, "panoreatic" should be --pancreatic--

Col. 5, line 32, "librales" should be --libraries--

Col. 5, line 51, "polypeptide" should be --Polypeptide--

Col. 5, line 64, please insert "but" after "components"

Col. 5, lines 66-67, "Carbohydrate" should be --carbohydrate--

Col. 6, lines 2-3, "Tbis normai" should be --This normal--

MAILING ADDRESS OF SENDER:
Michael F. Borun, Esq.
Marshall, O'Toole et al.
Two First National Plaza
Chicago, Illinois 60603

PATENT NO. 4,703,008

No. of add'l. copies @ 30¢ per page 10

FORM PTO 1050 (REV. 3-82)



PRINTER'S TRIM LINE

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 3 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 6, line 23, "Exp.Mematol." should be --Exp.Hematol.--

Col. 6, line 27, "Expt.Hematol." should be --Exp.Hematol.--

Col. 6, line 28, "1980:" should be --(1980);--

Col. 6, line 30, please insert a space before "1832"

Col. 6, line 33, "Desspyris" should be --Dessypris--

Col. 6, line 50, "alo" should be --also--

Col. 7, line 6, please delete the character "I" between "1106" and "(1983)"

Col. 7, line 10, "erythropoletin" should be --erythropoietin--

Col. 7, line 25, "urin" should be --urine--

Col. 7, line 40, please insert a quotation mark (") after "effects"

Col. 7, line 47, please insert a close parenthesis ")" after "propagation"

Col. 7, line 65, "erythlopoietin" should be --erythropoietin--

Col. 8, line 43, "moiecular" should be --molecular--

Col. 9, lines 14-15, "erythlopoietin" should be --erythropoietin--

Staple Here Only ! PRINTER'S TRIM L

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987

INVENTOR(S) : Fu-Kuen Lin

Page 4 of 8

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 10, line 19, "Whlle" should be --While--

Col. 10, line 50, "characterired" should be --characterized--

Col. 10, line 64, "mammallan" should be --mammalian--

Col. 11, line 2, "prlmary" should be --primary--

Col. 11, line 11, "whioh" should be --which--

Col. 11, line 46, "polypep-tides" should be --polypeptides--

Col. 12, line 10, "analoqs" should be --analogs--

Col. 12, line 17, "ccnformation" should be --conformation--

Col. 12, line 18, "propezties" should be --properties--

Col. 12, line 26, "DMA" should be --DNA--

Col. 12, line 20, "Tables V and VI" should be --Figures 5 and 6--

Col. 12, line 39, "Table VI" should be --Figure 6--

Col. 12, line 63, "DMA" should be --DNA--

Col. 12, line 64, "neiqhboring" should be --neighboring--

Col. 13, line 67 , "construction" should be --constructions--

MAILING ADDRESS OF SENDER:
Michael F. Borun, Esq.
Marshall, O'Toole et al.
Two First National Plaza
Chicago, Illinois 60603

4 63

PATENT NO. 4,703,008

No. of add'l. copies @ 30¢ per page 10

FORM PTO 1050 (REV. 3-82)

Staple Here Only !

PRINTER'S TRIM LINE

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 5 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 14, line 12, "bioloqical" should be --biological--

Col. 14, line 45, "homoloqy" should be --homology--

Col. 14, line 47, "fraqments" should be --fragments--

Col. 14, line 62, "immunoloqical" should be --immunological--

Col. 14, line 64, "lis" should be --is--

Col. 14, line 65, "fraqments" should be --fragments--

Col. 15, lines 29-30, "Example" should be --Examples--

Col. 15, line 35, "genomlc" should be --genomic--

Col. 15, line 36, "CMO" should be --CHO--

Col. 15, line 38, "charactezization" should be --characterization--

Col. 16, line 43, please insert a parenthesis "(" before "Gln"

Col. 16, line 56, "qamma" should be --gamma--

Col. 17, line 15, please insert "of" before "either"

Col. 17, line 52, please delete the comma after "Springs"

Col. 21, line 25, "(designated λλHE1)" should be --(designated λHE1)--

MAILING ADDRESS OF SENDER:
Michael F. Borun, Esq.
Marshall, O'Toole et al.
Two First National Plaza
Chicago, Illinois 60603

464

PATENT NO. 4,703,008

No. of add'l. copies @ 30¢ per page ⇨ 10

FORM PTO 1050 (REV. 3-82)

Staple Here Only!

PRINTER'S TRIM LINE

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 6 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 21, line 27, "The" should be --the--

Col. 21, line 41, "glutamine" should be --glutamic acid--

Col. 21, lines 56-57, "Table VI" should be --Figure 6--

Col. 22, line 36, "l.e.," should be --i.e.,--

Col. 22, line 49, "Iinker" should be --linker--

Col. 22, line 52 "BamHMI" should be --BamHI--

Col. 23, line 34, "(DMFR)" should be --(DHFR)--

Col. 23, line 43, "litaged" should be --ligated--

Col. 24, line 39, "EcoRl" should be --EcoRI--

Col. 24, line 52, "BamHl" should be --BamHI--

Col. 24, line 55, "BamHl" should be --BamHI--

Col. 24, line 60, "angalysis" should be --analysis--

Col. 25, line 23, "approxImately" should be --approximately--

Col. 26, line 46, "(CMO)" should be --(CHO)--

Col. 27, line 24, "snd" should be --and--

Col. 27, line 42, "DMFR" should be --DHFR--

MAILING ADDRESS OF SENDER:
Michael F. Borun, Esq.
Marshall, O'Toole et al.
Two First National Plaza
Chicago, Illinois 60603

PATENT NO. 4,703,008

No. of add'l. copies @ 30¢ per page ➪ 10

465

FORM PTO 1050 (REV. 3-82)

Staple ~~Here~~ Only !

PRINTER'S TRIM LINE

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 7 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 27, line 54, "serlcs" should be --series--

Col. 28, line 12, "hemogeneous" should be --homogeneous--

Col. 29, line 1, "CMO" should be --CHO--

Col. 30, line 54, please insert a period "." after "gene"

Col. 32, line 50, "KpnI/BgLII" should be --KpnI/BglII--

Col. 33, line 51, "EPG" should be --EPO--

Col. 34, line 54, "reguiring" should be --requiring--

Col. 35, line 49, "Cingote" should be --Congote--

Col. 35, line 56, "erythlopoietin" should be --erythropoietin--

Col. 35, line 60, "lablled" should be --labelled--

Col. 36, line 42, "Table V" should be --Figure 5--

Col. 37, line 20, please delete "8" and insert a bracket "[" immediately before "Asn$^2$"

Col. 37, line 26, please delete "a"

Col. 37, line 39, "activlty" should be --activity--

Col. 37, line 44, "Table VI" should be --Figure 6--

Col. 38, line 61, "really" should be --readily--



UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,703,008

DATED : October 27, 1987 Page 8 of 8

INVENTOR(S) : Fu-Kuen Lin

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 39, line 20, "membrances" should be --membranes--

Col. 42, line 3, please insert a bracket "]" after "Arg$^{166}$" i.e., Arg$^{166}$]hEPO

467