# EXHIBIT H-27

**27**

AM670168123

AM-ITC 00952790



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| | | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | *27* |

DATE MAILED:

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents.

You are hereby notified under 37 CFR 1.607(d) that an applicant is seeking to provoke an interference with your patent no. 4,703,008.

The identity of the applicant will not be disclosed unless an interference is declared.

If a final decision is made not to declare an interference, a notice to that effect will be placed in the patent file and will be sent to the patentee.

If an interference is declared, notice thereof will be made under 37 CFR 1.611.

Any inquiry concerning this communication should be directed to T. G. Wiseman at telephone number 703-557-0664.

Wiseman:meb
7/26/88

PTOL-90 (REV. 6/84)

1-Patent Application File Copy

478