# EXHIBIT H-28

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

28

AM670168125                                                                AM-ITC 00952792

| FORM PTO-122 (REV. 12-87) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | |
|---|---|---|
| | **TITLE REPORT** | PAPER NO. 28 |

### A. APPLICATION FILE DATA

| 1. SERIAL NO. 675298 | 2. FILED 11/30/84 |
|---|---|

3. INVENTOR(S)—FULL NAME(S)

Fu-Kuen, Lin

4. DIVISION OF

5. CONTINUATION OF

6. REISSUE OF

7. SUBSTITUTE OF

### B. ASSIGNMENT RECORD DATA

The assignment records reveal that the Title appears to be vested in:

☐ (1.) Inventor(s)    11/16/87

☐ (2.) As endorsed    47F5-0059

☐ (3.) As the record now stands, the patent, when granted, will issue in the name of the inventor(s).

☑ (4.) Other    Amgen Inc, Thousand Oaks, CA a corp. of DE

| EXAMINED UP TO AND INCLUDING 09/62/88 | THIS CERTIFICATE DATED ▶ | 01/05/89 |
|---|---|---|

BRANCH CHIEF OF ASSIGNMENT SEARCH BRANCH
S. Royall

469        N.F.W.

479

AM670168126                                    AM-ITC 00952793

Patent No. 4,703,008                                                           - 2 -

The cases involved in this interference are:

<u>Junior Party</u>

Applicants:    Edward Fritsch, Rodney M. Hewick and Kenneth Jacobs

Addresses:     115 North Brand Road
               Concord, Massachusetts 01742;
               16 Woodcliffe Road
               Lexington, Massachusetts 02173;
               151 Beaumont Avenue
               Newton, Massachusetts 02160

Serial No.:    693,258, filed January 22, 1985

For:           PRODUCTION OF HUMAN ERYTHROPOIETIN

Assignee:      Genetics Institute, Inc., Boston, Massachusetts,
               a corporation of Delaware

Accorded Benefit of:  U.S. SN 688,622 filed January 3, 1985

Attorney of Record:  Bruce M. Eisen, David L. Berstein
                     and Ellen J. Kapinos

Associate Attorney:  Eugene Moroz and William S. Feiler
                     and George A. Skoler

Address:       Ellen J. Kapinos, Esq.
               Genetics Institute, Inc.
               87 Cambridge Park Drive
               Cambridge, Massachusetts 02140-2387


<u>Senior Party</u>

Patentee:      Fu-Kuen Lin

Address:       438 Thunderhead Street
               Thousand Oaks, California 91360

Serial No.:    675,298, filed November 30, 1984, Patent
               No. 4,703,008, issued October 27, 1987

For:           DNA SEQUENCES ENCODING ERYTHROPOIETIN

Assignee:      Amgen, Inc, Thousand Oaks, California,
               a corporation of Delaware

Attorney of Record:  William E. Dominick, Albert W. Bicknell,
                     William A. Marshall, Jerome B. Klose,
                     Basil P. Mann, Alvin D. Shulman, Donald J.
                     Brott, Owen J. Murray, Allen H. Gerstein,
                     Nate F. Scarpelli, Edward M. O'Toole,
                     Michael F. Borun, Carl E. Moore, Jr.

Associate Attorney:  None

Accorded benefit of:  US SN 561,024, filed Dec. 13, 1983;
                      US SN 582,185, filed Feb. 21, 1984;
                      US SN 655,841, filed Sep. 28, 1984

Address:       Merriam, Marshall and Bicknell
               Two First National Plaza, Suite 2100
               20 South Clark Street
               Chicago, Illinois 60603     471

                                                                              480

AM670168127                                                          AM-ITC 00952794

Patent No. 4,703,008 - 3

Count 1

A purified and isolated DNA sequence consisting essentially of a DNA sequence encoding human erythropoietin.

The claims of the parties which correspond to this count are:

Fritsch et al: Claims 1-8, 10, 13, 14, 16, 19, 22, 25, 26, 46, 48, 50, 52, 57, 58, 60, 62, 68-70, 74

Lin: Claims 1, 2, 4-8, 11-29 and 31

Marc L. Caroff
Examiner-in-Chief
(703) 557-4009

MLC/mjg

472

481

AM670168128                                                                AM-ITC 00952795