# EXHIBIT H-29

Moore Decl to Motion for SJ re ODP - Public

29

AM670168129

AM-ITC 00952796

Paper No 29



**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: BOX INTERFERENCE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

MAILED

MAY 09 1989

BOARD OF PATENT APPEALS
& INTERFERENCES

Patentee: Lin
Serial No.: 675,298
Filed: November 30, 1984
For: DNA SEQUENCES ENCODING
ERYTHROPOIETIN

Accorded Benefit of:
US SN 561,024, filed 12/13/83;
US SN 582,185, filed 02/21/84;
US SN 655,841, filed 09/28/84

Patent No.: 4,703,008,
issued October 27, 1987

The case referred to above has been forwarded to the Board of Patent Appeals and Interferences because it is adjudged to interfere with other cases hereafter specified. Attention is directed to the fact that this interference is declared pursuant to 37 CFR 1.601 et seq., effective February 11, 1985 (49 F.R. 48416, 1050 O.G. 385). The interference is designated as No. 102,096.

By direction of the Commissioner of Patents and Trademarks and as required by 35 USC 135(c), notice is hereby given the parties of the requirement of the law for filing in the Patent and Trademark Office a copy of any agreement "in connection with or in contemplation of the termination of the interference."

FORM PTOL-79B REV 3-86

AM 27 008625

AM670168130                                    AM-ITC 00952797

Patent No. 4,703,008
- 2 -

The cases involved in this interference are:

### Junior Party

Applicants: Edward Fritsch, Rodney M. Hewick and Kenneth Jacobs

Addresses:
115 North Brand Road
Concord, Massachusetts 01742;
16 Woodcliffe Road
Lexington, Massachusetts 02173;
151 Beaumont Avenue
Newton, Massachusetts 02160

Serial No.: 693,258, filed January 22, 1985

For: PRODUCTION OF HUMAN ERYTHROPOIETIN

Assignee: Genetics Institute, Inc., Boston, Massachusetts, a corporation of Delaware

Accorded Benefit of: U.S. SN 688,622 filed January 3, 1985

Attorney of Record: Bruce M. Eisen, David L. Berstein and Ellen J. Kapinos

Associate Attorney: Eugene Moroz and William S. Feiler and George A. Skoler

Address: Ellen J. Kapinos, Esq.
Genetics Institute, Inc.
87 Cambridge Park Drive
Cambridge, Massachusetts 02140-2367

### Senior Party

Patentee: Fu-Kuen Lin

Address: 438 Thunderhead Street
Thousand Oaks, California 91360

Serial No.: 675,298, filed November 30, 1984, Patent No. 4,703,008, issued October 27, 1987

For: DNA SEQUENCES ENCODING ERYTHROPOIETIN

Assignee: Amgen, Inc, Thousand Oaks, California, a corporation of Delaware

Attorney of Record: William E. Dominick, Albert W. Bicknell, William A. Marshall, Jerome B. Klose, Basil P. Mann, Alvin D. Shulman, Donald J. Brott, Owen J. Murray, Allen H. Gerstein, Nate F. Scarpelli, Edward M. O'Toole, Michael F. Borun, Carl E. Moore, Jr.

Associate Attorney: None

Accorded benefit of: US SN 561,024, filed Dec. 13, 1983;
US SN 582,185, filed Feb. 21, 1984;
US SN 655,841, filed Sep. 28, 1984

Address: Merriam, Marshall and Bicknell
Two First National Plaza, Suite 2100
20 South Clark Street
Chicago, Illinois 60603

AM 27 008626

AM670168131　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AM-ITC 00952798

Patent No. 4,703,008

- 3

Count 1

A purified and isolated DNA sequence consisting essentially of a DNA sequence encoding human erythropoietin.

The claims of the parties which correspond to this count are:

Fritsch et al: Claims 1-8, 10, 13, 14, 16, 19, 22, 25, 26, 46, 48, 50, 52, 57, 58, 60, 62, 68-70, 74

Lin: Claims 1, 2, 4-8, 11-29 and 31

Marc L. Caroff
Examiner-in-Chief
(703) 557-4009

MLC/mjg

AM 27 008627

AM670168132                                    AM-ITC 00952799