# EXHIBIT H-30

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

**30**

AM670168133

AM-ITC 00952800

FORM PTO-222
(REV 4-85)

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# INTERFERENCE
# DIGEST

Interference No. _____102,096_____    Paper No. _30_____

Name, _____Lin_____

Serial No. _675,298_____  Patent No. 4,703,008, issued Oct. 27, 1987

Title, ___DNA SEQUENCES ENCODING ERYTHROPOIETIN_____

Filed, ____November 30, 1984_____

Interference with _____Fritsch et al._____

## DECISION ON MOTIONS

Examiner-in-Chief, _____ Dated, _____

### FINAL DECISION
DECISIONS ON PRIORITY

Board of Patent Appeals and Interferences, _favorable_____ Dated, 12·3-91

Court, _____ Dated, _____

## REMARKS

This should be placed in each application or patent involved in interference in addition to the
interference letters.

473

482

AM670168134                                                    AM-ITC 00952801