# EXHIBIT H-31

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

32

AM670168137

AM-ITC 00952804



PATENT

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | | |
|---|---|---|
| U.S. Patent No. 4,703,008 | ) | "PRODUCTION OF |
| Granted October 27, 1987 | ) | ERYTHROPOIETIN" |
| | ) | |
| U.S. Serial No. 675,298 | ) | Group No. 127 |
| Filed November 30, 1984 | ) | |
| | ) | |
| Inventor: FU-KUEN LIN | ) | Examiner - A.E. Tanenholtz |

REQUEST FOR CERTIFICATE OF
CORRECTION UNDER RULE 323

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

Patentee respectfully requests a Certificate of Correction to be issued for the above-identified U.S. Patent correcting the patent as noted in the attached "Certificate of Correction" form PTO 1050 (Rev. 3-82). Duplicate copies of the form are attached hereto.

The requested corrections in the patent can be verified by examination of the Patent Office file. Specifically, applicant's submissions dated October 20, 1987 and October 21, 1987 (respectively Paper Nos. 25 and 23, copies of which are attached hereto) establish that certain specifically identified recombinant clones (clone "83" mentioned at page 34, line 32 and clone λHE1 referred to at page 42, line 24) were the subject of deposit Nos. 67545 and 40381 made at the American Type Culture Collection, 12301 Parklawn Drive, Rockville, Md., on October 20, 1987, prior to issuance of the above-identified U.S. Patent.

040  04/14/89  675298                    1 145      29.00 CK

AM670168138                                              AM-ITC 00952805

*Please Cush*

NOTICE: CERTIFICATES OF CORRECTION                                    Paper No. 3

DATE: 9-15-89
TO: Supervisor, Art Unit __127__
SUBJECT: Certificate of Correction Request in Patent No. __4703008__

A response to the following question(s) is requested with respect to the accompanying request for a certificate of correction.

☒ 1. Would the change(s) requested under 37 CFR 1.323 constitute new matter or require reexamination of the application?

☐ 2. Would the change(s) requested under 37 CFR 1.323 materially affect the scope or meaning of the claims allowed by the examiner in the patent?

☐ 3. Applicant disagrees with change(s) initialed and dated by Examiner in lieu of an Examiner's Amendment. Should the change request be granted?

☒ 4. With respect to the change(s) requested, correcting Office errors, should the patent read as shown in the certificate of correction?

☐ 5. If the amendment filed _____ had been considered by the Examiner, would the amendment have been entered?

PLEASE RESPOND WITHIN 7 DAYS AND RETURN THE FILE TO ROOM 809, PKI

_[signature]_
Patent Assistant

---

| TO: CERTIFICATES OF CORRECTION BRANCH | DATE: 10/13/89 |
|---|---|

The decision regarding the change(s) requested in the certificate of correction is shown below.

1. ☐ YES  ☒ NO  ☐ Comments below
2. ☐ YES  ☐ NO  ☐ Comments below
3. ☐ YES  ☐ NO  ☐ Comments below
4. ☒ YES  ☐ NO  ☐ Comments below
5. ☐ YES  ☐ NO  ☐ Comments below

☐ Comments _____

_[signature: Thomas D. Wilson]_    185
Supervisor                          Art Unit

PTOL-306 (REV. 10/87)                U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

//77

485

```
PATENT NUMBER:   4703008                    ISSUE DATE: 10/27/87
SERIAL NUMBER: 06/675298                    FILING DATE: 11/30/84
TITLE: DNA SEQUENCES ENCODING ERYTHROPOIETIN
APPLICANT: LIN, FU-KUEN

REEL: 4352  FRAME: 0075  DATE RECORDED: 01/23/85  NUMBER OF PAGES: ...
ASSIGNOR: LIN, FU-KUEN
                    EXC DATE: 11/29/84
ASSIGNEE: KIRIN-AMGEN, INC., 1900 OAK TERRACE LANE, THOUSAND OAKS, CA.
          91320, CORP. OF CA.

BRIEF:
ASSIGNMENT OF ASSIGNORS INTEREST
RETURN ADDRESS:  MERRIAM, MARSHALL & BICKNELL
                 TWO FIRST NATL. PLAZA, STE. 2100
                 20 SOUTH CLARK ST.
                 CHICAGO, IL 60603

REEL: 4785  FRAME: 0059  DATE RECORDED: 11/16/87  NUMBER OF PAGES: ...
ASSIGNOR: KIRIN-AMGEN INC., A CORP. OF CA.
                    EXC DATE: 10/27/87


    YOU HAVE MORE SCREENS. PRESS THE ASSNR KEYS & SEND FOR NEXT SCREEN
ASSIGNEE: AMGEN INC., 1900 OAK TERRACE LANE, THOUSAND OAKS, CA. 91320, A
          CORP. OF DE.

BRIEF:
ASSIGNMENT OF ASSIGNORS INTEREST
RETURN ADDRESS:  PAMELA A. SIMONTON
                 AMGEN INC.
                 1900 OAK TERRACE LANE
                 THOUSAND OAKS, CA 91320

         NO MORE INFORMATION FOR THIS SERIAL NUMBER
```

486

AM670168140                                                AM-ITC 00952807