# EXHIBIT H-32

Moore Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

31

AM670168135
AM-ITC 00952802

| FORM PTO-122 (REV. 12-87) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | |
|---|---|---|---|
| | **TITLE REPORT** | PAPER NO. | 32 |

### A. APPLICATION FILE DATA

| 1. SERIAL NO. | 2. FILED |
|---|---|
| 06/675,298 | 11-02-84 |

3. INVENTOR(S)—FULL NAME(S)

Fu K. Lin

4. DIVISION OF

5. CONTINUATION OF

6. REISSUE OF

7. SUBSTITUTE OF

### B. ASSIGNMENT RECORD DATA

The assignment records reveal that the Title appears to be vested in:

☐ (1.) Inventor(s)

☐ (2.) As endorsed

☐ (3.) As the record now stands, the patent, when granted, will issue in the name of the inventor(s).

☒ (4.) Other

*Amgen Inc.*

| EXAMINED UP TO AND INCLUDING | THIS CERTIFICATE DATED | ➤ | 06/02/92 |
|---|---|---|---|

BRANCH CHIEF OF ASSIGNMENT SEARCH BRANCH

**Shirley M. Royall**

474

483

AM670168136

AM-ITC 00952803