# EXHIBIT J
# Part 2 of 2

Dockets.Justia.com

- 50 -

TABLE VII

Comparison of Human and Monkey EPO Polypeptides

```
                 -20       -10        +1        10         20         30         40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
        *********** **** ** ******** ****************** *** *** ********* ******
Monkey  MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

                 50        60        70        80        90       100       110
Human   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        *** *** *** **** ***** ****** * ***** ********** *  ****** ** * ****** *
Monkey  VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

                130       140       150       160
Human   AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        *** *******   *** ***** ****************** ***
Monkey  AISLPDAASAAPLRIITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

AM 27 013999

- 51 -

EXAMPLE 6

The expression system selected for initial
attempts at microbial synthesis of isolatable quantities
of EPO polypeptide material coded for by the monkey cDNA
provided by the procedures of Example 3 was one involving
mammalian host cells (i.e., COS-1 cells, A.T.C.C. No.
CRL-1650). The cells were transfected with a "shuttle"
vector capable of autonomous replication in E.coli host
(by virtue of the presence of pBR322-derived DNA) and the
mammalian hosts (by virtue of the presence of SV40 virus-
derived DNA).

More specifically, an expression vector was
constructed according to the following procedures. The
plasmid clone 83 provided in Example 3 was amplified in
E.coli and the approximately 1.4kb monkey EPO-encoding
DNA was isolated by EcoRI and HindIII digestion.
Separately isolated was an approximately 4.0 kb,
HindIII/SalI fragment from pBR322. An approximately 30
bp, EcoRI/SalI "linker" fragment was obtained from
M13mpl0 RF DNA (P and L Laboratories). This linker
included, in series, an EcoRI sticky end, followed by
SstI, SmaI, BamHI and XbaI recognition sites and a SalI
sticky end. The above three fragments were ligated to
provide an approximately 5.4 kb intermediate plasmid
("pERS") wherein the EPO DNA was flanked on one side by a
"bank" of useful restriction endonuclease recognition
sites. pERS was then digested with HindIII and SalI to
yield the EPO DNA and the EcoRI to SalI (M13mpl0) linker.
The 1.4 kb fragment was ligated with an approximately 4.0
kb BamHI/SalI of pBR322 and another M13mpl0 HindIII/BamHI
RF fragment linker also having approximately 30 bp. The
M13 linker fragment was characterized by a HindIII sticky
end, followed by PstI, SalI, XbaI recognition sites and a
BamHI sticky end. The ligation product was, again, a
useful intermediate plasmid ("pBR-EPO") including the EPO
DNA flanked on both sides by banks of restriction site.

AM 27 014000

AM-ITC 00453936

- 52 -

The vector chosen for expression of the EPO DNA in COS-1 cells ("pDSVL1") had previously been constructed to allow for selection and autonomous replication in E.coli. These characteristics are provided by the origin
5  of replication and Ampicillin resistance gene DNA sequences present in the region spanning nucleotides 2448 through 4362 of pBR322. This sequence was structurally modified by the addition of a linker providing a HindIII recognition immediately adjacent nucleotide 2448 prior to
10  incorporation into the vector. Among the selected vector's other useful properties was the capacity to autonomously replicate in COS-1 cells and the presence of a viral promoter sequence functional in mammalian cells. These characteristics are provided by the origin of
15  replication DNA sequence and "late gene" viral promoter DNA sequence present in the 342 bp sequence spanning nucleotide numbers 5171 through 270 of the SV40 genome. A unique restriction site (BamHI) was provided in the vector and immediately adjacent the viral promoter
20  sequence through use of a commercially available linker sequence (Collaborative Research). Also incorporated in the vector was a 237 base pair sequence (derived as nucleotide numbers 2553 through 2770 of SV40) containing the "late gene" viral mRNA polyadenylation signal
25  (commonly referred to as a transcription terminator). This fragment was positioned in the vector in the proper orientation vis-a-vis the "late gene" viral promoter via the unique BamHI site. Also present in the vector was another mammalian gene at a location not material to
30  potential transcription of a gene inserted at the unique BamHI site, between the viral promoter and terminator sequences. [The mammalian gene comprised an approximately 2,500 bp mouse dihydrofolate reductase (DHFR) minigene isolated from plasmid pMG-1 as in Gasser, et al.,
35  P.N.A.S. (U.S.A.), 79, pp. 6522-6526, (1982).] Again,

AM 27 014001

AM-ITC 00453937

- 53 -

the major operative components of plasmid pDSVL1 comprise
nucleotides 2448 through 4362 of pBR322 along with
nucleotides 5171 through 270 (342bp) and 2553 through
2770 (237bp) of SV40 DNA.

5          Following procedures described, e.g., in
Maniatis, et al., supra, the EPO-encoding DNA was iso-
lated from plasmid pBR-EPO as a BamHI fragment and
ligated into plasmid pDSVL1 cut with BamHI.  Restriction
enzyme analysis was employed to confirm insertion of the
10  EPO gene in the correct orientation in two of the
resulting cloned vectors (duplicate vectors H and L).
See Figure 2, illustrating plasmid pDSVL-MkE.  Vectors
(vectors F, X and G)                                          Prel.
with EPO genes in the wrong orientation were saved for
use as negative controls in transfection experiments
15  designed to determine EPO expression levels in hosts
transformed with vectors having EPO DNA in the correct
orientation.

          Vectors H, L, F, X and G were combined with
carrier DNA (mouse liver and spleen DNA) were employed to
20  transfect duplicate 60mm plates by calcium phosphate
microprecipitate methods.  Duplicate 60 mm plates were
also transfected with carrier DNA as a "mock" transfor-
mation negative control.  After five days all culture
media were tested for the presence of polypeptides
25  possessing the immunological properties of naturally-
occurring EPO.


                    EXAMPLE 7


30  A.  Initial EPO Expression System
          Involving COS-1 Cells
          The system selected for initial attempts at
microbial synthesis of isolatable quantities of human EPO
polypeptide material coded for by the human genomic DNA
35  EPO clone, also involved expression in mammalian host
cells (i.e., COS-1 cells, A.T.C.C. No. CRL-1650).  The


                                        **AM 27 014002**


**AM-ITC 00453938**

- 54 -

human EPO gene was first sub-cloned into a "shuttle" vec-
tor which is capable of autonomous replication in both
E.coli hosts (by virtue of the presence of pBR322 derived
DNA) and in the mammalian cell line COS-1 (by virtue of
5    the presence of SV40 virus derived DNA). The shuttle
vector, containing the EPO gene, was then transfected
into COS-1 cells. EPO polypeptide material was produced
in the transfected cells and secreted into the cell
culture media.

10      More specifically, an expression vector was
constructed according to the following procedures. DNA
isolated from lambda clone λhE1, containing the human
genomic EPO gene, was digested with BamHI and HindIII
restriction endonucleases, and a 5.6 Kb DNA fragment
15   known to contain the entire EPO gene was isolated. This
fragment was mixed and ligated with the bacterial plasmid
pUC8 (Bethesda Research Laboratories, Inc.) which had
been similarly digested, creating the intermediate
plasmid "pUC8-HuE", providing a convenient source of this
20   restriction fragment.

The vector chosen for expression of the EPO DNA
in COS-1 cells (pSV4SEt) had previously been constructed.
Plasmid pSV4SEt contained DNA sequences allowing selec-
tion and autonomous replication in E.coli. These charac-
25   teristics are provided by the origin of replication and
Ampicillin resistance gene DNA sequences present in the
region spanning nucleotides 2448 through 4362 of the bac-
terial plasmid pBR322. This sequence was structurally
modified by the addition of a linker providing a HindIII
30   recognition site immediately adjacent to nucleotide 2448.
Plasmid pSV4SEt was also capable of autonomous replica-
tion in COS-1 cells. This characteristic was provided by
a 342 bp fragment containing the SV40 virus origin of
replication (nucleotide numbers 5171 through 270). This
35   fragment had been modified by the addition of a linker
providing an EcoR1 recognition site adjacent to

AM 27 014003

AM-ITC 00453939

- 55 -

nucleotide 270 and a linker providing a Sal1 recognition
site adjacent nucleotide 5171. A 1061 bp fragment of
SV40 was also present in this vector (nucleotide numbers
1711 through 2772 plus a linker providing a Sal1 recogni-
tion site next to nucleotide number 2772). Within this
fragment was an unique BamHI recognition sequence. In
summary, plasmid pSV4SEt contained unique BamHI and
HindIII recognition sites, allowing insertion of the
human EPO gene, sequences allowing replication and selec-
tion in E.coli, and sequences allowing replication in
COS-1 cells.

        In order to insert the EPO gene into pSV4SEt,
plasmid pUC8-HuE was digested with BamHl and HindIII
restriction endonucleases and the 5.6 kb EPO encoding DNA
fragment isolated. pSV4SEt was also digested with BamHl
and HindIII and the major 2513 bp fragment isolated
(preserving all necessary functions). These fragments
were mixed and ligated, creating the final vector
"pSVgHuEPO". (See, Figure 3.) This vector was propa-
gated in E.coli and vector DNA isolated. Restriction
enzyme analysis was employed to confirm insertion of the
EPO gene.

        Plasmid pSVgHuEPO DNA was used to express human
EPO polypeptide material in COS-1 cells. More specifi-
cally, pSVgHuEPO DNA was combined with carrier DNA and
transfected into triplicate 60 mm plates of COS-1 cells.
As a control, carrier DNA alone was also transfected into
COS-1 cells. Cell culture media were sampled five and
seven days later and tested for the presence of polypep-
tides possessing the immunological properties of
naturally occurring human EPO.

    B.  Second EPO Expression System
        Involving COS-1 Cells
        Still another system was designed to provide
improved production of human EPO polypeptide material

AM 27 014004

AM-ITC 00453940

- 56 -

coded by the human genomic DNA EPO clone in COS-1 cells
(A.T.C.C. No. CRL-1650).

In the immediately preceding system, EPO was
expressed in COS-1 cells using its own promoter which is
5   within the 5.6 Kb BamHI to HindIII restriction fragment.
In the following construction, the EPO gene is altered so
that it is expressed using the SV40 late promoter.

More specifically, the cloned 5.6 Kb BamHI to
HindIII genomic human EPO restriction fragment was
10  modified by the following procedures.  Plasmid pUC8-HuE,
as described above, was cleaved with BamHI and with
BstEII restriction endonucleases.  BstEII cleaves within
the 5.6 Kb EPO gene at a position which is 44 base pairs
5' to the initiating ATG coding for the pre-peptide and
15  approximately 680 base pairs 3' to the HindIII restric-
tion site.  The approximately 4900 base pair fragment was
isolated.  A synthetic linker DNA fragment, containing
SalI and BstEII sticky ends and an internal BamHI
recognition site was synthesized and purified.  The two
20  fragments were mixed and ligated with plasmid pBR322
which had been cut with SalI and BamHI to produce the
intermediate plasmid pBRgHE.  The genomic human EPO gene
can be isolated therefrom as a 4900 base pair BamHI
digestion fragment carrying the complete structural gene
25  with a single ATG 44 base pairs 3' to BamHI site adjacent
the amino terminal coding region.

This fragment was isolated and inserted as a
BamHI fragment into BamHI cleaved expression vector
plasmid pDSVL1 (described in Example 6).  The resulting
30  plasmid, pSVLgHuEPO, as illustrated in Figure 4, was used
to express EPO polypeptide material from COS-1 cells, as
described in Examples 6 and 7A.

EXAMPLE 8

35

Culture media from growth of the six transfected
COS-1 cultures of Example 6 were analyzed by radioim-

AM 27 014005

- 57 -

munoassay according to the procedures set forth in
Example 2, Part B. Each sample was assayed at 250, 125,
50, and 25 microliter aliquot levels. Supernatants from
growth of cells mock transfected or transfected with vec-
5    tors having incorrect EPO gene orientation were unam-
biguously negative for EPO immunoreactivity. For each
sample of the two supernatants derived from growth of
COS-1 cells transfected with vectors (H and L) having the
EPO DNA in the correct orientation, the % inhibition of
10    $^{125}$I-EPO binding to antibody ranged from 72 to 88%, which
places all values at the top of the standard curve. The
exact concentration of EPO in the culture supernatant
could not then reliably be estimated. A quite conser-
vative estimate of 300 mU/ml was made, however, from the
15    value calculation of the largest aliquot size (250
microliter).

A representative culture fluid according to
Example 6 and five and seven day culture fluids obtained
according to Example 7A were tested in the RIA in order
20    to compare activity of recombinant monkey and human EPO
materials to a naturally-occurring human EPO standard and
the results are set out in graphic form in Figure 1.
Briefly, the results expectedly revealed that the recom-
binant monkey EPO significantly competed for anti-human
25    EPO antibody although it was not able to completely inhi-
bit binding under the test conditions. The maximum per-
cent inhibition values for recombinant human EPO,
however, closely approximated those of the human EPO
standard. The parallel nature of the dose response
30    curves suggests immunological identity of the sequences
(epitopes) in common. Prior estimates of monkey EPO in
culture fluids were re-evaluated at these higher dilution
levels and were found to range from 2.91 to 3.12 U/ml.
Estimated human EPO production levels were correspon-
35    dingly set at 392 mU/ml for the five-day growth sample

AM 27 014006

AM-ITC 00453942

- 58 -

and 567 mU/ml for the seven day growth sample.  Estimated
monkey EPO production levels in the Example 7B expression
system were on the same order or better.

5                           EXAMPLE 9

        Culture fluids prepared according to Examples 6
and 7 were subjected to an *in vitro* assay for EPO acti-
vity according to the procedure of Goldwasser, et al.,
10 Endocrinology, 97, 2, pp. 315-323 (1975).  Estimated
monkey EPO values for culture fluids tested ranged from
3.2 to 4.3 U/ml.  Human EPO culture fluids were also
active in this *in vitro* assay and, further, this activity
could be neutralized by anti-EPO antibody.  The recom-
15 binant monkey EPO culture fluids according to Example 6
were also subjected to an assay for *in vivo* biological
activity according to the general procedures of Cotes, et
al., Nature, 191, pp. 1065-1067 (1961) and Hammond, et
al., Ann.N.Y.Acad.Sci., 149, pp. 516-527 (1968) and acti-
20 vity levels ranged from 0.94 to 1.24 U/ml.


                           EXAMPLE 10


        In the previous examples, recombinant monkey or
25 human EPO material was produced from vectors used to
transfect COS-1 cells.  These vectors replicate in COS-1
cells due to the presence of SV40 T antigen within the
cell and an SV40 origin of replication on the vectors.
Though these vectors produce useful quantities of EPO in
