# EXHIBIT K

JOINT INVENTORS

"EXPRESS MAIL" mailing label No.
B 81972383.  Date of Deposit:

June 20, 1985

I hereby certify that this paper (or
fee) is being deposited with the
United States Postal Service
"EXPRESS MAIL POST OFFICE TO
ADDRESSEE" service under 37 C.F.R.
§1.10 on the date indicated above
and is addressed to the Commissioner
of Patents and Trademarks,
Washington, D.C., 20231

_Michael F. Borun_

Michael F. Borun (25,447)

# APPLICATION FOR

# UNITED STATES LETTERS PATENT

# SPECIFICATION

TO ALL WHOM IT MAY CONCERN:

POR-HSIUNG LAI

Be it known that we,

a citizen of the United States, residing at _4306 Crownfield Court, Westlake Village_

in the County of _Los Angeles_ and State of _California  91361_

and _THOMAS WAYNE STRICKLAND_

a citizen of the United States, residing at _663 N. Las Posas Road, #210, Camarillo_

in the County of _Ventura_ and State of _California  93010_

and

a citizen of the United States, residing at

in the County of and State of

and

a citizen of the United States, residing at

in the County of and State of

have invented a new and useful _"PROTEIN PURIFICATION"_

of which the following is a specification.

AM 27 059282
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 1 -

## BACKGROUND

The present invention relates generally to
protein purification employing chromatographic tech-
niques.  More particularly, the present invention
relates to procedures for the rapid and efficient isola-
tion of biologically active proteins such as glycopro-
teins and especially glycoproteins having high sialic
acid content (e.g., erythropoietic factors such as
erythropoietin) from natural (e.g., blood fractions and
urine) and recombinant (e.g., genetically transformed
mammalian cell culture fluid) sources.

Numerous techniques have in the past been
applied in preparative separations of biochemically
significant materials.  Commonly employed preparative
separatory techniques include: ultrafiltration, column
electrofocusing, flat-bed electrofocusing, gel filtra-
tion, electrophoresis, isotachophoresis and various
forms of chromatography.  Among the commonly employed
chromatographic techniques are ion exchange chromato-
graphy and adsorption chromatography.  The former pro-
cess is a separatory method wherein fluid components
with differing net charges are distinguished and iso-
lated by means of elution (stepwise or with a contin-
uously applied gradient) with eluents of differing ionic
strength.  A gel matrix (resin) carrying either a posi-
tive or negative charge is employed to adsorb (bind)
components of opposing net charge.  During desorption
(elution) charged sample components are exchanged by
salt ions in the selected eluent, with specific sample
components eluting at specific ionic strengths.  Reverse
phase adsorption chromatography involves separation of
fluid sample components based on differing polarity.
Sample components are adsorbed to a granulated gel
matrix (resin) by non-covalent bonds.  Thereafter, step-
wise or continuous gradient elution results in selective

AM 27 059283
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 2 -

desorption of components upon exchange with a non-polar
solvent in the eluent.

While the numerous separatory techniques men-
tioned above are routinely employed in the separation of
relatively small hydrophobic and hydrophylic molecules,
they have somewhat limited applicability in preparative
separations of relatively large molecules such as pro-
teins, especially complex proteins such as lipoproteins,
nucleoproteins and glycoproteins. Illustrative of the
state of the art in protein separations are reviews by
Brown, et al., _Analytical Biochemistry_, 99, 1-21 (1979)
and Rubinstein, _Analytical Biochemistry_, 99, 1-7
(1979). See also, "VYDAC™ Comprehensive Guide to
Reverse Phase Materials for HPLC", The Sep/A/Ra/Tions
Groups, Hesperia, CA. and the publication of co-appli-
cants Strickland and co-workers in Parsons, et al.,
_Endocrinology_, 114, (6), 2223-2227 (1984). Further, to
the extent that, for example, reverse phase HPLC proce-
dures have been suggested or employed in isolations of
proteins or polypeptides, non-polar solvents generally
recommended have included reagents that are difficult to
handle or to separate from the desired protein such as
acetonitrile. See Parsons, et al., _supra_. Only a
single reference is known to exist disclosing elution
with ethanol, specifically aqueous ethanol/formic acid
mixtures. See Takagaki, et al. _Journal of Biological
Chemistry_, 5, (4), 1536-1541 (1980).

