Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Case 1:05-cv-12237-WGY   Document 502-6   Filed 06/14/2007   Page 1 of 2
Doc. 502 Att. 5

# EXHIBIT D-2

Lodish Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

**Table D-2**

| Original Group V Claims | '933 Pharmaceutical Composition Claims |
|---|---|
| 55.    A pharmaceutical composition comprising an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41 and a pharmaceutically acceptable diluent, adjuvant or carrier.<br><br>56.    A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41.<br><br>57.    A method according to claim 56 wherein the therapy comprises enhancing hematocrit levels. | 9. A pharmaceutical composition comprising an effective amount a glycoprotein product effective for erythropoietin therapy according to claim 1, 2, 3, 4, 5 or 6 and a pharmaceutically acceptable diluent, adjuvant or carrier.<br><br>10. A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a pharmaceutical composition of claim 9.<br><br>11. A method for treating a kidney dialysis patient which comprises administering a pharmaceutical composition of claim 9 in an amount effective to increase the hematocrit level of said patient.<br><br>12. A pharmaceutical composition comprising an effective amount of a glycoprotein product effective for erythropoietin therapy according to claim 7 and a pharmaceutically acceptable diluent, adjuvant or carrier.<br><br>13. A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a pharmaceutical composition of claim 12.<br><br>14. A method for treating a kidney dialysis patient which comprises administering a pharmaceutical composition of claim 12 in an amount effective to increase the hematocrit level of said patient. |