# EXHIBIT D-4

Lodish Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

**Table D-4**

| Original Group V Claims | '422 Pharmaceutical Composition Claims |
|---|---|
| 55.  A pharmaceutical composition comprising an effective amount of a polypeptide according to claims 1, 16, 39, 40, or 41 and a pharmaceutically acceptable diluent, adjuvant, or carrier.<br><br>56.  A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a polypeptide according to claims 1, 16, 39, 40, or 41.<br><br>57.  A method according to claim 56 wherein the therapy comprises enhancing hematocrit levels. | 1. A pharmaceutical composition comprising a therapeutically effective amount of human erythropoietin and a pharmaceutically acceptable diluent, adjuvant or carrier, wherein said erythropoietin is purified from mammalian cells grown in culture.<br><br>2. A pharmaceutically-acceptable preparation containing a therapeutically effective amount of erythropoietin wherein human serum albumin is mixed with said erythropoietin. |