# EXHIBIT A

**Curriculum Vitae**

**THOMAS WAYNE STRICKLAND**

| | |
|---|---|
| **Date of Birth:** | 09/14/1954 |
| **Place of Birth:** | Pensacola, Florida |
| **Home Address:** | P.O. Box 1219 |
| | Lyons, Colorado 80540 |
| | Home phone: 303-823-5853 |
| | Work phone: 303-401-7468 |

**Education:**

| | |
|---|---|
| University of West Florida | B.S., 1976 (Biology) |
| University of West Florida | B.S., 1976 (Chemistry) |
| Vanderbilt University | Ph.D., 1981 (Biochemistry) |

**Ph.D. Thesis:**

Contribution of Subunits to Glycoprotein Hormone Function: A Study Utilizing Hybrids

**Work Experience:**

September 2002- Present
　　Principal Scientist, Amgen Colorado

October 1999-August 2002
　　Quality Technical Evaluator, Amgen Colorado

March 1999-September 1999
　　Manufacturing Process Engineer, Amgen Longmont Mammalian Manufacturing Facility

July 1995-March 1999
　　Consultant for Amgen, Inc.
　　Approximately 5 months devoted to protein purification laboratory work.

April 1984 - July 1995
　　Research Scientist, Protein Chemistry Department, Amgen Inc.,
　　Research principally involved in the purification and characterization of urinary and recombinant human erythropoietin.

February 1981-March 1984
　　Assistant Research Biological Chemist, Department of Biological Chemistry, University of California Los Angeles,
　　Research included studies on biosynthesis, protein folding, chemical modification, and purification of glycoprotein hormones.

**Honors and offices:**

> Pensacola Junior College Faculty Scholarship Award (1974)
> Foundation Scholarship, University of West Florida (1974-76)
> Monsanto Award for Chemistry (1976)
> Graduated Summa Cum Laude, University of West Florida
> Harold Sterling Vanderbilt Graduate Scholarship (1976-1980)

# Bibliography

**Papers:**

1. Metabolism of vinyl chloride: destruction of the heme of highly purified liver microsomal cytochrome P-450 by a metabolite. F. P. Guengerich and T. W. Strickland. Molecular Pharmacology 13(6), 993-1004 (1977).

2. Gonadotropin-testicular receptor interactions and subunit-subunit interactions. T.W. Strickland, T.D. Noland, D. Puett. Functional Correlates of Hormone Receptors in Reproduction (eds. V.B. Mahesh and T. Muldoon), Elsevier Publ. Co. (1981).

3. Contribution of subunits to the function of luteinizing hormone/human chorionic gonadotropin recombinants. T. W. Strickland, D. Puett. Endocrinology 109(6), 1933-1942 (1981).

4. The kinetic and equilibrium parameters of subunit association and gonadotropin dissociation. T. W. Strickland and D. Puett. J. Biol. Chem. 257(6), 2954-2960 (1982).

5. Alpha-subunit conformation in glycoprotein hormones and recombinants as assessed by specific antisera. T. W. Strickland and D. Puett. Endocrinology 111(1), 95-100 (1982).

6. Circular dichroism of gonadotropin recombinants. T. W. Strickland and D. Puett. Int. J. Peptide Protein Res. 21(4), 374-380 (1983).

7. The alpha-subunit of pituitary glycoprotein hormones. Formation of three-dimensional structure during cell-free biosynthesis. T. W. Strickland and J. G. Pierce. J. Biol. Chem. 258(9), 5927-5932 (1983).

8. Thyrotropin (TSH) purification and characterization. J. G. Pierce, T. F. Parsons, T. W. Strickland. "Handbook on Receptor Research", S. Aloj, ed. (1983).

9. Rapid and easy separation of the subunits of bovine and human glycoprotein hormones by use of high performance liquid chromatography. T. F. Parsons, T. W. Strickland and J. G. Pierce. Endocrinology 114(6), 2223-2227 (1984).

10. Tyrosine residues of bovine thyrotropin. Accessibility to iodination in the intact hormone and isolated subunits. T.W. Strickland, J.F. Williams and J.G. Pierce. Intl. J. Peptide Protein Res. 24(4), 328-336. (1984).

11. Disassembly and assembly of glycoprotein hormones. T. F. Parsons, T. W. Strickland, J. G. Pierce. Methods in Enzymology 109, 736-749 (1985).

12. Structure of LH and hCG. T. W. Strickland, T. F. Parsons, J. G. Pierce. "CRC Critical Review: Gonadotropin Receptors and Gonadotropin Action", M. Ascoli, ed., CRC Press, Inc. (1985).

13. Glycosylation of ovine prolactin during cell-free biosynthesis. T.W. Strickland, J.G. Pierce. Endocrinology 116(4),1295-1298 (1985).

14. The common alpha-subunit of bovine glycoprotein hormones: limited formation of native structure by the totally nonglycosylated polypeptide chain. T.W. Strickland, A.R Thomason, J.H. Nilson, J.G. Pierce. Journal of Cellular Biochemistry 29(3), 225-237 (1985).

15. The beta subunits of glycoprotein hormones. Formation of three-dimensional structure during cell-free biosynthesis of lutropin-beta. T.W. Strickland and J.G. Pierce. J. Biol. Chem. 260(9), 5816-5819 (1985).

16. TSH cross-links to the TSH receptor through the beta subunit. P.R Buckland, T.W. Strickland, J.G. Pierce, B.R Smith. Endocrinology 116(5), 2122-2124 (1985).

17. Erythropoietin: gene cloning, protein structure, and biological properties. J.K. Browne, A.M. Cohen, J.C. Egrie, P.H. Lai, T. Strickland, E. Watson, N. Stebbing. Cold Spring Harbor Symposia on Quantitative Biology 51 Pt 1, 693-702 (1986).

18. Characterization and biological effects of recombinant human erythropoietin. J.C. Egrie, T.W. Strickland, J. Lane, K. Aoki, A.M. Cohen, R. Smalling, G. Trail, F.K. Lin, J.K. Browne, D.K. Hines. Immunobiology 172, 213-224 (1986).

19. Megakaryocyte colony stimulating activity of recombinant human and monkey erythropoietin. P.P. Dukes, J.C. Egrie, T.W. Strickland, J.K. Browne, F.K. Lin. Progress in Clinical and Biological Research 215, 105-109 (1986).

20. Recombinant DNA-derived bovine growth hormone from Escherichia coli. I. Demonstration that the hormone is expressed in reduced form, and isolation of the hormone in oxidized, native form. K.E. Langley, T.F. Berg, T.W. Strickland, D.M. Fenton, T.C. Boone, J. Wypych. European Journal of Biochemistry 163(2), 313-321 (1987).

21. Characterization of recombinant human erythropoietin produced in Chinese hamster ovary cells. J.M. Davis, T. Arakawa, T.W. Strickland and D.A.Yphantis. Biochemistry 26(9), 2633-2638 (1987).

22. Comparative studies of natural and recombinant erythropoietin. D. Vapnek, J.C. Egrie, J.K, Browne, P. Lai, F.K. Lin, T. Arakawa, T.W. Strickland. Banbury Reports 29 (Therapeutic Peptides and Proteins), 241-256 (1988).

23. Relationship between sugar chain structure and biological activity of recombinant human erythropoietin produced in Chinese hamster ovary cells. M. Takeuchi, N. Inoue, T.W. Strickland, M. Kubota, M. Wada, R. Shimizu, S. Hoshi, H. Kozutsumi, S. Takasaki, A. Kobata. Proc. Natl. Acad. Sci. USA 86(20), 7819-7822 (1989).

24. The effect of carbohydrate on the structure and stability of erythropoietin. L.O. Narhi, T. Arakawa, K.H. Aoki, R. Elmore, M.F. Rohde, T. Boone, T.W. Strickland. J. Biol. Chem. 266(34), 23022-23026 (1991).

25. Densimetric determination of carbohydrate content in glycoproteins. C.G. Kolvenbach, K.E. Langley, T.W. Strickland, W.C. Kenney, T. Arakawa. Journal of Biochemical and Biophysical Methods 23(4), 295-300 (1991).

26. Site specific heterogeneity of N-linked oligosaccharides on recombinant human erythropoietin. P.L. Derby, T.W. Strickland, M.F. Rohde. Techniques in protein chemistry IV, ed. R.H. Angeletti, 161-168, (1993).

27. Peptide mapping and evaluation of glycopeptide microheterogeneity derived from endoproteinase digestion of erythropoietin by affinity high-performance capillary electrophoresis. R.S. Rush, P.L. Derby, T.W. Strickland, M.F. Rohde. Analytical Chemistry 65(14), 1834-1842 (1993).

28. Role of antennary structure of N-linked sugar chains in renal handling of recombinant human erythropoietin. T. Misaizu, S. Matsuki, T.W. Strickland, M. Takeuchi, A. Kobata, S. Takasaki. Blood 86(11), 4097-4104 (1995).

29. Identification of the residues involved in homodimer formation of recombinant human erythropoietin. P.L. Derby, T.W. Strickland, M.F. Rohde, K. Stoney, R.S. Rush. International Journal of Peptide and Protein Research 47(3), 201-208 (1996).