# EXHIBIT B

Strickland Decl to Motion for SJ re ODP - Public

Dockets.Justia.com

# LABORATORY NOTEBOOK

**AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

Nº 1115

AMGEN



CONFIDENTIAL
A 21985

AM-ITC 00068632

NOTEBOOK NO. __4_____
ISSUED TO _Tom Strickland_____
ON __12-28_____ 19_84_
DEPARTMENT_____
RETURNED_____ 19____

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

——— SCIENTIFIC NOTEBOOK CO. ———
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

5018972

CONFIDENTIAL
A 21986

AM-ITC 00068633

| Project No. _____ | |
|---|---|
| TITLE _____ Book No. _____ | 65 |

From Page No. ___

Summary – CM 112984 has a substantial amt. of broken down EPO. DEAE @ 4.2 increases the amt. of breakdown product while octyl sepharose decreases it.

DEAE @ 4.2 of the octyl sepharose fraction appears to increase the amount of breakdown product slightly.

hEPO 10-18-84 appears to have no breakdown products.

Cannot see breakdown products on silver stained gel @ 2 μg. When they were observed before, 20 μg was loaded.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

5019040

CONFIDENTIAL
A 22054

| Witnessed & Understood by me, | Date | Invented by | |
|---|---|---|---|
| | | Recorded by | |

AM-ITC 00068701



#1 = 5λ conc. DEAE$^{4.2}$ (= HPLC, HWSOS load)

HPLC - 80 ug EPO @ peak

30λ of HWSOS fractions (both 30, 80λ of #30, #42) = 80 ug EPO @ peak

Summary - pH 4.2 DEAE is a very good first step. Only problem is that some of the EPO gets clipped. Neither HPLC nor HWSOS will remove the clipped EPO.

AM-ITC 00068715