# EXHIBIT C

Strickland Decl to Motion for SJ re ODP - Public

Dockets.Justia.com



AM-ITC 00137700

NOTEBOOK NO. __5__
ISSUED TO _Tom Strickland_
ON __1-23__ 19_85_
DEPARTMENT _____
RETURNED _____ 19___

— SCIENTIFIC NOTEBOOK CO. —
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

5019073

CONFIDENTIAL
A 91031

AM-ITC 00137701

Project No. _____
Book No. _____   TITLE  2nd DEAE⁴·² / urea of CM 112985

38

From Page No. ___

1-14-85

Buffer trials —

dilute 0.1M Tris·Succ. (3.7 @ RT) to 5mm in 6M
ultra pure urea
pH @ 0C = 4.6
attempt to lower pH w. 0.1M succinic a. —
after ~40ml added to 1L, pH = 4.35

new soln — 6M urea (360g)
           50ml 0.1M succinic a.
           ↑ 1L
pH = 4.32
adjust to 4.1 w. 1M HCl (~2ml)
   ↳ pH of KA's
     run 1-11          = 105 µS @ 0C

[6M ultra pure urea = 12 µS @ 0C]

pump buffer onto 2.5 × 6 DEAE-Agarose used before

1-15-85

pH of input buffer = 3.7 @ 0C
                     1:10 diln = 3.43 @ 0C

[This trouble w. pH leads to the question
of whether the urea really inhibits the protease
or if it worked simply by raising the pH of
the soln - pg 18]

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

5019113

CONFIDENTIAL
A 91071

AM-ITC 00137741

3-7-85

Run gel of process steps to present at FDA pre-IND meeting

(1) Bio Rad std
(2) 20λ $S_2$ (diafiltered media)          all +DTT
(3) 60λ 91-120 from DEAE
(4) 90λ HPLC @ RT of ↑ (~30µg)
(5) 60λ #63 g gel filtration of ↑

AM-ITC 00068833