# Exhibit A

Bradshaw Decl re Amgen's Motion for SJ of No ODP

Dockets.Justia.com

## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| **Name**: | Ralph Alden Bradshaw | **Born**: | Boston, Massachusetts February 14, 1941 |
| **Address**: | 25135 Rivendell Drive Lake Forest, CA 92630 | **SS#**: | 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 |
| **Marital Status**: | Married Roberta Perry Wheeler, 1961 | **Children**: | Christopher Evan, b. 1962 Amy Dodd, b. 1964 |

**Education**:

| | |
|---|---|
| Milton Public Schools, Milton, Massachusetts | Grades 1 - 12 |
| Colby College, Waterville, Maine B.A. June 1962 Major: Chemistry | 1958 - 1962 |
| Duke University, Durham, North Carolina Ph.D. June 1966 Major: Biochemistry Minor: Chemistry | 1962 - 1966 |

**Positions**:

| | |
|---|---|
| Postdoctoral Fellow, Dept. of Biochemistry Duke University, Durham, North Carolina | June 1966 - Sept. 1966 |
| Research Associate, Dept. of Chemistry Indiana University, Bloomington, Indiana | Sept. 1966 - Aug. 1967 |
| Senior Fellow, Dept. of Biochemistry University of Washington, Seattle, Washington | Sept. 1967 - Aug. 1968 |
| Acting Research Asst. Prof., Dept. of Biochemistry University of Washington, Seattle, Washington | Sept. 1968 - June 1969 |
| Asst. Prof., Dept. of Biological Chemistry Washington University, St. Louis, Missouri | July 1969 - June 1972 |
| Assoc. Prof., Dept. of Biological Chemistry Washington University, St. Louis, Missouri | July 1972 - June 1974 |
| Professor, Dept. of Biological Chemistry Washington University, St. Louis, Missouri | July 1974 - June 1982 |
| Professor and Chair, Dept. of Biological Chemistry University of California, Irvine, California | July 1982 - June 1993 |
| Professor, Dept. of Biological Chemistry University of California, Irvine, California | July 1993 - Dec. 1996 |
| Professor, Dept. of Physiology & Biophysics University of California, Irvine, California | Jan. 1997 – Aug 2006 |
| Professor (joint appt.), Dept. of Anatomy & Neurobiology University of California, Irvine, California | April 1997 – Aug 2006 |

| | |
|---|---|
| Professor Emeritus, Dept. of Physiology & Biophysics<br>   University of California, Irvine, California | Sept. 2006 - present |
| Professor (Recall), Dept of Physiology & Biophysics<br>   University of California, Irvine, California | Oct. 2006 – present |
| Professor (Recall), Dept of Pharmaceutical Chemistry &<br>   Deputy Director, Mass Spectrometry Facility,<br>   University of California, San Francisco, California | Oct. 2006 – present |

## Editorial Boards

| | |
|---|---|
| Editorial Board, Archives of Biochemistry and Biophysics | Mar. 1972 - June 1988 |
| Editorial Board, Journal of Biological Chemistry | Sept. 1973 - June 1977 |
| | July 1978 - Aug. 1979 |
| | July 1981 - June 1986 |
|     Associate Editor | Oct. 1989 - Apr 2002 |
| Editorial Board, Trends in Biochemical Sciences (TIBS) | June 1975 - Dec. 1991 |
|     Editor-in-Chief | Jan. 1986 - Dec. 1991 |
| Editorial Board, Journal of Supramolecular<br>   Structure/Cellular Biochemistry | Jan. 1980 - Apr. 1991 |
| Editorial Board, Bioscience Reports | Sept. 1980 - Dec. 1987 |
| Editorial Board, Peptide and Protein Reviews | Jan. 1980 - July 1985 |
| Editorial Board, Journal of Protein Chemistry | Oct. 1980 - Dec. 1990 |
| Editorial Board, IN VITRO Rapid Communications<br>   in Cell Biology | March 1984 - |
| Editorial Board, Proteins: Structure, Function and Genetics | May 1986 - Dec. 1992 |
| Editorial Board, Journal of Neurochemistry | July 1986 - Dec. 1990 |
| Editorial Board, International Journal of Biological Macromolecules | Feb. 1988 - Sept. 1989 |
| Editorial Board, Growth Factors | Jan. 1988 - |
|     Associate Editor | Jan. 1988 - |
| Editorial Board, Cancer Communications/Oncology Research | Jan. 1989 - |
| Editorial Board, Protein Science | Aug. 1990 - Sept 2001 |
|     Associate Editor | Aug. 1990-Aug. 1992 |
| | May 1997-Sept. 2001 |
|     Editorial Consultant | July 1993 - Dec. 1994 |
| Editorial Board, Biotechnology and Applied Biochemistry | Sept. 1995 - |
| Editorial Board, Molecular Cell Biology Research Communications | July 1998 - Aug. 2001 |
|     Co-Editor-in-Chief | July 1998 - Aug. 2001 |
| Editorial Board, Molecular and Cellular Proteomics | Nov. 2000 - |
|     Editor (Co-editor) | Nov. 2000 - |

## Advisory Positions

| | |
|---|---|
| National Institutes of Health | |
|     Physiological Chemistry Study Section | July 1975 - June 1979 |
|         Chairman | July 1978 - June 1979 |
|     Biomedical Sciences Study Section | Oct. 1980 - May 1985 |
| Hereditary Disease Foundation | |
|     Scientific Advisory Board | Jan. 1983 - Jan. 1987 |
| American Heart Assoc. | |
|     Physiological Chemistry B Res. Study Comm. | Jan. 1984 - June 1986 |
| American Cancer Society, California Divison | |
|     Fellowship Screening Committee | Sept. 1984 - Jan. 1987 |
| | |
| Cleveland Clinic, Program in Hypertension | |
|     External Advisory Board | 1985 - 1988 |

Western Winter Workshops (UCLA Symposia)

    Chairman of the Advisory Committee              June 1984 - July 1988

UCLA Symposia Scientific Advisory Board           June 1987 - June 1990

Keystone Symposia in Molecular and Cell Biology

    Scientific Advisory Board                   July 1990 -

    Executive Committee                      July 1990 - June 1995

        Vice – Chairman                 July 1990 - Dec. 1991

        Chairman                       Dec. 1991-Dec. 1994

    Management Committee                 July 1995 - Sept. 1997

    Board of Directors                     Sept. 1997 -

        Treasurer                       Sept. 1997 -

NAS-NRC U.S. National Committee on Biochemistry     1987 - 1996

    Vice-Chairman                      1991 - 1992

    Chairman                         1992 - 1996

11th American Peptide Symposium

    Program Committee                   1988 - 1989

Keystone Center, Board of Trustees            Dec. 1991 - Dec. 1997

    Executive Committee                  Dec. 1991-Sept. 1994

Cure Autism Now (CAN) Foundation

    Scientific Advisory Board               June 1997 -

Hagedorn Institute, Gentofte, Denmark

    Scientific Advisory Board               April 1997 - Nov. 1999

Australian Health and Medical Research Strategic Review Committee

    ("Wills" Committee)                 1998 - 2000

AAMC/AMA Clinical Research Summit Project

    Basic Science Focus Group             Sept. 1998

University of Kentucky, COBRE Advisory Comm      Sept 2003 -

## Societies

American Chemical Society                   1964 -

    Division of Biological Chemistry, Councilor    Sept. 1983 - Aug. 1986

American Association for the Advancement of Science   1966 -

    Fellow                          1987 -

Sigma Xi                             1966 -

    UC Irvine Club, Vice President         1990 - 1991

        President                      1991 - 1992

New York Academy of Sciences             1970 -

American Society of Biological Chemists/BMB      1971-

    Program Planning Committee

        1976 ASBC Meeting, San Francisco, CA    1975 - 1976

        1977 ASBC (FASEB)               1976

        2002 Exp. Biol., New Orleans, LA (Co-Chair)   2001-2002

        2004 ASBMB, Boston, MA          2003-2004

    Committee on Equal Opportunities

        for Minority Groups              1978 - 1984

    Nominating Committee               1984 - 1985,

                                       1986 - 1987

    Membership Committee              1986 - 1990

    Councilor                        1987 - 1990

    Treasurer                      1991 - 1997

    Public Affairs Committee             1997 -

    Centennial Celebration Committee        Mar. 2003-Apr 2006

4

|  |  |
|---|---|
| Co-chair | Mar. 2003-Apr 2006 |
| Historian | Mar 2007- |
| American Society for Neurochemistry | 1975 - 1995 |
| 1983 Program Committee | 1981 - 1983 |
| 1988 Program Committee | 1987 - 1988 |
| American Heart Association, Council on Thrombosis | 1976 - 1990 |
| The Endocrine Society | 1978 - 2003 |
| Emeritus | 2004 - |
| American Society for Cell Biology | 1984 - |
| Society for Neuroscience | 1985 - |
| International Society of Neurochemistry | 1986 - 2003 |
| The Protein Society | 1986 - |
| President pro-tem | Jan. 1986 - Aug. 1987 |
| Organizing Committee | Jan. 1986 - Aug. 1987 |
| Program Committee, 1987 Meeting | July 1986 - Aug. 1987 |
| Council (Past-president; at large) | Aug. 1987 - Jun. 1991 |
| Industrial Relations Committee (Co-chair) | Oct. 1987 - Aug. 1989 |
| Publications Committee | Aug. 1989 -Aug. 1990 |
| American Peptide Society | 1990 - 2003 |
| Nominating Committee | 1991 - 1992 |
| Association of Medical and Graduate Depts. of Biochem. (formerly AMSDB) | |
| President-elect | Jan. 1991 - Jan. 1992 |
| President | Jan. 1992 - Jan. 1993 |
| International Union of Biochemistry and Molecular Biology | Aug. 1991 - Aug. 1997 |
| Executive Committee (Publications) | |
| Federation of American Societies of Expermental Biology | |
| Board of Directors (ASBMB representative) | Dec. 1992 - June 1996 |
| Vice-president | July 1994 - June 1995 |
| President | July 1995 - June 1996 |
| Past-President | July 1996 - June 1997 |
| American Society for Bone and Mineral Research | Jan. 1997 – Dec 2003 |
| Association of Biomolecular Resource Facilities | Sept. 1997 - |
| Chair, Publications Committee | Oct. 1999 - Dec 2001 |

## Meeting/Conference Organization

|  |  |
|---|---|
| Co-Director, NATO Advanced Study Isntitute 38/72 "*Proteins of the Nervous System*," Cortona, Italy | Sept. 1972 |
| Co-Chairman, International Symposium on Heparin St. Louis, Missouri | May 1974 |
| Director, NATO Advanced Study Institute 75/32 "*Surface Membrane Receptors*," Bellagio, Italy | Sept. 1975 |
| Co-Chairman, Workshop Concerning Minority Careers in Biological Research, St. Louis, Missouri | Apr. 1977 |
| Organizing Committee, 3rd Lorne Conference on Protein Structure and Function, Lorne, Victoria, Australia | Feb. 1978 |
| Co-Chairman, Peoples Republic of China-USA Conference "*Proteins in Biology and Medicine*," Shanghai, PRC | May 1981 |
| Co-Organizer, UCLA Symposium "*Evolution of Hormone-Receptor Systems*" Squaw Valley, California | Mar. 1982 |
| Co-Chairman, 2nd USA-PRC Conference | June 1983 |

"*Proteins in Biology and Medicine*"
Oklahoma City, Oklahoma
Organizing Committee, Hans Neurath 75th Anniversary Symp.                Sept. 1984
    "*Proteases: Modulators of Information Transfer*"
    Orcas Island, Washington
Organizing Committee, Symp. of American Protein Chemists                 Sept 1985 - Oct. 1985
    San Diego, California
Co-Organizer, International Symp. on Nerve Growth Factor                  April 1986
    and Related Substances, Monterey, California
Co-Organizer, UCLA-DuPont Symposium                                      Jan. 1987 - Feb. 1987
    "*Molecular Biology of Intracellular Protein Sorting
    and Organelle Assembly,*" Taos, New Mexico
Co-Organizer, NIMH Aging Center Workshop                                 Sept. 1987
    "*Neurotrophic Factors and Alzheimer's Disease*"
    Newport Beach, California
Co-Organizer, UCLA Western Workshop                                      June 1989
    "*Molecular Basis of Neurodegenerative Disease*"
    Tahoe City, California
Organizer, ASN Satelite Workshop                                        Mar. 1990
    "*Signal Transduction,*" Phoenix, Arizona
Co-Organizer, UCLA-Symposium                                            Apr. 1990
    "*Neurotrophic Factors,*" S. Padre Island, TX
Chairman, International Symposium                                        Apr. 1990
    "*Gene Expression and Signal Transduction*"
    Irvine, California (Nomura Festschrift)
Co-Organizer Keystone Symposium,                                        Apr. 1991
    "*Proteolysis in Regulation and Disease,*" Keystone, CO
Organizing Committee, 2nd International Symposium                        July 1991
    "*NGF and Related Substances,*"
    Daydream Is., QLD Australia
Co-Organizer, UCI-AMGEN Symposium                                       Mar. 1992
    "*Membrane Channels, Receptors and Growth Factors*"
    Irvine, California
Co-Organizer, 3rd USA-PRC Conference on Proteins                        June 1992
    Honolulu, Hawaii
Vice Chair, IUBMB/ASBMB 1997 Int. Congress Biochemistry                 1992 - 1997
    Organizing Committee, San Francisco, California
Co-Organizer, ASBMB Fall Symposia                                       Oct. 1994
    "*Mechanisms of Regulated Intracellular Protein Degradation*"
    Whistler, British Columbia, Canada
Co-Chair, Symposium on "*Structure, Function and Evolution of*          Aug. 1995
    *Glycoproteins and Related Substances*" (Hillfest '95)
    Orcas Island, WA
Co-Organizer, Keystone Symposium, "*Intracellular Signalling by*        Mar/Apr 1996
    *Tyrosine Kinases,*" Taos, NM
Co-Organizer, Keystone Symposium, "*Specificity in Signal Transduction*" March 1998
    Incline Village, NV
Co-Organizer, ASBMB Fall Symposium, "*Regulation of Bone Growth*"       October 1998
    Taos, NM
Co-Organizer, Keystone Symposium, "*Signaling Systems: Chemistry,*      April 2001
    *Biology and Pathology*" Steamboat Springs, CO
Organizing Committee, 5th International Symposium, "*Mass*              Aug. 2001
    *Spectrometry in the Health and Life Sciences: Molecular and*
    *Cellular Proteomics*", San Francisco, CA
Program Chair, Mtg International Society for Developmental               Feb 1999 - Jan 2002

Neuroscience, Sydney, NSW, Australia

| | |
|---|---|
| Co-Chair, ASBMB 2002 National Mtg., New Orleans, LA | Sept. 2000 - April 2002 |
| Co-organizer, "Proteomic Solutions in Cellular and Developmental Biology and Medicine," Stowers Institute for Medical Research, Kansas City, MO | May 2002 - May 2003 |
| Organizing Committee, 6th International Symposium, *"Mass Spectrometry in the Health and Life Sciences: Molecular and Cellular Proteomics"*, San Francisco, CA | Aug. 2003 |
| Organizing Committee, 7th International Symposium, *"Mass Spectrometry in the Health and Life Sciences: Molecular and Cellular Proteomics"*, San Francisco, CA | Aug. 2005 |
| Co-organizer, Keystone Symposium "Macromolecular Complexes" Cambridge, England | Aug, 2006 |
| Organizing Committee, 8th International Symposium, *"Mass Spectrometry in the Health and Life Sciences: Molecular and Cellular Proteomics"*, San Francisco, CA | Aug. 2007 |

## Honors

| | |
|---|---|
| The Passano Foundation Young Scientist Award | 1976 |
| American Chemical Society, St. Louis Section Award | 1979 |
| Italian National Research Council (C.N.R.) Gold Medal | 1987 |
| Australia Society of Medical Research Gold Medal | 1999 |

## Financial Support

| | |
|---|---|
| USPHS Predoctoral Fellowship | 1964 - 1966 |
| USPHS Postdoctoral Fellowship | 1966 - 1968 |
| USPHS Research Grant, Dehydrogenases/Protein Processing 2002 | 1969 - 1990, 1991 - |
| EMBO Short Term Fellowship | 1969 |
| Life Insurance Medical Research Grant | 1970 - 1972 |
| USPHS Research Career Development Award | 1970 - 1975 |
| USPHS Thrombosis Center Grant | 1971 - 1976 |
| USPHS Research Grant, Nerve Growth Factor | 1972 - 1989, 1990 - 2000 |
| Washington University Research Grant | 1972 |
| Damon Runyon Research Grant | 1973 - 1975 |
| Josiah Macy Faculty Scholar Award | 1977 - 1978 |
| American Cancer Society Research Grant | 1978 - 1995 |
| NSF Sequence Facility Equipment Grant | 1978, 1983 |
| USPHS Research Resources Grant | 1985, 1987, 1988 |
| USPHS Program Project, Aging | 1985 - 1990 |
| AMGEN Corp. Research Grant | 1992 - 1993 |
| Alexander von Humboldt Senior Scientist Fellowship | 1992 - 1993 |
| USPHS Program Project, Growth Disorders | 1996 - 2001 |
| Baxter Hyland Research Award | 1998 - 2000 |
| NSF 2010 Project Grant, Arabidopsis | 2003 - 2007 |
| Parke Davis Exchange Fellowship | 2004 |

## Visiting Positions

| | |
|---|---|
| EMBO Visiting Scientist, Univ. of Zurich Zurich, Switzerland | June 1969 - July 1969 |
| Visiting Scientist, LBC, CNR, Rome, Italy | July 1971 |

Visiting Lecturer, Duke Univ. Marine Station                                        July 1972
    Beaufort, North Carolina
Scholar-in-Residence, Rockefeller Study and Conference          July 1975
    Center, Villa Serbelloni, Bellagio, Italy
Josiah Macy Faculty Scholar, Howard Florey Institute               July 1977 - June 1978
    Univ. of Melbourne, Victoria, Australia
Visiting Lecturer, Univ. of Sydney,                                               Sept. 1977
    New South Wales, Australia
Visiting Lecturer, Univ. of Kentucky,                                            Mar. 1987
    Lexington, Kentucky
Visiting Lecturer, Univ. of Camerino (CNR),                             June 1987
    Camerino, Italy
Alexander von Humboldt Senior Scientist                                 Sept. 1992 - Aug. 1993
    Max Planck Institute for Biochemistry (Molecular Biology)
    Martinsried, Germany
Visiting Professor, Universite des Sciences et Technologies - Lille     June 1994
    Villeneuve d'Ascq, France
Visiting Scientist, Hagedorn Research Institute
    Gentofte, Denmark                                                          June 1997
Visiting Scholar (Parke Davis Exchange Fellow), Dept. of Biochemistry,
    Cambridge University, Cambridge, England             Jan. 2004 - Jan. 2005

## Academic External Review Committees

San Diego State University                                                        Apr. 1979
    Chemistry Department
UC Los Angeles                                                                       Dec. 1986
    Molecular Biology Graduate Program
SUNY Buffalo                                                                          Apr. 1987
    Biology Department
UTMB Galveston                                                                     Nov. 1987
    Human Biochemistry and Genetics Department
U Mass Worcestor                                                                  Nov. 1987
    Biochemistry Department
University of Bern (Theodor Kocher Institute)                          June 1988
    Switzerland
Louisiana State University-New Orleans/Tulane University          June 1990
    Departments of Biochemistry
University of Minnesota, Minneapolis                                       June 1990
    Department of Biochemistry
Louisana State University - Baton Rouge and Shreveport            Feb 1991
    Departments of Biochemistry
Pennsylvania State University Medical Center, Hershey              June 1991
    Department of Biochemistry
UC Los Angeles                                                                       Jan 1994
    Department of Biological Chemistry
UC Los Angeles                                                                       Dec. 1994
    DOE - Division of Biomolecular and Cellular Sciences
UC Riverside                                                                          Oct. 1995
    College of Natural and Agricultural Sciences -
      (Blue Ribbon Committee)
Queensland University of Technology                                      Nov. 1999
    Centre of Molecular Biotechnology

University of Adelaide                                                             Nov. 1999

School of Biological Sciences
University of Arizona                                        March 2002
  Department of Biochemistry and Molecular Biophysics
ESPRI, INSERM Laboratory in Growth Factor Signaling in Breast    May 2004, May 2005
  Cancer/Functional Proteomics, USTL, Lille

## Corporate Affiliations

Consultant, Durrum Chemical Co. (Dionex Corp.),             1970 - 1978
  Sunnyvale, CA
Scientific Advisor, International Genetic                    1982 - 1989
  Engineering (INGENE), Santa Monica, CA
Scientific Advisory Board, Nucleic Acid                     1986 - 1987
  Research Institute (ICN), Costa Mesa, CA
Board of Directors, ICN Biomedicals, Costa Mesa, CA         1986 - 1991
Consultant/Founding Scientist, Cortex Pharmaceuticals,      1988 - 1994
  Irvine, CA
    Board of Directors                                       1990 - 1991
Consultant, AMGEN Corp., Thousand Oaks, CA                  1991 - 1994
Consultant, Baxter-Hyland, Duarte, CA                       1992 - 2000
Consultant, Cardio Vascular Genetic Engineering
    (Cardio Vascular Biotherapeutics), Irvine, CA           1999-
    Chair, Scientific Advisory Board                          2000 -
Consultant, Phage Biotechnology Corp., Irvine, CA           1999 -
    Chair, Scientific Advisory Board                          2000 -
Scientific Advisory Board, Paradigm Genetics,               2001 - 2003
  Research Triangle Park, NC
Scientific Advisory Board, MediMolecular, Adelaide, SA, Australia    2001 - 2003
Scientific Advisory Board, Aptamer Technologies, Adelaide, SA,    2003 –
  Australia
Consultant on Biotechnology Development, Rhone-Alpes Region,    2002 - 2003
  France

## University Service

### Washington University

#### Department of Biological Chemistry

Director of Graduate Studies                        May 1970 - May 1973
Principal Investigator NIH Training Grant           July 1971 - June 1976

#### Division of Biology and Biomedical Sciences

Chairman, Graduate Admissions Committee             May 1973 - June 1977
Chairman, Graduate Advisory Committee               May 1973 - June 1977
    (Director of Graduate Studies)
Principal Investigator NIH Training Grant           July 1975 - June 1977
Chairman, Molecular and Cellular                    July 1979 - June 1980
    Biology Seminar Program

<u>University of California, Irvine</u>

   <u>College of Medicine</u>

| | |
|---|---|
| Anatomy Dept. Chairman Search Committee | July 1982 - Jan. 1983 |
| Strategic Planning Committee | Jan. 1983 - Dec. 1984 |
| Chairman, Search Committee for Associate Dean | Mar. 1984 - Dec. 1984 |
|    Medical Student and Curricular Affairs | |
| Committee for Graduate Academic Programs | 1984 - 1988 |
|    College of Medicine, Chairman | 1986 - 1988 |
| Pathology Dept. Chairman Search Committee | Apr. 1986 - June 1987 |
| Neurology Dept. Chairman Search Committee, | Oct. 1986 - June 1987 |
| Executive Committee | 1986 - 1988 |
| Endocrinology Division Head Search Committee | 1988 - 1989 |
|    Chairman | |
| Cardiology Division Head Search Committee | 1991 - 1992 |
| Representative Assembly | 1994 - 1996 |
| Research Advisory Group | 1997 - |
| Vice-chair (Chair-elect), Executive Committee | Jan. 2001 - Aug. 2002 |
| Chair, College of Medicine Faculty | Sept. 2002 – Aug 2003 |
| Compensation Committee | Jan. 2001 - Dec. 2001 |
| LCME Internal Review Committee: | |
|    Governance and Administration | Mar. 2001 - Sept. 2001 |

   <u>University-wide</u>

| | |
|---|---|
| Advisory Board, FRP on Gene Research | Oct. 1983 - June 1986 |
|    and Biotechnology | |
| Advisory Board, Gene Regulation | June 1984 - 1988 |
|    NIH Training Grant | |
| University Biotechnology Comm. | Aug. 1984 - Apr. 1985 |
|    Subcomm. on Biochemical Engineering | Jan. 1985 - Apr. 1985 |
| Co-director, Carcinogenesis NIH Training Grant | Aug. 1984 - July 1989 |
| Advisory Board, Cancer Research Institute | July 1985 - |
| Director, Biotechnology Training Program | Jan. 1986 - Dec. 1990 |
| Associate Vice Chancellor-Administrative | July 1986 - Jan. 1987 |
|    and Business Services Search Committee | |
| Representative Assembly, Academic Senate | 1989 -1991,1993-1995, 2002-2003 |
| Program in Neurobiology of Early Learning | 1987 - |
|    Scientific Advisory Board | |
| Co-director, Irvine Research Unit | 1989 - 1994 |
|    on Molecular Neurobiology | |
| Head, Neurobiology Track, MBG & B | 1997- 1998 |
|    Combined Graduate Program | |

   <u>System-wide</u>

| | |
|---|---|
| Cancer Research Coordinating Committee | 1988 - 1992 |

# BIBLIOGRAPHY

### Edited Books

1.    D. J. Schneider, R. H. Angeletti, <u>R. A. Bradshaw</u>, A. Grasso, and B. W. Moore (eds.), *"Proteins of the Nervous System",* Raven Press, NY (1973).

2.    <u>R. A. Bradshaw</u> and S. Wessler (eds.), *"Heparin: Structure, Function and Clinical Implications",* (Advances in Experimental Medicine and Biology, Vol. 52), Plenum Press, NY (1975).

3.    <u>R. A. Bradshaw</u>, W. A. Frazier, R. C. Merrell, D. I. Gottlieb, and R. A. Hogue-Angeletti (eds.), *"Surface Membrane Receptors: Interface Between Cells and Their Environment",* (NATO Advanced Study Institutes Series, Vol. A11), Plenum, Press, NY (1976).

4.    <u>R. A. Bradshaw</u> and D. M. Schneider (eds.), *"Proteins of the Nervous System",* (2nd edition), Raven Press, NY (1980).

5.    <u>R. A. Bradshaw</u>, R. L. Hill, J. Tang, C.-c. Liang, T.-c. Tsao, and C.-l Tsou (eds.), *"Proteins in Biology and Medicine",* Academic Press, NY (1982).

6.    <u>R. A. Bradshaw</u> and G. N. Gill (eds.), *"Evolution of Hormone-Receptor Systems",* Alan R. Liss, NY (1983).

7.    <u>R. A. Bradshaw</u> and J. Tang (eds), *"Molecular Architecture of Proteins and Enzymes",* Academic Press, N.Y. (1985)

8.    <u>R. A. Bradshaw</u> and S. Prentis (eds), *"Oncogenes and Growth Factors",* Elsevier Science Publishers, Amsterdam (1987).

9.    <u>R. A. Bradshaw</u>, L. McAlister-Henn and M. G. Douglas (eds.), *"Molecular Biology of Intracellular Protein Sorting and Organelle Assembly",* Alan R. Liss, New York (1988).

10.   <u>R. A. Bradshaw</u> and M. Purton (eds.), *"Proteins: Form and Function",* Elsevier Trends Publications, Cambridge, UK, (1990).

11.   <u>R. A. Bradshaw</u> and M. Purton (Series Editors), *"Modular Texts in Molecular and Cell Biology",* Chapman & Hall (Thompson Sciences), London, England, Vol. 1: C.H. Heldin & M. Purton (eds) *"Signal Transduction"* (1996).

12.   <u>R. A. Bradshaw</u> and E. A. Dennis (Editors), "Handbook of Cell Signaling", Elsevier Academic Press, San Diego CA, Vol 1-3 (2003).

### *Commentaries, Editorials and Opinion Pieces*

1. R. A. Bradshaw, *"What Cloned Genes Can Tell Us about Nerve Growth Factor"*, Nature 303, 751 (1983).

2. R. A. Bradshaw, *"Fact, fraud and fantasy"*, Trends Biochem. Sci. 13, 459 (1988).

3. R. A. Bradshaw, *"A flavor of protein chemistry"*, Trends Biochem. Sci. 14, 243 (1989).

4. R. A. Bradshaw, *"Bridges committee procedures"*, Science 250, 611 (1990).

5. R. A. Bradshaw, *"All Good Things…"*, Trends Biochem. Sci. 16, 449 (1991).

6. R. A. Bradshaw, *"Who's on First?"*, Protein Sci. 1, 561-562 (1992).

7. R. A. Bradshaw and D. Birnbaum, *"The Name Game"*, Protein Sci. 2, 1783-1784, (1993).

8. R. A. Bradshaw, *"Merit, Quality and the SBIR"*. Science 272, 1723 (1996).

9. R. A. Bradshaw, *"Symposium on structure, function and evolution of glycoproteins and related molecules"*, Glycobiology 6, 647 (1996).

10. R. A. Bradshaw, *"Dancing to the Big Band: The Role of Government in the Support of Basic Research"*, Absts. 35th National Research Conf., Australian Society for Medical Research, Gold Coast, QLD, Australia, Plenary 1-1 (1996).

11. R. A. Bradshaw, *"On Cabbages and Kings: the IUBMB – Problems and Prospects"*, Trends Biochem. Sci. 22, 281 –82 (1997).

12. R. A. Bradshaw, D. S. Eisenberg, M. A. Hermodson, J. J. Villafranca, B. W. Matthews, and R. T. Sauer, *"Thank you, Hans!"* , Protein Sci. 7, 231 - 232 (1998).

13. R. L. Lundblad and R. A. Bradshaw, *"Conformation of Engineered Proteins"*, Biotechnol. Appl. Biochem. 30, 171-2 (1999).

14. R. A. Bradshaw and T. C. Vanaman, *"Proteases in Cellular Regulation Minireview Series"* , J. Biol. Chem. 274, 20047 (1999).

15. R. A. Bradshaw and J. Travis, *"Special Issue in Honor of Hans Neurath's 90 birthday"* , Biochim. Biophys. Acta. 1477, 1 (2000).

16. R. A. Bradshaw, *"Proteomics – Boom or Bust?"*, Mol. Cell. Proteomics 1, 177-178 (2002).

17. R. A. Bradshaw, *"New Initiatives"*, Mol. Cell. Proteomics 1, 489 (2002).

18. E. Schalles and R. A. Bradshaw, *"Names, Names, Names…"*, Mol. Cell. Proteomics 1, 921 (2002).

19. R. A. Bradshaw, A. L. Burlingame and J. E. Celis, *"HUPO est arrive…"*, Mol. Cell. Proteomics 2, 1 (2003).

20.    R. A. Bradshaw, *"Innovations with MCP"*, Mol. Cell. Proteomics 2, 137 (2003).

21.    R. A. Bradshaw, *"A Visit to Africa"*, ASBMB Today, February, 12-15 (2004).

22.    R. A. Bradshaw, *"Measuring Excellence"*, Mol. Cell. Proteomics 3, 745 (2004).

23.    R. A. Bradshaw and A. L. Burlingame, *"Extracting Information from Proteomic Datasets"*, From Genome to Proteome: Biomarker Discovery & Imaging Proteomes (Absts. 6th Siena Mtg),xiv-xv (2004).

24.    M. Baldwin, R. A. Bradshaw, A. Burlingame and S. Carr, *"MCP Hosts Protein Identification Workshop"* , ASBMB Today, July, 8-9 (2005).

25.    R. A. Bradshaw, *"Revised draft guidelines for proteomic data publication"*, Mol. Cell. Proteomics 4, 1223-5 (2005).

26.    R. A. Bradshaw, *"Clara Cynthia Benson (1875-1964)"*, ASBMB Today, March, 14-17 (2006).

27.    R. A. Bradshaw, A. Burlingame, S. Carr, and R. Aebersold, *"Reporting Protein Identification Data: The Next Generation of Guidelines"*, Mol. Cell. Proteomics 5, 787 - 788. (2006).

28.    R. A. Bradshaw, " How I became a Biochemist", IUBMB Life 58, 495 – 498 (2006).

## *Original Articles and Reviews*

1.   L. Kanarek, E. Marler, R. A. Bradshaw, R. E. Fellows, and R. L. Hill, *"The Subunits of Fumarase"*, J. Biol. Chem. 239, 4207-4211 (1964).

2.   R. A. Bradshaw, L. A. Rogers, R. L. Hill, and J. Buettner-Janusch, *"Amino Acid Composition and the Amino Terminal End Groups of the α- and β-Chains of Four Lemur Hemoglobins"*, Arch. Biochem. Biophys. 109, 571-578 (1965).

3.   L. Kanarek, R. A. Bradshaw, and R. L. Hill, *"Regeneration of Active Enzyme from the Mixed Disulfide Derivative of Egg White Lysozyme and Cystine"*, J. Biol. Chem. 240, PC 2755-PC 2757 (1965).

4.   R. A. Bradshaw, *"I. Studies on the Structure of Fumarase. II. Preparation and Properties of the Mixed-Disulfide Derivative of Egg White Lysozyme and Cystine"*, Ph.D. Thesis, Duke University (1966).

5.   R. A. Bradshaw, L. Kanarek, and R. L. Hill, *"The Preparation, Properties, and Reactivation of the Mixed-Disulfide of Lysozyme and L-Cystine"*, J. Biol. Chem. 242, 3789-3798 (1967).

6.   G. W. Robinson, R. A. Bradshaw, L. Kanarek, and R. L. Hill, *"The Thiol Groups of Fumarase"*, J. Biol. Chem. 242, 2709-2718 (1967).

7.   W. T. Shearer, R. A.Bradshaw, F. R. N. Gurd, and T. Peters, *"The Amino Acid Sequence and Copper (II)-Binding Properties of Peptide (1-24) of Bovine Serum Albumin"*, J. Biol. Chem. 242, 5451-5459 (1967).

8.   K. D. Hapner, R. A. Bradshaw, C. R. Hartzell, and F. R. N. Gurd, *"Comparison of Myoglobins from Harbor Seal, Porpoise, and Sperm Whale. I. Preparation and Characterization"*, J. Biol. Chem. 243, 683-689 (1968).

9.   C. R. Hartzell, R. A. Bradshaw, K. D. Hapner, and F. R. N. Gurd, *"Comparison of Myoglobins from Harbor Seal, Porpoise, and Sperm Whale. II. Reactivity Toward Hydrogen Ion and Cupric Ion"*, J. Biol. Chem. 243, 690-696 (1968).

10.  R. L. Hill and R. A. Bradshaw, *"Fumarase"* in S.P. Colowick and N.O. Kaplan (eds.), Methods in Enzymology, (J. Lowenstein, ed.) Academic Press, New York, XIII, 91-99 (1969).

11.  R. A. Bradshaw, W. T. Shearer, and F. R. N. Gurd, *"Sites of Binding Copper (II) Ion by Peptide (1-24) of Bovine Serum Albumin"*, J. Biol. Chem. 243, 3817-3825 (1968).

12.  R. A. Bradshaw, G. W. Robinson, G. M. Hass, and R. L. Hill, *"The Reaction of Fumarase with Iodoacetate and 4-Bromocrotonate"*, J. Biol. Chem. 244, 1755-1763 (1969).

13.  R. A. Bradshaw, W. H. Garner, and F. R. N. Gurd, *"Comparison of Myoglobins from Harbor Seal, Porpoise, and Sperm Whale. III. Isolation and Characterization of the Tryptic Peptides of Harbor Seal Myoglobin"*, J. Biol. Chem. 244, 2149-2158 (1969).

14.  R. A. Bradshaw, R. H. Kretsinger, and F. R. N. Gurd, *"Comparison of Myoglobins from Harbor Seal, Porpoise, and Sperm Whale. IV. Isolation and Characterization of the Tryptic Peptides of Porpoise Myoglobin"*, J. Biol. Chem. 244, 2159-2166 (1969).

15. R. A. Bradshaw and F. R. N. Gurd, *"Comparison of Myoglobins from Harbor Seal, Porpoise, and Sperm Whale. V. The Complete Amino Acid Sequences of Harbor Seal and Porpoise Myoglobins"*, J. Biol. Chem. 244, 2167-2181 (1969).

16. H. Neurath, R. A. Bradshaw, L. H. Ericsson, D. R. Babin, P. H. Pétra, and K. A. Walsh, *"Current Status of the Chemical Structure of Bovine Pancreatic Carboxypeptidase A"*, Brookhaven Symposia in Biology, Vol. 21, 1-23 (1969).

17. M. Nomoto, N. G. Srinivasan, R. A. Bradshaw, R. D. Wade, and H. Neurath, *"The Amino Acid Sequence of Bovine Carboxypeptidase A. I. Preparation and Properties of the Fragments Obtained by Cyanogen Bromide Cleavage"*, Biochemistry 8, 2755-2762 (1969).

18. R. R. Granberg, K. A. Walsh, and R. A. Bradshaw, *"Increased Output and Accelerated Analysis Time with the Automatic Amino Acid Analyzer"*, Anal. Biochem. 30, 454-464 (1969).

19. D. A. Deranleau, R. A. Bradshaw, and R. Schwyzer, *"The Use of N-Methylnicotinamide Chloride as a Conformational Probe for Chicken Egg-White Lysozyme"*, Proc. Natl. Acad. Sci. USA 63, 885-889 (1969).

20. R. A. Bradshaw, H. Neurath, and K. A. Walsh, *"Considerations of the Concept of Structural Homology as Applied to Bovine Carboxypeptidases A and B"*, Proc. Natl. Acad. Sci. USA 63, 406-411 (1969).

21. H. Neurath, R. A. Bradshaw, P. H. Pétra, and K. A. Walsh, *"Bovine Carboxypeptidase A - Activation, Chemical Structure and Molecular Heterogeneity"*, Phil. Trans. Roy. Soc. Lond., Series B 257, 159-176 (1970).

22. R. A. Bradshaw and D. A. Deranleau, *"Use of N-Methylnicotinamide Chloride as a Conformational Probe in Proteins. Identification of the Binding Sites in Chicken Egg-White Lysozyme and a Comparison with Bovine a-Lactalbumin"*, Biochemistry 9, 3310-3315 (1970).

23. P. H. Pétra, R. A. Bradshaw, K. A. Walsh, and H. Neurath, *"Identification of the Amino Acid Replacements Characterizing the Allotypic Forms of Bovine Carboxypeptidase A"*, Biochemistry 8, 2762-2768 (1969).

24. R. A. Bradshaw, D. R. Babin, M. Nomoto, N. G. Srinivasan, L. H. Ericsson, K. A. Walsh, and H. Neurath, *"The Amino Acid Sequence of Bovine Carboxypeptidase A. II. Tryptic and Chymotryptic Peptides of the Cyanogen Bromide Fragment $F_{III}$"*, Biochemistry 8, 3859-3871 (1969).

25. R. A. Bradshaw, *"The Amino Acid Sequence of Bovine Carboxypeptidase A. III. Specificity of Peptide-Bond Cleavage by Thermolysin and the Complete Sequence of the Cyanogen Bromide Fragment $F_{III}$"*, Biochemistry 8, 3871-3877 (1969).

26. R. A. Bradshaw, K. A. Walsh and H. Neurath, *"Amino Acid Sequence of Bovine Carboxypeptidase A. Tryptic and Chymotryptic Peptides of the Cyanogen Bromide $F_I$"*, Biochemistry 10, 938-950 (1971).

27. R. A. Bradshaw, K. A. Walsh, and H. Neurath, *"Amino Acid Sequence of Carboxypeptidase A. Isolation and Characterization of the Thermolytic Peptides of the Cyanogen Fragment $F_I$"*, Biochemistry 10, 951-961 (1971).

28. R. A. Bradshaw, K. A. Walsh, and H. Neurath, *"Amino Acid Sequence of Carboxypeptidase A. Isolation and Characterization of Selected Peptic and Nagarse Peptides and the Complete Sequence of Fragment $F_I$"*, Biochemistry 10, 961-972 (1971).

29.   R. A. Bradshaw, H. Neurath, R. W. Tye, K. A. Walsh, and W. P. Winter, *"Comparison of the Partial Amino-Acid Sequence of Dogfish Trypsinogen with Bovine Trypsinogen"*, Nature 226, 237-239 (1970).

30.   K. A. Walsh, L. H. Ericsson, R. A. Bradshaw, and H. Neurath, *"Chemical Evidence of a Disulfide Bond in Bovine Carboxypeptidase A"*, Biochemistry 9, 219-225 (1970).

31.   K. A. Walsh, R. M. McDonald, and R. A. Bradshaw, *"Automatic Systems for Detecting Cystine and Cystinyl Peptides During Column Chromatography"*, Anal. Biochem. 35, 193-202 (1970).

32.   R. A. Bradshaw, L. H. Ericsson, K. A. Walsh, and H. Neurath, *"The Amino Acid Sequence of Bovine Carboxypeptidase A"*, Proc. Natl. Acad. Sci. USA 63, 1389-1394 (1969).

33.   H. Neurath, R. A. Bradshaw, and R. Arnon, *"Homology and Phylogeny of Proteolytic Enzymes"*, Structure-Function Relationships of Proteolytic Enzymes, (P. Desnuelle, H. Neurath, and M. Ottesen, eds.) Academic Press, 113-134 (1970).

34.   R. A. Bradshaw and T. Peters, Jr., *"The Amino Acid Sequence of Peptide (1-24) of Rat and Human Serum Albumins"*, J. Biol. Chem. 244, 5582-5589 (1969).

35.   H. Neurath and R. A. Bradshaw, *"Evolution of Proteolytic Function"*, Accounts of Chemical Research 3, 249-257 (1970).

36.   R. H. Angeletti, R. A. Bradshaw, and R. D. Wade, *"Subunit Structure and Amino Acid Composition of Mouse Submaxillary Gland Nerve Growth Factor"*, Biochemistry 10, 463-469 (1971).

37.   T. M. Radhakrishnan, R. A. Bradshaw, D. A. Deranleau, and H. Neurath, *"The Solution Conformation of Bovine Carboxypeptidase A: Reaction with 2-Hydroxy-5-Nitrobenzyl Bromide and N-Methylnicotinamide Chloride"*, FEBS Letters 7, 72-76 (1970).

38.   R. H. Angeletti and R. A. Bradshaw, *"Nerve Growth Factor from Mouse Submaxillary Gland: Amino Acid Sequence"*, Proc. Natl. Acad. Sci. USA 68, 2417-2420 (1971).

39.   R. H. Angeletti, W. A. Frazier, and R. A. Bradshaw, *"Structural Studies of 2.5S Mouse Submaxillary Gland Nerve Growth Factors"*, Functional and Structural Proteins of the Nervous System, (A.N. Davison, P. Mandel, and I.G. Morgan, eds.), Advances in Experimental Medicine and Biology 32, 99-106 (1972).

40.   R. H. Kretsinger, C. E. Nockolds, C. J. Coffee, and R. A. Bradshaw, *"The Structure of a Calcium-binding Protein from Carp Muscle"*, Cold Spring Harbor Symp. Quant. Biol. XXXVI, 217-220 (1971).

41.   C. J. Coffee, R. A. Bradshaw, B. R. Goldin, and C. Frieden, *"Identification of the Sites of Modification of Bovine Liver Glutamate Dehydrogenase Reacted with Trinitrobenzene-sulfonate"*, Biochemistry 10, 3516-3526 (1971).

42.   E. P. Schulenburg, E. S. Simms, R. G. Lynch, R. A. Bradshaw, and H. N. Eisen, *"Amino Acid Sequence of the Light Chain from a Mouse Myeloma Protein with Anti-Hapten Activity: Evidence for a Third Type of Light Chain"*, Proc. Natl. Acad. Sci. USA 68, 2623-2626 (1971).

43.   R. H. Angeletti and R. A. Bradshaw, *"The Amino Acid Sequence of 2.5S Nerve Growth Factor from the Mouse Submaxillary Gland"*, Nerve Growth Factor and its Antiserum (E. Zaimis, ed.) Athlone Press, London, 35-38 (1972).

44.  C. E. Nockolds, R. H. Kretsinger, C. J. Coffee, and R. A. Bradshaw, *"The Structure of a Calcium-binding Carp Myogen"*, Proc. Natl. Acad. Sci. USA 69, 581-584 (1972).

45.  B. E. Glatthaar, L. J. Banaszak, and R. A. Bradshaw, *"The Identification of an Asymmetric Complex of Nicotinamide Adenine Dinucleotide and Pig Heart Cytoplasmic Malate Dehydrogenase"*, Biochem. Biophys. Res. Comm. 46, 757-765 (1972).

46.  E. T. Yin, C. Galanos, S. Kinsky, R. A. Bradshaw, S. Wessler, O. Luderitz, and M. E. Sarmiento, *"Picogram-Sensitive Assay for Endotoxin: Gelation of Limulus polyphemus Blood Cell Lysate Induced by Purified Lipopolysaccharides and Lipid A from Gram-Negative Bacteria"*, Biochim. Biophys. Acta 261, 284-289 (1972).

47.  W. A. Frazier, R. H. Angeletti, and R.A. Bradshaw, *"Nerve Growth Factor and Insulin"*, Science 176, 482-488 (1972).

48.  W. Birchmeier, B. E. Glatthaar, K. W. Winterhalter, and R. A. Bradshaw, *"The Thiol Groups of Human Hemoglobin Carrying Heme Only on the α-Chains"*, Eur. J. Biochem. 28, 533-537 (1972).

49.  W. R. Waddell, R. A. Bradshaw, M. N. Goldstein, and W. M. Kirsch, *"Production of Human Nerve-Growth Factor in a Patient with a Liposarcoma"*, The Lancet June 24, 1365-1367 (1972).

50.  R. A. Bradshaw, W. A. Frazier, and R. H. Angeletti, *"A Comparison of the Structural and Functional Properties of Nerve Growth Factor and Insulin"*, Chemistry and Biology of Peptides, Proc. of the 3rd American Peptide Symp. (J. Meienhofer, ed.) Ann Arbor Science Publishers, Inc. 423-439 (1972).

51.  D. A. K. Roncari, R. A. Bradshaw, and P. R. Vagelos, *"Acyl Carrier Protein XIX. Amino Acid Sequence of Liver Fatty Acid Synthetase Peptides Containing 4'-Phospho-pantetheine"*, J. Biol. Chem. 247, 6234 -6242 (1972).

52.  R. H. Angeletti, D. Mercanti, and R. A. Bradshaw, *"Amino Acid Sequences of Mouse 2.5S Nerve Growth Factor. I. Isolation and Characterization of the Soluble Tryptic and Chymotryptic Peptides"*, Biochemistry 12, 90-100 (1973).

53.  R. H. Angeletti, M. A. Hermodsen, and R. A. Bradshaw, *"Amino Acid Sequences of Mouse 2.5S Nerve Growth Factor. II. Isolation and Characterization of the Thermolytic and Peptic Peptides and the Complete Covalent Structure"*, Biochemistry 12, 100-115 (1973).

54.  H. G. Lebherz, R. A. Bradshaw, and W. J. Rutter, *"Structural Comparisons between the Class I Fructose Diphosphate Aldolases from Micrococcus aerogenes and Rabbit"*, J. Biol. Chem. 248, 1660-1665 (1973).

55.  C. J. Coffee and R. A. Bradshaw, *"Carp Muscle Calcium-Binding Protein. I. Characterization of the Tryptic Peptides and the Complete Amino Acid Sequence of Component B"*, J. Biol. Chem. 248, 3305-3312 (1973).

56.  B. E. Noyes and R. A. Bradshaw, *"L-3-Hydroxyacyl Coenzyme A Dehydrogenase from Pig Heart Muscle. I. Purification and Properties"*, J. Biol. Chem. 248, 3052-3059 (1973).

57.  B. E. Noyes and R. A. Bradshaw, *"L-3-Hydroxyacyl Coenzyme A Dehydrogenase from Pig Heart Muscle. II. Subunit Structure"*, J. Biol. Chem. 248, 3060-3066 (1973).

58.   A. Z. Eisen, K. O. Henderson, J. J. Jeffrey, and <u>R.A. Bradshaw</u>, *"A Collagenolytic Protease from the Hepatopancreas of the Fiddler Crab, <u>Uca pugilator</u>. Purification and Properties"*, <u>Biochemistry</u> <u>12</u>, 1814 -1822 (1973).

59.   P. U. Angeletti, R. A. Hogue-Angeletti, W. A. Frazier, and <u>R. A. Bradshaw</u>, *"Nerve Growth Factor"*, <u>Proteins of the Nervous System</u> (D. Schneider, R. Hogue-Angeletti, <u>R.A. Bradshaw</u>, A. Grasso, and B.W. Moore, eds.) Raven Press 133-154 (1973).

60.   W. A. Frazier, R. H. Angeletti, R. Sherman, and <u>R. A. Bradshaw</u>, *"Topography of Mouse 2.5S Nerve Growth Factor. Reactivity of Tyrosine and Tryptophan"*, <u>Biochemistry</u> <u>12</u>, 3281-3293 (1973).

61.   W. A. Frazier, C. E. Ohlendorf, L. F. Boyd, L. Aloe, E. M. Johnson, J. A. Ferrendelli, and <u>R. A. Bradshaw</u>, *"Mechanism of Action of Nerve Growth Factor and Cyclic AMP on Neurite Outgrowth in Embryonic Chick Sensory Ganglia: Demonstration of Independent Pathways of Stimulation"*, <u>Proc. Natl. Acad. Sci. USA</u> <u>70</u>, 2448-2452 (1973).

62.   P. M. Kelley, P. A. Neumann, K. Shriefer, F. Cancedda, M. J. Schlesinger, and <u>R. A. Bradshaw</u>, *"Amino Acid Sequence of <u>Escherichia</u> <u>coli</u> Alkaline Phosphatase. Amino- and Carboxyl-Terminal Sequences and Variations between Two Isozymes"*, <u>Biochemistry</u> <u>12</u>, 3499-3503 (1973).

63.   W. A. Frazier, L. F. Boyd, and <u>R. A. Bradshaw</u>, *"Interaction of Nerve Growth Factor with Surface Membranes: Biological Competence of Insolubilized Nerve Growth Factor"*, <u>Proc. Natl. Acad. Sci. USA</u> <u>70</u>, 2931-2935 (1973).

64.   R. H. Kretsinger, P. C. Moews, C. J. Coffee, and <u>R. A. Bradshaw</u>, *"The Coordination of Calcium Ions by Carp Muscle Calcium Binding Protein"*, <u>Calcium Binding Proteins</u> (W. Drabikowski, H. Strzelecka-Golaszewska, and E. Carafoli, eds.) Elsevier Scientific Publishing Co., Amsterdam, 703-720 (1974).

65.   <u>R. A. Bradshaw</u>, R. A. Hogue-Angeletti, and W. A. Frazier, *"Nerve Growth Factor and Insulin: Evidence of Similarities in Structure, Function and Mechanism of Action"*, <u>Recent Prog. Hormone Res</u>. (Proc. of the Laurentian Hormone Conf.) <u>30</u>, 575-595 1974).

66.   B. E. Glatthaar, G. R. Barbarash, B. E. Noyes, L. J. Banaszak, and <u>R. A. Bradshaw</u>, *"The Preparation of the Cytoplasmic and Mitochondrial Forms of Malate Dehydrogenase and Aspartate Aminotransferase from Pig Heart by a Single Procedure"*, <u>Anal. Biochem.</u> <u>57</u>, 432-451 (1974).

67.   E. S. Dugan, <u>R. A. Bradshaw</u>, E. S. Simms, and H. N. Eisen, *"Amino Acid Sequence of the Light Chain of a Mouse Myeloma Protein (MOPC-315)"*, <u>Biochemistry</u> <u>12</u>, 5400-5416 (1973).

68.   B. E. Noyes, B. E. Glatthaar, J. S.Garavelli, and <u>R. A. Bradshaw</u>, *"Structural and Functional Similarities Between Mitochondrial Malate Dehydrogenase and L-3- Hydroxyacyl CoA Dehydrogenase"*, <u>Proc. Natl. Acad. Sci. USA</u> <u>71</u>, 1334-1338 (1974).

69.   R. . <u>Bradshaw</u> and B. E. Noyes, *"L-3-Hydroxyacyl Coenzyme A Dehydrogenase from Pig Heart Muscle"*, <u>Methods in Enzymology</u> XXXV, 122-128 (1974).

70.   R. Hogue-Angeletti, <u>R. A. Bradshaw</u>, and G. R. Marshall, *"The Synthesis and Characterization of the Amino-Terminal Octapeptide of Mouse Nerve Growth Factor"*, <u>Int. J. Pep. Prot. Res.</u> <u>6</u>, 321-328 (1974).

71.    W. A. Frazier, L. F. Boyd, A. Szutowicz, M. W. Pulliam, and R. A. Bradshaw, *"Specific Binding Sites for [125]I-Nerve Growth Factor in Peripheral Tissues and Brain"*, Biochem. Biophys. Res. Comm. 57, 1096 -1103 (1974).

72.    W. A. Frazier, L. F. Boyd, and R. A. Bradshaw, *"Properties of the Specific Binding of [125]I-Nerve Growth Factor to Responsive Peripheral Neurons"*, J. Biol. Chem. 249, 5513-5519 (1974).

73.    C. J. Coffee, R. A. Bradshaw, and R. H. Kretsinger, *"The Coordination of Calcium Ions by Carp Muscle Calcium Binding Proteins A, B and C"*, Protein-Metal Interactions, Adv. in Experimental Medicine and Biology (M. Friedman, ed.) Plenum Press,NY, 211-233 (1974).

74.    L. F. Boyd, R. A. Bradshaw, W. A. Frazier, R. A. Hogue-Angeletti, I. Jeng, M. W. Pulliam, and A. Szutowicz, *"Minireview - Nerve Growth Factor"*, Life Sciences 15, 1381-1391 (1974).

75.    A. D. Borsodi, R. A. Bradshaw, I. K. Rughani, and R. M. Bruce, *"Structural and Functional Relationships of Human Antithrombin III and Alpha I-Antitrypsin"*, Heparin: Structure, Function and Clinical Implications, (R. A. Bradshaw and S.Wessler, eds.) Adv. in Exp. Med. and Biol., Plenum Press, NY, Vol. 52, 249-253 (1975).

76.    W. A. Frazier, L. F. Boyd, M. W. Pulliam, A. Szutowicz, and R. A. Bradshaw, *"Properties and Specificity of Binding Sites for [125]I-Nerve Growth Factor in Embryonic Heart and Brain"*, J. Biol. Chem. 249, 5918-5923 (1974).

77.    R. A. Hogue-Angeletti, R. A. Bradshaw, and W. A. Frazier, *"Nerve Growth Factor: Structure and Mechanism of Action"*, Adv. in Metabolic Disorders, Vol. 8, Somatomedins and Some Other Growth Factors" (R. Luft and K. Hall, eds.) Academic Press, NY, 285-299 (1975).

78.    L. . Banaszak and R. A. Bradshaw, *"Malate Dehydrogenases"*, The Enzymes (Third Edition) (P. D. Boyer, ed.) Academic Press, NY, XI, 369-396 (1975).

79.    M. Weininger, B. E. Noyes, R.A. Bradshaw, and L. J. Banaszak, *"L-3 -Hydroxyacyl Coenzyme A Dehydrogenase: Crystallographic Properties of the Pig Heart Enzyme"*, J. Mol. Biol. 90, 409-413 (1974).

80.    R. Merrell, M. W. Pulliam, L. Randono, L. F. Boyd, R. A. Bradshaw, and L. Glaser, *"Temporal Changes in Tectal Cell Surface Specificity Induced by Nerve Growth Factor"*, Proc. Natl. Acad. Sci. USA 72, 4270-4274 (1975).

81.    R. A. Bradshaw, W. A. Frazier, M. W. Pulliam, A. Szutowicz, I. Jeng, R A. Hogue-Angeletti, L. F. Boyd, and R. E. Silverman, *"Structure-Function Relationships of Nerve Growth Factor and Insulin"*, Proc. 6th Int. Cong. of Pharmacology Vol. 2, "Neurotransmission" (J. Tuomisto and M. K. Paasonen, eds.) 231-238 (1975).

82.    R. A. Hogue-Angeletti, W. A. Frazier, J. W. Jacobs, H. D. Niall, and R. A. Bradshaw, *"Purification, Characterization and Partial Amino Acid Sequence of Nerve Growth Factor from Cobra Venom"*, Biochemistry 15, 26-34 (1976).

83.    A. C. Server, K. Herrup, E. M. Shooter, R. A. Hogue-Angeletti, W. A. Frazier, and R. A. Bradshaw, *"Comparison of the Nerve Growth Factor Proteins from Cobra Venom (Naja naja) and Mouse Submaxillary Gland"*, Biochemistry 15, 35-39 (1976).

84.    M. W. Pulliam, LF. Boyd, NC. Baglan, and RA. Bradshaw, *"Specific Binding of Covalently Cross-linked Mouse Nerve Growth Factor to Responsive Peripheral Neurons"*, Biochem. Biophys. Res. Comm. 67, 1281-1289 (1975).

85.  A. Szutowicz, W. A. Frazier, and R. A. Bradshaw, *"Subcellular Localization of Nerve Growth Factor Receptors: Thirteen Day Chick Embryo Brain"*, J. Biol. Chem. 251, 1516-1523 (1976).

86.  A. Szutowicz, W. A. Frazier, and R. A. Bradshaw, *"Subcellular Localization of Nerve Growth Factor Receptors: Developmental Correlations in Chick Embryo Brain"*, J. Biol. Chem. 251, 1524-1528 (1976).

87.  R. A. Bradshaw and M. Young, *"Nerve Growth Factor - Recent Developments and Perspectives"*, Biochemical Pharm. 25, 1445-1449 (1976).

88.  G. Schonfeld, R. A. Bradshaw, and J.-S. Chen, *"Structure of High Density Lipoprotein: The Immunologic Reactivities of the COOH- and $NH_2$-Terminal Regions of Apolipoprotein A-I"*, J. Biol. Chem. 251, 3921-3926 (1976).

89.  K. T. Lazarus, R. A. Bradshaw, N. R. West, and R. P. Bunge, *"Adaptive Survival of Rat Sympathetic Neurons Cultured Without Supporting Cells or Exogenous Nerve Growth Factor"*, Brain Research 113, 159-164 (1976).

90.  R. A. Bradshaw, M. W. Pulliam, I. M. Jeng, R. Y. Andres, A. Szutowicz, W. A. Frazier, R. A. Hogue-Angeletti, and R. E. Silverman, *"Specific Interaction of Nerve Growth Factor with Receptors in the Central and Peripheral Nervous Systems"*, Surface Membrane Receptors: Interface Between Cells and Their Environment (R. A. Bradshaw, W.A. Frazier, R. C. Merrell, D. I. Gottlieb, and R. A. Hogue-Angeletti, eds.) Plenum Press, NY, 227-246 (1976).

91.  L. Glaser, R. Merrell, D. I. Gottlieb, D. Littman, M. W. Pulliam and R. A. Bradshaw, *"Neuronal Cell Adhesion"*, Surface Membrane Receptors: Interface Between Cells and Their Environment (R. A. Bradshaw, W. A. Frazier, R. C. Merrell, D. I. Gottlieb and R. A. Hogue-Angeletti, eds.) Plenum Press, NY, 109-131 (1976).

92.  R. A. Bradshaw, I. Jeng, R. Y. Andres, M. W. Pulliam, R. E. Silverman, J. Rubin, and J. W. Jacobs, *"The Structure and Function of Nerve Growth Factor"*, Endocrinology, Proc. of the Vth International Congress of Endocrinology, (V.H.T. James, ed.) Excerpta Medica, Amsterdam, Vol. 2, 206-212 (1977).

93.  R. A. Bradshaw and W. A. Frazier, *"Hormone Receptors as Regulators of Hormone Action"*, Current Topics in Cellular Regulation (B.L. Horecker and E.R. Stadtman, eds.) Academic Press, Inc., NY, Vol. 12, 1-37 (1977).

94.  R. A. Hogue-Angeletti and R. A. Bradshaw, *"Nerve Growth Factor in Snake Venoms"*, Snake Venoms (C.Y. Lee, ed.) Handbook of Experimental Pharmacology, Springer-Verlag, Berlin, Vol. 52, 276-294 (1979).

95.  L. M. Keefer and R. A. Bradshaw, *"Structural Studies on Halobacterium halobium Bacteriorhodopsin"*, Fed. Proc. 36, 1799-1804 (1977).

96.  M. . Sutton, R. R. Fall, A. M. Nervi, A. W. Alberts, P. R. Vagelos and R. A. Bradshaw, *"Amino Acid Sequence of Escherichia coli Biotin Carboxyl Carrier Protein (9100)"*, J. Biol. Chem. 252, 3934-3940 (1977).

97.  I. Jeng and R. A. Bradshaw, *"The Preparation of Nerve Growth Factor"*, Research Methods in Neurochemistry, (N. Marks and R. Rodnight, eds.) Plenum Pub. Corp., New York, NY, Vol. 4, 265-288 (1978).

98.    A. D. Borsodi and R. A. Bradshaw, *"Isolation of Antithrombin III from Normal and $a$-1-Antitrypsin-deficient Human Plasma"*, Thrombosis and Haemostasis, 38, 475-485 (1977).

99.    R. Y. Andres, I. Jeng, and R. A. Bradshaw, *"Nerve Growth Factor Receptors: Identification of Distinct Classes in Plasma Membranes and Nuclei of Embryonic Dorsal Root Neurons"*, Proc. Natl. Acad. Sci. USA 74, 2785-2789 (1977).

100.    R. Y. Andres and R. A. Bradshaw, *"Nerve Growth Factor"*, Biochemistry of Brain (S. Kumar, ed.) Pergamon Press, Ltd., Oxford, 545-562 (1980).

101.    R. A. Bradshaw, *"Nerve Growth Factor"*, Annu. Rev. Biochem. 47, 191-216 (1978).

102.    R. W. Hogg, H. Ishihara, M. A. Hermodson, D. Koshland, Jr., J. W. Jacobs, and R. A. Bradshaw, *"A Comparison of the Amino-terminal Sequences of Several Carbohydrate Binding Proteins from Escherichia coli and Salmonella typhimurium"*, FEBS Letters 80, 377-379 (1977).

103.    R. A. Bradshaw and H. D. Niall, *"Insulin-Related Growth Factors"*, Proc. 6th Asia and Oceania Congress of Endocrinology, (C. J. Seng et al, eds.) Singapore, Vol. 1, 358-364 (1978).

104.    G. A. Grant, L. M. Keefer, and R. A. Bradshaw, *"D-3-Phosphoglycerate Dehydrogenase from Chicken Liver.  I.  Purification"*, J. Biol. Chem. 253, 2724-2726 (1978).

105.    G. A.Grant and R. A. Bradshaw, *"D-3-Phosphoglycerate Dehydrogenase from Chicken Liver.  II. Chemical and Physical Properties"*, J. Biol. Chem. 253, 2727-2731 (1978).

106.    E. M. Johnson, Jr., R. Y. Andres, and R. A. Bradshaw, *"Characterization of Retrograde Transport of Nerve Growth Factor (NGF) Using High Specific Activity [$^{125}$I]NGF"*, Brain Res. 150, 319-331 (1978).

107.    M. R. Sutton and R. A. Bradshaw, *"Identification of Dansyl Dipeptides in the Dansyl-Edman Peptide Degradation"*, Anal. Biochem. 88, 344-346 (1978).

108.    H. D. Niall, R. A. Bradshaw, and G. D. Bryant-Greenwood, *"Relaxin:  An Insulin-Related Growth Factor"*, Transmembrane Signaling, Proc. of the ICN-UCLA Symposium (R. J. Collier, D. F. Steiner, M. Bitensky, and C. F. Fox, eds.) Alan R. Liss, Inc., New York, NY, 651-658 (1979).

109.    S. F. Cramer, R. A. Bradshaw, N. C. Baglan, and J. A. Meyers, *"Nerve Growth Factor in Medullary Carcinoma of the Thyroid"*, Human Pathol. 10, 731-736 (1979).

110.    W. H. Daughaday, I. K. Mariz, J. S. Daniels, J. W. Jacobs, J. S. Rubin, and R. A. Bradshaw, *"Studies on Rat Somatomedin"*, Somatomedins and Growth, Proc. of the Serono Symp. (G. Giordano, J. J. Van Wyk, and F. Minuto, eds.) Academic Press, NY, Vol. 23, 25-29 (1979).

111.    R. A. Bradshaw and H. D. Niall, *"Insulin-Related Growth Factors"*, Trends in Biochemical Sciences 3, 274-278 (1978).

112.    J. W. Jacobs, J. S. Rubin, T. E. Hugli, R. A. Bogardt, I. K. Mariz, J. S. Daniels, W. H. Daughaday, and R. A. Bradshaw, *"Purification, Characterization and Amino Acid Sequence of Rat Anaphylatoxin (C3a)"*, Biochemistry 17, 5031-5038 (1978).

113.    I. Jeng, R. Y. Andres, and R. A. Bradshaw, *"Mouse Nerve Growth Factor: A Rapid Isolation Procedure for the $\alpha$ and $\gamma$ Subunits"*, Anal. Biochem. 92, 482-488 (1979).