Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 504 Att. 2




114. E. M. Johnson, Jr., R. A. Macia, R. Y. Andres, and R. A. Bradshaw, *"The Effects of Drugs Which Destroy the Sympathetic Nervous System on the Retrograde Transport of Nerve Growth Fact"*, Brain Res. 171, 461-472 (1979).

115. J. W. Jacobs, I. K. Mariz, W. H. Daughaday, and R. A. Bradshaw, *"Characterization of the Binding of a Rat Somatomedin to Receptors in Human Placental Cell Membranes"*, Biochem. Biophys. Res. Comm. 86, 869-876 (1979).

116. E. M. Johnson, Jr., H. M. Blumberg, N. V. Costrini, and R. A. Bradshaw, *"Reduction by Reserpine of the Accumulation of Retrogradely Transported $^{125}$I-Nerve Growth Factor in Sympathetic Neurons"*, Brain Res. 178, 389-401 (1979).

117. N. V. Costrini and R. A. Bradshaw, *"Binding Characteristics and Apparent Molecular Size of Detergent-Solubilized Nerve Growth Factor Receptor of Sympathetic Ganglia"*, Proc. Natl. Acad. Sci. USA 76, 3242-3245 (1979).

118. G. W. Hart, K. Brew, G. A. Grant, R. A. Bradshaw, and W. J. Lennarz, *"Primary Structural Requirements for the Enzymatic Formation of the N-Glycosidic Bond in Glycoproteins. Studies with Natural and Synthetic Peptides"*, J. Biol. Chem. 254, 9747-9753 (1979).

119. R. A. Bradshaw and N. V. Costrini, *"Nerve Growth Factor: Structure, Function and Mechanism of Action"*, Growth and Growth Factors, (Japan Med. Res. Foundation, ed.) Univ. of Tokyo Press, Tokyo, 233- 252 (1980).

120. W. H. Daughaday, J. W. Jacobs, I. K. Mariz, and R. A. Bradshaw, *"A Comparison of the Binding Properties of Rat Somatomedin and MSA: Evidence for Multiple Somatomedin Peptides in the Rat"*, Growth and Growth Factors, (Japan Med. Res. Foundation, ed.) Univ. of Tokyo Press, Tokyo, 85-101 (1980).

121. J. R. Benson, P. C. Louie, and R. A. Bradshaw, *"Amino Acid Analysis of Peptides"*, The Peptides-Analysis, Synthesis and Biology (E. Gross and J. Meienhofer, eds.) Academic Press, NY, Vol. 4, 217-260 (1981).

122. R. A. Bradshaw, N. V. Costrini, K. A. Thomas, and J. S. Rubin, *"Structure-Function Studies on Nerve Growth Factor and Its Cell Surface Receptor"*, Frontiers of Protein Chemistry, (T. Y. Liu, G. Mamiya, and K. T. Yasunobu, eds.) Elsevier, New York, 447-461 (1980).

123. N. V. Costrini, M. Kogan, K. Kukreja, and R. A. Bradshaw, *"Physical Properties of the Detergent-extracted Nerve Growth Factor Receptor of Sympathetic Ganglia"*, J. Biol. Chem. 254, 11242-11246 (1979).

124. G. G. Dodson, N. Isaacs, R. A. Bradshaw, and H. D. Niall, *"Possible Relationships in the Processing, Storage and Secretion of Some Insulin Related Peptides"*, Insulin: Chemistry, Structure and Function of Insulin and Related Hormones, (D. Brandenburg and A. Wollmer, eds.) Walter de Gruyter Pub., Berlin (1980) 695-701.

125. R. A. Bradshaw, O. J. Bates, and J. R. Benson, *"Peptide Separations on Substituted Polystyrene Resins: Effect of Cross-Linkage"*, J. Chromatog. 187, 27-33 (1980).

126. H. D. Niall, M. John, R. James, S. Kwok, R. Mercado, G. Bryant-Greenwood, R. A. Bradshaw, M. Gast, and I. Boime, *"Structural Studies on Porcine Relaxins and Their Biosynthetic Precursors"*, Insulin: Chemistry, Structure and Function of Insulin and Related Hormones, (D. Brandenburg and A. Wollmer, eds.) Walter de Gruyter, Pub., Berlin, 719-726 (1980).

Dockets.Justia.com

127. H. Oyama, R. A. Bradshaw, O. J. Bates, and A. Permutt, *"Amino Acid Sequence of Catfish Pancreatic Somatostatin I"*, J. Biol. Chem. 255, 2251-2254 (1980).

128. K. A. Thomas and R. A. Bradshaw, *"Nerve Growth Factor"*, Proteins of the Nervous System (2nd Edition), (R. A. Bradshaw and D. M. Schneider, eds.) Raven Press, NY, 213-230 (1980).

129. R. A. Bradshaw, *"Nerve Growth Factor, Relaxin and the Somatomedins: The Insulin-Related Growth Factors"*, Endocrinology 1980 (Proc. VIth Int. Cong. of Endocrinology), (I. A. Cumming, J. W. Funder, and F. A. O. Mendelsohn, eds.) Australian Acad. Sci., Canberra, Australia, 532-535 (1980).

130. K. A. Thomas, M. C. Riley, S. K. Lemmon, N. C. Baglan, and R. A. Bradshaw, *"Brain Fibroblast Growth Factor: Non-identity with Myelin Basic Protein Fragments"*, J. Biol. Chem. 255, 5517-5520 (1980).

131. R. A. Bradshaw, *"Insulin-Related Growth Factors"*, Protides of Biological Fluids, (H. Peeters, ed.) Pergamon Press, Oxford, Vol. 28, 165-168 (1980).

132. R. A. Bradshaw, G. A. Grant, K. A. Thomas, and A. Z. Eisen, *"Mouse NGF γ Subunit and Crab Collagenase: Two Serine Proteases of Unusual Function"*, Protides of Biological Fluids, (H. Peeters, ed.) Pergamon Press, Oxford, Vol. 28, 119-122 (1980).

133. H. D. Niall, R. James, M. John, J. Walsh, S. Kwok, G. D. Bryant- Greenwood, G. W. Tregear, and R. A. Bradshaw, *"Chemical Studies on Relaxin"*, Relaxin (R. R. Anderson, ed.) Plenum Pub. Corp., NY, 163-173 (1982).

134. K. G. Bitar, A. Perez-Aranda, and R. A. Bradshaw, *"Amino Acid Sequence of L-3-Hydroxyacyl CoA Dehydrogenase from Pig Heart Muscle"*, FEBS Letters 116, 196-198 (1980).

135. G. A. Grant, K. O. Henderson, A. Z. Eisen, and R. A. Bradshaw, *"Amino Acid Sequence of a Collagenolytic Protease from the Hepatopancreas of the Fiddler Crab, Uca pugilator"*, Biochemistry 19, 4653-4659 (1980).

136. R. A. Bradshaw and J. S. Rubin, *"Polypeptide Growth Factors: Some Structural and Mechanistic Considerations"*, J. Supramolecular Struct. 14, 183-199 (1980); Control of Cellular Division and Development (Part A), (D. D. Cunningham, E. Goldwasser, J. Watson, and C. F. Fox eds.) Alan Liss, Inc., NY, 193-209 (1981).

137. G. E. Chapman, K. M. Rogers, T. Brittain, R. A. Bradshaw, O. J. Bates, C. Turner, P. D. Cary, and C. Crane-Robinson, *"The 20,000 Molecular Weight Variant of Human Growth Hormone: Preparation and Some Physical and Chemical Properties"*, J. Biol. Chem. 256, 2395-2401 (1981).

138. J. P. Coghlan, P. J. Considine, D. A. Denton, D. T. W. Fei, L. G. Leksell, M. J. McKinley, A. F. Muller, E. Tarjan, R. S. Weisinger, and R. A. Bradshaw, *"Sodium Appetite in Sheep Induced by Cerebral Ventricular Angiotensin-Comparison with Sodium Deficiency"*, Science 214, 195-197 (1981).

139. R. A. Bradshaw, F. Cancedda, L. H. Ericsson, P. A. Neumann, S. P. Piccoli, M. J. Schlesinger, K. Shriefer, and K. A. Walsh, *"Amino Acid Sequence of Escherichia coli Alkaline Phosphatase"*, Proc. Natl. Acad. Sci. USA 78, 3473-3477 (1981).

140. G. A. Grant, A. Z. Eisen, and R. A. Bradshaw, *"Collagenolytic Protease from Fiddler Crabs (Uca pugilator)"*, Methods in Enzymology (L. Lorand, ed.) 80, 722-734 (1981).

141. K. A. Thomas and R. A. Bradshaw, *"γ-Subunit of Mouse Submaxillary Gland 7S Nerve Growth Factor: An Endopeptidase of the Serine Family"*, Methods in Enzymology (L. Lorand, ed.) 80, 609-620 (1981).

142. K. A. Thomas, R. E. Silverman, I. Jeng, N. C. Baglan, and R. A. Bradshaw, *"Electrophoretic Heterogeneity and Polypeptide Chain Structure of the γ-Subunit of Mouse Submaxillary 7S Nerve Growth Factor"*, J. Biol. Chem. 256, 9147-9155 (1981).

143. K. A. Thomas, N. C. Baglan, and R. A. Bradshaw, *"The Amino Acid Sequence of the γ-Subunit of Mouse Submaxillary Gland 7S Nerve Growth Factor"*, J. Biol. Chem. 256, 9156-9166 (1981).

144. R. T. Fernley, S. R. Lentz, and R. A. Bradshaw, *"Malate Dehydrogenase: Isolation from E. coli and Comparison with the Eukaryotic Mitochondrial and Cytoplasmic Forms"*, Bioscience Reports 1, 497-507 (1981).

145. J. Massague, B. J. Guillette, M. P. Czech, C. J. Morgan, and R. A. Bradshaw, *"Identification of a Nerve Growth Factor Receptor Protein in Sympathetic Ganglia Membranes by Affinity Labeling"*, J. Biol. Chem. 256, 9419-9424 (1981).

146. J. S. Rubin and R. A. Bradshaw, *"Isolation and Partial Amino Acid Sequence Analysis of Nerve Growth Factor From the Guinea Pig Prostate"*, J. Neuroscience Res. 6, 451-464 (1981).

147. R. A. Bradshaw, N. V. Costrini, C. J. Morgan, J. F. Tait, and S. A. Weinman, *"The Interaction of Nerve Growth Factor with Peripheral Neurons: Properties of the Plasma Membrane Receptor"*, Proteins in the Nervous System: Structure and Function, (B. Haber, J. R. Perez- Polo, and J. D. Coulter, eds.) Alan R. Liss, NY, 271-283 (1982).

148. J. E. Tait, S. A. Weinman, and R. A. Bradshaw, *"Dissociation Kinetics of $^{125}$I-Nerve Growth Factor from Cell Surface Receptors: Acceleration by Unlabeled Ligand and Its Relationship to Negative Cooperativity"*, J. Biol. Chem. 256, 11086-11092 (1981).

149. J. J. Birktoft, R. T. Fernley, R. A. Bradshaw, and L. J. Banaszak, *"The Interactions of NAD/NADH with 2-Hydroxy Acid Dehydrogenases"*, Molecular Structure and Biological Activity (J. F. Griffen and W. L. Duax, eds.) Elsevier/North Holland, NY, 37-54 (1982).

150. R. A. Bradshaw, *"Structure, Function and Evolution of Insulin-Related Polypeptides"*, Proteins in Biology and Medicine (R. A. Bradshaw, R. L. Hill, J. Tang, C.-c. Liang, T.-c. Tsao, and C.-l Tsou, eds.) Academic Press, NY, 1-13 (1982).

151. R. A. Bradshaw, C. J. Morgan, J. Massague, M. P. Czech, N. V. Costrini, J. F. Tait, and S. A. Weinman, *"Receptors for Nerve Growth Factor in Responsive Peripheral Neurons"*, Nervous System Regeneration" (B. Haber, J. R. Perez-Polo, G. A. Hashim, and A. M. Giuffrida- Stella, eds.) Alan R. Liss, Inc., NY, 47-59 (1983).

152. J. S. Rubin, I. Mariz, J. W. Jacobs, W. H. Daughaday, and R. A. Bradshaw, *"Isolation and Partial Sequence Analysis of Rat Basic Somatomedin"*, Endocrinology 110, 734-740 (1982).

153. G. J. Markelonis, R. A. Bradshaw, T. H. Oh, J. L. Johnson, and O. J. Bates, *"Sciatin is a Transferrin-Like Polypeptide"*, J. Neurochem. 39, 315-320 (1982).

154. R. James, H. D. Niall, and R. A. Bradshaw, *"The Topography of Porcine Relaxin: Location of the Tryptophan Residues,"* Relaxin (R. R. Anderson, ed.) Plenum Pub. Corp., New York, 175-177 (1982).

155. R. A. Bradshaw, *"Relaxin and the Insulin-Related Growth Factors"*, Relaxin (G. D. Bryant-Greenwood, H. D. Niall, and F. C. Greenwood, eds.) Elsevier-North Holland, Inc., Amsterdam, 11-16 (1981).

156. M. J. John, J. R. Walsh, R. J. James, S. Kwok, G. D. Bryant-Greenwood, R. A. Bradshaw, and H. D. Niall, *"Heterogeneity of Porcine Relaxin"*, Relaxin (G. D. Bryant-Greenwood, H. D. Niall, and F. C. Greenwood, eds.) Elsevier-North Holland, Inc., Amsterdam, 17-19 (1981).

157. R. James, H. D. Niall, and R. A. Bradshaw, *"The Topographical Mapping of Porcine Relaxin: Location of the Tryptophan Residues"*, Relaxin (G. D. Bryant-Greenwood, H. D. Niall, and F. C. Greenwood, eds.) Elsevier-North Holland, Inc., Amsterdam, 85-91 (1981).

158. J. J. Birktoft, R. T. Fernley, R. A. Bradshaw, and L. J. Banaszak, *"Amino Acid Sequence Homology Among the 2-hydroxy Acid Dehydrogenases. Mitochondrial and Cytoplasmic Malate Dehydrogenases Form a Homologous System with Lactate Dehydrogenase"*, Proc. Natl. Acad. Sci. USA 79, 6166-6170 (1982).

159. S. K. Lemmon, M. C. Riley, K. A. Thomas, G. A. Hoover, T. Maciag, and R. A. Bradshaw, *"Bovine Fibroblast Growth Factor: Comparison of Brain and Pituitary Preparations"*, J. Cell. Biol. 95, 162-169 (1982).

160. S. K. Lemmon and R. A. Bradshaw, *"Purification and Partial Characterization of Bovine Pituitary Fibroblast Growth Factor"*, J. Cellular Biochem. 21, 195-208 (1983).

161. R. E. Silverman and R. A. Bradshaw, *"Nerve Growth Factor: Subunit Interactions in the Mouse Submaxillary Gland 7S Complex"*, J. Neuroscience Res. 8, 127-136 (1982).

162. R. A. Bradshaw, *"Nerve Growth Factor and Related Hormones"*, Biochemical Actions of Hormones, (G. Litwack, ed.) Academic Press, NY, Vol. X, 91-114 (1983).

163. R. A. Bradshaw and N. V. Costrini, *"The Structure and Function of Nerve Growth Factor"*, Growth and Maturation Factors, (G. Guroff, ed.) John Wiley and Sons, Inc., NY, Vol. 1, 1-30 (1983).

164. G. L. Murdock, C.-C. Chin, R. E. Offord, R. A. Bradshaw, and J. C. Warren, *"Human Placental Estradiol 17β-Dehydrogenase: Identification of a Single Histidine Residue Affinity-Labeled by Both 3-Bromoacetoxyesterone and 12β-Bromoacetoxy-4-estrene-3, 17-dione"*, J. Biol. Chem. 258, 11460-11464 (1983).

165. R. A. Bradshaw, and M. B. Sporn, *"Polypeptide Growth Factors and the Regulation of Cell Growth and Differentiation: Introduction"*, Fed. Proc.42, 2590-2591 (1983).

166. K. D. Hapner, R. N. Kouchalakos and R. A. Bradshaw, *"Sainfoin Lectin Structure"*, Chemical Taxonomy, Molecular Biology and Function of Plant Lectins (I. J. Goldstein and M. E. Etzhar, eds.) Alan R. Liss, Inc. NY, 255-258 (1983).

167. R. A. Bradshaw, *"Regulation of Cell Growth by Polypeptide Factors: Agents of the Nervous System"*, Peptides: Structure and Function (V. J. Hruby and D. H. Rich, eds.) Pierce Chemical Co., Rockford, IL, 641-645 (1983).

168. J. S. Rubin and R. A. Bradshaw, *"Preparation of Guinea Pig Prostate Epidermal Growth Factor"*, Methods for Preparation of Media, Supplements and Substrata for Serum Free Animal Cell Culture (eds. D. W. Barnes, D. A. Sirbasku and G. H. Sato) Alan R. Liss, Inc., New York, Vol. 1, 139-145 (1984).

169. S. K. Lemmon and R. A. Bradshaw, *"Preparation of Bovine Pituitary Fibroblast Growth Factor"*, Methods for Serum Free Culture of Epithelial and Fibroblastic Cells (eds. D. W. Barnes, D. A. Sirbasku and G. H. Sato) Alan R. Liss, Inc., New York,Vol. 3, 199-207 (1984).

170. H. G. Lebherz, O. J. Bates and R. A. Bradshaw, *"Cellular Fructose-$P_2$ Aldolase has a Derivatized (Blocked) $NH_2$-terminus"*, J. Biol. Chem. 259, 1132-1135 (1984).

171. H. G. Lebherz, M. A. Leadbetter and R. A. Bradshaw, *"Isolation and Characterization of the Cytosolic and Chloroplast Forms of Spinach Leaf Fructose Diphosphate Aldolase"*, J. Biol. Chem. 259, 1011-1017 (1984).

172. R. James and R. A. Bradshaw, *"Polypeptide Growth Factors"*, Ann. Rev. Biochem. 53, 259-292 (1984).

173. R. N. Kouchalakos, O. J. Bates, R. A. Bradshaw, and K. D. Hapner *"Lectin from Sainfoin (Onobrychis viciifolia Scop.). Complete Amino Acid Sequence"*, Biochemistry 23, 1824-1830 (1984).

174. P. J. Isackson and R. A. Bradshaw, *"The α-Subunit of Mouse 7S Nerve Growth Factor Is an Inactive Serine Protease"*, J. Biol. Chem. 259, 5380-5383 (1984).

175. J. H. Fallon, K. B. Seroogy, S. E. Loughlin, R. S. Morrison, R. A. Bradshaw, D. J. Knauer and D. D.Cunningham, *"Epidermal Growth Factor-Immunoreactive Material in the Central Nervous System: Location and Development"*, Science 224, 1107-1109 (1984).

176. R. A. Bradshaw, J. C. Dunbar, P. J. Isackson, R. N. Kouchalakos and C. J. Morgan, *"Nerve Growth Factor: Mechanism of Action"*, Mediators in Cell Growth and Differentiation (R. J. Ford and A. L. Maizel, eds.) Raven Press, NY 87-101 (1985).

177. R. James and R. A. Bradshaw, *"Strand Separation of DNA Fragments and Their Isolation from Nondenaturing Polyacrylamide Gels"*, Anal. Biochem. 140, 456-458 (1984).

178. P. J. Isackson, A. Ullrich, and R. A. Bradshaw, *"Mouse 7S Nerve Growth Factor: Complete Sequence of a cDNA Coding for the α-Subunit Precursor and Its Relationship to Serine Proteases"*, Biochemistry 23, 5997-6002 (1984).

179. J.-k. Fang, J. W. Jacobs, B. I. Kanner, E. Racker and R. A. Bradshaw, *"Amino Acid Sequence of Bovine Heart Coupling Factor 6"*, Proc. Natl. Acad. Sci.USA 81, 6603-6607 (1984).

180. R. A. Bradshaw, J. C. Dunbar, L. K. Gowan, P. J. Isackson, R. N. Kouchalakos and R. S. Morrison, *"Growth and Maintenance of Cells in the Nervous System: Regulation by Polypeptide Factors"*, Growth and Differentiation of Cells in Defined Environments (H. Murakami, I. Yamane, D. W. Barnes, J. P. Mather, I. Hayashi and G. H. Sato, eds.), Kodansha, Tokyo/Springer-Verlag, Heidelberg, (1985) 289-294.

181. J. C. Dunbar, G. W. Tregear and R. A. Bradshaw, *"Histidine Residue Modification Inhibits Binding of Murine β Nerve Growth Factor to Its Receptor"*, J. Prot. Chem. 3, 349-356 (1984).

182. P. J. Isackson, J. C. Dunbar, A. Ullrich and R. A. Bradshaw *"The Structure of Murine 7S Nerve Growth Factor: Implications for Biosynthesis"*, Int. J.Neuroscience 26, 95-108 (1985).

183. C. J. Morgan and R. A. Bradshaw, *"Production of a Monoclonal Antibody Directed Against the Nerve Growth Factor Receptor from Sympathetic Membranes"*, J. Cell. Biochem. 27, 121-132 (1985).

184. R. S. Morrison, J. De Vellis, Y. L. Lee, R. A. Bradshaw and L. F. Eng, *"Hormones and Growth Factors Induce the Synthesis of Glial Fibrillary Acidic Protein in Rat Brain Astrocytes"*, J. Neurosci. Res. 14: 167-176 (1985).

185. J. C. Dunbar and R. A. Bradshaw, *"Nerve Growth Factor Biosynthesis: Isolation and Characterization of a Guinea Pig Prostate Kallikrein"*, J. Cell. Biochem. 29, 309-319 (1985)

186. R. S. Morrison, A. Sharma, J. de Vellis, and R. A. Bradshaw, *"Basic Fibroblast Growth Factor Supports the Survival of Cerebral Cortical Neurons in Primary Culture"*, Proc. Natl. Acad. Sci. USA 83, 7537-7541 (1986).

187. E. G. Jones, S. H. C. Hendry, P. Isackson and R. A. Bradshaw *"Approaches to the Study of Gene Expression in the Monkey Cerebral Cortex by Means of In Situ Probes"*, In Situ Hybridization: Applications to Neurobiology (K. Valentino, J. H. Eberwine, and J. D. Barchas, eds.) Oxford, University Press, New York. (1987) 229-234.

188. P. J. Isackson, J. C. Dunbar, and R. A. Bradshaw *"Role of Glandular Kallikreins as Growth Factor Processing Enzymes: Structural and Evolutionary Considerations"*, J. Cell. Biochem. 33. 65-75 (1987).

189. R. N. Kouchalakos and R. A. Bradshaw, *"Nerve Growth Factor Receptor from Rabbit Sympathetic Ganglia Membranes: Relationship between Subforms"*, J. Biol.Chem. 261, 16054-16059 (1986).

190. P. J. Isackson, S. J. Nisco, and R. A. Bradshaw, *"Expression of the Alpha Subunit of 7S Nerve Growth Factor in the Mouse Submandibular Gland"*, Neurochemical Research 12, 959-966 (1987).

191. P. J. Isackson, R. E. Silverman, M. Blaber, A. C. Server, R. A. Nichols, E. M. Shooter, and R. A. Bradshaw *"Epidermal Growth Factor Binding Protein: Identification of a Different Protein"*, Biochemistry 26, 2082-2085 (1987).

192. R. A. Bradshaw, *"The Control of Cell Growth: The Role of Polypeptide Growth Factors and Oncogene Products"*, Oncogenes and Growth Factors (R. A. Bradshaw and S. Prentis, eds.). Elsevier Publishing Co., Amsterdam, xi-xvi (1987).

193. J. C. Dunbar and R. A. Bradshaw *"Amino Acid Sequence of Guinea Pig Prostate Kallikrein"*, Biochemistry 26, 3471-3478 (1987).

194. J. J. Birktoft, R. A. Bradshaw, and L. J. Banaszak, *"Structure of Porcine Heart Cytoplasmic Malate Dehydrogenase: Combining X-ray Diffraction and Chemical Sequence Data in Structural Studies"*, Biochemistry 26, 2722-2734 (1987).

195. L. McAlister-Henn, M. Blaber, R. A. Bradshaw, and S. J. Nisco, *"Complete Nucleotide Sequence of the Escherichia coli Gene Encoding Malate Dehydrogenase"*, Nucleic Acids Research 15, 4993 (1987).

196. M. Blaber, P. J. Isackson, and R. A. Bradshaw, *"A Complete cDNA Sequence for the Major Epidermal Growth Factor Binding Protein in the Male Mouse Submandibular Gland"*, Biochemistry 26, 6742-6749 (1987).

197. S. Huang, R. C. Elliott, P.-S. Lui, R. K. Koduri, J. L. Weickmann, J.-H. Lee, L. C. Blair, P. Ghosh-Dastidar, R. A. Bradshaw, K. M. Bryan, B. Einarson, R. L. Kendall, K. H. Kolacz, and K. Saito, *"Specificity of Cotranslational Amino-Terminal Processing of Proteins in Yeast"*, Biochemistry 26, 8242-8246 (1987).

198. R. S. Morrison. H. I. Kornblum, F. M. Leslie and R. A. Bradshaw, *"Trophic Stimulation of Cultured Neurons from Neonatal Rat Brain by Epidermal Growth Factor"*, Science 238, 72-75 (1987).

199. M. Blaber, R. A. Blevins, K. A. Thomas, P. J. Isackson and R. A. Bradshaw, *"Epidermal Growth Factor Binding Protein: A Model Serine Protease for Enzyme Engineering"*, Protein Structure, Folding, and Design 2 (D. L. Oxender, ed.) Alan R. Liss, N.Y. 131-142 (1987).

200. R. A. Bradshaw, M. Blaber, K. Cavanaugh, D. D. Eveleth, P. J. Isackson, H. I. Kornblum, F. Leslie, R. S. Morrison, M. Schwarz, and A. Sharma, *"Neurotrophic Factors of the Central Nervous System: Synthesis and Activities"*, Neuronal Plasticity and Trophic Factors (Symposia in Neuroscience, Vol. 7) (G. Biggio, P. F. Spano, G. Toffano, S. H. Appel and G. L. Gessa, eds) Liviana Press-Springer Verlag Padona-Berlin, 9-22 (1988).

201. M. Blaber, D. D. Eveleth and R. A. Bradshaw, *"Purification of the Nerve Growth Factor Receptor"*, Nerve Growth Factors (R. Rush, ed) Wiley-Interscience, Chichester 279-298 (1989).

202. S. M. Arfin and R. A. Bradshaw, *"Cotranslational Processing and Protein Turnover in Eukaryotic Cells"*, Biochemistry 27, 7979-7984 (1988).

203. M. A. Schwarz, P. J. Brown, D. D. Eveleth, and R. A. Bradshaw, *"Modulation of Growth Factor Induced Fiber Outgrowth in Rat Pheochromocytoma (PC12) Cells by a Fibronectin Receptor Antibody"*, J. Cell. Physiol. 138, 121-128 (1989).

204. S. Raffioni, P. Luporini, B. T. Chait, S. . Disper and R .A. Bradshaw, *"Primary Structure of the Mating Pheromone Er-1 of the Ciliate Euplotes raikovi"*, J. Biol. Chem. 263, 18152-18159 (1988).

205. M. A. Schwarz, D. Fisher, R. A. Bradshaw and P. J. Isackson, *"Isolation and Sequence of a cDNA Clone of β-Nerve Growth Factor from the Guinea Pig Prostate Gland"*, J. Neurochem. 52, 1203-1209 (1989).

206. D. D. Eveleth and R. A. Bradshaw, *"Internalization and Cycling of Nerve Growth Factor in PC12 Cells: Interconversions on Type II (Fast) and Type I (Slow) Nerve Growth Factor Receptors"*, Neuron, 1, 929-936 (1988).

207. R. A. Bradshaw and K. P. Cavanaugh, *"Isolation and Characterization of Growth Factors"*, Peptide Growth Factors and their Receptors I (M. B. Sporn and A. B. Roberts, eds.) Handbook of Experimental Pharmacology 95/I, Springer-Verlag, Berlin (1990) 17-36.

208. S. Raffioni, P. Luporini, and R. A. Bradshaw, *"Purification, Characterization and Amino Acid Sequence of the Mating Pheromone Er-10 of the Ciliate Euplotes raikovi"*, Biochemistry 28, 5250-5255 (1989).

209. R. A. Bradshaw, *"Protein Translocation and Turnover in Eukaryotic Cells,"* Trends Biochem. Sci. 14, 276-279 (1989).

210. D. D. Eveleth, R. Hanecak, G. M. Fox, H. Fan, and R. A. Bradshaw, *"v-src Genes Stimulate Neurite Outgrowth in Pheochromocytoma (PC12) Variants Unresponsive to Neurotrophic Factors"*, J. Neurosci. Res. 24, 67-71 (1989).

211. M. Blaber, P. J. Isackson, J. C. Marsters, Jr., J. P. Burnier and R. A. Bradshaw, *"Substrate Specificitites of Growth Factor Associated Kallikreins of the Mouse Submandibular Gland"*, Biochemistry 28, 7813-7819 (1989).

212. R. A. Bradshaw, J. G. Altin, M. Blaber, K. Cavanaugh, D. D. Eveleth, H. I. Kornblum, F. M. Leslie, and S. Raffioni *"Neurotrophic Factors in the CNS: Biosynthetic Processing and Functional Responses"*, Molecular and Cellular Mechanisms of Neuronal Plasticity and Aging in Alzheimer's Disease (Progress in Brain Research, Vol 86) Elsevier Publishers, N.Y., 157-167 (1990).

213. R. L. Kendall, R. Yamada, and R. A. Bradshaw *"Co-translational Amino Terminal Processing"*, Methods in Enzymology (Gene Expression Technology, D. V. Goeddel, ed.) 185, 398-407 (1990).

214. M. Blaber, P. J. Isackson and R. A. Bradshaw *"Glandular Kallikreins as Growth Factor Processing Enzymes"*, Growth Regulation and Carcinogenesis (W. R. Paukovits, ed.) CRC-Uniscience, Vol. II, 179-198 (1991).

215. K. P. Cavanaugh, D. Gurwitz, D. D. Cunningham and R. A. Bradshaw *"Reciprocal Modulation of Astrocyte Stellation by Thrombin and Protease Nexin-1"*, J. Neurochem. 54, 1735-1743 (1990).

216. J. G. Altin and R. A. Bradshaw, *"Production of 1,2-Diacylglycerol in PC12 Cells by Nerve Growth Factor and Basic Fibroblast Growth Factor"*, J. Neurochem. 54, 1666-1676 (1990).

217. M. Blaber, P. J. Isackson, and R. A. Bradshaw, *"The Characterization of Recombinant Mouse Glandular Kallikreins From E. coli"*, Proteins: Structure, Function and Genetics 7, 280-290 (1990).

218. R. A. Bradshaw, S. Raffioni, P. Luporini, B. Chait, T. Lee, and J. Shively, *"Amino Acid Sequence/Mass Spectrometer Analyses of Mating Pheromones of the Ciliate Euplotes raikovi"*, Analytical Biotechnology: Capillary Electrophoresis and Chromatography (C. Horvath and J. G. Nikelly, eds.) ACS Symposium Series #434, Washington D.C. 153-161 (1990).

219. S. Raffioni, R. A. Bradshaw, and P. Luporini, *"Amino Acid Sequence Analysis of Mating Pheromones of the Ciliate Euplotes raikovi"*, Zoological Sciences 7, 97- 101 (1990).

220. C. Ortenzi, C. Miceli, R. A. Bradshaw, and P. Luporini, *"Identification and Initial Characterization of an Autocrine Pheromone Receptor in the Ciliate Euplotes raikovi"*, J. Cell. Biol. 111, 607-614 (1990).

221. R. A. Bradshaw, J. G. Altin, D. D. Eveleth, H. R. Herschman, D. Kujubu, and S. Raffioni, *"Polypeptide Growth Factors: Receptor Structure and Mechanism of Action"*, Contributions to Cellular and Molecular Endocrinology (H. L. Henry and A. N. Norman, eds.) (Proc. of the 12th Annual Univ. Cal. Riverside-Nichols Inst. Symp) 22-34 (1990).

222. S. Sinha, H. F. Dovey, P. Seubert, P. J. Ward, R. W. Blacher, M. Blaber, R. A. Bradshaw, M. Arici, W. C. Mobley, and I. Lieberburg, *"The Protease Inhibitory Properties of the Alzheimer's $\beta$ -Amyloid Precursor Protein"*, J. Biol. Chem. 265, 8983-8985 (1990).

223. H. I. Kornblum, H. K. Raymon, R. S. Morrison, K. P. Cavanaugh, R. A. Bradshaw, and F. M. Leslie, *"Epidermal Growth Factor and Basic Fibroblast Growth Factor: Effects on an Overlapping Population of Neocortical Neurons in vitro"*, Brain Res. 535, 255-263 (1990).

224. D. Anderson, S. Raffioni, P. Luporini, R. A. Bradshaw and D. Eisenberg, *"Crystallization of the Euplotes raikovi Mating Pheromone Er-1"*, J. Mol. Biol. 216, 1-2 (1990).

225. J. G. Altin, R. Wetts and R. A. Bradshaw, *"Microinjection of a p21ras Antibody into PC12 Cells Inhibits Neurite Outgrowth Induced by Nerve Growth Factor and Basic Fibroblast Growth Factor"*, Growth Factors 4, 145-155 (1991).

226. R. Yamada and R. A. Bradshaw, *"Rat Liver Polysome $N^{\alpha}$-Acetyltransferase: Isolation and Characterization"*, Biochemistry 30, 1010-1016 (1991).

227. R. Yamada and R. A. Bradshaw, *"Rat Liver Polysome $N^{\alpha}$-Acetyltransferase: Substrate Specificity"*, Biochemistry (1990) 30, 1017-1021 (1991).

228. J. G. Altin, D. A. Kujubu, S. Raffioni, D. D. Eveleth, H. R. Herschman, and R. A. Bradshaw, *"Differential Induction of Primary-response (TIS) Genes in PC12 Pheochromocytoma Cells and the Unresponsive Variant PC12nnr5"*, J. Biol. Chem. 266, 5401-5406 (1991).

229. B. Boilly, K. P. Cavanaugh, D. Thomas, H. Hondermarck, S. V. Bryant and R. A. Bradshaw, *"Acidic Fibroblast Growth Factor is Present in Regenerating Limb Blastemas of Axolotls and Binds Specifically to Blastema Tissues"*, Dev. Biol. 145, 302-310 (1991).

230. M. S. Pessin, J. G. Altin, M. Jarpe, F. Tansley, R. A. Bradshaw and D. M. Raben, *"Carbachol Stimulates a Different Phospholipid Metabolism Than Nerve Growth Factor and Basic Fibroblast Growth Factor in PC12 Cells"*, Cell Regulation 2, 383-390 (1991).

231. C. Miceli, A. La Terza, R. A. Bradshaw, and P. Luporini, *"Structural Characterizationof Mating Pheromone precursors of the ciliate protozoan Euplotes raikovi"*, Eur.J.Biochem. 202, 759-764 (1991).

232. J. H. Fallon, J. DiSalvo, S. E. Loughlin, G. Gimenez-Gallego, K. B. Seroogy, R. A. Bradshaw, R. S. Morrison, P. Ciofi, and K. A. Thomas, *"Localization of Acidic Fibroblast Growth Factor within the Mouse Brain Using Biochemical and Immunocytochemical Techniques"*, Growth Factors, 6, 139-157 (1992).

233. J. G. Altin and R. A. Bradshaw, *"Nerve Growth Factor and Related Substances: Structure and Mechanism of Action"*, Neurotrophic Factors (J. H. Fallon and S. E. Loughlin, eds.) Academic Press, San Diego, 129-180 (1993).

234. C. Miceli, A. La Terza, R. A. Bradshaw and P. Luporini, *"Identification and Structural Characterization of a cDNA Clone Encoding a Membrane-bound Form of the Polypeptide Pheromone Er-1 in the Ciliate Protozoan Euplotes raikovi"*, Proc.Natl.Acad.Sci. USA 89, 1988-1992 (1992).

235. S. Raffioni, C. Miceli, A. Vallesi, S. K. Chowdhury, B. T. Chait, P. Luporini, and R. A. Bradshaw, *"Primary Structure of Euplotes raikovi Pheromones: Comparison of Five Sequences of Pheromones from Cells with Variable Mating Interactions"*, Proc.Natl.Acad.Sci. USA 89, 2071-2075 (1992).

236. J. G. Altin, R. Wetts, K. T. Riabowol and R. A. Bradshaw, *"Testing the In Vivo Role of Protein Kinase C and c-Fos in Neurite Outgrowth by Microinjection of Antibodies into PC12 Cells"*, Molecular Biology of the Cell, 3, 323-333 (1992).

237. D. D. Eveleth and R. A. Bradshaw, *"Nerve Growth Factor Nonresponsive Pheochromo-cytoma Cells: Altered Internalization Results in Signaling Dysfunction"*, J. Cell. Biol. 117, 291-299 (1992).

238. A. E. Stewart, S. Raffioni, T. Chaudhary, B. T. Chait, P. Luporini, and R. A. Bradshaw, *"The Disulfide Bond Pairing of the Pheromones Er-1 and Er-2 of the Ciliated Protozoan Euplotes raikovi"*, Prot. Sci 1, 777-785 (1992).

239. S. Raffioni and R. A. Bradshaw, *"Activation of Phosphatidylinositol 3-Kinase by Epidermal Growth Factor, Basic Fibroblast Growth Factor and Nerve Growth Factor in PC12 Pheochromocytoma Cells"*, Proc. Nat'l. Acad. Sci. 89, USA, 9121-9125 (1992).

240. R. L. Kendall and R. A. Bradshaw, *"Isolation and Characterization of the Methionine Aminopeptidase from Porcine Liver Responsible for the Co-translational Processing of Proteins"*, J. Biol. Chem. 267, 20667-20673 (1992).

241. T. Berg, R. A. Bradshaw, O. A. Carretero, J. Chao, L. Chao, J. A. Clements, M. Fahnestock, H. Fritz, F. Gauthier, R. J. MacDonald, H. S. Margolius, B. J. Morris, R. I. Richards, and A. G. Scicli, *"A Common Nomenclature for Members of the Tissue (Glandular) Kallikrein Gene Families"*, Recent Progress on Kinins: Biochemistry and Molecular Biology of the Kallikrein-Kinin System. Agents and Actions Supplements (H. Fritz, W. Müller-Esterl, M. Jochum, A. Roscher, and K. Luppertz, (eds)), Birkhäuser Verlag, Basel, Vol I, 19-25 (1992).

242. H. Hondermarck, J. Sy, R. A., Bradshaw, S. M. Arfin, *"Dipeptide Inhibitors of Ubiquitin-Mediated Protein Turnover Prevent Growth Factor-induced Neurite Outgrowth in Rat Pheochromocytoma PC12 Cells"*, Biochem. Biophys. Res. Comm. 189, 280-288 (1992).

243. R. A. Bradshaw, T. L. Blundell, R. Lapatto, N. Q. McDonald, and J. Murray-Rust, *"Nerve Growth Factor Revisited"*, Trends in Biochem. Sci. 18, 48-52 (1993).

244. Y. Y. Wu and R. A. Bradshaw, *"Effect of Nerve Growth Factor and Fibroblast Growth Factor on PC12 cells: Inhibition by Orthovanadate"*, J. Cell Biol. 121, 409-422 (1993).

245. S. Raffioni, S. E. Buxser, and R. A. Bradshaw, *"The Receptors for Nerve Growth Factor and Other Neurotrophins"*, Ann. Rev. Biochem. 62, 823-850 (1993).

246. L. R. Brown, S. Mronga, R. A. Bradshaw, C. Ortenzi, P. Luporini, and K. Wüthrich, *"Nuclear Magnetic Resonance Solution Structure of the Pheromone Er-10 from the Ciliated Protozoan Euplotes raikovi"*, J. Mol. Biol. 231, 800-816 (1993).

247. R. A. Bradshaw, *"Neurotrophic Factors: Diversities in Structure, Function and Mechanism of Action"*, in Molecular and Cellular Mechanisms of Neural-Immune Interactions, Discussions in Neuroscience IX 3/4, 85-94 (1993).

248. M. Blaber, P. J. Isackson, J. P. Burnier, J. C. Marsters, Jr. and R. A. Bradshaw, *"Synthetic Chimeras of Mouse Growth Factor-Associated Glandular Kallikreins. I. Kinetic Properties"*, Prot. Sci. 2, 1210-1219 (1993).

249. M. Blaber, P. J. Isackson, H. M. Holden, and R. A. Bradshaw, *"Synthetic Chimeras of Mouse Growth Factor Associated Glandular Kallikreins. II. Growth Factor Binding Properties"*, Prot. Sci. 2, 1220-1228 (1993).

250. R. A. Bradshaw, R. Fujii, H. Hondermarck, S. Raffioni, Y. Wu, and M. A. Yarski, *"Polypeptide Growth Factors: Structure, Function and Mechanism of Action"*, Pure and Applied Chemistry, 66, 9-14 (1993); Protein Structure-Function Relationship (Z. H. Zaidi, A. Abbasi, and D.L. Smith, eds.) TWEL Publishers, Karachi, 15-26 (1993).

251. J. Murray-Rust, N. Q. McDonald, T. L. Blundell, M. Hosang, C. Oefner, F. Winkler, and R. A. Bradshaw, *"Topological Similarities in TGF-β2, PDGF-BB, and NGF Define a Superfamily of Polypeptide Growth Factors"*, Structure 1, 153-159 (1993).

252. R. A. Bradshaw and A. E. Stewart, *"Analysis of Protein Modifications: Recent Advances in Detection, Characterization and Mapping"*, Current Opinion in Biotechnology 5, 85-93 (1994).

253. P. Luporini, A. Vallesi, C. Miceli and R. A. Bradshaw, *"Ciliate Pheromones as Early Growth Factors and Cytokines"* in Primordial Immunity: Foundations for Vertebrate Immune Systems (G. Beck, E. L. Cooper, G. S. Habict, and J. J. Marchalonis, eds.) Ann. N.Y. Acad. Sci. 712, 195-206 (1994).

254. A. Obermeier, R. A. Bradshaw, K. Seedorf, A. Choidas, J. Schlessinger, and A. Ullrich, *"Neuronal Differentiation Signals are Controlled by Nerve Growth Factor Receptor/Trk Binding Sites for SHC and PLCγ"*, EMBO J. 13, 1585-1590 (1994).

255. M. Ottiger, T. Szyperski, P. Luginbühl, C. Ortenzi, P. Luporini, R. A. Bradshaw and K. Wüthrich, *"The NMR Solution Structure of the Pheromone Er-2 from the Ciliated Protozoan Euplotes raikovi"*, Prot. Sci. 3, 1515-1526 (1994).

256. S. Mronga, P. Luginbühl, L. R. Brown, C. Ortenzi, P. Luporini, R. A. Bradshaw and K. Wüthrich, *"The NMR Solution Structure of the Pheromone Er-1 from the Ciliated Protozoan Euplotes raikovi"*, Prot.Sci. 3, 1527-1536 (1994).

257. H. Hondermarck, C. S. McLaughlin, S. D. Patterson and R. A. Bradshaw, *"Early Changes in Protein Synthesis Induced by Basic Fibroblast Growth Factor, Nerve Growth Factor, and Epidermal Growth Factor in PC12 Pheochromocytoma Cells"*, Proc. Natl. Acad. Sci. U.S. 91, 9377-9381 (1994).

258. A. E. Stewart, S. M. Arfin and R. A. Bradshaw, *"Protein $NH_2$-terminal Asparagine Deamidase: Isolation and Characterization of a New Enzyme"*, J. Biol. Chem. 269, 23509-23517 (1994).

259. R. A. Bradshaw, J. Murray-Rust, C. F. Ibanez, N. Q. McDonald, R. Lapatto and T. L. Blundell, *"Nerve Growth Factor: Structure/Function Relationships"*, Prot. Sci., 3, 1901-1913 (1994).

260. R. A. Bradshaw, J. Sy, A. E. Stewart, R. L. Kendall, H. Hondermarck and S. M. Arfin, *"Co-translational Modification, Stability and Turnover of Eukaryotic Proteins"*, Biological Membranes: Structure, Biogenesis and Dynamics (Nato ASI Series, Vol. H 82) (J. A. F.Op den Kamp, ed.), Springer-Verlag, Berlin, 155-167 (1994).

261. A. E. Stewart, S. M. Arfin and R. A. Bradshaw, *"The Sequence of Porcine Protein $NH_2$-terminal Asparagine Amidohydrolase. A New Component of the N-End Rule Pathway"*, J. Biol. Chem. 270, 25-28 (1995).

262. Y. Y. Wu and R. A. Bradshaw, *"PC12-E2 Cells: A Stable Variant with Altered Responses to Growth Factor Stimulation"*, J. Cell. Physiol. 164, 522-532 (1995).

263. R. A. Bradshaw, *"Growth Factors"* in Comprehensive Human Physiology: From Cellular Mechanisms to Integration (R. Greger and U. Windhorst, eds) Springer-Verlag, Berlin Heidelberg, Vol. 1 431-450 (1996).