264. P. Luporini, A. Vallesi, C. Miceli and R. A. Bradshaw, *"Chemical Signaling in Ciliates,"*, J. Eukaryotic Microbiol. 42, 208-212 (1995).

265. A. Obermeier, R. A. Bradshaw, K. Seedorf, A. Choidas, J. Schlessinger and A. Ullrich, *"Definition of Signals for Neuronal Differentiation"*, Ann. N.Y. Acad. Sci. 766, 1-17 (1995)

266. S. Raffioni and R. A. Bradshaw, *"Staurosporine Causes Epidermal Growth Factor to Induce Differentiation in PC12 Cells via Receptor Up-regulation"*, J. Biol. Chem. 270, 7568-7572 (1995).

267. S. M. Arfin and R. A. Bradshaw, *"Mechanisms of Regulated Intracellular Protein Degradation"*, The Encyclopedia of Molecular Biology: Fundamentals and Applications. VCH Verlags gMBH, Weinham, Germany, 346-354 (1995).

268. S. M. Arfin, R. L. Kendall, L. Hall, L. H. Weaver, A. E. Stewart, B. W. Matthews and R. A. Bradshaw, *"Eukaryotic Methionyl Aminopeptidases: Two Classes of Cobalt-dependent Enzymes"*, Proc. Natl. Acad. Sci. USA 92, 7714-7718 (1995).

269. A. Vallesi, G. Giuli, R. A. Bradshaw, and P. Luporini, *"Autocrine Mitogenic Activity of Pheromones Produced by the Protozoan Celiate Euplotes raikovi"*, Nature 376, 522-524 (1995).

270. R. A. Bradshaw and H. Hondermarck, *"Nerve Growth Factor Receptors"*, Biomembranes, (A. G. Lee, ed) JAI Press, Inc., Greenwich, Vol. 6, 177-196 (1996).

271. M. S. Weiss, D. H. Anderson, S. Raffioni, R. A. Bradshaw, C. Ortenzi, P. Luporini, and D. Eisenberg, *"A Cooperative Model for Receptor Recognition and Cell Adhesion: Evidence from the Molecular Packing in the I.6Å Crystal Structure of the Pheromone Er-1, from the Ciliated Protozoan Euplotes raikovi"*, Proc. Natl. Acad. Sci. USA 92, 10172-10176 (1995).

272. R. A. Bradshaw and S. M. Arfin, *"Methionine Aminopeptidase: Structure and Function"*, Aminopeptidases (A. Taylor, ed) R.G. Landes Co., Austin, Vol. 6, 4, 91-106 (1996).

273. D. Thomas, S. D. Patterson and R. A. Bradshaw, *"Src Homologous and Collagen Protein (Shc) Binds to F-Actin and Translocates to the Cytoskeleton upon Nerve Growth Factor Stimulation in PC12 Cells"*, J. Biol. Chem. 270, 28924-28931 (1995).

274. J. P. Maufroid, R. A. Bradshaw, B. Boilly and H. Hondermarck, *"Nerve Growth Factor Induced Neurite Outgrowth from Amphibian Neuroepithelial Precursor Cells is Prevented by Dipeptides Inhibiting Ubiquitin-mediated Proteolysis"*, Int. J. Dev. Biol. 40, 609-611 (1996).

275. S. D. Patterson, D. Thomas and R. A. Bradshaw, *"Application of Combined Mass Spectrometry and Partial Amino Acid Sequence to the Identification of Gel-separated Proteins"*, Electrophoresis 17, 877-891 (1996).

276. P. Luporini, A. Vallesi, C. Miceli and R. A. Bradshaw, *"Ciliate Pheromones: Potential Forerunners of Self-Non-self Cell Markers"*, New Directions in Invertebrate Immunology, (K. Söderhäll, S. Iwanaga and G. R. Vasta, eds) SOS Publications, Fair Haven, pp: 343-354 (1996).

277. Y. Y. Wu and R. A. Bradshaw, *"Induction of Neurite Outgrowth by Interleukin-6 Is Accompanied by Activation of Stat3 Signaling Pathway in a Variant PC12 Cell (E2) Line"*, J. Biol. Chem. 271, 13023-13032 (1996).

Dockets.Justia.com

278. Y. Y. Wu and R. A. Bradshaw, *"Synergistic Induction of Neurite Outgrowth by Nerve Growth Factor or Epidermal Growth Factor and Interleukin-6 in PC12 Cells"*, J. Biol. Chem. 271, 13033-13039 (1996).

279. S. Grigoryev, A. E. Stewart, Y. T. Kwon, S. M. Arfin, R. A. Bradshaw, N. A. Jenkins, N. C. Copeland and A. Varshavsky, *"A Mouse Amidase Specific for N-terminal Asparagine: The Gene, the Enzyme and Their Function in the N-End Rule Pathway"*, J. Biol. Chem. 271, 28521-28532 (1996).

280. C. H. Taban, H. Hondermarck, R. A. Bradshaw and B. Boilly, *"Effect of a dipeptide inhibiting ubiquitin-mediated protein degradation on nerve-dependent limb regeneration in the newt"*, Experientia 52, 865-870 (1996).

281. K. W. Walker, S. M. Arfin and R. A. Bradshaw, *"Methionine Aminopeptidase (Type I)"*, Handbook of Proteolytic Enzymes (A. J. Barrett, N. D. Rawlings, and F. F. Woessner, Jr., Eds.) Academic Press, Ltd. London, 1394-1399 (1998).

282. R. A. Bradshaw, S. M. Arfin and K. W. Walker, *"Methionine Aminopeptidase (Type II)"*, Handbook of Proteolytic Enzymes (A.J. Barrett, N. D. Rawlings, and F. F. Woessner, Jr., Eds.) Academic Press, Ltd. London, 1399-1403 (1998).

283. L. M. Thompson, S. Raffioni, J. J. Wasmuth, and R. A. Bradshaw, *"Chimeras of the Native Form or Achondroplasia Mutant (G375C) of Human Fibroblast Growth Factor Receptor 3 Induce Ligand-Dependent Differentiation of PC12 Cells"*, Mol. Cell Biol. 17, 4169-4177 (1997).

284. D. Thomas and R. A. Bradshaw, *"Differential Utilization of ShcA Tyrosine Residues and Functional Domains in the Transduction of EGF-induced MAP kinase Activation in 293T Cells and NGF-induced Neurite Outgrowth in PC12 Cells: Identification of a New Grb2 Binding Site"*, J. Biol. Chem. 272, 22293-22299 (1997).

285. R. L. Lundblad and R. A. Bradshaw, *"Applications of Site-specific Chemical Modification in the Manufacture of Biopharmaceuticals: I: An Overview"*, Biotechnol. App. Biochem. 26, 143-151 (1997).

286. R. A. Bradshaw, W. W. Brickey and K. W. Walker, *"N-Terminal processing: The Methionine Aminopeptidase and Nα-acetyl Transferase Families"*, Trends Biochem. Sci. 23, 263-267 (1998).

287. E. D. Foehr, S. Raffioni, R. Fujii, and R. A. Bradshaw, *"FGF Signal Transduction in PC12 Cells: Comparison of the Responses Induced by Endogenous and Chimeric Receptors"*, Immunology and Cell Biology, 76, 406-413 (1998).

288. R. A. Bradshaw and R. H. Angeletti, *"Post Translational Modifications"* In The Encyclopedia of Molecular Biology (T. E. Creighton, Ed) John Wiley & Sons, New York, 3, 1931-37 (1999).

289. K. W. Walker and R.A. Bradshaw, *"Yeast Methionine Aminopeptidase I Can Utilize Either $Zn^{2+}$ or $Co^{2+}$ as a Cofactor: A Case of Mistaken Identity?"*, Prot. Sci., 7, 2684-2687 (1998).

290. S. Raffioni, Y.-Z. Zhu, R. A. Bradshaw and L. M. Thompson, *"Effect of Transmembrane and Kinase Domain Mutations on FGFR3 Chimera Signaling in PC12 Cells: A Model for the Control of Receptor Tyrosine Activation"*, J. Biol. Chem. 273, 35250-35259 (1998).

291. K. W. Walker, E. Yi, and R. A. Bradshaw, *"Yeast Methionine Aminopeptidase I: Rapid Purification and Improved Activity Assay"*, Biotech. Applied Biochem., 29, 157-163 (1999).

292. K. W. Walker and R.A. Bradshaw, *"Yeast Methionine Aminopeptidase I: Alteration of Substrate Specificity by Site-directed Mutagenesis"*, J. Biol. Chem. 274 13403-409 (1999).

293. S. Raffioni, D. Thomas, E. Foehr, L. M. Thompson, and R. A. Bradshaw, *"Comparison of the Intracellular Signaling Responses by Three Chimeric Fibroblast Growth Factor Receptors in PC12 Cells"*, Proc. Natl. Acad. Sci. U.S.A., 96, 7178-7183 (1999).

294. M. A. Yarski, B. D. Bax, R. A. Hogue-Angeletti and R. A. Bradshaw, *"Nerve Growth Factor α-Subunit: Effect of Site-directed mutations on Catalytic Activity and 7S NGF Complex Formation"*, Biochem. Biophys. Acta. 1477, 253-266 (2000).

295. Y. Y Wu and R. A. Bradshaw, *"Activation of the Stat3 Signaling Pathway is Required for Differentiation by Interleukin-6 in PC12-E2 Cells"*, J. Biol. Chem. 275, 2147-56 (2000).

296. E. D. Foehr, A. Tatavos, E. Tanabe, S. Raffioni, S. Goetz, E. DiMarco, M. De Luca and R. A. Bradshaw, *"Discoidin Domain Receptor 1 (DDR1) Signaling in PC12 Cells: Activation of Juxtamembrane Domains in PDGFR/DDR/TrkA Chimeric Receptors"*, FASEB J. 14, 973-981 (2000).

297. R. A. Bradshaw, C. J. Hope, E. Yi, and K. W. Walker, *"Co- and Post-translational Processing: The Removal of Methionine"*, The Enzymes, 3rd Ed., *"Co- and Post-translational Proteolysis of Proteins"*, Vol. 23, (R. E. Dalbey and D. S. Sigman, eds.), (2000) in press.

298. E. D. Foehr, X. Lin, A. O'Mahoni, R. Geleziunas, R. A. Bradshaw and W. C. Greene, *"NF-kB Signaling Promotes Both Cell Survival and Neurite Process Formation in Nerve Growth Factor-Stimulated PC12 Cells"*, J. Neurosci, 20, 7556-7563 (2000).

299. R. Farias-Eisner, L. Vician, S. Reddy, R. Basconcillo, S.A. Rabbani, Y. Y. Wu, R. A. Bradshaw and H. R. Herschman, *"Expression of the Urokinase Plasminogen Activator Receptor is Transiently Required During "Priming" of PC12 Cells in Nerve Growth Factor-Directed Cellular Differentiation"*, J. Neurosci. Res.63, 341-346 (2001).

300. E. D.. Foehr, S. Raffioni, J. Murray-Rust, and R. A. Bradshaw, "*The Role of Tyrosine Residues in Fibroblast Growth Factor Receptor 1 Signaling in PC12 Cells: Systematic Site-directed Mutagenesis in the Endodomain*", J. Biol. Chem., 276, 37529-37536 (2001).

301. R. A. Bradshaw and E. Yi, "*Methionine Aminopeptidase and Angiogenesis*" in "Proteases in Biology and Medicine," (N. Hooper, ed), Essays in Biochemistry, 38, 65-78 (2002).

302. M. A. Yarski and R. A. Bradshaw, *"Nerve Growth Factor,"* in Encyclopedia of Hormones and Related Cell Regulators, (H. L. Henry and A. W. Norman, eds.), Academic Press, San Diego (2002), in press.

303. R. A. Bradshaw, E. Yi, and K. W. Walker, *"Methionyl aminopeptidase type 1"* in Handbook of Proteolytic Enzymes (A.J. Barrett, N.D. Rawlings and F.F. Woesner, Jr., Eds) 2nd Edition, Academic Press, Ltd. London (2003) in press [this is a revision of #281].

304. R. A. Bradshaw, E. Yi, and K. W. Walker, *"Methionyl aminopeptidase type 2"* in Handbook of Proteolytic Enzymes (A.J. Barrett, N.D. Rawlings and F.F. Woesner, Jr., Eds) 2nd Edition, Academic Press, Ltd. London (2003) in press [this is a revision of #282].

305. D. R. Tyson, S. Larkin, Y. Hamai, and R.A. Bradshaw, *"PC12 Cell Activation by Epidermal Growth Factor Receptor: Role of Autophosphorylation Sites"* , Int'l J. Dev. Neurosci. 21, 63-74 (2003).

306. P. Lad, D. A. Peterson, R. A. Bradshaw, and K. E. Neet, *"Individual and combined effects of TrKA and p75NTR nerve growth factor (NGF) receptors: a role for the high affinity receptor site"*, J.Biol. Chem. 278, 24808 – 817 (2003).

307. R. A. Bradshaw and E. A. Dennis, *"Cell Signaling: Yesterday, Today and Tomorrow"*, Handbook of Cell Signaling (R. A. Bradshaw and E. A. Dennis, eds) Elsevier Academic Press, San Diego Vol 1, 7-9 (2003).

308. D. R. Tyson and R. A. Bradshaw, *"Transmembrane Receptor Oligomerization"*, Handbook of Cell Signaling (R. A. Bradshaw and E. A. Dennis, eds) Elsevier Academic Press, San Diego Vol 1, 361-366 (2003).

309. E. B. Thompson and R. A. Bradshaw, *"Overview of Cell-Cell and Cell-Matrix Interactions"*, Handbook of Cell Signaling (R. A. Bradshaw and E. A. Dennis eds) Elsevier Acacdemic Press, San Diego, Vol 3, 453-454 (2003).

310. R. A. Bradshaw, *"Proteomics Today, Proteomics Tomorrow"*, Biomedical and Pharmaceutical Applications of Proteomics, (H. Hondermarck, ed), Kluwar Press, Amsterdam, 1-17 (2004).

311. R. A. Bradshaw, *"Aminopeptidases"*, Encyclopedia of Biological Chemistry, (W. J. Lennarz and M. D. Lane, eds) Elsevier, Oxford, Vol 1, 96 - 98 (2004).

312. R. A. Bradshaw, *"Methionine aminopeptidase 2 inhibition: anti-angiogenesis and tumour therapy"* Expert Opin.Ther. Patents, 14, 1-6 (2004).

313. R. L. Lundblad, R. A. Bradshaw, D. Gabriel, T. L. Ortel, J. Lawson, and K. G. Mann, *"A review of the therapeutic uses of thrombin"* , Thrombosis and Haemostasis 91, 851-860 (2004).

314. K. F. Medzihradszky, Z. Darula, E. Perlson, M. Fainzilber, R. J. Chalkley, H. Ball, D. Greenbaum, M. Bogyo, D. R. Tyson, R. A. Bradshaw, and A. L. Burlingame, *"O-Sulfonation of serine and threonine - mass spectrometric detection and characterization of a new posttranslational modification in diverse proteins throughout the eukaryotes"* , Mol. Cell. Proteomics 3, 429-440 (2004).

315. J. C. Jimenez, D. R. Tyson, S. Dhar, T. Nguyen, Y. Hamai, R. A. Bradshaw and G. R. Evans, *"Human embryonic kidney cells (HEK-293 cells): characterization and dose-response relationship for modulated release of nerve growth factor for nerve regeneration"*, Plast. Reconstr. Surg. 113, 605 – 610 (2004).

316. M. P. McConnell, S. Dhar, S. Naran, T Nguyen, R. A. Bradshaw and G. R. Evans, *"In vivo induction and delivery of nerve growth factor, using HEK-293 cells"*, Tissue Eng. 10, 1492-501 (2004).

317. R. A. Bradshaw and A. L. Burlingame, *"From Proteins to Proteomics"*, IUBMB Life, 57, 267 - 272 (2005).

318. M. P. McConnell, S. Dhar, T. Nguyen, S. Naran, J. W. Calvert, M. J. Sundine, R. A. Bradshaw and G. R. Evans, *"Nerve growth factor expression response to induction agent booster dosing in transfected human embryonic kidney cells"*, Plast. Reconstr. Surg, 115, 506-14 (2005).

319. N. Nowroozi, S. Raffioni, T. Wang, B. L. Apostol, R. A. Bradshaw, and L. M. Thompson, *"Sustained ERK1/2 but not STAT1 or 3 activation is required for thanatophoric dysplasia phenotypes in PC12 cells"* Human Molecular Genetics 14, 1529-1538 (2005).

320. J. P. Aurikko, B. T. Ruotolo, J. G. Grossman, M. C. Moncrieffe, E. Stephens, V. M. Leppanen, C. V. Robinson, M. Saarma, R. A. Bradshaw, and T. L. Blundell, *"Characterization of symmetric complexes of nerve growth factor and the ectodomain of the pan-neurotrophin receptor, p75NTR"* J. Biol. Chem. 280, 33453-60 (2005).

321. R. L. Lundblad and R. A. Bradshaw *"Addressing Product Improvement Using Chemical Modification in Biopharmaceutical Manufacture: A Case Study Using Blood Coagulation Factor VIII"*, BioProcess International 4 (8), 1-8 (2006).

***Abstracts***

1. L. Kanarek, R. A. Bradshaw, and R. L. Hill, *"Preparation and Characterization of Crystalline Fumarase from Swine Cardiac Muscle"*, Fed. Proc. 23, 370 (1964).

2. L. Kanarek, R. A. Bradshaw, and R. L. Hill, *"The Reversible Dissociation of Fumarase into Subunits"*, Abst. VIth Intern. Cong. Biochem., NY, p. 158 (1964).

3. R. A. Bradshaw, G. W. Robinson, L. Kanarek, and R. L. Hill, *"The Reaction of Swine Heart Fumarase with Thiol Reagents"*, Fed. Proc. 25, 528 (1966).

4. R. A. Bradshaw, W. T. Shearer,and F. R. N. Gurd, *"Sequence and Distinctive Copper-Binding Properties of the Amino Terminal Peptide of Bovine Serum Albumin"*, Fed. Proc. 26, 276 (1967).

5. F. R. N. Gurd, C. R. Hartzell, J. F. Clark, and R. A. Bradshaw, *"Hemic Acid Dissociation in Whale, Seal and Porpoise Myoglobins and Their Alkylated Derivatives"*, Abst. 154th Amer. Chem. Soc. Mtg., Chicago, p. C90 (1967).

6. F. R. N. Gurd, T. . Hugli, and R. A. Bradshaw, *"Structure and Reactivity of Myoglobin"*, Abst. 115th Amer. Chem. Soc. Mtg., San Francisco (1968).

7. C. R. Blagg, R. A. Bradshaw, D. Beckley, and S. S. A. Fenton, *"Serum Free Hydroxyproline Levels in Chronic Renal Diseases"*, Abst. 3rd Annual Meeting American Society of Nephrology, Washington, DC, December 7 (1969).

8. R. H. Angeletti, R. A. Bradshaw, and R. D. Wade, *"Structural Studies of Mouse Submaxillary Nerve Growth Factor"*, Abst. Nat. Acad. Sci. Mtg., Houston, Texas, October (1970).

9. E. P. Schulenburg, R. G. Lynch, E. S. Simms, R. A. Bradshaw, and H. N. Eisen, *"Primary Structure of Light Chain from the Myeloma Protein Produced by Mouse Plasma Cytoma MOPC-315"*, Fed. Proc. 30, 468 (1971).

10. P. A. Neumann, R. A. Bradshaw, and M. J. Schlesinger, *"Studies on the Primary Structureof E. coli Alkaline Phosphatase"*, Fed. Proc. 30, 1242 (1971).

11. M. N. Goldstein, V. Land, and R. A. Bradshaw, *"Stimulation of Human Neuroblastomas in vitro with Nerve Growth Factor"*, Proc. Amer. Assoc. Can. Res. 13, 89 (1972).

12. B. E. Glatthaar, D. Tsernoglou, E. Hill, L. Webb, M. J. Wade, L. J. Banaszak, and R. A. Bradshaw, *"Studies on the Structure of Pig Heart Cytoplasmic Malate Dehydrogenase"*, Fed. Proc. 31, A73 (1972).

13. R. H. Angeletti, W. A. Frazier, and R. A. Bradshaw, *"Topography of Nerve Growth Factor: The Reactivity of Tyrosine and Tryptophan"*, Abst. 8th FEBS Meeting, Amsterdam, August #462 (1972).

14. B. E. Noyes and R. A. Bradshaw, *"Purification and Properties of β-Hydroxyacyl CoA Dehydrogenase from Pig Heart Muscle"*, Fed. Proc. 32, 624 (1973).

15. R. A. Bradshaw, B. E. Noyes, B. E. Glatthaar, and J. S. Garavelli, *"Structure, Function and Evolution of Mitochondrial β-Hydroxyacyl-CoA and Malate Dehydrogenases"*, Abst. 9th Int. Cong. Biochem., Stockholm, p. 56 (1973).

16. B. E. Glatthaar, G. R. Barbarash, B. E. Noyes, L. J. Banaszak, and R. A. Bradshaw, *"The Generation of Subforms During the Isolation of the Isozymes of Pig Heart Malate Dehydrogenase and Aspartate Aminotransferase"*, Abst. of the Isozyme Conf., Virgin Islands (1973).

17. W. A. Frazier, L. F. Boyd, A. Szutowicz, M. W. Pulliam, and R. A. Bradshaw, *"Properties and Relationship of Specific Binding of $^{125}$I-Nerve Growth Factor to Responsive Neurons and Peripheral Organs"*, Fed. Proc. 33, 1551 (1974).

18. L. J. Banaszak, B. E. Glatthaar, G. R. Barbarash, L. Webb, and R. A. Bradshaw, *"Structure-Sequence Correlations in Cytoplasmic Malate Dehydrogenase"*, Fed. Proc. 33,1383 (1974).

19. R. A. Bradshaw, P. A. Neumann, F. Cancedda, K. Shriefer, J. D. Hecht, and M. J. Schlesinger, *"Structural Studies on E. coli Alkaline Phosphatase"*, Fed. Proc. 34, 630 (1975).

20. M. R. Sutton, B. E. Glatthaar, J. S. Garavelli, L. J. Banaszak, and R. A. Bradshaw, *"Sequence Studies on Pig Heart Mitochondrial Malate Dehydrogenase"*, Fed. Proc. 34, 630 (1975).

21. M. W. Pulliam, A. Szutowicz, W. A. Frazier, L. F. Boyd, and R. A. Bradshaw, *"Specific Binding of $^{125}$I-Nerve Growth Factor to Chick Embryonic Brain, Heart and Peripheral Neurons"*, Trans. Amer. Soc. Neurochem. 6, 88 (1975).

22. R. A. Hogue-Angeletti, W.A. Frazier, J. Jacobs, H. D. Niall, and R. A. Bradshaw, *"Cobra Venom Nerve Growth Factor: Isolation and Partial Amino Acid Sequence"*, Trans Amer.Soc. Neurochem. 6, 88 (1975).

23. G. Schonfeld and R. A. Bradshaw, *"Region-Specific Antisera against Human Apolipoprotein A-1"*, Abst. 48th Scientific Sessions, Suppl. II to Circulation Vol 51 and 52, 1-17 (1975).

24. I. M. Jeng, R.Y. Andres, and R. A. Bradshaw, *"Effect of Triton on the Binding of $^{125}$I-NGF to Embryonic Sensory Ganglia"*, Trans. Am. Soc. Neurochem. 7, 189 (1976)

25. I. M. Jeng, R.Y. Andres, and R. A. Bradshaw, *"Direct Isolation of the $\alpha$ and $\gamma$- Subunits of the Mouse Nerve Growth Factor Complex"*, Fed. Proc. 35, 1684 (1976).

26. R. A. Bradshaw, *"Growth Factors"*, Abst. USSR-USA Symposium on Chemistry and Physics of Proteins, Riga, USSR, 40-42 (1976).

27. E. M. Johnson, Jr., R.Y. Andres, R.M. Macia and R. A. Bradshaw, *"Effects of drugs which produce sympathectomy on the retrograde transport and accumulation of NGF"*, Soc. Neurosc. Abstr. 3, 21 (1977).

28. R. A. Bradshaw, I. Jeng, and R. E. Silverman, *"Structural Aspects of the Mouse Nerve Growth Factor Complex"*, Trans. Am. Soc. Neurochem. 8, 64 (1977).

29. R. Y. Andres, J. S. Rubin, and R. A. Bradshaw, *"Specific Nuclear Binding of Nerve Growth Factor"*, Trans. Am. Soc. Neurochem. 8, 190 (1977).

30. G. A. Grant, K. O. Henderson, A. Z. Eisen, and R. A. Bradshaw, *"Structural Studies on a Collagenolytic Serine Protease from Fiddler Crab"*, Fed. Proc. 36, 837 (1977).

31. G. W. Hart, G. A. Grant, and R. A. Bradshaw, *"Primary Structural Requirements for the Glycosylation of Proteins"*, Fed. Proc. 37, 1684 (1978).

32. R. A. Bradshaw and H. D. Niall, *"Polypeptide Hormones: Evolutionary Considerations"*, Proc. of the Australian Biochemical Society 11, Q13 (1978).

33. N. V. Costrini and R. A. Bradshaw, *"Binding Characteristics and Apparent Molecular Size of the Nerve Growth Factor Receptor from Sympathetic Neurons"*, Clinical Research 26, 678A (1978).

34. K. A. Thomas, R. E. Silverman, I. Jeng, N. C. Baglan, and R. A. Bradshaw, *"Purification, Characterization and Partial Amino Acid Sequence of the γ-Protease of Mouse 7S Nerve Growth Factor"*, Fed. Proc. 38, 324 (1979).

35. M. Gast, R. Mikado, G. Bryant-Greenwood, R. A. Bradshaw, H. Niall, and I. Boime,*"Identification of a Stable Precursor to Relaxin in a Cell Free System"*, Abst. 26 Mtg. Soc. Gyn. Invest., p. 165 (1979).

36. N. V. Costrini and R. A. Bradshaw, *"Nerve Growth Factor: Molecular Properties of the Plasma Membrane Receptor of Rabbit Superior Cervical Neurons"*, Abst. 61st Mtg. of the Endocrine Society, 222 (1979).

37. R. A. Bradshaw, N. V.Costrini, E. M. Johnson, M. Kogan, J. S. Rubin, and K. A. Thomas, *"Nerve Growth Factor: Structural and Mechanistic Considerations"*, Abst. VIIth Mtg. Int. Soc. for Neurochemistry, Jerusalem, Israel p. 6 (1979).

38. M. A. Piron, P. DeMeyts, R. Humbel, H. D. Niall, R. A. Bradshaw, and B. Kemp,*"The Negative Cooperativity of the Insulin Receptor: Studies with Insulin-Like Growth Factors (IGF), Relaxin, Nerve Growth Factor (NGF) and a Synthetic Hexapeptide from the B Chain of Insulin"*, Abst. 2nd Int. Insulin Symp., Aachen, W. Germany, p. 123 (1979).

39. M. Niall, H. Wilmot, and R. A. Bradshaw, *"Ontogenesis of Hepatic Plasma Membrane and Intracellular Lactogenic Receptors During Rapid Growth in the Rat"*, Proc. of the Endocrine Society of Australia 22, 61 (1979).

40. H. . Agrawal, K. O'Connell, D. Leeke, and R. A. Bradshaw, *"In vivo Phosphorylation of Myelin Basic Proteins in Developing Brain"*, Trans. Amer. Soc. Neurochem. 11, 89 (1980).

41. J. S. Rubin, N. V. Costrini, and R. A. Bradshaw, *"Structure and Function of Nerve Growth Factor from Guinea Pig Prostate and Mouse Submaxillary Gland"*, J. Supramol. Structure, Suppl. 4, 59 (1980).

42. K. G. Bitar, A. Perez-Aranda, T. A. Meininger, R. A. Bradshaw, *"Primary Structure of L-3-Hydroxyacyl CoA Dehydrogenase from Pig Heart"*, Fed. Proc. 39, 1998 (1980).

43. S. P. Piccoli, F. Cancedda, P. A. Neumann, K. Shriefer, M. J. Schlesinger, and R. A. Bradshaw, *"Amino Acid Sequence of E. coli Alkaline Phosphatase"*, Fed. Proc. 39, 1997 (1980).

44. H. Oyama, H. Hirsch, K. Gabbay, R. A. Bradshaw, and A. Permutt, *"Isolation and Characterization of Somatostatin from Fish Pancreatic Islets"*, Abst. 62nd Mtg. of the Endocrine Society, p. 177 (1980).

45. C. J. Morgan, R. A. Bradshaw, J. Massague, B. J. Guillette, and M. P. Czech, *"Covalent Labeling of the Nerve Growth Factor Receptor of Rabbit Sympathetic Ganglia"*, J. Supramol. Struct. and Cell Biochem. Suppl. 5, 266 (1981).

46. J. S. Rubin, M. Lieberman, N. V. Costrini, and R. A. Bradshaw, *"Isolation and Sequence Analysis of Epidermal Growth Factor from Guinea Pig Prostate Gland"*, Fed. Proc. 40, 1710 (1981).

47. J. S. Rubin, I. K. Mariz, W. H. Daughaday, and R. A. Bradshaw, *"Isolation and Partial Sequence Analysis of Rat Basic Somatomedin"*, Abst. 63rd Mtg. of the Endocrine Society, 107 (1981).

48. R. T. Fernley and R. A. Bradshaw, *"Structure and Evolution of Eukaryotic and Prokaryotic Malate Dehydrogenases"*, Proc. of the Australian Biochemical Society, 14, 32 (1981).

49. G. J. Markelonis, R. A. Bradshaw, and T. H. Oh, *"The Myotrophic Protein Sciatin is a Transferrin-Like Polypeptide"*, Trans. Amer. Soc. Neurochem. 13, 244 (1981).

50. R. A. Bradshaw, *"Structure and Function of the Nerve Growth Factor Receptor of Peripheral Neurons"*, J. Cellular Biochem., Suppl. 6, 110 (1982).

51. S. K. Lemmon, M. C. Riley, R. A. Bradshaw, K. A. Thomas, G. A. Hoover, and T. Maciag, *"A Comparison of Bovine Brain and Pituitary Fibroblast Growth Factors"*, J. Cellular Biochem., Suppl. 6, 147 (1982).

52. R. A. Bradshaw, *"Nerve Growth Factor and Related Substances: Structure, Function and Evolution"*, Proc. 13th International Cancer Congress, Seattle, WA, p 155 (1982).

53. R. . Bradshaw, *"Fibroblast Growth Factor: Brain and Pituitary Forms"*, Trans. Amer. Soc. Neurochem. 14, 192 (1983).

54. P. J. Isackson, D. K. Hopson, S. J. Nisco, and R. A. Bradshaw, *"Characterization of Two Forms of the $\alpha$-Subunit of Mouse Submandibular Gland 7S Nerve Growth Factor"*, Fed. Proc. 42, 1831 (1983).

55. R. A. Bradshaw, J. C. Dunbar, P. J. Isackson, R. N. Kouchalakos, and C. J. Morgan, *"Structural Properties of Murine Nerve Growth Factor and Its Receptor"*, J. Neurochem. 41 (Suppl), S126 D (1983).

56. R. A. Bradshaw, *"Receptors for Nerve Growth Factor: Structure and Subcellular Distribution"*, Proc. Int. Union of Phys. Sciences XV, 439 (1983).

57. J. C. Warren, G. Murdock, J.-k. Fang, and R. A. Bradshaw, *"Primary Structure (Amino Acid Sequence) of Estradiol 17$\beta$-Dehydrogenase"*, Abst. 31st Mtg Soc. Gyn. Invest., 192 (1984).

58. J.-k. Fang, J. J. Birktoft, L. J. Banaszak, J. C. Warren and R. A. Bradshaw, *"Amino Acid Sequences of Cytoplasmic Malate Dehydrogenase and 17$\beta$-Estradiol Dehydrogenase: Comparison with Other $NAD^+$-dependent Dehydrogenases"*, Fed. Proc. 43, 1867 (1984).

59. R. S. Morrison, J. DeVellis, L. F. Eng and R. A. Bradshaw, *"Hormones and Growth Factors Induce the Synthesis of Glial Fibrillary Acidic Protein in Rat Brain Astrocytes"*, Soc. for Neuroscience Abstracts 10, 457 (1984).

60. R. N. Kouchalakos and R. A. Bradshaw, *"Purification of Nerve Growth Factor Receptor from Rabbit Superior Cervical Ganglia Membranes"*, Int. Conf. on Peptide Hormone Receptors: Regulation and Transmission of Information (Paris, France) 25 (1984).

61. S. S. Disper, C. Miceli, P. Luporini, E. Orias and R. A. Bradshaw, *"Partial Amino Acid Sequences of Mating Pheromones of the Ciliate E. raikovi"*, Abstr. Symp.Amer. Prot. Chem., 22 (1985).

62. R. A. Bradshaw, J-k. Fang, R. T. Fernley, M. Chen, J. C. Warren, J. J. Birktoft, and L. J. Banaszak, *"Sequence Comparisons of Cytoplasmic and Mitochondrial $NAD^+$-Dependent Dehydrogenases"*, Biochemistry 24, 3361 (1985).

63. R. N. Kouchalakos and R. A. Bradshaw, *"Relationship between Nerve Growth Factor Receptor Species"*,Abstr., EMBO-EMBL Symp. "Growth Factors, Receptors, and Oncogenes," 106 (1985).

64. P. J. Isackson and R. A. Bradshaw, *"Biosynthesis and Structure of Nerve Growth Factor"*, J. Cell. Biol. 103, 9a (1986).

65. J. H. Fallon, K. B. Seroogy, R. S. Morrison, R. A. Bradshaw, and K. A. Thomas, *"Growth Factors in the CNS: Localization of Fibroblast Growth Factor Immunoreactivity to Neurons of Mouse Hypothalamus"*, Anat. Record 216 110 (1986).

66. P. J. Isackson, R. A. Bradshaw, and E. G. Jones *"Expression of Mouse Nerve Growth Factor Subunits"*,Absts. Soc. Neuroscience, 12, 214 (1986).

67. H. I. Kornblum, R. S. Morrison, R. A. Bradshaw, and F. M. Leslie, *"Effects of Epidermal Growth Factor and Basic Fibroblast Growth Factor on Postnatal Mammalian Neurons in Culture"*, Absts. Soc. Neuroscience 12, 1101 (1986).

68. L. C. Blair, R. A. Bradshaw, K. Bryan, R. C. Elliott, P. Ghosh-Dastidar, R. L. Kendall, R. K. Koduri, S. Huang, J.-H. Lee, P.-S. Liu, K. Saito, and J. L. Weickmann, *"Specificity of Co-translational Amino Terminal Processing of Proteins in Yeast"*, J. Cell. Biochem. Suppl. 11A, 287 (1987).

69. M. Blaber, P. J. Isackson, and R. A. Bradshaw, *"Epidermal Growth Factor Binding Protein: A Model Serine Protease for Enzyme Engineering,* J. Cell Biochem. Suppl. 11C, 223 (1987).

70. M. Chen, G. L. Murdock, R. A. Bradshaw and J. C. Warren *"Human Placental Estradiol 17$\beta$-Dehydrogenase: Primary Structure of the Catalytic Region"*, Abstr. 34th Soc. Gyn. Invest. 82 (1987).

71. R. A. Bradshaw, R. Yamada, R. L. Kendall, *"The Amino Terminal Processing of Proteins: Methionine Aminopeptidase and $N^{\alpha}$-Acetyltransferase"*, J. Cell. Biochem. Suppl. 11A, 240 (1987).

72. S. S. Disper, R. A. Bradshaw, S. Raffioni, C. Miceli, and P. Luporini, *"Partial Amino Acid Sequences of Four Mating Pheromones of the Marine Ciliate Euplotes raikovi"*, Eur. J. Cell Biol. 42 (Suppl. 16), 40 (1986).

73. M. Blaber, R. Blevins, K. A. Thomas, P. J. Isackson and R. A. Bradshaw, *"Growth Factor Processing: Molecular Modelling of EGF and NGF Associated Kallikreins"*, Abst. 1st Symp. Protein Soc. (San Diego, CA) 42 (1987).

74. R. Yamada, R. Kendall and R. A. Bradshaw, *"Co-translational Amino-Terminal Processing of Eukaryotic Proteins"*, Abst. 2nd Protein Soc. (San Diego), CA 34 (1988).

75. S. Raffioni, C. Miceli, P. Luporini, S. S. Disper, and R. A. Bradshaw *"Mating pheromones of Euplotes raikovi: Evidence for two classes"*, Absts. 2nd International Ciliate Molecular Genetics Conf. (Berkeley, CA) 15, (1987).

76. F. M. Leslie, R. S. Broide, K. P. Cavanaugh, R. A. Bradshaw, and J. H. Fallon, *"Epidermal Growth Factor Receptor Localization and Transport within the Rat Brain Striatonigral System"*, Absts. Soc. for Neuroscience 13, 1604 (1987).

77. D. D. Eveleth and R. A. Bradshaw, *"Variant PC12 Cells Which Fail to Respond to Nerve Growth Factor Possess High Affinity NGF Receptors"*, Absts. Soc. Neurosci. 13, 516 (1987).

78. R. E. Borgia and R. A. Bradshaw, *"Amino Acid Sequence Analysis of Porcine Heart Fumarase"*, FASEB Journal, 2, A1746 (1988).

79. R. A. Bradshaw, *"Biosynthesis of Nerve Growth Factor and Epidermal Growth Factor"*, Absts. 14th International Congress of Biochem., Vol I, 24 (1988).

80. D. D. Eveleth and R. A. Bradshaw, *"Antibodies Directed against NGF Receptor"*, Abstracts Society Neuroscience 14, 685 (1988).

81. S. Raffioni, P. Luporini and R. A. Bradshaw, *"Complete Sequence Analysis of Members of a Polypeptide-Pheromone Family Secreted by the Ciliated Protozoan Euplotes raikovi"*, Abstracts 4th Int. Congress Cell Biology 62 (1988).

82. R. Yamada, R. L. Kendall, and R. A. Bradshaw, *"Co-translational Amino-terminal Processing of Eukaryotic Proteins"*, Absts 2nd Symposium Protein Society 69, (1988).

83. R. A. Bradshaw, S. Raffioni, P. Luporini, B. Chait, T. Lee, and J. Shively, *"Amino Acid Sequence/Mass Spectrometer Analysis of Mating Pheromones of the Ciliate E. raikovi"*, Absts 196th Meeting American Chem. Soc., ANYL 89, (1988).

84. C. Ortenzi, C. Miceli, R. A. Bradshaw, and P. Luporini, *"Self-recognition in Ciliated Protozoa: Identification and Purification of Autocrine Receptors for the Mating Pheromone Er-1 of Euplotes Raikovi"*, Abst. VIII Inst. Cong. Protozoology 105 (1989).

85. S. Raffioni, R. A. Bradshaw, and P. Luporini, *"Amino Acid Sequence Analysis of Mating Pheromones of the Ciliate Euplotes raikovi"*, Absts VIII Int. Cong. Protozoology 51 (1989).

86. P. J. Isackson, M. Blaber, K. Cavanaugh, and R. A. Bradshaw *"Processing of Recombinant Nerve Growth Factor"*, Absts. Soc. Neurosci. 15, 866 (1989).

87. J. G. Altin and R. A. Bradshaw, *"Induction of 1,2-Diacylglycerol by Nerve Growth Factor and Basic Fibroblast Growth Factor in PC12 Cells Is Primarily from Phospholipids other than the Phosphoinositides"*, Absts. Soc. Neurosci. 15, 866 (1989).

88. H. I. Kornblum, H. K. Raymon, R. S. Morrison, K. P. Cavanaugh, R. A. Bradshaw, and F. M. Leslie, *"Epidermal Growth Factors and Basic Fibroblast Growth Factor Affect Overlapping Populations of Neocortical Neurons"*, Absts. Soc. Neurosci. 15, 1362 (1989).

89. R. A. Bradshaw, M. Blaber, and P. J. Isackson, *"Biosynthesis of EGF and NGF"*, J. Cell. Biochem., Suppl. 14F, 80 (1990).

90. D. M. Raben, M. S. Pessin, L. A. Rangan, T. M. Wright, R. A. Bradshaw, and J. G. Altin, *"Kinetic and Molecular Species Analyses of Agonist-induced Increases in Diglycerides"*, J. Cell. Biochem., Suppl. 14F, 84 (1990).

91. M. S. Pessin, J. G. Altin, R. A. Bradshaw, and D. M. Raben, *"Agonist Dependent Differences in Molecular Species of Stimulated Diglycerides"*, J. Cell. Biochem. Suppl. 14F, 101 (1990).

92. M. S. Pessin, J. G. Altin, R. A. Bradshaw, and D. M. Raben, *"Molecular Species Differences of PC12 Diglycerides: Comparison of Carbachol, NGF and bFGF"*, FASEB J. 4, A2059 (1990).

93. R. A. Bradshaw, J. Altin, D. D. Eveleth, R. Fujii, H. R. Herschman, D. Raben, S. Raffioni, and Y. Wu, *"Signal Transduction in PC12 Cells by NGF and bFGF"*, Absts., 4th Symp Prot. Soc., San Diego, CA, #C, (1990).

94. S. Raffioni and R. A. Bradshaw, *"bFGF Stimulates Tyrosine Kinase Activity in PC12 Cells"*, Absts. NYAS Mtg., The Fibroblast Growth Factor Family, La Jolla, CA (1991), Part B #30.

95. B. Boilly, K. Cavanaugh, D. Thomas, H. Hondermarck, S. V. Bryant, R. A. Bradshaw, *"Regenerating Limb Blastomas of Axolotls Contain and Bind Fibroblast Growth Factor"*, Absts. NYAS Mtg., The Fibroblast Growth Factor Family, La Jolla, CA (1991), Part C #22.

96. B. Boilly, D. Thomas, H. Hondermarck, S. V. Bryant, R. A. Bradshaw, *"Acidic Fibroblast Growth Factor is Present in Regenerating Limb Blastemas of Axolotls"*, Biol. of the Cell, 69, 3e (1990).

97. J. G. Altin, R. Wetts, R. A. Bradshaw, *"Neurite Induction by NGF and bFGF in PC12 Cells is Potentiated by Microinjection of Antibodies to c-fos"*, Proc. Australian Biochem. Soc. 22, C46 (1990).

98. R. A. Bradshaw, M. Blaber and P. J. Isackson, *"Processing of Growth Factor Precursor"*, J. Cell Biochem. Suppl. 15G, 106 (1991).

99. R. A. Bradshaw, M. Blaber and P. J. Isackson, *"Proteolytic Processing of the Precursors of NGF and EGF: The Role of Glandular Kallikreins"*, Absts. Endocrine Soc. Mtg., 28, (1991).

100. R. L. Kendall and R. A. Bradshaw, *"Isolation and Characterization of Porcine Liver Methionine Aminopeptidase"*, Absts. 5th Symp. Prot. Soc., 93 (1991).

101. R. A. Bradshaw, M. Blaber, P. J. Isackson and M. A. Yarski, *"Growth Factor Processing by Glandular Kallikreins"*, Absts. Int. Conf. Kinin-'91 Munich, 77 (1991).

102. S. Raffioni and R. A. Bradshaw, *"EGF, bFGF, and NGF Induce Modification of Phosphatidylinositol 3-Kinase Activity"*, J. Cell Biochem., 16B, 230 (1992).

103. Y. Y. Wu and R. A. Bradshaw, *"Vanadate Inhibits the Effects of Nerve Growth Factor (NGF) and Basic Fibroblast Growth Factor (FGF) on PC12 Cells"*, FASEB J. 6, A1073 (1992).

104. A. . Stewart and R. A. Bradshaw, *"Partial Purification and Characterization of Protein Amino-Terminal Aspargine Deamidase Activity from Porcine Liver"*, Abst. VI Symp. Prot. Soc., p110 (1992).

105. A. E. Stewart and R. A. Bradshaw, *"Purification and Characterization of Protein Amino-terminal Asparagine Deamidase Activity from Porcine Liver"*, FASEB J. 7, A1187 (1993).

106. J. Sy, S. Arfin, M. Naito and R. A. Bradshaw, *"Effects of C-terminal Residues on Dipeptide Inhibition of Ubiquitin-mediated Proteolysis"*, FASEB J. 7, A1187 (1993).

107. A. E. Stewart, S. M. Arfin, and R. A. Bradshaw, *"Purification and Characterization of Protein Amino-terminal Asparagine Deamidase Activity from Porcine Liver"*, Prot. Sci. 2, (Suppl. 1), 155 (1993).

108. L. R. Brown, S. Mronga, R. A. Bradshaw, C. Ortenzi, P. Luporini, and C. Miceli, *"The NMR Solution Structure of the Pheromone Er-10 from Euplotes raikovi"*, Absts IX Int. Cong. Protozool. 18 (1993).

109. Y. Y. Wu, R. Fujii, and R. A. Bradshaw, *"Stimulation of a Transcription-independent Neurite Outgrowth by Growth Factors in PC12 Variant E2 Cell"* , FASEB J. 8, A115 (#668) 1994.

110. S. Raffioni and R. A. Bradshaw, *"Induction of a Neuronal Phenotype in PC12 Cells by EGF in the Presence of Staurosporine"* , FASEB J. 8, A115 (#669) 1994.

111. A. E. Stewart, S. M. Arfin, and R. A. Bradshaw, *"Protein N-terminal Asparagine Deamidase: Isolation and Characterization of an Unique Enzyme"* , Prot. Sci. 3, Suppl 1, 148 (1994).

112. S. M. Arfin, R. L. Kendall, A. E. Stewart, L. Hall, A. Qin and R. A. Bradshaw, *"Porcine Brain Methionine Aminopeptidase: Protein and Nucleotide Sequences Indicate Identity with Eukaryotic Initiation Factor-2 Associated Protein"*, Prot. Sci. 3, Suppl 1, 148 (1994).

113. Y. Y. Wu and R. A. Bradshaw, *"Induction of Neurite Outgrowth by Interleukin-6 Is Associated with Activation of the STAT 3 Signaling Pathway in PC12-E2 Cell"* , Absts. Amer. Soc. Cell Biol. (34th Mtg), H87 (1994).

114. S. Raffioni, F. Coulier, D. Birnbaum and R. A. Bradshaw, *"FGF6 Induces Neuronal Differentiation in PC12 Cells"* ,Absts. Amer. Soc. Cell Biol. (34th Mtg), H159 (1994).

115. H. Hondermarck, M. Oudghir, C. Taban, R. A. Bradshaw, and B. Boilly, *"Effect of Dipeptide Inhibitors of the Ubiquitin-mediated Protein Degradation System on Limb Regeneration of the Newt"*, Proc. Aust. Neurosci. Soc., 6, 110 (1995).

116. J. P. Maufroid, B. Boilly, R. A. Bradshaw and H. Hondermarck, *"Nerve Growth Factor, but not Fibroblast Growth Factor Stimulates Neurite Outgrowth from Amphibian Neuroepithelial Cells: Inhibition by Dipeptides Blocking Ubiquitin-mediated Proteolysis"*, Proc. Aust. Neurosci. Soc., 6, 129 (1995).

117. D. Thomas, S. Patterson and R. A. Bradshaw, *"SHC Interacts with the Actin Cytoskeleton"*, Absts. ASBMB Mtg., LB92 (1995).

118. S. Raffioni, F. Coulier and R. A. Bradshaw, *"Signalling Pathways Activated by FGF2 and FGF6 in PC12 Cells"* , Absts. ASCB Mtg., H107 (1995).

119. E. D. Foehr, R. Fujii, S. Goetz, M. DeLuca, S. Raffioni and R. A. Bradshaw, *"Use of Chimeric Tyrosine Kinase Receptors to Identify Signaling Pathways in PC12 Cell"*, Absts. Keystone Symposium on Intracellular Signaling with Tyrosine Kinases," p. 31 (#118), (1996).

120. M. A. Yarski and R. A. Bradshaw, *"Structure/Function Analyses of 7S-NGF Kallikrein Subunits"*, Prot. Sci. 5 (Suppl. 1) 67 (1996).

121. E. D. Foehr, S. Raffioni, R. Fujii and R. A. Bradshaw, *"hPDGF-βR/FGFR1 Chimeric Receptors: Ligand-dependent and -independent Responses in PC12 Cells"*, Absts. Tyrosine Phosphorylation and Cell Signaling Mtg., San Diego, 109 (1996).

122. L. Thompson, S. Raffioni, J. J. Wasmuth and R. A. Bradshaw, *"Chimeras of hPDGF-βR/hFGFR3 and hPDGF-βR/hFGFR3 (G375C), a Mutation which Causes Achondroplasia, Stimulate Ligand-dependent Neurite Outgrowth and MAP Kinase Activation in PC12 Cells"* Absts. Tyrosine Phosphorylation and Cell Signaling Mtg., San Diego, 207 (1996).

123. Y. Y. Wu and R. A. Bradshaw, *"Stimulation of Neurite Outgrowth in PC12 Cells by Interleukin-6: Synergistic Responses with Other Growth Factors and With a Variant Cell Line"*, Absts. Tyrosine Phosphorylation and Cell Signaling Mtg., San Diego, 225 (1996).

124. R. A. Bradshaw, E. Foehr, S. Layden, S. Raffioni, D. Thomas, L. Thompson and Y. Y. Wu, *"Growth Factor Mediated-Signal Transduction in PC12 Cells: Studies with Chimeric Receptors and Mutant Cell Lines"*, Absts. VIII PABMB Congress, Pucón, Chile, #95 (1996).

125. R. A. Bradshaw, E. Foehr, S. Layden, S. Raffioni, D. Thomas, L. Thompson and Y. Y. Wu, *"Growth Factor Mediated-Signal Transduction in PC12 Cells: Studies with Chimeric Receptors and Mutant Cell Lines"*, Absts. 35th National. Research Conf., Australian Soc. Med. Res., Gold Coast, QLD, Australia, Plenary 1-1 (1996).

126. L. M. Thompson, S. Raffioni, Y.-Z. Zhu, J. J. Wasmuth and R. A. Bradshaw, *"Biological Studies of Mutations in FGFR3 Which Cause Skeletal Dysplasias"*, Amer. J. Human Genetics 59 (Suppl.), A161 (1996).

127. S. Raffioni, J. T. Kurokawa, B. S. Khatra and R. A. Bradshaw, *"Expression of hPDGFβR/FGFR4 Chimeric Receptors Stimulate Ligand Dependent Response in PC12 Cells"*, Absts. ASBMB Fall Symposium, Integration of Growth Factor Signaling Pathways, Lake Tahoe, CA, #19 (1996).

128. E. D. Foehr, S. Raffioni, R. Fujii and R. A. Bradshaw, *"Use of a hPDGFRβ/FGFR1 Chimeric Receptor to Assess Signal Transduction Pathways in PC12 Cell"*, Abst. Mtg. Tyrosine Phosphorylation & Cell Signaling, Cold Spring Harbor Laboratory, NY (1997).

129. E. D. Foehr, S. Raffioni, R. Fujii and R. A. Bradshaw, *"Use of a hPDGFRβ/FGFR1 Chimeric Receptor to Assess Signal Transduction Pathways in PC12 Cells"*, FASEB J. (Absts. 17th Internat'l Congress of Biochemistry and Molecular Biology), 11, A919 (1997).

130. S. Raffioni and R. A. Bradshaw, *"Comparative Analysis of FGFR1, FGFR3 and FGFR4 Tyrosine Kinase Activities Expresssed as Chimeric Receptors in PC12 Cell"*, FASEB J. (Absts. 17th Internat'l Congress of Biochemistry and Molecular Biology), 11, A1057 (1997).

131. S. S. Layden and R. A. Bradshaw, *"A PDGF/EGF Receptor Chimera Stimulates Ligand-Dependent Growth and Differentiation of PC12 Cells"*, FASEB J. (Absts. 17th Internat'l Congress of Biochemistry and Molecular Biology), 11, A1161 (1997).

132. M. A. Yarski and R. A. Bradshaw, *"Conversion of α-NGF, an Inactive Glandular Kallikrein, to a Catalytically Active Form by Site-Directed Mutagenesis"*, FASEB J. (Absts. 17th Internat'l Congress of Biochemistry and Molecular Biology), 11, A1393 (1997).

133. K. W. Walker, W. W. Brickey and R. A. Bradshaw, *"Co-translational Processing of Eukaryotic Proteins: Expression and Characterization of Yeast Methionine Aminopeptidases I and II and N-Acetyltransferase II"*, FASEB J. (Absts. 17th Internat'l Congress of Biochemistry and Molecular Biology), 11, A990 (1997).

134. E. D. Foehr, A. Tatavos, E. Tanabe and R. A. Bradshaw, *"Chimeric TrkA/TrkE Receptors Tyrosine Kinases Identify Signaling Motifs Which are Necessary for Neuronal Differentiation of PC12 Cells"*, Absts. Keystone Symposium on Specificity of Signal Transduction, Lake Tahoe, NV (1998) p. 70.

135. R. A. Bradshaw, L. M. Thompson, S. Raffioni, E. D. Foehr, *"FGF Receptor Signaling in Skeletal Dysplasias"*, Absts. Keystone Symposium on Specificity of Signal Transduction, Lake Tahoe, NV (1998) p. 33.

136. S. S. Layden and R. A. Bradshaw, *"Differentiation of PC12 Cells by Chimeric EGF Receptors"*, FASEB J, 12, A1466, (Abst. #903) 1998).

137. K. W. Walker and R. A. Bradshaw, *"Expression and Characterization of Yeast Methionine Aminopeptidase I and II Responsible for Removing Initiator Methionines"* , Protein Science, 7 Suppl. 1, 137 (#487S) (1998).

138. L. M. Thompson, S. Raffioni, Y.-Z. Zhu, and R. A. Bradshaw, *"Fibroblast Growth Factor Receptors, Fibroblast Growth Factors, and the Skeletal Dysplasias"*, Absts. ASBMB Fall Symp., *"Regulation of Bone Formation"*, #47, (1998).

139. K. W. Walker, W. W. Brickey and R. A. Bradshaw, *"Co-translational N-terminal Processing of Proteins in Eukaryotes"*, Abst. 1998 Fall Camp, Taiwan Soc. Biochem. Mol. Biol., *"Enzymes: Function and Structure"*, p17 (L3) (1998).

140. D. D. Eveleth, L. S. Gillespie, and R. A. Bradshaw, *"Identification of Rat Nerve Growth Factor Receptor Species Using Antipeptide Antibodies"*, J. Cell.Biol. 107, 68a (1988).

141. R. A. Bradshaw and K. W. Walker, *"Methionine Aminopeptidases: Structure, Function and Evolution"*, Absts. Keystone Symposium *"Metalloproteases: Chemistry, Biology & Medicine,"* #010, p24 (1999).

142. K. W. Walker and R. A. Bradshaw, *"Alteration of the Substrate Specificity of Yeast Methionine Aminopeptidase I by Site-directed Mutagenesis"*, Absts. Keystone Symposium on *"Metalloproteases: Chemistry, Biology & Medicine,"* #122, p37 (1999).

143. D. R. Tyson, S. Leyden and R. A. Bradshaw, *"Dissecting the Importance of the Tyrosine Autophosphorylation Sites of the Epidermal Growth Factor Receptor using PC12 Cells"*, Abst. Keystone Symposium, Signaling 2000, #164, p 80 (2000).

144. Y. Y Wu and R. A. Bradshaw, *"Activation of Protein Kinase C-δ is Involved in Neurite Outgrowth by Interleukin-6 in PC12 Cells"*, Absts. Keystone Symp., Signaling Systems: Chemistry, Biology and Pathology (E4), 63 (2001).

145. C. De-Fraja, S. Cermelli, E. Yi, S. Raffioni, L. M. Thompson and R. A. Bradshaw, *"Sprouty2 Inhibition of PC12 Cells Neurite Outgrowth"*, Absts. Keystone Symp., Signaling Systems: Chemistry, Biology and Pathology (E4), 58 (2001).

146. S. Cermelli, C. De-Fraja, S. Raffioni, L. M. Thompson, R. Cancedda, F. Descalzi and R. A. Bradshaw, *"Signal Transduction in Cultured Chick Chondrocytes: Modulation by Inflammatory and Anti-inflammatory Agents"*, Absts. Keystone Symp. Signaling Systems: Chemistry, Biology and Pathology (E4), 70 (2001).

147. D. R. Tyson, L. M. Thompson and R. A. Bradshaw, *"Possible Mechanisms of How the Mutation Within Fibroblast Growth Factor Receptor 3 Which Causes Thanatophoric Dysplasia Type II Creates a Constitutively Active Kinase"*, Absts. Keystone Symp., Signaling Systems: Chemistry, Biology and Pathology (E4), 55 (2001)

148. S. Raffioni, T. Wang, B. Enderle, B. Apostol, W. R. Wilcox, R. A. Bradshaw and L. M. Thompson, *"Gene Expression Changes Caused by Skeletal Dysplasia Mutations in FGFR3"*, Absts. Keystone Symp., Signaling Systems: Chemistry, Biology and Pathology (E4), 41 (2001).

149. R. A. Bradshaw, *"Neurotrophic Factor Signaling and Cell Death: An Overview"*, Int. J. Dev. Neurosci. 19, 697 (2001).

150. R. A. Bradshaw, D. R. Tyson, C. De-Fraja, S. Cermelli, Y. Y. Wu, E. D. Foehr, S. Kim, Y. Hamai, S. Raffioni and L. M. Thompson, *"Receptor Tyrosine Kinases: Targets for Proteomic Analyses"*, Absts. 5th Siena Mtg., "From Genome to Proteome: Functional Proteomics," p. 119 (2002).

151. R. A. Bradshaw, *"Proteomics Today, Proteomics Tomorrow"*, Absts Cong. Soc. Francais Electrophoresis and Analytical Proteomics, (2002).

152. R. A. Bradshaw, *"Proteomics: Perceptions, Problems and Promises"*, Absts National Hemophilia Foundation, Salt Lake City, (2003).

153. R. A. Bradshaw, *"Proteomics: Perceptions,Problems and Promises"*, Absts FASBMB Congress, Yaounde, Cameroon (2003).

154. R. A. Bradshaw, *"Methionine aminopeptidase 2: A target for anti-angiogenic tumor therapy"*, Absts Journee Lilloise de Cancerologie, Lille, 3 (2004).

155. R. A. Bradshaw, *"Methionine aminopeptidase 2: A target for anti-angiogenesis"*, FASEB J. 18, C119 (2004).

156. R. A. Bradshaw and D. R. Tyson, *"Receptor Oligomerization: Constitutive or Induced"*, Absts ComBio2005 21, (2005).

157. R. A. Bradshaw, A. Burlingame, S. Carr, *"Protein Identification Guidelines: A Progress Report"*, Abstracts, ABRF '06 Mtg, 151 (T23), 2006.

158. R. A. Bradshaw, *"Proteomics: Perceptions, Promises and Pitfalls"*, Program 2006 AAAS Annual Mtg, 60, 2006.