EXHIBIT K, Part 2

2006, including but not limited to Amgen's assertions regarding "Dr. Lin's Pioneering Inventions," "Roche's Infringing Process and Product," and "First Cause of Action."

**RESPONSE TO INTERROGATORY NO. 2:**

In addition to the foregoing General Objections, Amgen makes the following Specific Objections to this interrogatory: Amgen objects to this interrogatory as unduly burdensome and lacking relevance under Rule 26 in that it would require Amgen to inquire of all of its current employees (about 20,000) and all of its former employees (perhaps even more in number) if they are aware of any of the facts asserted in Amgen's amended complaint and to identify all such current and former employees. Moreover, the request is unbounded as to time and when former employees may have gained their knowledge of the facts. For example, former Amgen employee Chrys Kokino is currently employed by Roche Laboratories Inc., a wholly-owned subsidiary of defendant Hoffmann La Roche Inc., and likely has knowledge about Defendants' peg-EPO products and manufacturing processes. Aside from deposition testimony provided by Mr. Kokino in the related ITC action, Amgen reasonably believes that Mr. Kokino has additional information but Amgen does not know the extent of such information. The same may be true for any other former Amgen employee now currently employed by Defendants.

Further, Amgen has produced documents related to the asserted facts and the identity of current and former employees with knowledge of the asserted facts are found in the documents so produced.

Subject to and without waiver of these Specific Objections and General Objection set forth above which are incorporated herein by reference, to the extent relevant, and with reservation of its right to supplement or amend its response to this interrogatory after the claims have been construed and necessary discovery has been received, Amgen provides the following response to this interrogatory:

Dr. Fu-Kuen Lin, Dr. Thomas W. Strickland, Dr. Steven Elliott, Helen Torley, Robert Brenner, Leslie Mirani, and Josh Ofman are either current or former Amgen employees who may

MPK 122051-2.041925.0023

PLTF'S SUPPL. RESPONSE TO FIRST
SET OF INTERROGATORIES (1-12)
CASE NO. 05-cv-12237WGY

testify at trial with information relevant to the contested factual allegations contained in Amgen's Amended Complaint.

**INTERROGATORY NO. 3:**

For each of the claims of Amgen's EPO patents, describe Dr. Fu-Kuen Lin's contribution to the claimed subject matter therein, including his conception and reduction to practice of each claimed element, including without limitation the date of any such conception or reduction to practice, and identify all documents and things that support or otherwise refute Amgen's response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 3:**

In addition to the foregoing General Objections, Amgen makes the following Specific Objections to this interrogatory: Amgen specifically objects to this interrogatory on the grounds that it is unduly burdensome and lacks relevance under Rule 26 in that it seeks conception and reduction to practice information before Roche has specified any prior art that purportedly would make such information discoverable. As the claimed inventions are presumed valid per 35 U.S.C. § 282, Roche has the burden to specify the prior art, if any, that purportedly renders the claims-in-suit invalid. Roche's Interrogatory No. 3 is therefore overly broad and unduly burdensome to the extent that it requires Amgen to anticipate all arguments and provide "all document and things" before Roche has specified its contentions and the bases underlying such contentions. When Roche fully and fairly answers Amgen's Interrogatories Nos. 9, 10, and 11 (including specifically identifying alleged prior art sufficient to make discoverable Lin's conception and reduction to practice), Amgen will be in position to fully respond to Roche's Interrogatory No. 3. Amgen also objects to this interrogatory to the extent that it prematurely calls for the opinions of Amgen's expert witnesses, which by the Court's order will be provided in the form of report(s) on April 27, 2007. Amgen further objects to this interrogatory to the extent that it asks for information relating to patent claims which are not in suit, and are therefore not relevant to any issue in this proceeding.

Subject to and without waiver of these Specific Objections and General Objection set forth above which are incorporated herein by reference, and with reservation of its rights to supplement or amend its response to this interrogatory after the claims have been construed and necessary discovery has been received, Amgen provides the following response to this interrogatory:

Each invention recited in the Asserted Claims was conceived and reduced to practice no later than November 30, 1984, when Patent Application Ser. No. 678,298 was filed in the United States Patent and Trademark Office. Additionally, Amgen identifies below documents it has located to date after a reasonable search which contain information relevant to Dr. Lin's conception and reduction to practice of the inventions of the asserted claims before November 30, 1984. Amgen's investigation and search for relevant information continues, and Amgen reserves the rights to supplement or amend its response to this interrogatory as its investigation and discovery proceed in this matter. Amgen also reserves the rights to supplement or amend its response to this interrogatory after Roche provides its contentions in response to Amgen's Interrogatories Nos. 9, 10, and 11 in the event that Roche specifically identifies any art relevant to an asserted claim that it contends pre-dates November 30, 1984.

Among the evidence relevant to the date(s) on which Dr. Lin first conceived and reduced to practice the inventions of the asserted claims are documents with the following production number ranges: AM-ITC 00049550-00049854, 00049914-00050347, 00050031-00050131, 00050348-00050875, 00017606-00017615, 00019189-00019189, 00049550-00049752, 00049912-00049913, 00050918-00050922, 00050935-00051183, 00050958-00051183, 00051363-00052623, 00053492-00053493, 00053538-00053541, 00053543-00053545, 00053548-00053550, 00053630-00053631, 00053643-00053645, 00053664-00053667, 00053673-00053674, 00053924-00054504, 00054143-00054245, 00054250-00054351, 00055859-00055866, 00058824-00058857, 00059828-00059830, 00060440-00061294, 00060657-00060795, 00060899-00061099, 00061295-00061392, 00061409-00061410, 00061427-00061428, 00065377-00065381, 00068430-00069238, 00069546-00069768,

00069964-00070367, 00070079-00070187, 00073837-00075239, 00074395-00074482, 00074483-00074545, 00075638-00075789, 00080092-00080186, 00080374-00080484, 00080819-00080838, 00081792-00081793, 00081794-00081796, 00085191-00085193, 00085224-00085226, 00088188-00088189, 00088239-00088240, 00088247-00088248, 00088249-00088249, 00088254-00088254, 00090581-00090581, 00103449-00103453, 00103526-00103622, 00134726-00136644, 00136840-00137789, 00138081-00138082, 00138974-00138975, 00139467-00140152, 00141019-00141030, 00142270-00144112, 00144542-00144945, 00145114-00145798, 00155955-00156073, 00158797-00158896, 00159153, 00159390-00159391, 00159585-00159787, 00160830-00160841, 00160952-00160955, 00160956-00160957, 00160958-00161258, 00161262-00161377, 00161595-00161892, 00161893-00162120, 00162572-00162650, 00164612-00164615, 00164692-00164744, 00169296-00169309, 00170792-00170892, 00171011-00171188, 00171189-00171226, 00171227-00171640, 00171676-00171691, 00171699-00171713, 00177381-00177567, 00188002-00188280, 00234988-00235014, 00246114-00246116, 00246999-00247003, 00336868-00336896, 00347087-00347094, 00347144, 00347147-00347148, 00347174-00347176, 00347178-00347192, 00347204-00347205, 00347216-00347230, 00347273-00347278, 00347281-00347282, 00347285-00347309, 00347348-00347350, 00349735-00349735, 00349738-00349739, 00349755-00349764, 00349766-00349768, 00349770-00349784, 00349808-00349822, 00349864-00349866, 00349872-00349873, 00349876-00349888, 00349899-00349900, 00353588-00353589, 00353605-00353614, 00353620-00353634, 00353646-00353647, 00353658-00353670, 00353671-00353672, 00353715-00353720, 00353723-00353724, 00353727-00353739, 00353750-00353751, 00353790-00353792, 00357278-00357496, 00357676-00357810, 00357821-00357830, 00357997-00358107, 00359863-00359998, 00360008-00360017, 00360222-00360332, 00360582-00360716, 00360726-00360735, 00360813-00361018, 00361633-00361683, 00361684-00361786, 00361913-00362124, 00431544-00431548, 00572691-00572696, 00572697-00572708, 00572709-00572721, 00587385-00587386, 00587404-00587405,

00922413-00922414, 00995660-00995684, 00998212-00998213, 01006600-01006604, 01024074-01024076, 01024705-01024706, 00359464-00359669, and 00406150-00406869.

Further information regarding the conception and reduction to practice of a number of Dr. Lin's inventions (claiming priority from the same application as the Asserted Patents) is set forth in *Amgen Inc. v. Chugai Pharmaceutical Co., Ltd.* action (*See* 13 U.S.P.Q.2d 1737 (D. Mass. 1990); and 927 F.2d 1200 (Fed. Cir. 1991)), and *Fritsch v. Lin* (*See* 21 USPQ 2d 1731 (BPAI 1991); 21 USPQ 2d 1737 (BPAI 1991); and 21 USPQ 2d 1739 (BPAI 1991)) and the submissions by Amgen in these actions. The pleadings and Amgen's document production from each of these actions, including Dr. Lin's testimony and that of other relevant Amgen employees, have been provided to Roche in response to Roche's First Set of Requests for the Production of Documents and Things in the ITC proceeding.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3

Subject to and without waiver of these Specific Objections and General Objection set forth above which are incorporated herein by reference, and with reservation of its right to supplement or amend its response to this interrogatory after the claims have been construed and necessary discovery has been received, Amgen incorporates by reference its previous response and provides the following supplemental response to this interrogatory:

- In early September 1983, Dr. Fu-Kuen Lin designed fully degenerate oligonucleotide probes that proved to be successful in hybridizing to the genomic DNA encoding erythropoietin. Beginning on September 2, 1983, Dr. Lin requested synthesis of several sets of probes, each set comprising 128 different DNA sequences. By September 28, 1983, the "EpV," "EpQ," and "EPO-17" sets of probes, corresponding to amino acid regions 46-52, 86-91, and 18-23, respectively, were received by Dr. Lin's laboratory. *See for example,* AM-ITC 00347090; AM-ITC 00347174; AM-ITC 00347178; AM-ITC 00347179-87; *Amgen Inc. v. Chugai Pharm. Co.*, 13 U.S.P.Q.2d 1737, 1748 (D. Mass. 1989), *aff'd*, 927 F.2d 1200, 1203 (Fed. Cir. 1991).

- Dr. Lin screened a human fetal liver genomic library with the EpV and EpQ probes and isolated positive clones by October 10, 1983. *See for example,* AM-ITC 00347091; AM-ITC 00347189-90; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By October 19, 1983, the positive clones were submitted for determination of their sequence. By November 3, 1983, it was confirmed that the positive clones contained DNA sequences whose predicted amino acid sequences agreed with the human EPO amino acid sequence data available to Lin. *See for example,* AM-ITC 00347091; AM-ITC 00347191-98.

- By October 26, 1983, Lin had used the EpV probes to screen a cDNA library generated from monkey kidney mRNA. By late October 1983, Lin cloned the monkey cDNA EPO sequence. *See for example,* AM-ITC 00347201-03; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By December 1, 1983, Amgen expressed monkey EPO in monkey kidney cells ("COS" cells) using monkey cDNA. *See for example,* AM-ITC 00347091; AM-ITC 00347204-05.

- By December 3, 1983, at Dr. Lin's direction, Amgen hybridized the human EPO gene to monkey EPO cDNA to determine from an electron micrograph which area of the human DNA consisted of introns and what the sizes of the exons and introns were. The formation of a heteroduplex between the human EPO genomic clone and the monkey EPO cDNA clone was further confirmation that the human EPO genomic clone contained human EPO gene sequences. *See for example,* AM-ITC 00347091; AM-ITC 00347206-11; *Amgen,* 13 U.S.P.Q.2d at 1748.

- On or about December 12, 1983, Amgen issued a press release announcing its successful cloning of the EPO gene. *See* AM-ITC 00535880-81; *Amgen,* 13 U.S.P.Q.2d at 1748.

- On December 13, 1983, Dr. Lin filed his first patent application setting forth his work up to that date. *See for example,* AM-ITC 00470198-258; *Amgen,* 13 U.S.P.Q.2d at 1748.

- On January 2, 1984, Dr. Lin's successful cloning of the human EPO gene was reported in McGraw-Hill's *Biotechnology Newswatch. See Amgen Claims "First" In Cloning*

*Erythropoietin, Sees $100-Million Market*, BIOTECHNOLOGY NEWSWATCH, Jan. 2, 1984, at 2; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By January 10, 1984, at Dr. Lin's direction, Amgen had expressed human EPO in human embryonic kidney cells ("293" cells) and COS cells. *See for example,* AM-ITC 00347212-15; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By January 18, 1984, crude recombinant human EPO collected from EPO-expressing 293 cells was analyzed by radioimmunoassay ("RIA"). Positive RIA results were recorded on January 24 and 25, 1984. *See* AM-ITC 00347091-92; AM-ITC 00347216-32.

- By February 7, 1984, the complete DNA sequence for the coding region of the human EPO gene was obtained. *See for example,* AM-ITC 00347092; AM-ITC 00347234.

- By February 14, 1984, it was demonstrated that Dr. Lin's recombinant human EPO was biologically active *in vitro*. *See for example,* AM-ITC 00347092; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By February 17, 1984, Dr. Lin had directed the assembly of a synthetic human EPO gene ("EcEPO") engineered for expression in *E. coli*. *See for example,* AM-ITC 00347092; AM-ITC 00347250.

- On February 21, 1984, Dr. Lin filed a continuation-in-part, his second patent application, setting forth his work up to that date. *See for example,* AM-ITC 00470468-531; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By early March, 1984, Amgen demonstrated that Dr. Lin's recombinant human EPO was biologically active *in vivo*. *See for example,* AM-ITC 00347092; AM-ITC 00347251-52; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By March 15, 1984, Dr. Lin had obtained a full-length cDNA for the human EPO gene. *See for example,* AM-ITC 00347253-71; *Amgen,* 13 U.S.P.Q.2d at 1748.

- By April 5, 1984, Dr. Lin directed the assembly of a synthetic human EPO gene ("ScEPO") engineered for expression in yeast. *See for example,* AM-ITC 00347092; AM-ITC 00347272.