- By early May 1984, a CHO DHFR⁻ host cells transfection, MTX amplification and limited dilution cloning were used to develop a human EPO-producing CHO cell line. *See for example,* AM-ITC 00922415-17; *Amgen,* 13 U.S.P.Q.2d at 1749.

- By May 16, 1984, the human EPO gene had been expressed in *E. coli* cells. *See for example,* AM-ITC 00347092.

- By May 24, 1984, CHO DHFR⁻ host cells were transfected with DNA ecoding EPO, subjectd to MTX amplification and human EPO had been expressed from CHO cells. *See for example,* AM-ITC 00922415-17; AM-ITC 00361783.

- By the end of May 1984, it was demonstrated that Dr. Lin's recombinant EPO could achieve a sustained increase in hematocrit. *See for example,* AM-ITC 00406556-87; AM-ITC 00336876-78; AM-ITC 00336893.

- By August 27, 1984, five different sub-lines of the human EPO-CHO cell had been produced. Two of the lines, B11 30/50/100 and B11 50, were selected for testing by radioimmunoassay. *See* AM-ITC 00158904-06; *Amgen,* 13 U.S.P.Q.2d at 1749.

- As of September 19, 1984, work on amplification of human EPO-CHO cells with MTX continued. *See for example,* AM-ITC 00155877-88; *Amgen,* 13 U.S.P.Q.2d at 1749.

- On September 28, 1984, Dr. Lin filed a continuation-in-part, his third patent application, setting forth his work up to that date. *See for example,* AM-ITC 00470717-813; *Amgen,* 13 U.S.P.Q.2d at 1749.

- By October 18, 1984, the level of EPO expressed by the human EPO-CHO B11 30/50/100 cell had been demonstrated to exceed 1000 U of erythropoietin per $10^6$ cells in 48 hours, as determined by RIA. *See for example,* AM-ITC 00135170-74.

On November 30, 1984, Dr. Lin filed a continuation-in-part, his fourth patent application, setting forth his work up to that date. *See for example,* AM-ITC 00447687; AM-ITC 00447565-671; *Amgen,* 13 U.S.P.Q.2d at 1749

**INTERROGATORY NO. 4:**

Describe Dr. Fu-Kuen Lin's role in developing any method for expressing DNA encoding human EPO in mammalian host cells, including without limitation his role in identifying and developing any vectors, host cells, and/or protocols or procedures for transforming host cells, culturing host cells, glycosylating the EPO protein so expressed and/or isolating the resulting EPO protein to make a product having biological activity *in vivo*, and identify all documents and things that support or otherwise refute Amgen's response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 4:**

In addition to the foregoing General Objections, Amgen makes the following Specific Objections to this interrogatory: Amgen specifically objects to this interrogatory on the grounds that it is unduly burdensome and lacks relevance under Rule 26 in that it seeks development information before Roche has specified any basis that purportedly would make such information discoverable. As the claimed inventions are presumed valid per 35 U.S.C. § 282, Roche has the burden to specify any contention, and all the bases therefore, that any of the Asserted Claims are purportedly invalid. Roche's Interrogatory No. 4 is therefore overly broad and unduly burdensome to the extent that it requires Amgen to anticipate all arguments and provide "all document and things" before Roche has specified its contentions and the bases underlying such contentions. When Roche fully and fairly answers Amgen's Interrogatories Nos. 9, 10, and 11, Amgen will be in position to fully respond to Roche's Interrogatory No. 4. Amgen further objects to this interrogatory to the extent that it prematurely calls for the opinions of Amgen's expert witnesses, which by the Court's order will be provided in the form of report(s) on April 27, 2007.

Subject to and without waiver of these Specific Objections and General Objection set forth above which are incorporated herein by reference, and with reservation of its rights to supplement or amend its response to this interrogatory after the claims have been construed and

necessary discovery has been received, Amgen provides the following response to this interrogatory:

Dr. Lin invented the subject matter of each of the Asserted Claims. Additionally, Amgen identifies below documents it has located to date after a reasonable search which contain information relevant to Dr. Lin's invention of the asserted claims. Amgen's investigation and search for relevant information continues, and Amgen reserves the rights to supplement or amend its response to this interrogatory as its investigation and discovery proceed in this matter. Amgen also reserves the rights to supplement or amend its response to this interrogatory after Roche provides its contentions in response to Amgen's Interrogatories Nos. 9, 10, and 11 in the event that Roche specifically identifies any allegation that the claimed subject matter was not invented by Dr. Lin.

Among the evidence relevant to Dr. Lin's "role in developing any method for expressing DNA encoding human EPO in mammalian host cells" are documents with the following production number ranges: AM-ITC 00049550-00049854, 00049914-00050347, 00050031-00050131, 00050348-00050875, 00017606-00017615, 00019189-00019189, 00049550-00049752, 00049912-00049913, 00050918-00050922, 00050935-00051183, 00050958-00051183, 00051363-00052623, 00053492-00053493, 00053538-00053541, 00053543-00053545, 00053548-00053550, 00053630-00053631, 00053643-00053645, 00053664-00053667, 00053673-00053674, 00053924-00054504, 00054143-00054245, 00054250-00054351, 00055859-00055866, 00058824-00058857, 00059828-00059830, 00060440-00061294, 00060657-00060795, 00060899-00061099, 00061295-00061392, 00061409-00061410, 00061427-00061428, 00065377-00065381, 00068430-00069238, 00069546-00069768, 00069964-00070367, 00070079-00070187, 00073837-00075239, 00074395-00074482, 00074483-00074545, 00075638-00075789, 00080092-00080186, 00080374-00080484, 00080819-00080838, 00081792-00081793, 00081794-00081796, 00085191-00085193, 00085224-00085226, 00088188-00088189, 00088239-00088240, 00088247-00088248, 00088249-00088249, 00088254-00088254, 00090581-00090581, 00103449-

00103453, 00103526-00103622, 00134726-00136644, 00136840-00137789, 00138081-00138082, 00138974-00138975, 00139467-00140152, 00141019-00141030, 00142270-00144112, 00144542-00144945, 00145114-00145798, 00155955-00156073, 00158797-00158896, 00159153, 00159390-00159391, 00159585-00159787, 00160830-00160841, 00160952-00160955, 00160956-00160957, 00160958-00161258, 00161262-00161377, 00161595-00161892, 00161893-00162120, 00162572-00162650, 00164612-00164615, 00164692-00164744, 00169296-00169309, 00170792-00170892, 00171011-00171188, 00171189-00171226, 00171227-00171640, 00171676-00171691, 00171699-00171713, 00177381-00177567, 00188002-00188280, 00234988-00235014, 00246114-00246116, 00246999-00247003, 00336868-00336896, 00347087-00347094, 00347144, 00347147-00347148, 00347174-00347176, 00347178-00347192, 00347204-00347205, 00347216-00347230, 00347273-00347278, 00347281-00347282, 00347285-00347309, 00347348-00347350, 00349735-00349735, 00349738-00349739, 00349755-00349764, 00349766-00349768, 00349770-00349784, 00349808-00349822, 00349864-00349866, 00349872-00349873, 00349876-00349888, 00349899-00349900, 00353588-00353589, 00353605-00353614, 00353620-00353634, 00353646-00353647, 00353658-00353670, 00353671-00353672, 00353715-00353720, 00353723-00353724, 00353727-00353739, 00353750-00353751, 00353790-00353792, 00357278-00357496, 00357676-00357810, 00357821-00357830, 00357997-00358107, 00359863-00359998, 00360008-00360017, 00360222-00360332, 00360582-00360716, 00360726-00360735, 00360813-00361018, 00361633-00361683, 00361684-00361786, 00361913-00362124, 00431544-00431548, 00572691-00572696, 00572697-00572708, 00572709-00572721, 00587385-00587386, 00587404-00587405, 00922413-00922414, 00995660-00995684, 00998212-00998213, 01006600-01006604, 01024074-01024076, 01024705-01024706, 00359464-00359669, and 00406150-00406869.

Further information regarding Dr Lin's "role in developing any method for expressing DNA encoding human EPO in mammalian host cells" is set forth in *Amgen Inc. v. Chugai*

PLTF'S SUPPL. RESPONSE TO FIRST
SET OF INTERROGATORIES (1-12)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

*Pharmaceutical Co., Ltd.* action (*See* 13 U.S.P.Q.2d 1737 (D. Mass. 1990); and 927 F.2d 1200 (Fed. Cir . 1991)), and *Fritsch v. Lin (See* 21 U.S.P.Q.2d 1731 (BPAI 1991); 21 U.S.P.Q.2d 1737 (BPAI 1991); and 21 U.S.P.Q.2d 1739 (BPAI 1991)). The pleadings and Amgen's document production from each of these actions, including Dr. Lin's testimony and that of other relevant Amgen employees, have been provided to Roche in response to Roche's First Set of Requests for the Production of Documents and Things in the ITC proceeding.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4

Subject to and without waiver of these Specific Objections and General Objection set forth above which are incorporated herein by reference, and with reservation of its right to supplement or amend its response to this interrogatory after the claims have been construed and necessary discovery has been received, Amgen incorporates by reference its previous response, its supplemental response to Interrogatory No. 3, and provides the following supplemental response to this interrogatory:

Amgen identifies below additional documents it has located to date after a reasonable search which contain information relevant to Dr Lin's invention of the asserted claims. Amgen reserves the right to supplement or amend its response to this interrogatory as its investigation and discovery proceed, or in response to Roche's supplementation of its responses to Amgen's interrogatories 9, 10, and 11.

Among the evidence relevant to Dr. Lin's "role in developing any method for expressing DNA encoding human EPO in mammalian host cells" are documents with the following production number ranges: AM-ITC 00017606-00017615, 00019189, 00049550-00049854, 00049550-00049752, 00049912-00049913, 00049914-00050347, 00050031-00050131, 00050348-00050875, 00050916-00050917, 00050918-00050922, 00050935-00051183, 00050958-00051183, 00051363-00052623, 00053492-00053493, 00053538-00053541, 00053543-00053545, 00053548-00053550, 00053630-00053631, 00053630-00053631, 00053643-00053645, 00053643-00053645, 00053664-00053667, 00053673-00053674, 00053673-00053674, 00053924-00054504, 00054143-00054245, 00054250-00054351,

00055859-00055866, 00058824-00058857, 00059828-00059830, 00060326-00060328, 00060440-00061294, 00060657-00060795, 00060899-00061099, 00061295-00061392, 00061409-00061410, 00061409-00061410, 00061427-00061428, 00061427-00061428, 00065377-00065381, 00068430-00069238, 00069546-00069768, 00069964-00070367, 00070079-00070187, 00073837-00075239, 00074295-00074297, 00074298-00074304, 00074395-00074482, 00074483-00074545, 00075638-00075789, 00080092-00080186, 00080374-00080484, 00080819-00080838, 00081792-00081793, 00081794-00081796, 00085191-00085193, 00085224-00085226, 00085224-00085226, 00088188-00088189, 00088239-00088240, 00088247-00088248, 00088249-00088249, 00088254-00088254, 00090581-00090581, 00103449-00103453, 00103526-00103622, 00134726-00136644, 00136840-00137789, 00137669-00137670, 00137676-00137677, 00137693-00137698, 00138081-00138082, 00138096-00138115, 00138116-00138117, 00138974-00138975, 00139467-00140152, 00141019-00141030, 00142270-00144112, 00144542-00144945, 00145114-00145798, 00155955-00156073, 00158797-00158896, 00159153-, 00159390-00159391, 00159394-00159395, 00159585-00159787, 00160830-00160841, 00160952-00160955, 00160956-00160957, 00160958-00161258, 00161262-00161377, 00161595-00161892, 00161893-00162120, 00162572-00162650, 00164612-00164615, 00164692-00164744, 00169296-00169309, 00170792-00170892, 00171011-00171188, 00171189-00171226, 00171227-00171640, 00171676-00171691, 00171699-00171713, 00177381-00177567, 00188002-00188280, 00234988-00235014, 00234988-00235014, 00246114-00246116, 00246999-00247003, 00336868-00336896, 00347087-00347094, 00347144-, 00347147-00347148, 00347174-00347176, 00347178-00347192, 00347204-00347205, 00347216-00347230, 00347273-00347278, 00347281-00347282, 00347285-00347309, 00347348-00347350, 00349735-00349735, 00349738-00349739, 00349755-00349764, 00349766-00349768, 00349770-00349784, 00349808-00349822, 00349864-00349866, 00349872-00349873, 00349876-00349888, 00349899-00349900, 00353588-00353589, 00353605-00353614, 00353620-00353634, 00353646-00353647, 00353658-00353670,

00353671-00353672, 00353715-00353720, 00353723-00353724, 00353727-00353739, 00353750-00353751, 00353790-00353792, 00357278-00357496, 00357676-00357810, 00357821-00357830, 00357997-00358107, 00359464-00359669, 00359863-00359998, 00360008-00360017, 00360222-00360332, 00360582-00360716, 00360726-00360735, 00360813-00361018, 00361633-00361683, 00361684-00361786, 00361913-00362124, 00406150-00406869, 00430258-00430259, 00431544-00431548, 00572691-00572696, 00572697-00572708, 00572697-00572708, 00572709-00572721, 00587385-00587386, 00587404-00587405, 00922413-00922414, 00995660-00995684, 00998212-00998213, 01006600-01006604, 01024074-01024076, 01024705-01024706.

**INTERROGATORY NO. 5:**

Describe any basis and/or evidence that Amgen contends demonstrates that by September 1984, once one of skill in the art of the patents-in-suit had possession of the DNA sequence encoding human EPO, why the claimed subject matter would not have been obvious, including without limitation any basis and/or evidence for why it would not have been routine and/or obvious for that person to express the DNA sequence encoding human EPO in mammalian host cells to produce a glycosylated protein and to isolate the resulting EPO protein to make an in vivo biologically active product, and identify all documents and things that support or otherwise refute Amgen's response to this interrogatory.

**RESPONSE TO INTERROGATORY NO. 5:**

In addition to the foregoing General Objections, Amgen makes the following Specific Objections to this interrogatory: Amgen specifically objects to this interrogatory on the grounds that it is unduly burdensome and lacks relevance under Rule 26 in that it seeks information regarding non-obviousness before Roche has specified any basis that purportedly would make such information discoverable. As the claimed inventions are presumed valid per 35 U.S.C. § 282, Roche has the burden to specify its contentions, and the bases therefore, that any of the Asserted Claims are purportedly invalid for obviousness. Roche's Interrogatory No. 5 is therefore overly broad and unduly burdensome to the extent that it requires Amgen to anticipate