Exhibit K, Part 6

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

EXHIBIT A

| Claim Limitations | U.S. PATENT NO. 5,441,868 CLAIM 1 | |
|---|---|---|
| | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
| A process for the production of a glycosylated erythropoietin polypeptide | "A process for the production of an erythropoietin polypeptide having one or more carbohydrate groups attached to the polypeptide" | Roche uses the recited process to produce the glycosylated erythropoietin polypeptide in RO0503821.<br><br>"Both EPO starting material and RO0503821 have the identical amino acid sequence and composition of the carbohydrate moiety. RO0503821 differs from erythropoietin through integration of an amide bond between wither the N-terminal amino group of the ε-amino group of lysine, predominantly Lys 52 and Lys 45 and methoxy polyethylene glycol-succinimidyl butanoic acid. This results in a molecular weight of around 60 kDa." ITC-R-BLA-00004027<br><br>"Ro 50-3821 and epoetin beta share an identical amino acid sequence and composition. The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of epoetin beta and the methoxy-PEG molecule at the point of attachment." ITC-R-IND-00000979.<br><br>"Both EPO and Ro 50-3821 have identical amino acid sequence and composition of the carbohydrate moiety. The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of EPO and the PEG molecule at the point of attachment." ITC-R-00050548.<br><br>"For all batches of RO0503821, Epoetin beta, the active ingredient of the medicinal product Recormon®/NeoRecormon® was used as a starting |

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | material. Epoetin beta, a recombinant erythropoietin, is manufactured at Roche Pharma Biotechnology Production in Penzberg, Germany. The EPO starting material remained unchanged during the process development of RO0503821." ITC-R-BLA-00004178.<br><br>"Epoetin beta is a synthetic glycoprotein produced by recombinant DNA technology in Chinese hamster ovarian (CHO) cells." ITC-R-IND-000000979.<br><br>"[I]t was demonstrated by means of extended characterization using different analytical methods that apart from slight quantitative differences, the carbohydrate structure of RO0503821 remains unchanged as compared to EPO starting material." ITC-R-BLA-00004317.<br><br>"Figure 14 compares the relative contents of the different structures found in Ro 50-3821 and unmodified EPO. All oligosaccharide structures known from unmodified recombinant EPO are also present in Ro 50-3821. The chromatogram provides no evidence for altered oligosaccharide structures after pegylation of EPO (see Figure 13)." Comparability Program for Ro 50-3821 Drug Substance 5/21/03, p. 1-69 ITC-R-00090941, at 91008<br><br>"Figure 9 compares the relative contents of the different structures found in pegylated EPO and unmodified EPO. All oligosaccharide structures known from unmodified EPO are also present in Ro 50-3821. The chromatogram provides no evidence for altered oligosaccharide structures after pegylation of EPO (see figure 8). From a quantitative point of view small differences could be seen in the |

2

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| Claim Limitations | U.S. PATENT NO. 5,441,868 CLAIM 1 | |
|---|---|---|
| | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
| | | oligosaccharide pattern between pegylated EPO and unmodified EPO (see figure 9)." ITC-R-IND-00005504-5531, at 5521.<br><br>"Ro 50-3821 is a synthetic human erythropoietin, epoetin beta, produced by recombinant DNA technology which is then modified by chemically conjugating one linear methoxy-polyethylene glycol molecule to its N-terminus or lysine residue." ITC-R-IND-00000542.<br><br>"RO0503821 is comprised of human epoetin beta (EPO, Ro 205-3859), which is mono-pegylated with a linear methoxy-polyethylene glcol (PEG), with an average molecular weight of around 30 kDa. RO0503821 is the reaction product of EPO and methoxy-polyethylene glycol-succinimidyl butyric acid (Ro 50-3919). The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of EPO and the PEG molecule at the point of attachment." ITC-R-00076642<br><br>"PEG-EPO (Ro 50-3821) is comprised of human epoetin beta (Ro 205-3859), which is mono-pegylated with a linear methoxy-polyethylene glycol (PEG) with an average molecular weight of 32 kDa. PEG-EPO consists of at least 90% mono-pegylated EPO and the remainder is comprised of di-pegylated EPO, higher pegylated EPO and non-pegylated EPO (less than 1%)." ITC-R-00050625<br><br>"The experimental drug used in this study, Ro 50-3821 is a new compound, which is similar to the human hormone erythropoietin. Like currently available drugs called epoetins, Ro 50-3821 can increase the number of red blood |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

3

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | cells and hemoglobin levels in the blood. Ro 50-3821 is also produced by genetic engineering techniques, but the drug is manufactured in such a way that to the drug [sic] can stay in the body's circulation for a long time." ITC-R-IND-00000771.<br><br>"The Defendants' EPO [Recormon] is a glycoprotein the polypeptide element of which has the amino acid sequence set out in Schedule 1 hereto." [Schedule 1 is Fig. 6 1-165] DEFENDANTS' ADMISSIONS at ¶2, 2/7/95, *Kirin-Amgen v. Boehringer Mannheim.*<br><br>"Ro 50-3821/000 (PEG/EPO) is comprised of erythropoietin (EPO) with a linear methoxy-PEG molecule attached to it." ITC-R-BLA-00008462.<br><br>"PEG-EPO (Ro 50-3821) is a pegylated version of Epoetin beta, whereby one linear polyethylene glycol chain has been added to the recombinant erythropoietin molecule." ITC-R-IND-00070631.<br><br>*See also* ITC-R-BLA-00006908; ITC-R-BLA-00013120 at 00013131; Farid Depo. Tr. 184:22-185:7, ITC-R-00076640; ITC-R-BLA-00019133 at 19136; ITC-R-BLA-00000005 at 00006287; ITC-R-BLA-00018966 at 18969; ITC-R-BLA-00016194 at 00016202; ITC-R-BLA-00016096 at 00016104; ITC-R-IND-00062646; ITC-R-IND-00000542; ITC-R-BLA-00007319 at 00007349; ITC-R-BLA-00002509 at 00002525; ITC-R-00076642; ITC-R-BLA-00004027; ITC-R-IND-00000542; ITC-R-IND-00000979; Application Summary for MIRCERA, ITC-R-BLA-00000194-691; Drug Substance – RO0503821, ITC-R-BLA-00004024-4650. |

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

| Claim Limitations | U.S. PATENT NO. 5,441,868 CLAIM 1 ||
|---|---|---|
| | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
| | | Roche has referred to RO0503821 (and its formulated drug product) by a variety of terms, indicating that it comprises a glycosylated erythropoietin polypeptide.<br><br>"pegylated erythropoietin": ITC-R-00074400; ITC-R-BLA-00007110; ITC-R-BLA-00007088.<br><br>"pegylated EPO": ITC-R-BLA-00013133; ITC-R-00074354; ITC-R-BLA-0007087; ITC-R-BLA-00010167.<br><br>"pegylated epoetin beta": ITC-R-BLA-00007084; ITC-R-BLA-00007107; ITC-R-BLA-00010161.<br><br>"pegylated epoetin": ITC-R-00001783, ITC-R-00045054-055.<br><br>"pegylated human epoetin-beta": ITC-R-BLA-00007081; ITC-R-BLA-00007104.<br><br>"a pegylated version of epoetin beta": ITC-R-BLA-00007087; ITC-R-BLA-00007109; ITC-R-BLA-00007349.<br><br>"PEG-EPOETIN": ITC-R-00001782<br><br>"a pegylated form of erythropoietin": ITC-R-BLA-00016106.<br><br>"PEGylated recombinant human erythropoietin": ITC-R-BLA-00018452.<br><br>"mono-pegylated EPO": ITC-R-00050494.<br><br>"PEG-EPO": ITC-R-BLA-00019133; ITC-R-BLA- |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | **U.S. PATENT NO. 5,441,868 CLAIM 1** | |
| having the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells | "causing bone marrow cells to increase production of reticulocytes and red blood cells in the body" | 00006908; ITC-R-BLA-00007319; ITC-R-BLA-00007375; ITC-R-IND-00070631.<br><br>"polyethylene glycol conjugated recombinant human epoetin beta": ITC-R-BLA-00006925; ITC-R-BLA-00007324; ITC-R-BLA-00010188; ITC-R-BLA-00011363; ITC-R-BLA-00014323.<br><br>"a formulation of epoetin beta chemically linked to PEG": ITC-R-BLA-00024728.<br><br>"rhEPO (recombinant human erythropoietin) conjugated with 32KD PEG-SBA": ITC-R-BLA-00016104.<br><br>"methoxy polyethylene glycol-epoetin beta": ITC-R-BLA-00000248; ITC-R-BLA-00000230; ITC-R-IND-00026730.<br><br>"CERA": ITC-R-00024874; ITC-R-00003851; ITC-R-BLA-00018439.<br><br>The glycosylated erythropoietin polypeptide in RO0503821 has the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells.<br><br>"MIRCERA stimulates the bone marrow to make red blood cells." ITC-R-BLA-00000066.<br><br>"RO0503821 stimulates erythropoeisis thereby increasing the number of RBCs." ITC-R-BLA-00000316.<br><br>"RO0503821 is a stimulator of erythroid progenitor cells in |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | the bone marrow. ... The activity determination is based on the measurement of the increase in reticulocyte production after parenteral administration of the RO0503821 to normal healthy mice." ITC-R-BLA-00004030<br><br>"Ro 50-3821 is a mono-pegylated form of epoetin beta, a recombinant human erythropoietin. The pharmacological action of Ro 50-3821 is identical to that of erythropoietin beta in binding to surface receptors of erythroid progenitor cells to trigger proliferation, maturation and terminal differentiation of colony-forming units." ITC-R-IND-00062646<br><br>"The mode of action for RO0503821 is described by the following key mechanism: receptor binding and stimulation of production of erythroid progenitor cells in the bone marrow." ITC-R-BLA-00004200.<br><br>"The pharmacological action of Ro 50-3821 is identical to that of erythropoietin beta in binding to surface receptors of erythroid progenitor cells to trigger proliferation, maturation, and terminal differentiation of colony-forming units." ITC-R-IND-00062646.<br><br>"The pharmacological action of R0 50-3821 is identical to that of epoetin beta in stimulating erythropoeisis by triggering proliferation, maturation and terminal differentiation of the colony-forming unit-erythroids (CFU-E) in the bone marrow through binding to its receptors on the surface of these progenitor cells." ITC-R-IND-00000542. |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023