**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| comprising the steps of: | "containing at least the following steps" | "This invention provides conjugates, said conjugates comprising an erythropoietin glycoprotein having at least one free amino group and having the in vivo biological activity of causing bone marrow cells to increase production of reticulocytes and red blood cells and selected from the group consisting of human erythropoietin…." U.S. Patent No. 6,583,272, Col. 2:56-61.<br><br>"The conjugates in accordance of this invention can be administered in a therapeutically effective amount to patients in the same way EPO is administered. The therapeutically effective amount is that amount of conjugate necessary for the in vivo biological activity of causing bone marrow cells to increase production of reticulocytes and red blood cells." U.S. Patent No. 6,583,272, Col. 3:23-29.<br><br>See also ITC-R-IND-00070631; Application Summary for MIRCERA, ITC-R-BLA-00000194-384; Information for Patients and Caregivers, ITC-R-BLA-00000066-77. |
| (a) growing, under suitable nutrient conditions, mammalian host cells | "growing, under conditions appropriate and conducive to mammalian host cell growth, cells from a warm-blooded animal, whose young are fed by milk secreted from mammary glands" | Roche grows mammalian host cells (Chinese Hamster Ovary ("CHO") cells) under suitable (appropriate) nutrient conditions as part of the manufacturing process for RO0503821.<br><br>"Epoetin beta (EPO) is produced by the recombinant CHO cell line DN2-3α3 in suspension culture." ITC-R-BLA-00004667<br><br>"In order to produce a recombinant EPO with properties |

8

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST
SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>"Compositions of the Media." ITC-R-BLA-00004674-4676.<br><br>"Roche further admits that 'Epoetin beta is a glycoprotein produced by recombinant DNA technology in Chinese hamster ovary cells.'" Roche's Response to Request for Admission No. 12 (quoting ITC-R-BLA-00000230).<br><br>"EPO is produced in suspension culture in an 1,000 L bioreactor scale in a production process without using animal and human derived raw materials." ITC-R-00076656.<br><br>"The said CHO cells are cultured under suitable nutrient conditions in a manner allowing said CHO cells to express the Defendants' EPO." DEFENDANTS' ADMISSIONS at ¶7, 2/7/95, *Kirin-Amgen v. Boehringer Mannheim*.<br><br>"The said CHO cells are eucaryotic, mammalian cells and are capable of glycosylating the polypeptide element of the Defendants' EPO." DEFENDANTS' ADMISSIONS at ¶6, 2/7/95, *Kirin-Amgen v. Boehringer Mannheim*.<br><br>*See also* Drug Substance – RO0503821, ITC-R-BLA-00004024-4650. |
| transformed or | "[said cells] receiving the purified genetic | The DN2-3α3 cells used by Roche during the |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| transfected with an isolated DNA sequence encoding human erythropoietin; and | instructions for human erythropoietin; and" | manufacturing process for RO0503821 have been transformed or transfected with an isolated DNA sequence encoding human erythropoietin.<br><br>"The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR, and selection for the DHFR phenotype." ITC-R-BLA-00004934.<br><br>"High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723.<br><br>"In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>"The expression vector for EPO was chosen considering that it should be able to express the cDNA in a CHO cell." ITC-R-BLA-00004723.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that '[t]he EPO coding sequence was introduced into CHO cells deficient in the enzyme DHFR by transformation with a linked |

MPK 122051-2.041925.0023

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | mouse DHFR cDNA, and selection for the DHFR$^+$ phenotype.' ITC-R-BLA-00004723." Roche's Response to Request for Admission No. 18.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that '[t]he Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR cDNA and selection for the DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number.' ITC-R-BLA-00004987." Roche's Response to Request for Admission No. 19.<br><br>See also Drug Substance – RO0503821, ITC-R-BLA-00004024-4650. |
| (b) isolating said glycosylated erythropoietin polypeptide therefrom. | "recovering in pure form said glycosylated erythropoietin polypeptide." | **Roche isolates the glycosylated erythropoietin polypeptide in RO0503821 from the cell culture medium.**<br><br>"During the transfer the harvest is cooled to ≤15° C by a heat exchanger. Afterwards the cells are removed by disk stack centrifugation and discarded. The supernatant containing EPO is in-line filtered and collected in a second pre-cooled vessel. ... After 2 hours of incubation the cell free supernatant is filtered again to remove precipitates. The supernatant is kept ≤15° C and loaded onto a Blue Sepharose column within 36 hours. Each harvest is processed separately during purification." ITC-R-BLA-00004673-74. |

11

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,441,868 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | "The Epoetin beta purification process consists of five chromatographic steps. This process starts with a capture step using Blue Sepharose (BS) chromatography. Further purification is performed using a hydrophobic interaction chromatography on Butyl Toyopearl (BU), an adsorption chromatography on Hydroxyapatite Ultrogel (HA), a reversed phase (RP-) preparative HPLC on Vydac $C_4$ and finally an anion exchange chromatography on DEAE Sepharose (DEAE)" ITC-R-BLA-00004682.<br><br>"Each harvest undergoes purification which leads to 10 batches of purified EPO starting material." ITC-R-BLA-00004667<br><br>*See also* ITC-R-BLA-00004673-4681; Drug Substance – RO0503821, ITC-R-BLA-00004024-4650. |

### U.S. PATENT NO. 5,441,868 CLAIM 2

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| The process according to claim 1 | | *See '868 claim 1 above.* |
| wherein said host cells are CHO cells. | | Roche uses CHO cells to produce the glycosylated erythropoietin polypeptide in RO0503821.<br><br>*See '868 claim 1 above.* |

12

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,618,698 CLAIM 4

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| A process for the production of a glycosylated erythropoietin polypeptide | "A process for the production of an erythropoietin polypeptide having one or more carbohydrate groups attached to the polypeptide" | Roche uses the recited process to produce the glycosylated erythropoietin polypeptide in RO0503821. See '868 claim 1 above. |
| having the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells | "causing bone marrow cells to increase production of reticulocytes and red blood cells in the body" | The glycosylated erythropoietin polypeptide in RO0503821 has the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells. See '868 claim 1 above. |
| comprising the steps of: | "containing at least the following steps" | |
| a) growing, under suitable nutrient conditions, vertebrate cells comprising | "growing, under conditions appropriate and conducive to vertebrate cell growth, cells originating from an animal having a segmented body or cartilaginous spinal cord, containing at least" | Roche grows vertebrate host cells (DN2-3α3 cells) under suitable (appropriate) nutrient conditions as part of the manufacturing process for RO0503821. "Epoetin beta (EPO) is produced by the recombinant CHO cell line DN2-3α3 in suspension culture." ITC-R-BLA-00004667 "In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803. |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13) CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,618,698 CLAIM 4

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | "Compositions of the Media." ITC-R-BLA-00004674-4676.<br><br>"Roche further admits that 'Epoetin beta is a glycoprotein produced by recombinant DNA technology in Chinese hamster ovary cells.'" Roche's Response to Request for Admission No. 12 (quoting ITC-R-BLA-00000230).<br><br>"EPO is produced in suspension culture in an 1,000 L bioreactor scale in a production process without using animal and human derived raw materials." ITC-R-00076656.<br><br>"The said CHO cells are cultured under suitable nutrient conditions in a manner allowing said CHO cells to express the Defendants' EPO." DEFENDANTS' ADMISSIONS at ¶7, 2/7/95, *Kirin-Amgen v. Boehringer Mannheim*.<br><br>"The said CHO cells are eucaryotic, mammalian cells and are capable of glycosylating the polypeptide element of the Defendants' EPO." DEFENDANTS' ADMISSIONS at ¶6, 2/7/95, *Kirin-Amgen v. Boehringer Mannheim*.<br><br>*See also* ITC-R-BLA-00004722-4727; Drug Substance – RO0503821, ITC-R-BLA-00004024-4650. |
| promoter DNA, other than human erythropoietin promoter DNA, | "DNA sequences that initiate transcription of a gene, which DNA is not a human genomic EPO promoter DNA." | DN2-3*a*3 cells contain promoter DNA (the adenovirus type 2 major late promoter), other than human erythropoietin promoter DNA.<br><br>"The vector contains four known promoters that could be functional in mammalian cells. The expression of the inserted [EPO] cDNA is driven by the adenovirus type 2 major late promoter found in fragment 6." ITC-R-BLA-00004804. |

14

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY