CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,618,698 CLAIM 4

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | "Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that '[t]he [expression] vector contains four known promoters that could be functional in mammalian cells. . . . It is possible that some of the EPO mRNA in the expressing DN2-3α3 line is derived from transcription initiating at the SV40 early promoter in fragment 5.' Roche's Response to Request for Admission No. 20.<br><br>See also ITC-R-BLA-00004722-4727. |
| operatively linked to | "[the promoter DNA] is linked to the EPO DNA in a way that maintains the capability of the promoter DNA to initiate transcription of the EPO DNA." | The adenovirus type 2 major late promoter DNA of the DN2-3α3 cells is linked to the EPO DNA in a way that maintains the ability of the adenovirus type 2 major late promoter to initiate transcription of the EPO DNA.<br><br>"The vector contains four known promoters that could be functional in mammalian cells. The expression of the inserted [EPO] cDNA is driven by the adenovirus type 2 major late promoter found in fragment 6." ITC-R-BLA-00004804.<br><br>See also ITC-R-BLA-00004722-4727. |
| DNA encoding the mature erythropoietin amino acid sequence of FIG. 6; and | "the genetic instructions for the 166 amino acid residues (+1 through +166) specified in Fig. 6" | DN2-3α3 cells contain the DNA sequence encoding the entire 166 amino acid sequence (+1 through +166) depicted in Figure 6 of the '698 patent, including DNA encoding an arginine at position 166.<br><br>"Epoetin beta (EPO) cDNA codes for a 166 amino acid polypeptide. All EPO products analyzed so far – either from human urine or recombinant production – only contain 165 amino acids, missing the last arginine residue." ITC-R-BLA-00005616. |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,618,698 CLAIM 4

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | Figure 2 from ITC-R-BLA-00004735-4738 (structure of cDNA showing 166aa). See also ITC-R-BLA-00004728-4740. |
| b) isolating said glycosylated erythropoietin polypeptide expressed by said cells. | "recovering in pure form said glycosylated erythropoietin polypeptide expressed by said cells" | The glycosylated erythropoietin polypeptide in RO0503821 is isolated after expression from the DN2-3α3 cells. See '868 claim 1 above. |

### U.S. PATENT NO. 5,618,698 CLAIM 5

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| The process of claim 4 | | See '698 claim 4 above |
| wherein said promoter DNA is viral promoter DNA. | "The process of claim 4 where the promoter DNA originates from a virus" | Roche's DN2-3α3 cells contain viral promoter DNA (the adenovirus type 2 major late promoter). See '698 claim 4 above. |

### U.S. PATENT NO. 5,618,698 CLAIM 6

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13) CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

**U.S. PATENT NO. 5,618,698 CLAIM 6**

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| A process for the production of a glycosylated erythropoietin polypeptide | See '698 claim 4 above. | Roche uses the recited process to produce the glycosylated erythropoietin polypeptide in RO0503821.<br><br>See '868 claim 1 above. |
| having the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells | See '698 claim 4 above. | The glycosylated erythropoietin polypeptide in RO0503821 has the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells.<br><br>See '868 claim 1 above. |
| comprising the steps of: | | |
| a) growing, under suitable nutrient conditions, vertebrate cells comprising | See '698 claim 4 above. | Roche grows vertebrate host cells (DN2-3α3 cells) under suitable (appropriate) nutrient conditions as part of the manufacturing process for RO0503821.<br><br>See '698 claim 4 above. |
| amplified DNA encoding the mature erythropoietin amino acid sequence of FIG. 6; and | "amplified" means "an increased number of copies relative to other DNA sequences in the genome"<br><br>"DNA encoding the mature erythropoietin amino acid sequence of FIG. 6," see '698 claim 4 above. | Roche's DN2-3α3 cells contain amplified DNA encoding the mature erythropoietin amino acid sequence of Figure 6 in the '698 Patent.<br><br>The DNA encodes the mature erythropoietin amino acid sequence of Figure 6.<br><br>See '698 claim 4 above.<br><br>The DNA encoding the mature erythropoietin amino |

MPK 122051-2.041925.0023

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,618,698 CLAIM 6

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | acid sequence of Figure 6 is amplified.<br><br>"The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR cDNA, and selection for DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of (DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number." ITC-R-BLA-00004987<br><br>"High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723.<br><br>"In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>"The expression vector for Epoetin beta (EPO) was chosen considering that it should be able to express the cDNA in a Chinese hamster ovary (CHO) cell. The vector also contains a drug resistance marker, sequential application of increasing levels of the drug allows selecting progeny cell lines that have amplified the drug resistance gene, co-amplified the EPO gene, and produce high levels of the |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,618,698 CLAIM 6

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| | | recombinant protein." ITC-R-BLA-00004934 |
| b) isolating said glycosylated erythropoietin polypeptide expressed by said cells. | See '698 claim 4 above. | The glycosylated erythropoietin polypeptide in RO0503821 is isolated after expression from the DN2-3α3 cells.<br><br>See '868 claim 1 above. |

### U.S. PATENT NO. 5,618,698 CLAIM 7

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| The process of claim 6 | | See '868 claim 6 above |
| wherein said vertebrate cells further comprise amplified marker gene DNA. | "The process of claim 6 where the vertebrate cells also include a gene which codes for a substance used to identify or select cells having a desirable characteristic." | Roche's DN2-3α3 cells contain amplified marker gene DNA -- Dihydrofolate reductase ("DHFR") gene DNA.<br><br>"The vector also contains a drug resistance marker, sequential application of increasing levels of the drug allows selecting progeny cell lines that have amplified the drug restance gene, co-amplified the EPO gene, and produce high levels of the recombinant protein." ITC-R-BLA-00004934<br><br>"High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| Claim Limitations | | |
|---|---|---|
| | expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723.<br><br>"The expression vector DN2-3 containing the EPO cDNA linked to the mouse DHFR gene was inserted into DHFR deficient DUKX-B11 CHO cells by protoplast fusion. Subsequently, selection of the DHFR$^+$ phenotype was performed. Upon further selection in increasing levels of the drug methotrexate (MTX, an inhibitor of DHFR), the co-integrated DHFR and EPO sequences were amplified to high numbers." ITC-R-00076652.<br><br>"The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR cDNA, and selection for DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of (DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number." ITC-R-BLA-00004987<br><br>See also ITC-R-BLA-00004722-4727. | |

### U.S. PATENT NO. 5,618,698 CLAIM 8

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| The process of claim 7 | | See '698 claim 7 above. |
| wherein said amplified marker gene DNA is Dihydrofolate reductase (DHFR) | "The process of claim 7 where the amplified marker gene DNA is DHFR, which is a specific enzyme which selects for survival of cells." | Roche's DN2-3α3 cells contain amplified Dihydrofolate reductase ("DHFR") gene DNA.<br><br>See '698 claim 7 above. |

20

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| | |
|---|---|
| gene DNA. | |

### U.S. PATENT NO. 5,618,698 CLAIM 9

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| The process according to claims 2, 4 and 6 | | See above re '698 claims 4 and 6 |
| wherein said cells are mammalian cells. | "cells from a warm-blooded animal, whose young are fed by milk secreted from mammary glands" | Roche's DN2-3α3 cells are mammalian cells.<br><br>See '868 claim 1 above (CHO cells, mammalian cells). |

### U.S. PATENT NO. 5,756,349 CLAIM 7

| Claim Limitations | Proposed Claim Construction | Corresponding Step in Roche's Production Process |
|---|---|---|
| A process for producing erythropoietin | "a process for producing erythropoietin" | Roche uses the recited process to produce the erythropoietin in RO0503821.<br><br>See '868 claim 1. |
| comprising the step of | "containing at least the steps of" | |
| culturing, under suitable nutrient conditions, vertebrate cells according to claim 1, 2, 3, 4, 5 or 6. | "the act of growing in vitro, under conditions appropriate and conducive to vertebrate cell growth, cells originating from an animal having a segmented body or cartilaginous spinal cord, according to claim 1, 2, 3, 4, 5 or 6" | Roche's process for producing the erythropoietin in RO0503821 includes culturing, under suitable nutrient conditions, vertebrate cells (DN2-3α3 cells) according to Claim 1, 2 or 3 of the '349 patent.<br><br>See '698 claim 4 above (growing/culturing CHO cells |

21