CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| | |
|---|---|
| 6" | *under suitable nutrient conditions).*<br>*See '349 claim 1 below (independent claim).* |

## U.S. PATENT NO. 5,756,349 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Vertebrate Cells |
|---|---|---|
| Vertebrate cells | *See '349 claim 7 above.* | **Roche's DN2-3α3 cells are vertebrate cells.**<br>*See '698 claim 4 above.* |
| which can be propagated in vitro and | "which can be grown in culture outside of a living body" | **Roche's DN2-3α3 cells can be propagated in vitro.**<br>"Epoetin beta (EPO) is produced by the recombinant CHO cell line DN2-3α3 in suspension culture." ITC-R-BLA-00004667<br><br>"In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>"Compositions of the Media." ITC-R-BLA-00004674-4676.<br><br>"EPO is produced in suspension culture in an 1,000 L bioreactor scale in a production process without using animal and human derived raw materials." ITC-R- |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,756,349 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Vertebrate Cells |
|---|---|---|
| which are capable upon growth in culture of producing erythropoietin in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay, | "[the vertebrate cells] are able to secrete erythropoietin into their growth environment in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay" | 00076656.<br><br>The erythropoietin in RO0503821 is made using vertebrate cells which are capable upon growth in culture of producing erythropoietin in the medium of their growth in excess of 100U of EPO per $10^6$ cells in 48 hours as determined by radioimmunoassay.<br><br>— "producing erythropoietin in the medium of their grown"<br><br>"Epoetin beta (EPO) is produced by the recombinant CHO cell line DN2-3 α 3 in suspension culture." ITC-R-BLA-00004667<br><br>"Compositions of the Media." ITC-R-BLA-00004674-4676.<br><br>"In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>— "growth in excess of 100 U [or 1000 U] of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay"<br><br>See, e.g., ITC-BLA-00002375-2378<br><br>See Amgen v. Chugai Trial Exhibits PX809 (Chugai's IND Vol. 1.1) at A140432 (Table 4.2.4-2), A140345, and A140416; and PX 19 (Chugai's IND at A119857-69, |

23

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST
SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,756,349 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Vertebrate Cells |
|---|---|---|
| said cells comprising non-human DNA sequences which control transcription of DNA encoding human erythropoietin. | "said cells containing at least DNA sequences, which are not part of the human genome, but which initiate and regulate the process of transcription of the genetic instructions for human erythropoietin" | A119870, A120069-A12088).<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he periods for the fermentation phases are specified to achieve the specified cell densities and product yield. The product yield is controlled by the determination of product concentration and harvest volume." ITC-R-BLA-00005170." Roche's Response to Request for Admission No. 21.<br><br>The erythropoietin in RO00503821 is made using vertebrate cells that contain non-human DNA sequences which control transcription of DNA encoding human erythropoietin.<br><br>Roche's DN2-3α3 cells contain non-human DNA sequences (the adenovirus type 2 major late promoter).<br><br>"The vector contains four known promoters that could be functional in mammalian cells. The expression of the inserted [EPO] cDNA is driven by the adenovirus type 2 major late promoter found in fragment 6." ITC-R-BLA-00004804.<br><br>"Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he [expression] vector contains four known promoters that could be functional in mammalian cells. . . . It is possible that some of the EPO mRNA in the expressing DN2-3α3 line is derived from transcription initiating at the SV40 early promoter in fragment 5." ITC-R-BLA-00004804." Roche's Response to Request for Admission No. 20. |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,756,349 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Vertebrate Cells |
|---|---|---|
| | | The adenovirus type 2 major later promoter in Roche's DN2-3α3 cells controls transcription of DNA encoding human erythropoietin. |
| | | "The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR, and selection for the DHFR phenotype." ITC-R-BLA-00004934. |
| | | "High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723. |
| | | "The expression vector for EPO was chosen considering that it should be able to express the cDNA in a CHO cell." ITC-R-BLA-00004723. |
| | | "As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that '[t]he EPO coding sequence was introduced into CHO cells deficient in the enzyme DHFR by transformation with a linked mouse DHFR cDNA, and selection for the DHFR phenotype." ITC-R-BLA-00004723." Roche's Response to Request for Admission No. 18. |
| | | "As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

### U.S. PATENT NO. 5,756,349 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Vertebrate Cells |
|---|---|---|
| | | cDNA and selection for the DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number." ITC-R-BLA-00004987." Roche's Response to Request for Admission No. 19.<br><br>See also ITC-R-BLA-00004722-4727. |

### U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| A non-naturally occurring glycoprotein product of the expression in a mammalian host cell of an exogenous DNA sequence comprising | "a protein not occurring in nature having carbohydrate groups attached to the polypeptide that is produced by a mammalian cell from DNA transformed or transfected into the mammalian cell that does not have its origin from the genome of the host" | RO0503821 contains a non-naturally occurring glycoprotein product.<br><br>"Ro 50-3821 is a synthetic human erythropoietin, epoetin beta, produced by recombinant DNA technology which is then modified by chemically conjugating one linear methoxy-polyethylene glycol molecule to its N-terminus or lysine residue." ITC-R-IND-000000542.<br><br>"Epoetin beta is a synthetic glycoprotein produced by recombinant DNA technology in Chinese hamster ovarian (CHO) cells." ITC-R-IND-000000979.<br><br>"The experimental drug used in this study, Ro 50-3821 is a |

26

Exhibit A to Plaintiff's Response to First Set of Interrogatories (1-13)
Case No. 05-cv-12237WGY

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | new compound, which is similar to the human hormone erythropoietin. Like currently available drugs called epoetins, Ro 50-3821 can increase the number of red blood cells and hemoglobin levels in the blood. Ro 50-3821 is also produced by genetic engineering techniques, but the drug is manufactured in such a way that to the drug [sic] can stay in the body's circulation for a long time." ITC-R-IND-00000771.<br><br>"RO0503821 is comprised of human epoetin beta (EPO, Ro 205-3859), which is mono-peglated with a linear methoxy-polyethylene glcol (PEG), with an average molecular weight of around 30 kDa. RO0503821 is the reaction product of EPO and methoxy-polyethylene glycol-succinimidyl butyric acid (Ro 50-3919).<br>The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of EPO and the PEG molecule at the point of attachment." ITC-R-00076642<br><br>"Ro 50-3821 and epoetin beta share an identical amino acid sequence and composition. The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of epoetin beta and the methoxy-PEG molecule at the point of attachment." ITC-R-IND-00000979.<br><br>"For all batches of RO0503821, Epoetin beta, the active ingredient of the medicinal product Recormon®/NeoRecormon® was used as a starting material. Epoetin beta, a recombinant erythropoietin, is manufactured at Roche Pharma Biotechnology Production |

27

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| Claim Limitations | U.S. PATENT NO. 5,547,933 CLAIM 3 ||
|---|---|---|
| | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
| | | in Penzberg, Germany. The EPO starting material remained unchanged during the process development of RO0503821." ITC-R-BLA-00004178.<br><br>"[I]t was demonstrated by means of extended characterization using different analytical methods that apart from slight quantitative differences, the carbohydrate structure of RO0503821 remains unchanged as compared to EPO starting material." ITC-R-BLA-00004317.<br><br>"Figure 14 compares the relative contents of the different structures found in Ro 50-3821 and unmodified EPO. All oligosaccharide structures known from unmodified recombinant EPO are also present in Ro 50-3821. The chromatogram provides no evidence for altered oligosaccharide structures after pegylation of EPO (see Figure 13)." Comparability Program for Ro 50-3821 Drug Substance 5/21/03, p. 1-69 ITC-R-00090941, at 91008<br><br>"Figure 9 compares the relative contents of the different structures found in pegylated EPO and unmodified EPO. All oligosaccharide structures known from unmodified EPO are also present in Ro 50-3821. The chromatogram provides no evidence for altered oligosaccharide structures after pegylation of EPO (see figure 8). From a quantitative point of view small differences could be seen in the oligosaccharide pattern between pegylated EPO and unmodified EPO (see figure 9)." ITC-R-IND-00005504-5531, at 5521.<br><br>"PEG-EPO (Ro 50-3821) is comprised of human epoetin |

28