**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | beta (Ro 205-3859), which is mono-pegylated with a linear methoxy-polyethylene glycol (PEG) with an average molecular weight of 32 kDa. PEG-EPO consists of at least 90% mono-pegylated EPO and the remainder is comprised of di-pegylated EPO, higher pegylated EPO and non-pegylated EPO (less than 1%)." ITC-R-00050625<br><br>"PEG-EPO (Ro 50-3821) is a pegylated version of Epoetin beta, whereby one linear polyethylene glycol chain has been added to the recombinant erythropoietin molecule." ITC-R-IND-00070631.<br><br>*See also* ITC-R-BLA-00006908; ITC-R-BLA-00013120 at 00013131; Farid Depo. Tr. 184:22-185:7, ITC-R-00076640; ITC-R-BLA-00019133 at 19136; ITC-R-BLA-00000005 at 00006287; ITC-R-BLA-00018966 at 18969; ITC-R-BLA-00016194 at 00016202; ITC-R-BLA-00016096 at 00016104; ITC-R-IND-00062646; ITC-R-IND-00000542; ITC-R-BLA-00007319 at 00007349; ITC-R-BLA-00002509 at 00002525; ITC-R-00076642; ITC-R-BLA-00004027; ITC-R-IND-00000542; ITC-R-IND-00000979; Application Summary for MIRCERA, ITC-R-BLA-000001194-691; Drug Substance – RO0503821, ITC-R-BLA-00004024-4650.<br><br>**The glycoprotein product in RO0503821 is the product of the expression in a mammalian host cell of an exogenous DNA sequence.**<br><br>"The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR, and selection for the DHFR phenotype." ITC-R- |

29

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | BLA-00004934.<br><br>"High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723.<br><br>"In order to produce a recombinant EPO with properties similar to the natural EPO, Genetics Institute decided to use a mammalian vector/host expression system. The advantages of the system selected (gene amplification in Chinese hamster ovary (CHO) cells) are that the protein is folded, disulfide linked, glycosylated, and secreted into the growth medium." ITC-R-BLA-00004803.<br><br>"The expression vector for EPO was chosen considering that it should be able to express the cDNA in a CHO cell." ITC-R-BLA-00004723.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he EPO coding sequence was introduced into CHO cells deficient in the enzyme DHFR by transformation with a linked mouse DHFR cDNA, and selection for the DHFR⁻ phenotype." ITC-R-BLA-00004723." Roche's Response to Request for Admission No. 18.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | (DHFR) by transformation with a linked mouse DHFR cDNA and selection for the DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number." ITC-R-BLA-00004987." Roche's Response to Request for Admission No. 19. |
| a DNA sequence encoding human erythropoietin | "genetic instructions for human erythropoietin" | Roche's DN2-3α3 cells contain an exogenous DNA sequence encoding human erythropoietin.<br><br>"The Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR, and selection for the DHFR phenotype." ITC-R-BLA-00004934.<br><br>"High level expression of EPO was achieved by transformation of the DHFR-CHO cells with a vector expressing both EPO and DHFR cDNAs, and subsequent gene amplification by selection in increasing levels of the DHFR inhibitor methotrexate (MTX, and inhibitor of DHFR)." ITC-R-BLA-00004723.<br><br>"The expression vector for EPO was chosen considering that it should be able to express the cDNA in a CHO cell." ITC-R-BLA-00004723.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he EPO coding sequence was introduced into CHO cells deficient in the enzyme DHFR by transformation with a linked mouse DHFR cDNA, and selection for the DHFR" |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,547,933 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | phenotype." ITC-R-BLA-00004723." Roche's Response to Request for Admission No. 18.<br><br>"As a basis for its denial, Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that "[t]he Epoetin beta (EPO) coding sequence was introduced into CHO cells deficient in the enzyme dihydrofolate reductase (DHFR) by transformation with a linked mouse DHFR cDNA and selection for the DHFR$^+$ phenotype. Upon further selection with increasing levels of the drug methotrexate (MTX, an inhibitor of DHFR), the co-integrated DHFR and EPO sequences were amplified to high copy number." ITC-R-BLA-00004987." Roche's Response to Request for Admission No. 19.<br><br>See also ITC-R-BLA-00004722-4727. |
| said product possessing the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells. | "[said product] causing bone marrow cells to increase production of reticulocytes and red blood cells in the body" | The glycoprotein product in RO0503821 possesses the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells.<br><br>See '868 claim 1 above. |

32

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

| U.S. PATENT NO. 5,547,933 CLAIM 7 | | |
|---|---|---|
| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
| The glycoprotein product according to claim 3, 4, 5, or 6 | | See '933 claim 3 above. |
| wherein the host cell is a non-human mammalian cell. | | See '868 claim 1 above (CHO cells, mammalian cells). |

| U.S. PATENT NO. 5,547,933 CLAIM 8 | | |
|---|---|---|
| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
| The glycoprotein product according to claim 7 | | See '933 claim 7 above. |
| wherein the non-human mammalian cell is a CHO cell. | | See '868 claim 1 above (CHO cells, mammalian cells). |

| U.S. PATENT NO. 5,547,933 CLAIM 9 | | |
|---|---|---|
| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
| A pharmaceutical composition | "A composition suitable for administration to humans as a pharmaceutical" | Roche makes a pharmaceutical composition called MIRCERA (also known as Ro0503821 drug product). |

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,547,933 CLAIM 9

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| comprising | | "MIRCERA is taken either as an injection into the skin or intravenously." ITC-R-BLA-00000066 (draft package insert).<br><br>"MIRCERA is formulated as a sterile, preservative-free protein solution for intravenous (IV) or subcutaneous (SC) administration." ITC-R-BLA-00000212.<br><br>"RO0503821 is formulated as a sterile, single-use injectable solution contained either in glass vials or in pre-filled syringes (PFS)." ITC-R-BLA-00000309.<br><br>"Injectable solutions of MICERA in vials and prefilled syringes are formulated in an aqueous solution containing sodium phosphate, sodium sulphate, mannitol, methione and poloxamer 188." ITC-R-BLA-00000212.<br><br>*See also* Application Summary for MIRCERA, ITC-R-BLA00000194-691; Information for Patients and Caregivers, ITC-R-BLA-00000066-77.<br><br>**MIRCERA contains a single drug substance, called RO0503821.**<br><br>"Proprietary name: MIRCERA" "Code designations: RO0503821 (drug substance), Ro 050-3821 (drug product)" ITC-R-BLA-00000248. |

34

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,547,933 CLAIM 9

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| an effective amount of a glycoprotein product effective for erythropoietin therapy according to claim 1, 2, 3, 4, 5 or 6 and | "a quantity of a glycoprotein product according to claim 1, 2, 3, 4, 5 or 6 that produces a result that in and of itself helps to heal or cure a patient in the class of patients listed in the specification, column 33 lines 31 through 36: patients generally requiring blood transfusions and including trauma victims, surgical patients, renal disease patients including dialysis patients, and patients with a variety of blood composition affecting disorders, such as hemophilia, sickle cell disease, physiologic anemias, and the like." | MIRCERA contains an effective amount of the glycoprotein product according to claims 3, 4, and 5 effective for erythropoietin therapy.<br><br>"MIRCERA is a product that acts like the natural hormone – human erythropoietin, which is produced mainly by healthy kidneys. Erythropoietin ensures that enough red blood cells are produced by the body to satisfy oxygen supply to all tissues. MIRCERA is taken either as an injection into the skin or intravenously. … MIRCERA is used to treat anemia in patients with chronic kidney disease who may or may not be on dialysis. … When you are taking MIRCERA, your healthcare provider will check the effect of the medicine with regular blood tests. Your blood tests may be referred to as 'hemoglobin' and/or 'hematocrit' by your healthcare provider. If these tests show an increase in the number of red blood cells, then MIRCERA is working." ITC-R-BLA-00000066.<br><br>"The efficacy and safety of MIRCERA have been assessed in six phase III randomized multi-center clinical studies for the treatment of anemia in adult patients associated with chronic kidney disease (CKD) including patients on dialysis and not on dialysis." ITC-R-BLA-00000214.<br><br>"The efficacy and safety of RO0503821 was comparable to that of reference treatments (epoetin alfa, epoetin beta, darbepoetin alfa) and resulted in effective anemia management in CKD patients. The 1x2 weeks regimen resulted in similar correction of anemia to the comparator treatment with a high response rate of >90%. Correction of anemia was associated with clinically meaningful improvements in quality of life, supporting the benefit and |