| U.S. PATENT NO. 5,547,933 CLAIM 9 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Structure or Function in Roche's Product** |
| | | good tolerability of RO0503821 1x2 weeks treatment for patients in the correction setting." ITC-R-BLA-00000350.<br><br>"Correction of anemia was associated with clinically meaningful improvements in quality of life scores as assessed by the SR-36 health questionnaire in both studies." ITC-R-BLA-00000337.<br><br>"RO0503821 was efficacious in correcting anemia associated with CKD in patients who were on dialysis and who were not currently treated with an ESA, regardless of the route of administration (IV or SC). RO0503821 was comparable to both epoetin and darbepoetin alfa reference groups in all study parameters tested with the exception of time to target Hb response in the correction studies, which was longer with RO0503821." ITC-R-BLA-00000326-27.<br><br>*See also* Application Summary for MIRCERA, ITC-R-BLA-00000194-691. |
| a pharmaceutically acceptable diluent, adjuvant or carrier. | **"a diluent, adjuvant, or carrier that is suitable for administration to humans"** | **Roche's MIRCERA pharmaceutical composition contains a pharmaceutically acceptable diluent, adjuvant or carrier.**<br><br>"Injectable solutions of MICERA in vials and prefilled syringes are formulated in an aqueous solution containing sodium phosphate, sodium sulphate, mannitol, methione and poloxamer 188." ITC-R-BLA-00000212.<br><br>"Dosage diluent: 0.01M Sodium phosphate, 0.04 M Sodium sulphate, 0.01 M L-methionine, 3% Mannitol, and 0.01% poloxamer 188 pH 6.2." ITC-R-00025464.<br><br>"RO0503821 is formulated as a sterile, single-use |

| U.S. PATENT NO. 5,547,933 CLAIM 9 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Structure or Function in Roche's Product** |
| | | injectable solution contained either in glass vials or in pre-filled syringes (PFS). The aqueous solution for both presentations is the same with regard to the following inactive ingredients: sodium dihydrogen phosphate, sodium sulfate, mannitol, L-methionine, and poloxamer 188. The solution does not contain a microbial preservative. This composition for the aqueous solution was used in part of the Phase II program and in all Phase III clinical trials and is the same as that which will be used for future marketing." ITC-R-BLA-00045341.<br><br>"Roche directs Amgen to the MIRCERA™ BLA, in which Roche admits that, for example, one 50 pg/mL vial of the drug product contains an actual weight of 0.06 mg R00503821, 1.788 mg L-Methionine, 6.816 mg Sodium sulphate anhydrous, 1.656 mg Sodium dihydrogen phosphate monohydrate, 36.0 mg Mannitol, 0.12 mg Poloxamer 188, Hydrochloric acid, diluted, q.s. (pH 6.2), Sodium hydroxide solution, q.s. (pH 6.2), Water for Injections q.s. ad total weight. ITC-R-BLA-00003366." Roche's Response to Request for Admission No. 22.<br><br>*See also* ITC-R-IND-00000981; ITC-R-000025758; ITC-R-IND-00002635; Application Summary for MIRCERA, ITC-R-BLA-00000194-691. |

| U.S. PATENT NO. 5,547,933 CLAIM 11 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Step in Method of Treatment** |
| A method for treating | | **Roche's agents have performed this method or Roche** |

| U.S. PATENT NO. 5,547,933 CLAIM 11 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Step in Method of Treatment** |
| a kidney dialysis patient | | **has induced or will induce physicians to practice the claimed method for treating kidney dialysis patients.** |
| which comprises | | |
| administering a pharmaceutical composition of claim 9 in an amount effective to increase the hematocrit level of said patient. | **"administering a pharmaceutical composition of claim 9 in an amount effective to increase the hematocrit level of said patient"** | **Roche's MIRCERA is administered and will continue to be administered in an amount effective to increase the hematocrit level of patients.**<br><br>"MIRCERA is a product that acts like the natural hormone – human erythropoietin, which is produced mainly by healthy kidneys. Erythropoietin ensures that enough red blood cells are produced by the body to satisfy oxygen supply to all tissues. MIRCERA is taken either as an injection into the skin or intravenously. . . . MIRCERA is used to treat anemia in patients with chronic kidney disease who may or may not be on dialysis. . . . When you are taking MIRCERA, your healthcare provider will check the effect of the medicine with regular blood tests. Your blood tests may be referred to as 'hemoglobin' and/or 'hematocrit' by your healthcare provider. If these tests show an increase in the number of red blood cells, then MIRCERA is working." ITC-R-BLA-00000066.<br><br>"The efficacy and safety of MIRCERA have been assessed in six phase III randomized multi-center clinical studies for the treatment of anemia in adult patients associated with chronic kidney disease (CKD) including patients on dialysis and not on dialysis." ITC-R-BLA-00000214.<br><br>"The efficacy and safety of RO0503821 was comparable to that of reference treatments (epoetin alfa, epoetin beta, darbepoetin alfa) and resulted in effective anemia |

| U.S. PATENT NO. 5,547,933 CLAIM 11 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Step in Method of Treatment** |
| | | management in CKD patients. The 1x2 weeks regimen resulted in similar correction of anemia to the comparator treatment with a high response rate of >90%. Correction of anemia was associated with clinically meaningful improvements in quality of life, supporting the benefit and good tolerability of RO0503821 1x2 weeks treatment for patients in the correction setting." ITC-R-BLA-00000350.<br><br>"Correction of anemia was associated with clinically meaningful improvements in quality of life scores as assessed by the SF-36 health questionnaire in both studies." ITC-R-BLA-00000337.<br><br>"RO0503821 was efficacious in correcting anemia associated with CKD in patients who were on dialysis and who were not currently treated with an ESA, regardless of the route of administration (IV or SC). RO0503821 was comparable to both epoetin and darbepoetin alfa reference groups in all study parameters tested with the exception of time to target Hb response in the correction studies, which was longer with RO0503821." ITC-R-BLA-00000326-327.<br><br>"Following a single dose of MIRCERA in CKD patients, the onset of Hb increase (defined as an increase > 0.4 g/dL from baseline) is observed after 7 to 15 days . . . ." ITC-R-BLA-00000213.<br><br>"The conjugates . . . of this invention can be administered in a therapeutically effective amount to patients in the same way EPO is administered." U.S. Patent No. 6,583,272; Col. 3: 23-25. |

| U.S. PATENT NO. 5,547,933 CLAIM 11 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Step in Method of Treatment** |
| | | *See also* Application Summary for MIRCERA, ITC-R-BLA-00000194-691; Information for Patients and Caregivers, ITC-R-BLA-00000066-77. |

| U.S. PATENT NO. 5,547,933 CLAIM 12 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Structure or Function in Roche's Product** |
| A pharmaceutical composition | **"A composition suitable for administration to humans as a pharmaceutical"** | *See '933 claim 9 above.* |
| Comprising | | |
| an effective amount of glycoprotein product effective for erythropoietin therapy according to claim 7 | **"a quantity of a glycoprotein product according to claim 7 that produces a result that in and of itself helps to heal or cure a patient in the class of patients listed in the specification, column 33 lines 31 through 36: patients generally requiring blood transfusions and including trauma victims, surgical patients, renal disease patients including dialysis patients, and patients with a variety of blood composition affecting disorders, such as hemophilia, sickle cell disease, physiologic anemias, and the like."** | *See '933 claim 9 above (effective amount of glycoprotein product effective for erythropoietin therapy).*<br><br>*See '933 claim 7 above.* |
| and a pharmaceutically acceptable diluent, adjuvant or carrier. | | **Roche's MIRCERA pharmaceutical composition contains a pharmaceutically acceptable diluent, adjuvant or carrier.**<br><br>*See '933 claim 9 above.* |

| U.S. PATENT NO. 5,547,933 CLAIM 14 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Structure or Function in Roche's Product** |
| A method for treating a kidney dialysis patient | | **Roche's agents have performed this method or Roche has induced or will induce physicians to practice the claimed method for treating kidney dialysis patients.**<br><br>*See '933 claim 11 above.* |
| which comprises | | |
| administering a pharmaceutical composition of claim 12 in an amount effective to increase the hematocrit level of said product. | **"administering a pharmaceutical composition of claim 12 in an amount effective to increase the hematocrit level of said patient"**<br>(Note: the limitation contains a typographical error, the term "product" should read "patient" as in '933 claim 11). | **Roche's MIRCERA is administered and will continue to be administered in an amount effective to increase the hematocrit level of patients.**<br><br>*See '933 claims 11 and 12 above.* |

| U.S. PATENT NO. 5,955,422 CLAIM 1 | | |
|---|---|---|
| **Claim Limitations** | **Proposed Claim Construction** | **Corresponding Structure or Function in Roche's Product** |
| A pharmaceutical composition | **"A composition suitable for administration to humans as a pharmaceutical"** | **Roche's MIRCERA product is a pharmaceutical composition.**<br><br>*See '933 claim 9 above (pharmaceutical composition).* |
| comprising | **"containing at least"** | |