**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,955,422 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| a therapeutically effective amount of human erythropoietin | "therapeutically effective" means either:[3]<br><br>(a) "therapeutically effective amount is one that elicits any one or all of the effects often associated with in vivo biological activity of natural EPO, such as those listed in the specification, column 33, lines 16 through 22: stimulation of reticulocyte response, development of ferrokinetic effects (such as plasma iron turnover effects and marrow transit time effects), erythrocyte mass changes, stimulation of hemoglobin C synthesis and, as indicated in Example 10, increasing hematocrit levels in mammals."<br><br>or<br><br>(b) "a quantity that produces a result that in and of itself helps to heal or cure. A therapeutically effective amount is one that shares the in vitro biological activity of natural EPO, elicits in vivo biological effects such as those listed in the specification, column 33, lines 24-28: stimulation of reticulocyte response, development of ferrokinetic effects (such as plasma iron turnover effects and marrow transit time effects), erythrocyte mass changes, stimulation of hemoglobin C synthesis, and, | Roche's MIRCERA product contains a therapeutically effective amount of human erythropoietin under both claim construction (a) and claim construction (b).<br><br>See '933 claim 9 above.<br><br>Roche's MIRCERA contains human erythropoietin.<br><br>See '868 claim 1 above. |

---

[3] Construction (a) reflects the claim construction adopted by the Federal Circuit in *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 457 F.3d 1293, 1303 (Fed. Cir. 2006). Amgen, however, has not yet exhausted it right to appeal that construction. Amgen, therefore, reserves the right to propose claim construction (b) at trial.

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

**U.S. PATENT NO. 5,955,422 CLAIM 1**

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | as indicated in Example 10, increases the hematocrit level in mammals. Therapeutically effective is to be interpreted as being therapeutically effective with respect to the class of patients listed in the specification, column 33 lines 31 through 36: patients generally requiring blood transfusions and including trauma victims, surgical patients, renal disease patients including dialysis patients, and patients with a variety of blood composition affecting disorders, such as hemophilia, sickle cell disease, physiologic anemias, and the like."<br><br>"human erythropoietin" means "a protein in which the polypeptide has the amino acid sequence of EPO isolated from human urine" | |
| and a pharmaceutically acceptable diluent, adjuvant or carrier, | "and a diluent, adjuvant, or carrier that is suitable for administration to humans" | Roche's MIRCERA pharmaceutical composition contains a pharmaceutically acceptable diluent, adjuvant or carrier.<br><br>See '933 Claim 9 above. |
| wherein said erythropoietin is purified from mammalian cells grown in culture. | "wherein the human erythropoietin originates from and is obtained in substantially homogeneous form from mammalian cells or mammalian cell culture medium." | The erythropoietin in Roche's RO0503821 is purified from mammalian cells grown in culture.<br><br>"During the transfer the harvest is cooled to ≤15° C by a heat exchanger. Afterwards the cells are removed by disk stack centrifugation and discarded. The supernatant containing EPO is in-line filtered and collected in a second |

44

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,955,422 CLAIM 1

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | pre-cooled vessel. … After 2 hours of incubation the cell free supernatant is filtered again to remove precipitates. The supernatant is kept ≤ 15° C and loaded onto a Blue Sepharose column within 36 hours. Each harvest is processed separately during purification." ITC-R-BLA-00004673-74.<br><br>"The Epoetin beta purification process consists of five chromatographic steps. This process starts with a capture step using Blue Sepharose (BS) chromatography. Further purification is performed using a hydrophobic interaction chromatography on Butyl Toyopearl (BU), an adsorption chromatography on Hydroxyapatite Ultrogel (HA), a reversed phase (RP-) preparative HPLC on Vydac $C_4$ and finally an anion exchange chromatography on DEAE Sepharose (DEAE)." ITC-R-BLA-00004682.<br><br>"Each harvest undergoes purification which leads to 10 batches of purified EPO starting material." ITC-R-BLA-00004667 |

## U.S. PATENT NO. 5,621,080 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| A non-naturally occurring erythropoietin glycoprotein having the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells in the | "an EPO protein not occurring in nature with attached carbohydrate groups to the polypeptide chain that causes bone marrow cells to increase production of reticulocytes and red blood cells in the | Roche's MIRCERA product contains a non-naturally occurring erythropoietin glycoprotein.<br><br>See '933 claim 3 |

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,621,080 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| vivo biological activity of causing bone marrow cells to increase production of reticulocytes and red blood cells | body" | Roche's MIRCERA product contains an erythropoietin glycoprotein having the in vivo biological activity of causing bone marrow cells to increase production of reticulocytes and red blood cells.<br><br>See '868 claim 1. |
| wherein said erythropoietin glycoprotein comprises the mature erythropoietin amino acid sequence of FIG. 6 | "wherein said eryhthropoietin glycoprotein comprises the 166 amino acid residues (+1 through +166) specified in Fig. 6." | The erythropoietin glycoprotein in RO0503821 comprises the equivalent of the mature erythropoietin amino acid sequence of Figure 6 of the '080 Patent because the difference is insubstantial.<br><br>"Epoetin beta (EPO) cDNA codes for a 166 amino acid polypeptide. All EPO products analyzed so far – either from human urine or recombinant production – only contain 165 amino acids, missing the C-terminal arginine residue. . . In this report the molecular mass of the C-terminal peptide was determined by plasma desorption mass spectrometry (PDMS) which unambiguously showed that only the peptide ending with aspartate 165 is present in all batches. Details of this kind of analysis are presented in Report 3.2.S.3.1 "Analysis of the Complete Amino Acid Sequence." ITC-R-BLA-00005616<br><br>"Both EPO starting material and RO0503821 have the identical amino acid sequence and composition of the carbohydrate moiety. RO0503821 differs from erythropoietin through integration of an amide bond between wither the N-terminal amino group of the ε-amino group of lysine, predominantly Lys 52 and Lys 45 and methoxy polyethylene glycol-succinimidyl butanoic acid. This results in a molecular weight of around 60 kDa." ITC-R-BLA-00004027 |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)<br>CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,621,080 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | "Ro 50-3821 and epoetin beta share an identical amino acid sequence and composition. The only difference in the composition of native and modified protein is due to the formation of an amide bond between the amino group of epoetin beta and the methoxy-PEG molecule at the point of attachment." ITC-R-IND-000000979. |

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY

MPK 122051-2.041925.0023

CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL

## U.S. PATENT NO. 5,621,080 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | **2.2  EPO Starting Material**<br><br>The mature form of EPO consists of 165 amino acids. There are two disulfide bridges between Cys 7 – Cys 161 and Cys 29 – Cys 33. The protein is N-glycosylated at positions Asn 24, Asn 38, and Asn 83, and O-glycosylated at position Ser 126. The molecular weight of the protein portion is 18,236 Da, fully glycosylated EPO amounts to approximately 30,000 Da.<br><br>**Figure 1    Amino Acid Sequence and Primary Structure of EPO**<br><br>[Diagram of EPO amino acid sequence showing circular residues with positions 5, 20, 45, 52, 97, 116, 140, 152, 154 highlighted, HOOC- and -NH2 termini indicated]<br><br>The amino acid sequence and primary structure of the protein is given in Figure 1. The potential pegylation sites are highlighted. The major pegylation sites are the N-terminus, Lys 45 and Lys 52.<br><br>ITC-R-BLA-00004029<br><br>"The complete amino acid sequence was determined using batch G001.09 in order to demonstrate that the primary structure of Epoetin beta (EPO) obtained in the serum-free process is correct. |

**CONTAINS ROCHE RESTRICTED ACCESS CONFIDENTIAL BLA/IND MATERIAL**

## U.S. PATENT NO. 5,621,080 CLAIM 3

| Claim Limitations | Proposed Claim Construction | Corresponding Structure or Function in Roche's Product |
|---|---|---|
| | | The complete sequence was found to correspond to the cDNA derived sequence." ITC-R-00005618.

"The amino acid analysis of Epoetin beta (EPO) was performed in order to demonstrate that it corresponds to the amino acid composition derived from the cDNA sequence. The amino acid compositions of all batches analyzed was shown to be in accordance with the cDNA sequence." ITC-R-BLA-00005582.

**The erythropoietin glycoprotein in RO0503821 performs substantially the same function in substantially the same way to achieve substantially the same result as an erythropoietin glycoprotein comprising 166 amino acids specificed in Figure 6.**

"Epoetin beta (EPO) cDNA codes for a 166 amino acid polypeptide. All EPO products analyzed so far – either from human urine or recombinant production – only contain 165 amino acids, missing the last arginine residue. . . In this report the molecular mass of the C-terminal peptide was determined by plasma desorption mass spectrometry (PDMS) which unambiguously showed that only the peptide ending with aspartate 165 is present in all batches. Details of this kind of analysis are presented in Report 3.2.S.3.1 "Analysis of the Complete Amino Acid Sequence." ITC-R-BLA-00005616

"RO0503821 is a chemically synthesized continuous erythropoietin receptor activator." ITC-R-BLA-00000288

"In vitro cell proliferation and human tissue binding studies confirm that RO0503821 has a similar pattern of specificity to that of epoetin beta. RO0503821 stimulated proliferation of an EPO responsive cell line, but not other human (hematopoietic and non-hematopoietic) tumor cell lines. RO0503821 binds exclusively to cell surface EPO-R on the erythroid progenitor cells in the bone marrow." ITC-R-BLA-00000315. |

49

EXHIBIT A TO PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES (1-13)
CASE NO. 05-cv-12237WGY