## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AMGEN INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '422 CLAIM 1, '933 CLAIM 3, AND '698 CLAIM 6

Dockets.Justia.com

Pursuant to Fed. R. Civ. P. 56, Amgen seeks summary judgment that Roche's importation or sale of Mircera will literally infringe '422 Claim 1, '933 Claim 3, and '698 Claim 6. There is no genuine issue of material fact that Mircera literally satisfies all of the limitations of the claimed products of '422 Claim 1 and '933 Claim 3 as construed and defined by the Court. There is also no dispute that Roche uses the process claimed in '698 Claim 6 to make EPO.

The grounds for this Motion are set forth in the accompanying Memorandum in Support of Amgen's Motion For Summary Judgment of Infringement of '422 Claim 1, '933 Claim 3, and '698 Claim 6, and the supporting declarations.

Amgen respectfully submits the Court should enter judgment of infringement.

Dated: June 14, 2007

Respectfully submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Patricia R Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4204
Facsimile: (857) 488-4201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

        William Gaede III *(pro hac vice)*
        McDERMOTT WILL & EMERY
        3150 Porter Drive
        Palo Alto, CA 94304
        Telephone: (650) 813-5000
        Facsimile: (650) 813-5100

        Kevin M. Flowers *(pro hac vice)*
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive
        6300 Sears Tower
        Chicago, IL 60606
        Telephone: (312) 474-6300
        Facsimile: (312) 474-0448

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the plaintiff attempted to confer in good faith with counsel for the defendants in an effort to resolve or narrow the issues presented by this motion and no agreement could be reached.

        */s/Patricia R Rich*
        Patricia R. Rich

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 14, 2007.

        */s/Patricia R Rich*
        Patricia R. Rich