# APPENDIX A

| **U.S. PATENT NO. 5,955,422 CLAIM 1** |||
|---|---|---|
| **LIMITATION** | **COURT'S PRELIMINARY CONSTRUCTION** | **REFERENCE TO SEPARATE STATEMENT OF UNDISPUTED FACT** |
| A pharmaceutical composition | "a composition suitable for administration to humans containing a diluent, adjuvant or carrier" | ¶¶ 17, 20, 23-25 |
| comprising | | |
| a therapeutically effective amount of human erythropoietin | "A therapeutically effective amount is one that elicits any one or all of the effects often associated with in vivo biological activity of natural EPO, such as those listed in the specification, column 33, lines 16 through 22: stimulation of reticulocyte response, development of ferrokinetic effects (such as plasma iron turnover effects and marrow transit time effects), erythrocyte mass changes, stimulation of hemoglobin C synthesis and, as indicated in Example 10, increasing hematocrit levels in mammals."<br><br>*Human erythropoietin:*<br>"A protein having the amino acid sequence of human EPO, such as the amino acid sequence of EPO isolated from human urine" | ¶¶ 1, 18, 21-22, 26-28, 35-38 |
| and a pharmaceutically acceptable diluent, adjuvant or carrier, | "a composition suitable for administration to humans containing a diluent, adjuvant or carrier" | ¶¶ 24-25 |
| wherein said erythropoietin is purified from mammalian cells grown in culture. | "obtained in substantially homogeneous form from the mammalian cells, using the word "from" in the sense that it originates in the mammalian cells, without limitation to it only taking it directly out of the interior of the cells, which have been grown in the in vitro culture." | ¶¶ 8-9, 14-16 |

1

APPENDIX A

| U.S. PATENT NO. 5,547,933 CLAIM 3 | | |
|---|---|---|
| LIMITATION | COURT'S PRELIMINARY CONSTRUCTION | REFERENCE TO SEPARATE STATEMENT OF UNDISPUTED FACT |
| A non-naturally occurring glycoprotein product of the expression in a mammalian host cell of an exogenous DNA sequence comprising | No ruling; taken under advisement. | ¶¶ 1, 3, 8-10, 29-30 |
| a DNA sequence encoding human erythropoietin | *Human erythropoietin:* "A protein having the amino acid sequence of human EPO, such as the amino acid sequence of EPO isolated from human urine" (Tentative: Judge Young will consider replacing "protein" with "glycoprotein.") | ¶¶ 10-11 |
| said product possessing the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells. | | ¶¶ 7, 35 |

2

APPENDIX A

| U.S. PATENT NO. 5,618,698 CLAIM 6 | | |
|---|---|---|
| LIMITATION | COURT'S PRELIMINARY CONSTRUCTION | REFERENCE TO SEPARATE STATEMENT OF UNDISPUTED FACT |
| A process for the production of a glycosylated erythropoietin polypeptide | "A process for the production of an erythropoietin polypeptide having one or more carbohydrate groups attached to the polypeptide . . . containing the following steps" | ¶¶ 1-4 |
| having the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells | | ¶¶ 7, 35 |
| comprising the steps of: | | |
| a) growing, under suitable nutrient conditions, vertebrate cells comprising | | ¶ 8-9, 14 |
| amplified DNA | | ¶¶ 13 |
| [DNA] encoding the mature erythropoietin amino acid sequence of FIG. 6, | | ¶¶ 10-13 |
| b) isolating said glycosylated erythropoietin polypeptide expressed by said cells. | "separating said glycosylated erythropoietin polypeptide" | ¶¶ 4, 14-16 |

3