# ATTACHMENT A

Dockets.Justia.com

DR. HARVEY F. LODISH

CURRICULUM VITAE

DATE AND PLACE OF BIRTH: November 16, 1941 - Cleveland, Ohio

CITIZENSHIP: U.S. CITIZEN

SOCIAL SECURITY NUMBER: 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

EDUCATION: 1959-1962   Kenyon College, Gambier, Ohio, A.B., Summa cum laude. Highest Honors in Chemistry and Mathematics

1962-1966   The Rockefeller University, New York, New York; Ph.D. received in 1966

POSITIONS HELD:

1958-1960   (summers) Research Assistant, Case Western Reserve University School of Medicine, Cleveland, Ohio

1961   Research Assistant, Stanford University, Department of Chemistry, Stanford, California

1962-1966   Graduate student, The Rockefeller University, New York, New York

1966-1968   Post-doctoral Fellow, Medical Research Council Laboratory of Molecular Biology, Cambridge, England

1968-1971   Assistant Professor of Biology, Massachusetts Institute of Technology, Cambridge, Massachusetts

1971-1976   Associate Professor of Biology, Massachusetts Institute of Technology, Cambridge, Massachusetts

1976-present   Professor of Biology, Massachusetts Institute of Technology, Cambridge, Massachusetts

1977-1978   Visiting Scientist, Imperial Cancer Research Fund, Lincoln's Inn Fields, London, England

1982-present   Member, Whitehead Institute for Biomedical Research

1994-present   Associate Member, M. I. T. Cancer Center

1999- present   Professor of Bioengineering, Division of Biological Engineering, Massachusetts Institute of Technology

HONORS:   1961   Phi Beta Kappa

1

| | |
|---|---|
| 1962-1966 | Rockefeller Institute Fellowship |
| 1966-1968 | American Cancer Society Postdoctoral Fellowship |
| 1971-1975 | National Institutes of Health Research Career Development Award |
| 1977 | John Simon Guggenheim Memorial Fellowship |
| 1982 | D.Sc. (honorary) Kenyon College |
| 1986 | Fellow, American Association for the Advancement of Science |
| 1987 | Elected to Membership, National Academy of Sciences |
| 1989 | American Diabetes Association William C. Stadie Award |
| 2000 | Fellow, American Academy of Microbiology |
| 1996 | Associate Member, European Molecular Biology Organization (EMBO) |
| 1997 | Establishment of the Harvey F. Lodish Award for Service at the Whitehead Institute |
| 1997 | Fellow, American Academy of Arts and Sciences |
| 1999 | Establishment of the Harvey F. Lodish Career Development Chair in the Sciences at Kenyon College |
| 2000-2003 | Chair, Section 22, Cellular and Developmental Biology, National Academy of Sciences |
| 2002, 2003 | Nominating Committee, National Academy of Sciences |
| 2004 | President, American Society for Cell Biology<br>2003, President- Elect<br>2005, Past President |
| 2005- present | Chair, External Advisory Board, Image and Video Library , American Society for Cell Biology |
| 2007 | Chair, Nominating Committee, American Society for Cell Biology |

SOCIETIES:                      Sigma Xi

                                American Chemical Society

American Association for the Advancement of Science

American Society for Microbiology

American Society of Biochemistry and Molecular Biology

American Society for Cell Biology
    President, 2004
    President- Elect, 2003

American Diabetes Association

American Society of Hematology

ENDOWED/ NAMED LECTURESHIPS:

| | |
|---|---|
| 1984 | Robert and Ester Stadler Lecture, M.D. Anderson Hospital, Texas |
| 1984 | Richard Fineberg Memorial Lecture, U. California, San Francisco Medical Center |
| 1986 | Jacobs-Parpart-Ponder Memorial Lecture, Red Cell Club/Biophysics Society, San Francisco |
| 1986 | Harvey Society Lecture |
| 1986 | State of the Art Lecture, annual meeting of the American Society of Nephrology |
| 1987 | John Muntz Memorial Lecture and Award, Albany Medical College |
| 1987 | Plenary Lecture, annual meeting of the American Society for Clinical Investigation |
| 1987 | Jeanette Piperno Memorial Award and Lecture, Temple University, School of Medicine |
| 1987 | University Lecture, University of Texas Medical Center, Dallas |
| 1987 | Barton Lecture, University of Oklahoma, Norman |
| 1988 | Novo Foundation Lecturer, University of Copenhagen |
| 1989 | Stadie Lecture, American Diabetes Association Philadelphia Affiliate |
| 1989 | Philips Lecturer, Haverford College |

| | |
|---|---|
| 1989 | Green Lecturer, European Molecular Biology Laboratory |
| 1989 | Piché Lecture, McGill University and Université de Montreal |
| 1989 | Staples Visiting Professor, University of Maine |
| 1990 | Wellcome Foundation Visiting Professor, University of Oregon Health Sciences Center |
| 1990 | Massachusetts Biotechnology Council Lecturer, American Chemical Society Annual Meeting, Boston |
| 1990 | Visiting Professor, University of Wyoming |
| 1990 | Hirschmann Lecturer, Oberlin College |
| 1991 | Keynote Endowment Award Lecture, University of Maryland |
| 1991 | Roerig Visiting Professor in Diabetes, University of Washington |
| 1991 | Plenary Lecture, American Society of Hematology |
| 1992 | Plenary Lecture, Serono Symposium on Cell Biology and Biotechnology |
| 1992 | Presidential Symposium speaker, 24th Congress of the International Society of Hematology, London |
| 1992 | Berson Memorial Lecture, Ninth International Congress of Endocrinology, Nice |
| 1992 | Plenary Lecture, Ninth International Biotechnology Symposium and Exposition, Crystal City, Virginia |
| 1993 | Plenary Lecture, International Society for Experimental Hematology, Rotterdam |
| 1993 | Distinguished Lecturer in the Medical Sciences Series, Mayo Clinic/ Mayo Foundation, Rochester, Minnesota |
| 1994 | Sackler Visiting Lecturer, Sackler Institute of Advanced Studies, Tel Aviv University, Israel |
| 1994 | Address, Presentation Ceremony, Rosenstiel Awards, Brandeis University |
| 1994 | 16th annual Jim McGinnis Memorial Lecture, Duke University, North Carolina |
| 1994 | Sigma Xi Lecturer, University of South Dakota School of Medicine |

4

| | |
|---|---|
| 1994 | Harry Eagle Memorial Lecturer, Albert Einstein College of Medicine |
| 1995 | Keynote address, FASEB Summer Research Conference, Snowmass, Colorado |
| 1995 | Keynote Lecture, Howard Hughes Medical Institute, Undergraduate Program Directors Meeting |
| 1996 | Distinguished Lecturer, Harvard School of Public Health |
| 1996 | Plenary Lecture, International Symposium on Insulin Receptors and Insulin Action, Copenhagen, Denmark |
| 1996 | Keynote address, 14th Meeting of the European Society for Animal Cell Technology, Vilamoura, Portugal |
| 1997 | Honors Lecture, New York University School of Medicine |
| 1997 | Keynote Lecture, International Cytokine Symposium, Lake Tahoe, Nevada |
| 1997 | Keynote Lecture, Opening of Astra Research Center Montreal |
| 1997 | Keynote Lecture, Opening of Novo Nordisk Research Center, Beijing |
| 1998 | Keynote Lecture, Annual Meeting of the Swiss Societies for Experimental Biology |
| 1998 | First Howard Hughes Medical Institute Lecture, Kenyon College |
| 1998 | Keynote Lecture, Nature Biotechnology Conference "Pharmaco-Genesis: Postgenomic Drug Discovery Through Developmental Biology" |
| 1998 | Director's Lecture, National Institutes of Health, Bethesda, MD |
| 1998 | Keynote Address, 15th Annual Student Research Forum, Oregon Health Sciences University |
| 1999 | Robert Wong Visiting Professor, John A. Burns School of Medicine, University of Hawaii at Manoa |
| 1999 | Keynote Lecture, Phage Display, Novel Therapeutics and Diagnostics, Boston, MA |
| 1999 | "Horizon" Lecture, Lerner Research Institute, Cleveland Clinic, Cleveland OH |
| 1999 | Alexander and Helena Schonfeld Lecture in Medicine, Washington |

University School of Medicine, St. Louis, MO

2001 Keynote address, Yale University Graduate Student Research
Symposium

2001    Distinguished Lecturer, Harvard School of Public Health

2001    Graduate Student Distinguished Lecturer, Louisiana Health Sciences Center,
Shreveport

2001    Physiology and Biophysics Distinguished Seminar, University of Iowa
Medical Center

2001    Bashour Distinguished Lecture, U. Texas Southwestern Medical School,
Dallas

2002    Hugh Davson Lecture, FASEB Meeting

2002    Keynote lectures, the 75th Annual Meeting of the Japan Endocrine Society,
Osaka

2002    Keynote lecture, Society of General Physiologists Woods Hole Conference on
Cell Biology of Membrane Transport Proteins

2002    Dean's Lecture; Mt. Sinai School of Medicine, New York

2002    Rachford Lecture, University of Cincinnati Medical School

2002    Frontiers in Biology Lecture, Stanford University Medical School

2003    Biomedical Research Council Distinguished Visitor, Economic Development
Board and Biomedical Research Council, Government of Singapore

2003    Plenary Lecture, Fourth Combined Scientific Meeting, National University of
Singapore

2003    Keynote Lecture, First meeting of the Society for Adipocytokine
Research, Tokyo

2003    Keynote Lecture, Graduate Student Research Day, Wayne State University,
Detroit MI

2004    Plenary Lecture, American Diabetes Association Annual Meeting, Orlando

2004    Plenary Lecture, joint meeting of the International Cytokine Society and the
International Society for Interferon and Cytokine Research, San Juan, Puerto
Rico

2005    Keynote lecturer, University of Maryland Baltimore Graduate School
Symposium

6

| | |
|---|---|
| 2005 | Pritchett Lecture, The University of Alabama at Birmingham |
| 2005 | Dean's Distinguished Seminar speaker, University of Colorado School of Medicine, Denver |
| 2005 | Stan Gill Memorial Lecture, University of Colorado, Boulder |
| 2005 | Plenary Lecture, First Annual Scientific Meeting, Asian-Pacific    Diabetes and Obesity Study Group, Kobe, Japan |
| 2005 | Plenary Lecture, 10th Adiposcience Symposium, Osaka, Japan |
| 2005 | Keynote Lecture, Albion Science Symposium, Albion College, Albion MI |
| 2005 | Danny Thomas Lecture, St. Jude Medical Center, Memphis TN |
| 2005 | Distinguished Lecturer, National Jewish Medical and Research Center, Denver, CO |
| 2005 | Dean's Distinguished Lecturer,  University of Arkansas Medical Center, Little Rock |
| 2005 | Dean's Distinguished Lecturer, Georgetown University Medical School, Washington DC |
| 2006 | Choh Hao Li Memorial Lecture, Academia Sinica, Taipei, Taiwan |
| 2006 | Keynote Lecture,  ASME 2006 Summer Bioengineering Conference, Amelia Island, FL |
| 2006 | First Distinguished Lecturer, National University of Singapore Office of Life Sciences |
| 2006 | Keynote Lecture, Korean Society for the Study of Obesity, Seoul |
| 2006 | Leukaemia Research Fund Annual Guest Lecture, London UK |
| 2006 | Heremans Memorial Lecture, Christian de Duve Institute of Cellular Pathology and the University Catholic of Louvain, Brussels |

EDITORIAL BOARDS:

| | |
|---|---|
| 1974-1980 and 1982-1987 | Journal of Biological Chemistry |
| 1974-1977 | Journal of Cell Biology |
| 1976-1988 | Nucleic Acids Research |
| 1978-1987 | Journal of Supramolecular Structure (now Journal of Cellular Biochemistry) |
| 1979-1987 | Virology |
| 1980-1981 | Associate Editor; Molecular and Cellular Biology |

7

| | |
|---|---|
| 1982-1987 | Editor; Molecular and Cellular Biology |
| 1984-1991 | CRC Critical Reviews in Biochemistry |
| 1991-1999 | Science, Board of Reviewing Editors |
| 1996- 2000 | Editorial Board, Proceedings of the National Academy of Sciences |

GRANT REVIEW PANELS:

| | |
|---|---|
| 1972-1975 | National Science Foundation Advisory Panel in Developmental and Cellular Biology |
| 1976 | Special National Institutes of Health Study Section on Diseases Affecting Hemoglobin Synthesis |
| 1978-1982 | American Cancer Society Study Section on Nucleic Acid and Protein Synthesis |
| 1979-1983 | Scientific Advisory Committee, Medical Foundation |
| 1986 | Chairman, National Heart, Lung, and Blood Institute Special Review Committee: Molecular Characterization of Ion Channels in the Myocardial Sarcolemma |
| 1986 | Cystic Fibrosis Foundation Study Section, September |
| 1987 | Scientific Advisory Committee, Damon Runyon-Walter Winchell Cancer Fund |
| 1989 | Special Study Section; National Heart, Lung and Blood Institute Review Panel: Program of Excellence in Molecular Biology |
| 1989-1991 | NIH Cellular Biology and Physiology Study Section |
| 2000 | *ad hoc* Member, NIH Cellular Metabolism Study Section |

MEETING ORGANIZATION:

| | |
|---|---|
| 1975 | Gordon Research Conference on Animal Cells and Viruses, Vice Chairperson |
| 1976 | Gordon Research Conference on Animal Cells and Viruses, Chairperson |
| 1976 | Co-organizer: Dictyostelium meeting at Cold Spring Harbor Laboratories, May 12-15 |

| 1984 | Co-chairman, National Heart, Lung, and Blood Institute Symposium: Frontiers in Basic Sciences, the Plasma Membrane |
| 1985 | Co-chairman, Gordon Research Conference on Red Blood Cells |
| 1985 | Co-organizer, Whitehead Institute Symposium:  Cell Receptors |
| 1988 | Co-organizer, Whitehead Institute Symposium:  Molecular Neurobiology |
| 1988 | Co-organizer, National Institute of Diabetes and Digestive and Kidney Diseases Colloquium:  Gene Regulation and Cellular Signaling in Diabetes |
| 1989 | Chairman, Gordon Research Conference on Membrane Molecular Biology |
| 1991 | Organizer, Technology Day, M.I.T. "The impact of molecular biology on human health" |
| 1992 | Co-organizer, Whitehead Institute Symposium:  Cell Interactions in Development and Disease |
| 1992 | Symposium chairman, American Society of Cell Biologists Annual Meeting: Cell Surface Receptors Controlling Cell Proliferation and Differentiation |
| 1993 | Chairman, M.I.T. Biotechnology Process Engineering Center Workshop:  New Strategies for Cloning Mammalian Proteins |
| 1995 | Co-organizer, Whitehead Institute Symposium:  Signal Transduction |
| 1999 | Co-organizer, Whitehead Institute Symposium:  The Biology of Drug Discovery |
| 2000 | Co-organizer, Whitehead Institute Symposium:  Molecular Machines |
| 2005 | Co-organizer, NIDDK Workshop on Stem Cell Niches |
| 2006 | Chair, Whitehead Institute Symposium: Cell Signaling: Switches, Connectors, and Circuits |
| 2007 | Co-chair NIDDK Workshop on micro RNA in cellular development and hematopoiesis |

## OUTSIDE ADVISORY COMMITTEES:

| 1976-1977 | NIAID Virology Task Force |
| 1977-present | Consulting Scientist in Medicine (Hematology/Oncology) Children's Hospital Medical Center, Boston. |

9

| | |
|---|---|
| 1977-present | Consulting Scientist in Pediatric Oncology, Dana-Farber Cancer Institute. |
| 1977-1982 | Scientific Advisory Committee of the Dana-Farber Cancer Institute |
| 1979 and 1986 | Nominating Committee, American Society of Biological Chemists |
| 1982 | Advisory Panel, Department of Biochemistry, University of Pennsylvania Medical School |
| 1982 | Advisory Panel, Department of Physiology, Case Western Reserve University Medical School |
| 1983-1985 | Council - American Society of Cell Biology |
| 1983-1986 | Chairman, Constitution and By-Laws Committee -American Society of Cell Biology |
| 1985-1991 | Advisory Board, Children's Hospital Medical Center Clinical Research Center, Boston. |
| 1986-1996 | Advisory Board, Center for Gastroenterology Research on Absorptive and Secretory Processes, Tufts-New England Medical Center, Boston |
| 1986-1999 | Scientific Advisory Board, Division of Basic Sciences, Fred Hutchinson Cancer Research Center, Seattle |
| 1988-1999 | Chair of Scientific Advisory Board, Division of Basic Sciences, Fred Hutchinson Cancer Research Center, Seattle |
| 1986-1991 | Scientific Advisory Board, Biozentrum, Universitat Basle, Basle, Switzerland |
| 1988-1993 | Scientific Advisory Committee, European Molecular Biology Laboratory, Heidelberg |
| 1988-1997 | Advisory Committee Member, PEW Scholars Program in Biomedical Sciences |
| 1989-present | Board of Trustees, Kenyon College (Executive Committee 2003 – present) |
| 1989-2001 | International Advisory Committee, National Laboratory of Biomolecules, Beijing, P.R.C. |
| 1991-present | Scientific Advisory Board, Cystic Fibrosis Center, Case Western Reserve Medical School, Cleveland |
| 1991-1992 | Chairman, International Panel for Evaluation of Danish Research in Biochemistry, Denmark. |

10

| | |
|---|---|
| 1992 | Biology Department Visiting Committee, Haverford College, Haverford |
| 1992-2002 | Advisory Board, Cleveland Clinic Research Institute, Cleveland (Chair 1992 – 1996) |
| 1993-1997 | Advisory Board, Rosenstiel Award, Rosenstiel Center, Brandeis University |
| 1996 - 2002 | Scientific Advisory Board, ZMBH (Center for Molecular Biology Heidelberg) Heidelberg, Germany |
| 1997 - present | Board of Trustees, Massachusetts Eye and Ear Infirmary, Boston |
| 1998 - 2000 | Scientific Advisory Board, Institute for Human Nutrition, Columbia University College of Physicians and Surgeons |
| 1999 – 2002 | External Evaluation Board, BioCenter Oulu, University of Oulu, Finland |
| 1999 - present | Visiting Committee, Division of Biology, California Institute of Technology |
| 2001 | Workshop on Future Directions of Biochemical Engineering, Bioengineering and Environmental Systems Division, National Science Foundation |
| 2002 | Visiting Committee, Beth Israel Deaconess Medical Center, Boston MA |
| 2002 – 2005 | Advisory Board, Life Sciences Institute, University of Michigan |
| 2003 – 2008 | Scientific Advisory Board, Children's Hospital, Boston Chair 2004 – 2008 |
| 2004 - 2008 | Board of Trustees Research Committee, Children's Hospital, Boston |
| 2005 – 2006 | National Advisory Board, College of Engineering of the University of California, Santa Barbara |
| 2006 - 2009 | Board of Trustees, Children's Hospital, Boston |
| 2007 | Steering Committee, Building and sustaining a leadership position for Massachusetts Life Sciences, McKinsey and Company |

11

PUBLICATIONS OF DR. HARVEY F. LODISH

**1961**

1.  Eckel, R.E. and H.F. Lodish. Metabolism during potassium transport in human red cell. J. Clin. Invest. 40: 1035-1036 (1961).

**1962**

2.  Djerassi, C., T. George, N. Finch, H.F. Lodish, H. Budzikiewicz and B. Gilbert. Mass spectrometry in structural and stereochemical problems V. Refractine and Aspidofractine. J. Am. Chem. Soc. 84: 1499-1501 (1962).

**1964**

3.  Lodish, H.F., S. Cooper and N.D. Zinder. Host-dependent mutants of the bacteriophage f2 IV. On the biosynthesis of a viral RNA polymerase. Virology 24: 60-70 (1964)

**1965**

4.  Lodish, H.F. and N.D. Zinder. Attachment of f2 bacteriophage to cellulose nitrate filters. Biochem. Biophys. Res. Commun. 19: 269-278 (1965).

5.  Lodish, H.F., K. Horiuchi and N.D. Zinder. Mutants of the bacteriophage f2 V. On the production of noninfectious phage particles. Virology 27: 139-155 (1965).

**1966**

6.  Horiuchi, K., H.F. Lodish and N.D. Zinder. Mutants of the bacteriophage f2 VI. Homology of temperature-sensitive and host-dependent mutants.

7.  Lodish, H.F. and N.D. Zinder. Replication of the RNA of bacteriophage f2. Science 152: 372-378 (1966).

8.  Lodish, H.F. The mechanism and control of replication of the RNA containing bacteriophage f2. Ph.D. thesis, The Rockefeller University, New York, NY (1966).

9.  Lodish, H.F. and N.D. Zinder. Mutants of the bacteriophage f2 VIII. Control mechanisms for phage-specific synthesis. J. Mol. Biol. 19: 333-348 (1966).

10.  Lodish, H.F. and N.D. Zinder. Semi-conservative replication of bacteriophage f2 RNA. J. Mol. Biol. 21: 207-209 (1966).

11.  Eckel, R.E., S.C. Rizzo, H.F. Lodish and A.B. Berggren. Potassium transport and control of glycolysis in human erythrocytes. Amer. J. Phys. 210: 737-743 (1966)

**1968**

12.  Lodish, H.F. Polar effects of an amber mutation in f2 bacteriophage. J. Mol. Biol. 32: 47-58 (1968).

13.  Lodish, H.F.  Independent translation of the genes of bacteriophage f2 RNA.  J. Mol. Biol. 32: 681-685 (1968).

14.  Lodish, H.F.  Bacteriophage f2 RNA:  Control of translation and gene order.  Nature 220: 345-349 (1968).

15.  Lodish, H.F.  The replication of RNA-containing bacteriophages.  In: *Progress in Biophysics and Molecular Biology*, (J.A.V. Butler and D. Novel, eds.)  Vol. 18, Pergamon Press, New York, pp. 285-312 (1968).

**1969**

16.  Lodish, H.F. and H.D. Robertson.  Cell-free synthesis of bacteriophage f2 maturation protein.  J. Mol. Biol. 45: 9-22 (1969).

17.  Lodish, H.F. Species specificity of polypeptide chain initiation. Nature 224: 867-870 (1969).

18.  Lodish, H.F.  Independent initiation of translation of two bacteriophage f2 proteins.  Biochem. Biophys. Res. Commun. 37: 127-136 (1969).

19.  Lodish, H.F and H.D. Robertson.  Regulation of in vitro translation of bacteriophage f2 RNA.  Cold Spring Harbor Symp. 34: 655-673 (1969).

20.  Rekosh, D., H.F. Lodish and D. Baltimore.  Translation of poliovirus RNA by an E. coli cell-free system.  Cold Spring Harbor Symp. Quant. Biol. 34: 747-751 (1969).

**1970**

21.  Lodish, H.F.  Specificity in bacterial protein synthesis:  Role of initiation factors and ribosomal subunits. Nature 226: 705-707 (1970).

22.  Lodish, H.F. Secondary structure of bacteriophage f2 ribonucleic acid and the initiation of in vitro protein biosynthesis.  J. Mol. Biol. 50: 689-702 (1970).

23.  Robertson, H.D. and H.F. Lodish.  Messenger characteristics of nascent bacteriophage RNA.  Proc. Natl. Acad. Sci. USA 67: 710-716 (1970).

24.  Housman, D., M. Jacobs-Lorena, U.L. RajBhandary and H.F. Lodish. Initiation of haemoglobin synthesis by methionyl-tRNA.  Nature 227: 913-918 (1970).

25.  Osborn, M., K. Weber and H.F. Lodish.  Amino terminal peptides of RNA phage proteins synthesized in the cell free system.  Biochem. Biophys. Res. Commun. 41: 748-756 (1970).

26.  Rekosh, D., H.F. Lodish and D. Baltimore.  Protein synthesis in Escherichia coli extracts programmed by poliovirus RNA.  J. Mol. Biol. 54: 327-340 (1970).

**1971**

27.    Lodish, H.F.  Thermal melting of bacteriophage f2 RNA and initiation of synthesis of the maturation protein.  J. Mol. Biol. 56: 627-632 (1971).

28.    Lodish, H.F., D. Housman and M. Jacobsen.  Initiation of hemoglobin synthesis.  Specific inhibition by antibiotics and bacteriophage ribonucleic acid.  Biochem. 10: 2348-2356 (1971).

29.    Smilowitz, H., H.F. Lodish and P.W. Robbins.  Synthesis of the major bacteriophage f1 coat protein.  J. Virol. 7: 776-782 (1971).

30.    Goldman, E. and H.F. Lodish.  Inhibition of replication of ribonucleic acid bacteriophage f2 by superinfection with bacteriophage T4.  J. Virol. 8: 417-429 (1971).

31.    Nathan, D.G., H. F. Lodish, Y. W. Kan and D. Housman.  Beta-thalassemia and translation of globin messenger RNA.  Proc. Natl. Acad. Sci. USA 68: 2514-2518 (1971).

32.    Lodish, H.F.  Alpha and beta globin messenger ribonucleic acid.  Different amounts and rates of initiation of translation.  J. Biol. Chem. 246: 7131-7138 (1971).

**1972**

33.    Housman, D., D. Gillespie and H.F. Lodish.  Removal of formyl-methionine residue from nascent bacteriophage f2 protein.  J. Mol. Biol. 65: 163-166 (1972).

34.    Pemberton, R.E., D. Housman, H.F. Lodish and C. Baglioni.  Isolation of duck haemoglobin messenger RNA and its translation by rabbit reticulocyte cell free system.  Nature New Biol. 235: 99-102 (1972).

35.    Goldman, E. and H.F. Lodish.  Specificity of protein synthesis by bacterial ribosomes and initiation factors: Absence of change after phage T4 infection.  J. Mol. Biol. 67: 35-47 (1972).

36.    Lodish, H.F. and M. Jacobsen.  Regulation of hemoglobin synthesis: Equal rates of translation and termination of a- and b-globin chains.  J. Biol. Chem. 247: 3622-3629 (1972).

37.    Kan, Y.W., D.G. Nathan and H.F. Lodish.  Equal synthesis of a- and b- globin chains in erythroid precursors in heterozygous b-thalassemia.  J. Clin. Invest. 51: 1906-1909 (1972).

38.    Lodish, H.F. and A. Jacobson.  Translational control of protein synthesis in eucaryotic cells: Is there tissue or species specificity of the translational apparatus?  Devel. Biol. 27: 283-285 (1972).

39.    Firtel, R.A., A. Jacobson and H.F. Lodish.  Isolation and hybridization kinetics of messenger RNA from Dictyostelium discoideum.  Nature New Biol. 239: 225-228 (1972).

40.    McDowell, M.J., W.K. Joklik, L. Villa-Komaroff and H.F. Lodish. Translation of retrovirus messenger RNAs synthesized in vitro into reovirus polypeptides by several mammalian cell-free extracts.  Proc. Natl. Acad. Sci. USA 69: 2649-2653 (1972).

41.   Lodish, H.F. and D.G. Nathan.  Regulation of hemoglobin synthesis. Preferential inhibition of a and b globin synthesis.  J. Biol. Chem. 247: 7822-7829 (1972).

**1973**

42.   Morrison, T.G. and H.F. Lodish.  Translation of bacteriophage Qb RNA by cytoplasmic extracts of mammalian cells.  Proc. Natl. Acad. Sci. USA 70: 315-319 (1973).

43.   Lodish, H.F. and O. Desalu.  Regulation of synthesis of non-globin proteins in cell-free extracts of rabbit reticulocytes.  J. Biol. Chem. 248: 3520-3527 (1973).

44.   Lodish, H.F.  Biosynthesis of reticulocyte membrane proteins by membrane-free polyribosomes. Proc. Natl. Acad. Sci. USA 70: 1526-1530 (1973).

45.   Jacobson, A. and H.F. Lodish.  A simple and inexpensive procedure for preparative polyacrylamide gel electrophoresis of RNA.  Analytical Biochem. 54: 513-517 (1973).

46.   Goldman, E. and H.F. Lodish.  T4 phage and T4 ghosts inhibit f2 phage replication by different mechanisms.  J. Mol. Biol. 74: 151-161 (1973).

47.   Firtel, R.A. and H.F. Lodish.  A small nuclear precursor of messenger RNA in the cellular slime mold Dictyostelium discoideum.  J. Mol. Biol. 79: 295-314 (1973).

48.   Firtel, R.A., L. Baxter and H.F. Lodish.  Actinomycin D and the regulation of enzyme biosynthesis during development of Dictyostelium discoideum.  J. Mol. Biol. 79: 315-327 (1973).

49.   Lodish, H.F., R.A. Firtel and A. Jacobson.  Transcription and structure of the genome of the cellular slime mold Dictyostelium discoideum.  Cold Spring Harbor Symp. Quant. Biol. 38: 899-914 (1973).

**1974**

50.   Villa-Komaroff, L., M. McDowell, D. Baltimore and H.F. Lodish.  Translation of reovirus mRNA, and bacteriophage Qb RNA in cell-free extracts of mammalian cells.  Methods In Enzymology 30: 709-723 (1974).

51.   Cividalli, G., D.G. Nathan and H.F. Lodish.  Translational control of hemoglobin synthesis in thalessemic bone marrow.  J. Clin. Invest. 53: 955-963 (1974).

52.   Jacobson, A., R.A. Firtel and H.F. Lodish.  Transcription of polydeoxythymidylate sequences in the genome of the cellular slime mold Dictyostelium discoideum.  Proc. Natl. Acad. Sci. USA 71: 1607-1611 (1974).

53.   Jacobson, A., R.A. Firtel and H.F. Lodish.  Synthesis of messenger and ribosomal RNA precursors in isolated nuclei of the cellular slime mold Dictyostelium discoideum.  J. Mol. Biol. 82: 213-230 (1974)

15

54.    Firtel, R.A., A. Jacobson, J. Tuchman and H.F. Lodish.  Gene activity during development of the cellular slime mold <u>Dictyostelium discoideum</u>. XIII International Congress of Genetics, Berkeley, Ca. <u>Symp. on Devel. Genetics</u> <u>78:</u> 355-372 (1974).

55.    Tuchman, J., T. Alton and H.F. Lodish.  Preferential synthesis of actin during early development of the slime mold <u>Dictyostelium discoideum</u>.  <u>Devel. Biol.</u> <u>40:</u> 116-128 (1974).

56.    Morrison, T., M. Stampfer, D. Baltimore and H.F. Lodish.  Translation of vesicular stomatitis virus messenger RNA by extracts from mammalian and plant cells. <u>J. Virol.</u> <u>13:</u> 62-72 (1974).

57.    Lodish, H.F., R. Weinberg and H.L. Ozer.  Translation of mRNA from simian virus 40-infected cells into simian virus 40 capsid protein by cell-free extracts. <u>J. Virol.</u> <u>13:</u> 590-595 (1974).

58.    Verma, I.M., R.A. Firtel, H.F. Lodish and D. Baltimore.  Synthesis of DNA complementary to cellular slime messenger RNA by reverse transcriptase.  <u>Biochem.</u> <u>13:</u> 3917-3922 (1974).

59.    Morrison, T.G. and H.F. Lodish.  Recognition of protein synthesis initiation signals on bacteriophage ribonucleic acid by mammalian ribosomes.  <u>J. Biol. Chem.</u> <u>249:</u> 5860-5866 (1974).

60.    Lodish, H.F.  Model for the regulation of mRNA translation applied to haemoglobin synthesis.  <u>Nature</u> <u>251:</u> 385-388 (1974).

61.    Lodish, H.F., A. Jacobson, R. Firtel, T. Alton and J. Tuchman. Synthesis of messenger RNA and chromosome structure in the cellular slime mold.  <u>Proc. Natl. Acad. Sci. USA</u> <u>71:</u> 5103-5108 (1974).

62.    A., R. Firtel and H.F. Lodish.  The synthesis of messenger RNA in the cellular slime mold <u>Dictyostelium discoideum</u>.  In:  Processing of RNA.  Brookhaven Symposia in Biology 26: 307-319 (1974).

**1975**

63.    Lodish, H.F.  Regulation of <u>in</u> <u>vitro</u> protein synthesis by bacteriophage RNA by tertiary structure. In: *RNA Phages* (N.D. Zinder, ed.) Cold Spring Harbor Laboratories, New York, NY, pp. 301-318 (1975).

64.    Morrison, T.G., M. Stampfer, H.F. Lodish and D. Baltimore.  <u>In</u> <u>vitro</u> translation of vesicular stomatitis virus messenger RNAs and the existence of the 40S "plus" strand. In: *Negative Strand Viruses I*. (B.W.J. Mahy and R.D. Barry, eds).  Academic Press, New York, NY 293-300 (1975).

65.    Lodish, H.F. and B. Small.  Membrane proteins synthesized by rabbit reticulocytes.  <u>J. Cell Biol.</u> <u>65:</u> 51-64 (1975).

66.    Knipe, D., J.K. Rose and H.F. Lodish.  Translation of individual species of vesicular stomatitis virus mRNA. <u>J. Virol.</u> <u>15:</u> 1004-1011 (1975).

67. Morrison, T. and H.F. Lodish. Site of synthesis of membrane and nonmembrane proteins of vesicular stomatitis virus. J. Biol. Chem. 250: 6955-6962 (1975).

68. Temple, G. and H.F. Lodish. Competition between a and b globin messenger RNA. Biochem. Biophys. Res. Commun. 63: 971-979 (1975).

69. Lodish, H.F., T. Alton, J.P. Margolskee, R. Dottin and A. Weiner. RNA and protein synthesis during differentiation of the slime mold, Dictyostelium discoideum. ICN-UCLA Symposia on Molecular and Cellular Biology. In: *Developmental Biology* (D. McMahon and C.F. Fox, eds.) W.A. Benjamin Inc., Menlo Park, CA, pp. 366-394 (1975).

70. Jacobson, A. and H.F. Lodish. Genetic control of development of the cellular slime mold Dictyostelium discoideum. Ann. Rev. Genetics. 9: 145-185 (1975).

71. Cancedda, R., L. Villa-Komaroff, H.F. Lodish and M. Schlesinger. Initiation sites for translation of Sindbis virus 42S and 26S messenger RNAs. Cell 6: 215-222 (1975).

72. Goldman, E. and H.F. Lodish. Competition between bacteriophage f2 RNA and bacteriophage T4 messenger RNA. Biochem. Biophys. Res. Commun. 64: 663-672 (1975).

73. Villa-Komaroff, L., N. Guttman, D. Baltimore and H.F. Lodish. Complete translation of poliovirus RNA in a eukaryotic cell-free system. Proc. Natl. Acad. Sci. USA 72: 4157-4161 (1975).

74. Lodish, H.F., B. Small and H. Chang. Maturation of rabbit reticulocytes: Degradation of specific reticulocyte proteins. Devel. Biol. 47: 59-67 (1975).

**1976**

75. Buchman, J., J.E. Smart and H.F. Lodish. Effects of differentiated membranes on the developmental program of the cellular slime mold. Devel. Biol. 51: 77-85 (1976).

76. Lodish, H.F. and B. Small. Different lifetimes of reticulocytes messenger RNA. Cell 7: 59-65 (1976).

77. Chang, H., P.J. Langer and H.F. Lodish. Asynchronous synthesis of erythrocyte membrane proteins. Proc. Natl. Acad. Sci. USA 73: 3206-3210 (1976).

78. Rose, J.K. and H.F. Lodish. Translation in vitro of vesicular stomatitis virus mRNA lacking 5'-terminal 7-methylguanosine. Nature 262: 32-37 (1976).

79. Lodish, H.F. Translational control of protein synthesis. Ann. Rev. Biochem. 45: 39-72 (1976).

80. Kerr, I.M., U. Olshevsky, H.F. Lodish and D. Baltimore. Translation of murine leukemia virus RNA in cell-free systems from animal cells. J. Virol. 18: 627-635 (1976).

81. Dottin, R.P., A.M. Weiner and H.F. Lodish. 5' Terminal nucleotide sequences of the messenger RNAs of Dictyostelium discoideum. Cell 8: 233-244 (1976).

17

82.   Lodish, H.F., T. Alton, R.P. Dottin, A.M. Weiner and J.P. Margolskee. Synthesis and translation of messenger RNA during differentiation of the cellular slime mold Dictyostelium discoideum. In: *The Molecular Biology of Hormone Action* (J. Papaconstantinou, ed.) Academic Press, New York, NY, pp. 75-103 (1976).

83.   Lodish, H.F. Synthesis and structure of messenger RNA in the slime mold Dictyostelium discoideum. Symposium of the Deutsche Akademie der Naturfoscher Leopoldina. In: Cell Differentiation in Microorganisms, Plants and Animals (L. Nover and K. Mothes, eds.) VEB Gustav Fisher Verlag Jena, German Democratic Republic, pp 126-145 (1976).

**1977**

84.   Dottin, R., A.M. Weiner, T. Alton, J.P. Margolskee and H.F. Lodish. Messenger RNA structure, synthesis, and translation in the cellular slime mold Dictyostelium discoideum. Ohio State University Symposium. In: *Regulatory Biology* (J. Copeland and G. Marzluf, eds.) pp. 285-314 (1977).

85.   Anderson, W.F., L. Bosch, W.E. Cohn, H. Lodish, W.C. Merrick, H. Weissbach, H.G. Witttmann and I.G. Wool. International Symposium on Protein Synthesis. Fogarty Center-NIH Workshop, Bethesda, MD; October, 1976; FEBS Letters, 76: 1-10 (1977).

86.   Knipe, D.M., H.F. Lodish and D. Baltimore. Localization of two cellular forms of the vesicular stomatitis virus glycoprotein. J. Virol. 21: 1121-1139 (1977).

87.   Knipe, D.M., D. Baltimore and H.F. Lodish. Separate pathways of maturation of the major structural proteins of vesicular stomatitis virus. J. Virol. 21: 1128-1139 (1977).

88.   Knipe, D., H.F. Lodish and D. Baltimore. Analysis of the defects of temperature-sensitive mutants of vesicular stomatitis virus: Intracellular degradation of specific viral proteins. J. Virol. 21: 1140-1148 (1977).

89.   Knipe, D.M., D. Baltimore and H.F. Lodish. Maturation of viral proteins in cells infected with temperature-sensitive mutants of vesicular stomatitis virus. J. Virol. 21: 1149-1158 (1977).

90.   Rose, J.K., H.F. Lodish and M.L. Brock. Giant heterogeneous polyadenylic acid on vesicular stomatitis virus mRNA synthesized in vitro in the presence of S-adenosylhomocysteine. J. Virol. 21: 683-693 (1977).

91.   Wirth, D.F., F. Katz, B. Small and H.F. Lodish. How a single sindbis virus mRNA directs the synthesis of one soluble protein and two integral membrane glycoproteins. Cell 10: 253-263 (1977).

92.   Lodish, H.F. and J.K. Rose. Relative importance of 7-methylguanosine in ribosome binding and translation of vesicular stomatitis virus mRNA in wheat germ and reticulocyte cell-free systems. J. Biol. Chem. 252: 1181-1188 (1977).

93.  Lodish, H.F. and S. Froshauer.  Binding of viral glycoprotein mRNA to endoplasmic reticulum membranes is disrupted by puromycin.  J. Cell Biol. 74: 358-364 (1977).

94.  Katz, F.N., J.E. Rothman, V.R. Lingappa, G. Blobel and H.F. Lodish. Membrane assembly in vitro: Synthesis, glycosylation and asymmetric insertion of a transmembrane protein.  Proc. Natl. Acad. Sci. USA 74: 3278-3282 (1977).

95.  Alton, T.H. and H.F. Lodish.  Translational control of protein synthesis during the early stages of differentiation of the slime mold Dictyostelium discoideum.  Cell 12: 301-310 (1977).

96.  Alton, T.H. and H.F. Lodish.  Developmental changes in messenger RNAs and protein synthesis in Dictyostelium discoideum.  Devel. Biol. 60: 180-206 (1977).

97.  Alton, T.H. and H.F. Lodish.  Synthesis of developmentally regulated proteins in Dictyostelium discoideum which are dependent on continued  cell-cell interaction.  Devel. Biol. 60: 207-216 (1977).

98.  Katz, F.N., J.E. Rothman, D.M. Knipe and H.F. Lodish.  Membrane assembly:  Synthesis and intracellular processing of the vesicular stomatitis virus glycoprotein.  J. Supramolec. Struct. 7: 353-370 (1977).

99.  Lodish, H.F., J.E. Bergmann and T.H. Alton.  Regulation of messenger RNA translation.  In: *Genetic Interaction and Gene Transfer*.  Brookhaven Symposium in Biology, 29: 309-331 (1977).

100. Lodish, H.F. and T.H. Alton.  Translational and transcriptional control of protein synthesis during differentiation of Dictyostelium discoideum.  In: *Developments and Differentiation in the Cellular Slime Moulds* (Cappucinelli and Ashworth, eds.)  Elsevier/North-Holland Biomedical Press, pp. 253-272 (1977).

101. Batts-Young, B., N. Maizels and H.F. Lodish.  Precursors of ribosomal RNA in the cellular slime mold Dictyostelium discoideum.  Isolation and characterization.  J. Biol. Chem. 252: 3852-3960 (1977).

102. Lodish, H.F. and S. Froshauer.  Rates of initiation of protein synthesis by two purified species of vesicular stomatitis virus messenger RNA.  J. Biol. Chem. 252: 8804-8811 (1977).

103. Rothman, J.E. and H.F. Lodish.  Synchronised transmembrane insertion and glycosylation of a nascent membrane protein.  Nature 269: 775-780 (1977)

**1978**

104. Lodish, H.F., F.N. Katz, J.E. Rothman and D.M. Knipe.  Membrane assembly:  Synthesis and intracellular processing of the vesicular stomatitis virus glycoprotein.  In: *Birth Defects: Original Article  Series,* (R.A. Lerner and D. Bergsma, eds.)  Alan R. Liss, New York, NY,  Vol. 14 pp. 155-175 (1978).

19

105.    Lodish, H.F., J.E. Bergmann and T.H. Alton. Regulation of messenger RNA translation. In: *Cell Differentiation and Neoplasmia* (G.F. Saunders, ed.) Raven Press, New York, NY pp. 369-388 (1978).

106.    Batts-Young, B. and H.F. Lodish. Triphosphate residues at the 5' ends of rRNA precursor and 5S RNA from Dictyostelium discoideum. Proc. Natl. Acad. Sci. USA 75: 740-744 (1978).

107.    Lodish, H.F., J.P. Margolskee and D.D. Blumberg. Transcriptional and translational control of protein synthesis during differentiation of Dictyostelium discoideum. In: *Differentiation and Development* (F. Ahmad, T.R. Russell, J. Schultz and R. Werner, eds.) Miami Winter Symposium 15: 169-186 (1978).

108.    Rothman, J.E., F.N. Katz and H.F. Lodish. Glycosylation of a membrane protein is restricted to the growing polypeptide chain but is not necessary for insertion as a transmembrane protein. Cell 15: 1447-1454 (1978).

109.    Lingappa, V.R., F.N. Katz, H.F. Lodish and G. Blobel. A signal sequence for the insertion of a transmembrane glycoprotein: Similarities to the signals of secretory proteins in primary structure and function. J. Biol. Chem. 253: 8667-8670 (1978).

**1979**

110.    Bergmann, J. and H.F. Lodish. Translation of capped and uncapped vesicular stomatitis virus and reovirus mRNAs. Sensitivity to $m^7$GpppAm and ionic conditions. J. Biol. Chem. 254: 459-468 (1979).

111.    Schnitzer, T.J. and H.F. Lodish. Noninfectious vesicular stomatitis virus particles deficient in the viral nucleocapsid. J. Virol. 29: 443-448 (1979).

112.    Lodish, H.F. and R.A. Weiss. Selective isolation of mutants of vesicular stomatitis virus defective in production of the viral glycoprotein. J. Virol. 30: 177-189 (1979).

113.    Katz, F.N. and H.F. Lodish. Transmembrane biogenesis of the vesicular stomatitis virus glycoprotein. J. Cell Biol. 80: 416-426 (1979).

114.    Wirth, D.F., H.F. Lodish and P.W. Robbins. Requirements for the insertion of the sindbis envelope glycoproteins into the endoplasmic reticulum membrane. J. Cell Biol. 81: 154-162 (1979).

115.    Lodish, H.F. and J.E. Rothman. The assembly of cell membranes. Sci. Am. 240: 48-63 (1979).

116.    Bergmann, J.E., H. Trachsel, N. Sonenberg, A.J. Shatkin and H.F. Lodish. Characterization of rabbit reticulocyte factor(s) that stimulates the translation of mRNAs lacking 5'-terminal 7-methylguanosine. J. Biol. Chem. 254: 1440-1443 (1979).

117.    Lodish, H.F., D. Wirth and M. Porter. Synthesis and maturation of transmembrane viral glycoproteins. In: *From Gene to Protein: Information Transfer In Normal and Abnormal Cells.* Miami Winter Symp. 16: 297-320 (1979).

118.    Bergmann, J. and H.F. Lodish.  A kinetic model of protein synthesis:  Application to hemoglobin synthesis and translational control.  J. Biol. Chem. 254: 11927-11937 (1979).

119.    Harsa-King, M.L., A. Bender and H.F. Lodish.  Stage specific changes in protein synthesis during Xenopus oogenesis.  ICN-UCLA Symposia on Molecular and Cellular Biology.  In:  *Eucaryotic Gene Regulation* (R. Axel, R. Maniatis and C.F. Fox eds.) 14: 239-250 (1979).

**1980**

120.    Lodish, H.F. and M. Porter.  Specific incorporation of host cell surface proteins into budding vesicular stomatitis virus particles.  Cell 19: 161-169 (1980).

121.    Margolskee, J.P. and H.F. Lodish.  Half-lives of messenger RNA species during growth and differentiation of Dictyostelium discoideum.  Devel. Biol. 74: 37-49 (1980).

122.    Margolskee, J.P. and H.F. Lodish.  The regulation of the synthesis of actin and two other proteins induced early in Dictyostelium discoideum development.  Devel. Biol. 74: 50-64 (1980).

123.    Lodish, H.F. and M. Porter.  Heterogeneity of vesicular stomatitis virus particles:  Implications for virion assembly.  J. Virol. 33: 52-58 (1980).

124.    Landfear, S.M. and H.F. Lodish.  A role for cyclic-AMP in expression of developmentally regulated genes in Dictyostelium discoideum.  Proc. Natl. Acad. Sci. USA 77: 1044-1048 (1980).

125.    Margolskee, J.P., S. Froshauer, R. Skrinska and H.F. Lodish.  The effects of cell density and starvation on early developmental events in Dictyostelium discoideum.  Devel. Biol. 74: 409-421 (1980).

126.    Lodish, H.F., D. Wirth and M. Porter.  Synthesis and assembly of viral membrane proteins.  In:  *Precursor Processing in the Biosynthesis of Proteins* (M. Zimmerman, R.A. Mumford, and D.F. Steiner eds.) New York Academy of Sciences pp. 319-337 (1980).

127.    Zilberstein, A., M.D. Snider, M. Porter and H.F. Lodish.  Mutants of vesicular stomatitis virus blocked at different stages in maturation of the viral glycoprotein.  Cell 21: 417-427 (1980).

128.    Blumberg, D.D. and H.F. Lodish.  Complexity of nuclear and polysomal RNAs in growing Dictyostelium discoideum cells.  Devel. Biol. 78: 268-284 (1980).

129.    Blumberg, D.D. and H.F. Lodish.  Changes in the messenger RNA population during differentiation of Dictyostelium discoideum.  Devel. Biol. 78: 285-300 (1980).

130.    Batts-Young, B., H.F. Lodish and A. Jacobson.  Similarity of the primary sequences of ribosomal RNAs isolated from vegetative and developing cells of Dictyostelium discoideum.  Devel. Biol. 78: 352-364 (1980).

131.    Lodish, H.F.  The natural history of transmembrane cell-surface glycoproteins.  In:  *The Lymphocyte Cell Surface* (P.B. Garland and M.J. Crampton eds.) Biochem. Soc. Symp. 45: 105-122 (1980).

21

132.  Owen, M.J., A-M. Kissonerghis and H.F. Lodish.  Biosynthesis of HLA-A and HLA-B antigens in vivo.  J. Biol. Chem. 255: 9678-9684 (1980).

133.  Schwartz, A.L., D. Rup and H.F. Lodish.  Difficulties in the quantification of asialoglycoprotein receptors on the rat hepatocyte.  J. Biol. Chem. 255: 9033-9036 (1980).

134.  Lodish, H.F.  Synthesis and assembly of viral membrane proteins.  In: *Biological Recognition and Assembly* (D.S. Eisenberg, J.A. Lake and C.F. Fox eds.) Alan R. Liss, Inc. New York, NY Vol. 40 pp. 259-273 (1980).

135.  Lodish, H.F. and M. Porter.  Translational control of protein synthesis after infection by vesicular stomatitis virus.  J. Virol. 36: 719-733 (1980).

136.  Strous, G.J.A.M. and H.F. Lodish.  Intracellular transport of secretory and membrane proteins in hepatoma cells infected by vesicular stomatitis virus.  Cell 22: 709-717 (1980).

137.  Lodish, H.F., A. Zilberstein, G.J.A.M. Strous, M. Porter and M. Boucher. Synthesis and maturation of the vesicular stomatitis virus glycoprotein.  In: *Biosynthesis, Modification and Processing of Cellular and Viral Polyproteins.*  (G. Koch and D. Richter, eds.)  Academic Press, NY pp. 111-125 (1980).

138.  Lodish, H.F.  Concluding remarks: Post-translational modifications of proteins in discrete subcellular organelles.  In: *Biosynthesis, Modification and Processing of Cellular and Viral Polyproteins.*  (G. Koch and D. Richter, eds.)  Academic Press, NY pp. 329-333 (1980).

139.  Lodish, H.F., A. Zilberstein, G.J.A.M. Strous and M. Porter.  Processing and maturation of the vesicular stomatitis virus glycoprotein.  Eur. J. Cell Biol. 22: 789-790 (1980).

**1981**

140.  Blumberg, D.D. and H.F. Lodish.  Changes in the complexity of nuclear RNA during development of Dictyostelium discoideum.  Devel. Biol. 81: 74-80 (1981).

141.  Mangiarotti, G., F. Altruda and H.F. Lodish.  Rates of synthesis and degradation of ribosomal ribonucleic acid during differentiation of Dictyostelium discoideum.  Mol. Cell Biol. 1: 35-42 (1981).

142.  Coloma, A. and H.F. Lodish.  Synthesis of spore- and stalk-specific proteins during differentiation of Dictyostelium discoideum.  Devel. Biol. 81: 238-244 (1981).

143.  Mangiarotti, G., S. Chung, C. Zuker and H.F. Lodish.  Selection and analysis of cloned developmentally-regulated Dictyostelium discoideum genes by hybridization-competition.  Nucl. Acids Res. 9: 947-963 (1981).

144.  Lodish, H.F. and M. Porter.  Vesicular stomatitis virus mRNA and inhibition of translation of cellular mRNA - is there a P function in vesicular stomatitis virus?  J. Virol. 38: 504-517 (1981).

145.  Lodish, H.F., A. Zilberstein and M. Porter.  Synthesis and assembly of vesicular stomatitis virus and sindbis virus glycoproteins. In: *Perspectives in Virology XI* (M. Pollard, ed.) Alan R. Liss, Inc., New York, NY pp. 31-55 (1981).

146.  Lodish, H.F., W.A. Braell, A.L. Schwartz, G.J.A.M. Strous and A. Zilberstein.  Synthesis and assembly of membrane and organelle proteins.  In:  *Membrane, Research, Classic Origins and Current Concepts.*  Dedicated to J.F. Danielli.  (A.L. Muggleton-Harris, ed.) Int. Rev. Cytol. Supplement 12 pp. 247-307 (1981).

147.  Chung, S., S.M. Landfear, D.D. Blumberg, N.S. Cohen and H.F. Lodish. Synthesis and stability of developmentally regulated Dictyostelium mRNAs are affected by cell-cell contact and cAMP. Cell 24: 785-797 (1981).

148.  Lodish, H.F. Post-translational modification of proteins.  Enzyme and Microbial Technology 3: 178-188 (1981).

149.  Schwartz, A.L., A. Marshak-Rothstein, D. Rup and H.F. Lodish. Identification and quantification of the rat hepatocyte asialoglyco-protein receptor.  Proc. Natl. Acad. Sci. USA 78: 3348-3352 (1981).

150.  Schwartz, A.L., S.E. Fridovich, B.B. Knowles and H.F. Lodish. Characterization of the asialoglycoprotein receptor in a continuous hepatoma line.  J. Biol. Chem. 256: 8878-8881 (1981).

151.  Owen, M.J., A-M. Kissonerghis, H.F. Lodish and M.J. Crumpton. Biosynthesis and maturation of HLA-DR antigens in vivo.  J. Biol. Chem. 256: 8987-8993 (1981).

152.  Zuker, C. and H.F. Lodish.  Repetitive sequences cotranscribed with developmentally regulated Dictyostelium discoideum mRNAs.  Proc. Natl. Acad. Sci. USA 78: 5386-5390 (1981).

153.  Braell, W. and H.F. Lodish.  Biosynthesis of the erythrocyte anion transport protein.  J. Biol. Chem. 256: 11337-11344 (1981).

154.  Lodish, H.F., A. Zilberstein and M. Porter.  Synthesis and assembly of transmembrane viral and cellular glycoproteins.  In: *Basic Mechanisms of Cellular Secretion, Methods in Cell Biology*, (A.R. Hand and C. Oliver eds.) Academic Press, New York, NY Vol. 23 pp. 5-25 (1981).

**1982**

155.  Blumberg, D.D., J.P. Margolskee, E. Barklis, S.N. Chung, N.S. Cohen and H.F. Lodish.  Specific cell-cell contacts are essential for induction of gene expression during differentiation of Dictyostelium discoideum.  Proc. Natl. Acad. Sci. USA 79: 127-131 (1982).

156.  Mangiarotti, G., P. Lefebvre and H.F. Lodish.  Differences in the stability of developmentally regulated mRNAs in aggregated and disaggregated Dictyostelium discoideum cells.  Devel. Biol. 89: 82-91 (1982).

23