157. Braell, W.A. and H.F. Lodish.  The erythrocyte anion transport protein is cotranslationally inserted into microsomes.  Cell 28: 23-31 (1982).

158. Geuze, H.J., J.W. Slot, G.J.A.M. Strous, H.F. Lodish and A.L. Schwartz. Immunocytochemical localization of the receptor for asialoglycoprotein in rat liver cells.  J. Cell Biol. 92: 865-870 (1982).

159. Lodish, H.F.  Validity of scientific data - the responsibility of the principal investigator.  Trends Biochem. Sci. 7: 86-88 (1982).

160. Schwartz, A.L., S.E. Fridovich and H.F. Lodish.  Kinetics of internalization and recycling of the asialoglycoprotein receptor in a hepatoma cell line. J. Biol. Chem. 257: 4230-4237 (1982).

161. Braell, W.A. and H.F. Lodish. Ovalbumin utilizes an $NH_2$-terminal signal sequence.  J. Biol. Chem. 257: 4578-4582 (1982).

162. Zilberstein, A. and H.F. Lodish.  Synthesis and assembly of the vesicular stomatitis virus glycoprotein and related glycoproteins.  In:  Membranes and Transport (A.N. Martonosi, ed.) Plenum Press, New York, Vol. I. pp. 219-236 (1982).

163. Zilberstein, A., M.D. Snider and H.F. Lodish.  Synthesis and assembly of the vesicular stomatitis virus glycoprotein.  Cold Spring Harbor Symp. Quant. Biol. 46: pp. 785-795 (1982).

164. Blumberg, D.D., S. Chung, S.M. Landfear and H.F. Lodish.  Cell-cell contact, cyclic AMP, and gene expression during differentiation of the cellular slime mold Dictyostelium discoideum.  In: Embryonic Development, Part B: Cellular Aspects (M. Berger and R. Weber, eds.) Alan R. Liss, Inc. New York, NY, pp. 167-182 (1982).

165. Lodish, H.F., H.J. Geuze, J.W. Slot, G.J.A.M. Strous, D. Louvard and A.L. Schwartz.  Subcellular localization of the hepatic asialoglycoprotein receptor by immunoelectron microscopy.  EMSA Meeting, 22-25 (1982).

166. Lodish, H.F., D.D. Blumberg, R. Chisholm, S. Chung, A. Coloma, S. Landfear, E. Barklis, P. Lefebvre, C. Zuker and G. Mangiarotti.  Control of gene expression.  In:  The Development of Dictyostelium discoideum.  Second edition (W.F. Loomis, ed.) Academic Press, NY, pp. 325-352 (1982).

167. Lodish, H.F. and W.A. Braell.  Synthesis and maturation of the erythrocyte anion transport protein - an internal sequence for membrane insertion.  Biochem. Soc. Symp. (London) 47: 193-209 (1982).

168. Landfear, S.M., P. Lefebvre, S. Chung and H.F. Lodish.  Transcriptional control of gene expression during development of Dictyostelium discoideum.  Mol. Cell Biol. 2: 1417-1426 (1982).

169. Schwartz, A.L., H.J. Geuze and H.F. Lodish.  Recycling of the asialoglycoprotein receptor: biochemical and immunocytochemical evidence.  Phil. Trans. R. Soc. Lond. B, 229-235 (1982).

24

**1983**

170.    Mangiarotti, G., S. Bozzaro, S. Landfear and H.F. Lodish.  Cell-cell contact, cyclic AMP, and gene expression during development of <u>Dictyostelium discoideum</u>.  <u>Curr. Topics Devel. Biol.</u> Vol. 18, pp. 117-154 (1983).

171.    Ciechanover, A.J., A.L. Schwartz and H.F. Lodish.  The asialoglycoprotein receptor internalizes and recycles independently of the transferrin and insulin receptors. <u>Cell 32:</u> 267-277 (1983).

172.    Geuze, H.J., J.W. Slot, G.J.A.M. Strous, H.F. Lodish and A.L. Schwartz. Intracellular site of asialoglycoprotein receptor-ligand uncoupling:  double-label immunoelectron microscopy during receptor-mediated endocytosis.  <u>Cell 32:</u> 277-287 (1983).

173.    Lodish, H.F. and N. Kong.  Reversible block in intracellular transport and budding of mutant vesicular stomatitis virus glycoproteins. <u>Virology 125:</u> 335-348 (1983).

174.    Mangiarotti, G., A. Ceccarelli and H.F. Lodish.  Cyclic AMP stabilizes a class of developmentally regulated <u>Dictyostelium discoideum</u> mRNAs.  <u>Nature 301:</u> 616-618 (1983).

175.    Dautry-Varsat, A., A. Ciechanover and H.F. Lodish.  pH and the recycling of transferrin during receptor-mediated endocytosis.  <u>Proc. Natl. Acad. Sci. USA 80:</u> 2258-2262 (1983).

176.    Barklis, E. and H.F. Lodish.  Regulation of <u>Dictyostelium discoideum</u> mRNAs specific for prespore or prestalk cells. <u>Cell 32:</u> 1139-1148 (1983).

177.    Lodish, H.F. and W.A. Braell.  Methods for study of the synthesis and maturation of the erythrocyte anion transport protein.  In:  *Membrane Biogenesis:  assembly and targeting*. Part J; Methods in Enzymology (S. Fleischer and B. Fleischer, eds.) Vol. 96 pp. 257-267 (1983).

178.    Lodish, H.F., N. Kong, M. Snider and G.J.A.M. Strous.  Hepatoma secretory proteins migrate from the rough endoplasmic reticulum to the Golgi at characteristic rates. <u>Nature 304:</u> 80-83 (1983).

179.    Chung, S., C. Zuker and H.F. Lodish.  A repetitive and apparently transposable DNA sequence in <u>Dictyostelium discoideum</u> associated with developmentally regulated RNAs. <u>Nucl. Acids Res. 11:</u> 4835-4852 (1983).

180.    Mangiarotti, G., C. Zuker, R.L. Chisholm and H.F. Lodish.  Different messenger RNAs have different nuclear transit times in <u>Dictyostelium discoideum</u> aggregates. <u>Mol. & Cell. Biol. 3:</u> 1511-1517 (1983).

181.    Ciechanover, A., A.L. Schwartz, A. Dautry-Varsat and H.F. Lodish. Kinetics of internalization and recycling of transferrin and the transferrin receptor in HepG2 human hepatoma:  effect of lyso-somotrophic agents.  <u>J. Biol. Chem. 258:</u> 9681-9689 (1983).

182.    Zuker, C., J. Cappello, R.L. Chisholm and H.F. Lodish.  A repetitive <u>Dictyostelium</u> gene family that is induced during differentiation and by heat shock. <u>Cell 34:</u> 997-1005 (1983).

183.    Schwartz, A.L., A.J. Ciechanover, H.F. Lodish, J.W. Slot, G.J.A.M. Strous and H.F. Geuze. Receptor mediated endocytosis of the hepatic asialoglycoprotein receptor. In: *Structural Carbohydrates of the Liver* (H. Popper, W. Reutter, F. Gudat and E. Kottgen, eds.) MTP Press Limited, Lancaster England, pp. 587-593 (1983).

184.    Strous, G.J.A.M., R. Willemsen, P. van Kerkhof, J.W. Slot, H.J. Geuze and H.F. Lodish. VSV glycoprotein, albumin and transferrin are transported to the cell surface via the same Golgi vesicles. J. Cell Biol. 97: 1815-1822 (1983).

185.    Dautry-Varsat, A and H.F. Lodish. The Golgi complex and the sorting of membrane and secreted proteins. Trends Neurosci. 6: 484-490 (1983).

186.    Chisholm, R.L., E. Barklis, B. Pontius and H.F. Lodish. Regulation of prespore and prestalk specific genes in Dictyostelium. In: *Gene Expression*. UCLA Symposium on Molecular and Cell Biology, New Series, Vol. 8. (D. Hamer and M. Rosenberg, eds.) Alan R. Liss, New York, NY pp. 261-272 (1983).

**1984**

187.    Ciechanover, A., A.L. Schwartz and H.F. Lodish. Sorting and recycling of cell surface receptors and endocytosed ligands: The asialoglycoprotein and transferrin receptors. J. Cell Biochem. 23: 107-130 (1984).

188.    Cappello, J., C. Zuker and H.F. Lodish. Repetitive Dictyostelium heat-shock promoter functions in Saccharomyces cerevisiae. Mol. & Cell. Biol. 4: 591-598 (1984).

189.    Dautry-Varsat, A. and H.F. Lodish. How receptors bring proteins and particles into cells. Sci. Amer. 250(5): 52-58 (1984).

190.    Lodish, H.F. and N. Kong. Glucose removal from N-linked oligosaccharides is required for efficient maturation of certain secretory glycoproteins from the rough endoplasmic reticulum to the Golgi. J. Cell Biol. 98: 1720-1729 (1984).

191.    Patel, V.P. and H.F. Lodish. Loss of adhesion of murine erythroleukemia cells to fibronectin during erythroid differentiation. Science 224: 996-998 (1984).

192.    Zuker, C., J. Cappello, H.F. Lodish, P. George and S. Chung. Dictyostelium transposable element DIRS-1 has 350-base-pair inverted terminal repeats that contain a heat shock promoter. Proc. Natl. Acad. Sci. USA 81: 2660-2664 (1984).

193.    Cappello, J., S.M. Cohen and H.F. Lodish. Dictyostelium transposable element DIRS-1 preferentially inserts into DIRS-1 sequences. Mol. & Cell. Biol. 4: 2207-2213 (1984).

194.    Chisholm, R.L., E. Barklis and H.F. Lodish. Mechanism of sequential induction of cell-type specific mRNAs in Dictyostelium differentiation. Nature 310: 67-69 (1984).

195.  Cohen, S.M., J. Cappello and H.F. Lodish. Transcription of Dictyostelium discoideum transposable element DIRS-1. Mol. & Cell. Biol. 4: 2332-2340 (1984).

196.  Ciechanover, A., A.L. Schwartz and H.F. Lodish. Sorting and recycling of cell surface receptors and endocytosed ligands: The asialoglycoprotein and the transferrin receptors. In: *CETUS-UCLA Symposium on Molecular and Cellular Biology. Protein Transport and Secretion.* (D.L. Oxender, ed.) Alan R. Liss, Inc., New York, NY; Vol. 15; pp. 113-130 (1984).

197.  Cohen, S.M., J. Cappello, C. Zuker and H.F. Lodish. Transcription of DIRS-1: An unusual Dictyostelium transposable element. In: *UCLA Symposia on Molecular and Cellular Biology. Molecular Biology of Development.* (E.H. Davidson and R.A. Firtel, eds.) Alan R. Liss, Inc., New York, NY; Vol. 19; pp. 491-508 (1984).

**1985**

198.  Patel, V.P., A. Ciechanover, O. Platt and H.F. Lodish. Loss of adhesion of erythrocyte precursors to fibronectin during erythroid differentiation. In: *Hematopoietic Stem Cell Physiology*, (E.P. Cronkite, N. Dainiak, R.P. McCaffrey, J. Palek and P.J. Quesenberry, eds.) Alan R. Liss, New York, Vol. 184, pp. 355-368 (1985).

199.  Patel, V.P., A. Ciechanover, O. Platt and H.F. Lodish. Mammalian reticulocytes lose adhesion to fibronectin during maturation to erythrocytes. Proc. Natl. Acad. Sci. USA 82: 440-444 (1985).

200.  Spiess, M., A.L. Schwartz and H.F. Lodish. Sequence of human asialoglycoprotein receptor cDNA: An internal signal sequence for membrane insertion. J. Biol. Chem. 260: 1979-1982 (1985).

201.  Ciechanover, A., S.L. Wolin, J.A. Steitz and H.F. Lodish. Transfer RNA is an essential component of the ubiquitin- and ATP-dependent proteolytic system. Proc. Natl. Acad. Sci. USA 82: 1341-1345 (1985).

202.  Chisholm, R.L., D. Fontana, A. Theibert, H.F. Lodish and P. Devreotes. Development of Dictyostelium discoideum: chemotaxis, cell-cell adhesion, and gene expression. In: *Microbial Development* (R. Losick and L. Shapiro, eds.) Cold Spring Harbor, pp. 219-254 (1985).

203.  Barklis, E., B. Pontius, K. Barfield and H.F. Lodish. Structure of the promoter of the Dictyostelium discoideum prespore EB4 gene. Mol. & Cell. Biol. 5: 1465-1472 (1985).

204.  Barklis, E., B. Pontius and H.F. Lodish. Structure of the Dictyostelium discoideum prestalk D11 gene and protein. Mol. & Cell. Biol. 5: 1473-1479 (1985).

205.  Kopito, R.R. and H.F. Lodish. Primary structure and transmembrane orientation of the murine anion exchange protein. Nature 316: 234-238 (1985).

206.  Mueckler, M., C. Caruso, S.A. Baldwin, M. Panico, I. Blench, H.R. Morris, W.J. Allard, G.E. Lienhard and H.F. Lodish. Sequence and structure of a human glucose transporter. Science 229: 941-945 (1985).

207.    Kopito, R.R. and H.F. Lodish. Structure of the murine anion exchange protein. J. Cell. Biochem. 29: 1-18 (1985).

208.    Barklis, E. and H.F. Lodish. In situ localization of actin mRNA in Dictyostelium discoideum aggregates. Exp. Cell Res. 159: 479-486 (1985).

209.    Spiess, M. and H.F. Lodish. The sequence of a second human asialoglycoprotein receptor: Conservation of two receptor genes during evolution. Proc. Natl. Acad. Sci. USA 82: 6465-6469 (1985).

210.    Wickner, W. and H.F. Lodish. Multiple mechanisms of protein insertion into and across membranes. Science 230: 400-407 (1985).

211.    Cappello, J., K. Handelsman and H.F. Lodish. Sequence of Dictyostelium DIRS-1:  an apparent retrotransposon with inverted terminal repeats and an internal circle junction sequence. Cell 43: 105-115 (1985).

212.    Neutra, M.R., A. Ciechanover, L.S. Owen and H.F. Lodish. Intracellular transport of transferrin- and asialoorosomucoid-colloidal gold conjugates to lysosomes after receptor-mediated endocytosis. J. Histochem. Cytochem. 33: 1134-1144 (1985).

213.    Ciechanover, A., A.L. Schwartz and H.F. Lodish. Sorting and recycling of cell surface receptors and endocytosed ligands: The asialoglyco-protein and the transferrin receptors. In: *Mechanisms of Receptor Regulation.* (G. Poste and S.T. Crooke, eds.) New Horizons in Therapeutics, The Smith Kline & French Laboratories Research Symposium Series pp. 225-253 (1985).

214.    Cappello, J., K. Handelsman, S.M. Cohen and H.F. Lodish. Structure and regulated transcription of DIRS-1:  an apparent retrotransposon of Dictyostelium discoideum. Cold Spring Harbor Symp. Quant. Biol. 50: 759-767 (1985).

**1986**

215.    Spiess, M. and H.F. Lodish. An internal signal sequence:  The asialoglycoprotein receptor membrane anchor. Cell 44: 177-185 (1986).

216.    Kopito, R.R. and H.F. Lodish. The erythrocyte anion exchange protein:  primary structure deduced from the cDNA sequence and a model for its arrangement within the plasma membrane. (G. Poste and S.T. Crooke,  eds). In: *New Insights Into Cell and Membrane Transport Processes.* Plenum Publishing Corp., New York pp. 39-59 (1986).

217.    Patel, V.P. and H.F. Lodish. The fibronectin receptor on mammalian erythroid precursor cells:  characterization and developmental regulation. J. Cell Biol. 102: 449-456 (1986).

218.    Mueckler, M. and H.F. Lodish. The human glucose transporter can insert posttranslationally into microsomes. Cell 44: 629-637 (1986).

219.  Cappello, J., S.M. Cohen, K. Handelsman and H.F. Lodish. Structure and regulated transcription of DIRS-1, a novel Dictyostelium discoideum transposable element. (J.P. Gustafson, G. Ledyard Stabbins, and F.J. Ayala, eds.) In: *Genetics, Development, and Evolution.* Plenum Publishing Corporation. pp. 235-251 (1986).

220.  Darnell, J., H.F. Lodish and D. Baltimore. *Molecular Cell Biology,* W.H. Freeman Press (1986).

221.  Mueckler, M. and H.F. Lodish. Post-translational insertion of a fragment of the glucose transporter into microsomes requires phosphoanhydride bond cleavage. Nature 322: 549-552 (1986).

222.  Hunziker, W., M. Spiess, G. Semenza and H.F. Lodish. The sucrose-isomaltase complex: primary structure, membrane-orientation and evolution of a stalked, intrinsic brush border protein. Cell 46: 227- 234 (1986).

223.  Wickner, W. and H.F. Lodish. Multiple mechanisms of protein insertion into and across membranes. Science 230: 400-407 (1985) reprinted in *Biotechnology, The Renewable Frontier* (D.E. Koshland, Jr. ed.) American Association for the Advancement of Science, Washington, DC (1986) pp. 61-76.

224.  Kreis, T.E. and H.F. Lodish. Oligomerization is essential for transport of vesicular stomatitis viral glycoprotein to the cell surface. Cell 46: 929-937 (1986).

225.  Knecht, D., S.M. Cohen, W.F. Loomis and H.F. Lodish. Developmental regulation of Dictyostelium actin gene-fusions carried on low-copy and high-copy transformed vectors. Mol. & Cell. Biol. 6: 3973-3983 (1986).

226.  Teeters, C.L., H.F. Lodish, A. Ciechanover and B.A. Wallace. Transferrin and apotransferrin: pH-dependent conformational changes associated with receptor-mediated uptake. Second Colloquim in Biological Sciences, Ann. New York Acad. Sci. 463: 403-407 (1986).

227.  Cohen, S.M., D. Knecht, H.F. Lodish and W.F. Loomis. DNA sequences required for expression of a Dictyostelium actin gene. EMBO J. 5: 3361-3366 (1986).

**1987**

228.  Lodish, H.F., N. Kong, S. Hirani and J. Rasmussen. A vesicular intermediate in the transport of hepatoma secretory proteins from the rough endoplasmic reticulum to the Golgi complex. J. Cell Biol. 104: 221-230 (1987).

229.  Chisholm, R.L., S. Hopkinson and H.F. Lodish. Superinduction of the Dictyostelium discoideum cell surface cAMP receptor by pulses of cAMP. Proc. Natl. Acad. Sci. 84: 1030-1034 (1987).

230   Flier, J.S., M.M. Mueckler, P. Usher and H.F. Lodish. Elevated levels of glucose transport and transporter messenger RNA are induced by ras or src oncogenes. Science 235: 1492-1495 (1987).

231.  Flier, J.S., M. Mueckler, A.L. McCall and H.F. Lodish. Distribution of glucose transporter mRNA transcripts in tissues of rat and man. J. Clin. Invest. 79: 657-661 (1987).

232.  Tsai, S., V. Patel, E. Beaumont, H.F. Lodish, D.G. Nathan and C.A. Sieff. Differential binding of erythroid and myeloid progenitors to fibroblasts and fibronectin. Blood 69: 1587-1594 (1987).

233.  Kopito, R.R., M. Andersson and H.F. Lodish. Structure and organization of the murine band 3 gene. J. Biol. Chem. 262: 8035-8040 (1987).

234.  Bernardi, P., V.P. Patel and H.F. Lodish.  Lymphoid precursor cells adhere to two different sites on fibronectin. J. Cell Biol. 105: 489-498 (1987).

235.  Bischoff, J. and H.F. Lodish. Two asialoglycoprotein receptor polypeptides in human hepatoma cells. J. Biol. Chem. 262: 11825-11832  (1987).

236.  Kopito, R.R., M. Andersson and H.F. Lodish. Multiple tissue-specific sites of transcriptional initiation of the mouse anion antiport gene in erythroid and renal cells. Proc. Natl. Acad. Sci. 84: 7149-7153 (1987).

237.  Amara, J. and H.F. Lodish. Specific mRNA destabilization in Dictyostelium discoideum requires RNA synthesis. Mol. & Cell. Biol. 7: 4585-4588 (1987).

238.  Patel, V.P. and H.F. Lodish. A fibronectin matrix is required for differentiation of murine erythroleukemia cells into reticulocytes. J. Cell Biol. 105: 3105-3118 (1987).

239.  Spiess, M., W. Hunziker, H.F. Lodish and G. Semenza. Molecular cell biology of brush border hydrolases: sucrase-isomaltase and g-glutamyl transpeptidase.  In:  Mammalian Ectoenzymes, (A.J. Kenny and A.J. Turner, eds.) Elsevier Sciences Publishers B.V. pp. 87-110 (1987).

240.  Alper, S.L., R.R. Kopito, and H.F. Lodish. A molecular biological approach to the study of anion transport. Kidney International Vol. 32, Suppl. 23, pp. S117-S128 (1987).

**1988**

241.  Lodish, H.F. Transport of secretory and membrane glycoproteins from the rough endoplasmic reticulum to the Golgi.  A rate-limiting step in protein maturation and secretion. J. Biol. Chem. 263: 2107-2110 (1988).

242.  Lodish, H.F. Anion-exchange and glucose transport proteins:  structure, function and distribution. In:  *The Harvey Lectures*, Alan R. Liss, Inc., New York, NY 82: 19-46 (1988).

243.  Mulford, C.A. and H.F. Lodish. Endocytosis of the transferrin receptor is altered during differentiation of murine erythroleukemic cells. J. Biol. Chem. 263: 5455-5461 (1988).

244.  Bischoff, J., S. Libresco, M.A. Shia and H.F. Lodish. The H1 and H2 polypeptides associate to form the asialoglycoprotein-receptor in human hepatoma cells. J. Cell Biol. 106: 1067-1074 (1988).

30

245.  Sarkar, H.K., B. Thorens, H.F. Lodish and H.R. Kaback. Expression of the human erythrocyte glucose transporter in Escherichia coli. Proc. Natl. Acad. Sci. 85: 5463-5467 (1988).

246.  Lehnert, M.E. and H.F. Lodish. Unequal synthesis and differential degradation of a and b spectrin during murine erythroid differentiation. J. Cell Biol. 107: 413-426 (1988).

247.  Lodish, H.F. Multi-Spanning Membrane Proteins:  How accurate are the models? Trends Biochem. Sci. 13: 332-334 (1988).

248.  Thorens, B., H.K. Sarkar, H.R. Kaback, and H.F. Lodish. Cloning and functional expression in bacteria of a novel glucose transporter present in liver, intestine, kidney, and b-pancreatic islets. Cell 55: 281-290 (1988).

249.  Alper, S.L., R.R. Kopito, S.M. Libresco and H.F. Lodish. Cloning and characterization of a murine band 3-related cDNA from kidney and from a lymphoid cell line. J. Biol. Chem. 32: 17092-17099 (1988).

250.  Kopito, R.R., M.A. Andersson, D.A. Herzlinger, Q. Al-Awqati and H.F. Lodish. Structure and tissue-specific expression of the mouse anion- exchanger gene in erythroid and renal cells. Society of General Physiologists, 41st Annual Symposium, September, 1987 (R. Gunn and J.C. Parker eds.) Vol. 43, 151-161 (1988).

**1989**

251.  Kopito, R.R., M.M. Andersson, and H.F. Lodish. Molecular genetics of the mouse anion exchanger. In:  *Molecular Biology in Physiology*  (S. Chien, ed). Raven Press, NY, pp. 35-46 (1989).

252.  Shia, M.A., and H.F. Lodish. The two subunits of the human asialo-glycoprotein receptor have different fates when expressed alone in fibroblasts. Proc. Natl. Acad. Sci. USA 86: 1158-1162 (1989).

253.  D'Andrea, A.D., H.F. Lodish, and G.G. Wong.  Expression cloning of the murine erythropoietin receptor.  Cell 57: 277-285 (1989).

254.  Charron, M.J., F.C. Brosius III, S.L. Alper, and H.F. Lodish. A novel glucose transport protein expressed predominantly in insulin-responsive tissues. Proc. Natl. Acad. Sci. USA, 86: 2535-2539 (1989).

255.  Brosius III, F.C., S.L. Alper, A.M. Garcia and H.F. Lodish. The major kidney band 3 gene transcript predicts an amino-terminal truncated band 3 polypeptide. J. Biol. Chem. 264: 7784-7787 (1989).

256.  Jentsch, T.J., A.M. Garcia, and H.F. Lodish.  Primary structure of a novel 4-acetamido-4'-isothiocyanostilbene-2,2'-disulphonic acid (SITS)-binding membrane protein highly expressed in Torpedo californica electroplax. Biochem. J. 261: 155-166 (1989).

257.  Orci, L., B. Thorens, M. Ravazzoli and H.F. Lodish. Localization of the pancreatic beta cell glucose transporter to specific plasma membrane domains. Science, 245: 295-297 (1989).

31

258.  Alper, S.L., J. Natale, S. Gluck, H.F. Lodish and D. Brown. Subtypes of intercalated cells in rat kidney collecting duct defined by antibodies against erythroid band 3 and renal vacuolar $H^+$-ATPase. Proc. Natl. Acad. Sci. USA, 86: 5429-5433 (1989).

259.  Kahn, B.B., M.J. Charron, H.F. Lodish, S.W. Cushman, and J.S. Flier. Differential regulation of two glucose transporters in adipose cells from diabetic and insulin-treated diabetic rats. J. Clin. Invest. 84: 404-411 (1989).

260.  Hartmann, E., T.A. Rapoport, and H.F. Lodish. Predicting the Orientation of Eukaryotic Membrane-Spanning Proteins. Proc. Natl. Acad. Sci. USA, 86: 5786-5790 (1989).

261.  D'Andrea, A., G.D. Fasman, and H.F. Lodish. Erythropoietin receptor and interleukin-2 receptor b chain:  a new receptor family. Cell, 58: 1023-1024 (1989).

262.  Garcia, A.M. and H.F. Lodish. Lysine 539 of human band 3 is not essential for ion transport or inhibition by stilbene disulfonates. J. Biol. Chem. 264: 19607-19613 (1989).

263.  Lux, S.E., K.M. John, R.R. Kopito and H.F. Lodish. Cloning and characterization of band 3, the human erythrocyte anion-exchange protein (AE1). Proc. Natl. Acad. Sci. USA 86: 9089-9093 (1989).

264.  Amara, J.F., G. Lederkremer and H.F. Lodish. Intracellular degradation of unassembled asialoglycoprotein receptor subunits:  a pre-Golgi, nonlysosomal endoproteolytic cleavage. J. Cell Biol. 109: 3315-3324 (1989).

265.  Alper, S.L., F.C. Brosius, III, A.M. Garcia, S. Gluck, D. Brown, and H.F. Lodish. Two band 3-related gene products encode putative anion exchangers of the kidney. In: *Anion transport protein of the red blood cell membrane* (N. Hamasaki, and M.L. Jennings, eds.) Elsevier Science Publishers, B.V., pp. 153-164 (1989).

266.  Alper, S.L., F.C. Brosius III, A.M. Garcia, S. Gluck, D. Brown and H.F. Lodish. Two gene products encoding putative anion exchangers of the kidney. Ann. NY Acad. Sci. 574: 102-103 (1989).

267.  Suzue, K., H.F. Lodish and B. Thorens. Sequence of the mouse liver glucose transporter. Nucleic Acids Res. 17: 10099 (1989).

**1990**

268.  D'Andrea, A.D., P.J. Szklut, H.F. Lodish and E.M. Alderman. Inhibition of receptor binding and neutralization of bioactivity by anti-erythropoietin monoclonal antibodies.  Blood 75: 874-880 (1990).

269.  Li, J.-P., A.D. D'Andrea, H.F. Lodish and D. Baltimore. Activation of cell growth by binding of Friend spleen focus-forming virus gp55 glycoprotein to the erythropoietin receptor. Nature, 343: 762-764 (1990).

270.    Darnell, J., H.F. Lodish and D. Baltimore. *Molecular Cell Biology,* W.H. Freeman Press; Second Edition (1990).

271.    Davies, K.A., S.E. Lux and H.F. Lodish. Localization of the ankyrin binding site on the cytoplasmic domain of human erythroid Band 3. In: *Cellular and Molecular Biology of Normal and Abnormal Erythroid Membranes.* (C.M. Cohen and J. Palek, eds). Alan R. Liss, NY, pp. 27-42 (1990).

272.    Sambanis, A., G. Stephanopoulous, A.J. Sinskey, and H.F. Lodish. Use of regulated secretion in protein production from animal cells:  an evaluation with the AtT-20 model cell line. Biotechnology and Bioengineering 35: 771-780 (1990).

273.    Thorens, B., M.J. Charron, and H.F. Lodish. Molecular physiology of glucose transporters. Diabetes Care 13: 209-218 (1990).

274.    Johnson, J.H., C.B. Newgard, J.L. Milburn, H.F. Lodish and B. Thorens. The high K      glucose transporter of islets of Langerhans is functionally similar to the low affinity transporter of liver and has an identical primary sequence. J. Biol. Chem. 265: 6548-6551 (1990).

275.    Yoshimura, A., A.D. D'Andrea, and H.F. Lodish. The friend spleen focus-forming virus glycoprotein gp55 interacts with the erythropoietin receptor in the endoplasmic reticulum and affects receptor metabolism. Proc. Natl. Acad. Sci. USA 87: 4139-4143 (1990).

276.    Thorens, B., J.S. Flier, H.F. Lodish, and B.B. Kahn. Differential regulation of two glucose transporters in rat liver is by fasting and refeeding and by diabetes and insulin treatment. Diabetes 39: 712-719 (1990).

277.    Lander, E.S., and H.F. Lodish. Mitochondrial diseases:  gene mapping and gene therapy.  Cell, 61: 925-926 (1990).

278.    Youssoufian, H., L.I. Zon, S.H. Orkin, A.D. D'Andrea and H.F. Lodish. Structure and transcription of the mouse erythropoietin receptor gene. Mol. & Cell. Biol. 10: 3675-3682 (1990).

279.    Lodish, H.F. and N. Kong. Perturbation of cellular calcium blocks exit of secretory proteins from the rough endoplasmic reticulum. J. Biol. Chem. 265: 10893-10899 (1990).

280.    D'Andrea, A.D., G.D. Fasman, L.I. Zon, J.-P. Li and H.F. Lodish. Structure of the erythropoietin receptor in stable fibroblast transfectants. In: *The Biology of Hematopoiesis*, Wiley-Liss, Inc. pp. 153-159 (1990).

281.    Alper, S.L. and H.F. Lodish. Impact of Molecular Biology on Nephrology.  In: Harrison's Principles of Internal Medicine, 12 edition. (J. D. Wilson, E. Braunwald, K. J. Isselbacher, R. G. Petersdorf, J. B. Martin, A. S. Fauci, R. K. Root eds.) McGraw-Hill, Inc. pp. 1131-1133 (1990).

282.    Thorens, B., Z-Q. Cheng, D. Brown and H.F. Lodish.  Liver glucose transporter: a basolateral protein in hepatocytes and intestine and kidney cells. Am. J. Physiol. 259: C279-C285 (1990).

33

283. Thorens, B., H.F. Lodish and D. Brown. Differential localization of two glucose transporter isoforms in rat kidney. Am. J. Physiol. 259: C286-C294 (1990).

284. Tal, M., D.L. Schneider, B. Thorens, and H.F. Lodish. Restricted expression of the "erythoid/brain" glucose transporter isoform to perivenous hepatocytes in rats modulation by glucose. J. Clin. Invest. 86: 986-982 (1990).

285. D'Andrea, A.D., G.D. Fasman, and H.F. Lodish. A new hematopoietic growth factor receptor superfamily: structural features and implications for signal transduction. Current Opinion in Cell Biology, 2: 648-651 (1990).

286. Bischoff, J., K. Moreman, and H.F. Lodish. Isolation, characterization, and expression of cDNA encoding a rat liver endoplasmic reticulum a-mannosidase. J. Biol. Chem. 265: 17110-17117 (1990).

287. Henis, Y.I., Z. Katzir, M.A. Shia and H.F. Lodish, Oligomeric structure of the human asialoglycoprotein receptor: nature and stoichiometry of mutual complexes containing H1 and H2 polypeptides assessed by fluorescence photobleaching recovery. J. Cell Biol. 111: 1409-1418 (1990)

288. D'Andrea, A.D. and H.F. Lodish. Erythropoietin receptor: Subunit structure, assembly and activation.(in Japanese), Experimental Medicine 8: 46-53 (1990).

289. Thorens, B., G.C. Weir, J.L. Lehy, H.F. Lodish and S. Bonner-Weir. Reduced expression of the liver/beta cell glucose transporter isoform in glucose insensitive pancreatic beta cells of diabetic rats. Proc. Natl. Acad. Sci. USA 87: 6492-6496 (1990).

290. Sambanis, A., G. Stephanopoulos, and H.F. Lodish. Multiple episodes of induced secretion of human growth hormone from recombinant AtT-20 cells. Cytotechnology 4: 111-119 (1990).

291. Alper, S.L. and H.F. Lodish. Molecular Biology of Renal Function. In: The Kidney, (B.M. Brenner and F. Rector eds.) Saunders, PA pp. 132-163 (1990).

292. Orci, L., R.H. Unger, M. Ravazzola, A. Ogawa, I. Komiya, D. Baetens, H.F. Lodish, and B. Thorens. Reduced b-cell glucose transporter in new onset diabetic BB rats. J. Clin. Invest. 86: 1615-1622 (1990).

293. Yoshimura, A., G. Longmore and H.F. Lodish. Point mutation in the exoplasmic domain of the erythropoietin receptor resulting in hormone-independent activation and tumorigenicity. Nature 348: 647-649 (1990).

294. Lodish, H.F. Revelations of a chloride channel. Nature. 348: 489-490 (1990).

**1991**

295. Lederkremer, G.Z. and Lodish, H.F. An alternatively spliced miniexon alters the subcellular fate of the human asialoglycoprotein receptor H2 subunit: endoplasmic reticulum retention and degradation or cell surface expression. J. Biol. Chem. 266: 1237-1244 (1991).

34

296.  D'Andrea, A.D., A. Yoshimura, H. Youssoufian, L.I. Zon, J.-W. Koo and H.F. Lodish. The cytoplasmic region of the erythropoietin receptor contains nonoverlapping positive and negative growth regulatory domains. Mol. & Cell. Biol. 11: 1980-1987 (1991).

297.  Wikström, L., and H.F. Lodish. Nonlysosomal, pre-Golgi degradation of the unassembled asialoglycoprotein receptor subunits:  a TLCK - and TPCK-sensitive cleavage within the ER. J. Cell Biol. 113: 997-1007 (1991).

298.  Kahn, B.B., L. Rossetti, H.F. Lodish and M.J. Charron. Decreased in vivo glucose uptake but normal expression of GLUT1 and GLUT4 in sekeletal muscle of diabetic rats. J. Clin. Invest. 87: 2197-2206 (1991).

299.  Baldini, G., R. Hohman, M.J. Charron and H.F. Lodish. Insulin and nonhydrolyzable GTP analogs induce translocation of GLUT 4 to the plasma membrane in α-toxin-permeabilized rat adipose cells. J. Biol. Chem. 266: 4037-4040 (1991).

300.  Lin, H.Y., E.H. Kaji, G.K. Winkel, H.E. Ives, and H.F. Lodish. Cloning and functional expression of a vascular smooth muscle endothelin 1 receptor. Proc. Natl. Acad. Sci. USA 88: 3185-3189 (1991).

301.  Smith, R. M., M. J. Charron, N. Shah, H.F. Lodish, and L. Jarett. Immunoelectron microscopic demonstration of insulin-stimulated translocation of glucose transporters to the plasma membrane of isolated rat adipocytes and masking of the carboxy-terminal epitope of intracellular GLUT4. Proc. Natl. Acad. Sci. USA 88: 6893-6897 (1991).

302.  Lodish, H.F. and N. Kong. Cyclosporin A inhibits an initial step in folding of transferrin within the endoplasmic reticulum. J. Biol. Chem. 266: 14835-14838 (1991).

303.  Sambanis, A., H.F. Lodish and G. Stephanopoulous. A model of secretory protein trafficking in recombinant AtT-20 cells. Biotechnology and Bioengineering 38: 280-295 (1991).

304.  Tal, M., B. Kahn, H.F. Lodish. Expression of the low $K_m$ GLUT-1 glucose transporter is turned on in perivenous hepatocytes of insulin-deficient diabetic rats.  Endocrinology 129: 1933-1941 (1991).

305.  Lin, H.Y., T. L. Harris, M. S. Flannery, A. Aruffo, E. H. Kaji, A. Gorn, L. F. Kolakowski, Jr., H. F. Lodish and S. R. Goldring. Expression cloning of a calcitonin receptor, a novel adenylate cyclase-coupled receptor. Science 254: 1022-1024 (1991).

306.  Lodish, H.F.  Recognition of complex oligosaccharides by the multisubunit asialoglycoprotein receptor.  Trends in Biochemistry 16: 374-377 (1991).

307.  Zon, L.I., H. Youssoufian, C. Mather, H.F. Lodish, and S. H. Orkin.  Activation of the erythropoietin receptor promoter by transcription factor GATA-1.  Proc. Nat. Acad. Sci. USA 88:  10638-10641 (1991).

308.    Wang, X-F., H.Y. Lin, E. Ng-Eaton, J. Downward, H.F. Lodish, and R.A. Weinberg.  Expression cloning and characterization of the TGF-β Type III receptor.  Cell 67:  797-805 (1991).

309.    Longmore, G., and H. F. Lodish.  An activating mutation in the murine erythropoietin receptor induces erythroleukemia in mice:  A cytokine receptor superfamily oncogene.  Cell 67: 1089-1102 (1991).

**1992**

310.    Wikström, L., and H. F. Lodish.  Endoplasmic reticulum degradation of a subunit of the asialoglycoprotein receptor *in vitro* - vesicular transport from the endoplasmic reticulum is unnecessary.  J. Biol. Chem. 267: 5-8 (1992).

311.    Yoshimura, A. and H.F. Lodish. *In vitro* phosphorylation of the erythropoietin receptor and an associated protein.  Mol. Cell Biol. 12:  706-715 (1992).

312.    Tal, M., B. Thorens, M. Surana, N. Fleischer, H.F. Lodish, D. Hanahan, and S. Efrat.  Glucose transporter isotypes switch in T-antigen-transformed pancreatic β cells growing in culture and in mice.  Mol. & Cell. Biol. 12:  422-432 (1992).

313.    Lin, H.Y., X-F. Wang, E. Ng-Eaton, R.A. Weinberg, and H.F. Lodish.  Expression cloning of the TGF-β Type II receptor, a functional transmembrane serine/threonine kinase.  Cell 68:  775-785 (1992).  Erratum appears in Cell 70:  following 1068 (1992).

314.    Watowich, S.S., A. Yoshimura, G.D. Longmore, D.J. Hilton, Y. Yoshimura, and H.F. Lodish.  Homodimerization and constitutive activation of the erythropoietin receptor.  Proc. Natl. Acad. Sci. USA 89:  2140-2144 (1992).

315.    Chabre, O., B.R. Conklin, H.Y. Lin, H.F. Lodish, E. Wilson, H.E. Ives, L. Catanzariti, B.A. Hemmings, and H.R. Bourne.  A recombinant calcitonin receptor independently stimulates cAMP and $Ca^{2+}$/inositol phosphate signaling pathways.  Molecular Endocrinology 6:  551-556 (1992).

316.    Yoshimura, A., T. Zimmers, D. Neumann, G. Longmore, Y. Yoshimura, and H. F. Lodish.  Mutations in the Trp-Ser-X-Trp-Ser motif of the erythropoietin receptor abolish processing, ligand-binding, and activation of the receptor.  J. Biol. Chem. 267:  11619-11625 (1992).

317.    Baldini, G., T. Hohl, H. Y. Lin and H. F. Lodish.  Cloning of a Rab3 isotype predominately expressed in adipocytes.  Proc. Natl. Acad. Sci. USA 89:  5049-5052 (1992).

318.    Lodish, H. F., N. Kong, and L. Wikström.  Calcium is required for folding of newly-made subunits of the asialoglycoprotein receptor within the endoplasmic reticulum.  J. Biol. Chem. 267: 12753-12760 (1992).

319.    Tal, M., Y-J. Wu, M. Leiser, M. Surana, H.F. Lodish, N. Fleischer, G. Weir, and S. Efrat.  [Val$^{12}$]HRAS downregulates GLUT2 in β cells of transgenic mice without affecting glucose homeostasis.  Proc. Natl. Acad. Sci. USA 89:  5744-5748 (1992).

36

320.    Tal, M, Y. Liang, H. Najafi, H.F. Lodish, and F.M. Matschinsky.  Expression and function of GLUT-1 and GLUT-2 glucose transporter isoforms in cells of cultured rat pancreatic islets.  J. Biol. Chem. 267:  17241-17247 (1992).

321.    Lin, H. Y. and X-F. Wang.  Expression Cloning of TGF-β receptors.  Molecular Reproduction and Development 32:  105-110 (1992).

322.    Longmore, G.D., P. Pharr, and H.F. Lodish.  Mutation in murine erythropoietin receptor induces erythropoietin-independent erythroid proliferation *in vitro*, and polycythemia *in vivo*.  Leukemia.  6:  130S-134S (1992).

323.    Hwang, C., A. J. Sinskey, H. F. Lodish.  Oxidized redox state of glutathione in the endoplasmic reticulum.  Science 257:  1496-1502 (1992).

324.    Gorn, A., H.Y. Lin, M. Yamin, P.E. Auron, M.R. Flannery, D.R. Tapp, C.A. Manning, H.F. Lodish, S.M. Krane, and S. R. Goldring.  Cloning, Characterization, and Expression of a Human Calcitonin Receptor from an Ovarian Carcinoma Cell Line.  J. Clin. Invest. 90:  1726-1735 (1992).

325.    Lodish, H.F., D. Hilton, G. Longmore, S. S. Watowich, and A. Yoshimura.  The erythropoietin receptor:  Dimerization, activation, and tumorigenesis.  Cold Spring Harbor Symposia on Quantitative Biology - The Cell Surface,  Vol. 57:  95-106 (1992).

**1993**

326.    Lodish, H.F.  The erythropoietin receptor:  Structure, activation, and tumorigeneis.  In:  *The Pharmacology of Cell Differentiation*.  Ed. R. A. Rifkind.  Proc. of the Esteve Foundation Symposium V, Mallorca, Oct. 1992.  Excerpta Medica (1993).

327.    Youssoufian, H. and H. F. Lodish.  Transcriptional inhibition of the murine erythropoietin receptor gene by an upstream repetitive element.  Mol. Cell. Biol. 13:  98-104 (1993).

328.    Lin, H.Y. and H.F. Lodish.  Receptors for the TGF-β Superfamily:  Multiple polypeptides and serine-threonine kinases.  Trends in Cell Biology 3:  14-19 (1993).

329.    Pharr, P.N., D. Hankins, Ann Hofbauer, H.F. Lodish, and G.D. Longmore.  Expression of a constitutively active erythropoietin receptor in primary hematopoietic progenitors abrogates erythropoietin dependence and enhances colony-forming unit, erythroid burst-forming unit, and granulocyte/macrophage progenitor growth.  Proc. Natl. Acad. Sci. USA. 90:  938-942 (1993).

330.    Longmore, G.D., S. Watowich, P. Pharr, D. Neumann, and H. F. Lodish.  Activation of erythropoietin receptor and leukemia induction in mice.  Leukemia 7:  S113-S116 (1993).

331.    Youssoufian, H., G. Longmore, D. Neumann, A. Yoshimura, and H.F. Lodish.  Structure, function, and activation of the erythropoietin receptor.  Blood 81:  2223-2236 (1993).

37

332.    Neumann, D., L. Wikström, S. S. Watowich, and H. F. Lodish.  Intermediates in degradation of the erythropoietin receptor accumulate and are degraded in lysosomes.  J. Biol. Chem. 268: 13639-13640 (1993).

333.    Inagaki, M., A. Moustakas, H. Y. Lin, H. F. Lodish, and B. Carr.  Growth inhibition by transforming growth factor β1 (TGF-β1) is restored in TGF-β-resistant hepatoma cells after expression of TGF-β receptor Type II cDNA.  Proc. Natl. Acad. Sci. USA 90:  5359-5363 (1993).

334.    Wikström, L. and H.F. Lodish.  Unfolded H2b asialoglycoprotein receptor subunit polypeptides are selectively degraded within the endoplasmic reticulum.  J. Biol. Chem. 268: 14412-14416 (1993).

335.    Matarese, V. and H.F. Lodish.  Specific uptake of retinal binding protein by variant F9 cell lines.  J. Biol. Chem. 268: 18859-18865 (1993).

336.    Lodish, H.F. and N. Kong.  The secretory pathway is normal in dithiothreitol-treated cells but disulfide bonded proteins are reduced and reversibly retained in the endoplasmic reticulum.  J. Biol. Chem. 268:  20598-20605  (1993).

337.    Kaji, E. H. and H. F. Lodish.  Unfolding of newly-made retinol binding protein by DTT:  Sensitivity to retinoids.  J. Biol. Chem. 268:  22188-22194 (1993).

338.    Kaji, E. H. and H.F. Lodish.  In vitro unfolding of retinol binding protein by DTT:  Endoplasmic reticulum-associated factors.  J. Biol. Chem. 268:  22195-22202 (1993).

339.    Longmore, G.D., P. Pharr, D. Neumann, and H.F. Lodish.  Both megakaryocytopoiesis and erythropoiesis are induced in mice infected with a retrovirus expressing an oncogenic erythropoietin receptor.  Blood 82: 2386-2395  (1993).

340.    Moustakas, A., H.Y. Lin, Y.I. Henis, J. Plamondon, M.D. O'Connor-McCourt, and H.F. Lodish.  The transforming growth factor β receptors types I, II, and III form hetero-oligomeric complexes in the presence of ligand.  J. Biol. Chem. 268: 22215-22218 (1993).

341.    Longmore, G.D., S.S. Watowich, D.J. Hilton, and H.F. Lodish.  The erythropoietin receptor:  Its role in hematopoiesis and myeloproliferative diseases.  J. Cell Biol. 123:  1305-1308  (1993).

342.    Yuk, M.H. and H.F. Lodish.  Two pathways for the degradation of the H2 subunit of the asialoglycoprotein receptor in the endoplasmic  reticulum.  J. Cell Biology  123:  1735-1749 (1993).

343.    Lodish, H.F., S.S. Watowich, G.D. Longmore, and D.J. Hilton.  The erythropoietin receptor:  Structure, function and disease.  In: The Negative Regulation of Hematopoiesis from Fundamental Aspects to Clinical Applications.  Ed. Martine Guigon et al.  Colloque INSERM/John Libbey Eurotext Ldt.  229: 3-13 (1993).

344.   Lodish, H.  Multiple glucose transport proteins and the regulation of blood glucose.  *Progress in Endocrinology*, eds. R. Mornex, C. Jaffiol and J. Leclere, Proc. of the Ninth International Congress of Endocrinology, Nice, 1992, pp.757-762.  Parthenon Publishing Group. (1993).

345.   Longmore, G.D. and H.F. Lodish.  The role of the murine erythropoietin receptor in leukemia.  In: *Application of Basic Science to Hematopoiesis and Treatment of Disease*, ed. E. Donnall Thomas, Raven Press, NY, pp. 99-109 (1993).

**1994**

346.   Longmore, G.D., P.N. Pharr, and H.F. Lodish.  A constitutively erythropoietin receptor stimulates proliferation and induces transformation of multipotent, committed nonerythroid and erythroid progenitor cells.  Molecular & Cell. Biol.  14: 2266-2277 (1994).

347.   Watowich, S. S., D. J. Hilton, H. F. Lodish.  Activation and inhibition of erythropoietin receptor function: Role of receptor dimerization.  Mol. & Cell. Biol. 14: 3535-3549 (1994).

348.   Bhushan, A., H.Y. Lin, H.F. Lodish and C.R. Kintner.  The transforming growth factor β type II receptor can replace the activin type II receptor in inducing mesoderm.  Mol. & Cell. Biol. 14: 4280-4285  (1994).

349.   Henis, Y. I., A. Moustakas, H. Y. Lin, and H. F. Lodish.  The Types II and Type III transforming growth factor-β receptors form homo-oligomers.  J. Cell Biol. 126: 139-154 (1994) .

350.   Acton, S. L., P. E. Scherer, H. F. Lodish and M. Krieger.  Expression cloning of SR-BI, a CD36-related class B scavenger receptor.  J. Biol. Chem. 269: 21003-21009 (1994).

351.   Schaffer, J. and H. F. Lodish.  Expression cloning and characterization of a novel adipocyte long chain fatty acid transport protein. Cell 79: 427-436 (1994).

352.   Chun, M., U. K. Liyanage, M. P. Lisanti, and H. F. Lodish.  Signal transduction of a G-protein coupled receptor in caveolae: Colocalization of endothelin and its receptor with caveolin.  Proc. Natl. Acad. Sci. USA. 91: 11728-11732 (1994).

353.   Takumi, T. and H. F. Lodish.  Rapid cDNA cloning by PCR screening (RC-PCR).  BioTechniques 17: 443-444 (1994).

354.   Scherer, P. E., M. P. Lisanti, G. Baldini, M. Sargiacomo, C. C. Mastick, and H. F. Lodish.  Induction of caveolin during adipogenesis and association of GLUT4 with caveolin-rich vesicles.  J. Cell Biol. 127: 1233-1243 (1994).

355.   Efrat, S., M. Tal, and H. F. Lodish.  The pancreatic β-cell glucose sensor.  Trends in Biochemical Sciences 19: 535-538 (1994).

356.   Simonsen, H. and H. F. Lodish.  Cloning by function: expression cloning in mammalian cells.  Trends in Pharmacological Sciences 15: 437-441 (1994).

**1995**

357.    Hilton, D. J., S. S. Watowich, P. J. Murray, and H. F. Lodish.  Increased cell surface expression and enhanced folding in the endoplasmic reticulum of a mutant erythropoietin receptor.  Proc. Natl. Acad. Sci. USA. 92:  190-194 (1995).

358.    Moustakas, A., T. Takumi, H. Y. Lin, and H. F. Lodish.  GH3 Pituitary tumor cells contain heteromeric type I and type II receptor complexes for transforming growth factor β and activin A.  J. Biol. Chem. 270:  765-769 (1995).

359.    Takumi, T., A. Moustakas, H. Y. Lin, and H. F. Lodish.  Molecular characterization of a type I serine-threonine kinase receptor for TGF-β and activin in the rat pituitary tumor cell line CH3.  Experimental Cell Research.216:  208-214 (1995).

360.    Lin, H. Y., A. Moustakas, P. Knaus, R. G. Wells, Y. I. Henis, and H. F. Lodish.  The soluble exoplasmic domain of the type II transforming growth factor (TGF)-β receptor.  J. Biol. Chem. 270:  2747-2754 (1995).

361.    Klingmüller, U., U. Lorenz, L. C. Cantley, B. G. Neel, and H. F. Lodish.  Specific recruitment of SH-PTP1 to the erythropoietin receptor causes inactivation of JAK2 and termination of proliferative signals.  Cell. 80:  729-738 (1995).

362.    Lodish, H. F., D. Baltimore, A. Berk, L. Zipursky, P. Matsudaira, and J. E. Darnell.  *Molecular Cell Biology*, 3rd ed.  Scientific American Press, N.Y. (1995).

363.    Baldini, G., P. E. Scherer, and H. F. Lodish.  Nonneuronal expression of Rab3A:  Induction during adipogenesis and association with different intracellular membranes than Rab3D.  Proc. Natl. Acad. Sci. USA. 92:  4284-4288 (1995).

364.    Chun, M., H. Y. Lin, Y. I. Henis, and H. F. Lodish.  Endothelin-induced endocytosis of cell surface $ET_A$ receptors:  Endothelin remains intact and bound to the $ET_A$ receptor.  J. Biol. Chem. 270:  10855-10860 (1995).

365.    Scherer, P. E., Z. Tang, M. Chun, M. Sargiacomo, H. F. Lodish, and M. P. Lisanti.  Caveolin isoforms differ in their N-terminal protein sequence and subcellular distribution:  Identification and epitope mapping of an isoform-specific monoclonal antibody probe.  J. Biol. Chem. 270:  16395-16401 (1995).

366.    Rodriguez, C., F. Chen, R. Weinberg, and H. F. Lodish.  Cooperative binding of TGF-β2 to the types I and II TGF-β receptors.  J. Biol. Chem.: 270  15919-15922 (1995).

367.    Yuk, M. H. and H. F. Lodish.  Enhanced folding and processing of a disulfide mutant of the human asialoglycoprotein receptor H2b subunit.  J. Biol. Chem.270  20169-20176 (1995).

368.    Murray, P. J., S. S. Watowich, H. F. Lodish, R. A. Young, and D. J. Hilton.  Epitope tagging of the human endoplasmic reticulum HSP70 protein, BiP, to facilitate analysis of BiP-substrate interactions.  Anal. Biochem. 229:  170-179 (1995)

40

369.   Wu, H., U. Klingmüller, and H. F. Lodish.  Physical and functional interaction of the erythropoietin and stem cell factor receptors.  Nature 377:  242-246 (1995).

370.   Wu, H., X. Liu, R. Jaenisch, and H. F. Lodish.  Generation of committed erythroid BFU-E and CFU-E progenitors does not require erythropoietin or erythropoietin receptor.  Cell 83:  59-67 (1995).

371.   Martelli, A. M., R. Bareggi, G. Baldini, P. E. Scherer, H. F. Lodish, and G. Baldini.  Diffuse vesicular distribution of Rab3D in the polarized neuroendocrine cell line AtT-20.  FEBS Letters 368: 271-275  (1995).

372.   Chen, K., G. N. Stephanopoulos, A. J. Sinskey, and H. F. Lodish.  Regulated secretion of prolactin by the mouse insulinoma cell line βTC-3.  BioTechnology 13;  1191-1197 (1995)

373.   Hwang, C., H. F. Lodish, and A. J. Sinskey.  Measurement of glutathione redox state in cytosol and secretory pathway of cultured cells.  Methods in Enzymology 251:  212-221 (1995).

374.   Scherer, P. E., S. Williams, M. Fogliano, G. Baldini, and H. F. Lodish.  A novel serum protein similar to C1q, produced exclusively in adipocytes.  J. Biol. Chem. 270: 26746-26749 (1995).

375.   Schaffer, J. E. and H. F. Lodish.  Molecular mechanism of long chain fatty acid uptake.  Trends in Cardiovascular Medicine 5: 218-224  (1995).

376.   Luo, K., P. Zhou, and H. F. Lodish.  The specificity of the transforming growth factor β receptor kinases determined by a spatially addressable peptide library.  PNAS 92:  11761-11765.  (1995)

**1996**

377.   Tang, Z.L., P. E. Scherer, T. Okamoto, K. Song, C. Chu, D. S. Kohtz,  I. Nishimoto, H. F. Lodish, and M. P. Lisanti.  Molecular cloning of caveolin-3, a novel member of the caveolin gene family expressed predominantly in muscle.  J. Biol. Chem.271:  2255-2261 (1996).

378.   Scherer, P. E., T. Okamoto, M. Chun, I. Nishimoto, H. F. Lodish, and M. P. Lisanti.  Identification, sequence and expression of caveolin-2 defines a caveolin gene family.  Proc. Natl. Acad. Sci. USA. 93:  131-135.  (1996).

379.   Hilton, D. J., S. S. Watowich, L. Katz, and H. F. Lodish Saturation mutagenesis of the WSXWS motif of the erythropoietin receptor.  J. Biol. Chem. 271:  4699-4708 (1996).

380.   Cohen, N. R., D. A. Knecht, and H. F. Lodish.  Functional expression of rat glut 1 glucose transporter in Dictyostelium discoideum.  Biochemical J. 315:  971-975 (1996).

381.   Neumann, D., H. F. Lodish, M. H. Yuk, and G. Z. Lederkremer.  Blocking intracellular degradation of the erythropoietin and asialoglycoprotein receptors by calpain inhibitors does not result in the same increase in the levels of their membrane and secreted forms.  Biochemical J. 313:  391-399 (1996).

41

382.  Scherer, P. E., G. Z. Lederkremer, S. Williams, M. Fogliano, G. Baldini, and H. F. Lodish. Cab45, a novel Ca2+-binding protein localized to the Golgi lumen.  J. Cell Biology 133: 257-268 (1996).

383.  Lodish, H. F., D. J. Hilton, U. Klingmüller, S. Watowich, and H. Wu. The erythropoietin receptor: biogenesis, dimerization, and intracellular signal transduction.  Cold Spring Harbor Laboratory Press. Vol 60: 93-104.(1996)

384.  Tolchinsky, S., M. H. Yuk, M. Ayalon, H. F. Lodish, and G. Z. Lederkremer.  Membrane-bound *versus* secreted forms of human asialoglycoprotein receptor subunits.J. Biol. Chem. 271: 14496-14503 (1996).

385.  Knaus, P. I., D. Lindemann, J. F. DeCoteau, R. Perlman, H. Yankelev, M. Brooks, M. Hille, M. E. Kadin, and H. F. Lodish.  A dominant inhibitory mutant of the type II TGF-β receptor in the malignant progression of a cutaneous t-cell lymphoma.  Mol. Cell Biol. 16: 3480-3489 (1996).

386 .  Mann, M. Z., T. Y. Hui, J. E. Schaffer, H. F. Lodish, and D. A. Bernlohr.  Regulation of the murine adipocyte fatty acid transporter gene by insulin.  Molecular Endocrinology 10: 1021-1028 (1996).

387.  Klingmüller, U., S. Bergelson, J. G. Hsiao, and H. F. Lodish.  Multiple tyrosine residues in the cytosolic domain of the erythropoietin receptor promote activation of STAT5.  Proc. Nat. Acad. Sci. USA. 93: 8324-8328 (1996).

388.  Luo, K. and H. F. Lodish Signaling by chimeric erythropoietin-TGF-β Receptors: Dimerization of the type I TGF-β receptor cytoplasmic domain is required for intracellular signal transduction. EMBO Journal 15: 4485-4496 (1996).

389.  Watowich, S. S., H. Wu, M. Socolovsky, U. Klingmüller, S. Constantinescu, and H. F. Lodish.  Cytokine receptor signal transduction and the control of hematopoietic cell development. Ann. Rev. Cell. Biol. 12: 91-128 (1996).

**1997**

390.  Wu, H., U. Klingmüller, A. Acurio, J. G. Hsiao, and Lodish, H. F.  Functional interaction of erythropoietin and stem cell factor receptors is essential for erythroid colony formation.  Proc. Natl. Acad. Sci. USA 94: 1806-1810 (1997).

391.  Klingmüller, U., H. Wu, J. G. Hsiao, A. Toker, B. C. Duckworth, L. C. Cantley, and H. F. Lodish.  Identification of a novel pathway important for proliferation and differentiation of primary erythroid progenitors. Proc. Natl. Acad. Sci. USA 94: 3016-3021 (1997).

392.  Wells, R. G., H. Yankelev, H. Lin,  and H. F. Lodish  Biosynthesis of the type I and type II TGF-ßreceptors: Implications for complex formtion.  J. Biol. Chem. 272: 11444-11451 (1997).

393.  Bickel, P., P. E. Scherer, J. E. Schnitzer, P. Oh, M. P. Lisanti, and H. F. Lodish. Flotillin and ESA define a new family of caveolae-associated integral membrane proteins.  J. Biol. Chem. 272: 13793-13802 (1997).

394. Socolovsky, M., I. Dusanter-Fourt, and H. F. Lodish. The prolactin receptor and severely truncated erythropoietin receptors support differentiation of committed erythroid progenitors. J. Biol. Chem. 272: 14009-14012 (1997).

395. Luo, K. and H. F. Lodish. Positive and negative regulation of type II TGF-β receptor signal transduction by autophosphorylation on multiple serine residues. EMBO Journal 16: 1970-1981 (1997).

396. DeCoteau, J. F., P. I. Knaus, H. Yankelev, M. D. Reis, R. Lowsky, H. F. Lodish, and M. E. Kadin. Loss of functional cell surface Transforming Growth Factor beta (TGF-β) type I receptor correlates with insensitivity to TGF-β in chronic lymphocytic leukemia. Proc. Natl. Acad. Sci. USA 94: 5877-5881 (1997).

397. Liu, X., Y. Sun, S. N. Constantinescu, E. Karam, R. A. Weinberg, and H. F. Lodish. TGF-β-induced phosphorylation of Smad3 is required for growth inhibition and transcriptional induction in epithelial cells. Proc. Natl. Acad. Sci. USA 94: 10669-10674 (1997).

398. Guerre-Millo M, G. Baldini, H. F. Lodish, M. Lavau, and S. W, Cushman. Rab 3D in rat adipose cells and its overexpression in genetic obesity (Zucker fatty rat). Biochem J. 321: 89-93 (1997)

**1998**

399. Bergelson, S., U. Klingmüller, M. Socolovsky, J. Hsiao, and H. F. Lodish. Tyrosine residues within the intracellular domain of the erythropoietin receptor mediate activation of AP-1 transcription factors. J. Biol. Chem. 273: 2396-2401 (1998)

400. Brink, R. and H. F. Lodish. Tumor necrosis factor receptor (TNFR)-associated factor 2A (TRAF2A), a TRAF2 splice variant with an extended RING finger domain that inhibits TNFR2-mediated NF-κB activation. J. Biol. Chem. 273: 4129-4134 (1998).

401. Constantinescu, S., H. Wu, X. Liu, W. Beyer, A. Fallon, and H. F. Lodish. The Anemic Friend Virus gp55 envelope protein induces erythroid differentiation in fetal liver CFU-Es. Blood 91: 1163-1172 (1998).

402. Gilboa, L., R. G. Wells, H. F. Lodish, and Y. I. Henis. Oligomeric Structure of Type I and Type II TGF-β Receptors: Homo-dimers form at the ER and persist at the plasma membrane. J. Cell Biol. 140: 767-777 (1998)

403. Rodriguez, C. and H. F. Lodish. Enhanced efficiency of cloning FACS-sorted mammalian cells. Biotechniques 24: 750-752 (1998)

404. Socolovsky, M., H. F. Lodish, and G. Q. Daley. Control of hematopoietic differentiation: Lack of specificity in signaling by cytokine receptors. Proc. Natl. Acad. Sci. USA. 95: 6573-6575 (1998)

43

405.  Scherer, P. E., P. E. Bickel, M. Kotler, and H. F. Lodish.  Cloning of cell-specific and surface proteins by subtractive antibody screening.  Nature Biotechnology 16: 581-586 (1998).

406.  Hirsch, D. J., A. Stahl, and H. F. Lodish.  A family of fatty acid transporters conserved from mycobacterium to man.  Proc. Natl. Acad. Sci. USA 95:  8625-8629 (1998).

407.  Socolovsky, M., A. Fallon, and H. F. Lodish.  The prolactin receptor rescues Epo-R-/-Erythroid progenitors and replaces EpoR in a synergistic interaction with c-kit.  Blood 92: 1491-1496 (1998).

408.  Socolovsky, M., S. N. Constantinescu, S. Bergelson, A. Sirotkin, and H. F. Lodish. Cytokines in Hematopoiesis: Specificity and Redundancy in Receptor Function. In *Advances in Protein Chemistry*, J. Wells, ed. Vol 52:  141-198 (1998)

409.  Hua, Xianxin, X. Liu, D. O. Ansari, and H. F. Lodish.  Synergistic cooperation of TFE3 and Smad proteins in TGF-ß-induced transcription of the plasminogen activator inhibitor-1 gene.  Genes and Development 12:  3084-3095 (1998)

410.  Lin, R. S., C. Rodriguez, A. Veillette, and H. F. Lodish.  Zinc is essential for binding of p56[lck] to CD4 and CD8α.  J. Biol. Chemistry 273:  32878-32882 (1998)


**1999**

411.  Wells, R.G., Gilboa, L., Sun, Y., Liu, X., Henis, Y.I., and Lodish, H.F. (1998) TGF-β induces formation of a DTT-resistant type I/type II receptor complex in live cells. J. Biol. Chem. 274: 5716- 5722 (1999).

412.  Bogan, J. S., and H. F. Lodish.  Two compartments for insulin-stimulated exocytosis in 3T3-L1 adipocytes defined by endogenous GLUT4 and ACRP30  J. Cell Biol., 146: 609 - 620 (1999)

413.  Constantinescu, S. N., X. Liu, W. Beyer, A. Fallon, S. Shekar, Y. I. Henis, S. O. Smith, and H. F. Lodish.  Activation of the murine erythropoietin receptor by a viral envelope protein involves specific interactions within transmembrane domains.  EMBO J, 18: 3334- 3358 (1999).

414.  Chatterton, J. E., D. Hirsch, J. J. Schwartz, P. E. Bickel, R. D. Rosenberg, H. F. Lodish and M. Krieger. Expression Cloning of *LDLB*, a Gene Essential for Normal Golgi Function and Assembly of a Novel Protein Complex. Proc. Natl. Acad. Sci. USA 96:  915 - 920 (1999).

415.  Ghaffari, Saghi, G. Q. Daley, and H. F. Lodish.  Growth factor independence and BCR/ABL transformation:   Promise and pitfalls of available assays. Invited review Leukemia, 13: 1200-1206 (1999).

416.  Socolovsky, M., A. E. J. Fallon, S. Wang, C. Brugnara, and H. F. Lodish. Fetal anemia and apoptosis of red-cell progenitors in Stat5a-/-Stat5b-/- mice: a direct role for Stat5 in bcl-x - induction. Cell. 98: 181 - 192 (1999).

417.   Schiemann, W. P., W. M. Pfeifer, M. E. Kadin, and H. F. Lodish.  A deletion in the gene for the transforming growth factor β type I receptor that abolishes its expression in a new human cutaneous T-cell lymphoma cell line.  Blood, 94: 2854 - 2861 (1999).

418.   Constantinescu, S. N., S. Ghaffari, and H. F. Lodish. The erythropoietin receptor:  Structure, activation, and intracellular signal transduction.  Trends in Endocrinology and Metabolism *10*: 18-23 (1999).

419.   Sun, Y., X. Liu, E. Ng Eaton, W. S. Lane, H. F. Lodish, and R. A. Weinberg. Interaction of the Ski Oncoprotein with Smad3 Regulates TGF-ß Signaling. Molecular Cell 4: 499 – 508 (1999).

420.   Hua, X., Z. Miller, G. Wu, Y. Shi, and H. F. Lodish. Specificity in TGF-ß-Induced Transcription of the Plasminogen Activator Inhibitor-1 Gene: Interactions of Promoter DNA, Smad3, and TFE3. Proc. Natl. Acad. Sci. USA 96: 13130 - 13135 (1999).

421.   Stahl, A., D. J. Hirsch, R. Gimeno, S. Punreddy, P. Ge, N. Watson, S. Patel, M. Kotler, A. Raimondi, L. A. Tartaglia, and H. F. Lodish. Identification of a small intestinal fatty acid transport protein. Molecular Cell 4: 299 - 308 (1999).

422.   Sun, Y., X. Liu, E. Ng Eaton, H. F. Lodish, and R. A. Weinberg. SnoN and Ski Protooncoproteins are rapidly degraded in response to TGF-ß activation. Proc. Natl. Acad. Sci. USA 96: 12442 - 12447 (1999).

423.   Lodish, H. F., A. Berk, L. Zipursky, P. Matsudaira, D. Baltimore, and J. E. Darnell.  Molecular Cell Biology, 4th ed.  Scientific American Press, N.Y. (1999).

424.   Ghaffari, S. H. Wu, K. M. Gerlach, Y. Han, H. F. Lodish, and G. Q. Daley. BCR-ABL and v-SRC Oncoproteins Support Normal Erythroid Development in Erythropoietin Receptor-Deficient Progenitor Cells. Proc. Natl. Acad. Sci. USA 96: 13186 - 13190 (1999).

**2000**

425.   Pandey, A., A. V. Podtelejnikov, B. Blagoev, X. R. Bustelo, M. Mann, and H. F. Lodish. Analysis of receptor signaling pathways by mass spectrometry: Identification of Vav-2 as a novel substrate of the epidermal and platelet-derived growth factor receptors. Proc. Natl. Acad. Sci. USA 97: 179 - 184 (2000).

426.   Bickel, P., H. F. Lodish, and P. Scherer. Use and Applications of Subtractive Antibody Screening. Biotechnology and Genetic Engineering Reviews. Vol. 17, Steven Harding, ed. pp 417 - 430 (2000).

427.   Brooks, C., P. Scherer, K. Cleveland, J. Whittemore, H. F. Lodish, and B. Cheatham. Pantophysin is a phosphoprotein component of adipocyte transport vesicles and associates with GLUT4-containing vesicles. J. Biol. Chem. 275: 2029 - 2036 (2000)

428.   Liu, X., S. Constantinescu,, Y. Sun, J. S. Bogan, D. Hirsch, R. A. Weinberg, and H. F. Lodish. Rapid generation of mammalian cells stably expressing multiple genes at predetermined levels Anal. Biochem. 280: 20 - 28 (2000).

45

429.  Blobe, G.C., W. P. Schiemann, and H. F. Lodish. Role of Transforming Growth Factor ß in human disease. New Engl. Jour. Med. 342: 1350-1359 (2000).

430.  Pandey, A., K. Ozaki, H. Baumann, S. D. Levin, A. G. Farr, S. F. Ziegler, W. J. Leonard, and H. F. Lodish. Cloning of a novel receptor subunit required for signaling by Thymic Stromal Lymphopoietin. Nature Immunology 1: 59 - 64  (2000).

431.  Xiao, Z., X. Liu, Y. Henis, and H. F. Lodish. A distinct nuclear localization signal in the MH1 domain of Smad3 determines its ligand-induced nuclear translocation Proc. Natl. Acad. Sci. USA 97: 7853 - 7858 (2000).

432.  Xiao, Z., X. Liu, and H. F. Lodish. Importin β Mediates Nuclear Translocation of Smad 3. J. Biol. Chem. 275: 23425 - 23428 (2000)

433.  Yamamura, Y., X. Hua, S. Bergelson, and H. F. Lodish. Critical Role of Smads and AP-1 Complex in TGF-ß-Dependent Apoptosis. J. Biol. Chem. 275: 36295 - 36302 (2000)

434.  Hua, X., Z. Miller, H. Benchabane, J. Wrana, and H. F. Lodish. Synergism between transcription factors TFE3 and Smad 3 in TGF-ß-induced transcription of the Smad 7 gene. J. Biol. Chem. 275: 33205 - 33208 (2000)

435.  Chi, N-W and H. F. Lodish Tankyrase is a Golgi-associated MAP Kinase substrate that interacts with IRAP in GLUT4 vesicles J. Biol. Chem. 275: 38437 - 38444 (2000)

436.  Pandey, A., M. Fernandez, H. Steen, B. Blagoev, M. Nielsen, S. Roche, M. Mann, and H. F. Lodish. Identification of an immunoreceptor tyrosine-based activation motif (ITAM) - containing molecule, STAM2, by mass spectrometry and its involvement in growth factor and cytokine receptor signaling pathways. J. Biol. Chem. 275: 38633 - 38639 (2000)

437.  Liu, X., Y. Sun, M. Ehrlich, T. Lu, Y. Kloog, R. A. Weinberg, H. F. Lodish, and Y. I. Henis. Disruption of TGF-ß Growth Inhibition by Oncogenic Ras is Linked to p27[Kip1] Mislocalization Oncogene 19: 5926 - 5935 (2000)

**2001**

438.  Constantinescu, S., L. Huang, H-S Nam, and H. F. Lodish. The Erythropoietin Receptor Cytosolic Juxtamembrane Domain Contains an Essential, Precisely Oriented, Hydrophobic Motif. Mol. Cell 7: 377 - 385 (2001)

439.  Liu, X., Y. Sun, R. A. Weinberg and H. F. Lodish. Ski/Sno and TGF-ß Signaling Cytokine and Growth Factor Reviews 12: 1- 8 (2001)

440.  Fruebis, J., Tsao, T-S., Erickson, M. R., Lee, L., Yen, F., Bihain, B. E., and Lodish, H. F. A Proteolytic Cleavage Product of ACRP30 Increases Fatty Acid Oxidation in Muscle and Causes Weight Loss in Mice. Proc. Natl. Acad. Sci. USA 98: 2005 - 2010; (2001)

441.  Constantinescu, S. N., T. Keren, M. Socolovsky, H-s Nam, Y. I. Henis and H. F. Lodish Ligand-Independent Oligomerization of Cell-Surface Erythropoietin Receptor Is Mediated by the Transmembrane Domain Proc. Natl. Acad. Sci. USA 98: 4379 - 4384 (2001)

46

442.  Perlman, R., W. P. Schiemann, M. W. Brooks, H. F. Lodish and R. A. Weinberg. TGF-ß-induced apoptosis is mediated by the adapter protein Daxx that facilitates JNK activation <u>Nature Cell Biology</u> 3: 708 - 714 (2001).

443.  Bogan, J. B., A. E. McKee, and H. F. Lodish. Insulin-responsive compartments containing GLUT4 in 3T3-L1 and CHO cells: regulation by amino acid concentrations. <u>Mol.  Cell Biol.</u> 21: 4785 – 4806 (2001)

444.  Blobe, G. C.,W. P. Scheimann, M.-C. Pepin, M. Beauchemin, A. Moustakas, H. F. Lodish. and M. D. O'Connor-McCourt. Functional Roles for the Cytoplasmic Domain of the Type III TGF-ß Receptor in Transforming Growth Factor ß Signaling <u>J. Biol. Chem.</u> 276: 24627 - 24637 (2001)

445.  Stahl, A., R. E. Gimeno, L. A. Tartaglia, and H. F. Lodish. Fatty acid transport proteins: A current view of a growing family. <u>Trends in Endocrinology and Metabolism</u> 12: 266 – 273 (2001)

446.  Rodriguez, C., J.-S. L. Huang, J. K. Son, A. McKee, Z. Xiao and H. F. Lodish. Functional cloning of the proto-oncogene brain factor-1 (BF-1) as a Smad-binding antagonist of TGF-ß signaling.  <u>J. Biol. Chem.</u> 276: 30224 - 30230 (2001)

447.  Xiao, Z., Watson, N., Rodriguez, C., and H. F. Lodish. Nucleocytoplasmic shuttling of Smad1 conferred by its nuclear localization and nuclear export signals. <u>J. Biol. Chem.</u> 276: 39404 - 39410 (2001)

448.  Ghaffari, S., C. Kitidis, M. D. Fleming, H. Neubauer, K. Pfeffer, and H. F. Lodish. Erythropoiesis in the Absence of Janus-kinase 2: BCR-ABL Induces Red Cell Formation in JAK2$^{-/-}$ Progenitors <u>Blood</u> 98: 2948-2957 (2001)

449.  Huang, L. J-S., S. N. Constantinescu and H. F. Lodish The N-terminal Domain of Janus Kinase 2 is Required for Golgi Processing and Cell Surface Expression of Erythropoietin Receptor. <u>Mol. Cell</u> 8: 1- 20 (2001)

450.  Socolovsky, M., H-S. Nam, M.D. Fleming, V. H. Haase C. Brugnara and H. F. Lodish Ineffective Erythropoiesis in Stat5a-/-5b-/- mice due to decreased survival of early erythroblasts <u>Blood</u> 98: 3261 - 3273 (2001)

451.  Blobe, G. C., X. Liu, S. Fang, T. How, and H. F. Lodish  A novel mechanism for regulating Transforming Growth Factor ß signaling: Functional modulation of Type III TGF-ß receptor expression through interaction with the PDZ domain protein, GIPC <u>J. Biol. Chem.</u> 276: 39608 - 39617 (2001)

**2002**

452.  Sbodio, J., H. Lodish, and N-W Chi. Tankyrase-2 oligomerizes with tankyrase-1 and binds to both TRF1 and IRAP. <u>Biochem. J</u> 361: 451 - 459 (2002)

453.  Zhao, X., S. Ghaffari, H. Lodish, V. N. Malashkevich and P. S. Kim. Structure of the Bcr-Abl Oncoprotein Oligomerization Domain <u>Nature Structural Biology</u> 9: 117 - 120 (2002)

454.  Tsao, T-S, H. Lodish, and J. Fruebis. ACRP30, a new hormone controlling fat and glucose metabolism. E. Jour. Pharm 440: 213 – 221. (2002)

455.  Ruan, H., N. Hacohen, T. R. Golub, L. Van Parijs and H. F. Lodish Tumor necrosis factor-α suppresses adipocyte-specific genes and activates expression of preadipocyte genes in 3T3-L1 adipocytes: Nuclear Factor-κB activation by TNF-α is obligatory. Diabetes. 51: 1319 - 1336 (2002)

456.  Stahl, A., Evans, J., Patel, S., D. Hirsch, and H. F. Lodish. Insulin causes fatty acid transport protein translocation and enhanced fatty acid uptake in adipocytes. Devel. Cell 2: 477 - 488 (2002)

457.  Kratchmarova, I., D. E. Kalume, B. Blagoev, P. E. Scherer, A. V. Podtelejnikov, H. Molina, P. E. Bickel, J. S. Andersen, M. M. Fernandez, J. Bunkenborg, P. Roepstorff, K. Kristiansen, H. F. Lodish, Matthias Mann, and A. Pandey A Proteomic Approach for Identification of Secreted Proteins During the Differentiation of 3T3-L1 preadipocytes to Adipocytes Molecular and Cellular Proteomics 1: 213 - 222 (2002)

458.  Pandey, A., N. Ibarrola, I. Kratchmarova , M. Fernandez, S. Constantinescu, O. Ohara, S. Sawasdikosol , H. F. Lodish, and M. Mann. A novel Src homology 2 domain-containing molecule, Src-Like Adapter Protein-2 (SLAP-2), which negatively regulates T cell receptor signaling. J. Biol. Chem. 277: 19131 - 19138 (2002).

459.  Pandey, A., B. Blagoev, I. Kratchmarova, M. Fernandez, M. Nielsen, T. Kristiansen, O. Ohara, A. Podtelejnikov, S. Roche, H. F. Lodish, and M. Mann. Cloning of a novel phosphotyrosine binding domain containing molecule, Odin, involved in signaling by receptor tyrosine kinases. Oncogene. 21: 8029 - 8036 (2002)

460.  Schiemann, W., G. C. Blobe, D. Kalume, A. Pandey, and H. F. Lodish. Context-specific effects of Fibulin-5 (DANCE/EVEC) on cell proliferation, motility, and invasion: Induction of Fibulin-5 expression by TGF-β and effects on protein kinase activation . J. Biol. Chem. 277: 27367 - 27377 (2002).

461.  Tsao, T-s, H. E. Murrey, C. Hug, D. H Lee, and H. F. Lodish Oligomerization State-Dependent Activation of NF-κB Signaling Pathway by Acrp30. J. Biol. Chem. 277: 29359 – 29362 (2002)

462.  Ruan, H., P. D. G. Miles, C. M. Ladd, K. Ross, T, R. Golub, J. M. Olefsky and H. F. Lodish Profiling Gene Transcription in vivo Reveals Adipose Tissue as an Immediate Target of TNF-α: Implications for Insulin Resistance. Diabetes. 51: 3176-3188 (2002)

463.  Hug, C. and H. F. Lodish. ˙Diabetes, Obesity, and Acrp30/ Adiponectin. Biotechniques 33: 654 - 658 (2002)

464.  Brisken, C., M. Socolovsky, H. F. Lodish, and R. A. Weinberg. The signaling domain of the erythropoietin receptor rescues prolactin receptor-mutant mammary epithelium. Proc. Natl. Acad. Sci. USA 99: 14241 - 14245 (2002)

465.  Chen, C-Z; M. Li, D. de Graph, S, Monti, B. Göttgens, M.-J. Sanchez, E. S Lander, T. R Golub A, R. Green,, and H. F Lodish Identification of Endoglin as a novel functional marker that defines

long-term repopulating hematopoietic stem cells. Proc. Natl. Acad. Sci. USA 99: 15468 - 15473 (2002)

466.  Joost H.G., G.. I. Bell, J. D. Best, M. J. Birnbaum, M. J. Charron, Y. T. Chen, H. Doege, D. E. James, H. F. Lodish, K. H. Moley, J. F. Moley, M. Mueckler, S. Rogers, A. Schurmann, S. Seino S, B. Thorens. Nomenclature of the GLUT/SLC2A family of sugar/polyol transport facilitators. Am J Physiol Endocrinol Metab 282:E974 - 976 (2002)

467.  Thomas, E., T-s Tsao, A, Saha, H. E. Murrey, C.- c. Zhang, S. I. Itani, H. F. Lodish, and N. Ruderman. Enhancement of muscle fatty acid oxidation by globular domain of ACRP30: inactivation of Acetyl-CoA carboxylase and stimulation of AMP-activated protein kinase. Proc. Natl. Acad. Sci. USA 99: 16309-16313 (2002)

**2003**

468.  Ghaffari S., L. J. S. Huang, J. Zhang and H. F. Lodish. Erythropoietin Receptor Signaling Processes, in "Erythropoietins and Erythropoiesis: Molecular, Cellular, Preclinical, and Clinical Biology", Graham Molineux, MaryAnn Foote, and Steven Elliott, editors, Birkhauser Publishing, (2003)

469.  Ketteler, R., C. S. Moghraby, J. G. Hsiao, O. Sandra, H. F. Lodish, and U. Klingmüller The cytokine-inducible SH2 domain containing protein CIS negatively regulates signaling by promoting apoptosis in erythroid progenitor cells. J. Biol. Chem. 278: 2654 - 2660 (2003)

470.  Bogan, J., N. Hendon, A. McKee, T-s Tsao, and H.F. Lodish Functional cloning of TUG as a regulator of GLUT4 glucose transporter trafficking. Nature 425: 727 – 733 (2003)

471.  Ruan, H., H. J. Pownall, and H. F. Lodish. Troglitazone antagonizes TNF-α-induced reprogramming of adipocyte gene expression by inhibiting the transcriptional regulatory functions of NF-κB J. Biol. Chem. 278: 28181 - 28192 (2003)

472.  Xiao, Z., R. Latek, and H. F. Lodish. An extended bipartite nuclear localization signal in Smad4 is required for its nuclear import and transcriptional activity Oncogene. 22:1057 - 1069 (2003)

473.  Ruan, H. and H. F. Lodish.  Insulin Resistance in Adipose Tissue: Direct and Indirect Effects of Tumor Necrosis Factor-α. Cytokine and Growth Factor Reviews 14: 447-455 (2003).

474.  Gimeno, R. E., A. Ortegon. S. Patel, S. Punreddy, P. Ge, Y. Sun, H. F. Lodish, and A. Stahl Identification of a Heart-specific Fatty Acid Transport Protein J. Biol. Chem. 278: 16039 - 16044 (2003)

475.  Zhang, J., M. Socolovsky, A. W. Gross, and H. F. Lodish. Role of Ras signaling in erythroid differentiation of mouse fetal liver cells: functional analysis by a flow cytometry-based novel culture system. Blood 102: 3938 - 3946 (2003)

476.  Tsao, T-s., E. Tomas, H. E. Murrey, C. Hug, D. H. Lee, N. B. Ruderman, J. E. Heuser, and H. F. Lodish.  Role of Disulfide Bonds in Acrp30/Adiponectin Structure and Signaling Specificity: Different Oligomers Activate Different Signal Transduction Pathways. J. Biol. Chem. 278: 50810 - 50817 (2003).

49

477.    Ghaffari, S., Z. Jagani, C. Kitidis, H. F. Lodish and R. Khosravi-Far. Cytokines and BCR-ABL Mediate Suppression of TRAIL-Induced Apoptosis through Inhibition of FOXO3a Transcription Factor. Proc. Natl. Acad. Sci. USA 100: 6523 - 6528 (2003).

478.    Xiao, Z., A. M. Brownawell, I. G. Macara and H. F. Lodish. A novel nuclear export signal in Smad1 is essential for its signaling. J. Biol. Chem. 278: 34245 - 34252 (2003)

479.    Gimeno, R. E., D. J. Hirsch, S. Punreddy, Y. Sun, A. M. Ortegon, H. Wu, T. Daniels, A. Stricker-Krongrad, H. F. Lodish, and A. Stahl. Targeted Deletion of Fatty Acid Transport Protein-4 Results in Early Embryonic Lethality. J. Biol. Chem. 278: 49512 – 49516 (2003)

480.    Constantinescu, S. T. Keren, W. P. Russ, I. Ubarretxena-Belandia, Y. Malka, K. Kubatzky, D. M. Engelman, H. F. Lodish and Y. I. Henis. The Epo Receptor Transmembrane Domain Mediates Complex Formation with Viral Anemic and Polycythemic gp55 Proteins J. Biol. Chem. 278: 43755 - 43763 (2003)

481.    Ruan, H., M. Zarnowski, S. Cushman, and H. F. Lodish. Standard isolation of primary adipose cells from mouse epididymal fat pads induces inflammatory mediators and down-regulates adipocyte-genes. J. Biol. Chem. 278: 47585 - 47593 (2003)

482.    Choong, M. L., A. Tan, B. Luo, and H. F. Lodish A novel role for proliferin-2 in the ex vivo expansion of hematopoietic stem cells FEBS Letters 550: 155 – 162 (2003)

483.    Chen, C-Z., L. Li, M. Li, and H. F Lodish The Endoglin[Positive] Sca-1[Positive] Rhodamine[Low] phenotype defines a near homogeneous population of long–term repopulating hematopoietic stem cells. Immunity 19: 525 - 533 (2003).

**2004**

484.    Zhang, C-C and H. F. Lodish. Insulin-like growth factor 2 expressed in a novel fetal liver cell population is a growth factor for hematopoietic stem cells Blood 103: 2513 - 2521 (2004)

485.    Lodish, H. F., A. Berk, P. Matsudaira, C. Kaiser, M. Krieger, M. Scott, L. Zipursky, and J. E. Darnell. Molecular Cell Biology, 5th ed. Scientific American Press, N.Y. (2004).

486.    Chen, C-Z., L. Li, H. F. Lodish, and D. P. Bartel. MicroRNAs Modulate Hematopoietic Lineage Differentiation. Science 303, 83-86 (2004)

487.    Tsao, T-s, C. Hug, and H. F. Lodish. Adipokines: Regulators of Metabolic Integration and Energy Metabolism. Chapter 65 in Diabetes Mellitus: A Fundamental and Clinical Text. Third Edition. D. LeRoith, S. Taylor, and J. Olefsky eds. Lippincott Williams and Wilkins pp 963 - 978 (2004)

488.    Luo, B., A. Heard, and H. F. Lodish. siRNA production by enzymatic engineering of DNA (SPEED) Proc. Natl. Acad. Sci. USA 101: 5494 - 5499 (2004)

489.    Ruan, H. and H. F. Lodish. Role of Adipose-Tissue-Derived Hormones and Inflammatory Cytokines in Obesity-Linked Type 2 Diabetes Curr. Opin Lipidology 15:297-302 (2004).

50

490.    Marszalek, J. R., C. Kitidis, A. Dararutana and H. F. Lodish Acyl CoA Synthetase 2 (ACS2) Over-
        expression Enhances Fatty Acid Internalization and Neurite Outgrowth J. Biol. Chem. 279:
        23882 - 23891 (2004).

491.    Kim, J., R. E. Gimeno, T. Higashimori, H-J. Kim, H. Cho, ,S. Punreddy, R. Mozell, G. Tan, A.
        Stricker-Krongrad, D. J. Hirsch, J. J. Fillmore, Z-X. Liu, J. Dong, G. Cline, A. Stahl, H. F.
        Lodish, and G. I. Shulman. Inactivation of Fatty Acid Transport Protein 1 Prevents Fat-Induced
        Insulin Resistance In Skeletal Muscle J. Clinical Investigation 113: 756 - 763 (2004).

492.    Choong, M. L., B. Luo, and H. F. Lodish. Microenvironment- driven changes in the expression
        profile of hematopoietic cobblestone area- forming cells. Ann. Hematol. 83:160–169 (2004)

493.    Lodish, H. F. and R. K. Rodriguez A combination of lectures, problem sets, and recitation sections
        is an excellent way to teach undergraduate Cell Biology at a high level. Cell Biology Education
        3: 202 - 211 (2004)

494.    Tomas, E., M. Kelly, K. X. Xiang, T-S. Tsao, C. Keller, P. Keller, Z. Luo, H. Lodish, A. Saha, R.
        Unger, and N. B. Ruderman Metabolic and Hormonal Interactions Between Muscle and Adipose
        Tissue Proc. Nutr. Soc. 63:381-5. (2004)

495.    Choong, M. L., Y. P., Yonga, A. Tana, B. Luo, and H. F. Lodish. LIX: a chemokine with a role in
        hematopoietic stem cells maintenance. Cytokine 25: 239 – 245 (2004).

496.    Zhang, J., and H. F. Lodish Constitutive activation of the MEK/ERK pathway mediates all effects
        of oncogenic H-ras expression in primary erythroid progenitors. Blood 104: 1679 – 1687 (2004)

497.    Hug, C., J. Wang, N. Ahmad, J. Bogan, T.-S. Tsao, and H. F. Lodish. T-cadherin is a receptor for
        hexameric and high molecular weight forms of Acrp30/adiponectin. Proc. Natl. Acad. Sci. USA
        101: 10308 - 10313 (2004)

498.    Tong, W., and H. F. Lodish. Lnk inhibits Tpo/mpl signaling and Tpo-mediate
        megakaryocytopoiesis. J. Exp. Med. 200: 569 - 580 (2004)

499.    Wong, G., J. Wang, C. Hug, T.-S. Tsao, and H. F. Lodish. A family of Acrp30/adiponectin structural
        and functional paralogs Proc. Natl. Acad. Sci. USA 101: 10302 - 10307 (2004)

**2005**

500.    Hug, C. and H. F. Lodish. Visfatin: a new adipokine (Perspective) Science 307: 366 – 367 (2005)

501.    Tong, W., J. Zhang, and H. F. Lodish, Lnk inhibits erythropoiesis and Epo-dependent JAK2
        activation and downstream signaling pathways Blood 105: 4604 - 4612 (2005).

502.    Marszalek, J., C. Kitidis, C. DiRusso and H. F. Lodish Long-chain Acyl CoA Synthetase 6
        preferentially promotes DHA metabolism J. Biol. Chem. 280: 10817 - 10826 (2005).

503.    Chen, C-Z., and H. F. Lodish. microRNAs as regulators of mammalian hematopoiesis. Semin.
        Immunol. 17: 155–165 (2005)

51

504.    Hug, C. and H. F. Lodish. The role of the adipocyte hormone Adiponectin in cardiovascular disease. <u>Current Opinions in Pharmacology</u> 5: 129 - 134 (2005)

505.    Marszalek, J., and H. F. Lodish. Docosahexaenoic Acid, Fatty Acid Interacting Proteins, and Neuronal Function: Breastmilk and Fish are Good For You. <u>Ann. Rev. Cell. Dev. Biol</u> 21:633-57 (2005)

506.    Zhang, C-C. and H. F. Lodish. Murine hematopoietic stem cells change their surface phenotype during ex vivo expansion. <u>Blood</u> 105: 4314 - 4320 (2005).

507.    Zhang, J., and H. F. Lodish. Identification of K-ras as the major regulator for cytokine-dependent Akt activation in erythroid progenitors *in vivo*. <u>Proc. Natl. Acad. Sci.</u> 102: 14605- 14610 (2005)

508.    Lu, X., R. Levine, W. Tong, G. Wernig, Y. Pikman, S. Zarnegar, D. G. Gilliland, and H. F. Lodish. Expression of a Type I Cytokine Receptor is Required for JAK2V617F-mediated Transformation of Hematopoietic Cells. <u>Proc. Natl. Acad. Sci. USA</u> 102: 14605 – 14610 (2005)

**2006**

509.    Rao, P., R. Kumar, M. Farkhondeh, S. Baskerville, and H. F. Lodish. Myogenic factors that regulate expression of muscle specific microRNAs. <u>Proc. Natl. Acad. Sci. USA</u> 103: 8721- 8726 (2006).

510    Zhao, W., C. Kitidis, M. D. Fleming, H. F. Lodish, and S. Ghaffari  Activated AKT Induces Erythroid Cell Maturation Through GATA-1-Dependent and Independent Mechanisms <u>Blood</u> 107: 907 – 915 (2006)

511.    Ghaffari, S., C. Kitidis, W. Zhao, D. Marinkovic, M. D. Fleming, B. Luo, J. Marszalek, and H. F. Lodish. AKT induces erythroid cell maturation of JAK2-deficient fetal liver progenitor cells and is required for Epo regulation of erythroid cell differentiation. <u>Blood</u> 107: 1888 – 1891 (2006)

512.    Gross, A., and H. F. Lodish. Cellular Trafficking and Degradation of Erythropoietin and NESP. <u>J. Biol. Chem.</u> 281: 2024 – 2032 (2006)

513.    Zhang, C-C, A. D. Steele, S. L. Lindquist, and H. F. Lodish. Prion protein is expressed on long-term repopulating hematopoietic stem cells and is necessary for their self-renewal. <u>Proc. Natl. Acad. Sci. USA</u> 103: 2184 - 2189 (2006).

514.    Zhang, C-C,. M. Kaba, G. Ge, K. Xie, W. Tong, C. Hug, and H. F. Lodish. Angiopoietin-like proteins stimulate *ex vivo* expansion of hematopoietic stem cells. <u>Nature Medicine</u> 12, 240-245 (2006)

515.    Um, M. and H. F. Lodish. Antiapoptotic effects of Erythropoietin in differentiated neuroblastoma SH-SY5Y cells require activation of both STAT5 and AKT pathways. <u>J. Biol. Chem.</u> 281: 5648 – 5656 (2006)

516.    Lu, X., A. Gross,  and H. F. Lodish Active Conformation of the Erythropoietin Receptor: Random and Cysteine-Scanning Mutagenesis of the Extracellular, Juxtamembrane, and Transmembrane Domains <u>J. Biol. Chem.</u> 281: 7002 – 7011 (2006)

517. Hubbard, B., S. H. Doege, S. Punreddy, H. Wu, X. Huang, V. Kaushik, R. L. Mozell, J. Byrnes, A. Stricker-Krongrad, J. Chou, L. A. Tartaglia, H. F. Lodish, A. Stahl, and R. E. Gimeno. Mice deleted for Fatty Acid Transport Protein 5 have defective bile acid conjugation and are protected from obesity. Gastroenterology 130: 1259 - 1269 (2006)

518. Tong, W., R. Sulahian, A. W. Gross, N. Hendon, H. F. Lodish, and L. J-s Huang. The membrane proximal region of the thrombopoietin receptor (TpoR) confers its high surface expression by JAK2- dependent and independent mechanisms. J. Biol. Chem. 281:38930 - 38940 (2006)

519  Wong, K., and H. F. Lodish A revised model for AMPK structure: The α-subunit binds to both the β and γ-subunits but there is no direct binding between β- and γ-subunits. J. Biol. Chem. 281: 36434 - 36442 (2006).

**2007**

520.  Scott, L., W. Tong, R. L. Levine, M. A. Scott, P. A Beer, M. R. Stratton, P. A. Futreal, W. Eber, M. F. McMullin, C. N. Harrison, W. M. Erber, A. J. Warren, D. G. Gilliland, H. F. Lodish, A. R. Green. JAK2 exon 12 mutations in polycythemia vera and idiopathic erythrocytosis. N. England J. Med. 356: 459 – 68 (2007).

521,  Um, M. A. Gross,  and H. F. Lodish. A homodimeric erythropoietin receptor is essential for the antiapoptotic effects of erythropoietin on differentiated neuroblastoma SH-SY5Y cells. Cell Signaling 19: 634 -645 (2007)

522.  Tong, W., and H. F. Lodish,. The membrane proximal portion of the thrombopoietin receptor (Mpl) elicits pivotal signals for hematopoietic stem cell renewal. J. Biol. Chem submitted (2007).

523.  Eshghi, S., M. G. Vogelezang, R. O. Hynes, L. G. Griffith, and H. F. Lodish. $\alpha_\square\beta_i$ integrin and erythropoietin mediate temporally distinct steps in terminal erythroid differentiation and proliferation J. Cell Biology submitted (2007).

524.  Zhou, B., S. Wang, C, Mayr, D.P. Bartel, and H. F. Lodish miR-150, a microRNA expressed in mature B and T cells, blocks early B cell development when expressed prematurely. Proc. Natl. Acad. Sci. USA in the press

525.  Shuga, J., J. Zhang, L. D. Samson, H. F. Lodish, and L. Griffith. In vitro erythropoiesis from bone marrow-derived progenitors provides a physiological assay for toxic and mutagenic compounds Proc. Natl. Acad. Sci. USA submitted (2006).

526.  Zhang, J., Y. Liu, C. Beard, D. A. Tuveson, R. Jaenisch, T. E. Jacks and H. F. Lodish.  Expression of oncogenic K-ras from its endogenous promoter leads to a partial block of erythroid differentiation and hyperactivation of cytokine-dependent signaling pathways. Blood in the press (2007).

527.  Liao, M.-J., C. Zhang, B. Zhou, M. Kaba, A. Gifford, F. Reinhardt, S. A. Mani, H. F. Lodish, and R. A. Weinberg Enrichment of a population of mammary gland cells that forms mammospheres and has in vivo repopulating activity. Cancer Research submitted (2007).

528.  Zhang, C-C,. M. Kaba, and H. F. Lodish. Angiopoietin-like protein 5 and IGFBP-2  stimulate ex vivo expansion of human hematopoietic stem cells. Nature Medicine submitted (2006).

529.    Wong, G.W.,  S. A. Krawczyk, C. Kitidis-Mitrokostas, T. Revett,  R. Gimeno, and H. F. Lodish,  Adipose-selective expression of C1q/TNF family members: Complex expression patterns, regulation by PPAR-γ agonist, Cys-mediated oligomerizations, and combinatorial associations. J. Biol. Chem submitted (2007).

530.    Wong, G.W.,  S. A. Krawczyk, C. Kitidis-Mitrokostas, G. Ge, E. Spooner, C. Hug, R. Gimeno, and H. F. Lodish.  CTRP9: A Novel adipose tissue-derived C1q/TNF family Protein that hetero-oligomerizes with Adiponectin J. Biol. Chem submitted (2007).