UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN LAROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>　　Defendants. )<br>) | **C.A. NO.: 05-12237-WGY** |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '422 CLAIM 1, '933 CLAIM 3 AND '698 CLAIM 6**

Dockets.Justia.com

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

> **Confidential Version of the Memorandum In Support Of Amgen Inc.'s Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3 And '698 Claim 6;**
>
> **Confidential Version of the Statement Of Undisputed Material Facts In Support Of Amgen Inc.'s Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3 And '698 Claim 6;**
>
> **Confidential Version of the Declaration of Harvey F. Lodish, Ph.D. in Support of Amgen Inc.'s Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3 And '698 Claim 6; and**
>
> **Confidential Exhibits 1-25, 27-29, 32, 34-39, 41-59, 61-63 and 65-69 to the Declaration of Katie J.L. Scott in Support of Amgen Inc.'s Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3 And '698 Claim 6[1].**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such documents confidential.

---

[1] Please note that exhibits 26, 30, 31, 33, 40, 60, 64 and 70 to Ms. Scott's Declaration are public filings. Nonetheless, Amgen is filing them conventionally with the Court due to the large volume of documents and also to keep the exhibits in numerical order. We have also enclosed a CD Rom containing pdf scans of the public exhibits for the Court.

DM1\1145037.1

Dated: June 14, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Patricia R. Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2

DM1\1145037.1

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 14, 2007.

                                                */s/ Patricia R. Rich*
                                                Patricia R. Rich