UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    **C.A. NO.: 05-12237-WGY** |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents identified as

**Exhibits 26, 30, 31, 33, 40, 60, 64 and 70 to the Declaration of Katie J.L. Scott in Support of Amgen Inc.'s Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3 And '698 Claim 6**

will be manually filed with the Court on June 15, 2007, due to their large size, together with a CD Rom containing scanned pdf versions of these exhibits.

The original of these exhibits will be maintained in the case file in the Clerk's Office.

DM1\1145145.1

Dated:  June 14, 2007

Respectfully Submitted,
AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Patricia R. Rich
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 14, 2007.

                                                  */s/ Patricia R. Rich*
                                                  Patricia R. Rich