UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-12237-WGY |
| F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### AMGEN'S MOTION FOR SUMMARY JUDGMENT ON
### ROCHE'S ANTITRUST AND STATE LAW COUNTERCLAIMS

Plaintiff Amgen, Inc. ("Amgen") hereby moves this Court for an order granting summary judgment in its favor on the antitrust and state law counterclaims (Counts I, III, IV, V, VI, VII, VIII, IX, and X) of Defendants F. Hoffman-La Roche Ltd., Roche Diagnostics GmbH, and Hoffman-La Roche Inc. (collectively "Roche") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules.

The grounds for this motion are set forth in the accompanying (1) Memorandum of Law in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims ("Memorandum of Law"); (2) Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims; and (3) Declaration of James M. Fraser in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims. In the accompanying Memorandum of Law, Amgen addresses (a) Roche's failure to create a triable

2

issue regarding whether Amgen has engaged in anticompetitive or exclusionary conduct and (b) Roche's inability to meet its burden of demonstrating harm to competition, not merely Roche itself. Amgen reserves the right to contest other elements of Roche's claims.

## REQUEST FOR ORAL ARGUMENT

Amgen respectfully requests oral argument on the present summary judgment motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues that are the subject of this motion and that no agreement could be reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

Dated: June 15, 2007               Respectfully Submitted,

                                   AMGEN INC.,
                                   By its attorneys,


Of Counsel:                        */s/ Michael R. Gottfried*
                                   D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                     Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                 Patricia R. Rich (BBO# 640578)
Monique L. Cordray                 DUANE MORRIS LLP
Darrell G. Dotson                  470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                Boston, MA 02210
Erica S. Olson                     Telephone: (857) 488-4204
AMGEN INC.                         Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789       Michael Kendall (BBO#544866)
(805) 447-5000                     McDERMOTT WILL & EMERY
                                   28 State Street
                                   Boston, MA 02109
                                   Telephone: (617) 535-4000
                                   Facsimile: (617) 535-3800

                                   Jon B. Dubrow (pro hac vice)
                                   McDERMOTT WILL & EMERY
                                   600 13th Street, N.W.
                                   Washington, DC 20005
                                   Telephone: (202) 756-8000
                                   Facsimile: (202) 756-8087

                                   Lloyd R. Day, Jr. (pro hac vice)
                                   DAY CASEBEER, MADRID &
                                   BATCHELDER LLP
                                   20300 Stevens Creek Boulevard, Suite 400
                                   Cupertino, CA 95014
                                   Telephone: (408) 873-0110
                                   Facsimile: (408) 873-0220

                                   Kevin M. Flowers (pro hac vice)
                                   MARSHALL, GERSTEIN & BORUN LLP
                                   233 South Wacker Drive
                                   6300 Sears Tower
                                   Chicago, IL 60606
                                   Telephone: (312) 474-6300
                                   Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Michael R. Gottfried*
                                             Michael R. Gottfried