UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED
IN SUPPORT OF AMGEN'S MOTION FOR SUMMARY JUDGMENT
<u>ON ROCHE'S ANTITRUST AND STATE LAW COUNTERCLAIMS</u>**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Version of the Memorandum of Law in Support Of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims.**

**Confidential Version of the Statement Of Undisputed Material Facts In Support Of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims.**

**Confidential Exhibits Nos. 2, 4-18, 20-22, 24-37, and 39-42 to the Declaration of James M. Fraser in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims.**

These documents contain information designated as confidential. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if it seeks to have the Court deem such documents confidential.

Dated: June 15, 2007                                     Respectfully Submitted,

                                                         AMGEN INC.,
                                                         By its attorneys,

Of Counsel:                                              /s/ Michael R. Gottfried
                                                         D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                           Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                       Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                       DUANE MORRIS LLP
Darrell G. Dotson                                        470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                      Boston, MA 02210
Erica S. Olson                                           Telephone: (617) 289-9200
AMGEN INC.                                               Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                             Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                           DAY CASEBEER, MADRID & BATCHELDER LLP
                                                         20300 Stevens Creek Boulevard, Suite 400
                                                         Cupertino, CA 95014
                                                         Telephone: (408) 873-0110
                                                         Facsimile: (408) 873-0220

                                                         William Gaede III *(pro hac vice)*
                                                         McDERMOTT WILL & EMERY
                                                         3150 Porter Drive
                                                         Palo Alto, CA 94304
                                                         Telephone: (650) 813-5000
                                                         Facsimile: (650) 813-5100

                                                         Kevin M. Flowers*(pro hac vice)*
                                                         MARSHALL, GERSTEIN & BORUN LLP
                                                         233 South Wacker Drive
                                                         6300 Sears Tower
                                                         Chicago, IL 60606
                                                         Telephone: (312) 474-6300
                                                         Facsimile: (312) 474-0448

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 15, 2007.

                                        /s/ Michael R. Gottfried
                                        Michael R. Gottfried