# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F. HOFFMAN-LA ROCHE LTD., a Swiss | ) C.A. No. 05-12237-WGY |
| Company, ROCHE DIAGNOSTICS GmbH, a | ) |
| German Company, and HOFFMAN-LA ROCHE | ) |
| INC., a New Jersey Corporation | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AMGEN'S MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS CONTAINING AMGEN'S TRADE SECRETS AND SUBMITTED IN CONNECTION WITH AMGEN'S MOTION FOR SUMMARY JUDGMENT ON ROCHE'S ANTITRUST AND STATE LAW COUNTERCLAIMS

Pursuant to Local Rule 7.2 and the protective order, Plaintiff Amgen, Inc. ("Amgen") respectfully moves to file under seal documents which contain Amgen's confidential and trade secret information. The documents in question correspond to Exhibits 4, 5, 11, and 13 of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims and have been submitted to the Court for *in camera* review.

As explained more fully in the accompanying Memorandum, Amgen requests that the following exhibits be filed under seal, or that the information specifically noted below be redacted before those documents are filed in the public record:

- Ex. 4: the two number figures in line four of paragraph 8;

- Ex. 5: the percentage number provided in the first line of footnote 322;

- Ex. 11: the percentage number provided in the title of the top half of the table;

- Ex. 13:  the second to last sentence of paragraph 78 and that the percentage numbers provided in footnote 174.

This information constitutes confidential trade secret information and should not be disclosed in the public record.  As grounds for this motion, Amgen relies on the accompanying Memorandum and Declaration of Fred Manak, Amgen's Executive Director of Trade, Pricing, and Contract Management.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues that are the subject of this motion and that no agreement could be reached.


*/s/ Michael R. Gottfried*
Michael R. Gottfried

Dated:  June 15, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

*/s/ Michael R. Gottfried*
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4204
Facsimile: (857) 488-4201

Michael Kendall (BBO#544866)
McDERMOTT WILL & EMERY
28 State Street
Boston, MA 02109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

Jon B. Dubrow (*pro hac vice*)
McDERMOTT WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Lloyd R. Day, Jr. (*pro hac vice*)
DAY CASEBEER, MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.


*/s/ Michael R. Gottfried*
Michael R. Gottfried


BST99 1544552-1.041925.0056