AMGEN


   V.

F. HOFFMAN - LaROCHE LTD, ET AL


RECEIPT


      The court has received, on June 15, 2007, from plaintiff Amgen, Inc., documents for in camera review.


                                    Elizabeth Smith
                                    Deputy Clerk