AMGEN                                                          CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has returned, on June 19, 2007, to _Christopher Jensen_ a representative of the defendant Roche., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                                          Doc. 530

Elizabeth Smith
Deputy Clerk

Received by: _____