# EXHIBIT 2

# Part 2 of 4

**U.S. Patent**          Aug. 15, 1995          Sheet 5 of 27          **5,441,868**

FIG. 5A

```
Sau3A
GATCCCGGCGCCCCCTGGACAGCCGCCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGAGGACTCCCCGGTGTGGTCACCGCGCCTAGGTCGCTGAG
                                                 -20
                                Met Gly Val His Glu Cys Pro Ala Trp
                          -27
GGACCCCGGCCAGGCGGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
                                              -10
CTG TGG CTT CTC CTG TCT CTG GTG TCG CTC CCT CTG GGC CTC CCA
     -1  +1
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
                                              10
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
                         20                    *
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
         30                    *              40
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

FIG.5B

```
                                        50                                                      
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG

                    60                                          70
Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTC TCA GAA

                                        80   *
Ala Val Leu Arg Gly Gln Ala Val Leu Ala Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC GTG TTG GCC AAC TCT TCC CAG CCT

        90                                      100
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT

                                110
Arg Ser Ile Thr Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC ACT CTG CTT CGG GCT CTG GGA GCC CAG GAA GCC

        120                                     130
Ile Ser Leu Pro Asp Ala Ala Ser Ala Ala Pro Leu Arg Thr Ile
ATC TCC CTC CCA GAT GCG GCC TCG GCT CCA CTC CGA ACC ATC

                                140
Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
```

FIG. 5C

```
                    150                              160
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA
        165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCACCAACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCCGAACCCCATGAGGGGCTCTCAGCTAAG

CGCCAGCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGCCAGAGGAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGATGACTGGAGAACTTAGGTGGCAAGCTGTGACTT

TTTTTGCACCTACCATCAGGGACAGGATGACTGGAGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGCAAGAGCCCCCTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGGAAGCAGGGCGGTAGGGGTGGAGCTGGAGTGCGAGTGAGAACCGTGAAGAC

AGGATGGGGCTGGCCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                         HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGAGACCCAGTCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCTTTCCCAGATAGCACGCTCCGGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCCTCCCGCGACCCAGGGCCCGGGAGCAGCCCCCATGACCACACGC
ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCCTACCCCTGGCGACCCCTCACGCGAGCCTCTCCCCACAGCCCGCACGCACACATG
CAGATAACAGCCCCGACCCCCGGCAGAGCCGXAGAGTCCCTGGGCCACCGCCCCXGCTCTGCCTGCCGCTG
CGCCGCACCGCGCTGTCCTCCCGGAGCCGGACCGGGCCACCGGGCCCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCCTCTCCTCTAGGCCCGTGGGGCTGGCCCTGCACCGCCGAGCTTCCCGGGATGAGGXX
                                                        -27    -24
                                                        Met Gly Val His
CCCGGTGACCGGGCGCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG    ATG GGG GTG CAC G
GTGAGTACTCGCGGGCTGGGCGCTCCCGGCGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGGGCGACTTGTCAAGGACCCCCGGAAGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGACTTGGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTGCAGTGTGTCGTTGTCAGTGTCTCG[I.s.]
TTGCACACGCACAGATCAATAAGCCAGAGGCAGCAGCCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCCTTCTCCCCCCGCCTGACTCT
                              -23
                              Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCCTGGCTATCTGTTCTAG        AA  TGT CCT GCC TGG CTG TGG CTT CTC TCC CTG
    -10
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                 10                            -1  +1
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
                                                  20                *
 26
 Thr
ACG  GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG

                                             27             30
                                             Thr Gly Cys Ala Glu
CCAGAGCCTTCAGGGACCCCTTGACTCCCCCGGGGCTGTGTGCATTTCAG  ACG GGC TGT GCT GAA
                        *            40
                        His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
                        CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAG ACC AAA GTT AAT TTC TAT
50                55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG  GTGAGTTCCTTTTTTTTTTTTTTCCTTTTCTTTTGGAGAATCTCATT

TGCGAGCCTGATTTGGATGAAAGGGAGAATGATCGGGGGAAAGTAAAATGGAGCAGCAGATGAGGCT

GCCTGGGCGCAGAGGCTCACGTGTCTATAATCCCAGGCTGAGATGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG. 6D

```
AAAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACT
CACTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG
GGCTGCTGAGGGGCAGGAGGGAGAGAGGGTGACATGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG
          56                                        60                                        70
          Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
          GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
                                                          80              *                          90
          Val Leu Arg Gly Gln Ala Leu Val Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
          GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
                                          100
          Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
          CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC ACC ACT CTG CTT
          110                             115
          Arg Ala Leu Gly Ala Gln
          CGG GCT CTG GGA GCC CAG GTGAGTAGGAGGAGCGGAGACACTTCTGCTTCCCTTTCTGTAAGAAGGGGA
GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGGCACTGCAGCGACCTCCT
          116                                 120
          Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
          AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT
GTTTTCTCCTTGGCAG
```

U.S. Patent        Aug. 15, 1995        Sheet 12 of 27        5,441,868

FIG. 6E

```
         130                               140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

                 150                                      160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

     166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCGCCACTCCTGAACCCCGTCGAGGGCTCTCAGCGCCAGCCTGTCCCAGCCTGACACTCC

AGTGCCAGCAATGACATCTCAGGGCCAGAGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAAGGGCCCAGAGAGCAGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGATTAC

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGCAAGAGCCCCCTTGACACCGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCTCTGGCCTCTCATGGGGTCCAAGTTTTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

U.S. Patent        Aug. 15, 1995        Sheet 13 of 27        5,441,868

## FIG. 7

```
                                    -1  1
     XbaI                           MetAla
     CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
          TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


     ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
     TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


     TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
     ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


     TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
     AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


     GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
     CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


     GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
     CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


     AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
     TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


     ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
     TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


     GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
     CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


     GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
     CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                                    SalI
     TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
     ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

**U.S. Patent**          Aug. 15, 1995          Sheet 14 of 27          **5,441,868**

### FIG. 8

```
                   -1 +1
HindIII          ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
     ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA


GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA


GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC


GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT


AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC


CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG


GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA


GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG


CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG


TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC


AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC


              SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

FIG. 9

```
            -20        -10        +1         10         20         30         40
Human    MGVHECPAWLWLLLSLLSLLPLGLPVLGAPPRRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         *** ********** ********* ************************** * ** *************
Monkey   MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

          50         60         70         80         90        100        110
Human    VNFYANKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         *** ********************************** * *** ****** *** ************* *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

         120        130        140        150        160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** *********************** *** **************  ***
Monkey   AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

**U.S. Patent**   Aug. 15, 1995   Sheet 16 of 27   **5,441,868**

**FIG. 10**

1.  AATTCTAGAAACCATGAGGGTAATAAAATA
2.  CCATTATTTTATTACCCTCATGGTTTCTAG
3.  ATGGCTCCGCCGCGTCTGATCTGCGAC
4.  CTCGAGTCGCAGATCAGACGCGGCGGAG
5.  TCGAGAGTTCTGGAACGTTACCTGCTG
6.  CTTCCAGCAGGTAACGTTCCAGAACT
7.  GAAGCTAAAGAAGCTGAAAACATC
8.  GTGGTGATGTTTTCAGCTTCTTTAG
9.  ACCACTGGTTGTGCTGAACACTGTTC
10. CAAAGAACAGTGTTCAGCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

U.S. Patent     Aug. 15, 1995     Sheet 17 of 27     5,441,868

## FIG. 11

```
         XbaI
EcoRI              1                          3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                2                          4


                 5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                          6


      7              9                        11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
      8                        10


            0
    KpnI    BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

FIG. 12

1.  AATTCGGTACCAGACACCAAGGT
2.  GTTAACCTTGGTGTCTGGTACCG
3.  TAACTTCTACGCTTGGAAACGTAT
4.  TTCCATACGTTTCCAAGCGTAGAA
5.  GGAAGTTGGTCAACAAGCAGTTGAAGT
6.  CCAAACTTCAACTGCTTGTTGACCAAC
7.  TTGGCAGGGTCTGGCACTGCTGAGCG
8.  GCCTCGCTCAGCAGTGCCAGACCCTG
9.  AGGCTGTACTGCGTGGCCAGGCA
10. GCAGTGCCTGGCCACGCAGTACA
11. CTGCTGGTAAACTCCTCTCAGCCGT
12. TTCCCACGGCTGAGAGGAGTTTACCA
13. GGGAACCGCTGCAGCTGCATGTTGAC
14. GCTTTGTCAACATGCAGCTGCAGCGG
15. AAAGCAGTATCTGGCCTGAGATCTG
16. GATCCAGATCTCAGGCCAGATACT

U.S. Patent        Aug. 15, 1995        Sheet 19 of 27        5,441,868

FIG. 13

```
EcoRI Kpnl    1                    3
A ATTCGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
        GCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT
                   2                    4

5                    7
GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCACTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT
        6                    8

9                   11
GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC
       10                   12

13                   15     BglIII  BamHI
AACCGGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTG
TTGGCCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
       14                   16
```

U.S. Patent          Aug. 15, 1995          Sheet 20 of 27          **5,441,868**

**FIG. 14**

1.  GATCCAGATCTCTGACTACTCTGC
2.  ACGCAGCAGAGTAGTCAGAGATCTG
3.  TGCGTGCTCTGGGTGCACAGAAAGAGG
4.  GATAGCCTCTTTCTGTGCACCCAGAGC
5.  CTATCTCTCCGCCGGATGCTGCATCT
6.  CAGCAGATGCAGCATCCGGCGGAGA
7.  GCTGCACCGCTGCGTACCATCACTG
8.  ATCAGCAGTGATGGTACGCAGCGGTG
9.  CTGATACCTTCCGCAAACTGTTTCG
10. ATACACGAAACAGTTTGCGGAAGGT
11. TGTATACTCTAACTTCCTGCGTGGTA
12. CAGTTTACCACGCAGGAAGTTAGAGT
13. AACTGAAACTGTATACTGGCGAAGC
14. GGCATGCTTCGCCAGTATACAGTTT
15. ATGCCGTACTGGTGACCGCTAATAG
16. TCGACTATTAGCGGTCACCAGTAC

**U.S. Patent**   Aug. 15, 1995   Sheet 21 of 27   **5,441,868**

FIG. 15

```
BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC


        1                      3                          5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
        2                      4


                               7                          9
GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
        6                      8


                              11                         13
GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
       10                     12


                              15                       SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
       14                     16
```