# EXHIBIT 4

# part 2 of 3

Dockets.Justia.com

FIG. 5C

```
                        150                              160
Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

          165
Gly Asp Arg 0P
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGCACATCCACCACCTCCCTCCACCAACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCCGAACCCCATCGAGGGGCTCTTCAGCTAAG

CGCCAGCCTGTCCCATGACACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGACACGCTTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGAGGATGACTGGAGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGCAAGAGCCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGGACAGGTTTGGAGGTTGGAGGGTACTTGACAG

GTGGTGGGGAAGCAGGGCGGTAGGGGTGGAGCTGGAGCTGGAGGAACCGTGAAGAC

AGGATGGGGCTGGCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                    HindIII
```

## FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA

AGACCGGGATGCCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCTTTCCCAGATAGCACGCTCCGCCAGTCCC

AAGGGTGCGCAACCGGCTGCACTCCCCCGCGACCCCGGGAGCCCAGCGCCCCATGACCCACACGC

ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG

GTGGCCCCTACCCCTGGCGACCCCTCACGCACACAGCCTCTCCCCCACCCCGGCCACGCACACATG

CAGATAACAGCCCCGACCCCGGCCAGAGCCGXAGAGTCCCTGGGCCACCCGGCCGCTCGCCTGCCGCGTG

CGCCGCACCGGCGCTGTCCTCCCGGAGCCGACCGGGCCACCGGCCCXGCCCGCGCCCC

CTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGGGCGTGGCCCTGCCCGAGCTTCCCGGGATGAGGXX

                                                  -27              -24
                                                  Met Gly Val His
CCCGGTGACCGGCGCGCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG   ATG GGG GTG CAC G

GTGAGTACTCGCGGGCTGGGCGTCCCGGCGGCCGGGGTTCCTGTTTGAGCGGGGATTTGAGCGCCCCGGCT
```

FIG.6B

```
ATTGGGCCAAGAGAGTGGCTGGGTTCAAGGACCGGCCACTTGTCAAGGACCCCGGAAGGGGGAGGGGGGTGGG

GCAGCCTCCACGTGCCGCGGGACTTGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA

CAGTTTGGGGTTTGGGGAGGAGGTTTGGGGTTCTGCTGTGTCAGTTGTCTTGTCGTTGTCAGTGTCTCG[I·S·]

TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGGGACCATGGTTGGGACAGGAAGGACGAG

CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCGCCTGACTCT

                     -23      -20
                     Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA  TGT CCT GCC TGG CTG TGG CTT CTC TCC CTG

                       -1  +1
       -10             Leu Gly Ala Pro Arg Leu Ile Cys
Leu Ser Leu Pro Leu Gly Leu Val Leu Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC GTC CCA CGG GCC CCA CGC CTC ATC TGT

       10                                    20            *
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

26
Thr
ACG  GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT

CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

## FIG.6C

TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGCCAGGG

```
               27          30
               Thr Gly Cys Ala Glu
               ACG GGC TGT GCT GAA
```

CCAGAGCCTTCAGGACCCTTGACTCCCGGCTGTGTGCATTTCAG

```
    *                   40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT
```

```
50          55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG
```

GTGAGTTCCTTTTTTTTTTTTTTTTCCTTTCTTTGGAGAATCTCATT

TGCGAGCCTGATTTGGATGAAAGGAGGAATGATCGGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCGGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTGCACTCCAGCCTGACAGAGTGAGGCCCCTGTCTCA

**FIG. 6D**

```
AAAAAGAAAAGAAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGGCAGGAGGGGAGAGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG

       56                                        70
      Val Gly Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
      GTC GGG CAG CAG GCC GTA GAA GTC TGG GGC CTG GCC CTG CTG TCG GAA GCT

                           80                                    90
      Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
      GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
                                          *
                      100
      Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
      CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

      110              115
      Arg Ala Leu Gly Ala Gln
      CGG GCT CTG GGA GCC CAG  GTGAGTAGGAGCCGGACACTTCGTCGCCCTTTCTGTAAGAAGGGGA

GAAGGGGTCTTGCTAAGGAGTACAGGAGACTGTCCGTATTCCTTCCCTTTCTGTGGCACTGCAGCGACCTCCT

       116              120
      Lys Glu Ala Ile Ser Pro Pro Asp Ala Ser Ala Ala
      AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTTCTCCTTGGCAG
```

**U.S. Patent**    Apr. 8, 1997    Sheet 12 of 27    **5,618,698**

FIG. 6E

```
     130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                        140

                 150
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
                                             160

166 Arg OP
Asp Arg
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCCGCCACTCCTGAACCCGTCGAGGGGCTCCAGCTCCCAGCCGCCAGCCTGTCCCATGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCAGAGGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGACACGCCTTTGGAGGCGATTTAC

CTGTTTTCGCACCTACCATCAGGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCTCTCGCTCTCATGGGTCCAAGTTTTGTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

**U.S. Patent**      Apr. 8, 1997      Sheet 13 of 27      **5,618,698**

## FIG. 7

```
                                  -1  1
                                 MetAla
      XbaI
      CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
           TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                                  SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

**U.S. Patent**          Apr. 8, 1997          Sheet 14 of 27          **5,618,698**

## FIG. 8

```
                 -1 +1
HindIII          ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
    ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA


GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA


GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC


GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT


AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC


CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG


GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA


GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG


CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG


TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC


AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC


           SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

**FIG. 9**

```
              -20        -10         +1         10         20         30         40
Human    MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ************ ******* ******************************* * ** * *****************
Monkey   MGVHECPAWIWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

               50         60         70         80         90        100        110
Human    VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         **************************************** * ***** * *** ****** **********
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

              120        130        140        150        160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** ************* ********************** ***
Monkey   AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

# FIG. 10

1.          AATTCTAGAAACCATGAGGGTAATAAAATA

2.          CCATTATTTATTACCCTCATGGTTTCTAG

3.          ATGGCTCCGCCGCGTCTGATCTGCGAC

4.          CTCGAGTCGCAGATCAGACGCGGCGGAG

5.          TCGAGAGTTCTGGAACGTTACCTGCTG

6.          CTTCCAGCAGGTAACGTTCCAGAACT

7.          GAAGCTAAAGAAGCTGAAAACATC

8.          GTGGTGATGTTTTCAGCTTCTTTAG

9.          ACCACTGGTTGTGCTGAACACTGTTC

10.         CAAAGAACAGTGTTCAGCACAACCA

11.         TTTGAACGAAAACATTACGGTACCG

12.         GATCCGGTACCGTAATGTTTTCGTT

## FIG. 11

```
           XbaI
EcoRI                          1                        3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
     GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                           2                        4


                       5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                       6


        7              9                        11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
        8              10


                   0
        KpnI       BamHI
TTACGGTACC G
AATGCCATGG CCTAG
        12
```

# FIG. 12

1.      AATTCGGTACCAGACACCAAGGT

2.      GTTAACCTTGGTGTCTGGTACCG

3.      TAACTTCTACGCTTGGAAACGTAT

4.      TTCCATACGTTTCCAAGCGTAGAA

5.      GGAAGTTGGTCAACAAGCAGTTGAAGT

6.      CCAAACTTCAACTGCTTGTTGACCAAC

7.      TTGGCAGGGTCTGGCACTGCTGAGCG

8.      GCCTCGCTCAGCAGTGCCAGACCCTG

9.      AGGCTGTACTGCGTGGCCAGGCA

10.     GCAGTGCCTGGCCACGCAGTACA

11.     CTGCTGGTAAACTCCTCTCAGCCGT

12.     TTCCCACGGCTGAGAGGAGTTTACCA

13.     GGGAACCGCTGCAGCTGCATGTTGAC

14.     GCTTTGTCAACATGCAGCTGCAGCGG

15.     AAAGCAGTATCTGGCCTGAGATCTG

16.     GATCCAGATCTCAGGCCAGATACT

## FIG. 13

```
EcoRI KpnI      1                             3
A ATTCGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
        GCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT
                    2                             4


            5                             7
GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGACCGA
CAACCACTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTGGCT
                    6                             8


            9                            11
GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC
                    10                            12


            13                           15      BglIII  BamHI
AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
                    14                            16
```

# FIG. 14

1.     GATCCAGATCTCTGACTACTCTGC

2.     ACGCAGCAGAGTAGTCAGAGATCTG

3.     TGCGTGCTCTGGGTGCACAGAAAGAGG

4.     GATAGCCTCTTTCTGTGCACCCAGAGC

5.     CTATCTCTCCGCCGGATGCTGCATCT

6.     CAGCAGATGCAGCATCCGGCGGAGA

7.     GCTGCACCGCTGCGTACCATCACTG

8.     ATCAGCAGTGATGGTACGCAGCGGTG

9.     CTGATACCTTCCGCAAACTGTTTCG

10.    ATACACGAAACAGTTTGCGGAAGGT

11.    TGTATACTCTAACTTCCTGCGTGGTA

12.    CAGTTTACCACGCAGGAAGTTAGAGT

13.    AACTGAAACTGTATACTGGCGAAGC

14.    GGCATGCTTCGCCAGTATACAGTTT

15.    ATGCCGTACTGGTGACCGCTAATAG

16.    TCGACTATTAGCGGTCACCAGTAC

## FIG. 15

```
BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC


     1                  3                          5
ACTACTCTGC  TGCGTGCTCT  GGGTGCACAG  AAAGAGGCTA TCTCTCCGCC
TGATGAGACG  ACGCACGAGA  CCCACGTGTC  TTTCTCCGAT AGAGAGGCGG
     2                  4



                        7                          9
GGATGCTGCA  TCTGCTGCAC  CGCTGCGTAC  CATCACTGCT GATACCTTCC
CCTACGACGT  AGACGACGTG  GCGACGCATG  GTAGTGACGA CTATGGAAGG
     6                  8



                        11                         13
GCAAACTGTT  TCGTGTATAC  TCTAACTTCC  TGCGTGGTAA ACTGAAACTG
CGTTTGACAA  AGCACATATG  AGATTGAAGG  ACGCACCATT TGACTTTGAC
     10                 12



                        15                    SalI
TATACTGGCG  AAGCATGCCG  TACTGGTGAC  CGCTAATAG
ATATGACCGC  TTCGTACGGC  ATGACCACTG  GCGATTATC  AGCT
     14                 16
```

# FIG. 16

1.      AATTCAAGCTTGGATAAAAGAGCT

2.      GTGGAGCTCTTTTATCCAAGCTTG

3.      CCACCAAGATTGATCTGTGACTC

4.      TCTCGAGTCACAGATCAATCTTG

5.      GAGAGTTTTGGAAAGATACTTGTTG

6.      CTTCCAACAAGTATCTTTCCAAAAC

7.      GAAGCTAAAGAAGCTGAAAACATC

8.      GTGGTGATGTTTTCAGCTTCTTTAG

9.      ACCACTGGTTGTGCTGAACACTGTTC

10.     CAAAGAACAGTGTTCAGCACAACCA

11.     TTTGAACGAAAACATTACGGTACCG

12.     GATCCGGTACCGTAATGTTTTCGTT

**FIG. 17**

```
EcoRI  HindIII 1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
               2


            3
AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                         4



     5                        7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
     6                        8



     9              11         KpnI     BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                              12
```

# FIG. 18

1.      AATTCGGTACCAGACACCAAGGT

2.      GTTAACCTTGGTGTCTGGTACCG

3.      TAACTTCTACGCTTGGAAACGTAT

4.      TTCCATACGTTTCCAAGCGTAGAA

5.      GGAAGTTGGTCAACAAGCAGTTGAAGT

6.      CCAAACTTCAACTGCTTGTTGACCAAC

7.      TTGGCAAGGTTTGGCCTTGTTATCTG

8.      GCTTCAGATAACAAGGCCAAACCTTG

9.      AAGCTGTTTTGAGAGGTGAAGCCT

10.     AACAAGGCTTGACCTCTCAAAACA

11.     TGTTGGTTAACTCTTCTCAACCATGGG

12.     TGGTTCCCATGGTTGAGAAGAGTTAACC

13.     AACCATTGCAATTGCACGTCGAT

14.     CTTTATCGACGTGCAATTGCAA

15.     AAAGCCGTCTCTGGTTTGAGATCTG

16.     GATCCAGATCTCAAACCAGAGACGG

**FIG. 19**

```
              KpnI

EcoRI       1
A ATTCGGTACC AGACACCAAG
     GCCATGG TCTGTGGTTC
                   2




           3                            5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
                4                                6




           7                            9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
                8                               10




            11                           13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
                12                              14




            15           BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
                16
```

## FIG. 20

| | |
|---|---|
| 1. | GATCCAGATCTTTGACTACTTTGTT |
| 2. | TCTCAACAAAGTAGTCAAAGATCTG |
| 3. | GAGAGCTTTGGGTGCTCAAAAGGAAG |
| 4. | ATGGCTTCCTTTTGAGCACCCAAAGC |
| 5. | CCATTTCCCCACCAGACGCTGCTT |
| 6. | GCAGAAGCAGCGTCTGGTGGGGAA |
| 7. | CTGCCGCTCCATTGAGAACCATC |
| 8. | CAGTGATGGTTCTCAATGGAGCG |
| 9. | ACTGCTGATACCTTCAGAAAGTT |
| 10. | GAATAACTTTCTGAAGGTATCAG |
| 11. | ATTCAGAGTTTACTCCAACTTCT |
| 12. | CTCAAGAAGTTGGAGTAAACTCT |
| 13. | TGAGAGGTAAATTGAAGTTGTACAC |
| 14. | ACCGGTGTACAACTTCAATTTACCT |
| 15. | CGGTGAAGCCTGTAGAACTGGT |
| 16. | CTGTCACCAGTTCTACAGGCTTC |
| 17. | GACAGATAAGCCCGACTGATAA |
| 18. | GTTGTTATCAGTCGGGCTTAT |
| 19. | CAACAGTGTAGATGTAACAAAG |
| 20. | TCGACTTTGTTACATCTACACT |

**U.S. Patent**          Apr. 8, 1997          Sheet 27 of 27          **5,618,698**

## FIG. 21

<u>BamHI</u>  <u>BglII</u>  <u>1</u>
```
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                  2
```

<u>3</u>                          <u>5</u>
```
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
        4                          6
```

        <u>7</u>                    <u>9</u>                    <u>11</u>
```
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
        8                    10                    12
```

                <u>13</u>                          <u>15</u>
```
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                  14                          16
```

            <u>17</u>                    <u>19</u>
```
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
```

                <u>SalI</u>
```
ATGTAACAAA G
TACATTGTTT CAGCT
        20
```

5,618,698

1

## PRODUCTION OF ERYTHROPOIETIN

This is a continuation of my U.S. patent application Ser. No. 07/113,179 filed Oct. 23, 1987, and issued as U.S. Pat. No. 5,441,868 on Aug. 15, 1995, which was a continuation of U.S. patent application Ser. No. 06/675,298 filed Nov. 30, 1984 and issued as U.S. Pat. No. 4,703,008 on Oct. 27, 1987, which was a continuation-in-part of U.S. patent application Ser. No. 06/655,841, filed Sep. 28, 1984, now abandoned, which was a continuation-in-part of U.S. patent application Ser. No. 06/582,185, filed Feb. 21, 1984, now abandoned, and which was a continuation-in-part of U.S. patent application Ser. No. 06/561,024, filed Dec. 13, 1983, now abandoned.

## BACKGROUND

The present invention relates generally to the manipulation of genetic materials and, more particularly, to recombinant procedures making possible the production of polypeptides possessing part or all of the primary structural conformation and/or one or more of the biological properties of naturally-occurring erythropoietin.

### A. Manipulation Of Genetic Materials

Genetic materials may be broadly defined as those chemical substances which program for and guide the manufacture of constituents of cells and viruses and direct the responses of cells and viruses. A long chain polymeric substance known as deoxyribonucleic acid (DNA) comprises the genetic material of all living cells and viruses except for certain viruses which are programmed by ribonucleic acids (RNA). The repeating units in DNA polymers are four different nucleotides, each of which consists of either a purine (adenine or guanine) or a pyrimidine (thymine or cytosine) bound to a deoxyribose sugar to which a phosphate group is attached. Attachment of nucleotides in linear polymeric form is by means of fusion of the 5' phosphate of one nucleotide to the 3' hydroxyl group of another. Functional DNA occurs in the form of stable double stranded associations of single strands of nucleotides (known as deoxyoligonucleotides), which associations occur by means of hydrogen bonding between purine and pyrimidine bases [i.e., "complementary" associations existing either between adenine (A) and thymine (T) or guanine (G) and cytosine (C)]. By convention, nucleotides are referred to by the names of their constituent purine or pyrimidine bases, and the complementary associations of nucleotides in double stranded DNA (i.e., A-T and G-C) are referred to as "base pairs". Ribonucleic acid is a polynucleotide comprising adenine, guanine, cytosine and uracil (U), rather than thymine, bound to ribose and a phosphate group.

Most briefly put, the programming function of DNA is generally effected through a process wherein specific DNA nucleotide sequences (genes) are "transcribed" into relatively unstable messenger RNA (mRNA) polymers. The mRNA, in turn, serves as a template for the formation of structural, regulatory and catalytic proteins from amino acids. This mRNA "translation" process involves the operations of small RNA strands (tRNA) which transport and align individual amino acids along the mRNA strand to allow for formation of polypeptides in proper amino acid sequences The mRNA "message" derived from DNA and providing the basis for the tRNA supply and orientation of any given one of the twenty amino acids for polypeptide "expression" is in the form of triplet "codons"—sequential groupings of three nucleotide bases. In one sense, the

2

formation of a protein is the ultimate form of "expression" of the programmed genetic message provided by the nucleotide sequence of a gene.

"Promoter" DNA sequences usually "precede" a gene in a DNA polymer and provide a site for initiation of the transcription into mRNA. "Regulator" DNA sequences, also usually "upstream" of (i.e., preceding) a gene in a given DNA polymer, bind proteins that determine the frequency (or rate) of transcriptional initiation. Collectively referred to as "promoter/regulator" or "control" DNA sequence, these sequences which precede a selected gene (or series of genes) in a functional DNA polymer cooperate to determine whether the transcription (and eventual expression) of a gene will occur. DNA sequences which "follow" a gene in a DNA polymer and provide a signal for termination of the transcription into mRNA are referred to as transcription "terminator" sequences.

A focus of microbiological processing for the last decade has been the attempt to manufacture industrially and pharmaceutically significant substances using organisms which either do not initially have genetically coded information concerning the desired product included in their DNA, or (in the case of mammalian cells in culture) do not ordinarily express a chromosomal gene at appreciable levels. Simply put, a gene that specifies the structure of a desired polypeptide product is either isolated from a "donor" organism or chemically synthesized and then stably introduced into another organism which is preferably a self-replicating unicellular organism such as bacteria, yeast or mammalian cells in culture. Once this is done, the existing machinery for gene expression in the "transformed" or "transfected" microbial host cells operates to construct the desired product, using the exogenous DNA as a template for transcription of mRNA which is then translated into a continuous sequence of amino acid residues.

The art is rich in patent and literature publications relating to "recombinant DNA" methodologies for the isolation, synthesis, purification and amplification of genetic materials for use in the transformation of selected host organisms. U.S. Pat. No. 4,237,224 to Cohen, et al., for example, relates to transformation of unicellular host organisms with "hybrid" viral or circular plasmid DNA which includes selected exogenous DNA sequences. The procedures of the Cohen, et al. patent first involve manufacture of a transformation vector by enzymatically cleaving viral or circular plasmid DNA to form linear DNA strands. Selected foreign ("exogenous" or "heterologous") DNA strands usually including sequences coding for desired product are prepared in linear form through use of similar enzymes. The linear viral or plasmid DNA is incubated with the foreign DNA in the presence of ligating enzymes capable of effecting a restoration process and "hybrid" vectors are formed which include the selected exogenous DNA segment "spliced" into the viral or circular plasmid DNA.

Transformation of compatible unicellular host organisms with the hybrid vector results in the formation of multiple copies of the exogenous DNA in the host cell population. In some instances, the desired result is simply the amplification of the foreign DNA and the "product" harvested is DNA. More frequently, the goal of transformation is the expression by the host cells of the exogenous DNA in the form of large scale synthesis of isolatable quantities of commercially significant protein or polypeptide fragments coded for by the foreign DNA. See also, e.g., U.S. Pat. Nos. 4,264,731 (to Shine), 4,273,875 (to Manis), 4,293,652 (to Cohen), and European Patent Application 093,619, published Nov. 9, 1983.

5,618,698

3

The development of specific DNA sequences for splicing into DNA vectors is accomplished by a variety of techniques, depending to a great deal on the degree of "foreignness" of the "donor" to the projected host and the size of the polypeptide to be expressed in the host. At the risk of over-simplification, it can be stated that three alternative principal methods can be employed: (1) the "isolation" of double-stranded DNA sequence from the genomic DNA of the donor; (2) the chemical manufacture of a DNA sequence providing a code for a polypeptide of interest; and (3) the in vitro synthesis of a double-stranded DNA sequence by enzymatic "reverse transcription" of mRNA isolated from donor cells. The last-mentioned methods which involve formation of a DNA "complement" of mRNA are generally referred to as "cDNA" methods.

Manufacture of DNA sequences is frequently the method of choice when the entire sequence of amino acid residues of the desired polypeptide product is known. DNA manufacturing procedures of co-owned, co-pending U.S. patent application Ser. No. 483,451, by Alton, et al., (filed Apr. 15, 1983 and corresponding to PCT US83/00605, published Nov. 24, 1983 as WO83/04053), for example, provide a superior means for accomplishing such highly desirable results as: providing for the presence of alternate codons commonly found in genes which are highly expressed in the host organism selected for expression (e.g., providing yeast or *E. coli* "preference" codons); avoiding the presence of untranslated "intron" sequences (commonly present in mammalian genomic DNA sequences and mRNA transcripts thereof) which are not readily processed by procaryotic host cells; avoiding expression of undesired "leader" polypeptide sequences commonly coded for by genomic DNA and cDNA sequences but frequently not readily cleaved from the polypeptide of interest by bacterial or yeast host cells; providing for ready insertion of the DNA in convenient expression vectors in association with desired promoter/regulator or terminator sequences; and providing for ready construction of genes coding for polypeptide fragments and analogs of the desired polypeptides.

When the entire sequence of amino acid residues of the desired polypeptide is not known, direct manufacture of DNA sequences is not possible and isolation of DNA sequences coding for the polypeptide by a cDNA method becomes the method of choice despite the potential drawbacks in ease of assembly of expression vectors capable of providing high levels of microbial expression referred to above. Among the standard procedures for isolating cDNA sequences of interest is the preparation of plasmid-borne cDNA "libraries" derived from reverse transcription of mRNA abundant in donor cells selected as responsible for high level expression of genes (e.g., libraries of cDNA derived from pituitary cells which express relatively large quantities of growth hormone products). Where substantial portions of the polypeptide's amino acid sequence are known, labelled, single-stranded DNA probe sequences duplicating a sequence putatively present in the "target" cDNA may be employed in DNA/DNA hybridization procedures carried out on cloned copies of the cDNA which have been denatured to single stranded form. [See, generally, the disclosure and discussions of the art provided in U.S. Pat. No. 4,394,443 to Weissman, et al. and the recent demonstrations of the use of long oligonucleotide hybridization probes reported in Wallace, et al., *Nuc. Acids Res.*, 6, pp. 3543–3557 (1979), and Reyes, et al., *P.N.A.S. (U.S.A.)*, 79, pp. 3270–3274 (1982), and Jaye, et al., *Nuc. Acids Res.*, 11, pp. 2325–2335 (1983). See also, U.S. Pat. No. 4,358,535 to Falkow, et al., relating to DNA/DNA hybridization pro-

4

cedures in effecting diagnosis; published European Patent Application Nos. 0070685 and 0070687 relating to light-emitting labels on single stranded polynucleotide probes; Davis, et al., "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1980) at pp. 55–58 and 174–176, relating to colony and plaque hybridization techniques; and, New England Nuclear (Boston, Mass.) brochures for "Gene Screen" Hybridization Transfer Membrane materials providing instruction manuals for the transfer and hybridization of DNA and RNA, Catalog No. NEF-972.]

Among the more significant recent advances in hybridization procedures for the screening of recombinant clones is the use of labelled mixed synthetic oligonucleotide probes, each of which is potentially the complete complement of a specific DNA sequence in the hybridization sample including a heterogeneous mixture of single stranded DNAs or RNAs. These procedures are acknowledged to be especially useful in the detection of cDNA clones derived from sources which provide extremely low amounts of mRNA sequences for the polypeptide of interest. Briefly put, use of stringent hybridization conditions directed toward avoidance of non-specific binding can allow, e.g., for the autoradiographic visualization of a specific cDNA clone upon the event of hybridization of the target DNA to that single probe within the mixture which is its complete complement. See generally, Wallace, et al., *Nuc. Acids Res.*, 9, pp. 879–897 (1981); Suggs, et al. *P.N.A.S. (U.S.A.)*, 78, pp. 6613–6617 (1981); Choo, et al., *Nature*, 299, pp. 178–180 (1982); Kurachi, et al., *P.N.A.S. (U.S.A.)*, pp. 6461–6464 (1982); Ohkubo, et al., *P.N.A.S. (U.S.A.)*, 80, pp. 2196–2200 (1983); and Kornblihtt, et al. *P.N.A.S. (U.S.A.)*, 80, pp. 3218–3222 (1983). In general, the mixed probe procedures of Wallace, et al. (1981), supra, have been expanded upon by various workers to the point where reliable results have reportedly been obtained in a cDNA clone isolation using a 32-member mixed "pool" of 16-base-long (16-mer) oligonucleotide probes of uniformly, varying DNA sequences together with a single 11-mer to effect a two-site "positive" confirmation of the presence of cDNA of interest. See, Singer-Sam, et al., *P.N.A.S. (U.S.A.)*, 80, pp. 802–806 (1983).

The use or genomic DNA isolates is the least common of the three above-noted methods for developing specific DNA sequences for use in recombinant procedures. This is especially true in the area of recombinant procedures directed to securing microbial expression of mammalian polypeptides and is due, principally to the complexity of mammalian genomic DNA. Thus, while reliable procedures exist for developing phage-borne libraries of genomic DNA of human and other mammalian species origins [See, e.g., Lawn, et al. *Cell*, 15, pp. 1157–1174 (1978) relating to procedures for generating a human genomic library commonly referred to as the "Maniatis Library"; Karn, et al., *P.N.A.S. (U.S.A.)*, 77, pp. 5172–5176 (1980) relating to a human genomic library based on alternative restriction endonuclease fragmentation procedure; and Blattner, et al., *Science*, 196, pp. 161–169 (1977) describing construction of a bovine genomic library] there have been relatively few successful attempts at use of hybridization procedures in isolating genomic DNA in the absence of extensive fore-knowledge of amino acid or DNA sequences. As one example, Fiddes, et al., *J. Mol. and App. Genetics*, 1, pp. 3–18 (1981) report the successful isolation of a gene coding for the alpha subunit of the human pituitary glycoprotein hormones from the Maniatis Library through use of a "full length" probe including a complete 621 base pair fragment of a previously-isolated cDNA sequence for the alpha sub-

5,618,698

5

unit. As another example, Das, et al., *P.N.A.S. (U.S.A.)*, 80, pp. 1531–1535 (1983) report isolation of human genomic clones for human HLA-DR using a 14 base pair synthetic oligonucleotide. Finally, Anderson, et al., *P.N.A.S. (U.S.A.)*, 60, pp. 6838–6842 (1983) report the isolation of genomic clone for bovine pancreatic trypsin inhibitor (BPTI) using a single probe 86 base pairs in length and constructed according to the known amino acid sequence of BPTI. The authors note a determination of poor prospects for isolating mRNA suitable for synthesis of a cDNA library due to apparent low levels of mRNA in initially targeted parotid gland and lung tissue sources and then address the prospects of success in probing a genomic library using a mixture of labelled probes, stating: "More generally, mixed-sequence oligode-oxynucleotide probes have been used to isolate protein genes of unknown sequence from cDNA libraries. Such probes are typically mixtures of **8–32** oligonucleotides, 14–17 nucleotides in length, representing every possible codon combination for a small stretch (5–6 residues) of amino acid sequence. Under stringent hybridization conditions that discriminate against incorrectly base-paired probes, these mixtures are capable of locating specific gene sequences in clone libraries of low-to-moderate complexity. Nevertheless, because of their short length and heterogeneity, mixed probes often lack the specificity required for probing sequences as complex as a mammalian genome. This makes such a method impractical for the isolation of mammalian protein genes when the corresponding mRNAs are unavailable." (Citations omitted).

There thus continues to exist a need in the art for improved methods for effecting the rapid and efficient isolation of cDNA clones in instances where little is known of the amino acid sequence of the polypeptide coded for and where "enriched" tissue sources of mRNA are not readily available for use in constructing cDNA libraries. Such improved methods would be especially useful if they were applicable to isolating mammalian genomic clones where sparse information is available concerning amino acid sequences of the polypeptide coded for by the gene sought.

B. Erythropoietin As A Polypeptide Of Interest

Erythropoiesis, the production of red blood cells, occurs continuously throughout the human life span to offset cell destruction. Erythropoiesis is a very precisely controlled physiological mechanism enabling sufficient numbers of red blood cells to be available in the blood for proper tissue oxygenation, but not so many that the cells would impede circulation. The formation of red blood cells occurs in the bone marrow and is under the control of the hormone, erythropoietin.

Erythropoietin, an acidic glycoprotein of approximately 34,000 dalton molecular weight, may occur in three forms: α, β and asialo. The α and β forms differ slightly in carbohydrate components, but have the same potency, biological activity and molecular weight. The asialo form is an α or β form with the terminal carbohydrate (sialic acid) removed. Erythropoietin is present in very low concentrations in plasma when the body is in a healthy state wherein tissues receive sufficient oxygenation from the existing number of erythrocytes. This normal low concentration is enough to stimulate replacement of red blood cells which are lost normally through aging.

The amount of erythropoietin in the circulation is increased under conditions of hypoxia when oxygen transport by blood cells in the circulation is reduced. Hypoxia may be caused by loss of large amounts of blood through hemorrhage, destruction of red blood cells by over-exposure

6

to radiation, reduction in oxygen intake due to high altitudes or prolonged unconsciousness, or various forms of anemia. In response to tissues undergoing hypoxic stress, erythropoietin will increase red blood cell production by stimulating the conversion of primitive precursor cells in the bone marrow into proerythroblasts which subsequently mature, synthesize hemoglobin and are released into the circulation as red blood cells. When the number of red blood cells in circulation is greater than needed for normal tissue oxygen requirements, erythropoietin in circulation is decreased.

See generally, Testa, et al., *Exp. Hematol.*, 8 (Supp. 8), 144–152 (1980); Tong, et al., *J. Biol. Chem.*, 256(24), 12666–12671 (1981); Goldwasser, *J. Cell. Physiol.*, 110(Supp. 1), 133–135 (1982); Finch, *Blood*, 60(6), 1241–1246 (1982); Sytowski, et al., *Exp. Hematol.*, 8(Supp 8), 52–64 (1980) Naughton, *Ann. Clin. Lab. Sci.*, 13(5), 432–438 (1983); Weiss, et al., *Am. J. Vet. Res.*, 44(10), 1832–1835 (1983); Lappin, et al., *Exp. Hematol.*, 11(7), 661–666 (1983); Baciu, et al., *Ann. N.Y. Acad. Sci.*, 414, 66–72 (1983); Murphy, et al., *Acta. Haematologica Japonica*, 46(7), 1380–1396 (1983); Dessypris, et al., *Brit. J. Haematol.*, 56, 295–306 (1984); and, Emmanouel, et al., *Am. J. Physiol.*, 247 (1 Pt 2), F168–76 (1984).

Because erythropoietin is essential in the process of red blood cell formation, the hormone has potential useful application in both the diagnosis and the treatment of blood disorders characterized by low or defective red blood cell production. See, generally, Pennathur-Das, et al., *Blood*, 63(5), 1168–71 (1984) and Haddy, *Am. Jour. Ped. Hematol./Oncol.*, 4, 191–196, (1982) relating to erythropoietin in possible therapies for sickle cell disease, and Eschbach, et al. *J. Clin. Invest.*, 74(2), pp. 434–441, (1984), describing a therapeutic regimen for uremic sheep based on in vivo response to erythropoietin rich plasma infusions and proposing a dosage of 10 U EPO/kg per day for 15–40 days as corrective of anemia of the type associated with chronic renal failure. See also, Krane, *Henry Ford Hosp. Med. J.*, 31(3), 177–181 (1983).

It has recently been estimated that the availability of erythropoietin in quantity would allow for treatment each year of anemias of 1,600,000 persons in the United States alone. See, e.g., Morrison, "Bioprocessing in Space—an Overview", pp. 557–571 in The World Biotech Report 1984, Volume 2:USA, (Online Publications, New York, N.Y. 1984). Recent studies have provided a basis for projection of efficacy of erythropoietin therapy in a variety of disease states, disorders and states of hematologic irregularity: Vedovato, et al., *Acta. Haematol*, 71, 211–213 (1984) (beta-thalassemia); Vichinsky, et al., *J. Pediatr*, 105(1), 15–21 (1984) (cystic fibrosis); Cotes, et al., *Brit. J. Obstet. Gynea-col.*, 90(4), 304–311 (1983) (pregnancy, menstrual disorders); Haga, et al., *Acta. Pediatr. Scand.*, 72, 827–831 (1983) (early anemia of prematurity); Claus-Walker, et al., *Arch. Phys. Med. Rehabil.*, 65, 370–374 (1984) (spinal cord injury); Dunn, et al., *Eur. J. Appl. Physiol.*, 52, 178–182 (1984) (space flight); Miller, et al., *Brit. J. Haematol.*, 52, 545–590 (1982) (acute blood loss); Udupa, et al., *J. Lab. Clin. Med.*, 103(4), 574–580 and 581–588 (1984); and Lipschitz, et al., *Blood*, 63(3), 502–509 (1983) (aging); and Dainiak, et al., *Cancer*, 51(6), 1101–1106 (1983) and Schwartz, et al., *Otolaryngol.*, 109, 269–272 (1983) (various neoplastic disease states accompanied by abnormal erythropoiesis).

Prior attempts to obtain erythropoietin in good yield from plasma or urine have proven relatively unsuccessful. Complicated and sophisticated laboratory techniques are necessary and generally result in the collection of very small

5,618,698

7

amounts of impure and unstable extracts containing eryth-
ropoietin.

U.S. Pat. No. 3,033,753 describes a method for partially
purifying erythropoietin from sheep blood plasma which
provides low yields of a crude solid extract containing
erythropoietin.

Initial attempts to isolate erythropoietin from urine
yielded unstable, biologically inactive preparations of the
hormone. U.S. Pat. No. 3,865,801 describes a method of
stabilizing the biological activity of a crude substance con-
taining erythropoietin recovered from urine. The resulting
crude preparation containing erythropoietin purportedly
retains 90% of erythropoietin activity, and is stable.

Another method of purifying human erythropoietin from
urine of patients with aplastic anemia is described in Miy-
ake, et al., J. Biol. Chem., Vol. 252, No. 15 (Aug. 10, 1977),
pp. 5558–5564. This seven-step procedure includes ion
exchange chromatography, ethanol precipitation, gel filtra-
tion, and adsorption chromatography, and yields a pure
erythropoietin preparation with a potency of 70,400 units/
mg of protein in 21% yield.

U.S. Pat. No. 4,397,840 to Takezawa, et al. describes
methods for preparing "an erythropoietin product" from
healthy human urine specimens with weakly basic ion
exchangers and proposes that the low molecular weight
products obtained "have no inhibitory effects" against eryth-
ropoietin.

U.K. Patent Application No. 2,085,887 by Sugimoto, et
al., published May 6, 1982, describes a process for the
production of hybrid human lymphoblastoid cells, reporting
production levels ranging from 3 to 420 Units of erythro-
poietin per ml of suspension of cells (distributed into the
cultures after mammalian host propagation) containing up to
$10^7$ cells per ml. At the highest production levels asserted to
have been obtained, the rate of erythropoietin production
could be calculated to be from 40 to about 4,000 Units/$10^6$
cells/48 hours in in vitro culture following transfer of cells
from in vivo propagation systems. (See also the equivalent
U.S. Pat. No. 4,377,513.) Numerous proposals have been
made for isolation of erythropoietin from tissue sources,
including neoplastic cells, but the yields have been quite
low. See, e.g., Jelkman, et al., Expt. Hematol., 11(7),
581–588 (1983); Tambourin, et al., P.N.A.S. (U.S.A.), 80,
6269–6273 (1983); Katsuoka, et al., Gann, 74, 534–541
(1983); Hagiwara, et al., Blood, 63(4), 828–835 (1984); and
Choppin, et al., Blood, 64(2), 341–347 (1984).

Other isolation techniques utilized to obtain purified
erythropoietin involve immunological procedures. A poly-
clonal, serum-derived antibody directed against erythropoi-
etin is developed by injecting an animal, preferably a rat or
rabbit, with human erythropoietin. The injected human
erythropoietin is recognized as a foreign antigenic substance
by the immune system of the animal and elicits production
of antibodies against the antigen. Differing cells responding
to stimulation by the antigenic substance produce and
release into circulation antibodies slightly different from
those produced by other responding cells. The antibody
activity remains in the serum of the animal when its blood
is extracted. While unpurified serum or antibody prepara-
tions purified as a serum immunoglobulin G fraction may
then be used in assays to detect and complex with human
erythropoietin, the materials suffer from a major disadvan-
tage. This serum antibody, composed of all the different
antibodies produced by individual cells, is polyclonal in
nature and will complex with components in crude extracts
other than erythropoietin alone.

8

Of interest to the background of the present invention are
recent advances in the art of developing continuous cultures
of cells capable of producing a single species of antibody
which is specifically immunologically reactive with a single
antigenic determinant of a selected antigen. See, generally,
Chisholm, High Technology, Vol. 3, No. 1, 57–63 (1983).
Attempts have been made to employ cell fusion and hybrid-
ization techniques to develop "monoclonal" antibodies to
erythropoietin and to employ these antibodies in the isola-
tion and quantitative detection of human erythropoietin. As
one example, a report of the successful development of
mouse-mouse hybridoma cell lines secreting monoclonal
antibodies to human erythropoietin appeared in abstract
form in Lee-Huang, Abstract No. 1463 of Fed. Proc., 41,
520 (1982). As another example, a detailed description of
the preparation and use of a monoclonal, anti-erythropoietin
antibody appears in Weiss, et al., P.N.A.S. (U.S.A.), 79,
5465–5469 (1982). See also, Sasaki, Biomed. Biochim.
Acta., 42(11/12), S202–S206 (1983); Yanagawa, et al.,
Blood, 4(2), 357–364 (1984); Yanagawa, et al., J. Biol.
Chem., 259(5), 2707–2710 (1984); and U.S. Pat. No. 4,465,
624.

Also of interest to the background of the invention are
reports of the immunological activity of synthetic peptides
which substantially duplicate the amino acid sequence
extant in naturally-occurring proteins, glycoproteins and
nucleoproteins. More specifically, relatively low molecular
weight polypeptides have been shown to participate in
immune reactions which are similar in duration and extent to
the immune reactions of physiologically significant proteins
such as viral antigens, polypeptide hormones, and the like.
Included among the immune reactions of such polypeptides
is the provocation of the formation of specific antibodies in
immunologically active animals. See, e.g., Lerner, et al.,
Cell, 23, 309–310 (1981); Ross, et al., Nature, 294, 654–656
(1981); Walter, et al., P.N.A.S. (U.S.A.), 77, 5197–5200
(1980); Lerner, et al., P.N.A.S. (U.S.A.), 78, 3403–3407
(1981); Walter, et al., P.N.A.S. (U.S.A.), 78, 4882–4886
(1981); Wong, et al., P.N.A.S. (U.S.A.), 78, 7412–7416
(1981); Green, et al. Cell, 28, 477–487 (1982); Nigg, et al.,
P.N.A.S. (U.S.A.), 79, 5322–5326 (1982); Baron, et al., Cell,
28, 395–404 (1982); Dreesman, et al., Nature, 295, 158–160
(1982); and Lerner, Scientific American, 248, No. 2, 66–74
(1983). See also, Kaiser, et al., Science, 223, pp. 249–255
(1984) relating to biological and immunological activities of
synthetic peptides which approximately share secondary
structures of peptide hormones but may not share their
primary structural conformation. The above studies relate, of
course, to amino acid sequences of proteins other than
erythropoietin, a substance for which no substantial amino
acid sequence information has been published. In co-owned,
co-pending U.S. patent application Ser. No. 463,724, filed
Feb. 4, 1983, by J. Egrie, published Aug. 22, 1984 as
European Patent Application No. 0 116 446, there is
described a mouse-mouse hybridoma cell line (A.T.C.C. No.
HB8209) which produces a highly specific monoclonal,
anti-erythropoietin antibody which is also specifically
immunoreactive with a polypeptide comprising the follow-
ing sequence of amino acids: NH₂-Ala-Pro-Pro-Arg-Leu-
Ile-Cys-Asp-Ser-Arg-Val-Leu-Glu-Arg-Tyr-Leu-Leu-Glu-
Ala-Lys-COOH. The polypeptide sequence is one assigned
to the first twenty amino acid residues of mature human
erythropoietin isolated according to the method of Miyake,
et al., J. Biol. Chem., 252, 5558–5564 (1977) and upon
which amino acid analysis was performed by the gas phase
sequencer (Applied Biosystems, Inc.) according to the pro-
cedure of Hewick, M., et al., J. Biol. Chem., 256, 7990–7997