# EXHIBIT 5

# Part 2 of 4

FIG. 5C

```
         150                            160
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA
         165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCACCAACA

CTGCCTGTGCCACACCCCTCCCTCACCACTCCCGAACCCCATCGAGGGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGCCAGAGGAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAAATTTGATGCAGGACACGCTTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGATGACTGAGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCCTCACGGGCCACTCCCCTTGGTGGCAAGAGCCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGAAGCAGGCGGTAGGGGTGGAGCTGGAGATGCGAGTGAGAACCGTGAAGAC

AGGATGGGGGCTGGCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                  HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCCAGCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCCTCCCGCGACCCCAGGGCCCAGGGGAGCAGCCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGCTCACGCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGTCTCTGACCCCGG
GTGGCCCCTACCCCTGGCGACCCCTCACGCACACAGCCTCTCCCCACCCCGCGCACGCACACATG
CAGATAACAGCCCCGACCCCGGCCAGAGCCXAGAGTCCCTGGGCCACCCCGGCCGCTCGCCTGCCGCTG
CGCCCGCACCCGCGCTGTCCTCCCGAGCCGACCGGGCCCACCCGCGCCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCCTCTCCTCCTCTAGGCCCGTGGGGCTGGCCCTGCCACCCGCGAGCTTCCCGGGATGAGGXX
                                                              -27   -24
                                                              Met Gly Val His
CCCGGTGACCGGCGCGCCCAAGTCGCTGAGGACCCCGGCCAAGCGCGGAG ATG GGG GTG CAC G
GTGAGTACTCGCGGGCGCTGGGGCCCGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGGCACTTGTCAAGGACCCCGGAAGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGGGACTTGGGGGAGTTCTTGGGGATGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTCGTGTGCAGTTGTGTCGTTGTCAGTGTCTCG[I·S·]
TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCGCCTGACTCT
              -23                              -20
              Glu Cys Pro Ala Trp Leu Trp Leu Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG
              -10                                -1 +1
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                    10                                    20      *
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
26
Thr
ACG GTGAGACCCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGTCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG

                                           27              30
                                       Thr Gly Cys Ala Glu
CCAGAGAGCCTTCAGGGACCCCTTGACTCCCCCGGGCTGTGTGCATTTCAG    ACG GGC TGT GCT GAA
                              *       40
       His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
       CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT
50                 55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT
TGCGAGCCTGATTTGGATGAAAGGAGAATGATCGGGGGAAAGTAAAATGGAGCAGCAGAGATGAGGCT
GCCTGGGCGCAGAGAGCTCACGTCTATAATCCCAGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT
GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG
GTGAAGTGGTGCATGGTGTAGTCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA
TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG. 6D

```
AAAAAGAAAAGAAAAAGAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACT
CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTTCTGTTGCTCAGTCTTGGTGCTTGG
GGCTGCTGAGGGGCAGGAGGGAGAGGGTGACATGGGTCAGCTCAGTCCCAGAGTCCACTCCCTGTAG

 56                                        60                                                              70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GCC CTG CTG TCG GAA GCT

                        80                                   *                        90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                                          100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

110                115
Arg Ala Leu Gly Ala Gln    Lys Gly Val Leu Ala Lys Gly Lys Leu Lys Leu Leu
CGG GCT CTG GGA GCC CAG    GTGAGTAGGAGCGGACACTTCTGCTTGCCCTTTCTGTAAGAAGGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGCACTGCAGCGACCTCCT

                      116                                    120
                      Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
GTTTCTCCTTGGCAG       AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT
```

FIG. 6E

```
            130                                   140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

                    150                                   160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCCGCCACTCCTGAACCCCCGTCTCAGCTCTCAGGGGCTCTCAGCTCTCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCCAGAGAGCAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGAACTTAGGTGGCAAGCGTTTGGAGGCGATTTAC

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGCACTCCCTTGGTGCAAGAGCCCCCTTGACACACCGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGGCCCTCTGGCCTCTCATGGGGTCCAAGTTTTGTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

**U.S. Patent**     May 26, 1998     Sheet 13 of 27     **5,756,349**

FIG. 7

```
                                    -1  1
      XbaI                             MetAla
      CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
           TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                              SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

# FIG. 8

```
                -1 +1
HindIII         ArgAla
AGCTTGGATA  AAAGAGCTCC  ACCAAGATTG  ATCTGTGACT  CGAGAGTTTT
    ACCTAT  TTTCTCGAGG  TGGTTCTAAC  TAGACACTGA  GCTCTCAAAA


GGAAAGATAC  TTGTTGGAAG  CTAAAGAAGC  TGAAAACATC  ACCACTGGTT
CCTTTCTATG  AACAACCTTC  GATTTCTTCG  ACTTTTGTAG  TGGTGACCAA


GTGCTGAACA  CTGTTCTTTG  AACGAAAACA  TTACGGTACC  AGACACCAAG
CACGACTTGT  GACAAGAAAC  TTGCTTTTGT  AATGCCATGG  TCTGTGGTTC


GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA  GTTGGTCAAC  AAGCTGTTGA
CAATTGAAGA  TGCGAACCTT  TGCATACCTT  CAACCAGTTG  TTCGACAACT


AGTTTGGCAA  GGTTTGGCCT  TGTTATCTGA  AGCTGTTTTG  AGAGGTCAAG
TCAAACCGTT  CCAAACCGGA  ACAATAGACT  TCGACAAAAC  TCTCCAGTTC


CCTTGTTGGT  TAACTCTTCT  CAACCATGGG  AACCATTGCA  ATTGCACGTC
GGAACAACCA  ATTGAGAAGA  GTTGGTACCC  TTGGTAACGT  TAACGTGCAG


GATAAAGCCG  TCTCTGGTTT  GAGATCTTTG  ACTACTTTGT  TGAGAGCTTT
CTATTTCGGC  AGAGACCAAA  CTCTAGAAAC  TGATGAAACA  ACTCTCGAAA


GGGTGCTCAA  AAGGAAGCCA  TTTCCCCACC  AGACGCTGCT  TCTGCCGCTC
CCCACGAGTT  TTCCTTCGGT  AAAGGGGTGG  TCTGCGACGA  AGACGGCGAG


CATTGAGAAC  CATCACTGCT  GATACCTTCA  GAAAGTTATT  CAGAGTTTAC
GTAACTCTTG  GTAGTGACGA  CTATGGAAGT  CTTTCAATAA  GTCTCAAATG


TCCAACTTCT  TGAGAGGTAA  ATTGAAGTTG  TACACCGGTG  AAGCCTGTAG
AGGTTGAAGA  ACTCTCCATT  TAACTTCAAC  ATGTGGCCAC  TTCGGACATC


AACTGGTGAC  AGATAAGCCC  GACTGATAAC  AACAGTGTAG
TTGACCACTG  TCTATTCGGG  CTGACTATTG  TTGTCACATC


            SalI
ATGTAACAAA  G
TACATTGTTT  CAGCT
```

## FIG. 9

```
              -20            -10            +1             10             20             30             40
Human    MGVHECPAWLWLLLSLLSLPLGLPVTLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ****************  *****************************************  * ***************
Monkey   MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

              50             60             70             80             90             100            110
Human    VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         ***************************************  *  *************  ***********  *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

              120            130            140            150            160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** ****************** ***************** *****
Monkey   AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 10

1.   AATTCTAGAAACCATGAGGGTAATAAAATA

2.   CCATTATTTTATTACCCTCATGGTTTCTAG

3.   ATGGCTCCGCCGCGTCTGATCTGCGAC

4.   CTCGAGTCGCAGATCAGACGCGGCGGAG

5.   TCGAGAGTTCTGGAACGTTACCTGCTG

6.   CTTCCAGCAGGTAACGTTCCAGAACT

7.   GAAGCTAAAGAAGCTGAAAACATC

8.   GTGGTGATGTTTTCAGCTTCTTTAG

9.   ACCACTGGTTGTGCTGAACACTGTTC

10.  CAAAGAACAGTGTTCAGCACAACCA

11.  TTTGAACGAAAACATTACGGTACCG

12.  GATCCGGTACCGTAATGTTTTCGTT

FIG. 11

```
     XbaI
EcoRI         1                              3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                        2                              4


                  5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                        6


     7              9                           11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
     8                   10


              0
   KpnI    BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

**U.S. Patent**          May 26, 1998          Sheet 18 of 27          **5,756,349**

# FIG. 12

1.  AATTCGGTACCAGACACCAAGGT
2.  GTTAACCTTGGTGTCTGGTACCG
3.  TAACTTCTACGCTTGGAAACGTAT
4.  TTCCATACGTTTCCAAGCGTAGAA
5.  GGAAGTTGGTCAACAAGCAGTTGAAGT
6.  CCAAACTTCAACTGCTTGTTGACCAAC
7.  TTGGCAGGGTCTGGCACTGCTGAGCG
8.  GCCTCGCTCAGCAGTGCCAGACCCTG
9.  AGGCTGTACTGCGTGGCCAGGCA
10. GCAGTGCCTGGCCACGCAGTACA
11. CTGCTGGTAAACTCCTCTCAGCCGT
12. TTCCCACGGCTGAGAGGAGTTTACCA
13. GGGAACCGCTGCAGCTGCATGTTGAC
14. GCTTTGTCAACATGCAGCTGCAGCGG
15. AAAGCAGTATCTGGCCTGAGATCTG
16. GATCCAGATCTCAGGCCAGATACT