# EXHIBIT 6
# Part 2 of 5

FIG. 2





FIG. 3

FIG. 4



FIG. 5A

```
Sau3A
GATCCCCGCCGCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCGCGCCTAGGTCGCTGAG

                                   -27                      -20
                                   Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

         -1  +1                                -10
Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA

Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu    10
GTC CCG GGC GCC CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
                              20                *

Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
         30                              *                40
```

FIG.5B

```
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
                            50
                                            
Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTC TCA GAA
        60                                  70

Ala Val Leu Arg Gly Gln Ala Val Leu Ala Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC GTG TTG GCC AAC TCT TCC CAG CCT
                            80
                             *
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT
        90                                  100

Arg Ser Ile Thr Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC ACT CTG CTT CGG GCG CTG GGA GCC CAG GAA GCC
                            110                         130

Ile Ser Leu Pro Asp Ala Ala Ser Ala Ala Pro Leu Arg Thr Ile
ATC TCC CTC CCA GAT GCG GCC TCG GCT GCT CCA CTC CGA ACC ATC
        120

Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
                            140
```

FIG. 5C

```
            150                             160
Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

    165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCACCAACA

CTGCCTGTGCCACACCCCTCCCTCACCACTCCCGAACCCCATGAGGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGCCAGAGGAAC

TGTCCAGAGACACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGAGGACTGAGAACTTAGGTGGCAAGCTGTGACTTG

TTTTTGCACCTACCATCAGGGACCAGGAAAAATTACGACAGAGAGAATATT

CTCAAGGCCCTCACGGGCACTCCCTGGTGCAAGAGCCCCCTTGACACTGAGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGAAGCAGCAGGGGTAGGGGTGGAGCTGGAGTGAGAAACCGTGAAGAC

AGGATGGGGCTGGCCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                  HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCCAGCCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCTCCCCGCCCAGGGCCCGGGAGCAGCCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGCTCACGCCCCCGCTCAACCCCAGGCCTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCTGACCCCTGGCGCGACCCCTCACGCACACAGCCCTCTCCCCACCCCGCACGCACACATG
CAGATAACAGCCCCGACCCCGGCCAGAGCCCXAGAGTCCCTGGCCACCCCCGGCCGCTCGCCTGCCGCTG
CGCCCGACACCGCGCTGTCCTCCCGGAGCCGACCGGCCCXGCTCCTGCTCCGACACCGCGCCC
CTTGGACAGCCGACCCCTCTCCTCTCTAGGCCCGTGGGCTGCCCTGCACCGCCGAGCTTCCCGGATGAGGXX
                                                          -27       -24
                                                          Met Gly Val His
CCCGGTGACCGGCCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG ATG GGG GTG CAC G
GTGAGTACTCGCGGGCTGGGCGCTCCCCGGCGTTCCTGTTTGAGCGGGGATTTAGCGGCCCCGGCT
```

FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCGGCGACTTGTCAAGGACCCCGAAGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGGACTTGGGGGACTTCTTGGGGATGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTGCAGTTGTGTCGTTGTCAGTGTCTCG[I·S·]
TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCGCCTGACTCT
                       -23                 -20
                       Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA  TGT CCT GCC TGG CTG TGG CTT CTC TCC CTG
 -10                                    -1 +1
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
             10                              20             *
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
 26
Thr
ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG
                                                      27            30
                                                      Thr Gly Cys Ala Glu
                                                      ACG GGC TGT GCT GAA

CCAGAGCCTTCAGGGACCCCTTGACTCCCCCGGGCTGTGTGCATTTCAG
           *                            40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

 50                      55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT

TGCGAGCCTGATTTGAATGAAAGGGAGAATGATCGGGGGAAAGTAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCGCAGAGGCTCACGTCTCTATAATCCCAGGCTGAGATGGCCGAGATGCCGAGATGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGTAGTCCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG. 6D

```
AAAAAGAAAAAGAAAAAAGAAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT
CACTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG
GGCTGCTGAGGGGCAGGAGGAGAGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG

    56                   60                    70                       
    Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
    GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT

                              80             *                       90
    Val Leu Arg Gly Gln Ala Leu Leu Val Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
    GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                                       100
    Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
    CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

    110                    115
    Arg Ala Leu Gly Ala Gln Gln
    CGG GCT CTG GGA GCC CAG GTGAGTAGGAGCGGACACTTCTGCTTGCCCTTTCTGTAAGAAGGGGA
GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGGCACTGCAGCGACCTCCT

    116                    120
    Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
    AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTCTCCTTGGCAG
```

FIG. 6E

```
          130                                    140
Pro Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

          150                                    160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

    166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACTCCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCGCCACTCCTGAACCCCGTCGAGGGCTCTCAGCTCAGCGCCAGCCTGTCCCATGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCCAGAGAGCAACTGTCCAGAGAGCAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGATTTAC

CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGTGGTGGGAACCATGAAGAC

AXGATXGGGGCTGCCTCTGCCTCTCATGGGTCCAAGTTTTGTTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

FIG. 7

```
                                          -1  1
   XbaI                                  MetAla
   CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
        TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                                 SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```