# EXHIBIT 10

American Journal of Hematology 11:85-92 (1981)

# Serum Concentrations of Erythropoietin Measured by Radioimmunoassay in Hematologic Disorders and Chronic Renal Failure

Charles G. Zaroulis, Beth J. Hoffman, and Ione A. Kourides

Memorial Sloan–Kettering Cancer Center and Cornell University Medical College, New York

Bioassays for human erythropoietin are cumbersome, time-consuming, and insensitive. The purification of human erythropoietin (EP) has provided small quantities of highly bioactive EP (~70,000 U/mg) required for the development of an EP radioimmunoassay (RIA). The RIA for EP described in this investigation, can detect 5 mU/ml of EP in the assay tube; the serum concentration of EP in normal individuals ranged from <18 to 81 mU/ml with a mean value of 29 mU/ml. In contrast, nine patients with severe aplastic anemia had markedly elevated serum EP concentrations with a mean value of 3,487 mU/ml, range 984–6,434 mU/ml. In this RIA, patients with Polycythemia vera had consistently undetectable EP concentrations, <18 mU/ml. Eleven patients with chronic renal failure had a higher mean serum EP concentration (40.5 mU/ml) than normal individuals, but the range (<18–115 mU/ml) overlapped that of normals. By immunologic and gel chromatographic criteria, EP measured in serum was similar to standard urinary EP. The EP immunoassay that we have developed has sufficient sensitivity and specificity not only to quantitate the elevated serum EP levels found in aplastic anemia but also to discriminate decreased from normal serum concentrations of EP in most circumstances. This simple, reliable RIA has provided the necessary framework upon which to increase our understanding of the importance of EP in hematopoiesis.

Key words: erythropoietin, radioimmunoassay

## INTRODUCTION

Because of the inability to obtain large quantities of purified, bioactive erythropoietin (EP) from extracts of kidneys [1–4], where EP appears to be synthesized [5–8], difficulty has been encountered in the development of sensitive assays to measure this glycoprotein hormone, which is likely to be the major stimulator of erythropoiesis [8–10]. Until recently, only whole animal or cell–culture bioassays and a hemagglutination inhibition assay have been available for the measurement of EP [11–18]. Such assays are time-consuming, cumbersome, and insensitive. The purification of human EP from the urine of patients with

Received for publication December 6, 1980; accepted January 19, 1981.

Address reprint requests to Dr. Charles G. Zaroulis, Mount Sinai Medical Center, One Gustave L. Levy Place, New York, NY 10029.

0361-8609/81/1101-0085 $02.50 © 1981 Alan R. Liss, Inc.

Trial Exhibit BXW
97-10814-WGY

AM670198598

AM-ITC 00983265

86     Technique: Zaroulis, Hoffman, and Kourides

aplastic anemia by Miyaki, Kung, and Goldwasser [19] has provided small quantities of highly bioactive EP (~70,000 U/mg) needed for the development of EP radioimmunoassays [20–27].

In this report, we describe our EP radioimmunoassay developed utilizing highly purified iodinated EP as tracer and antisera from rabbits immunized with less pure EP (62 U/mg). In the resultant radioimmunoassay, patients with Polycythemia vera had decreased serum concentrations of EP compared to normal subjects; patients with aplastic anemia had dramatically elevated serum EP levels. Our EP radioimmunoassay appears to have sufficient sensitivity and specificity to be useful, clinically, in improving our understanding of the role of EP in disorders of erythropoiesis.

## MATERIALS AND METHODS

### Iodination of EP

Highly purified EP (~70,000 U/mg), kindly provided by Dr. E. Goldwasser through the distribution program of the Blood Diseases Branch of the NHLBI, was iodinated with carrier-free $^{125}$I (500 $\mu$Ci for 1.44 $\mu$g) to a specific activity of 150 $\mu$Ci/$\mu$g by the IODO-GEN method described by Fraker and Speck [28]. The iodinated EP was separated from unreacted $^{125}$I by gel chromatography on a 1.5 X 26-cm column of Sephadex G-25. The peak fraction of iodinated EP was then rechromatographed on a 1.5 X 66-cm column of Sephadex G-100 in order to separate possible aggregated products of iodination from monomeric iodinated EP (Fig. 1). However, since aggregation was not significant, subsequently only Sephadex G-25 chromatography was utilized most of the time.



Fig. 1. Gel chromatography of iodinated EP on a 1.5 X 26-cm column of Sephadex G-25 (left panel). Each 1-ml fraction collected was counted, using an altered geometry method in which the counting efficiency was purposefully decreased to 0.12% because of the large number of cpm. Iodinated EP eluted in the $V_o$ of the column. The peak fraction was then rechromatographed on a 1.5 X 66-cm column of Sephadex G-100. These 1-ml fractions were collected and counted using normal spectrophotometer geometry with a counting efficiency of 65%. The partition coefficient (Kav) of iodinated EP was 0.22.

AM670198599        AM-ITC 00983266

**Antisera to EP**

Antibodies to a less purified preparation of human urinary EP (62 U/mg by bioassay), kindly provided by Dr. Peter Dukes, Los Angeles, CA, were induced in rabbits by multiple subcutaneous injections of the EP (405 μg initial immunizing dose followed by 3 booster injections at 6-week intervals) dissolved in 0.05 M sodium phosphate, pH 7.4, and complete Freund's adjuvant (50% vol/vol) [29]. The antisera developed were initially evaluated in the hypertransfused, polycythemic mouse bioassay for their ability to neutralize human urinary EP [30]. One antiserum was selected for use in the radioimmunoassay, since 1 ml neutralized > 6 U of EP. This rabbit had a hematocrit of 38%, whereas a control rabbit had a hematocrit of 42%. The antiserum used at a final concentration of 1:1,000 in the radioimmunoassay yielded a binding of 12% of the iodinated EP.

**Radioimmunoassay of EP**

An aliquot of human urinary EP (62 U/mg) was used as the standard for the immunoassay. Standards (100 μl) and unknown sera (5–300 μl) were assayed in duplicate 1-ml incubates containing labeled EP, antibody, ovalbumin (0.1% vol/vol, Sigma) and nonimmune rabbit serum (0.5% vol/vol, Pel-Freez) diluted in 0.05 M sodium phosphate, pH 7.4. Samples were preincubated for 2 days at 4°C prior to the addition of labeled EP and then incubated for 2 more days at 4°C after the addition of tracer. Goat anti-rabbit gamma globulin (an amount previously shown to fully precipitate the gamma globulins in 5 μl of rabbit nonimmune serum plus 1 μl of anti-EP serum) was then added to precipitate the bound radioactivity; after an additional 20-hr incubation at 4°C, the samples were centrifuged, the supernatant decanted, and the drained precipitates counted in an automatic well-type gamma spectrometer. In control tubes without antibody, 1–2% of the total radioactivity was precipitated; this blank was subtracted from all measurements. The immunoassay data were expressed as percent of initial binding in the absence of unlabeled EP (% $B/B_0$). The specificity of the EP radioimmunoassay was evaluated by determining the cross-reactivity of human thyroid-stimulating hormone (Medical Research Standard B) which is another glycoprotein hormone, human serum albumin (Pentex), and human gamma globulins (Pentex). Since human gamma globulins demonstrated a small cross-reactivity in the EP immunoassay, standards were subsequently incubated with the average amount of gamma globulin found in the volume of unknown serum measured. In this fashion, the effect of nonspecific displacement of antibody from tracer by gamma globulins was negated.

**Experimental Subjects**

Serum samples were obtained from 19 normal individuals, nine patients with severe aplastic anemia, three patients with untreated Polycythemia vera, and 11 patients with chronic renal failure on a hemodialysis program. In addition, three anemic cancer patients and one patient with erythroid aplasia requiring transfusion of red blood cells had serum EP values measured immediately before and within four hours after transfusion. All samples were measured in duplicate at three or more different volumes of serum.

**Immunological Identity of Serum EP With Urinary Standard EP**

Various amounts of serum (5–75 μl) from the patients with aplastic anemia were used to generate lines in the immunoassay in order to evaluate parallelism with the standard curve.

AM670198600

AM-ITC 00983267

### Gel Chromatography of Serum From a Patient With Aplastic Anemia

A 1-ml aliquot of serum from a patient with aplastic anemia was fractionated on a 1.5 × 82-cm column of Sephadex G-100. The column was equilibrated at 4°C and eluted with a solution of 0.01 M sodium phosphate, 0.15 M sodium chloride, and 0.003 M sodium azide, pH 7.4, with a hydrostatic pressure of 20 cm and a flow rate of 9 ml/hr. The serum was cochromatographed with $^{125}$I bovine thyroglobulin to determine the void volume of the column ($V_o$), $^{125}$I, to determine the inner bed volume of the column ($V_i$), and [$^{125}$I]-EP. One-milliliter fractions were collected, counted, and assayed in the EP radioimmunoassay. Absorbance at 280 nm was also measured in each fraction.

## RESULTS

The radioimmunoassay was able to detect 5 mU/ml of EP in the assay tube using an anti-EP serum at a final concentration of 1:1,000 (Fig. 2). Since there was a small cross reactivity of human gamma globulins in the immunoassay, separate standard curves were used containing 1.75, 3.5, and 7.0 mg/ml gamma globulins for the determination of EP in 100, 200, and 300 μl of unknown serum, respectively. Thus, we did not overestimate serum EP concentrations by including non-specific displacement of antibody from tracer by gamma globulins.

The serum concentration of EP in 19 normal individuals ranged from <18 to 81 mU/ml with a mean value of 29 mU/ml (Table I). In contrast, nine patients with severe aplastic anemia had markedly elevated serum concentrations of EP with a mean value of 3,487 mU/ml (range 984–6,434 mU/ml). In our immunoassay, three patients with Polycythemia vera had decreased levels of EP (<18 mU/ml). Only 20% of our normal subjects had undetectable serum EP concentrations. On the other hand, although 11 patients with chronic renal failure had a higher mean serum EP concentration (40.5 mU/ml) than normal subjects, the range (<18–115 mU/ml) overlapped that of the normal subjects. Moreover, the serum creatinine concentrations in these 11 patients ranged from 5–17 mg/dl immediately prior to hemodialysis, which was the time at which serum EP levels were measured. The degree of anemia in the patients with chronic renal failure was also highly variable.

The acute effect of transfusion on serum EP concentration was evaluated in three anemic cancer patients and one patient with erythroid aplasia. Although the hematocrit increased in only two of the cancer patients after transfusion, the EP level decreased somewhat in all three cancer patients; furthermore, the EP value decreased dramatically in the patient with erythroid aplasia (Table II).

Moreover, various amounts of serum from the patients with aplastic anemia (5–75 μl) used to generate lines in the immunoassay showed parallelism with that of standard urinary EP, suggesting immunological similarity between serum and urinary EP (Fig. 3). In addition, gel chromatography on Sephadex G-100 of serum from a patient with aplastic anemia yielded similar elution volumes for immunoactive serum EP and iodinated urinary EP (Fig. 4).

## DISCUSSION

The availability of small quantities of highly purified human urinary EP (70,000 U/mg by bioassay) for iodination [19] has allowed for the development of EP radioimmunoassays by several groups of investigators [20–27]. The EP immunoassay that we have de-

AM670198601                                                                    AM-ITC 00983268

Technique: Erythropoietin Values by Radioimmunoassay    89



Fig. 2. Radioimmunoassay standard curve for EP using anti-EP at a final concentration of 1:1,000. Average assay sensitivity was 5 mU/ml EP. Human thyroid-stimulating hormone and albumin showed no cross-reactivity. The small cross-reactivity of human gamma globulins is depicted, $7 \times 10^{-6}$% (wt/wt).

TABLE I. EP Concentrations in Normal Individuals, Patients With Hematologic Disorders and Patients With Chronic Renal Failure

| Subjects | No. | Age | Sex | EP (mU/ml) | |
|---|---|---|---|---|---|
| | | | | Mean ± SD | Range |
| Normal | 19 | 22–52 | 11 M, 8 F | 29 ± 17 | <18–81 |
| Aplastic anemia | 9 | 1–36 | 6 M, 3 F | 3,487 ± 2,243 | 984–6,434 |
| P. vera | 3 | 26–63 | 3 M | <18 | <18 |
| Chronic renal failure | 11 | 25–80 | 4 M, 7 F | 40.5 ± 30 | <18–115 |

TABLE II. EP Response to Transfusion in Anemic Cancer Patients and One Patient With Erythroid Aplasia

| Subject | Age | Sex | Hematocrit (%) | | EP (mU/ml) | |
|---|---|---|---|---|---|---|
| | | | Pre | Post | Pre | Post |
| 1 | 63 | M | 32 | 36 | 45 | <18 |
| 2 | 65 | F | 30 | 30 | 48 | 23 |
| 3 | 76 | M | 22 | 30 | 43 | 39 |
| 4[a] | 28 | F | 29 | 35 | 1,500 | 150 |

[a]Patient with erythroid aplasia.

scribed in this report has sufficient sensitivity and specificity not only to quantitate the elevated serum EP levels found in aplastic anemia but also to discriminate decreased from normal concentrations of EP in most circumstances. We have found that 80% of our normal subjects had detectable serum EP concentrations (mean = 29 mU/ml), whereas the three patients studied with Polycythemia vera had undetectable levels (<18 mU/ml) [31]. All patients with Polycythemia vera, studied in the present investigation, were untreated at the time when their serum concentrations of EP were determined by radioimmunoassay.

90    Technique: Zaroulis, Hoffman, and Kourides



Fig. 3. Dilutions of serum from four representative patients with aplastic anemia (△, ▲, □, and ○) generated lines parallel to that of standard urinary EP (●). The slopes of the lines generated by the EP immunoactivity in these four patients (−0.04 to −0.10) were statistically the same as that of standard EP (−0.04).



Fig. 4. Gel chromatography on a Sephadex G-100 column of 1 ml of serum from a patient with aplastic anemia. [$^{125}$I]EP was cochromatographed with the serum, and the fractions collected were counted. EP was measured in 250 μl of each fraction by radioimmunoassay. The Kav of immunoactive EP was 0.24 and that of labeled EP (*EP) was very similar (0.22). $A_{280}$ shows protein peaks for globulins and albumin eluting prior to the EP peak.

The patients with Polycythemia vera would have been expected to have undetectable values of serum EP because this disease appears to be an uncontrolled proliferation of a malignant erythroid clone.

Furthermore, our EP radioimmunoassay demonstrates that a reliable assay can be developed with antisera of low titer and high affinity for EP, produced using impure EP as the

AM670198603    AM-ITC 00983270

immunogen, provided that pure EP is utilized as tracer. Our normal EP concentrations were similar to those reported by Sherwood and Goldwasser [26] and Garcia, Sherwood, and Goldwasser [25]. Nevertheless, the future availability of larger quantities of highly purified EP should permit the induction of antibodies of both higher titer and affinity.

The rapid changes in serum immunoactive EP levels we have observed following transfusion of red blood cells to anemic patients suggested that the EP we have measured by radioimmunoassay was biologically active. The wide range of serum EP levels in patients with chronic renal failure can be explained in several fashions. The patients had varying degrees of anemia, as well as differing residual renal function; both of these factors could account for very diverse serum EP levels. Synthesis of EP might either be increased by the anemia or decreased due to impaired kidney function. In addition, the metabolic clearance rate of EP would most likely be reduced due to kidney failure. Sherwood, Emmanouel, and Goldwasser [32] have recently described various sizes by gel chromatography of circulating immunoactive EP in patients with renal failure. These forms would also be likely to be cleared from the circulation at different rates and probably have differing bioactivity.

Nevertheless, the circulating EP in patients with aplastic anemia was similar by immunologic and gel chromatographic criteria to standard urinary EP (Figs. 3, 4). Thus, as anticipated, the patients with severe aplastic anemia had markedly elevated serum concentrations of EP, similar to urinary standard EP; because of their marrow failure, their concentrations remained dramatically higher than normal.

The development of a simple, reliable radioimmunoassay has provided the framework upon which to expand our understanding of the physiologic importance of EP in hematopoiesis.

## ACKNOWLEDGMENTS

The authors greatly appreciate the generosity of Dr. E. Goldwasser, Dr. P. Dukes, and the Blood Diseases Branch of the NHLBI in providing human urinary EP to us. We also thank Dr. Nicholas Rencricca, Lowell, MA for performing the mouse bioassays. Serum samples on patients with chronic renal failure were kindly given to us by Dr. Marc Blackman, Baltimore, MD and Dr. J. T. Solano, Camp Springs, MD. We also are grateful to Ms. Carole E. Wahl for her excellent secretarial assistance.

This work was supported in part by grants from the USPHS CA-08748, CA-23185, RR-05534, The Knickerbocker Fund, and the International Paper Company Foundation Fund. Dr. Kourides is the recipient of a USPHS Research Career Development Award (AM-00679).

## REFERENCES

1. Naets JP: Erythropoietic factor in kidney tissue of anemic dogs. Proc Soc Exp Biol Med 103:129, 1960.
2. Demopoulos HB, Highman B, Altland PD, Gerving MA, Kaley G: Effects of high altitude on granular juxtaglomerular cells and their possible role in erythropoietin production. Am J Pathol 46:497, 1965.
3. Contrera JF, Gordon AS: Erythropoietin: Production by a particular fraction of rat kidney. Science 152:653, 1966.
4. Sherwood JB, Goldwasser E: Extraction of erythropoietin from normal kidneys. Endocrinology 103:866, 1978.
5. Jacobsen LO, Goldwasser E, Fried W, Plzak L: Role of the kidney in erythropoiesis. Nature (London) 179:633, 1957.

6. Krantz SB, Jacobson LO: Erythropoietin and regulation of erythropoiesis. University of Chicago Press, Chicago, 1970, p 25.
7. Fried W: Erythropoetin. Arch Intern Med 131:929, 1973.
8. Krantz SB: Recent contributions to the mechanism of action and clinical relevance of erythropoietin. J Lab Clin Med 82:847, 1973.
9. Gordon AS: The current status of erythropoetin. Brit J Haematol 21:611, 1971.
10. Stephensen JR, Axelraad AA, McLeod DL, Shreeve MM: Induction of colonies of hemoglobin-synthesizing cells by erythropoietin in vitro. Proc Natl Acad Sci USA 68:1542, 1971.
11. Jacobson LO, Goldwasser E, Plzak LF, Fried W: Studies on erythropoiesis. Part IV. Reticulocyte response of hypophysectomized and polycythemic rodents to erythropoietin. Proc Soc Exp Biol Med 94:243, 1957.
12. Fried WL, Plzak L, Jacobson LO, Goldwasser E: Studies of erythropoiesis. III. Factors controlling erythropoietin production. Proc Soc Exp Biol Med 94:237, 1957.
13. Shadduck R, Howard D, Stohlman F Jr: A difference in erythropoietin production between anemic and hypoxic mice. Proc Soc Exp Biol Med 128:132, 1968.
14. Ersler AJ: Erythropoietin assay. In Williams WJ, Beutler E, Ersler AJ, Rundles RW (eds): "Hematology, Vol 2." New York: McGraw-Hill, 1977, p 1616.
15. Krantz SB, Gallien-Lartique O, Goldwasser E: The effect of erythropoietin upon heme synthesis by marrow cells in vitro. J Biol Chem 248:4085, 1963.
16. Ward HP: An in vitro assay of erythropoietin. Proc Soc Exp Biol Med 125:370, 1967.
17. Goldwasser E, Eliason J, Sikkema D: An assay for erythropoietin in vitro at the milliunit level. Endocrinology 97:315, 1975.
18. Lange D, McDonald TP, Jordan A, Mitchell J, Kretchmar AL: The hemagglutination inhibition assay for erythropoetin. Its specificity, reproducibility and sensitivity. Isr J Med Sci 7:861, 1971.
19. Miyaki T, Kung CKH, Goldwasser E: The purification of human erythropoietin. J Biol Chem 252:5558, 1977.
20. Fisher JW, Thompson JF, Espada J: A radioimmunoassay for human urinary erythropoietin. Isr J Med Sci 7:873, 1971.
21. Garcia JF: The radioimmunoassay of human plasma erythropoietin. In Gorden AS, Condorelli M, Peschle C (eds): "Regulation of Erythropoiesis." Milano, 1972, p 132.
22. Cotes PM: Erythropoietin measurement – Radioimmunoassay. In Berson SA, Yalow RS (eds): "Methods in Investigative and Diagnostic Endocrinology." New York: American Elsevier, 1973, p 1117.
23. Popovic WJ, Adamson JW: Erythropoetin assay: Present status of methods, pitfalls, and results in polycythemic disorders. CRC Critical Reviews in Clin Lab Sci 10:57, 1978.
24. Garcia JF: Erythropoietin. In Jaffe BM, Behrman HR (eds): "Methods of Hormone Radioimmunoassay." New York: Academic Press, 1979, p 421.
25. Garcia JF, Sherwood J, Goldwasser E: Radioimmunoassay of erythropoietin. Blood Cells 5:405, 1979.
26. Sherwood JB, Goldwasser E: A radioimmunoassay for erythropoietin. Blood 54:885, 1979.
27. Zaroulis CG, Hoffman BJ, Rencricca NJ, Kourides IA: Erythropoietin concentrations by radioimmunoassay in hematologic disorders. Clin Res 28:499, 1980 (Abstract).
28. Fraker PJ, Speck JC Jr: Protein and cell membrane iodinations with a sparingly soluble chloroamide, 1,3,4,6-tetrachloro-3a,6a-diphenylglycoluril. Biochem Biophys Res Commun 80:849, 1978.
29. Kourides IA, Weintraub BD, Levko MA, Maloof F: Alpha and beta subunits of human thyrotropin: Purification and development of specific radioimmunoassay. Endocrinology 14:1411, 1974.
30. Rencricca NJ, Stout JP, Coleman RM: Erythropoietin production in virulent malaria. Infec Immun 10:831, 1974.
31. Koeffler HP, Goldwasser E: Use of erythropoietin radioimmunoassay in polycythemia. Clin Res 28:1980 (Abstract).
32. Sherwood JB, Emmanouel D, Goldwasser E: Human serum erythropoietin levels in renal disease. Endocrinology 106:146, 1980 (Abstract).

AM670198605

AM-ITC 00983272



SEP 02 1981
STANFORD UNIVERSITY

# AMERICAN JOURNAL OF HEMATOLOGY

VOLUME 11, NUMBER 1, 1981

ALAN R. LISS, INC.

AM670198606                                    AM-ITC 00983273

# AMERICAN JOURNAL OF HEMATOLOGY

Volume 11, Number 1

1981

## ORIGINAL ARTICLES

Treatment of Graft-Versus-Host Disease in Human Allogeneic Marrow Graft Recipients: A Randomized Trial Comparing Antithymocyte Globulin and Corticosteroids
K.C. Doney, P.L. Weiden, R. Storb, and E.D. Thomas ........................... 1

Activation and Partial Characterization of a Human Reticulocyte Heme-Dependent eIF-Z $\alpha$ Kinase
R.S. Franco, J.W. Hogg, and O.J. Martelo ...................................... 9

pH Dependency of Potassium Efflux From Sickled Red Cells
Eugene F. Roth, Jr., Ronald L. Nagel, and Robert M. Bookchin ................. 19

Karyotypic Patterns and Their Clinical Significance in Polycythemia Vera
J.R. Testa, J.R. Kanofsky, J.D. Rowley, J.M. Baron, and J.W. Vardiman ........ 29

The Anemia of Senescence
D.A. Lipschitz, C.O. Mitchell, and C. Thompson ............................... 47

Hepatocellular Enzyme Patterns and Hepatitis B Virus Exposure in Multitransfused Young and Very Young Hemophilia Patients
E.D. Gomperts, J. Lazerson, D. Berg, D. Lockhart, and E. Sergis-Deavenport .... 55

Evidence That Platelet Buoyant Density, But Not Size, Correlates With Platelet Age in Man
Diego Mezzano, Kai-lun Hwang, Patricia Catalano, and Richard H. Aster ........ 61

## TECHNIQUES

Human IgG Antigranulocyte Antibodies: Comparison of Detection by Quantitative Antiglobulin Consumption and by Binding of $^{125}$I Staph Protein A
Theresa Blumfelder and Gerald Logue .......................................... 77

Serum Concentrations of Erythropoietin Measured by Radioimmunoassay in Hematologic Disorders and Chronic Renal Failure
Charles G. Zaroulis, Beth J. Hoffman, and Ione A. Kourides ................... 85

## CASE REPORTS

Double Light-Chain Production by Leukemic Cells of Common Clonal Origin: A Case Report With Review of Pertinent Literature
Young Ja Choi and Martha S. Wong ............................................. 93

A Case of Lead Intoxication: Clinical and Biochemical Studies
Shiro Miwa, Yoji Ishida, Susumu Takegawa, Gumpei Urata, and Toshio Toyoda .... 99

## BRIEF REPORT

Hypereosinophilia in a Monosomy 7 Myeloproliferative Disorder in Childhood
M.J. Humphrey, J.J. Hutter, Jr., and W.W. Tom ............................... 107