# EXHIBIT 11

```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS

                Civil Action No. 95-12237  WGY


AMGEN, INC.,              )   DEPOSITION OF:
                          )
        Plaintiff,        )   DR. DANIEL SHOUVAL
                          )
        vs.               )**HIGHLY CONFIDENTIAL**
                          )
F. HOFFMANN-LA ROCHE LTD.,)
a Swiss Company, ROCHE    )
DIAGNOSTICS GmbH, a German)
Company, and HOFFMANN-LA  )
ROCHE, INC., a New Jersey )
Corporation.              )
                          )
        Defendants.       )
```

TRANSCRIPT of the stenographic proceedings in the above-entitled matter, as taken by and before CATHERINE M. DONAHUE, CSR, Notary Public, held at the offices of Duane Morris, 1540 Broadway, New York, New York, on Thursday, May 24, 2007, commencing at 8:15 a.m.

>   (This transcript contains testimony
>   designated as per the protective order in
>   this matter.  Please treat each segment of
>   designated testimony in accordance with the
>   protective order.)

|   |   |   |
|---|---|---|
| 1 | Dr. Daniel Shouval - May 24, 2007 |   |
| 2 | A.  Because in science you usually try | 11:54 |
| 3 | to get the maximum proof when you make a | 11:54 |
| 4 | statement about EPO or, for instance, EPO | 11:54 |
| 5 | production. | 11:54 |
| 6 | Q.  Did you have the maximum proof in | 11:54 |
| 7 | Exhibit 2 when you submitted that? | 11:54 |
| 8 | MR. DROZDOFF:  Objection. | 11:54 |
| 9 | Objection.  Vague.  Asked and answered. | 11:54 |
| 10 | A.  I don't know what you call maximum | 11:54 |
| 11 | proof.  Can you define it? | 11:54 |
| 12 | Q.  You just used the phrase "maximum | 11:54 |
| 13 | proof," and I'm asking you in science whether or | 11:54 |
| 14 | not you felt when you submitted Exhibit 2, it | 11:54 |
| 15 | was published in March of '83, it set forth the | 11:54 |
| 16 | maximum proof for the proposition that the RC-1 | 11:54 |
| 17 | cells were producing erythropoietin? | 11:54 |
| 18 | A.  Let me put it this way:  I was | 11:54 |
| 19 | absolutely convinced that these cells produced | 11:54 |
| 20 | erythropoietin when the abstract was submitted. | 11:54 |
| 21 | There was no doubt in my mind.  One has to be | 11:54 |
| 22 | totally blind -- | 11:54 |
| 23 | Q.  But I'm not asking about that. | 11:55 |
| 24 | A.  -- to exclude the option that this | 11:55 |
| 25 | is not erythropoietin, knowing everything we | 11:55 |

Shouval, Dr. Daniel    5/24/2007
HIGHLY CONFIDENTIAL -- PORTIONS HEREIN ARE ATTORNEYS' EYES ONLY

Dr. Daniel Shouval - May 24, 2007

| | | |
|---|---|---|
| 2 | know about erythropoietin. | 11:55 |
| 3 | However, there were -- the | 11:55 |
| 4 | methodology to strengthen these statements used | 11:55 |
| 5 | a number of assays or a number of methods which | 11:55 |
| 6 | included, which, first of all, represented by | 11:55 |
| 7 | Dr. Sherwood at this meeting initially, but | 11:55 |
| 8 | there are more specified in detail in this | 11:55 |
| 9 | paper. And this includes the ultrastructure | 11:55 |
| 10 | analysis in more detail, the chromosome | 11:55 |
| 11 | analysis, the tumors immortalized and the CFU-E | 11:55 |
| 12 | assays. | 11:55 |
| 13 | Q.  Were you present at the presentation | 11:55 |
| 14 | that occurred with respect to the abstract? | 11:55 |
| 15 | A.  No. | 11:55 |
| 16 | Q.  Why weren't you there? | 11:56 |
| 17 | A.  I was already back in Israel.  I | 11:56 |
| 18 | didn't think we both have to be there. | 11:56 |
| 19 | Q.  So you weren't there to obtain what | 11:56 |
| 20 | Dr. Sherwood said at that presentation, correct? | 11:56 |
| 21 | A.  She discussed it with me. | 11:56 |
| 22 | Q.  Okay. | 11:56 |
| 23 | But you weren't there to hear what | 11:56 |
| 24 | she said? | 11:56 |
| 25 | A.  I was not.  It was not necessary. | 11:56 |

| | | |
|---|---|---|
| 1 | Dr. Daniel Shouval - May 24, 2007 | |
| 2 | Q. So you don't know on the basis of | 11:56 |
| 3 | having been what she said at the presentation, | 11:56 |
| 4 | correct? | 11:56 |
| 5 | MR. DROZDOFF: Objection. | 11:56 |
| 6 | Q. Because you weren't there? | 11:56 |
| 7 | A. Well, I wasn't there, but I -- she | 11:56 |
| 8 | discussed the presentation with me before. | 11:56 |
| 9 | Q. Directing your attention to | 11:56 |
| 10 | Exhibit 2, and with respect to the line | 11:56 |
| 11 | regarding the radioimmunoassay, do you see where | 11:56 |
| 12 | it says, "As measured by radioimmunoassay | 11:56 |
| 13 | increasing from 7 million of erythropoietin per | 11:56 |
| 14 | ml." | 11:57 |
| 15 | Do you see that? | 11:57 |
| 16 | A. Yes. | 11:57 |
| 17 | Q. Now, reading your abstract in 1983, | 11:57 |
| 18 | would the person of ordinary skill in the art | 11:57 |
| 19 | have been able to understand what was meant with | 11:57 |
| 20 | reference to units of erythropoietin as measured | 11:57 |
| 21 | by radioimmunoassay? | 11:57 |
| 22 | MR. DROZDOFF: Objection. | 11:57 |
| 23 | Outside the scope of the report. | 11:57 |
| 24 | A. It meant that the cells produced | 11:57 |
| 25 | erythropoietin and that it can be measured by | 11:57 |

Shouval, Dr. Daniel                                              5/24/2007
**HIGHLY CONFIDENTIAL --- PORTIONS HEREIN ARE ATTORNEYS' EYES ONLY**

| | Dr. Daniel Shouval - May 24, 2007 | |
|---|---|---|
| 1 | | |
| 2 | radioimmunoassay, which has a standard curve. | 11:57 |
| 3 | And there was a reference which was a relative | 11:57 |
| 4 | reference which suggests how much -- I mean, | 11:57 |
| 5 | which gives you a semi-quantitative idea | 11:57 |
| 6 | regarding the units of EPO as decided at that | 11:57 |
| 7 | time by those who developed the assay. | 11:57 |
| 8 | Q.   So is it your view the person of | 11:57 |
| 9 | ordinary skill in the art would have understood | 11:57 |
| 10 | that language that I just pointed to? | 11:57 |
| 11 | A.   Easily. | 11:57 |
| 12 | MR. DROZDOFF:  Objection. | 11:57 |
| 13 | Objection.  Misstates -- | 11:57 |
| 14 | Q.   Why easy, easily? | 11:57 |
| 15 | A.   Can you repeat the question? | 11:58 |
| 16 | Q.   Why would the person of ordinary | 11:58 |
| 17 | skill in the art have easily understood the | 11:58 |
| 18 | measure as measured by radioimmunoassay | 11:58 |
| 19 | increasing from 7 units of erythropoietin per ml | 11:58 |
| 20 | of cultured medium as of March of '83 when this | 11:58 |
| 21 | abstract became available? | 11:58 |
| 22 | MR. DROZDOFF:  Objection. | 11:58 |
| 23 | Misstates the document.  Outside the | 11:58 |
| 24 | scope of the expert report. | 11:58 |
| 25 | A.   I don't understand the question.  It | 11:58 |

|    | Dr. Daniel Shouval - May 24, 2007 | |
|----|---|---|
| 1  |  | |
| 2  | is so obvious, this sentence. | 11:58 |
| 3  | Q.   Your report -- your report attempts | 11:58 |
| 4  | to say what the person of ordinary skill in the | 11:58 |
| 5  | art would have thought -- | 11:58 |
| 6  | A.   Yes. | 11:58 |
| 7  | Q.   -- before October of '83. | 11:58 |
| 8  | A.   Yes. | 11:58 |
| 9  | Q.   Agreed? | 11:58 |
| 10 |      MR. DROZDOFF:  Objection. | 11:58 |
| 11 | Q.   Yes? | 11:58 |
| 12 |      MR. DROZDOFF:  Misstates -- | 11:58 |
| 13 | Q.   Do you agree? | 11:58 |
| 14 |      MR. DROZDOFF:  Mischaracterizes. | 11:58 |
| 15 | Q.   Stay with me on this. | 11:58 |
| 16 | A.   I don't understand the question. | 11:58 |
| 17 | Q.   Does your report, Doctor, does your | 11:58 |
| 18 | expert report attempt to state what you think | 11:58 |
| 19 | the person of ordinary skill in the art would | 11:58 |
| 20 | have thought before October of 1983? | 11:58 |
| 21 |      MR. DROZDOFF:  Objection.  Vague. | 11:59 |
| 22 | A.   I did it in the context of my expert | 11:59 |
| 23 | report, my total expert report. | 11:59 |
| 24 | Q.   Correct? | 11:59 |
| 25 | A.   Yes. | 11:59 |

| | | |
|---|---|---|
| 1 | Dr. Daniel Shouval - May 24, 2007 | |
| 2 | Q. Now, I want, because in your expert | 11:59 |
| 3 | report you refer to Exhibit No. 2, don't you? | 11:59 |
| 4 | A. One of the things I refer to. | 11:59 |
| 5 | Q. Right. | 11:59 |
| 6 | A. This is just one of a number of | 11:59 |
| 7 | things. | 11:59 |
| 8 | Q. One of the things that a person in | 11:59 |
| 9 | the ordinary skill in the art would have known | 11:59 |
| 10 | about according to your report. | 11:59 |
| 11 | A. A number of documents. This is one | 11:59 |
| 12 | of them. | 11:59 |
| 13 | Q. You tell me if a person of ordinary | 11:59 |
| 14 | skill in the art in March of '83 when this | 11:59 |
| 15 | abstract became available, as measured by | 11:59 |
| 16 | radioimmunoassay increasing from 7 million units | 11:59 |
| 17 | of erythropoietin per ml of culture medium, you | 11:59 |
| 18 | tell me if they would have understood? | 11:59 |
| 19 | MR. DROZDOFF: Objection. You're | 11:59 |
| 20 | mischaracterizing the document. | 11:59 |
| 21 | MR. MADRID: I'm not. | 11:59 |
| 22 | MR. DROZDOFF: There is a | 11:59 |
| 23 | parenthetical after that. | 11:59 |
| 24 | MR. MADRID: I'm happy to read | 11:59 |
| 25 | that. | 11:59 |

| | | |
|---|---|---|
| 1 | Dr. Daniel Shouval - May 24, 2007 | |
| 2 | MR. DROZDOFF:  Let's read the | 11:59 |
| 3 | whole sentence. | 12:00 |
| 4 | Q.   As measured by radioimmunoassay | 12:00 |
| 5 | increasing 7 million of erythropoietin per ml of | 12:00 |
| 6 | culture medium, open paren, 2.2 million units | 12:00 |
| 7 | per milligram of cells for the first passage to | 12:00 |
| 8 | 23 million units per milliliter, and then I | 12:00 |
| 9 | think -- I can't make out that number. | 12:00 |
| 10 | A.    23. | 12:00 |
| 11 | Q.    Well, there's 23 there.  But then is | 12:00 |
| 12 | it 16.9 million units per ml of cells for the | 12:00 |
| 13 | 33rd passage, is the best I can make that out. | 12:00 |
| 14 | I'm asking you whether a person of | 12:00 |
| 15 | ordinary skill in the art in March of '83 would | 12:00 |
| 16 | have easily understood what that language meant? | 12:00 |
| 17 | MR. DROZDOFF:  And objection. | 12:00 |
| 18 | Calls for a legal conclusion.  And | 12:00 |
| 19 | vague. | 12:00 |
| 20 | Q.   Go ahead. | 12:00 |
| 21 | A.    I think that it is self-explanatory. | 12:00 |
| 22 | It does not need any more.  It is evident.  It | 12:01 |
| 23 | is obvious, and I don't see what -- I don't | 12:01 |
| 24 | understand the question. | 12:01 |
| 25 | Q.    So you agree with a person of | 12:01 |

|    | Dr. Daniel Shouval - May 24, 2007 |       |
|----|-----------------------------------|-------|
| 1  |                                   |       |
| 2  | ordinary skill in the art would have understood | 12:01 |
| 3  | this language in March of 1983, yes or no? | 12:01 |
| 4  | MR. DROZDOFF:  Objection.  Vague. | 12:01 |
| 5  | Outside the scope of the report.  | 12:01 |
| 6  | A.   Would have understood it in the | 12:01 |
| 7  | context of the entire abstract, not as a single | 12:01 |
| 8  | sentence.                         | 12:01 |
| 9  | Q.   But they would have understood it? | 12:01 |
| 10 | A.   Yes.                         | 12:01 |
| 11 | MR. DROZDOFF:  Objection.         | 12:01 |
| 12 | Q.   Okay.                        | 12:01 |
| 13 | Now, would they have understood the | 12:01 |
| 14 | information I have read to you to indicate that | 12:01 |
| 15 | the erythropoietin was biologically active? | 12:01 |
| 16 | MR. DROZDOFF:  Objection.  Vague. | 12:01 |
| 17 | And what information are you talking | 12:01 |
| 18 | about?  I will not let you mislead -- | 12:01 |
| 19 | MR. MADRID:  What I just read.    | 12:01 |
| 20 | MR. DROZDOFF:  I will not have    | 12:02 |
| 21 | misleading questions put on the record. | 12:02 |
| 22 | A.   I would like to repeat what I have | 12:02 |
| 23 | said before, that reading this abstract suggests | 12:02 |
| 24 | that this erythropoietin was biologically | 12:02 |
| 25 | active.                           | 12:02 |

```
1       Dr. Daniel Shouval - May 24, 2007
2       Q.   Now, would the ordinary skilled              12:02
3  person as of March of '83 have had the ability         12:02
4  to repeat this radioimmunoassay that you               12:02
5  referred to here to confirm these results?             12:02
6       A.   Yes.                                         12:02
7            MR. DROZDOFF:  Objection.  Excuse            12:02
8       me.  Objection.  Hypothetical.                    12:02
9       Q.   Would they have had all the reagents         12:02
10 they would need in order to practice this              12:02
11 radioimmunoassay in March of 1983?                     12:02
12           MR. DROZDOFF:  Objection.                    12:02
13      A.   I'm guessing.  I don't know the              12:03
14 details, but the radioimmunoassay that time was        12:03
15 also performed at the NIH.  NIH is a federal           12:03
16 organization that provides, with this respect,         12:03
17 assistance to a lot of laboratories interested         12:03
18 in specific methods or systems.  And from what I       12:03
19 remember, those who were interested in                 12:03
20 establishing such an assay could have been             12:03
21 supported by a particular laboratory, I don't          12:04
22 remember the name, at the NIH.                         12:04
23      Q.   Could the person of ordinary skill           12:04
24 in 1983, March of '83, reading this abstract,          12:04
25 conclude exclusively from the basis of the RIA         12:04
```

| | | |
|---|---|---|
| 1 | Dr. Daniel Shouval - May 24, 2007 | |
| 2 | result that's reported here in your Exhibit | 12:04 |
| 3 | No. 2, could they have concluded exclusively | 12:04 |
| 4 | from that information that the erythropoietin | 12:04 |
| 5 | was biologically active? | 12:04 |
| 6 | MR. DROZDOFF: Objection. | 12:04 |
| 7 | Mischaracterizes the testimony. | 12:04 |
| 8 | A.  I repeat what I have said before. | 12:04 |
| 9 | That you cannot isolate this particular sentence | 12:04 |
| 10 | from the rest of the abstract.  You have to look | 12:04 |
| 11 | at it as one entity.  And when you look at it, | 12:04 |
| 12 | you can deduct that this erythropoietin was | 12:04 |
| 13 | biologically active. | 12:05 |
| 14 | Q.  Could the RIA data taken alone tell | 12:05 |
| 15 | you whether or not the erythropoietin was | 12:05 |
| 16 | biologically active? | 12:05 |
| 17 | MR. DROZDOFF: Objection. Asked | 12:05 |
| 18 | and answered. | 12:05 |
| 19 | Q.  I'm trying to understand from a | 12:05 |
| 20 | scientific standpoint what the limits are. | 12:05 |
| 21 | A.  I repeat what I said. | 12:05 |
| 22 | Q.  Of the methodology used here, RIA in | 12:05 |
| 23 | terms of biological activity? | 12:05 |
| 24 | MR. DROZDOFF: Objection. | 12:05 |
| 25 | Outside the scope of the report and | 12:05 |

Shouval, Dr. Daniel                                    5/24/2007
HIGHLY CONFIDENTIAL --- PORTIONS HEREIN ARE ATTORNEYS' EYES ONLY

```
  1         Dr. Daniel Shouval - May 24, 2007
  2       asked and answered.                              12:05
  3       A.   This is out of scope for this              12:05
  4  opinion.  I mean, you cannot expect an abstract       12:05
  5  to go and explain the limits and neither the         12:05
  6  benefits.                                            12:05
  7       Q.   Doctor -- Doctor, a radioimmunoassay       12:05
  8  is based on interaction with an antibody,            12:05
  9  correct?                                             12:05
 10       A.   Competition, yes.                          12:05
 11       Q.   A competition.                             12:05
 12            And there is antigenicity that's           12:05
 13  involved, correct?                                   12:06
 14            MR. DROZDOFF:  Objection.  Vague.          12:06
 15       Hypothetical.                                   12:06
 16       Q.   Correct?                                   12:06
 17       A.   Okay.                                      12:06
 18       Q.   And the radioimmunoassay here made         12:06
 19  use of a polyclonal antibody, right?                 12:06
 20       A.   It doesn't say.                            12:06
 21       Q.   So you don't know whether or not the       12:06
 22  antibody that was used here, you don't know          12:06
 23  whether the antibody that was used here was          12:06
 24  monoclonal or polyclonal in Exhibit 2?               12:06
 25            MR. DROZDOFF:  Objection.                  12:06
```