# EXHIBIT 15

Gaylis, M.D., Franklin D.
CONFIDENTIAL                                       6/8/2007

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Certified Copy**

AMGEN, INC.,

    Plaintiff,

    v.                        Civil Action No.
                              05-CV-12237-WGY

F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

    Defendants.

CONFIDENTIAL VIDEOTAPED

DEPOSITION OF FRANKLIN D. GAYLIS, M.D.

LA JOLLA, CALIFORNIA

JUNE 8, 2007

(This transcript is designated confidential as per Section 5(c) of the Amended Protective Order. Please treat the entire transcript in accordance with the protective order.)

Reported by:

Harry Alan Palter, C.S.R. NO. 7708

Gaylis, M.D., Franklin D.
CONFIDENTIAL
6/8/2007

| | | |
|---|---|---|
| 1 | Q.     And did they have similar | 14:57:39 |
| 2 | results? | 14:57:41 |
| 3 | MR. FLEMING:  Objection. | 14:57:41 |
| 4 | Vague. | 14:57:42 |
| 5 | THE WITNESS:  It's an unfair | 14:57:45 |
| 6 | question, 'cause we didn't -- we | 14:57:46 |
| 7 | didn't perform the same experiment and | 14:57:48 |
| 8 | have it assayed in two different labs, | 14:57:50 |
| 9 | as I recall. | 14:57:52 |
| 10 | BY MS. CARTER: | 14:57:53 |
| 11 | Q.     Do you recall how they were | 14:57:53 |
| 12 | different? | 14:57:54 |
| 13 | MR. FLEMING:  Objection. | 14:57:55 |
| 14 | Speculation. | 14:57:56 |
| 15 | Beyond the scope of his report. | 14:57:57 |
| 16 | THE WITNESS:  I had different | 14:57:59 |
| 17 | working relationships with both labs, | 14:58:03 |
| 18 | I believe, at different times and | 14:58:05 |
| 19 | didn't send the same sample. | 14:58:06 |
| 20 | So I think it's an unfair | 14:58:08 |
| 21 | question to say were they comparable? | 14:58:10 |
| 22 | BY MS. CARTER: | 14:58:16 |
| 23 | Q.     So is it correct that different | 14:58:16 |
| 24 | samples of your 1411-H supernatent would | 14:58:19 |
| 25 | produce different amounts of EPO? | 14:58:23 |

Gaylis, M.D., Franklin D.  
CONFIDENTIAL  
6/8/2007

| | | |
|---|---|---|
| 1 | MR. FLEMING: Objection. | 14:58:25 |
| 2 | Beyond the scope of his report. | 14:58:26 |
| 3 | Calls for speculation. | 14:58:26 |
| 4 | THE WITNESS: Please repeat the | 14:58:37 |
| 5 | question. | 14:58:38 |
| 6 | BY MS. CARTER: | 14:58:39 |
| 7 | Q.   Is it correct that different | 14:58:39 |
| 8 | samples of your 1411-H supernatent would | 14:58:41 |
| 9 | produce different amounts of EPO? | 14:58:43 |
| 10 | MR. FLEMING: Objection. | 14:58:45 |
| 11 | Beyond the scope of his report. | 14:58:47 |
| 12 | Calls for speculation. | 14:58:48 |
| 13 | THE WITNESS: It depends on how | 14:58:50 |
| 14 | different the samples were. | 14:58:52 |
| 15 | BY MS. CARTER: | 14:58:54 |
| 16 | Q.   What do you mean, "how | 14:58:54 |
| 17 | different"? | 14:58:55 |
| 18 | MR. FLEMING: Objection. | 14:58:56 |
| 19 | Calls for speculation. | 14:58:57 |
| 20 | Beyond the scope of his report. | 14:58:58 |
| 21 | THE WITNESS: I've not been | 14:59:03 |
| 22 | asked to provide an opinion on this -- | 14:59:05 |
| 23 | comparing different assays. | 14:59:07 |
| 24 | BY MS. CARTER: | 14:59:16 |
| 25 | Q.   You said a moment -- you | 14:59:16 |

| | | |
|---|---|---|
| 1 | testified a moment ago -- and correct me if | 14:59:18 |
| 2 | I'm wrong -- that you wouldn't have relied on | 14:59:20 |
| 3 | Dr. Egrie's RIA test results if you didn't | 14:59:21 |
| 4 | find them reliable; correct? | 14:59:24 |
| 5 | MR. FLEMING:  Objection. | 14:59:25 |
| 6 | Mischaracterizes the document. | 14:59:26 |
| 7 | Mischaracterizes the record. | 14:59:28 |
| 8 | All he said is he received | 14:59:29 |
| 9 | them.  He didn't check them or verify | 14:59:31 |
| 10 | them. | 14:59:34 |
| 11 | Calls for speculation. | 14:59:35 |
| 12 | Beyond the scope of his report. | 14:59:36 |
| 13 | THE WITNESS:  I didn't perform | 14:59:37 |
| 14 | the assays, and I obtained the data | 14:59:38 |
| 15 | and assumed that it was accurate data. | 14:59:41 |
| 16 | BY MS. CARTER: | 14:59:45 |
| 17 | Q.   Did you assume it was accurate | 14:59:45 |
| 18 | data because the RIA is a viable method of | 14:59:47 |
| 19 | testing for the activity? | 14:59:51 |
| 20 | MR. FLEMING:  Objection. | 14:59:52 |
| 21 | Beyond the scope of his report. | 14:59:53 |
| 22 | THE WITNESS:  I don't have an | 14:59:54 |
| 23 | opinion on the standard of assay. | 14:59:55 |
| 24 | I just knew it was a | 14:59:59 |
| 25 | different -- it was an immunoassay. | 15:00:00 |

| | | |
|---|---|---|
| 1 | BY MS. CARTER: | 15:00:00 |
| 2 | Q.    Would you rely on the results | 15:00:04 |
| 3 | if you didn't have an understanding it was a | 15:00:05 |
| 4 | reliable method of testing for the activity? | 15:00:07 |
| 5 | MR. FLEMING:  Objection. | 15:00:09 |
| 6 | Calls for speculation. | 15:00:09 |
| 7 | Incomplete hypothetical. | 15:00:10 |
| 8 | Beyond the scope of his report. | 15:00:12 |
| 9 | THE WITNESS:  Please repeat the | 15:00:14 |
| 10 | question. | 15:00:16 |
| 11 | BY MS. CARTER: | 15:00:20 |
| 12 | Q.    Would you rely on the | 15:00:21 |
| 13 | results -- Dr. Egrie's results -- as a basis | 15:00:25 |
| 14 | of your opinion in your expert report if you | 15:00:27 |
| 15 | didn't have an understanding that the RIA | 15:00:31 |
| 16 | method was a reliable method for testing the | 15:00:34 |
| 17 | activity? | 15:00:37 |
| 18 | MR. FLEMING:  Objection. | 15:00:37 |
| 19 | Beyond the scope of his report. | 15:00:39 |
| 20 | Mischaracterizes the document. | 15:00:40 |
| 21 | Mischaracterizes his testimony. | 15:00:42 |
| 22 | THE WITNESS:  I can only state | 15:00:44 |
| 23 | the results that she gave me. | 15:00:45 |
| 24 | BY MS. CARTER: | 15:00:49 |
| 25 | Q.    Could you interpret the | 15:00:49 |

Gaylis, M.D., Franklin D.
CONFIDENTIAL
6/8/2007

| | | |
|---|---|---|
| 1 | results? | 15:00:50 |
| 2 | MR. FLEMING: Objection. | 15:00:50 |
| 3 | Beyond the scope of his report. | 15:00:52 |
| 4 | THE WITNESS: I can. | 15:00:54 |
| 5 | BY MS. CARTER: | 15:00:56 |
| 6 | Q. You cannot? | 15:00:57 |
| 7 | A. I can. | 15:00:57 |
| 8 | Q. Can? | 15:00:59 |
| 9 | A. I can. | 15:00:59 |
| 10 | I'm able to. | 15:01:01 |
| 11 | The numbers are | 15:01:02 |
| 12 | self-explanatory. | 15:01:03 |
| 13 | Q. Do you consider the RIA method | 15:01:18 |
| 14 | to be a reliable method of determining | 15:01:20 |
| 15 | activity? | 15:01:24 |
| 16 | MR. FLEMING: Objection. | 15:01:25 |
| 17 | Asked and answered. | 15:01:28 |
| 18 | Beyond the scope of his expert | 15:01:29 |
| 19 | report. | 15:01:30 |
| 20 | Vague as to the term | 15:01:31 |
| 21 | "activity." | 15:01:32 |
| 22 | THE WITNESS: I've not been | 15:01:33 |
| 23 | asked to form an opinion on the | 15:01:34 |
| 24 | accuracy of RIAs. | 15:01:36 |
| 25 | | |

| | | |
|---|---|---|
| 1 | BY MS. CARTER: | 15:01:37 |
| 2 | Q. But you're relying on the data | 15:01:38 |
| 3 | in your expert report; correct? | 15:01:39 |
| 4 | MR. FLEMING: Objection. | 15:01:40 |
| 5 | Mischaracterizes his testimony. | 15:01:42 |
| 6 | He's only saying he received | 15:01:44 |
| 7 | this data. He didn't say he's relying | 15:01:45 |
| 8 | on anything. | 15:01:47 |
| 9 | Stop trying to mislead this | 15:01:49 |
| 10 | witness, Counsel. | 15:01:50 |
| 11 | Objection. | 15:01:51 |
| 12 | Vague. | 15:01:52 |
| 13 | Beyond the scope of his report. | 15:01:53 |
| 14 | Mischaracterizes his testimony. | 15:01:54 |
| 15 | THE WITNESS: I'm only | 15:01:54 |
| 16 | recalling the data that was sent to | 15:01:58 |
| 17 | me. | 15:02:00 |
| 18 | BY MS. CARTER: | 15:02:01 |
| 19 | Q. Did you rely on this data for | 15:02:01 |
| 20 | your opinion that the 1411-H cell line | 15:02:04 |
| 21 | produced EPO? | 15:02:05 |
| 22 | MR. FLEMING: Objection. | 15:02:06 |
| 23 | Mischaracterizes the document. | 15:02:07 |
| 24 | Asked and answered. | 15:02:09 |
| 25 | THE WITNESS: I included the | 15:02:12 |

| | | |
|---|---|---|
| 1 | immunoreactive data to support the | 15:02:13 |
| 2 | biologically active data. | 15:02:16 |
| 3 | BY MS. CARTER: | 15:02:20 |
| 4 | Q.   And would you -- would it be | 15:02:20 |
| 5 | fair to say you'd only include this data if | 15:02:27 |
| 6 | you understood RIA to be a reliable method | 15:02:30 |
| 7 | for determining immunological activity? | 15:02:32 |
| 8 | MR. FLEMING:   Objection. | 15:02:35 |
| 9 | Beyond the scope of his report. | 15:02:37 |
| 10 | Mischaracterizes his testimony. | 15:02:38 |
| 11 | Asked and answered. | 15:02:39 |
| 12 | He told you he just included | 15:02:41 |
| 13 | the data because it was provided to | 15:02:44 |
| 14 | him. | 15:02:45 |
| 15 | He didn't say he was relying on | 15:02:45 |
| 16 | anything. | 15:02:47 |
| 17 | MS. CARTER:   Don't testify for | 15:02:47 |
| 18 | the witness. | 15:02:48 |
| 19 | MR. FLEMING:   You can't keep | 15:02:48 |
| 20 | asking him the same question because | 15:02:50 |
| 21 | you don't like his answer. | 15:02:51 |
| 22 | Have you anything to add to | 15:02:53 |
| 23 | your previous answers? | 15:02:54 |
| 24 | THE WITNESS:   No.   I -- | 15:02:56 |
| 25 | MR. FLEMING:   That's it. | 15:02:58 |