# EXHIBIT 16

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

    Plaintiff,

    v.                                Civil Action No.
                                    05-CV-12237-WGY
F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CONFIDENTIAL VIDEOTAPED

DEPOSITION OF RONALD W. MCLAWHON, M.D., PH.D.

SAN DIEGO, CALIFORNIA

MAY 17, 2007

(This transcript contains testimony designated confidential as per Section 5(c) of the Amended Protective Order. Please treat the entire transcript in accordance with the protective order.)

Reported by: Harry Alan Palter, CSR NO. 7708

McLawhon, Ronald W.  5/17/2007
CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   It could be immunologic | 09:10:24 |
| 2 | reactivity. | 09:10:31 |
| 3 | It could be biologic activity, | 09:10:32 |
| 4 | as measured by various methods -- a bioassay, | 09:10:35 |
| 5 | an in vitro assay. | 09:10:42 |
| 6 | Q.   Anything else? | 09:10:46 |
| 7 | A.   Those are the primary methods. | 09:10:46 |
| 8 | Q.   What methods would be used to | 09:10:51 |
| 9 | measure immunological reactivity? | 09:10:53 |
| 10 | A.   There are a variety of methods | 09:10:56 |
| 11 | at this point available. | 09:10:58 |
| 12 | Radioimmunoassay, historically. | 09:11:00 |
| 13 | More recently, enzyme-amino | 09:11:02 |
| 14 | assays or enzyme-linked amino assays. | 09:11:06 |
| 15 | There are chemoluminescent | 09:11:09 |
| 16 | amino assays available. | 09:11:12 |
| 17 | A variety of immunoassay | 09:11:14 |
| 18 | formats that can detect immunoreactive. | 09:11:18 |
| 19 | Q.   And when you say | 09:11:28 |
| 20 | "immunoreactive," what do you mean by | 09:11:29 |
| 21 | "immunoreactive"? | 09:11:31 |
| 22 | A.   That there's a specific epitope | 09:11:32 |
| 23 | or sequence, through three-dimensional | 09:11:39 |
| 24 | quaternary structure of erythropoietin that's | 09:11:46 |
| 25 | recognized by an antibody; an antibody that's | 09:11:49 |

McLawhon, Ronald W.  
CONFIDENTIAL  
5/17/2007

| | | |
|---|---|---|
| 1 | used as a reagent in those immunoassay | 09:11:54 |
| 2 | systems. | 09:11:58 |
| 3 |     Q.    The specific epitope that's | 09:12:01 |
| 4 | recognized, would that change, depending on | 09:12:03 |
| 5 | the antibody? | 09:12:07 |
| 6 |     A.    Yes, it could. | 09:12:07 |
| 7 |     Q.    Let's focus on RIA. | 09:12:13 |
| 8 |     What types of antibodies are | 09:12:18 |
| 9 | used in RIA assays? | 09:12:19 |
| 10 |     A.    Variety of antibodies are used. | 09:12:22 |
| 11 |     Polyclonal, monoclonal, | 09:12:26 |
| 12 | different species. | 09:12:28 |
| 13 |     Q.    And would those recognize | 09:12:32 |
| 14 | different epitopes? | 09:12:34 |
| 15 |     A.    They could. | 09:12:35 |
| 16 |     Q.    Would it make a difference | 09:12:39 |
| 17 | between the assays if they recognize | 09:12:40 |
| 18 | different epitopes? | 09:12:44 |
| 19 |     DR. FLOWERS:  Objection. | 09:12:45 |
| 20 |     Vague and ambiguous. | 09:12:45 |
| 21 | BY DR. CARSON: | 09:12:48 |
| 22 |     Q.    Well, would there be any impact | 09:12:48 |
| 23 | in comparing one radioimmunoassay to another | 09:12:50 |
| 24 | if you used two different antibodies that | 09:12:53 |
| 25 | recognize different epitopes? | 09:12:56 |

| | | |
|---|---|---|
| 1 | DR. FLOWERS: Objection. | 09:12:59 |
| 2 | Calls for speculation. | 09:12:59 |
| 3 | THE WITNESS: Again, I would be | 09:13:03 |
| 4 | speculating on that. I -- I just -- | 09:13:04 |
| 5 | BY DR. CARSON: | 09:13:07 |
| 6 | Q.  So you have no opinion, one way | 09:13:07 |
| 7 | or the other? | 09:13:12 |
| 8 | A.  (No audible response). | 09:13:12 |
| 9 | Q.  You have to answer audibly. | 09:13:12 |
| 10 | I'm sorry. | 09:13:13 |
| 11 | A.  Yes. | 09:13:14 |
| 12 | Q.  The -- now, the immunoreactive | 09:13:16 |
| 13 | assays that you named, do they tell you | 09:13:23 |
| 14 | anything about the biological activity of the | 09:13:26 |
| 15 | sample that you're measuring? | 09:13:28 |
| 16 | A.  Not directly, but they can | 09:13:29 |
| 17 | provide an indirect measure. | 09:13:35 |
| 18 | Q.  An RIA assay, does that tell | 09:13:37 |
| 19 | you anything about the biological activity of | 09:13:40 |
| 20 | the sample that you're measuring? | 09:13:42 |
| 21 | A.  Again, it can provide an | 09:13:46 |
| 22 | indirect measure. | 09:13:51 |
| 23 | Q.  And when you say "an indirect | 09:13:52 |
| 24 | measure," what do you mean? | 09:13:54 |
| 25 | A.  Any immunologic assay would be | 09:13:55 |

| | | |
|---|---|---|
| 1 | tied to the use of some type of standard or | 09:14:00 |
| 2 | calibrator. | 09:14:04 |
| 3 |     Most of those standards or | 09:14:05 |
| 4 | calibrators are, in fact, traceable back to a | 09:14:07 |
| 5 | biological assay. | 09:14:11 |
| 6 |    Q.   Now, when you say it's tied to | 09:14:17 |
| 7 | a standard or a calibrator, what do you mean? | 09:14:22 |
| 8 |    A.   There is erythropoietin | 09:14:24 |
| 9 | preparation that is used that has been | 09:14:29 |
| 10 | assayed, or tested, either directly in a | 09:14:31 |
| 11 | biological assay or bioassay, or against a | 09:14:37 |
| 12 | previous preparation that has been tested | 09:14:42 |
| 13 | against biological assays. | 09:14:45 |
| 14 |     So it's reference to that | 09:14:47 |
| 15 | material, and there's known activity | 09:14:49 |
| 16 | associated with that. | 09:14:52 |
| 17 |    Q.   And when that procedure is | 09:14:54 |
| 18 | done, what type of value does that give you? | 09:14:57 |
| 19 |     Is that what's referred to as | 09:15:00 |
| 20 | "specific activity"? | 09:15:02 |
| 21 |    A.   That's what -- no. | 09:15:02 |
| 22 |     That's what's referred to | 09:15:04 |
| 23 | typically as "units." | 09:15:06 |
| 24 |     Many times it's portrayed as | 09:15:07 |
| 25 | "units per milliliter." | 09:15:10 |

McLawhon, Ronald W.
CONFIDENTIAL                                    5/17/2007

| | | |
|---|---|---|
| 1 | Q.   Just so I -- | 09:15:12 |
| 2 | A.   Or "milliunits per milliliter." | 09:15:13 |
| 3 | Q.   And what does that "units per | 09:15:17 |
| 4 | milliliter" refer to? | 09:15:22 |
| 5 | A.   That would refer to that | 09:15:23 |
| 6 | preparation's ability to produce a certain | 09:15:25 |
| 7 | effect -- again, traceable, maybe directly in | 09:15:30 |
| 8 | a biological assay or traceable back to that | 09:15:36 |
| 9 | biological assay by looking at other | 09:15:40 |
| 10 | materials that have been compared to the | 09:15:42 |
| 11 | biological assay. | 09:15:45 |
| 12 | So typically, at this point, | 09:15:49 |
| 13 | most of these standards are traceable to a | 09:15:51 |
| 14 | World Health Organization preparation of some | 09:15:56 |
| 15 | type. | 09:16:07 |
| 16 | Q.   So it's traceable to a | 09:16:07 |
| 17 | biological activity? | 09:16:09 |
| 18 | A.   Hmm-hmm. | 09:16:09 |
| 19 | Q.   Now, would the biological | 09:16:17 |
| 20 | activity that the standards can be traced | 09:16:19 |
| 21 | to -- would that be the same in each case, | 09:16:23 |
| 22 | for every standard? | 09:16:25 |
| 23 | A.   Could you rephrase that | 09:16:26 |
| 24 | question? | 09:16:29 |
| 25 | Q.   I'm just trying to figure | 09:16:30 |

McLawhon, Ronald W.
CONFIDENTIAL
5/17/2007

| | | |
|---|---|---|
| 1 | out -- you said that the standard could be | 09:16:31 |
| 2 | traceable to a biological activity. | 09:16:34 |
| 3 |     A.    Hmm-hmm. | 09:16:36 |
| 4 |     Q.    So when you say that, what do | 09:16:37 |
| 5 | you mean that it can be traceable to a | 09:16:41 |
| 6 | biological activity? | 09:16:43 |
| 7 |     A.    This material has been tested | 09:16:45 |
| 8 | in some way, either directly or indirectly, | 09:16:50 |
| 9 | in a bioassay system, polycythemic mouse | 09:16:52 |
| 10 | system. | 09:16:57 |
| 11 |     Q.    And so what type of a number do | 09:16:58 |
| 12 | you get from that? | 09:17:01 |
| 13 |     Just units per -- | 09:17:03 |
| 14 |     A.    It would be units. | 09:17:04 |
| 15 |     Q.    -- units per ml? | 09:17:06 |
| 16 |     A.    Hmm-hmm. | 09:17:07 |
| 17 |     Q.    Now, you also said that -- what | 09:17:25 |
| 18 | types of assays would be available to | 09:17:35 |
| 19 | determine the biological activity of an | 09:17:37 |
| 20 | erythropoietin sample? | 09:17:41 |
| 21 |     A.    The classic one is the | 09:17:43 |
| 22 | polycythemic mouse. | 09:17:46 |
| 23 |     Q.    Are there any others? | 09:17:52 |
| 24 |     A.    That's the one that has been | 09:17:55 |
| 25 | used most often. | 09:17:58 |

| | | |
|---|---|---|
| 1 | Q.   And what units or what | 09:18:00 |
| 2 | designation would the activity that was | 09:18:05 |
| 3 | generated from a polycythemic mouse assay be | 09:18:08 |
| 4 | designated in? | 09:18:11 |
| 5 |        How would you refer to the | 09:18:14 |
| 6 | results that you would get from a | 09:18:15 |
| 7 | polycythemic mouse assay? | 09:18:16 |
| 8 |    A.   Again, it would be the use of | 09:18:19 |
| 9 | units. | 09:18:23 |
| 10 |    Q.   So it would be units per ml, | 09:18:23 |
| 11 | again? | 09:18:25 |
| 12 |    A.   It could be units per ml, yes. | 09:18:25 |
| 13 |    Q.   In running an RIA assay today, | 09:18:31 |
| 14 | in order to generate units per ml, would you | 09:18:53 |
| 15 | need to have a standard? | 09:18:59 |
| 16 |        DR. FLOWERS:  Objection. | 09:19:01 |
| 17 |        Vague and ambiguous. | 09:19:01 |
| 18 |        THE WITNESS:  Again, could you | 09:19:05 |
| 19 |    rephrase that question? | 09:19:06 |
| 20 | BY DR. CARSON: | 09:19:08 |
| 21 |    Q.   If you were running an RIA | 09:19:08 |
| 22 | assay today, in order to generate a measure | 09:19:10 |
| 23 | in units per ml, would you need to have some | 09:19:13 |
| 24 | sort of a standard to correlate your RIA | 09:19:15 |
| 25 | results against? | 09:19:18 |

McLawhon, Ronald W.  
**CONFIDENTIAL**  
5/17/2007

| | | |
|---|---|---|
| 1 | against. | 16:59:51 |
| 2 | So it could be in milligrams or | 16:59:51 |
| 3 | it could be grams. It could be millimoles, | 16:59:54 |
| 4 | too. | 16:59:58 |
| 5 | Q. If you ran an unknown against a | 16:59:59 |
| 6 | standard that was calibrated in terms of mass | 17:00:02 |
| 7 | and the urine in that sample was not pure, | 17:00:07 |
| 8 | would that give an accurate reading as to the | 17:00:11 |
| 9 | mass of the unknown? | 17:00:14 |
| 10 | A. So long as the material in | 17:00:16 |
| 11 | there is immunoreactive in the same way that | 17:00:18 |
| 12 | it is to the standard. | 17:00:21 |
| 13 | If it's not, then you | 17:00:25 |
| 14 | potentially would have an issue. | 17:00:27 |
| 15 | One makes the assumption that | 17:00:33 |
| 16 | whatever you're measuring is an unknown is | 17:00:35 |
| 17 | equally immunoreactive. You draw those | 17:00:38 |
| 18 | conclusions. | 17:00:44 |
| 19 | Q. Now, if these calibrations | 17:00:47 |
| 20 | we're talking about, are these already done | 17:00:50 |
| 21 | for you in connection with the type of kit | 17:00:53 |
| 22 | that you use to generate the results that | 17:00:54 |
| 23 | were provided in McLawhon Exhibit 1? | 17:00:57 |
| 24 | A. Yes. | 17:01:00 |
| 25 | Q. Okay. | 17:01:01 |

| | | |
|---|---|---|
| 1 | A.  The manufacturer supplies them | 17:01:02 |
| 2 | and assigns the values. | 17:01:06 |
| 3 | DR. CARSON:  I'll ask the | 17:01:31 |
| 4 | reporter to mark as Exhibit 27 a | 17:01:32 |
| 5 | publication by Dr. Sherwood and | 17:01:38 |
| 6 | Goldwasser entitled "Radioimmunoassay | 17:01:42 |
| 7 | For Erythropoietin." | 17:01:45 |
| 8 | (Exhibit 27 marked) | 17:01:47 |
| 9 | BY DR. CARSON: | 17:02:19 |
| 10 | Q.  Dr. McLawhon, the reporter's | 17:02:20 |
| 11 | placed before you what's been marked as | 17:02:22 |
| 12 | McLawhon Exhibit 27. | 17:02:26 |
| 13 | Is this a document you | 17:02:27 |
| 14 | considered in connection with coming to your | 17:02:28 |
| 15 | expert opinion reflected as McLawhon | 17:02:30 |
| 16 | Exhibit 18? | 17:02:37 |
| 17 | A.  Yes, it is. | 17:02:46 |
| 18 | Q.  What's reported in this paper? | 17:02:49 |
| 19 | A.  This is a description of the | 17:02:53 |
| 20 | radioimmunoassay for erythropoietin using | 17:03:01 |
| 21 | human urinary erythropoietin as the | 17:03:04 |
| 22 | immunogen. | 17:03:09 |
| 23 | And human erythropoietin as the | 17:03:12 |
| 24 | tracer and its primary standard. | 17:03:16 |
| 25 | Q.  Now, is this the -- was | 17:03:31 |

| | | |
|---|---|---|
| 1 | Dr. Goldwasser the individual who established | 17:03:38 |
| 2 | RIA to be used in assaying EPO samples? | 17:03:42 |
| 3 | A. He's one of the earlier | 17:03:48 |
| 4 | leaders, yes. | 17:03:50 |
| 5 | Q. If you could direct your | 17:04:21 |
| 6 | attention to McLawhon Exhibit 18 -- I'm | 17:04:23 |
| 7 | looking at paragraph 96. | 17:04:26 |
| 8 | You state there, "The unit was | 17:04:43 |
| 9 | originally designated by Dr. Goldwasser and | 17:04:45 |
| 10 | his colleagues to represent a selected amount | 17:04:49 |
| 11 | of erythropoietic activity, i.e., a certain | 17:04:51 |
| 12 | degree of erythropoietic response in a | 17:04:55 |
| 13 | 'starved' rat equivalent to the response | 17:04:58 |
| 14 | solicited by the administration of five | 17:05:01 |
| 15 | micromoles of cobaltous chloride." | 17:05:03 |
| 16 | So as designated by | 17:05:09 |
| 17 | Dr. Goldwasser, did the unit refer to | 17:05:13 |
| 18 | biological activity? | 17:05:17 |
| 19 | A. It was an arbitrary unit based | 17:05:18 |
| 20 | on the biological activity in the starved | 17:05:24 |
| 21 | rat, at that time. | 17:05:26 |
| 22 | It was later, then, adopted by | 17:05:28 |
| 23 | international committees as the standard -- | 17:05:30 |
| 24 | as the unit of measure that is subsequently | 17:05:33 |
| 25 | referenced in later publications. | 17:05:38 |

McLawhon, Ronald W.
CONFIDENTIAL
5/17/2007

| | | |
|---|---|---|
| 1 | So at some point, it started | 17:05:43 |
| 2 | out as an arbitrary unit because there was | 17:05:44 |
| 3 | nothing prior to that, and then this became | 17:05:47 |
| 4 | the definition for the unit -- now it was | 17:05:48 |
| 5 | accepted as a convention for biological | 17:05:52 |
| 6 | activity. | 17:05:54 |
| 7 | Q.    You go on to state, however, | 17:05:56 |
| 8 | once that unit was agreed upon by the | 17:05:58 |
| 9 | international community to represent an EPO | 17:05:59 |
| 10 | activity or concentration in an RIA in vitro | 17:06:03 |
| 11 | or in vivo bioassay, it was no longer | 17:06:05 |
| 12 | arbitrary and misleading to call it | 17:06:09 |
| 13 | arbitrary. | 17:06:12 |
| 14 | What's the difference between | 17:06:12 |
| 15 | an EPO activity or a concentration in an RIA? | 17:06:13 |
| 16 | A.    There would be no difference. | 17:06:16 |
| 17 | You're talking about a | 17:06:20 |
| 18 | concentration measure that's representing | 17:06:21 |
| 19 | activity per units of volume, units in | 17:06:25 |
| 20 | milliliters or liters, if you look at the | 17:06:28 |
| 21 | publication. | 17:06:34 |
| 22 | So it is a concentration | 17:06:37 |
| 23 | measure, in this case, using the reference | 17:06:39 |
| 24 | standard material that was in units. | 17:06:42 |
| 25 | Q.    So "EPO activity" or | 17:06:45 |

| | | |
|---|---|---|
| 1 | "concentration in RIA" refer to the same | 17:06:49 |
| 2 | thing? | 17:06:50 |
| 3 | A.    Hmm-hmm. | 17:06:50 |
| 4 | Q.    Now, if you could direct your | 17:06:57 |
| 5 | attention back to McLawhon Exhibit 27, the | 17:06:59 |
| 6 | second page, which is page 866, under | 17:07:04 |
| 7 | "Bioassay Methods." | 17:07:11 |
| 8 | The last line of that section | 17:07:14 |
| 9 | says, "A unit of EPO is defined as the | 17:07:16 |
| 10 | activity contained in 1/10 of an ampule of | 17:07:19 |
| 11 | the international reference preparation." | 17:07:22 |
| 12 | What does that refer to? | 17:07:25 |
| 13 | A.    (Examining document) This would | 17:07:35 |
| 14 | be 1/10 the ampule of the international | 17:08:01 |
| 15 | reference preparation and, and at that time, | 17:08:04 |
| 16 | that would be the -- it would be the second | 17:08:08 |
| 17 | international reference preparation. | 17:08:14 |
| 18 | Q.    So that's referring to the | 17:08:17 |
| 19 | second international reference preparation? | 17:08:19 |
| 20 | And that international | 17:08:25 |
| 21 | reference preparation -- strike that. | 17:08:27 |
| 22 | So when Dr. Goldwasser stated | 17:08:38 |
| 23 | that a unit of EPO is defined as the activity | 17:08:41 |
| 24 | contained in 1/10 of an ampule of the | 17:08:44 |
| 25 | international reference preparation, isn't he | 17:08:47 |

| | | |
|---|---|---|
| 1 | defining unit as "activity"? | 17:08:50 |
| 2 | A. Restate that. | 17:09:00 |
| 3 | Q. Doesn't this statement say that | 17:09:03 |
| 4 | a unit of erythropoietin is defined as the | 17:09:05 |
| 5 | activity of the erythropoietin? | 17:09:08 |
| 6 | A. It is the activity, and it's in | 17:09:12 |
| 7 | the bioassay. | 17:09:14 |
| 8 | Q. So unit used in the bioassay | 17:09:19 |
| 9 | measures the activity in the EPO? | 17:09:22 |
| 10 | A. In this particular instance, | 17:09:24 |
| 11 | yes. | 17:09:26 |
| 12 | They also use the terminology | 17:09:27 |
| 13 | for units for the radioimmunoassay. | 17:09:29 |
| 14 | Q. What antibodies were used in | 17:09:57 |
| 15 | this paper in the radioimmunoassay? | 17:09:59 |
| 16 | A. Dr. Goldwasser's? | 17:10:02 |
| 17 | Q. Yes. | 17:10:07 |
| 18 | A. The Sherwood and Goldwasser | 17:10:08 |
| 19 | paper? | 17:10:10 |
| 20 | Q. What's been marked as McLawhon | 17:10:11 |
| 21 | Exhibit 27. | 17:10:14 |
| 22 | A. If you go under the | 17:10:14 |
| 23 | immunization paragraph on page -- is it 886. | 17:10:19 |
| 24 | "Antibodies to EPO were raised | 17:10:24 |
| 25 | in four male New Zealand white rabbits." | 17:10:31 |