# EXHIBIT 18

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE, LTD., ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE, INC. <br><br> Defendants. | Civil Action No. 05-CV-12237 WGY <br><br> **CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

<u>**EXPERT REPORT OF DR. ROBERT LANGER**</u>

# REDACTED

31448554.DOC

**REDACTED**

    **B.**    **The Lin patents do not describe or enable a PEG-modified protein having in vivo erythropoietin-like activity that is therapeutically useful**

        **(1)**    **Lack of support in the specification**

        62.    I have reviewed the Lin patents, and it is my opinion that they do not enable a person of skill in the art to produce a PEG modified protein having in vivo erythropoietin-like activity that is therapeutically useful, through routine experimentation. In addition, in my opinion, the Lin patents do not convey to a person of ordinary skill in the art that

the inventor was in possession of a PEG modified protein having in vivo erythropoietin-like activity that is therapeutically useful.

**REDACTED**

Dated April 6, 2007

_____
Robert Langer, Sc.D.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) by email and overnight mail on the below date.

Lloyd R. Day, Jr. (*pro hac vice*)
David A. Madrid (*pro hac vice*)
Linda A. Sasaki-Baxley (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO#542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Kevin M. Flowers (*pro hac vice*)
Thomas I. Ross (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

/s/ Brooke Borel
Brooke Borel
April 6, 2007