# EXHIBIT 19

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>HOECHST MARION ROUSSEL, INC.<br>   and<br>TRANSKARYOTIC THERAPIES, INC.,<br><br>            Defendants. | Civil Action No.: 97-10814-WGY<br><br>**CONFIDENTIAL**<br>**SUBJECT TO**<br>**PROTECTIVE ORDER**<br><br>**FILED UNDER SEAL** |

# DECLARATION OF JEFFREY K. BROWNE, Ph.D.

Trial Exhibit AVE
97-10814-WGY

AM670190151      AM-ITC 00974818

## DECLARATION OF JEFFREY K. BROWNE Ph.D.

I, **Jeffrey K. Browne**, declare under penalty of perjury under the laws of the United States of America that all statements made herein of my own knowledge, are true and correct, and that all statements made on information or belief are believed to be true and correct:

1.  I received my B.A. degree in Biology from the University of California at San Diego in the United States of America in 1974. After working a year at the Salk Institute as a Laboratory technician doing various types of general molecular biology work such as isolating DNA and RNA and restriction mapping, I entered the Ph.D. program at the Molecular Biology Institute at the University of California, Los Angeles in 1975. I completed my thesis work in October 1981 and my Ph.D. degree in Molecular Biology was awarded in early 1982. Annexed hereto and marked **Exhibit JKB-1** is my curriculum vitae which includes a list of the publications that I have authored or co-authored, many of which relate to recombinant erythropoietin.

2.  I joined Amgen on October 12, 1981 as a Research Scientist and was continuously employed by Amgen until I retired in January 1998. At that time, I held the position of Senior Director of Product Development after serving for some time as Laboratory Head of Molecular Cell Biology, Manager of Product Development, and Director of Product Development. From 1983 through July 1997, I worked on and had been involved with the development and production of human erythropoietin at Amgen through use of recombinant DNA technology. Specifically, I was responsible for the expression and production of erythropoietin from mammalian cells. In November 1984, I became the leader for the erythropoietin product development team at Amgen and continued in that capacity until July of 1997. In that role, I was involved in all aspects of the development of Amgen's erythropoietin products including laboratory research, clinical research, manufacturing process development, and preparation of regulatory license applications.

3.  I am familiar with the content of United States Patent No. 5,621,080 ("the '080 patent"). Example 10 of the '080 patent describes methods of producing human erythropoietin by recombinant expression of the DNA sequence set forth in Figure 6 of the patent. As the

former erythropoietin team leader, I am also familiar with the production of human erythropoietin at Amgen since Amgen began its large scale production in 1985. The erythropoietin made and sold by Amgen and its licensees world-wide is, and always has been, produced according to Example 10 of the '080 patent, using a CHO cell line selected from the original population of cells created and described in that Example. This erythropoietin product is a glycoprotein with a 165 amino acid sequence polypeptide backbone. The amino acid sequence of this erythropoietin product is the amino acid sequence set forth as +1 to 165 in Figure 6 of the '080 patent.

Executed on September 28, 1999 in Ventura County, California.

*Jeffrey K. Browne*
Jeffrey K. Browne, Ph.D.

AM670190153                                                    AM-ITC 00974820

Exhibit JKB-1

# CURRICULUM VITAE

## Jeffrey King Browne

**Address:**   1244 Calle Aurora
Camarillo, CA 93010
(805) 484-8320

**Biographical:**

| | |
|---|---|
| Birthplace: | Los Angeles, California |
| Birthday: | January 29, 1952 |
| Marital Status: | Married, three children |
| Citizenship: | United States |

**Education:**

Ph.D. 1981 Molecular Biology, Molecular Biology Institute, University of California at Los Angeles, Los Angeles, California.

Ph.D. Thesis Title, "Sequences of Cloned Mammalian Genes and Their Study by DNA-Medicated Gene Transfer into Living Animals."

B.A. 1974 Biology, University of California at San Diego, La Jolla, California, "With High Honors".

**Scholarships:**

N.I.H. Genetics Training Grant, 1977-1980
N.I.H. Molecular Biology Training Grant, 1975-1977

**Professional Experience:**

| | |
|---|---|
| 10/1981-1986: | Research Scientist; Amgen Inc. |
| 1986-12/87: | Department Head, Molecular Cell Biology; Amgen Inc. |
| 12/87-1/89: | Manager, Product Development; Amgen Inc. |
| 2/89-11/95: | Director, Product Development; Amgen Inc. |
| 11/95-1/98: | Senior Director, Product Development, Amgen Inc. |
| 1/98 - present: | Independent Consultant: Pharmaceutical Product Development |

## PUBLICATIONS:

Salser W, Browne JK, Clarke P, Heindell H, Higuchi R, Paddock G, Roberts J, Studnicka G and Zakar P (1976). Determination of Globin mRNA Sequences and their Isolation into Bacterial Plasmids. Prog. Nucl. Acids Res. 19, 177-204.

Browne JK, Paddock GV, Liu A, Clarke P, Heindell HC and Salser W (1977). Nucleotide Sequences from Rabbit Beta Globin Gene Inserted into Escherichia coli Plasmids. Science 195, 389-391.

Cummings IW, Browne JK, Salser WA, Tyler GV, Snyder RL, Smolec JM and Summers J (1980). Isolation, Characterization and Comparison of Recombinant DNAs Derived from the Human Hepatitis B and Woodchuck Hepatitis Virus Genome. Proc. Natl. Acad. Science U.S.A. 77, 1842-1846.

Cline MJ, Stang H, Mercola K., Morse L, Ruprecht R, Browne J and Salser W (1980). Gene Transfer in Intact Animals. Nature 284, 422-425.

Mercola KC, Stang HD, Browne JK, Salser W and Cline MJ (1980). Insertion of a New Gene of Viral Origin into Bone Marrow Cells of Mice. Science 208, 1033-1035.

Salser W, Tong BD, Stang HD, Browne JK, Mercola K, Bar-Eli M and Cline MJ (1981). Gene therapy techniques: Use of Drug Resistance Selections in Intact Animals to Insert Human Globin Genes into Bone-marrow Cells of Living Mice. In Organization and Expression of Globin Genes, Vol. II (ed. G. Stamatoyannopoulos and A. Nienhuis), 313-334. Alan R. Liss, Inc. New York N.Y.

Higuchi R, Stang HD, Browne JK, Martin MO, Huot M, Lipeles J and Salser W (1981). Human Ribosomal RNA Gene Space Sequences are Found Interspersed Elsewhere in the Genome. Gene 15, 177-186.

Burnette WN, Samal B, Browne JK, Fenton D and Bitter GA (1984). Production of Hepatitis-B Recombinant Vaccines. In Modern Approaches to Vaccines: Molecular and Chemical Basis of Virus Virulence and Immunogenicity; Symposium, Cold Spring Harbor, N.Y. (ed. Chanock RM and Lerner RA), 245-250. Cold Spring Harbor, New York.

Hu S, Bruszewski J, Smalling R and Browne JK (1985). Studies of TGEV Spike Protein gp195 Expressed in E.coli and by a TGE-Vaccine Virus Recombinant. Adv. Exp. Med. Biol. 185, 63-82.

Egrie JC, Browne JK, Lai P and Lin F-K (1985). Characterization of Recombinant Monkey and Human EPO. Prog. Clin. and Biol. Res. 191, 339-350.

Lin F-K, Suggs S, Lin C-H, Browne JK, Smalling R, Egrie JC, Chen KK, Fox GM, Martin F, Stabinsky Z, Badrawi SM, Lai PH and Goldwasser E (1985). Cloning and Expression of the Human Erythropoietin Gene. Proc. Natl Acad. Sci. USA. 82, 7580-7584.

AM670190155                                                                                          AM-ITC 00974822

Dukes PP, Egrie JC, Strickland, TW, Browne JK and Lin F-K (1985). Megakaryocyte Colony Stimulating Activity of Recombinant Human and Monkey Erythropoietin. Prog. on Clin. and Biol. Res. 215, 105-119.

Kaetzel DM, Browne JK, Wondisford F, Nett TM, Thomason AR and Nilson, J.H. (1985). Expression of Biologically Active Bovine Luteinizing Hormone in Chinese Hamster Ovary Cells. Proc. Natl Acad. Sci. USA. 82, 7280-7283.

Burnette WN, Samal B, Browne JK and Bitter GA (1985). Properties and Relative Immunogenicity of Various Preparations of Recombinant DNA-derived Hepatitis B Surface Antigen. Dev. Biol. Stand. 59, 113-120.

Lin F-K, Lin C-H, Lai PH, Browne JK, Egrie JC, Smalling R, Fox GM, Chen KK, Castro M and Suggs S (1986). Monkey erythropoietin gene: Cloning, Expression and Comparison with the Human Erythropoietin Gene. Gene, 44, 201-209.

Egrie JC, Strickland TW, Lane J, Aoki K, Cohen AM, Smalling R, Trail G, Lin F-K, Browne JK, and Hines DK (1986). Characterization and Biological Effects of Recombinant Human Erythropoietin. Immunobiology, 172, 213-224.

Browne JK, Cohen AM, Egrie JC, Lai PH, Lin F-K, Strickland T, Watson E and Stebbing N (1986). Erythropoietin: Gene Cloning, Protein Structure, and Biological Properties. Cold Spring Harbor Symposia on Quantitative Biology 51, 693-702.

Eschbach JW, Egrie JC, Downing MR, Browne JK and Adamson JW (1986). Recombinant Human Erythropoietin (rHuEPO): Effect in End-stage Renal Disease (ESRD). Kidney International Supplement.

Eschbach JW, Egrie JC, Downing MR, Browne JK and Adamson JW (1986). Correction of the Anemia of End-stage Renal Disease with Recombinant Human Erythropoietin: Results of a Phase I-II clinical trial. New England Journal of Medicine 316, 73-78.

Lin F-K, Lai PH, Browne JK, Egrie JC and Suggs S (1987). Cloning and Expression of Human and Monkey Erythropoietin Genes. In Selected Topics in Molecular Endocrinology, Oxford University Press.

Vapnek, D., Egrie JC, Browne JK, Lai P, Lin, F., Arakawa, T., and Strickland TW (1988). Comparative Studies of Natural and Recombinant Human Erythropoietin. Banbury Report 29: Therapeutic Peptides and Proteins: Assessing the New Technologies. Cold Spring Harbor Laboratory. pp 241-256.

Adamson W, Egrie JC, Browne JK, Downing MR and Eschbach W (1988). The Use of Recombinant Human Erythropoietin (EPO) to correct the anemia of end-stage renal disease: a progress report. Behring Inst. Mitt. #83, 188-92.

Levine EA, Rosen AL, Gould SA, Sehgal LR, Egrie JC, Browne JK, Sehgal HL and Moss GS (1988). Recombinant Human Erythropoietin and Autologous Blood Donation. Surgery 104, 365-369.

AM670190156                                                                                          AM-ITC 00974823

Eschbach JW, Downing MR, Egrie JC, Browne JK and Adamson JW (1989). USA Multicenter Clinical Trial with Recombinant Human Erythropoietin (Amgen): Results in Hemodialysis Patients. Contr. Nephrol. 76, 160-165

Colley KJ, Lee EU, Adler B, Browne JK and Paulson JC (1989). Conversion of a Golgi Apparatus Sialyltransferase to a Secretory Protein by Replacement of the NH2-Terminal Signal Anchor with a Signal Peptide. J. Biol. Chem. 264, 17619-17622.

Eschbach JW, Abdulhadi MH, Browne JK, Delano BG, Downing MR, Egrie JC, Evans RW, Friedman EA, Graber SE, Haley NR, Korbet S, Krantz SB, Lundin AP, Nissenson AR, Ogden DA, Paganini EP, Rader B, Rutsky EA, Stivelman J, Stone WJ, Teschan P, Van Stone JC, Van Wyck DB, Zuckerman K and Adamson JW (1989). Recombinant Human Erythropoietin in Anemic Patients with End -Stage Renal Disease: Results of a Phase III Multicenter Clinical Trial. Annals of Internal Medicine. 111, 992-1000.

Evans RW, Rader B, Diane L, Mannien DL and the Cooperative Multicenter EPO Clinical Trial Group. (Eschbach JW, Browne JK, Delano BG, Downing MR, Egrie JC, Fried W, Friedman EA, Haley NR, Korbet SM, Krantz SK, Lundin AP, Nissenson AR, Ogden DA, Paganini EP, Rutsky, EA, Stivelman J, Stone WJ, Teschan P, Van Stone JC, Van Wyck DB, Zuckerman K and Adamson JW) (1990). The Quality of Life of Hemodialysis Patients Treated with Recombinant Human Erythropoietin. J.A.M.A. 263, 825-830.

Browne JK, Cohen AM, Egrie JC, Lai PH, Ling F-K, Strickland T, Watson E, Stebbing N (1990). In Erythropoietin: Gene Cloning, Protein Structure and Biological Properties. Toronto: MES Medical Education Services, 1-12.

Egrie, JC, Browne, JK (1991). The Molecular Biology of Erythropoietin, In: Erythropoietin: Molecular, Cellular and Clinical Biology, pp. 21-40 (eds. AD Erslev, JW Adamson, JW Eschbach and CG Winearls), The John Hopkins Univ. Press, Baltimore and London.

Eschbach JW, Egrie JC, Downing MR, Browne JK, Adamson, JW (1991). The Safety of Epoetin-Alpha: Results of Clinical Trials in the United States. In: Erythropoietin in Renal and Non-Renal Anemias. Contributions to Nephrology (ed. Gurland HJ, Moran J, Samtleben W, Scigalla P, Weiczorek L), 88:72-80. Basel, Karger, Switzerland.

Lubiniecki AS, Anumula K, Callaway J, L'Italien J, Oka M, Okita B, Wasserman G, Zabriskie D, Arathoon R, Builder S, Garnick R, Wiebe, Browne J (1991). Effects of Fermentation on Product Consistency. Development of Biological Standardization. Vol. 76, pp. 105-115. Karger, Basel.

Shoreibah M, Perng GS, Adler B, Weinstein J, Basu R, Cupples R, Wen DZ, Browne JK, Buckhalts P, Fregien N, Pierce M (1993). Isolation, Characterization, and Expression of a cDNA Encoding N-Acetylglucosaminyltransferase-V. J. of Biol. Chem., 268, 15381-15385.

Chen L, Zhang N, Adler B, Browne J, Freigen N, Pierce M (1995). Preparation of antisera to recombinant, soluble N-acetylglucosaminyltransferase V and its visualizaztion in situ. Glycoconjugate Journal, 12: 813-823.

4

Cowgill, LD, James, KM, Levy, JK, Browne, JB, Miller, A, Lobingier, RT, and Egrie, JC, (1998). Use of Recombinant Human Erythropoietin for Management of Anemia in Dogs and Cats with Renal Failure. J. Amer. Veterinary Medicine Assoc. 212, 521-528

Besarab, A, Bolton, WK, Browne, JK, Egrie, JC, Nissenson, AR, Okamoto, DM, Schwab, SJ, Goodkin, DA (1998). The Effects of Normal Versus Anemic Hematocrit on Hemodialysis Patients with Cardiac Disease. N. Engl. J. Med. 339, 584-590.

Cowgill, LD, Neal LA, Browne JK, Miller A, Egrie JC (1997). Antigenicity of Recombinant Erythropoietin in Normal Dogs. J of Veterinary Medicine. In press.

Macdougall, IC, Gray, SJ, McEvoy, O, Breen, C, Jenkins, B, Browne, J, Egrie, J (1999). Comparison of the Pharmacokinetics of Novel Erythropoiesis Stimulating Protein (NESP) and Epoetin alfa (rHuEPO) in Dialysis Patients. J. Amer. Soc. Nephrology. In press.


**ABSTRACTS:**

Lin F-K, Smalling R, Egrie J, Lin C-H, Browne JK, Suggs S, Banks A, Lau E, Peters M, Elliott S and Zsebo K (1984). Functional Expression of the Human and Monkey Erythropoietin Gene. Lymphokine Rsch. 3, 255.

Lin F-K, Lin C-H, Suggs S, Lai PH, Smalling R, Browne JK, Egrie J, Wang FF and Goldwasser E (1984). Cloning and expression of Monkey and Human Erythropoietin Gene. Exp. Hematol. 12, 357.

Egrie J, Lane J, Lin F-K, Browne JK, Smalling R, Bradley C and Dukes PP (1984). Characterization of Recombinant Human and Monkey Erythropoietin. 10th Annual Fredrick Stohlman Memorial Symposium on Stem Cell Physiology, Boston.

Egrie JC, Strickland T, Lane J, Aoki K, Smalling R, Trail G, Browne JK, Hines D and Cohen A (1985). Characterization of Pure Human Recombinant Erythropoietin. Exp. Hematol. 13, 458.

Dukes PP, Egrie JC, Strickland TW, Browne JK and Lin F-K (1986). In vitro & In vivo Megakaryocytopoietic Effects of Recombinant Erythropoietin. Exp. Hematol. 14, 469.

Kaetzel DM, Nett TM, Browne JK, Thomason AR and Nilson JH (1986). Selective Amplification of the Alpha-Subunit Gene Stimulates Production of Bovine Luteinizing - Hormone in Stably Transfected CHO Cells. J. Cell Biol. 103, 163.

Eschbach JW, Egrie JC, Browne JK, Downing MR and Adamson JW (1986). Recombinant Human Erythropoietin (rHuEPO): Effect in End-stage Renal Disease (ESRD). 5th International Capri Conference on Uremia, Sept. 17-20, 1986.

Adamson JW, Egrie JC, Downing MR, Browne JK and Eschbach JW (1986). Correction of the Anemia of End-stage Renal Disease (ESRD) with Recombinant Human Erythropoietin

AM670190158

AM-ITC 00974825

(rHuEPO): Results of a Phase I-II clinical trial. Amer. Soc. Hematology, Dec. 1986, San Francisco, CA. Blood.

Eschbach JW, Egrie JC, Downing MR, Browne JK and Adamson JW (1986). Correction of the Anemia of End-stage Renal Disease (ESRD) with Recombinant Human Erythropoietin (rHuEPO): Results of a Phase I-II Clinical Trial. Kidney International 31, 198.

Evens, RP, Dinarello, CA, Browne, J, and Fenton, D (1993). Biotechnology and clinical medicine part two: Clinical use of biologicals. J. Hospital Practice.

Cowgill, LD, Neal, L, Egrie, J, Browne, J, Miller, A (1994). Antigenicity of Recombinant Human erythropoietin (r-HuEPO) in Normal Dogs. American College of veterinary Internal Medicine. 12th Annual Veterinary Medicine Forum, June 1994, San Francisco, CA.

AM670190159

AM-ITC 00974826