## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br> )<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, )<br>and HOFFMANN-LA ROCHE INC., )<br> )<br>          Defendants. )<br> )<br> ) | CIVIL ACTION No.: 05-cv-12237WGY |

**STIPULATION REGARDING CONFIDENTIAL ROCHE DOCUMENTS
SUBMITTED BY AMGEN FOR *IN CAMERA* REVIEW ON JUNE 15, 2007
IN CONNECTION WITH AMGEN'S MOTIONS FOR SUMMARY JUDGMENT
OF INFRINGEMENT AND ON THE ANTITRUST AND STATE LAW
COUNTERCLAIMS**

Plaintiff Amgen Inc. ("Amgen") and Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") (collectively, "the parties") stipulate and agree as follows:

1.    Amgen submitted confidential Roche documents to the Court for *in camera* review on June 15 which correspond to Exhibits 1-25, 27-29, 32, 34-39, 41-59, 61-63, and 65-69 of Amgen's Declaration of Katie J.L. Scott in Support of Plaintiff Amgen Inc.'s Motion for Summary Judgment of Infringement of '422 Claim 1, '933 Claim 3, and '698 Claim 4 (Docket No. 514) and the confidential versions of Amgen's memorandum of law (Docket No. 511), statement of undisputed facts (Docket No. 512), and declaration of Harvey F. Lodish (Docket No. 513).

2.	The parties agree to extend the time for Roche to file a motion to file under seal documents containing Roche's confidential and trade secret materials relating to the motion for summary judgment of infringement, which are referenced in Paragraph 1 above, until June 28, 2007.

3.	In addition, Amgen submitted confidential Roche documents to the Court for *in camera* review on June 15 which correspond to Exhibits 2, 4-18, 20-22, 24-37, and 39-42 of Amgen's Declaration of James M. Fraser in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims (Docket No. 521), and confidential versions of Amgen's memorandum of law (Docket No. 519) and statement of undisputed facts (Docket No. 520).

4.	The parties agree to extend the time for Roche to file a motion to file under seal documents containing Roche's confidential and trade secret materials relating to the motion for summary judgment on the antitrust and state law counterclaims, which are reference in Paragraph 3, until June 29, 2007.

Dated:  June 21, 2007
       Boston, Massachusetts

Respectfully submitted,

PLAINTIFF AMGEN INC.

*By its Attorneys,*

Of Counsel:
Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-5000

/s/  Patricia R. Rich
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO #640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. (*pro hac vice*)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100
Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

DEFENDANTS F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

/s/  Keith E. Toms
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Keith E. Toms
Keith E. Toms

03099/00501 689970.1