# EXHIBIT 2

p. 1

Mike Braun + Mary Bek -

Thought that the simplest thing to do was to xerox the relevant expts. for you out of our notebooks. Hope that everything is clear. Please let me know if I can answer any questions or help.

I will be leaving for Japan 11/7 + returning 11/18. Will be in lab 11/19. Jeri Lane + Dan Vapnek have any necessary phone number where I can be reached.

Jeri Lane is very familiar c the data provided (much of it is hers) and can answer any questions if necessary. Her extension is — 186 - 324
office - 319
or 322

Joan Egrie

AM 27 052177A
CONFIDENTIAL

TRIAL EXHIBIT
NQE
97-10814 WGY

Trial Exhibit 2400
97-10814-WGY

10/31/84

_Joan Egrie_ — will be sending the following:

Pkg — diffs between Toyo's mcbdy & Egrie's
did not recognize fragment
Immunodot blot was performed.

w Nov 7th —
Back Nov 19th from Japan

Purchased sample of Weintraub antibody.
Board protocol sheet → ref
EPO recognized by both mcbdy.
Fragment ·· by only Egrie

Update antibody pipeline city → use for CIP.
Goldwasser — Lot 8.2 does not look close.

Things requested by MFB

Probably F. Express by K. Wms.

AM 27 052177B
CONFIDENTIAL



DEPOSITION
EXHIBIT
SZA
EGRIE

Difti' EXHIBIT 52
FOR I.D. 10-5-99
RUTH C. MOORE, CSR #8444
WITNESS

TRIAL EXHIBIT
NW
97-10814 WGY

EGRIE

INPUT

CONFIDENTIAL
A 95573

P.2

Differences Between Tania's <u>monoclonal</u> Antibody BE-11 + Our α-Amino terminal MCA

① Tania's BE-11 does not recognize the 20-mer peptide when it is spotted at varying concentrations on nitrocellulose. It does, however, recognize EPO
Our ab recognizes both ∴ monoclonal antibodies must be recognizing different epitopes on EPO as assayed by dot immunoblots

TITLE _____  Book No. _____  65

From Page No. _____
10/25/84
Prewet the filter in 0.5M Tris. Allow to air dry
Spot as below. Allow to air dry

[diagram of spots]
1 λ / spot
peptide
20mer EPO
3 µg EPO
1 µg EPO
EPO

Blocked in PBS + 10% HS overnight or HS overnight
Incubated with 3 concentrations of two different antibodies
[Our # PA3 -#10 (1.33 mg/ml) and Tania's Ab (1.77 mg/ml)]
used at 25 µg/ml, 5 µg/ml, and 10µg/ml. Ab was
diluted in PBS + 5% HS (our mcA) or 5% HS (Tania's Ab)
containing the usual 5% glu, PMSF and Na azide. The incubation
was allowed to go overnight.
Wash 3x in PBS - pH 7.6
Add biotinylated secondary Ab - either horse or mouse (our mcA) or rabbit α rat [Tania's Ab] in 5% horse or rat ser
Incubate 1 hr.
Wash 3x in PBS - pH 7.6
Add ABC - incubate 1 hr.
Wash 3x in PBS
Add color development reagent.

Results: (cover for blots and xerox)
Background is virtually non-existent. Blots look beautiful.
This may be due to increased time of block or new color reagent
The controls (minus primary Ab) are totally negative. Our mcA
reacts with all 3 concentrations of 20-mer as well as the 3µg
& 9µg EPO spots. This is similar to what was seen for PBS +5µg
9. where higher [Ab] was used the 0.3µg spot has been seen. Tania's Ab
reacts with the 3µg and 3µg EPO also - although a little weaker than
our Ab - but shows absolutely no reaction with any 20-mer
spot at any of Ab concentrations tested

Witnessed & Understood by me,   Date   Invented by   Date

CONFIDENTIAL
A 95574

CONFIDENTIAL

P.3

10/22/84 Immune Blots → 663 p.65



Pattern

Amgen Ab

Protein-A
Sepharose +10
mcA

25 ug/ml          15 ug/ml          10 ug/ml

No primary Ab

Controls

Cannot filters to show
that the presence of
primary ab (ie 3C-11
our mcA) is requisit
recognition of the pepid
Epo. Since our mcA i
mock lysate + Tania's
rat/mouse factor, we i
to use different second
reagents to develop n
filters..., this c
became quite imp

Tania's
mcA 3F-11

25 ug/ml          15 ug/ml          10 ug/ml          No primary Ab

13  Same result is true when 20-mer pepide is used to coat wells of a
microtiter dish + either Tania's ab or our ab is used at 1 onc. This ELISA assay
also shows there is no recognition of 20-mer by 3F-11

(over)

B 00?303

CONFIDENTIAL

CONFIDENTIAL
A 95575

P.4

ELISA using Tania's ab on plate - 6 min reading
ELISA using ____ EPO on plate - 8 min reading

2D8 = o—o = 20 nm on plate
2D8 = •—• = EPO on plate

BF-11    o—o = 20 nm on plate
BF-11    o—o = EPO on plate

(3) Besides the fact that the 2 MCAs recognize different epitopes there are 2 other differences between them:

Put this actually here →

a) Tania's BF-11 is much less efficient at pulling EPO out of soln. when the ab is immobilized on an elisa plate compared to our RICA

b) Tania's BF-11 is only poorly recognized by protein A where as our ab is recognized = much greater efficiency when the pH is increased to 8.2   Tania's ab was made by immunizing rats not mice & this probably accounts for the difference

CONFIDENTIAL

CONFIDENTIAL
A 95576

P.5.

II. Antipeptide Antibodies

a) 1-20 aa (covered in other patent)
   rich hour)
   Rabbit α peptide sera

B

b) 41-52 aa = Omer
   - Day ① Inject - primary immunization = 3.5 mg peptide/rabbit (uncrosslinked) + Freund's adjuvant - complete
   - Day ④ Inject - 1ˢᵗ boost = 2 mg peptide/rabbit - uncrosslinked + Freund adjuvant - incomplete
   - Day ㉘ Inject - 2ⁿᵈ boost = 2 mg peptide/rabbit - uncrosslinked Freund's adjuvant - complete
   - Day ㉚ Test bleed #1
   - Day ㉝ Inject - 3ʳᵈ boost = 1.5 mg peptide/rabbit (uncrosslinked) + Freund's adjuvant - incomplete
   - Day ㊹ Test bleed 2    Rabbit #1= barely detectable titer vs EPO
        Rabbit #2 = no titer vs EPO
        Rabbit #3 = reasonable titer vs EPO and a good boost in titer from the first test bleed.

        This is how far we've gotten to date.

c) aa 116-128 = Bmer
   Inject multiple times into rabbits - no positive test bleeds which →
        Sera will react with the peptide used for the immunization, but will not cross react c̄ ¹²⁵I-EPO. This sequence probably does not exist on the surface of native EPO, ~~~~~ which may be the reason we cannot obtain cross-reacting antisera.
        - All animals have been sacrificed, we have no further plans for restarting additional animals.

d) aa 144-166 = 23-mer c̄ C-terminus of the protein
   Day ① - HL injection - 6.3 mg peptide/rabbit,? uncrosslinked + Freund complete
   Day ④ - 1ˢᵗ boost - 3.15 "           incomplete
   Day ㉘ - 2ⁿᵈ boost - 3.15 "
   Day ㉚ - 1ˢᵗ test bleed - All ANIMALS ARE POSITIVE vs ¹²⁵I-EPO
   Day ㉝ - 3ʳᵈ boost - 3.15 mg peptide/rabbit uncrosslinked + Freund's incomplete
   Day ㊹ - 2ⁿᵈ test bleed - NO increase in titer vs ¹²⁵I-EPO

        Test bleed ① sera has been used in radioimmunoprecipitation.
          It will immunoprecipitate ¹²⁵I-EPO
        Test bleed ① sera has been used in a Western + can detect EPO.
          See attached page.

CONFIDENTIAL
A 95577

**CONFIDENTIAL**

AM670220435                                    AM-ITC 01005102

Project No._____
Book No._____

TLE

5a

From Page No. 68



CONFIDENTIAL

CONFIDENTIAL
A 95578

Conclusions - CHO ⑧ + Lot 82 Same size, although CHO is very heterogeneous. On + ENDO F, Lot 82 gives 1 band & only 1 faint lower MW band, whereas CHO → 3 bands. Intensity lower one is less than higher MW band, but darker than corresp. band in ⑧ Lot 82

- Genes CHO - behaving as usual - glycos = ↓ MW fr. Lot 82, although ENDO F digestin prod = M.W so faint lower band + 1 degrad. prod.

- ∝ therapeutics - ~ same size as CHO + Lot 82. Digestin prod = Lot 82 + lower band is lighter than in CHO, but darker than Lot 82

- ∝ C terminal sera - light bands - need to repeat - See only top band of digestin prod, but must repeat & ~10x sample load.

P.6

III. Heterogeneity of Native Human Urinary EPO

A. Comparison of EPO from 2 different patient sources

2 sources are: - Gene Goldwasser's EPO - ~1% pure-purified from a
pool of patient material — Western analysis
Totally pure EPO & same urine pool

Lot 82 - Urine was provided by Kirin Brewery r/s from
1 patient. The material was purified
to homogeneity at onken by Amgen +
Kirin scientists jointly.

SUMMARY
The EPO from the 2 different urine sources are different in MW as is
seen by both Western analysis + by SDS polyacrylamide gel electrophoresis
of 125I-labeled pure EPO from the two different sources. Gene's EPO is 34,000 MW
+ Lot 82 EPO is ~35-36K. This difference in MW is most probably a difference
in the extent of glycosylation since ENDO F treatment of EPO from both sources gives
the same MW product. ENDOGLYCOSIDASE F removes all the N-acetyl glucosamine
carbohydrate except β
which is covalently linked to the amino acid asparagine.
There is also a difference in the digestion pattern when both preparations of EPO
are digested with neuraminidase, an enzyme which removes sialic acid

Data: ① Comparison of Size of Lot 82 - Goldwasser EPO — Native Size, No Enzyme Treatment
Samples of Lot 82 + Goldwasser 1% EPO were mixed, each of 125I Lot 82 EPO
+ 125I Goldwasser pure EPO + run on a 15% SDS polyacrylamide gel until the
EPO samples reached ½ way down the gel. After the electrophoresis set, the gel was transferred to nitrocellulose using a
BioRad transblot apparatus for 20 hrs at 30v in the cold room. The nitrocellulose
was blocked c 10% goat horse sera for 3hrs at room temp.
The blocked nitrocellulose was reacted with 12µg/ml monoclonal antibody (MoAb recog-
nizing amino terminus of EPO) overnight at room temperature.
In the morning, the monoclonal EPO complex was visualized by developing
the nitrocellulose with the anti-Mouse kit from Vector Labs. (2° abs horse or mouse IgG
which becomes part of a complex with horse radish peroxidase — we use a color
development procedure for the Western). The Western development procedure
localizes unlabeled EPO. Once the Western procedure is complete, the same nitrocellulose
filter is dried + exposed to x-ray film to localize the 125I-EPO from the 2 diff.
sources. The developed x-ray film can then be superimposed over the Western +
the migration of the 125I-EPO + unlabeled EPO can be directly compared. It is this
comparison that definitively shows the difference in migration since in the same lane
125I-Goldwasser EPO can clearly be seen to migrate more quickly than the Western band
of Lot 82 EPO.

(See over)

CONFIDENTIAL

CONFIDENTIAL
A 95587

AM670220437                                          AM-ITC 01005104



P7

CONFIDENTIAL



CONFIDENTIAL
A 95589

P.8

② ENDO F digestion patterns of EPO from different sources are identical

This experiment shows co-migration of ENDO F digestion products from Lot 82,
Boehringer EPO & our Chinese Hamster Ovary Bil EPO

Z #1 - 12.5% SDS Polyacrylamide Gel

| Western | # | SAMPLE | Sample Preparation Info |
|---|---|---|---|
| | 1 | Hi MW BRL prestained Mrk = 11 μl | |
| | 2 | LOT 82 1:20 stock in 0.025% BSA - 6λ = 52.5ng EPO | |
| A. both | 3 | LOT 82 " -3λ = 263ng EPO | |
| | 4 | CHO Cycle ④ - 2λ = 88.3 ng EPO | LOT 82 10λ of 1:20 in 0.025% BSA + 40λ endo F buffer + 0.5λ endo F = 50.5λ – incubate 5 hrs, 37° |
| ng/ml | 5 | CHO Cycle ③ - 1λ = 44.2 ng EPO | |
| | 6 | LOT 82 + ENDO F - 6λ 82 1:20 52.5ng | Add 6 μl LB-10x - boil = 57 μl approx total vol. use 5λ for well 6 + 3λ for well 7 |
| | 7 | LOT 82 + ENDO F - 3λ 82 1:20 263ng | |
| | 8 | CHO Cycle ④ - 2λ + ENDO F 88.3 ng EPO | CHO samp ④ - 2λ + 40λ endo F buffer + 1λ endo F + 6λ 10x LB. Incl 37°. Cool. +1λ LB = 70λ Boil. for 1λ CHO sample use 5.53 mils. |
| | 9 | CHO Cycle ③ - 1λ + ENDO F 44.2 ng EPO | for 2λ CHO sample, use 11.3 mils |
| | ⑩ | Boehringer 8λ 1:10 for blots = 30ng EPO | |
| | 11 | Boehringer 11λ 1:10 for blots + ENDO F = 30ng | 33λ 6c 1:10 = 66λ endo F buffer - 5hr/37° = 0.5 μl endo F = 100λ All 11λ 10x LB = 115λ – Use 3λ for well 10 + 16 |
| | ⑫ | + therapeutic "old" - 23μl = 23 U. = 33 ng EPO | |
| | ⑬ | + therapeutic "old" + ENDO F - 23μl = 33 ng | 23 μl therapeutic + 23 μl ENDO F buffer + 0.25λ ENDO F - 5hr 37° Z = 46 μl total vol. + 5λ 10x LB - 10λ load onto sample |
| | 14 | Lo MW BRL prestained Mrk = 11μl | |
| | 15 | Boehringer - 11λ 1:10 for blots = 30ng | |
| so diff. | 16 | Boehringer - 11λ 1:10 for blots + ENDO F - 30ng | — See sample ⑩ above in box |
| mol db | 17 | CHO Cycle ④ - 2μl = 88.3ng | |
| + & 27% | 18 | CHO Cycle ④ - 2μl + ENDO F 88.3ng | → See sample ⑧ above in box |
| 1265 | 19 | CHO Cycle ③ - 2 μl + ENDO F - 88.3 ng | |
| | 20 | Lo MW BRL Prestained Mrk = 11μl | |

Transfer to nitrocellulose, block, + treat Z monoclonal antibody + develop
Western as described earlier

CONFIDENTIAL

CONFIDENTIAL
A 95590

002390



CONFIDENTIAL
A 95591

CONFIDENTIAL

P. 10

③ Neuraminidase digestion products of 2 different native urinary EPO are different. (No proper data in ENDO F digestion of C of F2 + Gilwacker)

CONFIDENTIAL

CONFIDENTIAL
A 95592

P.11

Project No. _____     8/28/84 - ENDO F + NEURAMINIDASE TREATMENTc

36          Book No. _____     TITLE LOT 82 + GOLDWASSER EPO.

From Page No. _____

Purpose of Expt. : Intro the migration + : MW of EPO from 2 different patient sources (Lot 82 Amgen/Kiron purified + Goldwasser pooled urine) on SDS gels who was shown to be different. In order to be sure the difference lies in the CHO portion + not in the protein portion digest each c̄ ENDO F. - Spike -E - ¹²⁵I - EPO of same + opposite source to be sure to detect any small differences in migration.
- In addition, digest c̄ neuraminidase to look for differences in sialic acid content
- Digest 1 sample c̄ ENDO F at pH 8.2 to follow up lead from Phil Robbins who said at the high pH ~8 vs usual ENDO F buffer conditions of pH 6, the enzyme (or a contaminating enzyme activity) cleaves between terminal N acetyl glucosamine + asparagine vs usual site of between terminal + penultimate sugar residue.

Gel #1 = untreated samples
            neuraminidase-treated samples
NEURAMINIDASE-TREATMENT :
To unlabeled + ¹²⁵I-EPO, add   5λ Trasylol
                                60λ 100 mM KOAc pH 5.3
                                5λ neuraminidase - .05 units
                                1λ PMSF

Incubate 37° for 6 hours
Add 0.1 volume  10λ Laemmli sample buffer, boil + load on gel

Gel #2 = untreated samples
            ENDO F-treated samples
ENDO F TREATMENT :
To samples, add - 2λ Trasylol
                    1λ PMSF
                    75λ ENDO F buffer
                    1λ ENDO F - NEN - Lot #      - 0.35

Incubate 37°, 5¾ hr.
Add ¹/₁₀ volume  10λ LSB, boil + load on gel

pH 8.2 sample digestion
    75λ lot 82 EPO + 10λ ¹²⁵I-Amgen EPO
    + 75λ 0.5 M EDTA ⟶ .057M final conc
    19λ 4% NP-40 ⟶ .76%
    1.5λ 10% SDS ⟶ 0.15%
    1λ β-ME ⟶ ~1%
    10λ M Tris, pH8.2 ⟶ 100 mM
    5λ Trasylol
    2λ PMSF
    H₂O   55λ
    1λ ENDO C

Incubate + treat as above

CONFIDENTIAL

CONFIDENTIAL
A 95593

To Page 37

p.n

TITLE_____  Project No._____
                      Book No._____        37

From Page No. 36

Unlabeled EPO - Amgen Lot 82 - prepare 1:20 of stock in 0.025% PBS + B.
                          4λ Lot 82 = 700 ng into total volume 80μl
                          Use 7.5λ / lane = 65.6 ng / lane.

— Goldwasser EPO for immunoblots - 1:10 dilu. - Use 1λ = ~40ng

¹²⁵I. EPO    — Amgen 8/7 rediodid. Lot 82 • LoSA EPO   10λ = 5950 cpm
             — Goldwasser - 7/31 radioelution    3λ = 6120 cpm  fr. 9100 cpm / λ tube

GEL #1 - 15% SDS PAG

| # | unlabeled EPO | Labeled EPO | TREATMENT |
|---|---|---|---|
| 1 | MW Markers- Lo | — | — |
| 2 | Goldwasser  40ng | Goldwasser | NONE |
| 3 | Goldwasser  40ng | Amgen Lot 82 | " |
| 4 | Lot 82  65ng | Goldwasser | " |
| 5 | Lot 82  65ng | Amgen Lot 82 | " |
| 6 | Goldwasser  40ng | Goldwasser | + neuraminidase |
| 7 | Goldwasser  40ng | Amgen / lot 82 | " |
| 8 | Lot 82  65ng | Goldwasser | " |
| 9 | Lot 82  65ng | Amgen Lot 82 | " |
| 10 | BRL Prest LoMW MK | | |

Run gel overnight at 45 V
Run gel as long as time will
permit before setting up the
Western transfer to give the
best separations of the bands.

GEL #2  15% SDS PAG

| # | unlabeled EPO | ¹²⁵I -EPO | TREATMENT |
|---|---|---|---|
| 1 | BRL LoMW Marker | — | — |
| 2 | Goldwasser  40ng | Goldwasser | NONE |
| 3 | "  40ng | Amgen Lot 82 | " |
| 4 | Lot 82  65ng | Goldwasser | " |
| 5 | "  65ng | Amgen Lot 82 | " |
| 6 | Goldwasser  40ng | Goldwasser | + ENDO F pH 6.1 |
| 7 | "  40ng | Amgen Lot 82 | " |
| 8 | Lot 82  65ng | Goldwasser | " |
| 9 | "  65ng | Amgen Lot 82 | " |
| 10 | "  65ng | Amgen Lot 82 | + ENDO F pH 8.2 |

B
0002402

CONFIDENTIAL
A 95594

To Page No. 38

| Witnessed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

P. 13

CONFIDENTIAL

Project No. _____
Book No. _____    TITLE _____

38

From Page No. 37

Transfer gels to nitrocellulose - BioRad Transblot - 5hrs  60-70 v - RT
Block in 10% horse serum in PBS for 1 hour
Add MCA - 12 µg/ml  Prot A #9 - Shake O/N, RT
Develop E - HRP-linked αmouse IgG by Vector αsource

4/20/89

± NEURAMINIDASE    AUTORADIOGRAM - detecting just DSI-EPOS
± 9 - neuramind treatment



Unlabeled EPO  Coldw  Coldw Lot#2  Lot#2  Coldw  Coldw  Lot#2  Lot#2
Cold
Conclusions

① Difference in MW of the 2-step orig partif = Δ 500 kd
② E + neuraminidase, less in above MW diff. = Δ 500 MW

NOTE: Difference in MW of native, untreated GoHweiser + Lot #2 EPO apparent in these gels as well.
Diff. in MW also apparent, but less exaggerated after neuraminidase treatment.
※ Since MWs are still different after neuraminidase treatment, this into the heterogeneity in the native sample To Page No. 39

Witnessed & Understood by me.    Date    Invented by    Date

Recorded by

CONFIDENTIAL
A 95595



Goldwasser
EI

Lot 82
EPO

Goldwasser
EPO
+ Neuraminidase

Lot 82 EPO
+ Neuraminidase

Western Portion of same expt localizing
Unlabeled Lot 82 + Goldwasser EPO ± Neuraminidase

**CONFIDENTIAL**

CONFIDENTIAL
A 95596

P 15

TITLE _____    Project No. _____
                                     Book No. _____    39

From Page No. 38



Autoradiogram
125 I-EPOs
+ Neuraminidase

Conclusion ① Although the MW difference is again apparent betw. God. urines + Lot #2 EPO
D~800 mw, in the native glycosylated form, when all but the
terminal N-acetylglucosamine is removed by +ENDO H, the 2 preps
looks alike: Major band at ~21.75 K + minor band at ~20.2K

# CONFIDENTIAL

| Witnessed & Understood by me. | Date | Invented by | | Date | To Page No. 40 |
|---|---|---|---|---|---|
| | | Recorded by | | | CONFIDENTIAL A 95597 |

p. 16



Lot 82 EPO          Goldweiser     Lot 82     Goldweiser
+ ENDO F            EPO +          EPO        EPO
                    ENDO F

002400

Western Blotting same expt. localizing
Unlabeled Lot 82 + Goldweiser EPO ± ENDO F

# CONFIDENTIAL

CONFIDENTIAL
A 95598

17.

IV - Recombinant monkey and human EPO produced by cos cells
have the same molecular weight as native urinary EPO (Goldwasser's EPO).
This result indicates that the recombinant EPO is glycosylated to the same extent
as the native protein.

Use double abs Western technique to determine size of recombinant EPOs.
~~Development of Western is as was described in section III~~

CONFIDENTIAL

CONFIDENTIAL
A 95582

# WESTERN ANALYSIS OF RECOMBINANT MONKEY ERYTHROPOIETIN

1    2    3    4    5    6    7    8    9

CONFIDENTIAL

— 92.5K
— 68.0K
— 43.0K
—
— 25.7K



|— 18.4K

|— 13.3K

CONFIDENTIAL
A 95583

COS cells were either mock transfected or transfected with a vector containing the ~~monkey~~ EPO gene. The EPO in ~2-4ml of conditioned media was concentrated by immunoprecipitation with rabbit anti-EPO sera. The precipitate was subjected to Western analysis using an EPO monoclonal antibody directed against the $NH_2$-terminus of the hormone. *Develop Western using avidin-biotin ∝ mouse IgG + h₂⁰ also? peroxidase reagents from Vector Labs*

15

Synced monkey EPO — Gel Code

Lane #
1   15 ng Gene's EPO std   No immunoprecipitation step.
2   30 ng Gene's EPO std   No immunoprecipitation step
3   15 ng Gene's EPO std + Preimmune sera for 1st precipitation
4   30 ng Gene's EPO std + Immune   "   "   "
5   15 ng Gene's EPO std   "   "
✗ 6   ~4.5 ml EPO positive cos cell media + immune sera for 1st immunoprecipitation
✗ 7   ~22 ml EPO positive cos cell media + immune sera for 1st immunoprecipitation
✗ 8   ~4 ml EPO negative cos cell media (plasmid inserted in incorrect orientation) + immune sera for 1st immunoprecip
✗ 9   ~2ml EPO positive cos cell media   + Preimmune sera for 1st immunoprecipitation

✗ all these samples were concentrated 10x before the 1st immunoprecipitation
to reduce volume. Volumes indicated above are 1x equivalent

CONFIDENTIAL

CONFIDENTIAL
A 95584

20

# WESTERN ANALYSIS OF RECOMBINANT HUMAN ERYTHROPOIETIN

1    2    3  -  4    5    6

43.0 K —

25.7 K —

18.4 K —

13.3 K —

CONFIDENTIAL
A 95585

CONFIDENTIAL

COS cells were either mock transfected or transfected with a vector containing the human EPO gene. The EPO in ~2-4ml of conditioned media was concentrated by immunoprecipitation with rabbit anti-EPO sera. The precipitate was subjected to Western analysis using an EPO monoclonal antibody directed against the $NH_2$-terminus of the hormone. Develop Western with $^{ns}$I. sheep or mouse IgG form

AM670220452                                    AM-ITC 01005119

21

Expressed Human EPO - Gel Code

Lane #

1  0.5 ml 7day cell conditioned media f. positive con cells. + Immune sera for Immunoprecipitn
2  0.2 ml  "    "    "    "    "    "    + Preimmune "
3  0.2 ml  7day cell conditioned media f. mock transfected cos cells. + Immune sera for "
4  50 ng standard EPO + Immune sera for immunoprecipitatn
5  25 ng  "    "    "
6  50 ng  "    "    NO PRIOR IMMUNOPRECIPITATION.

CONFIDENTIAL

CONFIDENTIAL
A 95586

p. 22.

<u>I - Cos, CHO + Native Human EPO Differ in Size & # Neuraminidase</u>
<u>Digestion Products.</u>

Western Analysis of positive Cos, CHO, Cell conditioned media & Gene's std EPO
before + after neuraminidase treatment
    Cos cells producing human EPO    ) Variation in MW however is due to the cell by
    CHO cells    "    monkey "    ) the EPO is produced in, + not the type of
                                     ) EPO (monkey or human) being produced.

Gel code
Lane #
    1    ~0.8 ml CHO cell conditioned media → digest ē neuraminidase → immunoprecipitate
    2    ~0.8 ml CHO cell conditioned media → immunoprecipitate
    3    ~2 ml cos cell conditioned media → digest ē neuraminidase → immunoprecipitate
    4    ~2 ml cos cell conditioned media → immunoprecipitate
    5    40 ng Gene's std EPO → digest ē neuraminidase → immunoprecipitate
    6    40 ng Gene's std EPO
    7    40 ng Gene's STD EPO → digest ē neuraminidase
    8    40 ng Gene's std EPO -

NOTE - Size of Gene's std w = Size of cos cell-produced EPO as was seen in the prior section
       # IV
    - Size of CHO cell material is larger than cos or Gene's std (It is into lot # 2 EPO
      as was seen in Section III.)
    - Neuraminidase digestion prod. of CHO + cos are = in MW. This suggests the
      CHO material has increased amount of sialic acid compared to cos since
      CHO material was bigger to start with.
    - cos + CHO neuraminidase digestion products are both larger in size than
      the digestion product obtained for Gene's crude EPO. This may suggest that
      there are differences in the remainder of the carbohydrate backbone
      of the recombinant material vs Gene's std.

                                                    bioactivity of the
    Another piece of supporting evidence for this is that the cos cell material
    in vivo is at least 36% of the RIA units whereas for the CHO material
    the in vivo activity is equal to the RIA units. Sialic acid is required for
    in vivo activity. Partial depletion of sialic acid will → partial activity
    although there is not an exact correspondence of % sialic acid vs % activity.
                            an exact

CONFIDENTIAL

CONFIDENTIAL
A 96579

23.

1    2    3    4    5    6    7    8

| | | | | | | | |
CHO    CHO    COS    COS    Genesis    Gensi    Genesis    Genes std
tnercinn.         treosonn.         tneramn.    std    treotamn.

Western analysis of Cos. CHO + Genesis std. EPO
Before and After Neuraminidase Treatment

CONFIDENTIAL

CONFIDENTIAL
A 95580

B 007300

24.

VI - CHO + STD FPO ~ Digested $\bar{c}$ ENDO F ⟹ Same Size digestion products

See data + Western in Section III, page 9

**CONFIDENTIAL**

CONFIDENTIAL
A 95581

AM670220456                                    AM-ITC 01005123