# EXHIBIT 4

Dockets.Justia.com

PRODUCT LICENSE APPLICATION

Recombinant Human Erythropoietin
(r-HuEPO)


October 30, 1987


Amgen, Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

Volume 4 of 14

CONFIDENTIAL
A 46196

r-HuEPO Product License Application          Amgen, Inc.
Table of Contents                            1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

## TABLE OF CONTENTS

| Item | | Description | Volume/Page |
|------|---|-------------|-------------|
| 9. | | FINAL PRODUCT CHARACTERIZATION | 4/0760 |
| | A. | Summary | 4/0762 |
| | B. | Physical Properties of Erythropoietin | 4/0764 |
| | | 1. Summary | 4/0764 |
| | | 2. Primary Amino Acid Sequence | 4/0766 |
| | | 3. Carboxy-Terminal Analysis | 4/0770 |
| | | 4. Amino Acid Composition | 4/0776 |
| | | 5. Hydrodynamic Studies of r-HuEPO | 4/0777 |
| | | 6. Circular Dichroic Spectra of Erythropoietin | 4/0781 |
| | | 7. Fluorescence and Phosphorescence Spectroscopy of Erythropoietin | 4/0783 |
| | | 8. Determination of Dry Weight of r-HuEPO | 4/0786 |
| | | 9. Analytical HPLC Gel Filtration | 4/0787 |
| | | 10. Isoelectric Focusing of r-HuEPO | 4/0788 |
| | | 11. Comparison of r-HuEPO to u-HuEPO | 4/0789 |
| | C. | Carbohydrate Structure of r-HuEPO and u-HuEPO | 4/0791 |
| | D. | Biological and Immunological Properties of Erythropoietin | 4/0801 |
| | | 1. Erythropoietin Bioassays | 4/0802 |
| | | 2. Immunological Assays of Erythropoietin | 4/0816 |
| | | 3. Effect of r-HuEPO on Other Hematopoietic Progenitor Cells | 4/0825 |
| | | 4. Comparison of r-HuEPO to u-HuEPO | 4/0841 |

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0760

CONFIDENTIAL
A 46197

r-HuEPO Product License Application
Table of Contents

Amgen, Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA  91320

TABLE OF CONTENTS

Item

Description

Volume/Page

E.  Process Characterization...................................

1.  Summary...............................................4/0843

2.  Cell Culture Process..................................4/0843

3.  Protein Purification Process..........................4/0844

F.  Figures.................................................4/0850

G.  References..............................................4/0859

.........................................................4/0982

0511791B

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0761

CONFIDENTIAL
A 46198

AM-ITC 00092852

r-HuEPO Product License Application          Amgen, Inc.
Section 9                                    1900 Oak Terrace Lane
                                             Thousand Oaks, Ca  91320

---

## 9. FINAL PRODUCT CHARACTERIZATION

### A. Summary

Biochemical and biophysical analyses, were performed to define
r-HuEPO's chemical composition (e.g., amino acid analysis,
peptide mapping, amino acid sequence) and physical properties
(e.g., by defining Stokes radius, molecular weight, solution
shape, secondary and tertiary structure, fluorescence
spectroscopy, and phosphorescence quenching).  Where it was
possible to compare r-HuEPO and u-HuEPO, the two materials were
shown to be identical within the error of the methods.

Carbohydrate analysis of r-HuEPO and u-HuEPO was performed by
compositional analysis, enzyme digestion, and sequence
analysis.  No significant differences were found.  The most
relevant findings were the overall similarity of the
oligosaccharide structures and the demonstration that all of the
carbohydrate structures in r-HuEPO are also found in u-HuEPO.

The biological and immunological properties of erythropoietin
were evaluated by in vivo bioassays, in vitro bioassays, and
immunological assays.  All such characterization studies
indicate that r-HuEPO and u-HuEPO are indistinguishable in their
biological and immunological properties.  Both materials were
found to influence megakaryocyte development in vitro, but

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0762

CONFIDENTIAL
A 46199

AM-ITC 00092853

r-HuEPO Product License Application          Amgen, Inc.
Section 9                                    1900 Oak Terrace Lane
                                             Thousand Oaks, Ca  91320

neither had any effect on the development of stem cells, very
early erythroid progenitor cells, or other cells in the myeloid
lineage.

Process characterization studies demonstrate the reproducibility
and resilience of the r-HuEPO manufacturing process.  The
purification process effectively eliminates DNA, proteins, and
small molecule contamination from r-HuEPO-containing cell-
conditioned media and, in challenge studies, destroyed a wide
variety of test viruses.  r-HuEPO investigational lots have
demonstrated a constant specific activity and consistent
carbohydrate structure.  The cell line engineered to contain the
erythropoietin gene has been shown to be genetically stable and
to consistently produce r-HuEPO in the cell culture process.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0763

CONFIDENTIAL
A 46200

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

B.  Physical Properties of Erythropoietin

1.  Summary

In order to more fully define its molecular characteristics,
r-HuEPO was subjected to analysis by several biochemical and
biophysical techniques.  The chemical composition of r-HuEPO was
characterized by determination of the complete amino acid
sequence, tryptic peptide mapping, amino acid analysis, and
C-terminal analysis.  Determination of the carbohydrate
structure is described in Section 9.C.  Sedimentation
equilibrium studies using the analytical ultracentrifuge were
performed to determine the molecular weight and confirm the
purity of r-HuEPO.  In conjunction with an estimate of the
Stokes radius by analytical gel filtration, the sedimentation
data allows the prediction of a solution shape for r-HuEPO.
Analysis by circular dichroic spectroscopy indicates that
r-HuEPO possesses a defined tertiary structure and allows the
estimation of the amount of secondary structure present.
Fluorescence and phosphorescence spectroscopy and quenching
experiments were used to probe the local environment of
tryptophan residues in r-HuEPO.  The extinction coefficient was
derived by dry weight determination.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
A 46201

0764

AM-ITC 00092855

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

u-HuEPO was also analyzed by many of the same techniques, although the scarcity of this material did not permit as complete an examination as was possible with r-HuEPO. The physical properties of r-HuEPO are, within the error of the methods of analysis, indistinguishable from those of u-HuEPO. Only in the case of the fine structure of the carbohydrate moieties (Section 9.C) can a distinction between r-HuEPO and u-HuEPO be defined. Even this difference is quantitative rather than qualitative. While the relative proportions of the carbohydrate moieties are somewhat different, all of the carbohydrate structures found in r-HuEPO are also found on u-HuEPO.

A description of the methods employed, as well as the results obtained with r-HuEPO and u-HuEPO, are described.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
A 46202

0765

AM-ITC 00092856

2.  Primary Amino Acid Sequence

a.  Sequence Analysis of r-HuEPO

The primary amino acid sequence of r-HuEPO was determined by
automated Edman degradation (using a gas phase sequenator)
of intact protein and peptide fragments, and by amino acid
compositional analysis of peptide fragments.  The PTH-amino
acid obtained from each sequenator cycle was identified by
reversed phase HPLC.  The r-HuEPO molecule contains two
disulfide bonds, Cys 7-Cys 161 and Cys 29-Cys 33, and four
glycosylation sites at Asn 24, Asn 38, Asn 83 and Ser 126.

Peptide fragments were generated by digestion of r-HuEPO
with either trypsin, S. aureus V8 protease, or endo lys-C
protease and then separated by $C_4$ reversed phase HPLC.
Figures 9.B-1, 9.B-2 and 9.B-3 show the peptide maps and the
digestion conditions.  The results of the complete amino
acid sequence determination are shown in Figure 9.B-4, which
also shows the amino acid sequence determination of each
peptide fragment derived from r-HuEPO.  Overlapping peptide
fragments were used in the sequence determination.

Since cysteine residues are not detected by the sequencing
method, the positions of the cysteines and the disulfide

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0766

CONFIDENTIAL
A 46203

AM-ITC 00092857

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

bonds were confirmed by other methods.  The Cys 7-Cys 161
disulfide bond is evidenced by the presence of co-eluting
peptides S39 a and b, T40 a and b, and K66 a and b.  Further
evidence, as shown in Figure 9.B-5, is the separation of
reduced K66 a and b on the same chromatographic system as
the original peptide maps.  The presence of Cys 29-Cys 33
was confirmed by amino acid composition of tryptic peptide
T44, in which the disulfide bond had been cleaved by
reduction and carboxymethylation.

The Ser and Asn residues linked to carbohydrate moieties are
not recovered from the sequencor, and therefore gaps at
these positions are expected.  On this basis, and in
conformance to the consensus sequence for asparagine-linked
carbohydrate moieties Asn-x-Ser/Thr, Asn residues at 24, 38,
and 83 were identified as sites of oligosaccharide
attachment.  A gap in the sequence is also present at Ser
126, indicating an O-linked carbohydrate moiety.  The
presence of carbohydrate on Ser 126 is confirmed by the
amino acid composition of peptide S49, which indicated two
ser residues and galactosamine.  A description of the N- and
O-linked carbohydrate moieties of r-HuEPO is presented in
Section 9.C.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0767

CONFIDENTIAL
A 46204

AM-ITC 00092858

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

The complete primary protein sequence analysis of r-HuEPO
indicates that the amino acid sequence of this recombinant
protein conforms to that deduced from the sequence of the
coding DNA.  The Arg 166, coded for by the erythropoietin
gene (Section 2.B) appears to be cleaved post-
translationally, resulting in a C-terminal residue of Asp
165.  The detailed analysis of the C-terminus of
erythropoietin is described later in this Section.

b.   Sequence Analysis of u-HuEPO

The complete amino acid sequence of u-HuEPO has also been
determined.  Material purified by the method of Miyake et
al., 1977 (provided by Dr. E. Goldwasser, University of
Chicago) was used for this analysis.

Purified u-HuEPO was subjected to three separate and
different protease digestions using TPCK-treated trypsin for
two digests (the first in 10 mM $CaCl_2$, 0.1 M Tris-HCl, pH
8.0, the second in 0.1 M ammonium bicarbonate, pH 8.0) and
S. aureus V8 protease for the third sample.  All samples
were fractionated by reversed phase HPLC immediately
following digestion.  Peptides were eluted by a gradient of
trifluoroacetic acid (TFA) to acetonitrile/TFA.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0768

CONFIDENTIAL
A 46205

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                   1900 Oak Terrace Lane
                                              Thousand Oaks, CA 91320

Automated sequence analyses of intact proteins and peptide
fragments were performed with a gas-phase sequenator as
described above. PTH-cysteinyl residues were identified as
PTH-cysteic acid residues by reversed phase HPLC on a C18
column (Rainin) after oxidation of the Edman degradation
product with performic acid at 0°C. _In situ_ cyanogen
bromide (CNBr) cleavage of the remainder of the protein
molecule, following extensive sequence analysis of the
intact protein, was performed using 70% CNBr in formic acid.

The complete amino acid sequence for the u-HuEPO is shown in
Figure 9.B-6. Data obtained from sequencing the intact
protein and CNBr fragments were used to establish the order
of sequences of peptides obtained by proteolytic cleavage of
u-HuEPO. All of the residues were assigned positions by
sequencing except the asparagines at positions 24, 38, 83,
which are the three N-linked glycosylation sites, and one
cysteine at position 161.

These results demonstrate that the amino acid sequence of
u-HuEPO and r-HuEPO are identical. With the exception of
the Arg 166, both conform to the amino acid sequence deduced
from the human erythropoietin gene.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0769

CONFIDENTIAL
A 46206

AM-ITC 00092860

3.  Carboxy-Terminal Analysis

An arginine residue at position 166 is indicated by the
erythropoietin gene sequence (Section 2.B).  However, neither
tryptic peptide T4a or endo lys-C protease peptide K66b reveal
the presence of Arg 166; both peptides end with Asp 165.
Several other analyses performed both at Amgen and at the Kirin
Pharmaceutical Laboratory (Maebashi, Japan) were used to verify
the C-terminus of r-HuEPO.

a.  Carboxypeptidase P Digestion

Intact r-HuEPO in 0.05% Brij-35, pH 4.0 was treated with
carboxypeptidase P (E:S = 1:50) at room temperature.  Aliquots
of the carboxypeptidase digest were collected at 0, 30, 60, 120,
and 240 minutes and the reaction terminated with the addition of
10% TFA to each aliquot.  The digest aliquots were analyzed on
an amino acid analyzer to determine the residues removed.  The
results, as shown in Figure 9.B-7, indicate that Thr-Gly-Asp is
the C-terminal sequence of r-HuEPO.

The same results were obtained with u-HuEPO.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
A 46207

AM-ITC 00092861

r-HuEPO Product License Application                Amgen, Inc.
Section 9.B                                        1900 Oak Terrace Lane
                                                   Thousand Oaks, CA 91320

b.  Hydrazinolysis

Both r-HuEPO (prepared both by Amgen and by Kirin) and u-
HuEPO (purified by antibody-affinity chromatography followed
by reversed phase-HPLC) were heated at 80°C for five hours
in anhydrous hydrazine (~250 μg erythropoietin in 0.5 ml of
anhydrous hydrazine) containing Amberlite CG60 (2.5 mg).
After removing hydrazides with benzaldehyde, the reaction
mixture was analyzed on an amino acid analyzer.  Only
aspartic acid was detected as a free amino acid in
approximately 40% yield, indicating that the C-terminal
amino acid residues of both r-HuEPO and u-HuEPO are
identical and are aspartic acid.

c.  Lysyl Endopeptidase Digestion

r-HuEPO was digested with lysyl endopeptidase in 0.05 $\underline{M}$
ethylmorpholine buffer, pH 8.6, at 30°C for two hours (E:S =
1:200) and subsequently reduced with 2-mercaptoethanol at
37°C for one hour.  The reaction mixture was fractionated by
reversed phase HPLC (using a TFA to TFA/acetonitrile
gradient.  The C-terminal peptide fragment was isolated
using chemically synthesized dodecapeptide (with arginine as
the C-terminal amino acid residue) and undecapeptide (with
aspartic acid as the C-terminal amino acid residue) as

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0771

CONFIDENTIAL
A 46208

AM-ITC 00092862

r-HuEPO Product License Application
Section 9.B

Amgen, Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

---

marker peptides. The isolated peptide was subjected to automated Edman degradation and carboxypeptidase Y digestion. The results show that the C-terminal peptide of r-HuEPO consists of 11 amino acid residues with aspartic acid at the C-terminus.

The undecapeptide, but not the dodecapeptide, is present in the lysyl endopeptidase digest of u-HuEPO, indicating aspartic acid is the C-terminus.

d. Trypsin Digestion

r-HuEPO produced both by Amgen and by Kirin was digested with TPCK-treated trypsin in 0.2 $\underline{M}$ NaHCO$_3$, pH 8.0, at 37°C for one hour (E:S = 1:50) and the reaction mixture fractionated by reversed phase HPLC. The C-terminal tryptic peptide was isolated by using chemically synthesized tetrapeptide (with arginine as the C-terminal amino acid residue) and tripeptide (with aspartic acid as the C-terminal amino acid residue) as marker peptides. A tripeptide having a sequence corresponding to the C-terminal Thr-Gly-Asp was isolated and identified but no tetrapeptide corresponding to Thr-Gly-Asp-Arg was detected, indicating aspartic acid is the C-terminal amino acid.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0772

CONFIDENTIAL
A 46209

The tripeptide, Thr-Gly-Asp, was present in the tryptic digest of u-HuEPO.

e. RNA Sequencing

The nature of the processing of the C-terminal Arginine has been studied at the nucleic acid level. The codon for the C-terminal Arginine has been checked by DNA sequence analysis multiple times and has been independently confirmed (Jacobs, et al., 1985). In order to confirm that the r-HuEPO gene mRNA transcripts from the production cell line (MWCB 51B) code for the C-terminal Arginine poly $A^+$ RNA isolated from MWCB 51B cells was directly sequenced.

A synthetic oligomeric primer (5'GTTGGTGAGGGAGGTGGTGG 3') was used to prime the chain extension from a site 24 nucleotides 3' of the terminator codon and to direct the sequence determination toward the r-HuEPO coding sequence. The sequencing procedure is a modification of the Sanger dideoxy method using reverse transcriptase to copy the mRNA and dideoxy-analogs to terminate the chain extension reactions at specific nucleotides (Zimmerman and Kaesberg, 1978). 160 bases were determined using this approach. This covered the region from the 3'-end of the primer through the terminator codon and extending an additional 46 codons into

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0773

CONFIDENTIAL
A 46210

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

the r-HuEPO coding sequence.  The amino acid sequence
translated from the mRNA sequence exactly matches the
r-HuEPO and u-HuEPO C-terminal peptide sequence with the
exception of the C-terminal Arginine codon.  The mRNA
sequence clearly indicated that the final codon is an
Arginine.  The results of these experiments confirm that the
C-terminal Arginine is coded by the r-HuEPO gene and no
mutations have been introduced.  It is concluded that the
C-terminal Arginine is incorporated during translation and
then removed post-translationally.


f.  Processing Studies


In a study of C-terminal sequence analysis of r-HuEPO
harvested early in the cell culture production cycle, Asp
165 was found to be the C-terminal amino acid on day one
(the earliest time sampled) after initiation of serum-free
production.  In this study, r-HuEPO purified from serum-free
medium was subjected to C-terminal sequence analysis using
carboxypeptidase P.  The results clearly indicate that Arg
166 is processed within the first 24 hours of production in
cell culture.


Although the results presented in this Section suggest
processing of the residue 166 of both r-HuEPO and u-HuEPO,

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0774

CONFIDENTIAL
A 46211

AM-ITC 00092865

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                   1900 Oak Terrace Lane
                                              Thousand Oaks, CA 91320

the mechanism of processing is not known. Processing may
take place intracellularly or after secretion into the cell
culture medium. In support of the latter hypothesis, a
carboxypeptidase B-like activity of about 0.03 μmole/mg
protein/hr was found in concentrated diafiltered medium
using $B_z$-Gly-Arg or a synthetic erythropoietin C-terminal
peptide as substrate. Similar activity, 0.04 μmole/mg
protein/hr was also found in concentrated human urine. The
amount of activity detected is sufficient to quantitatively
process all of the r-HuEPO present in the concentrated
diafiltered medium. The carboxypeptidase B-like activity
was not found in the r-HuEPO fraction following the first
chromatographic step, anion exchange chromatography (Section
3.D.2), or in purified bulk r-HuEPO. While these results do
not prove that this is the actual mechanism of removal of
the C-terminal arginine of r-HuEPO, they demonstrate that
extracellular processing is possible.

AMGEN CONFIDENTIAL BUSINESS ▬▬▬▬
SUBJECT TO PROTECTIVE ▬▬▬▬

0775

CONFIDENTIAL
A 46212

AM-ITC 00092866

r-HuEPO Product License Application
Section 9.B

Amgen, Inc.
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

---

4. Amino Acid Composition

The amino acid composition of r-HuEPO is determined by acid
hydrolysis (constant boiling HCl) of the protein at 110°C for 24
hours followed by separation of amino acids by ion exchange
chromatography using a suitable amino acid analyzer.  The amino
acids analyzed are quantified by comparison to a standard
mixture of amino acids of known concentrations which are
quantified in the same way.  The results of amino acid
composition analysis for a typical purified bulk product
preparation of r-HuEPO are shown in Figure 9.B-8.  The
theoretical composition of r-HuEPO reflects the C-terminal
analysis determination that r-HuEPO contains only 165 amino
acids, and that the C-terminal Arg 166 deduced from the gene
sequence is not present in the mature protein.  The data
indicate that the sample is a highly purified protein with an
amino acid composition consistent with r-HuEPO.


Since cysteine and cystine residues are not determined during
the standard amino acid analysis due to destruction during HCl
hydrolysis, an additional experiment was performed to quantitate
these residues.  Intact r-HuEPO was treated with performic acid
to oxidize the cysteines to cysteic acid.  The cysteic acid
residues, which are more stable during HCl hydrolysis, were
determined by the method previously described.  The results
(presented in Figure 9.B-9) are consistent with the theoretical
value of four cysteines residues.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0776

CONFIDENTIAL
A 46213

AM-ITC 00092867

r-HuEPO Product License Application        Amgen, Inc.
Section 9.B                                1900 Oak Terrace Lane
                                           Thousand Oaks, CA 91320

---

5.  Hydrodynamic Studies of r-HuEPO

In collaboration with Dr. D. Yphantis, University of
Connecticut, sedimentation equilibrium experiments were
performed using the analytical ultracentrifuge to determine the
molecular weight of r-HuEPO.

The partial specific volume of r-HuEPO in 20 mM sodium citrate,
100 mM NaCl, pH 7.0 was determined using the Anton Parr DMA-02C
precision density meter (Lee et al., 1979). Four independent
measurements gave a value of 0.698 ± 0.004 ml/g with no
concentration dependence within experimental error. This value
is significantly lower than the value of 0.720 ml/g calculated
for the protein moiety only, reflecting the glycosylation of
r-HuEPO.

Sedimentation equilibrium experiments were performed using a
Beckman Model E ultracentrifuge equipped with a pulsed argon ion
laser, a digital laser controller (Yphantis et al., 1984), and
an automated control system for photography. External loading
cells with three pairs of channels were used at speeds of
22,000, 30,000 and 40,000 rpm. Loading concentrations were
0.09, 0.23, and 0.62 mg/ml. Data analyses were performed using
the non-linear least squares approach (Johnson et al., 1981)
with various assumed models. No significant dependence of the

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0777

CONFIDENTIAL
A 46214

AM-ITC 00092868

apparent molecular weight on either speed or loading concentration was observed. Also, the apparent constancy of the Z-average molecular weights calculated from the data at varying speeds and loading concentrations indicate no substantial non-ideality under the experimental conditions. Joint fitting of the data from several speeds and loadings resulted in a best estimate of the molecular weight of r-HuEPO of 30,400 ± 400 g/mole. Since the sequence molecular weight of the protein moiety is 18,244 g/mole, the weight fraction of carbohydrate for this glycoprotein is estimated to be 0.40.

The possibility of the presence of more than one component was addressed by using the combination of the sensitivity of least-squares fitting procedures, the precision of the interference optical system, and the fractionation in the centrifugal field to detect the presence of larger and smaller species (Davis et al., 1987). No components other than r-HuEPO were observed. The experimental conditions set upper limits of 0.005 for the weight fraction of any component with a molecular weight twice or more the molecular weight of the main component and of 0.01 for the weight fraction of any component one half to one quarter the size of r-HuEPO, assuming similar buoyancy factors for all species. It was not possible to set useful limits for the

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0778

CONFIDENTIAL
A 46215

amounts of species nearly the same size as the principal species, such as would result from the heterogeneity of the carbohydrate moiety.

The apparent molecular weight of u-HuEPO has been the subject of several reports.  Determinations based on gel filtration under non-denaturing conditions or gel electrophoresis in the presence of SDS are not reliable, as the former method is a function of the Stoke's radius and not the molecular weight of a protein, and the latter method is confounded by the anomalous SDS binding characteristics of glycoproteins.  At least three different methods with sound theoretical foundations have been used to determine the molecular weight of u-HuEPO in crude mixtures.  Radiation inactivation analysis (Rosse et al., 1963), analysis by combined gel filtration and sucrose density ultracentrifugation (O'Sullivan et al., 1970), and gel filtration in 6 $\underline{M}$ guanidine hydrochloride (Shelton et al., 1975) resulted in molecular weight estimates of 27,000, 32,600, and 33,000 g/mole, respectively.  Given the diversity of the test methods and assumptions involved in each, the molecular weight determinations of u-HuEPO are in good agreement with the value of 30,400 ± 400 g/mole obtained for r-HuEPO by analytical ultracentrifugation.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0779

CONFIDENTIAL
A 46216

AM-ITC 00092870

r-HuEPO Product License Application          Amgen, Inc.
Section 9.B                                  1900 Oak Terrace Lane
                                             Thousand Oaks, CA 91320

From the molecular weight of r-HuEPO and its partial specific volume, the radius of the r-HuEPO molecule was calculated to be 20.2 Å using a spherical approximation. Comparison of this with the experimental Stokes radius of 32 Å, obtained from gel filtration (Figure 9.B-10) suggests two possibilities: r-HuEPO either is highly asymmetric or has an expanded structure. Both factors can cause a larger hydrodynamic effective volume and, hence, Stokes radius, as compared with a globular protein of the same molecular weight. An expanded structure could result from the three asparagine-linked and one serine-linked oligosaccharides found in r-HuEPO. Taking a spherical approximation for the protein moiety of r-HuEPO, the radius was calculated to be 17.5 Å. The difference between the experimental and calculated Stokes radius (14.5 Å) may be ascribed to the carbohydrate moieties. Each chain carrying several sugar residues in one direction might extend into solvent and hence significantly increase the Stokes radius. In support of this is the observation that a free disaccharide molecule has a hydrodynamic effective radius of 4-6 Å (Schachman and Lauffer, 1949; Laurent and Killander, 1964; Arakawa and Timasheff, 1982).

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

C780

CONFIDENTIAL
A 46217

r-HuEPO Product License Application
Section 9.F

Amgen, Inc.
1900 Oak Terrace Lane
Thousand Oaks, Ca  91320

## Figure 9.C-1

### Carbohydrate Composition of r-HuEPO

The carbohydrate composition of several lots of r-HuEPO was determined as described in the text.  Neutral and amino sugars were analyzed by gas chromatography and sialic acid by the resorcinol method.  The results are expressed as mole of monosaccharide per mole of r-HuEPO. Theoretical values were calculated from the structures and populations of the N-linked and O-linked carbohydrate moieties shown in Figures 9.C-9 and 9.C-3 respectively.

CONFIDENTIAL

CONFIDENTIAL
A 46326

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

0889

AM-ITC 00092980

## Figure 9.C-1

### Carbohydrate Composition of r-HuEPO

| Monosaccharide | Lot Number | | | | | | Theoretical Composition | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | L03B | 502 | 505 | 509 | 512 | 517 | N-linked | O-linked | Total |
| Fucose | 3.4 | 3.0 | 3.6 | 3.8 | 3.7 | 3.8 | 2.6 | 0 | 2.6 |
| Galactose | 12.7 | 13.8 | 12.6 | 14.3 | 15.7 | 14.7 | 12.2 | 1.0 | 13.2 |
| Mannose | 9.2 | 9.3 | 9.8 | 9.4 | 11.8 | 9.1 | 9.0 | 0 | 9.0 |
| N-Acetyl glucosamine | 14.6 | 15.6 | 14.7 | 16.3 | 16.6 | 16.5 | 18.1 | 0 | 18.1 |
| N-Acetyl galactosamine | ND* | ND | ND | ND | ND | ND | 0 | 1.0 | 1.0 |
| Sialic Acid | 11.2 | 11.6 | 11.6 | 11.3 | 11.0 | 11.3 | 9.0 | 1.5 | 11.5 |
| Total % Carbohydrate | 36.9 | 37.0 | 37.8 | 39.5 | 42.6 | 39.7 | | 39.2 | |

*ND: Not Determined

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

0890

CONFIDENTIAL
A 46327

AM-ITC 00092981