# EXHIBIT 5

IN THE FEDERAL COURT
OF AUSTRALIA
VICTORIA DISTRICT REGISTRY
GENERAL DIVISION

No. VG 868 of 1995

*On Appeal from the Commissioner of Patents*

BETWEEN:

GENETICS INSTITUTE, INC.
Applicant

-and-

KIRIN-AMGEN, INC.
Respondent

KIRIN-AMGEN, INC.
Cross-Applicant

-and-

GENETICS INSTITUTE, INC.
Cross-Respondent

### EXHIBIT NOTE

This is the exhibit marked "JKB-3" produced and shown me JEFFREY K. BROWNE at the time of swearing his affidavit on the 27 day of February 1997.

_____
Jeffrey K. Browne

Sworn and subscribed before me
on this 27ᵃ day of February 1997:

_____
Notary Public

[Notary seal: MARY KENNEY, Commission # 1096859, Notary Public — California, Ventura County, My Comm. Expires May 5, 2000]

AM 67 018641
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Anlage Exh 5

Uexküll & Stolberg

## DECLARATION OF THOMAS W. STRICKLAND

I, Thomas W. Strickland, solemnly declare as follows:

1. I make this declaration in support of the position of Cilag GmbH opposing EP 411 678 entitled "Method for the Production of Erythropoietin" to Genetics Institute.

2. I have been employed by Amgen Inc. located in Thousand Oaks, California since April 1984. I currently hold the position of Research Scientist. I received my doctorate degree (Ph.D.) in Biochemistry from Vanderbilt University in 1981 and did my thesis on glycoprotein hormones. From February 1981 to March 1984, I held the position of Assistant Research Biological Chemist, Department of Biological Chemistry, University of California, Los Angeles (UCLA). My research activities at UCLA included studies on biosynthesis and protein folding of glycoprotein hormones; chemical modification, isolation and receptor cross-linking of glycoprotein hormones. A copy of my curriculum vitae is attached as Exhibit A.

3. I have read the claims of EP 411 678 and particularly Claims 8-11 which cover recombinant human erythropoietin glycosylation.

4. During 1985, my responsibilities at Amgen included involvement in the production of erythropoietin ("EPO"). As such, I am familiar with the steps of the manufacturing process used by Amgen in 1985 to produce erythropoietin. The erythropoietin manufactured for sale by Amgen in 1985 was produced according to the procedures of Example 10 of EP 148 605. These procedures for producing recombinant human erythropoietin can generally be described by the steps of:

AM 67 018642
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



(a) culturing in a suitable medium CHO cells containing a DNA sequence encoding human erythropoietin, said DNA sequence operatively linked to an expression control sequence, and

(b) recovering and separating the EPO from the cells and the medium,

as recited in Claim 8 of EP 411 678. Specifically, I was involved in the purification of bulk lots of erythropoietin prior to formulation. One of the lots which I purified in 1985 was designated L07B. This lot was purified according to the procedures disclosed in my patent, U.S. Patent No. 4,667,016.

5. Amgen's erythropoietin sold in 1985 also included O-linked glycosylation as recited in Claim 8. To verify this point, I conducted an analysis of a sample of rHuEPO lot L07B preserved in storage at Amgen since 1985. This sample was labelled L07B and had been maintained in a freezer at -70 °C since its preparation.

6. An aliquot of rHuEPO lot L07B was solvent exchanged into water using a Centricon ultrafiltration device (Amicon, Danvers, MA) by concentrating the solution and then reconstituting it with water repeatedly. The final concentrate was diluted to an $A_{280}$ of 1.0 with a buffer consisting of 15 mM sodium phosphate pH 7.0, 5 mM Chaps, and 2.5 mM sodium azide (phosphate/Chaps/azide buffer).

7. Samples 1-8 were prepared as per the following table:

| SAMPLE # | uL EPO | uL N-Glycanase | uL Sialidase | uL O-Glycanase | uL Buffer | Total Volume |
|---|---|---|---|---|---|---|
| 1 | 10.0 | 0.0 | 0.0 | 0.0 | 10.0 | 20.0 |
| 2 | 10.0 | 0.0 | 0.0 | 0.0 | 10.0 | 20.0 |
| 3 | 3.0 | 1.0 | 0.0 | 0.0 | 16.0 | 20.0 |
| 4 | 3.0 | 1.0 | 1.0 | 0.0 | 15.0 | 20.0 |
| 5 | 3.0 | 1.0 | 1.0 | 2.0 | 13.0 | 20.0 |
| 6 | 0.0 | 1.0 | 0.0 | 0.0 | 19.0 | 20.0 |
| 7 | 0.0 | 1.0 | 1.0 | 0.0 | 18.0 | 20.0 |
| 8 | 0.0 | 1.0 | 1.0 | 2.0 | 16.0 | 20.0 |

AM 67 018643
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



using the following reagents:

1) EPO - the $A_{280}$ = 1.0 sample of lot L07B in phosphate/Chaps/azide buffer.

2) N-Glycanase - Natural source N-Glycanase enzyme from Genzyme, lot #B1384.

3) Sialidase - Lyophilized Arthrobacter ureafaciens neuraminidase, Lot #123791, purchased from Calbiochem, reconstituted to 1 U/mL in phosphate/Chaps/azide buffer.

4) O-Glycanase - O-Glycanase, lot #11760 purchased from Genzyme. The 970 mU/mL stock was diluted to 100 mU/mL with phosphate/Chaps/azide buffer prior to use.

5) Buffer - phosphate/Chaps/azide buffer.

8. The resulting mixtures, samples 2-8, were incubated for approximately 22 hr at 37°C, while sample #1 was held at 4°C for this time. The samples were then prepared for polyacrylamide gel electrophoresis in the presence of sodium dodecyl sulfate (SDS-PAGE) by adding an equal volume of SDS sample buffer containing 10% mercaptoethanol and heating the samples at 65°C for 5 minutes. The samples were run on a 12.5% acrylamide gel, as shown in Exhibit B, with lane #1 containing 0.5 µL of Bio-Rad low range molecular weight markers, and lanes 2-9 containing samples 1-8. The gel was stained with Coomassie blue to visualize the protein bands. A photocopy of the gel is shown in Exhibit B.

9. The N-Glycanase and O-Glycanase used in the analysis were the same as that available in 1985 from Genzyme Corporation located in Boston, Massachusetts. I attached as Exhibit C product literature received at Amgen in 1985 showing the availability of N-Glycanase and O-Glycanase. The sialidase used was commercially available

AM 67 018644
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



4

from Calbiochem in 1985. The techniques of analysis described above were also known to those skilled in the art in 1985.

10. The results of the analysis on the Amgen rHuEPO lot L07B clearly show the presence of O-linked glycosylation. As shown by the photograph in Exhibit B, there is a decrease in molecular weight of the rHuEPO sample upon treatment with N-Glycanase (Lane 4) which removes the N-linked oligosaccharides, and a further decrease upon treatment with sialidase to remove sialic acid from the O-linked oligosaccharide (Lane 5). A further decrease in molecular weight is visible after treating the sample with O-Glycanase to remove the O-linked disaccharide gal ß(1-3) galNAc (Lane 6). This decrease in molecular weight confirms the existence of O-linked glycosylation in rHuEPO lot L07B.

11. The decrease in molecular weight seen upon treatment with O-Glycanase as described above and the specificity of O-Glycanase for the gal ß(1-3)galNAc core disaccharide as described in the product data sheet in Exhibit C demonstrates the presence of N-acetylgalactosamine as recited in Claim 11 of EP 411 678. The presence of N-acetylgalactosamine on rHuEPO is further shown by direct analysis of the monosaccharide composition of Amgen produced rHuEPO following enzymatic removal of the N-linked carbohydrate. These results are reported in Browne, et al., Cold Spring Harbor Symposia on Quantitative Biology, 51, 693-702 (1986).

12. Further analysis of the monosaccharide content of rHuEPO produced by Amgen in 1985 was performed according to the method of Zanetta et al., J. Chromatogr. 69, 291 (1972). This analysis shows the presence of fucose as claimed in Claim 9 of EP 411 678. The analysis also reveals the relative molar ratios of hexoses (galactose and mannose) to N-acetylglucosamine to be 1.5 and the ratios of galactose and mannose to N-acetylglucosamine were 0.9 and 0.6, respectively. These values are within the range of experimental and

AM 67 018645
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

M 10·11·92

5

analytical error to those reported in Claim 10 to EP 411 678 (1.4, 0.9 and 0.5, respectively).

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

Date: February 13, 1992      *Thomas W. Strickland*
                             Thomas W. Strickland

AM 67 018646
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



## Curriculum Vitae

### THOMAS WAYNE STRICKLAND

**Date of Birth:** 09/14/54

**Place of Birth:** Pensacola, Florida

**Home Address:** 13450 E. Cedarpine
Moorpark, California
(805) 523-8740

**Office Address:** Amgen Inc., Amgen Center
Thousand Oaks, California 91320
(805) 499-5725 (x3088)

**Education:**

| | |
|---|---|
| University of West Florida | B.S., 1976 (Biology) |
| University of West Florida | B.S., 1976 (Chemistry) |
| Vanderbilt University | Ph.D., 1981 (Biochemistry) |

**Ph.D. Thesis:**

Contribution of Subunits to Glycoprotein Hormone Function: A Study Utilizing Hybrids

**Work Experience:**

April 1984 - present
Research Scientist, Protein Chemistry Department, Amgen Inc. Research principally involved in the purification and characterization of urinary and recombinant human erythropoietin

February 1981 - March 1984
Assistant Research Biological Chemist, Department of Biological Chemistry, University of California Los Angeles. Research included studies on biosynthesis and protein folding of glycoprotein hormones; chemical modification, isolation, and receptor cross-linking of glycoprotein hormones

**Honors and Offices:**

Pensacola Junior College Faculty Scholarship Award (1974)
Foundation Scholarship, University of West Florida (1974-76)
National Science Foundation Undergraduate Research Fellowship (1975)
Monsanto Award for Chemistry (1976)
Graduate Summa Cum Laude, University of West Florida
National Institutes of Health Predoctoral Traineeship (1976-77)
National Science Foundation Predoctoral Fellowship (1977-1980)
Harold Sterling Vanderbilt Graduate Scholarship (1976-1980)

AM 67 018647
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



## Bibliography

**Papers:**

1. Metabolism of vinyl chloride: destruction of the heme of highly purified cytochrome P-450 by a metabolite. F. Peter Guengerich and Thomas W. Strickland. *Molecular Pharmacology 13*, 993-1004 (1977).

2. Gonadotropin-testicular receptor interactions and subunit-subunit interactions. T.W. Strickland, T.D. Noland and D. Puett. In *Functional Correlates of Hormone Receptors in Reproduction* (eds. V.B. Mahesh and T. Muldoon), Elsevier Publ. Co. (1981).

3. Contribution of subunits to the function of luteinizing hormone/human chorionic gonadotropin recombinants. Thomas W. Strickland and David Puett, *Endocrinology 109*, 1933-1942 (1981).

4. The kinetic and equilibrium parameters of subunit association and gonadotropin dissociation. Thomas W. Strickland and David Puett. *J. Biol. Chem. 257*, 2954-2960 (1982).

5. Alpha-subunit conformation in glycoprotein hormones and recombinants as assessed by specific antisera. Thomas W. Strickland and David Puett. *Endocrinology 111*, 95-100 (1982).

6. Circular dichroism of gonadotropin recombinants. Thomas W. Strickland and David Puett. *Int. J. Peptide Protein Res. 21*, 374-380 (1983).

7. The alpha-subunit of pituitary glycoprotein hormones. Formation of three-dimensional structure during cell-free biosynthesis. Thomas W. Strickland and John G. Pierce. *J Biol. Chem. 258*, 5927-5932 (1983).

8. Thyrotropin (TSH) purification and characterization. John G. Pierce, Thomas F. Parsons and Thomas W. Strickland. "Handbook on Receptor Research", S. Aloj, ed. (1983).

9. Disassembly and assembly of glycoprotein hormones. Thomas F. Parsons, Thomas W. Strickland and John G. Pierce. *Methods in Enzymology 109*, 736-749 (1985).

10. Rapid and easy separation of the subunits of bovine and human glycoprotein hormones using high performance liquid chromatography. Thomas F. Parsons, Thomas W. Strickland and John G. Pierce. *Endocrinology 114*, 2223-2227 (1984).

11. Structure of LH and hCG. Thomas W. Strickland, Thomas F. Parsons and John G. Pierce. "CRC Critical Review: Gonadotropin Receptors and Gonadotropin Action", M. Ascoli, ed., CRC Press, Inc. (1985).

2

AM 67 018648
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



12. Glycosylation of ovine prolactin during cell-free biosynthesis. T.W. Strickland and J.G. Pierce. *Endocrinology 116*, 1295-1298 (1985).

13. Tyrosine residues of bone tyrotropin - accessibility to iodination in the intact hormone and isolated subunits. T.W. Strickland, J.F. Williams and J.G. Pierce. *Intl. J. Peptide Protein Res. 24*, 328-336. (1984)

14. Erythropoietin - gene cloning, protein-structure, and biological properties. J.K. Browne, A.M. Cohen, J.C. Egrie, P.H. Lai, T. Strickland, E. Watson and N. Stebbing. *Cold Spring Harbor Symposia on Quantitative Biology 51*, 693-701 (1986).

15. The common alpha-subunit of bovine glycoprotein hormones - limited formation of native structure by the totally nonglycosylated polypeptide chain. T.W. Strickland, A.R. Thomason, J.H. Nilson and J.G. Pierce. *Journal of Cellular Biochemistry 29*, 225-237 (1985).

16. The beta-subunit of thyrotropin can be cross-linked to its receptor by disuccinimidyl suberate. P.R. Buckland, T.W. Strickland and B.R. Smith. *Biochemical Society Transactions 13*, 942-943 (1985).

17. The beta-subunits of glycoprotein hormones - formation of three-dimensional structure during cell-free biosynthesis of lutropin-beta. T.W. Strickland and J.G. Pierce. *Journal of Biological Chemistry 260*, 5816-5819 (1985).

18. TSH crosslinks to the TSH receptor through the beta-subunit. P.R. Buckland, T.W. Strickland, J.G. Pierce and B.R. Smith. *Endocrinology 116*, 2122-2124 (1985).

19. Characterization of recombinant human erythropoietin produced in Chinese hamster ovary cells. J.M. Davis, T. Arakawa, T.W. Strickland and D.A. Yphantis. *Biochemistry 26*, 2633-2638 (1987).

20. Recombinant DNA-derived bovine growth hormone from *Escherichia coli*. I. Demonstration that the hormone is expressed in reduced form, and isolation of the hormone in oxidized, native form. K.E. Langley, T.F. Berg, T.W. Strickland, D.M. Fenton, T.C. Boone and J. Wypych. *European Journal of Biochemistry 163*, 213-224 (1986).

21. Characterization and biological effects of recombinant human erythropoietin. J.C. Egrie, T.W. Strickland, J. Lane, K. Aoki, A.M. Cohen, R. Smalling, G. Trail, F.K. Lin, J.K. Browne and D.K. Hines. *Immunobiology 172*, 213-224 (1986).

22. Megakaryocyte colony stimulating activity of recombinant human and monkey erythropoietin. P.O. Dukes, J.C. Egrie, T.W. Strickland, J.K. Browne and F.K. Lin. *Prog. Clin. Biol. Res. 215*, 105-109 (1986).

23. Comparative studies of natural and recombinant erythropoietin. D. Vapnek, J.C. Egrie, J.K. Browne, P. Lai, F.K. Lin, T. Arakawa and T.W. Strickland. *Banbury Reports 29* (Therapeutic Peptides and Proteins), 241-256 (1988).

AM 67 018649
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



24. Relationship between sugar chain structure and biological activity of recombinant human erythropoietin produced in Chinese hamster ovary cells. M. Takeuchi, N. Inoue, T.W. Strickland, M. Kubota, M. Wada, R. Shimizu, S. Hoshi, H. Kozutsumi, S. Takasaki and A. Kobata. *Proc. Natl. Acad. Sci. USA* 20, 7819-7822 (1989).

25. The effect of carbohydrate on the structure and stability of erythropoietin. L.O. Narhi, T. Arakawa, K.H. Aoki, R. Elmore, .F. Rohde, T. Boone and T.W. Strickland. *Journal of Biological Chemistry 266*, 23002-23026 (1991).

26. Densimetric determination of carbohydrate content in glycoproteins. C.G. Kolvenbach, K.E. Langley, T.W. Strickland, W.C. Kenney and T. Arakawa. *Journal of Biochemical and Biophysical Methods 23*, 295-300 (1991).

**Abstracts:**

1. Vinyl chloride mediated P-450 destruction. Thomas Strickland and F. Peter Guengerich. *Federation Proceedings 36* (3) 991 (1977).

2. Sedimentation velocity and sedimentation equilibrium of ovine lutropin alpha. Thomas Strickland, L.A. Holladay, Mario Ascoli and David Puett. *Federation Proceedings 37* (5), 1712 (1978).

3. Gonadotropin recombinants: A correlation of biological potency with alpha-subunit conformation. Thomas W. Strickland and David Puett. Presented at the 62nd Annual Meeting of the Endocrine Society (Abstract No. 11). Washington, D.C. (1980).

4. Kinetic and equilibrium parameters of gonadotropin assembly and disassembly. Thomas W. Strickland and David Puett. Presented at the 63rd Annual Meeting of the Endocrine Society (Abstract No. 805) Cincinnati, OH (1981).

5. Folding of the alpha subunit of lutropin after *in vitro* biosynthesis. Thomas W. Strickland, Joan M. Goverman and John G. Pierce. Presented at the 64th Annual Meeting of the Endocrine Society (Abstract No. 198) San Francisco, CA (1982).

6. TSH crosslinks to the TSH receptor through the beta-subunit. P.R. Buckland, T.W. Strickland, J.G. Pierce, R.D. Howells and C.R. Rickards. *Annales D. Endocrinologie 45*, 52 (1984).

7. Biophysical characterization of recombinant human erythropoietin produced in Chinese hamster ovary cells. J.M. Davis, T.W. Strickland, D.A. Yphantis and T. Arakawa. *Biophysical Journal 49*, 499 (1986).

8. Characterization of pure human recombinant erythropoietin. J.C. Egrie, T.W. Strickland, J. Lane, K. Aoki, R. Smalling, G. Trail, F.K. Lin, J.K. Browne, D.K. Hines and A.M. Cohen. *Experimental Hematology 13*, 458 (1985).

4

AM 67 018650
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

M 10-11-92

9.  *In vitro* and *in vivo* megakaryocytopoietic effects of recombinant erythropoietin. P.P. Dukes, J.C. Egrie, T.W. Strickland, J.K. Browne and F.K. Lin. *Experimental Hematology 14*, 469 (1986).

10. Structural characterization of recombinant DNA-derived human erythropoietin. C.G. Parker, T.W. Strickland, K.H. Aoki and P.H. Lai. *Federation Proceedings 45*, 1721 (1986).

11. Characterization of recombinant monkey erythropoietin. R.H. Elmore, K.H. Aoki, T.W. Strickland, F.K. Lin and M.F. Rohde. Presented at the Protein Society Annual Meeting, July, 1989.

AM 67 018651
SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER



M 10·11·92

1 2 3 4 5 6 7 8 9

97,400 —
67,000 —
43,000 —
31,000 —
21,500 —
14,400 —

| LANE # | SAMPLE # | ED | N-Glycanase | Sialidase | O-Glycanase | 37C Incubation |
|---|---|---|---|---|---|---|
| 1 | Bio-Rad MW Stds | - | - | - | - | - |
| 2 | 1 | + | - | - | - | - |
| 3 | 2 | + | - | - | - | + |
| 4 | 3 | + | + | - | - | + |
| 5 | 4 | + | + | + | - | + |
| 6 | 5 | + | + | + | + | + |
| 7 | 7 | - | + | - | - | + |
| 8 | 8 | - | + | + | - | + |
| 9 | 9 | - | + | + | + | - |

AM 67 018652
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# NEW FOR GLYCOPROTEIN RESEARCH FROM genzyme
## N-glycanase



**N-glycanase** (Peptide: N-glycosidase F) hydrolyzes the Asn-GlcNAc linkages of glycoproteins to yield:
- Carbohydrate-free intact protein
- Intact oligosaccharides

**N-glycanase** is:
- Protease-free
- Endo- and exoglycosidase-free

**N-glycanase** has broad specificity:



| GLYCOPEPTIDES | Genzyme N-glycanase | Endo F | Endo H |
|---|---|---|---|
| Ovalbumin, high Mannose | | – | |
| Ovalbumin, hybrid, with GlcNAc β1→4Man | | | – |
| Ovalbumin, hybrid, without GlcNAc β1→4Man | | – | – |
| Ovomucoid hybrids | – | – | – |
| Biantennary Complex | | | – |
| Triantennary Complex | | – | – |
| Tetraantennary Complex | | – | – |

Personal communication, Tarentino and Plummer

**N-glycanase** allows:
- Accurate molecular weight determination of deglycosylated proteins
- Structural analysis of oligosaccharides
- Analysis of glycoprotein function



In the U.S.
Genzyme Corporation
75 Kneeland Street
Boston, Massachusetts 02111
In Mass. (617) 451-1923
TELEX: (U.S.251) 201233
FAX: (617) 451-2454
**Toll-Free 1-800-332-1042**

In the U.K. or Europe
Koch-Light Ltd.
Hollands Road
Haverhill, Suffolk CB9 8PU
(0440) 702436
TELEX: (U.K.851) 817756

*For laboratory use only. Not for drug, diagnostic, or other use.*

AM 67 018653
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



| N-GLYCANASE |
|---|
| (Peptide: N-Glycosidase F from |
| Flavobacterium meningosepticum) |

## Genzyme Data Sheet

**Specific Lot Data**
Lot number: _C250_   Date of Assay: _2/18/85_
Concentration: _260_ units/ml by Assay 1

**Recommended Storage Conditions:**
N-Glycanase is shipped as a 50% glycerol solution containing 2.5 mM EDTA. Storage at -20°C is recommended. Under these conditions the enzyme is stable for at least three months.

**Activity Assays:**
N-Glycanase activity is quantitated by measuring the release of oligosaccharide from [$^3$H]dansyl-fetuin glycopeptide (1) or from ribonuclease B (2). One unit of enzyme measured by the former assay is the amount of N-glycanase needed to hydrolyze one nanomole of [$^3$H]dansyl-fetuin glycopeptide per minute at 37°C. One unit of enzyme measured by the RNase assay is the amount of N-glycanase required to convert one nanomole of RNase B to RNase A per hour at 37°C.
**Conversion Units:** One dansyl-fetuin glycopeptide unit is equivalent to 50 RNase units

1. [$^3$H]Dansyl-fetuin glycopeptide assay: 2 μl of [$^3$H] dansyl-fetuin glycopeptide (720 nmol/ml, sp. act. 10μCi/μmol) and 2 μl of N-glycanase in 0.25M sodium phosphate, pH 8.6, are incubated at 37°C for 30 minutes. The reaction mixture and 2 μl water rinse are spotted on Whatman #3 paper and the chromatogram is developed with butanol/ethanol/water (4:2:1, by volume). The product spot, which migrates near the solvent front, is visualized by UV light and cut from the chromatogram. The product stripe is placed in a scintillation vial with 1.3 ml of 0.5% SDS and heated at 60°C for 5 minutes. Scintillation fluid (10 ml) is added and radioactivity is measured.

   RNase assay: A stock solution of RNase B (5 mg/ml) is prepared by boiling the enzyme in 1% SDS for 3 minutes. Twenty-five microgram aliquots of denatured RNase B are incubated with serial dilutions of N-glycanase for one hour at 37°C (recommended range: 1-120 units/ml). The final incubation mixtures contain, in addition, 10 mM β-mercaptoethanol, 0.2M sodium phosphate, pH 8.6, and 0.75% NP-40. The samples are analyzed by SDS-PAGE. The conversion of RNase B to RNase A can be estimated visually or quantitated by densitometry of the stained gel.

**Assays for Contaminating Activities**
**Exoglycosidase Assays**
O- and p-nitrophenyl substrates (1 micromole of each) are incubated with N-glycanase (50 units/ml) in a final volume of 0.5 ml for 20 hours at 37°C, pH 5.0. OD$_{400}$ is read after quenching with sodium bicarbonate. The limit of detection of the assay is 1.0 x 10$^{-9}$ moles of substrate hydrolyzed. Substrates tested:

    p-nitrophenyl    α-D-galactopyranoside
    o-nitrophenyl    β-D-galactopyranoside
    p-nitrophenyl    α-L-fucopyranoside
    p-nitrophenyl    α-D-mannopyranoside
    p-nitrophenyl-N-acetyl-β-D-glucosaminide

Genzyme Corporation. 75 Kneeland Street. Boston. MA 02111. Telephone (617) 451-1923. Toll-Free 1-800-332-1042. Telex 201223
Tech-Light Ltd., Hollands Road, Haverhill, Suffolk C39 8PU, England. Telephone (0440) 702436. Telex 817756

AM 67 018654
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



Protease assays
30 nanocuries/ml $^{14}$C-bovine serum albumin (New England Nuclear) is incubated with 60 units/ml N-glycanase in a final volume of 35 µl for one hour at 37°C, pH 6.1. No TCA-soluble material could be detected.

Background Information:

lycanase (Peptide: N-glycosidase F) has been highly purified from cultures of *Flavobacterium meningosepticum*. The enzyme is distinct from the endo-β-N-acetylglucosaminidase F (Endo F) activity described by Elder and Alexander (1,2). N-Glycanase hydrolyzes N-asparagine-linked oligosaccharides from glycoproteins and glycopeptides to give free oligosaccharide and a peptide/protein containing aspartic acid at the glycosylation site.

The reaction conditions required to affect complete deglycosylation of a glycoprotein with N-glycanase depend on the accessibility and structure of the pendant oligosaccharides. Denatured samples generally require significantly less N-glycanase than do native proteins. All N-linked oligosaccharides examined to date, including bi-, tri-, and tetraantennary complex, hybrid and high mannose chains are cleaved (4). Oligosaccharides attached to a C- or terminal amino acid do not appear to be substrates for the enzymes (4). The reaction conditions described below are designed for the deglycosylation of difficult samples. If multiple samples of the same glycoprotein need to be processed, it is recommended that serial dilutions of the enzyme be performed to determine the minimum amount of enzyme required for the reaction. For example, ribonuclease B is completely deglycosylated in one hour at 37°C at a N-glycanase concentration of 1 unit/ml. A representative protocol is given below.

The glycoprotein sample (10 µl, 2.0 mg/ml) is boiled for 3 minutes in the presence of 0.5% SDS + 0.1M β-mercaptoethanol. The sample is diluted with 18 µl of sodium phosphate, pH 8.6, containing 10 mM EDTA and 2 µl of 10% NP-40. 1.8 units (4 µl) of N-glycanase (450 u/ml) is added. The reaction mixture is incubated overnight at 30°C.

### References

1. Plummer, T.H., Jr., Elder, J.H., Alexander, S., Phelan, A.W., and Tarentino, A.L., *J. Biol. Chem.*, 259, 10700-10704 (1984).
2. Elder, J.H. and Alexander, S., *Proc. Natl. Acad. Sci., USA*, 79, 0-4544 (1982).
3. Laemmli, U.K., *Nature*, 227, 680-685 (1970).
4. Tarentino, A.L., Plummer, T.H., Jr., personal communication.

AM 67 018655
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



AM 67 018656
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER




June 20, 1985.

Dear Researcher,

O-glycanase (endo-α-N-acetylgalactosaminidase) is now available from Genzyme.

The enzyme is purified from cultures of Diplococcus pneumoniae and catalyzes the hydrolysis of the gal β(1-3)galNAc core disaccharide linked to either serine or threonine in glycoproteins. Prior (enzymatic) removal of sialic acid or other saccharides present on this core disaccharide is necessary, as these substituents interfere with O-glycanase activity. GlcNAc β(1-3)galNAc and other structures found linked to serine and threonine are not substrates. Researchers can use O-glycanase as a tool to identify the presence of specific O-linked oligosaccharide chains. Hydrolysis does not require prior denaturation of the glycoprotein of interest, but reaction rates are somewhat faster with glycopeptides than with native glycoproteins.

O-glycanase is available in 50% glycerol solutions shipped to you on dry ice. Prices (excluding shipping and handling) in the continental U.S. are:

Product code: O-ase                   25 milliunits   $90.00
                                     125 milliunits  $250.00

I have listed the following references to provide you with background information on O-glycanase:

   Umemoto, J., Bhavanandan, V.P. and Davidson, E.A. J. Biol. Chem., 252, 8609-8614 (1977).
   Bhavanandan, V.P., and Davidson, E.A. Biochem. Biophys. Res. Comm., 70, 738-743 (1976).
   Lamblin, G., Lhermitte, M., Klein, A., Roussel, P., Van Halbeek, H., and Vliegenthart, J.F.G. Biochem. Soc. Trans., 12, 599-600 (1984).

Please contact me at Genzyme (1-800-332-1042) to obtain additional technical or ordering information.

Sincerely,

Emily J. Levy
Product Manager

Corporate Headquarters / Sales, Research and Development Center / Genzyme Corporation / 75 Kneeland Street
Boston, Massachusetts 02111 / (800) 332-1042 / In Massachusetts (617) 451-1923 / TELEX: (U.S. 25)201223 / FAX: (617) 451-2454
Enzyme Research and Production Center / Genzyme Biochemicals Ltd. / Springfield Mill / Maidstone / Kent ME 14 2LE England
622-673841 / TELEX: (U.K. 851) 966150
Fine Chemicals Research and Production Center / Koch-Light Ltd. / 37 Hollands Road / Haverhill / Suffolk CB9 8PU / England
440-702436 / TELEX: (U.K. 851) 817756

AM 67 018657
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER