# EXHIBIT 7

Casebeer Decl to Motion for SJ re IC - Public

Dockets.Justia.com

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

FRITSCH ET AL.        )
                      )
                      )        Interference No. 102,096
    v.                )        Interference No. 102,097
                      )             and
                      )        Interference No. 102,334
LIN                   )
                      )        Examiner-in-Chief:
                      )            Marc L. Caroff

BOX INTERFERENCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

NOTICE IV BY LIN UNDER 37 CFR 1.682(a)

Sir:

Lin hereby offers into evidence, pursuant to the provisions of 37 CFR 1.682(a), the following publications, copies of which are attached:

(1) "Characterization and Biological Effects of Recombinant Human Erythropoietin", Egrie et al, Immunobiol, Vol. 172, pages 213-224 (1986).

(2) "Erythropoietin: Gene Cloning, Protein Structure, and Biological Properties", Browne et al, Cold Spring Harbor Symposia on Quantitative Biology, Vol. LI, pages 693-702 (1986).



1129-Index

AM-ITC 00336474

FRITSCH ET AL v UN
Interference Nos. 102,096;
    102,097 & 102,334
Page 2

(3)    *Experientia*, Vol. 38, No. 10, pages 1129-1162 (1982).

(4)    *The Glycoconjugates*, Vol. II, Chapter 2, "Glycoprotein Biosynthesis", Harry Schachter, pages 87-181.

(5)    "Comparative Study of the Carbohydrate Moieties of Rat and Human Plasma $a_1$ - Acid Glycoproteins", Yoshima et al, *The Journal of Biological Chemistry*, Vol. 256, No. 16, pages 8476-8484 (1981).

(6)    "Assembly of Aspargine - Linked Oligosaccharides", Kornfeld & Kornfeld, *Ann. Rev. Biochem.*, pages 631-664 (1985).

(7)    *Biology of Carbohydrates*, Vol. 2 (ed. V. Ginsburg and P.W. Robbins), Chapter 2, "The Carbohydrates of Glycoproteins", Kobata, pages 87-161 (1984).

(8)    "Comparative Aspects of Glycoprotein Structure", in Kornfeld & Kornfeld, *Ann. Rev. Biochem.*, Vol. 45, pages 217-237 (1976).

(9)    "Host-dependent Variation of Asparagine-linked Oligosaccharides at Individual Glycosylation Sites of Sindbis Virus Glycoproteins", by Hsieh et al, *The Journal of Biological Chemistry*, Vol. 258, No. 4, pages 2548-2554 (1983).

(10)    "Lectin-Resistant Cell Surface Variants of Eukaryotic Cells", Briles, *International Review of Cytology*, Vol. 75, pages 101-165.

(11)    "The Role of Carbohydrate in Erythropoietin Action", Dordal et al, *Endocrinology*, Vol. 116, No. 6, pages 2293-2299.

1130-Index

AM 17 009422
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00336475

FRITSCH ET AL v LIN
Interference Nos. 102.096;
102.097 & 102.334
Page 3

(12) "Comparative Study of the Asparagine-Linked Sugar Chains of Human Erythropoietins Purified from Urine and the Culture Medium of Recombinant Chinese Hamster Ovary Cells", Takeuchi et al, _The Journal of Biological Chemistry_, Vol. 263, No. 8, pages 3657-3663 (1988).

(13) "Carbohydrate Structure of Erythropoietin Expressed in Chinese Hamster Ovary Cells by a Human Erythropoietin cDNA", Sasaki et al, _The Journal of Biological Chemistry_, Vol. 262, No. 25, pages 12059-12076 (1987).

(14) "Monkey Erythropoietin Gene:Cloning, Expression and Comparison with the Human Erythropoietin Gene", Lin et al _Gene_, Vol. 44, pages 201-209 (1986).

(15) "Erythropoietin & Red Cell Differentiation", Goldwasser, _Control of Cellular Division & Developments:Part A_, pages 487-494 (1981).

(16) "Comparative Studies of Natural & Recombinant Human Erythropoietin", Vapnek et al, _Banbury Report 29:Therapeutic Peptides & Proteins:Assessing New Techniques_, pages 241-256 (1988).

Lin relies on the entire document for each of the above publications (1)-(16). The general relevance of each of these publications is in providing background information as to erythropoietin (items 1-16); information regarding Lin's reduction to practice (items 1, 2, 14 and 16); and information relevant to carbohydrate composition

1131-Index

AM 17 009423
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00336476

FRITSCH ET AL v LIN
Interference Nos 102,096;
102,097 & 102,334
Page 4

of glycoproteins, including recombinant erythropoietin relative to Interference No. 102,334 (items 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 16).

Respectfully submitted,

CUSHMAN, DARBY & CUSHMAN

By _____
Paul N. Kokulis
Reg. No. 16,773

PNK:mh
1615 L Street, N.W.
Washington, D. C. 20036
Phone: (202) 861-3503

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing NOTICE IV BY LIN UNDER 37 CFR 1.682(a) has been sent by Federal Express Overnight Courier, postage prepaid, to counsel for Fritsch et al. this 29th day of April, 1991, Kurt B. Richter, Esq., MORGAN & FINNEGAN, 345 Park Avenue, New York, New York 10154.

_____
Paul N. Kokulis

AM 17 009424
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

1132-Index

AM-ITC 00336477

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

FRITSCH ET AL.      )
                    )
                    )                Interference No. 102,097
    v.              )
                    )
                    )
                    )
LIN                 )
                    )                Examiner-in-Chief:
                    )                    Marc L. Caroff

************************

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

## RECORD OF THE PARTY LIN SUBMITTED PURSUANT TO 37 CFR 1.653(c)(5)

---

### NOTICE IV BY LIN UNDER 37 CFR 1.682(a)

1128-Index

AM 17 009425
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00336478