# EXHIBIT 9

Dockets.Justia.com



LABORATORY
NOTEBOOK

№ 633

AMGEN, INC.

LIN
EXHIBIT
115

AM 17 079273
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS. 102,096
102,097, 102,334
LIN DOC NO L01097

Trial Exhibit 104
97-10814-WGY

NOTEBOOK NO. 633

ISSUED TO dEgné

ON 7/10 19 84

DEPARTMENT

RETURNED 19

SCIENTIFIC NOTEBOOK CO.
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

AM 17 079274
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01098

AM670160997                                                    AM-ITC 00945664

| | | |
|---|---|---|
| TITLE 9/19-9/21/84 Western Analysis | Project No._____ | |
| | Book No._____ | 65 |

From Page No.__

Lyte western analysis - 2 gels + look at the following:

① Comparison of B₁₁ the EPO - B Lot 82 to illustrate similarity in size
   ENDO E treatment of 2 as well

② Goldwasser EPO ± ENDO F

③ d Therapeutics EPO ± ENDO F      } ∴ Comparison of size of glycosylated & deglycosyl.
                                       EPO from 3 diff. human urinary preps.

④ Comparison of ab reactive EPO in cycle 1 → 9 RB collection & their ENDO E digestion prods.

⑤ B₁₁, pool for 18 scale human EPO purification ± ENDOF

⑥ Some cycle ② B₁₁ RB sample ± either treated or not treated E ETOH # pptn before
   running on gel

⑦ Use d C terminal peptide in Western E ± ENDO F treated EPOS

⑧ GEL, TRANSFER + AB PROTOCOL
Run 12.5% SDS PAG - during the day
Transfer to 0.2 μm nitrocellulose at 30 V / ON = 16 hours
Block E either 10% horse or goat sera in PBS

* Abs ① For part of gel use 20X prep of 1.05 mg/ml ab at conc of 12 μg/ml - ON
         then, W in 5% horse sera
      Develop E avidin/biotin reagents - 1.5hr d mouse Ab, 1.5 hr ABC
   ② d N₁₁ peptide ab 1:300 dilt of SC 196 # 4/25/84 testbled in 5% goat sera
      other conditions as in #1
   ③ d C terminal peptide ab 1:200 dilt of SC 278 # 4625 in 5% goat sera
      other conditions as in #1

ETOH Precipitation Protocol
From Jeff's Coomassie-stained gel I looked like there was only 1 ENDO F digestion product and not the usual
doublet that we've seen. Difference betw. his protocol + ours is that he used ETOH pptn to concentrate sample
after his ENDO E + before gel loading. The undigested sample was treated the same way.
SAMPLED → ( Shot E sample - 15 λ cycle ⑨ + 5 λ ²⁵I EPO (330# cpm) ADD 250 λ ) ⁻80° EtOH→100%
                      Sit at -80° for 20 min.
      Centrifuge 2' in Eppendorf. Remove sup. See no pellet, but here's the
      Count pellet + sup (in new tube)

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

To Page No. 66

AM 17 079275
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO
L01070

66

Project No._____
Book No._____   TITLE _____

From Page No. 65

_____ Sup = 1383 cpm = 6.87% recovery of counts
_____ pellet: 19061 cpm = 93.2% " " " in pellet
            20444 total cpm.

Let pellet tube stand overnight in hood w/ fluorescent light on + blowers blowing.
In AM all residual EtOH gone
Dissolve in 2x Laemmli sample buffer (LSB) + boil 2' to get into solution.
        20µl

ENDO-F treated sample - cycle ② EtOH pptn = SAMPLE # 11
    15λ cycle ② + 5λ ¹²⁵I-EF (23,520 cpm) + 2λ ENDO-F buffer + 0.5 µl ENDO F
    Incubate 5 hrs, 37°
    Cool on ice
    Add 500 µl 100% EtOO   final [EtOH] = 92.93%
    Keep at -80° for 20'  Centrifuge + count as above
    Sup   = 1419  = 6.1% cpm recovered
    Pellet = 22004  93.9% cpm recovered
           23,423


    ENDO F from NEN - Lot # 1

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01071

To Page No. ___

Witnessed & Understood by me,   Date    Invented by      Date
                                        Recorded by

AM 17 079276
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM670160999                        AM-ITC 00945666

TITLE _____

Project No. _____
Book No. _____

67

From Page No. 66

GEL # 1

| Ab for Western | # | SAMPLE | Sample Preparation Info. |
|---|---|---|---|
| | 1 | Hi MW. BRC Prestained Mrk. = 11 μl | |
| | 2 | LOT 82- 1:20 stock in 0.025% BSA -6λ _ 525ng | |
| | 3 | LOT 82 _ " _ " _ -3λ 263ng | |
| MCA- Prot A. | 4 | CHO Cycle ① - 2λ _ 88.3ng | |
| 4 μg/ml | 5 | CHO Cycle ② _ 1λ _ 44.2 ng | |
| | 6 | LOT 82 +ENDO F _ -6λ. 1:20 525ng | LOT 82- 10λ g 1:20 in 0.025% BSA + 90λ ENDO F BUFFER + 0.5λ ENDO... -50.5λ - Incubate 5 hrs. 37° - |
| | 7 | LOT 82 +ENDOF _ -3λ. 1:20 263ng | Add 6 μl LSB-10× - boil = 57 μl approx total vol. Use 38λ for well 6 + 19λ for well 7 |
| | 8 | CHO Cycle ① - 2λ +ENDOF 88.3 ng | CHO cycle① - 2λ + 48λ ENDO F buffer + 1λ ENDO F = 6/λ TOTAL. 5hr 37°. Cool -49λ Ak LSB ⊃ 70λ boil for 1λ CHO sample, use 5.5λ mix. for 2λ CHO sample, use 11λ mix |
| | 9 | CHO Cycle② - 1λ. +ENDOF 44.2 ng | Form |
| | 10 | Goldwasser #1 1:10 for blots - 30ng | |
| | 11 | Goldwasser #1 1:10 for blots +ENDO F - 30ng | 33λ GC 1:10 - 86λ ENDO F buffer - 5hr/37°C 0.5 μs ENDO F=10λ Add 12 10× LSB =115λ - Use 38λ for 2nd PC MB + 16... |
| | 12 | α therapeutic 'DCD' - 23μl = 22μ = 33ng | |
| | 13 | α therapeutic 'ctl' + ENDOF = 23μl = 33ng | 23 μl α therapeutic + 23 μl ENDO F buffer + 0.25λ ENDOF - 5hr37° = 46 μl total vol. + 5λ Ak LSB - boil: load total sample |
| | 14 | Hi MW. BRC Prestained Mrk = 11μl | |
| | 15 | Goldwasser = 11λ 1:10 for blots - 30ng | |
| 1:200 dil. | 16 | Goldwasser = 11λ 1:10 for blots + ENDO F 30ng | See sample ② above in box |
| C. seminal ab | 17 | CHO Cycle ① - 2μl = 88.3ng | |
| Rabbit SC 270 | 18 | CHO Cycle ① - 2 μl + ENDO F 88.3ng | See sample ① above in box |
| #4265 | 19 | CHO Cycle② - 2 μl + ENDO F - 88.3 ng | |
| | 20 | Hi MW. BRC Prestained Mrk - 11μl | |

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,336
LIN DOC NO L01072

To Page No. 68

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

AM 17 079277
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No. _____
Book No. _____   TITLE _____

8

| m Page No. | # | SAMPLE | SAMPLE PREPARATION |
|---|---|---|---|
| | 1 | BRL LoMW prestained marker — 11 µl | |
| | 2 | Cycle ① BII - 1.5 µl = 60 ng | |
| | 3 | Cycle ① BII - 1.5 µl = 71 ng | |
| | 4 | Cycle ① BII - 3 µl = 73 ng | |
| 300 dilu | 5 | Cycle ① BII - 4.5 µl = 66 ng | |
| 15 µl | 6 | BII pool for ly scale purif - 2 µl = 53 ng | |
| | 7 | " " -4 µl = 106 ng | |
| | 8 | E.coli ① fr K2 B - 2 µl unknown | Make a 1:10 dilu fr K's 80 µl stock + use 2λ |
| | 9 | Cycle ① -1.5 µl = 60 ng + ENDO F | 15λ cycle ① + 10λ buffer + 0.25λ ENDO F |
| | 10 | Cycle ① -1.5 µl = 71 ng + ENDO F | 15λ cycle ① + 10λ " + 0.25λ |
| | 11 | Cycle ① -3 µl = 73 ng + ENDO F | 3λ cycle ① + 10λ " + 0.25λ |
| | 12 | Cycle ① -4.5 µl = 66 ng + ENDO F | 4.5λ cycle ① + 10λ " + 0.25λ |
| | 13 | BII pool ly scale purif = 53 ng + ENDO F ③ | BII pool 82 µl + 48λ endo buffer + 0.5λ endo F |
| | 14 | BII pool ly scale purif = 106 ng + ENDO F | use 11.3λ for the 2λ sample |
| | 15 | BRL LoMW prestained marker — 11 µl | |
| | 16 | Cycle ① + ETOH - 2 µl equiv = 48 ng | ② See description m p. 65-66 |
| | 17 | Cycle ① + ETOH - 4 µl equiv = 44 ng | use 2λ for the 1λ sample |
| | 18 | Cycle ① + ENDO F + ETOH - 2 µl equiv = 36 ng | ⑪ See description on p 65-66 |
| | 19 | Cycle ① + ENDO F + ETOH 1 µl equiv = 44 ng | use 4λ for the 1λ sample |
| | 20 | BR LoMW prestained marker — 11 µl | |

FRITSCH v. LIN
INTER NOS 102,097
102,096, 102,334
LIN DOC NO L01073

To Page No. _____

Witnessed & Understood by me,    Date    Invented by    Date
Recorded by

AM 17 079278
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

TITLE _____  Project No. _____
                               Book No. _____        69

From Page No. 68     Gel # 1



Conclusions - CHO ⊕ + Lot 82 same size, although CHO ⊕ very heterogeneous. On + ENDO F, Lot 82 gives 1
band + only 1 faint lower MW band. Whereas CHO → 3 bands. Intensity lower one is
less than higher MW band, but darker than correspond band in CHO Lot 82
- Gene's CHO - behaving as usual - glycosyl a.↓ M.W. ≥ Lot 82, although ENDO F defects in prod - M.W.
So faint lower band  + 1 degrad prod.
- ↓ therapeutic - ≈ same size as CHO + Lot 82. Digestn prod = Lot 82 + lower band is
lighter than in CHO, but darker than Lot 82
- d C terminal ser - light bands - need to repeat - See only top band of digestn
prod. but must repeat ≈ 10x sample load.                    To Page No. 70

| Witnessed & Understood by me, | Date | Invented by | |
|---|---|---|---|
| | | Recorded by | |

AM 17 079279
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01074

Project No. _____
Book No. _____    TITLE _____



Develop ō 1:300 Rabbit α NH₂ Terminus Sera

Conclusions ① Think there is a tendency towards ↓ MW m ↑ cycle # of Cito samples
② Sec 3 ENDO F major bands - 2 = weighted doublet
(why seeing more bands now?     I lower MW band
Possibly as needed double as procedure     I degradation prod
for ENDO F glycoprotein material)
③ ETOH pptn → aggregation + no ↓ in # ENDO F bands
④ E coli EPO Has MW (acmigration) even lower then the smallest of the ENDO F
fragments of Cito EPO. Why such a discrepancy?

nessed & Understood by me,    Date    Invented by    Date

Recorded by

AM 17 079280
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN INTER NOS 102,096 102,097, 102,334 LIN DOC NO L01075

To Page No. _____



AM 17 079281
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01076



FRITSCH v. LIN
INTER NOS 102,096
102,097; 102,334
LIN DOC NO L01077

AM 17 079282
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ITLE_____      Project No._____
                                  Book No._____      71

rom Page No.___

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,934
LIN DOC NO L01078

To Page No.___

| itnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

AM 17 079283
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER