# EXHIBIT 10



# LABORATORY NOTEBOOK

№  723

AMGEN, INC.

LIN
EXHIBIT
114

AM 17 009822
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101136

Trial Exhibit 216
97-10814-WGY

Trial Exhibit ATS
97-10814-WGY

**NOTEBOOK NO.** 723
**ISSUED TO** Joan Egrie
**ON** 4/17 **19** 84
**DEPARTMENT**
**RETURNED** **19**

**SCIENTIFIC NOTEBOOK CO.**
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

AM 17 009823
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS. 102,096
102,097, 102,334
LIN DOC. NO L01137

4/19/84 - 4/27/84

TITLE In Vivo Bioassay &     label assay     Project No.___
                                          Book No.___

From Page No.___                                                            7

Bioassay of mEPO from CHO cells — Line 6 — dialyzed
Same sample that was assayed in last bioassay only at higher dilun so that all points
will be on the standard curve

```
                 EXPERIMENT #886
                  (Hyppxie)              4-23-84 - 4-27-84
                                       Dose
                                      µg/mouse
       UE-37    (OPR)                 8.8 2 x 0.2ml                    1
                               1:2    4.4 2 x 0.2ml
                               1:4    2.2 2 x 0.2ml
                               1:8    1.1 2 x 0.2ml
                               1:6    0.55 2 x 0.2ml

       A 3-1-84· CHO —mEPO
         line 6                1:20   10 2 x 0.2ml
                               1:40   10 2 x 0.2ml
                               1:80    5 2 x 0.2ml
                               1:160  2.5 2 x 0.2ml

       PS-32 Input   93.4ml Total
                               1:2    7.2 2 x 0.2ml
       PS-32-4-1    51.1 mg Total     1.1 2 x 0.2ml
                               1:2    3.0 2 x 0.2ml
                               1:4    0.5 2 x 0.2ml
                                      1.25 2 x 0.2ml
       V-29 Input   14.56  mg/ml
                    19.25 ml Total    7.0 2 x 0.2ml
                               1:2    1.2 2 x 0.2ml
                               1:4    0.6 2 x 0.2ml

       Bach Nguyen    Urine 3-9-84 Dr. Powell    2 x 0.2ml

       0.5% BSA in physiol. saline              2 x 0.2ml
```

Results ① Very encouraging - Monkey EPO produced in CHO cells has same calc. in vivo
active units as estimated in RIA + in vitro bioassay. These assay results
agree ō one from last in vivo bioassay
② Slope of the monkey EPO dose response is ∥ to that of human std EPO
This was in question from the H₂ + L2 data. Seemed as though
the slope might have been different. But we were always at the
bottom of the dose-response curve

③ Comparative Results for CHO line 6
                units/ml
     RIA      →            ( determination)
     in vitro bioassay —            ( determination)
     in vivo bioassay —    42 ± 5     (2 determinations)

AM 17 009824
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01138

Read & Understood by me,      Date      Invented by                 Date      To Page No.___

                                                   Recorded by

AM670166472                                   AM-ITC 00951139

| 1/19/84 – 4/2/84 | | Project No. | |
| TITLE In Vitro Bioassay | Label Assay | Book No. | 7 |

From Page No.____

Leakage of mEPo from CHO cells – line 6 – dialyzed

Some samples that were assayed in last bioassay, only at higher dilns so that all points
will be on the standard curve.

| EXPERIMENT ____ (Eryptic) | Dose µg/mne | 4-23-84 – 4 27-84 | JAX | % ± SE | Ÿ | U | | b ± $S_b$ | $S_{Y \cdot x}$ | n | r |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EX-27 (OPB) | | | | | | | Human Urinary | 41.4 ± 2.6 | 6.0 | 25 | 0.95 |
| | | | | | | | Erythropoietin | | | | |
| | | | | | | | Secondary Standard | | | | |
| CHO – mEPO line 6 | | | | | | | 42 ± 5.0 u/ml | 458 ± 4.7 | 7.1 | 20 | 0.92 |
| PB-52 | | | | | | | | | | | |
| PB-52-4-1 | | | | | | | | 347 ± 6.3 | 60 | 15 | 0.84 |
| V-29 | | | | | | | | 514 ± 6.1 | 5.5 | 14 | 0.92 |
| Back Hyogen Draw 3-8-84 Dr. Powell | | | | | | | | | | | |
| 65% BSA in physiol. saline | | | | | | | | | | | |

Results ① Very encouraging - Monkey EPo produced in CHO cells has same calc. in vivo
activ units as estimated in RIA + in vitro bioassay. These assay results
② agree ↔ are from last in vitro bioassay
③ Slope of the monkey EPo dose response is || to that of human std EPo
this was in question from the H₂ + L₂ data. Seems as though
the slope might have been different. But, we were always at the
bottom of the dose-response curve.

③ Comparative Results for CHO line 6

| | | units/ml | |
|---|---|---|---|
| RIA | — | | (determinations) |
| in vitro bioassay | — | | (determinations) |
| in vivo bioassay | — | 42 ± 5 | (2 determinations) |

| Witnessed & Understood by me, | Date | Invented by | Date |
| | | Recorded by | |

To Page No.____

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01139

AM 17 009825
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No. _____
Book No. _____    TITLE _____

4/25/84   Competition RIA for EPO

om Page No. _____

Samples :
) CHO monkey EPO - line 2+10 combined - Used for mouse in vivo biol. effect expt - injects into nodes
3/31 - 4/6 - Part of 3/5/84 continuation expt.
Was 30 nM MTX amplification step → dialyzed. O/N.    90 ± 1.6 u/ml

) CHO line 3 - Prior assays  3/13 - 39.7 u/ml        Present value - 32.9 ± 2.4 u/ml.
4/5   32.8 u/ml
    mEPO - from 3/1/84 - 5 day collectn - 10 nM MTX.   Line 3 used for Western analyses of
    CHO material

) CHO line 6 - Prior assays - 3/13 - 40.2 u/ml        Present values  42.3 ± 3.3 u/ml.
4/5   40.5 u/ml
    mEPO from 3/1/84 - 5 day collectn - 10 nM MTX.  Line 6 used for bioassay (in vitro + in vivo)
    of CHO material.

) T8-30  Untreated (FROM STOCK TUBE, not P. 1:6.8 diln tube)   249.5 ± 3.23 u/ml
  T8-30  Mock                                    334 ± 27 u/ml
  T8-30  ENDO F treated                          355.3 ± 11 u/ml
      Repeat from 4/5/84 expt. where only 1 point was near to beg'on the std curve
      this is the ENDO F expt. used for evaluatn. of in vivo + in vitro bioactivity
      of deglycosylated EPO

) Pure STD - from Poctai  100 u/ml by protein estimate
  Considered for use as std in RIA + in vitro + in vivo bioassays   75.8 ± 8.7 u/ml

) Mouse sera - #6 - had been injected c̄ CHO · EPO → tumor + high hematocrit
  See injects. expt - nude mice begun on 3/5/84
  Sera taken when the mouse was sacrificed.   297.5 u/ml

New hu EPO - cos cell - 7 day collection - 4/10/84    13.17 ± 0.42 u/ml
  Urine - KB
  Lot 82 - 50x conc - Repeat from the last assay (4/16) when this sample was
  nearly off scale   Prior est ≅ 320 u/ml     242.5 ± 11.1 u/ml

  Serum-free CHO expt.
  If trial purification of mEPO is to start, will need production in serum-free media
  + an estimate of the amt of EPO production /24 hr / 10⁵ cells

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101140

To Page No. 9

...essed & Understood by me,    Date    Invented by    Date

Recorded by

AM 17 009826
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

TITLE _____    Project No. _____
                          Book No. _____        9

From Page No. X

Obtain samples from Ralph on 4/2/84. Flasks seeded & known # of cells in serum free
media. Collection = 65 hr. post seeding
   0 nM MTX - 0.6 u/ml
   30 nM MTX - 2.4 u/ml
   100 nM MTX - 3.5 3 u/ml
Use the flask ① serves for the 3 determinations

Ⓓ B7 sera - Kevin patient sample - aplastic anemia.
   In 4/16/84 assay this sample was at the top of the scale + was estimated to be
   50 u/ml.   Repeat for a more accurate titer.   38.9 ± 5.3 u/ml

Ⓔ Crd. m EPO lines 7+10 combined 2/20 - 3/6/84 + dialyzed extensively overnight
   to remove traces of MTX   27.1 ± 5.4 u/ml
   See 2.   for this subsequ m vitro effect experiments



Witnessed & Understood by me,    Date    Invented by              Date

                                        Recorded by

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01141

To Page No. 10

AM 17 009827
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No. _____
Book No. _____    TITLE _____

**10**

From Page No. 9

4/25/84   RIA                    ED50 = 12.06
5% Trasylol                                        Cool on ice
5E% Ab-EC 204-3089 TB2 - 1:5000      Add 10λ 125I-EPO from 4/27/84 iodination.
PBS +0.1% BSA - for total of 500 μl      1386 cpm/λ hotz    10λ = 11446
Incubate 2hrs. 27°                          Incubate 0° overnight
STD = RIA std#3                            Process & 150 μg sigma μA

| # | SAMPLE | | λ TBS + 0.1% BSA | cpm | %control | %inhibition | EPO/aliq | EPO/ml |
|---|---|---|---|---|---|---|---|---|
| 1 | STD | 0 | 430 | 2268 2239 | 1802 | 0 | | |
| 2 | | 0 | 430 | 2494 | | | | |
| 3 | 1mu = ΩD | 425 | 2172 | 97.2 | 2.8 | | | |
| 4 | 2.5mu ; 1.25ΩD | 420 | 1871 | 83.1 | 16.9 | | | |
| 5 | 5mu ; 2.5ΩC | 430 | 1558 | 68.5 | 31.5 | | | |
| 6 | 10mu ; 5ΩC | 425 | 1334 | 57.9 | 42.1 | | | |
| 7 | 15mu ; 7.5ΩC | 425 | 916 | 40.7 | 59.3 | | | |
| 8 | 20mu ; 10ΩC | 420 | 800 | 33.0 | 64 | | | |
| 9 | 30mu ; 15ΩC | 415 | 626 | 24.8 | 75.2 | | | |
| 10 | 40mu ; 20ΩC | 410 | 446 | 18.2 | 81.8 | | | |
| 11 | 50mu ; 25ΩC | 405 | 447 | 16.4 | 83.5 | | | |
| 12 | 100mu ; 5ΩB | 425 | 291 | 9.1 | 90.9 | | | |
| 13 | 200mu ; 10ΩB | 420 | 210 | 53 | 94.7 | | | |
| 14 | PE | | 430 | 9514 97 | | | | |
| 15 | PE | | 430 | 99 | | | | |
| 16 | CHO mEPO used by 1:1000 | 100 | 180 | 906 | 37.9 | 62.1 | 18 | 72 U/ml |
| 17 | injectate sh-asah | 95 | 305 | 1106 | 47.3 | 52.7 | 11.5 | 92 U/ml |  40.± 1.16 U/ml |
| 18 | Group. Low 2010 | 50 | 380 | 1651 | 72.8 | 27.2 | 4.5 | 90 U/ml |
| 19 | found mix control | 25 | 405 | 1948 | 86.8 | 13.2 | 2.2 | 88 U/ml |
| 20 | | 10 | 420 | 2109 | 94.3 | 5.7 | 1.2 | 120 U/ml |
| 21 | CHO-line 3  1:100 | 100 | 330 | 710 | 29.1 | 70.9 | 24 | 24 U/ml |
| 22 | | 50 | 380 | 928 | 38.9 | 61.1 | 17 | 34 U/ml |
| 23 | | 25 | 405 | 1244 | 53.8 | 46.2 | 9.4 | 37.6 U/ml |  37.9 ± 2.44 U/ml |
| 24 | | 12.5 | 420 | 1592 | 70 | 30 | 5.0 | 40 U/ml |
| 25 | | 6.25 | 425 | 1882 | 83.6 | 16.4 | 2.5 | 40 U/ml |
| 26 | CHO-line 6  1:100 | 100 | 330 | 718 | 29.1 | 70.9 | 24 | 24 U/ml |
| 27 | | 50 | 330 | 848 | 35.2 | 64.8 | 20 | 40 U/ml |
| 28 | | 25 | 405 | 1244 | 52.3 | 47.7 | 10 | 40 U/ml |  42.8 ± 8.13 U/ml |
| 29 | | 12.5 | 420 | 1494 | 65 | 35 | 6 | 48 U/ml |
| 30 | | 6.25 | 405 | 1812 | 82.7 | 17.3 | 2.7 | 43.2 U/ml |
| 31 | TF-3a chabrate  1:1m | 100 | 330 | 208 | 5.2 | 94.8 | too high | |
| 32 | | 50 | 350 | 249 | 7.1 | 92.9 | 130 | 260 U/ml |
| 33 | | 30 | 400 | 380 | 13.3 | 86.7 | 61 | 305 U/ml |  249.5 ± 5.28 U/ml |
| 34 | | 20 | 410 | 428 | 15.5 | 84.5 | 51 | 255 U/ml |
| 35 | | 10 | 420 | 656 | 26.2 | 73.8 | 28 | 280 U/ml |
| 36 | TF-3a Mock  EPO | 40 | 330 | 442 | 16.2 | 83.8 | 49 | 333.2 U/ml |
| 37 | | 30 | 380 | 673 | 27 | 73 | 27 | 367 U/ml |  334 ± 27 U/ml |
| 38 | | 20 | 405 | 814 | 35.2 | 64.8 | 20 | |
| 39 | | 15 | 415 | 1116 | 55.2 | 40.8 | 16 | 544 U/ml |
| 40 | | 10 | 420 | 1658 | 73.2 | 26.8 | 9.3 | 292 U/ml |
| 41 | TR-3a Gibco C  1:100 | 100 | 330 | 366 | 12.6 | 87.4 | 67 | 455 U/ml |
| 42 | | 50 | 360 | 484 | 18.2 | 81.8 | 50 | 660 U/ml |
| 43 | | 25 | 405 | 1012 | 42.9 | 57.1 | 14 | 380 U/ml |  380.31 ± 41 U/ml |
| 44 | | 15 | 415 | 1323 | 57.4 | 42.6 | 31 | 367 U/ml |
| 45 | | 10 | 420 | 1513 | 66.3 | 33.7 | 5.8 | 364 U/ml |
| 46 | Puts STD  1:100 | 50 | 380 | 474 | 17.6 | 82.4 | 42 | 84 U/ml |
| 47 | | 25 | 405 | 798 | 32.9 | 67.1 | 21 | 84 U/ml |  75.8 ± 8.7 U/ml |
| 48 | | 12.5 | 420 | 1260 | 55.4 | 44.6 | 8.9 | 71.2 U/ml |
| 49 | | 6.25 | 425 | 1710 | 75.6 | 24.4 | 4.0 | 64 U/ml |

Recorded by

AM 17 009828
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101142

Project No._____
Book No._____
11

TLE _____

om Page No. 10

| # | SAMPLE | λ PBS 50·12 PG A | gpm | % Control | % Inhibition | EPO/alig | EPO/ml | |
|---|---|---|---|---|---|---|---|---|
| 50 | Mouse 3L #6 CHO Tumor | 255 | 405 | 568 | 23.1 | 779 | 32 = too high | |
| 51 | inject mouse | 10 | 420 | 907 | 38 | 62 | 18 | |
| 52 | | 5 | 425 | 998 | 59.9 | 60.1 | 16 | 320 u/ml } 297.5 u/ml |
| 53 | | 2 | 420 | 1540 | 67.6 | 32.4 | 6.5 | 275 u/ml |
| 54 | always Hu 610 cos. 1:10 | 25 | 355 | 336 | 11.2 | 88.8 | 80 | 10.7 u/ml |
| 55 | 7days | 10 | 370 | 503 | 19 | 81 | 31 | 9.25 u/ml |
| 56 | | 20 | 410 | 786 | 33.3 | 67.7 | 21.5 | 9.25 u/ml } 10.17 ± .42 u/ml |
| 57 | | 10 | 420 | 1214 | 52.4 | 47.6 | 10 | 10 u/ml |
| 58 | | 5 | 425 | 1788 | 79.2 | 20.8 | 3.3 | 6.6 u/ml |
| 59 | Lot 22 Concentrate 1:100 | 50 | 380 | 262 | 7.7 | 92.3 | 120 | 240 u/ml |
| 60 | KB urine | 25 | 405 | 390 | 13.3 | 86.2 | 60 | 240 u/ml |
| 61 | | 10 | 415 | 584 | 21.9 | 78.1 | 33 | 264 u/ml } 242.5 ± 11.1 u/ml |
| 62 | | 6 | 425 | 1009 | 42.7 | 57.3 | 14 | 233.3 u/ml |
| 63 | | 2 | 420 | 1620 | 71.3 | 28.7 | 4.7 | 235 u/ml |
| 64 | Ralph 5HO 6thc Day | 50 | 180 | 1163 | 99.9 | 50.1 | 12.1 | 0.484 u/ml } 0.6 u/ml |
| 65 | Serum-free | 100 | 330 | 1444 | 63.1 | 36.9 | 7.1 | 0.710 u/ml |
| 66 | | 50 | 400 | 2326 | 100 | — | — | |
| 67 | | 10 | 420 | 2326 | 100 | — | — | |
| 68 | | 3 | 425 | 2326 | 99.7 | 0.3 | — | |
| 69 | Ralph MEO CHO | 1:100 300 | 120 | 859 | 60.7 | 39.3 | 7.2 | 2.46 u/ml } 2.46 u/ml |
| 70 | 6thc-20AM MTX | 100 | 330 | 1855 | 83.8 | 16.2 | 2.5 | 2.54 u/ml |
| 71 | serum-free | 20 | 400 | 2260 | 101 | — | — | |
| 72 | | 10 | 420 | 2290 | 102 | — | — | |
| 73 | | 3 | 430 | | | | — | |
| 74 | Ralph MEO CHO | 1:100 300 | 180 | 908 | 38 | 62 | 18 | 6 u/ml |
| 75 | 6thc- 100 AM MTX | 100 | 330 | 1458 | 63.8 | 36.2 | 7 | 7 u/ml } 6.1 ± .7 u/ml |
| 76 | serum-free | 20 | 400 | 2079 | 92.9 | 7.1 | 1.6 | 5.34 u/ml |
| 77 | | 10 | 420 | 2222 | 99.5 | 0.5 | — | |
| 78 | | 30 | 400 | 2375 | 107 | | — | |
| 79 | | 1:100 10 | 420 | 2204 | 98.7 | 1.3 | — | |
| 80 | 87-Krina gleit | 1:100 20 | 180 | 336 | 11.2 | 88.8 | 80 | 32 u/ml |
| 81 | anemia sera | 30 | 305 | 400 | 14.2 | 85.8 | 56 | 44.8 u/ml } 36.2±6.5 374±53 u/ml |
| 82 | | 50 | 350 | 854 | 35.5 | 64.5 | 20 | 40 u/ml |
| 83 | | 25 | 405 | 1442 | 63.0 | 37.0 | 7 | 28 u/ml |
| 84 | Abnadilus CHO MEO prep | 50 | 330 | 317 | 33.7 | 66.3 | 21.5 | 215 u/ml |
| 85 | & mouse injectio | 50 | 380 | 1184 | 51 | 49 | 11 | 220 u/ml } 221±5.4 u/ml |
| 86 | Lina 7en combined | 25 | 405 | 1523 | 66.8 | 33.2 | 57 | 228 u/ml |
| 87 | 3h2-Nol24 | 10 | 420 | 2014 | 89.8 | 10.2 | 1.75 | 175 u/ml |

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101143

To Page No.____

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

AM 17 009829
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN    102,097, 102,334
INTER NOS 102,096    LIN DOC NO L01144

AM 17 009830
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM 17 009831
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
102,096
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01145



AM 17 009832
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CHOLINESTHOEASE [illegible] in dialyzed EPO
collected 2/20 [illegible]
Yellow Card [illegible] dialized CHO

EFFECT OF mEPO in BALB/c MICE 5/89

MICE - [illegible]
Arrived AT ARGEN 5/10/89

EPO - mEPO produced in CHO cells - dialyzed overnight MOUSE 7+10
collected 9/20/89 - 3/6/89 [illegible] RBC [illegible] RIA [illegible] 4/2-184 [illegible]

| Exp'l Group | Mouse # | Treatment | Dose |
|---|---|---|---|
| | • 118 | + EPO | 0.4 Red IP |
| | • 119 | + EPO | 0.4 Red IP |
| | 120 | control | 0.4 Yellow I.P. |
| | 121 | control | 0.4 Yellow I.P. |

CONTROL - dialyzed CHO (Yellow)

INJECTION SCHEDULE - 5/25  5/30  5/31  6/1  6/4 - 65

TEST BLEEDS

PREBLEED

| | Day 0 | Day 5 | Day 6 | Day 8 | Day 10 | Day 13 | Day 15 | Day 17 | Day 20 |
|---|---|---|---|---|---|---|---|---|---|
| MOUSE # | 5/29/89 | 6/1/89 | 6/2/89 | 6/8/89 | 6/10/89 | 6/13/89 | 6/15/89 | 6/17/89 | 6/18/89 |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |
| 120 | | | | | | | | | |
| 121 | | | | | | | | | |

Sacrifice # 118 on 6/9/84 for autopsy [illegible]

[illegible] CHO-EPO

(1) = CHO + EPO - IP
(2) = CHO + CCM - IP
(3) = CHO   IP

AM 17 009833
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | Day 22 | Day 24 | Day 27 | Day 29 | Day 31 | Day 34 | Day 36 | Day 39 | Day 41 | Day 43 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6/20/84 | 6/22/84 | 6/25/84 | 6/27/84 | 6/29/84 | 7/2/84 | 7/4/84 | 7/7/84 | 7/11/84 | 7/13/84 |



FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101148

AM 17 009834
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

TITLE _____

Project No._____
Book No._____     13

From Page No. 12

# EFFECT OF MONKEY EPO ON BALBC MICE

## 05/01/84



| □ | 81 | + | CONT AVG | ◇ | 77-79 AVG | △ | 82-84 AVG |
|---|----|----|----------|----|-----------|----|-----------| 
| + 11 U EPO | | +CONTROL MEDIA | | + 4.4 U EPO | | | + 44 U EPO |

TIME (DAYS)

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

To Page No._____

AM 17 009835
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

S123-S124 - EPO Competition RIA

Project No. _____
Book No. _____        41

LE

m Page No. ___

Samples for RIA     S/23 - 5/24/84

① Samples from the urinary purification  LOT 82

= RIA Calculation
= Bioassay (in vitro)
calculation

DEAE-Agarose

17 mM                    30 mM Calc.   (2/3 cold EPO)
(2 cold EPO)
457.7 µg EPO             816.4 µg EPO

SP-Sephadex

Ⓐ        Ⓑ        Ⓒ        69.7 µg EPO
175.7 µg EPO

WGA                      WGA          62 µg EPO
89% recovery

Ⓐ   Ⓑ                    Ⓐ   Ⓑ
(est 87 u/ml             (est 33 u/ml
602M WGA)                23 c7.7 u/oz)

(est 141.5 µg EPO)
G4 threonine

HT-HPLC      ≈ N(1 µg)
≈ 1650 u/oz

HT-HPLC

RIA = 54 u/ml

TSK        TSK        TSK

Not assayed    O mM EPO

② Serum-free roller bottle mEPO production at (80 mM MTX amplification level
Time Course expt
Assay 24 hours, 69 hrs, 121 hrs, 147 hrs, 167 hrs, 20 hrs    days
Reserve 2, 4, 8 + 9 days for a possible later assay.

Use as a guideline for estimation of aliquot size, the serum-free roller  45 hrs
flask expt on p__ of this notebook

③ Yeast producing human EPO (syn. gene)
Samples fr. S. Elliott given to us on 5/22/84
Super            supernatant of cells        control = 0
+ EPO                                         + EPO  = 2 u/ml
Cells            cells broken c glass beads   control = 0
+ EPO                                         r-EPO = 0.25 u/ml

Witnessed & Understood by me,    Date    Invented by              Date

Recorded by

AM 17 009836
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01149

AM670166484                                    AM-ITC 00951151

Project No. _____
Book No. _____     TITLE _____

2

m Page No. _____

④ Kirin Patient samples   ⓐ B-22 Down sera - repeat R. last Kirin assay which showed this sample to be off scale - 44 u/ml

ⓑ B-24 - Repeat of last Kirin assay which showed this sample to be off scale  13.7 mU/ml - agree over 2 last assay

ⓒ B7 urine - LOT ① 2.73 u/ml
   1°diil
   LOT ② last assay 1.81 u/ml
   LOT ③ 2.18 u/ml

ⓓ B-10 - LOT ① last assay 0.206 u/ml
   1°diil
   LOT ② 0.137 u/ml
   LOT ③ 0.13 u/ml

ⓔ Kirin normal sera - dose response was very abberrent in last Kirin assay - Repeat to see if it could be a technical error.  40 mU/ml

⑤ Ralph - h EPO (sign. gene) - CHO cell sup - 3 day CCM.  0 MIX  
Arrived 5/23/84   2 cell lines going - H3 - 3½ day CCM - 5.7 u/ml
   B11 5th day CCM - 18.2 u/ml

Protocol   5λ Tracylol
   Std EPO- std #3 / PBS 10/13 BSA / Sample → 430λ total vol.
   + Ab  160λ 1:500 dilu. BC 744 #3037  TB2
   Incubate 2hrs at 37°
   Cool on ice
   Add  125I-EPO  5/10/84 before reduction
     Kd = 40.5% cpm
   Incubate o/N at 4° Rxn 6PM → 9:30 AM.
   Collect c 300 µl (a)each tb

   Note: higher cpm 125I-EPO added (along c more Ab) since the
   % opptn of this 125I-EPO has ↓ fr 50% → 33%

Witnessed & Understood by me,     Date     Invented by     Date

                                            Recorded by

AM 17 009837
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER. NOS. 102,096
102,097, 102,334
LIN DOC. NO. L01150

To Page No.

Project No. _____
Book No. _____

43

LE

m Page No. _____

| | Sample | | λ PBS + 0.1% BSA | cpm | % control | % inhib. | EPO | EPO/ml |
|---|---|---|---|---|---|---|---|---|
| 1 | O | | 430 | 5296 | 5273 100% | O | | ED 50 = 11.76 |
| 2 | O | | 430 | 5251 | | | | |
| 3 | 1 mU | 25 λ D | 425 | 5204 | 98.3 | 1.7 | | |
| 4 | 2.5 mU | 12.5 λ D | 420 | 4698 | 88.9 | 16.1 | | |
| 5 | 5 mU | 25 λ C | 430 | 4314 | 81.4 | 18.6 | | |
| 6 | 10 | 5 λ C | 425 | 3008 | 57.2 | 43.8 | | |
| 7 | 15 | 7.5 λ C | 425 | 2210 | 40.7 | 59.3 | | |
| 8 | 20 | 10 λ C | 420 | 1602 | 29 | 71.0 | | |
| 9 | 30 | 15 λ C | 425 | 1039 | 18.1 | 81.9 | | |
| 10 | 40 | 20 λ C | 410 | 782 | 13.1 | 86.9 | | |
| 11 | 50 | 25 λ C | 405 | 704 | 11.6 | 88.4 | | |
| 12 | 100 | 5 λ B | 425 | 394 | 5.6 | 94.4 | | |
| 13 | 200 | 10 λ B | 420 | 255 | 2.9 | 97.1 | | |
| N | PT | | 420 | 111 × 405 | | | | |
| 15 | PT | | 430 | 100 | | | | |
| 16 | WG-A ⑤ - B   1:1000 | 50 λ | 380 λ | 336 | 4.5 | 95.5 | .140 | 2800 |
| 17 | est. 874 = 6084 U/ml | 20 λ | 410 λ | 426 | 6.2 | 93.8 | 80 | 4000 |
| 18 | | 10 λ | 420 λ | 521 | 8.0 | 92 | .70 | 7000 |
| 19 | | 5 λ | 425 λ | 850 | 15 | 85 | 36 | 7200 | 7066.7 U/ml |
| 20 | 1:10000 | 20 λ | 410 λ | 2376 | 43 | 57 | 14 | 7000 | 1.4 mg = 9892 U/ml |
| 21 | | 5 λ | 425 λ | 4776 | 90.4 | 9.5 | 2.3 | 4600 | = 1416 U/O.D. mg |
| 22 | WG-A ⑤ - B   1:1000 | 50 λ | 330 λ | 438 | 6.4 | 93.6 | 95 | 1900 |
| 23 | est. 33 μg = 2307? U/ml | 20 λ | 400 λ | 508 | 7.8 | 92.2 | 70 | 3333 |
| 24 | | 10 λ | 415 λ | 816 | 13.7 | 86.3 | 39 | 3900 | 2358 U/ml x 1.84= |
| 25 | | 5 λ | 420 λ | 2718 | 50.5 | 49.5 | 12 | 2400 | 4337 μ = 62 μg |
| 26 | | 2 λ | 428 λ | 4448 | 83.4 | 16.6 | 4.2 | 2100 | E 70 |
| 27 | HT column - Shoulder (# 36) 2100 300 λ | | 130 λ | 337 | 4.5 | 95.5 | 110 | 36.7 U/ml |
| 28 | of SP ⑪ WGA ⑤ | | 280 λ | 510 | 7.7 | 93.3 | 91 | 54 |
| 29 | est. bioassay 3λ = 200 mU | | 355 λ | 770 | 12.9 | 87.1 | 41 | 54.7 | 54 U/ml |
| 30 | # 22 | 325 λ | 392.5 λ | 1132 | 19.7 | 80.3 | 27 | 72 |
| 31 | | 15 λ | 415 λ | 3620 | 68.0 | 32.0 | 8 | 53.3 |
| 32 | | 5 λ | 425 λ | 5170 | 98 | 2.0 | 1.1 | |
| 33 | HT column - fraction # 29 | 10 | 420 λ | 366 | 5.1 | 94.9 | 105 | 10.5 |
| 34 | # SP ⑪ WGA ⑤ | 5 | 425 λ | 414 | 6 | 94 | 90 | 18.0 | 16.0 U/ml |
| 35 | est. bioassay at less P. | 100 M | 230 λ | 753 | 12.5 | 87.5 | 43 | 14.3 |
| 36 | # 32 | EPO 150 | 280 λ | 972 | 16.8 | 83.2 | 32 | 21.3 |
| 37 | HT column - fraction # 41 | 10 | 420 λ | 758 | 12.6 | 87.4 | 42.5 | 4.24 |
| 38 | est. bioassay # 23 = O | 5 | 425 λ | 1534 | 27.7 | 72.3 | 21 | 4.2 | 4.44 U/ml |
| 39 | | P 100 · 300 | 130 λ | 2296 | 42.4 | 57.6 | 14.4 | 4.8 |
| 40 | HT column 2nd assay #.35-1:100 | 10 | 230 λ | 269 | 3.2 | 96.8 | 200 | 180 |
| 41 | of SP ⑧ WGA ⑤ | 80 M | 330 λ | 296 | 3.7 | 96.2 | 140 | 140 |
| 42 | est. bioassay less P. 20% S bottom | 50 | 380 λ | 462 | 6.9 | 93.1 | 90 | 160 |
| 43 | of tube | 20 λ | 410 λ | 770 | 12.9 | 87.1 | 41.4 | 207 |
| 44 | | 7 λ | 422 λ | 2020 | 37.1 | 62.9 | 16.4 | 234.3 | 207.1 U/ml |
| 45 | | 2 λ | 428 λ | 4543 | 85.9 | 14.1 | 3.6 | 180 |
| 46 | HT column   gradient column # 19 | P 1μl | 380 λ | 644 | 10.4 | 89.6 | 57 | 14.9 |
| 47 | of SP ⑮ WGA ⑤ | 200 | 230 λ | 1005 | 17.5 | 82.5 | 32 | 16.0 | 16.5 U/ml |
| 48 | | 100 | 370 λ | 1890 | 34.5 | 65.5 | 17.5 | 17.5 |
| 49 | | 50 | 380 λ | 3244 | 60.7 | 29.3 | 8.8 | 17.6 |
| 50 | | 20 | 410 λ | 5026 | 95.2 | 4.8 | 1.6 | 80 |
| 51 | | 7 | 428 λ | 5218 | 100 | - | - | |
| 52 | HT column   gradient col. # 26 | 200 λ | 230 λ | 258 | 2.9 | 97.1 | 200 | 1 toobic % inhib to } check |
| 53 | of SP ⑮ WGA ⑤ | 70 λ | 360 λ | 289 | 3.7 | 96.3 | NO | 2 } |
| 54 | | 20 λ | 410 λ | 536 | 9.3 | 90.7 | 60 | 3 — 34 U/ml |

Recorded by _____

AM 17 009838
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN 102,097, 102,334
INTERF. NOS. 102,096 LIN DOC NO L0115

44    Project No. _____
      Book No. _____    TITLE _____

From Page No. ___

| | | | λ past vit+G210 | cpm | % control / % indu. | Exp. | Epo/ml |
|---|---|---|---|---|---|---|---|---|
| 55 | HT column #39 | gradient ctrl. | 200 | 230 λ | 677 | 11.1 | 88.9 | 50 | 0.257 |
| 56 | TSK SP Ⓢ WGA Ⓑ | | 70 | 360 λ | 1866 | 34.1 | 65.9 | 17.6 | 0.257 | 0.2557 u/ml |
| 57 | | | 20 | 410 λ | 4254 | 80.3 | 19.7 | 5.2 | 0.26 |
| 58 | TSK - SP Ⓒ WGA Ⓑ #24 | | 200 | 230 λ | 5594 | 106 | — | — | |
| 59 | HT #39 (8 peaks) only | | 100 | 330 λ | 5466 | 103.7 | — | — | |
| 60 | | | 30 | 400 λ | 5562 | 106 | — | — | 0 EPO |
| 61 | | | 10 | 420 λ | 5260 | 99.7 | 0.3 | — | |
| 62 | | | 5 | 425 λ | 5498 | 104 | — | — | |
| 63 | TSK SP Ⓢ WGA Ⓑ #16 | | 300 | 130 λ | 6290 | 119 | — | — | |
| 64 | HT #41 (probably void) | | 200 | 230 λ | 5879 | 112 | — | — | 0 EPO |
| 65 | 3 peaks #21 | | 30 | 80 λ | 6100 | 115 | — | — | |
| 66 | | #24 | 200 | 230 λ | 5945 | 113 | — | — | 0 EPO |
| 67 | 60 y max #24 | | 200 | 230 λ | 5500 | 104 | — | — | |
| 68 | | | 600 | 330 λ | 5519 | 105 | — | — | 0 EPO |
| 69 | | | 30 | 400 λ | 5367 | 102 | — | — | |
| 70 | | | 10 | 420 λ | 4929 | 93.3 | 6.7 | — | |
| 71 | TSK SP Ⓢ WGA Ⓑ | | 20 | 200 λ | | | | | |
| 72 | HT 26 | | 22 | 100 λ | | | | | |
| 73 | | | 24 | 100 λ | | | | | |
| 74 | | | 26 | 100 λ | | | | | |
| 75 | | | 27 | 100 λ | | | | | |
| 76 | | | 28 | 100 λ | | | | | |
| 77 | CHO H·EPO + baby | | 29 | 100 λ | 1:100 300 130 λ | 792 | 13.2 | 86.8 | 40 | 12.3 |
| 78 | Cum-free media lot 6 | | 30 | 100 λ | 100 230 λ | 1000 | 17.3 | 82.7 | 31 | 31 |
| 79 | 100 nM RFTX | | 31 | 100 λ | 30 400 λ | 1513 | 27.2 | 72.8 | 21 | 70 |
| 80 | MS 1105 | | 33 | 100 λ | 10 420 λ | 2468 | 45.7 | 54.3 | 13 | 130 | 158.5 |
| 81 | | | 3 | 427 λ | 4241 | 79.4 | 20.6 | 53 | 177 |
| 82 | CHO H·EPO 5 days #3 | | 210 | 100 λ | 330 λ | 634 | 10.2 | 89.8 | 58 | 5.67 |
| 83 | 5½ days | | | 400 λ | 2263 | 41.7 | 58.3 | 15 | 5.0 | 5.7 u/ml |
| 84 | | | 1:200 | 100 λ | 380 λ | 4155 | 78.4 | 21.6 | 5.9 | 59 |
| 85 | | | | 30 | 400 λ | 4883 | 92.4 | 7.6 | 1.9 | 6.3 |
| 86 | | | | 10 | 420 λ | 5485 | 100 | — | — | |
| 87 | CHO H·EPO 5 days B11 | | 1:10 | 100 λ | 330 λ | 362 | 5.0 | 95 | 110 | 11 |
| 88 | 5½ days | | | 30 | 400 λ | 648 | 10.5 | 89.5 | 53 | 17.7 | 18.2 u/ml |
| 89 | | | 1:100 | 10 | 330 λ | 1644 | 29.8 | 70.2 | 19 | 19 |
| 90 | | | | 30 | 400 λ | 4278 | 79.8 | 20.2 | 5.4 | 18.0 |
| 91 | | | | 10 | 420 λ | 5161 | 97.8 | 2.2 | — | |
| 92 | H·EPO Serum-free cell line Day 0 | | 30 | 130 λ | 710 | 11.7 | 88.3 | 47 | |
| 93 | 100 nM RFTX (24 hrs) | | 1 | 100 | 230 λ | 957 | 8.4 | 83.6 | 31 | |
| 94 | | | 1:10 | 30 | 130 λ | 1213 | 21.4 | 78.6 | 25 | |
| 95 | | | | 30 | 330 λ | 1722 | 31.3 | 68.7 | 14 | 19 | 25 u/ml |
| 96 | | | | 30 | 420 λ | 3274 | 61.3 | 38.7 | 43 | 31 |
| 97 | (39 hrs) Day 0 | | 1:100 300 | 130 λ | 944 | 16.2 | 83.8 | 32 | 10.7 |
| 98 | | | 100 | 330 λ | 1162 | 20.4 | 79.6 | 27 | 27 |
| 99 | | | 30 | 400 λ | 1823 | 33.2 | 66.8 | 19 | 63.3 | 76.2 u/ml |
| 100 | | | 10 | 420 λ | 3542 | 66.5 | 33.5 | 8.2 | 82 |
| 101 | | | 3 | 427 λ | 4706 | 89.0 | 11 | 25 | 83.3 |
| 102 | (24 hrs) Day 0 | | 1:100 200 | 130 λ | 554 | 14.5 | 85.6 | 37 | |
| 103 | | | 100 | 330 λ | 1106 | 19.4 | 80.6 | 25 | |
| 104 | | | 30 | 400 λ | 1654 | 30.7 | 69.3 | 19 | 63.3 |
| 105 | | | 10 | 420 λ | 2920 | 54.5 | 45.5 | 11 | 110 | 132.4 |
| 106 | | Mean | 30 | 427 λ | 4328 | 81.7 | 18.3 | 5 | 160.7 |

Witnessed & Understood by me, _____    Date _____    Invented by _____    Date _____

Recorded by _____

FRISCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101152

AM 17 009839
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No._____
Book No._____

E_____

n Page No._____

45

| | | | λ PBS + 0.1% BSA | c.p.m | % control | % inhibit | Epo | Epo/ml |
|---|---|---|---|---|---|---|---|---|
| 107 | 4shes | Day(7) 1:100 - 100λ | 330λ | 1066 | 18.6 | 81.4 | 20 | 30.0 |
| 108 | | 50λ | 400λ | 1695 | 30.8 | 69.2 | 19 | 63.3 } 80.0 U/ml |
| 109 | | 10λ | 420λ | 3125 | 58.4 | 41.6 | 10 | 100 |
| 110 | | 1:1000 - 30λ | 400λ | 4809 | 91.0 | 9.0 | 23 | 76.7 |
| 111 | | 10λ | 420λ | 5534 | 105 | | | |
| 112 | 25shes | Day(10) 1:100 - 100λ | 330λ | 1073 | 18.7 | 81.3 | 29 | 29 |
| 113 | | 30λ | 400λ | 1635 | 29.6 | 70.4 | 20 | 66.7 } 77.8 |
| 114 | | 10λ | 420λ | 2855 | 55.1 | 44.9 | 11 | 110 |
| 115 | | 1:1000 - 30λ | 400λ | 4941 | 93.6 | 6.4 | 17 | 56.7 |
| 116 | | 10λ | 420λ | 5553 | 105 | | | |
| 117 | Serr. Super pGt-41 | 100λ | 320λ | 5790 | 110 | - | - | |
| 118 | SE 2-7. St22 | 30λ | 200λ | 5652 | 107 | - | - | 0 EPO in control |
| 119 | Yeast MEOH simino | 10λ | 420λ | 5529 | 104 | - | - | |
| 120 | | 1:10 30λ | 400λ | 5624 | 107 | - | - | |
| 121 | | 10λ | 420λ | 5772 | 109 | - | - | |
| 122 | Serr. Super pGt4 EPO | 100λ | 330λ | 637 | 11.3 | 88.7 | 50 | -.5 |
| 123 | SE 2-7. St22 | 30λ | 400λ | 918 | 15.7 | 84.3 | 34 | 1.1 |
| 124 | Yeast human EPO | 10λ | 420λ | 1822 | 33.2 | 66.8 | 18 | 1.8 } 2.0 U/ml |
| 125 | OD @ cells = 2.5 | 1:10 30λ | 400λ | 3248 | 60.8 | 29.2 | 7.5 | 2.5 |
| 126 | | 10λ | 420λ | 4978 | 94.3 | 5.7 | 1.7 | (1.7) |
| 127 | Serr. Cells pGt41 | 100λ | 330λ | 5464 | 104 | - | - | |
| 128 | SE 2-7. St22 | 30λ | 400λ | 5573 | 106 | - | - | 0 EPO in control |
| 129 | Yeast cells. control | 10λ | 420λ | 5490 | 104 | - | - | |
| 130 | | 1:10 30λ | 400λ | 5353 | 101 | - | - | |
| 131 | | 10λ | 420λ | 5490 | 104 | - | - | |
| 132 | Serr. Cells pGt4 EPO | 100λ | 330λ | 1236 | 24.9 | 78.1 | 25 | .25 |
| 133 | SE 2-7. St22 | 30λ | 400λ | 3213 | 60.1 | 39.5 | 9.6 | .32 } 0.25 U/ml |
| 134 | Yeast human EPO | 10λ | 420λ | 492 | 932 | 6.8 | 1.8 | .18 |
| 135 | | 1:10 30λ | 400λ | 5476 | 104 | - | - | |
| 136 | | 10λ | 420λ | 5574 | 106 | - | - | |
| 137 | B-22 (DEWA) 1:100 | 5λ | 380λ | 4064 | 25.2 | 74.3 | 22 | 44 |
| 138 | MC | 2.5λ | 405λ | 2694 | 50.1 | 49.9 | 11 | 44 } 44.5 u/ml |
| 139 | | 1.25λ | 420λ | 4128 | 76.4 | 21.6 | 5.7 | 45.6 |
| 140 | | 6.2λ | 421.75λ | 4996 | 94.6 | 5.4 | 0.1 | |
| 141 | B-24 1:100 MC | 5λ | 425λ | 534 | 8.4 | 91.6 | 67 | 13.4 } 13.2 u/ml |
| 142 | | 2.5λ | 432.5λ | 885 | 15.1 | 84.9 | 35 | 14 |
| 143 | 1:110 | 5λ | 380λ | 633 | 10.1 | 89.8 | 53 | 10.6 } 10.9 u/ml |
| 144 | | 2.5λ | 402λ | 1115 | 19.5 | 80.5 | 28 | 11.2 |
| 145 | B-7 urine diluted 1:100 | 100λ | 330λ | 804 | 3.8 | 96.2 | 140 | 1.4 |
| 146 | (1:4 diluted) | 50λ | 380λ | 440 | 6.5 | 93.5 | 35 | 1.7 } 1.95 u/ml x4=7.8 |
| 147 | No.1 | 25λ | 400λ | 655 | 10.6 | 89.4 | 52 | 2.08 } |
| 148 | | 12.5λ | 412.5λ | 1191 | 21 | 79 | 26 | 2.08 } 2.73 u/ml |
| 149 | B-7 urine diluted 1:100 | 100λ | 330λ | 306 | 3.9 | 96.1 | 140 | 1.4 |
| 150 | (1:4 diluted) | 50λ | 380λ | 453 | 6.7 | 93.3 | 82 | 1.64 } 1.56 u/ml x4=6.24 |
| 151 | No.2 | 25λ | 400λ | 891 | 15.2 | 84.8 | 34 | 1.36 } |
| 152 | | 12.5λ | 417.5λ | 1542 | 27.8 | 72.2 | 21 | 1.68 } 2.18 u/ml |
| 153 | B-10 urine diluted 1:100 | 300λ | 130λ | 1031 | 17.9 | 82.1 | 30 | 0.1 |
| 154 | (1:4 diluted) | 200λ | 230λ | 1652 | 30 | 70 | 20 | Do } 0.984 u/ml |
| 155 | No.2 | 100λ | 330λ | 3274 | 61.3 | 38.7 | 9.3 | 0.093 } 1.4= |
| 156 | | 50λ | 380λ | 4835 | 91.5 | 85 | 2.2 | 0.1374 u/ml |
| 157 | B-10 urine diluted 1:100 | 300λ | 130λ | 1201 | 21.2 | 78.8 | 25 | .0833 } 0.819 u/ml |
| 158 | (1:4 diluted) | 200λ | 230λ | 1947 | 35.6 | 64.4 | 175 | .075 } x4= |
| 159 | No.3 | 100λ | 330λ | 3734 | 70.2 | 29.8 | 75 | 0.75 } |
| 160 | | 50λ | 380λ | 4921 | 93.2 | 6.8 | 0.8 | - } 0.115 u/ml |

Recorded by

AM 17 009840
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN    102,097, 102,334
INTER. NOS. 102,096 LIN DOC. NO L01153

Project No._____
Book No._____    TITLE _____

—6

...m Page No.___

| | | | λ post 0.1% 0.5% | cpm | % control | % inhib | EPO | EPO/ml |
|---|---|---|---|---|---|---|---|---|
| 167 | Kiouzo | 300 λ | 130 λ | 3435 | 45.1 | 54.9 | 13.5 | 45 U/mA 40 U/ml |
| 168 | (Westkurs) | 200 λ | 230 λ | 3907 | 73.6 | 26.4 | 7.0 | 35 U/mA | " |
| 169 | sera | 100 λ | 320 λ | 5706 | 108.4 | — | | |
| 160 | | | | | | | | |



AM 17 009841
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01154

To Page No.___

tnessed & Understood by me,     Date     Invented by     Date

Recorded by



AM 17 009842
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



.05   0.1   0.2   0.4   0.8   Erythropoietin (U)  UE-37  6-0

H3 rB11 are CHO CCM, 3½ r5½ day respectively. f. 2 clones producing the EPO

RIA                          in vitro              in vivo

5H3- 5.7           (H3)- 1059 ±2.1         4H- 56 ± 43
7B- 5.55 ±52

5H3- 12.2          (7B)- 2249 ±106         4H- 16.3 ± 3.0
7B- 12.5 ±21

FOR HUMAN CHO MATERIAL, AS FOR MONKEY CHO, ALL EPO ACTIVITY IS MAINTAINED IN VIVO!!

To Page No.

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | FRITSCH v. LIN INTER NOS 102,096 102,097, 102,334 LIN DOC NO L01154 |

AM 17 009843
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

H3 + B11 are CHO CCM, 3½ + 5½ h day respectively $f.$ 2 clones producing the EPO

RIA          in vitro            in vivo

B  5h3- 5.7        (#2)- 1.039 ± 2.1        6/4- 5.6 ± 2.3
   7b- 5.55 5Ω

#   5h3- 13.2        (#) - 27.49 ± 2.06        6/4 - 16.8 ± 3.0
    7½- 12.52Ω

FOR HUMAN CHO MATERIAL, AS FOR MONKEY CHO, ALL EPO ACTIVITY IS MAINTAINED IN VIVO !!

To Page No.

| Witnessed & Understood by me. | Date | Invented by | | Date |
|---|---|---|---|---|
| | | Recorded by | | |

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01154

AM 17 009844
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

7/3/84  EPO  2'½

Project No. _____
Book No. _____

E

83

① Amgen/Kirin Pure EPO - Adj. 10 U/ml
② "  "  7% 90% EtOH ppt - 6052
③ CHO- hu EPO - H3, BA
④ P. Dukes uE -35
⑤ GoHwasser u-A 43 pure EPO
⑥ CHO- mEPO- line 41 - Bro response
⑦ CHO- hu EPO - 2 lg stock pool
⑧ CHO + mEPO serum-free lysecell , UFA → DEAE
⑨ Fritschhund mEPO serum-free lysecell
⑩ Billiotte yeast-hu EPO  6-29-84
mouse urine - CHO-EPO pure injected repeat A. 6/29 RIA

7/3/84  RIA for EPO

Samples:

① Amgen/Kirin Pure EPO - Using protein conc. estimate by 1% A yield, adjust conc. of EPO to 10 U/ml. Dilute this stock to A PBS + A 1% BSA Assaying in RIA's in two assays. Repeat R. 6-30-84 RIA evid. to be done since some of the higher values gave poor dose regards. 91 of 125 U/ml = 14,891 µl PBS + 0.09 BSA → 10 U/ml based on protein 10,679 U/ml = 10 U/ml STOCK

② 7% 90% EtOH ppt of Amgen/Kirin lot 52 urine purification 1:5590 diln → 10 U/ml estimate based on [3H] EPO recovered to that step. Use at 1:10 diln → 1 U/ml working soln. Repeat from last assay to at the 1 U/ml (instead of 10 U/ml level) 14.48 ± 0.9 U/ml = 10 U/ml stock

③ CHO hu EPO - H3 - 3H d CCM - 0 mM MTX 5/23/84 Pair RIA = 6/23/84 = 5.7 U/ml / 5.55 U/ml

CHO hu EPO - 6A - 5½ d CCM - 0 mM MTX 5/23/84 Pair RIA = 5/23/84 = 82 U/ml / 17.83 U/ml

④ P. Dukes uE-25 Adjust to 180 U/ml based on label in vivo titer (12 U/ml me). Use a 1:100 diln → 1 U/ml for assay in RIA. Titers uE-35 is used as the in vitro bioassay standard. If tends to assay as ½ the stated m U/ml units in Beckala Chemderl RIA (biocia ala). Yet had to determine it same applied to tour abs twice our assay titer at a wide field to one sample when assayed in m U/ml biocia RIA systems. 121.9.1 U/ml for 1 U/ml diln

⑤ E. Goldwasser EPO from Plai. 0.1943 U prep. Was anticipated that we could use this EPO as a standard for all tour assays. However, in vitro + in vivo activities are only 40,50% anticipated amt. 4 units. Check by RIA. 1.33 ± 0.15 U/ml for 1 U/ml diln

⑥ CHO- mEPO- line 41 3 d CCM + serum -180 mM MTX 7-2-84 Sample well for Bioresponse Check to be sure cone still producing EPO. 34 U/ml

⑦ CHO-hu EPO - 2 lg pools of cone for Hg + BSA a) largest pool 2 molecules, 180-90 ml total - all different times of collection, cat diff [MTX] of sone. collected = stability in Hay. 52.4 U/ml

b) 40 ml total -90 ml, 10 d CCM } ~ 0 mM MTX, collection stability in Hay 3 d, 4 d CCM } 70.1 U/ml

⑧ Billiotte EPO - coli - 10 μ launa Ce started pellet → 15K × bacha, #A No titer - why?

Recorded by _____

AM 17 009845
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO LO1155

AM670166493

AM-ITC 00951160

Project No._____
Book No._____    TITLE _____

Page No.____

1/29/84  Tom Strickland  purification samples.
Large WGA prep. of SE nEPO CCM - CHO
Use 14M 6 day cell sample having a titer of 213 u/ml
column load WGA - estimated titer 300 u/ml - reassay - 333 u/ml

Tom Ishii samples - fractions #10 - est 0-150 u/ml          18 u/ml
                              #30 - est 75-200 u/ml          80 u/ml
                              #50 - est 150-225 u/ml         260-500 * u/ml
                              #80 - est 150-225 u/ml         260-925 * u/ml
To check for column overloading. Amt 3 SE-spiked EPO ↑ after fraction #20.

WGA Eluent - est. 3000-6000 u/ml          3800 u/ml
             ↓ Dialysis → 2x ↑ vol.
CM Agarose load - est. 2700-5500 u/ml       2250 u/ml

Elute c 30mM CaCl₂ - est. 1100 u/ml *A1 3/5 head    1597 u/ml

Elute c 100 mM CaCl₂ - est 550 u/ml                19.3 u/ml


Const - Hu EPO samples fr Steve Elliott  6-29-84    A600 = 79
New yeast construction for α-factor secretion system where trp(?) replaces leu ①
fig. 6.4.? this source of "dilution" in the EPO product.
Control + rEPO samples    each concentrated 120x
YSDP4 + PYE SC EPO - Sup  conc 120x
YSDP4 - Control    - Sup

Treat both control the EPO ē ↑ ENDO H
Endo H-treated samples run on 12% SDS gel + coomassie stained. See 4 new
ends in rEPO samples that are not present in controls. These bands are same as
those seen in prior construction, on A stacked gel.  4 bands together est ~ 4-5 u/ml?
YSDP4 + PYE SC EPO - Sup   - ENDO H-    0.50 u/ml?  Dot rxgns not ll tot?
     "         Control  - Sup   - ENDO H-    0 u/ml    "      "      "
YSDP4 + PYE SC EPO - Sup   + ENDO H+    36.125 u/ml   "     "      "     "  *
     "         Control  - Sup   + ENDO H+    0 u/ml
ENDO H-tested & not ll then the m ENDO H-treated  See plot 3 std curve c yeast curves superimpos.
Renin of mouse urine from the experimental group receiving CHO cells + EPO c Sre
la last biopsy 6 Delsy, these assayed as negative, suggesting either that the titer
c EPO was much lower than expected, or that the EPO had been degraded sometime
during the collection + dialysis days.

| Date | Day Bled | total Urine Vol | Hematocrit | |
|------|----------|------------------|------------|---|
| 4/7  | 4        | 141 ml           | 50         | NO TITER EVEN AT THE |
| 4/18 | 6        | 37 ml            | ND         | HIGHER ALIQUOT SIZES. |
| 4/20 | 8        | 0.85 ml          | 66.1       | |
| 4/24 | 12       | 10.85 ml         | 70.4 (0.11)| |

AM 17 009846
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01156

To Page No.____

...essed & Understood by me,     Date     Invented by          Date

                                          Recorded by

Page No.___

EDp ~ 22 mU

10λ = 2000 ß cpm  6/8/81

| Samples | [μl] Anti-α EPO | X POS + 0.1% BSA | cpm | % Control | % inhib. | EPO | EPO/ml |
|---|---|---|---|---|---|---|---|
| STDS   0 | | | 443 | 4864 | | | |
|        0 | | | 445 | 5538 * | 100? | 0 | |
| 1 mU = 5λD | | | 440 | 5464 | 968 | 32 | |
| 25 mU = 2.5λD | | | 430 | 5254 | 92.9 | 71 | |
| .5 mU = 2.5λC | | | 440 | 5158 | 91.1 | 8.9 | |
| 10 mU = 5λC | | | 440 | 4928 | 87.7 | 12.3 | |
| 15 mU = 7.5λC | | | 435 | 3926 | 68.1 | 31.5 | |
| 20 mU = 10λC | | | 435 | 3081 | 54.3 | 45.7 | |
| 30 mU = 15λC | | | 435 | 2182 | 36.7 | 63.3 | |
| 40 mU = 20λC | | | 425 | 1665 | 26.1 | 73.9 | |
| 50 mU = 25λC | | | 420 | 1384 | 26.9 | 75.1 | |
| 100 mU = 5λB | | | 440 | 782 | 9.7 | 90.3 | |
| 200 mU = 10λB | | | 435 | 575 | 5.8 | 94.2 | |
| PS | | | 435 | 257 | 243 | | |
| PS | | | 435 | 268 | | | |
| [IN Amgen/Klein Pure EPO | 10λ 10u | 60 | 395 | 1153 | 16.6 | 83.4 | 58 | 9.67 |
| 1u/ml sample read/asted fr. | | 40 | 405 | 1562 | 25.8 | 74.2 | 40 | 10.0 | .5× |
| protein concentration data | | 30 | 415 | 1978 | 34.9 | 68.1 | 32 | 10.67 | 1047 u/ml = |
| | | 20 | 435 | 2378 | 42.7 | 57.3 | 22 | 11.0 | |
| | | 10λ | 435 | 4428 | 77.5 | 22.5 | 12 | 12 | |
| 75-50% ETOH ppt - Lot 5/13 u. | 10 60 | 395 | 892 | 10.6 | 89.4 | 91 | 15.17 | +.9 Amgen |
| rio g 104 u/ml stock | 40 | 405 | 1164 | 16.8 | 83.2 | 56 | 14.0 | 1443 u/ml |
| | 20λ | 435 | 2558 | 42.7 | 57.3 | 26.5 | 13.25 × |
| ETH the EPO | 10λ | 435 | 3884 | 67.4 | 32.6 | 8.5 | 15.5 |
| H3 - 3½d ccu strata | 10 60 | 395 | 918 | 13.1 | 86.9 | 74 | 4.93 | 5× |
| | 60λ | 345 | 1239 | 0.2 | 51.8 | 51 | 5.1 |
| | 7λ | 370 | 1474 | 22.5 | 77.5 | 43 | 5.73 | 5.66 u/ml |
| | 5λ | 395 | 1978 | 34.9 | 68.1 | 32 | 6.4 |
| | 2.5λ | 420 | 3955 | 69.4 | 30.6 | 14 | 5.6 |
| BH - 5½d ccu strata | rio 60 | 395 | 898 | 11.8 | 88.2 | 92 | 13.67 |
| Cmb the EPO | 40λ | 405 | 1068 | 15 | 85 | 64 | 14.0 | 5.78× |
| | 10λ | 425 | 1772 | 27.1 | 72.9 | 37 | 18.5 | 17.834 u/ml |
| | 10λ | 435 | 3354 | 57.5 | 42.5 | 19 | 19 |
| | 5λ | 440 | 4632 | 82.2 | 17.8 | 11 | 22 |
| P. Dukes 11E 35 adjust | 10λ | 345 | 670 | 7.6 | 92.4 | 120 | 1.3 | 2.1 |
| to 10 u/ml | 7λ | 370 | 841/704 | 89.10% | 89.2 | 88 | 1.17 | 1.21 u/ml |
| stock = you line 5100 | 5λ | 395 | 1168 | 16.8 | 83.2 | 57 | 1.14 |
| | 2λ | 420 | 2516 | 41.9 | 58.1 | 27 | 1.08 |
| | 10λ | 435 | 4178 | 72.8 | 27.2 | 13.5 | 1.35 |
| EG Glasser Pure EPO | u/ml 10 (100 80) | 365 | 856 | 11 | 89 | 87 | 1.09 | ×15 |
| 12-19.83 HT | 10 u/ml 40 | 405 | 1112 | 15.8 | 84.2 | 60 | 1.5 | 1.354 u/ml |
| | 20λ | 435 | 2550 | 42.5 | 57.5 | 27 | 1.35 |
| | 6λ | 435 | 3890 | 69.3 | 30.7 | 14 | 1.4 |
| M-EPO-Clone 9.1 3d ccu + cmb | 345 | 1433 | 21.8 | 78.2 | 45 | toshi |
| serum (For Bioorganic) | 5λ | 395 | 1572 | 24.4 | 75.6 | 40 | " |
| 7-7-84 - kao MATX | 20λ | 420 | 1826 | 29.1 | 70.9 | 36 | " |
| | 2λ | 420 | 2323 | 39.3 | 60.7 | 28 | 324 |
| EPO | 6λ | 434 | 3328 | 57 | 43 | 19 | 316 ← 316 u/ml |
| 11E EPO - Big Pool O ccu - kenny 10/100 | 345 | 588 | 5.7 | 94.3 | 200 |
| tmee (added by H3 1B 41) | 12λ | 395 | 584 | 6 | 94 | 200 |
| Del 41TX 0 - 20nM | 25λ | 420 | 678 | 7.7 | 92.3 | 190 | 52 | 52.4 u/ml |
| | 2.5λ | 430 | 1030 | 14.3 | 85.7 | 66 | 52.3 |

Recorded by

AM 17 009847
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN    102,097, 102,334
INTFR NOS 102,096
LIN DOC NO L0157

Project No._____
Book No._____   TITLE _____

| SAMPLE | | λ PBS / 0.1% BSA | cpm | % Control | % Inhibitn | EPO | EPO/ml | |
|---|---|---|---|---|---|---|---|---|
| CHO-H4EPO - B4 conc ret ccm | 1/10 100λ | 345 | 357 | 5.7 | 94.3 | 200' | too high | |
| | 20 ne ret ccm | 50λ | 395 | 552 | 5.4 | 94.6 | 200' | too high | 5602 |
| | | 25λ | 420 | 628 | 6.8 | 93.2 | 160 | 64 | |
| | | R5λ | 430 | 872 | 11.3 | 88.7 | 85 | 68 | 7011 U/ml |
| | | 1 | 434 | 4428 | 21.2 | 78.8 | 47 | 78.3 | |
| E.coli - H4EPO - 11% Laur G | 1:100 100λ | 345 | 5403 | 95.6 | 4.4 | — | | |
| Partn on TSK - Fract(?) | 30λ | 415 | 5457 | 96.6 | 3.4 | — | no EPO hbr | |
| 6/28/84 | 10λ | 435 | 4888 | 86 | 14 | — | | |
| | 1:1000 30λ | 415 | 5442 | 96.4 | 36 | — | | |
| | 10λ | 435 | 5552 | 99.1 | 0.9 | — | | |
| H-EPO - TS Ppid WGA col | 1:1000 20λ | 345 | 2096 | 34.1 | 65.9 | 31 | | |
| 6/26/84  Col. Load | 100λ | 345 | 2868 | 48.5 | 51.5 | 22.5 | 225 | |
| | 50λ | 395 | 3510 | 60.4 | 39.6 | 18 | 360 | 3334 U/ml |
| | 2Cλ | 420 | 4551 | 79.8 | 20.2 | 11.5 | 460 | |
| | R5λ | 430 | 5220 | 92.2 | 7.8 | 3.6 | 288 | |
| Wash of column # 10 | 1:10 100λ | 345 | 1109 | 15.7 | 84.3 | 60 too hi | 18 U/ml | |
| | 1:10 100λ | 345 | 1630 | 25.4 | 74.6 | 40 Too hi | | |
| | 1:100 100λ | 345 | 3546 | 61.1 | 38.9 | 14 | | |
| Wash of column # 30 | 1:1 100λ | 345 | 885 | 11.6 | 88.4 | too hi | | |
| | 1:10 100λ | 345 | 1224 | 17.9 | 82.1 | too hi | | |
| | 1:100 100λ | 345 | 1756 | 27.8 | 72.2 | too hi | | |
| | 1:1000 100λ | 345 | 4018 | 73.6 | 26.4 | 13 | 130 U/ml | |
| Wash of column # 50 | 1:10 100λ | 345 | 1024 | 14.2 | 85.8 | too hi | | |
| | 1:100 100λ | 345 | 1479 | 22.6 | 77.4 | too hi | | |
| | 1:1000 50λ | 345 | 2569 | 42.9 | 57.1 | 26 | 260 | |
| | 20λ | 425 | 4960 | 87.4 | 12.6 | 10 | 500 | |
| Wash of column #70 | 1:10 100λ | 345 | 1016 | 14 | 86 | too hi | | |
| | 1:100 100λ | 345 | 1446 | 22 | 78 | too hi | | |
| | 1:1000 100λ | 345 | 2554 | 43.4 | 56.6 | 26 | 260 | |
| | 20λ | 435 | 4698 | 82.5 | 17.5 | 10.5 | 525 | |
| WGA eluant   1:10 000 200λ | 345 | 2130 | 35.7 | 64.3 | too hi | | | |
| | 100λ | 395 | 1984 | 32 | 68 | too hi | | |
| | 50λ | 395 | 2588 | 61.9 | 38.1 | 17 | 3400 | 3000 U/ml |
| | 25λ | 420 | 4634 | 81.3 | 18.7 | 105 | 4200 | |
| | R5λ | 430 | 4904 | 86.3 | 13.7 | | | |
| DEAE Agarose of WFA | 1:10 000 245 | 2232 | 36.6 | 63.4 | too high | | | |
| Column load | 100λ | 345 | 2955 | 50.8 | 49.2 | 21 | 2100 | 2010 U/ml |
| | 50λ | 395 | 4326 | 75.6 | 24.4 | 12 | 2400 | |
| | 25λ | 420 | 4718 | 82.9 | 17.1 | 10.5 | | |
| 30 mM DEAE - Agarose | 1:100 100λ | 345 | 1806 | 28.7 | 71.3 | too hi | | |
| | 50λ | 395 | 2247 | 34.5 | 63.1 | " | | |
| | 25λ | 420 | 2524 | 48.6 | 51.4 | 22 | 860 | |
| | 12.5λ | 430 | 3611 | 62.3 | 37.7 | 17 | 1360 | 1587 U/ml |
| | 1 | 434 | 4733 | 83.2 | 16.8 | 11 | 1833 | |
| 100 mM DEAE - Agarose | 1:100 200λ | 245 | 2600 | 43.7 | 56.3 | too hi | | |
| | 100λ | 345 | 3654 | 66.8 | 33.2 | 16 | 16 | |
| | 50λ | 395 | 4634 | 81.3 | 18.7 | 11 | 22 | 19.3 U/ml |
| | 25λ | 420 | 5158 | 91.1 | 8.9 | 5 | 20 | |
| | R5λ | 430 | 4470 | 78.3 | 21.7 | — | | |
| Yeast 6-29-84 +EPO Sup | 1:100 100λ | 345 | 527 | 4.9 | 95.1 | too hi | | |
| Yeast - 170 x conc | HP 30 | 415 | 576 | 5.8 | 94.2 | 200' | 666.7 | 5085 U/ml |
| YSDP4 + Pyd scc50 | 10 | 435 | 814 | 10.3 | 89.7 | 92 | 920 | |
| | 1:1000 30 | 415 | 1376 | 20.7 | 79.3 | 48 | 1600 | |
| | 10 | 435 | 2137 | 34.9 | 65.1 | 31 | 3100 | |

AM 17 009848
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Recorded by

FRITSCH v. LIN
INTER NDS 102,096
102,097, 102,334
LIN DOC NO L01158

Project No. _____
Book No. _____                87

age No. ___

| Samples | | λ ppm 0.1% BSA | cpm | % Control | % Inhibition | EPO | EPO/ml | |
|---|---|---|---|---|---|---|---|---|
| | 1:100 conc   20λ | 415 | 3670 | 63.4 | 36.5 | 16.5 | 5500 ? | |
| | 10λ | 435 | 4988 | 87.5 | 12.1 | 10 | (10,000) | |
| | 3λ | 442 | 4806 | 84.5 | 15.5 | | | |
| Yeast 6.28.84 Control Sup 1:100  40λ | 20λ | 345 | 5248 | 92.7 | 7.3 | 3.0 | Control is negative | |
| 170x conc  21 | 30λ | 415 | 5552 | 99.1 | 0.9 | | | |
| YSDP4 - Sup | 40λ | 435 | 5446 | 96.4 | 3.6 | — | | |
| Yeast 6.28.84 r ENDOH heat Sup 1:100  40λ | 20λ | 345 | 722 | 8.5 | 91.5 | 120 | 120 | |
| YSDP4 + r4/6 sc epo 7.2 | 3λ | 415 | 968 | 13.1 | 86.9 | 72 | 240 | means 5 cc ? |
| 170x conc | 40λ | 435 | 2138 | 34.9 | 65.1 | 30.5 | 305 | 361.25 EPO |
| | 1:1000  30λ | 415 | 4476 | 78.4 | 21.6 | 12 | 400 | 5K' μg/ml of |
| | 10λ | 435 | 5161 | 91.1 | 8.9 | 5 | 530 | 170x conc |
| | 1:10000  20λ | 415 | 5446 | 96.4 | 3.6 | — | | or 30 mg/ml |
| | 10λ | 435 | 4419 | 77.3 | 22.7 | — | | unconcentd |
| | 3λ | 442 | 5034 | 87.8 | 11.2 | — | | |
| Yeast 6.28.84 Control  1:100  40λ | 345 | 4722 | 83.1 | 16.9 | 10.5 | — | | |
| Sup r ENDoH 1:100  170x conc  25λ | 415 | 3740 | 64.7 | 35.3 | 17 | Control is negative | | |
| YSDP4 sup | 40λ | 435 | 5704 | 101 | — | — | | |
| Kid inj. Mixed - terma collectn  20λ | 245 | 5564 | 98.6 | 1.4 | — | | | |
| 6/14       Day 5 | 10λ | 345 | 5359 | 94.8 | 5.2 | — | | |
| Day 6 | 20λ | 245 | 5177 | 91.4 | 6.6 | 45 | | | |
| | 10λ | 345 | 5430 | 96.1 | 3.9 | — | No EPO measurable | |
| Day 8 | 20λ | 245 | 4621 | 82.1 | 17.9 | 105 | in serum unconc | |
| | 10λ | 345 | 4762 | 83.7 | 16.3 | 10.2 | | |
| | 5λ | 395 | 5304 | 93.8 | 6.2 | — | | |
| Day 12 | 20λ | 245 | 5551 | 98.4 | 1.6 | — | | |
| | 10λ | 345 | 4354 | 76.9 | 23.1 | — | | |
| | 5λ | 395 | 5506 | 97.5 | 2.5 | — | | |
| | 2λ | 420 | 5326 | 94.2 | 5.8 | — | | |

Protocol
½ Trasylol
40λ Sample or Std + PBS + 0.1% BSA
40λ 1:200 diltn EC204 2049 B2
Incubate 1½ hrs 37°
Add 6/19/84 1µl I EPO - Arleen radiactivity of last I EPO 10λ = 20008 cpm
Incubate 0° from Tues 6 PM → Thurs 10 AM
Collectn 0.3 ml Trichloro as usual

FRITSCH v. LIN
INTER. NOS 102,096
102,097, 102,334
LIN DOC NO L01160

To Page No. ___

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | AM 17 009849 |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM670166497                                    AM-ITC 00951164



AM 17 009850
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01159