# EXHIBIT 11

Casebeer Decl to Motion for SJ re IC - Public

Dockets.Justia.com



**NOTEBOOK NO.** _____

**ISSUED TO** Jeri Lane

**ON** 2/11 19 83

**DEPARTMENT** _____

**RETURNED** 10-10 19 88

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

—— SCIENTIFIC NOTEBOOK CO. ——
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

AM 17 009863
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01100

AM670166500                                                          AM-ITC 00951167


2   Project No. _____   Book No. _____   TITLE Solution Competition — ① Jeff's human epo ② monkey sera ③ 2 transgenics ④ Hoskins ⑤ Duke

Page No. ____

• 1/25/84

A variety of epo sources were tested for their ability to compete with standard epo in a solution phase against the anti-peptide Ab.

Procedure
1) Add 5λ trasylol/tube
2) Add sample to tubes along with an appropriate amt of PBS + 1% BSA so the final volume is 300λ
3) Add 50λ of a 1:2500 dilution of 8C-180 #1, 7, D, 6 to each tube
4) Incubate at 37° for 1½ hrs.
5) Add 15λ I-125 epo to each tube. 15λ = 14,117 cpm.
6) Incubate at 4° for ~20 hrs
7) Add STAPH (150λ/tube except monkey sera gets 600λ, 400λ, or 300λ depending on the size of the sample)
8) Process as usual

Results

| Sample | EPO or expected EPO | PBS + 1% BSA | cpm | cpm − pre-immune | % inh. | calculated epo | EPO/ml |
|---|---|---|---|---|---|---|---|
| 0 | — | 240 | 4883 | 4464 | | | |
| 0 | — | 240 | 5126 | | | | |
| 5λD | = 1 mU | 235 | 5668 | 4530 | 0 | | |
| 10λD | = 2 mU | 230 | 5176 | 4638 | 0 | | |
| 5λC | = 10 mU | 235 | 4248 | 3710 | 16.9 | | |
| 10λC | = 20 mU | 230 | 4305 | 3767 | 15.6 | | |
| 2.5λB | = 50 mU | 237 | 3446 | 2908 | 34.9 | | |
| 5λB | 100 mU | 235 | 3018 | 2480 | 44.4 | | |
| 10λB | 200 mU | 230 | 2142 | 1604 | 64.1 | | |
| 15λB | 300 mU | 225 | 2075 | 1537 | 65.6 | | |
| 5λA | 1 U | 235 | 1700 | 1162 | 74.0 | | |
| 10λA | 2 U | 230 | 1231 | 693 | 84.5 | | |
| Pre-immune | | 240 | 441 | 538 Pre-immune | | | |
| Pre-immune | | 240 | 635 | | | | |
| human E7 60λ 15.L | | 180 | 5252 | 4714 | 0 | 0 | |
| "     120λ 30.2 | | 120 | 3995 | 3457 | 22.6 | 19 mU | 22.3 mU/ml |
| human M 60λ 0 | | 180 | 6096 | 5558 | 0 | 0 | |
| "     120λ 0 | | 120 | 6050 | 5512 | 0 | 0 | To Page No. ____ |

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01101

_____ssed & Understood by me,  Date    Invented by                    Date
MGEN CONFIDENTIAL BUSINESS INFORMATION          Recorded by                    AM 17 009864
SUBJECT TO PROTECTIVE ORDER                                                    CONFIDENTIAL
                                                                              SUBJECT TO PROTECTIVE ORDER

AM670166501                                                                    AM-ITC 00951168

Project No._____
Book No._____          43



% inhibition

[EPO]

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

page 77) using α-crude Ab in a soln competition showed the titer of E7 to be 35.4 mU/ml (before concentration). The mock was negative. This assay gives us 22.3 mU/ml for E7 and 0 for the mock.

Monkey EPO samples: monkey ③ is old monkey #3 which gives a titer 1.3 U/ml in genes assay. monkey #2 is from 1/83 and gives a titer of 00 mU/ml using anti-crude Ab. Monkey control is monkey #1 1/83 which gave a titer of 50 mU/ml.

All monkey samples are negative w/ anti-peptide Ab.

Read & Understood by me,    Date    Invented by    Date
AMGEN CONFIDENTIAL BUSINESS INFORMATION         AM 17 009865
SUBJECT TO PROTECTIVE ORDER    Recorded by    CONFIDENTIAL
                                              SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN 102,097, 102,334
INTER NOS 102,096 LIN DOC NO L01102

TLE _____    Project No. _____
                                      Book No. _____

43

| From Page Sample | EPO as expected EPO | PBS+0.1%BSA | CPM | CPM-pre | % inh | calculated EPO | EPO/ml |
|---|---|---|---|---|---|---|---|
| 9 monkey ③ 50λ | | 190 | 5824 | 5286 | 0 | 0 | |
| 25λ | | 215 | 5375 | 4837 | | 0 | |
| 10λ | | 230 | 5650 | 5112 | | 0 | |
| monkey ③ 50λ | | 190 | 6794 | 6256 | | 0 | |
| 25λ | | 215 | 6270 | 5732 | | 0 | |
| 10λ | | 230 | 6614 | 6076 | | 0 | |
| monkey-C 50λ | | 190 | 6092 | 5554 | | 0 | |
| 25λ | | 215 | 7008 | 6470 | | 0 | |
| 10λ | | 230 | 6100 | 5562 | | 0 | |
| therapeutics EPO | | | | | | | |
| 10λ | 1 U | 230 | 1365 | 827 | 81.5 | 1.3 U | 130 U/ml |
| 20λ 1:10 | 200 mU | 220 | 1941 | 1403 | 68.6 | 510 mU | 255 U/ml |
| 10λ 1:10 | 100 mU | 230 | 2597 | 2059 | 53.9 | 190 mU | 190 U/ml |
| 5λ 1:10 | 50 mU | 235 | 2886 | 2348 | 43.9 | 110 mU | 220 U/ml |
| 2λ 1:10 | 20 mU | 238 | 4040 | 3502 | 21.6 | 18 mU | 90 U/ml |
| Hankins 30 U/ml | | | | | | | Avg=137 U/ml |
| 100λ 1:10 | 300 mU | 140 | 2829 | 2091 | 53.2 | 180 mU | 18 U/ml |
| 50λ 1:10 | 150 mU | 190 | 3130 | 2592 | 41.9 | 72 mU | 14.4 U/ml |
| 25λ 1:10 | 75 mU | 215 | 3451 | 2913 | 34.7 | 44 mU | 17.6 U/ml |
| Dukes 598 U [700λ] | | | | | | | Avg=16.7 U/ml |
| 20λ 1:100 | 1.71 mU | 220 | 5560 | 5022 | 0 | 0 | |
| 10λ 1:100 | .85 mU | 230 | 5782 | 5244 | 0 | 0 | |
| 5λ 1:100 | 42.7 mU | 235 | 6203 | 5665 | 0 | 0 | |

Human EPO samples - E7 = 293 cell transfected w/ a 6 Kb piece containing the sequence for human epo. M = mock transfection. Both samples were concentrated 7.1x before assaying. Previous results (book #340 page 77) using α-crude Ab in a soln. competition showed the titer of E7 to be 35.4 mU/ml (before concentration). The mock was negative. This assay gives us 22.3 mU/ml for E7 and 0 for the mock.

Monkey EPO samples: monkey ③ is old monkey #3 which gives a titer 1.3 U/ml in genes assay. Monkey #2 is from 11/83 and gives a titer of 500 mU/ml using anti-crude Ab. Monkey control is monkey #1 11/83 which gave a titer of 50 mU/ml.

All monkey samples are negative w/ anti-peptide Ab.

Accessed & Understood by me. AMGEN CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN INTER NOS 102,096 LIN DOC NO L01103 102,097, 102,334

AM 17 009866 CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

AM670166503                              AM-ITC 00951170

4        Project No. _____
         Book No. _____  TITLE _____

Page No. __

⇒) Therapeutics - Their titer is supposed to be 100 u/ml we get ~2x higher in the anti-crude assay and an avg of ~1.8x higher titer here using the anti-peptide.

⇒ Hankins material - a partially purified mouse erythroleukemia supernatant from '483. The titer is 30 u/ml using the anti-crude. Its negative w/ the MCA in a plate binding. Our average value is 16.2 u/ml in the anti-peptide assay.

⇒ Dukes material - T-8-30 · fraction # 36 · peak from HA column ~50% pure. In vivo assay is 854 mu/ml. Anti-crude is ~ ⅓ that. Anti-peptide is negative.

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01104

AM 17 009867
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

AM670166504                                                         AM-ITC 00951171

Project No. _____   Double Ab western - ① material from
68   Book No. _____   TITLE  Lin et ③ CHO cell material

From Page No. ___

3/20/84: We will be running two double Ab westerns. The first will be
examining cell culture material from Lin et. We have a new preparation
of his 1W-32 line as well as a new line called 201ng 7.10 - 7/26/83
which is supposed to exhibit similar activity to the 1W-32 line. The
second western will be examining material from CHO cells (monkey eps)

Immunoprecipitation
1) Add 75λ trasylol per tube.
2) Add sample, Ab, and I-125 epo (for ~ calculation of recovery) 30λ = 31,504 cpm
3) Incubate overnight at 4°
4) Precipitate with 75λ of 1:5 protein-A sepharose. Wash as usual
5) Count
6) Add 55λ/tube of 3x LSB. Boil ~5min. Pellet. Remove supernatant.
   Calculate recovery.
7) Add dye & ficoll. Prepare the remaining samples for the gel.
   Boil ~5min
8) Electrophorese overnight at ~30V on a 12.5% polyacrylamide gel
9) Transfer to nitrocellulose at 60V for 6 hrs
10) Block w/ 10% horse serum add RT for ~1½ hrs.
11) Add mcA (protein A sepharose #8) at 10 μg/ml in PBS + 5% horse
    serum w/ azide, trasylol and PMSF per usual. Incubate overnight
12) Wash 3x w/ PBS- pH 7.6
13) Add biotinylated horse anti mouse (1 drop/10 mls)
    Incubate at RT ~45 minutes
14) Wash 3x w/ PBS- pH 7.6
15) Add ABC (2 drops/10 mls).
    Incubate 60 minutes at RT
16) Wash 3x w/ PBS-
17) Add color development reagent

AM 17 009868
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS. 102,096
102,097, 102,334
LIN DOC NO L01105

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

AM670166505   AM-ITC 00951172

Invented by          Date
Recorded by

To Page No. ___

TITLE _____    Project No. _____
                                   Book No. _____   69

From Page No. __

Results

Immunoprecipitation: (from RIA done in book #569 p. 3/13-3/14/84)

| sample | vol [EPO] | Ab (2) I-125 epo | cpm in pellet | % ppt (1) | cpm in USB sup | cpm in USB pellet | % recovery extraction | ng loaded on gel |
|---|---|---|---|---|---|---|---|---|
| 2 IW-32-5 conc as usual - ½ the act as usual than | 3×10¹ 233ng | 3λ/tube 3×λ in 2 total (92 total) of the 3 tubes | 8290 | 13.2 (37.6) | 6150 | 1735 | 74.2 | 6.5 ng |
| 3 201ng - newline - 2nd iur tube | 1ml 30ng | 9λ 30λ | 5285 | 16.8 (47.9) | 4575 | 750 | 56.6 | 12.4 ng |
| 4 IW-32 old notch | 1ml 15.4ng PT-9λ | 30λ | 90 | — | — | — | — | — |
| 5 201 IW-32-10× | 1.5ml 0 | 9λ 30λ | 3570 | 12.3 (35) | 3105 | 545 | 80.2 | ? |
| 6 genes crude epo 1:10 | 17λl 50ng | 9λ 30λ | 8055 | 25.6 (72.9) | 6365 | 1100 | 79.0 | 23.0 ng |
| 7 genes crude epo 1:10 | 5.5λl 200ng | 9λ 30λ | 10525 | 33.4 (95.2) | 8450 | 1255 | 80.6 | 15.3 ng |
| 8 genes crude epo 1:10 | 5.5λl 200ng PT9λ | 30λ | 45 | 0 | — | — | — | — |
| 2 CHO-line 3 ~20 u/ml | 0.1ml 25ng | 6λ 30λ | 11045 | 35.1 (100%) | 8745 | 1790 | 79.2 | 22.2 ng |
| 3 CHO-line 3 ~200 u/ml | 0.3ml 54ng | 8λ 30λ | 9715 | 30.8 (87.8) | 8190 | 1635 | 54.3 | 62.1 |
| 4 CHO-line 3 ~20 u/ml | 0.7ml 184ng | 10λ 30λ | 6370 | 20.2 (57.6) | 5720 | 950 | 89.8 | 101.3 |
| 5 control CHO | 0.7ml 0 | 8λ | — | — | — | — | — | — |
| 6 CHO-line 3 | 0.3ml 84ng RAPT | — | — | — | — | — | — | — |

(1) The first * here is the % precipitation based on the 30,000 cpm in the starting material. The second number in parenthesis is the % precipitation using the 35.1% of the total in the first CHO sample as 100%. This number approximates the maximum precipitability of the system and is used to calculate the final recovery (i.e. ng loaded onto gel = % recovery in extraction × the % precipitation possible (if 35.1% of the total = 100%) × starting [epo].

(2) Ab: SC-244 # 3089 Tb #3 - used undiluted in the amts mentioned

Comments - the % immunoprecipitability of the IW-32 line is lower than usual - in fact the background is almost as high as the 'positives'. Genes crude epo precipitated as usual - as did the low amts of the CHO material - the larger amts of CHO material didn't compete and lower the % precipitability of the I-125 epo as well as usual - however this has happened before.

Witnessed & Understood by me,  Date   Invented by         Date  FRITSCH v. LIN
AMGEN CONFIDENTIAL BUSINESS INFORMATION           INTER NOS 102,096
SUBJECT TO PROTECTIVE ORDER      Recorded by      102,097, 102,334
                                 AM 17 009869     LIN DOC NO L01106
                                 CONFIDENTIAL
                                 SUBJECT TO PROTECTIVE ORDER

To Page No. __

| | Project No. _____ | |
|---|---|---|
| 70 | Book No. _____ | TITLE _____ |

From Page No. _____

12.5% PAGE - :
Gel 1
1. low mw prestained marker - 15λ
2. 1w32 - line 1 new material    6.5ng
3. 201nn - new line 2            12.40g
4. 1w32 - old material + PI sera    0
5. 201-1w32 + Immune sera           0
6. genes crude epo                 J3
7.      "                          153
8.      " + PI sera                 0
9. genes crude epo 17.21:10 - No Ab   40ng
10.     "          8.51:1:10 No Ab    20ng

Gel 2

2. low mw prestained marker    15λ
3. CHO line 3                  222ng
4. iCHO line 3                 62.1ng
5. CHO line 3                  104.3ng
6. control CHO                  0
7. CHO line 3 + PI sera         0
8. Genes crude epo 1:10 No Ab   20ng

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01107

Results -
Gel #1 - can see material which co-migrates with authentic epo in lanes 2 and 3 - although fainter than was hoped. However based on the amts that were theoretically loaded on the gel - the intensity of the bands is close

Gel #2 - Can see material in lanes 2-4 - none in the control lanes 5+6. This specific material is a very broad band which seems to have its average migration distance slightly less than authentic epo indicating an average mw above the control epo.

From some rough mw determinations it appears that the range of the CHO cell material is 30,000 - 35,000 - with the mode of intensity at about 36,000 d

To Page No. _____

AMGEN CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

AM 17 009870
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER







migration - m.w. markers - 2.1cm, 4.7cm, 7.1cm, 9.05cm, 10.1cm, and 11-11.1 cm. Authentic epo migrates with mode intensity at 3.6cm - The CHO cell material ranges from 2.5 - 4.2cm with the mode intensity at 3.2cm

Conclusion -

gel #1 - we are picking up material which co-migrates with authentic epo from various cell lines. Although the intensity of the band isn't optimal - we will photograph this western since it shows reaction with positives - no reaction w/ negatives

gel #2 - we are visualizing a broad specific band from the CHO cell material. This band is epo related since the Ab reaction is specific above background. The broad band ranges in m.w. from ~30,000 to ~38,000 with the mode of intensity at ~36,000. The band is quite continuous - no distinct bands within. In regard to the heterogeneity there are two possible explanations. A) carbohydrate heterogeneity - or B) protein heterogeneity - probably at the C terminus - since the visualization is done with mcA. Why the size includes material bigger than epo is also known - but the same 2 possibilities - may apply in conjugation - protein heterogeneity (maybe in processing protein and carbohydrate will need to test this hypothesis

AM 17 009874
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01111

Witnessed & Understood by me | Date | Invented by | Date
AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER | | Recorded by |

AM670166511                                AM-ITC 00951178