# EXHIBIT 12

Dockets.Justia.com



# LABORATORY NOTEBOOK

## N.º 717

## AMGEN, INC.

LIN
EXHIBIT
117

AM 17 030435
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH V. LIN
INTER NOS. 102,096
102,097, 102,334
LIN DOC NO L01112

TRIAL EXHIBIT
2118
97-10814 WGY

Exhibit: 224 Date: 12-1-99
Witness: Joan Egrie
ERNEST M SANCHEZ: RPR/CSR

NOTEBOOK NO. 717

ISSUED TO Jeri Lane

ON 4/16 19 88

DEPARTMENT

RETURNED 19

SCIENTIFIC NOTEBOOK CO.
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

AM 17 030436
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101113

TITLE _UCStera of Native  EpoF + Neuraminidase_   Project No._____
      _Treated  COS F CH, GScompined  EPa-Epo CHo_   Book No._____   15

From Page No.___

5/7/84L

Two gels will be transferred in a western format - the first will
contain 3 typical material - Genes crude epo, cos cell epo and CHO epo
Each of these types will be examined untreated or after treatment with
neuraminidase on EpoF. The second gel will examined if staining of
odds and ends I can mix w/ can titration for the Ab you can't extract
of CH without crashing a huge background? Does mix w/ B similar
extract contain proteases which will degrade epo3 (Hr needs to
know this so we can determine how much B sub has, the proteins)
Run KBa again to see if it's still slightly larger? Test 3 yeast
samples from state F for expression of EPa

Enzymatic Treatment and immuno precipitation of samples for Gel 1

①  Neuraminidase Treatment

A. CHO material - 10ml of line 3 material
   Cos material - 380 μl of a combination of Tdry and 3dry 10X concentrated
                  samples.
   Spike each sample w/ 20 nanogram of I-125epo
B. Add 50λ 1m KOAC pH 5.3  50  pH has dropped and sample
   is bright yellow.
   Add 100λ of 10 U/ml neuraminidase  incubate at 37° for 4 hrs.
C. Genes crude material
   17λ of Genes crude (10 μbh3) Spike w/ 24 nci cpm/λ
   100λ of 50mm KOAC pH 5.3   Incubate
   15λ PBS+ 1% BSA
   Add 5λ of 10 U/ml neuraminidase 4hrs at 37°

D. To stop treatment:
   Genes crude - add 2X HSB - boil and freeze until ready to load gel
   CHO and Cos material - Add 50λ of Tris pH 9.0 to ↑ pH
   so that PRC is bright red
   Set up immunoprecipitation as described in the
   next section.

AM 17 030437
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 101114

Witnessed & Understood by me,   Date   Invented by   Date

                                       Recorded by

To Page No.___

Project No. _____
Book No. _____ TITLE _____

16

From Page No. ___

① Includes description - All CHO cell and CHO cell samples must be concentrated by an Ab precipitation

CHO- neuraminidase treated material plus two new tubes each containing 1ml of 1ml of material

CHO- deionization treated material plus two new tubes each containing 35µl of a combination of 7day and 9day 10x concentrated material

Spike material/field samples w/ 2,000 cpm of I-125 epo
Add 9µl of 20 µl + 3µl of 1:3 to each tube
overnight at 4°
collect by spin into 1:5 protein A sepharose
= elantly air insoluble
counts

Extract the neuraminidase treated samples and one new tube of each material (untreated group) with 800µl 3x LSB. Boil. Pellet. Remove supernatant. Calculate recovery

The remaining CHO cell tube and CHO cell tube will be digested w/ EndoF. They should be extracted w/ 700µl of 0.1M Tris pH 6.8 containing 0.2% SDS. Remove sup. Calculate recovery

| CHO mat'l | cpm in mppt | cpm in extract/pellet | cpm in extract/sup | % in sup |
|---|---|---|---|---|
| No treatment | 2773 | 426 | 2013 | |
| neuraminidase | 3758 | 1634 | 2494 | |
| EndoF | 3164 | 833 | 2178 | |
| | | | | |
| CHO mat'l | | | | |
| No treatment | 5144 | 1421 | 3449 | |
| neuraminidase | 4346 | 521 | 3267 | |
| EndoF | 4257 | 1066 | 3071 | |

AM 17 030438
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

INTER NOS. 102,096,
102,097, 102,334
LIN DOC NO 102,201
LIN DOC NO 1011.
LIM V. ITISH

To Page No. ___

Witnessed & Understood by me, ___ Date ___
Invented by ___ Date ___
Recorded by ___

TITLE_____    Project No._____
                                Book No._____    **17**

From Page No.____

③ Endo F treatment-

   A. Adjust cosmatlo sup and CHO matl Sup as follows:
      Add  14λ βmE  (1% final)
      14λ 0.5 MEDTA  (5mm final)
      35λ 4% NP40  (1% final)
      15λ H₂O
      1λ PMSF
      2.5λ Trasilol
      1λ endo F enzyme -
      140λ total volume
      Incubate at 37° for 4hrs

   B. Genes crude mixture:
      60λ Endo F buffer
      17λ lilu genes crude cpn  (4mg/)
      20,000 cpm of I 125 eqn
      5λ trasylol
      1λ Endo F enzyme
      Incubate at 37° for 4hrs

Add ¼₀ volume of 10x LSB Boil Ready to load on Gel

Immunoprecipitation and pre-treatment of samples for Gel #2

   ① precipitate w/ tachisorb

   ①  13λ lilu genes crude (3000 FPA)
      5λ BC-204 + 3050 + 0.3
      15,354 cpm of I-125 EPO
   ②  13λ lilu genes crude (3600 epa)
      40λ BC-204 + 3050 + 0.3
      15,354 cpm of I-125 cps

Incubate overnight at 4° Add 200λ tachisorb Protein as
usual. Extract w/ 3x LSB Calculate recovery

AM 17 030439
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
IMTFR NOS. 102,096,
102,097, 102,334
LIN DHC NO L01116

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |

To Page No.____

Project No. _____
Book No. _____     TITLE _____

18

From Page No. _____

⑤) Kidney Sample-
Dissolve 5 mg of KB phenyl sepharose pink #3 lyopmized
material in 0.5 or TBS
        Take OD of a 1:20 dilution
        A_{278} = 16 OD/ml
Suzuki says 1 A_{278} = 2-3 q epo

Take 0.5ml dissolved mat'l
add 9×18C 204 3059 tb3
15λ I-125 epo containing 15,354 cpm  (4/24/84 iodination)
overnight at 4°
add 80λ of a 1:5 of Protein A-sepharose
Process as usual Calculate recovery

| | cpm | cpm tot bound | cpm ab sup | supin sup |
|---|---|---|---|---|
| Fraction ① | * 92 | 135 | 246 | |
| Fraction ② | 3655 | 436 | 2827 | |
| Kidney | 880 | 361 | 639 | |

* No idea by the immunoppt 15 50 100

⑥) B subtilis sample
        60λ B subtilis extract
        8.5λ (10 crude epo (20ng)
        incubate 37° for 1hr
        Extract w/ KSR assay island

[right box:]
Dissolve 5mg of KB's phenyl sepharose
Pink #3 lyophilic material in 0.5 TBS-
Take OD of 1:20 dilute -
        A_{278} = 10 OD/ml
Suzuki said 1 A_{278} has 0.3 q epo -
∴ Take 0.5 ml add 9×8C204
                        3059 T83
        + 15λ ^{125}I epo (B96 cpm/λ)
                        4/24/84 iodinatin
1pt ε 80λ PAS 1:5 etc
Used to take cpm of 1:2 epo for
this time

All other samples loaded on either gel required no
pretreatment They had KSR added and boiled previously
prepared samples were again briefly boiled Au^{2+} + Acrylaⁿ
added
        Loaded on 2 12.5% polyacrylamide gels and run
overnight at 35v

AM 17 030440
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

[vertical right margin:]
LIN V. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO 102,334
LIN DOC NO 101,117

To Page No. _____

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |



AM 17 030441
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NUS 102,096
102,097, 102,334
LIN DOC NO L01110



AM 17 030442
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,314
LIN DOC NO L01119

AM670211681                                              AM-ITC 00996348

TITLE _____    Project No. _____
                                   Book No. _____

From Page No. ___

Gel # 1

1  Prestained low MW markers _____ 15λ
2  17λ of genes crude epo 1:10 _____ 40ng
3  Immppt cos cell mat'l ... no treatment
4  Immppt CHO cell mat'l ... No treatment
5  17λ genes crude 1:10 + Endo F _____ 40ng
6  Immppt cos cell mat'l + Endo F
7  Immppt CHO cell mat'l + Endo F
8  17λ genes crude 1:10 + neuraminidase _____ 40ng
9  Immppt cos cell mat'l + "
10  "  "  CHO +  "

Gel # 2

1  Prestained low mw markers _____ 15λ
2  13λ 1:10 crude epo + tachisorb (5λ Ab) ___ 30ng
3  "  "  "  (10λ Ab) _____ 30ng
4  8.5 1:10 crude epo (suspd kHat on) _____ 25ng
5  5.5 1:10  "  + B.subtilis extract _____ 20ng
6  8.5 1:10  "  _____ 25ng
7  Kirin sample
8  yeast sample - EP01 _____ 30λ
9  "  EP02 _____ 30λ
10  "  T6741 _____ 30λ

Transfer to nitrocellulose for 6 hrs at 60V at RT
Block 2 hrs at RT w/ PBS+10% horse serum
Add MCA (p.A. #9) 13 µg/mL in PBS+5% horse serum containing
     PMSF, trasylol, azide as usual incubate ON
Wash 3X w/ PBS pH7.6
Add biotinylated horse anti-mouse (1 drop/10ml PBS+5% HS)
     incubate 60 min
Wash 3X w/ PBS pH7.6
Add ABC (2 drops each 10 mls PBS) incubate 1 hr
Wash 3X w/ PBS pH7.6
Color development reagent as usual

AM 17 030443
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |

To Page No. ___

AM670211682                                     AM-ITC 00996349

Project No. _____
Book No. _____    TITLE _____

20

From Page No. _____

Results/Conclusions

Gel #1

1). As previously seen the CHO cell untreated epo runs as a slightly larger molecular weight than Gencs crude epo or CHO cell expressed epo. After treatment w/ Endo F all 3 types of epo are shifted to a lower point. The cho and cHo material runs as a doublet - the upper band of each migrates w/ the spiked I-125 epo (see film overlay). This indicates that the larger mw of the CHO material is in fact due to carbohydrate. The doublet is frequently seen and may indicate some degradation at one end. Treatment w/ neuraminidase alone also apparently causes all 3 samples to migrate together and at the same apparent Mw as spike I-125 epo.

AM 17 030444
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gel #2

Using tca/sero to precipitate and then elute off seems to be a possible alternative to protein A sepharose in that the background was very low. The recovery on each the two samples was very poor - must look at this later.

Both of the tubes of gencs crude epo appear to be OK - no degradation. The sample from Ricin seems to be running just slightly larger than gencs epo. Need to spike run aliquot of this w/ I-125 epo to verify. The spike seems to migrate w/ Ricins sample so this effect may be due to salt or something.

In the yeast samples the background is so high that its impossible to determine

Incubating gencscrude epo w/ the B subtilus enzt definately causes a decrease in molecular weight indicating degradation will work on it more on the next writin' i.e. can we inhibit the degradation by the addition of PMSF and Ca (then more will know if its the two suspected process that are doing this.)

INILR NOS. 102,201
102,207, LIN DOC.
102,334
101012111 (9696)

To Page _____

| Witnessed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |



AM 17 030445
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01122



FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01123

AM 17 030448
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM670211685                                        AM-ITC 00996352



AM 17 030447
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L0124



AM 17 030448
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No. _____
Book No. _____                                   69

TITLE: 1) Western of CHO material
2) Coomassie of WGA Fractions
3) Silver Stain of WGA fractions

From Page No. _____

7/10/84

Preparation for gel

① Immunoprecipitation of CHO samples
5λ trasyl/tube
PBS + 0.1% BSA so final volume is 400λ
Ab = 8C-204 + 3089 + b3. amt detailed below
spike all samples w/ 10λ I-125 cpo (ours) _ 27,304 cpm
ON at 4°
(+ Ab) _ 75 - 100λ protein A-sepharose 1:5
wash as usual and
extract w/ 80λ 3X LSB

AM 17 030449
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| | sample | Ab | cpm | % | pellet | sup | % | approx amt on gel |
|---|---|---|---|---|---|---|---|---|
| 1 | pooled sample | 5µ = 71λ | 8λ | 72 23,133 | 0.3% 57.4% | 60 476 | 60 1519 | 74% | ~0 |
| 2 | Ad + 16λ | 2.5µ = 35.5λ | 5λ | 6654 | 86.6% | 1122 | 4639 | 74% | ~2-3 |
| 3 | B11 h EP₀ | 5µ = 71λ | 8λ | 6500 | 85.6% | 1122 | 4639 | 74% | ~2-3 |
| 4 | 7µl/ml | 10µ = 143λ | 8λ | 2199 | 28.8% | 453 | 1564 | 77.5% | 3-3 |
| 5 | Gene 2 crude | 40ng = 176λ | 8λ | 2442 | 31.9% | 492 | 1519 | 78.7% | 10 |
| 6 | 1:10 | 200µ = 8.3λ | 5λ | 3134 | 41.0% | 452 | 2448 | 64.5% | 65 |
| 7 | | 200µ = 8.3λ | 8λ | 153 | 2% | 96 | 55 | | — |
| 8 | CHO mEP₀ | 5.4µ = 175λ | 80λ | 6462 | 84.5% | 1423 | 4794 | 76.5% | |
| 9 | serum free (summit 312vial) | 10.9µ = 35λ | 10λ | 6507 | 85.1% | 1229 | 4536 | 79.7% | |
| 10 | mark | | 8λ | 7649 | 100% | | | | |

* lost all but this and when tube popped open and fell in boiling water

② Protein concentrations on
A. Irv Weissmans' dissected mouses ascites fluid
| | A₂₈₀ | A₂₆₀ | A₂₃₅ | A₂₃₀ | 235/260 | 235/280 |
|---|---|---|---|---|---|---|
| 1:1000 | .184 | .121 | .249 | .330 | 51.5 mg/ml total | 57.77 mg/ml |

B. 2 fractions from the urine purification ▪ after WG column
CBB - 7978.4/A₂₈₀ [per Jam 5/22/84 A₂₈₀ = .641] ml volume = 750λ
DCB - 32234/A₂₈₀ [5/3/84 A₂₈₀ = .828A/ml volume = 1.35 mls

To Page No. _____

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

FRITSCH v. LIN
INTER NOS 102,09
102,097, 102,334
LIN DOC NO L0112

70

Project No._____
Book No._____    TITLE _____

| From Page No. | $A_{250}$ | $A_{260}$ | $A_{235}$ | $A_{280}$ | $235/260$ | $235/280$ |
|---|---|---|---|---|---|---|
| CBB | .609 | .450 | 1.835 | .235 | .413 | 488 mg/ml |
| DCB | .779 | .541 | 2.241 | .290 | .522mg | 583 mg/ml |

My calculation of protein energy the $235/280$ formula gives about
70-75% as much protein as the $A_{280}$ number Tom gave me. For
our consistencies sake I will use my number as on the amt.

CBB - .75 x .488 mg/ml = .366 ug total protein
7978 u/$A_{280}$ x .451 $A_{280}$/ml = 5114 u/ml x .75 mls = 3835 u total
3835 u total /.366 mg = 10,478 u/mg    $\frac{10475 u/mg}{70,000}$ = 15% pure
15% x 366ug = 54.9 ug epo    70,000 [u/mg.d pure epo]

DCB - 1.35 x .583 mg/ml = .787 total protein
3223u/$A_{280}$ x .828 $A_{280}$/ml = 2669u/ml x 1.35 mls = 3603 u total
3603 u total/.553 mg = 4,582 u/mg    $\frac{4582}{70,000}$ = 6.55% pure
6.55% x 787ug = 51.5 ug epo

Gel - poured two 12.5% acrylamide gels. Run at 35 u o.N.

#1
1  prestained mw markers - 15λ
2  pooled material + PT
3  $^h$ EPO    + Ab    25u stand
4    "    + Ab    5 u stand
5    "    + Ab    10 u stand
6  genes' crude 1/10 + Ab    40ng "
7    "    "    20ng
8    "    + PT
9  serum free-meps + Ab    5.45u std
10    "    + Ab    10 u "

#2
for coomassie stain    For Silver Stain
1  mw w mouse, ascites 300ug - 55λ d/10    6 CBB - 5 ug [u 15% pure ~ 50ng epo] - 1λ
*2    150ug - 27.5λ d/10    7    "    10 ug    "    10ng epo - 2λ
3 CBB - 48.9ug [u 15% pure 366ug] 100λ    8 DCB - 10 ug [u 5% pure ~ 50ng epo] - 1.7λ
4 DCB - 72.9ug [u 5%pure ~ 4ug epo] 125λ    9    "    20 ug [    10u ng epo  3.4λ
5 prestained markers - 15λ    10 standards - 10ng each
cut
spiked with 10.953 cpm/lane

AM 17 030450
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |

To Page No._____

FRITSCH v. LIN
INTER NOS 102.096
102,097, 102,334
LIN DOC NO L01127



AM 17 030451
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS: 102,096
102,097, 102,334
LIN DOC NO L01128

AM670211690                                              AM-ITC 00996357



AM 17 030452
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



~33 hrs
-70 w/screen

PRIISON V. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01130

AM 17 030453
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



7/16/84  3 days
-70  w/screen

AM 17 030454
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No.———
Book No.———

TITLE ———                                                      **71**

From Page No.———

Gel # 1 - transferred to nitrocellulose 60v for 5½hrs
Blocked with 10% horse serum for 1 hr
Incubate with mcA overnight - 13ug/ml of protein A sepharose + 9
in 5% horse serum: ~unoculonl mouse; ~5mm PMSF, and 0.025% Na azide
Wash 3X w/ PBS- pH 7.6
Add biotinylated horse a mouse in 5% horse serum. 1hr at RT
Wash 3X w/ PBS - pH 7.6
Add ABC 60 min at RT
Wash 3X w/ PBS - pH 7.6
Add color development reagent

Gel #2 - cut in half - stain lanes 1-5 w/ coomassie for ~2hrs
Destain overnight. Soak in 3% glycerol Dry Expose to Film
lanes 6-10 Silver Stain as follows -

① Fix overnight in ⎰ 200 mls methanol ⎱   (usually this is done for
                   ⎱ 48 mls HoAc  ⎰    30min - but I couldn't get to
                   ⎰ 152ml H₂O   ⎱    it till the next day)

② Wash 3X in 300mls of 10% EtOH, 5% HoAc
③ Soak gel in 400mls of 5ug/ml DTT for 30 minutes
④ Soak in 500 mls of 12mm AgNO₃. Expose to fluorescent light
   for first five minutes - then allow to set another 40 minutes
⑤ Wash w/ ~400 mls of H₂O - 2X for ~2min each
⑥ Prepare fresh developer ⎰ 28m Na₂CO₃ (29.79/L
                          ⎱ 5mls of 37% formalin / L
   1X 1min
   1X ~3min
   1X 5min for until reaches desired intensity
⑦ Stop with 400 mls of 1% HoAc (~5min)
⑧ Wash 2X w/ 500 mls H₂O

Soak in 3% glycerol
Dry
Expose to film

AM 17 030455
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER. NOS. 102,096
102,097, 102,334
LIN DOC NO L01132

To Page No.———

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |

72

Project No. _____
Book No. _____    TITLE _____

From Page No. ___

Results -
 Gel # 1 western -
   CHO - m·eps in serum free media at 1µm MTX - we had never looked
 at this material on a western before - so we wanted to check that the
 eps was the usual size in high MTX and in the serum free media (we've
 worried about limiting carbohydrate or other factors). The material ran as
 usual - just slightly larger than Genes crude eps.
   CHu - h·eps - this had never been looked at by a western before (only
 h·eps expressed in cos cells) This material ran like m·eps expressed
 in CHO - just slightly larger than genes crude eps. The size of m·eps
 and h·eps appear to be the same in CHO indicating the slightly larger size is
 probably due to CHO-specific carbohydrate structures.
   The western was dried and exposed on film - since all samples were spiked
 with our I·125 eps, upon overlaying the film to the western a most unusual result
 was observed - Our I·125 eps appeared to migrate with the CHO expressed
 material and slightly larger than genes crude eps. we will repeat this - and run
 genes I·125 next to it. The significance of this observation would be that
 naturally occuring eps migrates slightly differently - depending on its carbo-
 hydrate composition.
 Gel # 2
 Ⓐ coomassie stained material - Both wheat germ fractions had a strong
 band which co-migrated with Genes I·125 eps in both cases there was
 enough eps present so the material could be used by Ab, Inc to boost
 rabbits. As for the ascites from the mouse immunization dissected - there is
 a band visible which co-migrates with I·125 eps for a gene.
 Ⓑ In the silver stained gel I made the following observations - the bands
 which co-migrate with Genes I·125 eps (one migrates slightly above, just like
 in the coomassie gel) come up very quickly and with little background
 I allowed the gel to continue staining so I could pick-up background -
 In the case of the silver stains - the presumed eps bands seemed to be at
 least 50% of the staining material. Either eps silver stains very well or
 coomassie stains very poorly. Unfortunately I dried the gel down on
 paper... so the bands aren't very distinct now.

AM 17 030456
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

To Page No.

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
|  |  | Recorded by |  |

INTER NOS 102.096, 102.097, 102.334 LIN DOC NO L01133



AM 17 030457

AM-ITC 00996363



AM670211697                                    AM-ITC 00996364