# EXHIBIT 15

Casebeer Decl to Motion for SJ re IC - Public

Dockets.Justia.com

# BURNS & LEVINSON LLP

Counsellors at Law

125 Summer Street, Boston, MA 02110-1624
Telephone 617-345-3000  Facsimile 617-345-3299

Karen L. Peterson
617-345-3237

April 16, 1997

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Re: Amgen Inc. v. Hoechst Marion Roussel, Inc. and Transkaryotic Therapies, Inc.
U.S. District Court, District of Massachusetts
Civil Action No. 97-10814-WGY

Dear Sir or Madam:

In regard to the above-referenced matter, enclosed please find a copy of the completed Report on the Filing or Determination of an Action Regarding a Patent or Trademark. Upon receipt of the Report, please return the enclosed self-addressed, stamped card.

If you have any questions, please call me at the above-listed number. Thank you for your attention to this matter.

Very truly yours,

Karen L. Peterson

152746-1
cc: D. Dennis Allegretti, Esquire (w/o encl.)
   Michael R. Gottfried, Esquire (w/o encl.)
   Edward M. O'Toole, Esquire (w/o encl.)

Trial Exhibit 204
97-10814-WGY

TRIAL EXHIBIT
NZO
-----
97-10814 WGY

AO 120 (Rev 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Dist. of Mass.__ on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO 97-10814-WGY | DATE FILED 4/15/97 | U.S. DISTRICT COURT District of Massachusetts |
|---|---|---|
| PLAINTIFF Amgen Inc. | | DEFENDANT Hoechst Marion Roussel, Inc., and Transkaryotic Therapies, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,547,933 | Aug. 20, 1996 | Amgen Inc. |
| 2  5,618,698 | Apr. 8, 1997 | Amgen Inc. |
| 3  5,621,080 | Apr. 15, 1997 | Amgen Inc. |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☒ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon Initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissic
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy