# EXHIBIT 23



**UNITED STAT S DEPARTMENT OF COMME.**
**Patent and Trademark Office**
Address    COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/07~?78 | 11/30/81 | LIN | | ?185 |

METKALM, MARSHALL & DICMELL
TWO FIRST NATL. PLAZA, STE. 2100
20 SOUTH CLARK ST.
CHICAGO, IL 60603

| EXAMINER |
|---|
| WISEMAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 122 | 8 |

DATE MAILED:    ?.?.?.

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.  35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.        2. ☐ Notice re Patent Drawing, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.            4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.  6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1 - 72_____ are pending in the application.

   Of the above, claims _1-13, 16, 37-38 and 59-60_____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _14, 15, 17-36, 58 and 61-72_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☑ Claims _1 - 72_____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____ . These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ , has been ☐ approved. ☐ disapproved (see explanation). However,
    the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are
    corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO
    EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.                                    **205**

14. ☐ Other

PTOL-326 (Rev. 7 - 82)                    EXAMINER'S ACTION    ?L  198

Serial No.    675298                    -2-
Art Unit      127

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I.  Claims 1-13, 16, 39-41, 47-54 and 59, drawn to polypeptide, classified in Class 260, subclass 112.

II.  Claims 14, 15, 17-36, 58 and 61-72, drawn to DNA, classified in Class 536, subclass 27.

III.  Claims 37-38, drawn to plasmid, classified in Class 435, subclass 317.

IV.  Claims 42-46, drawn to cells, classified in Class 435, subclass 240.

V.  Claims 55-57, drawn to pharmaceutical composition, classified in Class 435, subclass 177.

VI.  Claim 60, drawn to assay, classified in Class 435, subclass 6.

Inventions I and II are related as process of making and product made.

The inventions are distinct if either (1) the process as claimed can be used to make another and materially different product, or (2) the product as claimed can be made by another and materially different process.  MPEP 806.05(f).

In this case, the product as claimed may be made by a materially different product, such as isolation from a naturally occurring source.

Inventions II and III are related as product and process of use.

The inventions are distinct if either (1) the process for using the product as claimed can be practiced with another and materially different product, or (2) the product as claimed can be used in a materially different process of using the product. MPEP 806.05(h).

206

ᴀᴘᴛ 199

AM670167834                                        AM-ITC 00952501

Serial No.    675298                    -3-
Art Unit      127

In this case, the product as claimed may be made by a materially different product, such as isolation from urine.

Inventions I and V are related as subcombinations disclosed as useable together in a single combination. The subcombinations are distinct from each other if they are shown to be separately useable.  In the instant case, invention I has separate utility such as use in an assay.  See MPEP 806.05(d).

Inventions I and VI are related as subcombinations disclosed as useable together in a single combination. The subcombinations are distinct from each other if they are shown to be separately useable.  In the instant case, invention I has separate utility such as use as a pharmaceutical.  See MPEP 806.05(d).

Because these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their recognized divergent subject matter restriction for examination purposes as indicated is proper.

In a preliminary amendment, filed April 24, 1986, Applicant elected group II, claims 14, 15, 17-36, 58 and 61-72 without traverse.  The non-elected claims are withdrawn from further consideration.

Chingwin et al (Ref. C8) has not been considered because a complete copy of the article was not among the papers in applicants prior art statement.

207

AM670167835                                      AM-ITC 00952502

Serial No.    675298                    -4-

Art Unit     127


The following is a quotation of the first paragraph
of 35 U.S.C. 112:
  The specification shall contain a written descrip-
  tion of the invention, and of the manner and pro-
  cess of making and using it, in such full, clear,
  concise, and exact terms as to enable any person
  skilled in the art to which it pertains, or with
  which it is most nearly connected, to make and use
  the same and shall set forth the best mode con-
  templated by the inventor of carrying out his
  invention.

The specification is objected to under 35 U.S.C.

112, first paragraph, as failing to provide an enabling

disclosure.  The invention depends on certain specific

plasmids/microorganisms.  As such, a deposit is required

under 35 USC 112.  Conditions surrounding the deposit

which must be met are enumerated in MPEP 608.01(p)(C).

The deposit papers supplied with the preliminary amend-

ment have been considered.  However, it is not clear

that applicants promises to replace these cultures

should this become necessary.  Assurance of compliance

may be in the form of an oath or declaration.

Claims 14, 15, 17-36, 58 and 61-72 are rejected

under 35 U.S.C. 112, first paragraph, for the reasons

set forth in the above objection to the specification.

Claims 14, 15, 17-36, 58 and 61-72 are rejected

under 35 U.S.C. 112, second paragraph, as being indefi-

nite for failing to particularly point out and

distinctly claim the subject matter which applicant

regards as the invention.  Claims 14, 15, 62, 64, 66,

AM670167836                                    AM-ITC 00952503

Serial No.    675298              -5-

Art Unit    127

68, and claims depending from them are unduly alter-
native in their recitation of "procaryotic or
eucaryotic" host cell as these are not equivalent terms.
Claims 14, 17, 34, 58, 69-72 and claims depending from
them are indefinite in that the fragment size claimed is
so vague as to read on single base pairs.  Purported
limitations as to "biological properties" without
further characterizations are so indefinite as to be
meaningless.  Claims 14, 20, 23, 27, 30, 58 and those
depending on them are indefinite in that they refer to a
figure when they can be adequately expressed in words.
Claim 14 has improper Markush language.  Claim 69 omits
the number of the claim it is dependent upon.

35 U.S.C. 101 reads as follows:

Whoever invents or discovers any new and useful
process, machine, manufacture, or composition of
matter or any new and useful improvement thereof,
may obtain a patent therefor, subject to the con-
ditions and requirements of this title.

Claims 14, 15, 17-36, 58 and 61-72 provisionally
rejected under 35 U.S.C. 101 as claiming the same inven-
tion as that of claims 13-24 and 27 of copending appli-
cation Serial No. 582185.

This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

Claims 14, 15, 17-36, 58 and 61-72 are provi-
sionally rejected under 35 U.S.C. 101 as claiming the
same invention as that of claims 1-48 of copending
application Serial No. 655841.

AM670167837                                        AM-ITC 00952504

Serial No.    675298                    -6-

Art Unit    127


This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

Claims 14, 24, 34 and 36 are rejected under 35
U.S.C. 101 because the claimed invention is directed
towards non-statutory subject matter. claims 14, 24, 34
and 36 all read on the naturally occurring erythro-
poietin gene and portions of it present in
erythropoietin-producing cells. The purported limita-
tion of "manufactured" in claim 24 does not distinguish
over naturally occurring as it could read on DNA manu-
factured by the cell naturally. As products of nature,
these DNA sequences are not subject to patent protec-
tion.

The following is a quotation of the appropriate
paragraphs of 35 U.S.C. 102 that form the basis for the
rejections under this section made in this Office
action:

A person shall be entitled to a patent unless-

(a) the invention was known or used by others in
this country, or patented or described in a printed
publication in this or a foreign country, before
the invention thereof by the applicant for patent.

(b) the invention was patented or described in a
printed publication in this or a foreign country or
in public use or on sale in this country, more than
one year prior to the date of application for
patent in the United States.

Claims 14, 24, 34 and 36 are rejected under 35
U.S.C. 102 (b) as anticipated by or, in the alternative,
under 35 U.S.C. 103 as obvious over Sugimoto et al.
Sugimoto et al teach a cell line which produces erythro-
poietin. It appears that the DNA inherently present in

DN3

AM670167838                                        AM-ITC 00952505

Serial No.    675298                    -7-

Art Unit    127

these cells is the same as the DNA claimed.  Thus appli-

cants DNA is the same as or obvious over that of

Sugimoto et al.

Claims 14, 15, 17, 18, 20, 24, 25, 26, 27, 33, 34,

58, 61, 62, 63, 64, 65, 66, 69, 70, and 71 are rejected

under 35 U.S.C. 102(a) as being anticipated by Lee-Huang

et al.  The DNA sequences specifically claimed appear to

be the same as those made by Lee-Huang et al.

Claims 14, 15, 17-20, 24, 33, 34, 36, 58, 61, 62,

63, 64, 65, 66, 69, 70, 71 are rejected under 35 U.S.C.

102 (a) as anticipated by or, in the alternative, under

35 U.S.C. 103 as obvious over anticipated Lin et al.

The sequences cloned by Lin et al appear to be the same

as those of the instant case.

The following is a quotation of 35 U.S.C. 103 which

forms the basis for all obviousness rejections set forth

in this Office action:

A patent may not be obtained though the inven-
tion is not identically disclosed or described as
set  forth in section 102 of this title, if the
differences between the subject matter sought to be
patented and the prior art are such that the sub-
ject matter as a whole would have been obvious at
the time the invention was made to a person having
ordinary skill in the art to which said subject
matter pertains.  Patentability shall not be nega-
tived by the manner in which the invention was
made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not
preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

211

AM670167839                                        AM-ITC 00952506

Serial No.     675298                    -8-
Art Unit     127

     Claims 14, 15, 17, 18, 20, 21, 22, 23, 24, 34, 35
36, 58 and 61-72 rejected under 35 U.S.C. 103 as being
unpatentable over Sugimoto et al in view of Sugimoto et
al in view of Paddock and Cohen et al.  Sugimoto et al
teach cells from which erythropoietin RNA can be iso-
lated, as they have a high erythropoietin production.
Paddock teaches making cDNA from RNA, and Cohen et al
teach cloning of a desired strand of DNA.  Further,
Sugimoto et al suggest that the erythropoietin gene could
be so cloned.  Thus it would be obvious to one of ordi-
nary skill in the art to isolate and clone the erythro-
poietin gene, as the techniques for doing so are well
known in the art and the expected result is obtained.

     Claim 19 is rejected under 35 U.S.C. 103 as being
unpatentable over Sugimoto et al in view of Paddock and
Cohen et al as applied to claims 14, 15, 17, 18, 20, 21,
22, 23, 24, 34, 35, 36, 58 and 61-72 above, and further
in view of Farber et al.  The process and production of
human EPO DNA is obvious as explained supra.  Farber et
al teach a monkey source of RNA for erythropoietin, and
its subsequent translation.  Thus in the absence of
unexpected results, it would be obvious to substitute
one source of the mRNA for another known source.

     Claims 25-30 are rejected under 35 U.S.C. 103 as
being unpatentable over Sugimoto et al in view of
Paddock and Cohen et al as applied to claims 14, 15, 17,

AM670167840                                    AM-ITC 00952507

Serial No.    675298                    -9-
Art Unit      127

18, 20, 21, 22, 23, 24, 25, 34, 35, 36 58 and 61-72
above, and further in view of Bennetzen et al or Gouy et
al.  The process and production of the DNA is obvious,
as discussed supra.  Using codons which are known to be
preferred by Lewin.  The process and production of the
DNA is obvious, as discused supra.  Lewin teaches
radioactively labeled DNA, and its use.  Thus in the
absence of unexpected results, it would be obvious to be
label applicants' DNA, as its use is the same.

Any inquiry concerning this communication should be
directed to Joanne M. Giesser at telephone number
703-557-0296.

Giesser:st

6-16-86

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 127

AM670167841                                        AM-ITC 00952508

| FORM PTO 892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 675298 | GROUP ART UNIT 127 | ATTACHMENT TO PAPER NUMBER | 8 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Lin | | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 3 7 7 5 1 3 | 3/22/83 | Sugimoto et al | 260 | 112 | 8/10/81 |
| * | B | 4 5 0 3 1 5 1 | 3/5/85 | Paddock | 435 | 68 | 11/22/82 |
| * | C | 4 4 6 8 4 6 4 | 8/28/84 | Cohen et al | 435 | 317 | 11/9/78 |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| * | R | Lee-Huang. 1984 "Cloning and expression of human erythropoietin cDNA in E. coli" PNAS v 81 p 2708-12 |
|---|---|---|
| | S | Lin et al 1984 "Cloning of the monkey erythropoietin gene" (Abstract) J Cell Bioch Suppl 8 B p 45 |
| * | T | Farber et al. 1983 "Translation of mRNA from anemic baboon Kidney into biologically active erythropoietin" Exp. Hematol v 11 Suppl 4 Abstr 101 |
| | U | Gouy et al. 1982 "Codon usage in bacteria: correlation with gene expressivity" Nucleic Acids Res. v 10 7055-7074 |

| EXAMINER Jeanne M. Giesser | DATE 6/2/86 |
|---|---|

214

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

AM670167842                                                      AM-ITC 00952509

| Form PTO-1449 (REV. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |
|---|---|---|---|

Sheet 1 of 1

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use several sheets if necessary)*

| APPLICANT FU-KUEN LIN | |
|---|---|
| FILING DATE Nov. 30, 1984 | GROUP 127 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| JMG | A1 | 3 0 3 3 7 5 3 | 5/8/62 | White, et al. | — | — | |
| JMG | A2 | 3 8 6 5 8 0 1 | 2/11/75 | Chiba, et al. | — | — | |
| JMG | A3 | 4 2 3 7 2 2 4 | 12/2/80 | Cohen et al. | — | — | |
| JMG | A4 | 4 2 6 4 7 3 1 | 4/28/81 | Shine | — | — | |
| JMG | A5 | 4 2 7 3 8 7 5 | 6/16/81 | Manis | — | — | |
| JMG | A6 | 4 2 9 3 6 5 2 | 10/6/81 | Cohen | — | — | |
| JMG | A7 | 4 3 5 8 5 3 5 | 11/9/82 | Falkow, et al. | — | — | |
| JMG | A8 | 4 3 7 5 1 4 | 3/22/83 | Sugimoto, et al. | — | — | |
| JMG | A9 | 4 3 9 4 4 4 3 | 7/19/83 | Weissman, et.al. | — | — | |
| JMG | A10 | 4 3 9 7 8 4 0 | 8/9/83 | Takezawa, et al. | — | — | |
| JMG | A11 | 4 3 9 9 2 1 6 | 8/16/83 | Axel, et.al. | — | — | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| EP JMG | B1 | 0 0 7 0 6 8 5 | 1/26/83 | European Patent Office | — | — | | |
| JMG | B2 | 0 0 7 0 6 8 7 | 1/26/83 | European Patent Office | — | — | | |
| JMG | B3 | 0 0 7 7 6 7 0 | 4/27/83 | European Patent Office | — | — | | |
| JMG | B4 | 0 0 9 3 6 1 9 | 11/9/83 | European Patent Office | — | — | | |
| JMG | B5 | 0 1 1 6 4 4 6 | 8/22/84 | European Patent Office | — | — | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| JMG | C1 | Adamson, Hosp.Practice, 18(12), 49-57 (1983) |
| JMG | C2 | Anderson, et al., P.N.A.S. (USA), 80, pp. 6838-6842 (1983) |
| JMG | C3 | Baciu, et al., Ann.N.Y.Acad.Sci., 414, pp. 66-72 (1983) |

| EXAMINER Jeanne M. Giesser | DATE CONSIDERED June 2, 1986 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

144 208

215

| Form PTO-1449 (REV. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO. 7183 | | SERIAL NO. 675,298 | | Sheet 2 of 12 |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use several sheets if necessary)* | | | APPLICANT FU-KUEN LIN | | | | |
| | | | FILING DATE Nov. 30, 1984 | | GROUP 127 | | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| JMG | A12 | 4 4 6 5 6 2 4 | 8/14/84 | Chiba, et al. | — | — | |
| JMG | A13 | 4 6 3 7 2 4 | | Earle (not enclosed) | See, B5 | | |
| JMG | A14 | 4 8 3 4 5 1 | 4/15/83 | Alfon, et al. (not enclosed) | See, B11 | | |
| JMG | A15 | 4 8 7 7 5 3 | | Bitter (not enclosed) | See, B9 | | |
| JMG | A16 | 6 3 6 7 2 7 | | Morris (not enclosed) | See, B12 | | |
| JMG | A17 | 4 4 6 8 4 6 6 | 8/28/84 | Cohen et al. | — | — | |
| JMG | A18 | 4 5 0 3 1 5 1 | 3/5/95 | Paddock | | | |
| JMG | A19 | 4 4 4 2 2 0 5 | 4/10/84 | Hamer et al | — | — | |
| JMG | A20 | 4 1 1 9 9 4 | 10/25/83 | Gilbert et al. | — | — | |
| JMG | A21 | 4 3 3 8 3 9 7 | 7/6/82 | Gilbert et al. | — | — | |
| JMG | A22 | 4 5 6 8 4 8 8 | 2/4/86 | Lee-Huang | — | — | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| JMG | B6 | 0 1 1 7 0 5 8 | 8/29/84 | European Patent Office | — | — | | |
| JMG | B7 | 0 1 1 7 0 5 9 | 8/29/84 | European Patent Office | — | — | | |
| JMG | B8 | 0 1 1 7 0 6 0 | 8/2/84 | European Patent Office | — | — | | |
| JMG | B9 | 0 1 2 3 2 9 4 | 4/19/84 | European Patent Office | — | — | | |
| JMG | B10 | 2 0 8 5 8 8 7 | 5/6/82 | United Kingdom | — | — | | |

Ex

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| JMG | C4 | Baron, et al., Cell, 28, pp. 395-404 (1982) |
| JMG | C5 | Beaucage, et al., Tetrahedron Letters, 22, pp. 1859-1862 (1981) |
| JMG | C6 | Billat, et al., Expt.Hematol., 10(1) 133-140 (1982) |

| EXAMINER Joanne M. Gusser | DATE CONSIDERED June 2, 1986 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.*

209.187

AM670167844                                      AM-ITC 00952511

Sheet 3 of 12

| Form PTO-1449 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 7183 | SERIAL NO. 675,298 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | | APPLICANT FU-KUEN LIN | |
| | | FILING DATE Nov. 30, 1985 | GROUP 127 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| Jmly | A23 | 4 5 5 8 0 0 5 | 12/10/85 | Goldwasser et al. | — | — | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| X Jmly | B11 | 83/0 4 0 5 3 | 11/24/83 | PCT | — | — | | |
| PX Jmly | B12 | 0 1 3 6 4 9 0 | 4/10/85 | European Patent Office | — | — | | |
| X Jmly | B13 | 85/0 3 0 7 9 | 7/18/85 | PCT | — | — | | |
| PX Jmly | B14 | 85 0 4 4 1 9 | 10/10/85 | European Patent Office | — | — | | |
| | | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| Jmly | C7 | Blattner, et al., Science, 196, pp. 161-169 (1977) |
| | C8 | Chirgwin, et al., Biochemistry, 18, p. 5294 (1979) |
| Jmly | C9 | Chisholm, High Technology, Vol. 2, No. 1 pp. 57-63 (1983) |

| EXAMINER Joanne M. Giesser | DATE CONSIDERED 6/2/86 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

210 ++

AM670167845                    AM-ITC 00952512

FORM PTO-1449    Atty. Docket No.    Serial No.
7183    675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984    Group Art Unit 127

## INFORMATION DISCLOSURE
## STATEMENT BY APPLICANT

## OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | | |
|---|---|---|---|
| | C10 | Choo, et al. | Nature, 299, pp. 178-180 (1982) |
| | C11 | Choppin, et al. | Blood, 64(2) 341-347 (1984) |
| | C12 | Chou, et al. | Biochem., 13, 222-245 (1974) |
| | C13 | Chou, et al. | Advances in Enzymology, 47, 45-47 (1978) |
| | C14 | Chou, et al. | Ann.Rev.Biochem., 47, 251-77 (1978) |
| | C15 | Claus-Walker, et al. | Arch.Phys.Med.Rehabil., 65, 370-374 (1984) |
| | C16 | Congote | Biochem.Biophys.Res.Comm., 115(2), 477-483 (1983) |
| | C17 | Congote | Anal.Biochem., 140, 428-433 (1984) |
| | C18 | Congote, et al. | Abstract 364, Proceedings 7th International Congress of Endocrinology (Quebec City, Quebec, July 1-7, 1984) |
| | C19 | Cotes, et al. | Nature, 191, 1065-1067 (1961) |
| | C20 | Cotes, et al. | Brit.J.Obstet.Gyneacol., 90(4), 304-311 (1983) |
| | C21 | Dainiak, et al. | Cancer, 51(6), 1101-1106 (1983) |
| | C22 | Das, et al. | P.N.A.S. (USA), 80, pp. 1531-1535 (1983) |
| | C23 | Davis, et al. | "A Manual for Genetic Engineering, Advanced Bacterial Genetics", Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1980), pp. 55-58 & 174-176 |

Considered 6/2/86 Joanne M. Gresse
189 211

218

Sheet 5 of 12

FORM PTO-1449                    Atty. Docket No.                    Serial No.
                                       7183                              675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984          Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | | |
|---|---|---|---|
| C24 | Dessypris, et al. | Brit.J.Haematol., 56, 295-306 (1984) | |
| C25 | Dreesman, et al. | Nature, 295, 158-160 (1982) | |
| C26 | Dunn | "Current Concepts in Erythro-poiesis", John Wiley & Sons, Chichester, England, 1983 | |
| C27 | Dunn, et al. | Expt.Hematol., 11(7), 590-600 (1983) | |
| C28 | Dunn, et al. | Eur.J.Appln.Physiol., 52, 178-182 (1984) | |
| C29 | Emmanouel, et al. | Am.J.Physiol., 247 (1 Pt 2), F168-76 (1984) | |
| C30 | Eschbach, et al. | J.Clin.Invest., 74(2), pp. 434-441 (1984) | |
| C31 | Farber | Clin.Res., 31(4) 769A (1983) | |
| C32 | Farber, et al. | Exp.Hematol., 11., Supp. 14, Abstract 101 (1983) | |
| C33 | Farber, et al. | Blood, 62, No. 5, Supp. No. 1, Abstract 392, 122a (1983) | |
| C34 | Fiddes, et al. | J.Mol. & App.Genetics, 1, pp. 3-18 (1981) | |
| C35 | Finch | Blood, 60(6), 1241-1246 (1982) | |
| C36 | Fisher, et al. | Steroids, 30(6), 833-845 (1977) | |
| C37 | Gasser, et al. | P.N.A.S. (USA), 79, 6522-6526 (1982) | |
| C38 | Gene Screen | New England Nuclear, Catalog No. NEF-972 | |
| C39 | Gibson, et al. | Pathology, 16, 155-156 (1984) | |

Considered June 2, 1986
Joanne M. Giesser

490212

219

AM670167847                                        AM-ITC 00952514

⬤RM PTO-1449           Atty. Docket No.              Serial No.
                           7183                     675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984     Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C40 | Goldwasser, | J.Cell.Physiol., 110(Supp. 1), 133-135 (1982) |
| C41 | Goldwasser, et al. | Endocrinology, 97, 2, 315-323 (1975) |
| C42 | Gray, et al. | Nature, 295, 503-508 (1982) |
| C43 | Gray, et al. | Biotechnology, 2, 161-165 (1984) |
| C44 | Green, et al. | Cell, 28, 477-487 (1982) |
| C45 | Haddy | Am.Jour.Ped.Hematol./Oncol., 4, 191-196 (1982) |
| C46 | Haga, et al. | Acta.Pediatr.Scand., 72, 827-831, (1983) |
| C47 | Hagiwara, et al. | Blood, 63(4), 828-835 (1984) |
| C48 | Hammond, et al. | Ann.N.Y.Acad.Sci., 149, 516-527 (1968) |
| C49 | Hellmann, et al. | Clin.Lab.Haemat., 5, 335-342 (1983) |
| C50 | Hewick, et al. | J.Biol.Chem., 256, 7990-7997 (1981) |
| C51 | Hopp, et al. (1981) | P.N.A.S. (USA), 78, 3824-3828 D-7182 |
| C52 | Jaye, et al. | Nuc.Acids Res., 11, pp. 2325-2335 (1983) |
| C53 | Jelkman, et al. | Expt.Hematol., 11(7), 581-588 (1983) |
| C54 | Kaiser, et al. | Science, 223, pp. 249-255 (1984) |
| C55 | Kalmanti | Kidney Int., 22, 383-391 (1982) |
| C56 | Karn, et al. | P.N.A.S. (USA), 77, pp. 5172-5176 (1980) |

Considered June 2, 1986
Jeanne M. Giesser            LGY 213                        220

AM670167848                                    AM-ITC 00952515

FORM PTO-1449                    Atty. Docket No.              Serial No.
                                      7183                      675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984       Group Art Unit 127

### INFORMATION DISCLOSURE
### STATEMENT BY APPLICANT

---

### OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C57 | Katsuoka, et al. | Gann, 74, 534-541 (1983) |
| C58 | Kornblitt, et al. | P.N.A.S. (USA), 80, pp. 3218-3222 (1982) |
| C59 | Krane | Henry Ford Hosp.Med.J., 31(3), 177-181 (1983) |
| C60 | Krystal | Expt.Hematol., 11(7), 649-660 (1983) |
| C61 | Kurachi, et al. | P.N.A.S. (USA), 79, pp. 6461-6464 (1982) |
| C62 | Kurtz | FEBS Letters, 149(1), 105-108 (1982) |
| C63 | Kyte, et al. | J.Mol.Biol., 157, 105-132 (1982) |
| C64 | Lappin, et al. | Exp.Hematol., 11(7), 661-666 (1983) |
| C65 | Lawn, et al. | Cell, 15, pp. 1157-1174 (1978) |
| C66 | Lawn, et al. | Cell, 18 - Typographical error, should be Cell, 15 - See C65 |
| C67 | Ledeen, et al. | Methods in Enzymology, 83(Part D), 139-191 (1982) |
| C68 | Lee-Huang | Proc.Nat.Acad.Sci (USA), 81, 2708-2712 (1984) |
| C69 | Lee-Huang | Abstract No. 1463, Fed.Proc., 41, 520 (1982) |
| C70 | Lerner | Scientific American, 248, No. 2, 66-74 (1983) |
| C71 | Lerner, et al. | Cell, 23, 309-310 (1981) |
| C72 | Lerner, et al. | P.N.A.S. (USA), 78, 3403-3407 (1981) |

Considered June 2, 1986
Joanne M. Giesser                    194-214                    221

FORM PTO-1449              Atty. Docket No.              Serial No.
                                7183                      675,298

Applicant:  FU-KUEN LIN

Filing Date:  November 30, 1984        Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C73 | Lipschitz, et al. | Blood, 63(3), 502-509 (1983) |
| C74 | Maniatis, et al. | "Molecular Cloning, a Laboratory Manual", Cold Springs Harbor, N.Y. (1982) |
| C75 | McGonigle, et al. | Kidney Int., 25(2), 437-444 (1984) |
| C76 | Messing | Methods in Enzymology, 101, 20-78 (1983) |
| C77 | Methods in Yeast... | Methods in Yeast Genetics, Cold Spring Harbor Lab., Cold Spring Harbor, N.Y. p. 62 (1983) (not enclosed) |
| C78 | Miller, et al. | Brit.J.Haematol., 52, 545-549 (1982) |
| C79 | Miyake, et al. | J.Biol.Chem., Vol. 252, No. 15, pp. 5558-5564 (1977) |
| C80 | Morrison | "Bioprocessing in Space -- an Overview", pp. 557-571 in The World Biotech Report, 1984, Volume 2:USA |
| C81 | Murphy, et al. | Acta.Haematologica Japonica, 46(7), 1380-1396 (1983) |
| C82 | Nathan, et al. | New Eng.J.Med., 308(9), 520-522 (1983) |
| C83 | Naughton, et al. | Ann.Clin.Lab.Sci., 13(5), 432-438 (1983) |
| C84 | Naughton, et al. | Acta.Haemat., 69, 171-179 (1983) |
| C85 | Neeser, et al. | Anal.Biochem., 142, 58-67 (1984) |
| C86 | Nigg, et al. | P.N.A.S. (USA), 79, 5322-5326 (1982) |

Considered June 2, 1986
Jeanne M. Gresser                        195 215                        222

FORM PTO-1449          Atty. Docket No.          Serial No.
                              7183                  675,298

Applicant: FU-KUEN LIN

Filing Date: November 30, 1984     Group Art Unit 127

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| C87 | Ohkubo, et al. | P.N.A.S. (USA), 80, pp. 2196-2200 (1983) |
| C88 | Okayama, et al. | Mol.& Cell.Biol., 2, 161-170 (1982) |
| C89 | Palmiter, et al. | Science, 222(4625), 809-814 (1983) |
| C90 | Pavlovic-Kentera, et al. | Expt.Hematol., 8(Supp. 8), 283-291 (1980) |
| C91 | Pennathur-Das et al. | Blood, 63(5), 1168-71 (1984) |
| C92 | ~~Points to Consider..~~ | ~~"Points to Consider in the Characterization of Cell Lines Used to Product Biologics", June 1, 1984, Office of Biologics Research Review, Center for Drugs & Biologics, U.S. Food & Drug Administration (Section A, Part 2) (not enclosed)~~ |
| C93 | Resegotti, et al. | Panminerva Medica, 23, 243-248 (1981) |
| C94 | Reyes, et al. | P.N.A.S. (USA) 79, pp. 3270-3274 (1982) |
| C95 | Ross, et al. | Nature, 294, 654-656 (1981) |
| C96 | Rothmann, et al. | J.Surg.Oncol., 20, 105-108 (1982) |
| C97 | Saito, et al. | Jap.J.Med., 23(1), 16-21 (1984) |
| C98 | Sanger, et al. | P.N.A.S. (USA), 74, 5463-5467 (1977) |
| C99 | Sasaki | Biomed.Biochim.Acta., 42(11/12), S202-206 (1983) |
| C100 | Schwartz, et al. | Otolaryngol, 109, 269-272 (1983) |

Considered June 2,              194 216                    223

AM670167851                                    AM-ITC 00952518

FORM PTO-1449          Atty. Docket No.          Serial No.
                          7183                    675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984     Group Art Unit 127


INFORMATION DISCLOSURE
STATEMENT BY APPLICANT


OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)


| | | |
|---|---|---|
| C101 | Shahidi | New.Eng.J.Med., 289, 72-80 (1973) |
| C102 | Singer-Sam, et al. | P.N.A.S. (USA), 80, pp. 802-806 (1983) |
| C103 | Sue, et al. | Proc.Nat.Acad.Sci. (USA), 80, 3651-3655 (1983) |
| C104 | Suggs, et al. | P.N.A.S. (USA), 78, pp. 6613-6617 (1981) |
| C105 | Sytowski, et al. | Expt.Hematol., 8(Supp. 8), 52-63 (1980) |
| C106 | Sytowski, et al. | J.Immunol.Methods, 69, 181-186 (1984) |
| C107 | Tambourin, et al. | P.N.A.S. (USA), 80, 6269-6273 (1983) |
| C108 | Taub, et al. | Anal.Biochem., 126, 222-230 (1982) |
| C109 | Testa, et al. | Exp.Hematol., 8(Supp. 8), 144-152 (1980) |
| C110 | Tong, et al. | J.Biol.Chem. 256(24), 12666-12672 (1981) |
| C111 | Tramontano, et al. | Nucleic Acids Research, 12, 5049-5059 (1984) |
| C112 | Udupa, et al. | J.Lab.Clin.Med., 103(4), 574-580 & 581-588 (1984) |
| C113 | Urabe, et al. | J.Exp.Med., 149, 1314-1325 (1979) |
| C114 | Urlaub, et al. | Proc.Nat.Acad.Sci. (USA), Vol. 77, 4216-4220 (1980) |

Considered June 2, 1986
Jeanne M. Giesser                        JMG  217

224

FORM PTO-1449                    Atty. Docket No.              Serial No.
                                        7183                        675,298

Applicant:  FU-KUEN LIN

Filing Date: November 30, 1984        Group Art Unit 127

### INFORMATION DISCLOSURE
### STATEMENT BY APPLICANT

### OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

| | | | |
|---|---|---|---|
| *Jmy* | C115 | Vedovato, et al. | Acta.Haematol, 71, 211-213 (1984) |
| *Jmy* | C116 | Vichinsky, et al. | J.Pediatr. 105(1), 15-21 (1984) |
| *Jmy* | C117 | Wallace, et al. | Nuc.Acids Res., 9, pp. 879-894 (1981) |
| *Jmy* | C118 | Wallace, et al. | Nuc.Acids Res., 6, pp. 3543-3557 (1979) |
| *Jmy* | C119 | Wallace, et al. | Gene, 16, 21-26 (1981) |
| *Jmy* | C120 | Walter, et al. | P.N.A.S. (USA), 78, 4882-4886 (1981) |
| *Jmy* | C121 | Walter, et al. | P.N.A.S. (USA), 77, 5197-5200 (1980) |
| *Jmy* | C122 | Weiland, et al. | Blut, 44(3), 173-175 (1982) |
| *Jmy* | C123 | Weiss, et al. | P.N.A.S. (USA), 79, 5465-5469 (1982) |
| *Jmy* | C124 | Weiss, et al. | Am.J.Vet.Res., 44(10), 1832-1835 (1983) |
| *Jmy* | C125 | Wong, et al. | P.N.A.S. (USA), 78, 7412-7416 (1981) |
| *Jmy* | C126 | Woo | Methods in Enzymology, 68, 389-395 (1979) |
| *Jmy* | C127 | World Biotech | World Biotech Report, 1984, Vol. 2:USA ( See C80) |
| *Jmy* | C128 | Yanagawa, et al. | Blood, 64(2), 357-364 (1984) |
| *Jmy* | C129 | Yanagawa, et al. | J.Biol.Chem., 259(5), 2707-2710 (1984) |
| *Jmy* | C130 | ~~Broome, et al.~~ | ~~P.N.A.S. (USA), 75, 2746-2749 (1978)~~ |

*Considered June 2, 1986*
*Joanne M. Giesser*        *NFD 218*

225

Sheet 12 of 12

FORM PTO-1449          Atty. Docket No.          Serial No.
                            7183                    675,298

Applicant: FU-KUEN LIN

Filing Date: November 30, 1984      Group Art Unit 127

### INFORMATION DISCLOSURE
### STATEMENT BY APPLICANT

### OTHER DOCUMENTS (cont'd.)
(Including Author, Title, Date, Pertinent pages, etc.)

C131    Dunn, et al.           Chemical Abstracts, 91, 190417r
                                (1979)

C132    Grantham, et al.       Nuc. Acids. Res., 9, r43-r74
                                (1981)                    14

C133    Bennetzen, et al.      J.Biol.Chem., 257, 3026-3031
                                (1982)                    14

C134    Hamer, et al.          Nature, 281, 35-40 (1979)
                                                    14

Considered June 2, 1986
Joanne M. Giesser

226

144 219

AM670167854                                    AM-ITC 00952521