# EXHIBIT 31

DOCKET NO. 263-4006                    PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE BOARD OF APPEALS AND PATENT INTERFERENCES

FRITSCH                          :
                                 :          Interference No. 102,096
              v.                 :          Interference No. 102,097
                                 :          Interference No. 102,334
                                 :
LIN                              :          Examiner-in-Chief
                                 :          Marc L. Caroff

Box Interference
Honorable Commissioner of
  Patents & Trademarks
Washington, DC   20231

#### NOTICE PURSUANT TO 37 C.F.R. § 1.682(a) AND
#### OFFER OF OFFICIAL RECORD FROM CIVIL ACTION
#### NO. 87-2617-Y REGARDING TESTIMONY OF
#### EGRIE AND ATTACHMENTS

## VOLUME 1 OF 8



PLAINTIFF'S
EXHIBIT
10

AM 17 057546
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Trial Exhibit KD
97-10814-WGY

Trial Exhibit 206
97-10814-WGY

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BOARD OF APPEALS AND PATENT INTERFERENCES

```
-----------------------------X
                             :
FRITSCH                      :   Interference No. 102,096
                             :   Interference No. 102,097
          v.                 :   Interference No. 102,334
                             :
LIN                          :   Examiner-in-Chief
                             :   Marc L. Caroff
-----------------------------X
```

Box Interference
Honorable Commissioner of
  Patents & Trademarks
Washington, D.C.  20231

### NOTICE PURSUANT TO 37 C.F.R. § 1.682(a) AND OFFER OF OFFICIAL RECORD FROM CIVIL ACTION NO. 87-2617-Y REGARDING TESTIMONY OF JOAN EGRIE

        Pursuant to 37 C.F.R. § 1.682(a) and the Stipulation of

the parties regarding the use and admissibility of the official

record of the trial in Amgen, Inc. v. Chugai Pharmaceutical Co.,

Ltd. and Genetics Institute, Inc., (D. Mass) Civil Action No. 87-

2617-Y, ("Boston Action"), Fritsch hereby offers into evidence

the portions of the Boston Action listed below.  A copy of the

listed portions is served herewith.

        A.  The Testimony portions designated by this notice

comprise:

AM 17 057547
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH'S DESIGNATIONS OF
JOAN EGRIE TESTIMONY

BOSTON DEPOSITION

| PAGE | LINE | to | PAGE | LINE |
|------|------|-----|------|------|
| 5 | 2 | | 5 | 5 |
| 40 | 10 | | 43 | 24 |
| 46 | 2 | | 46 | 23 |
| 49 | 11 | | 50 | 5 |
| 50 | 11 | | 52 | 10 |
| 76 | 24 | | 77 | 19 |
| 79 | 11 | | 80 | 13 |
| 113 | 3 | | 114 | 10 |
| 117 | 6 | | 118 | 2 |
| 2:12 | 18 | | 2:17 | 18 |
| 2:19 | 15 | | 2:22 | 1 |
| 2:65 | 19 | | 2:66 | 2 |
| 2:79 | 16 | | 2:82 | 10 |
| 2:84 | 20 | | 2:86 | 23 |
| 2:87 | 4 | | 2:88 | 6 |
| 2:90 | 10 | | 2:92 | 3 |
| 2:97 | 23 | | 2:98 | 5 |
| 2:131 | 21 | | 2:132 | 12 |
| 2:158 | 3 | | 2:158 | 7 |
| 2:160 | 8 | | 2:160 | 14 |
| 2:165 | 10 | | 2:165 | 13 |
| 2:166 | 12 | | 2:166 | 17 |
| 2:174 | 9 | | 2:174 | 23 |
| 2:177 | 5 | | 2:177 | 16 |
| 2:179 | 18 | | 2:179 | 23 |
| 2:190 | 4 | | 2:192 | 17 |

ITC DEPOSITION

| PAGE | LINE | to | PAGE | LINE |
|------|------|-----|------|------|
| 4 | 1 | | 4 | 3 |
| 7 | 8 | | 7 | 24 |
| 10 | 3 | | 11 | 4 |
| 34 | 18 | | 36 | 13 |
| 155 | 4 | | 155 | 11 |
| 157 | 4 | | 158 | 4 |
| 277 | 1 | | 277 | 3 |
| 309 | 6 | | 309 | 14 |
| 310 | 23 | | 311 | 9 |

- 2 -

AM 17 057548
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

315                 22                      315                 25


    B. The Boston Action trial exhibits designated with the testimony are:

### Boston Exhibits

DX 315
DX 316
DX 319
DX 323
DX 324
DX 328
DX 631
PX 2

    C. The designated testimony and exhibits are relevant to (a) Lin's lack of right to claim the subject matter in Interference No. 102,334 in view of Miyake et al.; (b) Lin's nonenablement of the subject matter of Interference No. 102,334; (c) the lack of support in any of Lin's applications for the subject matter of Interference No. 102,334; and (d) Lin's failure to comply with 35 U.S.C. § 112 regarding the disclosure of the best mode. The designated materials show, inter alia:

    1. Egrie has a Ph.D in physiologic chemistry (ITC, p. 7). She joined Amgen in 1981 as a research scientist in the immunobiology group (ITC, p. 10). She was a member of the EPO product development team for about 6 years, starting in 1981 (ITC, pp. 34-35). She was involved in the assay work described in Examples 8, 9 and 10 of the '008 patent, which relate to the

- 3 -

AM 17 057549
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

development of host cell expression systems for the production of recombinant EPO (Mass., pp. 2:190-192).

2. Egrie is familiar with CHO cell expression systems for the production of recombinant human EPO. Her responsibilities in Amgen's EPO project included the screening of various EPO expression systems to determine the levels of EPO production by various CHO cell lines (Mass., pp. 77, 79-80).

3. Amgen expressed EPO in E.coli and found it to have virtually no biological activity (ITC, p. 315).

4. In September 1984, Egrie sent samples of cell conditioned media from CHO B11 host cells transfected with the human EPO gene to Amgen's Japanese partner Kirin-Brewery (Mass., pp. 40-41; DX 315).

5. Egrie's laboratory notebook records the results of assays performed on various CHO cells being considered as candidates for Amgen's Master Working Cell Bank (Mass., pp. 113-114; 117-118; DX 319 at production nos. 5001945-1954).

6. Dr. Egrie's laboratory notebook (DX 319) says

   i. on a page dated November 12, 1984, that 11 different clones were chosen based on results of screening and RIA results (DX 319, p. 22); and,

   ii. that, on November 12, 1984, 5 of the 11 clones (clones 7A2, 10H12, 5H6, 9A11, and 6F5) were sent to Dr. Dukes and assayed, and that the results, apparently received before Dr. Egrie signed the page on November 20, 1984, showed that the ratio of in vivo activity to RIA activity for the

- 4 -

AM 17 057550
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

five clones varied between 47.2%
and 65.7% (DX 319, p. 23).

On November 19, 1984, Dr. Egrie concluded that there was "good
discrimination between hi and lo producers. Ability to tell how
production levels of different cells from the 11 potential lines
to be the 3 candidate MWCB along with data from in vivo
bioassays" (Mass., pp. 117-118; DX 319, pp. 36-37).

7.  In a paper published in 1986 regarding Amgen's
recombinant human EPO (rHuEPO), Egrie reported that "by all
criteria examined, the rHuEPO is biologically active and
equivalent to the natural hormone." (Mass., pp. 2:13; DX 323
(abstract)). The paper also states: "These experiments indicate
that the human urinary and recombinant EPO are indistinguishable
in the parameters of biological and immunological reactivity that
can be measured by these assay systems. In addition, the rHuEPO
preparation has equivalent activity in the RIA and bioassays..."
(Mass., pp. 2:13-14; DX 323 at pp. 217-218).

8.  Egrie has not conducted any research since the
publication of DX 323 showing that these statements are not
correct. She is not aware of any research by others which shows
that these statements are incorrect. (Mass., pp. 2:13-14).

9.  Egrie coauthored another publication regarding
Amgen's recombinant human EPO (Mass., pp. 2:14-15; DX 324). This
publication reports that Amgen's recombinant human EPO "produced
a dose response curve identical to that of urinary EPO" (Mass.,
2:15; DX 324 at p. 695), that "the carbohydrate composition of

- 5 -

AM 17 057551
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

recombinant human EPO was essentially the same as that of urinary
EPO (Mass., 2:15; DX 324 at p. 698), and that "[t]he biological
activities of recombinant human EPO and urinary EPO were also
indistinguishable..." (Mass., pp. 2:17; DX 324 at p. 698).

10.   Egrie has not conducted any research since the
publication of DX 324 showing that these statements are
incorrect.  She is not aware of any research by others which
shows that these statements are incorrect (Mass., pp. 2:15-17).

11.   Dr. Egrie wrote the sections of Amgen's PLA (DX
328) relating to clinical and animal studies and to the
immunological characteristics of EPO (Mass., pp. 2:19-20).
Amgen's Product License Application for recombinant human EPO
states that "[t]he biological and immunological properties of
erythropoietin were evaluated by *in vivo* bioassays, in vitro
bioassays and immunological assays.  All such characterization
studies indicate that r-HuEPO and u-HuEPO are indistinguishable
in their biological and immunological properties" (DX 328 at p.
0762).  Egrie has not conducted, and is not aware of any research
conducted by others, which shows that this statement is no longer
true (Mass., pp. 2:21-22).

12.   Egrie has no reason to believe that the following
additional representations regarding the characteristics of
recombinant and urinary EPO in Amgen's Product License
Application are inaccurate:  no significant differences in
carbohydrate structure (Mass., p. 2:160; DX 328 at p. 0762);
molecular weights "in good agreement" (Mass p. 2:166; DX 328 at

- 6 -

AM 17 057552
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

p. 0779); "physically indistinguishable" by all tests performed (Mass., 2:172; DX 328 at 0789); shared biological and immunological properties (Mass., p. 2:174; DX 328 at p. 0801); "indistinguishable from each other in the parameters of biological and immunological reactivity" (Mass., 2:177; DX 328 at p. 0824); "indistinguishable in their biological and immunological properties" (Mass., p. 2:179; DX 328 at p. 0841).

13. Egrie understands that the amino acid sequences of urinary and recombinant human EPO are identical (Mass., p. 2:166).

Respectfully submitted,

By: *Kurt E. Richter /MD*
Kurt E. Richter
Reg. No. 24,052
Attorney for the party
Fritsch

Dated: January 22, 1991

MORGAN & FINNEGAN
345 Park Avenue
New York, New York 10154

Of Counsel:

Eugene Moroz, Esq.
William S. Feiler, Esq.
Michael P. Dougherty, Esq.

George A. Skoler, Esq.
3010 Westchester Avenue
Purchase, NY 10577

- 7 -

AM 17 057553
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing document and the official records designated therein have been sent by Federal Express Overnight Courier, prepaid, to counsel for Lin this 22nd day of January, 1991, to Paul N. Kokulis, Esq., Cushman, Darby & Cushman, 1615 L. Street, N.W., Washington, D.C. 20036-5601.

*Michael C. Dougherty*

AM 17 057554
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

P. 2

Differences Between Tania's Antibody BE-11 + Our αAmino terminal EPO [monoclonal]

① Tania's BE-11 does not recognize the 20-mer peptide when it is spotted at varying concentrations on nitrocellulose. It does, however, recognize EPO. Our ab recognizes both. ... monoclonal antibodies must be recognizing different epitopes on EPO—as assayed by dot immunoblots

TITLE _____ TITLE _____  Book No. _____

From Page No. _____

10/2/94

Prewet the filter in oven [Iris] [illegible] to assay

Spot as below. Allow to air dry



1 λ spot

peptide          EPO

Blocked in PBS + 10% NFS [assayed or as] assayed
incubated with 3 concentrations of two different antibodies
Our ab PBS-018 (1.23 mg/ml) and Tania's Ab 11.77 mg/ml)
used at 3 mg/ml, 3 µg/ml and 300 [ng] ml. Ab was
diluted in PBS o 5% NFS 10 Low melt or 5% NFS (Tania's Ab)
containing the used sample. PBS and no ab. The incubation
was allowed to go overnight

[Use Vector]    wash 3x in PBS - pH 7.6
[illegible] Add biotinylated secondary [anti] Ab [either horse a mouse (or
[illegible] meal or rabbit a rat (Tania's Ab)] in 6% horse serum or
[illegible] incubate 1 hr.
          wash 3x in PBS - pH 7.6
          Add ABC - incubate 1 hr.
          wash 3x in PBS
          Add color development reagent

Results: [Cover] 20' [blots and spots]
        Background is usually non-existent Blots look beautiful
This may be due to increased time of block or new color reagent
The controls (same primary Ab) are really sensitive. Our ab
reacts with all 3 concentrations, a 20-mer spotted at the 3 µg
and 300 ng spot. This is similar to what was seen for PBS-018
9 where both [Ab] was used the 0.3 µg spot has been seen. Tania's Ab
reacts with the 3 µg and 300 ng also - although a little weaker than
our ab but saw essentially no reaction with any 20-mer
[peptide] at any of Ab concentrations tested

Witnessed & Understood by me, _____ Date _____   Invented by _____   Date _____

CONFIDENTIAL

DEFENDANT EXHIBIT 316

AM 17 057635
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26908

B 1092386



(over)

**CONFIDENTIAL**

AM 17 057636
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26909



29β : ○—○ = 2aav ← pCE
29b : ○—○ = EPO on plate

BF-11   ○—○ = 2aav ← pCE
BF-11   ○—○ = EPO on plate

5) Besides the fact that the 2 MCAs recognize different epitopes there are 2 other differences between them:

a) Their BF-11 is much less efficient at pulling EPO out of soltn. when the ab is immobilized on an ELISA plate compared to our MCA

b) Theirs ab is only poorly recognized by protein A where as our ab is recognized to much greater efficiency when the pH is lowered to 4.5. Theirs ab was made by immunizing rats not mice & this is probably accounts for the difference

CONFIDENTIAL

AM 17 057637
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26910

P.5

II Antipeptide Antibodies

a) 1-20 aa (covered in other patent)
   MCA (mouse)
   Rabbit x peptide sera

b) 41-52 aa - dimer
   Day 0 Inject - primary immunization — 3.5 mg peptide/rabbit (uncrosslinked) + Freunds adjuvant - complete
   Day 14 Inject - 1st boost — 2 mg peptide/rabbit - uncrosslinked + Freunds adjuvant - incomplete
   Day 21 Inject - 2nd boost — 2 mg peptide/rabbit - uncrosslinked + Freunds adjuvant - incomplete
   Day 28 Test bleed #1
   Day 35 Inject - 3rd boost — 1.5 mg peptide/rabbit (uncrosslinked) + Freunds adjuvant - incomplete
   Day 42 Test bleed 2 — Rabbit #1 = barely detectable titer vs EPO
                          Rabbit #2 = no titer vs EPO
                          Rabbit #3 = reasonable titer vs EPO and a good boost in titer from the first test bleed

   This is how far we've gotten to date

c) aa 116-128 = dimer
   inject multiple times into rabbits — no peptide test bleeds which to date Sera will react with the peptide used for the immunization, but will not cross react c 125I-EPO. This sequence probably does not exist on surface of native EPO, which are be the reason we cannot obtain cross-reactive antisera.
                                         — All animals have been sacrificed, we have no further plans for running additional animals

d) aa 144-166 = 23-mer = C-terminus of the protein
   Day 0  1st injection — 6.3 mg peptide/rabbit uncrosslinked + Freunds complete
   Day 14 - 1st boost — 3.15                                    incomplete
   Day 21 - 2nd boost — 3.15
   Day 28 - 1st test bleed — all animals are positive vs 125I-EPO
   Day 35 - 3rd boost — 3.15 mg peptide/rabbit uncrosslinked + Freunds incomplete
   Day 42 - 2nd test bleed - no increase in titer vs 125I-EPO

   Test bleed 1 sera has been used in radioimmunoprecipitation. It will immunoprecipitate 125I-EPO
   Test bleed 2 sera has been used in a Western + can detect EPO
   See attached page.

AM 17 057638
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

A 26911

ITLE _____    F     ict No. _____

rom Page No. 68    Lot # 1    Book No. _____    5a



## CONFIDENTIAL

Conclusions - CHO ⊕ + Lot 82 same size, although CHO is very heterogeneous. On +ENDO F, Lot 82 give band + only 1 faint lower minband, whereas CHO → 3 bands. Intensity lower an & less than higher minband, but darker than correspong band in ⊕ Lot82

- Guess CHO - behaving as usual - glycans. + L new fr. Lot82, although ENDO F digestn prod. So faint lower band + 1 degrad. prod.
- d therapeutic - ~ same size as CHO + Lot 82. Digestn prod = Lot 82 + lower band lighter than in CHO, but darker than Lot 82
- d C terminal sera - light band - need to repeat - See only top band of digestn prod. but must repeat I ~10x Sample load.

Witnessed & Understood by me.    Date    Invented by    Date

AM 17 057639
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

22.

## I- Cos CHO & Native Human EPO Differ In Size of β Neuraminidase Digestion Products

Western Analyes of positive cos CHO cell conditioned media & Genies End EPO before & after neuraminidase treatment.

| Cos cell producing human EPO | Variation in MW however is due to the cell the EPO is produced in, & not the type of EPO (monkey or human) being produced. |
| CHO cells " monkey " | |

Gel code

Lane #
1.  ~0.2 ml CHO cos conditioned media → digest β neuraminidase → immunoprecipitate
2.  ~0.2 ml CHO cos conditioned media → immunoprecipitate
3.  ~2ml cos cos conditioned media → digest β neuraminidase → immunoprecipitate
4.  ~2ml cos cos conditioned media → immunoprecipitate
5.  40 ng Genie's Std. EPO → digest β neuraminidase → immunoprecipitate
6.  40 ng Genie's Std. EPO
7.  40 ng Genie's Std. EPO → digest β neuraminidase
8.  40 ng Genie's Std. EPO

NOTE - Size of Genie's Std. is ~ EPO of cos cell-produced EPO as was seen in the prior Fig(s)
— Size of CHO cell material is larger than cos cell EPO (As is w/ Lot #2 EPO as also seen in fraction III.)
— The neuraminidase digestion products of the CHO cells are ≈ in MW. This suggests the CHO material has increased amount of sialic acid compared to cos since CHO material was bigger to start with.
— cos cell neuraminidase digestion products are both larger in size than β digestion product obtained for Genie's crude EPO. Thus they suggest that there are differences in the remainder of the carbohydrate backbone of the recombinant material vs Genie's std.

→ Another piece of supporting evidence for this is that the cos cell material giving ≈ at Lot #2 EPO, % the RIA units whereas the cell material the protein activity is equal to the RIA units. Sialic acid is required for RIA activity. Total displacement of sialic acid will → partial activity, although there is not a 1:1 correspondence of % sialic acid vs % activity.

CONFIDENTIAL

AM 17 057640
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26913

23.



1    2    3    4    5    6    7    8

CHO    CHO    COS    COS    Genesis    Genesis    Genesis    Genesis
Neura.          Neura.        Neura.    Neura.

Western analysis of Cos, Cho + Genesis std. EPO
Before and After Neuraminidase Treatment

**CONFIDENTIAL**

A 26914


AM 17 057641
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

VI - C₄₀ + STD ??? Digested ? ??? ? ⟶ Same size digestion products

See data + ??????? in Section III, page 9

**CONFIDENTIAL**

AM 17 057642
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26915

IV - Recombinant monkey and human EPO produced by cos cells
have the same molecular weight as native urinary EPO (Goldwasser's EPO)
This result indicates that the recombinant EPO is glucosylated to the same extent
as the native protein

Use double ab Western technique to determine size of recombinant EPOs.
~~Development of Western is now being investigated in index III~~

CONFIDENTIAL

AM 17 057643
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26916

# WESTERN ANALYSIS OF RECOMBINANT MONKEY ERYTHROPOIETIN

1   2   3   4   5   6   7   8   9



CONFIDENTIAL

— 92.5
— 68.0
— 43.0
—
—25.7
— 18.4
— 13.3

AM 17 057644
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

COS cells were either mock transfected or transfected with a vector containing the monkey EPO gene. The EPO in ~2-4ml of conditioned media was concentrated by immunoprecipitation with rabbit anti-EPO sera. The precipitate was subjected to Western analysis using an EPO monoclonal antibody directed against the $NH_2$-terminus of the hormone. Develop Western using avidin-biotin mouse IgG + peroxidase reagents from Vector Labs

A 26917



Expand monkey EPO = Gel Code

Lane #
1    15 ul monk EPO std - No immunoprecipitation ctrl
2    30 ul monk EPO std - No immunoprecipitation ctrl
3    15 ul monk EPO std + pre-immune serum & 1° precipitate
4    30 ul monk EPO std - immune
5    15 ul monk EPO std
x   6    ~ 4.5 ml EPO positive cos cell suptn + immune serum & 1° immunoprecipitation
x   7    ~ 22 ml EPO positive cos cell media + immune serum & 1° immunoprecipitation
x   8    ~ 4 ml EPO negative cos cell media / prevec vector in expand monkey orientation + immune serum & 1° immuno
x   9    ~ 2 ml positive cos cell media + pre-immune serum & 1° immunoprecipitation

# all these samples were concentrated. On below & 1° immunoprecipitation
to reduce volume. Volumes indicated above are 1x1 equivalent

CONFIDENTIAL

AM 17 057645
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26918

# WESTERN ANALYSIS OF RECOMBINANT HUMAN ERYTHROPOIETIN



COS cells were either mock transfected or transfected with a vector containing the human EPO gene. The EPO in ~2-4ml of conditioned media was concentrated by im-munoprecipitation with rabbit anti-EPO sera. The preci-pitate was subjected to Western analysis using an EPO monoclonal antibody directed against the $NH_2$-terminus of the hormone. Develop Western using ~I- sheep or mouse IgG from Amersham

A 26919

AM 17 057646
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

2/

Expressed Human EPO - Gel Code

Lane

1   0.5 ml  7day old conditioned media + positive control cells  + immune serum for immunoprecipita
2   0.2 ml  "    "    "    "    "    "    + human "
3   0.2 ml  7day old conditioned media + mock transfected cos cells + immune serum for
4   50 ng  E. coli old EPO + immune serum for immunoprecipitation
5   25 ng  "    "    "    "
6   50 ng  "    "    "    "    NO PRIOR IMMUNOPRECIPITATION

**CONFIDENTIAL**

AM 17 057647
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26920

III Heterogeneity of Native Human Urinary EPO

A Comparison of EPO from 2 different patient sources

2 sources are: Gene Goldwasser's EPO - ~1% pure- purified from a
pool of patient material - Western analyt
totally pure EPO is came urine pool

Lot 52 - Urine was provided by Kirin Brewery from
1 patient. The material was purified
to homogeneity at Genetics by Strickland +
Kirin Research by Janky.

Summary:
The EPO from the 2 different urine sources are different in MW as is
seen by both Western analyses + by SDS polyacrylamide gel electrophoresis
of $^{125}I$-labeled pure EPO from the two different sources. Gene's EPO is 34,000 MW
+ Lot 52 EPO = ~35-36K. This difference in MW is most probably a difference
in the extent of glycosylation since ENDO-F treatment of EPO from both sources give
the same MW product. ENDOGLYCOSIDASE F removes all but the N-acetyl glucose
carbohydrate except @
which is covalently linked to the amino acid asparagine.
There is also a difference in the digestion pattern @ when both preparations of EPO
are digested with neuraminidase an enzyme which removes sialic acid

@ Comparing size of Lot 52 - Goldwasser EPO - same size, no enzyme treatment

Data: Samples of Lot 52, + Goldwasser $^{125}I$ EPO were mixed, 2 either $^{125}I$ Lot 52 @
+ $^{125}I$ Goldwasser pure EPO + run on a 15% SDS polyacrylamide gel until the
EPO samples reached __ the way down the gel
After the electrophoresis set, the gel was transferred to nitrocellulose using a
Bio-Rad transblot apparatus for 20 hrs at 30g in the cold room. The nitrocellulose
was then blocked w/ 10% goat horse serum for 2hrs at room temp.
The blocked nitrocellulose was reacted with 12µg/ml monoclonal antibody (which recog-
nizing amino kinase of EPO) overnight at room temperature.
In the morning, the monoclonal anti-EPO complex was revealed by developing
the nitrocellulose with the anti-Mouse kit from Vector Labs. (2°ab= horse α-mouse
which becomes part of a complex with horse radish peroxidase) __ we use a color-
development procedure for the Western) The Western development procedure
locates unlabeled EPO. Once the Western produces a complete the same nitrocellulose
filter is dried + exposed to x-ray film to localize the $^{125}I$-EPO from the 2 diff.
sources. The developed x-ray film can then be superimposed over the Western +
the migration of the $^{125}I$-EPO + unlabeled EPO can be directly compared. It is this
Comparison that definitively shows the difference in migration since in the same lane
anti-Goldwasser EPO can clearly be seen to migrate more quickly than the Western band
of Lot 52 EPO.

(See over)

**CONFIDENTIAL**

AM 17 057648
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26921



P7

# CONFIDENTIAL



AM 17 057650
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26923

AM670165393                                      AM-ITC 00950060

P 8

② ENDO F digestion patterns of EPO from different sources are identical

This experiment will co-migration of ENDO F digestion products from Lot 2, Goldwasser EPO & our Chinese Hamster Ovary B11 EPO

EZ #1 - 12.5% SDS Polyacrylamide Gel

| for loading | # | SAMPLE | Sample Preparation Info |
|---|---|---|---|
| | 1 | Hi MW BRC Prestained Mark - 11 µl | |
| | ② | Lot #2 Cloudblk M 0.03% QSA - 61 = 525 ng/6 µl | |
| | ③ | Lot #2       "       -31 = 263 ng/6 µl | |
| CH. Cndt | ④ | CHO Cycle ③ - 31 = 88.3 ng EPO | |
| EPO | ⑤ | CHO Cycle ② - 11 = 44.2 ng EPO | |
| ref line | ⑥ | Lot #2 + ENDO F - 61 6µl C:20  525 ng/6 µl | ⑥ Lot #2 ②g C:20 in 0.03% M9... |
| | ⑦ | Lot #2 + ENDO F - 31 6µl C:20  263 ng/6 µl | |
| | ⑧ | CHO Cycle ③ - 21 + ENDO F  88.3 ng EPO | |
| | ⑨ | CHO Cycle ② - 11 + ENDO F  44.2 ng EPO | |
| | ⑩ | Goldwasser #3 C:10 for blank = 30 ng | |
| | ⑪ | Goldwasser #3 C:10 for blank + ENDO F = 30 ng | |
| | ⑫ | ... compound ... DCB - 23 µl + 2.3 U = 32 ng | |
| | ⑬ | ... compound ... 8µl + ENDO F = 32 ng | |
| | 14 | Lo MW BRC Prestained Mark - 11 µl | |
| 50 dilln | 15 | Goldwasser - #3 C:10 for blank = 30 ng | |
| ... µl | 16 | Goldwasser - #3 C:10 for blank + ENDO F = 30 ng | See sample ⑩ above in box |
| 2 & 2R | 17 | CHO - Cycle ③ - 2 µl = 88.3 ng | |
| 1265 | 18 | CHO - cycle ③ - 2 µl + ENDO F = 88.3 ng | See sample ⑧ above in box |
| | 19 | CHO - cycle ③ - 2 µl + ENDO F = 88.3 ng | |
| | 20 | Lo MW BRC Prestained Mark - 11 µl | |

Transfer to nitrocellulose, block, + treat 2 monoclonal antibody develop detect as described earlier

**CONFIDENTIAL**

AM 17 057651
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26924



# CONFIDENTIAL

AM 17 057652
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26925

P 10

③ Neuraminidase digestion products of 2 different native uomo Epo are different ( Also fogior data mendo F digestion di CoF F2 e Gilbuere

**CONFIDENTIAL**

A 26926

AM 17 057653
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL

AM 17 057654
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26927

| | |

TITLE _____

Proj No. _____
Book No. _____

37



From Page No. 36

Unlabeled EPO - Amgen Lot 82 - prepare 1:20 ag stock in 0.025% BSA absy B. bottom
— 1λ Lot 82 = 700 ng into total volume 20μl
— Use 7.5 λ / lane = 65.6 ng / lane

— Goldwasser EPO for immunoblots - 1:10 dilu. - use 1λ = ~40ng

125I EPO        — Amgen 8/7 radiolabeln lot 82 • Co SA epo  10λ = 5990 cpm
               — Goldwasser - 7/31 radiolabeln   3λ = 6120 cpm   f. 4100 cpm/1 luke

Gel #1 - 15% SDS PAGE

| # | Unlabeled EPO | | Labeled EPO | TREATMENT |
|---|---|---|---|---|
| 1 | Mw Marker | 60 | | — |
| 2 | Goldwasser | 40ng | Goldwasser | NONE |
| 3 | Goldwasser | 40ng | Amgen Lot 82 | " |
| 4 | Lot 82 | 65ng | Goldwasser | " |
| 5 | Lot 82 | 66ng | Amgen Lot82 | " |
| 6 | Goldwasser | 40ng | Goldwasser | Neuraminidase |
| 7 | Goldwasser | 40ng | Amgen lot82 | " |
| 8 | Lot 82 | 65ng | Goldwasser | " |
| 9 | Lot 82 | 66ng | Amgen lot82 | " |
| 10 | Pre Prest Coom Mk | | | — |

Gel #2 - 15% SDS PAG

| # | Unlabeled EPO | | 125I EPO | TREATMENT |
|---|---|---|---|---|
| 1 | Pre Coom Marker | | — | — |
| 2 | Goldwasser | 40ng | Goldwasser | NONE |
| 3 | " | 40ng | Amgen Lot82 | " |
| 4 | Lot 82 | 65ng | Goldwasser | " |
| 5 | " | 65ng | Amgen Lot82 | " |
| 6 | Goldwasser | 40ng | Goldwasser | Endo F pH 6.1 |
| 7 | " | 40ng | Amgen Lot82 | " |
| 8 | Lot 82 | 65ng | Goldwasser | " |
| 9 | " | 65ng | Amgen Lot82 | " |
| 10 | " | 65ng | Amgen Lot82 | Endo F pH8.2 |

Run gel overnight at 45 v
Run gel as long as time will
permit before setting up the
western transfer to give the
best separation of the bands

B 007402

To Page No. 38

| Witnessed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

AM 17 057655
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26928

P.13

Project No. _____
Book No. _____    TITLE _____

From Page No. 27

Transfer gels to nitrocellulose - Bio Rad Transblot- 5hrs 60-70 v - RT
Block in 10% horse serum in PBS for 1 hour
Add MCA - 2 µg/ml Prot A #9 - Shake O/N, RT
Develop E - HRP-linked armouse IgG by Vector avidarase

± NEURAMINIDASE    AUTORADIOGRAM



NOTE Difference in mw of native, untreated Gollwasser + lot 82 EPO appears in two gels even
Diff. in mw also apparent, but less exaggerated after neuraminidase treatment
※ Since mws are still different after neuraminidase treatment, the mws ... to heterogeneity in the native sample.

AM 17 057656
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

Witnessed & Understood by me,    Date    Invented by    Date

Recorded by

A 26929

AM670165399    AM-ITC 00950066



7.14

Goldwasser E1    Lot 82 EPO    Goldwasser EPO +Neuraminidase    Lot 82 EPO +Neuraminidase

002404

Western Portion :) same egt localizing
unlabeled Lot R + Goldwasser EPO ± Neuraminidase

# CONFIDENTIAL

AM 17 057657
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26930

| | |

TITLE_____     Project No._____     ₽ ⁱⁿ

_____     Book No._____     **39**

From Page No. 38



Conclusion ① Although the MW difference is again apparent between Gal.ase + Gal.ase + Cat2 EPO B-Liason, in the native glycosylated form, when all the terminal N-acetyl glucosamine is removed by +ENDO H, the 2 prep looks alike & major band at ~31.75K & minor band at ~28.5K

# CONFIDENTIAL

To Page No. **40**

| Witnesses & Understood by me. | Date | Invented by | | Date |
|---|---|---|---|---|
| | | Recorded by | | |
| | | A 26931 | AM 17 057658 | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM670165401     AM-ITC 00950068



Western Patterny Same expt. localizing
Unlabeled Lot 82 + Goldwesser EPO ± ENDO

# CONFIDENTIAL

AM 17 057659
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

A 26932