# EXHIBIT 32

Casebeer Decl to Motion for SJ re IC - Public

Dockets.Justia.com

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 530 | 350 | 5/45 | JW |
|  | 397 |  |  |
| 514 | 8 |  |  |
| 424 | 99 |  |  |
| 435 | 240.2 |  |  |
|  | 68 |  |  |
| updated search | | 1/89 | JW |
| updated | | 5/89 | |
| 435 | 69.1, 69.4, 69.6, 240.2, 320.1, 172.3 | | |
| 530 | 350, 360, 397, 834, 835 | 5/7/92 | d |
| 514 | 8 | | |
| 536 | 27 | | |
| 935 | 13 | | |
| To date | | 11/19/93 | |

33. Exs ph  summary 11/2d/93
34.
35. Rej 2 mo
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.

| SEARCH NOTES | |
|---|---|
| | Date |
| Biosis | 5/ |
| APS | |
| CAS | |
| APS (enclosed) | 5/ |

APS/file
Reviewed parent
file 675,298
Reviewed interference
file # 102,334
Reviewed published
int. decisions
(Fritsch v. Kin)
& Amgen v. Chugai
(18 USPQ2 @ 1016)

Oct-Nov 1993
Fitzgerald:

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 530 | 397 | 11/22/93 | |
|  | 399 | | |
| 514 | 8 | | |

AM-ITC 00941744