AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on June 22, 2007, from defandent Roche, documents for in camera review.

                                                  Elizabeth Smith
                                                  Deputy Clerk