# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AMGEN INC.'S RESPONSE TO ROCHE'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT CLAIM 10 OF THE '933 PATENT IS INVALID FOR FAILURE TO COMPLY WITH CLAIM DIFFERENTIATION UNDER § 112, ¶ 4**

1152863_1.DOC

Pursuant to LR, D. MASS. 56.1, plaintiff Amgen Inc. ("Amgen") hereby responds to defendants F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-La Roche, Inc.'s ("Roche") Statement of Material Facts Supporting Motion for Summary Judgment under Local Rule 56.1 ("Roche's Facts").

1. Amgen does not contest the statement of fact contained in Roche's Facts paragraph 1, except to correct a typographical error noted in a 3/24/98 PTO Certificate of Correction, in the language of Claim 9 of the '933 patent, which properly reads:

> "A pharmaceutical composition comprising an effective amount of a glycoprotein product effective for erythropoietin therapy according to claim 1, 2, 3, 4, 5 or 6 and a pharmaceutically acceptable diluent, adjuvant or carrier."

2. Amgen does not contest the statement of fact contained in Roche's Facts paragraph 2.

3. Amgen does not contest the statement of fact contained in Roche's Facts paragraph 3, except to correct a typographical error in the language of Claim 10 of the '933 patent, which properly reads:

> "A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a pharmaceutical composition of claim 9."

Dated: June 27, 2007                                   Respectfully submitted,

                                                       AMGEN INC.,
                                                       By its attorneys,

                                                        /s/ Patricia R. Rich
Of Counsel:                                            D. DENNIS ALLEGRETTI (BBO#545511)
                                                       MICHAEL R. GOTTFRIED (BBO# 542156)
STUART L. WATT                                         PATRICIA R. RICH (BBO# 640578)
WENDY A. WHITEFORD                                     DUANE MORRIS LLP
MONIQUE L. CORDRAY                                     470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                                      Boston, MA 02210
KIMBERLIN L. MORLEY                                    Telephone: (857) 488-4204
ERICA S. OLSON                                         Facsimile: (857) 488-4201
AMGEN INC.
One Amgen Center Drive                                 LLOYD R. DAY, JR. *(pro hac vice)*
Thousand Oaks, CA 91320-1789                           DAY CASEBEER, MADRID & BATCHELDER LLP
(805) 447-5000                                         20300 Stevens Creek Boulevard, Suite 400
                                                       Cupertino, CA 95014
                                                       Telephone: (408) 873-0110
                                                       Facsimile: (408) 873-0220

                                                       WILLIAM GAEDE III *(pro hac vice)*
                                                       McDERMOTT WILL & EMERY
                                                       3150 Porter Drive
                                                       Palo Alto, CA 94304
                                                       Telephone: (650) 813-5000
                                                       Facsimile: (650) 813-5100

                                                       KEVIN M. FLOWERS *(pro hac vice)*
                                                       MARSHALL, GERSTEIN & BORUN LLP
                                                       233 South Wacker Drive
                                                       6300 Sears Tower
                                                       Chicago, IL 60606
                                                       Telephone: (312) 474-6300
                                                       Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                            */s/ Patricia R. Rich*
                                            Patricia R. Rich