UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.<br><br>Plaintiff,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation<br><br>Defendants. | C.A. No. 05-12237-WGY |

## DECLARATION OF DANA M. MCSHERRY IN SUPPORT OF AMGEN'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LAUREN J. STIROH

I, Dana M. McSherry, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am associated with the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit in support of Amgen's Motion to Exclude the Expert Testimony of Lauren J. Stiroh. Attached hereto are true and correct copies of exhibits cited in the Memorandum of Law in Support of Amgen's Motion to Exclude the Expert Testimony of Lauren J. Stiroh.

1. Exhibit 1 hereto is a true and correct copy of excerpts from the Expert Report of David J. Teece, Ph.D. (Amgen's economics expert) in the above-captioned case.

2. Exhibit 2 hereto is a true and correct copy of excerpts from the Report of Lauren J. Stiroh (Roche's damages expert) in the above-captioned case.

3.  Exhibit 3 hereto is a true and correct copy of excerpts from the deposition of Lauren J. Stiroh (Roche's damages expert) in the above-captioned case.

4.  Exhibit 4 hereto is a true and correct copy of a Roche press release entitled "Roche Receives Approvable Letter for Mircera in the United States" (May 18, 2007).

5.  Exhibit 5 hereto is a true and correct copy of a revision to the Report of Lauren J. Stiroh and was marked as Exhibit 2 at the deposition of Lauren J. Stiroh.

6.  Exhibit 6 hereto is a true and correct copy of excerpts from the deposition of Chrys Kokino (Roche's Vice President of Anemia Products) in the above-captioned case.

Dated: June 28, 2007            */s/ Dana M. McSherry*
Dana M. McSherry

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Michael R. Gottfried*
Michael R. Gottfried