UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LAUREN J. STIROH**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Version of the Memorandum In Support Of Amgen's Motion to Exclude the Expert Testimony of Lauren J. Stiroh; and**

**Confidential Exhibits 1, 2, 3, 5 and 6 to the Declaration of Dana M. McSherry filed in Support of Amgen's Motion to Exclude the Expert Testimony of Lauren J. Stiroh.**

These documents contain information designated as confidential by the defendants ("Roche") and a third-party. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche and the third-party each have four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

Dated: June 28, 2007                                   Respectfully Submitted,

                                                     AMGEN INC.,
                                                   By its attorneys,

Of Counsel:                                            */s/ Michael R. Gottfried*
                                                     D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                         Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                     Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                     DUANE MORRIS LLP
Darrell G. Dotson                                      470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                    Boston, MA 02210
Erica S. Olson                                         Telephone: (617) 289-9200
AMGEN INC.                                             Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                           Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                         DAY CASEBEER, MADRID & BATCHELDER LLP
                                                   20300 Stevens Creek Boulevard, Suite 400
                                                   Cupertino, CA 95014
                                                   Telephone: (408) 873-0110
                                                   Facsimile: (408) 873-0220

                                                   William Gaede III *(pro hac vice)*
                                                   McDERMOTT WILL & EMERY
                                                   3150 Porter Drive
                                                   Palo Alto, CA 94304
                                                   Telephone: (650) 813-5000
                                                   Facsimile: (650) 813-5100

                                                   Kevin M. Flowers*(pro hac vice)*
                                                   MARSHALL, GERSTEIN & BORUN LLP
                                                   233 South Wacker Drive
                                                   6300 Sears Tower
                                                   Chicago, IL 60606
                                                   Telephone: (312) 474-6300
                                                   Facsimile: (312) 474-0448

2

DM1\1153343.1

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 28, 2007.

                                              */s/ Michael R. Gottfried*
                                              Michael R. Gottfried