# Appendix A

# Index of Exhibits and Declarants

| | |
|---|---|
| Exhibit 1 | Declaration of Krishnan Viswanadhan |
| Exhibit 2 | Declaration of Krishnan Viswanadhan |
| Exhibit 3 | Declaration of Krishnan Viswanadhan; Declaration of Susan Batcha |
| Exhibit 4 | Declaration of Susan Batcha |
| Exhibit 5 | Declaration of Susan Batcha |
| Exhibit 6 | Declaration of Susan Batcha |
| Exhibit 7 | Declaration of Susan Batcha |
| Exhibit 8 | Declaration of Susan Batcha |
| Exhibit 9 | Declaration of Susan Batcha |
| Exhibit 10 | Declaration of Susan Batcha |
| Exhibit 11 | Declaration of Susan Batcha |
| Exhibit 14 | Declaration of Michael Jarsch |
| Exhibit 15 | Declaration of Michael Jarsch |
| Exhibit 16 | Declaration of Michael Jarsch |
| Exhibit 18 | Declaration of Michael Jarsch |
| Exhibit 19 | Declaration of Michael Jarsch |
| Exhibit 20 | Declaration of Krishnan Viswanadhan |
| Exhibit 21 | Declaration of Krishnan Viswanadhan |
| Exhibit 22 | Declaration of Krishnan Viswanadhan |
| Exhibit 23 | Declaration of Krishnan Viswanadhan |
| Exhibit 24 | Declaration of Michael Jarsch |
| Exhibit 25 | Declaration of Susan Batcha |
| Exhibit 28 | Declaration of Krishnan Viswanadhan |
| Exhibit 34 | Declaration of Susan Batcha |
| Exhibit 35 | Declaration of Michael Jarsch |
| Exhibit 36 | Declaration of Michael Jarsch |
| Exhibit 37 | Declaration of Michael Jarsch |
| Exhibit 38 | Declaration of Michael Jarsch |
| Exhibit 41 | Declaration of Krishnan Viswanadhan |

| | |
|---|---|
| Exhibit 42 | Declaration of Michael Jarsch |
| Exhibit 43 | Declaration of Michael Jarsch |
| Exhibit 44 | Declaration of Michael Jarsch |
| Exhibit 45 | Declaration of Susan Batcha |
| Exhibit 50 | Declaration of Michael Jarsch |
| Exhibit 51 | Declaration of Susan Batcha |
| Exhibit 52 | Declaration of Michael Jarsch |
| Exhibit 53 | Declaration of Susan Batcha |
| Exhibit 54 | Declaration of Susan Batcha |
| Exhibit 55 | Declaration of Susan Batcha |
| Exhibit 56 | Declaration of Susan Batcha |
| Exhibit 59 | Declaration of Krishnan Viswanadhan |
| Exhibit 61 | Declaration of Krishnan Viswanadhan |
| Exhibit 62 | Declaration of Krishnan Viswanadhan |
| Exhibit 63 | Declaration of Susan Batcha |
| Exhibit 65 | Declaration of Michael Jarsch |
| Exhibit 66 | Declaration of Susan Batcha |
| Exhibit 67 | Declaration of Michael Jarsch |
| Exhibit 68 | Declaration of Susan Batcha |

03099/00501 695953.1