AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL


RECEIPT


     The court has received, on June 28, 2007, from Plaintiff Amgen, Inc. documents for in camera review.


                                    Elizabeth Smith
                                    Deputy Clerk