# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF LINDA A. SASAKI-BAXLEY IN SUPPORT OF
AMGEN INC.'S OPPOSITION TO ROCHE'S MOTION FOR SUMMARY JUDGMENT
THAT CLAIM 1 OF THE '422 PATENT IS INVALID UNDER 35 U.S.C. § 112**

I, Linda A. Sasaki-Baxley, declare:

1. I am a member of the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of pages 77, 78 and 223 of the certified transcript for the March 28, 2007 deposition of Dr. Fu-Kuen Lin, taken in *Amgen Inc. v. F. Hoffman-La Roche Ltd. et al.*, Civil Action No. 05-12237-WGY.

4. Attached hereto as Exhibit B is a true and correct copy of selected pages of the certified transcript for the June 6, 2007 deposition of Dr. Carolyn Bertozzi, taken in *Amgen Inc. v. F. Hoffman-La Roche Ltd. et al.*, Civil Action No. 05-12237-WGY.

5. Attached hereto as Exhibit C is a true and correct copy of the September 28, 1999 Declaration of Jeffery K. Browne in the matter of *Amgen Inc. v. Hoechst Marion Roussel, Inc. et al.*, Civil Action No. 97-10814-WGY. Said document bears the production numbers AM-ITC 00974818-826.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 29th day of June, 2007.

                                                _____/s/ Linda A. Sasaki-Baxley_____
                                                      Linda A. Sasaki-Baxley

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Patricia R. Rich*
                                                  Patricia R. Rich