# EXHIBIT A

Baxley Decl. in Support of Amgen's Opposition
To Roche's Motion for Summary Judgment that Claim 1
Of '422 Patent is Invalid Under 35 USC S. 112

Dockets.Justia.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Certified Copy**

AMGEN, INC.,

      Plaintiff,

      v.                  Civil Action No.
                          05-CV-12237-WGY

F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.

VOLUME I

WESTLAKE VILLAGE, CALIFORNIA

MARCH 28, 2007

      (This transcript contains
testimony designated confidential
as per Section 5(c) of the
Amended Protective Order.  Please
treat the entire transcript in
accordance with the protective
order.)

Reported by: Harry Alan Palter, C.S.R. NO. 7708

```
 1    Appearances:

 2


 3        For Plaintiffs:

 4                    Day Casebeer Madrid &
                      Batchelder LLP
 5                    By:  David M. Madrid, Esq.
                          Berrie R. Goldman, Esq.
 6                    20300 Stevens Creek Boulevard
                      Suite 400
 7                    Cupertino, California 95014
                      408.873.0110    Fax 408.873.0220
 8                    E-mail:
                      madriddm@daycasebeer.com
 9                    bgoldman@daycasebeer.com

10                    Amgen
                      By:  Wendy Whiteford, Esq.
11                    One Amgen Center Drive
                      Thousand Oaks, California
12                    91320-1799   805.447.1000
                      E-mail:  wendy@amgen.com

13


14        For Defendants:

15                    Kaye Scholer LLP
                      By:   Leora Ben-Ami, Esq.
16                          Graham Pechenik, Esq.
                            Danielle Noonan, Esq.
17                    425 Park Avenue
                      New York, New York 10022-3598
18                    212.836.7203    Fax 212.836.8689
                      E-mail:
19                          lbenami@kayescholer.com
                            gpechenik@kayescholer.com
20                          dnoonan@kayescholer.com

21

22

23

24

25
```

1    Appearances:

2

3        Also Present:

4                Adriane Castro, Videographer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.,

20    taken at the Four Seasons Hotel, Two Dole

21    Drive, Westlake Village, California, on

22    Wednesday, March 28, 2007, from 9:16 a.m. to

23    5:17 p.m., before Harry Alan Palter, Certified

24    Shorthand Reporter No. 7708, in and for the

25    State of California.

```
1                    I N D E X

2

3    WITNESS:   Fu-Kuen Lin, Ph.D.

4              Volume I

5

6    EXAMINATION                                    PAGE

7    BY MS. BEN-AMI                                   9

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          FU-KUEN LIN, PH.D., VOLUME I
               Amgen vs. Hoffman-LaRoche
2            Wednesday, March 28, 2007
            Harry A. Palter, CSR No. 7708

3

4              INDEX TO EXHIBITS

5      EXH #          DESCRIPTION                    PAGE

6

EXHIBIT 1      Defendants' First Notice of      10
7              Deposition to Amgen
               Pursuant to Rule 30(b)(6)

8

EXHIBIT 2      Letter dated 3.6.07 from         10
9              William G. Gaede to
               Patricia Carson and Thomas
10             Fleming

11     EXHIBIT 3      Letter dated 3.13.07 from        10
               William G. Gaede to
12             Vladimir Drozdoff

13     EXHIBIT 4      U.S. Patent No. 5,441,868        31

14     EXHIBIT 5      U.S. Patent No. 5,547,933        31

15     EXHIBIT 6      U.S. Patent No. 5,618,698        31

16     EXHIBIT 7      U.S. Patent No. 5,756,349        31

17     EXHIBIT 8      U.S. Patent No. 5,621,080        31

18     EXHIBIT 9      U.S. Patent No. 5,955,422        31

19     EXHIBIT 10     Plaintiff's Supplemental         127
               Response to Defendants'
20             First Set of
               Interrogatories (NOS. 1-12)

21

EXHIBIT 11     Codon color spreadsheet          156
22

EXHIBIT 12     Trial excerpt dated 8.11.89      175
23             in Amgen vs. Chugai
               Pharmaceutical, etc., et
24             al., Bates nos. AM-ITC
               00113009 through AM-ITC
25             00113060

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I                3/28/2007
CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | EXHIBIT 13 | Memo dated 11.22.82 from | 186 |
| 2 | | Fu-Kuen Lin, Bates nos. AM-ITC 00171680 to | |
| 3 | | AM-ITC 00171682 | |
| 4 | EXHIBIT 14 | Trial excerpt dated 8.21.89 in Amgen vs. Chugai | 188 |
| 5 | | Pharmaceutical, etc., et al., Bates nos. AM-ITC | |
| 6 | | 00113602 through AM-ITC 00113606 | |
| 7 | EXHIBIT 15 | Trial excerpt dated 8.21.89 in Amgen vs. Chugai | 212 |
| 8 | | Pharmaceutical, etc., et al., Bates nos. AM-ITC | |
| 9 | | 00113602 through AM-ITC 00113687 | |

10

11

12                          *    *    *

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              WESTLAKE VILLAGE, CALIFORNIA

 2              WEDNESDAY, MARCH 28, 2007

 3                      9:16 A.M.

 4

 5                                             09:17:01

 6         THE VIDEOGRAPHER:  We're on record.  09:17:01

 7         Here begins the videotaped deposition 09:17:33

 8  of Dr. Fu-Kuen Lin, Ph.D., tape 1, volume I, in 09:17:34

 9  the matter of Amgen versus Hoffman-LaRoche, in 09:17:39

10  the U.S. District Court, District of           09:17:42

11  Massachusetts, case number 05 CV 12237 WGY.    09:17:45

12         Today's date is March 28.              09:17:51

13         And the time on the video monitor is   09:17:53

14  9:16 A.M.                                      09:17:57

15         The video operator today is Adriane    09:17:58

16  Castro, representing LiveNote World Service,   09:18:02

17  located at 221 Main Street, Suite 1250,        09:18:03

18  San Francisco, California  94105.  Phone number 09:18:07

19  (415) 321-2300.                                09:18:10

20         The court reporter today is Harry      09:18:16

21  Palter of Paulson Reporting and Litigation     09:18:18

22  Services, reporting on behalf of LiveNote World 09:18:21

23  Service.                                       09:18:22

24         Today's deposition is being taken on   09:18:27

25  behalf of the defendant and is taking place at 09:18:30
```

1    the Four Seasons Hotel, Westlake Room, 2 Dole    09:18:32

2    Drive, Westlake Village, California  91362.    09:18:37

3            Counsel, please introduce yourselves    09:18:41

4    and state who you represent.    09:18:43

5            MS. BEN-AMI:  Yes.    09:18:45

6            I'm Leora Ben-Ami from Kaye Scholer,    09:18:46

7    representing Roche.    09:18:49

8            And with me are two colleagues who    09:18:49

9    will introduce themselves.    09:18:51

10           MR. PECHENIK:  Graham Pechenik, also    09:18:52

11   of Kaye Scholer for defendants.    09:18:55

12           MS. NOONAN:  Danielle Noonan of Kaye    09:18:56

13   Scholer for defendants.    09:18:58

14           MR. MADRID:  David Madrid of Day    09:19:00

15   Casebeer on behalf of Amgen, Inc., and the    09:19:03

16   witness, Dr. Fu-Kuen Lin.    09:19:05

17           I'm here with my colleague, Berrie    09:19:07

18   Goldman.    09:19:09

19           MS. WHITEFORD:  Wendy Whiteford for    09:19:11

20   Amgen, Inc.    09:19:13

21           THE VIDEOGRAPHER:  Would the court    09:19:17

22   reporter please swear in the witness.    09:19:18

23                                               09:19:26

24

25

1              FU-KUEN LIN, PH.D.,

2    having been duly administered an oath in

3    accordance with Code of Civil Procedure

4    Section 2094, was examined and testified as

5    follows:

6                                                09:19:27

7              THE VIDEOGRAPHER:  Please begin.   09:19:28

8              MS. BEN-AMI:  Thank you.           09:19:28

9                                                09:19:29

10                   EXAMINATION                  09:19:29

11   BY MS. BEN-AMI:                             09:19:29

12        Q    Good morning, Doctor.             09:19:30

13             Is there any reason that you cannot 09:19:31

14   testify today?                             09:19:33

15        A    No.                               09:19:33

16        Q    No medical reason; no overtiredness? 09:19:34

17        A    No.                               09:19:36

18             But I would need to take breaks, from 09:19:38

19   time to time, yes.                         09:19:40

20        Q    Of course.                        09:19:40

21             And you understand that you have that 09:19:41

22   opportunity, if you need to take a break?  09:19:43

23        A    Yes, I do.                        09:19:45

24        Q    Okay.                             09:19:46

25             You've been deposed before?        09:19:46

| | | | |
|---|---|---|---|
| 1 | A | That's correct. | 10:58:44 |
| 2 | Q | Is that what that means? | 10:58:44 |
| 3 | A | Yes. | 10:58:45 |
| 4 | Q | So when did Amgen determine that the | 10:58:46 |
| 5 | | primary structure of human EPO is 165 amino | 10:58:50 |
| 6 | | acids? | 10:58:55 |
| 7 | A | I don't know when we determined that, | 10:58:56 |
| 8 | | but the sequence exists in the product as | 10:59:03 |
| 9 | | itself, when it's expressed by the cells, by | 10:59:07 |
| 10 | | the gene, even though we have not determined. | 10:59:11 |
| 11 | | But it exists as 165, yes. | 10:59:14 |
| 12 | Q | Okay. | 10:59:17 |
| 13 | | But my question was, by November 30, | 10:59:17 |
| 14 | | 1984, had you determined that? | 10:59:20 |
| 15 | A | I don't know when that was | 10:59:22 |
| 16 | | determined.  I don't know. | 10:59:26 |
| 17 | Q | Well, you recall that in the patents, | 10:59:26 |
| 18 | | you disclosed that the amino acid sequence in | 10:59:29 |
| 19 | | figure 6 is 166 amino acids? | 10:59:32 |
| 20 | A | That's right. | 10:59:36 |
| 21 | | That's deduced from the gene, yes. | 10:59:37 |
| 22 | Q | When did you determine that that was | 10:59:40 |
| 23 | | incorrect? | 10:59:42 |
| 24 | A | No, it's always correct. | 10:59:43 |
| 25 | | MR. MADRID:  Objection. | 10:59:44 |

| 1 | Objection. | 10:59:45 |
| 2 | THE WITNESS:  The gene is always | 10:59:45 |
| 3 | correct. | 10:59:46 |
| 4 | MS. BEN-AMI:  No. | 10:59:47 |
| 5 | I'm talking about the amino acid | 10:59:47 |
| 6 | sequence. | 10:59:50 |
| 7 | I want to be clear. | 10:59:50 |
| 8 | THE WITNESS:  Yes.  It's correct. | 10:59:51 |
| 9 | 166 is correct. | 10:59:52 |
| 10 | BY MS. BEN-AMI: | 10:59:52 |
| 11 | Q    So the amino acid sequence of human | 10:59:53 |
| 12 | EPO is 166 amino acids? | 10:59:56 |
| 13 | A    As deduced from the gene. | 10:59:58 |
| 14 | Q    Okay. | 11:00:01 |
| 15 | But I'm asking you what it is, not | 11:00:01 |
| 16 | deduced. | 11:00:03 |
| 17 | What is it? | 11:00:04 |
| 18 | A    The actual -- the amino acids -- | 11:00:04 |
| 19 | when, later on, we have the protein, we have | 11:00:07 |
| 20 | sequence -- when we have enough protein, we | 11:00:10 |
| 21 | sequence it.  We knew it was made by the cells | 11:00:13 |
| 22 | as 165, yes. | 11:00:16 |
| 23 | Q    Okay. | 11:00:16 |
| 24 | So was that only learned after | 11:00:19 |
| 25 | November 30, 1984? | 11:00:21 |

| | | |
|---|---|---|
| 1 | Vague and ambiguous. | 15:27:56 |
| 2 | MS. BEN-AMI:  Okay. | 15:27:57 |
| 3 | I'll ask it a different way. | 15:27:58 |
| 4 | BY MS. BEN-AMI: | 15:27:59 |
| 5 | Q    In fact, the amino acid sequence of | 15:28:00 |
| 6 | the mature human EPO includes only 165 | 15:28:02 |
| 7 | specified amino acid residues; correct? | 15:28:05 |
| 8 | A    The mature human EPO sequence, as | 15:28:09 |
| 9 | stated in figure 6, is 166 amino acid as | 15:28:13 |
| 10 | deduced from the gene. | 15:28:21 |
| 11 | So the gene, when it's transfected | 15:28:22 |
| 12 | into the cells, it's making one -- making the | 15:28:25 |
| 13 | amino acid -- probably is also 166, but | 15:28:29 |
| 14 | somehow, the last amino acid is removed in the | 15:28:33 |
| 15 | process of secreting. | 15:28:36 |
| 16 | Q    So the recombinant EPO that is | 15:28:41 |
| 17 | actually secreted in the process described in | 15:28:46 |
| 18 | the specification only has 165 amino acids; | 15:28:49 |
| 19 | right? | 15:28:49 |
| 20 | A    Yeah, that's correct. | 15:28:53 |
| 21 | As made by -- as the product you | 15:28:55 |
| 22 | isolate is 165.  It's made by the gene.  It's | 15:28:58 |
| 23 | specified by the gene.  It's 166. | 15:29:02 |
| 24 | Q    It's even bigger than that, because | 15:29:04 |
| 25 | it has the leader sequence; right? | 15:29:06 |

1       DECLARATION UNDER PENALTY OF PERJURY

2

3        I, Fu-Kuen Lin, Ph.D., do hereby

4 certify under penalty of perjury that I have

5 read the foregoing transcript of my deposition

6 taken March 28, 2007; that I have made such

7 corrections as appear noted herein, in ink,

8 initialed by me; that my testimony as contained

9 herein, as corrected, is true and correct.

10      DATED this _____ day of

11 _____, 20____, at _____,

12 California.

13

14

15      _____

16      Fu-Kuen Lin, Ph.D.

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATION

1

2

3        I, Harry Alan Palter, Certified Shorthand

4   Reporter, in and for the State of California, do

5   hereby certify:

6

7        That the witness named in the foregoing

8   deposition was, before the commencement of the

9   deposition, duly administered an oath in accordance

10   with Code of Civil Procedure Section 2094; that the

11   testimony and proceedings were reported

12   stenographically by me and later transcribed into

13   computer-aided transcription under my direction; that

14   the foregoing is a true record of the testimony and

15   proceedings taken at that time.

16

17        IN WITNESS WHEREOF, I have subscribed my

18   name this 2nd day of April                , 20 07.

19

20

21

22

23        Harry Alan Palter, CSR No. 7708

24

25