# EXHIBIT B

Baxley Decl. in Support of Amgen's Opposition
To Roche's Motion for Summary Judgment that Claim 1
Of '422 Patent is Invalid Under 35 USC S. 112

Dockets.Justia.com

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------X
AMGEN, INC.,


              Plaintiff,
                                    Civil Action No.
       v.                           05 Civ. 12237 WGY

F. HOFFMANN-LA ROCHE LTD.,
ROCHE DIAGNOSTICS GmbH, and
HOFFMANN-LA ROCHE, INC.,

              Defendants.
---------------------------------------X
```

                    CONFIDENTIAL

    DEPOSITION OF CAROLYN BERTOZZI, Ph.D.,

           New York, New York

         Wednesday, June 6, 2007


REPORTED BY:   BARBARA R. ZELTMAN
               Professional Shorthand Reporter

Job Number:  12691

```
 1
 2
 3
 4                            June 6, 2007
                              9:10 a.m.
 5
 6           Deposition of CAROLYN BERTOZZI, Ph.D.
 7   taken by Plaintiff, pursuant to Notice, at the
 8   offices of  DUANE MORRIS LLP, 380 Lexington Avenue,
 9   New York, New York, before BARBARA R. ZELTMAN, a
10   Professional Shorthand Reporter and Notary Public
11   within and for the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5    DAY CASEBEER MADRID & BATCHELDER, LLP
 6    Attorneys for the Plaintiff
 7         20300 Stevens Creek Boulevard
 8         Cupertino, California  95014
 9         BY:  JONATHAN LOEB, Ph.D.
10         408.873.0110
11         jloeb@daycasebeer.com
12
13    KAYE SCHOLER, LLP
14    Attorneys for the Defendants
15         425 Park Avenue
16         New York, New York  10022
17         BY:  ALFRED H. HECKEL, ESQ.
18         212.836.8748
19         hheckel@kayescholer.com
20
21    ALSO PRESENT:  Douglas Smith, Paralegal
22                   Marcelo Rivera, Videographer
23
24
25
```

Bertozzi, Carolyn, Ph.D.
CONFIDENTIAL
6/6/2007

```
 1
 2                    I N D E X
 3                                                    PAGE
 4    Examination by Mr. Loeb                           9
 5    Examination by Mr. Heckel                       277
 6
 7
 8
 9                    E X H I B I T S
10    BERTOZZI         DESCRIPTION                    PAGE
11
12    Exhibit 1    Exhibit C, Demonstrative            65
                   Numbers
13
      Exhibit 2    Expert report of Dr. Carolyn        71
14                 Bertozzi
15    Exhibit 3    Drawing                            120
16    Exhibit 4    Comparative Study of the           169
                   Asparagine-Linked Sugar
17                 Chains of Human
                   Erythropoietins Purified from
18                 Urine and the Culture Medium
                   of Recombinant Chinese
19                 Hamster Ovary Cells
20    Exhibit 5    Article from The Journal of        182
                   Biological Chemistry
21
      Exhibit 6    Exhibit C to expert report of      194
22                 Dr. Imperiali
23
24
25
```

LiveNote World Service          800.548.3668 Ext. 1

```
 1
 2                    E X H I B I T S
 3    BERTOZZI           DESCRIPTION                        PAGE
 4
      Exhibit 7     Article by Belacazar,                   221
 5                  Assessing the Instability of
                    the Isoeclectric Focusing
 6                  Patterns of Erythropoietin in
                    Urine
 7
      Exhibit 8     Paper about chemistry from              246
 8                  2004 entitled Metabolic
                    Functionalization of
 9                  Recombinant Glycoproteins

10    Exhibit 9     Document entitled New                   249
                    Directions in the Synthesis
11                  of Glycopeptide Mimetics

12    Exhibit 10    Article entitled Probing                252
                    Mucin-type O Linked
13                  Glycosylation in Living
                    Animals
14
      Exhibit 11    Supplemental Report of Dr.              279
15                  Carolyn Bertozzi
16
17
18
19
20
21
22
23
24
25
```

Bertozzi, Carolyn, Ph.D.
CONFIDENTIAL
6/6/2007

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:14:45 |
| 2 | I have seen that. | 11:14:47 |
| 3 | Q    So that would be yes, there | 11:14:49 |
| 4 | is erythropoietin protein which is not | 11:14:50 |
| 5 | a glycoprotein? | 11:14:52 |
| 6 | A    It's referred to that way in | 11:14:53 |
| 7 | the literature. | 11:15:01 |
| 8 | In my mind these are molecules | 11:15:02 |
| 9 | and structures.  And the terminology is | 11:15:05 |
| 10 | in the literature but all of these have | 11:15:09 |
| 11 | molecular structures. | 11:15:12 |
| 12 | You could ascribe any name to | 11:15:13 |
| 13 | those molecular structures.  It's a | 11:15:15 |
| 14 | discrete structure and a discrete name. | 11:15:21 |
| 15 | Q    I confess I am one of those | 11:15:23 |
| 16 | people who use "erythropoietin" or | 11:15:25 |
| 17 | "EPO" more as a noun than an adjective. | 11:15:30 |
| 18 | So you'll have to forgive me for that. | 11:15:31 |
| 19 | Can we agree that if I say | 11:15:33 |
| 20 | "erythropoietin" I am referring to the | 11:15:35 |
| 21 | erythropoietin protein irrespective of | 11:15:40 |
| 22 | its glycosylation state. | 11:15:43 |
| 23 | Is that acceptable to you? | 11:15:45 |
| 24 | A    Okay. | 11:15:46 |
| 25 | So for you erythropoietin just | |

Bertozzi, Carolyn, Ph.D.　　　　　　　　6/6/2007
**CONFIDENTIAL**

|  |  |  |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:15:50 |
| 2 | equals linkages of amino acids?  That's | 11:15:55 |
| 3 | your definition? | 11:15:57 |
| 4 |     Q    Irrespective whether it's | 11:15:58 |
| 5 | glycosylated or not. | 11:16:00 |
| 6 |         So erythropoietin could be | 11:16:02 |
| 7 | glycosylated or non-glycosylated? | 11:16:09 |
| 8 |     A    So you are referring to many | 11:16:10 |
| 9 | structures using the same term? | 11:16:12 |
| 10 |     Q    Right.  Is that okay with | 11:16:13 |
| 11 | you? | 11:16:14 |
| 12 |     A    Well, it's confusing. | 11:16:19 |
| 13 | Because they are different molecules, | 11:16:21 |
| 14 | but as long as I know what you are | 11:16:23 |
| 15 | referring to. | 11:16:23 |
| 16 |     Q    Okay. | 11:16:24 |
| 17 |         If I use it in a way you don't | 11:16:26 |
| 18 | understand, please let me know and | 11:16:29 |
| 19 | let's clarify it right then and there. | 11:16:35 |
| 20 |         What do you understand the | 11:16:36 |
| 21 | phrase "recombinant erythropoietin | 11:16:41 |
| 22 | protein" to mean? | 11:16:43 |
| 23 |     A    Erythropoietin protein? | 11:16:45 |
| 24 | Recombinant erythropoietin protein? | 11:16:48 |
| 25 |     Q    Yes. | |

Bertozzi, Carolyn, Ph.D.
CONFIDENTIAL
6/6/2007

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:16:50 |
| 2 | A    Well, "recombinant" is the | 11:16:53 |
| 3 | term that's used to describe basically | 11:16:59 |
| 4 | making artificial DNAs; for example, | 11:17:07 |
| 5 | taking DNA sequence from some source, | 11:17:11 |
| 6 | amplifying it from the source and | 11:17:15 |
| 7 | integrating it into a plasmid that can | 11:17:20 |
| 8 | then be introduced into a host cell to | 11:17:25 |
| 9 | drive the translational machinery or | 11:17:31 |
| 10 | transcriptional and translational | 11:17:32 |
| 11 | machinery of that cell. | 11:17:36 |
| 12 | So recombinant erythropoietin | 11:17:39 |
| 13 | protein would be the erythropoietin | 11:17:43 |
| 14 | protein that was produced by a cell | 11:17:46 |
| 15 | that had this recombinant DNA inserted | 11:17:52 |
| 16 | into that cell. | 11:17:56 |
| 17 | Q    What do you understand the | 11:17:57 |
| 18 | phrase "urinary erythropoietin protein" | 11:18:01 |
| 19 | to mean? | 11:18:07 |
| 20 | A    Again erythropoietin protein, | 11:18:10 |
| 21 | and I don't know that there is such a | 11:18:11 |
| 22 | thing in urine. Because when you say | 11:18:17 |
| 23 | "erythropoietin protein" you include | 11:18:18 |
| 24 | all the different glycosylated forms. | 11:18:22 |
| 25 | Q    Right. | |

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:18:24 |
| 2 | A    So human urinary | 11:18:29 |
| 3 | erythropoietin protein in your | 11:18:30 |
| 4 | vernacular would be the collection of | 11:18:34 |
| 5 | molecules in the human urine that have | 11:18:45 |
| 6 | a common linkage of amino acids that | 11:18:49 |
| 7 | being encoded by the DNA. | 11:18:55 |
| 8 | Q    Encoded by the erythropoietin | 11:18:57 |
| 9 | gene? | 11:18:57 |
| 10 | A    The erythropoietin gene. | 11:18:58 |
| 11 | In other words, the linkage of | 11:19:01 |
| 12 | amino acids that's specified by the | 11:19:05 |
| 13 | sequence of the gene which in the case | 11:19:08 |
| 14 | of the human urinary erythropoietin | 11:19:13 |
| 15 | would not be a recombinant gene. It | 11:19:15 |
| 16 | would be the gene as it exists in the | 11:19:21 |
| 17 | human chromosomes. | 11:19:29 |
| 18 | Q    Where in the body is human | 11:19:31 |
| 19 | urinary erythropoietin synthesized? | 11:19:39 |
| 20 | MR. HECKEL:  Objection. | 11:19:49 |
| 21 | A    I am not a physiologist; | 11:19:50 |
| 22 | preface with that. | 11:19:55 |
| 23 | But my understanding from | 11:19:56 |
| 24 | reading the literature is that all | 11:20:00 |
| 25 | human erythropoietin is originally | |

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:20:07 |
| 2 | produced in the kidney and some of that | 11:20:15 |
| 3 | material is released into the serum, | 11:20:20 |
| 4 | into the plasma of the blood, and then | 11:20:27 |
| 5 | eventually the material is processed | 11:20:31 |
| 6 | for excretion.  So some subset appears | 11:20:42 |
| 7 | in the urine. | 11:20:42 |
| 8 | So my understanding is that | 11:20:45 |
| 9 | erythropoietin glycoproteins in the | 11:20:50 |
| 10 | urine would have prior to that | 11:20:54 |
| 11 | originated from blood and prior to that | 11:21:00 |
| 12 | from kidney. | 11:21:02 |
| 13 | I believe that's the order of | 11:21:03 |
| 14 | events that's proposed.  And that's the | 11:21:08 |
| 15 | extent of my understanding of the | 11:21:09 |
| 16 | physiology. | 11:21:11 |
| 17 | Q    So you are not an expert in | 11:21:12 |
| 18 | the physiology of erythropoietin? | 11:21:15 |
| 19 | MR. HECKEL:  Objection. | 11:21:17 |
| 20 | A    I am not an expert in the | 11:21:21 |
| 21 | pharmaco-dynamics, I should say, which | 11:21:30 |
| 22 | describes the sort of physiological | 11:21:38 |
| 23 | events by which molecules traffic from, | 11:21:45 |
| 24 | you know, kidney to other organs. | 11:21:50 |
| 25 | MR. LOEB:  Sorry to interrupt | |

Bertozzi, Carolyn, Ph.D.
CONFIDENTIAL
6/6/2007

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 11:21:50 |
| 2 | you.  We need to change the tape. | 11:21:52 |
| 3 | So if we can go off the record, | 11:21:55 |
| 4 | please. | 11:21:55 |
| 5 | THE VIDEOGRAPHER:  Time is | 11:21:56 |
| 6 | 11:18 a.m.  This completes Tape 1, | 11:21:58 |
| 7 | Volume 1 of the videotaped | 11:22:00 |
| 8 | deposition of Dr. Carolyn Bertozzi. | 11:29:36 |
| 9 | (A brief recess was | 11:29:36 |
| 10 | taken.) | 11:29:37 |
| 11 | THE VIDEOGRAPHER:  Time is | 11:29:37 |
| 12 | 11:26 a.m.  This is Tape 2, Volume 1 | 11:29:41 |
| 13 | of the continued videotaped | 11:29:43 |
| 14 | deposition of Dr. Carolyn Bertozzi. | 11:29:46 |
| 15 | Q    Dr. Bertozzi, a moment ago | 11:29:47 |
| 16 | you gave me a definition of urinary | 11:29:52 |
| 17 | erythropoietin and you gave you a | 11:29:53 |
| 18 | definition of recombinant | 11:29:54 |
| 19 | erythropoietin. | 11:29:56 |
| 20 | You can assume going forward | 11:29:57 |
| 21 | that if I use those two phrases I'm | 11:30:01 |
| 22 | just adopting your definitions. | 11:30:03 |
| 23 | Is that okay? | 11:30:05 |
| 24 | A    Can you read back my | 11:30:05 |
| 25 | definitions?  Just want to make sure | |

Bertozzi, Carolyn, Ph.D.  
**CONFIDENTIAL**  6/6/2007

| | | |
|---|---|---|
| 1 | CAROLYN BERTOZZI, Ph.D. - CONFIDENTIAL | 05:43:18 |
| 2 | | 05:43:19 |
| 3 | THE VIDEOGRAPHER: Time is | 05:43:20 |
| 4 | 5:39 p.m. This completes Tape 4, | 05:43:24 |
| 5 | Volume 1 of the videotaped | 05:43:26 |
| 6 | deposition of Dr. Carolyn Bertozzi. | |
| 7 | | |
| 8 | (The deposition was concluded | |
| 9 | at 5:39 p.m.) | |

```
                    _____
                    CAROLYN BERTOZZI, Ph.D.

Subscribed and sworn

to before me this

_____ day of _____, 2007


_____
         Notary Public
```

Bertozzi, Carolyn, Ph.D.
**CONFIDENTIAL**                                                                  6/6/2007

```
 1
 2    STATE OF NEW YORK      )         PAGE _____ of _____
                             ) ss:
 3    COUNTY OF NEW YORK     )
 4           I wish to make the following
 5    changes, for the following reasons:
 6    PAGE    LINE
 7    ____    ____          CHANGE:  _____
 8                          REASON:  _____
 9    ____    ____          CHANGE:  _____
10                          REASON:  _____
11    ____    ____          CHANGE:  _____
12                          REASON:  _____
13    ____    ____          CHANGE:  _____
14                          REASON:  _____
15    ____    ____          CHANGE:  _____
16                          REASON:  _____
17    ____    ____          CHANGE:  _____
18                          REASON:  _____
19    ____    ____          CHANGE:  _____
20                          REASON:  _____
21
22    _____              _____
      Witness's signature                       Date
23
24
25
```

291

1

2            C E R T I F I C A T E
STATE OF NEW YORK    )
3                         : ss.
COUNTY OF NEW YORK   )
4            I, BARBARA R. ZELTMAN,

5   Shorthand Reporter and Notary

6   Public, within and for the State of

7   New York, do hereby certify:

8            That CAROLYN BERTOZZI, Ph.D.,

9   the witness whose deposition is

10  hereinbefore set forth, was duly

11  sworn by me and that such deposition

12  is a true record of the testimony

13  given by the witness.

14           I further certify that I am

15  not  related to any of the parties

16  to this action by blood or marriage,

17  and that I am in no way interested

18  in the outcome of this matter.

19           IN WITNESS WHEREOF, I have

20  hereunto set my hand this 8th day of

21  June, 2007.

22

23

24             BARBARA R. ZELTMAN
               Court Reporter and Notary Public
25