# Ex. 1

Dockets.Justia.com

CURRICULUM VITAE (Feb. 1, 2006)

## PERSONAL DATA

| | |
|---|---|
| Name: | John Burton Lowe |
| Birth date and birthplace: | June 13, 1953; Sheridan, Wyoming |
| Marital Status: | Married, Kimberly Dawn Lowe |
| Children: | Kathryn (6-5-83) and Hilary (5-9-85) |

## EDUCATION

| | |
|---|---|
| High School: | Diploma, 1971<br>Central High School<br>Cheyenne, Wyoming |
| Undergraduate: | B. A., Mathematics, 1976<br>University of Wyoming<br>Laramie, Wyoming |
| Graduate/<br>Professional: | M.D., 1980<br>University of Utah, College of Medicine<br>Salt Lake City, Utah |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Intern: | July 1, 1980 - June 30, 1981<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Resident: | July 1, 1981 - December 31, 1984<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Chief Resident: | July 1, 1983 - June 30, 1984<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Postdoctoral research fellowship: | July 1, 1981 - June 30, 1983<br>American Cancer Society Postdoctoral Fellowship #PR-2089<br>Dept. of Microbiology and Immunology (Douglas E. Berg, Ph.D.)<br>Dept. of Biological Chemistry (Jeffrey I. Gordon, M.D.)<br>Washington University School of Medicine<br>St. Louis, Missouri |

## ACADEMIC APPOINTMENTS

Assistant Medical Director
  Barnes Hospital Blood Bank
  Barnes Hospital
  St. Louis, Missouri
  January 1, 1985 - October 31, 1986

Instructor, January 1, 1985 - June 30, 1985
Assistant Professor, July 1, 1985 - October 31, 1986
  Division of Laboratory Medicine
  Departments of Pathology and Medicine
  Washington University School of Medicine
  St. Louis, Missouri

Assistant Professor, November 1, 1986 - August 31, 1991
Associate Professor, September 1, 1991 - August 31, 1995
Professor, September 1, 1995 - February 28, 2005
  Department of Pathology
  University of Michigan Medical School
  Ann Arbor, Michigan

Assistant Investigator, November 1, 1986 - August 31, 1992
Associate Investigator, September 1, 1992 - December 31, 1996
Investigator, January 1, 1997 - February 28, 2005
  Howard Hughes Medical Institute
  University of Michigan Medical School
  Ann Arbor, Michigan

Warner-Lambert/Parke-Davis Professor in Medicine, July 1, 1994 - Feb 28, 2005
  University of Michigan Medical School
  Ann Arbor, Michigan

Research Professor, November 1, 2002 - Feb 28, 2005
  The Life Sciences Institute
  University of Michigan
  Ann Arbor, Michigan

Professor (Adjunct), July 1, 1996 - present
  The Burnham Institute (formerly the La Jolla Cancer Research Foundation)
  La Jolla, California

Henry Willson Payne Professor and Chair of Pathology, March 1, 2005 - present
  Case Western Reserve University School of Medicine/University Hospitals of Cleveland
  Cleveland, Ohio

## CERTIFICATION AND LICENSURE

Medical Licensure:      Ohio, 2005, 86058
                        Michigan, 1987, 4301050941
                        Missouri, 1981, R6B86 (inactive)


Board Certification:    The American Board of Pathology in Clinical Pathology, November 1984

HONORS AND AWARDS

> Phi Beta Kappa, University of Wyoming, 1975
>
> Medical Student Summer Research Fellowship: "In vitro translation of avian leukosis virus retroviral mRNA." University of Utah College of Medicine, Salt Lake City, Utah, 1978
>
> Warner-Lambert/Parke-Davis Award in Experimental Pathology, 1992
>
> Howard and Martha Holley Symposium Research Prize in Rheumatology, American College of Rheumatology, 1993
>
> American Society of Clinical Pathologists Philip Levine Outstanding Research Award, 1997
>
> Fellow, American Association for the Advancement of Science, 2002

MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

> Member, American Association of Blood Banks, (1985 - present)
> Member, College of American Pathologists, (1986 - present)
> Member, American Association for the Advancement of Science, (1986 - present)
> Member, American Society for Cell Biology, (1987 - present)
> Member, American Association for Investigative Pathology, (1987 - present)
> Member, American Society for Biochemistry and Molecular Biology, (1991 - present)
> Member, Pluto Society (Association of American Pathologists), (1993 - present)
> Board of Directors, Society for Glycobiology, (1993 - 1996)
> Member, American Society for Clinical Investigation (ASCI), (1994 - present)
> President, Society for Glycobiology, (1998)
> Member, American Association of Physicians (AAP), (1999 - present)

ADMINISTRATIVE ACTIVITIES - Case School of Medicine (2005 - present)

> Member, Senior Advisors Committee, Center for AIDS Research Case SOM, (2005 - present)
> Member, Internal Advisory Board, Case Comprehensive Cancer Center, (2005 - present)
> Member, Executive Committee, Case/CCF BioBank, (2005 - present)
> Member, Executive Committee, Skin Diseases Research Center, Dept of Dermatology, Case SOM, (2005 - present)
> Member, Advisory Board, Center Of Research Translation in Psoriasis, Dept of Dermatology, Case SOM, (2005 - present)
> Member, Internal Review Committee, Medical Scientist Training Program (2006 - present)

ADMINISTRATIVE, TEACHING, CLINICAL SERVICE AND COMMITTEE ACTIVITIES - University of Michigan (1986 - 2005)

## ADMINISTRATIVE AND COMMITTEE ACTIVITIES

Chair, Biological Sciences Scholars Program (BSSP) Committee, (2001 – 2005)
> The 18 member BSSP Committee includes all medical school basic science chairs, 2 central campus basic science chairs, chairs and directors of 4 major clinical departments, and the directors of the Cancer Center, the Mental Health Research Institute, the Life Sciences Institute, and the Biophysics Program. Charge of the Chair; manage faculty recruiting for the Biological Sciences Scholars Program.

Chair, Task Force on Molecular Medicine Recruitment for the Life Sciences Institute, (2002 – 2005)
> Charge; identify/recruit new faculty for the U of MI Life Sciences Institute

Member, Program Committee, Dept of Pathology Graduate Program, (1997 - 2005)
Member, Technology Transfer Committee, (1999 - 2005)
Member, Microarray/Microchip Technology Advisory Committee, (1999 - 2005)
Member, Biomedical Research Core Facilities Advisory Committee, (2000 - 2005)
Member, Chair Search Committee, Dept of Microbiology & Immunology, (2002 - 2003)
Member, Life Sciences Institute Advisory Committee, (2002 - 2005)
Member, Immunology Graduate Program, (2002 - 2005)
Member, Executive Committee for the Life Sciences Institute, (2003 - 2005)
Member, Search Committee, Vahlteich Chair in the College of Pharmacy (2003 – 2004)
Member, Search Committee, Ara G. Paul Professorship, College of Pharmacy (2004)
Member, Pathology Resident Selection Committee, University of MI Medical School, (1990 - 1996)
Member, Internal Review Committee, Dept. of Path., Univ. of MI Medical School, (1993 - 1995)
Chair, Research Faculty Search Committee for University of MI Dept. of Pathology, (1993 - 1994)
Co-chair, Unified Graduate Admission Program Task Group, Univ. of MI Med School, (1995 -1996)
Member, University of Michigan Associate Dean Search Committee, (1998 - 1999)
Member, Internal Review Committee, Dept. of Path., Univ. of MI Medical School, (1999)
Member, University of Michigan Medical School Strategic Planning Committee, (1999)
Chair, Univ. of MI Dept of Pathology Neuropathology Faculty Search Committee, (1997 - 2001)
Coordinator, Univ. of MI Dept. of Pathology Research Faculty Search Activity, (1997 - 2001)
Member, Program Committee, Cell and Molecular Biology Graduate Program, (1999 - 2003)
Member, Biological Sciences Scholars Program Committee, (2001)
Member, Medical School Office of Technology Transfer and Corp. Research Review Team, (2003)

TEACHING ACTIVITIES - University of Michigan (1986 - 2005)

Member, Cell and Molecular Biology (CMB) Ph.D. Graduate Program, (1991-1996; 1998 - 2003)
Member, Pathology Ph.D. Graduate Program, (1995 - 2005)
Member, Ph.D. Graduate Program in Immunology, (2002 - 2005)
Oral preliminary exam committee, Department of Pathology Ph.D. Program, (1995 - 2005)
Molecular Medicine Clinical Fellow Summer Course, (1993 - 2005)
Ph.D. Thesis committee member, CMB and Pathology Programs, (21 committees since 1990)
Member, Preliminary Exam Committee, Immunology Graduate Program, (2002 - 2005)

Clinical Pathology Grand Rounds
        Clinical application of the terminal transferase assay, (alternate years 1987 - 1995)
        Genetics of the human H, Se, and Lewis blood groups, (alternate years 1987 - 1995)
Written preliminary exam committee, Cell and Molecular Biology Program, (1991 - 1996)
Course Instructor, Research Colloquium in Experimental Pathology (Path 850), (1994)
Lecturer, University of MI Biochem 576 (Membranes and protein targeting), (1993, 1994)
Lecturer and coordinator, University of MI , Dept. of Pathology, Clinical Pathology
        Grand Rounds series on diagnostic applications of molecular genetics, (1989 - 1992)
Lecturer, University of MI Medicinal Chemistry 635; Molecular Biology of Glycans, (1993)
Lecturer, University of MI Pathology 630 (Pathology for Graduate Students)
        The Atherosclerotic Process I and II, (1988 - 1992)
Lecturer, University of MI Pathology 581, General Pathology for Graduate Students, (1988 - 1991)

CLINICAL SERVICE ACTIVITIES - University of Michigan (1986 - 2005)

University of Michigan Hospitals, Clinical Immunology Laboratory test sign out (serum and urine protein electrophoresis, immunofixation, and immunoelectrophoresis), (1987 - 2005)

ADMINISTRATIVE/COMMITTEE ACTIVITIES and GRANT REVIEW PANELS  - national

Member, American Board of Pathology Test Committee for Molecular Pathology, (1986-1988)
Member, Rowe Chair External Advisory Committee, UC Davis Medical School, (January 1994)
Member, Transfusion Medicine SCOR Special Study Section, NIH, (March 1995)
Member, Pathobiochemistry Study Section, Div. Res. Grants, NIH, (1993 - 1998)
Reviewer's Reserve, Pathobiochemistry Study Section, Div. Res. Grants, NIH, (1998 - present)
Member, Scientific Advisory Board, The Ara Parseghian Medical Research Foundation (Niemann-
    Pick disease type C), (1994 - present)
Member, Howard Hughes Med. Inst. International Scholars Program Grant Review Committee, (2000)
External Referee, Transfusion Medicine SCOR Special Study Section, NIH, (June 2000)

EDITORIAL ACTIVITIES

Member, Editorial Board of the Journal of Biological Chemistry, (1991 - 1995)
Member, Editorial Board of Archives of Biochemistry and Biophysics, (1996 - 1997)
Member, Editorial Board of Glycobiology, (1996 - 1999)
Deputy Editor, the Journal of Clinical Investigation, (1997 - 2002)
Member, Editorial Board of the Federation European Biochemistry Society Journal, (2000 - present)
Member, Editorial Board of Molecular Medicine, (2002 - 2006)
Member, Editorial Board of the American Journal of Pathology, (2004 - present)

Consulting Reviewer for Cell, Science, Immunity, Nature Immunology, American Journal of
Pathology, Developmental Cell, EMBO Journal, Proc Natl Acad Sci USA, Nature Genetics, J Clin
Invest, J Biol Chem, Biochemistry, J Cell Biol, J Exp Med, Eur J Immunol, Nature Biotechnology,
Blood, J Immunol, Biochemistry, Eur J Biochem, J Am Chem Soc, J Histochem Cytochem,
Glycoconjugate J, Transfusion, J Neuroscience

CURRENT SCIENTIFIC RESEARCH SUPPORT

"Carbohydrate-dependent adhesion of normal and tumor cells"
Principle Investigator, Project 2: "The $\alpha(1,3)$fucosyltransferase genes and selectin ligand expression"
Inclusive dates of funding:  03/01/02 - 02/28/07; Project 2 current total direct costs: $778,839.00
Source of award:  National Institutes of Health 1P01CA71932

SELECTED PAST SCIENTIFIC RESEARCH SUPPORT

Principle Investigator, "Glycoconjugate function in mammals"
Inclusive dates of funding: 11/01/1986 - 5/31/2005 (resigned)
Source of award: Howard Hughes Medical Institute

Consortium for functional genomics.
Principle Investigator, Bridging Project: "Fucosylated glycan structure and function"
Inclusive dates of funding: 09/30/01 - 08/31/06 Total direct costs: $318,459.00
Source of award: National Institutes of Health Grant GM 62116

Sponsor, Fellow to Faculty Transition Award, number 0275023N, for Jon W. Homeister (P.I.)
"T cell- and monocyte-specific alpha (1,3)-fucosyltransferase-dependent selectin ligand contributions
to atherogenesis."
Inclusive dates of funding: 07/01/02 - 06/31/07; Total direct costs: $593,000.00
                Source of award: American Heart Association

"Oligosaccharides as Anti-Inflammatory Agents"; NIH Program Project Grant 1P01AI33189
P. I., Project 1: "Synthesis and Structure of Glycoconjugate Selectin Ligands"
Inclusive dates of funding: 10/01/96 - 09/30/2000; Project 1 total direct costs: $647,684.00

Principle Investigator, "Molecular biology of the human H and Se blood group genes".
Inclusive dates of funding: 08/01/92 - 06/30/97; Total direct costs: $276,544.00.
Source of award: National Institutes of Health 1R01HL48859

Principle Investigator, "Molecular biology of human α(1,3)fucosyltransferase genes".
Inclusive dates of funding: 05/01/92-04/30/97; Total direct costs: $286,925.00.
Source of award: National Institutes of Health 1R01GM47455

U.S. PATENTS

U.S. Patent number 5,324,663. "Methods and products for the synthesis of oligosaccharide structures
on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,595,900. "Methods and products for the synthesis of oligosaccharide structures
on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,955,347. "Methods and products for the synthesis of oligosaccharide structures
on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 6,268,193. "Methods and products for the synthesis of oligosaccharide structures
on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,646,248. "E-selection binding soluble lamp-1 polypeptide"
Inventors: Ritsuo Sawada, John B. Lowe, and Minoru Fukuda

U.S. Patent number 5,691,180. "DNA sequence encoding N-acetyl-galactosamine transferase
products"
Inventors: John B. Lowe and Peter L. Smith

U.S. Patent number 5,770,420. "Methods and products for the synthesis of oligosaccharide structures
on glycoproteins, glycolipids, or as free molecules"

Inventor: <u>John B. Lowe</u> and Daniel J. Legault

U.S. Patent number 5,807,732. "GDP-L-fucose beta-D-galactoside 2-alpha-L-fucosyltransferases,
DNA sequences encoding the same, method for producing the same, and a method for genotyping a
person"
Inventors: <u>John B. Lowe</u>, Gregory G. Lennon, Robert J. Kelly, Silvie Rouquier, and Dominique
Giorgi

U.S Patent number 6,693,183. "Murine alpha(1,3)fucosyltransferase Fuc-TVII, DNA encoding the
same, method for preparing the same, antibodies recognizing the same, immunoassays for detecting
the same, plasmids containing such DNA, and cells containing such a plasmid.
Inventors: <u>John B. Lowe</u>, Shunji Natsuka, and Kevin M. Gersten

## FOREIGN PATENTS

Australian Patent number 609083. "Cloning and expression of a human alpha(1,3)fucosyltransferase,
Fuc-TVI."
Inventor: <u>John B. Lowe</u>

New Zealand Patent number 314254. "Cloning and expression of a human
alpha(1,3)fucosyltransferase, Fuc-TVI."
Inventor: <u>John B. Lowe</u>

## BIOTECHNOLOGY/PHARMACEUTICAL ACTIVITIES

Co-founder, Glycogen, Inc.          (1990 - 1992; purchased by Cytel Corporation)
South San Francisco, CA

Co-founder, Eos Biotechnology, Inc.     (1997 - 2003; purchased by Protein Design Labs, Inc.)
South San Francisco, CA

Member, Scientific Advisory Board, Thios Pharmaceuticals     (2002 - 2005)
Emeryville, CA

Member, Scientific Advisory Board, Abaron Biosciences, Inc.     (1999 - present)
San Diego, CA

Member, Scientific Advisory Board, Velcura Therapeutics, Inc.     (2002 - present)
Ann Arbor, MI

BIBLIOGRAPHY

Scientific articles and invited reviews

1.  Sasakawa C, Lowe JB, McDivitt L, Berg DE. Control of Tn5 transposition in E. coli. Proc Natl Acad Sci USA 79:7450-7454, 1982.

2.  Lowe JB, Berg DE. A product of the Tn5 transposase gene inhibits transposition. Genetics 103:605-615, 1983.

3.  Berg DE, Egner C, Lowe JB. Mechanism of F factor-enhanced excision of transposon Tn5. Gene 22:1-7, 1983.

4.  Berg DE, Schmandt MA, Lowe JB. Specificity of transposon Tn5 insertion. Genetics 105:813-828, 1983.

5.  Lowe JB, Strauss AW, Gordon JI. Expression of a mammalian fatty acid-binding protein in Escherichia coli. J Biol Chem 259:12696-12704, 1984.

6.  Gordon JI, Elshourbagy N, Lowe JB, Liao WS, Alpers DH, Taylor JM. Tissue specific expression and developmental regulation of two rat fatty acid binding protein genes. J Biol Chem 260:1995-1998, 1985.

7.  Lowe JB, Boguski MS, Sweetser DA, Elshourbagy NA, Taylor JM, Gordon JI. Human liver fatty acid binding protein: Isolation of a full length cDNA and comparative sequence analysis of orthologous and paralogous proteins. J Biol Chem 260:3413-3417, 1985.

8.  Gordon JI, Lowe JB. Analyzing the structures, functions, and evolution of two abundant gastrointestinal fatty acid binding proteins with recombinant DNA and computational techniques. Chemistry and Physics of Lipids 38:137-158, 1985.

9.  Sweetser DA, Lowe JB, Gordon JI. The nucleotide sequence of the rat liver fatty acid-binding protein gene: Evidence that exon 1 encodes an oligopeptide domain shared by a family of proteins which bind hydrophobic ligands. J Biol Chem 261:5553-5561, 1986.

10. Lowe JB. Clinical applications of gene probes in human genetic disease, malignancy, and infectious disease. Clin Chim Acta 157:1-32, 1986.

11. Sacchettini JC, Meininger TA, Lowe JB, Gordon JI, Banaszak LJ. Crystallization of rat intestinal fatty acid binding protein: Preliminary X-ray data obtained from protein expressed in E. coli. J Biol Chem 262:5428-5430, 1987.

12. Lowe JB, Sacchettini JC, Laposata M, McQuillan JJ, Gordon JI. Expression of rat intestinal fatty acid binding protein in E. coli: Purification and comparison of its ligand binding characteristics with that of E. coli derived liver fatty acid binding protein. J Biol Chem 262:5931-5937, 1987.

13. Keren DF, Warren JS, Lowe JB. Strategy to diagnose monoclonal gammopathies in serum: high resolution electrophoresis, immunofixation and L/K quantification. Clin Chem 34:2196-2201, 1988.

14. Ernst L, Rajan VP, Larsen R, Ruff M, Lowe JB. Stable expression of blood group H determinants and GDP-L-fucose:β-D-Galactoside 2-α-L-fucosyltransferase in mouse cells after transfection with human DNA. J Biol Chem 264:3436-3447, 1989.

15. Yabkowitz R, Lowe JB, Dixit VM. Expression and initial characterization of a recombinant human thrombospondin heparin binding domain. J Biol Chem 264:10888-10896, 1989.

16.    Rajan VP, Larsen RD, Ajmera S, Ernst LK, Lowe JB.  A cloned human DNA restriction fragment
       determines expression of a GDP-L-fucose:β-D-galactoside 2-α-L-fucosyltransferase in transfected
       cells.  Evidence for isolation and transfer of the human H blood group locus.  J Biol Chem 264:11158-
       11167, 1989.

17.    Zhu XX, Kozarsky K, Strahler JR, Eckerskorn C, Lottspeich F, Melhem R, Lowe J, Fox DA, Hanash
       SM, Atweh GF.  Molecular cloning of a novel human leukemia associated gene: evidence of
       conservation in animal species.  J Biol Chem 264:14556-14560, 1989.

18.    Larsen RD, Rajan VP, Ruff MM, Kukowska-Latallo J, Cummings RD, Lowe JB.  Isolation of a cDNA
       encoding a murine UDP-Gal:β-D-Gal(1,4)-D-GlcNAc α(1,3)-galactosyltransferase; expression
       cloning by gene transfer.  Proc Natl Acad Sci 86:8227-8231, 1989.

19.    Smith DF, Larsen RD, Mattox S, Lowe JB, Cummings RD.  Transfer and expression of a murine
       UDP-Gal:β-D-Gal α1,3galactosyltransferase gene in transfected Chinese hamster ovary cells:
       Competition reactions between the α1,3galactosyltransferase and the endogenous
       α2,3 sialyltransferase.  J Biol Chem 265:6225-6234, 1990.

20.    Larsen RD, Rivera-Marrero CA, Ernst LK, Cummings RD, Lowe JB.  Frameshift and nonsense
       mutations in a human genomic sequence homologous to a murine UDP-Gal:β-D-Gal (1,4)-D-GlcNAc
       alpha(1,3)-galactosyltransferase χDNA.  J Biol Chem 265:7055-7061, 1990.

21.    Jefferson JR, Powell DN, Rynaszewski Z, Kukowska-Latallo JF, Lowe JB, Schroeder F.  Altered
       membrane structure in transfected mouse L-cell fibroblasts expressing rat liver fatty acid binding
       protein.  J Biol Chem 265:11062-11068, 1990.

22.    Kukowska-Latallo JF, Larsen RD, Rajan VP, Lowe JB.  A cloned human cDNA determines
       expression of a mouse stage-specific embryonic antigen and the Lewis blood group
       α1,3/1,4fucosyltransferase.  Genes and Development 4:1288-1303, 1990.

23.    Larsen RD, Ernst LK, Rajan VP, Lowe JB.  Molecular cloning, sequence, and expression of human
       GDP-L-fucose:β-D-galactoside 2-α-L-fucosyltransferase cDNA that can form the H blood group
       antigen.  Proc Natl Acad Sci USA 87:6674-6678, 1990.

24.    Lowe JB, Stoolman LM, Nair RJ, Larsen RD, Berhend T, Marks RM.  ELAM-1-dependent cell
       adhesion to vascular endothelium determined by a transfected human fucosyltransferase cDNA.  Cell
       63:475-484, 1990.

25.    Nemecz G, Hubbel T, Jefferson JR, Lowe JB, Schroeder F.  Interaction of fatty acids with rat intestinal
       and liver fatty acid binding proteins expressed in E. coli.  Arch Biochem Biophys 286:300-309, 1991.

26.    Lowe JB, Kukowska-Latallo JF, Nair RP, Larsen RD, Marks RM, Macher BA, Kelly RJ, Ernst LK.
       Molecular cloning of a human fucosyltransferase gene that determines expression of the Lewis x and
       VIM-2 epitopes but not ELAM-1-dependent cell adhesion.  J Biol Chem 266:17467-17477, 1991.

27.    Dumas DP, Ichikawa Y, Wong C-H, Lowe JB, Nair RP.  Enzymatic synthesis of sialyl Le$^x$ and
       derivatives based on a recombinant fucosyltransferase.  Bio Med Lett 1:425-428, 1991.

28.    Lowe JB, Stoolman LM, Nair RP, Larsen RD, Behrend TL, Marks RM.  A transfected human
       fucosyltransferase cDNA determines biosynthesis of oligosaccharide ligand(s) for endothelial-
       leukocyte adhesion molecule 1.  Biochem Soc Trans 19:649-653, 1991.

29.    Lowe JB.  Molecular cloning, expression, and uses of mammalian glycosyltransferases.  Semin Cell
       Biol 2:289-307, 1991.

30. Weston BW, Nair R, Larsen, RD, Lowe JB. Isolation of a novel human α(1,3)fucosyltransferase gene and molecular comparison to the human Lewis blood group α(1,3/1,4)fucosyltransferase gene. Syntenic, homologous, non-allelic genes encoding enzymes with distinct acceptor substrate specificities. J Biol Chem 267:4152-4160, 1992.

31. Ball GE, O'Neill R, Schultz JE, Lowe JB, Weston BW, Nagy JO, Brown EG, Hobbs C, Bednarski MD. Synthesis and structural analysis using 2-D NMR of sialyl Lewis X (SLe$^x$) and Lewis X (Le$^x$) oligosaccharides: ligands related to E-selectin (ELAM-1) binding. J Am Chem Soc 114:5449-5451, 1992.

32. Wong CH, Dumas DP, Ichikawa Y, Koseki K, Danishefsky SJ, Weston BW, Lowe JB. Specificity, inhibition and synthetic utility of a recombinant human α1,3fucosyltransferase. J Am Chem Soc 114:5449-5451, 1992.

33. Weston BW, Smith PL, Kelly RJ, Lowe JB. Molecular cloning of a fourth member of a human α(1,3)fucosyltransferase gene family: multiple homologous sequences that determine expression of the Lewis x, sialyl Lewis x, VIM-2, and difucosyl sialyl Lewis x epitopes. J Biol Chem 267:24575-24584, 1992.

34. Sawada R, Lowe JB, and Fukuda M. E-selectin-dependent adhesion efficiency of colonic carcinoma cells is increased by genetic manipulation of their cell surface lysosomal membrane glycoprotein-1 expression levels. J Biol Chem 268:12675-12681, 1993.

35. Mulligan MS, Paulson JC, De Frees S, Zheng Z-L, Lowe JB, and Ward PA. Protective effects of oligosaccharides in P-selectin-dependent lung injury. Nature 364:149-151, 1993.

36. Mulligan MS, Lowe JB, Larsen RD, Paulson JC, Walker L, Maemura K, Fukuda M, and Ward PA. Protective effects of sialylated oligosaccharides in immune complex-induced acute lung injury. J Exp Med 178:623-631, 1993.

37. Yago K, Zenita K, Ginya H, Sawada M, Ohmori K, Okuma M, Kannagi R, and Lowe JB. Expression of α(1,3)fucosyltransferases which synthesize sialyl Lewis x and sialyl Lewis a, the carbohydrate ligands for E- and P-selectins in human malignant cell lines. Cancer Res 53:5559-5565, 1993.

38. Reguigne I, James MR, Richard III CW, Mollicone R, Seawright A, Lowe JB, Oriol R, and Couillin P. The gene of the myeloid α-3-fucosyltransferase (FUT4) is located between D11S388 and D11S919 on 11q21. Cytogenet Cell Genetics 66:104-106, 1994.

39. Mollicone R, Reguigne I, Fletcher A, Aziz A, Rustam M, Weston BW, Kelly RJ, Lowe JB, and Oriol R. Molecular basis for plasma α(1,3)fucosyltransferase deficiency (FUT6). J Biol Chem 269:12662-12671, 1994.

40. Mollicone R, Reguigne I, Kelly RJ, Fletcher A, Watt J, Chatfield S, Aziz A, Cameron HS, Weston BW, Lowe JB, and Oriol R. Molecular basis for Lewis α(1,3/1,4)fucosyltransferase gene deficiency (FUT3) found in Lewis-negative Indonesian pedigrees. J Biol Chem 269:20987-20994, 1994.

41. Natsuka S, and Lowe JB. Enzymes involved in mammalian oligosaccharide biosynthesis. Current Biology 4:683-691, 1994.

42. Smith PL, and Lowe JB. Molecular cloning of a murine N-acetylgalactosaminyltransferase cDNA that determines expression of the T-lymphocyte-specific CT oligosaccharide differentiation antigen. J Biol Chem 269:15162-15171, 1994.

43. Natsuka S, Gersten KM, Zenita K, Kannagi R, and Lowe JB. Molecular cloning of a cDNA encoding a novel human leukocyte α(1,3)fucosyltransferase capable of synthesizing the sialyl Lewis x determinant. J Biol Chem 269:16789-16794, 1994.

44.  Kelly RJ, Ernst LK, Larsen RD, Bryant JG, Robinson JD, and Lowe JB. Molecular basis for H blood group deficiency in Bombay (O_h) and para-Bombay individuals. Proc Natl Acad Sci USA 91:5843-5847, 1994.

45.  Sueyoshi S, Tsuboi S, Sawada-Hirai R, Dang U-CN, Lowe JB, and Fukuda M: Expression of distinct fucosylated oligosaccharides and carbohydrate-mediated adhesion efficiency directed by two different $\alpha$1,3-fucosyltransferases; Comparison of E- and L-selectin-mediated adhesion. J Biol Chem 269:32342-32350, 1994.

46.  Rouquier S, Lowe JB, Fertitta AL, Kelly RJ, Lennon GG, and Giorgi D. Molecular cloning of a human genomic region containing the H blood group $\alpha$(1,2)fucosyltransferase gene and two H locus-related DNA restriction fragments. Isolation of a candidate for the human Secretor blood group locus. J Biol Chem 270:4632-4639, 1995.

47.  Kelly RJ, Rouquier S, Giorgi D, Lennon GG, and Lowe JB. Sequence and expression of a candidate for the human Secretor blood group $\alpha$(1,2)fucosyltransferase gene (FUT2); homozygosity for an enzyme-inactivating nonsense mutation commonly correlates with the non-secretor phenotype. J Biol Chem 270:4640-4649, 1995.

48.  Masteller E, Larsen RD, Carlson LM, Pickel JM, Nickoloff B, Lowe J, Thompson CB, and Lee KP: Chicken B Cells undergo discrete developmental changes in surface carbohydrate structure that appear to play a role in directing lymphocyte migration during embryogenesis. Development 121:1657-1667, 1995.

49.  Reguigne-Arnould I, Couillin P, Mollicone R, Faure S, Fletcher A, Kelly RJ, Lowe JB, and Oriol R: Relative positions of two clusters of human $\alpha$-L-fucosyltransferases in 19q (FUT1-FUT2) and 19p (FUT6-FUT3-FUT5) within the microsatellite genetic map of chromosome 19. Cytogenet Cell Genet, 71:158-162, 1995.

50.  Legault DJ, Kelly RJ, Natsuka Y, and Lowe JB. Human $\alpha$(1,3/1,4)fucosyltransferases discriminate between different oligosaccharide acceptor substrates through a discrete peptide fragment. J Biol Chem 270:20987-20996, 1995.

51.  Thall AD, Maly P, and Lowe JB. Oocyte Gal$\alpha$1,3Gal epitopes implicated in sperm adhesion to the zona pellucida glycoprotein ZP3 are not required for fertilization in the mouse. J Biol Chem 270:21437-21440, 1995.

52.  Scheidegger EP, Sternberg LR, Roth J, and Lowe JB. A human STX cDNA confers polysialic acid expression in mammalian cells. J Biol Chem 270:22685-22688, 1995.

53.  Gersten KM, Natsuka S, Trinchera M, Petryniak B, Kelly RJ, Hiraiwa N, Jenkins NA, Gilbert DJ, Copeland NG, and Lowe JB. Molecular cloning, expression chromosomal assignment, and tissue-specific expression of a murine $\alpha$(1,3)fucosyltransferase locus corresponding to the human ELAM-1 Ligand Fucosyl Transferase (ELFT/Fuc-TIV). J Biol Chem 270:25047-25056, 1995.

54.  Henry S, Mollicone R, Lowe JB, Samuelsson B, and Larson G. A second non-secretor allele of the blood group $\alpha$(1,2)fucosyltransferase (FUT2). Vox Sang 70:21-25, 1996.

55.  Smith PL, Gersten KM, Petriniak B, Kelly RJ, Rogers C, Natsuka Y, Alford JA III, Natsuka S, and Lowe JB. Expression of the $\alpha$(1,3)fucosyltransferase Fuc-TVII in lymphoid aggregate high endothelial venular endothelial cells correlates with expression of L-selectin ligands. J Biol Chem 271:8250-8259, 1996.

56.  Knibbs RN, Craig RA, Natsuka S, Chang A, Cameron M, Lowe JB, and Stoolman LM. The fucosyltransferase Fuc-TVII regulates E-selectin ligand synthesis in human T-cells. J Cell Biol 133:911-920, 1996.

57. Thall AD, Murphy H, and Lowe JB. α(1,3)Galactosyltransferase deficient mice produce naturally occurring cytotoxic anti-Gal antibodies. Transplantation Proc. 28:556-557, 1996.

58. Wagers AJ, Lowe JB, and Kansas GS. An important role for the α1,3fucosyltransferase Fuc-TVII in leukocyte adhesion to E-selectin. Blood 88:2125-2132, 1996.

59. Fuhlbrigge RC, Alon R, Puri KD, Lowe JB, and Springer TA. Sialylated, fucosylated ligands for L-selectin expressed on leukocytes mediate tethering and rolling adhesions in physiologic flow conditions. J Cell Biol 135:837-848, 1996.

60. Maly P, Thall AD, Petryniak B, Rogers CE, Smith PL, Marks RM, Kelly RJ, Gersten KM, Cheng G, Saunders TL, Camper SA, Camphausen RT, Sullivan FX, Isogai Y, Hindsgaul O, von Andrian UH, and Lowe JB. The α(1,3)fucosyltransferase Fuc-TVII controls leukocyte trafficking through an essential role in L-, E-, and P-selectin ligand expression. Cell 86:643-653, 1996.

61. Dohi T, Yuyama Y, Natori Y, Smith PL, Lowe JB, and Oshima M. Detection of N-acetylgalactosaminyltransferase mRNA which determines expression of the Sda blood group carbohydrate structure in human gastrointestinal mucosa and cancer. Int J Cancer 67: 626-631, 1996.

62. Lee KP, Carlson LM, Woodcock JB, Ramachandra N, Schultz TL, Davis TA, Lowe JB, Thompson CB and Larsen RD. Molecular cloning and characterization of CFT1, a developmentally regulated avian alpha-1,3-fucosyltransferase gene. J Biol Chem 271: 32960-32967, 1996.

63. Prieto PA, Larsen RD, Rivera HN, Shilatifardi A, Lowe JB, Cummings RD, and Smith DF. Expression of the human H-type α1,2fucosyltransferase encoding for blood group H(O) antigen in Chinese hamster ovary cells: evidence for potential fucosylation and truncation of polylactosamine sequences. J Biol Chem 272: 2089-2097, 1997.

64. Lowe JB and Ward PA. Therapeutic inhibition of carbohydrate-protein interactions in vivo. J Clin Invest 99: 822-826, 1997.

65. Domino S, Hiraiwa N, and Lowe JB. Molecular cloning, chromosomal assignment and tissue specific expression of a murine alpha(1,3)fucosyltransferase expressed in thymic and epididymal epithelial cells. Biochem J 327:105-115, 1997.

66. Lowe JB. Selectin ligands, leukocyte trafficking, and fucosyltransferase genes. Kidney Intl 51:1418-1426, 1997.

67. Frenette PS, Moyna C, Hartwell DQ, Lowe JB, Hynes RO, and Wagner DD. Platelet-endothelial interactions in inflamed mesenteric venules. Blood 91:1318-1324, 1998.

68. Niemela R, Natunen J, Majuri M-L, Maaheimo H, Helin J, Lowe JB, Renkonen O, and Renkonen R. Complementary acceptor and site specificities of Fuc-TIV and Fuc-TVII allow effective biosynthesis of sialyl-triLex and related polylactosamines present on glycoprotein counterreceptors of selectins. J Biol Chem 273:4021-4026, 1998.

69. Mulligan MS, Warner RL, Lowe JB, Suzuki Y, Miyasaka M, Yamaguchi S, Ohta Y, Tsukada Y, Kiso M, Hasegawa A, and Ward PA. "In vitro and in vivo selectin-blocking activities of sulfated lipids and sulfated sialyl compounds". Int Immunol 10:569-575, 1998.

70. Ohyama C, Smith PL, Angata K, Fukuda MN, Lowe JB, and Fukuda M. Molecular cloning and expression of GDP-D-mannose-4,6-dehydratase, a key enzyme for fucose metabolism defective in Lec13 cells. J Biol Chem 273:14582-14587, 1998.

71. Homeister JW, Zhang M, Frenette PS, Hynes RO, Wagner DD, Lowe JB, and Marks RM. Overlapping functions of E- and P-selectin in neutrophil recruitment during acute inflammation. Blood 92:2345-2352, 1998.

72. Wolber FM, Curtis JL, Maly P, Kelly RJ, Smith P, Yednock TA, Lowe JB, and Stoolman LM. Endothelial selectins and α4 integrins regulate independent pathways of T-lymphocyte recruitment in the pulmonary immune response. J Immunol 161:4396-4404, 1998.

73. Swarte VVR, Joziasse DH, Van den Eijnden DH, Petryniak B, Lowe JB, Kraal G, and Mebius RE. Regulation of fucosyltransferase-VII expression in peripheral lymph node high endothelial venules. Eur J Immunol, 28:3040-3047, 1998.

74. Knibbs RN, Craig RA, Maly P, Thall AD, Smith PL, Wolber F, Lowe JB, and Stoolman LM. Fucosyltransferase Fuc-TVII-dependent synthesis of P-selectin ligands on cultured T lymphoblasts. J Immunol 161:6305-6315, 1998.

75. Ellies LG, Tsuboi S, Petryniak B, Lowe JB, Fukuda M, and Marth JD. Core 2 oligosaccharide biosynthesis distinguishes between selectin ligands essential for leukocyte homing and inflammation. Immunity 9:881-890, 1998.

76. Mohlke KL, Purkayastha AA, Westrick RJ, Smith PL, Petryniak B, Lowe JB, and Ginsburg D. *Mvwf*, a dominant modifier of von Willebrand factor, results from altered lineage-specific expression of a glycosyltransferase. Cell 96:111-120, 1999.

77. Roberts AW, Kim C, Zhen L, Lowe JB, Kapur R, Petryniak B, Spaetti A, Pollock J, Borneo JB, Bradford GB, Atkinson SJ, Dinauer MC, and Williams DA. Deficiency of the hematopoietic cell-specific Rho-family GTPase, Rac2, is characterized by multiple abnormalities in neutrophil function and impaired host defense. Immunity 10:183-196, 1999.

78. Hiraoka N, Tsuboi S, Suzuki M, Petryniak B, Nakayama J, Izawa D, Tanaka T, Miyasaka M, Lowe JB, and Fukuda M. A novel, high endothelial venule-specific sulfotransferase directs expression of 6-sulfo sialyl Lewis x, an L-selectin ligand displayed by CD34. Immunity 11:79-89, 1999.

79. Becker DJ, and Lowe JB. Leukocyte Adhesion Deficiency Type II. Biochem Biophys Acta 1455:193-204, 1999.

80. Weninger W, Ulfman LH, Cheng G, Lowe JB, and von Andrian UH. Specialized contributions by alpha(1,3)-fucosyltransferase-IV and FucT-VII during leukocyte rolling in dermal microvessels. Immunity 12:665-676, 2000.

81. Williams DA, Tao W, Yang F, Kim C, Gu Y, Mansfield P, Levine JE, Bronia Petryniak, B, Derrow CW, Harris C, Jia B, Zheng Y, Ambruso D, Lowe JB, Atkinson SJ, Dinauer MC, and Boxer L, Dominant negative mutation of the hematopoietic-specific Rho GTPase, Rac 2, is associated with a human phagocyte immunodeficiency. Blood 96:1646-1654, 2000.

82. Huang M-C, Zollner O, Moll T, Maly P, Thall AD, Lowe JB, and Vestweber D. P-selectin glycoprotein ligand-1 and E-selectin ligand-1 are differentially modified by FucT-IV and FucT-VII in mouse neutrophils. J Biol Chem 275:31353-31360, 2000.

83. Misra AK, Ding Y, Lowe JB, and Hindsgaul O. A concise synthesis of the 6-O- and 6'-O-sulfated analogues of the sialyl Lewis X tetrasaccharide. Bioorg Med Chem Lett 10:1505-1509, 2000.

84. Pykari M, Toivonen S, Natunen J, Niemela R, Salminen H, Aitio O, Ekstrom M, Parmanne P, Valimaki M, Alais J, Auge C, Lowe JB, Renkonen O, and Renkonen R. The acceptor and site specificity of alpha3Fucosyltransferase V. high reactivity of the proximal and low of the distal Galbeta1-4GlcNAc unit in i-type polylactosamines. J Biol Chem 275:40057-40063, 2000.

85. Lowe JB. Glycosylation, Immunity, and Autoimmunity. Cell 104:809-812, 2001.

86.    Domino S, Zhang L, and Lowe JB.  Molecular cloning, genomic mapping, and expression of two Secretor blood group α(1,2)fucosyltransferase genes differentially regulated in mouse uterine epithelium and gastrointestinal tract. J Biol Chem 276:23748-23756, 2001.

87.    Yeh J-C, Hiraoka N, Petryniak B, Nakayama J, Ellies LG, Rabuka D, Hindsgaul O, Marth JD, Lowe JB, and Fukuda M.  Novel sulfated lymphocyte homing receptors and their control by a new core 1 extension β1,3-N-acetylglucosaminyltransferase.  Cell 105:957-969, 2001.

88.    Homeister JH, Thall A, Petryniak B, Maly P, Rogers CE, Smith PL, Kelly RJ, Gersten KM, Misra A, Cheng G, Askari S, Smithson G, Marks RM, Hindsgaul O, von Adrian UH, and Lowe JB.  The α(1,3)fucosyltransferases Fuc-TIV and Fuc-TVII exert collaborate control over selectin-dependent leukocyte recruitment and lymphocyte homing. Immunity 15:115-126, 2001.

89.    Smithson G, Rogers CE, Smith PL, Scheidegger EP, Petryniak B, Myers JT, Kim DSL, Homeister JW, and Lowe JB.  Fuc-TVII is required for Th1 and Tc1 lymphocyte selectin ligand expression and recruitment in inflammation, and together with Fuc-TIV regulates naive T cell trafficking to lymph nodes. J Exp Med 194:601-614, 2001.

90.    Domino SE, Zhang L, Gillespie PJ, Saunder TL, and Lowe JB. Deficiency of reproductive tract α(1,2)fucosylated glycans and normal fertility in mice with targeted deletions of the FUT1 or FUT2 α(1,2)fucosyltransferase loci. Mol Cell Biol 21:8336-8345, 2001.

91.    Pendl GG, Robert C,Steinert M, Thanos R, Eytner R, Borge E, Fuhlbrigge RC, Kupper TS, Lowe JB, Vestweber D, and Grabbe S.  Immature mouse dendritic cells enter inflamed tissue, a process that requires E- and P-selectin, but not PSGL-1.  Blood 99:946-956, 2002.

92.    Erdmann I, Scheidegger EP, Koch FK, Heinzerling L, Odermatt B, Burg G, Lowe JB, and Kundig TM.  Fucosyltransferase-VII deficient mice with defective E-, P- and L-selectin ligands show impaired CD4+ and CD8+ T cell migration into the skin but normal extravasation into visceral organs.  J Immunol 168:2139-2146, 2002.

93.    Mazo IB, Quackenbush EJ, Lowe JB, and von Andrian UH.  Total body irradiation causes profound changes in endothelial traffic molecules for hematopoietic progenitor cell recruitment to bone marrow. Blood 99:4182-4191, 2002.

94.    Chervin SM, Lowe JB, and Koreeda M.  Synthesis and biological evaluation of a new sialyl Lewis x mimetic derived from lactose. J Org Chem 67:5654-5662, 2002.

95.    Smith PL, Myers JT, Rogers CE, Zhou L, Petryniak B, Becker DJ, Homeister JW, and Lowe JB. Conditional control of selectin ligand expression and global fucosylation events in mice with a targeted mutation at the FX locus. J Cell Biol 158:801-815, 2002.

96.    Lowe JB.  Glycosylation in the control of selectin counter-receptor structure and function.  Immunol Rev 186:19-36, 2002.

97.    Thomsson KA, Hinojosa-Kurtzberg M, Axelsson KA, Domino SE, Lowe JB, Gendler SJ, and Hansson GC.  Intestinal mucins from cystic fibrosis mice shown increased fucosylation due to an induced Fucα1-2 glycosyltransferase. Biochem J 367(Pt 3):609-616, 2002.

98.    Becker DJ, Myers JT, Ruff MM, Smith PL, Gillespie BW, Ginsburg D, and Lowe JB.  Strain-specific modification of lethality in fucose-deficient mice.  Mammalian Genome 14:130-139, 2003.

99.    Mitoma J, Petryniak B, Hiraoka N, Yeh J-C, Lowe JB, and Fukuda M. Extended core 1 and core 2 branched O-glycans differentially modulate sialyl Lewis x-type L-selectin ligand activity. J Biol Chem 278:9953-9961, 2003.

100.    Becker DJ and Lowe JB. Fucose: Biosynthesis and biological function in mammals. Glycobiology 13:41R-53R, 2003.

101.    Lowe JB and Marth JD. Genetic approaches to glycan function in mammals. Annu Rev Biochem 72:643-691, 2003.

102.    Lowe JB. Glycan-dependent leukocyte adhesion and recruitment in inflammation Curr Opin Cell Biol 15:531-538, 2003.

103.    M'Rini C, Cheng G, Schweitzer C, Cavanagh LL, Palframan RT, Warnock RA, Lowe JB, Quackenbush EJ, and von Andrian UH. A novel endothelial L-selectin ligand in lymph node medulla that is regulated by α(1,3)-Fucosyltransferase-IV. J Exp Med 198:1301-1312, 2003.

104.    Hiraoka N, Kawashima H, Petryniak B, Nakayama J, Mitoma J, Marth JD, Lowe JB, and Fukuda M. Core 2 branching β1,6-N-Acetylglucosaminyltransferase and HEV-Restricted sulfotransferase collaboratively control lymphocyte homing. J Biol Chem 279:3058-3067, 2004.

105.    Haltiwanger RS and Lowe JB. The role of glycosylation in development. Annu Rev Biochem 73:491-537, 2004.

106.    Homeister JW, Daugherty A and Lowe JB. α(1,3)Fucosyltransferases IV and VII control susceptibility to atherosclerosis in ApolipoproteinE(-/-) mice. Arterioscler Thromb Vasc Biol. 24:1897-1903, 2004.

107.    Piccio L, Rossi B, Colantonio L, Grenningloh R, Gho A, Ottoboni L, Homeister JW, Scarpini E, Martinello M, Laudanna C, D'Ambrosio D, Lowe JB, and Constantin G.. Efficient recruitment of lymphocytes in inflamed brain venules requires expression of cutaneous lymphocyte antigen (CLA) and fucosyltransferase-VII. J Immunol 174:5805-5813, 2005.

108.    Lowe JB. Does Notch take the sweet road to success? Science 307:1570-1572, 2005.

109.    Siegmund K, Feuerer M, Siewert C, Ghani S, Haubold U, Dankof A, Krenn V, Schon MP, Scheffold A, Lowe JB, Hamann A, Syrbe U, and Huehn J. Migration matters: regulatory T cell compartmentalization determines suppressive activity in vivo. Blood 106:3097-3104, 2005.

110.    Satoh T, Kanai Y, Wu Ming-Hua, Yokozeki H, Kannagi R, Lowe JB and Nishioka K. Synthesis of α(1, 3) fucosyltransferase IV and VII-dependent eosinophil selectin ligand and recruitment to the skin. Am J Pathol. 167: 787-796, 2005.

111.    Kawashima H, Petryniak P, Hiraoka N, Mitoma J, Huckaby V, Nakayama J, Uchimura K, Kadomatsu K, Muramatsu T, Lowe JB, and Fukuda M. N-acetylglucosamine-6-O-sulfotransferase-1 and -2 cooperatively control lymphocyte homing through L-selectin ligand biosynthesis in high endothelial venules. Nature Immunol. 6:1096-1104, 2005.

112.    Chen S, Kawashima H, Lowe JB, Lanier LL, and Fukuda M. L-selectin-mediated NK cell recruitment to lymph nodes in mice. J Exp Med 202:1679-1689, 2005.

113.    Schreiber T, Ehlers S, Holscher A, Aly S, Lowe JB, and Holscher C. Roles of fucosyltransferase-modified selectin ligands for T cell responses to airborne tuberculosis. J Immunol 176:1131-1140, 2006.

Book Chapters and Symposia Proceedings:

1.    Berg DE, Lowe JB, Sasakawa C, McDivitt L. The mechanism and control of Tn5 transposition. In: Stadler Genetics Symposium, Vol. 14 pp 5-28, Redei, G., Editor. St Louis: University of Missouri Press, 1982.

2.  Lodge J, Weston-Hafer K, Lowe JR, Dodson KW, Berg DE. Determinants of Tn5 insertion specificity. In: Genome Rearrangement (Proceedings of the UCLA Symposium on Molecular and Cellular Biology) Vol. 20, pp 37-42. New York: Alan Liss, Inc., 1984.

3.  Schroeder F, Butko P, Nemecz G, Jefferson JR, Powell D, Rymaszewski Z, Dempsey ME, Kukowska-Latallo J, Lowe JB. Sterol carrier protein; ubiquitous protein in search of a function. In: Bioengineered Molecules: Basic and Clinical Aspects, Vol. 1, pp 29-45. Verna R, Blumenthal R, Frati L, Editors, Serono Symposia Series, Raven Press, 1989.

4.  Lowe JB. Red Cell Membrane Antigens. *The Molecular Basis of Blood Diseases.* Stamatoyannopoulos G, Nienhuis AW, Majerus PW, and Varmus H (eds). W. B. Saunders Company, Orlando, Florida, 1993.

5.  Lowe JB. The blood group-specific human glycosyltransferases. *Red cell membrane and red cell antigens.* In: Baillière's Clinical Haematology International Practice and Research. Tanner MJA, and Anstee DJ (eds). Baillière Tindall, W.B. Saunders Company, London, 1993, 6(2) 465- 492.

6.  Lowe JB. Carbohydrate-associated blood group antigens: The ABO, H/Se, and Lewis loci. In: Immunobiology of Transfusion Medicine. Garratty G (ed). Marcel Dekker, Inc., New York, NY, 1993.

7.  Lowe JB. Molecular Biology: Basic Concepts. *Clinical Laboratory Medicine*, KD McClatchey (ed.) Williams & Wilkins, Baltimore, MD, 1994.

8.  Lowe JB. Specificity and expression of carbohydrate ligands. *Handbook of Immunopharmacology - Adhesion Molecules.* CP Page (ed.) Academic Press, London, 1994.

9.  Lowe JB. Oligosaccharide-dependent mechanisms of leukocyte adhesion. *Homing Mechanisms and Cellular Targetting.* BR Zetter (ed.) JAI Press, New York, 1994.

10. Lowe JB. Carbohydrate recognition in cell-cell interaction. Molecular Glycobiology. In: *Frontiers in Molecular Biology.* Fukuda M (ed). Oxford University Press, Oxford, UK, 1994.

11. Lowe JB. Biochemistry and Biosynthesis of ABH and Lewis antigens. Characterization of blood group specific glycosyltransferases. Molecular basis of major blood group antigens, In: Blood cell biochemistry, Volume 6. J-P Cartron and P Rouger.(eds.) Plenum Press, London, 1995.

12. Lowe JB. The carbohydrate components of selectin ligands. In "The selectins: initiators of leukocyte endothelial adhesion." Vestweber D (ed). Harwood Academic Publishers, Reading, UK, 1996.

13. Lowe JB and Marth J. Structures Common to Different Types of Oligosaccharides. IN *Essentials of Glycobiology.* Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds). Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

14. Lowe JB and Varki A.: Glycosyltransferases. IN *Essentials of Glycobiology.* Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds). Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

15. Lowe JB and Freeze H. Genetic Disorders of Glycosylation in Intact Animals. IN *Essentials of Glycobiology.* Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds). Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

16. Cummings RD and Lowe JB. The Selectins. IN *Essentials of Glycobiology.* Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds). Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

17.   Homeister JW and Lowe JB. Carbohydrate recognition in leukocyte-endothelial cell interaction. Molecular Glycobiology. In: *Frontiers in Molecular Biology*. Fukuda M (ed). Oxford University Press, Oxford, UK, 2000.

18.   Lowe JB. Red Cell Membrane Antigens., pp. 314-361, IN *The Molecular Basis of Blood Diseases, 3rd Edition*. Stamatoyannopoulos G, Nienhuis AW, Majerus PW, and Varmus H (eds.). W. B. Saunders Company, Orlando, Florida, 2001.

19.   Lowe JB. Glycosyltransferases and glycan structures contributing to the adhesive activities of L-, E-, and P-selectin counter-receptors. Biochem Soc Symp 33-45, 2002.

20.   Hart GW, Lowe JB, and Sathyamoorthy N. Glycobiology and Cancer: Meeting Summary and Future Directions. Cancer Biol Ther. 3,233-237, 2004.

Short Editorials:

1.   Weiss SJ, Ginsburg D, and Lowe JB. An unvarnished truth. J Clin Invest 104:1642-1644, 1999.

2.   Lowe JB. Fucose-dependent repair of LAD II. Inside Blood. Blood 97:2, 2001.

Selected Manuscripts Submitted or in Preparation:

1.   Becker DJ, Smith PL, Petryniak B, Kelly RJ, Myers JT, Wu B, Wang PG, and Lowe JB. Glycan-dependent regulation of GDP-mannose 4,6-dehydratase activity. In revision.

2.   Man Y, Chervin S, Smith PL, Rogers CE, Petryniak B, Myers JT, and Lowe JB. Notch O-fucosylation in common lymphoid progenitors is an essential pre-thymic checkpoint for mammalian thymopoiesis. In preparation.

3.   Kim DL, Adams K, Ghosh D, Rogers CE, and Lowe JB. Global analysis of migration-induced changes in Langerhans cells gene expression. In preparation.

4.   Deurloo D, Smith PL, Rogers CE, Myers JT, Petryniak B, and Lowe JB. Dysregulated expression of selectin ligands on fetal thymocytes in mice with a targeted disruption of the Galgt2 GalNAc transferase locus. In preparation.

5.   Hiraiwa N, Domino S, Saunders T, and Lowe JB. Dominant pre-implantation lethality in mice directed by aberrant expression of an α(1,2)fucosyltransferase cDNA. In preparation

6.   Legault DJ, Kelly RJ, Smith PL, and Lowe JB. Glycan epitope recovery defines amino acid sequence requirements for α(1,3/1,4)fucosyltransferase acceptor substrate specificity. In preparation.

**INVITED LECTURES AND SEMINARS** (since 1993)

<u>Academic Institutions</u>

Structure and function of mammalian genes that determine terminal glycosylation events. University of Toronto, Toronto, Ontario, Canada, January 1993.

Mammalian genes that determine terminal glycosylation events. La Jolla Cancer Research Foundation, La Jolla, CA, February 1993.

Molecular genetics of mammalian glycosyltransferase genes. University of Notre Dame, South Bend, IN, March 1993.

Mammalian genes that determine glycosylation phenotype. Case Western Reserve University, Cleveland, OH, May 1993.

Mammalian genes that determine cell surface glycosylation phenotype. University of Alabama, Birmingham, AL, January 1994.

Mammalian genes that determine cell surface glycosylation phenotype. University of California at San Diego, San Diego, CA, April 1994.

Genes that determine mammalian oligosaccharide expression. HHMI Research Scholars Program, Bethesda, MD, September 1995.

Defective selectin ligand expression in mice with targeted deletions of fucosyltransferase genes. Center for Blood Research, Harvard Medical School, Cambridge, MA, December 1995.

Deletion of selectin ligand expression by fucosyltransferase gene ablation in the mouse. University of California at San Diego, San Diego, CA, January 1996.

Fucosyltransferases required for selectin ligand expression. University of Michigan Department of Medicinal Chemistry and Pharmaceutics Ann Arbor, MI, May 1996.

Defective leukocyte recruitment, lymphocyte homing, and E-, P-, and L-selectin ligand expression, in mice deficient in the α(1,3)fucosyltransferase Fuc-TVII. University of Michigan Division of Rheumatology, Ann Arbor, MI, May 1996.

Leukocyte trafficking defects in fucosyltransferase mutant mice. University of Chicago, Chicago, IL, March 1998.

Immune defects in fucosyltransferase mutant mice. St. Mark's Hospital, MRC Glycobiology, UK, July 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice. Northwestern University Medical School, Chicago, IL, October 1998.

Selectin ligand defects in glycosylation mutant mice. University of Toronto, Toronto, Ontario, Canada, September 1999

Control of leukocyte trafficking by glycosylation loci. Hematology Grand Rounds. Mt. Sinai Medical School. New York City, NY, April 2000.

Academic Institutions (cont.)

Glycosylation loci that determine selectin-dependent leukocyte trafficking events. Department of Molecular and Cell Biology, Boston University Goldman School of Dental Medicine, Center for Advanced Biomedical Research. Boston. September 2000.

Leukocyte-endothelial cell adhesion events determined by mammalian glycosylation pathways. Cardiovascular Research Center Symposium. Department of Cardiology, University of Michigan Medical School. September 2000.

Glycosylation loci that determine selectin-dependent leukocyte trafficking events. Oklahoma Medical Research Foundation. Oklahoma City, OK. November 2000.

Requirements for selectin ligands for lymphocyte trafficking to lymph nodes and sites of inflammation. The Scripps Research Institute. La Jolla, CA. March 2001.

Leukocyte adhesion defects in glycosylation-deficient mice. University of Georgia, Athens, GA, November 2001.

Glycosylation loci that control leukocyte adhesion and myelopoiesis. University of California at San Diego, La Jolla, CA. March, 2002.

Glycosylation loci that control selectin-dependent leukocyte biology. University of Verona. Verna, Italy. September 2002.

Control of selectin ligands that dictate leukocyte recruitment. University of Insubria, Varese, Italy, September 2002.

Glycosylation loci that control leukocyte biology. Washington University Medical School Department of Pathology. St. Louis, MO. March 2003.

Glycosylation loci that control leukocyte biology. Department of Biochemistry, University of Arkansas School of Medicine. Little Rock, AK. April 2003.

Glycosylation loci that control leukocyte biology. Department of Pathology. University of Michigan Medical School. June 2003.

Glycosylation in the control of leukocyte biology. Brigham and Women's Hospital Vascular Biology Program. Harvard Medical School. Boston, MA. April 2003.

Glycosylation loci that control leukocyte biology. Center for Organogenesis. University of Michigan Medical School. June 2003.

Glycosylation loci that control leukocyte biology. Division of Hematology, Bone Marrow Transplant Conference. University of Michigan Medical School. June 2003.

Glycosylation loci that control leukocyte biology. UCSD School of Medicine, San Diego, CA. July 2003.

Glycan-dependent control of leukocyte biology. Case Western Reserve University School of Medicine. Cleveland, OH June 2004.

Glycan-dependent control of leukocyte biology. Pfizer Series in Medicinal Chemistry. Department of Medicinal Chemistry, University of Michigan. Ann Arbor, MI. October 2004.

The Dean's Lecture. Sticky cells & signals: Glycan-dependent cell adhesion and signal transduction in immunity. University of Michigan Medical School. Ann Arbor, MI. October 2004.

Glycan-dependent control of leukocyte biology. UCSF Immunology Series. UCSF Medical School. San Francisco, CA. February 2005.

Academic Institutions (cont.)

Glycan-dependent control of innate and adaptive immunity. Keynote speaker, Annual Retreat of the Lerner Research Institute of the Cleveland Clinic Foundation, Cleveland, OH. September 2005.

Conditional control of Notch signaling in T lymphocyte ontogeny. Department of Pathology, Emory University School of Medicine. January 2006.

National and International Meetings

Structure and function of mammalian glycosyltransferase genes. 1993 Gordon Conference on Glycoproteins and Glycolipids. Ventura, CA, February 1993.

Oligosaccharide-dependent leukocyte adhesion in inflammation. Howard and Martha Holley Symposium Research Prize in Rheumatology. American College of Rheumatology Southeast Regional Meeting. Arlington, VA, March 1993.

Mammalian glycosyltransferase genes - molecular cloning, structure, regulation, and utility. COMETT Summerschool on Glycobiology and Glycochemistry. Lausanne, Switzerland, June 1993.

Human fucosyltransferase genes and selectin-dependent cell adhesion in inflammation. National Institutes of Health. Glycobiology: New perspectives on human disease. Bethesda, MD, September 1993.

Structure and function of mammalian glycosyltransferase genes. Rinsho-Ken International Conference. Tokyo, Japan, September 1993.

Structure and function of mammalian glycosyltransferases. 22nd Annual Meeting of the Society for Complex Carbohydrates. San Juan, PR, November 1993.

Molecular genetics of mammalian glycosyltransferases. 9th Annual Symposium on Biotechnology. The New Biology of Carbohydrates. University College London Medical School. London, England, December 1993.

Molecular genetics of mammalian glycosyltransferases. Keystone Symposia on Molecular and Cellular Biology. Frisco, CO, March 1994.

"Glycoconjugates: structure, metabolism and molecular biology" Conférences Jacques Monod. Londe-les-Maures, France, April 1994.

Brook Lodge Conference on Adhesion Molecule Biology. Kalamazoo, MI, June 1994.

Phenotypic consequences of glycosyltransferase gene ablation in the mouse. 1995 Gordon Conference on Glycoproteins and Glycolipids. Oxnard, CA, February 1995.

Fucosyltransferases and selectin ligand expression. Cambridge Healthtech Institute symposium on Advances in Glycotechnology, San Diego, CA, May 1995.

Ablation of murine glycosyltransferase genes. Federation of the European Biochemical Societies, Basel, Switzerland, August 1995.

Ablation of murine glycosyltransferase genes. Phillipe Laudat Conference on Glycoconjugates. Aix-les-Bains, France, October 1995.

Keynote Lecture. Structure and function of glycosyltransferases. 1996 Keystone Symposium: The extracellular matrix of plants. Tamarron, CO, March 1996.

National and International Meetings (continued)

Selectin-carbohydrate Interactions. Symposium on Cytokines and Adhesion Molecules. Snowbird, UT, September 1996.

Selectin ligand defects in fucosyltransferase mutant mice. Society for Glycobiology, Boston, MA, November 1996.

Selectin ligand-deficient mice. Glycobiology of cell communication. Helsinki, Finland, December 1996.

Leukocyte adhesion defects in fucosyltransferase-mutant mice. 1997 Gordon Conference on Glycobiology. Ventura, CA, February 1997.

Selectin-dependent immune deficiencies in fucosyltransferase deficient mice. International Symposium on Glycosyltransferases and Cellular Communications. Osaka, Japan, March 1997.

Selectin-dependent immune deficiencies in fucosyltransferase deficient mice. 2nd Carbohydrate Bioengineering Meeting. La Rochelle, France, April 1997.

Selectin ligand defects in fucosyltransferase mutant mice. 1997 Gordon Conference on Epithelial Differentiation and Keratinization. Tilton, NH, July 1997.

Exploring mammalian oligosaccharide function through targeted ablation of glycosyltransferase genes. 17th International Congress of Biochemistry and Molecular Biology. San Francisco, CA, August 1997.

Leukocyte trafficking defects in fucosyltransferase-mutant mice. Max Planck Institute Conference on the Molecular Mechanisms in Leukocyte Traffic. Ringberg, Germany, September 1997.

Immune defects in glycosyltransferase knock out mice. The San Diego Glycobiology Symposium, La Jolla, CA, January 1998.

Fucosyltransferases and selectin ligands. Keystone Symposium on Mechanisms of Leukocyte Trafficking. Lake Tahoe, CA, March 1998.

Phenotypic consequences of glycan alterations via glycosyltransferase gene ablation in the mouse. International Glycobiotechnology Meeting. Braunschweig, Germany, May 1998.

Immune deficiencies and selectin ligand defects in glycosyltransferase-mutant mice. Finnish Medical Society Duodecim International Symposium on Cellular Interactions in Inflammation and Cancer. Helsinki, Finland, June 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice. Advances in inflammatory bowel disease. Bath, England, July 1998.

Graded L-selectin ligand activities in fucosyltransferase mutant mice. US-Japan meeting in San Diego on Histochemistry. La Jolla, CA, July 1998.

Immune defects in fucosyltransferase-deficient mice. The 19th International Carbohydrate Symposium. San Diego, CA, August 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice. Glycostructures in Biological Systems. Hamburg, Germany, December 1998.

Developmental consequences of GDP-fucose deficiency in FX-null mice. 1999 Gordon Conference on Glycobiology. Ventura, CA, February 1999.

Selectin ligand deficiency in fucosylation-deficient mice. The San Diego Glycobiology Symposium, La Jolla, CA, January 2000.

National and International Meetings (cont.)

Immune compromise in mice with selectin ligand deficiencies. The Second International Glycosyltransferase Symposium. Toronto, Canada. May 2000.

Glycosylation loci that control selectin ligand activity. Current Topics in Glycobiology. University of Helsinki. Helsinki, Finland. June 2000.

Molecular approaches to understanding mammalian glycosylation. Glycoconjugates in Biological Systems. Karolinska Institute. Stockholm, Sweden. October 2000.

Molecular determinants of L-selectin-dependent lymphocyte adhesion. 11th International Congress of Immunology, Stockholm, Sweden, July, 2001.

Glycosylation and the adaptive immune response. Society for Glycobiology, San Francisco, CA, November, 2001.

Fucosyltransferases and blood group antigens. Glycogenomics: the Impact of Genomics and Informatics in Glycobiology. York, UK. December 2001.

Glycosylation and the adaptive immune response. The San Diego Glycobiology Symposium, La Jolla, CA, January 2002.

Fucosylation and selectin ligands. Molecular Mechanisms of Leukocyte Trafficking, Keystone Symposium. April 2002.

Genetic control of glycan dependent events required for leukocyte adhesion and function. Symposium: Regulation of development and immunity by glycoconjugates. FASEB, New Orleans, LA. April 2002.

Glycosylation in the control of leukocyte recruitment. Max Planck Institute Conference on Leukocyte Trafficking, Ringberg, Germany, September 2002.

Keynote Address: Mechanisms that control leukocyte recruitment and lymphocyte homing. Ernst Schering Foundation Workshop on Leukocyte Migration. Berlin, Germany, October 2002.

Glycosylation loci that control selectin-dependent leukocyte trafficking. Ernst Schering Foundation Workshop on Leukocyte Migration. Berlin, Germany, October 2002.

Glycosylation loci that control selectin-dependent leukocyte biology. Society for Glycobiology, Boston, MA. November 2002.

The Biology and biochemistry of fucosylation. 2003 Gordon Research Conference on Glycobiology. Ventura, CA. March 2003.

Fucosylation and the control of hematopoietic cell trafficking and differentiation. America Society for Biochemistry and Molecular Biology, San Diego, CA. April 2003.

Fucosylation in the control of leukocyte biology. Society for Glycobiology, San Diego, CA. December 2003.

Control of leukocyte biology by fucosylation. Symposium on Glycostructures in Biological Systems - Synthesis and Function. Hamburg, Germany, October 2004

Joint Weizmann Institute/LSI Symposium - Rehovot, Israel, November 2004

The control of leukocyte biology by glycosylation loci. Plenary Session: Genetics of Connective Tissues, American Society for Matrix Biology, San Diego, CA. November 2004.

National and International Meetings (cont.)

Glycan-dependent control of leukocyte biology. Keystone Meeting; Leukocyte Trafficking: Cellular and Molecular Mechanisms. Taos, NM. March 2005

Regulation of thymus development by protein O-fucosylation. Glycobiology Gordon Conference. Ventura, CA. March 2005

Glycan-dependent control of leukocyte biology. American Society for Biochemistry and Molecular Biology, San Diego, CA. April 2005.

Corporations

Mammalian glycosyltransferase genes: structure, function, and utility. Cambridge Healthtech Institute, San Francisco, CA, May 1993.

Molecular genetics of mammalian glycosyltransferases. Glaxo Group Research Limited. Greenford, Middlesex, United Kingdom, December 1993

Deletion of selectin ligand expression by fucosyltransferase gene ablation in the mouse. Genzyme Corporation. Cambridge, MA. September 1995.

Mammalian fucosyltransferase genes and selectin ligands. Genetics Institute, Cambridge, MA. March 1995.

Selectin ligands and fucosyltransferases. Eos Biotechnology, Inc. South San Francisco, CA. October 1997.

Selectin ligand defects in fucosyltransferase deficient mice. Boehringer-Ingelheim, Ridgeway, CT. September 1999.

Selectin ligand defects in glycosylation-deficient mice. Genentech, Inc. South San Francisco, CA. October 1999.

Selectin ligand defects in glycosylation-deficient mice. Roche Biosciences, Inc. Palo Alto, CA, November 1999.

Glycan-mediated, selectin-dependent leukocyte recruitment in innate and adaptive immunity. Boehringer-Ingelheim, Ridgeway, CT. August 2002.

Glycan-dependent control of leukocyte biology. Genentech, Inc. South San Francisco, CA. February 2005.

Selected scheduled presentations:

Glycan-dependent control of leukocyte biology. Lerner Research Institute, Department of Cell Biology, Cleveland OH. March 2006

Fucosylation and T cell ontogeny. Case Western Reserve University School of Medicine, Department of Biochemistry, Cleveland OH. March 2006.