# Ex. 2

## Documents Reviewed And Considered

1. Declaration of Harvey F. Lodish, Ph.D. In Support of Amgen Inc.'s Motion For Summary Judgment of No Obviousness-Type Double Patenting.

2. Application No. 675,298, dated November 20, 1984.

3. Application No. 113,178, dated October 23, 1987.

4. Application No. 113, 179, dated October 23, 1987.

5. Application No. 468,381, dated June 6, 1995.

6. Application No. 468,369, dated June 6, 1995.

7. U.S. Patent No. 4,703,008.

8. U.S. Patent No. 6,618,698.

9. U.S. Patent No. 5,756,349.