UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION No.: 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD; ) | |
| ROCHE DIAGNOSTICS GmbH; and ) | |
| HOFFMANN-LA ROCHE INC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE OF EXHIBITS TO SECOND
DECLARATION OF DR. EDWARD EVERETT HARLOW, JR. IN SUPPORT OF
DEFENDANTS' OPPOSITION TO AMGEN INC.'S MOTION FOR SUMMARY
JUDGMENT OF NO OBVIOUSNESS-TYPE DOUBLE PATENTING**

Pursuant to CMF/ECF Administrative Procedures Rule M(6) notice is hereby given that

the exhibits listed below have been manually filed with the Court and are available in paper form

only. The original documents are maintained in the case file in the Clerk's Office.

Exhibit 34    Riendeau et al., "Purification of mouse interleukin 2 to apparent homogeneity,"
*The Journal of Biological Chemistry*, vol. 258, no. 20, pp. 12114-12117 (Oct.
1983)

Exhibit 35    Anzano et al., "Sarcoma growth factor from conditioned medium of virally
transformed cells is composed of both type alpha and type beta transforming
growth factors," *The Proceedings of the National Academy of Sciences U.S.A.*,
vol. 80, no. 20, pp. 6264-6268 (Oct. 1983)

Exhibit 36    Green et al., "Identification and purification of a protein encoded by the human
adenovirus type 2 transforming region," *The Journal of Virology*, vol. 41, no. 1,
pp. 30-41 (Apr. 1982)

Exhibit 37    Marquardt et al., "Transforming growth factors produced by retrovirus-
transformed rodent fibroblasts and human melanoma cells: amino acid sequence
homology with epidermal growth factor," *The Proceedings of the National
Academy of Sciences U.S.A.*, vol. 80, no. 15, pp. 4684-4688 (Aug. 1983)

Exhibit 38     Carter et al., "The serine proteinase chain of human complement component C1s," *The Journal of Biological Chemistry*, vol. 215, pp. 565-571 (Aug. 1983)

Exhibit 39     Nicola et al., "Purification of a factor inducing differentiation in murine myelomonocytic leukemia cells. Identification as granulocyte colony-stimulating factor," *The Journal of Biological Chemistry*, vol. 258, no. 14, pp. 9017-9023 (July 1983)

Exhibit 40     Morel et al., "Evidence for a predominant form of $Mr = 15,000$ prosomatostatin in the mouse hypothalamus. Relationship with somatostatin-14 and -28," *The Journal of Biological Chemistry*, vol. 258, no. 13, pp. 8273-8276 (July 1983)

Exhibit 41     Birnbaum et al., "Purification and amino acid sequence of a noncalcitonin secretory peptide derived from preprocalcitonin," *The Journal of Biological Chemistry*, vol. 258, no. 9, pp. 5463-5466 (May 1983)

Exhibit 42     Ronan et al., "Purification and characterization of apolipoprotein C-II from human plasma by high-pressure liquid chromatography," *Biochimica et Biophysica Acta*, vol. 713, no. 3, pp. 657-662 (Dec. 1982)

Exhibit 43     Hammer et al., "Isolation of Human Intestinal Neurotensin," *The Journal of Biological Chemistry*, vol. 255, no. 6, pp. 2476-2480 (Mar. 1980)

Dated:  June 29, 2007
          Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

By its attorneys,

/s/  Julia Huston_____
Lee Carl Bromberg (BBO# 058480)
Timothy M. Murphy (BBO# 551926)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
jhuston@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Christopher T. Jagoe  (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/  Julia Huston
Julia Huston

03099/00501  695785.1