# EXHIBIT E
# PART 2

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent

Dockets.Justia.com

14 hours.

The appearance of the HPLC chromatogram of glycosidase-treated samples of [$^{131}$I]iodoepo depends on the length of time the samples were incubated with enzyme. As shown in Figure 6A and Table 11, after two minutes of incubation at 20° the apparent molecular weight of the monomer has decreased by 34%. The proportion of the total radioactivity in each peak is the same as for untreated epo.

Figures 6B to 6D show the effects of incubating epo with the glycosidases for 15 minutes or 6 or 21 hours. The ratio of radioactivity in peak A to that in peak B is as much as 25 times the ratio seen with untreated epo, indicating that glycosidase-treated epo is much more likely to aggregate than native epo.

A fourth peak, D, of very low molecular weight, appears in the HPLC chromatogram of samples incubated with glycosidases for 6 or 21 hours (see Figures 6C and 6D). The identity of this peak is unknown. If it were the deglycosylated analog of peak C, it should appear in the chromatogram after shorter incubations.

In Table 12 the immunological and *in vitro* biological activities of glycosidase-treated epo are compared with the activities of epo incubated in the absence of enzymes. The enzyme-treated epo retained an average of 60% of the control activity in 4 preparations. The immunoactivity is consistently lower than the *in vitro* activity, averaging 40% of the activity of the control in 3 preparations. During the

41

incubation the control loses 25% to 35% of its original activity. The *in vitro* activity recovered after deglycosylation is therefore 35% to 45% of that present in the original sample. However, the HPLC studies show that as much as 60% of the glycosidase-treated epo is aggregated. The aggregate of native epo is inactive (57). If, as is likely, the aggregate of the enzyme-treated epo is also inactive, the specific activity of the residual monomer would be 4 to 6 times that of native epo. Samples submitted to an *in vivo* polycythemic mouse assay performed by Dr. Peter Dukes retained less than 1% of their activity.

AM670141297                                              AM-ITC 00925964

CHAPTER IV

DISCUSSION

Development of Techniques

Carbohydrate Analyses

Analysis of carbohydrate polymers by gas liquid chroma-
tography requires that they first be cleaved to monosaccha-
rides.   Aqueous acid, glycosidic enzymes, and anhydrous
methanolic HCl will all release sugars from glycoproteins.
However, acid hydrolysis vigorous enough to remove all sugar
residues from the protein results in extensive destruction
of the free reducing sugars (50).   Glycosidic enzymes may
themselves be glycoproteins, contaminating the sample
(58,59).   In addition, the enzymes have stringent substrate
specificities and, even in combination, may not completely
degrade the oligosaccharide (36).   Methanolysis is prefera-
ble because it produces stable methyl glycosides that are
more cleanly separated by gas-liquid chromatography than the
analogous monosaccharides (39,60).   Chambers and Clamp show
that treatment with 1 M HCl in anhydrous methanol at 85° for
three hours completely released the sugars from a variety of
glycopeptides and a mucus glycoprotein.   Recovery of sugar
did not decrease when methanolysis continued for 24 hours
(50).   Other authors suggested that 0.5 M methanolic HCl,

42

AM670141298                                          AM-ITC 00925965

commercially available, would be adequate (61,62).

The methanolic HCl is evaporated prior to further deri-
vatization. Degradation of the sugars has been reported
when samples were not neutralized before being dried
(50,51). In contrast, we obtain a lower recovery of sugar
in samples neutralized by passage through an ion-exchange
column as suggested by Rickert and Sweeley (51) than in sam-
ples dried immediately after methanolysis. Previous authors
have dried their methanolysates under a stream of dry nitro-
gen, while in this study the samples were dried *in vacuo*. A
similar effect of increased degradation in samples dried
under nitrogen compared with samples dried *in vacuo* is seen
in samples deglycosylated with hydrogen fluoride dissolved
in pyridine.

Neither methyl glycosides nor monosaccharides are suf-
ficiently volatile to permit separation by gas-liquid chro-
matography without derivatizing them. Three derivatives
have been proposed that would permit simultaneous analysis
of the sugars normally found in glycoproteins. Both TMS
ethers and TFA esters of relevant methyl glycosides can be
separated at temperatures lower than 215° in 50 to 90
minutes (38,39). The major drawback with these derivatives
is that each monosaccharide produces separate peaks corres-
ponding to the pyranose and furanose anomers (39,50). The
hexose O-methyloximes and hexosamine aldononitrile acetates
yield single peaks (63). Unfortunately, several additional
steps are required to prepare the oximes and aldonoditrile

AM670141299                                        AM-ITC 00925966

acetates, including cleavage of the methyl glycosides and separation of neutral and amino sugars. These procedures are not practical with samples in the nanomolar range.

The TMS derivatives have been used extensively by investigators characterizing glycoproteins (52,64-72). However, several problems hinder analysis of very small amounts of sugar by this technique. The most serious of these involve loss of methyl glycosides and alditols during manipulations of the methanolysates prior to derivatization.

N-acetylhexosamines may undergo partial deacetylation during methanolysis (50,51,61). Because the TMS derivatives of $\beta$-methylgalactosaminide and $\alpha$-methylmannoside have the same retention time, as do those of $\beta$-methylglucosaminide and $\alpha$-methylgalactoside, it is necessary to reacetylate samples containing mixtures of these sugars (50). N-acetylation without significant O-acetylation is achieved with acetic anhydride in the presence of Ag$\cdot$(73,74). Many investigators have used silver carbonate, thus neutralizing the methanolysate and providing Ag$\cdot$ in a single step (38). However, the resulting silver chloride forms an insoluble complex with methyl glycosides (50,51). This phenomenon is probably responsible for the low sensitivity of the analysis using the TMS ethers in the current study. At low concentrations of sugar, the loss of alditols normally used as internal standards greatly exceeds that of $\alpha$-methylglucoside (51). Failure of the internal standard to behave the same way as the rest of the sample can invalidate the analysis.

The results of the current study also show that when small
samples of TMS-derivatized sugars are analyzed the hexoses
are not completely separated.

Trifluoroacetic anhydride was first suggested as a
volatizing agent for sugars by Arakawa, Imanari, and Tamura
(75,76) and developed for use with methyl glycosides by
Zanetta, et al., (39) and Tomana, et al., (56). Eklund,
et al., adapted these procedures for use with capillary
columns and electron capture detectors (77). The derivati-
zation has been carried out in tetrahydrofuran at 0° (76),
in dichloromethane at 130° to 150° (39,77), and in ethyl
acetate at room temperature (56,75). Tomana, et al.,
report that ethyl acetate is the preferred solvent (56).
The reaction proceeds more rapidly at elevated temperature
and the procedure described in Chapter 2 provides simple,
rapid, and efficient derivatization. Because the reagent is
vaporized and recondensed, portions of the sample splattered
on the sides of the vial during drying are recovered. The
separation achieved by Zanetta, et al., using a trifluoro-
propylsilicone stationary phase was superior to that
obtained by Tomana, et al., on a cyanopropylmethylsilicone
stationary phase (39,56) and the former phase was chosen for
this study.

The problems associated with the analysis of TMS ethers
may be avoided by using the TFA esters. Reacetylation is
not necessary when TFA derivatives are used because the
major peaks of the hexosamines are completely separated from

the hexoses. In agreement with the results obtained by
Zanetta, et al., (39), deacetylation of hexosamines was
normally less than 10%. In general, separation of the TFA
esters is superior to that of the TMS ethers. In addition,
analysis of TFA esters is 50-fold more sensitive than analy-
sis of TMS ethers. With the TFA esters it is possible to
detect 5 to 10 ng of an alditol and 10 to 20 ng of a methyl
glycoside.

In fact, the major limitation to sensitivity in the
analysis of TFA esters is chemical rather than physical.
Any organic compound containing an amine, a hydroxyl, a
hemiacetal, or a carboxylic acid moiety will react with
either trifluoroacetic anhydride or methanolic HCl. Those
derivatives with boiling points between approximately 100°
and 200° and appropriate solubilities in trifluoropropylsi-
licone have the potential to interfere with the analysis, as
do underivatized organic compounds with boiling points in
that range. As shown in Table 4, a number of chemicals com-
monly used in the manipulation and purification of proteins
do interfere with the analysis. Even laboratory dishwasher
detergent can interfere. Zanetta, et al., describe the
peaks produced by SDS and fatty acids (39). In light of the
number of substances which can produce peaks under the con-
ditions of chromatography used here, it is surprising that
the ketoses do not. Eklund, et al., report that unmetha-
nolysed fructose produces two small peaks in the pentose
region using capillary columns. The response factor for

fructose was less than half that of the other sugars (77). There is some advantage in being able to identify the presence of fatty acids or certain buffer components in a sample, but in general this interference places considerable constraints on the choice of buffers for samples which are eventually to be analyzed for carbohydrate content. Precise measurement of peaks requires that they be significantly larger than the fluctuations in the baseline caused by tiny amounts of contaminants. The ability to remove such substances provides the ultimate lower limit to the amount of carbohydrate which can be analyzed.

In agreement with Tomana, *et al.*, (56), the present study shows that gas-liquid chromatographic analysis of N-acetylneuraminic acid is much less precise than analysis of the other sugars. The thiobarbituric acid assay is equally sensitive and more precise (41). The monosaccharide form of N-acetylneuraminic acid is required in this analysis. Acid hydrolysis was used to ensure complete release of the sugar because the immobilized neuraminidase from C. *perfringens* did not completely release the N-acetylneuraminic acid of human serum $a_1$-acid glycoprotein even though there was enough enzyme present to hydrolyze more than 300 times as much N-acetylneuraminic acid as was present. This neuraminidase is reported to be able to release neuraminic acids from all of the linkages found in human serum $a_1$-acid glycoprotein (36,55). The incomplete digestion seen here may be a result of steric hindrance by adjacent sugars (36) or an

48

alteration in the substrate specificity as a result of immo-
bilization.

Neuraminic acids are partially degraded under the con-
ditions of acid hydrolysis (53). The best standard to use
under such conditions is one with a structure similar to the
sample. NAN-lactose contains terminal N-acetylneuraminic
acid in the same linkages found in glycoproteins (78). Even
if the glycosidic linkage offers protection against degrada-
tion, the neuraminic acid of NAN-lactose should be cleaved
and degraded at a rate similar to that of glycoprotein-
linked neuraminic acid. The purity of the NAN-lactose was
determined in the thiobarbituric acid assay after digestion
with soluble neuraminidase from *C. perfringens*. Twenty per-
cent less N-acetylneuraminic acid was recovered from NAN-
lactose digested with acid than with neuraminidase, in con-
trast to the results with human serum $\alpha_1$-acid glycoprotein,
suggesting that the neuraminidase was cleaving the NAN-lac-
tose completely.

## Deglycosylation of Glycoproteins

Glycoproteins may be deglycosylated in liquid hydrogen
fluoride (37) or in 70% hydrogen fluoride dissolved in pyri-
dine (42). Use of the latter reagent eliminates the need
for special reaction vessels and a closed system. The
scaled-down reaction described in Chapter 2 is especially
convenient because no precipitation of the protein is needed.
Anhydrous hydrogen fluoride does not cleave proteins;

AM670141304                                              AM-ITC 00925971

lysozyme and ribonuclease retain their activity after 2 hours of treatment (37). The technique has been used to study the effect of deglycosylation on luteotropin (LH), showing that partially deglycosylated LH retains the ability to bind to receptors but loses steroidogenic activity (79). Results showing that activity is lost should be interpreted with caution since the hydrogen fluoride may denature the protein (37).

Glycosidases can also be used to provide information about the structure and function of the carbohydrate portion of a glycoprotein (30,36,80,81). In the ideal system a sample of protein would be incubated with one or more purified glycosidases; at several time points aliquots would be taken for analysis of released sugars and measurement of biological and immunological activity. With this system, precise correlation of changes in activity and degree of deglycosylation would be possible.

The incubation mixture should be buffered to ensure that the pH will remain in a range tolerated by both the enzymes and the sample. Volatile buffers such as ammonium acetate cause the least interference with the carbohydrate analysis. Highly purified bovine serum albumin can be used as a protein carrier if needed. Gentamicin can be used as an antibiotic. Ammonium acetate is toxic to the bone marrow assay at a concentration of 5 mM but not at a concentration of 0.05 mM. However, purified epo has a specific activity of 70,000 units per mg so that the incubation mixture may

50

easily contain  epo in sufficiently high  concentration to permit the necessary dilution.

To be sure that the  sugar released by the glycosidases actually came  from the glycoprotein being  studied,  the enzyme preparation should contain  significantly less carbohydrate than the sample.   The highly purified marine tunicate enzymes met this criterion.  The mixed glycosidase preparation from S. pneumoniae,  however,  contained large amounts of  galactose,  glucose,  N-acetylglucosamine and N-acetylgalactosamine.

Inability of a glycosidase to  remove sugar from a glycoprotein can provide structural evidence,  but first it is necessary to confirm that the enzyme  is active on the type of substrate suspected.   Many  glycosidases show much less activity on  intact glycoproteins  than on  low molecular weight artificial substrates (36).   The assay described in Chapter 2 can measure the activity of glycosidases on glycoprotein substrates  with compositions  similar to  epo by separating free  and bound sugars  by micro-ultrafiltration and analyzing  the carbohydrate content of  both fractions. This assay is  less rapid and less precise  than the assays using radiolabelled substrate but does  not require the synthesis of special substrates.   The  same procedure may be used for the  carbohydrate analysis of the  incubation mixtures.

51

## Implications of the Carbohydrate Composition of Epo

Epo has a carbohydrate composition consistent with the presence of complex-type N-linked oligosaccharide chains. These chains normally consist of a core pentasaccharide of three mannose residues and two N-acetylglucosamine residues to which are attached a variable number of branches (78). The branches normally consist of chains containing, from the non-reducing terminus, N-acetylneuraminic acid, galactose, and N-acetylglucosamine. Fucose residues may be attached to N-acetylglucosamines at any point in the chain. Branches may be incomplete. Epo contains more fucose and N-acetyl-neuraminic acid per mole than is found in most serum glyco-proteins (82). In α-epo there are more residues of N-ace-tylneuraminic acid than of galactose, which conflicts with the model of complex chains described above. However, link-age of N-acetylneuraminic acid to N-acetylglucosamine as well as galactose has been described (55). Possibly epo contains N-acetylneuraminic acid linked to both. In view of the absence of N-acetylgalactosamine, findings of O-glyco-sidically linked oligosaccharide in epo would be surprising. There is less N-acetylglucosamine than would have been expected from the amount of galactose and mannose present. Release of the N-glycosidically linked residues would not have occurred under the mild conditions of methanolysis used in this study.

Espada, et al., have reported that the human urinary epo which they purified was 13.0% hexose, 8.9% hexosamine,

52

and 7.5% sialic acid (83).  Their preparation has one-tenth the specific activity of the epo used in this study and was significantly different in amino acid composition.  The difference in amino acid composition would suggest that the two preparations are fundamentally different.  No evidence for heterogeneity has been found in the epo used in the present study.

Goldwasser reported finding 4% mannose,  6% galactose, 4% N-acetylglucosamine, and 10% sialic acid in a preparation of purified sheep plasma epo, but no fucose (84).  With the exception of fucose,  the values  are very similar to those reported here for human urinary epo.  Species differences in the external portions of  the oligosaccharide chains including differences in  fucose content been reported  for human serum $a_1$-acid glycoprotein (55).

$a$-Epo contains significantly  more N-acetylglucosamine and N-acetylneuraminic acid than $\beta$-epo.  These differences could represent either the presence  of an additional oligosaccharide chain in the $a$-epo or the presence of more highly branched chains.  These differences do not account for the observation by Miyake,  et.  al., that $\beta$-epo migrates more rapidly than $a$-epo on  polyacrylamide gel electrophoresis at pH 9.  If the difference in N-acetylneuraminic acid content were the only  basis for the differing  mobilities,  $a$-epo would have a larger mobility than $\beta$-epo.  Additional differences between the  two forms must exist to  account for the variation in mobilities.

AM670141308                                    AM-ITC 00925975

### Comparison of the Functions of Carbohydrate in Epo and Other Glycoproteins

While the function of the carbohydrate chains of most glycoproteins remains undetermined, three possible results of glycosylation have been well established. Glycosylation of other proteins alters the physical properties of the protein, such as tertiary structure or charge density. The biological behavior of some proteins remains unchanged whether or not carbohydrate chains are attached. Attachment of specific sugar sequences to some proteins labels them with extracellular routing signals. The problem of identifying these changes in a given glycoprotein may be approached either by removing the sugar from the intact protein or by examining polypeptides that lack the carbohydrate as a result of mutation or synthesis in the presence of compounds such as tunicamycin, an inhibitor of glycosylation of asparagine residues (85). In studying epo, we have taken the former approach because cell cultures in which epo synthesis can be manipulated are not currently available.

A number of proteins have the same biological activity whether or not they are fully glycosylated (27-29,86-92). Epo deglycosylated enzymatically retains 50% to 70% of its activity in vitro. Bovine pancreatic ribonuclease exists in four isozymes, one containing no sugar and the others containing different amounts of sugar, all in the same tryptic peptide. No difference in the activities of the isozymes has been discovered (86). Much of the carbohydrate has been

AM670141309

AM-ITC 00925976

removed from soybean agglutinin (27), alkaline phospha-
tase (28), and human urinary colony-stimulating factor (29)
without altering their biological activities.  Human inter-
feron treated with periodate (87) or glycosidases (88)
retains its antiviral activity.  Addition of tunicamycin to
cell cultures does not prevent synthesis of active HLA anti-
gens (89), human (90) or mouse (91) interferon, or a mouse
L-cell protein stimulating differentiation of mouse myeloid
leukemia cells (92).

Although deglycosylated epo retains much of its activ-
ity in vitro, the deglycosylated hormone is not active in
vivo.  Furthermore, the present experiments do not differen-
tiate between a uniform decrease in the activity of all
molecules and the total inactivation of a portion of the
sample while the remainder retains full activity.  Polya-
crylamide gel electrophoresis of deglycosylated
[125I]iodoepo shows that no native epo remains.  However,
HPLC studies show that only 10% to 15% of the deglycosylated
epo appears in peak B.  If the only active material in the
samples of deglycosylated epo is found in peak B, the degly-
cosylated epo has a specific activity 4 to 6 times that of
native epo.  The aggregate of native epo, peak A, is not
active (57).

Some proteins must be glycosylated to assume their
active form (30,31,79,80,93,94).  In general, loss of the
carbohydrate probably alters the conformation of these pro-
teins.  Studies of which sugars are involved in such

tertiary interactions can provide clues to methods of stabilizing polypeptides in a biologically active conformation. Georghegan, et al. provide an unusual explanation in the following series of experiments showing that intact carbohydrate chains of the antifreeze glycoproteins found in polar fish are needed for solutions of those proteins to exhibit anomalous freezing-point depressions (80). Removal of the chains by β-elimination, removal of the terminal galactose residues by β-galactosidase treatment, acetylation of hydroxyl groups, or introduction of a charged group onto C-6 of the galactose residues all destroy the antifreeze activity. Introduction of an uncharged aldehyde at C-6 of the galactose residues does not affect antifreeze activity. The authors suggest that the galactose hydroxyl groups coat nucleation sites and prevent ice crystal formation. Such a detailed explanation of carbohydrate involvement in biological behavior has been obtained for few proteins other than the antifreeze glycoproteins.

Sialic acids, which are negatively charged at physiological pH and have a large effect on the charge density of a protein, were predicted to affect protein conformation. The high neuraminic acid content of mucins was hypothesized to be partially responsible for their viscosity (49,95). However, more recent studies have found that mucins treated with neuraminidase have unaltered viscosity and elasticity despite their decreased molecular charge (96,97). In addition, removal of neuraminic acid has little effect on the in

*vitro* activity of epo (3), human urinary colony stimulating factor (29), human chorionic gonadotropin (hCG) (30), or human interferon (90). Apparently changes in charge density do not alter the conformation of these proteins in a way that would affect biological activity.

A deglycosylated protein may lose one of its activities and not another, suggesting that the loss is the result of localized changes in the protein. Although human leukocyte interferon grown in cells treated with tunicamycin has as much antiviral activity as that grown in untreated cells, the non-N-glycosylated interferon has lost its ability to bind polyribonucleotides and, judging from altered binding to phenylagarose, is less hydrophobic than glycosylated interferon (90). Rabbit IgG treated with N-acetylglucosa- mine amidohydrolase, which cleaves the N-glycosidic bond between N-acetylglucosamine and asparagine, retains normal antigen binding characteristics but is completely unable to bind Clq, the first component of complement (31). As a result, deglyco-IgG cannot initiate the classical pathway of the complement cascade or induce complement-mediated cytoly- sis.

The gonadotropins and thyrotropin consist of identical $\alpha$ subunits and hormone-specific $\beta$ subunits, both of which are required for activity. Each hormone loses certain of its activities when large amounts of carbohydrate are removed. HCG treated with glycosidases loses its ability to stimulate cAMP production or progesterone secretion after

AM670141312                                    AM-ITC 00925979

57

removal of the penultimate residues but retains partial receptor binding even when only the mannose-N-acetylglucosa-mine cores remain (30). Likewise, ovine luteinizing hormone (LH) which has been partially deglycosylated in anhydrous hydrogen fluoride retains 40% to 50% of its ability to dis-place [$^{125}$I]-iodoLH from testicular membranes but loses its ability to stimulate testosterone synthesis (79). This deglyco-LH inhibits LH-stimulated ovulation *in vivo* (98). More complete deglycosylation of LH using trifluoromethane-sulfonic acid abolishes the residual receptor binding (93). The unglycosylated α subunit formed when thyrotropin (TSH) is synthesized in the presence of tunicamycin is unable to combine with TSH β subunit (94). Recombination of partially deglycosylated LH subunits occurs normally (79).

Epo exhibits a variety of effects on erythroid precur-sor cells in a definite sequence. The most rapid response to epo is an increase in RNA synthesis. Iron uptake and heme synthesis, the characteristics measured by the *in vitro* bone marrow assay, increase much later. Since deglycosyla-tion may affect one activity and not another, future experi-ments should examine the ability of deglycosylated epo to stimulate RNA and DNA synthesis. A modified epo which could uncouple the various effects of epo on its target cells would provide a powerful tool for studying the molecular mechanism of epo action.

Increased sensitivity to protease digestion is believed to reflect increased accessibility of the cleavage sites to

AM670141313                                                        AM-ITC 00925980

58

the enzyme.    Asialo-epo is  more  trypsin-sensitive than
native epo (3).    IgM (33) and pro-opiocortin (34)  synthe-
sized by *in vitro*  translation systems without post-transla-
tional processing are also more  sensitive to trypsin diges-
tion than their glycosylated analogs.    Degradation may also
be more random in non-glycosylated proteins.    Digestion of
glycosylated pro-opiocortin produces  discrete species cor-
responding to the high-molecular  weight ACTH forms,  while
the digested aglyco-pro-opiocortin contains no discrete spe-
cies (34).

   Changes in the stability of  a protein toward denatura-
tion and  aggregation also relect  conformational changes.
Asialo-epo has a half-life at  100° approximately half that
of native epo (3).    In the current study, epo treated with
the *S. pneumoniae* mixed  glycosidases developed much larger
quantities of the high molecular  weight aggregate than epo
incubated for  the same period of  time in the  absence of
enzymes.    The epo was not merely binding to some component
of the  enzyme preparation; a sample  chromatographed two
minutes after mixing  the epo and enzymes did  not show any
accumulation of aggregate.

   Specific sugars serve as  routing signals for glycopro-
teins.    As a result, alteration of carbohydrate chains may
change *in vivo* compartmentalization  of a glycoprotein with-
out affecting its intrinsic activity.    The presence of man-
nose-6-phosphate in the  oligosaccharides causes pinocytosis
of glycoproteins into lysosomes  (99).    Terminal galactose

AM670141314

AM-ITC 00925981

59

and fucose direct endocytosis of proteins by hepatocytes
(15,17,35) while terminal mannose and N-acetylglucosamine
direct endocytosis of proteins by hepatic sinusoidal cells,
part of the reticuloendothelial system (16,35). Neuraminic
acids prevent glycoproteins from binding to the receptors
for other sugars (15). In a similar manner, terminal neura-
minic acid residues prevent hepatic binding protein from
binding its own galactose residues and inactivating itself
(100). A previous study has shown that asialo-epo is
rapidly removed from the bloodstream and is not active *in
vivo* (3). Epo treated with *S. pneumoniae* glycosidases is
also inactive *in vivo*, although it is partially active *in
vitro*. Although it is not possible to measure directly the
extent of deglycosylation of the enzyme-treated epo, the
apparent molecular weight is 28,500, while that reported for
asialo-epo is 34,000. The difference would represent remo-
val of 85% of the internal sugars. The *S. pneumoniae* glyco-
sidases are not capable of breaking N-glycosidic bonds. Any
residue linked to asparagine would not be removed. Possibly
the sugars which remain direct the clearance *in vivo* and
prevent expression of the activity seen *in vitro*.

By understanding the mechanisms of carbohydrate-di-
rected compartmentalization of glycoproteins, it may be pos-
sible to direct protein replacement therapy to the proper
cells by attachment of appropriate carbohydrate chains.
Doebber, et *al.*, have coupled chemically synthesized
Man,Lys, to $\beta$-glucocerebrosidase without affecting enzyme

60

activity (101).   The  derivatized enzyme is taken  up by
macrophages *in vitro* 4  times as  fast as  underivatized
enzyme.   *In vivo,* the derivatized enzyme is cleared rapidly
from the bloodstream,  apparently by the reticuloendothelial
system.   Marsh, *et al.,* have coupled  lactose and NAN-
lactose  to  L-asparaginase  from  *Escherichia coli*  and
and demonstrated  that the lactose  derivative is cleared
from the bloodstream more quickly  and the NAN-lactose deri-
vative less quickly than the  untreated enzyme (102).   The
results presented here suggest  that deglycosylated epo may
retain its ability to stimulate  erythropoiesis but lack the
stability to survive *in vivo.*   If the presence of carbohy-
drate is altering the clearance of epo,  it may be possible
to modify  non-glycosylated hormone  with non-specifically
located carbohydrate chains as described  above in order to
prolong its survival in the bloodstream.

<u>Summary</u>

Epo is a  glycoprotein containing 25% to  30% carbohy-
drate with  a composition typical of  glycoproteins bearing
the complex type N-linked oligosaccharide chains.   However,
epo contains more fucose and N-acetylneuraminic acid than is
normally found in serum glycoproteins.   Epo exists in two
forms which are separated  by chromatography on hydroxylapa-
tite and  have differing mobilities on  polyacrylamide gel
electrophoresis at pH 9 (2).   These forms show significant
differences in N-acetylglucosamine and N-acetylgalactosamine

61

content, but those differences do not explain the difference in mobility.

Epo deglycosylated using hydrogen fluoride dissolved in pyridine loses at least 75% of the carbohydrate and 99% of its original *in vitro* activity. However, SDS-polyacrylamide gel electrophoresis shows that there has been considerable degradation of the protein. Digestion of the hormone with *S. pneumoniae* mixed glycosidases reduces the apparent molecular weight from 39,000 to 28,500. The glycosidase-treated epo retains 50% to 70% of its activity *in vitro* but is inactive *in vivo*. The glycosidase-treated epo aggregates much more readily than native epo; the ratio of aggregate to monomer in the enzyme-treated samples is as much as 25 times that of an untreated sample. These results suggest that deglycosylated epo may retain its intrinsic ability to stimulate erythropoiesis but may lack the stability *in vivo* required for successful hormone replacement therapy.

AM670141317                                                    AM-ITC 00925984

62

TABLE 1

CHARACTERISTICS OF PEAKS PRODUCED BY GAS-LIQUID

CHROMATOGRAPHY OF TRIMETHYLSILYL ETHERS

OF STANDARD METHYL GLYCOSIDES

| Identification of Peaks | Relative Retention Times ±Std. Dev. | Relative Proportion of Peaks |
|---|---|---|
| fucose 1 | 0.273 ±0.0033 | 0.15 |
| 2 | 0.300 ±0.0031 | 0.51 |
| 3 | 0.334 ±0.0035 | 0.34 |
| mannose 1 | 0.667 ±0.0029 | 0.95 |
| 2 | 0.716 ±0.0058 | 0.05 |
| galactose 1 | 0.688 ±0.0026 | 0.23 |
| 2 | 0.744 ±0.0041 | 0.58 |
| 3 | 0.804 ±0.0034 | 0.19 |
| glucose 1 | 0.844 ±0.0023 | 0.71 |
| 2 | 0.891 ±0.0038 | 0.29 |
| mannitol 1 | 1.000* | 0.93 |
| 2 | 1.086 ±0.0031 | 0.07 |
| galactosamine 1 | 0.665 | 0.05 |
| 2 | 1.237 ±0.0042 | 0.95 |
| glucosamine 1 | 0.735 ±0.0087 | 0.33 |
| 2 | 1.051 ±0.0014 | 0.12 |
| 3 | 1.196 | 0.55 |
| N-acetylgalactosamine 1 | 1.061 ±0.0024 | 0.13 |
| 2 | 1.145 ±0.0017 | 0.87 |
| N-acetylglucosamine 1 | 1.116 ±0.0049 | 0.07 |
| 2 | 1.203 ±0.0010 | 0.93 |
| N-acetylneuraminic acid 1 | 1.681 ±0.0112 | 0.66 |
| 2 | 1.755 ±0.0144 | 0.34 |

*The absolute retention time of mannitol was
  27.00 ±0.218 minutes.

AM670141318                                    AM-ITC 00925985

63

TABLE 2

CHARACTERISTICS OF PEAKS PRODUCED BY GAS-LIQUID

CHROMATOGRAPHY OF TRIFLUOROACETATE ESTERS

OF STANDARD METHYL GLYCOSIDES

| Identification of Peaks | Relative Retention Times ±Std. Dev. | Relative Proportion of Peaks |
|---|---|---|
| fucose 1 | 0.583 ±0.0030 | 0.72 |
| 2 | 0.755 ±0.0031 | 0.28 |
| inositol | 1.000· | 1.00 |
| galactose 1 | 1.182 ±0.0047 | 0.13 |
| 2 | 1.241 ±0.0040 | 0.63 |
| 3 | 1.425 ±0.0043 | 0.25 |
| mannose 1 | 1.275 ±0.0066 | 0.94 |
| 2 | 1.466 ±0.0050 | 0.06 |
| glucose 1 | 1.312 ±0.0040 | 0.68 |
| 2 | 1.392 ±0.0037 | 0.32 |
| glucosamine 1 | 1.224 | 0.08 |
| 2 | 1.804 | 0.76 |
| 3 | 2.148 | 0.16 |
| galactosamine 1 | 1.397 | 0.13 |
| 2 | 1.943 | 0.63 |
| 3 | 1.970 | 0.24 |
| N-acetylglucosamine 1 | 2.067 ±0.0080 | 0.97 |
| 2 | 2.148 ±0.0063 | 0.03 |
| N-acetylgalactosamine 1 | 1.914 ±0.0048 | 0.13 |
| 2 | 1.971 ±0.0049 | 0.11 |
| 3 | 2.022 ±0.0055 | 0.08 |
| 4 | 2.141 ±0.0074 | 0.68 |
| N-acetylneuraminic acid 1 | 2.552 ±0.0045 | 0.04 |
| 2 | 2.889 ±0.0062 | 0.96 |

·The absolute retention time of inositol was
    30.63 ±0.231 minutes.

64

TABLE 3

CHARACTERISTICS OF PEAKS PRODUCED BY GAS-LIQUID

CHROMATOGRAPHY OF TRIFLUOROACETATE ESTERS

OF SOME UNUSUAL METHYL GLYCOSIDES

| Identification of Peaks | Relative Retention Times[*] | Relative Proportion of Peaks |
|---|---|---|
| rhamnose 1 | 0.490 | 0.90 |
| 2 | 0.644 | 0.10 |
| 2-deoxyglucose 1 | 1.042 | 0.87 |
| 2 | 1.082 | 0.13 |
| glucoheptose 1 | 1.455 | 0.67 |
| 2 | 1.716 | 0.33 |
| sedoheptulose | 1.593 | 1.00 |
| mannosamine 1 | 1.612 | 0.14 |
| 2 | 2.065 | 0.45 |
| 3 | 2.212 | 0.24 |
| 4 | 2.315 | 0.17 |
| mannoheptulose | 1.914 | 1.00 |

[*]The absolute retention time of inositol was
    26.50 ±0.118 minutes.

AM670141320                                    AM-ITC 00925987

65

TABLE 4

RELATIVE RETENTION TIMES OF SUBSTANCES INTERFERING

WITH CARBOHYDRATE ANALYSIS

| Identification of Peaks | Relative Retention Times |
|---|---|
| Tris-hydroxymethylaminomethane 1 | 0.430 |
| 2 | 1.109 |
| Ethylenediaminetetraacetic acid 1 | 0.949 |
| 2 | 1.028 |
| 3 | 1.282 |
| 4 | 2.359 |
| Citric acid 1 | 1.220 |
| 2 | 1.360 |
| Polyethylene glycol 1 | 1.254 |
| 2 | 1.643 |
| 3 | 1.745 |
| 4 | 1.900 |
| 5 | 2.994 |
| Trichloroacetic acid 1 | 1.619 |
| 2 | 1.682 |
| 3 | 2.150 |
| 4 | 2.217 |
| Contaminants in 0.1 M HCl, reagent grade | 1.700 |
| | 2.164 |
| | 2.223 |
| Dishwashing detergent | 0.981 |
| | 1.28 |
| | 1.65 |
| | 2.40 |

AM-ITC 00925988

66

TABLE 5

RELATIVE RESPONSE FACTORS FOR TRIFLUOROACETATE ESTERS

OF METHYL GLYCOSIDES

| Parent Sugar | Mass Response Factor[a] | Molar Response Factor[b] |
|---|---|---|
| fucose | 0.63 ±0.043 | 0.57 ±0.040 |
| galactose | 0.90 ±0.042 | 0.90 ±0.042 |
| mannose | 0.93 ±0.041 | 0.93 ±0.041 |
| glucose | 1.06 ±0.045 | 1.06 ±0.045 |
| N-acetylglucosamine | 0.72 ±0.090 | 0.88 ±0.111 |
| N-acetylneuraminic acid | 0.38 ±0.082 | 0.65 ±0.142 |

[a]Area per ng of sugar/Area per ng of inositol
[b]Area per nmole sugar/Area per nmole inositol

67

## TABLE 6

### THE CARBOHYDRATE COMPOSITION OF ERYTHROPOIETIN

| | COMPOSITION BY WEIGHT[a] ng sugar/µg erythropoietin | | |
| | α Erythropoietin | β Erythropoietin | P[b] |
|---|---|---|---|
| fucose | 18 ± 3.5 | 16 ±0.4 | NSD[c] |
| galactose | 56 ± 6.4 | 48 ±0.7 | NSD |
| mannose | 41 ± 6.0 | 34 ±4.2 | NSD |
| N-acetylglucosamine | 69 ± 0.9 | 48 ±3.2 | P<.001 |
| N-acetylneuraminic acid | 130 ±17.7 | 95 ±7.6 | P<.05 |
| total sugar | 313 ±25.8 | 241 ±4.9 | P<.01 |
| | MOLAR COMPOSITION moles sugar/mole erythropoietin | | |
| fucose | 4 ±0.8 | 4 ±0.1 | |
| galactose | 11 ±1.4 | 11 ±0.1 | |
| mannose | 9 ±1.2 | 8 ±1.0 | |
| N-acetylglucosamine | 12 ±0.2 | 9 ±0.6 | |
| N-acetylneuraminic acid | 16 ±2.2 | 12 ±1.0 | |

[a] Using residue mass rather than mass of released sugar
[b] Probability that the samples of α and β erythropoietin
    have the same composition.
[c] No significant difference

AM670141323

AM-ITC 00925990

68

TABLE 7

THE N-ACETYLNEURAMINIC ACID CONTENT

OF ERYTHROPOIETIN

| | Moles Sugar/Mole Erythropoietin | |
|---|---|---|
| | By Thiobarbituric Acid Assay | By Gas-Liquid Chromatography |
| $\alpha$-erythropoietin | 15 ±1.1 | 16 ±2.2 |
| $\beta$-erythropoietin | 13 ±0.5 | 12 ±1.0 |
| P· | P<.05 | P<.05 |

·Probability that the samples of $\alpha$ and $\beta$ erythro-
poietin have the same composition

AM670141324                                        AM-ITC 00925991

69

TABLE 8

REMOVAL OF SUGAR FROM ERYTHROPOIETIN BY

HYDROGEN FLUORIDE DEGLYCOSYLATION

|  | Composition of β-erythropoietin ng sugar per μg protein | Sugar Remaining After Treatment ng sugar per μg protein | Percent of Sugar Removed |
|---|---|---|---|
| fucose | 16 | 0 | 100 |
| galactose | 48 | 11 | 77 |
| mannose | 34 | 6 | 81 |
| N-acetylglucosamine | 69 | 3 | 93 |
| N-acetylneuraminic acid | 95 | 41 | 58 |
| total sugar | 240 | 61 | 75 |

AM670141325

AM-ITC 00925992

70

TABLE 9

CHARACTERISTICS OF PEAKS PRODUCED BY GAS-LIQUID

CHROMATOGRAPHY OF TRIFLUOROACETATE ESTERS

OF MONOSACCHARIDES

| Identification of Peaks | Relative Retention Times[a] | Relative Proportion of Peaks |
|---|---|---|
| fucose 1 | 0.595 | 0.44 |
| 2 | 0.742 | 0.33 |
| 3 | 0.847 | 0.23 |
| galactose 1 | 1.266 | 0.29 |
| 2 | 1.464 | 0.50 |
| 3 | 1.525 | 0.11 |
| 4 | 1.656 | 0.11 |
| glucose 1 | 1.280 | 0.48 |
| 2 | 1.436 | 0.52 |
| mannose 1 | 1.338 | 0.65 |
| 2 | 1.613 | 0.35 |
| N-acetylglucosamine[b] | 1.913 | 1.00 |
| N-acetylgalactosamine[c] | 2.046 | 1.00 |

[a] The absolute retention time of inositol was 27.57 ±0.085 minutes.
[b] Glucosamine has the same retention time.
[c] Galactosamine has the same retention time.

AM670141326

AM-ITC 00925993

TABLE 10

SEPARATION OF FREE SUGARS FROM PROTEIN

BY MICRO-ULTRAFILTRATION

| | μg SUGAR RECOVERED | | | | | |
|---|---|---|---|---|---|---|
| | Monosaccharides[a] | | Bovine Serum Albumin | | Intact Ovalbumin | |
| | Filtrate | Retentate | Filtrate | Retentate | Filtrate | Retentate |
| fucose | 1.6 | --- | 0.1 | --- | --- | --- |
| galactose | 1.0 | trace | --- | trace | --- | 3.0 |
| mannose | 1.0 | trace | 0.1 | --- | --- | 6.7 |
| glucose | 1.5 | 0.2[b] | 0.3 | 0.3[A][b] | --- | 0.4 |
| N-acetylglucosamine | 1.6 | --- | --- | 0.4[A][b] | --- | 2.8 |
| N-acetylgalactosamine | 1.6 | 0.4[b] | --- | 0.7[b] | --- | 2.6 |
| N-acetylneuraminic acid | 0.8 | | --- | --- | --- | --- |

[a] The original sample contained 1.0 μg of each sugar.
[b] Minimum amount of sugar in peak.

AM670141327

AM-ITC 00925994

72

### TABLE 11

APPARENT MOLECULAR WEIGHTS OF PEAKS PRODUCED BY

MOLECULAR EXCLUSION CHROMATOGRAPHY OF

[$^{125}$I]IODOERYTHROPOIETIN INCUBATED IN THE

PRESENCE AND ABSENCE OF MIXED GLYCOSIDASES

| Incubation Conditions | [$^{125}$I]iodo-erythropoietin Only | | [$^{125}$I]iodo-erythropoietin Plus Glycosidases | | |
|---|---|---|---|---|---|
| | Peak B | Peak C | Peak B | Peak C | Peak D |
| 2 minutes, 20° | 53,000 | 7,300 | 35,000 | 7,300 | ----- |
| 15 minutes, 37° | 48,000 | 6,000 | 23,000 | 6,000 | ----- |
| 6 hours, 37° | 43,000 | 7,300 | 29,000 | 7,300 | 3,500 |
| 21 hours, 37° | 39,000 | 7,300 | 23,000 | 7,300 | 3,500 |

73

TABLE 12

THE BIOLOGICAL ACTIVITY OF

DEGLYCOSYLATED ERYTHROPOIETIN

| Preparation | *In Vitro* Bone Marrow Assay, % of Control[*] | Radioimmuno- assay, % of Control[*] |
|---|---|---|
| A | 60 | ND[b] |
| B | 65 | 49 |
| C | 71 | 43 |
| D | 48 | 31 |
| Mean | 61 | 41 |
| ±Std. Dev. | ±9.8 | ±9.2 |

[*]Activity of erythropoietin incubated with
   mixed glycosidases as a percent of activity
   of erythropoietin incubated in the absence
   of glycosidases.
[b]Not measured.

AM670141329                                        AM-ITC 00925996

FIGURE 1:  Chromatogram from the Carbohydrate Analysis of
a Mixture of Standard Monosaccharides.  The mixture
contained fucose (3.81 nmoles), galactose (6.94 nmoles),
mannose, (6.94 nmoles), glucose (3.47 nmoles), N-
acetylglucosamine (11.3 nmoles), N-acetylgalactosamine (2.83
nmoles), and N-acetylneuraminic acid (8.08 nmoles).
Inositol (2.775 nmoles) was added as an internal standard.
The number printed above each peak is the absolute retention
time in minutes.

75



FIGURE 2: Chromatogram from the Carbohydrate Analysis of
β-Erythropoietin. A 0.435 nmole sample of β-erythropoietin
was methanolysed and the released sugars analysed by gas-
liquid chromatography. The arrows mark the position of the
major peak of N-acetylgalactosamine and the minor peak of N-
acetylglucosamine. Inositol (2.775 nmoles) was added as an
internal standard. The number printed above each peak is
the absolute retention time in minutes.

AM670141332                                                    AM-ITC 00925999



DETECTOR RESPONSE

TIME, MINUTES

AM670141333                                    AM-ITC 00926000

FIGURE 3:  Chromatogram from the Carbohydrate Analysis of
Deglycoslyated β-Erythropoietin.  A 0.118 nmole sample of
β-erythropoietin was treated with 70% anhydrous hydrogen
fluoride in pyridine for 6 hours.  Inositol (2.775 nmoles)
was added as an internal standard.  The number printed above
each peak is the absolute retention time in minutes.

AM670141334

AM-ITC 00926001

79



DETECTOR RESPONSE

TIME, MINUTES

AM670141335

AM-ITC 00926002

FIGURE 4:  Autoradiograph of Untreated and Deglycosylated
[$^{125}$I]Iodoerythropoietin Electrophoresed in a 15% SDS-
Polyacrylamide Gel.  Lanes 1 and 11 contain $^{14}$C-methylated
lysozyme, chymotrypsinogen A, ovalbumin, bovine serum
albumin, phosphorylase B, and myosin.  Lanes 4 and 9 contain
untreated [$^{125}$I]iodoerythropoietin.  Lane 3 contains
[$^{125}$I]iodoerythropoietin treated with 70% anhydrous hydrogen
fluoride in pyridine for 6 hours.  Lanes 5 to 7 contain
[$^{125}$I]iodoerythropoietin incubated with *S. pneumoniae* glyco-
sidases for 2, 15, and 360 minutes, respectively.  Lane 8
contains [$^{125}$I]iodoerythropoietin incubated for 360 minutes
in the absence of glycosidases.

AM670141336

AM-ITC 00926003

81



FIGURE 5:  Profile of Untreated and Glycosidase-Treated
[$^{125}$I]Iodoerythropoietin in a Sliced 15% SDS-Polyacrylamide
Gel.  Samples were electrophoresed in a 15% SDS-polyacryl-
amide gel along with a mixture of lysozyme, soybean trypsin
inhibitor, carbonic anhydrase, ovalbumin, bovine serum al-
bumin, and phosphorylase B.  Gels were stained with Coomas-
sie blue, destained, sliced, and counted.  Those slices
containing stained standards were recorded.
(- - - -)[$^{125}$I]iodoerythropoietin was incubated in 0.05 M
cacodylate buffer, pH 6.5 for 14 hours at 37°.
(————)[$^{125}$I]iodoerythropoietin incubated with *S. pneumo-
niae* mixed glycosidases in 0.05 M cacodylate buffer, pH 6.5,
for 14 hours at 37°.

AM-ITC 00926005

83



AM670141339

AM-ITC 00926006

FIGURE 6:  Molecular exclusion chromatography of [$^{125}$I]iodoerythropoietin incubated in the presence and absence of mixed glycosidases from *S. pneumoniae*.

A.  Samples mixed with 0.05 M cacodylate buffer, pH 6.5, or glycosidases and injected onto the chromatograph within 2 minutes.  (– – – –) Erythropoietin only.  (————) Erythropoietin mixed with glycosidases.

B.  Samples incubated in 0.05 M cacodylate buffer, pH 6.5, for 15 minutes at 37°.  (– – – –) Erythropoietin only.  (————) Erythropoietin mixed with glycosidases.

C.  Samples incubated in 0.05 M cacodylate buffer, pH 6.5, for 6 hours at 37°.  (– – – –) Erythropoietin only.  (————) Erythropoietin mixed with glycosidases.

D.  Samples incubated in 0.05 M cacodylate buffer, pH 6.5, for 21 hours at 37°.  (– – – –) Erythropoietin only.  (————) Erythropoietin mixed with glycosidases.

AM670141340                                              AM–ITC 00926007

85



AM670141341



AM670141342

AM-ITC 00926009



AM670141343

AM-ITC 00926010

88



AM670141344

AM-ITC 00926011

## APPENDIX

The molar response factor is defined as

$$RF_{molar} = \frac{\Sigma A_i / m_i}{A_x / m_x}$$

and the mass response factor as

$$RF_{mass} = \frac{\Sigma A_i / n_i}{A_x / n_x}$$

where x = sugar whose response is being measured

    i = inositol

    A = area of a peak associated with the sugar

    m = moles of sugar in the sample

    n = mass of sugar in the sample


These response factors may be used to quantitate the sugars in a glycoprotein as follows:

$$C_{molar} = \frac{\Sigma A_i}{A_i} \quad \frac{1}{RF_{molar}} \quad \frac{m_i}{m_p}$$

and

$$C_{mass} = \frac{\Sigma A_i}{A_i} \quad \frac{1}{RF_{mass}} \quad \frac{MW_x - 18.02}{MW_x} \quad \frac{n_i}{n_p}$$

where x = sugar being measured

    i = inositol

    p = protein

89

AM670141345

AM-ITC 00926012

90

A = area of a peak associated with the sugar

m = moles of substance in the sample

n = mass of substance in the sample

MW. = molecular weight of the sugar


The correction factor  MW. - 18.02  is needed in calculating composition by weight to account for the fact that the sugars in a glycoprotein are in glycosidic linkage and have lost one molecule of water each.

AM670141346                                      AM-ITC 00926013

REFERENCES

1.  Graber, S. E., and Krantz, S. B. (1978) *Ann. Rev. Med.*
    29, 51-66

2.  Miyake, T., Kung, C. K.-H., and Goldwasser, E. (1977) *J.
    Biol. Chem.* 252, 5558-5564

3.  Goldwasser, E., Kung, C. K.-H., and Eliason, J. (1974)
    *J. Biol Chem.* 249, 4202-4206

4.  Jacobsen, L. O., Goldwasser, E., Fried, W., and Plzak,
    L. F. (1957) *Trans. Assoc. Am. Physicians* 70, 305-317

5.  Sherwood, J. B., and Goldwasser, E. (1978) *Endocrinology*
    103, 866-870

6.  Filmanowicz, E., and Gurney, C. W. (1961) *J. Lab. Clin.
    Med.* 57, 65-72

7.  Goldwasser, E., and Gross, M. (1973) *Methods Enzymol.*
    37, 109-121

8.  Axelrad, A. A., McLeod, D. L., Shreeve, M. M., and
    Heath, D. S. (1973) *Proceedings of the Second
    International Workshop on Hemopoiesis in Culture,*
    (Robinson, W. A., ed.) pp. 226-237, U. S. Government
    Printing Office, Washington, DC

9.  Iscove, N. N., and Sieber, F. (1975) *Exp. Hemat.* 3,
    32-43

10. Krantz, S. B., and Goldwasser, E. (1965) *Biochim.
    Biophys. Acta* 103, 325-332

11. Goldwasser, E., and Gross, M. (1969) in *In Vitro,* (P.
    Farness, ed.) Vol. 4, pp. 36-44, Williams & Wilkins
    Co., Baltimore, MD

12. Dukes, P. P. (1968) *Ann. N. Y. Acad. Sci.* 149, 437-444

13. Gross, M., and Goldwasser, E. (1970) *J. Biol. Chem.*
    245, 1632-1636

14. Gross, M., and Goldwasser, E. (1972) *Biochim. Biophys.
    Acta* 287, 514-519

91

AM670141347

AM-ITC 00926014

15. Ashwell, G., and Morell, A. G. (1974) *Adv. Enzymol.* 41, 99-128

16. Mizuno, Y., Kozutsumi, Y., Kawasaki, T., and Yamashina, I. (1981) *J. Biol. Chem.* 256, 4247-4252

17. Prieels, J.-P., Pizzo, S. V., Glasgow, L. R., Paulson, J. C. and Hill, R. L. (1978) *Proc. Natl. Acad. Sci. USA* 75, 2215-2219

18. Goldwasser, E., Eliason, J. F., and Sikkema, D. (1975) *Endocrinology* 97, 315-323

19. Garcia, J. F. (1972) in *Regulation of Erythropoiesis* (Gordon, A. S., Condorelli, M., and Peschle, C., eds.) pp. 132-153, Il Ponte, Milano, Italy

20. Sherwood, J. B., and Goldwasser, E. (1979) *Blood* 54, 885-893

21. Weiss, T. and Goldwasser, E. (1982) *Proc. Natl. Acad. Sci. USA* in press

22. Bolton, A. E., and Hunter, W. M. (1973) *Biochem. J.* 133, 529-539

23. Fraker, P. J. and Speck, J. C. (1978) *Biochem. Biophys. Res. Commun.* 80, 849-857

24. Paul, C., Hood, L., Kung, C. K.-H., and Goldwasser, E. Unpublished data

25. Goldwasser, E. (1981) in *Control of Cellular Division and Development,* Part A (Cunningham, D., Goldwasser, E., Watson, J., and Fox, C. F., eds.), Alan R. Liss, Inc., New York, NY, pp. 487-494

26. Sharon, N. (1975) in *Complex Carbohydrates* pp. 50-51, Addison-Wesley Publishing Co., Reading, MA

27. Lotan, R., Debray, H., Cacan, M., Cacan, R., and Sharon, N. (1975) *J. Biol. Chem.* 250, 1955-1957

28. Firestone, G. L., and Heath, E. C. (1981) *J. Biol. Chem.* 256, 1404-1411

29. Wang, F.-F., and Goldwasser, E.  Unpublished data.

30. Channing, C. P., Sakai, C. N., and Bahl, O. P. (1978) *Endocrinology* 103, 341-348

31. Winkelhake, J. L., Kunicki, T. J., Elcombe, B. M., and Aster, R. H. (1980) *J. Biol. Chem.* 255, 2822-2828

32. Ronnett, G. V., and Lane, M. D. (1981) *J. Biol. Chem.* 256, 4704-4707

33. Sibley, C. H., and Wagner, R. A. (1981) *J. Immunol.* 126, 1868-1873

34. Loh, Y. P., and Gainer, H. (1980) *Molecular and Cellular Endocrinology* 20, 35-44

35. Steer, C. J., and Clarenburg, R. (1979) *J. Biol. Chem.* 254, 4457-4461

36. Kobata, A. (1979) *Anal. Biochem.* 100, 1-14

37. Mort, A. J., and Lamport, D. T. A. (1977) *Anal. Biochem.* 82, 289-309

38. Clamp, J. R., Dawson, G., and Hough, L. (1967) *Biochim. Biophys. Acta* 148, 342-349

39. Zanetta, J. P., Breckenridge, W. C., and Vincendon, G. (1972) *J. Chromatography* 69, 291-304

40. Warren, L. (1959) *J. Biol. Chem.* 234, 1971-1975

41. Hahn, H.-J., Hellman, B., Lernmark, A., Sehlin, J., and Täljedal, I.-B. (1974) *J. Biol. Chem.* 249, 5275-5284

42. Coudron, C., Ellis, K., Philipson, L., and Schwartz, N. B. (1980) *Biochem. Biophys. Res. Commun.* 92, 618-623

43. Seikagaku Kogyo Co., Ltd., Tokyo, Japan. *Endoglycosidases* (Pamphlet)

44. Laemmli, U. K. (1970) *Nature (London)* 227, 680-685

45. Weber, K., and Osborn, M. (1969) *J. Biol. Chem.* 244, 4406-4412

46. Oakley, B. R., Kirsch, D. R., and Morris, N. R. (1980) *Anal. Biochem.* 105, 361-363

47. Wang, F.-F., Kung, C. K.-H., Dordal, M. S., and Goldwasser, E. Unpublished data

48. Glasgow, L. R., Paulson, J. C., and Hill, R. L. (1977) *J. Biol. Chem.* 252, 8615-8623

49. Sharon, N. (1975) in *Complex Carbohydrates* pp. 178-180, Addison-Wesley Publishing Co., Reading, MA

50. Chambers, R. E., and Clamp, J. R. (1971) *Biochem. J.* 125, 1009-1018

94

51. Rickert, S. J., and Sweeley, C. C. (1978) *J. Chromatography* 147, 317-326

52. Isemura, M. and Schmid, K. (1971) *Biochem. J.* 124, 591-604

53. Massamiri, Y., Beljean, M., Durand, G., Feger, J., Pays, M., and Agneray, J. (1978) *Anal. Biochem.* 91, 618-625

54. Olson, C. A. (1982) Ph.D. Dissertation, Universtiy of Chicago

55. Yoshima, H., Matsumoto, A., Mizuochi, T., Kawasaki, T., and Kobata, A. (1981) *J. Biol. Chem.* 256, 8476-8484

56. Tomana, M., Niedermeier, W., and Spivey, C. (1978) *Anal. Biochem.* 89, 110-118

57. Wang, F.-F., Weiss, T., and Goldwasser, E. Unpublished data

58. Rudick, M. J., and Elbein, A. D. (1973) *J. Biol. Chem.* 248, 6506-6513

59. Alhadeff, J. A. and Freeze, H. (1977) *Molec. and Cell. Biochem.* 18, 33-37

60. Sweeley, C. C., Bentley, R., Makita, M., and Wells, W. W. (1963) *J. Am. Chem. Soc.* 85, 2497-2507

61. Reinhold, V. N. (1972) *Methods Enzmol.* 25B, 244-249

62. Sweeley, C. C., and Walker, B. (1964) *Anal. Chem.* 36, 1461-1466

63. Mawhinney, T. P., Feather, M. S., Barbero, G. J., and Martinez, J. R. (1980) *Anal. Biochem.* 101, 112-117

64. Chen, T. T., Bazer, F. W., Cetorelli, J. J., Pollard, W. E., and Roberts, R. M. (1973) *J. Biol. Chem.* 248, 8560-8566

65. Christakos, S., and Bahl, O. P. (1979) *J. Biol. Chem.* 254, 4253-4261

66. Slomiany, B. L. and Slomiany, A. (1978) *Biochem. Biophys. Res. Commun.* 81, 391-396

67. Tomita, M. and Marchesi, V. T. (1975) *Proc. Natl. Acad. Aci. USA* 72, 2964-2968

95

68. Emerson, W. A., and Kornfeld, S. (1976) *Biochemistry* 15, 1697-1703

69. Baenziger, J. U., and Fiete, D. (1979) *J. Biol. Chem.* 254, 789-795

70. Baenziger, J. U. (1979) *J. Biol. Chem.* 254. 4063-4071

71. Chapman, A. and Kornfeld, R. (1979) *J. Biol. Chem.* 254, 816-828

72. Kornfeld, R. (1978) *Biochemistry* 17, 1415-1423

73. White, T. (1940) *J. Chem. Soc.* 1940 Part I, 428-437

74. Zukerkandl, F., and Messiner-Klebermass, L. (1931) *Biochem. Z.* 236, 19-28

75. Imanari, T., Arakawa, Y., and Tamura, Z. (1969) *Chem. Pharm. Bull.* 17, 1967-1969

76. Tamura, Z., Imanari, T., and Arakawa, Y. (1968) *Chem. Pharm. Bull.* 16, 1864-1865

77. Eklund, G., Josefsson, B., and Roos. C. (1977) *J. Chromatography* 142, 575-585

78. Kornfeld, R., and Kornfeld, S. (1980) in *The Biochemistry of Glycoproteins and Proteoglycans,* (Lennarz, W. J., ed.) pp. 1-34, Plenum Press, New York, NY

79. Sairam, M. R. (1980) *Arch. Biochem. Biophys.* 204, 199-206

80. Georghegan, K. F., Osuga, D. T., Ahmed, A. I., Yeh, Y., and Feeney, R. E. (1980) *J. Biol. Chem.* 255, 663-667

81. Shida, H., and Dales, S. (1981) *Virology* 111, 56-72

82. Fasman, G. D., ed. (1976) *Handbook of Biochemistry and Molecular Biology,* 3rd ed., Part A, Vol. 2, pp. 258-261, Chemical Rubber Co., Cleveland, OH

83. Espada, J., Langton, A. A., and Dorado, M. (1972) *Biochim. Biophys. Acta* 285,427-435

84. Goldwasser, E. (1975) *Fed. Proc.* 34, 2285-2292

85. Tkacz, J. S., and Lampen, J. O. (1975) *Biochem. Biophys. Res. Commun.* 65, 248-257

86. Plummer, T. H. (1968) *J. Biol. Chem.* 243, 5961-5966

AM670141351                                          AM-ITC 00926018

87.  Stewart, W. E., Lin, L. S., Wiranowska-Stewart, M., and
     Cantell, K. (1977) *Proc. Natl. Acad. Sci. USA* 74,
     4200-4204

88.  Bose, S., Gurari-Rotman, D., Ruegg, U. T., Corley, L.,
     and Anfinsen, C. B. (1976) *J. Biol. Chem.* 251,
     1659-1662

89.  Ploegh, H. L., Orr, H. T., and Strominger, J. L. (1981)
     *J. Immunol.* 126, 270-275

90.  Mizrahi, A., O'Malley, J. A., Carter, W. A., Takatsuki,
     A., Tamura, G., and Sulkowski, E. (1978) *J. Biol. Chem.*
     253, 7612-7615

91.  Fujisawa, J.-I., and Kawade, Y. (1981) *Virology* 112,
     480-487

92.  Yamamoto, Y., Tomida, M., Hozumi, M., Ayusawa, D.,
     Seno, T., and Tamura, G. (1981) *Cancer Res.* 41,
     2534-2539

93.  Edge, A. S. B., Faltynek, C. R., Hof, L., Reichert, L.
     E., and Weber, P. (1981) *Anal. Biochem.* 118, 131-137

94.  Weintraub, B. D., Stannard, B. S., Linnekin, D., and
     Marshall, M. (1980) *J. Biol. Chem.* 255, 5715-5723

95.  Hatcher, V. B., Schwarzmann, G. O. H., Jeanloz, R. W.,
     and McArthur, J. W. (1977) *Fertil. Steril.* 28, 682-688

96.  Meyer, F. A. (1976) *Biorheology* 13, 49-58

97.  Litt, M., Khan, M. A., and Shih, C. K. (1977)
     *Biorheology* 14, 127-132

98.  Sairam, M. R. (1980) *Contraception* 21, 651-657

99.  Natowicz, M. R., Chi, M. M.-Y., Lowry, O. H., and Sly,
     W. S. (1979) *Proc. Natl. Acad. Sci. USA* 76, 4322-4326

100. Neufeld, E. F., and Ashwell, G. (1980) in *The
     Biochemistry of Glycoproteins and Proteoglycans,*
     (Lennarz, W. J., ed.) pp. 241-266, Plenum Press, New
     York, NY

101. Doebber, T. W., Wu, M. S., Bugianesi, R. L., Ponpipom,
     M. M., Furbish, F. S., Barranger, J. A., Brady, R. O.,
     and Shen, T. Y. (1982) *J. Biol. Chem.* 257, 2193-2199

102. Marsh, J. W., Denis, J., and Wriston, J. C. (1977) *J.
     Biol. Chem.* 252, 7678-7684

UofC Special Forms Trailer

JOB NUMBER:           7064
PRINTER SEQUENCE #:   0014

AM670141353                                              AM-ITC 00926020

# END
## of film
## "Please Rewind"

Microfilmed by:

## University of Chicago

## Joseph Regenstein Library

## Department of Photoduplication

## Chicago, Illinois 60637

# Thesis No. T 28401

AM670141354

AM-ITC 00926021