# EXHIBIT F

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent



Erythropoeitin

Management Report

F. Lin, Product Development Team Leader

May 21,1984

CONFIDENTIAL





62

A 112345

AM-ITC 00159015



Product Development Team
Quarterly Report

**PROGRESS LAST QUARTER**

PRODUCT: EPO          TEAM LEADER: F. K. Lin          DATE: 5/21/84

| | Responsibility | Deadline | Date Completed |
|---|---|---|---|
| **1. Mammalian Cell Expression** | | | |
| 1.1 Complete sequence of gene | S.S. | 3/30 | 3/20 |
| 1.2 Construct DHFR expression Vector & transform CHO cells | J.B./R.S. | 4/15 | 5/01 |
| 1.3 Express monkey EPO at 1ug/ml | J.B./R.S. | 5/15 | 5/10 |
| **2. E.coli Expression** | | | |
| 2.1 Complete synthesis of E.coli gene | A.B./E.L. M.P./S.S. | 3/20 | 3/15 |
| 2.2 Sequence synthetic E.coli gene segments | S.S. | 3/30 | 3/15 |
| 2.3 Assemble gene segments together and sequence | S.S. | 4/15 | 4/19 |
| 2.4 Express EPO in E.coli at ≥1% of cell protein | F.K./S.S. | 5/01 | 4/24 |
| **3. Yeast Expression** | | | |
| 3.1 Complete synthesis of yeast gene | A.B./E.L./ M.P./S.S. | 4/01 | 3/20 |
| 3.2 Sequence synthetic yeast gene | S.S. | 4/15 | 5/01 |
| 3.3 Assemble gene in expression vector | S.E. | 5/07 | 5/07 |

CONFIDENTIAL

50247022

63

A 112346

AM-ITC 00159016



<u>Product Development Team</u>
<u>Quarterly Report:</u>

**PROGRESS LAST QUARTER (cont'd)**

<u>ACHIEVEMENTS LAST QUARTER:</u>

1.  Synthetic EPO gene for E.coli and yeast were completed as planned.

2.  Synthetic E.coli EPO gene was tested in 6 different expression systems and     expressed at ~5% of the total cell protein.

3.  Yeast EPO were cloned into α-factor expression vector.

4.  Monkey EPO in CHO, selected, amplified to 300nM MTX.

5.  Human EPO expressed in stable transformers in CHO has started.

6.  Determine the effect of deglycosylation of EPO on its <u>in vivo</u> and <u>in vitro</u> biological activity.  Deglycosylated EPO has <u>full in vitro</u> activity but no <u>in vivo</u> activity.

7.  Optimize RIA for EPO to assay clinical samples.

8.  Started purification of human urinary EPO.

9.  Amino acid sequence of urinary EPO has been completely sequenced except few residues and one disulfide bridge has been determined.

CONFIDENTIAL

5CE1703

64

A 112347

AM-ITC 00159017



Product Development Team
Quarterly Report

\*\*PLANS FOR NEXT QUARTER\*\*

PRODUCT: <u>EPO</u>        TEAM LEADER: <u>F. K. Lin</u>      DATE: <u>5/21/84</u>

| Activity/Responsible Person | 1984 May 15 | 1984 June 15 | 1984 July 15 --Aug.15 |
|---|---|---|---|
| Initial purification of <u>E.coli</u> EPO  (FKL, CHL, JK, TS) | X | | |
| Renaturation and testing for in vitro, in vivo activity (FKL, CHL, JK, TS, JE, CB) | X | X | X |
| Express yeast EPO at 1-5mg/l | X | X | |
| Initial purification of yEPO (TS) | | X | X |
| Initial purification of mammalian EPO (TS) | | X | X |
| Select stable CHO transformants (RS) | X | | |
| Establish frozens (RS) | | X | |
| Start Gene amplification (RS, JB) | | X | |
| Establish mammalian culture Process development (JB, DV) | | X | |
| Assays on rEPO samples (JE, JL, CB) | X | X | X |
| Establish <u>in vivo</u> assay in house (AC) | X | X | X |

CONFIDENTIAL

65

SG-1704

A 112348

AM-ITC 00159018



Product Development Team
Quarterly Report (cont'd)

**PLANS FOR NEXT QUARTER**

| KEY ISSUES | RISK ASSESSMENT |
|---|---|
| 1. Activity of E.coli-derived EPO | High risk as judged from Endof experiments. May require special delivery for E.coli EPO to work. |
| 2. Potential differences in carbohydrate compositions in EPO produced by different cell types may be a problem for FDA | Generation of antibody. Study using CHO-mk EPO (and/or COS-mk EPO) on monkey must be run as soon as possible |
| 3. EPO production in animals (e.g., Bioresponse) | No risk in trying the experiment. Long range risk is acceptability of this material by FDA. |
| 4. Establish cell culture fermentation process development group | Processes are potentially difficult and time-consuming. If delay effort could ultimately affect clinical start date. |
| 5. Establish in vivo assay in house | Potential bottleneck on timeline. Needed as a final quality control test item. |
| 6. Characterization of rEPO by peptide mapping and sequencing | Verification of natural sequence. Relatively low risk. |
| 7. Carbohydrate structure analysis | See (2) above |

CONFIDENTIAL

5024705

66

A 112349

AM-ITC 00159019



Product Development Team
Quarterly Report

LONG RANGE PRODUCT PLAN
**TIMELINE SUMMARY**

## PROJECTED PRODUCT MILESTONES

| ITEM | CURRENT | ORIGINAL PLAN |
|------|---------|---------------|
| | **TARGET DATES** | |
| 1) Select CHO cell line for human EPO | 6/1 | 4/15 - 5/15 |
| 2) Initial purification of material from: yeast | 6/01 - 7/30 | 6/01 - 7/15 |
| from: CHO | 5/15 - 7/30 | 5/15 - 7/01 |

## REASONS FOR REVISED ESTIMATES

1) transfection failure

2) previous estimates were not realistic

CONFIDENTIAL

5CC:1706;

67

A 112360

AM-ITC 00159020



A 112351

AM-ITC 00159021

AMGEN PROJECT TIMELINE

Product: EPO          Team Leader: F. K. LIN          Iteration: 3 /23/84          page 2 of 2

1984                                                              1985

1) PROD: Process Development
2) PROD/QC: Formulation
3) RA: IND Meeting
4) FERM: Filled Cell Process
5) FERM: Cell Seed/Controls
6) FERM: Density Optimization
7) QC: Draft Test Procedures
8) PROD: Manufacture GLP Lot
9) QC: Fill/Test GLP Lot
10) RA: Tox Protocols/Lab Contract
11) QC: GLP Lot Stability
12) RA: Toxicity Testing
13) QC: GMP Documentation
14) PROD: GMP Manufacture Quality Lots
15) QC: Final Product Stability Tests
16) RA: Clinical Investigators Identified
17) RA: Clinical Protocols Finalized
18) RA/QC: Prepare & File IND/Master Files
19) RA: Phase 1 Clinical
20)

AM-ITC 00159022

69





CONFIDENTIAL

502:1709

70

AM-ITC 00159023



Product Development Team
Quarterly Report

**HUMAN RESOURCES**

PRODUCT: <u>EPO</u>        TEAM LEADER: <u>F. K. Lin</u>        DATE: <u>5/21/84</u>

<u>PERSONNEL CURRENTLY ASSIGNED</u> (indicate PDT members as well as all other personnel contributing greater than 10% of total FTE)

| NAME | TITLE | DEPARTMENT | % FTE LAST QUARTER / NEXT QUARTER | |
|------|-------|------------|------------------------|------------------------|
| F. K. Lin | RS | CDNA | 100 | 100 |
| J. Klemencic | RS | CDNA | 60 | 100 |
| C. H. Lin | RA | CDNA | 10 | 100 |
| S. Elliott | RS | Yeast | 90 | 90 |
| | RA | Yeast | 0 | 90 |
| J. Egrie | RS | Immunology | 100 | 100 |
| J. Lane | RA | Immunology | 100 | 100 |
| C. Bradley | RA | Quality Assurance | 50 | 100 |
| A. Cohen | RS | Pharmacology | 0 | 50 |
| J. Browne | RS | Mammalian Vector | 50 | 50 |
| R. Smalling | RA | Mammalian Vector | 90 | 90 |
| G. Trail | RA | Mammalian Vector | 10 | 10 |
| P. Lai | RS | Protein Chem. | 10 | 10 |
| R. Everett | RA | Protein Chem. | 10 | 10 |
| S. Badrawi | RA | B.V.G. | 90 | 0 |
| A. Banks | RS | A.D.I. | 20 | 0 |
| K. Chen | RA | B.V.G. | 40 | 15 |
| E. Lau | RS | A.D.I. | 20 | 0 |

71

CONFIDENTIAL



Product Development Team
Quarterly Report

**HUMAN RESOURCES**

PRODUCT: EPO          TEAM LEADER: F. K. LIN      DATE: 5/21/84

PERSONNEL CURRENTLY ASSIGNED  (indicate PDT members as well as all other personnel contributing greater than 10% of total FTE)

| NAME | TITLE | DEPARTMENT | LAST QUARTER | % FTE / NEXT QUARTER |
|------|-------|------------|--------------|----------------------|
| M. Peters | RS | A.D.I. | 20 | 0 |
| S. Suggs | RS | B. V. G. | 90 | 0 |
| J. Fenno | Director | Regulatory Affairs | 10 | 10 |

B.V.G. = Bacterial Vectors Group

TOTALS    970           1025
(Last Qtr)    (Next Qtr)

72

A 112355



Product Development Team
Quarterly Report

\*\*HUMAN RESOURCES (cont'd)\*\*

BREAKDOWN BY DEPARTMENT

| DEPARTMENT | % FTE |
|---|---|
| Mammalian Vectors | 150 |
| Immunology | 200 |
| Yeast | 90 |
| Bacterial Vectors | 220 |
| Gene Synthesis | 60 |
| cDNA | 170 |
| Protein Chemistry | 20 |
| | |

Total 960

REQUESTED CHANGES

Existing Staff:

In staff involved (some less than full time)



Recommendations for hire:

One RA for J. Browne (mammalian cell expression)
One RA for T. Strickland (protein purification)
Two RS for large scale mammalian culture
Two RA for large scale mammalian culture
One RA with 50% FTE in fermentation

73

A 112356

AM-ITC 00159026