# EXHIBIT N

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent

Dockets.Justia.com

Case 1:05-cv-12237-WGY    Document 578-17    Filed 06/29/2007    Page 2 of 15

©Copyright 1999 by Humana Press Inc.
All rights of any nature whatsoever reserved.
1085-9195/99/30/153–166/$13.50

# Erythropoietin Is Produced by Tubular Cells of the Rat Kidney

*Salim K. Mujais,[1] Nega Beru,[2] Theodore N. Pullman,[3] and Eugene Goldwasser*[2]*

[1]Department of Medicine, Northwestern University Medical School, Chicago, IL; [2]Department of Biochemistry and Molecular Biology, and [3]Department of Medicine, The University of Chicago, Chicago, IL 60637

## ABSTRACT

The cellular site of erythropoietin (epo) production within the mammalian kidney is still not completely understood. In the present study, we examined the expression of epo mRNA in microdissected rat nephron segments by RT-PCR after induction of epo expression with cobalt chloride. Erythropoietin mRNA was not detected in nephron segments from saline injected rats. In cobalt chloride injected animals, epo mRNA was found in the majority of samples from the cortical region of the nephron, PCT, and CAL. Medullary tubule preparations (MCT and MAL) were mostly negative for epo mRNA, and glomeruli were uniformly negative. The induction of epo transcripts in tubular cells by cobalt chloride was paralleled by stimulation of the major transport enzyme in the kidney, namely, Na-K ATPase in a tubular profile similar to that of induction of epo transcripts. These results support some earlier findings that epo gene expression in response to cobalt salt stimulation of rat kidney occurs in transporting tubular epithelial cells.

**Index Entries:** Erythropoietin; nephron segments; tubular cells; cobalt chloride; ATPase.

*Author to whom all correspondence and reprint requests should be addressed.

**Abbreviations:** epo, erythropoietin; RT-PCR, reverse transcriptase polymerase chain reaction; PCT, proximal convoluted tubule including pars recta; CCT, cortical collecting tubule; MAL, medullary ascending limb; MCT, medullary collecting tubule; CAL, cortical ascending limb.

## INTRODUCTION

The cellular site of erythropoietin (epo) production within the mammalian kidney has been the subject of intense study, resulting in conflicting findings *(1–14)*. Several studies indicate production by peritubular/interstitial cells *(1–10)*, whereas others identify proximal tubular epithelial cells as the source of the hormone *(11–16)*. Peritubular/interstitial origin was indicated by the work of Koury et al. *(1,2)*, who using *in situ* hybridization in anemic mice, identified epo production in subpopulations of peritubular cells of either endothelial or mesenchymal origin. Lacombe and her colleagues *(3)* also utilized *in situ* hybridization with anemic mice and identified epo production in peritubular endothelial cells. Semenza et al. *(4)* utilized *in situ* hybridization of anemic transgenic mice and reported epo production by peritubular interstitial cells. Other investigators using in situ hybridization and/or transgenic animals have also claimed peritubular cells as the site of epo production *(5–10)*.

In contrast to the above, several studies *(11–16)* have indicated a tubule cell site for epo production starting with the reports of Smith et al. *(11)* and Rich et al. *(12)*. A. Maxwell et a.l *(13)*, using *in situ* hybridization and immunohistochemistry in hypoxic mice, detected epo production by epithelial tubular cells. Loya et al. *(14)*, using two different methods for epo gene induction ($CO_2$-induced hypoxia and repeated bleeding) in transgenic mice carrying the epo gene promoter and β-glactosidase reporter identified tubular epithelial cells, specifically PCT, as the site of hypoxia sensing. Similar results using different methods were reported by Haidar et al. *(15)*. Finally, Shanks et al. *(16)*, using digoxigenin-labeled oligonucleotide probes, localized epo gene expression to the PCT. The reason for these discrepancies is not at all clear yet.

In the present work, we undertook to identify the site(s) of epo production by coupling microdissection of specific nephron segments with RT-PCR using kidneys from rats injected with cobalt chloride as the inducing agent.

## METHODS

Male albino Sprague-Dawley rats were used in all experiments. Rats received a normal chow diet and ad lib access to drinking water. A subset of rats received a sham injection and another subset received 1 mL of a 75 m$M$ solution of cobalt chloride in saline subcutaneously *(17,18)*. Tubule microdissection was performed 12 h after cobalt chloride injection.

### *Localization of Erythropoietin mRNA*

TUBULE MICRODISSECTION *(19)*

The rats (190–250 g) were anesthetized and killed by exsanguination from the abdominal aorta, and the left kidney was perfused with a collagenase-containing modified Hanks solution (NaCl, 137 m$M$; KCl, 5 m$M$; MgSO$_4$, 0.8 m$M$; Na$_2$HPO$_4$, 0.33 m$M$; KH$_2$PO4, 0.44 m$M$; MgCl$_2$, 1 m$M$; CaCl$_2$, 1 m$M$; Tris-HCl, 10 m$M$; collagenase, type 1 (Sigma Chemical Co., St. Louis, MO), 400 U/mL; and bovine serum albumin, 0.05%; pH 7.4). Thin pyramids were cut along the corticopapillary axis and incubated for 7 min in the same medium at 37°C, after which they were carefully rinsed with cold microdissection solution (same as perfusion solution except that CaCl$_2$ was 0.25 m$M$ and collagenase and albumin were excluded). Segments from different parts of the nephron were dissected freehand under steremicroscopic observation in the cold (1–4°C), transferred with minimal amounts of solution to 400 mL of denaturing solution (4 $M$ guanidinium isothiocyanate, 25 m$M$ sodium citrate, pH 7.0; 0.5% sarcosyl; and 0.1 $M$ 2-mercaptoethanol). The denaturing solution was kept on ice prior to addition of nephron segments and immediately frozen on dry ice after tissue addition. Subsequently, all samples were frozen at −20°C until RNA extraction. Nephron segments were identified on the basis of morphologic and topographic characteristics during dissection which was limited to less than 30 min in all experiments. Twenty segments of each part of the nephron were pooled in a single sample representative of that nephron segment to guard against the possible loss of mRNA during the isolation procedure. A new transfer pipette was used for each part of the nephron to avoid contamination. The following nephron segments were obtained: glomeruli, PCT, MAL, CAL, CCT, and MCT.

**RNA EXTRACTION**

To each pool of nephron segments, 20 mg of tRNA was added as carrier. Sequentially, 0.1 mL of 2 *M* sodium acetate, pH 4.0, 1 mL of phenol (water saturated), and 0.2 mL of chloroform-isoamyl alcohol mixture (49:1) were added with thorough mixing by inversion after the addition of each reagent. The final suspension was shaken vigorously for 10 s and cooled on ice for 15 min. Samples were centrifuged at 10,000g for 20 min at 4°C. After centrifugation, the aqueous phase (RNA containing) was transferred to a fresh tube, mixed with 1ml of isopropanol, and then placed at –20°C for at least 1 h to precipitate the RNA. Sedimentation at 10,000g for 20 min was again performed and the resultant pellet dissolved in 0.3 mL of the original denaturing solution, transferred into a 1.5-mL Eppendorf tube, and precipitated with 1 volume of isopropanol at –20°C for 1 h. After centrifugation for 10 min at 4°C, the RNA pellet was resuspended in 75% ethanol, sedimented, vacuum dried (15 min) and dissolved in 50 mL of 0.5% sodium dodecyl sulfate at 65°C for 10 min.

**DETECTION OF ERYTHROPOIETIN mRNA BY RT-PCR**

For RT-PCR, upstream (sense) and downstream (antisense) primers corresponding to sequences in exons 2 and 5 of the mouse epo gene were synthesized on a DNA synthesizer from applied Biosystems (Foster City, CA). The sequence of the upstream primer was 5'CTCTGGGCCTCCCAGTC3', and that of the downstream primer was 5'TGTTCGGAGTGGAGCAG3'. These primers should, and do, generate a 0.41 Kb fragment of cDNA. One microgram of RNA was reverse transcribed in 80 mL of 1XPCR buffer (10 m*M* Tris-HCl pH 8.3, 50 m*M* Kcl, 1.5 mM MgCl2, 0.001% gelatin) containing 200 ng of downstream primer, 20 U of RNasin (Boerhinger-Mannheim), 1 m*M* of each dNTP and 60 U of reverse transcriptase (Gibco-BRL). Reaction was for 10 min at 25°C, and 60 min at 42°C. After heat inactivation of reverse transcriptase, and dissociation of the RNA/DNA hybrid at 95°C for 5 min, 80 mL of 1XPCR buffer containing 200 ng of the upstream primer and 2.5 U of *Taq* polymerase were added. After layering with mineral oil, 50 PCR cycles were run, each cycle being 2 min at 94°C to denature, 2 min at 55°C to anneal, and 2 min at 72°C for the polymerization step. PCR products were analyzed on 1% agarose gels and, after blotting to Gene Screen Plus (E.I. Dupont, Wilmington, DE) hybridized to a [32]P-labeled epo probe as described earlier *(20)*. As mRNA for actin was simultaneously assayed in all

samples, a true epo negative was a sample that was also actin positive, a true positive was a sample positive for both actin and epo. When both epo and actin were negative, the sample was discarded. The upstream primer for actin was 5'CAGAGCAAGAGAGGCATCCT3'. The downstream primer was 5'TTGAAGGTCTCAAACATGAT3'. These primers generate a 210 bp fragment of cDNA. The PCR conditions were 30 cycles with each cycle being 1 min at 94°C to denature, 2 min at 50°C to anneal, and 0.5 min at 72°C for the polymerization step.

## Na:K Pump Function

Tubule microdissection was as described earlier. The tubules were individually transferred to a concave bacteriological slide and photographed to determine their length.

## ATPase Activity (21,22)

This was measured after osmotic and cryo-permeabilization by incubation of tubule segments for 15 min at 37°C in 2 mL of the following solutions. For determination of total ATPase activity, the incubation medium contained (in m$M$): NaCl, 50; KCl, 5; MgCl$_2$, 10; EGTA, 1; Tris-HCl, 100; Na$_2$ATP (grade II, vanadate-free, Sigma Chemical Co.), 10; and [$\gamma$-$^{32}$P]ATP (New England Nuclear, Boston, MA) in tracer amount (5 nCi/mL). For determination of Mg-dependent ATPase activity, NaCl, and KCl were omitted. Tris-HCl was 150 m$M$ and 1 m$M$ ouabain was added. Phosphate liberated by the hydrolysis of [$\gamma$-$^{32}$P]ATP was separated by filtration through a Millipore filter (Millipore Continental Water Systems, Bedford, MA) after adsorption of the unhydrolyzed nucleotide on activated charcoal. The radioactivity in the eluate was counted in a liquid scintillation counter.

Total and Mg-dependent ATPase activities were each determined on 5 replicate samples (3–5 mm tubule each) from individual animals, and were expressed as picomoles of inorganic phosphate liberated per millimeter of tubule length per hour. Sodium- and potassium-dependent, ouabain-inhibitable ATPase was taken as the difference between the means of each group of measurements and thus represents a single datum point in each animal; the results show mean values of these determinations in all animals within a given experimental group. To minimize the variability between experiments, one appropriate control and one experimental animal were studied simultaneously.

158                                            *Mujais et al.*



**LANE  1   2   3  4  5 6 7   8   9   10  11**

Fig. 1. Representative Southern blot analysis of RT-PCR-derived samples of nephron segments. This Southern blot analysis shows detection of epo mRNA signal for various segments, of the rat nephron. Actin was positive for all above segments except lane 5. In this run, PCT was consistently positive, MAL were negative, except for a weak signal in lane 7, and CCT positive in two lanes and negative in one lane (lane 10). These results were from 4 rats treated with cobalt 12 h prior to microdissection. Lanes 1, 2, 8, and 9 represent PCT, lanes 3, 10, and 11 CCT, lanes 4, 5, 6, and 7 represent MAL. Lanes 1–6 represent results from one rat, but lanes 7–11 are from a second rat.

## RESULTS

### *Effects of Cobalt Chloride on epo mRNA*

Figure 1 shows a representative Southern blot analysis of the RT-PCR results with nephron segments. All of the lanes except 5 were actin positive. The epo mRNA signal (0.4 kb) was present in lanes 1, 2, 8, and 9 (PCT). Lanes 3 and 11 (CCT) were positive and lane 10 (CCT) was negative. Lanes 4 and 5 (MAL) were negative, lane 5 was actin negative and lane 7 (MAL) was weakly positive. The results of this and up to 21 more experiments with cobalt chloride injected rats are summarized in Table 1. Regardless of cell type we found a preponderance of epo mRNA positives in the cortical region of the nephron, in agreement with previous findings by *in situ* hybridization (1–3). In addition the segments with the highest

*Erythropoietin in Rats* 159

Table 1

Localization of Erythropoietin mRNA in Isolated Rat Nephron Segments[a]

| Segment | Total | Positive | %Positive |
|---|---|---|---|
| Glomerulus | 4 | 0 | 0 |
| PCT | 22 | 16 | 73 |
| MAL | 15 | 2 | 13 |
| CAL | 5 | 4 | 80 |
| MCT | 10 | 1 | 10 |
| CCT | 15 | 5 | 33 |

[a]Only those preparations positive for actin mRNA were scored. PCT, proximal convoluted tubule including pars recta; MAL, medullary ascending limb, CAL, cortical ascending limb, MCT, medullary collecting tubule, CCT, cortical collecting tubule.

numbers of positives were PCT and CAL both of which are in close proximity to each other in the kidney. No epo mRNA was detected in any sample from control (saline injected) rats nor was any found in isolated glomeruli of stimulated rats. This latter result also argues against the interstitial cell as the source of epo mRNA since PCT and glomeruli are in close proximity and if interstitial cells were the source of epo mRNA one would, reasonably, expect the glomeruli to be positive. The presence of peritubular cells close to both PCT and glomeruli is clearly seen in Figure 3a of ref. 3.

### Effects of Cobalt Chloride on Na-K-ATPase Activity

The following experiment was done to validate micro-dissection as a method to localize an important renal function. Because Na-K-ATPase activity is closely related to oxidative work of the nephron and since it has been suggested that PCT could be the source of hypoxia (or cobalt salt) sensing in the induction of epo formation (23) it could provide additional evidence suggesting that renal epithelial cells are involved in epo production. Cobalt chloride administration induced Na:K pump activity in a segment specific fashion with a major increase in the PCT (from $2520 \pm 60$ to $3640 \pm 360$ pmol/mm/h, $p < 0.01$) and a more modest increment in the CCT (from $1140 \pm 70$ to $1370 \pm 80$ pmol/mm/h, $p < 0.05$) with no changes in other nephron segments (MAL: sham $4790 \pm 220$, cobalt chloride $4660 \pm 140$ pmol/mm/h, $p > 0.1$; MCT: sham $850 \pm 60$, cobalt chloride $890 \pm 80$ pmol/mm/h, $p > 0.1$) (Fig. 2).



Fig. 2. Segment-specific induction of Na-K-ATPase activity by cobalt chloride along the rat nephron. Effects of cobalt chloride on Na-K-ATPase activity in different nephron segment ($N = 8$ for each group).

## DISCUSSION

The findings of the present study can be summarized as follows:

1. Cobalt chloride induced an increase in epo mRNA in a segment specific fashion with a major increase in the cortical tubular region of the nephron and a more modest increment in the CCT with small or insignificant changes in other nephron segments.
2. Cobalt chloride induced an increase in Na:K pump activity in a segment specific fashion with a major increase in the PCT and a more modest increment in the CCT with no detectable changes in other nephron segments.
3. The concordance of the effects of cobalt chloride on epo mRNA induction and Na-K-ATPase activity lends some support to the hypothesis that epo expression occurs in actively transporting epithelia, hence providing a possible link between oxygen consumption and epo production.

The results of the present study are contrary to the results reported by several investigators identifying peritubular cells as the source of epo production *(1–10)*, but are consistent with the finding of others identifying tubular cells as the site of production of the hormone *(11–16)*. Technical differences may be responsible for these

differences. We utilized isolated microdissected nephron segments that under similar conditions of dissection have normal hormonal binding behavior *(19)*, normal oxygen consumption and substrate utilization *(24)*, active electrolyte transport *(25)*, and intact transport enzyme activities *(21,22,26,27)*.

Da Silva and his colleagues *(8)* have also utilized RT-PCR in microdissected nephron segments and reported no detection of epo mRNA in tubular preparations. Their negative findings may have been due to technical factors such as a prolonged incubation with collagenase (45–55 min vs 7 min in the present study), prolonged dissection time (approx 90 min vs <30 min in the present study), cold storage of the tubule segments prior to RNA extraction (vs immediate extraction in the present study), and the small number of samples (3/nephron segment vs. up to 22 in the present study). Further, the finding of glyceraldehyde phosphate dehydrogenase (GAPDH) transcripts by RT-PCR in tubular fragments by their methods cannot be taken as evidence against the above issues since epo mRNA has been shown to be degraded faster than GAPDH mRNA in renal preparations *(28)*.

It can be argued that the nephron segments we studied may have been contaminated with peritubular cells which were the source of the epo mRNA. The consistent finding of positive message in PCT, and the fact that many other segments showed no message make that a less likely explanation since they should show similar contamination with nonnephron cells. The negative results with the micro-dissected glomeruli support this view.

The studies favoring peritubular location for epo producing cells disagree on the nature of the peribtubular cells. In their early report, Koury and coworkers *(1)* had suggested that their results were consistent with either an endothelial or interstitial messenchymal cell locus for epo production. Lacombe and her colleagues *(3)* suggested endothelial cells on the basis of morphology and factor VIII staining. In contrast, P. Maxwell et al. *(5)* found no staining for Factor VIII or PECAM/CD31 in epo producing cells, and no endothelial cell staining by electron microscopy. They concluded that epo producing cells were interstitial Type 1 cells, which are fibroblast like cells distinct from endothelial cells, or dentritic cells of bone marrow origin *(5)*. Bachmann et al. *(7)* also favored interstitial fibroblasts as the origin of renal epo based on the colocalization of epo mRNA and ecto-5'-nucleosidase immunoreactivity.

Consistent with our findings are the results of A. Maxwell and his colleagues (13) who showed epo message in tubular cells by in situ hybridization and by indirect immunoflurescence. It is also clear from their published micrographs that the tubular segment in question is the PCT (13). Similarly, Loya et al. (14) found maximal epo promoter action in PCT of transgenic mice after hypoxia, and Haidar et al. (15) reported similar findings using electron microscopy. In our study, the segment with most consistent expression of epo mRNA after cobalt chloride injection was the PCT.

Additional arguments can be presented in favor of a tubular origin for epo in the mammalian kidney. Human renal tumors of epithelial tubular origin produce erythropoietin constitutively which is not due to a rearrangement in the vicinity of the epo gene (29). Further, a cell line derived from a renal carcinoma produced epo in culture (30) in an agonist responsive fashion (31). As the renal carcinomas are thought to originate from the PCT, such epo production is consistent with our findings. Nontumor cell lines derived from proximal tubular epithelia have also been described to produce epo (32) whereas no epo production has been reported with interstitial cell cultures or interstitial cell tumors (33).

We found a concordance between the sites of induction of epo mRNA by cobalt chloride and the stimulation of the Na:K pump, the primary oxygen consuming process in the kidney. The effects of cobalt chloride on transport have been explored in a variety of epithelial systems showing a consistent stimulatory effect (34–36). Underlying this effect of cobalt chloride is its ability to induce local regulators of the Na:K pump such as the activity of heme oxygenase (37–40). This induction leads to the enchanced degradation of cytochrome P450 and associated depression of mono-oxygenase activities that are dependent on this hemoprotein. Depression of monooxygenase activity secondary to cobalt chloride administration would be associated with reduced production of endogenous pump inhibitors and consequently an increase in Na-K-ATPase activity would be expected (37,40).

The concordance between induction of epo transcripts and stimulation of the Na:K pump in the proximal tubule is also consistent with the correlation found between renal oxygen consumption and epo secretion by the kidney. Inhibition of Na transport at the level of the proximal tubule by diuretics is associated with a reduction in the epo secretory response to hypoxia (41). Interference with

sodium transport at other nephron sites such as the MAL or CCT has no effect on epo response to hypoxia *(41)*. Taken together, these observations offer further support for the localization of epo production to tubular epithelial cells.

In summary, our study provides additional evidence for a tubular site of epo production within the rat kidney.

## ACKNOWLEDGMENTS

This work was supported in part by HL21676 from the National Heart, Lung and Blood Institute (NIH) and a gift from Kirin-Amgen.

## REFERENCES

1. Koury, S. T., Bondurant, M. C., and Koury, M. J. (1988) Localization of erythropoietin synthesizing cells in murine kidneys by in situ hybridization. *Blood* **71,** 524–527.
2. Koury, S. T., Koury, M. J., Bondurant, M. C., Caro, J., and Graber, S. E. (1989) Quantitation of erythropoietin producing cells in kidneys of mice by in situ hybridization: correlation with hematocrit, renal erythropoietin mRNA, and serum erythropoietin concentration. *Blood* **74,** 645–651.
3. Lacombe, C., Da Silva, J. L., Bruneval, P., Fournier, J. G., Wendling, F., Casadevall, N., Camilleri, J. P., Bariety, J., Varet, B., and Tambourin, P. (1988) Peritubular cells are the site of erythropoietin synthesis in the murine hypoxic kidney. *J. Clin. Invest.* **81,** 620–623.
4. Semenza, G. L., Koury, S. T., Nejfelt, M. K., Gearhart, J. D., and Antonarakis, S. E. (1991) Cell-type-specific and hypoxia-inducible expression of the human erythropoietin gene in transgenic mice. *Proc. Natl. Acad. Sci. USA* **88,** 8725–8729.
5. Maxwell, P. H., Osmond, M. K., Pugh, C. W., Heryet, A., Nicholls, L. G., Tan, C. C., Doe, B. G., Ferguson, D. J. P., Johnson, M. H., and Ratcliffe, P. J. (1993) Identification of the renal erythropoietin-producing cells using transgenic mice. *Kidney Int.* **44,** 1149–1162.
6. Kurz, A., Eckardt, K. U., Neumann, R., Kaissling, B., Le Hir, M., and Bauer, C. (1989) Site of erythropoietin formation, in *Erythropoietin: From Molecular Structure to Clinical Application. Contributions to Nephrology,* Vol. 76 (Baldamus, C. A., Scigalla, P., Wieczorek, L., Koch, K. M., eds.), Karger, Basel, Switzerland, pp. 14–23.
7. Bachmann, S., LeHir, M., and Ekhardt, K. U. (1993) Co-localization of erythropoietin mRNA and ecto-5'-nucleosidase immunoreactivity in peritubular cells of rat renal cortex indicate that fibroblasts produce erythropoietin. *J. Histochem. Cytochem.* **41,** 335–341.

8. Da Silva, J. L., Schwatzman, M. L., Goodman, A., Levere, R. D., and Abraham, N. G. (1994) Localization of erythropoietin mRNA in the rat kidney by polymerase chain reaction. *J. Cell. Biochem.* **54,** 239–246.
9. Darby, I. A., Evans, B. A., Fu, P., Lim, G. B., Moritz, K. M., and Wintour, E. M. (1995) Erythropoietin gene expression in fetal and adult sheep kidney. *Br. J. Haematol.* **89,** 266–270.
10. Fisher, J. W., Koury, S., Ducey, T., and Mendel, S. (1996) Erythropoietin production by interstitial cells of hypoxic monkey kidneys. *Br. J. Haematol.* **95,** 27–32.
11. Smith, D. H., Maples, P. B., Beru, N., and Goldwasser, E. (1986) Identification of erythropoietin producing cells in mammalian kidney by in situ hybridization. *Blood* **68,** 170A.
12. Rich, I. N., Noe, G., Vogt, C., and Lemke, C. (1990) Erythropoietin is produced in the tubules of the renal cortex. *Blood* (suppl 1) 76.
13. Maxwell, A. P., Lappin, T. R. J., Johnston, C. F., Bridges, J. M., and McGeown, M. G. (1990) Erythropoietin production in kidney tubular cells. *Br. J. Haematol.* **74,** 535–539.
14. Loya, F., Yang, Y., Lin, H., Goldwasser, E., and Albitar, M. (1994) Transgenic mice carrying the erythropoietin gene promoter linked to lacZ express the reporter in proximal convoluted tubule cells after hypoxia. *Blood* **84,** 1831–1836.
15. Haidar, M. A., Loya, F., Yang, Y., Lin, H., Glassman, A., and Goldwasser, E., Albitar, M. (1997) Electron microscopic localization of lacZ expression in the proximal convoluted tubular cells of the kidney in transgenic mice carrying chimeric erythropoietin/lacZ gene constructs. *J. Structural Biol.* **118,** 220–225.
16. Shanks, J. H., Hill, C. M., Lappin, T. R. J., and Maxwell, A. P. (1996) Localization of erythropoietin gene expresion in proximal tubular cells detected by digoxigenin-labelled oligonucleotide probes. *J. Pathol.* **179,** 283–287.
17. Abraham, N. G., Levere, R. D., Lin, J. H., Beru, N., Hermine, O., and Goldwasser, E. (1991) Co-regulation of heme oxygenase and erythropoietin genes. *J. Cell. Biochem.* **47,** 43–48.
18. Beru, N., McDonald, J., Lacombe, C., and Goldwasser, E. (1986) Expression of the erythropoietin gene. *Mol. Cell. Biol.* **6,** 2571–2575.
19. Mujais, S. K., Kauffman, S., and Katz, A. L. (1986) Angiotensin II binding sites in individual segments of the rat nephron. *J. Clin. Invest.* **76,** 315–318.
20. Hermine, O., Beru, N., Pech, N., Goldwasser, E. (1991) An autocrine role for erythropoietin in mouse hemopoietic cell differentiaton. *Blood* **78,** 2253–2260.

21. Mujais, S. K. (1988) Renal memory after potassium adaptation: role of NA-K-ATPase. *Am. J. Physiol. (Renal Fluid Electrolyte Physiol. 23)* **254,** F840–F850.
22. Salem, M. M., Chen, Y., and Mujais, S. K. (1993) Potassium adaptation in hypothyroidism: changes in transport adenosinetriphosphatases. *Am. J. Physiol. (Renal Fluid and Electrolyte Physiol. 33)* **264,** F31–F36.
23. Erslev, A. J., Caro, J., and Besarab, A. (1985) Why the kidney? *Nephron* **41,** 213-216.
24. Mujais, S. K., and Zahid, M. (1992) Tubular $CO_2$ production from glutamine in the rat: segmental profile and modulation. *Renal Physiol. Biochem.* **15,** 119–128.
25. Kimura, H. and Mujais, S. K. (1990) Cortical collecting duct Na:K pump in obstructive nephropathy. *Am. J. Physiol.* **258,** F1320–F1327.
26. Mujais, S. K., Chen, Y., and Nora, N. A. (1992) Discordant aspects of aldosterone resistance in K depletion. *Am. J. Physiol. (Renal Fluid and Electrolyte Physiol. 31)* **262,** F972–F979.
27. Mujais, S. K., Chen, Y., and Nora, N. A. (1992) Vasopressin resistance in potassium depletion: role of Na:K pump. *Am. J. Physiol. (Renal Fluid and Electrolyte Physiol. 32)* **263,** F705–F710.
28. Schuster, S. J., Wilson, J. H., Erslev, A. J., and Caro, J. (1987) Physiologic regulation and tissue localization of renal erythropoeitin messenger RNA. *Blood* **70,** 316–318.
29. Da Silva, J. L., Lacombe, C., Bruneval, P., Casadevall, N., Leporrier, M., Camilleri, J. P., Bariety, J., Tambourin, P., and Varet, B. (1990) Tumor cells are the site of erythropoietin synthesis in human renal cancers associated with polycythemia. *Blood* **75,** 577–582.
30. Sherwood, J. B. and Goldwasser, E. (1976) Erythropoietin production by human renal carcinoma cells in culture. *Endocrinology* **99,** 504–510.
31. Sherwood, J. B., Burns, E. R., and Shouval, D. (1987) Stimulation by cAMP of erythropoietin secretion by an established human renal carcinoma cell line. *Blood* **69,** 1053–1057.
32. Caro, J., Hickey, J., and Erslev, A. J. (1984) Erythropoietin production by an established kidney proximal tubular cell line (LLCPK1). *Exp. Hematol.* **12,** 357A.
33. Maxwell, P., Ferguson, D. J. P., Nicholis, L. G., Iredale, J. P., Pugh, C. W., Johnson, M. H., and Ratcliffe, P. J. (1997) Sites of erythropoietin production. *Kidney Int.* **51,** 393–401.
34. Natochin, Y. V., Goncharevskaya, O. A., and Monin, Y. A. (1986) Cobalt-dependent stimulation of sodium transport in the amphibian skin and nephron. *Comp. Biochem. Physiol.* **84A,** 353–355.
35. Goncharevskaya, O. A., Monin, Y. G., and Natochin, Y. V. (1986) The influence of furosemide and Co on electrolyte and water transport in newt distal tubule and frog skin. *Pflugers Archiv.* **406,** 557–562.

*166*                                                                                          *Mujais et al.*

36. Civan, M. M., Oler, A., Peterson-Yantorno, K., George, K., and O'Briens, T. G. (1991) Ca-independent form of protein kinase C may regulat Na transport across frog skin. *J. Membrane Biol.* **121,** 37–50.
37. McGiff, J. C. (1991) Cytochrome P450 metabolism of arachidonic acid. *Ann. Rev. Pharmacol. Toxicol.* **31,** 339–369.
38. Lin, J. H., Villalon, P., Martasek, P., and Abraham, N. G. (1990) Regulation of heme oxygenase gene expression by cobalt in rat liver and kidney. *Eur. J. Biochem.* **192,** 577–582.
39. Tomaro, M. L., Frydman, J., and Frydman, R. B. (1991) Heme oxygenase induction by $CoCl_2$, Co-Protoporphyrin IX, phenylhydrazine, and Diamide. *Arch. Biochem. Biophys.* **286,** 610–617.
40. Endou, H. (1983) Cytochrome P-450 monooxygenase system in the rabbit kidney: its intranephron localization and its induction. *Jpn. J. Pharmacol.* **33,** 423–433.
41. Eckardt, K. U., Kurtz, A., and Bauer, C. (1989) Regulation of erythropoietin production is related to proximal tubular function. *Am. J. Physiol.* **256,** F942–F947.