# EXHIBIT S
# PART 2

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent

Dockets.Justia.com

Table XII. *continued*

| Genetic defect/variation | Basic defect in glycosylation | Biological consequence(s) | References |
|---|---|---|---|
| IgG cryoglobulin | *N*-Linked glycosylation in first heavy chain hypervariable region | Precipitation of immunoglobulin in the cold, leading to vascular problems | (991) |
| Type I procollagen in a case of osteogenesis imperfecta | ?New *N*-linked glycosylation site in carboxy-terminal peptide | Cause of increased fragility of bones? | (992) |
| Saposin B in a case of congenital deficiency | Point mutation eliminates a new *N*-linked glycosylation site | Unmasking of proteolytic site causes rapid turnover, resulting in deficiency | (993) |
| Haemophilia A variant | Point mutation creates a new *N*-linked glycosylation site | Decreased function of Factor VIII, leading to bleeding disorder | (994) |
| ~~C1 inhibitor Ta~~ | ~~Additional glycosylation site created by~~ three-base deletion | ~~Type II hereditary angioneurotic edema~~ | ~~(271)~~ |
| Albumin Redhill | New glycosylation site and altered signal peptidase cleavage | No obvious phenotype(?) | (995) |
| Protein S (Heerlen polymorphism) | Loss of glycosylation site | No change in protein C binding. No phenotype | (290) |
| Deficiency of UDP-Gal: 3-α-galactosyltransferase (in humans, apes and Old World monkeys) | Marked decrease of Galα1-3Galβ1-4GlcNAc sequences terminating glycoprotein and glycolipid oligosaccharides | No obvious abnormality results. All humans have a natural antibody (up to 1% of circulating IgG) against Galα1-3-Galβ1-4GlcNAc sequences | (996–999) |
| Polymorphic expression of active or null alleles for UDP-Gal: H-precursor 3-α-galactosyltransferase (B-enzyme) and UDP-GalNAc: H-precursor 3-α-N-acetylgalactos-aminyltransferase (A enzyme) | Polymorphism expression of A and B and O blood groups structures terminating glycoprotein and glycolipid oligosaccharides | No obvious abnormality results. Humans have natural antibodies against the blood group sequences that they do not express | 90, 123, 148, 1000–1003) |
| Polymorphic expression of Sd[a] antigen in humans | Polymorphism in expression of GalNAcβ1-4[NeuAcα2-3]Galβ1-4GlcNAc | No obvious abnormality results | (1004, 1005) |
| Polymorphic expression of UDP-Gal: Galα1-4 galactosyltransferases (the P blood group system). Some individuals lack the enzyme(s) (blood group p) | Polymorphism in the expression of P, P1 and P[k] blood group structures terminating glycoprotein and glycolipid oligosaccharides | No obvious abnormality results. Individuals with some P blood groups are at greater risk for urinary tract infections with *E.coli* carrying specific P-fimbriae, because they express the cognate oligosaccharide ligand on their urothelial surfaces | (140, 141, 444–446, 449, 450) |
| Primary enzymatic basis not fully defined | Polymorphic expression of *N*-acetyl and *N*-glycolyl-neuraminic acid on the erythrocyte gangliosides of dogs and cats | No grossly obvious consequences in dogs. Possibly related to the geographic co-migration of dogs with humans, and subsequent breeding patterns. In cats, this accounts for a major blood group system | (1006–1008) |
| Differing levels of expression of ganglioside biosynthetic enzymes in the livers of different inbred strains of mice | Differences in the overall pattern of ganglioside expression in the liver and other organs | No grossly obvious consequences | (1009–1012) |

Note: unless otherwise stated, the defects reported in this table were found in humans.

## Unusual oligosaccharides or modifications are also more likely to arise from interactions with microorganisms and other noxious agents

The constant balance between the 'traitorous' and 'masking' functions of oligosaccharides has been discussed above (see Tables IV and V). In most cases, it is the terminal or outer sugars and their modifications that are involved in these life-and-death interactions. Consequently, while such structures may be more involved in specific biological roles within the organism, they are also most likely to vary as a result of host–pathogen interactions. However, the two functions need not be mutually exclusive. For example, it is possible that while *O*-acetylation of sialic acids on mucosal surfaces may play a protective role in host–microbial interaction, the temporal and spatial gradients of expression of *O*-acetylation found in the developing nervous system may play important roles in the process of development in the brain. The challenge then is to predict and sort out which of these two completely distinct roles are to be assigned to a given oligosaccharide structure.

In some cases of sporadic autoimmune reactions to oligosaccharides, the antigenic structures are normally present in adult tissues (e.g. antibodies against peripheral nerve glycolipids seen in some individuals with multiple myeloma). However, there are examples of oligosaccharide structures which when expressed postnatally by the organism result universally in an immune response. The best examples in humans are the conversion of *N*-acetylneuraminic acid to *N*-glycolylneuraminic acid (1040, 1041) and the expression of Galα1-3 Gal sequences (see Table XII). In these cases, the structures are not expressed in normal adults, but can appear in

disease states such as cancer, resulting in immune reactions due to newly induced or pre-existing antibodies. In at least one case (*N*-glycolylneuraminic acid), it is clear that expression actually does occur in the normal fetus, but is then suppressed post-natally in the normal adult. The oligosaccharides in question evidently must have no normal functions in the adult. However, it is likely that their expression in the fetus is a required event and is a case of ontogeny recapitulating phylogeny.

**Is there a common theme to the varied functions of oligosaccharides?**

We have reviewed the evidence that all of the diverse theories regarding the functions of oligosaccharides are correct, but that exceptions to almost every theory can also be found. In the final analysis, the only common feature of all of these functions is that they either mediate 'specific recognition' events or that they provide 'modulation' of biological processes. In so doing, they help to generate the functional diversity that is required for the evolution and development of different types of cells, tissues, organs and species. There is a limited number of genes available in the genome for the generation of such diversity. Thus, it should not be surprising that an oligosaccharide structure resulting from the action of a single gene product could be utilized to generate a wide variety of functions in different tissues at different times in the life cycle of the organism. However, even complete knowledge about the structure, biosynthesis and expression of a particular type of structure does not necessarily give us clues to its specific functions. The challenge before us is to design experiments to differentiate between the trivial and crucial functions mediated by a given oligosaccharide.

**Approaches to uncovering specific biological roles of oligosaccharides**

Some functions of oligosaccharides are discovered serendipitously. In most cases, the investigator who has elucidated complete details of the structure and biosynthesis of a specific oligosaccharide is still left without knowing its functions. If it is possible to make educated guesses about the role of the oligosaccharide in question, this can sometimes lead to definitive experiments. However, conclusive proof of the biological roles of an oligosaccharide sequence often requires analysis of mutants that are defective in such a structure. It is therefore useful to consider the lessons that have been learned to date by studying such mutants.

**Genetic or acquired defects in glycosylation are easily obtained in cultured cells, but have somewhat limited consequences**

The essential pathways of biosynthesis of most of the major classes of oligosaccharides have now been worked out and involve a large number of gene products, including many families of glycosyltransferases. Tissue culture cell lines with mutations in a variety of specific steps in the biosynthesis of *N*-linked oligosaccharides, glycosaminoglycans, *O*-linked oligosaccharides and glycophospholipid anchors have been obtained, including some with defects in very early steps in the biosynthetic pathways (for examples, see 30,71,1043,1044). Mutants affecting the biosynthesis of dolichol sugars, sugar nucleotides or sugar nucleotide transport into the Golgi apparatus have also been obtained, and have pleiotropic effects on the biosynthesis of multiple types of glycoconjugates in the same cell. Likewise, cell lines can be grown in the presence of global inhibitors of the biosynthesis and processing of several types of oligosaccharides (for example, see 1042). In most of these situations, the abnormalities in glycosylation seem to have limited consequences to the growth and maintenance of these tissue culture cell lines. This suggests that many (though not all) aspects of glycosylation are of limited importance in the day-to-day housekeeping functions of the single cell, when it is in a protected environment, under optimal conditions of growth. Of note, however, some of these mutants do show alterations in density-dependent growth inhibition and others demonstrate changes in tumorigenicity or metastatic behaviour when injected into athymic mice (1045). This suggests that many of the more specific biological roles of oligosaccharides need to be uncovered by studying mutations in the intact multicellular organism.

**Genetic defects in glycosylation are rare in intact organisms, but have highly variable consequences**

In contrast to the situation *in vitro*, genetic defects in glycosylation are surprisingly rare in intact organisms. There are few other biochemical pathways in which naturally occurring mutants in mouse and man are so uncommon. In the few instances in which glycosylation mutants have been observed in intact complex multicellular organisms, the consequences have been highly variable (see Table XII). In humans, the effects of genetically altered glycosylation range from severe lethal diseases such as I-cell disease to apparently unremarkable consequences such the ABO blood group polymorphisms. Glycosylation mutants in intact mice are even more uncommon. The rarity of such naturally occurring mutations could be explained in several ways. It is possible that they do occur frequently, but have little detectable biological consequence. A more likely possibility is that the great majority of them cause lethal aberrations that prevent completion of embryogenesis. A third possibility is that mutations in glycosylation remain undetected because of alternate or 'fail-safe' mechanisms that ensure that vital biological functions are carried out by more than one pathway. In this regard, it is worth noting that the congenital absence of a variety of highly conserved proteins in humans (e.g. glycophorin A, haptoglobin, prekallikrein, myeloperoxidase, coagulation factor XII and high molecular weight kininogen) are also known to have little biological or pathological consequence. Likewise, many 'knockout' experiments involving highly conserved proteins such as cellular proto-oncogenes have surprisingly limited consequences in the intact mouse (1047, 1049).

**Creating mutants in glycosylation in intact organisms: a challenge for the future**

To explore these issues, it appears necessary to create mutants in glycosylation in intact animals. Several possible approaches could be taken towards this goal. Antibodies or lectins specific for certain oligosaccharide sequences could be expressed in transgenic animals or injected into specific developing tissues. However, since such molecules are multivalent, they may

**Table XIII.** Altered oligosaccharides in diseases without a known primary defect in glycosylation

| Glycoconjugate(s) affected | Change in oligosaccharides | Biological effect(s) | References |
|---|---|---|---|
| Plasma fibrinogen in hepatoma and in congenital dysfibrinogenaemias | Increased branching or number of *N*-linked oligosaccharides and increased sialic acid content | Prolonged thrombin time and reptilase time. Inhibition of coagulation | (278–280) |
| Plasma membrane and secreted proteins in cystic fibrosis | Generalized increase in fucosylation and sulphation | ?Contribute to change in physical properties of secreted glycoproteins | (1013, 1014) |
| CD43 (leukosialin, sialophorin) in Wiskott–Aldrich syndrome | Altered branching of *O*-linked oligosaccharides | Decreased expression (due to altered glycosylation?) | (1015–1020) |
| Serum IgG immunoglobulin | Decreased galactosylation of *N*-linked oligosaccharides | A general feature of many chronic granulomatous diseases (rheumatoid arthritis, Crohn's disease, tuberculosis, etc.) | (34, 248, 254) |
| Several plasma proteins | Abnormal *N*-linked glycosylation of some glycoproteins. ?Primary or secondary defect in glycosylation | 'Carbohydrate deficient glycoprotein syndrome'. Growth abnormalities, characteristic fat accumulations, abnormal electrophoretic mobility of certain serum glycoproteins, due to ?altered glycosylation | (1021–1032) |
| Dolichol oligosaccharides | Altered processing and accumulation of dolichol-linked mannosyl-oligosaccharides | Neuronal Ceroid-lipofuscinosis. ?Primary or secondary defect in humans, dogs and sheep | (1033–1036) |

Note: unless otherwise stated, the defects reported in this table were found in humans.

disrupt development or other functions simply by causing unwanted cell–cell adhesion. Alternatively, the molecular cloning of glycosyltransferases allows overexpression, or the creation of 'knockout' mice lacking a specific sugar sequence. If such an intervention blocks early embryogenesis, the consequences may not be available for analysis (study of first-generation chimeric animals may give some information in gene-deletion experiments). However, even if live homozygous animals are observed with overexpression or with gene deletions, care must be taken in interpreting the results. The consequences seen could be the result of interference with other competing glycosylation pathways, or may be due to non-specific physical effects of grossly altered glycosylation in all tissues of the organism.

An alternate approach makes use of the fact that many microbial degradative enzymes are highly specific for certain outer sugar chain sequences. Thus, direct injection of specific endoneuraminidase into developing neural tissues yielded dramatic phenotypic changes (901, 905), suggesting specific roles for polysialic acids, and injection of heparanase into the developing embryo caused randomization of left–right axis formation (1048). Expression in transgenic mice of a viral sialic acid-specific 9-*O*-acetylesterase under the control of specific promoters caused abnormalities either early or late in development (940). In principle, the latter approach could be generalized to any situation where a cDNA is available encoding a specific oligosaccharide-degrading enzyme. Thus, rather than interfering with the basic genetic and cellular machinery responsible for the synthesis of specific oligosaccharides, one might eliminate them selectively after normal synthesis by expression of a degradative enzyme as a cell surface molecule. Specific promoters should limit expression of the enzyme and allow the analysis of tissue-specific functions of oligosaccharides in later stages of development, side-stepping an early lethal event that could have occurred with a gene 'knockout' experiment. In the short term, such approaches are likely to generate even more new questions than immediate answers. However, it is much better to have many incomplete clues to the biological roles of oligosaccharides than to have extensive and specific structural information only, and no way to pursue their relevance.

## Future prospects

As recently suggested, modern progress in glycobiology 'has finally opened a crack in the door to one of the last great frontiers of biochemistry' (36). The future now appears bright for the understanding of many new biological roles of oligosaccharides. Until recently, mainstream research was focused either on the molecular biology of the single cell, or on the physiology of whole organs or organisms. In both of these disparate areas, the roles of oligosaccharides tend to be less prominent and can often be ignored or bypassed. However, the future of biology and biotechnology now lies in studies of cell–cell interactions, embryonic development, tissue organization and morphogenesis, and in the integration of these studies with the molecular physiology and pharmacology of organs and organisms. In these arenas, the biological roles of oligosaccharides seem to be critical and their understanding becomes crucial to further progress.

## Acknowledgements

The author thanks George Palade, Hud Freeze, Jeff Esko, Jerry Hart, Jerry Siu, Marilyn Farquhar, Mike Bevilacqua, Nissi Varki, Olé Hindsgaul and Stuart Kornfeld for helpful comments and discussions. Work in the author's laboratory has been generously supported over the years by the National Institutes of Health, The American Cancer Society and the Veterans Administration.

## Abbreviations

bFGF, basic fibroblast growth factor; CHO, Chinese hamster overy; EGF, epidermal growth factor; ER, endoplasmic reticulum; GM-CSF, granulocyte/macrophage colony-stimulating factor; HCG, human chorionic gondotrophin; HNK-1/L1, the antigenic epitope recognized by the HNK-1 antibody; I-CAM, intercellular adhesion molecule; LDL, low-density lipoprotein; LFA-1, leukocyte function antigen 1; MHC, major histocompatability complex; N-CAM, neural cell adhesion molecule; SSEA, stage-specific embryonic antigen; TGF, transforming growth factor.

## References


1. Gottschalk,A. (1972) *Glycoproteins: Their Composition, Structure and Function*. Elsevier, New York.
2. Horowitz,M. and Pigman,W. (1982) *The Glycoconjugates*. Academic Press, New York.
3. Rosenberg,A. and Schengrund,C.-L. (1976) *Biological Roles of Sialic Acid*. Plenum Press, New York.
4. Sweeley,C.C. (1979) *Cell Surface Glycolipids*. ACS, Washington, DC.
5. Lennarz,W.J. (1980) *The Biochemistry of Glycoproteins and Proteoglycans*. Plenum Press, New York.
6. Ginsburg,V. and Robbins,P. (1981) *Biology of Carbohydrates*. J. Wiley, New York, Vol. 1.
7. Schauer,R. (1982) *Sialic Acids, Chemistry, Metabolism, and Function*. Springer-Verlag, New York.
8. Ivatt,R.J. (1984) *The Biology of Glycoproteins*. Plenum Press, New York.
9. Ginsburg,V. and Robbins,P. (1985) *Biology of Carbohydrates*. J.Wiley, New York, Vol. 2.
10. Liener,I.E., Sharon,N. and Goldstein,I.J. (1986) *The Lectins: Properties, Functions, and Applications in Biology and Medicine*. Academic Press, Orlando, FL.
11. Margolis,R.U. and Margolis,R.K. (1989) *Neurobiology of Glycoconjugates*. Plenum Press, New York.
12. Bock,G. and Harnett,S. (1989) *Carbohydrate Recognition in Cellular Function*. Ciba Foundation Symposium No. 145, Wiley, New York.
13. Sharon,N. and Lis,H. (1989) *Lectins*. Chapman and Hall, London.
14. Evered,D. and Whelan,J. (1989) *The Biology of Hyaluronan*. Ciba Foundation Symposium No. 143, Wiley, New York.
15. Ginsburg,V. and Robbins,P. (1991) *Biology of Carbohydrates*. J.Wiley, New York, Vol. 3.
16. Fukuda, M. (1992) *Cell Surface Carbohydrates and Cell Development*. CRC Press, Boca Raton, FL.
17. Allen,H.J. and Kisailus,E.C. (1992) *Glycoconjugates: Composition, Structure, and Function*. Dekker, New York.
18. Roth, J., Rutishauser, U. and Troy, F. (1992) *Polysialic Acids*. Birkhauser Verlag, Basel.
19. Sharon,N. and Lis,H. (1982) Glycoproteins: research booming on long-ignored ubiquitous compounds. *Mol. Cell. Biochem.*, 42, 167–187.
20. Berger,E.G., Buddecke,E., Kamerling,J.P., Kobata,A., Paulson,J.C. and Vliegenthart, J.F.G. (1982) Structure, biosynthesis and functions of glycoprotein glycans. *Experientia*, 38, 1129–1162.
21. Olden,K., Parent,J.B. and White,S.L. (1982) Carbohydrate moieties of glycoproteins. A re-evaluation of their function. *Biochim. Biophys. Acta*, 650, 209–232.
22. Aplin,J.D. and Hughes,R.C. (1982) Complex carbohydrates of the extracellular matrix structures, interactions and biological roles. *Biochim. Biophys. Acta*, 694, 375–418.
23. West,C.M. (1986) Current ideas on the significance of protein glycosylation. *Mol. Cell. Biochem.*, 72, 3–20.
24. Rademacher,T.W., Parekh,R.B. and Dwek,R.A. (1988) Glycobiology. *Annu. Rev. Biochem.*, 57, 785–838.
25. Paulson,J.C. (1989) Glycoproteins: what are the sugar chains for. *Trends Biochem. Sci.*, 14, 272–276.
26. Cumming,D.A. (1991) Glycosylation of recombinant protein therapeutics: control and functional implications. *Glycobiology*, 1, 115–130.
27. Elbein,A.D. (1991) The role of *N*-linked oligosaccharides in glycoprotein function. *Trends Biotechnol.*, 9, 346–352.
28. Drickamer,K. and Carver,J. (1992) Upwardly mobile sugars gain status as information-bearing macromolecules. *Curr. Opin. Struct. Biol.*; 2, 653–654.
29. Rasmussen,J. R. (1992) Effect of glycosylation on protein function. *Curr. Opin. Struct. Biol.*, 2, 682–686.
30. Stanley,P. (1992) Glycosylation engineering. *Glycobiology*, 2, 99–107.
31. Fukuda,M. (1992) Function of carbohydrate moieties: membrane and nonsecretory glycoproteins. In Allen,H.J. and Kisailus,E.C. (eds), *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, New York, pp. 379–402.
32. Olden,K., Yeo,T. and Yeo,K. (1992) Function of the carbohydrate moieties of secretory glycoconjugates. In Allen,H.J. and Kisailus,E.C. (eds), *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, New York, pp. 403–420.
33. Cummings,R.D. (1992) Synthesis of asparagine-linked oligosaccharides: pathways, genetics, and metabolic regulation. In Allen,H.J. and Kisailus,E.C. (eds) *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, New York, pp. 333–360.
34. Kobata,A. (1991) Function and pathology of the sugar chains of human immunoglobulin G. *Glycobiology*, 1, 5–8.
35. Kobata,A. (1992) Structures and functions of the sugar chains of glycoproteins. *Eur. J. Biochem.*, 209, 483–501.
36. Hart,G.W. (1992) Glycosylation. *Curr. Opin. Cell Biol.*, 4, 1017–1023.
37. Devine,P.L. and McKenzie,I.F.C. (1992) Mucins: Structure, function, and associations with malignancy. *BioEssays*, 14, 619–625.
38. Carraway,K.L. and Hull,S.R. (1991) Cell surface mucin- type glycoproteins and mucin-like domains. *Glycobiology*, 1, 131–138.
39. Jentoft,N. (1990) Why are proteins *O*-glycosylated? *Trends Biochem. Sci.*, 15, 291–294.
40. Hilkens,J., Ligtenberg,M.J.L., Vos,H.L. and Litvinov,S. V. (1992) Cell membrane-associated mucins and their adhesion-modulating property. *Trends Biochem. Sci.*, 17, 359–363.
41. Rose,M.C. (1992) Mucins: Structure, function, and role in pulmonary diseases. *Am. J. Physiol. Lung Cell. Mol. Physiol.*, 263, L413–L429.
42. Carraway,K.L., Fregien,N., Carraway,K.L.,III and Carraway,C.A.C. (1992) Tumor sialomucin complexes as tumor antigens and modulators of cellular interactions and proliferation. *J. Cell Sci.*, 103, 299–307.
43. Hakomori, S. (1981) Glycosphingolipids in cellular interaction, differentiation, and oncogenesis. *Annu. Rev. Biochem.*, 50, 733–764.
44. Hakomori, S. (1986) Tumor associated glycolipid antigens, their metabolism and organization. *Chem. Phys. Lipids*, 42, 209–233.
45. Schengrund,C.-L. (1990) The role(s) of gangliosides in neural differentiation and repair: A perspective. *Brain Res. Bull.*, 24, 131–141.
46. Hannun,Y.A. and Bell,R.M. (1989) Functions of sphingolipids and sphingolipid breakdown products in cellular regulation. *Science*, 243, 500–507.
47. Hakomori,S. (1990) Bifunctional role of glycosphingolipids. Modulators for transmembrane signaling and mediators for cellular interactions. *J. Biol. Chem.*, 265, 18713–18716.
48. Shayman,J.A. and Radin,N.S. (1991) Structure and function of renal glycosphingolipids. *Am. J. Physiol. Renal,Fluid Electrolyte Physiol.*, 260, F291-F302.
49. Zeller,C.B. and Marchase,R.B. (1992) Gangliosides as modulators of cell function. *Am. J. Physiol. Cell Physiol.*, 262, C1341–C1355.
50. Schnaar,R.L. (1991) Glycosphingolipids in cell surface recognition. *Glycobiology*, 1, 477–485.
51. Marcus, D. M. (1984) A review of the immunogenic and immuno-modulatory properties of glycosphingolipids. *Mol. Immunol.*, 21, 1083–1091.
52. Saito,M. (1989) Bioactive sialoglycosphingolipids (gangliosides): Potent differentiation-inducers for human myelogenous leukemia cells. *Dev. Growth Diff.*, 31, 509–522.
53. Hook,M., Kjellen,L. and Johansson,S. (1984) Cell-surface glycosaminoglycans. *Annu. Rev. Biochem.*, 53, 847–869.
54. Ruoslahti, E. (1988) Structure and biology of proteoglycans. *Annu. Rev. Cell Biol.*, 4, 229–255.
55. Burgess,W.H. and Maciag,T. (1989) The heparin-binding (fibroblast) growth factor family of proteins. *Annu. Rev. Biochem.*, 58, 575–606.
56. Ruoslahti,E. (1989) Proteoglycans in cell regulation. *J. Biol. Chem.*, 264, 13369–13372.
57. Ruoslahti,E. and Yamaguchi,Y. (1991) Proteoglycans as modulators of growth factor activities. *Cell*, 64, 867–869.
58. Kjellén,L. and Lindahl,U. (1991) Proteoglycans: Structures and interactions. *Annu. Rev. Biochem.*, 60, 443–475.
59. Jackson,R.L., Busch,S.J. and Cardin,A.D. (1991) Glycosaminoglycans: Molecular properties, protein interactions, and role in physiological processes. *Physiol. Rev.*, 71, 481–539.
60. Klagsbrun,M. and D'Amore,P.A. (1991) Regulators of angiogenesis. *Annu. Rev. Physiol.*, 53, 217–239.
61. Hardingham,T.E. and Fosang,A.J. (1992) Proteoglycans: Many forms and many functions. *FASEB J.*, 6, 861–870.
62. Gallagher,J.T., Turnbull,J.E. and Lyon,M. (1992) Patterns of sulphation in heparan sulphate: Polymorphism based on a common structural theme. *Int. J. Biochem.*, 24, 553–560.
63. Yanagishita,M. and Hascall,V.C. (1992) Cell surface heparan sulfate proteoglycans. *J. Biol. Chem.*, 267, 9451–9454.
64. Rifkin,D.B. and Moscatelli,D. (1989) Recent developments in the cell biology of basic fibroblast growth factor. *J. Cell Biol.*, 109, 1–6.
65. Bhavanandan,V.P. and Davidson,E.A. (1992) Proteoglycans: structure, synthesis, function. In Allen,H.J. and Kisailus,E.C. (eds), *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, Inc., New York, pp. 167–202.
66. Wight,T.N., Kinsella,M.G. and Qwarnström,E.E. (1992) The role of proteoglycans in cell adhesion, migration and proliferation. *Curr. Opin. Cell Biol.*, 4, 793–801.
67. Laurent,T.C. and Fraser,J.R.E. (1992) Hyaluronan. *FASEB J.*, 6, 2397–2404.
68. David,G. (1992) Structural and functional diversity of the heparan sulfate proteoglycans. *Adv. Exp. Med. Biol.*, 313, 69–78.
69. Zhou,F., Höök,T., Thompson,J. A. and Höök,M. (1992) Heparin protein interactions. *Adv. Exp. Med. Biol.*, 313, 141–153.
70. Hascall,V. (1981) Proteoglycans: structure and function. In Ginsburg,V. and Robbins,P. (eds), *Biology of Carbohydrates*. J.Wiley, New York, Vol. 1.
71. Esko,J.D. (1991) Genetic analysis of proteoglycan structure, function and metabolism. *Curr. Opin. Cell Biol.*, 3, 805–816.
72. Gallagher,J.T. and Turnbull,J.E. (1992) Heparan sulphate in the binding and activation of basic fibroblast growth factor. *Glycobiology*, 2, 523–528.
73. Schauer,R. (1985) Sialic acids and their role as biological masks. *Trends Biochem. Sci.*, 10, 357–360.
74. Schauer,R. (1991) Biosynthesis and function of N- and O-substituted sialic acids. *Glycobiology*, 1, 449–452.
75. Troy,F.A.,II (1992) Polysialylation: From bacteria to brains. *Glycobiology*, 2, 5–23.
76. Varki,A. (1992) Diversity in the sialic acids. *Glycobiology*, 2, 25–40.
77. Corfield,T. (1992) Bacterial sialidases—Roles in pathogenicity and nutrition. *Glycobiology*, 2, 509–521.
78. Low,M.G. (1989) Glycosyl-phosphatidylinositol: A versatile anchor for cell surface proteins. *FASEB J.*, 3, 1600–1608.
79. Lisanti, M.P. and Rodriguez-Boulan, E. (1990) Glycophospholipid membrane anchoring provides clues to the mechanism of protein sorting in polarized epithelial cells. *Trends Biochem. Sci.*, 15, 113–118.
80. Lisanti,M.P., Rodriguez-Boulan,E. and Saltiel,A.R. (1990) Emerging functional roles for the glycosyl-phosphatidylinositol membrane protein anchor. *J. Membr. Biol.*, 117, 1–10.
81. Cross,G.A.M. (1990) Glycolipid anchoring of plasma membrane proteins. *Annu. Rev. Cell Biol.*, 6, 1–39.
82. Ferguson,M.A.J. (1992) Lipid anchors on membrane proteins. *Curr. Opin. Struct. Biol.*, 1, 522–529.
83. Yednock,T.A. and Rosen,S.D. (1989) Lymphocyte homing. *Adv. Immunol.*, 44, 313–378.
84. Brandley,B.K., Swiedler,S.J. and Robbins,P.W. (1990) Carbohydrate ligands of the LEC cell adhesion molecules. *Cell*, 63, 861–863.
85. Bradbury,M.G. and Parish,C.R. (1991) Characterization of lymphocyte receptors for glycosaminoglycans. *Immunology*, 72, 231–238.
86. Feizi,T. (1991) Carbohydrate differentiation antigens: Probable ligands for cell adhesion molecules. *Trends Biochem. Sci.*, 16, 84–86.
87. Picker,L.J. and Butcher,E.C. (1992) Physiological and molecular mechanisms of lymphocyte homing. *Annu. Rev. Immunol.*, 10, 561–591.
88. Stoolman,L.M. (1992) Selectins (LEC-CAMs): lectin-like receptors involved in lymphocyte recirculation and leukocyte recruitment. In *Cell Surface Carbohydrates and Cell Development*. CRC Press Inc., Boca Raton, FL, Fukuda, M. (ed.), pp. 71–98.
89. Varki,A. (1992) Selectins and other mammalian sialic acid-binding lectins. *Curr. Opin. Cell Biol.*, 4, 257–266.
90. Feizi,T. (1992) Cell–cell adhesion and membrane glycosylation. *Curr. Opin. Struct. Biol.*, 1, 766–770.
91. McEver,R.P. (1992) Leukocyte–endothelial cell interactions. *Curr. Opin. Cell Biol.*, 4, 840–849.
92. Lasky,L.A. (1992) Selectins: Interpreters of cell-specific carbohydrate information during inflammation. *Science*, 258, 964–969.
93. Bevilacqua,M.P. and Nelson R.M. (1993) Selectins. *J.Clin.Invest.*, 91, 379–387.
94. Hynes,M.A., Dodd,J. and Jessel,T.M. (1989) Carbohydrate recognition, cell interactions and vertebrate neural development. In Margolis,R.U. and Margolis,R.K. (eds), *Neurobiology of Glycoconjugates*. Plenum Press, New York.
95. Sharon,N. and Lis,H. (1989) Lectins as cell recognition molecules. *Science*, 246, 227–234.
96. Barondes,S.H. (1988) Bifunctional properties of lectins: Lectins redefined. *Trends Biochem. Sci.*, 13, 480–482.
97. Stahl,P.D. (1992) The mannose receptor and other macrophage lectins. *Curr. Opin. Immunol.*, 4, 49–52.
98. Zhou,Q. and Cummings,R.D. (1992) Animal lectins: a distinct group of carbohydrate binding proteins involved in cell adhesion, molecular recognition, and development. In Fukuda,M. (ed.), *Cell Surface Carbohydrates and Cell Development*. CRC Press, Boca Raton, FL, pp. 99–126.
99. Zanetta,J.-P., Kuchler,S., Lehmann,S., Badache,A., Maschke,S., Marschal,P., Dufourcq,P. and Vincendon,G. (1992) Cerebellar lectins. *Int. Rev. Cytol.*, 135, 123–154.
100. Zanetta,J.-P., Kuchler,S., Lehmann,S., Badache,A., Maschke,S., Thomas,D., Dufourcq,P. and Vincendon,G. (1992) Glycoproteins and lectins in cell adhesion and cell recognition processes. *Histochem. J.*, 24, 791–804.
101. McCoy,J.P.J. and Chambers,W.H. (1991) Carbohydrates in the functions of natural killer cells. *Glycobiology*, 1, 321–328.
102. Lee,Y.C. (1992) Biochemistry of carbohydrate–protein interaction. *FASEB J.*, 6, 3193–3200.
103. Hughes,R.C. (1992) Lectins as cell adhesion molecules. *Curr. Opin. Struct. Biol.*, 2, 687–692.
104. Lotan,R. and Raz,A. (1988) Lectins in cancer cells. *Ann. NY Acad. Sci.*, 551, 385–398.

105. Leffler,H., Masiarz,F.R. and Barondes,S.H. (1989) Soluble lactose-binding vertebrate lectins: A rowing family. *Biochemistry*, 28, 9222–9229.
106. Lotan,R. (1992) Beta-galactoside-binding vertebrate lectins: synthesis, molecular biology, function. In Allen,H.J. and Kisailus,E.C. (eds), *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, New York, pp. 635–672.
107. Kornfeld,S. (1986) Trafficking of lysosomal enzymes in normal and disease states. *J. Clin. Invest.*, 77, 1–6.
108. von Figura,K. and Hasilik,A. (1986) Lysosomal enzymes and their receptors. *Annu. Rev. Biochem.*, 55, 167–193.
109. Kornfeld,S. and Mellman,I. (1989) The biogenesis of lysosomes. *Annu. Rev. Cell Biol.*, 5, 483–525.
110. Kornfeld,S. (1992) Structure and function of the mannose 6-phosphate/insulinlike growth factor II receptors. *Annu. Rev. Biochem.*, 61, 307–330.
111. Varki,A. (1992) Role of oligosaccharides in the intracellular and intercellular trafficking of mammalian glycoproteins. In Fukuda,M. (ed.). *Cell Surface Carbohydrates and Cell Development*. CRC Press, Ann Arbor, MI, pp. 25–69.
112. Farquhar,M.G. (1991) Protein traffic through the Golgi complex. In Steer,C.J. and Hanover,J. (eds), *Intracellular Trafficking of Proteins*. Cambridge University Press, New York.
113. Freeze,H.H. (1986) Modifications of lysosomal enzymes in *Dictyostelium discoideum*. *Mol. Cell. Biochem.*, 72, 47–65.
114. Freeze,H.H. (1992) Developmental glycobiology of *Dictyostelium discoideum*. In Fukuda,M. (ed.), *Cell Surface Carbohydrates and Cell Development*. CRC Press Inc., Boca Raton, FL, pp. 285–317.
115. Olson,T.S. and Lane,M.D. (1989) A common mechanism for posttranslational activation of plasma membrane receptors. *FASEB J.*, 3, 1618–1624.
116. Ashwell,G. and Harford,J. (1982) Carbohydrate-specific receptors of the liver. *Annu. Rev. Biochem.*, 51, 531–554.
117. Ashwell,G. and Steer,C.J. (19??) Hepatic recognition and catabolism of serum glycoproteins. *J. .Med. Asoc.*, 246, 2358–2364.
118. Drickamer,K. (1991) Clearing up glycoprotein hormones. *Cell*, 67, 1029–1032.
119. Ezekowitz,R. A. and Stahl,P.D. (1988) The structure and function of vertebrate mannose lectin-like proteins. *J. Cell Sci.*, Suppl. 9, 121–133.
120. Schwartz,A.L. (1990) Cell biology of intracellular protein trafficking. *Annu. Rev. Immunol.*, 8, 195–229.
121. Dennis,J.W. and Laferte,S. (1987) Tumor cell surface carbohydrate and the metastatic phenotype. *Cancer Metastasis Rev.*, 5, 185–204.
122. Dawson,G. (1990) Glycosphingolipid function in cancer. *Cancer Cells*, 2, 327–328.
123. Feizi,T. (1985) Demonstration by monoclonal antibodies that carbohydrate structures of glycoproteins and glycolipids are onco-developmental antigens. *Nature*, 314, 53–57.
124. Lloyd,K.O. and Old,L.J. (1989) Human monoclonal antibodies to glycolipids and other carbohydrate antigens: Dissection of the humoral immune response in cancer patients. *Cancer Res.*, 49, 3445–3451.
125. Kim,Y.S. (1992) Altered glycosylation of mucin glycoproteins in colonic neoplasia. *J. Cell. Biochem.*, 50 (Suppl. 16G), 91–96.
126. Sairam,M.R. (1989) Role of carbohydrates in glycoprotein hormone signal transduction. *FASEB J.*, 3, 1915–1926.
127. Kobata,A. (1988) Structures, function, and transformational changes of the sugar chains of glycohormones. *J. Cell Biochem.*, 37, 79–90.
128. Baenziger,J.U. and Green,E.D. (1988) Pituitary glycoprotein hormone oligosaccharides: structure, synthesis and function of the asparagine-linked oligosaccharides on lutropin, follitropin and thyrotropin. *Biochim. Biophys. Acta*, 947, 287–306.
129. Fukuda,M., Sasaki,H. and Fukuda,M.N. (1990) Structure and role of carbohydrate in human erythropoietin. *Adv. Exp. Med. Biol.*, 271, 53–68.
130. Baenziger,J.U. and Green,E.D. (1991) Structure, synthesis and function of the asparagine-linked oligosaccharides on pituitary glycoprotein hormones. In Ginsburg,V. and Robbins,P. (eds), *Biology of Carbohydrates*. J.Wiley, New York, Vol. 3.
131. Fukuda,M.N. (1991) HEMPAS disease: genetic defect of glycosylation. *Glycobiology*, 1, 9–16.
132. Rosse,W.F. (1990) Phosphatidylinositol-linked proteins and paroxysmal nocturnal hemoglobinuria. *Blood*, 75, 1595–1601.
133. Chrispeels,M.J. and Raikhel,N.V. (1991) Lectins, lectin genes, and their role in plant defense. *Plant Cell*, 3, 1–9.
134. Etzler,M.E. (1992) Plant lectins: molecular biology, synthesis, and function. In Allen,H.J. and Kisailus,E.C. (eds), *Glycoconjugates: Composition, Structure, and Function*. Marcel Dekker, New York, pp. 521–540.
135. Bundle,D.R. and Young,N.M. (1992) Carbohydrate–protein interactions in antibodies and lectins. *Curr. Opin. Struct. Biol.*, 2, 666–673.
136. Darvill,A., Augur,C., Bergmann,C., Carlson,R.W., Cheong,J.-J., Eberhard,S., Hahn,M.G., Lό,V.-M., Marfà,V., Meyer,B., Mohnen,D., O'Neill,M.A., Spiro,M.D., van Halbeek,H., York,W.S. and Albersheim,P. (1992) Oligosaccharins—Oligosaccharides that regulate growth, development and defence responses in plants. *Glycobiology*, 2, 181–198.
137. Ryan,C.A. and Farmer,E.E. (1991) Oligosaccharide signals in plants: A current assessment. *Annu. Rev. Plant Physiol. Plant Mol. Biol.*, 42, 651–674.
138. Nap,J.-P. and Bisseling,T. (1990) Developmentalbiology of a plant–prokaryote symbiosis: the legume root nodule. *Science*, 250, 948–954.
139. Fisher,R.F. and Long,S.R. (1992) Rhizobium–plant signal exchange. *Nature*, 357, 655–660.
140. Ofek,I. and Sharon,N. (1990) Adhesins as lectins: Specificity and role in infection. *Curr. Top. Microbiol. Immunol.*, 151, 91–114.
141. Karlsson,K.-A. (1989) Animal glycosphingolipids as membrane attachment sites for bacteria. *Annu. Rev. Biochem.*, 58, 309–350.
142. Lingwood,C.A. (1992) Bacterial adhesins/glycolipid receptors. *Curr. Opin. Struct. Biol.*, 2, 693–700.
143. Gilboa-Garber,N. and Garber,N. (1992) Microbial lectins. In *Glycoconjugates: Composition, Structure, and Function*. Allen,H.J. and Kisailus,E.C. (eds), Marcel Dekker, New York, pp. 541–592.
144. Wick,M.J., Madara,J.L., Fields,B.N. and Normark,S.J. (1991) Meeting review. Molecular cross talk between epithelial cells and pathogenic microorganisms. *Cell*, 67, 651–659.
145. Hart,G.W., Haltiwanger,R.S., Holt,G.D. and Kelly,W.G. (1989) Glycosylation in the nucleus and cytoplasm. *Annu. Rev. Biochem.*, 58, 841–874.
146. Roseman,S. (1970) The synthesis of carbohydrates by multiglycosyltransferase systems and their potential function in intercellular adhesion. *Chem. Phys. Lipids*, 5, 270–297.
147. Shur,B.D. (1989) Expression and function of cell surface galactosyltransferase. *Biochim. Biophys. Acta*, 988, 389–409.
148. Clausen,H. and Hakomori,S. (1989) ABH and related histo-blood group antigens; immunochemical differences in carrier isotypes and their distribution. *Vox Sang.*, 56, 1–20.
149. Grace,M.E. and Grabowski,G.A. (1990) Human acid β-glucosidase: Glycosylation is required for catalytic activity. *Biochem. Biophys. Res. Commun.*, 168, 771–777.
150. Semenkovich,C.F., Luo,C.-C., Nakanishi,M.K., Chen,S.-H., Smith,L.C. and Chan,L. (1990) *In vitro* expression and site-specific mutagenesis of the cloned human lipoprotein lipase gene. Potential *N*-linked glycosylation site asparagine 43 is important for both enzyme activity and secretion. *J. Biol. Chem.*, 265, 5429–5433.
151. Ben-Zeev,O., Doolittle,M. H., Davis,R.C., Elovson,J. and Schotz,M.C. (1992) Maturation of lipoprotein lipase. Expression of full catalytic activity requires glucose trimming but not translocation to the cis-Golgi compartment. *J. Biol. Chem.*, 267, 6219–6227.
152. Carroll,R., Ben-Zeev,O., Doolittle,M.H. and Severson,D.L. (1992) Activation of lipoprotein lipase in cardiac myocytes by glycosylation requires trimming of glucose residues in the endoplasmic reticulum. *Biochem. J.*, 285, 693–696.
153. Barbaric,S., Mrsa,V., Ries,B. and Mildner,P. (1984) Role of the carbohydrate part of yeast acid phosphatase. *Arch. Biochem. Biophys.*, 234, 567–575.
154. Riederer,M.A. and Hinnen,A. (1991) Removal of *N*-glycosylation sites of the yeast acid phosphatase severely affects protein folding. *J. Bacteriol.*, 173, 3539–3546.
155. Larsson,O. and Engström,W. (1989) The role of *N*-linked glycosylation in the regulation of activity of 3-hydroxy-3-methylglutaryl-coenzyme A reductase and proliferation of SV40-transformed 3T3 cells. *Biochem. J.*, 260, 597–600.
156. Collet,X. and Fielding,C.J. (1991) Effects of inhibitors of N-linked oligosaccharide processing on the secretion, stability, and activity of lecithin:cholesterol acyltransferase. *Biochemistry*, 30, 3228–3234.
157. Stahnke,G., Davis,R.C., Doolittle,M.H., Wong,H., Schotz,M.C. and Will,H. (1991) Effect of N-linked glycosylation on hepatic lipase activity. *J. Lipid Res.*, 32, 477–484.
158. Gieselmann,V., Schmidt,B. and von Figura,K. (1992) *In vitro* mutagenesis of potential *N*-glycosylation sites of arylsulfatase A. Effects on glycosylation, phosphorylation, and intracellular sorting. *J. Biol. Chem.*, 267, 13262–13266.
159. Winther,J.R., Stevens,T.H. and Kielland-Brandt,M.C. (1991) Yeast carboxypeptidase Y requires glycosylation for efficient intracellular transport, but not for vacuolar sorting, *in vivo* stability, or activity. *Eur. J. Biochem.*, 197, 681–689.
160. Vernet,T., Tessier,D.C., Richardson,C., Laliberté,F., Khouri,H.E., Bell,A.W., Storer,A.C. and Thomas,D.Y. (1990) Secretion of functional papain precursor from insect cells. Requirement for *N*-glycosylation of the pro-region. *J. Biol. Chem.*, 265, 16661–16666.
161. Powell,L.M. and Pain,R.H. (1992) Effects of glycosylation on the folding and stability of human, recombinant and cleaved $\alpha_1$-antitrypsin. *J. Mol. Biol.*, 224, 241–252.
162. Aikawa,J., Yamashita,T., Nishiyama,M., Horinouchi,S. and Beppu,T. (1990) Effects of glycosylation on the secretion and enzyme activity of *Mucor* rennin, an aspartic proteinase of *Mucor pusillus*, produced by recombinant yeast. *J. Biol. Chem.*, 265, 13955–13959.
163. Piesecki,S. and Alhadeff,J.A. (1992) The effect of carbohydrate removal on the properties of human liver α-L-fucosidase. *Biochim. Biophys. Acta Protein Struct. Mol. Enzymol.*, 1119, 194–200.
164. Burgemeister,R., Danescu,I. and Gutensohn,W. (1990) Glycosylation and processing of carbohydrate side chains of ecto-5'-nucleotidase in cultured human chorionic cells. *Biol. Chem. Hoppe Seyler*, 371, 355–361.
165. Bernard,B.A., Newton,S.A. and Olden,K. (1983) Effect of size and location of the oligosaccharide chain on protease degradation of bovine pancreatic ribonuclease. *J. Biol. Chem.*, 258, 12198–12202.
166. Joao,H.C., Scragg,I.G. and Dwek,R.A. (1992) Effects of glycosylation on protein conformation and amide proton exchange rates in RNase B. *FEBS Lett.*, 307, 343–346.
167. Grafl,R., Lang,K., Vogl,H. and Schmid,F.X. (1987) The mechanism of folding of pancreatic ribonucleases is independent of the presence of covalently linked carbohydrate. *J. Biol. Chem.*, 262, 10624–10629.
168. Mackenzie,P.I. (1990) The effect of N-linked glycosylation on the substrate preferences of UDP glucuronosyltransferases. *Biochem. Biophys. Res. Commun.*, 166, 1293–1299.
169. Lace,D., Olavesen,A.H. and Gacesa,P. (1990) The effects of deglycosylation on the properties of native and biotinylated bovine testicular hyaluronidase. *Carbohydr. Res.*, 208, 306–311.
170. Manjunath,P. and Sairam,M.R. (1982) Biochemical, biological, and immunological properties of chemically deglycosylated human choriogonadotropin. *J. Biol. Chem.*, 257, 7109–7115.
171. Chen,H.C., Shimohigashi,Y., Dufau,M.L. and Catt,K.J. (1982) Characterization and biological properties of chemically deglycosylated human chorionic gonadotropin. Role of carbohydrate moieties in adenylate cyclase activation. *J. Biol. Chem.*, 257, 14446–14452.
172. Keutmann,H.T., McIlroy,P.J., Bergert,E.R. and Ryan,R.J. (1983) Chemically deglycosylated human chorionic gonadotropin subunits: characterization and biological properties. *Biochemistry*, 22, 3067–3072.
173. Kalyan,N.K. and Bahl,O.P. (1983) Role of carbohydrate in human chorionic gonadotropin. Effect of deglycosylation on the subunit interaction and on its *in vitro* and *in vivo* biological properties. *J. Biol. Chem.*, 258, 67–74.
174. Rebois,R.V. and Fishman,P.H. (1983) Deglycosylated human chorionic gonadotropin. An antagonist to desensitization and down-regulation of the gonadotropin receptor-adenylate cyclase system. *J. Biol. Chem.*, 258, 12775–12778.
175. Rebois,R.V. and Fishman,P.H. (1984) Antibodies against human chorionic gonadotropin convert the deglycosylated hormone from an antagonist to an agonist. *J. Biol. Chem.*, 259, 8087–8090.
176. Joshi,L.R. and Weintraub,B.D. (1983) Naturally occurring forms of thyrotropin with low bioactivity and altered carbohydrate content act as competitive antagonists to more bioactive forms. *Endocrinology*, 113, 2145–2154.
177. Dahl,K.D., Bicsak,T.A. and Hsueh,A.J. (1988)Naturally occurring antihormones: secretion of FSH antagonists by women treated with a GnRH analog. *Science*, 239, 72–74.
178. Sairam,M.R. and Bhargavi,G.N. (1985) A role for the glycosylation of the alpha-subunit in the transduction of biological signals in glycoprotein hormones. *Science*, 229, 65–67.
179. Matzuk,M.M., Keene,J.L. and Boime,I. (1989) Site specificity of the chorionic gonadotropin *N*-linked oligosaccharides in signal transduction. *J. Biol. Chem.*, 264, 2409–2414.
180. Blithe,D.L. (1990) N-Linked oligosaccharides on free α interfere with its ability to combine with human chorionic gonadotropin-β subunit. *J. Biol. Chem.*, 265, 21951–21956.
181. Wang,H., Segal,S.J. and Koide,S.S. (1989) Carbohydrate moieties of small placental hCG: Requirement of mannose structure for biological activity. *Mol. Cell. Endocrinol.*, 62, 13–22.
182. Matzuk,M.M. and Boime,I. (1989) Mutagenesis and gene transfer define site-specific roles of the gonadotropin oligosaccharides. *Biol. Reprod.*, 40, 48–53.
183. Kaetzel,D.M., Virgin,J.B., Clay,C.M. and Nilson,J.H. (1989) Disruption of N-linked glycosylation of bovine luteinizing hormone β-subunit by site-directed mutagenesis dramatically increases its intracellular stability but does not affect biological activity of the secreted heterodimer. *Mol. Endocrinol.*, 3, 1765–1774.
184. Smith,P.L., Kaetzel,D., Nilson,J. and Baenziger,J.U. (1990) The sialylated oligosaccharides of recombinant bovine lutropin modulate hormone bioactivity. *J. Biol. Chem.*, 265, 874–881.
185. Galway,A.B., Hsueh,A.J.W., Keene,J.L., Yamoto,M., Fauser,B.C.J.M. and Boime,I. (1990) *In vitro* and *in vivo* bioactivity of recombinant human follicle-stimulating hormone and partially deglycosylated variants secreted by transfected eukaryotic cell lines. *Endocrinology*, 127, 93–100.
186. Thotakura,N.R., LiCalzi,L. and Weintraub,B.D. (1990) The role of carbohydrate in thyrotropin action assessed by a novel approach using enzymatic deglycosylation. *J. Biol. Chem.*, 265, 11527–11534.
187. Sairam,M.R., Linggen,J., Sairam,J. and Bhargavi,G.N. (1990) Influence of carbohydrates on the antigenic structure of gonadotropins: Distinction of agonists and antagonists. *Biochem. Cell Biol.*, 68, 889–893.

188. Sairam,M.R., Bhargavi,G.N. and Yarney,T.A. (1990) Hormone glycosylation required for lutropin receptor recognition in sheep testis. *FEBS Lett.*, 276, 143–146.
189. Chen,W., Shen,Q.-X. and Bahl,O.P. (1991) Carbohydrate variant of the recombinant β-subunit of human choriogonadotropin expressed in baculovirus expression system. *J. Biol. Chem.*, 266, 4081–4087.
190. Chen,W. and Bahl,O.P. (1991) Recombinant carbohydrate and selenomethionyl variants of human choriogonadotropin. *J. Biol. Chem.*, 266, 8192–8197.
191. Hoelscher,S.R., Sairam,M.R. and Ascoli,M. (1991) The slow rate of internalization of deglycosylated human chorionic gonadotropin is not due to its inability to stimulate cyclic adenosine monophosphate accumulation. *Endocrinology*, 128, 2837–2843.
192. Hoermann,R., Schumm-Draeger,P.-M., Rehbach,K. and Mann,K. (1991) Asialoagalacto-human chorionic gonadotropin, a carbohydrate-modified variant of human chorionic gonadotropin, antagonizes the stimulatory actions of bovine thyroid-stimulating hormone on thyroid function and HLA-DR expression in human thyroid *in vitro* and *in vivo*. *J. Clin. Invest.*, 88, 1947–1954.
193. Sairam,M.R. and Jiang,L.G. (1992) Comparison of the biological and immunological properties of glycosylation deficient human chorionic gonadotropin variants produced by site directed mutagenesis and chemical deglycosylation. *Mol. Cell. Endocrinol.*, 85, 227–235.
194. Ji,I. and Ji,T.H. (1990) Differential interactions of human choriogonadotropin and its antagonistic aglycosylated analog with their receptor. *Proc. Natl. Acad. Sci. USA*, 87, 4396–4400.
195. Moonen,P., Mermod,J., Ernst,J., Hirschi,M. and DeLamarter,J.F. (1987) Increased biological activity of deglycosylated recombinant human granulocyte/macrophage colony-stimulating factor produced by yeast or animal cells. *Proc. Natl. Acad. Sci. USA*, 84, 4428–4431.
196. Cebon,J., Nicola,N., Ward,M., Gardner,I., Dempsey,P., Layton,J., Dührsen,U., Burgess,A.W., Nice,E. and Morstyn,G. (1990) Granulocyte–macrophage colony stimulating factor from human lymphocytes. The effect of glycosylation on receptor binding and biological activity. *J. Biol. Chem.*, 265, 4483–4491.
197. Okamoto,M., Nakai,M., Nakayama,C., Yanagi,H., Matsui,H., Noguchi,H., Namiki,M., Sakai,J., Kadota,K., Fukui,M. and Hara,H. (1991) Purification and characterization of three forms of differently glycosylated recombinant human granulocyte–macrophage colony-stimulating factor. *Arch. Biochem. Biophys.*, 286, 562–568.
198. Gribben,J.G., Devereux,S., Thomas,N.S., Keim,M., Jones,H.M., Goldstone,A.H. and Linch,D.C. (1990) Development of antibodies to unprotected glycosylation sites on recombinant human GM-CSF. *Lancet*, 335, 434–437.
199. Delorme,E., Lorenzini,T., Giffin,J., Martin,F., Jacobsen,F., Boone,T. and Elliott,S. (1992) Role of glycosylation on the secretion and biological activity of erythropoietin. *Biochemistry*, 31, 9871–9876.
200. Fukuda,M.N., Sasaki,H., Lopez,L. and Fukuda,M. (1989) Survival of recombinant erythropoietin in the circulation: The role of carbohydrates. *Blood*, 73, 84–89.
201. Dube,S., Fisher,J.W. and Powell,J.S. (1988) Glycosylation at specific sites of erythropoietin is essential for biosynthesis, secretion, and biological function. *J. Biol. Chem.*, 263, 17516–17517.
202. Takeuchi,M., Inoue,N., Strickland,T.W., Kubota,M., Wada,M., Shimizu,R., Hoshi,S., Kozutsumi,H., Takasaki,S. and Kobata,A. (1989) Relationship between sugar chain structure and biological activity of recombinant human erythropoietin produced in Chinese hamster ovary cells. *Proc. Natl. Acad. Sci. USA*, 86, 7819–7822.
203. Takeuchi,M., Takasaki,S., Shimada,M. and Kobata,A. (1990) Role of sugar chains in the *in vitro* biological activity of human erythropoietin produced in recombinant Chinese hamster ovary cells. *J. Biol. Chem.*, 265, 12127–12130.
204. Imai,N., Higuchi,M., Kawamura,A., Tomonoh,K., Oh-eda,M., Fujiwara,M., Shimonaka,Y. and Ochi,N. (1990) Physicochemical and biological characterization of asialoerythropoietin—Suppressive effects of sialic acid in the expression of biological activity of human erythropoietin *in vitro*. *Eur. J. Biochem.*, 194, 457–462.
205. Wasley,L.C., Timony,G., Murtha,P., Stoudemire,J., Dorner,A.J., Caro,J., Krieger,M. and Kaufman,R.J. (1991) The importance of N- and O-linked oligosaccharides for the biosynthesis and *in vitro* and *in vivo* biologic activities of erythropoietin. *Blood*, 77, 2624–2632.
206. Tsuda,E., Kawanishi,G., Ueda,M., Masuda,S. and Sasaki,R. (1990) The role of carbohydrate in recombinant human erythropoietin. *Eur. J. Biochem.*, 188, 405–411.
207. Yamaguchi,K., Akai,K., Kawanishi,G., Ueda,M., Masuda,S. and Sasaki,R. (1991) Effects of site-directed removal of N-glycosylation sites in human erythropoietin on its production and biological properties. *J. Biol. Chem.*, 266, 20434–20439.
208. Narhi,L.O., Arakawa,T., Aoki,K.H., Elmore,R., Rohde,M.F., Boone,T. and Strickland,T.W. (1991) The effect of carbohydrate on the structure and stability of erythropoietin. *J. Biol. Chem.*, 266, 23022–23026.
209. Iwata,M. and Ishizaka,K. (1987) In vitro modulation of anitgen-primed T cells by a glycosylation-inhibiting factor that regulates the formation of antigen-specific suppressive factors. *Proc. Natl. Acad. Sci. USA*, 84, 2444–2448.
210. Kotamura,K., Iwata,M., Mori,A. and Ishizaka,K. (1990) Biochemical identification of glycosylation inhibiting factor. *Proc. Natl. Acad. Sci. USA*, 87, 1903–1907.
211. Tagaya,Y., Mori,A. and Ishizaka,K. (1991) Biochemical characterization of murine glycosylation-inhibiting factor. *Proc. Natl. Acad. Sci. USA*, 88, 9117–9121.
212. Thor,G. and Brian,A.A. (1992) Glycosylation variants of murine interleukin-4: Evidence for different functional properties. *Immunology*, 75, 143–149.
213. Yeo,T.-K., Senger,D.R., Dvorak,H.F., Freter,L. and Yeo, K.-T. (1991) Glycosylation is essential for efficient secretion but not for permeability-enhancing activity of vascular permeability factor (vascular endothelial growth factor). *Biochem. Biophys. Res. Commun.*, 179, 1568–1575.
214. Peretz,D., Gitay-Goren,H., Safran,M., Kimmel,N., Gospodarowicz,D. and Neufeld,G. (1992) Glycosylation of vascular endothelial growth factor is not required for its mitogenic activity. *Biochem. Biophys. Res. Commun.*, 182, 1340–1347.
215. Caplan,S., Green,R., Rocco,J. and Kurjan,J. (1991) Glycosylation and structure of the yeast *MFα1* α-factor precursor is important for efficient transport through the secretory pathway. *J. Bacteriol.*, 173, 627–635.
216. Murphy,R.A., Chlumecky,V., Smillie,L.B., Carpenter,M., Nattriss,M., Anderson,J.K., Rhodes,J.A., Barker,P.A., Siminoski,K. and Campenot,R.B. (1989) Isolation and characterization of a glycosylated form of beta nerve growth factor in mouse submandibular glands. *J. Biol. Chem.*, 264, 12502–12509.
217. Hofmann,R., Joseph,A., Bhargava,M.M., Rosen,E.M. and Goldberg,I. (1992) Scatter factor is a glycoprotein but glycosylation is not required for its activity. *Biochim. Biophys. Acta Protein Struct. Mol. Enzymol.*, 1120, 343–350.
218. Kelker,H.C., Yip,Y.K., Anderson,P. and Vilcek,J. (1983) Effects of glycosidase treatment on the physicochemical properties and biological activity of human interferon-gamma. *J. Biol. Chem.*, 258, 8010–8013.
219. Feizi,T. and Larkin,M. (1991) AIDS and glycosylation. *Glycobiology*, 1, 17–24.
220. Walker,B.D., Kowalski,M., Goh,W.C., Kozarsky,K., Krieger,M., Rosen,C., Rohrschneider,L., Haseltine,W.A. and Sodroski,J. (1987) Inhibition of human immunodeficiency virus syncytium formation and virus replication by castanospermine. *Proc. Natl. Acad. Sci. USA*, 84, 8120–8124.
221. Matthews,T.J., Weinhold,K.J., Lyerly,H.K., Langlois,A.J., Wigzell,H. and Bolognesi,D.P. (1987) Interaction between the human T-cell lymphotropic virus type IIIB envelope glycoprotein gp120 and the surface antigen CD4: Role of carbohydrate in binding and cell fusion. *Proc. Natl. Acad. Sci. USA*, 84, 5424–5428.
222. Gruters,R.A., Neefjes,J.J., Tersmette,M., de Goede,R.E., Tulp,A., Huisman,H.G., Miedema,F. and Ploegh,H.L. (1987) Interference with HIV-induced syncytium formation and viral infectivity by inhibitors of trimming glucosidase. *Nature*, 330, 74–77.
223. Montefiori,D.C., Robinson,W.E. and Mitchell,W.M. (1988) Role of protein *N*-glycosylation in pathogenesis of human immunodeficiency virus type 1. *Proc. Natl. Acad. Sci. USA*, 85, 9248–9252.
224. Fenouillet,E., Clerget-Raslain,B., Gluckman,J.C., Guétard,D., Montagnier,L. and Bahraoui,E. (1989) Role of N-linked glycans in the interaction between the envelope glycoprotein of human immunodeficiency virus and its CD4 cellular receptor. Structural enzymatic analysis. *J. Exp. Med.*, 169, 807–822.
225. Fenouillet,E., Gluckman,J.C. and Bahraoui,E. (1990) Role of N-linked glycans of envelope glycoproteins in infectivity of human immunodeficiency virus type 1. *J. Virol.*, 64, 2841–2848.
226. Dedera,D., Vander Heyden,N. and Ratner,L. (1990) Attenuation of HIV-1 infectivity by an inhibitor of oligosaccharide processing. *AIDS Res. Hum. Retroviruses*, 6, 785–794.
227. Lee,W.-R., Syu,W.-J., Du,B., Matsuda,M., Tan,S., Wolf,A., Essex,M. and Lee,T.-H. (1992) Nonrandom distribution of gp120 N-linked glycosylation sites important for infectivity of human immunodeficiency virus type 1. *Proc. Natl. Acad. Sci. USA*, 89, 2213–2217.
228. Alexander,S. and Elder,J.H. (1984) Carbohydrate dramatically influences immune reactivity of antisera to viral glycoprotein antigens. *Science*, 226, 1328–1330.
229. Deom,C.M., Caton,A.J. and Schulze,I.T. (1986) Host cell-mediated selection of a mutant influenza A virus that has lost a complex oligosaccharide from the tip of the hemagglutinin. *Proc. Natl. Acad. Sci. USA*, 83, 3771.
230. Sodora,D.L., Cohen,G.H. and Eisenberg,R.J. (1989) Influence of asparagine-linked oligosaccharides on antigenicity, processing, and cell surface expression of herpes simplex virus type 1 glycoprotein D. *J. Virol.*, 63, 5184–5193.
231. Delmas,B. and Laude,H. (1991) Carbohydrate-induced conformational changes strongly modulate the antigenicity of coronavirus TGEV glycoproteins S and M. *Virus Res.*, 20, 107–120.
232. Munk,K., Pritzer,E., Kretzschmar,E., Gutte,B., Garten,W. and Klenk,H.-D. (1992) Carbohydrate masking of an antigenic epitope of influenza virus haemagglutinin independent of oligosaccharide size. *Glycobiology*, 2, 233–240.
233. Qiu,Z., Tufaro,F. and Gillam,S. (1992) The influence of N-linked glycosylation on the antigenicity and immunogenicity of rubella virus E1 glycoprotein. *Virology*, 190, 876–881.
234. Gibson,R., Schlesinger,S. and Kornfeld,S. (1979) The nonglycosylated glycoprotein of vesicular stomatitis virus is temperature-sensitive and undergoes intracellular aggregation at elevated temperatures. *J. Biol. Chem.*, 254, 3600–3607.
235. Hsieh,P., Rosner,M.R. and Robbins,P.W. (1983) Host-dependent variation of asparagine-linked oligosaccharides at individual glycosylation sites of Sindbis virus glycoproteins. *J. Biol. Chem.*, 258, 2548–2554.
236. Burke,B., Matlin,K., Bause,E., Legler,G., Peyrieras,N.and Ploegh,H. (1984) Inhibition of N-linked oligosaccharide trimming does not interfere with surface expression of certain integral membrane proteins. *EMBO J.*, 3, 551–556.
237. Ng,D.T.W., Hiebert,S.W. and Lamb,R.A. (1990) Different roles of individual N-linked oligosaccharide chains in folding, assembly, and transport of the simian virus 5 hemagglutinin–neuraminidase. *Mol. Cell. Biol.*, 10, 1989–2001.
238. Arpin,N. and Talbot,P.J. (1990) Molecular characterization of the 229E strain of human coronavirus. *Adv. Exp. Med. Biol.*, 276, 73–80.
239. Qiu,Z., Hobman,T.C., McDonald,H.L., Seto,N.O.L. and Gillam,S. (1992) Role of N-linked oligosaccharides in processing and intracellular transport of E2 glycoprotein of rubella virus. *J. Virol.*, 66, 3514–3521.
240. Shakin-Eshleman,S.H., Remaley,A.T., Eshleman,J.R., Wunner,W.H. and Spitalnik,S.L. (1992) N-linked glycosylation of rabies virus glycoprotein. Individual sequons differ in their glycosylation efficiencies and influence on cell surface expression. *J. Biol. Chem.*, 267, 10690–10698.
241. Felkner,R.H. and Roth,M.J. (1992) Mutational analysis of the N-linked glycosylation sites of the SU envelope protein of Moloney murine leukemia virus. *J. Virol.*, 66, 4258–4264.
242. Gallagher,P.J., Henneberry,J.M., Sambrook,J.F. and Gething,M.-J.H. (1992) Glycosylation requirements for intracellular transport and function of the hemagglutinin of influenza virus. *J. Virol.*, 66, 7136–7145.
243. Amin,A.R., Tamma,S.M.L., Oppenheim,J.D., Finkelman,F.D., Kieda,C., Coico,R.F. and Thorbecke,G.J. (1991) Specificity of the murine IgD receptor on T cells is for N-linked glycans on IgD molecules. *Proc. Natl. Acad. Sci. USA*, 88, 9238–9242.
244. Hickman,S. and Kornfeld,S. (1978) Effect of tunicamycin on IgM, IgA, and IgG secretion by mouse plasmacytoma cells. *J. Immunol.*, 121, 990–996.
245. Sidman,C. (1981) Differing requirements for glycosylation in the secretion of related glycoproteins is determined neither by the producing cell nor by the relative number of oligosaccharide units. *J. Biol. Chem.*, 256, 9374–9376.
246. Winkelhake,J.L., Kunicki,T.J., Elcombe,B.M. and Aster,R.H. (1980) Effects of pH treatments and deglycosylation of rabbit immunoglobulin G on the binding of C1q. *J. Biol. Chem.*, 255, 2822–2828.
247. Nose,M. and Wigzell,H. (1983) Biological significance of carbohydrate chains on monoclonal antibodies. *Proc. Natl. Acad. Sci. USA*, 80, 6632–6636.
248. Parekh,R.B., Dwek,R.A.,Sutton,B.J., Fernandes,D.L., Leung,A., Stanworth,D., Rademacher,T.W., Mizuochi,T., Taniguchi,T., Matsuta,K., Takeuchi,F., Nagano,Y., Miyamoto,T. and Kobata,A. (1985) Association of rheumatoid arthritis and primary osteoarthritis with changes in the glycosylation pattern of total serum IgG. *Nature*, 316, 452–457.
249. Wallick,S.C., Kabat,E.A. and Morrison,S.L. (1988) Glycosylation of a $V_H$ residue of a monoclonal antibody against α (1→6) dextran increases its affinity for antigen. *J. Exp. Med.*, 168, 1099–1109.
250. Wright,J.F., Shulman,M.J., Isenman,D.E. and Painter,R.H. (1990) C1 binding by mouse IgM. The effect of abnormal glycosylation at position 402 resulting from a serine to asparagine exchange at residue 406 of the μ-chain. *J. Biol. Chem.*, 265, 10506–10513.
251. Wright,A., Tao,M., Kabat,E.A. and Morrison,S.L. (1991) Antibody variable region glycosylation: Position effects on antigen binding and carbohydrate structure. *EMBO J.*, 10, 2717–2723.
252. Nose,M. and Heyman,B. (1990) Inhibition of processing of asparagine-linked carbohydrate chains on IgG2a by using swainsonine has no influence upon antibody effector functions *in vitro*. *J. Immunol.*, 145, 910–914.
253. Dorai,H., Mueller,B.M., Reisfeld,R.A. and Gillies,S.D. (1991) Aglycosylated chimeric mouse/human IgG1 antibody retains some effector function. *Hybridoma*, 10, 211–217.
254. Axford,J.S., Sumar,N., Alavi,A., Isenberg,D.A., Young,A., Bodman,K.B. and Roitt,I.M. (1992) Changes in normal glycosylation mechanisms in autoimmune rheumatic disease. *J. Clin. Invest.*, 89, 1021–1031.
255. Hansen,L., Blue,Y., Barone,K., Collen,D. and Larsen,G.R. (1988) Functional effects of asparagine-linked oligosaccharide on natural and variant human tissue-type plasminogen activator. *J. Biol. Chem.*, 263, 15713–15719.
256. Wittwer,A.J., Howard,S.C., Carr,L.S., Harakas,N.K., Feder,J., Parekh,R.B., Rudd,P.M., Dwek,R.A. and Rademacher,T.W. (1989) Effects of *N*-glycosylation on in vitro activity of Bowes melanoma and human colon fibroblast derived tissue plasminogen activator. *Biochemistry*, 28, 7662–7669.
257. Parekh,R.B., Dwek,R.A., Rudd,P.M., Thomas,J.R., Rademacher,T.W., Warren,T., Wun,T.C., Hebert,B., Reitz,B. and Palmier,M. (1989) N-glycosylation and in vitro enzymatic activity of

human recombinant tissue plasminogen activator expressed in Chinese hamster ovary cells and a murine cell line. *Biochemistry*, 28, 7670–7679.

258. Wittwer,A.J. and Howard,S.C. (1990) Glycosylation at Asn-184 inhibits the conversion of single-chain to two-chain tissue-type plasminogen activator by plasmin. *Biochemistry*, 29, 4175–4180.
259. Howard,S.C., Wittwer,A.J. and Welply,J.K. (1991) Oligosaccharides at each glycosylation site make structure-dependent contributions to biological properties of human tissue plasminogen activator. *Glycobiology*, 1, 411–418.
260. Wilhelm,J., Kalyan,N.K., Lee,S.G., Hum,W.-T., Rappaport,R. and Hung,P.P. (1990) Deglycosylation increases the fibrinolytic activity of a deletion mutant of tissue-type plasminogen activator. *Thromb. Haemost.*, 63, 464–471.
261. Bulleid,N.J., Bassel-Duby,R.S., Freedman,R.B., Sambrook,J.F. and Gething,M.-J.H. (1992) Cell-free synthesis of enzymically active tissue-type plasminogen activator. Protein folding determines the extent of *N*-linked glycosylation. *Biochem. J.*, 286, 275–280.
262. Kaartinen,V. and Mononen,I. (1988) Hemoglobin binding to deglycosylated haptoglobin. *Biochim. Biophys. Acta*, 953, 345–352.
263. Peterson,C.B. and Blackburn,M.N. (1985) Isolation and characterization of an antithrombin III variant with reduced carbohydrate content and enhanced heparin binding. *J. Biol. Chem.*, 260, 610–615.
264. Björk,I., Ylinenjärvi,K., Olson,S.T., Hermentin,P., Conradt,H.S. and Zettlmeissl,G. (1992) Decreased affinity of recombinant antithrombin for heparin due to increased glycosylation. *Biochem. J.*, 286, 793–800.
265. Grinnell,B.W., Walls,J.D. and Gerlitz,B. (1991) Glycosylation of human protein C affects its secretion, processing, functional activities, and activation by thrombin. *J. Biol. Chem.*, 266, 9778–9785.
266. Hall,S.W., VandenBerg,S.R. and Gonias,S.L. (1990) Plasminogen carbohydrate side chains in receptor binding and enzyme activation: A study of C6 glioma cells and primary cultures of rat hepatocytes. *J. Cell. Biochem.*, 43, 213–227.
267. Edelberg,J.M., Enghild,J.J., Pizzo,S.V. and Gonzalez-Gronow,M. (1990) Neonatal plasminogen displays altered cell surface binding and activation kinetics. Correlation with increased glycosylation of the protein. *J. Clin. Invest.*, 86, 107–112.
268. Stack,M.S., Pizzo,S.V. and Gonzalez-Gronow,M. (1992) Effect of desialylation on the biological properties of human plasminogen. *Biochem. J.*, 284, 81–86.
269. Walsh,M.T., Watzlawick,H., Putnam,F.W., Schmid,K. and Brossmer,R. (1990) Effect of the carbohydrate moiety on the secondary structure of beta 2-glycoprotein. I. Implications for the biosynthesis and folding of glycoproteins. *Biochemistry*, 29, 6250–6257.
270. Lenich,C., Pannell,R., Henkin,J. and Gurewich,V. (1992) The influence of glycosylation on the catalytic and fibrinolytic properties of pro-urokinase. *Thromb. Haemost.*, 68, 539–544.
271. Parad,R.B., Kramer,J., Strunk,R.C., Rosen,F.S. and Davis,A.E. (1990) Dysfunctional C1 inhibitor Ta: deletion of Lys-251 results in acquisition of an *N*-glycosylation site. *Proc. Natl. Acad. Sci. USA*, 87, 6786–6790.
272. Gralnick,H.R., Williams,S.B. and Rick,M.E. (1983) Role of carbohydrate in multimeric structure of factor VIII/von Willebrand factor protein. *Proc. Natl. Acad. Sci. USA*, 80, 2771–2774.
273. Berkowitz,S.D. and Federici,A.B. (1988) Sialic acid prevents loss of large von Willebrand factor multimers by protecting against amino-terminal proteolytic cleavage. *Blood*, 72, 1790–1796.
274. Federici,A.B., Elder,J.H., De Marco,L., Ruggeri,Z.M.and Zimmerman,T.S. (1984) Carbohydrate moiety of von Willebrand factor is not necessary for maintaining multimeric structure and ristocetin cofactor activity but protects from proteolytic degradation. *J. Clin. Invest.*, 74, 2049–2055.
275. Kessler,C.M., Floyd,C.M., Frantz,S.C. and Orthner,C. (1990) Critical role of the carbohydrate moiety in human von Willebrand factor protein for interactions with type I collagen. *Thromb. Res.*, 57, 59–76.
276. Langer,B.G., Weisel,J.W., Dinauer,P.A., Nagaswami,C. and Bell,W.R. (1988) Deglycosylation of fibrinogen accelerates polymerization and increases lateral aggregation of fibrin fibers. *J. Biol. Chem.*, 263, 15056–15063.
277. Dang,C.V., Shin,C.K., Bell,W.R., Nagaswami,C. and Weisel,J.W. (1989) Fibrinogen sialic acid residues are low affinity calcium-binding sites that influence fibrin assembly. *J. Biol. Chem.*, 264, 15104–15108.
278. Gralnick,H.R., Givelber,H. and Abrams,E. (1978) Dysfibrinogenemia associated with hepatoma. Increased carbohydrate content of the fibrinogen molecule. *N. Engl. J. Med.*, 299, 221–226.
279. Dawson,N.A., Barr,C.F. and Alving,B.M. (1985) Acquired dysfibrinogenemia. Paraneoplastic syndrome in renal cell carcinoma. *Am. J. Med.*, 78, 682–686.
280. Maekawa,H., Yamazumi,K., Muramatsu,S., Kaneko,M., Hirata,H., Takahashi,N., Arocha-Piñango,C.L., Rodriguez,S., Nagy,H., Perez-Requejo,J.L. and Matsuda,M. (1992) Fibrinogen Lima: A homozygous dysfibrinogen with an Aα-arginine-141 to serine substitution associated with extra *N*-glycosylation at Aα-asparagine-139. Impaired fibrin gel formation but normal fibrin-facilitated plasminogen activation catalyzed by tissue-type plasminogen activator. *J. Clin. Invest.*, 90, 67–76.
281. Watzlawick,H., Walsh,M. T., Ehrhard,I., Slayter,H.S., Haupt,H., Schwick,H.G., Jourdian,G.W., Hase,S., Schmid,K. and Brossmer,R. (1991) The effect of the carbohydrate moiety upon the size and conformation of human plasma galactoglycoprotein as judged by electron microscopy and circular dichroism. Structural studies of a glycoprotein after stepwise enzymic carbohydrate removal. *Biochem. J.*, 277, 753–758.
282. Ghose-Dastidar,J., Ross,J.B. and Green,R. (1991) Expression of biologically active human corticosteroid binding globulin by insect cells: acquisition of function requires glycosylation and transport. *Proc. Natl. Acad. Sci. USA*, 88, 6408–6412.
283. Gerard,C. and Hugli,T.E. (1981) Identification of classical anaphylatoxin as the des-Arg form of the C5a molecule: evidence of a modulator role for the oligosaccharide unit in human des-Arg74-C5a. *Proc. Natl. Acad. Sci. USA*, 78, 1833–1837.
284. Luo,C., Thielens,N.M., Gagnon,J., Gal,P., Sarvari,M., Tseng,Y., Tosi,M., Zavodszky,P., Arlaud,G.J. and Schumaker,V.N. (1992) Recombinant human complement subcomponent C1s lacking β-hydroxyasparagine, sialic acid, and one of its two carbohydrate chains still reassembles with C1q and C1r to form a functional C1 complex. *Biochemistry*, 31, 4254–4262.
285. Godfroid,E. and Octave,J.-N. (1990) Glycosylation of the amyloid peptide precursor containing the Kunitz protease inhibitor domain improves the inhibition of trypsin. *Biochem. Biophys. Res. Commun.*, 171, 1015–1021.
286. Grimaldi,S., Robbins,J. and Edelhoch,H. (1985) Interaction of carbohydrate and protein in thyroxine binding globulin. *Biochemistry*, 24, 3771–3776.
287. Cheng,S., Morrone,S. and Robbins,J. (1979) Effect of deglycosylation on the binding and immunoreactivity of human thyroxine-binding globulin. *J. Biol. Chem.*, 254, 8830–8835.
288. Joseph,D.R., Lawrence,W. and Danzo,B.J. (1992) The role of asparagine-linked oligosaccharides in the subunit structure, steroid binding, and secretion of androgen-binding protein. *Mol. Endocrinol.*, 6, 1127–1134.
289. Luhrs,C.A. (1991) The role of glycosylation in the biosynthesis and acquisition of ligand-binding activity of the folate-binding protein in cultured KB cells. *Blood*, 77, 1171–1180.
290. Bertina,R.M., Ploos van Amstel,H.K., van Wijngaarden,A., Coenen,J., Leemhuis,M.P., Deutz-Terlouw,P.P., van der Linden,I.K. and Reitsma,P.H. (1990) Heerlen polymorphism of protein S, an immunologic polymorphism due to dimorphism of residue 460. *Blood*, 76, 538–548.
291. Bernard,B.A., Yamada,K.M. and Olden,K. (1982) Carbohydrates selectively protect a specific domain of fibronectin against proteases. *J. Biol. Chem.*, 257, 8549–8554.
292. Langeveld,J.P.M., Noelken,M.E., Hård,K., Todd,P., Vliegenthart,J.F.G., Rouse,J. and Hudson,B.G. (1991) Bovine glomerular basement membrane. Location and structure of the asparagine-linked oligosaccharide units and their potential role in the assembly of the 7 S collagen IV tetramer. *J. Biol. Chem.*, 266, 2622–2631.
293. Kelm,R.J.J. and Mann,K.G. (1991) The collagen binding specificity of bone and platelet osteonectin is related to differences in glycosylation. *J. Biol. Chem.*, 266, 9632–9639.
294. Slieker,L.J., Martensen,T.M. and Lane,M.D. (1986) Synthesis of epidermal growth factor receptor in human A431 cells. Glycosylation-dependent acquisition of ligand binding activity occurs post-translationally in the endoplasmic reticulum. *J. Biol. Chem.*, 261, 15233.
295. Caro,J.F., Cecchin,F. and Sinha,M.K. (1984) Is glycosylation in the liver needed for insulin binding, processing, and action? Evidence for heterogeneity. *J. Biol. Chem.*, 259, 12810–12816.
296. Duronio,V., Jacobs,S. and Cuatrecasas,P. (1986) Complete glycosylation of the insulin and insulin-like growth factor I receptors is not necessary for their biosynthesis and function. Use of swainsonine as an inhibitor in IM-9 cells. *J. Biol. Chem.*, 261, 970–975.
297. Podskalny,J.M., Rouiller,D.G., Grunberger,G., Baxter,R.C., McElduff,A. and Gorden,P. (1986) Glycosylation defects alter insulin but not insulin-like growth factor I binding to Chinese hamster ovary cells. *J. Biol. Chem.*, 261, 14076–14081.
298. Duronio,V., Jacobs,S., Romero,P.A. and Herscovics,A. (1988) Effects of inhibitors of N-linked oligosaccharide processing on the biosynthesis and function of insulin and insulin-like growth factor-I receptors. *J. Biol. Chem.*, 263, 5436–5445.
299. Leconte,I., Auzan,C., Debant,A., Rossi,B. and Clauser,E. (1992) N-linked oligosaccharide chains of the insulin receptor β subunit are essential for transmembrane signaling. *J. Biol. Chem.*, 267, 17415–17423.
300. Feige,J.J. and Baird,A. (1988) Glycosylation of the basic fibroblast growth factor receptor. The contribution of carbohydrate to receptor function. *J. Biol. Chem.*, 263, 14023–14029.
301. Rens-Domiano,S. and Reisine,T. (1991) Structural analysis and functional role of the carbohydrate component of somatostatin receptors. *J. Biol. Chem.*, 266, 20094–20102.
302. Diamond,M.S., Staunton,D.E., Marlin,S.D. and Springer,T.A. (1991) Binding of the integrin Mac-1 (CD11b/CD18) to the third immunoglobulin-like domain of ICAM-1 (CD54) and its regulation by glycosylation. *Cell*, 65, 961–971.
303. Akiyama,S.K., Yamada,S.S. and Yamada,K.M. (1989) Analysis of the role of glycosylation of the human fibronectin receptor. *J. Biol. Chem.*, 264, 18011–18018.
304. Koyama,T. and Hughes,R.C. (1992) Functional integrins from normal and glycosylation-deficient baby hamster kidney cells. Terminal processing of asparagine-linked oligosaccharides is not correlated with fibronectin-binding activity. *J. Biol. Chem.*, 267, 25939–25944.
305. Recny,M.A., Luther,M.A., Knoppers,M.H., Neidhardt,E.A., Khandekar,S.S., Concino,M.F., Schimke,P.A., Francis,M.A., Moebius,U., Reinhold,B.B., Reinhold,V.N. and Reinherz,E.L. (1992) *N*-glycosylation is required for human CD2 immunoadhesion functions. *J. Biol. Chem.*, 267, 22428–22434.
306. Lublin,D.M., Griffith,R.C. and Atkinson,J.P. (1986) Influence of glycosylation on allelic and cell-specific Mr variation, receptor processing, and ligand binding of the human complement C3b/C4b receptor. *J. Biol. Chem.*, 261, 5736–5744.
307. Weis,J.J. and Fearon,D.T. (1985) The identification of N-linked oligosaccharides on the human CR2/Epstein–Barr virus receptor and their function in receptor metabolism, plasma membrane expression, and ligand binding. *J. Biol. Chem.*, 260, 13824–13830.
308. Wei,B.-Y., Buerstedde,J.-M., Bell,M., Chase,C., Nilson,A., Browne,A., Pease,L. and McKean,D.J. (1991) Functional effects of N-linked oligosaccharides located on the external domain of murine class II molecules. *J. Immunol.*, 146, 2358–2366.
309. Nag,B., Passmore,D., Kendrick,T., Bhayani,H. and Sharma,S.D. (1992) N-linked oligosaccharides of murine major histocompatibility complex class II molecule. Role in antigenic peptide binding, T cell recognition, and clonal nonresponsiveness. *J. Biol. Chem.*, 267, 22624–22629.
310. Ji,I., Slaughter,R.G. and Ji,T.H. (1990) N-linked oligosaccharides are not required for hormone binding of the lutropin receptor in a Leydig tumor cell line and rat granulosa cells. *Endocrinology*, 127, 494–496.
311. Ott,R.J., Hui,A.C. and Giacomini,K.M. (1992) Inhibition of N-linked glycosylation affects organic cation transport across the brush border membrane of opossum kidney (OK) cells. *J. Biol. Chem.*, 267, 133–139.
312. Feugeas,J.-P., Néel,D., Pavia,A.A., Laham,A., Goussault,Y. and Derappe,C. (1990) Glycosylation of the human erythrocyte glucose transporter is essential for glucose transport activity. *Biochim. Biophys. Acta Bio-Membr.*, 1030, 60–64.
313. Feugeas,J.-P., Néel,D., Goussault,Y. and Derappe,C. (1991) Glycosylation of the human erythrocyte glucose transporter: A minimum structure is required for glucose transport activity. *Biochim. Biophys. Acta Bio-Membr.*, 1066, 59–62.
314. Asano,T., Katagiri,H., Takata,K., Lin,J.-L., Ishihara,H., Inukai,K., Tsukuda,K., Kikuchi,M., Hirano,H., Yazaki, Y.and Oka,Y. (1991) The role of *N*-glycosylation of GLUT1 for glucose transport activity. *J. Biol. Chem.*, 266, 24632–24636.
315. Shibuya,K., Chiba,S., Miyagawa,K., Kitamura,T., Miyazono,K. and Takaku,F. (1991) Structural and functional analyses of glycosylation on the distinct molecules of human GM-CSF receptors. *Eur. J. Biochem.*, 198, 659–666.
316. Casey,J.R., Pirraglia,C.A. and Reithmeier,R.A.F. (1992) Enzymatic deglycosylation of human band 3, the anion transport protein of the erythrocyte membrane. Effect on protein structure and transport properties. *J. Biol. Chem.*, 267, 11940–11948.
317. Ninomiya,H., Stewart,B.H., Rollins,S.A., Zhao,J., Bothwell,A.L.M. and Sims,P.J. (1992) Contribution of the N-linked carbohydrate of erythrocyte antigen CD59 to its complement-inhibitory activity. *J. Biol. Chem.*, 267, 8404–8410.
318. Stiles,G.L. (1985) Deglycosylated mammalian beta 2-adrenergic receptors: effect on radioligand binding and peptide mapping. *Arch. Biochem. Biophys.*, 237, 65–71.
319. George,S.T., Ruoho,A.E. and Malbon,C.C. (1986) *N*-Glycosylation in expression and function of β-adrenergic receptors. *J. Biol. Chem.*, 261, 16559.
320. Boege,F., Ward,M., Jurss,R., Hekman,M. and Helmreich,E.J. (1988) Role of glycosylation for beta 2-adrenoceptor function in A431 cells. *J. Biol. Chem.*, 263, 9040–9049.
321. Frost,G.H., Bergmann,J.S. and Carney,D.H. (1991) Glycosylation of high-affinity thrombin receptors appears necessary for thrombin binding. *Biochem. Biophys. Res. Commun.*, 180, 349–355.
322. Parczyk,K. and Koch-Brandt,C. (1991) The role of carbohydrates in vectorial exocytosis: The secretion of the gp 80 glycoprotein complex in a ricin-resistant mutant of MDCK cells. *FEBS Lett.*, 278, 267–270.
323. Hunt,R.C., Riegler,R. and Davis,A.A. (1989) Changes in glycosylation alter the affinity of the human transferrin receptor for its ligand. *J. Biol. Chem.*, 264, 9643–9648.
324. Hoe,M.H. and Hunt,R.C. (1992) Loss of one asparagine-linked oligosaccharide from human transferrin receptors results in specific cleavage and association with the endoplasmic reticulum. *J. Biol. Chem.*, 267, 4916–4923.
325. Williams,A.M. and Enns,C.A. (1991) A mutated transferrin receptor lacking asparagine-linked glycosylation sites shows reduced functionality and an association with binding immunoglobulin protein. *J. Biol. Chem.*, 266, 17648–17654.
326. Platt,F.M., Karlsson,G.B. and Jacob,G.S. (1992) Modulation of cell-surface transferrin receptor by the imino sugar *N*-butyldeoxynojirimycin. *Eur. J. Biochem.*, 208, 187–193.

327. Smith,M.M., Schlesinger,S., Lindstrom,J. and Merlie,J.P. (1986) The effects of inhibiting oligosaccharide trimming by 1-deoxynojirimycin on the nicotinic acetylcholine receptor. *J. Biol. Chem.*, 261, 14825–14832.
328. El Battari,A., Forget,P., Fouchier,F. and Pic,P. (1991) Effect of inhibiting *N*-glycosylation or oligosaccharide processing on vasoactive intestinal peptide receptor binding activity and structure. *Biochem. J.*, 278, 527–533.
329. Wier,M. and Edidin,M. (1988) Constraint of the translational diffusion of a membrane glycoprotein by its external domains. *Science*, 242, 412–414.
330. Jans,D.A., Jans,P., Luzius,H. and Fahrenholz,F. (1992) N-Glycosylation plays a role in biosynthesis and internalization of the adenylate cyclase stimulating vasopressin $V_2$-receptor of LLC-$PK_1$ renal epithelial cells: An effect of concanavalin A on binding and expression. *Arch. Biochem. Biophys.*, 294, 64–69.
331. van Koppen,C.J. and Nathanson,N.M. (1990) Site-directed mutagenesis of the m2 muscarinic acetylcholine receptor. Analysis of the role of *N*-glycosylation in receptor expression and function. *J. Biol. Chem.*, 265, 20887–20892.
332. Filipovic,I. (1989) Effect of inhibiting *N*-glycosylation on the stability and binding activity of the low density lipoprotein receptor. *J. Biol. Chem.*, 264, 8815–8820.
333. Fischer,T., Thoma,B., Scheurich,P. and Pfizenmaier,K. (1990) Glycosylation of the human interferon-gamma receptor. N-linked carbohydrates contribute to structural heterogeneity and are required for ligand binding. *J. Biol. Chem.*, 265, 1710–1717.
334. Fountoulakis,M. and Gentz,R. (1992) Effect of glycosylation on properties of soluble interferon gamma receptors produced in prokaryotic and eukaryotic expression systems. *BioTechnology*, 10, 1143–1147.
335. Breitfeld,P.P., Rup,D. and Schwartz,A.L. (1984) Influence of the N-linked oligosaccharides on the biosynthesis, intracellular routing, and function of the human asialoglycoprotein receptor. *J. Biol. Chem.*, 259, 10414–10421.
336. Wendland,M., Waheed,A., Schmidt,B., Hille,A., Nagel,G., von Figura,K. and Pohlmann,R. (1991) Glycosylation of the $M_r$ 46,000 mannose 6-phosphate receptor. Effect on ligand binding, stability, and conformation. *J. Biol. Chem.*, 266, 4598–4604.
337. Hogue,D.L., Hodgson,K.C. and Cass,C.E. (1990) Effects of inhibition of N-linked glycosylation by tunicamycin on nucleoside transport polypeptides of L1210 leukemia cells. *Biochem. Cell Biol.*, 68, 199–209.
338. Konig,R., Ashwell,G. and Hanover,J.A. (1988) Glycosylation of CD4. Tunicamycin inhibits surface expression. *J. Biol. Chem.*, 263, 9502–9507.
339. Tifft,C.J., Proia,R.L. and Camerini-Otero,R.D. (1992) The folding and cell surface expression of CD4 requires glycosylation. *J. Biol. Chem.*, 267, 3268–3273.
340. Russo,D., Chazenbalk,G.D., Nagayama,Y., Wadsworth,H.L. and Rapoport,B. (1991) Site-directed mutagenesis of the human thyrotropin receptor: Role of asparagine-linked oligosaccharides in the expression of a functional receptor. *Mol. Endocrinol.*, 5, 29–33.
341. Keating,M.T., Harryman,C.C. and Williams,L.T. (1989) Platelet-derived growth factor receptor inducibility is acquired immediately after translation and does not require glycosylation. *J. Biol. Chem.*, 264, 9129–9132.
342. Sheldon,P.S. and Bowles,D.J. (1992) The glycoprotein precursor of concanavalin A is converted to an active lectin by deglycosylation. *EMBO J.*, 11, 1297–1301.
343. Min,W., Dunn,A.J. and Jones,D.H. (1992) Non-glycosylated recombinant pro-concanavalin A is active without polypeptide cleavage. *EMBO J.*, 11, 1303–1307.
344. Grier,A.H. and Vogel,C.-W. (1989) The oligosaccharide chains of cobra venom factor are required for complement activation. *Mol. Immunol.*, 26, 563–574.
345. Dekker,J. and Strous,G.J. (1990) Covalent oligomerization of rat gastric mucin occurs in the rough endoplasmic reticulum, is *N*-glycosylation-dependent, and precedes initial *O*-glycosylation. *J. Biol. Chem.*, 265, 18116–18122.
346. Legrand,D., Mazurier,J., Colavizza,D., Montreuil,J. and Spik,G. (1990) Properties of the iron-binding site of the N-terminal lobe of human and bovine lactotransferrins. Importance of the glycan moiety and of the non-covalent interactions between the N- and C-terminal lobes in the stability of the iron-binding site. *Biochem. J.*, 266, 575–581.
347. Gordon,M.M., Hu,C., Chokshi,H., Hewitt,J.E. and Alpers,D.H. (1991) Glycosylation is not required for ligand or receptor binding by expressed rat intrinsic factor. *Am. J. Physiol. Gastrointest. Liver Physiol.*, 260, G736–G742.
348. Shifrin,S., Consiglio,E. and Kohn,L.D. (1983) Effect of the complex carbohydrate moiety on the structure of thyroglobulin. *J. Biol. Chem.*, 258, 3780–3786.
349. Fenouillet,E., Fayet,G., Hovsepian,S., Bahraoui,E.M. and Ronin,C. (1986) Immunochemical evidence for a role of complex carbohydrate chains in thyroglobulin antigenicity. *J. Biol. Chem.*, 261, 15153–15158.
350. Malone,T.E. and Jagendorf,A.T. (1984) Partial deglycosylation of chloroplast coupling factor 1 (CF1) prevents the reconstitution of photophosphorylation. *Proc. Natl. Acad. Sci. USA*, 81, 3733–3736.
351. Struck,D.K., Siuta,P.B., Lane,M.D. and Lennarz,W.J. (1978) Effect of tunicamycin on the secretion of serum proteins by primary cultures of rat and chick hepatocytes. Studies on transferrin, very low density lipoprotein, and serum albumin. *J. Biol. Chem.*, 253, 5332–5337.
352. Lodish,H.F. and Kong,N. (1984) Glucose removal from N-linked oligosaccharides is required for efficient maturation of certain secretory glycoproteins from the rough endoplasmic reticulum to the Golgi complex. *J. Cell Biol.*, 98, 1720–1729.
353. Pan,Y.T., Hori,H. and Elbein,A.D. (1987) The effect of glycoprotein-processing inhibitors on the secretion of glycoproteins by Madin–Darby canine kidney cells. *Biochem. Cell Biol.*, 65, 345–353.
354. Yeo,T.K., Yeo,K.T., Parent,J.B. and Olden,K. (1985) Swainsonine treatment accelerates intracellular transport and secretion of glycoproteins in human hepatoma cells. *J. Biol. Chem.*, 260, 2565–2569.
355. Lodish,H.F. (1988) Transport of secretory and membrane glycoproteins from the rough endoplasmic reticulum to the Golgi. A rate-limiting step in protein maturation and secretion. *J. Biol. Chem.*, 263, 2107–2110.
356. Driouich,A., Gonnet,P., Makkie,M., Laine,A.-C. and Faye, L. (1989) The role of high-mannose and complex asparagine-linked glycans in the secretion and stability of glycoproteins. *Planta*, 180, 96–104.
357. Oh-eda,M., Hasegawa,M., Hattori,K., Kuboniwa,H., Kojima,T., Orita,T., Tomonou,K., Yamazaki,T. and Ochi,N. (1990) O-linked sugar chain of human granulocyte colony-stimulating factor protects it against polymerization and denaturation allowing it to retain its biological activity. *J. Biol. Chem.*, 265, 11432–11435.
358. Woodward,H.D., Ringler,N.J., Selvakumar,R., Simet,I.M., Bhavanandan,V.P. and Davidson,E.A. (1987) Deglycosylation studies on tracheal mucin glycoproteins. *Biochemistry*, 26, 5315–5322.
359. Shogren,R., Gerken,T.A. and Jentoft,N. (1989) Role of glycosylation on the conformation and chain dimensions of O-linked glycoproteins: Light-scattering studies of ovine submaxillary mucin. *Biochemistry*, 28, 5525–5536.
360. Naim,H.Y. and Lentze,M.J. (1992) Impact of *O*-glycosylation on the function of human intestinal lactase-phlorizin hydrolase. Characterization of glycoforms varying in enzyme activity and localization of *O*-glycoside addition. *J. Biol. Chem.*, 267, 25494–25504.
361. Davies,P.L. and Hew,C.L. (1990) Biochemistry of fish antifreeze proteins. *FASEB J.*, 4, 2460–2468.
362. Williamson,G., Belshaw,N.J., Noel,T.R., Ring,S.G. and Williamson,M.P. (1992) *O*-glycosylation and stability—Unfolding of glucoamylase induced by heat and guanidine hydrochloride. *Eur. J. Biochem.*, 207, 661–670.
363. Sadler,J.E., Paulson,J.C. and Hill,R.L. (1979) The role of sialic acid in the expression of human MN blood group antigens. *J. Biol. Chem.*, 254, 2112–2119.
364. Prohaska,R., Koerner,T.A.J., Armitage,I.M. and Furthmayr,H. (1981) Chemical and carbon-13 nuclear magnetic resonance studies of the blood group M and N active sialoglycopeptides from human glycophorin A. *J. Biol. Chem.*, 256, 5781–5791.
365. O'Connell,P.J., Gerkis,V. and D'Apice,A.J.F. (1991) Variable *O*-glycosylation of CD13 (aminopeptidase N). *J. Biol. Chem.*, 266, 4593–4597.
366. Davis,C.G., Elhammer,A., Russell,D.W., Schneider,W.J., Kornfeld,S., Brown,M.S. and Goldstein,J.L. (1986) Deletion of clustered O-linked carbohydrates does not impair function of low density lipoprotein receptor in transfected fibroblasts. *J. Biol. Chem.*, 261, 2828–2838.
367. Shite,S., Seguchi,T., Yoshida,T., Kohno,K., Ono,M. and Kuwano,M. (1988) A new class mutation of low density lipoprotein receptor with altered carbohydrate chains. *J. Biol. Chem.*, 263, 19286–19289.
368. Kuwano,M., Seguchi,T. and Ono,M. (1991) Glycosylation mutations of serine/threonine-linked oligosaccharides in low-density lipoprotein receptor: Indispensable roles of *O*-glycosylation. *J. Cell Sci.*, 98, 131–134.
369. Seguchi,T., Merkle,R.K., Ono,M., Kuwano,M. and Cummings,R.D. (1991) The dysfunctional LDL receptor in a monensin-resistant mutant of Chinese hamster ovary cells lacks selected O-linked oligosaccharides. *Arch. Biochem. Biophys.*, 284, 245–256.
370. Roghani,A. and Zannis,V.I. (1988) Mutagenesis of the glycosylation site of human ApoCIII. O-linked glycosylation is not required for ApoCIII secretion and lipid binding. *J. Biol. Chem.*, 263, 17925–17932.
371. Matzuk,M.M., Krieger,M., Corless,C.L. and Boime,I. (1987) Effects of preventing *O*-glycosylation on the secretion of human chorionic gonadotropin in Chinese hamster ovary cells. *Proc. Natl. Acad. Sci. USA*, 84, 6354–6358.
372. Chen,W. and Bahl,O.P. (1991) Recombinant carbohydrate variant of human choriogonadotropin $\beta$-subunit (hCG$\beta$) descarboxyl terminus (115–145). Expression and characterization of carboxyl-terminal deletion mutant of hCG$\beta$ in the baculovirus system. *J. Biol. Chem.*, 266, 6246–6251.
373. LeBaron,R.G., Höök,A., Esko,J.D., Gay,S. and Höök,M. (1989) Binding of heparan sulfate to type V collagen. A mechanism of cell-substrate adhesion. *J. Biol. Chem.*, 264, 7950–7956.
374. Yurchenco,P.D., Cheng,Y.-S. and Schittny,J.C. (1990) Heparin modulation of laminin polymerization. *J. Biol. Chem.*, 265, 3981–3991.
375. Stow,J.L., Soroka,C.J., MacKay,K., Striker,L., Striker,G. and Farquhar,M.G. (1989) Basement membrane heparan sulfate proteoglycan is the main proteoglycan synthesized by glomerular epithelial cells in culture. *Am. J. Pathol.*, 135, 637–646.
376. Carey,D.J., Crumbling,D.M., Stahl,R.C. and Evans,D.M. (1990) Association of cell surface heparan sulfate proteoglycans of Schwann cells with extracellular matrix proteins. *J. Biol. Chem.*, 265, 20627–20633.
377. Saunders,S. and Bernfield,M. (1988) Cell surface proteoglycan binds mouse mammary epithelial cells to fibronectin and behaves as a receptor for interstitial matrix. *J. Cell Biol.*, 106, 423–430.
378. Yamaguchi,Y. and Ruoslahti,E. (1988) Expression of human proteoglycan in Chinese hamster ovary cells inhibits cell proliferation. *Nature*, 336, 244–246.
379. LeBaron,R.G., Esko,J.D., Woods,A., Johansson,S. and Hook,M. (1988) Adhesion of glycosaminoglycan-deficient Chinese hamster ovary cell mutants to fibronectin substrata. *J. Cell Biol.*, 106, 945–952.
380. Bidanset,D.J., LeBaron,R., Rosenberg,L., Murphy-Ullrich,J.E. and Hook,M. (1992) Regulation of cell substrate adhesion: Effects of small galactosaminoglycan-containing proteoglycans. *J. Cell Biol.*, 118, 1523–1531.
381. Iida,J., Skubitz,A.P.N., Furcht,L.T., Wayner,E.A. and McCarthy,J.B. (1992) Coordinate role for cell surface chondroitin sulfate proteoglycan and $\alpha 4\beta 1$ integrin in mediating melanoma cell adhesion to fibronectin. *J. Cell Biol.*, 118, 431–444.
382. Enghild,J.J., Salvesen,G., Hefta,S.A., Thogersen,I.B., Rutherfurd,S. and Pizzo,S.V. (1991) Chondroitin 4-sulfate covalently cross-links the chains of the human blood protein pre-$\alpha$-inhibitor. *J. Biol. Chem.*, 266, 747–751.
383. Kapsenberg,M.L., Stiekema,F.E.M., Kallan,A., Bos,J.D. and Roozemond,R.C. (1989) The restrictive role of sialic acid in antigen presentation to a subset of human peripheral $CD4^+$ T lymphocytes that requires antigen-presenting dendritic cells. *Eur. J. Immunol.*, 19, 1829–1834.
384. Ardman,B., Sikorski,M.A. and Staunton,D.E. (1992) CD43 interferes with T-lymphocyte adhesion. *Proc. Natl. Acad. Sci. USA*, 89, 5001–5005.
385. van Meer,G. and Simons,K. (1988) Lipid polarity and sorting in epithelial cells. *J. Cell Biochem.*, 36, 51–58.
386. van Meer,G., Stelzer,E.H., Wijnaendts van Resandt,R.W. and Simons,K. (1987) Sorting of sphingolipids in epithelial (Madin–Darby canine kidney) cells. *J. Cell Biol.*, 105, 1623–1635.
387. Brown,D.A. and Rose,J.K. (1992) Sorting of GPI-anchored proteins to glycolipid-enriched membrane subdomains during transport to the apical cell surface. *Cell*, 68, 533–544.
388. Dotti,C.G., Parton,R.G. and Simons,K. (1991) Polarized sorting of glypiated proteins in hippocampal neurons. *Nature*, 349, 158–161.
389. Cooper,D.N.W., Massa,S.M. and Barondes,S.H. (1991) Endogenous muscle lectin inhibits myoblast adhesion to laminin. *J. Cell Biol.*, 115, 1437–1448.
390. Zhou,Q. and Cummings,R.D. (1990) The S-type lectin from calf heart tissue binds selectively to the carbohydrate chains of laminin. *Arch. Biochem. Biophys.*, 281, 27–35.
391. Woo,H.-J., Lotz,M.M., Jung,J.U. and Mercurio,A.M. (1991) Carbohydrate-binding protein 35 (Mac-2), a laminin-binding lectin, forms functional dimers using cysteine 186. *J. Biol. Chem.*, 266, 18419–18422.
392. Rosenberg,I., Cherayil,B.J., Isselbacher,K.J. and Pillai,S. (1991) Mac-2-binding glycoproteins. Putative ligands for a cytosolic $\beta$-galactoside lectin. *J. Biol. Chem.*, 266, 18731–18736.
393. Hinek,A., Wrenn,D.S., Mecham,R.P. and Barondes,S.H. (1988) The elastin receptor: a galactoside-binding protein. *Science*, 239, 1539–1541.
394. Mecham,R.P., Whitehouse,L., Hay,M., Hinek,A. and Sheetz,M.P. (1991) Ligand affinity of the 67-kD elastin/laminin binding protein is modulated by the protein's lectin domain: Visualization of elastin/laminin-receptor complexes with gold-tagged ligands. *J. Cell Biol.*, 113, 187–194.
395. Lemansky,P., Fatemi,S.H., Gorican,B., Meyale,S., Rossero,R. and Tartakoff,A.M. (1990) Dynamics and longevity of the glycolipid-anchored membrane protein, Thy-1. *J. Cell Biol.*, 110, 1525–1531.
396. Bhaskar,K.R., Garik,P., Turner,B.S., Bradley,J.D., Bansil,R., Stanley,H.E. and LaMont,J.T. (1992) Viscous fingering of HCl through gastric mucin. *Nature*, 360, 458–461.
397. Markwell,M.A. and Paulson,J.C. (1980) Sendai virus utilizes specific sialyloligosaccharides as host cell receptor determinants. *Proc. Natl. Acad. Sci. USA*, 77, 5693–5697.
398. Markwell,M.A., Svennerholm,L. and Paulson,J.C. (1981) Specific gangliosides function as host cell receptors for Sendai virus. *Proc. Natl. Acad. Sci. USA*, 78, 5406–5410.
399. Carroll,S.M. and Paulson,J.C. (1985) Differential infection of receptor-modified host cells by receptor-specific influenza viruses. *Virus Res.*, 3, 165–179.
400. Rogers,G.N., Daniels,R.S., Skehel,J.J., Wiley,D.C., Wang,X.F., Higa,H.H. and Paulson,J.C. (1985) Host-mediated selection of influenza virus receptor variants: Sialic acid-alpha 2,6Gal-specific clones of A/duck/Ukraine/1/63 revert to sialic acid-alpha 2,3Gal-specific wild type in ovo. *J. Biol. Chem.*, 260, 7362–7367.

401. Suzuki,Y., Suzuki,T., Matsunaga,M. and Matsumoto,M. (1985) Gangliosides as paramyxovirus receptor. Structural requirement of sialo-oligosaccharides in receptors for hemagglutinating virus of Japan (Sendai virus) and Newcastle disease virus. *J. Biochem. (Tokyo)*, 97, 1189–1199.
402. Suzuki,Y., Matsunaga,M. and Matsumoto,M. (1985) *N*-Acetylneuraminyllactosylceramide, GM3-NeuAc, a new influenza A virus receptor which mediates the adsorption-fusion process of viral infection. Binding specificity of influenza virus 'A/Aichi/2/68 (H3N2) to membrane-associated GM3 with different molecular species of sialic acid. *J. Biol. Chem.*, 260, 1362–1365.
403. Rogers,G.N., Herrler,G., Paulson,J.C. and Klenk,H.D. (1986) Influenza C virus uses 9-*O*-acetyl-*N*-acetylneuraminic acid as a high affinity receptor determinant for attachment to cells. *J. Biol. Chem.*, 261, 5947–5951.
404. Herrler,G., Reuter,G., Rott,R., Klenk,H.D. and Schauer,R. (1987) *N*-acetyl-9-*O*-acetylneuraminic acid, the receptor determinant for influenza C virus, is a differentiation marker on chicken erythrocytes. *Biol. Chem. Hoppe Seyler.*, 368, 451–454.
405. Herrler,G., Rott,R., Klenk,H.D., Muller,H.P., Shukla,A.K. and Schauer,R. (1985) The receptor-destroying enzyme of influenza C virus is neuraminate-*O*-acetylesterase. *EMBO J.*, 4, 1503–1506.
406. Higa,H.H., Rogers,G.N. and Paulson,J.C. (1985) Influenza virus hemagglutinins differentiate between receptor determinants bearing *N*-acetyl-, *N*-glycolyl-, and *N,O*-diacetylneuraminic acids. *Virology*, 144, 279–282.
407. Higa,H.H. and Paulson,J.C. (1985) Sialylation of glycoprotein oligosaccharides with *N*-acetyl-, *N*-glycolyl-, and *N-O*-diacetylneuraminic acids. *J. Biol. Chem.*, 260, 8838–8849.
408. Muchmore,E. and Varki,A. (1987) Inactivation of influenza C esterase decreases infectivity without loss of binding; a probe for 9-O-acetylated sialic acids. *Science*, 236, 1293–1295.
409. Pritchett,T.J. and Paulson,J.C. (1989) Basis for the potent inhibition of influenza virus infection by equine and guinea pig $\alpha_2$-macroglobulin. *J. Biol. Chem.*, 264, 9850–9858.
410. Weis,W., Brown,J.H., Cusack,S., Paulson,J.C., Skehel,J.J. and Wiley,D.C. (1988) Structure of the influenza virus haemagglutinin complexed with its receptor, sialic acid. *Nature*, 333, 426–431.
411. Willoughby,R.E. and Yolken,R.H. (1990) SA11 rotavirus is specifically inhibited by an acetylated sialic acid. *J. Infect. Dis.*, 161, 116–119.
412. Hara,T., Endo,T., Furukawa,K., Kawakita,M. and Kobata,A. (1989) Elucidation of the phenotypic change on the surface of Had-1 cell, a mutant cell line of mouse FM3A carcinoma cells selected by resistance to Newcastle disease virus infection. *J. Biochem. (Tokyo)*, 106, 236–247.
413. Paul,R.W., Choi,A.H.C. and Lee,P.W.K. (1989) The α-anomeric form of sialic acid is the minimal receptor determinant recognized by reovirus. *Virology*, 172, 382–385.
414. Fukudome,K., Yoshie,O. and Konno,T. (1989) Comparison of human, simian, and bovine rotaviruses for requirement of sialic acid in hemagglutination and cell adsorption. *Virology*, 172, 196–205.
415. Schultze,B., Gross,H.-J., Brossmer,R., Klenk,H.-D. and Herrler,G. (1990) Hemagglutinating encephalomyelitis virus attaches to *N*-acetyl-9-*O*-acetylneuraminic acid-containing receptors on erythrocytes: Comparison with bovine coronavirus and influenza C virus. *Virus Res.*, 16, 185–194.
416. Tavakkol,A. and Burness,A.T.H. (1990) Evidence for a direct role for sialic acid in the attachment of encephalomyocarditis virus to human erythrocytes. *Biochemistry*, 29, 10684–10690.
417. Schultze,B., Gross,H.-J., Brossmer,R. and Herrler,G. (1991) The S protein of bovine coronavirus is a hemagglutinin recognizing 9-*O*-acetylated sialic acid as a receptor determinant. *J. Virol.*, 65, 6232–6237.
418. Glick,G.D., Toogood,P.L., Wiley,D.C., Skehel,J.J. and Knowles,J.R. (1991) Ligand recognition by influenza virus. The binding of bivalent sialosides. *J. Biol. Chem.*, 266, 23660–23669.
419. Schultze,B. and Herrler,G. (1992) Bovine coronavirus uses *N*-acetyl-9-*O*-acetylneuraminic acid as a receptor determinant to initiate the infection of cultured cells. *J. Gen. Virol.*, 73, 901–906.
420. Suzuki,Y., Nagao,Y., Kato,H., Matsumoto,M., Nerome,K., Nakajima,K. and Nobusawa,E. (1986) Human influenza A virus hemagglutinin distinguishes sialyloligosaccharides in membrane-associated gangliosides as its receptor which mediates the adsorption and fusion processes of virus infection. Specificity for oligosaccharides and sialic acids and the sequence to which sialic acid is attached. *J. Biol. Chem.*, 261, 17057–17061.
421. Gentsch,J.R. and Pacitti,A.F. (1985) Effect of neuraminidase treatment of cells and effect of soluble glycoproteins on type 3 reovirus attachment to murine L cells. *J. Virol.*, 56, 356–364.
422. Utagawa,E.T., Miyamura,K., Mukoyama,A. and Kono,R. (1982) Neuraminidase-sensitive erythrocyte receptor for enterovirus type 70. *J. Gen. Virol.*, 63, 141–148.
423. Zingales,B., Carniol,C., De Lederkremer,R.M. and Colli,W. (1987) Direct sialic acid transfer from a protein donor to glycolipids of trypomastigote forms of *Trypanosoma cruzi*. *Mol. Biochem. Parasitol.*, 26, 135–144.
424. Libby,P., Alroy,J. and Pereira,M.E.A. (1989) A neuraminidase from *Trypanosoma cruzi* removes sialic acid from the surface of mammalian myocardial and endothelial cells. *J. Clin. Invest.*, 77, 127–135.
425. Pereira,M.E.A. and Hoff,R. (1989) Heterogeneous distribution of neuraminidase activity in strains and clones of *Trypanosoma cruzi* and its possible association with parasite myotropism. *Mol. Biochem. Parasitol.*, 20, 183–189.
426. Rosenberg,I.A., Prioli,R.P., Mejia,J.S. and Pereira,M.E.A. (1991) Differential expression of *Trypanosoma cruzi* neuraminidase in intra- and extracellular trypomastigotes. *Infect. Immun.*, 59, 464–466.
427. Schenkman,S., Jiang,M.-S., Hart,G.W. and Nussenzweig,V. (1991) A novel cell surface trans-sialidase of *Trypanosoma cruzi* generates a stage-specific epitope required for invasion of mammalian cells. *Cell*, 65, 1117–1125.
428. Schenkman,S., Pontes de Carvalho,L. and Nussenzweig,V. (1992) *Trypanosoma cruzi* trans-sialidase and neuraminidase activities can be mediated by the same enzymes. *J. Exp. Med.*, 175, 567–575.
429. Parodi,A.J., Pollevick,G.D., Mautner,M., Buschiazzo,A., Sanchez,D.O. and Frasch,A.C.C. (1992) Identification of the gene(s) coding for the trans-sialidase of *Trypanosoma cruzi*. *EMBO J.*, 11, 1705–1710.
430. Frevert,U., Schenkman,S. and Nussenzweig,V. (1992) Stage-specific expression and intracellular shedding of the cell surface *trans*-sialidase of *Trypanosoma cruzi*. *Infect. Immun.*, 60, 2349–2360.
431. Nathan,A. and Yavin,E. (1989) Periodate-modified gangliosides enhance surface binding of tetanus toxin to PC12 pheochromocytoma cells. *J. Neurochem.*, 53, 88–94.
432. Brennan,M.J., David,J.L., Kenimer,J.G. and Manclark,C.R. (1988) Lectin-like binding of pertussis toxin to a 165-kilodalton Chinese hamster ovary cell glycoprotein. *J. Biol. Chem.*, 263, 4895–4899.
433. Walton,K.M., Sandberg,K., Rogers,T.B. and Schnaar,R.L. (1988) Complex ganglioside expression and tetanus toxin binding by PC12 pheochromocytoma cells. *J. Biol. Chem.*, 263, 2055–2063.
434. Schengrund,C.L. and Ringler,N.J. (1989) Binding of *Vibrio cholerae* toxin and the heat-labile enterotoxin of *Escherichia coli* to GM1, derivatives of GM1, and nonlipid oligosaccharide polyvalent ligands [published erratum appears in J Biol Chem 1989 Nov 5;264(31):18853]. *J. Biol. Chem.*, 264, 13233–13237.
435. Lazarovici,P., Yanai,P. and Yavin,E. (1987) Molecular interactions between micellar polysialogangliosides and affinity-purified tetanotoxins in aqueous solution. *J. Biol. Chem.*, 262, 2645–2651.
436. Clark,G.F., Krivan,H.C., Wilkins,T.D. and Smith,D.F. (1987) Toxin A from *Clostridium difficile* binds to rabbit erythrocyte glycolipids with terminal Gal alpha 1-3Gal beta 1-4GlcNAc sequences. *Arch. Biochem. Biophys.*, 257, 217–229.
437. Lindberg,A.A., Brown,J.E., Stromberg,N., Westling-Ryd,M., Schultz,J.E. and Karlsson,K.A. (1987) Identification of the carbohydrate receptor for Shiga toxin produced by *Shigella dysenteriae* type 1. *J. Biol. Chem.*, 262, 1779–1785.
438. Cohen,A., Hannigan,G.E., Williams,B.R. and Lingwood,C.A. (1987) Roles of globotriosyl- and galabiosylceramide in verotoxin binding and high affinity interferon receptor. *J. Biol. Chem.*, 262, 17088–17091.
439. Schengrund,C.-L., DasGupta,B.R. and Ringler,N.J. (1991) Binding of botulinum and tetanus neurotoxins to ganglioside GT1b and derivatives thereof. *J. Neurochem.*, 57, 1024–1032.
440. Samuel,J.E., Perera,L.P., Ward,S., O'Brien,A.D., Ginsburg,V. and Krivan,H.C. (1990) Comparison of the glycolipid receptor specificities of Shiga-like toxin type II and Shiga-like toxin type II variants. *Infect. Immun.*, 58, 611–618.
441. Schiavo,G., Demel,R. and Montecucco,C. (1991) On the role of polysialoglycosphingolipids as tetanus toxin receptors—A study with lipid monolayers. *Eur. J. Biochem.*, 199, 705–711.
442. Masserini,M., Freire,E., Palestini,P., Calappi,E. and Tettamanti,G. (1992) Fuc-GM1 ganglioside mimics the receptor function of GM1 for cholera toxin. *Biochemistry*, 31, 2422–2426.
443. Firon,N., Ofek,I. and Sharon,N. (1982) Interaction of mannose-containing oligosaccharides with the fimbrial lectin of *Escherichia coli*. *Biochem. Biophys. Res. Commun.*, 105, 1426–1432.
444. Eden,C.S., Freter,R., Hagberg,L., Hull,R., Hull,S., Leffler,H. and Schoolnik,G. (1982) Inhibition of experimental ascending urinary tract infection by an epithelial cell-surface receptor analogue. *Nature*, 298, 560–562.
445. Lomberg,H., Hanson,L.A., Jacobsson,B., Jodal,U., Leffler,H. and Eden,C.S. (1983) Correlation of P blood group, vesicoureteral reflu, and bacterial attachment in patients with recurrent pyelonephritis. *N. Engl. J. Med.*, 308, 1189–1192.
446. Kallenius,G., Svenson,S., Mollby,R., Cedergren,B., Hultberg,H. and Winberg,J. (1981) Structure of carbohydrate part of receptor on human uroepithelial cells for pyelonephritogenic *Escherichia coli*. *Lancet*, 2, 604–606.
447. Lindberg,F., Lund,B. and Normark,S. (1986) Gene products specifying adhesion of uropathogenic *Escherichia coli* are minor components of pili. *Proc. Natl. Acad. Sci. USA*, 83, 1891–1895.
448. Uhlin,B.E., Norgren,M., Baga,M. and Normark,S. (1985) Adhesion to human cells by *Escherichia coli* lacking the major subunit of a digalactoside-specific pilus-adhesin. *Proc. Natl. Acad. Sci. USA*, 82, 1800–1804.
449. O'Hanley,P., Lark,D., Falkow,S. and Schoolnik,G. (1985) Molecular basis of *Escherichia coli* colonization of the upper urinary tract in BALB/c mice. Gal-Gal pili immunization prevents *Escherichia coli* pyelonephritis in the BALB/c mouse model of human pyelonephritis. *J. Clin. Invest.*, 75, 347–360.
450. O'Hanley,P., Low,D., Romero,I., Lark,D., Vosti,K., Falkow,S. and Schoolnik,G. (1985) Gal–Gal binding and hemolysin phenotypes and genotypes associated with uropathogenic *Escherichia coli*. *N. Engl. J. Med.*, 313, 414–420.
451. Stromberg,N., Deal,C., Nyberg,G., Normark,S., So,M. and Karlsson,K.A. (1988) Identification of carbohydrate structures that are possible receptors for *Neisseria gonorrhoeae*. *Proc. Natl. Acad. Sci. USA*, 85, 4902–4906.
452. Korhonen,T.K., Vaisanen, Rhen,V., Rhen,M., Pere,A., Parkkinen,J. and Finne,J. (1984) *Escherichia coli* fimbriae recognizing sialyl galactosides. *J. Bacteriol.*, 159, 762–766.
453. Deal,C.D. and Krivan,H.C. (1990) Lacto- and ganglio-series glycolipids are adhesion receptors for *Neisseria gonorrhoeae*. *J. Biol. Chem.*, 265, 12774–12777.
454. Pecha,B., Low,D. and O'Hanley,P. (1989) Gal–Gal pili vaccines prevent pyelonephritis by piliated *Escherichia coli* in a murine model. Single-component Gal–Gal pili vaccines prevent pyelonephritis by homologous and heterologous piliated *E.coli* strains. *J. Clin. Invest.*, 83, 2102–2108.
455. Paruchuri,D.K., Seifert,H.S., Ajioka,R.S., Karlsson,K.-A. and So,M. (1990) Identification and characterization of a *Neisseria gonorrhoeae* gene encoding a glycolipid-binding adhesin. *Proc. Natl. Acad. Sci. USA*, 87, 333–337.
456. Loveless,R.W. and Feizi,T. (1989) Sialo-oligosaccharide receptors for *Mycoplasma pneumoniae* and related oligosaccharides of poly-*N*-acetyllactosamine series are polarized at the cilia and apical-microvillar domains of the ciliated cells in human bronchial epithelium. *Infect. Immun.*, 57, 1285–1289.
457. Teneberg,S., Willemsen,P., de Graaf,F.K. and Karlsson,K.-A. (1990) Receptor-active glycolipids of epithelial cells of the small intestine of young and adult pigs in relation to susceptibility to infection with *Escherichia coli* K99. *FEBS Lett.*, 263, 10–14.
458. Strömberg,N., Marklund,B.-I., Lund,B., Ilver,D., Hamers,A., Gaastra,W., Karlsson,K.-A. and Normark,S. (1990) Host-specificity of uropathogenic *Escherichia coli* depends on differences in binding specificity to Galα1-4Gal-containing isoreceptors. *EMBO J.*, 9, 2001–2010.
459. Strömberg,N. and Karlsson,K.-A. (1990) Characterization of the binding of *Propionibacterium granulosum* to glycosphingolipids adsorbed on surfaces. An apparent recognition of lactose which is dependent on the ceramide structure. *J. Biol. Chem.*, 265, 11244–11250.
460. Strömberg,N. and Karlsson,K.-A. (1990) Characterization of the binding of *Actinomyces naeslundii* (ATCC 12104) and *Actinomyces viscosus* (ATCC 19246) to glycosphingolipids, using a solid-phase overlay approach. *J. Biol. Chem.*, 265, 11251–11258.
461. Nyberg,G., Strömberg,N., Jonsson,A., Karlsson,K.-A. and Normark,S. (1990) Erythrocyte gangliosides act as receptors for *Neisseria subflava*: Identification of the Sia-1 adhesin. *Infect. Immun.*, 58, 2555–2563.
462. Roberts,D.D., Olson,L.D., Barile,M.F., Ginsburg,V. and Krivan,H.C. (1989) Sialic acid-dependent adhesion of *Mycoplasma pneumoniae* to purified glycoproteins. *J. Biol. Chem.*, 264, 9289–9293.
463. Chandler,D.K., Grabowski,M.W. and Barile,M.F. (1982) *Mycoplasma pneumoniae* attachment: competitive inhibition by mycoplasmal binding component and by sialic acid-containing glycoconjugates. *Infect. Immun.*, 38, 598–603.
464. Demuth,D.R., Golub,E.E. and Malamud,D. (1990) Streptococcal-host interactions. Structural and functional analysis of a *Streptococcus sanguis* receptor for a human salivary glycoprotein. *J. Biol. Chem.*, 265, 7120–7126.
465. Bernhard,W., Gbarah,A. and Sharon,N. (1992) Lectinophagocytosis of type 1 fimbriated (mannose-specific) *Escherichia coli* in the mouse peritoneum. *J. Leukocyte Biol.*, 52, 343–348.
466. Krivan,H.C., Roberts,D.D. and Ginsburg,V. (1988) Many pulmonary pathogenic bacteria bind specifically to the carbohydrate sequence GalNAcβ1-4Gal found in some glycolipids. *Proc. Natl. Acad. Sci. USA*, 85, 6157–6161.
467. Kyogashima,M., Ginsburg,V. and Krivan,H.C. (1989) *Escherichia coli* K99 binds to *N*-glycolylsialoparagloboside and *N*-glycolyl-GM3 found in piglet small intestine. *Arch. Biochem. Biophys.*, 270, 391–397.
468. Jimenez-Lucho,V., Ginsburg,V. and Krivan,H.C. (1990) *Cryptococcus neoformans*, *Candida albicans*, and other fungi bind specifically to the glycosphingolipid lactosylceramide (Galβ1-4Glcβ1-1Cer), a possible adhesion receptor for yeasts. *Infect. Immun.*, 58, 2085–2090.
469. Krivan,H.C., Nilsson,B., Lingwood,C.A. and Ryu,H. (1991) *Chlamydia trachomatis* and *Chlamydia pneumoniae* bind specifically to phosphatidylethanolamine in HeLa cells and to GalNAcβ1-4Galβ1-4Glc sequences found in asialo-$GM_1$ and asialo-$GM_2$. *Biochem. Biophys. Res. Commun.*, 175, 1082–1089.