# EXHIBIT S
# PART 3

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent

470. Friedman, M.J., Fukuda, M. and Laine, R.A. (1985) Evidence for a malarial parasite interaction site on the major transmembrane protein of the human erythrocyte. *Science*, 228, 75–77.
471. Orlandi, P.A., Klotz, F.W. and Haynes, J.D. (1992) A malaria invasion receptor, the 175-kilodalton erythrocyte binding antigen of *Plasmodium falciparum* recognizes the terminal Neu5Ac($\alpha$2-3)Gal-sequences of glycophorin A. *J. Cell Biol.*, 116, 901–909.
472. Liukkonen, J., Haataja, S., Tikkanen, K., Kelm, S. and Finne, J. (1992) Identification of N-acetylneuraminyl $\alpha$2-3 poly-N-acetyllactosamine glycans as the receptors of sialic acid-binding *Streptococcus suis* strains. *J. Biol. Chem.*, 267, 21105–21111.
473. Shieh, M.-T., WuDunn, D., Monigomery, R.I., Esko, J.D. and Spear, P.G. (1992) Cell surface receptors for herpes simplex virus are heparan sulfate proteoglycans. *J. Cell Biol.*, 116, 1273–1281.
474. Parsons, N.J., Patel, P.V., Tan, E.L., Andrade, J.R., Nairn, C.A., Goldner, M., Cole, J.A. and Smith, H. (1988) Cytidine 5'-monophospho-N-acetyl neuraminic acid and a low molecular weight factor from human blood cells induce lipopolysaccharide alteration in gonococci when conferring resistance to killing by human serum. *Microb. Pathogen.*, 5, 303–309.
475. Nairn, C.A., Cole, J.A., Patel, P.V., Parsons, N.J., Fox, J.E. and Smith, H. (1988) Cytidine 5'-monophospho-N-acetylneuraminic acid or a related compound is the low $M_r$ factor from human red blood cells which induces gonococcal resistance to killing by human serum. *J. Gen. Microbiol.*, 134, 3295–3306.
476. De Hormaeche, R.D., Van Crevel, R. and Hormaeche, C.E. (1991) *Neisseria gonorrhoeae* LPS variation, serum resistance and its induction by cytidine 5'-monophospho-N-acetylneuraminic acid. *Microb. Pathogen.*, 10, 323–332.
477. Rest, R.F. and Frangipane, J.V. (1992) Growth of *Neisseria gonorrhoeae* in CMP-N-acetylneuraminic acid inhibits nonopsonic (opacity-associated outer membrane protein-mediated) interactions with human neutrophils. *Infect. Immun.*, 60, 989–997.
478. Goldkorn, I., Gleeson, P.A. and Toh, B.-H. (1989) Gastric parietal cell antigens of 60–90, 92, and 100–120 kDa associated with autoimmune gastritis and pernicious anemia. Role of N-glycans in the structure and antigenicity of the 60–90 kDA component. *J. Biol. Chem.*, 264, 18768–18774.
479. Kannagi, R., Roelcke, D., Peterson, K.A., Okada, Y., Levery, S.B. and Hakomori, S. (1983) Characterization of an epitope (determinant) structure in a developmentally regulated glycolipid antigen defined by a cold agglutinin Fl, recognition of alpha-sialosyl and alpha-L-fucosyl groups in a branched structure. *Carbohydr. Res.*, 16, 143–157.
480. Feizi, T., Childs, R.A., Watanabe, K. and Hakomori, S.I. (1979) Three types of blood group I specificity among monoclonal anti-I autoantibodies revealed by analogues of a branched erythrocyte glycolipid. *J. Exp. Med.*, 149, 975–980.
481. Watanabe, K., Hakomori, S.I., Childs, R.A. and Feizi, T. (1979) Characterization of a blood group I-active ganglioside. Structural requirements for I and i specificities. *J. Biol. Chem.*, 254, 3221–3228.
482. Roelcke, D., Pruzanski, W., Ebert, W., Romer, W., Fischer, E., Lenhard, V. and Rauterberg, E. (1989) A new human monoclonal cold agglutinin Sa recognizing terminal N-Acetylneuraminyl groups on the cell surface. *Blood*, 55, 677–681.
483. Roelcke, D., Hengge, U. and Kirschfink, M. (1990) Neolacto (type-2 chain)-sialoautoantigens recognized by human cold agglutinins. *Vox Sang.*, 59, 235–239.
484. Uemura, K., Roelcke, D., Nagai, Y. and Feizi, T. (1984) The reactivities of human erythrocyte autoantibodies anti-Pr2, anti-Gd, Fl and Sa with gangliosides in a chromatogram binding assay. *Biochem. J.*, 219, 865–874.
485. Koerner, T.A.W., Weinfeld, H.M., Bullard, L.S.B. and Williams, L.C.J. (1989) Antibodies against platelet glycosphingolipids: Detection in serum by quantitative HPTLC-autoradiography and association with autoimmune and alloimmune processes. *Blood*, 74, 274–284.
486. Wilson, J. (1977) A review of serologic problems caused by polyagglutinable red cells. *Am. J. Med. Technol.*, 43, 147–155.
487. Orntoft, T.F., Harving, N. and Langkilde, N.C. (1990) O-linked mucin-type glycoproteins in normal and malignant colon mucosa: Lack of T-antigen expression and accumulation of Tn and sialosyl-Tn antigens in carcinomas. *Int. J. Cancer*, 45, 666–672.
488. Inoue, M., Ton, S., Ogawa, H. and Tanizawa, O. (1991) Expression of Tn and sialyl-Tn antigens in tumor tissues of the ovary. *Am. J. Clin. Pathol.*, 96, 711–716.
489. Itzkowitz, S., Kjeldsen, T., Friera, A., Hakomori, S.-I., Yang, U.-S. and Kim, Y.S. (1991) Expression of Tn, sialosyl Tn, and T antigens in human pancreas. *Gastroenterology*, 100, 1691–1700.
490. Sata, T., Roth, J., Zuber, C., Stamm, B., Rinderle, S.J., Goldstein, I.J. and Heitz, P.U. (1992) Studies on the Thomsen–Friedenreich antigen in human colon with the lectin *Amaranthin*: Normal and neoplastic epithelium express only cryptic T antigen. *Lab. Invest.*, 66, 175–186.
491. Watson, S.R., Fennie, C. and Lasky, L.A. (1991) Neutrophil influx into an inflammatory site inhibited by a soluble homing receptor-IgG chimaera. *Nature*, 349, 164–167.
492. Mulligan, M.S., Varani, J., Dame, M.K., Lane, C.L., Smith, C.W., Anderson, D.C. and Ward, P.A. (1991) Role of endothelial-leukocyte adhesion molecule 1 (ELAM-1) in neutrophil-mediated lung injury in rats. *J. Clin. Invest.*, 88, 1396–1406.
493. Gundel, R.H., Wegner, C.D., Torcellini, C.A., Clarke, C.C., Haynes, N., Rothlein, R., Smith, C.W. and Letts, L.G. (1991) Endothelial leukocyte adhesion molecule-1 mediates antigen-induced acute airway inflammation and late-phase airway obstruction in monkeys. *J. Clin. Invest.*, 88, 1407–1411.
494. Dawson, J., Sedgwick, A.D., Edwards, J.C.W. and Lees, P. (1992) The monoclonal antibody MEL-14 can block lymphocyte migration into a site of chronic inflammation. *Eur. J. Immunol.*, 22, 1647–1650.
495. Mulligan, M.S., Polley, M.J., Bayer, R.J., Nunn, M.F., Paulson, J.C. and Ward, P.A. (1992) Neutrophil-dependent acute lung injury. Requirement for P-selectin (GMP-140). *J. Clin. Invest.*, 90, 1600–1607.
496. Yamashita, K., Tachibana, Y., Ohkura, T. and Kobata, A. (1985) Enzymatic basis for the structural changes of asparagine-linked sugar chains of membrane glycoproteins of baby hamster kidney cells induced by polyoma transformation. *J. Biol. Chem.*, 260, 3963–3969.
497. Cossu, G., Cortesi, E. and Warren, L. (1985) Increased sialylation of complex glycopeptides during differentiation of mouse embryonal carcinoma cells. *Differentiation*, 29, 63–67.
498. Dennis, J.W., Laferte, S., Waghorne, C., Breitman, M.L. and Kerbel, R.S. (1987) Beta 1-6 branching of Asn-linked oligosaccharides is directly associated with metastasis. *Science*, 236, 582–585.
499. Pierce, M. and Arango, J. (1986) Rous sarcoma virus-transformed baby hamster kidney cells express higher levels of asparagine-linked tri- and tetraantennary glycopeptides containing [GlcNAc-beta (1,6)Man-alpha (1,6)Man] and poly-N-acetyllactosamine sequences than baby hamster kidney cells. *J. Biol. Chem.*, 261, 10772–10777.
500. Bolscher, J.G.M., Van der Bijl, M.M.W., Neefjes, J.J., Hall, A., Smets, L.A. and Ploegh, H.L. (1988) Ras (proto)oncogene induces N-linked carbohydrate modification: Temporal relationship with induction of invasive potential. *EMBO J.*, 7, 3361–3368.
501. Santer, U.V., DeSantis, R., Hård, K.J., Van Kuik, J.A., Vliegenthart, J.F.G., Won, B. and Glick, M.C. (1989) N-linked oligosaccharide changes with oncogenic transformation require sialylation of multiantennae. *Eur. J. Biochem.*, 181, 249–260.
502. Easton, E.W., Bolscher, J.G.M. and Van den Eijnden, D.H. (1991) Enzymatic amplification involving glycosyltransferases forms the basis for the increased size of asparagine-linked glycans at the surface of NIH 3T3 cells expressing the N-ras proto-oncogene. *J. Biol. Chem.*, 266, 21674–21680.

503. Rice, G.E., Gimbrone, M.A., Jr and Bevilacqua, M.P. (1988) Tumor cell–endothelial interactions. Increased adhesion of human melanoma cells to activated vascular endothelium. *Am. J. Pathol.*, 133, 204–210.
504. Takada, A., Ohmori, K., Takahashi, N., Tsuyuoka, K., Yago, A., Zenita, K., Hasegawa, A. and Kannagi, R. (1991) Adhesion of human cancer cells to vascular endothelium mediated by a carbohydrate antigen, sialyl Lewis A. *Biochem. Biophys. Res. Commun.*, 179, 713–719.
505. Kojima, N., Handa, K., Newman, W. and Hakomori, S. (1992) Inhibition of selectin-dependent tumor cell adhesion to endothelial cells and platelets by blocking O-glycosylation of these cells. *Biochem. Biophys. Res. Commun.*, 182, 1288–1295.
506. McCracken, G.H., Jr, Sarff, L.D., Glode, M.P., Mize, S.G., Schiffer, M.S., Robbins, J.B., Gotschlich, E.C., Orskov, I. and Orskov, F. (1974) Relation between *Escherichia coli* K1 capsular polysaccharide antigen and clinical outcome in neonatal meningitis. *Lancet*, 2, 246–250.
507. Huso, D.L., Narayan, O. and Hart, G.W. (1988) Sialic acids on the surface of caprine arthritis–encephalitis virus define the biological properties of the virus. *J. Virol.*, 62, 1974–1980.
508. Silver, R.P., Vann, W.F. and Aaronson, W. (1984) Genetic and molecular analyses of *Escherichia coli* K1 antigen genes. *J. Bacteriol.*, 157, 568–575.
509. Wetzler, L.M., Barry, K., Blake, M.S. and Gotschlich, E.C. (1992) Gonococcal lipooligosaccharide sialylation prevents complement-dependent killing by immune sera. *Infect. Immun.*, 60, 39–43.
510. Markham, R.B., Nicholson Weller, A., Schiffman, G. and Kasper, D.L. (1982) The presence of sialic acid on two related bacterial polysaccharides determines the site of the primary immune response and the effect of complement depletion on the response in mice. *J. Immunol.*, 128, 2731–2733.
511. Jarvis, G.A. and Vedros, N.A. (1987) Sialic acid of group B *Neisseria meningitidis* regulates alternative complement pathway activation. *Infect. Immun.*, 55, 174–180.
512. Ilyas, A.A., Willison, H.J., Dalakas, M.C., Whitaker, J.N. and Quarles, R.H. (1988) Identification and characterization of gangliosides reacting with IgM paraproteins in three patients with neuropathy associated with biclonal gammopathy. *J. Neurochem.*, 51, 851–858.
513. Ilyas, A.A., Quarles, R.H., Dalakas, M.C. and Brady, R.O. (1985) Polyneuropathy with monoclonal gammopathy: glycolipids are frequently antigens for IgM paraproteins. *Proc. Natl. Acad. Sci. USA*, 82, 6697–6700.
514. Ilyas, A.A., Quarles, R.H., MacIntosh, T.D., Dobersen, M.J., Trapp, B.D., Dalakas, M.C. and Brady, R.O. (1984) IgM in a human neuropathy related to paraproteinemia binds to a carbohydrate determinant in the myelin-associated glycoprotein and to a ganglioside. *Proc. Natl. Acad. Sci. USA*, 81, 1225–1229.
515. Daune, G.C., Farrer, R.G., Dalakas, M.C. and Quarles, R.H. (1992) Sensory neuropathy associated with monoclonal immunoglobulin M to GD1b ganglioside. *Ann. Neurol.*, 31, 683–685.
516. Ilyas, A.A., Dalakas, M.C., Brady, R.O. and Quarles, R.H. (1986) Sulfated glucuronyl glycolipids reacting with anti-myelin-associated glycoprotein monoclonal antibodies including IgM paraproteins in neuropathy: species distribution and partial characterization of epitopes. *Brain Res.*, 385, 1–9.
517. Salazar-Grueso, E.F., Routbort, M.J., Martin, J., Dawson, G. and Roos, R.P. (1990) Polyclonal IgM anti-$GM_1$ ganglioside antibody in patients with motor neuron disease and variants. *Ann. Neurol.*, 27, 558–563.
518. Freddo, L., Yu, R.K., Latov, N., Donofrio, P.D., Hays, A.P., Greenberg, H.S., Albers, J.W., Allessi, A.G. and Keren, D. (1986) Gangliosides $G_{M1}$ and $GD_{1b}$ are antigens for IgM M-protein in a patient with motor neuron disease. *Neurology*, 36, 454–458.
519. Lugaresi, A., Corbo, M., Thomas, F.P., Miyatani, N., Ariga, T., Yu, R.K., Hays, A.P. and Latov, N. (1991) Identification of glycoconjugates which are targets for anti-Gal($\beta$1-3)GalNAc autoantibodies in spinal motor neurons. *J. Neuroimmunol.*, 34, 69–76.
520. Weng, N.-P., Yu-Lee, L.-Y., Sanz, I., Patten, B.M. and Marcus, D.M. (1992) Structure and specificities of anti-ganglioside autoantibodies associated with motor neuropathies. *J. Immunol.*, 149, 2518–2529.
521. Ilyas, A.A., Mithen, F.A., Dalakas, M.C., Wargo, M., Chen, Z.-W., Bielory, L. and Cook, S.D. (1991) Antibodies to sulfated glycolipids in Guillain–Barré syndrome. *J. Neurol. Sci.*, 105, 108–117.
522. Drzeniek, R. (1973) Substrate specificity of neuraminidases. *Histochem. J.*, 5, 271–290.
523. Varki, A. and Kornfeld, S. (1980) An autosomal dominant gene regulates the extent of 9-O-acetylation of murine erythrocyte sialic acids. A probable explanation for the variation in capacity to activate the human alternate complement pathway. *J. Exp. Med.*, 152, 532–544.
524. Corfield, A.P., Veh, R.W., Wember, M., Michalski, J.C. and Schauer, R. (1981) The release of N-acetyl- and N-glycolyl-neuraminic acid from soluble complex carbohydrates and erythrocytes by bacterial, viral and mammalian sialidases. *Biochem. J.*, 197, 293–299.
525. Sander, W.M., Schauer, R. and Corfield, A.P. (1982) Substrate specificity of viral, bacterial and mammalian sialidases with regard to different N,O-acetylated sialic acids and GM1. *Adv. Exp. Med. Biol.*, 152, 215–222.
526. Varki, A. and Diaz, S. (1983) A neuraminidase from *Streptococcus sanguis* that can release O-acetylated sialic acids. *J. Biol. Chem.*, 258, 12465–12471.
527. Varki, A. and Diaz, S. (1984) The release and purification of sialic acids from glycoconjugates: methods to minimize the loss and migration of O-acetyl groups. *Anal. Biochem.*, 137, 236–247.
528. Hanaoka, K., Pritchett, T.J., Takasaki, S., Kochibe, N., Sabesan, S., Paulson, J.C. and Kobata, A. (1989) 4-O-acetyl-N-acetylneuraminic acid in the N-linked carbohydrate structures of equine and guinea pig $\alpha_2$-macroglobulins, potent inhibitors of influenza virus infection. *J. Biol. Chem.*, 264, 9842–9849.
529. Kawasaki, T. and Ashwell, G. (1976) Chemical and physical properties of an hepatic membrane protein that specifically binds asialoglycoproteins. *J. Biol. Chem.*, 251, 1296–1302.
530. Kawasaki, T. and Ashwell, G. (1977) Isolation and characterization of an avian hepatic binding protein specific for N-acetylglucosamine-terminated glycoproteins. *J. Biol. Chem.*, 252, 6536–6543.
531. Kazatchkine, M.D., Fearon, D.T., Silbert, J.E. and Austen, K.F. (1979) Surface-associated heparin inhibits zymosan-induced activation of the human alternative complement pathway by augmenting the regulatory action of the control proteins on particle-bound C3b. *J. Exp. Med.*, 150, 1202–1215.
532. Meri, S. and Pangburn, M.K. (1990) Discrimination between activators and nonactivators of the alternative pathway of complement: Regulation via a sialic acid/polyanion binding site on factor H. *Proc. Natl. Acad. Sci. USA*, 87, 3982–3986.
533. Maillet, F., Petitou, M., Choay, J. and Kazatchkine, M.D. (1988) Structure–function relationships in the inhibitory effect of heparin on complement activation: Independency of the anti-coagulant and anti-complementary sites on the heparin molecule. *Mol. Immunol.*, 25, 917–923.
534. Weiler, J.M., Edens, R.E., Linhardt, R.J. and Kapelanski, D.P. (1992) Heparin and modified heparin inhibit complement activation *in vivo*. *J. Immunol.*, 148, 3210–3215.
535. Ekre, H.-P., Naparstek, Y., Lider, O., Hydén, P., Hägermark, Ö., Nilsson, T., Vlodavsky, I. and Cohen, I. (1992) Anti-inflammatory effects of heparin and its derivatives inhibition of complement and of lymphocyte migration. *Adv. Exp. Med. Biol.*, 313, 329–340.
536. Dissous, C., Grzych, J.M. and Capron, A. (1986) *Schistosoma mansoni* shares a protective oligosaccharide epitope with freshwater and marine snails. *Nature*, 323, 443–445.
537. Yolken, R.H., Peterson, J.A., Vonderfecht, S.L., Fouts, E.T., Midthun, K. and Newburg, D.S. (1992) Human milk mucin inhibits rotavirus replication and prevents experimental gastroenteritis. *J. Clin. Invest.*, 90, 1984–1991.

538. Sytkowski,A.J., Feldman,L. and Zurbuch,D.J. (1991) Biological activity and structural stability of N-deglycosylated recombinant human erythropoietin. *Biochem. Biophys. Res. Commun.*, 176, 698–704.
539. Brody,D.T. and Durum,S.K. (1989) Membrane IL-1: IL-1α precursor binds to the plasma membrane via a lectin-like interaction. *J. Immunol.*, 143, 1183–1187.
540. Sathyamoorthy,N., Decker,J.M., Sherblom,A.P. and Muchmore,A. (1991) Evidence that specific high mannose structures directly regulate multiple cellular activities. *Mol. Cell. Biochem.*, 102, 139–147.
541. Sherblom,A.P., Sathyamoorthy,N., Decker,J.M. and Muchmore,A.V. (1989) IL-2, a lectin with specificity for high mannose glycopeptides. *J. Immunol.*, 143, 939–944.
542. Muchmore,A., Decker,J., Shaw,A. and Wingfield,P. (1990) Evidence that high mannose glycopeptides are able to functionally interact with recombinant tumor necrosis factor and recombinant interleukin 1. *Cancer Res.*, 50, 6285–6290.
543. Muchmore,A.V., Sathyamoorthy,N., Decker,J. and Sherblom,A.P. (1990) Evidence that specific high-mannose oligosaccharides can directly inhibit antigen-driven T-cell responses. *J. Leukocyte Biol.*, 48, 457–464.
544. Gordon,M.Y., Riley,G.P., Watt,S.M. and Greaves,M.F. (1987) Compartmentalization of a haematopoietic growth factor (GM-CSF) by glycosaminoglycans in the bone marrow microenvironment. *Nature*, 326, 403–405.
545. Ishai-Michaeli,R., Svahn,C.M., Weber,M., Chajek-Shaul,T., Korner,G., Ekre,H.-P. and Vlodavsky,I. (1992) Importance of size and sulfation of heparin in release of basic fibroblast growth factor from the vascular endothelium and extracellular matrix. *Biochemistry*, 31, 2080–2088.
546. Bashkin,P., Neufeld,G., Gitay-Goren,H. and Vlodavsky,I. (1992) Release of cell surface-associated basic fibroblast growth factor by glycosylphosphatidylinositol-specific phospholipase C. *J. Cell. Physiol.*, 151, 126–137.
547. Rogelj,S., Klagsbrun,M., Atzmon,R., Kurokawa,M., Haimovitz,A., Fuks,Z. and Vlodavsky,I. (1989) Basic fibroblast growth factor is an extracellular matrix component required for supporting the proliferation of vascular endothelial cells and the differentiation of PC12 cells. *J. Cell Biol.*, 109, 823–831.
548. Vlodavsky,I., Fuks,Z., Ishai-Michaeli,R., Bashkin,P., Levi,E., Korner,G., Bar-Shavit,R. and Klagsbrun,M. (1991) Extracellular matrix-resident basic fibroblast growth factor: Implication for the control of angiogenesis. *J. Cell. Biochem.*, 45, 167–176.
549. Ornitz,D.M., Yayon,A., Flanagan,J.G., Svahn,C.M., Levi,E. and Leder,P. (1992) Heparin is required for cell-free binding of basic fibroblast growth factor to a soluble receptor and for mitogenesis in whole cells. *Mol. Cell. Biol.*, 12, 240–247.
550. Yayon,A., Klagsbrun,M., Esko,J.D., Leder,P. and Ornitz,D.M. (1991) Cell surface, heparin-like molecules are required for binding of basic fibroblast growth factor to its high affinity receptor. *Cell*, 64, 841–848.
551. Saksela,O., Moscatelli,D., Sommer,A. and Rifkin,D.B. (1988) Endothelial cell-derived heparan sulfate binds basic fibroblast growth factor and protects it from proteolytic degradation. *J. Cell Biol.*, 107, 743–751.
552. Sommer,A. and Rifkin,D.B. (1989) Interaction of heparin with human basic fibroblast growth factor: Protection of the angiogenic protein from proteolytic degradation by a glycosaminoglycan. *J. Cell. Physiol.*, 138, 215–220.
553. Saksela,O. and Rifkin,D.B. (1990) Release of basic fibroblast growth factor–heparan sulfate complexes from endothelial cells by plasminogen activator-mediated proteolytic activity. *J. Cell Biol.*, 110, 767–775.
554. Flaumenhaft,R., Moscatelli,D. and Rifkin,D.B. (1990) Heparin and heparan sulfate increase the radius of diffusion and action of basic fibroblast growth factor. *J. Cell Biol.*, 111, 1651–1659.
555. Ishai-Michaeli,R., Eldor,A. and Vlodavsky,I. (1990) Heparanase activity expressed by platelets, neutrophils, and lymphoma cells releases active fibroblast growth factor from extracellular matrix. *Cell Regul.*, 1, 833–842.
556. Sakaguchi,K., Yanagishita,M., Takeuchi,Y. and Aurbach,G.D. (1991) Identification of heparan sulfate proteoglycan as a high affinity receptor for acidic fibroblast growth factor (aFGF) in a parathyroid cell line. *J. Biol. Chem.*, 266, 7270–7278.
557. Brunner,G., Gabrilove,J., Rifkin,D.B. and Wilson,E.L. (1991) Phospholipase C release of basic fibroblast growth factor from human bone marrow cultures as a biologically active complex with a phosphatidylinositol-anchored heparan sulfate proteoglycan. *J. Cell Biol.*, 114, 1275–1283.
558. Turnbull,J.E., Fernig,D.G., Ke,Y., Wilkinson,M.C. and Gallagher,J.T. (1992) Identification of the basic fibroblast growth factor binding sequence in fibroblast heparan sulfate. *J. Biol. Chem.*, 267, 10337–10341.
559. Hageman,G.S., Kirchoff-Rempe,M.A., Lewis,G.P., Fisher,S.K.and Anderson,D.H. (1991) Sequestration of basic fibroblast growth factor in the primate retinal interphotoreceptor matrix. *Proc. Natl. Acad. Sci. USA*, 88, 6706–6710.
560. Habuchi,H., Suzuki,S., Saito,T., Tamura,T., Harada,T., Yoshida,K. and Kimata,K. (1992) Structure of a heparan sulphate oligosaccharide that binds to basic fibroblast growth factor. *Biochem. J.*, 285, 805–813.
561. Rapraeger,A.C., Krufka,A. and Olwin,B.B. (1991) Requirement of heparan sulfate for bFGF-mediated fibroblast growth and myoblast differentiation. *Science*, 252, 1705–1708.
562. Olwin,B.B. and Rapraeger,A. (1992) Repression of myogenic differentiation by aFGF, bFGF, and K-FGF is dependent on cellular heparan sulfate. *J. Cell Biol.*, 118, 631–639.
563. Gitay-Goren,H., Soker,S., Vlodavsky,I. and Neufeld,G. (1992) The binding of vascular endothelial growth factor to its receptors is dependent on cell surface-associated heparin-like molecules. *J. Biol. Chem.*, 267, 6093–6098.
564. Kimura,K., Matsubara,H., Sogoh,S., Kita,Y., Sakata,T., Nishitani,Y., Watanabe,S., Hamaoka,T. and Fujiwara,H. (1991) Role of glycosaminoglycans in the regulation of T cell proliferation induced by thymic stroma-derived T cell growth factor. *J. Immunol.*, 146, 2618–2624.
565. Moscatelli,D. (1992) Basic fibroblast growth factor (bFGF) dissociates rapidly from heparan sulfates but slowly from receptors. Implications for mechanisms of bFGF release from pericellular matrix. *J. Biol. Chem.*, 267, 25803–25809.
566. Broze,G.J.,Jr, Wesselschmidt,R., Higuchi,D., Girard,T., Likert,K., MacPhail,L. and Wun,T.-C. (1992) The interaction between LACI and heparin. *Adv. Exp. Med. Biol.*, 313, 189–197.
567. Abildgaard,U. (1992) Tissue factor pathway inhibitor and heparin. *Adv. Exp. Med. Biol.*, 313, 199–204.
568. Cunningham,D.D., Wagner,S.L. and Farrell,D.H. (1992) Regulation of protease nexin-1 activity by heparin and heparan sulfate. *Adv. Exp. Med. Biol.*, 313, 297–306.
569. Andrade-Gordon,P. and Strickland,S. (1989) Anticoagulant low molecular weight heparin does not enhance the activation of plasminogen by tissue plasminogen activator. *J. Biol. Chem.*, 264, 15177–15181.
570. Kuhn,L.A., Griffin,J.H., Fisher,C.L., Greengard,J.S., Bouma,B.N., España,F. and Tainer,J.A. (1990) Elucidating the structural chemistry of glycosaminoglycan recognition by protein C inhibitor. *Proc. Natl. Acad. Sci. USA*, 87, 8506–8510.
571. Frommherz,K.J., Faller,B. and Bieth,J.G. (1991) Heparin strongly decreases the rate of inhibition of neutrophil elastase by α1-proteinase inhibitor. *J. Biol. Chem.*, 266, 15356–15362.
572. Geiger,M., Priglinger,U., Griffin,J.H. and Binder,B.R. (1991) Urinary protein C inhibitor. Glycosaminoglycans synthesized by the epithelial kidney cell line TCL-598 enhance its interaction with urokinase. *J. Biol. Chem.*, 266, 11851–11857.
573. Faller,B., Mely,Y., Gerard,D. and Bieth,J.G. (1992) Heparin-induced conformational change and activation of mucus proteinase inhibitor. *Biochemistry*, 31, 8285–8290.
574. Bremer,E., Hakomori,S., Bowen-Pope,D., Raines,E. and Ross,R. (1984) Ganglioside-mediated modulation of cell growth, growth factor binding, and receptor phosphorylation. *J. Biol. Chem.*, 259, 6818–6825.
575. Bremer, E. and Hakomori,S. (1982) GM3 ganglioside induces hamster fibroblast growth inhibition in chemically-defined medium: ganglioside may regulate growth factor receptor function. *Biochem. Biophys. Res. Commun.*, 106, 711–718.
576. Hanai,N., Dohi,T., Nores,G.A. and Hakomori,S. (1988) A novel ganglioside,de-N-acetyl-GM3, acting as a strong promoter for epidermal growth factor receptor kinase and as a stimulator for cell growth. *J. Biol. Chem.*, 263, 6296–6301.
577. Hanai,N., Nores,G.A., MacLead,C., Carmen-Rosa, Torres-Mendez, and Hakomori,S. (1988) Ganglioside-mediated modulation of cell growth: specific effects of GM3 and lyso-GM3 in tyrosine phosphorylation of the epidermal growth factor receptor. *J. Biol. Chem.*, 258, 1–35.
578. Nojiri,H., Stroud,M. and Hakomori,S. (1991) A specific type of ganglioside as a modulator of insulin-dependent cell growth and insulin receptor tyrosine kinase activity. Possible association of ganglioside-induced inhibition of insulin receptor function and monocytic differentiation induction in HL-60 cells. *J. Biol. Chem.*, 266, 4531–4537.
579. Song,W., Vacca,M.F., Welti,R. and Rintoul,D.A. (1991) Effects of gangliosides $G_{M3}$ and de-N-acetyl $G_{M3}$ on epidermal growth factor receptor kinase activity and cell growth. *J. Biol. Chem.*, 266, 10174–10181.
580. Weis,F.M.B. and Davis,R.J. (1990) Regulation of epidermal growth factor receptor signal transduction. Role of gangliosides. *J. Biol. Chem.*, 265, 12059–12066.
581. Ogura,K. and Sweeley,C.C. (1992) Mitogenic effects of bacterial neuraminidase and lactosylceramide on human cultured fibroblasts. *Exp. Cell Res.*, 199, 169–173.
582. Usuki,S., Hoops,P. and Sweeley,C.C. (1988) Growth control of human foreskin fibroblasts and inhibition of extracellular sialidase activity by 2-deoxy-2,3-dehydro-N-acetyl-neuraminic acid. *J. iol. Chem.*, 263, 10595–10599.
583. Tsuji,S., Sasaki,J. and Nagai,Y. (1985) Bioactive gangliosides. IV. Ganglioside $GQ1b/Ca^{2+}$ dependent protein kinase activity exists in the plasma membrane fraction of neuroblastoma cell line, GOTO1. *J. Biochem. (Tokyo)*, 97, 969–972.
584. Chan,K.-F.J. (1989) Ganglioside-modulated protein phosphorylation in muscle. Activation of phosphorylase b kinase by gangliosides. *J. Biol. Chem.*, 264, 18632–18637.
585. Chan,K.-F.J. (1989) Phosphorylation of myelin basic protein and peptides by ganglioside-stimulated protein kinase. *Biochem. Biophys. Res. Commun.*, 165, 93–100.
586. Chan,K.-F.J. and Liu,Y. (1991) Ganglioside-binding proteins in skeletal and cardiac muscle. *Glycobiology*, 1, 193–204.
587. Xia,X.-J., Gu,X.-B., Santorelli,A.C. and Yu,R.K. (1989) Effects of inducers of differentiation on protein kinase C and CMP-N-acetylneuraminic acid:lactosylceramide sialyltransferase activities of HL-60 leukemia cells. *J. Lipid Res.*, 30, 181–188.
588. Higashi, H.and Yamagata, T. (1992) Mechanism for ganglioside-mediated modulation of a calmodulin-dependent enzyme. Modulation of calmodulin-dependent cyclic nucleotide phosphodiesterase activity through binding of gangliosides to calmodulin and the enzyme. *J. Biol. Chem.*, 267, 9839–9843.
589. Higashi,H., Omori,A. and Yamagata,T. (1992) Calmodulin, a ganglioside-binding protein. Binding of gangliosides to calmodulin in the presence of calcium. *J. Biol. Chem.*, 267, 9831–9838.
590. Spiegel,S., Fishman,P.H. and Weber,R.J. (1985) Direct evidence that endogenous GM1 ganglioside can mediate thymocyte proliferation. *Science*, 230, 1285–1287.
591. Masserini,M., Palestini,P., Pitto,M., Chigorno,V., Tomasi,M. and Tettamanti,G. (1990) Cyclic AMP accumulation in HeLa cells induced by cholera toxin. Involvement of the ceramide moiety of GM1 ganglioside. *Biochem. J.*, 271, 107–111.
592. Spiegel,S. (1989) Possible involvement of a GTP-binding protein in a late event during endogenous ganglioside-modulated cellular proliferation. *J. Biol. Chem.*, 264, 6766–6772.
593. Spiegel,S. (1989) Inhibition of protein kinase C-dependent cellular proliferation by interaction of endogenous ganglioside $G_{M1}$ with the B subunit of cholera toxin. *J. Biol. Chem.*, 264, 16512–16517.
594. Spiegel,S. (1990) Cautionary note on the use of the B subunit of cholera toxin as a ganglioside GM1 probe: Detection of cholera toxin A subunit in B subunit preparations by a sensitive adenylate cyclase assay. *J. Cell. Biochem.*, 42, 143–152.
595. Tsuji,S., Yamashita,T. and Nagai,Y. (1988) A novel, carbohydrate signal-mediated cell surface protein phosphorylation: Ganglioside $G_{Q1b}$ stimulates ecto-protein kinase activity on the cell surface of a human neuroblastoma cell line, GOTO. *J. Biochem. (Tokyo)*, 104, 498–503.
596. Kreutter,D., Kim,J.Y., Goldenring,J.R., Rasmussen,H., Ukomadu,C., DeLorenzo,R.J. and Yu,R.K. (1987) Regulation of protein kinase C activity by gangliosides. *J. Biol. Chem.*, 262, 1633–1637.
597. Vaccarino,F., Guidotti,A. and Costa,E. (1987) Ganglioside inhibition of glutamate-mediated protein kinase C translocation in primary cultures of cerebellar neurons. *Proc. Natl. Acad. Sci. USA*, 84, 8707–8711.
598. Cheresh,D., Harper,J., Schulz,G. and Reisfeld,R. (1984) Localization of the gangliosides $G_{D2}$ and $G_{D3}$ in adhesion plaques and on the surface of human melanoma cells. *Proc. Natl. Acad. Sci. USA*, 81, 5767–5771.
599. Cheresh,D.A. and Klier,F.G. (1986) Disialoganglioside $G_{D2}$ distributes preferentially into substrate-associated microprocesses on human melanoma cells during their attachment to fibronectin. *J. Cell Biol.*, 102, 1887–1897.
600. Cheresh,D.A., Pierschbacher,M.D., Herzig,M.A. and Mujoo,K. (1986) Disialogangliosides $G_{D2}$ and $G_{D3}$ are involved in the attachment of human melanoma and neuroblastoma cells to extracellular matrix proteins. *J. Cell Biol.*, 102, 688–696.
601. Cheresh,D.A., Pytela,R., Pierschbacher,M.D., Klier,F.G., Ruoslahti,E. and Reisfeld,R.A. (1987) An arg-gly-asp-directed receptor on the surface of human melanoma cells exists in a divalent cation-dependent functional complex with disialoganglioside GD2. *J. Cell Biol.*, 105, 1163–1173.
602. Stallcup,W.B., Pytela,R. and Ruoslahti,E. (1989) A neuroectoderm-associated ganglioside participates in fibronectin receptor-mediated adhesion of germinal cells to fibronectin. *Dev. Biol.*, 132, 212–229.
603. Yavin,E., Gabai,A. and Gil,S. (1991) Nerve growth factor mediates monosialoganglioside-induced release of fibronectin and J1/tenascin from C6 glioma cells. *J. Neurochem.*, 56, 105–112.
604. Miller,H.C. and Esselman,W.J. (1975) Modulation of the immune response by antigen-reactive lymphocytes after cultivation with gangliosides. *J. Immunol.*, 115, 839–843.
605. Robb,R.J. (1986) The suppressive effect of gangliosides upon IL 2-dependent proliferation as a function of inhibition of IL 2-receptor association. *J. Immunol.*, 136, 971–976.
606. Ladisch,S., Gillard,B., Wong,C. and Ulsh,L. (1983) Shedding and immunosuppressive activity of YAC lymphoma cell gangliosides. *Cancer Res.*, 43, 3308–3813.
607. Gonwa,T.A., Westrick,M.A. and Macher,B.A. (1984) Inhibition of mitogen- and antigen-induced lymphocyte activation by human leukemia cell gangliosides. *Cancer Res.*, 44, 3467–3470.
608. Ladisch,S., Ulsh,L., Gillard,B. and Wong,C. (1984) Modulation of the immune response by gangliosides. Inhibition of adherent monocyte accessory function in vitro. *J. Clin. Invest.*, 74, 2074–2081.

A.Varki

609. Marcus,D.M., Dustira,A., Diego,I., Osovitz,S. and Lewis,D.E. (1987) Studies of the mechanism by which gangliosides inhibit the proliferative response of murine splenocytes to concanavalin A. *Cell Immunol.*, 104, 71–78.
610. Ladisch,S., Kitada,S. and Hays,E.F. (1987) Gangliosides shed by tumor cells enhance tumor formation in mice. *J. Clin. Invest.*, 79, 1879–1882.
611. Esmann,M., Marsh,D., Schwarzmann,G. and Sandhoff,K. (1988) Ganglioside–protein interactions: spin-label electron spin resonance studies with (Na+,K+)-ATPase membranes. *Biochemistry*, 27, 2398–2403.
612. Chu,J.W.K. and Sharom,F.J. (1991) Effect of micellar and bilayer gangliosides on proliferation of interleukin-2-dependent lymphocytes. *Cell. Immunol.*, 132, 319–338.
613. Bergelson,L.D., Dyatlovitskaya,E.V., Klyuchareva,T.E., Kryukova,E.V., Lemenovskaya,A.F., Matveeva,V.A. and Sinitsyna,E.V. (1989) The role of glycosphingolipids in natural immunity. Gangliosides modulate the cytotoxicity of natural killer cells. *Eur. J. Immunol.*, 19, 1979–1983.
614. Floutsis,G., Ulsh,L. and Ladisch,S. (1989) Immunosuppressive activity of human neuroblastoma tumor gangliosides. *Int. J. Cancer*, 43, 6–9.
615. Chu,J.W.K. and Sharom,F.J. (1990) Interleukin-2 binds to gangliosides in micelles and lipid bilayers. *Biochim. Biophys. Acta Bio-Membr.*, 1028, 205–214.
616. Grayson,G. and Ladisch,S. (1992) Immunosuppression by human gangliosides. II. Carbohydrate structure and inhibition of human NK activity. *Cell. Immunol.*, 139, 18–29.
617. Ladisch,S., Becker,H. and Ulsh,L. (1992) Immunosuppression by human gangliosides: I. Relationship of carbohydrate structure to the inhibition of T cell responses. *Biochim. Biophys. Acta Lipids Lipid Metab.*, 1125, 180–188.
618. Nojiri,H., Kitagawa,S., Nakamura,M., Kirito,K., Enomoto,Y. and Saito,M. (1988) Neolacto-series gangliosides induce granulocytic differentiation of human promyelocytic leukemia cell line HL-60. *J. Biol. Chem.*, 263, 7443–7446.
619. Kitagawa,S., Nojiri,H., Nakamura,M., Gallagher,R.E. and Saito,M. (1989) Human myelogenous leukemia cell line HL-60 cells resistant to differentiation induction by retinoic acid. Decreased content of glycosphingolipids and granulocytic differentiation by neolacto series gangliosides. *J. Biol. Chem.*, 264, 16149–16154.
620. Nakamura,M., Ogino,H., Nojiri,H., Kitagawa,S. and Saito,M. (1989) Characteristic incorporation of ganglioside GM3, which induces monocytic differentiation in human myelogenous leukemia HL-60 cells. *Biochem. Biophys. Res. Commun.*, 161, 782–789.
621. Sobue,G., Taki,T., Yasuda,T. und Mitsuma,T. (1988) Gangliosides modulate Schwann cell proliferation and morphology. *Brain Res.*, 474, 287–295.
622. Date,I., Felten,S.Y. and Felten,D.L. (1989) Exogenous $GM_1$ gangliosides induce partial recovery of the nigrostriatal dopaminergic system in MPTP-treated young mice but not in aging mice. *Neurosci. Lett.*, 106, 282–286.
623. Bähr,M., Vanselow,J. and Thanos,S. (1989) Ability of adult rat ganglion cells to regrow axons in vitro can be influenced by fibroblast growth factor and gangliosides. *Neurosci. Lett.*, 96, 197–201.
624. Barletta,E., Bremer,E.G. and Culp,L.A. (1991) Neurite outgrowth in dorsal root neuronal hybrid clones modulated by ganglioside GM1 and disintegrins. *Exp. Cell Res.*, 193, 101–111.
625. Yim,S.H., Yavin,E., Hammer,J.A. and Quarles,R.H. (1991) Exogenous GM3 ganglioside stimulates process formation and glycoprotein release by cultured bovine oligodendrocytes. *J. Neurochem.*, 57, 2144–2147.
626. Favaron,M., Manev,H., Alho,H., Bertolino,M., Ferret,B., Guidotti,A. and Costa,E. (1988) Gangliosides prevent glutamate and kainate neurotoxicity in primary neuronal cultures of neonatal rat cerebellum and cortex. *Proc. Natl. Acad. Sci. USA*, 85, 7351–7355.
627. Lombardi,G., Zanoni,R. and Moroni,F. (1989) Systemic treatments with GM1 ganglioside reduce quinolinic acid-induced striatal lesions in the rat. *Eur. J. Pharmacol.*, 174, 123–125.
628. Nicoletti,F., Cavallaro,S., Bruno,V., Virgili,M., Catania,M.V., Contestabile,A. and Canonico,P.L. (1989) Gangliosides attenuate NMDA receptor-mediated excitatory amino acid release in cultured cerebellar neurons. *Neuropharmacology*, 28, 1283–1286.
629. Benech,C., Sotelo,J.R.,Jr, Martinez,R. and Correa-Luna,R. (1990) Effects of gangliosides on the methionine uptake in crushed sciatic nerves of rats with alloxan diabetes. *Neurosci. Lett.*, 114, 220–224.
630. Bianchi,R., Berti-Mattera,L.N., Fiori,M.G. and Eichberg,J. (1990) Correction of altered metabolic activities in sciatic nerves of streptozocin-induced diabetic rats: Effect of ganglioside treatment. *Diabetes*, 39, 782–788.
631. Slenzka,K., Appel,R. and Rahmann,H. (1990) Influence of exogenous gangliosides ($G_{M1}$, $G_{D1a}$, $G_{Mix}$) on a $Ca^{2+}$-activated $Mg^{2+}$-dependent ATPase in cellular and subcellular brain fractions of the djungarian dwarf hamster (*Phodopus sungorus*). *Neurochem. Int.*, 17, 609–614.
632. Spoerri,P.E., Caple,C.G. and Roisen,F.J. (1990) Taurine-induced neuronal differentiation: The influence of calcium and the ganglioside GM1. *Int. J. Dev. Neurosci.*, 8, 491–503.
633. Contestabile,A., Virgili,M., Migani,P. and Barnabei,O. (1990) Effects of short- and long-term ganglioside treatment on the recovery of neurochemical markers in the ibotenic acid-lesioned rat striatum. *J. Neurosci. Res.*, 26, 483–487.
634. Emerich,D.F. and Walsh,T.J. (1990) Ganglioside AGF2 promotes task-specific recovery and attenuates the cholinergic hypofunction induced by AF64A. *Brain Res.*, 527, 299–307.
635. Fagioli,S., Castellano,C., Oliverio,A. and Toffano,G. (1990) Effect of chronic GM1 ganglioside administration on passive avoidance retention in mice. *Neurosci. Lett.*, 109, 212–216.
636. Fazzini,E., Durso,R., Davoudi,H., Szabo,G.K. and Albert,M.L. (1990) GM1 gangliosides alter acute MPTP-induced behavioral and neurochemical toxicity in mice. *J. Neurol. Sci.*, 99, 59–68.
637. Ohi,T., Furukawa,S., Hayashi,K. and Matsukura,S. (1990) Ganglioside stimulation of nerve growth factor synthesis in cultured rat Schwann cells. *Biochem. Int.*, 20, 739–746.
638. Cannella,M.S., Oderfeld-Nowak,B., Gradkowska,M., Skup,M., Garofalo,L., Cuello,A.C. and Ledeen,R.W. (1990) Derivatives of ganglioside GM1 as neuronotrophic agents: Comparison of in vivo and in vitro effects. *Brain Res.*, 513, 286–294.
639. Date,I., Notter,M.F.D., Felten,S.Y. and Felten,D.L. (1991) Stereotaxic injection of GD1a ganglioside induces limited recovery of striatal dopaminergic system in MPTP-treated aging mice. *J. Neurosci. Res.*, 28, 525–530.
640. Figliomeni,B., Bacci,B., Panozzo,C., Fogarolo,F., Triban,C. and Fiori,M.G. (1992) Experimental diabetic neuropathy: Effect of ganglioside treatment on axonal transport of cytoskeletal proteins. *Diabetes*, 41, 866–871.
641. De Erausquin,G.A., Manev,H., Guidotti,A., Costa,E. and Brooker,G. (1990) Gangliosides normalize distorted single-cell intracellular free $Ca^{2+}$ dynamics after toxic doses of glutamate in cerebellar granule cells. *Proc. Natl. Acad. Sci. USA*, 87, 8017–8021.
642. Wu,G., Vaswani,K.K., Lu,Z.-H. and Ledeen,R.W. (1990) Gangliosides stimulate calcium flux in neuro-2A cells and require exogenous calcium for neuritogenesis. *J. Neurochem.*, 55, 484–491.
643. Vaswani,K.K., Wu,G. and Ledeen,R.W. (1990) Exogenous gangliosides stimulate breakdown of neuro-2A phosphoinositides in a manner unrelated to neurite outgrowth. *J. Neurochem.*, 55, 492–499.
644. Wu,G. and Ledeen,R.W. (1991) Stimulation of neurite outgrowth in neuroblastoma cells by neuraminidase: Putative role of GM1 ganglioside in differentiation. *J. Neurochem.*, 56, 95–104.
645. Guérold,B., Massarelli,R., Forster,V., Freysz,L. and Dreyfus,H. (1992) Exogenous gangliosides modulate calcium fluxes in cultured neuronal cells. *J. Neurosci. Res.*, 32, 110–115.
646. Nakamura,K., Wu,G. and Ledeen,R.W. (1992) Protection of neuro-2a cells against calcium ionophore cytotoxicity by gangliosides. *J. Neurosci. Res.*, 31, 245–253.

647. Hilbush,B.S. and Levine,J.M. (1992) Modulation of a $Ca^{2+}$ signaling pathway by $G_{M1}$ ganglioside in PC12 cells. *J. Biol. Chem.*, 267, 24789–24795.
648. Kelly,W.G. and Hart,G.W. (1989) Glycosylation of chromosomal proteins: Localization of O-linked N-acetylglucosamine in Drosophila chromatin. *Cell*, 57, 243–251.
649. Kearse,K.P. and Hart,G.W. (1991) Lymphocyte activation induces rapid changes in nuclear and cytoplasmic glycoproteins. *Proc. Natl. Acad. Sci. USA*, 88, 1701–1705.
650. Robinson,P.J., Millrain,M., Antoniou,J., Simpson,E. and Mellor,A.L. (1989) A glycophospho-lipid anchor is required for Qa-2-mediated T cell activation. *Nature*, 342, 85–87.
651. Su,B., Waneck,G.L., Flavell,R.A. and Bothwell,A.L.M. (1991) The glycosyl phosphatidyl-inositol anchor is critical for Ly-6A/E-mediated T cell activation. *J. Cell Biol.*, 112, 377–384.
652. Thomas,L.J., DeGasperi,R., Sugiyama,E., Chang,H.-M., Beck,P.J., Orlean,P., Urakaze,M., Kamitani,T., Sambrook,J.F., Warren,C.D. and Yeh,E.T.H. (1991) Functional analysis of T-cell mutants defective in the biosynthesis of glycosylphosphatidylinositol anchor. Relative importance of glycosylphosphatidylinositol anchor versus N-linked glycosylation in T-cell activation. *J. Biol. Chem.*, 266, 23175–23184.
653. Lazarus,H.S. and Hageman,G.S. (1992) Xyloside-induced disruption of interphotoreceptor matrix proteoglycans results in retinal detachment. *Invest. Ophthalmol. Vis. Sci.*, 33, 364–376.
654. McCaffrey,T.A., Falcone,D.J. and Du,B. (1992) Transforming growth factor-$\beta$1 is a heparin-binding protein: Identification of putative heparin-binding regions and isolation of heparins with varying affinity for TGF-$\beta$1. *J. Cell. Physiol.*, 152, 430–440.
655. Lantz,M., Thysell,H., Nilsson,E. and Olsson,I. (1991) On the binding of tumor necrosis factor (TNF) to heparin and the release in vivo of the TNF-binding protein I by heparin. *J. Clin. Invest.*, 88, 2026–2031.
656. Sandström,J., Carlsson,L., Marklund,S.L. and Edlund,T. (1992) The heparin-binding domain of extracellular superoxide dismutase C and formation of variants with reduced heparin affinity. *J. Biol. Chem.*, 267, 18205–18209.
657. Stevens,R.L., Kamada,M.M. and Serafin,W.E. (1988) Structure and function of the family of proteoglycans that reside in the secretory granules of natural killer cells and other effector cells of the immune response. *Curr. Top. Microbiol. Immunol.*, 140, 93–108.
658. Rothenberg,M.E., Pomerantz,J.L., Owen,W.F.,Jr, Avraham,S., Soberman,R.J., Austen,K.F. and Stevens,R.L. (1988) Characterization of a human eosinophil proteoglycan, and augmentation of its biosynthesis and size by interleukin 3, interleukin 5, and granulocyte/macrophage colony stimulating factor. *J. Biol. Chem.*, 263, 13901–13908.
659. Stevens,R.L., Kamada,M.M. and Serafin,W.E. (1989) Structure and function of the family of proteoglycans that reside in the secretory granules of natural killer cells and other effector cells of the immune response. *Curr. Top. Microbiol. Immunol.*, 140, 93–108.
660. Stevens,R.L., Fox,C.C., Lichtenstein,L.M. and Austen,K.F. (1988) Identification of chondroitin sulfate E proteoglycans and heparin proteoglycans in the secretory granules of human lung mast cells. *Proc. Natl. Acad. Sci. USA*, 85, 2284–2287.
661. Sommerhoff,C.P., Ruoss,S.J. and Caughey,G.H. (1992) Mast cell proteoglycans modulate the secretagogue, proteoglycanase, and amidolytic activities of dog mast cell chymase. *J. Immunol.*, 148, 2859–2866.
662. Suzu,S., Ohtsuki,T., Makishima,M., Yanai,N., Kawashima,T., Nagata,N. and Motoyoshi, K. (1992) Biological activity of a proteoglycan form of macrophage colony-stimulating factor and its binding to type V collagen. *J. Biol. Chem.*, 267, 16812–16815.
663. Maggio,B., Sturtevant,J.M. and Yu,R.K. (1987) Effect of calcium ions on the thermotropic behaviour of neutral and anionic glycosphingolipids. *Biochim. Biophys. Acta*, 901, 173–182.
664. Kazatchkine,M.D., Fearon,D.T. and Austen,K.F. (1979) Human alternative complement pathway: membrane-associated sialic acid regulates the competition between B and beta1 H for cell-bound C3b. *J. Immunol.*, 122, 75–81.
665. Nydegger,U.E., Fearon,D.T. and Austen,K.F. (1978) Autosomal locus regulates inverse relationship between sialic acid content and capacity of mouse erythrocytes to activate human alternative complement pathway. *Proc. Natl. Acad. Sci. USA*, 75, 6078–6082.
666. Fearon,D.T. (1978) Regulation by membrane sialic acid of beta1H-dependent decay-dissociation of amplification C3 convertase of the alternative complement pathway. *Proc. Natl. Acad. Sci. USA*, 75, 1971–1975.
667. Hirsch,R.L., Griffin,D.E. and Winkelstein,J.A. (1981) Host modification of Sindbis virus sialic acid content influences alternative complement pathway activation and virus clearance. *J. Immunol.*, 127, 1740–1743.
668. McSharry,J.J., Pickering,R.J. and Caliguiri,L.A. (1982) Activation of the alternative complement pathway by enveloped viruses containing limited amounts of sialic acid. *Virology*, 114, 507–515.
669. Rademaker,P.M., Van, Dijk,H. and Willers,J.M. (1981) Involvement of membrane-associated sialic acid in the resistance of sheep erythrocytes to lysis by mouse complement. *Immunol. Lett.*, 3, 221–225.
670. Edwards,M.S., Kasper,D.L., Jennings,H.J., Baker,C.J. and Nicholson, W.A. (1982) Capsular sialic acid prevents activation of the alternative complement pathway by type III, group B streptococci. *J. Immunol.*, 128, 1278–1283.
671. Lambre,C.R., Kazatchkine,M.D., Maillet,F. and Thibon,M. (1982) Guinea pig erythrocytes, after their contact with influenza virus, acquire the ability to activate the human alternative complement pathway through virus-induced desialylation of the cells. *J. Immunol.*, 128, 629–634.
672. Michalek,M.T., Mold,C. and Bremer,E.G. (1988) Inhibition of the alternative pathway of human complement by structural analogues of sialic acid. *J. Immunol.*, 140, 1588–1594.
673. Koistinen,V. (1992) Limited tryptic cleavage of complement factor H abrogates recognition of sialic acid-containing surfaces by the alternative pathway of complement. *Biochem. J.*, 283, 317–319.
674. Tomlinson,S., Pontes de Carvalho,L., Vandekerckhove,F. and Nussenzweig,V. (1992) Resialylation of sialidase-treated sheep and human erythrocytes by *Trypanosoma cruzi* trans-sialidase: Restoration of complement resistance of desialylated sheep erythrocytes. *Glycobiology*, 2, 549–551.
675. Farach-Carson,M.C., Carson,D.D., Collier,J.L., Lennarz,W.J., Park,H.R. and Wright,G.C. (1989) A calcium-binding, asparagine-linked oligosaccharide is involved in skeleton formation in the sea urchin embryo. *J. Cell Biol.*, 109, 1289–1299.
676. Frank,J.S., Langer,G.A., Nudd,L.M. and Seraydarian,K. (1976) Sialic acid: effect of removal on calcium exchangeability of cultured heart cells. *Science*, 193, 1013–1015.
677. Fermini,B. and Nathan,R.D. (1991) Removal of sialic acid alters both T- and L-type calcium currents in cardiac myocytes. *Am. J. Physiol. Heart Circ. Physiol.*, 260, H735–H743.
678. Fermini,B. and Nathan,R.D. (1990) Sialic acid and the surface charge associated with hyperpolarization-activated, inward rectifying channels. *J. Membr. Biol.*, 114, 61–69.
679. Zaleska,M.M. and Erocinska,M. (1987) Role of sialic acid in synaptosomal transport of amino acid transmitters. *Proc. Natl. Acad. Sci. USA*, 84, 1709–1712.
680. Sahagian,G.G., Distler,J. and Jourdian,G.W. (1981) Characterization of a membrane-associated receptor from bovine liver that binds phosphomannosyl residues of bovine testicular beta-galactosidase. *Proc. Natl. Acad. Sci. USA*, 78, 4289–4293.
681. Varki,A. and Kornfeld,S. (1983) The spectrum of anionic oligosaccharides released by endo-beta-N-acetylglucosaminidase H from glycoproteins. Structural studies and interactions with the phosphomannosyl receptor. *J. Biol. Chem.*, 258, 2808–2818.
682. Steiner,A.W. and Rome,L.H. (1982) Assay and purification of a solubilized membrane receptor that binds the lysosomal enzyme alpha-L-iduronidase. *Arch. Biochem. Biophys.*, 214, 681–687.

683. Fischer,H.D., Creek,K.E. and Sly,W.S. (1982) Binding of phosphorylated oligosaccharides to immobilized phosphomannosyl receptors. *J. Biol. Chem.*, 257, 9938–9943.
684. Hoflack,B. and Kornfeld,S. (1985) Purification and characterization of a cation-dependent mannose 6-phosphate receptor from murine P388D1 macrophages and bovine liver. *J. Biol. Chem.*, 260, 12008–12014.
685. Natowicz,M., Hallett,D.W., Frier,C., Chi,M., Schlesinger,P.H. and Baenziger,J.U. (1983) Recognition and receptor-mediated uptake of phosphorylated high mannose-type oligosaccharides by cultured human fibroblasts. *J. Cell Biol.*, 96, 915–919.
686. Creek,K.E. and Sly,W.S. (1982) Adsorptive pinocytosis of phosphorylated oligosaccharides by human fibroblasts. *J. Biol. Chem.*, 257, 9931–9937.
687. Fischer,H.D., Creek,K.E., Strisciuglio,P. and Sly,W.S. (1983) Comparative kinetics of phosphomannosyl receptor-mediated pinocytosis of fibroblast secretion acid hydrolases and glycopeptides prepared from them. *J. Cell Biochem.*, 22, 69–86.
688. Creek,K.E. and Sly,W.S. (1983) Biosynthesis and turnover of the phosphomannosyl receptor in human fibroblasts. *Biochem. J.*, 214, 353–360.
689. Sahagian,G.G. and Neufeld,E.F. (1983) Biosynthesis and turnover of the mannose 6-phosphate receptor in cultured Chinese hamster ovary cells. *J. Biol. Chem.*, 258, 7121–7128.
690. Bleekemolen,J.E., Stein,M., von Figura,K., Slot,J.W. and Geuze,H.J. (1988) The two mannose 6-phosphate receptors have almost identical subcellular distributions in U937 monocytes. *Eur. J. Cell Biol.*, 47, 366–372.
691. Lemansky,P., Hasilik,A., von Figura,K., Helmy,S., Fishman,J., Fino,R.E., Kedersha,N.L. and Rome,L.H. (1987) Lysosomal enzyme precursors in coated vesicles derived from the exocytic and endocytic pathways. *J. Cell Biol.*, 104, 1743–1748.
692. Hille,A., Waheed,A. and von Figura,K. (1989) The ligand-binding conformation of $M_r$ 46,000 mannose 6-phosphate-specific receptor. Acquisition of binding activity during *in vitro* synthesis. *J. Biol. Chem.*, 264, 13460–13467.
693. Hille,A., Waheed,A. and von Figura,K. (1990) Assembly of the ligand-binding conformation of $M_r$ 46,000 mannose 6-phosphate-specific receptor takes place before reaching the Golgi complex. *J. Cell Biol.*, 110, 963–972.
694. Johnson,K.F., Chan,W. and Kornfeld,S. (1990) Cation-dependent mannose 6-phosphate receptor contains two internalization signals in its cytoplasmic domain. *Proc. Natl. Acad. Sci. USA*, 87, 10010–10014.
695. Baron,R., Neff,L., Brown,W., Louvard,D. and Courtoy,P. J. (1990) Selective internalization of the apical plasma membrane and rapid redistribution of lysosomal enzymes and mannose 6-phosphate receptors during osteoclast inactivation by calcitonin. *J. Cell Biol.*, 97, 439–447.
696. Matovcik,L.M., Goodhouse,J. and Farquhar,M.G. (1990) The recycling itinerary of the 46 kDa mannose 6-phosphate receptor—Golgi to late endosomes—coincides with that of the 215 kDa M6PR. *Eur. J. Cell Biol.*, 53, 203–211.
697. Baenziger,J.U. and Maynard,Y. (1980) Human hepatic lectin. Physiochemical properties and specificity. *J. Biol. Chem.*, 255, 4607–4613.
698. Lunney,J. and Ashwell,G. (1976) A hepatic receptor of avian origin capable of binding specifically modified glycoproteins. *Proc. Natl. Acad. Sci. USA*, 73, 341–343.
699. Fiete,D., Srivastava,V., Hindsgaul,O. and Baenziger,J.U. (1991) A hepatic reticuloendothelial cell receptor specific for $SO_4$-4GalNAc$\beta$1,4GlcNAc$\beta$1,2Man$\alpha$ that mediates rapid clearance of lutropin. *Cell*, 67, 1103–1110.
700. Baenziger,J.U., Kumar,S., Brodbeck,R.M., Smith,P.L. and Beranek,M.C. (1992) Circulatory half-life but not interaction with the lutropin/chorionic gonadotropin receptor is modulated by sulfation of bovine lutropin oligosaccharides. *Proc. Natl. Acad. Sci. USA*, 89, 334–338.
701. Shepherd,V.L., Lee,Y.C., Schlesinger,P.H. and Stahl,P.D. (1981) L-Fucose-terminated glycoconjugates are recognized by pinocytosis receptors on macrophages. *Proc. Natl. Acad. Sci. USA*, 78, 1019–1022.
702. Stahl,P.D., Rodman,J.S., Miller,M.J. and Schlesinger,P.H. (1978) Evidence for receptor-mediated binding of glycoproteins, glycoconjugates, and lysosomal glycosidases by alveolar macrophages. *Proc. Natl. Acad. Sci. USA*, 75, 1399–1403.
703. Stahl,P., Schlesinger,P.H., Sigardson,E., Rodman,J.S. and Lee,Y.C. (1980) Receptor-mediated pinocytosis of mannose glycoconjugates by macrophages: characterization and evidence for receptor recycling. *Cell*, 19, 207–215.
704. Lennartz,M.R., Wileman,T.E. and Stahl,P.D. (1987) Isolation and characterization of a mannose-specific endocytosis receptor from rabbit alveolar macrophages. *Biochem. J.*, 245, 705–711.
705. Lennartz,M.R., Cole,F.S., Shepherd,V.L., Wileman,T.E. and Stahl,P.D. (1987) Isolation and characterization of a mannose-specific endocytosis receptor from human placenta. *J. Biol. Chem.*, 262, 9942–9944.
706. Haltiwanger,R.S. and Hill,R.L. (1986) The isolation of a rat alveolar macrophage lectin. *J. Biol. Chem.*, 261, 7440–7444.
707. Ii,M., Wada,M., Kawasaki,T. and Yamashina,I. (1988) Isolation and characterization of lectins specific for mannose/fucose/N-acetylglucosamine from rat peritoneal macrophages. *J. Biochem. (Tokyo)*, 104, 587–590.
708. Ezekowitz,R.A.B., Williams,D.J., Koziel,H., Armstrong,M.Y.K., Warner,A., Richards,F.F. and Rose,R.M. (1991) Uptake of *Pneumocystis carinii* mediated by the macrophage mannose receptor. *Nature*, 351, 155–158.
709. Lee,H., Kelm,S., Michalski,J.-C. and Schauer,R. (1990) Influence of sialic acids on the galactose-recognizing receptor of rat peritoneal macrophages. *Biol. Chem. Hoppe Seyler*, 371, 307–316.
710. Kawasaki,T., Ii,M. and Yamashina,I. (1989) Galactose/N-acetylgalactosamine-binding protein and mannose/L-fucose/N-acetylglucosamine-binding proteins from rat peritoneal macrophages. *Methods Enzymol.*, 179, 322–326.
711. Ii,M., Kurata,H., Itoh,N., Yamashina,I. and Kawasaki,T. (1990) Molecular cloning and sequence analysis of cDNA encoding the macrophage lectin specific for galactose and N-acetylgalactosamine. *J. Biol. Chem.*, 265, 11295–11298.
712. Sastry,K., Zahedi,K., Lelias,J.-M., Whitehead,A.S. and Ezekowitz,R.A.B. (1991) Molecular characterization of the mouse mannose-binding proteins: The mannose-binding protein A but not C is an acute phase reactant. *J. Immunol.*, 147, 692–697.
713. Colley,K.J., Beranek,M.C. and Baenziger,J.U. (1988) Purification and characterization of the core-specific lectin from human serum and liver. *Biochem. J.*, 256, 61–68.
714. Weis,W.I., Crichlow,G.V., Krishna Murthy,H.M., Hendrickson,W.A. and Drickamer,K. (1991) Physical characterization and crystallization of the carbohydrate-recognition domain of a mannose-binding protein from rat. *J. Biol. Chem.*, 266, 20678–20686.
715. Sharp,J.K., Valent,B. and Albersheim,P. (1984) Purification and partial characterization of a beta-glucan fragment that elicits phytoalexin accumulation in soybean. *J. Biol. Chem.*, 259, 11312–11320.
716. Sharp,J.K., McNeil,M. and Albersheim,P. (1984) The primary structures of one elicitor-active and seven elicitor-inactive hexa(beta-D-glucopyranosyl)-D-glucitols isolated from the mycelial walls of *Phytophthora megasperma* f. sp. *glycinea*. *J. Biol. Chem.*, 259, 11321–11336.
717. Sharp,J.K., Albersheim,P., Ossowski,P., Pilotti,A., Garegg,P. and Lindberg,B. (1984) Comparison of the structures and elicitor activities of a synthetic and a mycelial-wall-derived hexa(beta-D-glucopyranosyl)-D-glucitol. *J. Biol. Chem.*, 259, 11341–11345.
718. Farmer,E.E., Moloshok,T.D., Saxton,M.J. and Ryan,C.A. (1991) Oligosaccharide signaling in plants. Specificity of oligouronide-enhanced plasma membrane protein phosphorylation. *J. Biol. Chem.*, 266, 3140–3145.
719. Truchet,G., Roche,P., Lerouge,P., Vasse,J., Camut,S., De Billy,F., Promé,J.-C. and Dénarié,J. (1991) Sulphated lipo-oligosaccharide signals of *Rhizobium meliloti* elicit root nodule organogenesis in alfalfa. *Nature*, 351, 670–673.
720. Lerouge,P., Roche,P., Faucher,C., Maillet,F., Truchet,G., Promé,J.C. and Dénarié,J. (1990) Symbiotic host-specificity of *Rhizobium meliloti* is determined by a sulphated and acylated glucosamine oligosaccharide signal. *Nature*, 344, 781–784.
721. Spaink,H.P., Sheeley,D.M., Van Brussel,A.A.N., Glushka,J., York,W.S., Tak,T., Geiger,O., Kennedy,E.P., Reinhold,V.N. and Lugtenberg,B.J.J. (1991) A novel highly unsaturated fatty acid moiety of lipo-oligosaccharide signals determines host specificity of *Rhizobium*. *Nature*, 354, 125–130.
722. Levery,S.B., Zahn,H., Lee,C.C., Leigh,J.A. and Hakomori,S. (1991) Structural analyses of a second acidic exopolysaccharide of *Rhizobium meliloti* that can function in alfalfa root nodule invasion. *Carbohydr. Res.*, 210, 339–348.
723. Battisti,L., Lara,J.C. and Leigh,J.A. (1992) Specific oligosaccharide form of the *Rhizobium meliloti* exopolysaccharide promotes nodule invasion in alfalfa. *Proc. Natl. Acad. Sci. USA*, 89, 5625–5629.
724. Sanjuan,J., Carlson,R.W., Spaink,H.P., Bhat,U.R., Barbour,W.M., Glushka,J. and Stacey,G. (1992) A 2-O-methylfucose moiety is present in the lipo-oligosaccharide nodulation signal of *Bradyrhizobium japonicum*. *Proc. Natl. Acad. Sci. USA*, 89, 8789–8793.
725. Van Thanh,K.T., Toubart,P., Cousson,A., Darvill,A.G., Gollin,D.J., Chelf,P. and Albersheim,P. (1985) Manipulation of the morphogenetic pathways of tobacco explants by oligosaccharins. *Nature*, 314, 615–617.
726. Castellot,J.J.,Jr, Favreau,L.V., Karnovsky,M.J. and Rosenberg,R.D. (1982) Inhibition of vascular smooth muscle cell growth by endothelial cell-derived heparin. Possible role of a platelet endoglycosidase. *J. Biol. Chem.*, 257, 11256–11260.
727. Wright,T.C.,Jr, Pukac,L.A., Castellot,J.J.,Jr, Karnovsky,M.J., Levine,R.A., Kim-Park,H.-Y. and Campisi,J. (1989) Heparin suppresses the induction of c-fos and c-myc mRNA in murine fibroblasts by selective inhibition of a protein kinase C-dependent pathway. *Proc. Natl. Acad. Sci. USA*, 86, 3199–3203.
728. Castellot,J.J.,Jr, Pukac,L.A., Caleb,B.L., Wright,T.C.,Jr and Karnovsky,M.J. (1989) Heparin selectively inhibits a protein kinase C-dependent mechanism of cell cycle progression in calf aortic smooth muscle cells. *J. Cell Biol.*, 109, 3147–3155.
729. Pukac,L.A., Castellot,J.J.J., Wright,T.C., Caleb,B.L. and Karnovsky,M.J. (1990) Heparin inhibits c-fos and c-myc mRNA expression in vascular smooth muscle cells. *Cell Regulation*, 1, 435–443.
730. Vlodavsky,I., Ishai-Michaeli,R., Mohsen,M., Bar-Shavit,R., Catane,R., Ekre,H.-P.T. and Svahn,C.M. (1992) Modulation of neovascularization and metastasis by species of heparin. *Adv. Exp. Med. Biol.*, 313, 317–327.
731. Folkman,J. and Shing,Y. (1992) Control of angiogenesis by heparin and other sulfated polysaccharides. *Adv. Exp. Med. Biol.*, 313, 355–364.
732. Pukac,L.A., Ottlinger,M.E. and Karnovsky,M.J. (1992) Heparin suppresses specific second messenger pathways for protooncogene expression in rat vascular smooth muscle cells. *J. Biol. Chem.*, 267, 3707–3711.
733. Fedarko,N.S., Ishihara,M. and Conrad,H.E. (1989) Control of cell division in hepatoma cells by exogenous heparan sulfate proteoglycan. *J. Cell. Physiol.*, 139, 287–294.
734. Benitz,W.E., Kelly,R.T., Anderson,C.M., Lorant,D.E. and Bernfield,M. (1990) Endothelial heparan sulfate proteoglycan. I. Inhibitory effects on smooth muscle cell proliferation. *Am. J. Respir. Cell Mol. Biol.*, 2, 13–24.
735. Ishihara,M., Fedarko,N.S. and Conrad,H.E. (1987) Involvement of phosphatidylinositol and insulin in the coordinate regulation of proteoheparan sulfate metabolism and hepatocyte growth. *J. Biol. Chem.*, 262, 4708–4716.
736. Ishihara,M., Fedarko,N.S. and Conrad,H.E. (1986) Transport of heparan sulfate into the nuclei of hepatocytes. *J. Biol. Chem.*, 261, 13575–13580.
737. Saltiel,A.R., Fox,J.A., Sherline,P. and Cuatrecasas,P. (1986) Insulin-stimulated hydrolysis of a novel glycolipid generates modulators of cAMP phosphodiesterase. *Science*, 233, 967–972.
738. Saltiel,A.R. and Cuatrecasas,P. (1986) Insulin stimulates the generation from hepatic plasma membranes of modulators derived from an inositol glycolipid. *Proc. Natl. Acad. Sci. USA*, 83, 5793–5797.
739. Mato,J.M., Kelly,K.L., Abler,A. and Jarett,L. (1987) Identification of a novel insulin-sensitive glycophospholipid from H35 hepatoma cells. *J. Biol. Chem.*, 262, 2131–2137.
740. Romero,G., Gámez,G., Huang,L.C., Lilley,K. and Luttrell,L. (1990) Anti-inositolglycan antibodies selectively block some of the actions of insulin in intact BC$_3$H1 cells. *Proc. Natl. Acad. Sci. USA*, 87, 1476–1480.
741. Varela,I., Alvarez,J.F., Clemente,R., Ruiz-Albusac,J. M.and Mato, J. M. (1990) Asymmetric distribution of the phosphatidylinositol-linked phospho-oligosaccharide that mimics insulin action in the plasma membrane. *Eur. J. Biochem.*, 188, 213–218.
742. Plourde,R., D'Alarcao,M. and Saltiel,A.R. (1992) Synthesis and characterization of an insulin-mimetic disaccharide. *J. Org. Chem.*, 57, 2606–2610.
743. Misek,D.E. and Saltiel,A.R. (1992) An inositol phosphate glycan derived from a *Trypanosoma brucei* glycosyl-phosphatidylinositol, mimics some of the metabolic actions of insulin. *J. Biol. Chem.*, 267, 16266–16273.
744. Suzuki,S., Sugawara,K., Satoh,Y. and Toyota,T. (1991) Insulin stimulates the generation of two putative insulin mediators, inositol-glycan and diacylglycerol in BC3H-1 myocytes. *J. Biol. Chem.*, 266, 8115–8121.
745. Alvarez,L., Avila,M.A., Mato,J.M., Castaño,J.G. and Varela-Nieto,I. (1991) Insulin-like effects of inositol phosphate-glycan on messenger RNA expression in rat hepatocytes. *Mol. Endocrinol.*, 5, 1062–1068.
746. Alvarez,J.F., Sánchez-Arias,J.A., Guadaño,A., Estévez,F., Varela,I., Felfu,J.E. and Mato,J.M. (1991) Transport in isolated rat hepatocytes of the phospho-oligosaccharide that mimics insulin action. Effects of adrenalectomy and glucocorticoid treatment. *Biochem. J.*, 274, 369–374.
747. Eardley,D.D. and Koshland,M.E. (1991) Glycosylphosphatidylinositol: A candidate system for interleukin-2 signal transduction. *Science*, 251, 78–81.
748. Chan,B.L., Chao,M.V. and Saltiel,A.R. (1989) Nerve growth factor stimulates the hydrolysis of glycosyl-phosphatidylinositol in PC-12 cells: A mechanism of protein kinase C regulation. *Proc. Natl. Acad. Sci. USA*, 86, 1756–1760.
749. Represa,J., Avila,M.A., Miner,C., Giraldez,F., Romero,G., Clemente,R., Mato,J.M. and Varela-Nieto,I. (1991) Glycosyl-phosphatidylinositol/inositol phosphoglycan: A signaling system for the low-affinity nerve growth factor receptor. *Proc. Natl. Acad. Sci. USA*, 88, 8016–8019.
750. Fattaey,H., Johnson,T.C. and Chou,H.-H. (1989) Inhibition of DNA synthesis and cell division by a cell surface sialoglycopeptide. *J. Cell. Physiol.*, 139, 269–274.
751. Fattaey,H.K., Bascom,C.C. and Johnson,T.C. (1991) Modulation of growth-related gene expression and cell cycle synchronization by a sialoglycopeptide inhibitor. *Exp. Cell Res.*, 194, 62–68.
752. Sharifi,B.G. and Johnson,T.C. (1987) Affinity labeling of the sialoglycopeptide antimitogen receptor. *J. Biol. Chem.*, 262, 15752–15755.
753. Podolsky,D.K., Carter,E.A. and Isselbacher,K.J. (1983) Inhibition of primary and metastatic tumor growth in mice by cancer-associated galactosyltransferase acceptor. *Cancer Res.*, 43, 4026–4030.
754. Podolsky,D.K. and Isselbacher,K.J. (1982) Transformation-specific cell killing by a cancer-associated galactosyltransferase acceptor and cellular binding. *Biochem. J.*, 208, 249–259.

755. Clowes,G.H.J., George,B.C., Villee,C.A.J. and Saravis,C.A. (1983) Muscle proteolysis induced by a circulating peptide in patients with sepsis or trauma. *N. Engl. J. Med.*, 308, 545–552.
756. Seko,A., Kitajima,K., Inoue,S. and Inoue,Y. (1991) Identification of free glycan chain liberated by de-N-glycosylation of the cortical alveolar glycopolyprotein (hyosophorin) during early embryogenesis of the Medaka fish, Oryzias latipes. *Biochem. Biophys. Res. Commun.*, 180, 1165–1171.
757. Seko,A., Kitajima,K., Inoue,S. and Inoue,Y. (1991) Peptide:N-glycosidase activity found in the early embryos of Oryzias latipes (Medaka fish). The first demonstration of the occurrence of peptide:N-glycosidase in animal cells and its implication for the presence of a de-N-glycosylation system in living organisms. *J. Biol. Chem.*, 266, 22110–22114.
758. Ishii,K., Iwasaki,M., Inoue,S., Kenny,P.T.M., Komura,H. and Inoue,Y. (1989) Free sialo-oligosaccharides found in the unfertilized eggs of a freshwater trout, Plecoglossus altivellis. A large storage pool of complex-type bi-, tri-, and tetraantennary sialooligosaccharides. *J. Biol. Chem.*, 264, 1623–1630.
759. Inoue,S., Iwasaki,M., Ishii,K., Kitajima,K. and Inoue,Y. (1989) Isolation and structures of glycoprotein-derived free sialooligosaccharides from the unfertilized eggs of Tribolodon hakonensis, a dace. Intracellular accumulation of a novel class of biantennary disialo-oligosaccharides. *J. Biol. Chem.*, 264, 18520–18526.
760. Lowe,J.B., Stoolman,L.M., Nair,R.P., Larsen,R.D., Berhend,T.L. and Marks,R.M. (1990) ELAM-1-dependent cell adhesion to vascular endothelium determined by a transfected human fucosyltransferase cDNA. *Cell*, 63, 475–484.
761. Phillips,M.L., Nudelman,E., Gaeta,F.C.A., Perez,M., Singhal,A.K., Hakomori,S. and Paulson,J.C. (1990) ELAM-1 mediates cell adhesion by recognition of a carbohydrate ligand, sialyl-Le$^x$. *Science*, 250, 1130–1132.
762. Walz,G., Aruffo,A., Kolanus,W., Bevilacqua,M. and Seed,B. (1990) Recognition by ELAM-1 of the sialyl-Le$^x$ determinant on myeloid and tumor cells. *Science*, 250, 1132–1135.
763. Polley,M.J., Phillips,M.L., Wayner,E., Nudelman,E., Singhal,A.K., Hakomori,S. and Paulson,J.C. (1991) CD62 and endothelial cell-leukocyte adhesion molecule 1 (ELAM-1) recognize the same carbohydrate ligand, sialyl-Lewis x. *Proc. Natl. Acad. Sci. USA*, 88, 6224–6228.
764. Berg,E.L., Robinson,M.K., Mansson,O., Butcher,E.C. and Magnani,J.L. (1991) A carbohydrate domain common to both sialyl Le$^a$ and sialyl Le$^x$ is recognized by the endothelial cell leukocyte adhesion molecule ELAM-1. *J. Biol. Chem.*, 266, 14869–14872.
765. Tyrrell,D., James,P., Rao,N., Foxall,C., Abbas,S., Dasgupta,F., Nashed,M., Hasegawa,A., Kiso,M., Asa,D., Kidd,J. and Brandley,B.K. (1991) Structural requirements for the carbohydrate ligand of E-selectin. *Proc. Natl. Acad. Sci. USA*, 88, 10372–10376.
766. Berg,E.L., Yoshino,T., Rott,L.S., Robinson,M.K., Warnock,R.A., Kishimoto,T.K., Picker,L.J. and Butcher,E.C. (1991) The cutaneous lymphocyte antigen is a skin lymphocyte homing receptor for the vascular lectin endothelial cell–leukocyte adhesion molecule 1. *J. Exp. Med.*, 174, 1461–1466.
767. Larkin,M., Ahern,T.J., Stoll,M.S., Shaffer,M., Sako,D., O'Brien,J., Yuen,C.-T., Lawson,A.M., Childs,R.A., Barone,K.M., Langer-Safer,P.R., Hasegawa,A., Kiso,M., Larsen,G.R. and Feizi,T. (1992) Spectrum of sialylated and nonsialylated fuco-oligosaccharides bound by the endothelial–leukocyte adhesion molecule E-selectin. Dependence of the carbohydrate binding activity on E-selectin density. *J. Biol. Chem.*, 267, 13661–13668.
768. Larsen,G.R., Sako,D., Ahern,T.J., Shaffer,M., Erban,J., Sajer,S.A., Gibson,R.M., Wagner,D.D., Furie,B.C. and Furie,B. (1992) P-selectin and E-selectin. Distinct but overlapping leukocyte ligand specificities. *J. Biol. Chem.*, 267, 11104–11110.
769. Yuen,C.-T., Lawson,A.M., Chai,W., Larkin,M., Stoll,M.S., Stuart,A.C., Sullivan,F.X., Ahern,T.J. and Feizi,T. (1992) Novel sulfated ligands for the cell adhesion molecule E-selectin revealed by the neoglycolipid technology among O-linked oligosaccharides on an ovarian cystadenoma glycoprotein. *Biochemistry*, 31, 9126–9131.
770. Foxall,C., Watson,S.R., Dowbenko,D., Fennie,C., Lasky,L.A., Kiso,M., Hasegawa,A., Asa,D. and Brandley,B.K. (1992) The three members of the selectin receptor family recognize a common carbohydrate epitope, the sialyl Lewis$^x$ oligosaccharide. *J. Cell Biol.*, 117, 895–902.
771. Berg,E.L., Magnani,J., Warnock,R.A., Robinson,M.K. and Butcher,E.C. (1992) Comparison of L-selectin and E-selectin ligand specificities: The L-selectin can bind the E-selectin ligands sialyl Le$^a$ and sialyl Le$^x$. *Biochem. Biophys. Res. Commun.*, 184, 1048–1055.
772. Larsen,E., Palabrica,T., Sajer,S., Gilbert,G.E., Wagner,D.D., Furie,B.C. and Furie,B. (1990) PADGEM-dependent adhesion of platelets to monocytes and neutrophils is mediated by a lineage-specific carbohydrate, LNF III (CD15). *Cell*, 63, 467–474.
773. Moore,K.L., Varki,A. and McEver,R.P. (1991) GMP-140 binds to a glycoprotein receptor on human neutrophils: Evidence for a lectin-like interaction. *J. Cell Biol.*, 112, 491–499.
774. Aruffo,A., Kolanus,W., Walz,G., Fredman,P. and Seed,B. (1991) CD62/P-selectin recognition of myeloid and tumor cell sulfatides. *Cell*, 67, 35–44.
775. Handa,K., Nudelman,E.D., Stroud,M.R., Shiozawa,T. and Hakomori,S. (1991) Selectin GMP-140 (CD62; PADGEM) binds to sialosyl-Le$^a$ and sialosyl-Le$^x$, and sulfated glycans modulate this binding. *Biochem. Biophys. Res. Commun.*, 181, 1223–1230.
776. Zhou,Q., Moore,K.L., Smith,D.F., Varki,A., McEver,R.P. and Cummings,R.D. (1991) The selectin GMP-140 binds to sialylated, fucosylated lactosaminoglycans on both myeloid and nonmyeloid cells. *J. Cell Biol.*, 115, 557–564.
777. De Bruijne-Admiraal,L.G., Modderman,P.W., Von dem Borne,A.E.G.K. and Sonnenberg,A. (1992) P-selectin mediates Ca$^{2+}$-dependent adhesion of activated platelets to many different types of leukocytes: Detection by flow cytometry. *Blood*, 80, 134–142.
778. Moore,K.L., Stults,N.L., Diaz,S., Smith,D.F., Cummings,R.D., Varki,A. and McEver,R.P. (1992) Identification of a specific glycoprotein ligand for P-selectin (CD62) on myeloid cells. *J. Cell Biol.*, 118, 445–456.
779. Palabrica,T., Lobb,R., Furie,B.C., Aronovitz,M., Benjamin,C., Hsu,Y.-M., Sajer,S.A. and Furie,B. (1992) Leukocyte accumulation promoting fibrin deposition is mediated in vivo by P-selectin on adherent platelets. *Nature*, 359, 848–851.
780. Norgard,K.E., Moore,K.L., Diaz,S., Stults,N.L., Ushiyama,S., McEver,R.P., Cummings,R.D. and Varki,A. (1993) Characterization of a specific ligand for P-selectin on myeloid cells. A minor glycoprotein with sialylated O-linked oligosaccharides. *J. Biol. Chem.*, in press.
781. Rosen,S.D., Singer,M.S., Yednock,T.A. and Stoolman,L.M. (1985) Involvement of sialic acid on endothelial cells in organ-specific lymphocyte recirculation. *Science*, 228, 1005–1007.
782. Imai,Y., Singer,M.S., Fennie,C., Lasky,L.A. and Rosen,S.D. (1991) Identification of a carbohydrate-based endothelial ligand for a lymphocyte homing receptor. *J. Cell Biol.*, 113, 1213–1222.
783. James,S.P., Murakawa,Y., Kanof,M.E. and Berg,M. (1991) Multiple roles of Leu-8/MEL-14 in leukocyte adhesion and function. *Immunol. Res.*, 10, 282–292.
784. Imai,Y., Lasky,L.A. and Rosen,S.D. (1992) Further characterization of the interaction between L-selectin and its endothelial ligands. *Glycobiology*, 2, 373–381.
785. Lasky,L.A., Singer,M.S., Dowbenko,D., Imai,Y., Henzel,W.J., Grimley,C., Fennie,C., Gillett,N., Watson,S.R. and Rosen,S.D. (1992) An endothelial ligand for L-selectin is a novel mucin-like molecule. *Cell*, 69, 927–938.
786. Green,P.J., Tamatani,T., Watanabe,T., Miyasaka,M., Hasegawa,A., Kiso,M., Yuen,C.-T., Stoll,M.S. and Feizi,T. (1992) High affinity binding of the leucocyte adhesion molecule L-selectin to 3'-sulphated-Le$^a$ and -Le$^x$ oligosaccharides and the predominance of sulphate in this

787. interaction demonstrated by binding studies with a series of lipid-linked oligosaccharides. *Biochem. Biophys. Res. Commun.*, 188, 244–251.
787. Norgard,K., Han,H., Powell,L., Kriegler,M., Varki,A. and Varki,N.M. (1993) Enhanced interaction of L-selectin with the high endothelial venule ligand via selectively oxidized sialic acids. *Proc. Natl. Acad. Sci. USA*, 90, 1068–1072.
788. St John,T., Meyer,J., Idzerda,R. and Gallatin,W.M. (1990) Expression of CD44 confers a new adhesive phenotype on transfected cells. *Cell*, 60, 45–52.
789. Aruffo,A., Stamenkovic,I., Melnick,M., Underhill,C.B. and Seed,B. (1990) CD44 is the principal cell surface receptor for hyaluronate. *Cell*, 61, 1303–1313.
790. Culty,M., Miyake,K., Kincade,P.W., Silorski,E., Butcher,E.C. and Underhill,C. (1990) The hyaluronate receptor is a member of the CD44 (H-CAM) family of cell surface glycoproteins. *J. Cell Biol.*, 111, 2765–2774.
791. Seth,A., Gote,L., Nagarkatti,M. and Nagarkatti,P.S. (1991) T-cell-receptor-independent activation of cytolytic activity of cytotoxic T lymphocytes mediated through CD44 and gp90$^{MEL-14}$. *Proc. Natl. Acad. Sci. USA*, 88, 7877–7881.
792. Lesley,J., He,Q., Miyake,K., Hamann,A., Hyman,R. and Kincade,P.W. (1992) Requirements for hyaluronic acid binding by CD44: A role for the cytoplasmic domain and activation by antibody. *J. Exp. Med.*, 175, 257–266.
793. Culty,M., Nguyen,H.A. and Underhill,C.B. (1992) The hyaluronan receptor (CD44) participates in the uptake and degradation of hyaluronan. *J. Cell Biol.*, 116, 1055–1062.
794. Thomas,L., Byers,H.R., Vink,J. and Stamenkovic,I. (1992) CD44H regulates tumor cell migration on hyaluronate-coated substrate. *J. Cell Biol.*, 118, 971–977.
795. Günthert,U., Hofmann,M., Rudy,W., Reber,S., Zöller,M., Haussmann,I., Matzku,S., Wenzel,A., Ponta,H. and Herrlich,P. (1991) A new variant of glycoprotein CD44 confers metastatic potential to rat carcinoma cells. *Cell*, 65, 13–24.
796. Stamenkovic,I., Sgroi,D., Aruffo,A., Sy,M.S. and Anderson,T. (1991) The B lymphocyte adhesion molecule CD22 interacts with leukocyte common antigen CD45RO on T cells and α2-6 sialyltransferase, CD75, on B cells. *Cell*, 66, 1133–1144.
797. Stamenkovic,I., Sgroi,D. and Aruffo,A. (1992) CD22 binds to α-2,6-sialyltransferase-dependent epitopes on COS cells. *Cell*, 68, 1003–1004.
798. Aruffo,A., Kanner,S.B., Sgroi,D., Ledbetter,J.A. and Stamenkovic,I. (1992) CD22-mediated stimulation of T cells regulates T-cell receptor/CD3-induced signaling. *Proc. Natl. Acad. Sci. USA*, 89, 10242–10264.
799. Sgroi,D., Varki,A., Braesch-Andersen,S. and Stamenkovic,I. (1993) CD22b, a B cell-specific immunoglobulin superfamily member is a sialic acid-binding lectin. *J. Biol. Chem.*, in press.
800. Powell,L.D., Sgroi,D., Sjoberg,E.R., Stamenkovic,I. and Varki,A. (1993) Natural ligands of the B cell adhesion molecule CD22b carry N-linked oligosaccharides with α2,6 linked sialic acids that are required for recognition. *J. Biol. Chem.*, in press.
801. Morris,L., Crocker,P.R., Fraser,I., Hill,M. and Gordon,S. (1991) Expression of a divalent cation-dependent erythroblast adhesion receptor by stromal macrophages from murine bone marrow. *J. Cell Sci.*, 99, 141–147.
802. Crocker,P.R., Kelm,S., Dubois,C., Martin,B., McWilliam,A.S., Shotton,D.M., Paulson,J.C. and Gordon,S. (1991) Purification and properties of sialoadhesin, a sialic acid-binding receptor of murine tissue macrophages. *EMBO J.*, 10, 1661–1669.
803. Van den Berg,T.K., Brevé,J.J.P., Damoiseaux,J.O.M.C., Döpp,E.A., Kelm,S., Crocker,P.R., Dijkstra,C.D. and Kraal,G. (1992) Sialoadhesin on macrophages: Its identification as a lymphocyte adhesion molecule. *J. Exp. Med.*, 176, 647–651.
804. Crocker,P.R., Werb,Z., Gordon,S. and Bainton,D.F. (1990) Ultrastructural localization of a macrophage-restricted sialic acid binding hemagglutinin, SER, in macrophage–hematopoietic cell clusters. *Blood*, 76, 1131–1138.
805. Tiemeyer,M., Brandley,B.K., Ishihara,M., Swiedler,S.J., Greene,J., Hoyle,G.W. and Hill,R.L. (1992) The binding specificity of normal and variant rat Kupffer cell (lectin) receptors expressed in COS cells. *J. Biol. Chem.*, 267, 12252–12257.
806. Lehrman,M.A., Haltiwanger,R.S. and Hill,R.L. (1986) The binding of fucose-containing glycoproteins by hepatic lectins The binding specificity of the rat liver fucose lectin. *J. Biol. Chem.*, 261, 7426–7432.
807. Lehrman,M.A. and Hill,R.L. (1986) The binding of fucose-containing glycoproteins by hepatic lectins: Purification of a fucose-binding lectin from rat liver. *J. Biol. Chem.*, 261, 7419–7425.
808. Lehrman,M.A., Pizzo,S.V., Imber,M.J. and Hill,R.L. (1986) The binding of fucose-containing glycoproteins by hepatic lectins: Re-examination of the clearance from blood and the binding to membrane receptors and pure lectins. *J. Biol. Chem.*, 261, 7412–7418.
809. Shur,B.D. and Hall,N.G. (1982) A role for mouse sperm surface galactosyltransferase in sperm binding to the egg zona pellucida. *J. Cell Biol.*, 95, 574–579.
810. Shur,B.D. (1983) Embryonal carcinoma cell adhesion: the role of surface galactosyltransferase and its 90K lactosaminoglycan substrate. *Dev. Biol.*, 99, 360–372.
811. Scully,N.F., Shaper,J.H. and Shur,B.D. (1987) Spatial and temporal expression of cell surface galactosyltransferase during mouse spermatogenesis and epididymal maturation. *Dev. Biol.*, 124, 111–124.
812. Bayna,E.M., Shaper,J.H. and Shur,B.D. (1988) Temporally specific involvement of cell surface beta-1,4 galactosyltransferase during mouse embryo morula compaction. *Cell*, 53, 145–157.
813. Begovac,P.C. and Shur,B.D. (1990) Cell surface galactosyltransferase mediates the initiation of neurite outgrowth from PC12 cells on laminin. *J. Cell Biol.*, 110, 461–470.
814. Begovac,P.C., Hall,D.E. and Shur,B.D. (1991) Laminin fragment E8 mediates PC12 cell neurite outgrowth by binding to cell surface β1,4 galactosyltransferase. *J. Cell Biol.*, 113, 637–644.
815. Hathaway,H.J. and Shur,B.D. (1992) Cell surface β1,4-galactosyltransferase functions during neural crest cell migration and neurulation in vivo. *J. Cell Biol.*, 117, 369–382.
816. Miller,D.J., Macek,M.B. and Shur,B.D. (1992) Complementarity between sperm surface β-1,4-galactosyl-transferase and egg-coat ZP3 mediates sperm–egg binding. *Nature*, 357, 589–593.
817. Barcellos-Hoff,M.H. (1992) Mammary epithelial reorganization on extracellular matrix is mediated by cell surface galactosyltransferase. *Exp. Cell Res.*, 201, 225–234.
818. Hathaway,H.J., Romagnano,L.C. and Babiarz,B.S. (1989) Analysis of cell surface galactosyltransferase activity during mouse trophectodermal differentiation. *Dev. Biol.*, 134, 351–361.
819. Humphreys-Beher,M.G., Zelles,T., Maeda,N., Purushotham,K.R. and Schneyer,C.A. (1990) Cell surface galactosyltransferase acts as a general modulator of rat acinar cell proliferation. *Mol. Cell. Biochem.*, 95, 1–11.
820. Romagnano,L. and Babiarz,B. (1990) The role of murine cell surface galactosyltransferase in trophoblast: Laminin interactions in vitro. *Dev. Biol.*, 141, 254–261.
821. Passaniti,A. and Hart,G.W. (1990) Metastasis-associated murine melanoma cell surface galactosyltransferase: Characterization of enzyme activity and identification of the major surface substrates. *Cancer Res.*, 50, 7261–7271.
822. Kinloch,R.A., Mortillo,S., Stewart,C.L. and Wassarman,P.M. (1991) Embryonal carcinoma cells transfected with ZP3 genes differentially glycosylate similar polypeptides and secrete active mouse sperm receptor. *J. Cell Biol.*, 115, 655–664.
823. Bleil,J.D. and Wassarman,P.M. (1988) Galactose at the nonreducing terminus of O-linked oligosaccharides of mouse egg zona pellucida glycoprotein ZP3 is essential for the glycoprotein's sperm receptor activity. *Proc. Natl. Acad. Sci. USA*, 85, 6778–6782.

824. Wassarman,P.M. (1990) Profile of a mammalian sperm receptor. *Development*, 108, 1–17.
825. Chandrasekaran,S., Dean,J. W.,III, Giniger,M.S. and Tanzer,M.L. (1991) Laminin carbohydrates are implicated in cell signaling. *J. Cell. Biochem.*, 46, 115–124.
826. Grillon,C., Monsigny,M. and Kieda,C. (1991) Cell surface lectins of human granulocytes: their expression is modulated by mononuclear cells and granulocyte/macrophage colony-stimulating factor. *Glycobiology*, 1, 33–38.
827. Lee,R.T., Ichikawa,Y., Allen,H.J. and Lee,Y.C. (1990) Binding characteristics of galactoside-binding lectin (galaptin) from human spleen. *J. Biol. Chem.*, 265, 7864–7871.
828. Allen,H.J., Sucato,D., Gottstine,S., Kisailus,E., Nava,H., Petrelli,N., Castillo,N. and Wilson,D. (1991) Localization of endogenous β-galactoside-binding lectin in human cells and tissues. *Tumor Biol.*, 12, 52–60.
829. Cherayil,B.J., Weiner,S.J. and Pillai,S. (1989) The Mac-2 antigen is a galactose-specific lectin that binds IgE. *J. Exp. Med.*, 170, 1959–1972.
830. Robertson,M.W., Albrandt,K., Keller,D. and Liu,F.-T. (1990) Human IgE-binding protein: A soluble lectin exhibiting a highly conserved interspecies sequence and differential recognition of IgE glycoforms. *Biochemistry*, 29, 8093–8100.
831. Cherayil,B.J., Chaitovitz,S., Wong,C. and Pillai,S. (1990) Molecular cloning of a human macrophage lectin specific for galactose. *Proc. Natl. Acad. Sci. USA*, 87, 7324–7328.
832. Hynes,M.A., Gitt,M., Barondes,S.H., Jessell,T.M. and Buck,L.B. (1990) Selective expression of an endogenous lactose-binding lectin gene in subsets of central and peripheral neurons. *J. Neurosci.*, 10, 1004–1013.
833. Brassart,D., Kolodziejczyk,E., Granuto,D., Woltz,A., Paviliard,M., Perotti,F., Frigeri,L.G., Liu,F.-T., Borel,Y. and Neeser,J.-R. (1992) An intestinal galactose-specific lectin mediates the binding of murine IgE to mouse intestinal epithelial cells. *Eur. J. Biochem.*, 203, 393–399.
834. Sato,S. and Hughes,R.C. (1992) Binding specificity of a baby hamster kidney lectin for H type I and II chains, polylactosamine glycans, and appropriately glycosylated forms of laminin and fibronectin. *J. Biol. Chem.*, 267, 6983–6990.
835. Hsu,D.K., Zuberi,R.I. and Liu,F.-T. (1992) Biochemical and biophysical characterization of human recombinant IgE-binding protein, an S-type animal lectin. *J. Biol. Chem.*, 267, 14167–14174.
836. Poirier,F., Timmons,P.M., Chan,C.-T. J., Guénet,J.-L. and Rigby,P.W.J. (1992) Expression of the L14 lectin during mouse embryogenesis suggests multiple roles during pre- and post-implantation development. *Development*, 115, 143–155.
837. Irimura,T., Matsushita,Y., Sutton,R.C., Carralero,D., Ohannesian,D.W., Cleary,K.R., Ota,D.M., Nicolson,G.L. and Lotan,R. (1991) Increased content of an endogenous lactose-binding lectin in human colorectal carcinoma progressed to metastatic stages. *Cancer Res.*, 51, 387–393.
838. Saitoh,O., Wang,W.-C., Lotan,R. and Fukuda,M. (1992) Differential glycosylation and cell surface expression of lysosomal membrane glycoproteins in sublines of a human colon cancer exhibiting distinct metastatic potentials. *J. Biol. Chem.*, 267, 5700–5711.
839. Kuchler,S., Fressinaud,C., Sarlieve,L.L., Vincendon,G. and Zanetta,J.-P. (1988) Cerebellar soluble lectin is responsible for cell adhesion and participates in myelin compaction in cultured rat oligodendrocytes. *Dev. Neurosci.*, 10, 199–212.
840. Marschal,P., Reeber,A., Neeser,J.-R., Vincendon,G. and Zanetta,J.-P. (1989) Carbohydrate and glycoprotein specificity of two endogenous cerebellar lectins. *Biochimie*, 71, 645–653.
841. Kuchler,S., Herbein,G., Sarlieve,L.L., Vincendon,G. and Zanetta,J.-P. (1989) An endogenous lectin 'CSL' interacts with glycoprotein components in peripheral nervous system myelin. *Cell. Mol. Biol.*, 35, 581–596.
842. Lehmann,S., Kuchler,S., Theveniau,M., Vincendon,G. and Zanetta,J.-P. (1990) An endogenous lectin and one of its neuronal glycoprotein ligands are involved in contact guidance of neuron migration. *Proc. Natl. Acad. Sci. USA*, 87, 6455–6459.
843. Lehmann,S., Kuchler,S., Badache,A., Zaepfel,M., Meyer,A. and Zanetta,J.-P. (1991) Involvement of the endogenous lectin CSL in adhesion of Chinese hamster ovary cells. *Eur. J. Cell Biol.*, 56, 433–442.
844. Laterra,J., Silbert,J.E. and Culp,L.A. (1983) Cell surface heparan sulfate mediates some adhesive responses to glycosaminoglycan-binding matrices, including fibronectin. *J. Cell Biol.*, 96, 112–123.
845. Sun,X., Mosher,D.F. and Rapraeger,A. (1989) Heparan sulfate-mediated binding of epithelial cell surface proteoglycan to thrombospondin. *J. Biol. Chem.*, 264, 2885–2889.
846. Drake,S.L., Klein,D.J., Mickelson,D.J., Oegema,T.R., Furcht,L.T. and McCarthy,J.B. (1992) Cell surface phosphatidylinositol-anchored heparan sulfate proteoglycan initiates mouse melanoma cell adhesion to a fibronectin-derived, heparin-binding synthetic peptide. *J. Cell Biol.*, 117, 1331–1341.
847. Haugen,P.K., McCarthy,J.B., Roche,K.F., Furcht,L.T. and Letourneau,P.C. (1992) Central and peripheral neurite outgrowth differs in preference for heparin-binding versus integrin-binding sequences. *J. Neurosci.*, 12, 2034–2042.
848. Haugen,P.K., Letourneau,P.C., Drake,S.L., Furcht,L.T. and McCarthy,J.B. (1992) A cell-surface heparan sulfate proteoglycan mediates neural cell adhesion and spreading on a defined sequence from the C-terminal cell and heparin binding domain of fibronectin, FN-C/H II. *J. Neurosci.*, 12, 2597–2608.
849. Haugen,P.K., McCarthy,J.B., Skubitz,A.P.N., Furcht,L.T. and Letourneau,P. C. (1990) Recognition of the A chain carboxy-terminal heparin binding region of fibronectin involves multiple sites: Two contiguous sequences act independently to promote neural cell adhesion. *J. Cell Biol.*, 111, 2733–2745.
850. David,G., Bai,X. M., Van der Schueren,B., Cassiman, J.-J. and Van den Berghe,H. (1992) Developmental changes in heparan sulfate expression: In situ detection with mAbs. *J. Cell Biol.*, 119, 961–975.
851. Roberts,D.D., Rao,C.N., Magnani,J.L., Spitalnik,S.L., Liotta,L.A. and Ginsburg,V. (1985) Laminin binds specifically to sulfated glycolipids. *Proc. Natl. Acad. Sci. USA*, 82, 1306–1310.
852. Roberts,D.D., Rao,C.N., Liotta,L.A., Gralnick,H.R. and Ginsburg,V. (1986) Comparison of the specificities of laminin, thrombospondin, and von Willebrand factor for binding to sulfated glycolipids. *J. Biol. Chem.*, 261, 6872–6877.
853. Roberts,D.D., Williams,S.B., Gralnick,H.R. and Ginsburg,V. (1986) von Willebrand factor binds specifically to sulfated glycolipids. *J. Biol. Chem.*, 261, 3306–3309.
854. Roberts,D.D., Haverstick,D.M., Dixit,V.M., Frazier,W.A., Santoro,S.A. and Ginsburg,V. (1985) The platelet glycoprotein thrombospondin binds specifically to sulfated glycolipids. *J. Biol. Chem.*, 260, 9405–9411.
855. Roberts,D.D. and Ginsburg,V. (1988) Sulfated glycolipids and cell adhesion. *Arch. Biochem. Biophys.*, 267, 405–415.
856. Holt,G.D., Krivan,H.C., Gasic,G.J. and Ginsburg,V. (1989) Antistasin, an inhibitor of coagulation and metastasis, binds to sulfatide (Gal(3-SO$_4$)β1-1Cer) and has a sequence homology with other proteins that bind sulfated glycoconjugates. *J. Biol. Chem.*, 264, 12138–12140.
857. Holt,G.D., Pangburn,M.K. and Ginsburg,V. (1990) Properdin binds to sulfatide [Gal(3-SO$_4$)β1-1Cer] and has a sequence homology with other proteins that bind sulfated glycoconjugates. *J. Biol. Chem.*, 265, 2852–2855.
858. Todderud,G., Alford,J., Millsap,K.A., Aruffo,A. and Tramposch,K.M. (1992) PMN binding to P-selectin is inhibited by sulfatide. *J. Leukocyte Biol.*, 52, 85–88.
859. Kuroki,Y., Gasa,S., Ogasawara,Y., Makita,A. and Akino,T. (1992) Binding of pulmonary surfactant protein A to galactosylceramide and asialo-G$_{M2}$. *Arch. Biochem. Biophys.*, 299, 261–267.
860. Crossin,K.L. and Edelman,G.M. (1992) Specific binding of cytotactin to sulfated glycolipids. *J. Neurosci. Res.*, 33, 631–638.
861. Guo,N., Krutzsch,H.C., Nègre,E., Vogel,T., Blake,D.A. and Roberts,D.D. (1992) Heparin- and sulfatide-binding peptides from the type I repeats of human thrombospondin promote melanoma cell adhesion. *Proc. Natl. Acad. Sci. USA*, 89, 3040–3044.
862. Liu,D.Y., Yu,S.F., Remold,H.G. and David,J.R. (1985) Glycolipid receptor for human migration inhibitory factor: fucose and sialic acid are important for the human monocyte response to migration inhibitory factor. *Cell Immunol.*, 90, 539–546.
863. Liu,D.Y., Petschek,K.D., Remold,H.G. and David,J.R. (1982) Isolation of a guinea pig macrophage glycolipid with the properties of the putative migration inhibitory factor receptor. *J. Biol. Chem.*, 257, 159–162.
864. Powell,L.D., Bause,E., Legler,G., Molyneux,R.J. and Hart, G. W. (1985) Influence of asparagine-linked oligosaccharides on tumor cell recognition in the mixed lymphocyte reaction. *J. Immunol.*, 135, 714–724.
865. Hart,G.W. (1982) The role of asparagine-linked oligosaccharides in cellular recognition by thymic lymphocytes. Effects of tunicamycin on the mixed lymphocyte reaction. *J. Biol. Chem.*, 257, 151–158.
866. Willenborg,D.O., Parish,C.R. and Cowden,W.B. (1989) Inhibition of experimental allergic encephalomyelitis by the α-glucosidase inhibitor castanospermine. *J. Neurol. Sci.*, 90, 77–85.
867. Ahrens,P.B. and Ankel,H. (1987) The role of asparagine-linked carbohydrate in natural killer cell-mediated cytolysis. *J. Biol. Chem.*, 262, 7575–7579.
868. Gilbert,C.W., Zaroukian,M.H. and Esselman,W.J. (1988) Poly-N-acetyllactosamine structures on murine cell surface T200 glycoprotein participate in natural killer cell binding to YAC-1 targets. *J. Immunol.*, 140, 2821–2828.
869. Pimenta,P.F.P., Turco,S.J., McConville,M.J., Lawyer,P.G., Perkins,P.V. and Sacks,D.L. (1992) Stage-specific adhesion of *Leishmania* promastigotes to the sandfly midgut. *Science*, 256, 1812–1815.
870. Ho,S.-C., Wang,J.L. and Schindler,M. (1990) Carbohydrate binding activities of *Bradyrhizobium japonicum*. I. Saccharide-specific inhibition of homotypic and heterotypic adhesion. *J. Cell Biol.*, 111, 1631–1638.
871. Ho,S.-C., Schindler,M. and Wang,J.L. (1990) Carbohydrate binding activities of *Bradyrhizobium japonicum*. II. Isolation and characterization of a galactose-specific lectin. *J. Cell Biol.*, 111, 1639–1643.
872. Cassels,F.J., Fales,H.M., London,J., Carlson,R.W. and van Halbeek,H. (1990) Structure of a streptococcal adhesin carbohydrate receptor. *J. Biol. Chem.*, 265, 14127–14135.
873. Misevic,G.N. and Burger,M.M. (1990) The species-specific cell-binding site of the aggregation factor from the sponge *Microciona prolifera* is a highly repetitive novel glycan containing glucuronic acid, fucose, and mannose. *J. Biol. Chem.*, 265, 20577–20584.
874. Misevic,G.N. and Burger,M.M. (1990) Involvement of a highly polyvalent glycan in the cell-binding of the aggregation factor from the marine sponge *Microciona prolifera*. *J. Cell Biochem.*, 43, 307–314.
875. Cairns,P. and Morris,V.J. (1986) Intermolecular binding of xanthan gum and carob gum. *Nature*, 322, 89–90.
876. Turley,E.A. and Roth,S. (1980) Interactions between the carbohydrate chains of hyaluronate and chondroitin sulphate. *Nature*, 283, 268–271.
877. Tzianabos,A.O., Pantosti,A., Baumann,H., Brisson, J.-R., Jennings,H.J. and Kasper,D.L. (1992) The capsular polysaccharide of *Bacteroides fragilis* comprises two ionically linked polysaccharides. *J. Biol. Chem.*, 267, 18230–18235.
878. Eggens,I., Fenderson,B., Toyokuni,T., Dean,B., Stroud,M. and Hakomori,S.-I. (1989) Specific interaction between Le$^x$ and Le$^x$ determinants. A possible basis for cell recognition in preimplantation embryos and in embryonal carcinoma cells. *J. Biol. Chem.*, 264, 9476–9484.
879. Fenderson,B.A., Zehavi,U. and Hakomori,S. (1984) A multivalent lacto-N-fucopentaose III-lysyllysine conjugate decompacts preimplantation mouse embryos, while the free oligosaccharide is ineffective. *J. Exp. Med.*, 160, 1591–1596.
880. Bird,J.M. and Kimber,S.J. (1984) Oligosaccharides containing fucose linked alpha(1-3) and alpha(1-4) to N-acetylglucosamine cause decompaction of mouse morulae. *Dev. Biol.*, 104, 449–460.
881. Kojima,N. and Hakomori,S. (1991) Cell adhesion, spreading, and motility of G$_{M3}$-expressing cells based on glycolipid–glycolipid interaction. *J. Biol. Chem.*, 266, 17552–17558.
882. Kojima,N., Shiota,M., Sadahira,Y., Handa,K. and Hakomori,S. (1992) Cell adhesion in a dynamic flow system as compared to static system. Glycosphingolipid-glycosphingolipid interaction in the dynamic system predominates over lectin- or integrin-based mechanisms in adhesion of B16 melanoma cells to non-activated endothelial cells. *J. Biol. Chem.*, 267, 17264–17270.
883. Kojima,N. and Hakomori,S. (1989) Specific interaction between gangliotriaosylceramide (Gg$_3$) and sialosyllactosylceramide (G$_{M3}$) as a basis for specific cellular recognition between lymphoma and melanoma cells. *J. Biol. Chem.*, 264, 20159–20162.
884. Distler,J., Hieber,V., Sahagian,G., Schmickel,R. and Jourdian,G.W. (1979) Identification of mannose 6-phosphate in glycoproteins that inhibit the assimilation of beta-galactosidase by fibroblasts. *Proc. Natl. Acad. Sci. USA*, 76, 4235–4239.
885. Kaplan,A., Achord,D.T. and Sly,W.S. (1977) Phosphohexosyl components of a lysosomal enzyme are recognized by pinocytosis receptors on human fibroblasts. *Proc. Natl. Acad. Sci. USA*, 74, 2026–2030.
886. Hasilik,A. and Neufeld,E.F. (1980) Biosynthesis of lysosomal enzymes in fibroblasts. Phosphorylation of mannose residues. *J. Biol. Chem.*, 255, 4946–4950.
887. Tabas,I. and Kornfeld,S. (1980) Biosynthetic intermediates of beta-glucuronidase contain high mannose oligosaccharides with blocked phosphate residues. *J. Biol. Chem.*, 255, 6633–6639.
888. Varki,A. and Kornfeld,S. (1980) Structural studies of phosphorylated high mannose-type oligosaccharides. *J. Biol. Chem.*, 255, 10847–10858.
889. Hasilik,A., Klein,U., Waheed,A., Strecker,G. and von Figura,K. (1980) Phosphorylated oligosaccharides in lysosomal enzymes: identification of alpha-N-acetylglucosamine(1)phospho(6)mannose diester groups. *Proc. Natl. Acad. Sci. USA*, 77, 7074–7078.
890. von Figura,K., Gieselmann,V. and Husilik,A. (1984) Antibody to mannose 6-phosphate specific receptor induces receptor deficiency in human fibroblasts. *EMBO. J.*, 3, 1281–1286.
891. Krohn,K., Eberlein,K. and Gercken,G. (1978) Separation of glycolipids from neutral lipids and phospholipids. *J. Chromatogr.*, 153, 550–552.
892. Natowicz,M., Baenziger,J.U. and Sly,W.S. (1982) Structural studies of the phosphorylated high mannose-type oligosaccharides on human beta-glucuronidase. *J. Biol. Chem.*, 257, 4412–4420.
893. Hoflack,B., Fujimoto,K. and Kornfeld,S. (1987) The interaction of phosphorylated oligosaccharides and lysosomal enzymes with bovine liver cation-dependent mannose 6-phosphate receptor. *J. Biol. Chem.*, 262, 123–129.
894. Distler,J.J., Guo,J., Jourdian,G.W., Srivastava,O.P. and Hindsgaul,O. (1991) The binding specificity of high and low molecular weight phosphomannosyl receptors from bovine testes. Inhibition studies with chemically synthesized 6-O-phosphorylated oligomannosides. *J. Biol. Chem.*, 266, 21687–21692.

895. Dennis,P.A. and Rifkin,D.B. (1991) Cellular activation of latent transforming growth factor β requires binding to the cation-independent mannose 6-phosphate/insulin-like growth factor type II receptor. *Proc. Natl. Acad. Sci. USA*, 88, 580–584.
896. Hoffman,S., Sorkin,B.C., White,P.C., Brackenbury,R., Mailhammer,R., Rutishauser,U., Cunningham,B.A. and Edelman,G.M. (1982) Chemical characterization of a neural cell adhesion molecule purified from embryonic brain membranes. *J. Biol. Chem.*, 257, 7720–7729.
897. Cunningham,B.A., Hoffman,S., Rutishauser,U., Hemperly,J.J. and Edelman,G.M. (1983) Molecular topography of the neural cell adhesion molecule N-CAM: surface orientation and location of sialic acid-rich and binding regions. *Proc. Natl. Acad. Sci. USA*, 80, 3116–3120.
898. Acheson,A., Sunshine,J.L. and Rutishauser,U. (1991) NCAM polysialic acid can regulate both cell–cell and cell–substrate interactions. *J. Cell Biol.*, 114, 143–153.
899. Rutishauser,U., Acheson,A., Hall,A.K., Mann,D.M. and Sunshine,J. (1988) The neural cell adhesion molecule (NCAM) as a regulator of cell–cell interactions. *Science*, 240, 53–57.
900. Acheson,A. and Rutishauser,U. (1988) Neural cell adhesion molecule regulates cell contact-mediated changes in choline acetyltransferase activity of embryonic chick sympathetic neurons. *J. Cell Biol.*, 106, 479–486.
901. Rutishauser,U., Watanabe,M., Silver,J., Troy,F.A. and Vimr,E.R. (1985) Specific alteration of NCAM-mediated cell adhesion by an endoneuraminidase. *J. Cell Biol.*, 101, 1842–1849.
902. Doherty,P., Moolenaar,C.E.C.K., Ashton,S.V., Michalides,R.J.A.M. and Walsh,F.S. (1992) The VASE exon downregulates the neurite growth-promoting activity of NCAM 140. *Nature*, 356, 791–793.
903. Yang,P., Yin,X. and Rutishauser,U. (1992) Intercellular space is affected by the polysialic acid content of NCAM. *J. Cell Biol.*, 116, 1487–1496.
904. Doyle,E., Nolan,P.M., Bell,R. and Regan,C.M. (1992) Hippocampal NCAM180 transiently increases sialylation during the acquisition and consolidation of a passive avoidance response in the adult rat. *J. Neurosci. Res.*, 31, 513–523.
905. Tang,J., Landmesser,L. and Rutishauser,U. (1992) Polysialic acid influences specific pathfinding by avian motoneurons. *Neuron*, 8, 1031–1044.
906. Doherty,P., Cohen,J. and Walsh,F.S. (1990) Neurite outgrowth in response to transfected N-CAM changes during development and is modulated by polysialic acid. *Neuron*, 5, 209–219.
907. Doherty,P., Fruns,M., Seaton,P., Dickson,G., Barton,C.H., Sears,T.A. and Walsh,F.S. (1990) A threshold effect of the major isoforms of NCAM on neurite outgrowth. *Nature*, 343, 464–466.
908. Lindahl,U., Backstrom,G., Thunberg,L. and Leder,I.G. (1980) Evidence for a 3-O-sulfated D-glucosamine residue in the antithrombin-binding sequence of heparin. *Proc. Natl. Acad. Sci. USA*, 77, 6551–6555.
909. Atha,D.H., Stephens,A.W., Rimon,A. and Rosenberg,R.D. (1984) Sequence variation in heparin octasaccharides with high affinity for antithrombin III. *Biochemistry*, 23, 5801–5812.
910. Kusche,M., Bäckström,G., Riesenfeld,J., Petitou,M., Choay,J. and Lindahl,U. (1988) Biosynthesis of heparin. O-sulfation of the antithrombin-binding region. *J. Biol. Chem.*, 263, 15474–15484.
911. Lindahl,U., Bäckström,G., Hook,M., Thunberg,L., Fransson,L.A. and Linker,A. (1979) Structure of the antithrombin-binding site in heparin. *Proc. Natl. Acad. Sci. USA*, 76, 3198–3202.
912. Oscarsson,L.-G., Pejler,G. and Lindahl,U. (1989) Location of the antithrombin-binding sequence in the heparin chain. *J. Biol. Chem.*, 264, 296–304.
913. Kusche,M., Torri,G., Casu,B. and Lindahl,U. (1990) Biosynthesis of heparin. Availability of glucosaminyl 3-O-sulfation sites. *J. Biol. Chem.*, 265, 7292–7300.
914. Tollefsen,D.M. (1992) The interaction of glycosaminoglycans with heparin cofactor II: Structure and activity of a high-affinity dermatan sulfate hexasaccharide. *Adv. Exp. Med. Biol.*, 313, 167–176.
915. Maimone,M.M. and Tollefsen,D.M. (1990) Structure of a dermatan sulfate hexasaccharide that binds to heparin cofactor II with high affinity. *J. Biol. Chem.*, 265, 18263–18271.
916. Gayá-González,L., Balsamo,J., Swaminathan,N. and Lilien,J. (1991) Antibodies to the retina N-acetylgalactosaminylphosphotransferase inhibit neurite outgrowth. *J. Neurosci. Res.*, 29, 474–480.
917. Balsamo,J., Pratt,R.S., Emmerling,M.R., Grunwald,G.B. and Lilien,J. (1986) Identification of the chick neural retina cell surface N-acetylgalactosaminyltransferase using monoclonal antibodies. *J. Cell Biochem.*, 32, 125–141.
918. Balsamo,J., Pratt,R.S. and Lilien,J. (1986) Chick neural retina N-acetylgalactosaminyltransferase/ acceptor complex: catalysis involves transfer of N-acetylgalactosamine phosphate to endogenous acceptors. *Biochemistry*, 25, 5402–5407.
919. Scott,L.J.C., Balsamo,J., Sanes,J.R. and Lilien,J. (1990) Synaptic localization and neural regulation of an N-acetylgalactosaminyl transferase in skeletal muscle. *J. Neurosci.*, 10, 346–350.
920. Balsamo,J. and Lilien,J. (1990) N-cadherin is stably associated with and is an acceptor for a cell surface N-acetylgalactosaminylphosphotransferase. *J. Biol. Chem.*, 265, 2923–2928.
921. Balsamo,J., Thibodeaux,R., Swaminathan,N. and Lilien,J. (1991) Antibodies to the retina N-acetylgalactosaminylphosphotransferase modulate N-cadherin-mediated adhesion and uncouple the N-cadherin transferase complex from the actin-containing cytoskeleton. *J. Cell Biol.*, 113, 429–436.
922. Arumugham,R.G., Hsieh,T.C., Tanzer,M.L. and Laine,R.A. (1986) Structures of the asparagine-linked sugar chains of laminin. *Biochim. Biophys. Acta*, 883, 112–126.
923. Dean,J.W.,III, Chandrasekaran,S. and Tanzer,M.L. (1990) A biological role of the carbohydrate moieties of laminin. *J. Biol. Chem.*, 265, 12553–12562.
924. Chammas,R., Veiga,S.S., Line,S., Potocnjak,P. and Brentani,R.R. (1991) Asn-linked oligosaccharide-dependent interaction between laminin and gp 120/140. An α6/β1 integrin. *J. Biol. Chem.*, 266, 3349–3355.
925. Zhu,B.C.R. and Laine,R.A. (1990) Novel hyperglycosylated weak gelatin-binding fibronectin from human fetal placenta—Fractionation of a high poly(N-acetyllactosamine) fragment by tomato lectin affinity chromatography. *Eur. J. Biochem.*, 188, 67–71.
926. Preissner,K.T., Koyama,T., Müller,D., Tschopp,J. and Müller-Berghaus,G. (1990) Domain structure of the endothelial cell receptor thrombomodulin as deduced from modulation of its anticoagulant functions. Evidence for a glycosaminoglycan-dependent secondary binding site for thrombin. *J. Biol. Chem.*, 265, 4915–4922.
927. Bourin,M.-C. and Lindahl,U. (1990) Functional role of the polysaccharide component of rabbit thrombomodulin proteoglycan. Effects on inactivation of thrombin by antithrombin, cleavage of fibrinogen by thrombin and thrombin-catalysed activation of Factor V. *Biochem. J.*, 270, 419–425.
928. Koyama,T., Parkinson,J.F., Sié,P., Bang,N.U., Müller-Berghaus,G. and Preissner,K.T. (1991) Different glycoforms of human thrombomodulin—Their glycosaminoglycan-dependent modulatory effects on thrombin inactivation by heparin cofactor II and antithrombin III. *Eur. J. Biochem.*, 198, 563–570.
929. Koyama,T., Parkinson,J.F., Aoki,N., Bang,N.U., Müller-Berghaus,G. and Preissner,K.T. (1991) Relationship between post-translational glycosylation and anticoagulant function of secretable recombinant mutants of human thrombomodulin. *Br. J. Haematol.*, 78, 515–522.
930. Parkinson,J.F., Vlahos,C.J., Yan,S.C.B. and Bang,N.U. (1992) Recombinant human thrombomodulin. Regulation of cofactor activity and anticoagulant function by a glycosaminoglycan side chain. *Biochem. J.*, 283, 151–157.
931. Srisomsap,C., Richardson,K.L., Jay,J.C. and Marchase,R.B. (1989) An α-glucose-1-phosphate phosphodiesterase is present in rat liver cytosol. *J. Biol. Chem.*, 264, 20540–20546.
932. Satir,B.H., Srisomsap,C., Reichman,M. and Marchase,R.B. (1990) Parafusin, an exocytic-sensitive phosphoprotein, is the primary acceptor for the glucosylphosphotransferase in Paramecium tetraurelia and rat liver. *J. Cell Biol.*, 111, 901–907.
933. Ghidoni,R., Sonnino,S., Chigorno,V., Malesci,A. and Tettamanti,G. (1984) Comparative and developmental behavior of alkali labile gangliosides in the brain. *Adv. Exp. Med. Biol.*, 174, 307–318.
934. Levine,J., Beasley,L. and Stallcup,W. (1984) The D1.1 antigen: a cell surface marker for germinal cells of the central nervous system. *J. Neurosci.*, 4, 820–831.
935. Constantine-Paton,M., Blum,A.S., Mendez-Otero,R. and Barnstable,C.J. (1986) A cell surface molecule distributed in a dorsoventral gradient in the perinatal rat retina. *Nature*, 324, 459–462.
936. Sparrow,J.R. and Barnstable,C.J. (1988) A gradient molecule in developing rat retina: Expression of 9-O-acetyl $G_{D3}$ in relation to cell type, developmental age, and $G_{D3}$ ganglioside. *J. Neurosci.*, 21, 398–409.
937. Schlosshauer,B., Blum,A.S., Mendez Otero,R., Barnstable,C.J. and Constantine Paton,M. (1988) Developmental regulation of ganglioside antigens recognized by the JONES antibody. *J. Neurosci.*, 8, 580–592.
938. Mendez Otero,R., Schlosshauer,B., Barnstable,C.J. and Constantine Paton,M. (1988) A developmentally regulated antigen associated with neural cell and process migration. *J. Neurosci.*, 8, 564–579.
939. Chou,D.K.H., Flores,S. and Jungalwala,F.B. (1990) Identification of disialosyl paragloboside and O-acetyldisialosyl paragloboside in cerebellum and embryonic cerebrum. *J. Neurochem.*, 54, 1598–1607.
940. Varki,A., Hooshmand,F., Diaz,S., Varki,N.M. and Hedrick,S.M. (1991) Developmental abnormalities in transgenic mice expressing a sialic acid-specific 9-O-acetylesterase. *Cell*, 65, 65–74.
941. Seilheimer,B. and Schachner,M. (1988) Studies of adhesion molecules mediating interactions between cells of peripheral nervous system indicate a major role for L1 in mediating sensory neuron growth on Schwann cells in culture. *J. Cell Biol.*, 107, 341–351.
942. Yoshihara,Y., Oka,S., Watanabe,Y. and Mori,K. (1991) Developmentally and spatially regulated expression of HNK-1 carbohydrate antigen on a novel phosphatidylinositol-anchored glycoprotein in rat brain. *J. Cell Biol.*, 115, 731–744.
943. Kadmon,G., Kowitz,A., Altevogt,P. and Schachner,M. (1990) Functional cooperation between the neural adhesion molecules L1 and N-CAM is carbohydrate dependent. *J. Cell Biol.*, 110, 209–218.
944. Mikol,D.D., Gulcher,J.R. and Stefansson,K. (1990) The oligodendrocyte-myelin glycoprotein belongs to a distinct family of proteins and contains the HNK-1 carbohydrate. *J. Cell Biol.*, 110, 471–479.
945. Needham,L.K. and Schnaar,R.L. (1990) Adhesion of primary Schwann cells to HNK-1 reactive glycosphingolipids. *Ann. NY Acad. Sci.*, 605, 416–419.
946. Griffith,L.S., Schmitz,B. and Schachner,M. (1992) L2/HNK-1 carbohydrate and protein–protein interactions mediate the homophilic binding of the neural adhesion molecule P0. *J. Neurosci. Res.*, 33, 639–649.
947. Yamamoto,K., Tsuji,T., Tarutani,O. and Osawa,T. (1985) Phosphorylated high mannose-type and hybrid-type oligosaccharide chains of human thyroglobulin isolated from malignant thyroid tissue. *Biochim. Biophys. Acta*, 838, 84–91.
948. Herzog,V., Neumuller,W. and Holzmann,B. (1987) Thyroglobulin, the major and obligatory exportable protein of thyroid follicle cells, carries the lysosomal recognition marker mannose-6-phosphate. *EMBO. J.*, 6, 555–560.
949. Kamerling,J.P., Rijkse,I., Maas,A.A.M., Van Kuik,J.A. and Vliegenthart,J.F.G. (1988) Sulfated N-linked carbohydrate chains in porcine thyroglobulin. *FEBS Lett.*, 241, 246–250.
950. Spiro,R.G. and Bhoyroo,V.D. (1988) Occurrence of sulfate in the asparagine-linked complex carbohydrate units of thyroglobulin. Identification and localization of galactose 3-sulfate and N-acetylglucosamine 6-sulfate residues in the human and calf proteins. *J. Biol. Chem.*, 263, 14351–14358.
951. Scheel,G. and Herzog,V. (1989) Mannose 6-phosphate receptor in porcine thyroid follicle cells. Localization and possible implications for the intracellular transport of thyroglobulin. *Eur. J. Cell Biol.*, 49, 140–148.
952. De Waard,P., Koorevaar,A., Kamerling,J.P. and Vliegenthart,J.F.G. (1991) Structure determination by $^1$H NMR spectroscopy of (sulfated) sialylated N-linked carbohydrate chains released from porcine thyroglobulin by peptide-$N^4$-(N-acetyl-β-glucosaminyl)asparagine amidase-F. *J. Biol. Chem.*, 266, 4237–4243.
953. Reitman,M.L., Varki,A. and Kornfeld,S. (1981) Fibroblasts from patients with I-cell disease and pseudo-Hurler polydystrophy are deficient in uridine 5'-diphosphate-N-acetylglucosamine: glycoprotein N-acetylglucosaminylphosphotransferase activity. *J. Clin. Invest.*, 67, 1574–1579.
954. Varki,A., Reitman,M.L. and Kornfeld,S. (1981) Identification of a variant of mucolipidosis III (pseudo-Hurler polydystrophy): a catalytically active N-acetylglucosaminylphosphotransferase that fails to phosphorylate lysosomal enzymes. *Proc. Natl. Acad. Sci. USA*, 78, 7773–7777.
955. Hasilik,A., Waheed,A. and von Figura,K. (1981) Enzymatic phosphorylation of lysosomal enzymes in the presence of UDP-N-acetylglucosamine. Absence of the activity in I-cell fibroblasts. *Biochem. Biophys. Res. Commun.*, 98, 761–767.
956. Waheed,A., Pohlmann,R., Hasilik,A., von Figura,K., van Elsen,A. and Leroy,J.G. (1982) Deficiency of UDP-N-acetylglucosamine:lysosomal enzyme N-acetylglucosamine-1-phosphotransferase in organs of I-cell patients. *Biochem. Biophys. Res. Commun.*, 105, 1052–1058.
957. Varki,A., Reitman,M.L., Vannier,A., Kornfeld,S., Grubb,J.H. and Sly,W.S. (1982) Demonstration of the heterozygous state for I-cell disease and pseudo-Hurler polydystrophy by assay of N-acetylglucosaminylphosphotransferase in white blood cells and fibroblasts. *Am. J. Hum. Genet.*, 34, 717–729.
958. Mueller,O.T., Little,L.E., Miller,A.L., Lozzio,C.B. and Shows,T.B. (1985) I-cell disease and pseudo-Hurler polydystrophy: heterozygote detection and characteristics of the altered N-acetylglucosamine-phosphotransferase in genetic variants. *Clin. Chim. Acta*, 150, 175–183.
959. Mueller,O.T., Honey,N.K., Little,L.E., Miller,A.L. and Shows,T.B. (1983) Mucolipidosis II and III. The genetic relationships between two disorders of lysosomal enzyme biosynthesis. *J. Clin. Invest.*, 72, 1016–1023.
960. Fukuda,M.N., Klier,G. and Scartezzini,P. (1987) Congenital dyserythropoietic anaemia type II (HEMPAS): characterization of aberrant intracellular organelles by immunogold electron microscopy. *Br. J. Haematol.*, 67, 95–101.
961. Fukuda,M.N., Dell,A. and Scartezzini,P. (1987) Primary defect of congenital dyserythropoietic anemia type II: Failure in glycosylation of erythrocyte lactosaminoglycan proteins caused by lowered N-acetylglucosaminyltransferase II. *J. Biol. Chem.*, 262, 7195–7206.
962. Fukuda,M.N., Bothner,B., Scartezzini,P. and Dell,A. (1986) Isolation and characterization of poly-N-acetyllactosaminylceramides accumulated in the erythrocytes of congenital dyserythropoietic anemia type II patients. *Chem. Phys. Lipids*, 42, 185–197.
963. Fukuda,M.N., Masri,K.A., Dell,A., Thonar,E.J.-M., Klier,G. and Lowenthal,R.M. (1989) Defective glycosylation of erythrocyte membrane glycoconjugates in a variant of congenital dyserythropoietic anemia type II: Association of low level of membrane-bound form of galactosyltransferase. *Blood*, 73, 1331–1339.
964. Fukuda,M.N., Masri,K.A., Dell,A., Luzzatto,L. and Moremen,K.W. (1990) Incomplete synthesis of N-glycans in congenital dyserythropoietic anemia type II caused by a defect in the gene encoding α-mannosidase II. *Proc. Natl. Acad. Sci. USA*, 87, 7443–7447.

965. Fukuda,M.N., Gaetani,G.F., Izzo,P., Scartezzini,P. and Dell,A. (1992) Incompletely processed N-glycans of serum glycoproteins in congenital dyserythropoietic anaemia type II (HEMPAS). Br. J. Haematol., 82, 745–752.
966. Quentin,E., Gladen,A., Rodén,L. and Kresse,H. (1990) A genetic defect in the biosynthesis of dermatan sulfate proteoglycan: Galactosyltransferase I deficiency in fibroblasts from a patient with a progeroid syndrome. Proc. Natl. Acad. Sci. USA, 87, 1342–1346.
967. Kresse,H., Rosthoj,S., Quentin,E., Hollmann,J., Glossl,J., Okada,S. and Tonnesen,T. (1987) Glycosaminoglycan-free small proteoglycan core protein is secreted by fibroblasts from a patient with a syndrome resembling progeroid. Am. J. Hum. Genet., 41, 436–453.
968. Etzioni,A., Frydman,M., Pollack,S., Avidor,I., Phillips,M.L., Paulson,J.C. and Gershoni-Baruch,R. (1992) Brief report: Recurrent severe infections caused by a novel leukocyte adhesion deficiency. N. Engl. J. Med., 327, 1789–1792.
969. Nakazawa,K., Hassell,J.R., Hascall,V.C., Lohmander,L.S. and Krachmer,J. (1984) Defective processing of keratan sulfate in macular corneal dystrophy. J. Biol. Chem., 259, 13751–13757.
970. Midura,R.J., Hascall,V.C., MacCallum,D.K., Meyer,R.F., Thonar,E.J.-M.A., Hassell,J.R., Smith,C.F. and Klintworth,G.K. (1990) Proteoglycan biosynthesis by human corneas from patients with types 1 and 2 macular corneal dystrophy. J. Biol. Chem., 265, 15947–15955.
971. Van der Schoot,C.E., Huizinga,T.W.J., Van 't Veer-Korthof,E.T., Wijmans,R., Pinkster,J. and Von dem Borne,A.E.G.K. (1990) Deficiency of glycosyl-phosphatidylinositol-linked membrane glycoproteins of leukocytes in paroxysmal nocturnal hemoglobinuria, description of a new diagnostic cytofluorometric assay. Blood, 76, 1853–1859.
972. Edberg,J.C., Salmon,J.E., Whitlow,M., Kimberly,R.P., Barinsky,M. and Triscari,C. (1991) Preferential expression of human FcgammaRIII$_{PMN}$ (CD16) in paroxysmal nocturnal hemoglobinuria. Discordant expression of glycosyl phosphatidylinositol-linked proteins. J. Clin. Invest., 87, 58–67.
973. Hirose,S., Ravi,L., Hazra,S.V. and Medof,M.E. (1991) Assembly and deacetylation of N-acetylglucosaminyl-plasmanylinositol in normal and affected paroxysmal nocturnal hemoglobinuria cells. Proc. Natl. Acad. Sci. USA, 88, 3762–3766.
974. Jost,C.R., Gaillard,M.L., Fransen,J.A.M., Daha,M.R. and Ginsel,L.A. (1991) Intracellular localization of glycosyl-phosphatidylinositol-anchored CD67 and FcRIII (CD16) in affected neutrophil granulocytes of patients with paroxysmal nocturnal hemoglobinuria. Blood, 78, 3030–3036.
975. Mahoney,J.F., Urakaze,M., Hall,S., DeGasperi,R., Chang,H.-M., Sugiyama,E., Warren,C.D., Borowitz,M., Nicholson-Weller,A., Rosse,W.F. and Yeh,E.T.H. (1992) Defective glycosylphosphatidylinositol anchor synthesis in paroxysmal nocturnal hemoglobinuria granulocytes. Blood, 79, 1400–1403.
976. Hillmen,P., Hows,J.M. and Luzzatto,L. (1992) Two distinct patterns of glycosylphosphatidylinositol (GPI) linked protein deficiency in the red cells of patients with paroxysmal nocturnal haemoglobinuria. Br. J. Haematol., 80, 399–405.
977. Hirose,S., Ravi,L., Prince,G.M., Rosenfeld,M.G., Silber,R., Andresen,S.W., Hazra,S.V. and Medof,M.E. (1992) Synthesis of mannosylglucosaminylinositol phospholipids in normal but not paroxysmal nocturnal hemoglobinuria cells. Proc. Natl. Acad. Sci. USA, 89, 6025–6029.
978. Thomas,L.J., Urakaze,M., DeGasperi,R., Kamitani,T., Sugiyama,E., Chang,H.-M., Warren,C.D. and Yeh,E.T.H. (1992) Differential expression of glycosylphosphatidylinositol-anchored proteins in a murine T cell hybridoma mutant producing limiting amounts of the glycolipid core. Implications for paroxysmal nocturnal hemoglobinuria. J. Clin. Invest., 89, 1172–1177.
979. Nurden,A.T., Dupuis,D., Pidard,D., Kieffer,N., Kunicki,T.J. and Cartron,J.P. (1982) Surface modifications in the platelets of a patient with alpha-N-acetyl-D-galactosamine residues, the Tn-syndrome. J. Clin. Invest., 70, 1281–1291.
980. Cartron,J.P. and Nurden,A.T. (1979) Galactosyltransferase and membrane glycoprotein abnormality in human platelets from Tn-syndrome donors. Nature, 282, 621–623.
981. Thurnher,M., Clausen,H., Fierz,W., Lanzavecchia,A. and Berger,E.G. (1992) T cell clones with normal or defective O-galactosylation from a patient with permanent mixed-field polyagglutinability. Eur. J. Immunol., 22, 1835–1842.
982. Gahmberg,C.G., Peltokorpi,L. and Andersson,L.C. (1986) B Lymphoblastoid cell lines with normal and defective O-glycosylation established from an individual with blood group Tn. Blood, 4, 973–979.
983. Dobbie,J.A., Holton,J.B. and Clamp,J.R. (1990) Defective galactosylation of proteins in cultured skin fibroblasts from galactosaemic patients. Ann. Clin. Biochem., 27, 274–275.
984. Ornstein,K.S., McGuire,E.J., Berry,G.T., Roth,S. and Segal,S. (1992) Abnormal galactosylation of complex carbohydrates in cultured fibroblasts from patients with galactose-1-phosphate uridyltransferase deficiency. Pediatr. Res., 31, 508–511.
985. Sugahara,K. and Schwartz,N.B. (1979) Defect in 3'-phosphoadenosine 5'-phosphosulfate formation in brachymorphic mice. Proc. Natl. Acad. Sci. USA, 76, 6615–6618.
986. Sugahara,K. and Schwartz,N.B. (1982) Defect in 3'-phosphoadenosine 5'-phosphosulfate synthesis in brachymorphic mice. I. Characterization of the defect. Arch. Biochem. Biophys., 214, 589–601.
987. Sugahara,K. and Schwartz,N.B. (1982) Defect in 3'-phosphoadenosine 5'-phosphosulfate synthesis in brachymorphic mice. II. Tissue distribution of the defect. Arch. Biochem. Biophys., 214, 602–609.
988. Super,M., Thiel,S., Lu,J., Levinsky,R.J. and Turner,M.W. (1989) Association of low levels of mannan-binding protein with a common defect of opsonisation. Lancet, 2, 1236–1239.
989. Sumiya,M., Super,M., Tabona,P., Levinsky,R.J., Arai,T., Turner,M.W. and Summerfield,J.A. (1991) Molecular basis of opsonic defect in immunodeficient children. Lancet, 337, 1569–1570.
990. Lipscombe,R.J., Lau,Y.L., Levinsky,R.J., Sumiya,M., Summerfield,J.A. and Turner,M.W. (1992) Identical point mutation leading to low levels of mannose binding protein and poor C3b-mediated opsonisation in Chinese and Caucasian populations. Immunol. Lett., 32, 253–258.
991. Middaugh,C.R. and Litman,G.W. (1987) Atypical glycosylation of an IgG monoclonal cryoimmunoglobulin. J. Biol. Chem., 262, 3671–3673.
992. Peltonen,L., Palotie,A. and Prockop,D.J. (1980) A defect in the structure of type I procollagen in a patient who had osteogenesis imperfecta: excess mannose in the COOH-terminal propeptide. Proc. Natl. Acad. Sci. USA, 77, 6179–6183.
993. Kretz,K.A., Carson,G.S., Morimoto,S., Kishimoto,Y., Fluharty,A.L. and O'Brien,J.S. (1990) Characterization of a mutation in a family with saposin B deficiency: A glycosylation site defect. Proc. Natl. Acad. Sci. USA, 87, 2541–2544.
994. Aly,A.M., Higuchi,M., Kasper,C.K., Kazazian,H.H.,Jr, Antonarakis,S.E. and Hoyer,L.W. (1992) Hemophilia A due to mutations that create new N-glycosylation sites. Proc. Natl. Acad. Sci. USA, 89, 4933–4937.
995. Brennan,S.O., Myles,T., Peach,R.J., Donaldson,D. and George,P.M. (1990) Albumin Redhill (−1 Arg, 320 Ala→Thr): a glycoprotein variant of human serum albumin whose precursor has an aberrant signal peptidase cleavage site. Proc. Natl. Acad. Sci. USA, 87, 26–30.
996. Galili,U. and Swanson,K. (1991) Gene sequences suggest inactivation of α-1,3-galactosyltransferase in catarrhines after the divergence of apes from monkeys. Proc. Natl. Acad. Sci. USA, 88, 7401–7404.
997. Hamadeh,R.M., Jarvis,G.A., Galili,U., Mandrell,R.E., Zhou,P. and Griffiss,J.M. (1992) Human natural anti-Gal IgG regulates alternative complement pathway activation on bacterial surfaces. J. Clin. Invest., 89, 1223–1235.
998. Galili,U., Shohet,S.B., Kobrin,E., Stults,C.L. and Macher,B.A. (1988) Man, apes, and Old World monkeys differ from other mammals in the expression of alpha-galactosyl epitopes on nucleated cells. J. Biol. Chem., 263, 17755–17762.
999. Galili,U., Clark,M.R., Shohet,S.B., Buehler,J. and Macher,B.A. (1987) Evolutionary relationship between the natural anti-Gal antibody and the Gal alpha1-3Gal epitope in primates. Proc. Natl. Acad. Sci. USA, 84, 1369–1373.
1000. Yamamoto,F., Clausen,H., White,T., Marken,J. and Hakomori,S. (1990) Molecular genetic basis of the histo-blood group ABO system. Nature, 345, 229–233.
1001. Navaratnam,N., Findlay,J.B.C., Keen,J.N. and Watkins,W.M. (1990) Purification, properties and partial amino acid sequence of the blood-group-A-gene-associated α-3-N-acetylgalactosaminyltransferase from human gut mucosal tissue. Biochem. J., 271, 93–98.
1002. Kyprianou,P., Betteridge,A., Donald,A.S.R. and Watkins,W.M. (1990) Purification of the blood group H gene associated α-2-L-fucosyltransferase from human plasma. Glycoconjugate J., 7, 573–588.
1003. Yamamoto,F., Marken,J., Tsuji,T., White,T., Clausen,H. and Hakomori,S. (1990) Cloning and characterization of DNA complementary to human UDP-GalNAc: Fuc alpha1→2Gal alpha 1→3GalNAc transferase (histo-blood group A transferase) mRNA. J. Biol. Chem., 265, 1146–1151.
1004. Blanchard,D., Cartron,J.P., Fournet,B., Montreuil,J., van Halbeek,H. and Vliegenthart,J.F. (1983) Primary structure of the oligosaccharide-determinant-of-blood-group-Cad-specificity. J. Biol. Chem., 258, 7691–7695.
1005. Soh,C.P.C., Donald,A.S.R., Feeney,J., Morgan,W.T.J. and Watkins,W.M. (1989) Enzymic synthesis, chemical characterisation and Sd$^a$ activity of GalNAcβ1-4[NeuAcα2-3]Galβ1-4GlcNAc and GalNAcβ1-4[NeuAcα2-3]Galβ1-4Glc. Glycoconjugate J., 6, 319–332.
1006. Ando,N. and Yamakawa,T. (1982) On the minor gangliosides of erythrocyte membranes of Japanese cats. J. Biochem. (Tokyo), 91, 873–881.
1007. Yasue,S., Handa,S., Miyagawa,S., Inoue,J., Hasegawa,A. and Yamakawa,T. (1978) Difference in form of sialic acid in red blood cell glycolipids of different breeds of dogs. J. Biochem. (Tokyo), 83, 1101–1107.
1008. Andrews,G.A., Chavey,P.S., Smith,J.E. and Rich,L. (1992) N-Glycolylneuraminic acid and N-acetylneuraminic acid define feline blood group A and B antigens. Blood, 79, 2485–2491.
1009. Sekine,M., Sakaizumi,M., Moriwaki,K., Yamakawa,T. and Suzuki,A. (1989) Two genes controlling the expression of extended globoglycolipids in mouse kidney are closely linked to each other on chromosome 19. J. Biochem. (Tokyo), 105, 680–683.
1010. Hashimoto,Y., Sakaizumi,M., Nakamura,Y., Moriwaki,K., Yamakawa,T. and Suzuki,A. (1989) Further studies on polymorphic expression of GM1 and GD1a in mouse liver. The presence of a third allele on the Ggm-1 locus. J. Biochem. (Tokyo), 106, 319–322.
1011. Nakamura,K., Hashimoto,Y., Moriwaki,K., Yamakawa,T. and Suzuki,A. (1990) Genetic regulation of GM4(NeuAc) expression in mouse erythrocytes. J. Biochem. (Tokyo), 107, 3–7.
1012. Kono,M., Sekine,M., Nakamura,K., Hashimoto,Y., Seyama,Y., Yamakawa,T. and Suzuki,A. (1991) Two pathways for GM2(NeuGc) expression in mice: Genetic analysis. J. Biochem. (Tokyo), 109, 132–136.
1013. Wang,Y.-M., Hare,T.R., Won,B., Stowell,C.P., Scanlin,T.F., Glick,M.C., Hard,K., Van Kuik,J.A. and Vliegenthart,J.F.G. (1990) Additional fucosyl residues on membrane glycoproteins but not a secreted glycoprotein from cystic fibrosis fibroblasts. Clin. Chim. Acta, 188, 193–210.
1014. Stowell,C.P., Scanlin,T.F. and Glick,M.C. (1986) Characterization of human fibronectin glycopeptides from cystic fibrosis and control skin fibroblasts. Carbohydr. Res., 151, 279–292.
1015. Shelley,C.S., Remold-O'Donnell,E., Davis,A.E.,III, Bruns,G.A.P., Rosen,F.S., Carroll,M.C. and Whitehead,A.S. (1989) Molecular characterization of sialophorin (CD43), the lymphocyte surface sialoglycoprotein defective in Wiskott–Aldrich syndrome. Proc. Natl. Acad. Sci. USA, 86, 2819–2823.
1016. Greer,W.L., Higgins,E., Sutherland,D.R., Novogrodsky,A., Brockhausen,I., Peacocke,M., Rubin,L.A., Baker,M., Dennis,J.W. and Siminovitch,K.A. (1989) Altered expression of leucocyte sialoglycoprotein in Wiskott–Aldrich syndrome is associated with a specific defect in O-glycosylation. Biochem. Cell Biol., 67, 503–509.
1017. Higgins,E.A., Siminovitch,K.A., Zhuang,D., Brockhausen,I. and Dennis,J.W. (1991) Aberrant O-linked oligosaccharide biosynthesis in lymphocytes and platelets from patients with the Wiskott–Aldrich syndrome. J. Biol. Chem., 266, 6280–6290.
1018. Pallant,A., Fukuda,M. and Frelinger,J.G. (1990) CD43 (leukosialin, sialophorin, large sialoglycoprotein) can be expressed in both normal and Wiskott–Aldrich fibroblasts via transfection of a leukosialin cDNA. Eur. J. Immunol., 20, 1423–1428.
1019. Piller,F., Le Deist,F., Weinberg,K.I., Parkman,R. and Fukuda,M. (1991) Altered O-glycan synthesis in lymphocytes from patients with Wiskott–Aldrich syndrome. J. Exp. Med., 173, 1501–1510.
1020. Fukuda,M. (1991) Leukosialin, a major O-glycan-containing sialoglycoprotein defining leukocyte differentiation and malignancy. Glycobiology, 1, 347–356.
1021. Ramaekers,V.T., Stibler,H., Kint,J. and Jaeken,J. (1991) A new variant of the carbohydrate deficient glycoproteins syndrome. J. Inher. Metab. Dis., 14, 385–388.
1022. Jaeken,J., Hagberg,B. and Stromme,P. (1991) Clinical presentation and natural course of the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 6–13.
1023. Blennow,G., Jaeken,J. and Wiklund,L.M. (1991) Neurological findings in the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 14–20.
1024. Stibler,H., Jaeken,J. and Kristiansson,B. (1991) Biochemical characteristics and diagnosis of the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 21–31.
1025. Stibler,H. and Kristiansson,B. (1991) Analysis of transferrin and α$_1$-fetoprotein in amniotic fluid and neonatal serum: A possible means for indirect prenatal diagnosis of the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 32–38.
1026. Nordborg,C., Hagberg,B. and Kristiansson,B. (1991) Sural nerve pathology in the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 39–49.
1027. Conradi,N., De Vos,R., Jaeken,J., Lundin,P., Kristiansson,B. and Van Hoof,F. (1991) Liver pathology in the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 50–54.
1028. Stromme,P., Maehlen,J., Strom,E.H. and Torvik,A. (1991) Postmortem findings in two patients with the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 55–62.
1029. Eeg-Olofsson,K.E. and Wahlström,J. (1991) Genetic and epidemiological aspects of the carbohydrate-deficient glycoprotein syndrome. Acta Paediatr. Scand., 80(Suppl. 375), 63–65.
1030. Ohno,K., Yuasa,I., Akaboshi,S., Itoh,M., Yoshida,K., Ehara,H., Ochiai,Y. and Takeshita,K. (1992) The carbohydrate deficient glycoprotein syndrome in three Japanese children. Brain Dev., 14, 30–35.
1031. Harrison,H.H., Miller,K.L., Harbison,M.D. and Slonim,A.E. (1992) Multiple serum protein abnormalities in carbohydrate-deficient glycoprotein syndrome: Pathognomonic finding of two-dimensional electrophoresis? Clin. Chem., 38, 1390–1392.
1032. Wada,Y., Nishikawa,A., Okamoto,N., Inui,K., Tsukamoto,H., Okada,S. and Taniguchi,N. (1992) Structure of serum transferrin in carbohydrate-deficient glycoprotein syndrome. Biochem. Biophys. Res. Commun., 189, 832–836.
1033. Pullarkat,R.K., Kim,K.S., Sklower,S.L. and Patel,V.K. (1988) Oligosaccharyl diphosphodolichols in the ceroid-lipofuscinoses. Am. J. Med. Genet., 5, 243–251.

A.Varki

1034. Hall,N.A. and Patrick,A.D. (1987) Accumulation of phosphorylated dolichol in several tissues in ceroid-lipofuscinosis (Batten disease). *Clin. Chim. Acta*, 170, 323–330.
1035. Keller,R.K., Armstrong,D., Crum,F.C. and Koppang,N. (1984) Dolichol and dolichyl phosphate levels in brain tissue from English setters with ceroid lipofuscinosis. *J. Neurochem.*, 42, 1040–1047.
1036. Daniel,P.F., Sauls,D.L. and Boustany,R.-M. N. (1992) Evidence for processing of dolichol-linked oligosaccharides in patients with neuronal ceroid-lipofuscinosis. *Am. J. Med. Genet.*, 42, 586–592.
1037. Springer,T.A. (1990) The sensation and regulation of interactions with the extracellular environment: The cell biology of lymphocyte adhesion receptors. *Annu. Rev. Cell Biol.*, 6, 359–402.
1038. Lee,S.J. and Nathans,D. (1988) Proliferin secreted by cultured cells binds to mannose 6-phosphate receptors. *J. Biol. Chem.*, 263, 3521–3527.
1039. Todderud,G. and Carpenter,G. (1988) Presence of mannose phosphate on the epidermal growth factor receptor in A-431 cells. *J. Biol. Chem.*, 263, 17893–17896.
1040. Merrick,J.M., Zadarlik,K. and Milgrom,F. (1978) Characterization of the Hanganutziu–Deicher (serum-sickness) antigen as gangliosides containing N-glycolylneuraminic acid. *Int. Arch. Allergy. Appl. Immunol.*, 57, 477–480.
1041. Higashi,H., Hirabayashi,Y., Fukui,Y., Naiki,M., Matsumoto,M., Ueda,S. and Kato,S. (1985) Characterization of N-glycolylneuraminic acid-containing gangliosides as tumor-associated Hanganutziu–Deicher antigen in human colon cancer. *Cancer. Res.*, 45, 3796–3802.
1042. Elbein,A.D., Pan,Y.T., Solf,R. and Vosbeck,K. (1983) Effect of swainsonine, an inhibitor of glycoprotein processing, on cultured mammalian cells. *J. Cell Physiol.*, 115, 265–275.
1043. Stanley,P. (1989) Chinese hamster ovary cell mutants with multiple glycosylation defects for production of glycoproteins with minimal carbohydrate heterogeneity. *Mol. Cell Biol.*, 9, 377–383.
1044. Stanley,P. (1984) Glycosylation mutants of animal cells. *Annu. Rev. Genet.*, 18, 525–552.
1045. Esko,J.D., Rostand,K.S. and Weinke,J.L. (1988) Tumor formation dependent on proteoglycan biosynthesis. *Science*, 241, 1092–1096.
1046. Carlson,J., Sakamoto,Y., Laurell,C.B., Madison,J., Watkins,S. and Putnam,F.W. (1992) Alloalbuminemia in Sweden: structural study and phenotypic distribution of nine albumin variants. *Proc. Natl. Acad. Sci. USA*, 89, 8225–8229.
1047. Capecchi,M.R. (1989) Altering the genome by homologous recombination. *Science*, 244, 1288–1292.
1048. Yost,H.J. (1992) Regulation of vertebrate left–right asymmetries by extracellular matrix. *Nature*, 357, 158–161.
1049. Grosveld,F. and Kollias,G. (1992) *Transgenic Animals*. Academic Press, San Diego.

*Received on December 31, 1992; accepted on January 19, 1993*