# EXHIBIT U
# PART 1

Lodish Decl. in Support of Opposition to Roche's Motion for Summary Judgment of Invalidity for Double Patenting Over Claim 10 of the '016 Patent

# United States Patent [19]
## Goeddel et al.

[11] Patent Number: **4,766,075**
[45] Date of Patent: **Aug. 23, 1988**

[54] **HUMAN TISSUE PLASMINOGEN ACTIVATOR**

[75] Inventors: David V. Goeddel, Hillsborough; William J. Kohr, San Mateo; Diane Pennica, Foster City; Gordon A. Vehar, San Carlos, all of Calif.

[73] Assignee: Genentech, Inc., South San Francisco, Calif.

[21] Appl. No.: 483,052

[22] Filed: Apr. 7, 1983

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 398,003, Jul. 14, 1982, and a continuation-in-part of Ser. No. 374,860, May 5, 1982.

[51] Int. Cl.$^4$ .............. C12N 5/00; C12N 15/00; C12N 9/48; C12N 9/72; C12N 1/20; C12N 1/00; C07H 17/00
[52] U.S. Cl. .............. 435/240.2; 435/172.3; 435/212; 435/215; 435/253; 435/320; 536/27; 935/14; 935/29; 935/32; 935/70; 935/73
[58] Field of Search .............. 435/172.3, 253, 317, 435/240, 212, 215, 320, 240.2; 536/27; 935/14, 27, 29, 32, 72, 73, 70

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,904,480 | 9/1975 | Hull et al. | 435/212 |
| 4,245,051 | 1/1981 | Reich et al. | 435/212 |
| 4,259,447 | 3/1981 | Hafeli | 435/215 |
| 4,314,994 | 2/1982 | d'Hinterland et al. | 424/95 |
| 4,317,882 | 3/1982 | Horiguchi et al. | 435/212 |
| 4,370,417 | 1/1983 | Hung et al. | 935/18 X |
| 4,505,893 | 3/1985 | Mori et al. | 435/241 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0005644 | 11/1979 | European Pat. Off. | 435/215 |
| 0041766 | 12/1981 | European Pat. Off. | 435/212 |
| 1492959 | 11/1977 | United Kingdom | 424/94.64 |
| 1551275 | 8/1979 | United Kingdom | 424/94.64 |
| 2025977 | 1/1980 | United Kingdom | 435/215 |
| 2092154 | 8/1982 | United Kingdom | 435/215 |

### OTHER PUBLICATIONS

Gene Expression, vol. 2, Lewin, B. (Ed.), pp. 148–153, 1974.
Ordahl, C. et al., Proc. Natl. Acad. Sci., vol. 77, No. 8, pp. 4519–4523, 1980.
Molecular Cloning (Maniatis, Fritsch & Sambrook, Eds.), Cold Spring Harbor Laboratory, pp. 224–228, 1982.
Heyneker, H. et al., Proc. of IVth Internat'l Symposium on Genetics of Industrial Microorganisms (Eds. Ikeda & Beppu), pp. 214–221, 1982.
Ratzkin, B. et al., Proc. Natl. Acad. Sci, vol. 78, No. 6, pp. 3313–3317, 1981.
Genetic Engineering Letter, vol. 2, No. 7, (Fishbeyn, G., Publisher), Sep. 10, 1982.
Biotechnology News, vol. 3, No. 5, Mar. 1, 1983.
Genetic Engineering News, p. 24, Mar. 1985.
Sargent, T. et al., Proc. Natl. Acad. Sci., vol. 78, No. 1, pp. 243–246, Jan. 1981.
Opdenakker, H. et al., Eur. J. Biochem., vol. 121, 269–274, 1982.
Ringold, G. et al., J. Mol. Appl. Genet., 1(3), 165–75, 1982; Chem. Abst. 96:175313p, 1982.
O'Hare et al., Proc. Natl. Acad. Sci., vol. 78(3), 1527–31, 1981.
Martial, J. et al., Science, vol. 205, 602–607, 1979.
Rijken, D. C. et al., J. of Biol. Chem, vol. 256(13), pp. 7035–7041 (1981).
Rijken, D. C. et al., Biochim Biophys. Acta., vol. 580, pp. 140–153 (1979).

(List continued on next page.)

Primary Examiner—Thomas G. Wiseman
Assistant Examiner—Jayme A. Huleatt

[57] **ABSTRACT**

Human tissue phasminogen activator (t-PA) is produced in useful quantities using recombinant DNA techniques. The invention disclosed thus enables the production of t-PA free of contaminants with which it is ordinarily associated in its native cellular environment. Methods, expression vehicles and various host cells useful in its production are also disclosed.

**11 Claims, 14 Drawing Sheets**

4,766,075

Page 2

OTHER PUBLICATIONS

Bollen, A., *Biochem. Biophys. Res. Comm.*, vol. 97(1), pp. 207–215, 1980.
Edlund, T. et al., *Proc. Natl. Acad. Sci.*, vol. 80, pp. 349–352 (1983).
Pennica, D. et al., *Nature*, vol. 301, pp. 214–221 (1983).
Hoylaerts et al., J.B.C. 257, No. 6, 2912–2919 (1982).
Weimar et al., The Lancet 2, 1018–1020 (Nov. 7, 1981).
Widman et al., Nature 272, No. 5648, 549–550 (Mar. 2, 1978).
Allen, Cell Biol. Int. Rep., 4(9), 803 (1980).
Chemical Abstracts, vol. 93, 183281e, p. 396 (1980).
Angles–Cano et al., C. R. Acad. Sc., Paris, 289, p. 485 (1979).
Chemical Abstracts, vol. 92, 36746m (1980).
Aoki, J. Biochem. 75, p. 731 (1974).
Astrup et al., Arch. Biochem. Biophys. 40, 346–351 (1952).
Barlow et al., Proc. Serono Symp. 9, pp. 75–80 (1977).
Chem. Abstracts 89, No. 7, 57188j., p. 360 (1978).
Binder et al., J. of Biol. Chem. 254, p. 1998 (1979).

**U.S. Patent**    Aug. 23, 1988    Sheet 1 of 14    **4,766,075**

Fig.1.

U.S. Patent    Aug. 23, 1988    Sheet 2 of 14    4,766,075



Fig.2.



Fig. 3.

COLONY HYBRIDIZATION
RNA Gel Slice 7 cDNA Clones
vs.
$^{32}$P–TC($^A_G$)CA($^A_G$)TA($^C_T$)TCCCA Probe

E10



Fig. 4.

```
                GTTCTGAGCACAGGGCTGGAGAGAAAACCTCTGCGAGGAAAGGGAAGGAGCAAGCCGTGA

                                           -35                    -30
                                           met asp ala met lys arg gly leu
          ATTTAAGGGACGCTGTGAAGCAATC        ATG GAT GCA ATG AAG AGA GGG CTC

                                    -20
     cys cys val leu leu leu cys gly ala val phe val ser pro ser
     TGC TGT GTG CTG CTG CTG TGT GGA GCA GTC TTC GTT TCG CCC AGC

              -10                                                  1
     gln glu ile his ala arg phe arg arg gly ala arg SER TYR GLN
     CAG GAA ATC CAT GCC CGA TTC AGA AGA GGA GCC AGA TCT TAC CAA

                                  10
     VAL ILE CYS ARG ASP GLU LYS THR GLN MET ILE TYR GLN GLN HIS
     GTG ATC TGC AGA GAT GAA AAA ACG CAG ATG ATA TAC CAG CAA CAT

           20                                     30
     GLN SER TRP LEU ARG PRO VAL LEU ARG SER ASN ARG VAL GLU TYR
     CAG TCA TGG CTG CGC CCT GTG CTC AGA AGC AAC CGG GTG GAA TAT

                              40
     CYS TRP CYS ASN SER GLY ARG ALA GLN CYS HIS SER VAL PRO VAL
     TGC TGG TGC AAC AGT GGC AGG GCA CAG TGC CAC TCA GTG CCT GTC

           50                                     60
     LYS SER CYS SER GLU PRO ARG CYS PHE ASN GLY GLY THR CYS GLN
     AAA AGT TGC AGC GAG CCA AGG TGT TTC AAC GGG GGC ACC TGC CAG

                              70
     GLN ALA LEU TYR PHE SER ASP PHE VAL CYS GLN CYS PRO GLU GLY
     CAG GCC CTG TAC TTC TCA GAT TTC GTG TGC CAG TGC CCC GAA GGA

           80                                     90
     PHE ALA GLY LYS CYS CYS GLU ILE ASP THR ARG ALA THR CYS TYR
     TTT GCT GGG AAG TGC TGT GAA ATA GAT ACC AGG GCC ACG TGC TAC

                              100
     GLU ASP GLN GLY ILE SER TYR ARG GLY THR TRP SER THR ALA GLU
     GAG GAC CAG GGC ATC AGC TAC AGG GGC ACG TGG AGC ACA GCG GAG

           110                                    120
     SER GLY ALA GLU CYS THR ASN TRP ASN SER SER ALA LEU ALA GLN
     AGT GGC GCC GAG TGC ACC AAC TGG AAC AGC AGC GCG TTG GCC CAG

                              130
     LYS PRO TYR SER GLY ARG ARG PRO ASP ALA ILE ARG LEU GLY LEU
     AAG CCC TAC AGC GGG CGG AGG CCA GAC GCC ATC AGG CTG GGC CTG

           140                                    150
     GLY ASN HIS ASN TYR CYS ARG ASN PRO ASP ARG ASP SER LYS PRO
     GGG AAC CAC AAC TAC TGC AGA AAC CCA GAT CGA GAC TCA AAG CCC

                              160
     TRP CYS TYR VAL PHE LYS ALA GLY LYS TYR SER SER GLU PHE CYS
     TGG TGC TAC GTC TTT AAG GCG GGG AAG TAC AGC TCA GAG TTC TGC

           170                                    180
     SER THR PRO ALA CYS SER GLU GLY ASN SER ASP CYS TYR PHE GLY
     AGC ACC CCT GCC TGC TCT GAG GGA AAC AGT GAC TGC TAC TTT GGG
```

Fig. 5A.

```
                        190
ASN GLY SER ALA TYR ARG GLY THR HIS SER LEU THR GLU SER GLY
AAT GGG TCA GCC TAC CGT GGC ACG CAC AGC CTC ACC GAG TCG GGT

    200                                 210
ALA SER CYS LEU PRO TRP ASN SER MET ILE LEU ILE GLY LYS VAL
GCC TCC TGC CTC CCG TGG AAT TCC ATG ATC CTG ATA GGC AAG GTT

                        220
TYR THR ALA GLN ASN PRO SER ALA GLN ALA LEU GLY LEU GLY LYS
TAC ACA GCA CAG AAC CCC AGT GCC CAG GCA CTG GGC CTG GGC AAA

    230                                 240
HIS ASN TYR CYS ARG ASN PRO ASP GLY ASP ALA LYS PRO TRP CYS
CAT AAT TAC TGC CGG AAT CCT GAT GGG GAT GCC AAG CCC TGG TGC

                    250
HIS VAL LEU LYS ASN ARG ARG LEU THR TRP GLU TYR CYS ASP VAL
CAC GTG CTG AAG AAC CGC AGG CTG ACG TGG GAG TAC TGT GAT GTG

    260                                 270
PRO SER CYS SER THR CYS GLY LEU ARG GLN TYR SER GLN PRO GLN
CCC TCC TGC TCC ACC TGC GGC CTG AGA CAG TAC AGC CAG CCT CAG

                    280
PHE ARG ILE LYS GLY GLY LEU PHE ALA ASP ILE ALA SER HIS PRO
TTT CGC ATC AAA GGA GGG CTC TTC GCC GAC ATC GCC TCC CAC CCC

    290                                 300
TRP GLN ALA ALA ILE PHE ALA LYS HIS ARG ARG SER PRO GLY GLU
TGG CAG GCT GCC ATC TTT GCC AAG CAC AGG AGG TCG CCC GGA GAG

                    310
ARG PHE LEU CYS GLY GLY ILE LEU ILE SER SER CYS TRP ILE LEU
CGG TTC CTG TGC GGG GGC ATA CTC ATC AGC TCC TGC TGG ATT CTC

    320                                 330
SER ALA ALA HIS CYS PHE GLN GLU ARG PHE PRO PRO HIS HIS LEU
TCT GCC GCC CAC TGC TTC CAG GAG AGG TTT CCG CCC CAC CAC CTG

                    340
THR VAL ILE LEU GLY ARG THR TYR ARG VAL VAL PRO GLY GLU GLU
ACG GTG ATC TTG GGC AGA ACA TAC CGG GTG GTC CCT GGC GAG GAG

    350                                 360
GLU GLN LYS PHE GLU VAL GLU LYS TYR ILE VAL HIS LYS GLU PHE
GAG CAG AAA TTT GAA GTC GAA AAA TAC ATT GTC CAT AAG GAA TTC

                    370
ASP ASP ASP THR TYR ASP ASN ASP ILE ALA LEU LEU GLN LEU LYS
GAT GAT GAC ACT TAC GAC AAT GAC ATT GCG CTG CTG CAG CTG AAA

    380                                 390
SER ASP SER SER ARG CYS ALA GLN GLU SER SER VAL VAL ARG THR
TCG GAT TCG TCC CGC TGT GCC CAG GAG AGC AGC GTG GTC CGC ACT

                    400
VAL CYS LEU PRO PRO ALA ASP LEU GLN LEU PRO ASP TRP THR GLU
GTG TGC CTT CCC CCG GCG GAC CTG CAG CTG CCG GAC TGG ACG GAG

    410                                 420
CYS GLU LEU SER GLY TYR GLY LYS HIS GLU ALA LEU SER PRO PHE
TGT GAG CTC TCC GGC TAC GGC AAG CAT GAG GCC TTG TCT CCT TTC
```

Fig. 5B.

```
                              430
TYR SER GLU ARG LEU LYS GLU ALA HIS VAL ARG LEU TYR PRO SER
TAT TCG GAG CGG CTG AAG GAG GCT CAT GTC AGA CTG TAC CCA TCC

        440                                  450
SER ARG CYS THR SER GLN HIS LEU LEU ASN ARG THR VAL THR ASP
AGC CGC TGC ACA TCA CAA CAT TTA CTT AAC AGA ACA GTC ACC GAC

                          460
ASN MET LEU CYS ALA GLY ASP THR ARG SER GLY GLY PRO GLN ALA
AAC ATG CTG TGT GCT GGA GAC ACT CGG AGC GGC GGG CCC CAG GCA

        470                              480
ASN LEU HIS ASP ALA CYS GLN GLY ASP SER GLY GLY PRO LEU VAL
AAC TTG CAC GAC GCC TGC CAG GGC GAT TCG GGA GGC CCC CTG GTG

                      490
CYS LEU ASN ASP GLY ARG MET THR LEU VAL GLY ILE ILE SER TRP
TGT CTG AAC GAT GGC CGC ATG ACT TTG GTG GGC ATC ATC AGC TGG

        500                              510
GLY LEU GLY CYS GLY GLN LYS ASP VAL PRO GLY VAL TYR THR LYS
GGC CTG GGC TGT GGA CAG AAG GAT GTC CCG GGT GTG TAC ACC AAG

                      520                          527
VAL THR ASN TYR LEU ASP TRP ILE ARG ASP ASN MET ARG PRO OP
GTT ACC AAC TAC CTA GAC TGG ATT CGT GAC AAC ATG CGA CCG TGA
```

CCAGGAACACCCGACTCCTCAAAAGCAAATGAGATCCCGCCTCTTCTTCTTCAGAAGACA

CTGCAAAGGCGCAGTGCTTCTCTACAGACTTCTCCAGACCCACCACACCGCAGAAGCGGG

ACGAGACCCTACAGGAGAGGGAAGAGTGCATTTTCCCAGATACTTCCCATTTTGGAAGT

TTTCAGGACTTGGTCTGATTTCAGGATACTCTGTCAGATGGGAAGACATGAATGCACACT

AGCCTCTCCAGGAATGCCTCCTCCCTGGGCAGAAAGTGGCCATGCCACCCTGTTTTCAGCTA

AAGCCCAACCTCCTGACCTGTCACCGTGAGCAGCTTTGGAAACAGGACCACAAAAATGAA

AGCATGTCTCAATAGTAAAAGATAACAAGATCTTTCAGGAAAGACGGATTGCATTAGAA

ATAGACAGTATATTTATAGTCACAAGAGCCCAGCAGGGCCTCAAAGTTGGGGCAGGCTGGC

TGGCCCGTCATGTTCCTCAAAAGCACCCTTGACGTCAAGTCTCCTTCCCCTTTCCCCACT

CCCTGGCTCTCAGAAGGTATTCCTTTTGTGTACAGTGTGTAAAGTGTAAATCCTTTTTCT

TTATAAACTTTAGAGTAGCATGAGAGAATTGTATCATTTGAACAACTAGGCTTCAGCATA

TTTATAGCAATCCATGTTAGTTTTTACTTTCTGTTGCCACAACCCTGTTTTATACTGTA

CTTAATAAATTCAGATATATTTTTCACAGTTTTCCAAAAAAAAAAAAAAA

Fig. 5C.



Fig. 6.



Fig. 7.



Fig. 8.



Fig. 9.



Fig. 10.



Fig. 11.

Fig. 12.