# EXHIBIT A

Godfrey Decl. in Support of Amgen's Memorandum to it's Motion for Summary
Judgment of No Obvious Type Double Patenting

Dockets.Justia.com

## IN THE UNITED STATES PATENT
## AND TRADEMARK OFFICE

Applicant:                              )   I hereby certify that this paper
                                        )   is being deposited with the United
POR-HSIUNG LAI ET AL.                   )   States Postal Service as first
                                        )   class mail in an envelope addressed
Serial No.:  747,119                    )   to:  Commissioner of Patents and
                                        )   Trademarks, Washington, D.C. 20231,
Filed:  June 20, 1985                   )   on this date.
                                        )
For:  "Protein Purification"            )   _September 5, 1986_____
                                        )   DATE
                                        )
                                        )   _Michael F. Borun_____
                                        )   Michael F. Borun
Group Art Unit:  127                    )   Registration No.  25,447
                                        )
Examiner:  H. Schain                    )   Attorney for Applicant(s)


### PETITION FOR EXTENSION OF
### TIME UNDER 37 CFR § 1.136 (a)

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C. 20231

SIR:

    1.  Applicant hereby petitions pursuant to 37 CFR § 1.136 (a

for a Three   month extension of time for response to the outstanding

Official Action mailed  March 5, 1986            .  The period for

response was previously set to elapse  June 5, 1986          , and

is accordingly hereby extended to  September 5, 1986        , which

is still within the six-month statutory period for response

(35 USC § 133) which elapses  September 5, 1986       .


    2.  The reason for this petition is as follows:


    [X] A response to the outstanding Official Action is
        being filed herewith;

    [ ] It is expected that a response to the outstanding
        Official Action will be filed within the extended
        period for response;

    [ ] A Notice of Appeal to the Board of Appeals
        (37 CFR § 1.191) is being filed herewith;

    [ ] It is expected that a Notice of Appeal to the Board
        of Appeals (37 CFR § 1.191) will be filed within
        the extended period for response.


                                              AM27 080854

Serial No: 747,119
Group Art Unit: 127

2.  (Continued)

☐  A Division, Continuation, or Continuation-in-part
    is being filed, and it is desired to maintain
    the present application in pending condition
    pursuant to 35 USC § 120 through at least the
    filing date of the Division, Continuation, or
    Continuation-in-part application.

3.  Small Entity status (37 CFR § 1.9(f)) in this

application:

☒  Has been established by a Verified Statement or
    Declaration filed  July 22, 1985                 ;

☐  Is established by Verified Statement or
    Declaration enclosed herewith;

☐  Has not been established.

4.  The required fee as established by 37 CFR § 1.17 (a),

(b), (c) or (d) pursuant to 35 USC § 41 (a) (8) is:

|              | Small Entity |          | Other Than Small Entity | |
|--------------|:---:|---------|:---:|---------|
| First month  | ☐ | $  28.00 | ☐ | $  56.00 |
| Second month | ☐ |   85.00  | ☐ |   170.00 |
| Third month  | ☒ |  195.00  | ☐ |   390.00 |
| Fourth month | ☐ |  305.00  | ☐ |   610.00 |

5.  The above fee is:

☒  Enclosed;

☒  Please charge any additional fees or credit
    overpayment to Deposit Account No. 13-2855.
    A duplicate copy of this sheet is enclosed.

Respectfully submitted,

By  _____
    Michael F. Borun       Reg. No. 25,447
    MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL
    Two First National Plaza, Suite 2100
    Chicago, Illinois 60603
    (312) 346-5750

September 5, 1986

Page 2 of 2

AM27 080855