30 COS-1 cells, expression is only transient (7 to 14 days)
due to the eventual loss of the vector.  Additionally,
only a small percentage of COS-1 became productively
transfected with the vectors.  The present example
describes expression systems employing Chinese hamster
35 ovary (CHO) DHFR$^-$ cells and the selectable marker, DHFR.
[For discussion of related expression systems, see

AM 27 014007

AM-ITC 00453943

- 59 -

U.S. Letters Patent No. 4,399,216 and European Patent
Applications 117058, 117059 and 117060, all published
August 29, 1984.]

CHO DHFR⁻ cells (DuX-B11) CHO K1 cells, Urlaub,
5  et al., Proc. Nat. Acad. Sci. (U.S.A.), Vol. 77, 4461
(1980) lack the enzyme dihydrofolate reductase (DHFR) due
to mutations in the structural genes and therefore
require the presence of glycine, hypoxanthine, and thymi-
dine in the culture media.  Plasmids pDSVL-MkE (Example
10  6) or pDSVL-gHuEPO (Example 7B) were transfected along
with carrier DNA into CHO DHFR⁻ cells growing in media
containing hypoxanthine, thymidine, and glycine in 60 mm
culture plates.  Plasmid pSVgHuEPO (Example 7A) was mixed
with the plasmid pMG2 containing a mouse dihydrofolate
15  reductase gene cloned into the bacterial plasmid vector
pBR322 (per Gasser, et al., supra.) The plasmid mixture
and carrier DNA was transfected into CHO DHFR⁻ cells.
(Cells which acquire one plasmid will generally also
acquire a second plasmid).  After three days, the cells
20  were dispersed by trypsinization into several 100 mm
culture plates in media lacking hypoxanthine and thymi-
dine.  Only those cells which have been stably trans-
formed with the DHFR gene, and thereby the EPO gene,
survive in this media.  After 7-21 days, colonies of sur-
25  viving cells became apparent.  These transformant colo-
nies, after dispersion by trypsinization can be
continuously propagated in media lacking hypoxanthine and
thymidine, creating new cell strains (e.g., CHO
pDSVL-MkEPO, CHO pSVgHuEPO, CHO-pDSVL-gHuEPO).
30        Culture fluids from the above cell strains were
tested in the RIA for the presence of recombinant monkey
or human EPO.  Media for strain CHO pDSVL-MkEPO contained
EPO with immunological properties like that obtained from
COS-1 cells transfected with plasmid pDSVL-MkEPO.  A
35  representative 65 hour culture fluid contained monkey EPO
at 0.60 U/ml.

AM 27 014008

AM-ITC 00453944

- 60 -

    Culture fluids from CHO pSVgHuEPO and CHO
pDSVL-gHuEPO contained recombinant human EPO with immuno-
logical properties like that obtained with COS-1 cells
transfected with plasmid pSVgHuEPO or pDSVL-gHuEPO.  A
5  representative 3 day culture fluid from CHO pSVgHuEPO
contained 2.99 U/ml of human EPO and a 5.5 day sample
from CHO pDSVL-gHuEPO had 18.2 U/ml of human EPO as
measured by the RIA.

    The quantity of EPO produced by the cell strains
10  described above can be increased by gene amplification
giving new cell strains of greater productivity.  The
enzyme dihydrofolate reductase (DHFR) which is the pro-
duct coded for by the DHFR gene can be inhibited by the
drug methotrexate (MTX).  More specifically, cells propa-
15  gated in media lacking hypoxanthine and thymidine are
inhibited or killed by MTX.  Under the appropriate con-
ditions, (e.g., minimal concentrations of MTX) cells
resistant to and able to grow in MTX can be obtained.
These cells are found to be resistent to MTX due to an
20  amplification of the number of their DHFR genes, result-
ing in increased production of DHFR enzyme.  The sur-
viving cells can, in turn, be treated with increasing
concentrations of MTX, resulting in cell strains con-
taining greater numbers of DHFR genes.  "Passenger genes"
25  (e.g., EPO) carried on the expression vector along with
the DHFR gene or transformed with the DHFR gene are fre-
quently found also to be increased in their gene copy
number.

    As examples of practice of this amplification
30  system, cell strain CHO pDSVL-MkE was subjected to
increasing MTX concentrations (0 nM, 30 nM and 100 nM).
Representative 65-hour culture media samples from each
amplification step were assayed by RIA and determined to
contain 0.60, 2.45 and 6.10 U/ml, respectively.  Cell
35  strain CHO pDSVL-gHuEPO was subjected to a series of
increasing MTX concentrations of 30 nM, 50 nM, 100 nM,

AM 27 014009

AM-ITC 00453945

- 61 -

200 nM, 1 µM, and 5 µM MTX. A representative 3-day
culture media sample from the 100 nM MTX step contained
human EPO at 3089 ± 129 u/ml as judged by RIA.
Representative 48 hour cultural medium samples from the
5   100 nM and 1 µM MTX steps contained, respectively, human
EPO at 466 and 1352 U/ml as judged by RIA (average of
triplicate assays). In these procedures, $1 \times 10^6$ cells
were plated in 5 ml of media in 60 mm culture dishes.
Twenty-four hours later the media were removed and
10  replaced with 5 ml of serum-free media (high glucose DMEM
supplemented with 0.1 mM non-essential amino acids and
L-glutamine). EPO was allowed to accumulate for 48 hours
in the serum-free media. The media was collected for RIA
assay and the cells were trypsinized and counted. The
15  average RIA values of 467 U/ml and 1352 U/ml for cells
grown at 100 nM and 1 µM MTX, respectively, provided
actual yields of 2335 U/plate and 6750 U/plate. The
average cell numbers per plate were $1.94 \times 10^6$ and
$3.12 \times 10^6$ cells, respectively. The effective production
20  rates for these culture conditions were thus 1264 and
$2167$ U/$10^6$ cells/48 hours.

The cells in the cultures described immediately
above are a genetically heterogeneous population.
Standard screening procedures are being employed in an
25  attempt to isolate genetically hemogeneous clones with
the highest production capacity. See, Section A, Part 2,
of "Points to Consider in the Characterization of Cell
Lines Used to Produce Biologics", June 1, 1984, Office of
Biologics Research Review, Center for Drugs and
30  Biologics, U.S. Food and Drug Administration.

The productivity of the EPO producing CHO cell
lines described above can be improved by appropriate cell
culture techniques. The propagation of mammalian cells
in culture generally requires the presence of serum in
35  the growth media. A method for production of erythro-
poietin from CHO cells in media that does not contain

AM 27 014010

AM-ITC 00453946

- 62 -

serum greatly facilitates the purification of erythro-
poietin from the culture medium.  The method described
below is capable of economically producing erythropoietin
in serum-free media in large quantities sufficient for
5  production.

Strain CHO pDSVL-gHuEPO cells, grown in standard
cell culture conditions, are used to seed spinner cell
culture flasks.  The cells are propagated as a suspension
cell line in the spinner cell culture flask in media con-
10  sisting of a 50-50 mixture of high glucose DMEM and Ham's
F12 supplemented with 5% fetal calf serum, L-gluta-
mine, Penicillin and Streptomycin, 0.05 mM non-essential
amino acids and the appropriate concentration of metho-
trexate.  Suspension cell culture allows the EPO-produc-
15  ing CHO cells to be expanded easily to large volumes.
CHO cells, grown in suspension, are used to seed roller
bottles at an initial seeding density of $1.5 \times 10^7$ viable
cells per 850 $cm^2$ roller bottle in 200 ml of media.  The
cells are allowed to grow to confluency as an adherent
20  cell line over a three-day period.  The media used for
this phase of the growth is the same as used for growth
in suspension.  At the end of the three-day growth
period, the serum containing media is removed and
replaced with 100 ml of serum-free media; 50-50 mixture
25  of high glucose DMEM and Ham's F12 supplemented with 0.05
mM non-essential amino acids and L-glutamine.  The
roller bottles are returned to the roller bottle incuba-
tor for a period of 1-3 hours and the media again is
removed and replaced with 100 ml of fresh serum-free
30  media.  The 1-3 hour incubation of the serum-free media
reduces the concentration of contaminating serum pro-
teins.  The roller bottles are returned to the incubator
for seven days during which erythropoietin accumulates in
the serum-free culture media.  At the end of the seven-
35  day production phase, the conditioned media is removed
and replaced with fresh serum-free medium for a second

AM 27 014011

AM-ITC 00453947

- 63 -

production cycle.  As an example of the practice of this
production system, a representative seven-day, serum-free
media sample contained human erythropoietin at 3892±409
U/ml as judged by the RIA.  Based on an estimated cell
density of 0.9 to 1.8 x $10^5$ cells/$cm^2$, each 850
$cm^2$ roller bottle contained from 0.75 to 1.5 x $10^8$ cells
and thus the rate of production of EPO in the 7-day, 100
ml culture was 750 to 1470 U/$10^6$ cells/48 hours.

Culture fluids from cell strain CHO pDSVL-MkEPO
carried in 10 nM MTX were subjected to RIA _in vitro_ and
_in vivo_ EPO activity assays.  The conditioned media
sample contained 41.2 ± 1.4 U/ml of MkEPO as measured by
the RIA, 41.2 ± 0.064 U/ml as measured by the _in vitro_
biological activity assay and 42.5 ± 5 U/ml as measured
by the _in vivo_ biological activity assay.  Amino acid
sequencing of polypeptide products revealed the presence
of EPO products, a principle species having 3 residues of
the "leader" sequence adjacent the putative amino ter-
minal alanine.  Whether this is the result of incorrect
membranc processing of the polypeptide in CHO cells or
reflects a difference in structure of the amino terminus
of monkey EPO _vis-a-vis_ human EPO, is presently unknown.

Culture fluids from cell strain CHO pDSVL-gHuEPO
were subjected to the three assays.  A 5.5 day sample
contained recombinant human EPO in the media at a level
of 18.2 U/ml by RIA assay, 15.8 ± 4.6 U/ml by _in vitro_
assay and 16.8 ± 3.0 U/ml by _in vivo_ assay.

Culture fluid from CHO pDSVL-gHuEPO cells pre-
pared amplified by stepwise 100 nM MTX were subjected to
the three assays.  A 3.0 day sample contained recombinant
human EPO at a level of 3089 ± 129 U/ml by RIA, 2589 ±
71.5 U/ml by _in vitro_ assay, and 2040 ± 160 U/ml by _in
vivo_ assay.  Amino acid sequencing of this product
reveals an amino terminal corresponding to that
designated in ~~Table VI.~~ FIGURE 6

Cell conditioned media from CHO cells trans-
fected with plasmid pDSVL-MkE in 10 nM MTX were pooled,

Plal.

**AM 27 014012**

AM-ITC 00453948

- 64 -

and the MTX dialyzed out over several days, resulting in
media with an EPO activity of 221 ± 5.1 U/ml (EPO-CCM).
To determine the _in vivo_ effect of the EPO-CCM upon hema-
tocrit levels in normal Balb/C mice, the following
5  experiment was conducted.  Cell conditioned media from
untransfected CHO cells (CCM) and EPO-CCM were adjusted
with PBS.  CCM was used for the control group (3 mice)
and two dose levels of EPO-CCM -- 4 units per injection
and 44 units per injection -- were employed for the
10  experimental groups (2 mice/group).  Over the course of 5
weeks, the seven mice were injected intraperitoneally, 3
times per week.  After the eighth injection, average
hematocrit values for the control group were determined
to be 50.4%; for the 4U group, 55.1%; and, for the 44U
15  group, 67.9%.

    Mammalian cell expression products may be
readily recovered in substantially purified form from
culture media using HPLC ($C_4$) employing an ethanol gra-
dient, preferably at pH7.

20    A preliminary attempt was made to characterize
recombinant glycoprotein products from conditioned medium of
COS-1 and CHO cell expression of the human EPO gene in
comparison to human urinary EPO isolates using both
Western blot analysis and SDS-PAGE.  These studies indi-
25  cated that the CHO-produced EPO material had a somewhat
higher molecular weight than the COS-1 expression product
which, in turn, was slightly larger than the pooled
source human urinary extract.  All products were somewhat
heterogeneous.  Neuraminidase enzyme treatment to remove
30  sialic acid resulted in COS-1 and CHO recombinent pro-
ducts of approximately equal molecular weight which
were both nonetheless larger than the resulting asialo human
urinary extract.  Endoglycosidase F enzyme (EC 3.2.1)
treatment of the recombinant CHO product and the urinary
35  extract product (to totally remove carbohydrate from

AM 27 014013

AM-ITC 00453949

- 65 -

both) resulted in substantially homogeneous products
having essentially identical molecular weight charac-
teristics.

Purified human urinary EPO and a recombinant,
5   CHO cell-produced, EPO according to the invention were
subjected to carbohydrate analysis according to the pro-
cedure of Ledeen, et al. Methods in Enzymology,
83(Part D), 139-191 (1982) as modified through use of the
hydrolysis procedures of Nesser, et al., Anal.Biochem.,
10   142, 58-67 (1984).  Experimentally determined car-
bohydrate constitution values (expressed as molar ratios
of carbohydrate in the product) for the urinary isolate
were as follows:  Hexoses, 1.73; N-acetylglucosamine, 1;
N-acetylneuraminic acid, 0.93; Fucose, 0; and N-acetyl-
15   galactosamine, 0.  Corresponding values for the recom-
binant product (derived from CHO pDSVL-gHuEPO 3-day
culture media at 100 nM MTX) were as follows:  Hexoses,
15.09; N-acetylglucosamine, 1; N-acetylneuraminic acid,
0.998; Fucose, 0; and N-acetylgalactosamine, 0.  These
20   findings are consistent with the Western blot and
SDS-PAGE analysis described above.

Glycoprotein products provided by the present
invention are thus comprehensive of products having a
primary structural conformation sufficiently duplicative
25   of that of a naturally-occurring erythropoietin to allow
possession of one or more of the biological properties
thereof and having an average carbohydrate composition
which differs from that of naturally-occurring erythro-
poietin.

30                    EXAMPLE 11

The present example relates to the total manu-
facture by assembly of nucleotide bases of two structural
genes encoding the human species EPO sequence of ~~Table VI~~ _Figure 6_
35   and incorporating, respectively "preferred" codons for
expression in E.coli and yeast (S.cerevisiae) cells.

AM 27 014014

- 66 -

Also described is the construction of genes encoding ana-
logs of human EPO.  Briefly stated, the protocol employed
was generally as set out in the previously noted disclo-
sure of Alton, et al. (WO 83/04053).  The genes were
5    designed for initial assembly of component oligonucleoti-
des into multiple duplexes which, in turn, were assembled
into three discrete sections.  These sections were
designed for ready amplification and, upon removal from
the amplification system, could be assembled sequentially
10   or through a multiple fragment ligation in a suitable
expression vector.
     ~~FIGURES~~ Figures 10 through 15 and 7                         prel.
     ~~Tables VIII through XIV below~~ illustrate the
design and assembly of a manufactured gene encoding a
human EPO translation product lacking any leader or pre-
15   sequence but including an initial methionine residue at
position -1.  Moreoever, the gene incorporated in
substantial part E.coli preference codons and the
construction was therefore referred to as the "ECEPO"
gene.

20

25

30

35

AM 27 014015

AM-ITC 00453951

- 67 -

TABLE VIII

ECEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCTAGAAACCATGAGGGTAATAAAATA

2.  CCATTATTTATTACCCTCATGGTTTCTAG

3.  ATGGCTCCGCCGCGTCTGATCTGCGAC

4.  CTCGAGTCGCAGATCAGACGCGGCGGAG

5.  TCGAGAGTTCTGGAACGTTACCTGCTG

6.  CTTCCAGCAGGTAACGTTCCAGAACT

7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGCTGAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

TABLE IX

ECEPO SECTION 1

```
               XbaI                    1                         3
EcoRI    ──────────           ────                 ─────
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                     2                              4
```

```
               5                              ─────
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTCTTCG
         6
```

```
        7          ────               9               ─── 11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
        8                        10
```

```
       KpnI      BamHI
TTACGGTACC G
AATGCCATGG CCTAG
       12
```

AM 27 014016

AM-ITC 00453952

- 68 -

TABLE X
ECEPO SECTION 2 OLIGONUCLEOTIDES

|   |   |   |
|---|---|---|
| | 1. | AATTCGGTACCAGACACCAAGGT |
| | 2. | GTTAACCTTGGTGTCTGGTACCG |
| 5 | 3. | TAACTTCTACGCTTGGAAACGTAT |
| | 4. | TTCCATACGTTTCCAAGCGTAGAA |
| | 5. | GGAAGTTGGTCAACAAGCAGTTGAAGT |
| | 6. | CCAAACTTCAACTGCTTGTTGACCAAC |
| | 7. | TTGGCAGGGTCTGGCACTGCTGAGCG |
| 10 | 8. | GCCTCGCTCAGCAGTGCCAGACCCTG |
| | 9. | AGGCTGTACTGCGTGGCCAGGCA |
| | 10. | GCAGTGCCGGCCACGCAGTACA |
| | 11. | CTGCTGGTAAACTCCTCTCAGCCGT |
| | 12. | TTCCCACGGCTGAGAGGAGTTTACCA |
| 15 | 13. | GGGAACCGCTGCAGCTGCATGTTGAC |
| | 14. | GCTTTGTCAACATGCAGCTGCAGCGG |
| | 15. | AAAGCAGTATCTGGCCTGAGATCTG |
| | 16. | GATCCAGATCTCAGGCCAGATACT |

20

25

AM 27 014017

AM-ITC 00453953

- 69 -



TABLE XI

ECEPO SECTION 2

AM 27 014018

AM-ITC 00453954

- 70 -

<u>TABLE XII</u>

<u>ECEPO SECTION 3</u>

1. GATCCAGATCTCTGACTACTCTGC

2. ACGCAGCAGAGTAGTCAGAGATCTG

3. TGCGTGCTCTGGGTGCACAGAAAGAGG

4. GATAGCCTCTTTCTGTGCACCCAGAGC

5. CTATCTCTCCGCCGGATGCTGCATCT

6. CAGCAGATGCAGCATCCGGCGGAGA

7. GCTGCACCGCTGCGTACCATCACTG

8. ATCAGCAGTGATGGTACGCAGCGGTG

9. CTGATACCTTCCGCAAACTGTTTCG

10. ATACACGAAACAGTTTGCGGAAGGT

11. TGTATACTCTAACTTCCTGCGTGGTA

12. CAGTTTACCACGCAGGAAGTTAGAGT

13. AACTGAAACTGTATACTGGCGAAGC

14. GGCATGCTTCGCCAGTATACAGTTT

15. ATGCCGTACTGGTGACCGCTAATAG

16. TCGACTATTAGCGGTCACCAGTAC

AM 27 014019

AM-ITC 00453955

- 71 -

TABLE XIII

ECEPO SECTION 3

```
     BamHI BglII
     GA TCCAGATCTCTG
        GTCTAGAGAC
 5

            1                   3                        5
    ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
    TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
         2                          4


    GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
    CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
10       6                   7              8              9


            11                   13
    GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
    CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
        10                          12


            15                       SalI
    TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
    ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC   AGCT
15       14                   16
```

- 72 -

## TABLE XIV

### ECEPO GENE

```
                                         -1  1
                                        MetAla
       XbaI  AAACCATGAG  GGTAATAAAA  TAATGGCTCC  GCCGCGTCTG
       CTAG  TTTGGTACTC  CCATTATTTT  ATTACCGAGG  CGGCGCAGAC
   5

       ATCTGCGACT  CGAGAGTTCT  GGAACGTTAC  CTGCTGGAAG  CTAAAGAAGC
       TAGACGCTGA  GCTCTCAAGA  CCTTGCAATG  GACGACCTTC  GATTTCTTCG


       TGAAAACATC  ACCACTGGTT  GTGCTGAACA  CTGTTCTTTG  AACGAAAACA
       ACTTTTGTAG  TGGTGACCAA  CACGACTTGT  GACAAGAAAC  TTGCTTTTGT


  10   TTACGGTACC  AGACACCAAG  GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA
       AATGCCATGG  TCTGTGGTTC  CAATTGAAGA  TGCGAACCTT  TGCATACCTT


       GTTGGTCAAC  AAGCAGTTGA  AGTTTGGCAG  GGTCTGGCAC  TGCTGAGCGA
       CAACCAGTTG  TTCGTCAACT  TCAAACCGTC  CCAGACCGTG  ACGACTCGCT


       GGCTGTACTG  CGTGGCCAGG  CACTGCTGGT  AAACTCCTCT  CAGCCGTGGG
       CCGACATGAC  GCACCGGTCC  GTGACGACCA  TTTGAGGAGA  GTCGGCACCC

  15

       AACCGCTGCA  GCTGCATGTT  GACAAAGCAG  TATCTGGCCT  GAGATCTCTG
       TTGGCGACGT  CGACGTACAA  CTGTTTCGTC  ATAGACCGGA  CTCTAGAGAC


       ACTACTCTGC  TGCGTGCTCT  GGGTGCACAG  AAAGAGGCTA  TCTCTCCGCC
       TGATGAGACG  ACGCACGAGA  CCCACGTGTC  TTTCTCCGAT  AGAGAGGCGG


  20   GGATGCTGCA  TCTGCTGCAC  CGCTGCGTAC  CATCACTGCT  GATACCTTCC
       CCTACGACGT  AGACGACGTG  GCGACGCATG  GTAGTGACGA  CTATGGAAGG


       GCAAACTGTT  TCGTGTATAC  TCTAACTTCC  TGCGTGGTAA  ACTGAAAACTG
       CGTTTGACAA  AGCACATATG  AGATTGAAGG  ACGCACCATT  TGACTTTGAC


                                               SalI
       TATACTGGCG  AAGCATGCCG  TACTGGTGAC  CGCTAATAG
  25   ATATGACCGC  TTCGTACGGC  ATGACCACTG  GCGATTATCA  GCT
```

AM 27 014021

- 73 -

FIGURE 10

More particularly, ~~Table VIII~~ illustrates oligo-    *Prel.*
nucleotides employed to generate the Section 1 of the
ECEPO gene encoding amino terminal residues of the human
species polypeptide. Oligonucleotides were assembled
5    into duplexes (1 and 2, 3 and 4, etc.) and the duplexes
were then ligated to provide ECEPO Section 1 as in ~~Table~~    FIGURE 11.    *Prel.*
~~IX.~~ Note that the assembled section includes respective
terminal EcoRI and BamHI sticky ends, that "downstream"
of the EcoRI sticky end is a XbaI restriction enzyme
10   recognition site; and that "upstream" of the BamHI sticky
end is a KpnI recognition site. Section 1 could readily
be amplified using the M13 phage vector employed for
verification of sequence of the section. Some dif-
ficulties were encountered in isolating the section as an
15   XbaI/KpnI fragment from RF DNA generated in E.coli,
likely due to methylation of the KpnI recognition site
bases within the host. Single-stranded phage DNA was
therefore isolated and rendered into double-stranded form
in vitro by primer extension and the desired double-
20   stranded fragment was thereafter readily isolated.
(FIGURES 13 and 15)
     ECEPO gene Sections 2 and 3 ~~(Tables XI and XIII)~~    *Prel.*
were constructed in a similar manner from the oligo-
nucleotides of ~~Tables X and XII,~~ respectively. Each    *Prel.*
FIGURES 12 and 14
section was amplified in the M13 vector employed for
25   sequence verification and was isolated from phage DNA.
FIGURE 13,
As is apparent from ~~Table XI~~, ECEPO Section 2 was con-    *Prel.*
structed with EcoRI and BamHI sticky ends and could be
isolated as a KpnI/BglII fragment. Similarly, ECEPO
Section 3 was prepared with BamHI and SalI sticky ends
30   and could be isolated from phage RF DNA as a BglII/SalI
fragment. The three sections thus prepared can readily
FIGURE 7
be assembled into a continuous DNA sequence ~~(Table XIV)~~
encoding the entire human species EPO polypeptide with an
amino terminal methionine codon (ATG) for E.coli transla-
35   tion initiation. Note also that "upstream" of the ini-
tial ATG is a series of base pairs substantially

AM 27 014022

AM-ITC 00453958

- 74 -

duplicating the ribosome binding site sequence of the highly expressed OMP-f gene of E.coli.

Any suitable expression vector may be employed to carry the ECEPO. The particular vector chosen for expression of the ECEPO gene as the "temperature sensitive" plasmid pCFM536 -- a derivative of plasmid pCFM414 (A.T.C.C. 40076) -- as described in co-pending U.S. Patent Application Serial No. 636,727, filed August 6, 1984, by Charles F. Morris. More specifically, _(Published EPO Application No. 136,690)_ pCFM536 was digested with XbaI and HindIII; the large fragment was isolated and employed in a two-part ligation with the ECEPO gene. Sections 1 (XbaI/KpnI), 2 (KpnI/BglII) and 3 (BglII/SalI) had previously been assembled in the correct order in M13 and the EPO gene was isolated therefrom as a single XbaI/HindIII fragment. This fragment included a portion of the polylinker from M13 mp9 phage spanning the SalI to HindIII sites therein. Control of expression in the resulting expression plasmid, p536, was by means of a lambda $P_L$ promoter, which itself may be under control of the $C_{I857}$ repressor gene (such as provided in E.coli strain K12ΔHtrp).

The manufactured ECEPO gene above may be variously modified to encode erythropoietin analogs such as [Asn[2], des-Pro[2] through Ile[6]]hEPO and [His[7]]hEPO, as described below.

A. [Asn[2], des-Pro[2] through Ile[6]]hEPO

Plasmid 536 carrying the ECEPO manufactured gene of _Figure 5_ ~~Table XIV~~ as a XbaI to HindIII insert was digested with HindIII and XhoI. The latter endonuclease cuts the ECEPO gene at a unique, 6 base pair recognition site spanning the last base of the codon encoding Asp[8] through the second base of the Arg[10] codon. A XbaI/XhoI "linker" sequence was manufactured having the following sequence:

AM 27 014023

AM-ITC 00453959

- 75 -

```
XbaI      +1  2   7   8   9
          Met Ala Asn Cys Asp     XhoI
5'-CTAG  ATG GCT AAT TGC GAC-3'  ,
    3'-TAC CGA TTA ACG CTG AGCT-5'
```

The XbaI/XhoI linker and the XhoI/HindIII ECEPO

5   gene sequence fragment were inserted into the large
    fragment resulting from XbaI and HindIII digestion of
    plasmid pCFM526 -- a derivative of plasmid pCFM414
    (A.T.C.C. 40076) -- as described in co-pending
    U.S. Patent Application Serial No. 636,727, filed August

10  6, 1984, by Charles F. Morris, to generate a plasmid-
    borne DNA sequence encoding E.coli expression of the
    Met$^{-1}$ form of the desired analog.

    B.  [His$^7$]hEPO

15      Plasmid 536 was digested with HindIII and XhoI
    as in part A above.  A XbaI/XhoI linker was manufactured
    having the following sequence:

```
XbaI      +1  2   3   4   5   6   7   8   9      XhoI
          Met Ala Pro Pro Arg Leu Ile His Asp
20  5'-CTAG  ATG GCT CCG CCA CGT CTG ATC CAT GAC-3'
        3'-TAC CGA GGC GGT GCA GAC TAG GTA CTG  AGCT-5'
```

    The linker and the XhoI/HindIII ECEPO sequence
    fragment were then inserted into pCFM526 to generate a
    plasmid-borne DNA sequence encoding E.coli expression of

25  the Met$^{-1}$ form of the desired analog.

    Construction of a manufactured gene ("SCEPO")
    incorporating yeast preference codons is as described in
    the following ~~Tables XV through XXI~~. As was the case        *Prel.*
    FIGURES 16 through 21 and 8.
    with the ECEPO gene, the entire construction involved
                                           FIGURES XV,
30  formation of three sets of oligonucleotides (~~Tables XV,~~
    16, 18 and 20
    ~~XVII and XIX~~) which were formed into duplexes and
    FIGURES 17, 19 and 21
    assembled into sections (~~Tables XVI, XVIII and XX~~). Note   *Prel.*
    that synthesis was facilitated in part by use of some
    sub-optimal codons in both the SCEPO and ECEPO construc-

35

AM 27 014024

AM-ITC 00453960

- 76 -

tions, i.e., oligonucleotides 7-12 of Section 1 of both
genes were identical, as were oligonucleotides 1-6 of
Section 2 in each gene.

5

10

15

20

25

30

AM 27 014025

AM-ITC 00453961

- 77 -

TABLE XV

SCEPO SECTION 1 OLIGONUCLEOTIDES

      1.    AATTCAAGCTTGGATAAAAGAGCT

5     2.    GTGGAGCTCTTTTATCCAAGCTTG

      3.    CCACCAAGATTGATCTGTGACTC

      4.    TCTCGAGTCACAGATCAATCTTG

      5.    GAGAGTTTTGGAAAGATACTTGTTG

      6.    CTTCCAACAAGTATCTTTCCAAAAC

10    7.    GAAGCTAAAGAAGCTGAAAACATC

      8.    GTGGTGATGTTTTCAGCTTCTTTAG

      9.    ACCACTGGTTGTGCTGAACACTGTTC

      10.   CAAAGAACAGTGTTCAGCACAACCA

      11.   TTTGAACGAAAACATTACGGTACCG

15    12.   GATCCGGTACCGTAATGTTTTCGTT

TABLE XVI

SCEPO SECTION 1

      EcoRI  HindIII  1
      AATTCA AGCTTGGATA
        GT TCGAACCTAT
                  2

AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                       4

      5              7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
      6                                    8

      9                  11        KpnI      BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                       12

AM 27 014026

AM-ITC 00453962

- 78 -

<u>TABLE XVII</u>

<u>SCEPO SECTION 2 OLIGONUCLEOTIDES</u>

1. AATTCGGTACCAGACACCAAGGT

5  2. GTTAACCTTGGTGTCTGGTACCG

3. TAACTTCTACGCTTGGAAACGTAT

4. TTCCATACGTTTCCAAGCGTAGAA

5. GGAAGTTGGTCAACAAGCAGTTGAAGT

6. CCAAACTTCAACTGCTTGTTGACCAAC

10  7. TTGGCAAGGTTTGGCCTTGTTATCTG

8. GCTTCAGATAACAAGGCCAAACCTTG

9. AAGCTGTTTTGAGAGGTCAAGCCT

10. AACAAGGCTTGACCTCTCAAAACA

11. TGTTGGTTAACTCTTCTCAACCATGGG

15  12. TGGTTCCCATGGTTGAGAAGAGTTAACC

13. AACCATTGCAATTGCACGTCGAT

14. CTTTATCGACGTGCAATTGCAA

15. AAAGCCGTCTCTGGTTTGAGATCTG

16. GATCCAGATCTCAAACCAGAGACGG

20

25

AM 27 014027

- 79 -

TABLE XVIII

SCEPO SECTION 2

```
               KpnI
               1
     EcoRI
     A ATTCGGTACC AGACACCAAG
5         GCCATGG TCTGTGGTTC
                2

     GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
     CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
          3                        4                      5                      6

     AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
10   TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
          7                        8                      9                     10

     CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
     GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
          11                      12                     13                    14

                    15          TCTCTGGTTT  BglII     BamHI
     GATAAAGCCG TCTCTGGTTT GAGATCTG
15   CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
                    16
```

AM 27 014028

AM-ITC 00453964

- 80 -

TABLE XIX

SCEPO SECTION 3 OLIGONUCLEOTIDES

1.  GATCCAGATCTTTGACTACTTTGTT

5   2.  TCTCAACAAAGTAGTCAAAGATCTG

3.  GAGAGCTTTGGGTGCTCAAAAGGAAG

4.  ATGGCTTCCTTTTGAGCACCCAAAGC

5.  CCATTTCCCCACCAGACGCTGCTT

6.  GCAGAAGCAGCGTCTGGTGGGGAA

10  7.  CTGCCGCTCCATTGAGAACCATC

8.  CAGTGATGGTTCTCAATGGAGCG

9.  ACTGCTGATACCTTCAGAAAGTT

10. GAATAACTTTCTGAAGGTATCAG

11. ATTCAGAGTTTACTCCAACTTCT

15  12. CTCAAGAAGTTGGAGTAAACTCT

13. TGAGAGGTAAATTGAAGTTGTACAC

14. ACCGGTGTACAACTTCAATTTACCT

15. CGGTGAAGCCTGTAGAACTGGT

16. CTGTCACCAGTTCTACAGGCTTC

20  17. GACAGATAAGCCCGACTGATAA

18. GTTGTTATCAGTCGGGCTTAT

19. CAACAGTGTAGATGTAACAAAG

20. TCGACTTTGTTACATCTACACT

25

AM 27 014029

AM-ITC 00453965

- 81 -

TABLE XX

SCEPO SECTION 3

```
     BamHI  BglII  1
     GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
          GTCTAGAAAC TGATGAAACA ACTCTCGAAA
 5                      2

          3                        5
     GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
     CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
          4                        6

     CATTGAGAAC CATCACTGCT     GATACCTTCA GAAAGTTATT CAGAGTTTAC
     GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
          7              9                        11
          8              10                       12

                    13                              15
     TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
     AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                    14                              16

                    17                      19
     AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
     TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
15                  18

                    SalI
     ATGTAACAAA G
     TACATTGTTT CAGCT
          20
```

AM 27 014030

AM-ITC 00453966

- 82 -

TABLE XXI

SCEPO GENE

```
                       -1 +1
     HindIII           ArgAla
     AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
5         ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA

     GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
     CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

     GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
     CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

10   GTTAACTTCT ACGCTTGGAA GTTGGTCAAC AAGCTGTTGA
     CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT

     AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
     TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

     CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
     GGAACAACCA ATTGAGAGA GTAGGTACCC TTGGTAACGT TAACGTGCAG

15   GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
     CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

     GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCGCTGCT TCTGCCGCTC
     CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCCGACGA AGACGGCGAG

20   CATTGAGAAC CATGACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
     GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG

     TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
     AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

     AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
     TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC

25                      SalI
     ATGTAACAAA G
     TACATTGTTT CAGCT
```

AM 27 014031

- 83 -

The assembled SCEPO sections were sequenced in
M13 and Sections 1, 2 and 3 were isolatable from the
phage as HindIII/KpnI, KpnI/BglII, and BglII/SalI frag-
ments.

5       The presently preferred expression system for
SCEPO gene products is a secretion system based on
S.cerevisiae α-factor secretion, as described in co-
pending U.S. Patent Application Serial No. 487,753, filed
April 22, 1983, by Grant A. Bitter, published October 31,
10  1984 as European Patent Application 0 123,294.  Briefly
put, the system involves constructions wherein DNA
encoding the leader sequence of the yeast α-factor gene
product is positioned immediately 5' to the coding region
of the exogenous gene to be expressed.  As a result, the
15  gene product translated includes a leader or signal
sequence which is "processed off" by an endogenous yeast
enzyme in the course of secretion of the remainder of the
product.  Because the construction makes use of the α-
factor translation initiation (ATG) codon, there was no
20  need to provide such a codon at the -1 position of the
SCEPO gene.  As may be noted from T̶a̶b̶l̶e̶ ̶X̶X̶I̶ FIGURE 7, the alanine
(+1) encoding sequence is preceded by a linker sequence
allowing for direct insertion into a plasmid including
the DNA for the first 80 residues of the α-factor leader
25  following the α-factor promoter.  The specific preferred
construction for SCEPO gene expression involved a four-
part ligation including the above-noted SCEPO section
fragments and the large fragment of HindIII/SalI
digestion of plasmid pαC3.  From the resulting plasmid
30  pαC3/SCEPO, the α-factor promoter and leader sequence and
SCEPO gene were isolated by digestion with BamHI and
ligated into BamHI digested plasmid pYE to form
expression plasmid pYE/SCEPO.

35              EXAMPLE 12

The present example relates to expression of

AM 27 014032

AM-ITC 00453968

- 84 -

recombinant products of the manufactured ECEPO and SCEPO genes within the expression systems of Example 11.

    In use of the expression system designed for use of E.coli host cells, plasmid p536 of Example 11 was

5  transformed into AM7 E.coli cells previously transformed with a suitable plasmid, pMW1, harboring a $C_{I857}$ gene. Cultures of cells in LB broth (Ampicillin 50 µg/ml and kanamycin 5 µg/ml, preferably with 10 mM $MgSO_4$) were maintained at 28°C and upon growth of cells in culture to

10  O.D.$_{600}$ = 0.1, EPO expression was induced by raising the culture temperature to 42°C. Cells grown to about 40 O.D. provided EPO production (as estimated by gel) of about 5 mg/OD liter.

    Cells were harvested, lysed, broken with French

15  Press (10,000 psi) and treated with lysozyme and NP-40 detergent. The pellet resulting from 24,000 xg centrifugation was solubilized with guanidine HCl and subjected to further purification in a single step by means of $C_4$ (Vydac) Reverse Phase HPLC (EtOH, 0-80%, 50 mM $NH_4Ac$,

20  pH 4.5). Protein sequencing revealed the product to be greater than 95% pure and the products obtained revealed two different amino terminals, A-P-P-R... and P-P-R... in a relative quantitative ratio of about 3 to 1. This latter observation of hEPO and [des Ala$^1$]hEPO products

25  indicates that amino terminal "processing" within the host cells serves to remove the terminal methionine and in some instances the initial alanine. Radioimmunoassay activity for the isolates was at a level of 150,000 to 160,000 U/mg; in vitro assay activity was at a level of

30  30,000 to 62,000 U/mg; and in vivo assay activity ranged from about 120 to 720 U/mg. (Cf., human urinary isolate standard of 70,000 U/mg in each assay.) The dose response curve for the recombinant product in the in vivo assay differed markedly from that of the human urinary EPO

35  standard.

AM 27 014033

AM-ITC 00453969

- 85 -

The EPO analog plasmids formed in parts A and B
of Example 11 were each transformed into pMW1-transformed
AM7 E.coli cells and the cells were cultured as above.
Purified isolates were tested in both RIA and in vitro
5  assays. RIA and in vitro assay values for [$Asn^2$,
des-$Pro^2$ through $Ile^6$]hEPO expression products were
approximately 11,000 U/mg and 6,000 U/mg protein, respec-
tively, while the assay values for [$His^7$]hEPO were about
41,000 U/mg and 14,000 U/mg protein, respectively, indi-
10  cating that the analog products were from one-fourth to
one-tenth as "active" as the "parent" expression product
in the assays.

In the expression system designed for use of
S.cerevisiae host cells, plasmid pYE/SCEPO was trans-
15  formed into two different strains, YSDP4 (genotype α
pep4-3 trp1) and RK81 (genotype αα pep4-3 trp1).
Transformed YSDP4 hosts were grown in SD medium (Methods
in Yeast Genetics, Cold Spring Harbor Laboratory, Cold
Spring Harbor, N.Y., p. 62 (1983) supplemented with casa-
20  mino acids at 0.5%, pH 6.5 at 30°C. Media harvested when
the cells had been grown to 36 O.D. contained EPO pro-
ducts at levels of about 244 U/ml (97 µg/OD liter by
RIA). Transformed RK81 cells grown to either 6.5 O.D. or
60 O.D. provided media with EPO concentrations of about
25  80-90 U/ml (34 µg/OD liter by RIA). Preliminary analyses
reveal significant heterogeneity in products produced by
the expression system, likely to be due to variations in
glycosylation of proteins expressed, and relatively high
mannose content of the associated carbohydrate.

30  Plasmids PαC3 and pYE in HB101 E.coli cells were
deposited in accordance with the Rules of Practice of the
U.S. Patent Office on September 27, 1984, with the
American Type Culture Collection, 12301 Parklawn Drive,
Rockville, Maryland, under deposit numbers A.T.C.C. 39881
35  and A.T.C.C. 39882, respectively. Plasmids pCFM526 in
AM7 cells, pCFM536 in JM103 cells, and pMW1 in JM103

AM 27 014034

AM-ITC 00453970

- 86 -

cells were likewise deposited on November 21, 1984 as
A.T.C.C. 33932, 33934, and 33933, respectively.    Prel.
Saccharomyces cerevisiae strains YSPO4 and RK81 were
deposited on November 21, 1984 as A.T.C.C. 20734 and
5  20733, respectively.

It should be readily apparent from consideration
of the above illustrative examples that numerous excep-
tionally valuable products and processes are provided by
the present invention in its many aspects.

10      Polypeptides provided by the invention are
conspicuously useful materials, whether they are micro-
bially expressed products or synthetic products, the pri-
mary, secondary or tertiary structural conformation of
which was first made known by the present invention.

15      As previously indicated, recombinant-produced
and synthetic products of the invention share, to varying
degrees, the in vitro biological activity of EPO isolates
from natural sources and consequently are projected to
have utility as substitutes for EPO isolates in culture
20  media employed for growth of erythropoietic cells in
culture.  Similarly, to the extent that polypeptide pro-
ducts of the invention share the in vivo activity of
natural EPO isolates they are conspicuously suitable for
use in erythropoietin therapy procedures practiced on
25  mammals, including humans, to develop any or all of the
effects herefore attributed in vivo to EPO, e.g., stimu-
lation of reticulocyte response, development of ferroki-
netic effects (such as plasma iron turnover effects and
marrow transit time effects), erythrocyte mass changes,
30  stimulation of hemoglobin C synthesis (see, Eschbach, et
al., supra) and, as indicated in Example 10, increasing
hematocrit levels in mammals.  Included within the class
of humans treatable with products of the invention are
patients generally requiring blood transfusions and
35  including trauma victims, surgical patients, renal
disease patients including dialysis patients, and

AM 27 014035

AM-ITC 00453971

- 87 -

patients with a variety of blood composition affecting disorders, such as hemophilia, sickle cell disease, physiologic anemias, and the like. The minimization of the need for transfusion therapy through use of EPO therapy
5  can be expected to result in reduced transmission of infectious agents. Products of the invention, by virtue of their production by recombinant methods, are expected to be free of pyrogens, natural inhibitory substances, and the like, and are thus likely to provide enhanced
10  overall effectiveness in therapeutic processes vis-a-vis naturally derived products. Erythropoietin therapy with products of the present invention is also expected to be useful in the enhancement of oxygen carrying capacity of individuals encountering hypoxic environmental conditions
15  and possibly in providing beneficial cardiovascular effects.

A preferred method for administration of polypeptide products of the invention is by parenteral (e.g., IV, IM, SC, or IP) routes and the compositions administered
20  would ordinarily include therapeutically effective amounts of product in combination with acceptable diluents, carriers and/or adjuvants. Preliminary pharmacokinetic studies indicate a longer half-life in vivo for monkey EPO products when administered IM rather
25  than IV. Effective dosages are expected to vary substantially depending upon the condition treated but therapeutic doses are presently expected to be in the range of 0.1 (~7U) to 100 (~7000U) µg/kg body weight of the active material. Standard diluents such as human serum albumin
30  are contemplated for pharmaceutical compositions of the invention, as are standard carriers such as saline.

Adjuvant materials suitable for use in compositions of the invention include compounds independently noted for erythropoietic stimulatory effects, such
35  as testosterones, progenitor cell stimulators, insulin-like growth factor, prostaglandins, serotonin,

AM 27 014036

AM-ITC 00453972

- 88 -

cyclic AMP, prolactin and triiodothyronine, as well as
agents generally employed in treatment of aplastic ane-
mia, such as methenolene, stanozolol and nandrolone [see,
e.g., Resegotti, et al., _Panminerva Medica_, _23,_ 243-248

5  (1981); McGonigle, et al., _Kidney Int._, _25(2)_, 437-444
(1984); Pavlovic-Kantera, et al., _Expt.Hematol._, _8(Supp._
_8)_, 283-291 (1980); and Kurtz, _FEBS Letters_, _14a(1)_,
105-108 (1982)].  Also contemplated as adjuvants are
substances reported to enhance the effects of, or

10  synergize, erythropoietin or asialo-EPO, such as the
adrenergic agonists, thyroid hormones, androgens and BPA
[see, Dunn, "Current Concepts in Erythropoiesis", John
Wiley and Sons (Chichester, England, 1983); Weiland, et
al., _Blut_, _44(3)_, 173-175 (1982); Kalmanti, _Kidney Int._,

15  _22_, 383-391 (1982); Shahidi, _New.Eng.J.Med._, _289_, 72-80
(1973); Fisher, et al., _Steroids_, _30(6)_, 833-845 (1977);
Urabe, et al., _J.Exp.Med._, _149_, 1314-1325 (1979); and
Billat, et al., _Expt.Hematol._, _10(1)_, 133-140 (1982)] as
well as the classes of compounds designated "hepatic

20  erythropoietic factors" [see, Naughton, et al.,
_Acta.Haemat._, _69_, 171-179 (1983)] and "erythrotropins"
[as described by Congote, et al. in Abstract 364,
Proceedings 7th International Congress of Endocrinology
(Quebec City, Quebec, July 1-7, 1984); Congote,

25  _Biochem.Biophys.Res.Comm._, _115(2)_, 447-483 (1983) and
Congote, _Anal.Biochem._, _140_, 428-433 (1984)] and
"erythrogenins" [as described in Rothman, et al.,
_J.Surg.Oncol._, _20_, 105-108 (1982)].  Preliminary
screenings designed to measure erythropoietic responses

30  of ex-hypoxic polycythemic mice pre-treated with either
5-α-dihydrotestosterone or nandrolone and then given
erythropoietin of the present invention have generated
equivocal results.

Diagnostic uses of polypeptides of the invention

35  are similarly extensive and include use in labelled and
unlablled forms in a variety of immunoassay techniques

AM 27 014037

AM-ITC 00453973

- 89 -

including RIA's, ELISA's and the like, as well as a
variety of *in vitro* and *in vivo* activity assays. See,
e.g., Dunn, et al., Expt.Hematol., 11(7), 590-600 (1983);
Gibson, et al., Pathology, 16, 155-156 (1984); Krystal,

5  Expt.Hematol., 11(7), 649-660 (1983); Saito, et al.,
Jap.J.Med., 23(1), 16-21 (1984); Nathan, et al.,
New Eng.J.Med., 308(9), 520-522 (1983); and various
references pertaining to assays referred to therein.
Polypeptides of the invention, including synthetic pep-

10  tides comprising sequences of residues of EPO first
revealed herein, also provide highly useful pure
materials for generating polyclonal antibodies and
"banks" of monoclonal antibodies specific for differing
continuous and discontinuous epitopes of EPO. As one

15  example, preliminary analysis of the amino acid sequences
of ~~Table VI~~ in the context of hydropathicity according to
Hopp, et al., P.N.A.S. (U.S.A.), 78, pp. 3824-3828
(1981) and of secondary structures according to Chou, et
al., Ann.Rev.Biochem., 47, p. 251 (1978) revealed that

20  synthetic peptides duplicative of continuous sequences of
residues spanning positions 41-57 inclusive, 116-~~118~~
inclusive and 144-166 inclusive are likely to produce a
highly antigenic response and generate useful monoclonal
and polyclonal antibodies immunoreactive with both the

25  synthetic peptide and the entire protein. Such antibo-
dies are expected to be useful in the detection and affi-
nity purification of EPO and EPO-related products.

Illustratively, the following three synthetic
peptides were prepared:

30

(1) hEPO 41-57,  V-P-D-T-K-V-N-F-Y-A-W-K-
R-M-E-V-G;

(2) hEPO 116-128, K-E-A-I-S-P-P-D-A-A-S-A-A;

(3) hEPO 144-166, V-Y-S-N-F-L-R-G-K-L-K-L-Y-

35  T-G-E-A-C-R-T-G-D-R.

AM 27 014038

AM-ITC 00453974

- 90 -

Preliminary immunization studies employing the above-
noted polypeptides have revealed a relatively weak posi-
tive response to hEPO 41-57, no appreciable response to
hEPO 116-128, and a strong positive resopnse to hEPO
5  144-166, as measured by capacity of rabbit serum antibo-
dies to immunoprecipitate $^{125}$I-labelled human urinary EPO
isolates. Preliminary in vivo activity studies on the
three peptides revealed no significant activity either
alone or in combination.

10     While the deduced sequences of amino acid resi-
dues of mammalian EPO provided by the illustrative
examples essentially define the primary structural con-
formation of mature EPO, it will be understood that the
specific sequence of 165 amino acid residues of monkey
15  species EPO in ~~Table V~~ Figure 5 and the 166 residues of human spe-
cies EPO in ~~Table VI~~ Figure 6 do not limit the scope of useful                Prel.
polypeptides provided by the invention. Comprehended by
the present invention are those various naturally-
occurring allelic forms of EPO which past research into
20  biologically active mammalian polypeptides such as human
γ interferon indicates are likely to exist. (Compare,
e.g., the human immune interferon species reported to
have an arginine residue at position No. 140 in EPO
published application 0 077 670 and the species reported
25  to have glutamine at position No. 140 in Gray, et al.,
Nature, 295, pp. 503-508 (1982). Both species are
characterized as constituting "mature" human γ interferon
sequences.) Allelic forms of mature EPO polypeptides may
vary from each other and from the sequences of ~~Tables V~~ Figures 5
30  ~~and VI~~ and 6 in terms of length of sequence and/or in terms of             Prel.
deletions, substitutions, insertions or additions of
amino acids in the sequence, with consequent potential
variations in the capacity for glycosylation. As noted
previously, one putative allelic form of human species
35  EPO is believed to include a methionine residue at posi-
tion 126. Expectedly, naturally-occurring allelic forms

AM 27 014039

AM-ITC 00453975

- 91 -

of EPO-encoding DNA genomic and cDNA sequences are also
likely to occur which code for the above-noted types of
allelic polypeptides or simply employ differing codons
for designation of the same polypeptides as specified.

5      In addition to naturally-occurring allelic forms
of mature EPO, the present invention also embraces other
"EPO products" such as polypeptide analogs of EPO and
fragments of "mature" EPO. Following the procedures of
the above-noted published application by Alton, et al.
10  (WO/83/04053) one may readily design and manufacture
genes coding for microbial expression of polypeptides
having primary conformations which differ from that
herein specified for mature EPO in terms of the identity
or location of one or more residues (e.g., substitutions,
15  terminal and intermediate additions and deletions).
Alternately, modifications of cDNA and genomic EPO genes
may be readily accomplished by well-known site-directed
mutagenesis techniques and employed to generate analogs
and derivatives of EPO. Such EPO products would share at
20  least one of the biological properties of EPO but may
differ in others. As examples, projected EPO products of
the invention include those which are foreshortened by
e.g., deletions $[Asn^2, des-Pro^2$ through $Ile^6]hEPO$,
$[des-Thr^{163}$ through $Arg^{166}]hEPO$ and "$\Delta 27-55hEPO$", the
25  latter having the residues coded for by an entire exon
deleted; or which are more stable to hydrolysis (and,
therefore, may have more pronounced or longer lasting
effects than naturally-occurring EPO); or which have been
altered to delete one or more a potential sites for gly-
30  cosylation (which may result in higher activities for
yeast-produced products); or which have one or more
cystein residues deleted or replaced by, e.g., histidine
or serine residues (such as the analog $[His^7]hEPO$) and
are potentially more easily isolated in active form from
35  microbial systems; or which have one or more tyrosine
residues replaced by phenylalanine (such as the analogs

AM 27 014040

AM-ITC 00453976

- 92 -

[Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, and [Phe$^{145}$]hEPO) and may bind
more or less readily to EPO receptors on target cells.
Also comprehended are polypeptide fragments duplicating
only a part of the continuous amino acid sequence or
5  secondary conformations within mature EPO, which
fragments may possess one activity of EPO (e.g., receptor
binding) and not others (e.g., erythropoietic activity).
Especially significant in this regard are those potential
fragments of EPO which are elucidated upon consideration
10  of the human genomic DNA sequence of Table VI, i.e.,
"fragments" of the total continuous EPO sequence which
are delineated by intron sequences and which may consti-
tute distinct "domains" of biological activity.  It is
noteworthy that the absence of _in vivo_ activity for any
15  one or more of the "EPO products" of the invention is not
wholly preclusive of therapeutic utility (see, Weiland,
et al., _supra_) or of utility in other contexts, such as
in EPO assays or EPO antagonism.  Antagonists of erythro-
poietin may be quite useful in treatment of polycythemias
20  or cases of overproduction of EPO [see, e.g., Adamson,
Hosp.Practice, _18(12)_, 49-57 (1983), and Hellmann, et
al., Clin.Lab.Haemat., _5_, 335-342 (1983)].

     According to another aspect of the present
invention, the cloned DNA sequences described herein
25  which encode human and monkey EPO polypeptides are
conspicuously valuable for the information which they
provide concerning the amino acid sequence of mammalian
erythropoietin which has heretofore been unavailable
despite decades of analytical processing of isolates of
30  naturally-occurring products.  The DNA sequences are also
conspicuously valuable as products useful in effecting
the large scale microbial synthesis of erthropoietin by a
variety of recombinant techniques.  Put another way, DNA
sequences provided by the invention are useful in
35  generating new and useful viral and circular plasmid DNA
vectors, new and useful transformed and transfected

AM 27 014041

AM-ITC 00453977

- 93 -

microbial procaryotic and eucaryotic host cells
(including bacterial and yeast cells and mammalian cells
grown in culture), and new and useful methods for
cultured growth of such microbial host cells capable of
5  expression of EPO and EPO products.  DNA sequences of the
invention are also conspicuously suitable materials for
use as labelled probes in isolating EPO and related pro-
tein encoding cDNA and genomic DNA sequences of mammalian
species other than human and monkey species herein speci-
10  fically illustrated.  The extent to which DNA sequences
of the invention will have use in various alternative
methods of protein synthesis (e.g., in insect cells) or
in genetic therapy in humans and other mammals cannot yet
be calculated.  DNA sequences of the invention are
15  expected to be useful in developing transgenic mammalian
species which may serve as eucaryotic "hosts" for produc-
tion of erythropoietin and erythropoietin products in
quantity.  See, generally, Palmiter, et al., _Science,_
_222(4625)_, 809-814 (1983).
20         Viewed in this light, therefore, the specific
disclosures of the illustrative examples are clearly not
intended to be limiting upon the scope of the present
invention and numerous modifications and variations are
expected to occur to those skilled in the art.  As one
25  example, while DNA sequences provided by the illustrative
examples include cDNA and genomic DNA sequences, because
this application provides amino acid sequence information
essential to manufacture of DNA sequence, the invention
also comprehends such manufactured DNA sequences as may
30  be constructed based on knowledge of EPO amino acid
sequences.  These may code for EPO (as in Example 12) as
well as for EPO fragments and EPO polypeptide analogs
(i.e., "EPO Products") which may share one or more biolo-
gical properties of naturally-occurring EPO but not share
35  others (or possess others to different degrees).
        DNA sequences provided by the present invention
are thus seen to comprehend all DNA sequences suitable

AM 27 014042

AM-ITC 00453978

- 94 -

for use in securing expression in a procaryotic or
eucaryotic host cell of a polypeptide product having at
least a part of the primary structural conformation and
one or more of the biological properties of erythro-
5   poietin, and selected from among:  (a)  the DNA sequences
set out in Tables V and VI; (b)  DNA sequences which            *Figures 5 and 6*   ful.
hybridize to the DNA sequences defined in (a) or
fragments thereof; and (c)  DNA sequences which, but for
the degeneracy of the genetic code, would hybridize to
10  the DNA sequences defined in (a) and (b).  It is
noteworthly in this regard, for example, that existing
allelic monkey and human EPO gene sequences and other
mammalian species gene sequences are expected to hybri-
dize to the sequences of Tables V and VI or to fragments    *Figures 5 and 6*   ful.
15  thereof.  Further, but for the degeneracy of the genetic
code, the SCEPO and ECEPO genes and the manufactured or
mutagenized cDNA or genomic DNA sequences encoding
various EPO fragments and analogs would also hybridize to
the above-mentioned DNA sequences.  Such hybridizations
20  could readily be carried out under the hybridization con-
ditions described herein with respect to the initial iso-
lation of the monkey and human EPO-encoding DNA or more
stringent conditions, if desired to reduce background
hybridization.
25          In a like manner, while the above examples
illustrate the invention of microbial expression of EPO
products in the context of mammalian cell expression of
DNA inserted in a hybrid vector of bacterial plasmid and
viral genomic origins, a wide variety of expression
30  systems are within the contemplation of the invention.
Conspicuously comprehended are expression systems
involving vectors of homogeneous origins applied to a
variety of bacterial, yeast and mammalian cells in culture    *mammalian*   ful.
as well as to expression systems not involving vectors
35  (such as calcium phosphate transfection of cells).  In

AM 27 014043

AM-ITC 00453979

this regard, it will be understood that expression of, e.g., monkey origin DNA in monkey host cells in culture and human host cells in culture, actually constitute instances of "exogenous" DNA expression inasmuch as the EPO DNA whose high level expression is sought would not have its origins in the genome of the host. Expression systems of the invention further contemplate these practices resulting in cytoplasmic formation of EPO products and accumulation of glycosylated and non-glycosylated EPO products in host cell cytoplasm or membrances (e.g., accumulation in bacterial periplasmic spaces) or in culture medium supernatants as above illustrated, or in rather uncommon systems such as P.aeruginosa expression systems (described in Gray, et al., Biotechnology, 2, pp. 161-165 (1984)).

Improved hybridization methodologies of the invention, while illustratively applied above to DNA/DNA hybridization screenings are equally applicable to RNA/RNA and RNA/DNA screening. Mixed probe techniques as herein illustrated generally constitute a number of improvements in hybridization processes allowing for more rapid and reliable polynucleotide isolations. These many individual processing improvements include: improved colony transfer and maintenance procedures; use of nylon-based filters such as GeneScreen and GeneScreen Plus to allow reprobing with same filters and repeated use of the filter, application of novel protease treatments [compared, e.g., to Taub, et al. Anal.Biochem., 126, pp. 222-230 (1982)]; use of very low individual concentrations (on the order of 0.025 picomole) of a large number of mixed probes (e.g., numbers in excess of 32); and, performing hybridization and post-hybridization steps under stringent temperatures closely approaching (i.e., within 4°C and preferably within 2°C away from) the lowest calculated dissocation temperature of any of the mixed probes employed. These improvements combine to

AM 27 014044

AM-ITC 00453980

- 96 -

provide results which could not be expected to attend
their use.  This is amply illustrated by the fact that
mixed probe procedures involving 4 times the number of
probes ever before reported to have been successfully
5   used in even cDNA screens on messenger RNA species of
relatively low abundancy were successfully applied to the
isolation of a unique sequence gene in a genomic library
screening of 1,500,000 phage plaques.  This feat was
accomplished essentially concurrently with the publica-
10  tion of the considered opinion of Anderson, et al.,
supra, that mixed probe screening methods were
"...impractical for isolation of mammalian protein genes
when corresponding RNA's are unavailable.

15

20

25

30

AM 27 014045

AM-ITC 00453981

- 97 -

WHAT IS CLAIMED IS:

1.  A purified and isolated polypeptide having
part or all of the primary structural conformation and
5   one or more of the biological properties of naturally-
occurring erythropoietin and characterized by being the
product of procaryotic or eucaryotic expression of an
exogenous DNA sequence.

10        2.  A polypeptide according to claim 1 further
characterized by being free of association with any mam-
malian protein.

      3.  A polypeptide according to claim 1 wherein
15  the exogenous DNA sequence is a cDNA sequence.

      4.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a manufactured DNA
sequence.
20

      5.  A polypeptide according to claim 1 wherein
the exogenous DNA sequence is a genomic DNA sequence.

      6.  A polypeptide according to claim 1 wherein
25  the exogenous DNA sequence is carried on an autonomously
replicating circular DNA plasmid or viral vector.

      7.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
30  mation of human erythropoietin as set forth in Table VI
or any naturally occurring allelic variant thereof.

      8.  A polypeptide according to claim 1
possessing part or all of the primary structural confor-
35  mation of monkey erythropoietin as set forth in Table V
or any naturally occurring allelic variant thereof.

AM 27 014046

AM-ITC 00453982

- 98 -

9.  A polypeptide according to claim 1 which has
the immunological properties of naturally-occurring
erythropoietin.

5          10.  A polypeptide according to claim 1 which
has the _in vivo_ biological activity of naturally-
occurring erythropoietin.

11.  A polypeptide according to claim 1 which
10 has the _in vitro_ biological activity of naturally-
occurring erythropoietin.

12.  A polypeptide according to claim 1 further
characterized by being covalently associated with a
15 detectable label substance.

13.  A polypeptide according to claim 12 wherein
said detectable label is a radiolabel.

20          14.  A DNA sequence for use in securing
expression in a procaryotic or eucaryotic host cell of a
polypeptide product having at least a part of the primary
structural conformation and one or more of the biological
properties of naturally-occurring erythropoietin, said
25 DNA sequence selected from among:
          (a)  the DNA sequences set out in Tables V and
VI or their complementary strands;
          (b)  DNA sequences which hybridize to the DNA
sequences defined in (a) or fragments thereof; and
30          (c)  DNA sequences which, but for the degeneracy
of the genetic code, would hybridize to the DNA sequences
defined in (a) and (b).

15.  A procaryotic or eucaryotic host cell
35 transformed or transfected with a DNA sequence according

AM 27 014047

AM-ITC 00453983

- 99 -

to claim 14 in a manner allowing the host cell to express
said polypeptide product.

5          16.    A polypeptide product of the expression of
a DNA sequence of claim 14 in a procaryotic or eucaryotic
host.

           17.    A purified and isolated DNA sequence coding
for procaryotic or eucaryotic host expression of a poly-
10    peptide having part or all of the primary structural con-
formation and one or more of the biological properties of
erythropoietin.

           18.    A cDNA sequence according to claim 17.
15

           19.    A monkey species erythropoietin coding DNA
sequence according to claim 18.

           20.    A DNA sequence according to claim 19 and
20    including the protein coding region set forth in Table V.

           21.    A genomic DNA sequence according to claim
17.

25         22.    A human species erythropoietin coding DNA
sequence according to claim 21.

           23.    A DNA sequence according to claim 22 and
including the protein coding region set forth in Table
30    VI.

           24.    A manufactured DNA sequence according to
claim 14.

35         25.    A manufactured DNA sequence according to
claim 24 and including one or more codons preferred for
expression in E.coli cells.

AM 27 014048

AM-ITC 00453984

- 100 -

26.  A manufactured DNA sequence according to claim 25, coding for expression of human species erythropoietin.

5        27.  A manufactured DNA sequence according to claim 26 including the protein coding region set forth in Table XIV.

28.  A manufactured DNA sequence according to
10  claim 24 and including one or more codons preferred for expression in yeast cells.

29.  A manufactured DNA sequence according to claim 28, coding for expression of human species erythro-
15  poietin.

30.  A manufactured DNA sequence according to claim 29 including the protein coding region set forth in Table XXI.
20

31.  A DNA sequence according to claim 17 covalently associated with a detectable label substance.

32.  A DNA sequence according to claim 31
25  wherein the detectable label is a radiolabel.

33.  A single-strand DNA sequence according to claim 31.

30        34.  A DNA sequence coding for a polypeptide fragment or polypeptide analog of naturally-occurring erythropoietin.


35

AM 27 014049

AM-ITC 00453985

- 101 -

35. A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^7$]hEPO, [Asn$^2$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [$\Delta$27-55]hEPO.

5

36. A DNA sequence according to claim 34 which is a manufactured sequence.

37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.

10

38. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector according to claim 37.

15

39. A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.

20

40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythro-poietin.

25

41. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human erythropoietin.

30

35

AM 27 014050

AM-ITC 00453986

- 102 -

42.) Vertebrate cells which can be propagated _in vitro_ continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.

43. Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.

44. Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.

45. Vertebrate cells according to claim 42 which are mammalian or avian cells.

46. Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells.

47. A synthetic polypeptide having part or all of the amino acid sequence as set forth in Table V and having one or more of the _in vivo_ or _in vitro_ biological activities of naturally-occurring monkey erythropoietin.

48. A synthetic polypeptide having part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

49. A synthetic polypeptide having part or all of the secondary conformation of part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

AM 27 014051

AM-ITC 00453987

- 103 -

50.  A process for the production of a polypep-
tide having part or all of the primary structural confor-
mation and one or more of the biological properties of
naturally-occurring erythropoietin, said process compri-
5  sing:

growing, under suitable nutrient conditions,
procaryotic or eucaryotic host cells transformed or
transfected with a DNA vector according to claim 37, and
isolating desired polypeptide products of the expression
10  of DNA sequences in said vector.

51.  An antibody substance characterized by
immunoreactivity with erythropoietin and with a synthetic
polypeptide having a primary structural conformation
15  substantially duplicative of a continuous sequence of
amino acid residues extant in naturally-occurring
erythropoietin except for any polypeptide comprising a
sequence of amino acid residues entirely comprehended
within sequence,
20  A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.

52.  An antibody according to claim 51, which is
a monoclonal antibody.

25  53. An antibody according to claim 51, which is
a polyclonal antibody.

54.  An antibody according to claim 51, which is
immunoreactive with erythropoietin and a synthetic poly-
30  peptide having the sequence selected from the sequences:
V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G,
K-E-A-I-S-P-P-D-A-A-S-A-A, and
V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.

35

AM 27 014052

AM-ITC 00453988

- 104 -

55. A pharmaceutical composition comprising an
effective amount of a polypeptide according to claims 1,
16, 39, 40 or 41 and a pharmaceutically acceptable
diluent, adjuvant or carrier.

5

56. A method for providing erythropoietin
therapy to a mammal comprising administering an effective
amount of a polypeptide according to claims 1, 16, 39, 40
or 41.

10

57. A method according to claim 56 wherein the
therapy comprises enhancing hematocrit levels.

58. A purified and isolated DNA sequence as set
15 out in Table V or VI or a fragment thereof or the comple-
mentary strand of such a sequence or fragment.

59. A polypeptide product of the expression of
a DNA sequence according to claim 58 in a procaryotic or
20 eucaryotic host cell.

60. An improvement in the method for detection
of a specific single stranded polynucleotide of unknown
sequence in a heterogeneous cellular or viral sample
25 including multiple single-stranded polynucleotides
wherien:
(a) a mixture of labelled single-stranded poly-
nucleotide probes is prepared having uniformly varying
sequences of bases, each of said probes being potentially
30 specifically complementary to a sequence of bases which
is putatively unique to the polynucleotide to be
detected,
(b) the sample is fixed to a solid substrate;
(c) the substrate having the sample fixed
35 thereto is treated to diminish further binding of poly-
nucleotides thereto except by way of hybridization to
polynucleotides in said sample,

AM 27 014053

AM-ITC 00453989

– 105 –

   (d) the treated substrate having the sample
fixed thereto is transitorily contacted with said mixture
of labelled probes under conditions facilitative of
hybridization only between totally complementary poly-
5 nucleotides, and,
   (e) the specific polynucleotide is detected by
monitoring for the presence of a hybridization reaction
between it and a totally complementary probe within said
mixture of labelled probes, as evidenced by the presence
10 of a higher density of labelled material on the substrate
at the locus of the specific polynucleotide in comparison
to a background density of labelled material resulting
from non-specific binding of labelled probes to the
substrate,
15   said improvement comprising using in excess of
32 mixed probes and performance of one or more of the
following:
   (1) employing a nylon-based paper as said solid
substrate;
20   (2) treating with a protease in step (c);
   (3) employing individual labelled probe con-
centrations of approximately 0.025 picomoles; and
   (4) employing as one of the hybridization con-
ditions in step (d) stringent temperatures approaching to
25 with 4°C away from the lowest calculated Td of any of the
probes employed.

*New claims 61-64 added- Prel. Amdt.*

30

35

AM 27 014054

AM-ITC 00453990

- 106 -

## ABSTRACT

"PRODUCTION OF ERYTHROPOIETIN"

5    Disclosed are novel polypeptides possessing part
or all of the primary structural conformation and one or
more of the biological properties of mammalian erythro-
poietin ("EPO") which are characterized in preferred
forms by being the product of procaryotic or eucaryotic
10   host expression of an exogenous DNA sequence.
Illustratively, genomic DNA, cDNA and manufactured DNA
sequences coding for part or all of the sequence of amino
acid residues of EPO or for analogs thereof are incor-
porated into autonomously replicating plasmid or viral
15   vectors employed to transform or transfect suitable pro-
caryotic or eucaryotic host cells such as bacteria, yeast
or vertebrate cells in culture.  Upon isolation from
culture media or cellular lysates or fragments, products
of expression of the DNA sequences display, e.g., the
20   immunological properties and in vitro and in vivo biolo-
gical activities of EPO of human or monkey species ori-
gins.  Disclosed also are chemically synthesized
polypeptides sharing the biochemical and immunological
properties of EPO.  Also disclosed are improved methods
25   for the detection of specific single stranded poly-
nucleotides in a heterologous cellular or viral sample
prepared from, e.g., DNA present in a plasmid or viral-
borne cDNA or genomic DNA "library".

30

35

AM 27 014055

AM-ITC 00453991



*FIG. I*  Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

□ RIA STANDARD
    HUMAN EPO
△ RECOMBINANT MONKEY EPO
○ RECOMBINANT HUMAN EPO
    5 DAY SAMPLE
● RECOMBINANT HUMAN EPO
    7 DAY SAMPLE

AM 27 014056

AM-ITC 00453992

*FIG.2*



AM 27 014057

AM-ITC 00453993

FIG.3



AM 27 014058

FIG. 4



pDSVL-gHuEPO

AM 27 014059

AM-ITC 00453995

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled_____

_____ "PRODUCTION OF ERYTHROPOIETIN" _____

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No._____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                                                Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 561,024 | December 13, 1983 | Pending |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |
| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

| William E. Dominick (15,286) | ~~Harry F. Manbeck~~ | Nate F. Scarpelli (22,320) |
|---|---|---|
| Albert W. Bicknell (15,389) | Alvin D. Shulman (19,412) | Edward M. O'Toole (22,477) |
| William A. Marshall (17,053) | Donald J. Brott (19,490) | Michael F. Borun (25,447) |
| Jerome B. Klose (17,104) | Owen J. Murray (22,111) | Carl E. Moore, Jr. (26,487) |
| Basil P. Mann (18,464) | Allen H. Gerstein (22,218) | |

Send correspondence to:

| NAME | PHONE NO. | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100 Two First National Plaza 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor Fu-Kuen LIN | Citizenship *United States* ~~Republic of China~~ *FKL 11/29/84* |
|---|---|
| Residence Address - Street 438 Thunderhead Street | Post Office Address - Street 438 Thunderhead Street |
| City (Zip) Thousand Oaks, 91360 | City (Zip) Thousand Oaks, 91360 |
| State or Country California | State or Country California |
| Date ⊛ *November 29, 1984* | Signature ⊛ *Fu-Kuen Lin* |
| ☐ See second page for additional joint inventors | |

AM 27 014060

AM-ITC 00453996

# ASSIGNMENT

Serial No._____

Filed_____

Title "PRODUCTION OF ERYTHROPOIETIN"

For __Ten Dollars ($10.00)__ the receipt and sufficiency whereof are hereby acknowledged, the undersigned hereby assigns to __Kirin-Amgen, Inc., a California corporation__ __1900 Oak Terrace Lane, Thousand Oaks, California  91320__

its successors and assigns—————————————————————the entire right, title and interest in the invention or improvements of the undersigned disclosed in an application for Letters Patent of the United States, executed by the undersigned on _____, 19 84, and in said application and any and all other applications, both United States and foreign, which the undersigned may file, either solely or jointly with others, on said invention or improvements, and in any and all Letters Patent of the United States and foreign countries, which may be obtained on any of said applications, and in any reissue or extension thereof.

The undersigned hereby authorizes and requests the Commissioner of Patents to issue said Letters Patent to said assignee __Kirin-Amgen, Inc.__

The undersigned hereby authorizes and requests the attorneys of record in said application to insert in this assignment the date and serial number of said application when officially known.

The undersigned warrants himself to be the owner of the interest herein assigned and to have the right to make this assignment; and further warrants that there are no outstanding prior assignments, licenses, or other rights in the interest herein assigned.

For said consideration the undersigned hereby agrees, upon the request and at the expense of said assignee, its successors and assigns, to execute any and all divisional, continuation, continuation-in-part and substitute applications for said invention or improvements, and any necessary oath or affidavit relating thereto, and any application for the reissue or extension of any Letters Patent that may be granted upon said application, and any and all applications and other documents for Letters Patent in foreign countries on said invention or improvements, that said assignee, its successors or assigns, may deem necessary or expedient, and for the said consideration the undersigned further agrees upon the request of said assignee, its successors or assigns, in the event of any application or Letters Patent assigned herein becoming involved in Interference, to co-operate to the best of the ability of the undersigned with said assignee, its successors or assigns, in the matters of preparing and executing the preliminary statement and giving and producing evidence in support thereof, the undersigned hereby agreeing to perform, upon request, any and all affirmative acts to obtain said Letters Patent, both United States and foreign, and vest all rights therein hereby conveyed in the said assignee, its successors and assigns, whereby said Letters Patent will be held and enjoyed by the said assignee, its successors and assigns, to the full end of the term for which said Letters Patent may be granted as fully and entirely as the same would have been held and enjoyed by the undersigned if this assignment and sale had not been made.

WITNESS my hand and seal, this __29th__ day of __November__ Nineteen Hundred and __Eighty-Four__

MERRIAM, MARSHALL & BICKNELL, Two First National Plaza, Chicago, Illinois 60603

State of __California__ }
County of __Ventura__ } ss.

_Fu-Kuen Lin_ (SEAL)
FU-KUEN LIN

_Recorded 1/23/85_
_Reel 4352_
_Frame 075_

On this __29th__ day of __November__, 19 84 before me, a Notary Public in and for the County and State aforesaid, appeared __Fu-Kuen Lin__

to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

WITNESS my hand and seal the day and year last above given.

My commission Expires __Aug 7, 1987__        _David S Finck_ Notary Public

OFFICIAL SEAL
DAVID S FINCK
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My comm. expires AUG 7, 1987

AM 27 014061

AM-ITC 00453997

Rule 1.60 Continuation Application of:  FU-KUEN LIN

Title:  "PRODUCTION OF ERYTHROPOIETIN"

Based on U.S. Serial No. 675,298, filed 11/30/84

Attorney D-8272

Mailing Certification for:     Application Under 37 C.F.R.
                               1.60 including copy of prior
                               Application and Declaration and
                               new Formal Drawings.    .

EXPRESS MAIL" mailing label No.  B 61711197

Date of Deposit:

October 23, 1987

I hereby certify that this paper (or fee) is being deposited
with the United States Postal Service "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" service under 37 C.F.R. $1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C., 20231

_____
Michael F. Borun (25,447)

AM 27 014062

AM-ITC 00453998

Rule 1.60 Continuation Application of:  FU-KUEN LIN

Title:  "PRODUCTION OF ERYTHROPOIETIN"

Based on U.S. Serial No. 675,298, filed 11/30/84

Attorney D-8272

Mailing Certification for:    Payment of fees for filing
                              of new Rule 1.60 Continuation
                              Patent Application,
                              Check No:  # 8455

EXPRESS MAIL" mailing label No.  B 61711197

Date of Deposit:

October 23, 1987

I hereby certify that this paper (or fee) is being deposited
with the United States Postal Service "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" service under 37 C.F.R. §1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C., 20231

Michael F. Borun (25,447)

AM 27 014063

AM-ITC 00453999

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Case Docket No. D-8272

Anticipated Classification
Class _____ Subclass _____

THE HON. COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, DC  20231

Prior Application:
Examiner Tanenholtz
Art Unit 127

Sir:

This is a request for filing a

[X]  Continuation

application under 37 CFR 1.60.

[ ]  Divisional

of pending prior application Serial No. 675,298 filed on
November 30, 1984         of         Fu-Kuen Lin
_____(date)_____                   _____(inventor)_____

for    "PRODUCTION OF ERYTHROPOIETIN"
_____(title of invention)_____

1.  [X]  Enclosed is a true copy of the prior application,
         including the oath or declaration as originally filed.

2.  [X]  The filing fee is calculated below:

Claims as Filed, Less Any Claims
Cancelled by Amendment Below

| For | Number Filed | Number Extra | Rate | Basic Fee |
|-----|-------|-------|------|-----------|
|  |  |  |  | 340.00 |
| Total claims-------- | 1 | -20= | 0 | x 12.00 | $ 0 |
| Independent claims-- | 1 | - 3= | 0 | x 34.00 | $ 0 |
|  |  |  | Total filing fee | $340.00 |

3.  [X]  The Commissioner is hereby authorized to charge any
         fees which may be required, or to credit any over-
         payment to Account No. 13-2855.  A duplicate copy of
         this sheet is enclosed.

AM 27 014064

4. [X]   A check in the amount of $ ____340.00____ is enclosed.

5. [X]   Cancel claims ____2-60_____ .

6. [ ]   Amend the specification by inserting before the first
         line the sentence: --This is a [ ] continuation,
         [ ] division of application Serial No. _____,
         filed _____ .--

7. [ ]   Transfer the drawings from the prior application to
         this application and abandon said prior application as
         of the filing date accorded this application.  A
         duplicate of this sheet is enclosed for filing in the
         prior application file.

8. [X]   New formal drawings, or [ ] informal drawings are
         enclosed.

9. [ ]   Priority of application Serial No. _____
         filed on _____, in _____
         _____ is claimed under 35 U.S.C. 119.
         The certified copy(s) have been filed in prior
         application Serial No. _____, filed
         _____ .

10. [X]  The prior application is assigned of record to _____
         Kirin-Amgen, Inc. _____ .

11. [X]  The power of attorney in the prior application
         includes:

         William E. Dominick (15,286)     Edward M. O'Toole (22,477)
         Albert W. Bicknell (15,389)      Michael F. Borun (25,447)
         Jerome B. Klose (17,104)         Carl E. Moore, Jr. (26,487)
         Basil P. Mann (18,464)           Lewis S. Gruber (30,060)
         Alvin D. Shulman (19,412)        Terrence W. McMillan (30,476)
         Donald J. Brott (19,490)         Richard A. Schnurr (30,890)
         Owen J. Murray (22,111)          Christine A. Dudzik (31,245)
         Allen H. Gerstein (22,218)       Kevin D. Hogg (31,839)
         Nate F. Scarpelli (22,320)       Jeffrey S. Sharp (31,879)

         (a)        [X]   The power appears in the original papers
                          of the prior application.

AM 27 014065

AM-ITC 00454001

(b)  ☐  Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

(c)  ☐  Address all future communications
to      Michael F. Borun (25,447)
        MARSHALL, O'TOOLE ET AL.
        Two First National Plaza, Suite 2100
        Chicago, Illinois  60603
        (name, Reg. No., and Address)

12.  ☒  A preliminary amendment is enclosed.  (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

13.  ☒  I hereby verify that the attached papers are a true copy of prior application Serial No. ___675,298___ as originally filed on ___November 30, 1987___.
        (date)

14.  ☐  A declaration claiming Small Entity Status under 37 C.F.R. 1-9(f) and 1.27(c) has been filed in the prior application.

The undersigned declare further that all statements made herein of his or her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

___October 23, 1957___
        (date)

Address of signator:

Marshall, O'Toole et al.

Two First National Plaza

Chicago, Illinois  60603

___(signature)___ M. F. Borun

☐  Inventor

☐  Assignee of complete interest

☒  Attorney or agent of record
    Reg. No. ___25,447___

☐  Filed under §1.34(a)

AM 27 014066

AM-ITC 00454002