The apparent limited utility of the above-
noted techniques in preparatory separations of high
molecular weight complex proteins is especially prob-
lematic in view of recent intensive efforts directed
toward isolation, purification and application to thera-
peutic, immunoprophylactic and diagnostic procedures of
a wide variety of complex viral and eucaryotic proteins
available in only minute quantities from natural sources
wherein they are found in association with myriad other

AM 27 059284
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499725

complex proteins. As one example, biochemically signi-
ficant mammalian hematopoietic factors such as erythro-
poietin, thrombopoietin, granulopoietin and granulocyte-
marcophage colony stimulating factor are available in
extremely small quantities from urine of aplastic anemia
patients. Recovery procedures from urinary fluid
sources have generally been very complex, costly and
labor-intensive and have generated relatively low
yields of active product. A widely practiced method for
obtaining biologically active preparations of urinary
erythropoietin (a high molecular weight, high sialic
acid content glycoprotein) may be found in Miyake, et
al., <u>Journal of Biological Chemistry</u>, <u>252</u> (15), 5558-
5564 (1979). The seven-step procedure includes ion
exchange chromatography, ethanol precipitation, gel
filtration, and adsorption chromatography and is repor-
ted to provide a 21% yield of glycoprotein with 70,400
Units/mg potency.

The extensive application of recombinant
methodolgies to the large scale preparation of eucary-
otic proteins has substantially enhanced the prospects
for obtaining the desired molecules in quantity and in
some instances even simplified purification procedures
needed to obtain biologically active materials. Illus-
tratively, where the desired recombinant proteins need
not be glycosylated to possess biological activity,
large quantities of protein can often be produced in
<u>E.coli</u> recombinant hosts in the form of insoluble
"inclusion bodies" which contain few proteinaceous con-
taminants, proteases, or the like. Where glycosylation
and/or host membrane processing to develop proper
secondary and tertiary conformation are required for
biological activity, however, eucaryotic hosts such as
yeast and mammalian cells in culture (e.g., COS-1 and
CHO cells) provide more suitable recombinant hosts. Use
of such hosts, however, generally gives rise to in-


AM 27 059285
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499726

- 4 -

creased difficulty in recovery of biologically active
forms of proteins in good yield.  Host cell lysates
frequently include proteinaceous constituents of suffi-
ciently similar molecular weight, charge, polarity and
solubility characteristics (vis-a-vis the recombinant
protein) to make ready separation difficult.  Further
proteolytic enzymes endogenous to the host provide a
relatively chronic source of biological activity loss
for the desired protein.  Where recombinant products are
secreted into media supernatants by the host cells,
similar problems attend isolation from, e.g., culture
media from growth of transformed mammalian cell cultures
owing principally to the complexity of the media
employed.

There thus continues to exist a need in the
art for rapid and efficient preparative separatory pro-
cedures suitable for recovery of biologically active
proteins from fluid sources and most especially for
recovery of complex recombinant proteins such as recom-
binant erythropoietin from variously "contaminated"
fluids such as mammalian cell culture supernatants.

The disclosures of co-owned, co-pending U.S.
Patent Application Serial No. 675,298, entitled "Produc-
tion of Erythropoietin", filed November 30, 1984, by Fu-
Kuen Lin (corresponding to PCT US84/02021, filed
December 11, 1984, scheduled for publication June 20,
1985 as WO85/02610) are specifically incorporated by
reference herein for the purpose of relating the back-
ground of the present invention, especially with respect
to the state of the art regarding recombinant methodol-
ogies applied to large scale production of mammalian
erythropoietin.

AM 27 059286
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499727

- 5 -

BRIEF SUMMARY

The present invention provides novel chromato-
graphic separatory procedures individually and jointly
suitable for use in the isolation of proteins and speci-
fically applicable to the isolation of erythropoietin,
especially recombinant erythropoietin, in biologically
active form from fluids, especially mammalian host cell
culture supernatants.

According to one of its aspects, the present
invention provides for the rapid and efficient recovery
of erythropoietin from a fluid by means of a reverse
phase liquid chromatographic separation involving selec-
tive binding of the desired compound to a $C_4$ or $C_6$ resin
followed by elution with aqueous ethanol in about 50 to
80 percent solution at a pH of from about 4.5 to 8.0.
In a highly preferred mode of practice of this aspect of
the invention, high yields of biologically active recom-
binant erythropoietin are recovered from mammalian host
cell culture supernatants through use of a $C_4$ resin and
elution at pH 7.0 employing, stepwise or with a contin-
uous gradient, an eluent comprising about 60 percent
aqueous ethanol.  Culture supernatants are preferably
concentrated before chromatographic treatment and suit-
able steps are taken to remove ethanol from collected
eluent fractions containing erythropoietin.  The above
elegantly simply separatory procedure reproducibly
allows for isolation of erythropoietin having high
specific activity in yields approaching 50 percent or
more.

In another of its aspects, the present inven-
tion provides for rapid and efficient recovery of
erythropoietin from a fluid by means of anion exchange
chromatography involving selective binding of erythro-
poietin to a selected cationic resin, treatment of bound
materials to guard against acid activation of proteases

AM 27 059287
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 6 -

present, selective elution of bound materials having pKa's greater than that of erythropoietin with aqueous acid at pH's of from about 4.0 to about 6.0, and then elution with aqueous salt at about pH 7.0. Erythropoietin-containing eluent fractions are enriched with biologically active material but may optionally be subject to further processing, e.g., by gel filtration upon ethanol removal.  In a presently highly preferred mode of practice of this aspect of the invention, high yields of biologically active recombinant erythropoietin are recovered from mammalian host cell culture super-natants through anion exchange chromatography employing a DEAE agarose resin.  Following loading of the DEAE column, urea is added to protect against subsequent acid activation of proteases present and bound fluid compon-ents having pKa's greater than erythropoietin are eluted by washings with aqueous acid at about pH 4.3.  There-after, the pH is adjusted to about 7.0 and aqueous salt is applied stepwise or in a continuous gradient to selectively elute biologically active erythropoietin.

In still another of its aspects, the invention provides for an erythropoietin recovery procedure involving serial application of the ion exchange and reverse phase liquid chromatographic procedures pre-viously described.  More specifically, erythropoietin (especially recombinant erythropoietin) is recovered from a fluid (such as a mammalian host cell culture supernatant) in the following stepwise manner.  Culture supernatant pools (preferably preliminarily diafiltered and concentrated) are loaded on an anionic exchange column at about pH 7.0 and erythropoietin selectively binds to the cationic resin (preferably DEAE agarose). Bound materials are stabilized against acid activated protease degradation (preferably by addition of urea) and bound materials having pKa's greater than erythro-poietin are eluted by one or more aqueous acid washed at

AM 27 059288
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499729

- 7 -

from about pH 4.0 to pH 6.0 (preferably about pH
4.3).    Thereafter, biologically active erythropoietin
is eluted with aqueous salt at about pH 7.0.  The
erythropoietin-containing eluent fractions are than
subjected to reverse phase liquid chromatography on a $C_6$
or, preferably, $C_4$ resin to selectively bind erythro-
poietin.  Bound biologically active erythropoietin is
then eluted at from about pH 4.5 to about pH 8.0
(preferably about pH 7.0) with an aqueous ethanol solu-
tion of from about 50 to 80 (preferably about 60) per-
cent.  The desired erythropoietin is isolated within
erythropoietin-containing eluent fractions (as deter-
mined by absorbance at 280 nm.  Ethanol may then be
removed and the product may be subjected to gel filtra-
tion (e.g., using a Sephacryl S-200 column) with devel-
opment using, e.g., a pharmaceutical formulation buffer
such as 20 mm sodium citrate/100 mm sodium chloride, pH
6.8 to 7.0.

Other aspects and advantages of the present
invention will be apparent upon consideration of the
following detailed description of the practice of pre-
ferred embodiments thereof.

DETAILED DESCRIPTION

Practice of the present invention is believed
to be suitably illustrated by the following examples
practiced on pooled CHO cell supernatants prepared in
the manner described in Example 10 of the aforementioned
U.S. Patent Application Serial No. 675,298.  More speci-
fically, the treated supernatants were derived from cell
strain CHO pDSVL-gHuEPO "amplified" by means of MTX and
grown in roller bottles in serum-free medium as des-
cribed at page 62 of the application.  Example 1 gener-
ally refers to recovery of biologically active recombi-
nant human erythropoietin by means of a reverse phase

AM 27 059289
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 8 -

liquid chromatography. Example 2 relates to a composite
recovery procedure practiced on the same supernatant
material. Example 3 relates to RIA and _in vivo_ assays
performed on the resulting purified materials.

### EXAMPLE 1

Unconcentrated culture supernatant obtained by
pooling first and second (7-day) cycle supernatants was
loaded on a closed (high pressure configuration) column
laboratory packed with $C_4$ matrix (VYDAC™ 214TP-B). A
0.45 x 10 mm column was employed with a flowrate of 1
ml/min. Following sample application, biologically
active recombinant erythropoietin was eluted with a
linear gradient from 10 mm Tris, pH 7.0 to 80%
EtOH/10 mm Tris, pH 7.0. Protein concentration was UV-
monitored at 230 nm and the fractions of eluent at about
60% EtOH were pooled.

### EXAMPLE 2

The composite recovery procedure of this
example consisted of serial practice of ion exchange and
reverse phase chromatographic procedures performed on a
larger fraction of supernatant than in Example 1. The
chromatographic procedures were preceded by concentra-
tion and diafiltration steps and followed by a gel fil-
tration processing step.

1. Concentration and Diafiltration

First and second (7-day) growth cycle super-
natants were separately concentrated thirty-fold using a
Pellicon ultrafiltration device (Millipore, Bedford,
Mass.) with a 10,000 MW cutoff. Concentrated first and
second cycle media were pooled and diafiltered on the
Pellicon device against 10 mm Tris at about pH 7.0.

AM 27 059290
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499731

- 9 -

Pellicon device against 10 mm Tris at about pH 7.0.
(The diafiltered media may optionally be made 20 $\mu$m in
CuSo$_4$ before ion exchange chromatography.)  It may be
noted that any ultrafiltration device with a 10,000 or
30,000 MW cutoff may be used and that the diafiltration
step may be performed against any suitable low ionic
strength buffer at a pH of from about 6.0 to 8.5.

    2.  Ion Exchange Chromatography
        The concentrated, diafiltered media from step
1 was pumped on a relatively low density DEAE agarose
column (Bio-Rad, Richmond, CA.).  The column was then
washed with three volumes of 5 mm acetic acid/1 mm
glycine/6M urea at about pH 4.5.  Optionally, the wash
may include 20 $\mu$m CuSO$_4$ to assist in oxidation of sul-
fhydryl groups on the desired protein.  Glycine was
incorporated to react with any cyanate present.  Urea
serves to stabilize against acid activation of proteases
at low pH and to assist in solubilization of proteins.
Following the washings which serve to elute off bound
materials with greater pKa's than erythropoietin, the
column was washed with 25 mm NaCl/10 mm Tris at about pH
7.0 to return to neutral pH and remove urea.
Biologically active erythropoietin was eluted with 75 mm
NaCl/10 mm Tris at about pH 7.0.  CuSO$_4$ (20 $\mu$m) can
optionally be included in both the neutralizing wash
and/or the elution step.

    3.  Reverse Phase Chromatography
        The procedure applied was essentially as in
Example 1 except that an open column, low pressure mode
was employed.  Following identification of the
erythropoietin "peak" in gradient fractions at about 60%
ethanol, it is preferred to dilute the collected frac-
tion(s) five-fold with, e.g., 10 mm TRIS at pH 7.0 to
reduce ethanol concentration and facilitate ethanol

AM 27 059291
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 10 -

with a small amount of buffer (20 mm sodium citrate/100 mm sodium chloride.

### 4. Gel Filtration

Products of step 3 from which ethanol has been removed was loaded on a column of Sephacryl S-200 (Pharmacia, Piscataway, N.J.). The column was developed using a projected pharmaceutical formulation buffer of 20 mm sodium citrate/100 mm sodium chloride at pH 6.8 to 7.0.

### EXAMPLE 3

Radioimmunoassay and in vivo bioassay proce-dures as described in the above-mentioned U.S. Patent Application Serial No. 675,298 were performed using the recombinant erythropoietin recovered by the procedures of Example 1 and 2. The experimental data indicated yields of 52 and 16 percent, respectively, for the Example 1 and 2 products, with ratios of in vivo to RIA activity of 1.02 and 1.3. Subsequent repeats of the Example 2 procedure on different supernatants have provided yields on the order of 48-50 percent.

While the foregoing illustrative examples have described procedures of the invention as practiced for recovery of erythropoietin from mammalian cell culture sources, the procedures are believed to be suitable for recoveries practiced on other culture fluids such as mammalian lysate/supernatant combination and similar fluids derived from yeast cell cultures. Similarly, the individual and composite procedures (and especially the ion exchange chromatographic procedures) are expected to be useful in recovery of erythropoietin from natural sources such as urine.

It will be apparent to those skilled in the art that the procedures above applied to recovery of

AM 27 059292
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499733

- 11 -

erythropoietin can be expected to find applicability in
recovery of other complex proteins, especially glyco-
proteins produced by recombinant methodologies. Glyco-
proteins whose recovery is within the contemplation of
the invention include such distinct products as recom-
binant tissue plasminogen activator, Factor VIII and
Herpes Simplex Virus Glycoprotein D.

AM 27 059293
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499734

- 12 -

WHAT IS CLAIMED IS:

1.  A process for the efficient recovery of erythropoietin in biologically active form from a fluid, said process comprising the steps of:

subjecting said fluid to reverse phase liquid chromatographic separation involving an immobilized $C_4$ or $C_6$ resin, thereby to selectively bind erythropoietin in said fluid to said resin;

selectively eluting bound erythropoietin from said resin with an aqueous ethanol solution of from 50 to 80 percent at a pH of of from about 4.5 to about 8.0; and,

isolating erythropoietin-containing fractions of the eluent.

2.  The process of claim 1 applied to recovery of recombinant erythropoietin from a cell culture derived fluid.

3.  The process of claim 2 applied to recovery of erythropoietin from a mammalian cell culture derived fluid.

4.  The process of claim 3 applied to recovery of erythropoietin from a mammalian cell culture supernatant.

5.  The process of claim 1 applied to recovery of erythropoietin urinary fluids.

6.  The process of claim 1 wherein the resin is a $C_4$ resin.

7.  The process of claim 1 wherein said elution step is carried out at about pH 7.0.

AM 27 059294
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499735

- 13 -

8.  The process of claim 1 wherein said elution step is carried out continuously by means of a linear aqueous ethanol gradient.

9.  The process of claim 8 wherein erythropoietin is isolated with the elution fraction or fractions comprehending aqueous ethanol eluent solutions of about 60 percent.

10.  The process of claim 1 further including the step of removal of ethanol from isolated erythropoietin-containing eluent fractions.

11.  A process for the efficient recovery of erythropoietin from a fluid, said process comprising the following steps in sequence:
      subjecting the fluid to ion exchange chromatographic separation at about pH 7.0, thereby to selectively bind erythropoietin in said sample to a cationic resin;
      stabilizing materials bound to said resin against degradation by acid activated proteases;
      selectively eluting bound contaminant materials having a pKa greater than that of erythropoietin by treatment with aqueous acid at a pH of from about 4.0 to 6.0; and
      selectively eluting erythropoietin by treatment with an aqueous salt at a pH of about 7.0; and
      isolating erythropoietin-containing eluent fractions.

12.  The process of claim 11 applied to recovery of recombinant erythropoietin from a cell culture derived fluid.

AM 27 059295
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499736

- 14 -

13.  The process of claim 12 applied to recovery of erythropoietin from a mammalian cell culture derived fluid.

14.  The process of claim 13 applied to recovery of erythropoietin from a mammalian cell culture supernatant.

15.  The process of claim 11 applied to recovery of erythropoietin from urinary fluids.

16.  The process of claim 11 wherein the cationic resin is a DEAE agarose resin.

17.  The process of claim 11 wherein said stabilizing step comprises treatment with urea.

18.  A process for the efficient recovery of erythropoietin from a fluid, said process comprising the following steps in sequence:
(1)  subjecting the fluid to ion exchange chromatographic separation at about pH 7.0, thereby to selectively bind erythropoietin in said sample to a cationic resin;
(2)  stabilizing materials bound to said resin against degradation by acid activated proteases;
-   (3)  selectively eluting bound contaminant materials having a pKa greater than that of erythropoietin by treatment with aqueous acid at a pH of from about 4.0 to 6.0;
(4)  selectively eluting erythropoietin by treatment with an aqueous salt at a pH of about 7.0;
(5)  subjecting eluted, erythropoietin-containing fluids to reverse phase liquid chromatographic separation involving an immobilized $C_4$ or $C_6$ resin, thereby to selectively bind erythropoietin in said fluid to said resin;

AM 27 059296
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- 15 -

(6) selectively eluting bound erythropoietin from said resin with an aqueous ethanol solution of from 50 to 80 percent at a pH of from about 4.5 to about 8.0; and,

(7) isolating erythropoietin-containing fractions of the eluent.

19. The process of claim 18 applied to recovery of recombinant erythropoietin from a cell culture derived fluid.

20. A process for the efficient recovery of recombinant erythropoietin from a mammalian cell culture supernatant fluid, said process comprising the following steps in sequence:

(1) subjecting the fluid to ion exchange chromatographic separation at about pH 7.0, thereby to selectively bind erythropoietin in said sample to a DEAE agarose cationic resin;

(2) stabilizing materials bound to said resin against degradation by acid activated proteases through treatment with urea;

(3) selectively eluting bound materials having a pKa greater than that of erythropoietin by treatment with aqueous acid at a pH of about 4.3.

(4) selectively eluting erythropoietin by treatment with an aqueous salt at a pH of about 7.0;

(5) subjecting erythropoietin-containing eluent fractions to reverse phase liquid chromatographic separation involving an immobilized $C_4$ resin, thereby to selectively bind erythropoietin in said fluid to said resin;

(6) selectively eluting bound erythropoietin from said resin with an aqueous ethanol solution of about 60 percent at a pH of about 7.0; and,

AM 27 059297
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499738

- 16 -

(7)  isolating erythropoietin-containing frac-
tions of the eluent.

21.  The process of claim 21 further including
the step of removal of ethanol from isolated erythro-
poietin-containing fractions.

AM 27 059298
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499739

- 17 -

"PROTEIN PURIFICATION

ABSTRACT

Chromatographic procedures are individually and jointly applied to the rapid and efficient isolation of biologically active proteins and especially glycoproteins such as recombinant erythropoietin present in the medium of growth of genetically transformed mammalian host cells. Illustratively, recombinant EPO is isolated from culture fluids by reverse phase chromatography employing a $C_4$ or $C_6$ column and elution with ethanol. Recombinant erythropoietin may also be purified by anion exchange chromatography employing, e.g., a DEAE resin, with preliminary selective elution of contaminant materials having a lower pKa than erythropoietin from the resin under conditions mitigating against acid activated protease degradation. Practiced serially, the two chromatographic procedures allow for high yields of biologically active recombinant erythropoietin from mammalian cell culture media.

AM 27 059299
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Application of: POR-HSIUNG LAI, ET AL.

Title: "PROTEIN PURIFICATION"

Mailing Certification for: Letter re Declaration

"EXPRESS MAIL" mailing label No. B 81972383.

Date of Deposit:

June 20, 1985

I hereby certify that this paper (or fee) is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under 37 C.F.R. §1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C., 20231

Michael F. Borun (25,447)

AM 27 059300
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499741

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Case Docket No. D-7366

Hon. Commissioner of Patents
     and Trademarks
Washington, D.C.  20231

Sir:

Attached hereto are patent application papers

consisting of a specification, claims and the filing fee,

for filing a patent application identified as follows:

| | |
|---|---|
| TITLE: | "PROTEIN PURIFICATION" |
| INVENTORS: | Por-Hsiung LAI and Thomas Wayne STRICKLAND |
| CITIZENSHIP: | U.S. |
| RESIDENCES | 4306 Crownfield Court, Westlake Village, California  91361 and 663 N. Las Posas Road, #210, Camarillo, California  93010 |
| POST OFFICE ADDRESSES: | As above |
| ATTORNEY'S DOCKET NO: | D-7366 |

This patent application is being filed without a

Delcaration signed by the inventors.  A signed Declaration

will be filed in due course.

The undersigned attorney for the applicants has

been authorized to file this patent application on behalf of

the applicants.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN
MURRAY & BICKNELL

By   _____
Michael F. Borun (25,447)
A Member of the Firm
Attorney for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois

June 20, 1985

AM 27 059301
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499742

FORM PTO-1082

Case Docket No. _____ D-7366 _____

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:
Transmitted herewith for filing is the patent application of
Inventor:  POR-HSIUNG LAI, ET AL.
For:       "PROTEIN PURIFICATION"

Enclosed are:
☐ _____ sheets of drawing.
☐ An assignment of the invention to _____

☐ A certified copy of a _____ application.
☐ An associate power of attorney.
☐ A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
☐
The filing fee has been calculated as shown below:

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 21 | -20 = | 1 | x5 = | $ | OR | 1 x10 = | $10 |
| INDEP CLAIMS | 4 | -3 = | 1 | x15 = | $ | OR | 1 x30 = | $30 |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENTED | | | | + 50 = | $ | OR | + 100 = | $ |
| | | | | TOTAL | $ | OR TOTAL | | $340 |

*If the difference in Col. 1 is less than zero, enter "0"
in Col. 2

☐ Please charge my Deposit Account No. _____ the amount of $_____. A duplicate copy of this sheet is enclosed.

☒ A check in the amount of $ 340.00 to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or
credit any overpayment to Deposit Account No. 13-2955 . A duplicate copy of this sheet is enclosed.

    ☒ Any additional filing fees required under 37 CFR 1.16.
    ☒ Any patent application processing fees under 37 CFR 1.17.

☐ The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application
or credit any overpayment to Deposit Account No. _____. A duplicate copy of this sheet is enclosed.

    ☐ Any patent application processing fees under 37 CFR 1.17.
    ☐ The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311 (b).
    ☐ Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Respectfully submitted,
MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

By _____
Michael F. Borun        Reg. No. 25,447
Two First National Plaza, Suite 2100
Chicago, Illinois  60603
(312) 346-5750

Date:    June 20, 1985

AM 27 059302
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499743

Application of:  POR-HSIUNG LAI, ET AL.

Title:  "PROTEIN PURIFICATION"

Mailing Certification for:  Form PTO-1082

EXPRESS MAIL" mailing label No. B 81972383.

Date of Deposit:

June 20, 1985


I hereby certify that this paper (or fee) is being deposited
with the United States Postal Service "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" service under 37 C.F.R. §1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C., 20231

Michael F. Borun (25,447)

AM 27 059303
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00499744

Application of:  POR-HSIUNG LAI, ET AL.

Title:  "PROTEIN PURIFICATION"

Mailing Certification for:     Payment of fees for filing
                               of new patent application
                               Check No:  _____

"EXPRESS MAIL" mailing label No. B 81972383.

Date of Deposit:

June 20, 1985

I hereby certify that this paper (or fee) is being deposited with
the United States Postal Service "EXPRESS MAIL POST OFFICE TO
ADDRESSEE" service under 37 C.F.R. $1.10 on the date indicated
above and is addressed to the Commissioner of Patents and
Trademarks, Washington, D.C., 20231

_____
Michael F. Borun (25,447)

AM 27 059304
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER