# EXHIBIT 1
## (*part 1 of 2*)

Dockets.Justia.com

US005362646A

# United States Patent [19]

## Bujard et al.

[11] Patent Number: 5,362,646

[45] Date of Patent: Nov. 8, 1994

[54] **EXPRESSION CONTROL SEQUENCES**

[75] Inventors: **Hermann Bujard**, Heidelberg; **Michael Lanzer**, Laudenbach, both of Germany

[73] Assignee: **Hoffman-La Roche, Inc.**, Nutley, N.J.

[21] Appl. No.: **804,531**

[22] Filed: **Dec. 11, 1991**

### Related U.S. Application Data

[63] Continuation of Ser. No. 223,597, Jul. 25, 1988, abandoned.

[30] **Foreign Application Priority Data**

Aug. 17, 1987 [CH] Switzerland .......................... 3152/87

[51] Int. Cl.⁵ ...................... C12N 15/00; C12N 15/72; C12N 15/11

[52] U.S. Cl. ............................... 435/252.33; 435/69.1; 435/172.3; 435/320.1; 530/24.1; 935/29; 935/41; 935/43; 935/73

[58] Field of Search .................. 435/69.1, 172.3, 252.3, 435/252.31, 252.33, 320.1; 536/27, 24.1; 935/29, 41, 43, 72–74

[56] **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0041767 | 12/1981 | European Pat. Off. | 435/172.3 |
| 0067540 | 12/1982 | European Pat. Off. | 435/172.3 |
| 0130074 | 1/1985 | European Pat. Off. | 435/172.3 |
| 0138437 | 4/1985 | European Pat. Off. | 435/172.3 |
| 0186069 | 7/1986 | European Pat. Off. | 435/172.3 |
| 0207459 | 1/1987 | European Pat. Off. | 435/172.3 |
| 237675A | 7/1986 | Germany . | |

OTHER PUBLICATIONS

Itakura et al., Science 198:1056–1063 (1977).

Goeddel et al., Proc. Natl. Acad. Sci. USA 76:106–110 (1979).
Emtage et al., Nature 283:171–174 (1980).
Marital et al., Science 205:602–607 (1979).
Bernard et al., Gene 5:59–76 (1979).
Ammann et al., Gene 25:167–178 (1983).
de Boer et al., Proc. Natl. Acad. Sci. USA 80:21–25 (1983).
Hillen et al., J. Mol. Biol. 172:185–201 (1984).
Bujard et al., Methods in Enzymology 155:416–433 (1987).
Whitson and Matthews, Biochemistry 25:3845–3852 (1986).
Deuschle et al., EMBO J. 5:2987–2994 (1986).
Kammerer et al., EMBO J. 5:2995–3000 (1986).
*Genes IV*, Lewin, 1990, Oxford University Press, New York, N.Y., pp. 253–263.
Bujard et al; in Sequence Specificity in Transcription and Translation, 1985, Alan R. Liss, Inc., pp. 21–29.

*Primary Examiner*—James Martinell
*Attorney, Agent, or Firm*—George M. Gould; William H. Epstein; Bruce A. Pokras

[57] **ABSTRACT**

Expression control sequences are provided for the expression of pro- and eukaryotic proteins. These control sequences are produced by combining promoter sequences having a low signal strength and a high in vivo promoter strength and operator/repressor systems having a high association rate. Expression vectors containing such expression control sequences, microorganisms transformed with such expression vectors and methods for producing pro- and eukaryotic proteins using the expression control sequences, expression vectors and transformed microorganisms are also provided.

**10 Claims, 37 Drawing Sheets**

**U.S. Patent**    Nov. 8, 1994    Sheet 1 of 37    **5,362,646**



F I G. Ia

```
            10          20          30          40          50
            |           |           |           |           |
    1  GAATTCCTCG AGGAATTCCG GATCCGGCAT CATGGTTCGA CCATTGAACT

   51  GCATCGTCGC CGTGTCCCAA AATATGGGGA TTGGCAAGAA CGGAGACCTA

  101  CCCTGGCCTC CGCTCAGGAA CGAGTTCAAG TACTTCCAAA GAATGACCAC

  151  AACCTCTTCA GTGGAAGGTA AACAGAATCT GGTGATTATG GGTAGGAAAA

  201  CCTGGTTCTC CATTCCTGAG AAGAATCGAC CTTTAAAGGA CAGAATTAAT

  251  ATAGTTCTCA GTAGAGAACT CAAAGAACCA CCACGAGGAG CTCATTTTCT

  301  TGCCAAAAGT TTGGATGATG CCTTAAGACT TATTGAACAA CCGGAATTGG

  351  CAAGTAAAGT AGACATGGTT TGGATAGTCG GAGGCAGTTC TGTTTACCAG

  401  GAAGCCATGA ATCAACCAGG CCACCTTAGA CTCTTTGTGA CAAGGATCAT

  451  GCAGGAATTT GAAAGTGACA CGTTTTTCCC AGAAATTGAT TTGGGGAAAT

  501  ATAAACTTCT CCCAGAATAC CCAGGCGTCC TCTCTGAGGT CCAGGAGGAA

  551  AAAGGCATCA AGTATAAGTT TGAAGTCTAC GAGAAGAAAG ACTAACAGGA

  601  AGATGCTTTC AAGTTCTCTG CTCCCCTCCT AAAGCTATGC ATTTTTATAA

  651  GACCATGGGA CTTTTGCTGG CTTTAGATCC GGCAAGCTT GGACTCCTGT

  701  TGATAGATCC AGTAATGACC TCAGAACTCC ATCTGGATTT GTTCAGAACG

  751  CTCGGTTGCC GCCGGGCGTT TTTTATTGGT GAGAATCCAA GCTTGGCGAG

  801  ATTTTCAGGA GCTAAGGAAG CTAAAATGGA GAAAAAAATC ACTGGATATA

  851  CCACCGTTGA TATATCCCAA TGGCATCGTA AAGAACATTT TGAGGCATTT

  901  CAGTCAGTTG CTCAATGTAC CTATAACCAG ACCGTTCAGC TGGATATTAC

  951  GGCCTTTTTA AAGACCGTAA AGAAAAATAA GCACAAGTTT TATCCGGCCT

 1001  TTATTCACAT TCTTGCCCGC CTGATGAATG CTCATCCGGA ATTCCGTATG

 1051  GCAATGAAAG ACGGTGAGCT GGTGATATGG GATAGTGTTC ACCCTTGTTA

 1101  CACCGTTTTC CATGAGCAAA CTGAAACGTT TTCATCGCTC TGGAGTGAAT

 1151  ACCACGACGA TTTCCGGCAG TTTCTACACA TATATTCGCA AGATGTGGCG
```

FIG. 1b

```
1201 TGTTACGGTG AAAACCTGGC CTATTTCCCT AAAGGGTTTA TTGAGAATAT

1251 GTTTTTCGTC TCAGCCAATC CCTGGGTGAG TTTCACCAGT TTTGATTTAA

1301 ACGTGGCCAA TATGGACAAC TTCTTCGCCC CCGTTTTCAC CATGGGCAAA

1351 TATTATACGC AAGGCGACAA GGTGCTGATG CCGCTGGCGA TTCAGGTTCA

1401 TCATGCCGTC TGTGATGGCT TCCATGTCGG CAGAATGCTT AATGAATTAC

1451 AACAGTACTG CGATGAGTGG CAGGGCGGGG CGTAATTTTT TTAAGGCAGT

1501 TATTGGTGCC CTTAAACGCC TGGGGTAATG ACTCTCTAGA GCTGCCTCGC

1551 GCGTTTCGGT GATGACGGTG AAAACCTCTG ACACATGCAG CTCCCGGAGA

1601 CGGTCACAGC TTGTCTGTAA GCGGATGCCG GGAGCAGACA AGCCCGTCAG

1651 GGCGCGTCAG CGGGTGTTGG CGGGTGTCGG GGCGCAGCCA TGACCCAGTC

1701 ACGTAGCGAT AGCGGAGTGT ATACTGGCTT AACTATGCGG CATCAGAGCA

1751 GATTGTACTG AGAGTGCACC ATATGCGGTG TGAAATACCG CACAGATGCG

1801 TAAGGAGAAA ATACCGCATC AGGCGCTCTT CCGCTTCCTC GCTCACTGAC

1851 TCGCTGCGCT CGGTCGTTCG GCTGCGGCGA GCGGTATCAG CTCACTCAAA

1901 GGCGGTAATA CGGTTATCCA CAGAATCAGG GGATAACGCA GGAAAGAACA

1951 TGTGAGCAAA AGGCCAGCAA AAGGCCAGGA ACCGTAAAAA GGCCGCGTTG

2001 CTGGCGTTTT TCCATAGGCT CCGCCCCCCT GACGAGCATC ACAAAAATCG

2051 ACGCTCAAGT CAGAGGTGGC GAAACCCGAC AGGACTATAA AGATACCAGG

2101 CGTTTCCCCC TGGAAGCTCC CTCGTGCGCT CTCCTGTTCC GACCCTGCCG

2151 CTTACCGGAT ACCTGTCCGC CTTTCTCCCT TCGGGAAGCG TGGCGCTTTC

2201 TCAATGCTCA CGCTGTAGGT ATCTCAGTTC GGTGTAGGTC GTTCGCTCCA

2251 AGCTGGGCTG TGTGCACGAA CCCCCCGTTC AGCCCGACCG CTGCGCCTTA

2301 TCCGGTAACT ATCGTCTTGA GTCCAACCCG GTAAGACACG ACTTATCGCC

2351 ACTGGCAGCA GCCACTGGTA ACAGGATTAG CAGAGCGAGG TATGTAGGCG

2401 GTGCTACAGA GTTCTTGAAG TGGTGGCCTA ACTACGGCTA CACTAGAAGG

2451 ACAGTATTTG GTATCTGCGC TCTGCTGAAG CCAGTTACCT TCGGAAAAAG

2501 AGTTGGTAGC TCTTGATCCG GCAAACAAAC CACCGCTGGT AGCGGTGGTT
```

**F I G. Ic**

```
2551 TTTTTGTTTG CAAGCAGCAG ATTACGCGCA GAAAAAAAGG ATCTCAAGAA

2601 GATCCTTTGA TCTTTTCTAC GGGGTCTGAC GCTCAGTGGA ACGAAAACTC

2651 ACGTTAAGGG ATTTTGGTCA TGAGATTATC AAAAAGGATC TTCACCTAGA

2701 TCCTTTTAAA TTAAAAATGA AGTTTTAAAT CAATCTAAAG TATATATGAG

2751 TAAACTTGGT CTGACAGTTA CCAATGCTTA ATCAGTGAGG CACCTATCTC

2801 AGCGATCTGT CTATTTCGTT CATCCATAGC TGCCTGACTC CCCGTCGTGT

2851 AGATAACTAC GATACGGGAG GGCTTACCAT CTGGCCCCAG TGCTGCAATG

2901 ATACCGCGAG ACCCACGCTC ACCGGCTCCA GATTTATCAG CAATAAACCA

2951 GCCAGCCGGA AGGGCCGAGC GCAGAAGTGG TCCTGCAACT TTATCCGCCT

3001 CCATCCAGTC TATTAATTGT TGCCGGGAAG CTAGAGTAAG TAGTTCGCCA

3051 GTTAATAGTT TGCGCAACGT TGTTGCCATT GCTGCAGGCA TCGTGGTGTC

3101 ACGCTCGTCG TTTGGTATGG CTTCATTCAG CTCCGGTTCC CAACGATCAA

3151 GGCGAGTTAC ATGATCCCCC ATGTTGTGCA AAAAAGCGGT TAGCTCCTTC

3201 GGTCCTCCGA TCGTTGTCAG AAGTAAGTTG GCCGCAGTGT TATCACTCAT

3251 GGTTATGGCA GCACTGCATA ATTCTCTTAC TGTCATGCCA TCCGTAAGAT

3301 GCTTTTCTGT GACTGGTGAG TACTCAACCA AGTCATTCTG AGAATAGTGT

3351 ATGCGGCGAC CGAGTTGCTC TTGCCCGGCG TCAACACGGG ATAATACCGC

3401 GCCACATAGC AGAACTTTAA AAGTGCTCAT CATTGGAAAA CGTTCTTCGG

3451 GGCGAAAACT CTCAAGGATC TTACCGCTGT TGAGATCCAG TTCGATGTAA

3501 CCCACTCGTG CACCCAACTG ATCTTCAGCA TCTTTTACTT TCACCAGCGT

3551 TTCTGGGTGA GCAAAAACAG GAAGGCAAAA TGCCGCAAAA AAGGGAATAA

3601 GGGCGACACG GAAATGTTGA ATACTCATAC TCTTCCTTTT TCAATATTAT

3651 TGAAGCATTT ATCAGGGTTA TTGTCTCATG AGCGGATACA TATTTGAATG

3701 TATTTAGAAA AATAAACAAA TAGGGGTTCC GCGCACATTT CCCCGAAAAG

3751 TGCCACCTGA CGTCTAAGAA ACCATTATTA TCATGACATT AACCTATAAA

3801 AATAGGCGTA TCACGAGGCC CTTTCGTCTT CAA
```

# F I G. Id



FIG. 2a

**U.S. Patent**      Nov. 8, 1994      Sheet 6 of 37      **5,362,646**

```
                10          20          30          40          50
      1 CCTCGACGTC GACGTTAACG GTACCGAGCT TGTGGCAGTT TAAGGCGGGC
     51 GTCCTGCCCG CCACCCTCCG GGCCGTTGCT TCGCAACGTT CAAATCCGCT
    101 CCCGGCGGAT TTGTCCTACT CAGGAGAGCG TTCACCGACA AACAACAGAT
    151 AAAACGAAAG GCCCAGTCTT TCGACTGAGC CTTTCGTTTT ATTTGATGCC
    201 TCAAGCTCGG TACCTCGAGG GAATTCCGGA TCCGGCATCA TGGTTCGACC
    251 ATTGAACTGC ATCGTCGCCG TGTCCCAAAA TATGGGGATT GGCAAGAACG
    301 GAGACCTACC CTGGCCTCCG CTCAGGAACG AGTTCAAGTA CTTCCAAAGA
    351 ATGACCACAA CCTCTTCAGT GGAAGGTAAA CAGAATCTGG TGATTATGGG
    401 TAGGAAAACC TGGTTCTCCA TTCCTGAAA GAATCGACCT TTAAAGGACA
    451 GAATTAATAT AGTTCTCAGT AGAGAACTCA AAGAACCACC ACGAGGAGCT
    501 CATTTTCTTG CCAAAAGTTT GGATGATGCC TTAAGACTTA TTGAACAACC
    551 GGAATTGGCA AGTAAAGTAG ACATGGTTTG GATAGTCGGA GGCAGTTCTG
    601 TTTACCAGGA AGCCATGAAT CAACCAGGCC ACCTTAGACT CTTTGTGACA
    651 AGGATCATGC AGGAATTTGA AAGTGACACG TTTTTCCCAG AAATTGATTT
    701 GGGGAAATAT AAACTTCTCC CAGAATACCC AGGCGTCCTC TCTGAGGTCC
    751 AGGAGGAAAA AGGCATCAAG TATAAGTTTG AAGTCTACGA GAAGAAAGAC
    801 TAACAGGAAG ATGCTTTCAA GTTCTCTGCT CCCCTCCTAA AGCTATGCAT
    851 TTTTATAAGA CCATGGGACT TTTGCTGGCT TTAGATCCGG CCAAGCTTGG
    901 ACTCCTGTTG ATAGATCCAG TAATGACCTC AGAACTCCAT CTGGATTTGT
    951 TCAGAACGCT CGGTTGCCGC CGGGCGTTTT TTATTGGTGA GAATCCAAAG
   1001 CTTGGCGAGA TTTTCAGGAG CTAAGGAAGC TAAAATGGAG AAAAAAATCA
   1051 CTGGATATAC CACCGTTGAT ATATCCCAAT GGCATCGTAA AGAACATTTT
   1101 GAGGCATTTC AGTCAGTTGC TCAATGTACC TATAACCAGA CCGTTCAGCT
   1151 GGATATTACG GCCTTTTTAA AGACCGTAAA GAAAAATAAG CACAAGTTTT
   1201 ATCCGGCCTT TATTCACATT CTTGCCCGCC TGATGAATGC TCATCCGGAA
   1251 TTTCGTATGG CAATGAAAGA CGGTGAGCTG GTGATATGGG ATAGTGTTCA
```

**FIG. 2b**

```
1301 CCCTTGTTAC ACCGTTTTCC ATGAGCAAAC TGAAACGTTT TCATCGCTCT

1351 GGAGTGAATA CCACGACGAT TTCCGGCAGT TTCTACACAT ATATTCGCAA

1401 GATGTGGCGT GTTACGGTGA AAACCTGGCC TATTTCCCTA AAGGGTTTAT

1451 TGAGAATATG TTTTTCGTCT CAGCCAATCC CTGGGTGAGT TTCACCAGTT

1501 TTGATTTAAA CGTGGCCAAT ATGGACAACT TCTTCGCCCC CGTTTTCACC

1551 ATGGGCAAAT ATTATACGCA AGGCGACAAG GTGCTGATGC CGCTGGCGAT

1601 TCAGGTTCAT CATGCCGTCT GTGATGGCTT CCATGTCGGC AGAATGCTTA

1651 ATGAATTACA ACAGTACTGC GATGAGTGGC AGGGCGGGGC GTAATTTTTT

1701 TAAGGCAGTT ATTGGTGCCC TTAAACGCCT GGGGTAATGA CTCTCTAGAG

1751 CTGCCTCGCG CGTTTCGGTG ATGACGGTGA AAACCTCTGA CACATGCAGC

1801 TCCCGGAGAC GGTCACAGCT TGTCTGTAAG CGGATGCCGG GAGCAGACAA

1851 GCCCGTCAGG GCGCGTCAGC GGGTGTTGGC GGGTGTCGGG GCGCAGCCAT

1901 GACCCAGTCA CGTAGCGATA GCGGAGTGTA TACTGGCTTA ACTATGCGGC

1951 ATCAGAGCAG ATTGTACTGA GAGTGCACCA TATGCGGTGT GAAATACCGC

2001 ACAGATGCGT AAGGAGAAAA TACCGCATCA GGCGCTCTTC CGCTTCCTCG

2051 CTCACTGACT CGCTGCGCTC GGTCGTTCGG CTGCGGCGAG CGGTATCAGC

2101 TCACTCAAAG GCGGTAATAC GGTTATCCAC AGAATCAGGG GATAACGCAG

2151 GAAAGAACAT GTGAGCAAAA GGCCAGCAAA AGGCCAGGAA CCGTAAAAAG

2201 GCCGCGTTGC TGGCGTTTTT CCATAGGCTC CGCCCCCCTG ACGAGCATCA

2251 CAAAAATCGA CGCTCAAGTC AGAGGTGGCG AAACCCGACA GGACTATAAA

2301 GATACCAGGC GTTTCCCCCT GGAAGCTCCC TCGTGCGCTC TCCTGTTCCG

2351 ACCCTGCCGC TTACCGGATA CCTGTCCGCC TTTCTCCCTT CGGGAAGCGT

2401 GGCGCTTTCT CAATGCTCAC GCTGTAGGTA TCTCAGTTCG GTGTAGGTCG

2451 TTCGCTCCAA GCTGGGCTGT GTGCACGAAC CCCCGTTCA GCCCGACCGC

2501 TGCGCCTTAT CCGGTAACTA TCGTCTTGAG TCCAACCCGG TAAGACACGA

2551 CTTATCGCCA CTGGCAGCAG CCACTGGTAA CAGGATTAGC AGAGCGAGGT

2601 ATGTAGGCGG TGCTACAGAG TTCTTGAAGT GGTGGCCTAA CTACGGCTAC
```

F IG. 2c

```
2651 ACTAGAAGGA CAGTATTTGG TATCTGCGCT CTGCTGAAGC CAGTTACCTT

2701 CGGAAAAAGA GTTGGTAGCT CTTGATCCGG CAAACAAACC ACCGCTGGTA

2751 GCGGTGGTTT TTTTGTTTGC AAGCAGCAGA TTACGCGCAG AAAAAAAGGA

2801 TCTCAAGAAG ATCCTTTGAT CTTTTCTACG GGGTCTGACG CTCAGTGGAA

2851 CGAAAACTCA CGTTAAGGGA TTTTGGTCAT GAGATTATCA AAAAGGATCT

2901 TCACCTAGAT CCTTTTAAAT TAAAAATGAA GTTTTAAATC AATCTAAAGT

2951 ATATATGAGT AAACTTGGTC TGACAGTTAC CAATGCTTAA TCAGTGAGGC

3001 ACCTATCTCA GCGATCTGTC TATTTCGTTC ATCCATAGTT GCCTGACTCC

3051 CCGTCGTGTA GATAACTACG ATACGGGAGG GCTTACCATC TGGCCCCAGT

3101 GCTGCAATGA TACCGCGAGA CCCACGCTCA CCGGCTCCAG ATTTATCAGC

3151 AATAAACCAG CCAGCCGGAA GGGCCGAGCG CAGAAGTGGT CCTGCAACTT

3201 TATCCGCCTC CATCCAGTCT ATTAATTGTT GCCGGGAAGC TAGAGTAAGT

3251 AGTTCGCCAG TTAATAGTTT GGCGCAACGTT GTTGCCATTG CTGCAGGCAT

3301 CGTGGTGTCA CGCTCGTCGT TTGGTATGGC TTCATTCAGC TCCGGTTCCC

3351 AACGATCAAG GCGAGTTACA TGATCCCCCA TGTTGTGCAA AAAAGCGGTT

3401 AGCTCCTTCG GTCCTCCGAT CGTTGTCAGA AGTAAGTTGG CCGCAGTGTT

3451 ATCACTCATG GTTATGGCAG CACTGCATAA TTCTCTTACT GTCATGCCAT

3501 CCGTAAGATG CTTTTCTGTG ACTGGTGAGT ACTCAACCAA GTCATTCTGA

3551 GAATAGTGTA TGCGGCGACC GAGTTGCTCT TGCCCGGCGT CAACACGGGA

3601 TAATACCGCG CCACATAGCA GAACTTTAAA AGTGCTCATC ATTGGAAAAC

3651 GTTCTTCGGG GCGAAAACTC TCAAGGATCT TACCGCTGTT GAGATCCAGT

3701 TCGATGTAAC CCACTCGTGC ACCCAACTGA TCTTCAGCAT CTTTTACTTT

3751 CACCAGCGTT TCTGGGTGAG CAAAAACAGG AAGGCAAAAT GCCGCAAAAA

3801 AGGGAATAAG GGCGACACGG AAATGTTGAA TACTCATACT CTTCCTTTTT

3851 CAATATTATT GAAGCATTTA TCAGGGTTAT TGTCTCATGA GCGGATACAT

3901 ATTTGAATGT ATTTAGAAAA ATAAACAAAT AGGGGTTCCG CGCACATTTC

3951 CCCGAAAAGT GCCACCTGAC GTCTAAGAAA CCATTATTAT CATGACATTA

4001 ACCTATAAAA ATAGGCGTAT CACGAGGCCC TTTCGTCTTC A
```

F I G. 2d



FIG. 3a

```
              10         20         30         40         50
    1 GAATTC.... .......... .......... .......... ..........

   51 .......... .......... .......... .......... ..........

  101 .......... .......... .......... .......... ..........

  151 GAATTC.... .......... .......... .......AAA TAGTACATAA

  201 TGGATTTCCT TACGCGAAAT ACGGGCAGAC ATGGCCTGCC CGGTTATTAT

  251 TATTTTTGAC ACCAGACCAA CTGGTAATGG TAGCGACCGG CGCTCAGCTG

  301 GAATTCCGCC GATACTGACG GGCTCCAGGA GTCGTCGCCA CCAATCCCCA

  351 TATGGAAACC GTCGATATTC AGCCATGTGC CTTCTTCCGC GTGCAGCAGA

  401 TGGCGATGGC TGGTTTCCAT CAGTTGCTGT TGACTGTAGC GGCTGATGTT

  451 GAACTGGAAG TCGCCGCGCC ACTGGTGTGG GCCATAATTC AATTCGCGCG

  501 TCCCGCAGCG CAGACCGTTT TCGCTCGGGA AGACGTACGG GGTATACATG

  551 TCTGACAATG GCAGATCCCA GCGGTCAAAA CAGGCGGCAG TAAGGCGGTC

  601 GGGATAGTTT TCTTGCGGCC CTAATCCGAG CCAGTTTACC CGCTCTGCTA

  651 CCTGCGCCAG CTGGCAGTTC AGGCCAATCC GCGCCGGATG CGGTGTATCG

  701 CTCGCCACTT CAACATCAAC GGTAATCGCC ATTTGACCAC TACCATCAAT

  751 CCGGTAGGTT TTCCGGCTGA TAAATAAGGT TTTCCCCTGA TGCTGCCACG

  801 CGTGAGCGGT CGTAATCAGC ACCGCATCAG CAAGTGTATC TGCCGTGCAC

  851 TGCAACAACG CTGCTTCGGC CTGGTAATGG CCCGCCGCCT TCCAGCGTTC

  901 GACCCAGGCG TTAGGGTCAA TGCGGGTCGC TTCACTTACG CCAATGTCGT

  951 TATCCAGCGG TGCACGGGTG AACTGATCGC GCAGCGGCGT CAGCAGTTGT

 1001 TTTTTATCGC CAATCCACAT CTGTGAAAGA AAGCCTGACT GGCGGTTAAA

 1051 TTGCCAACGC TTATTACCCA GCTCGATGCA AAAATCCATT TCGCTGGTGG

 1101 TCAGATGCGG GATGGCGTGG GACGCGGCGG GGAGCGTCAC ACTGAGGTTT

 1151 TCCGCCAGAC GCCACTGCTG CCAGGCGCTG ATGTGCCCGG CTTCTGACCA

 1201 TGCGGTCGCG TTCGGTTGCA CTACGCGTAC TGTGAGCCAG AGTTGCCCGG

 1251 CGCTCTCCGG CTGCGGTAGT TCAGGCAGTT CAATCAACTG TTTACCTTGT
```

F I G. 3b

```
1301 GGAGCGACAT CCAGAGGCAC TTCACCGCTT GCCAGCGGCT TACCATCCAG

1351 CGCCACCATC CAGTGCAGGA GCTCGTTATC GCTATGACGG AACAGGTATT

1401 CGCTGGTCAC TTCGATGGTT TGCCCGGATA AACGGAACTG GAAAAACTGC

1451 TGCTGGTGTT TTGCTTCCGT CAGCGCTGGA TGCGGCGTGC GGTCGGCAAA

1501 GACCAGACCG TTCATACAGA ACTGGCGATC GTTCGGCGTA TCGCCAAAAT

1551 CACCGCCGTA AGCCGACCAC GGGTTGCCGT TTTCATCATA TTTAATCAGC

1601 GACTGATCCA CCCAGTCCCA GACGAAGCCG CCCTGTAAAC GGGGATACTG

1651 ACGAAACGCC TGCCAGTATT TAGCGAAACC GCCAAGACTG TTACCCATCG

1701 CGTGGGCGTA TTCGCAAAGG ATCAGCGGGC GCGTCTCTCC AGGTAGCGAA

1751 AGCCATTTTT TGATGGACCA TTTCGGCACA GCCGGGAAGG GCTGGTCTTC

1801 ATCCACGCGC GCGTACATCG GGCAAATAAT ATCGGTGGCC GTGGTGTCGG

1851 CTCCGCCGCC TTCATACTGC ACCGGGCGGG AAGGATCGAC AGATTTGATC

1901 CAGCGATACA GCGCGTCGTG ATTAGCGCCG TGGCCTGATT CATTCCCCAG

1951 CGACCAGATG ATCACACTCG GGTGATTACG ATCGCGCTGC ACCATTCGCG

2001 TTACGCGTTC GCTCATCGCC GGTAGCCAGC GCGGATCATC GGTCAGACGA

2051 TTCATTGGCA CCATGCCGTG GGTTTCAATA TTGGCTTCAT CCACCACATA

2101 CAGGCCGTAG CGGTCGCACA GCGTGTACCA CAGCGGATGG TTCGGATAAT

2151 GCGAACAGCG CACGGCGTTA AAGTTGTTCT GCTTCATCAG CAGGATATCC

2201 TGCACCATCG TCTGCTCATC CATGACCTGA CCATGCAGAG GATGATGCTC

2251 GTGACGGTTA ACGCCTCGAA TCAGCAACGG CTTGCCGTTC AGCAGCAGCA

2301 GACCATTTTC AATCCGCACC TCGCGGAAAC CGACATCGCA GGCTTCTGCT

2351 TCAATCAGCG TGCCGTCGGC GGTGTGCAGT TCAACCACCG CACGATAGAG

2401 ATTCGGGATT TCGGCGCTCC ACAGTTTCGG GTTTTCGACG TTCAGACGTA

2451 GTGTGACGCG ATCGGCATAA CCACCACGCT CATCGATAAT TTCACCGCCG

2501 AAAGGCGCGG TGCCGCTGGC GACCTGCGTT TCACCCCTGCC ATAAAGAAAC

2551 TGTTACCCGT AGGTAGTCAC GCAACTCGCC GCACATCTGA ACTTCAGCCT

2601 CCAGTACAGC GCGGCTGAAA TCATCATTAA AGCGAGTGGC AACATGGAAA
```

F I G. 3c

```
2651 TCGCTGATTT GTGTAGTCGG TTTATGCAGC AACGAGACGT CACGGAAAAT

2701 GCCGCTCATC CGCCACATAT CCTGATCTTC CAGATAACTG CCGTCACTCC

2751 AACGCAGCAC CATCACCGCG AGGCGGTTTT CTCCGGCGCG TAAAAATGCG

2801 CTCAGGTCAA ATTCAGACGG CAAACGACTG TCCTGGCCGT AACCGACCCA

2851 GCGCCCGTTG CACCACAGAT GAAACGCCGA GTTAACGCCA TCAAAAATAA

2901 TTCGCGTCTG GCCTTCCTGT AGCCAGCTTT CATCAACATT AAATGTGAGC

2951 GAGTAACAAC CCGTCGGATT CTCCGTGGGA ACAAACGGCG GATTGACCGT

3001 AATGGGATAG GTTACGTTGG TGTAGATGGG CGCATCGTAA CCGTGCATCT

3051 GCCAGTTTGA GGGGACGACG ACAGTATCGG CCTCAGGAAG ATCGCACTCC

3101 AGCCAGCTTT CCGGCACCGC TTCTGGTGCC GGAAACCAGG CAAAGCGCCA

3151 TTCGCCATTC AGGCTGCGCA ACTGTTGGGA AGGGCGATCG GTGCGGGCCT

3201 CTTCGCTATT ACGCCAGCTG GCGAAAGGGG GATGTGCTGC AAGGCGATTA

3251 AGTTGGGTAA CGCCAGGGTT TTCCCAGTCA CGACGTTGTA AAACGACGGC

3301 CAGTGAATCC GTAATCATGG TCATAGCTGT TTCCTGTGTG AATTCTGTGT

3351 GAAATTGTTA TCCGCTCACA ATTCCACACA ACATACGAGC CGGAAGCATA

3401 AAGTGTAAAG CCTGGGGTGC CTAATGAGTG AGCTAACTCA CATTAATTGC

3451 GTTGCCTCGA GGTACCTTAT AAACGCAGAA AGGCCCACCC GAAGGTGAGC

3501 CAGTTAACGT CGACAATTCG CGCTAACTTA CATTAATTGC GTTGCGCTCA

3551 CTGCCCGCTT TCCAGTCGGG AAACCTGTCG TGCCAGCTGC ATTAATGAAT

3601 CGGCCAACGC GCGGGGAGAG GCGGTTTGCG TATTGGGCGC CAGGGTGGTT

3651 TTTCTTTTCA CCAGTGAGAC GGGCAACAGC TGATTGCCCT TCACCGCCTG

3701 GCCCTGAGAG AGTTGCAGCA AGCGGTCCAC GCTGGTTTGC CCCAGCAGGC

3751 GAAAATCCTG TTTGATGGTG GTTAACGGCG GGATATAACA TGAGCTGTCT

3801 TCGGTATCGT CGTATCCCAC TACCGAGATA TCCGCACCAA CGCGCAGCCC

3851 GGACTCGGTA ATGGCGCGCA TTGCGCCCAG CGCCATCTGA TCGTTGGCAA

3901 CCAGCATCGC AGTGGGAACG ATGCCCTCAT TCAGCATTTG CATGGTTTGT

3951 TGAAAACCGG ACATGGCACT CCAGTCGCCT TCCCGTTCCG CTATCGGCTG
```

F I G. 3d

```
4001 AATTTGATTG CGAGTGAGAT ATTTATGCCA GCCAGCCAGA CGCAGACGCG
4051 CCGAGACAGA ACTTAATGGG CCCGCTAACA GCGCGATTTG CTGGTGACCC
4101 AATGCGACCA GATGCTCCAC GCCCAGTCGC GTACCGTCTT CATGGGAGAA
4151 AATAATACTG TTGATGGGTG TCTGGTCAGA GACATCAAGA AATAACGCCG
4201 GAACATTAGT GCAGGCAGCT TCCACAGCAA TGGCATCCTG GTCATCCAGC
4251 GGATAGTTAA TGATCAGCCC ACTGACGCGT TGCGCGAGAA GATTGTGCAC
4301 CGCCGCTTTA CAGGCTTCGA CGCCGCTTCG TTCTACCATC GACACCACCA
4351 CGCTGGCACC CAGTTGATCG GCGCGAGATT TAATCGCCGC GACAATTTGC
4401 GACGGCGCGT GCAGGGCCAG ACTGGAGGTG GCAACGCCAA TCAGCAACGA
4451 CTGTTTGCCC GCCAGTTGTT GTGCCACGCG GTTGGGAATG TAATTCAGCT
4501 CCGCCATCGC CGCTTCCACT TTTTCCCGCG TTTTCGCAGA AACGTGGCTG
4551 GCCTGGTTCA CCACGCGGGA AACGGTCTGA TAAGAGACAC CGGCATACTC
4601 TGCGACATCG TATAACGTTA CTGGTTTCAC ATTCACCACC CTGAATTGAC
4651 TCTCTTCCGG GCGCTATCAT GCCATACCGC GAAAGGTTTT GCACCATTCG
4701 ATGGTGTCAA CGTAAATGCA TGCCGCTTCG CCTTCGCGCG CGAATTGTCG
4751 ACTAGAGCTG CCTCGCGCGT TTCGGTGATG ACGGTGAAAA CCTCTGACAC
4801 ATGCAGCTCC CGGAGACGGT CACAGCTTGT CTGTAAGCGG ATGCCGGGAG
4851 CAGACAAGCC CGTCAGGGCG CGTCAGCGGG TGTTGGCGGG TGTCGGGGCG
4901 CAGCCATGAC CCAGTCACGT AGCGATAGCG GAGTGTATAC TGGCTTAACT
4951 ATGCGGCATC AGAGCAGATT GTACTGAGAG TGCACCATAT GCGGTGTGAA
5001 ATACCGCACA GATGCGTAAG GAGAAAATAC CGCATCAGGC GCTCTTCCGC
5051 TTCCTCGCTC ACTGACTCGC TGCGCTCGGT CGTTCGGCTG CGGCGAGCGG
5101 TATCAGCTCA CTCAAAGGCG GTAATACGGT TATCCACAGA ATCAGGGGAT
5151 AACGCAGGAA AGAACATGTG AGCAAAAGGC CAGCAAAAGG CCAGGAACCG
5201 TAAAAAGGCC GCGTTGCTGG CGTTTTTCCA TAGGCTCCGC CCCCCTGACG
5251 AGCATCACAA AAATCGACGC TCAAGTCAGA GGTGGCGAAA CCCGACAGGA
5301 CTATAAAGAT ACCAGGCGTT TCCCCCTGGA AGCTCCCTCG TGCGCTCTCC
```

**F I G. 3e**

```
5351 TGTTCCGACC CTGCCGCTTA CCGGATACCT GTCCGCCTTT CTCCCTTCGG

5401 GAAGCGTGGC GCTTTCTCAA TGCTCACGCT GTAGGTATCT CAGTTCGGTG

5451 TAGGTCGTTC GCTCCAAGCT GGGCTGTGTG CACGAACCCC CCGTTCAGCC

5501 CGACCGCTGC GCCTTATCCG GTAACTATCG TCTTGAGTCC AACCCGGTAA

5551 GACACGACTT ATCGCCACTG GCAGCAGCCA CTGGTAACAG GATTAGCAGA

5601 GCGAGGTATG TAGGCGGTGC TACAGAGTTC TTGAAGTGGT GGCCTAACTA

5651 CGGCTACACT AGAAGGACAG TATTTGGTAT CTGCGCTCTG CTGAAGCCAG

5701 TTACCTTCGG AAAAAGAGTT GGTAGCTCTT GATCCGGCAA ACAAACCACC

5751 GCTGGTAGCG GTGGTTTTTT TGTTTGCAAG CAGCAGATTA CGCGCAGAAA

5801 AAAAGGATCT CAAGAAGATC CTTTGATCTT TTCTACGGGG TCTGACGCTC

5851 AGTGGAACGA AAACTCACGT TAAGGGATTT TGGTCATGAG ATTATCAAAA

5901 AGGATCTTCA CCTAGATCCT TTTAAATTAA AAATGAAGTT TTAAATCAAT

5951 CTAAAGTATA TATGAGTAAA CTTGGTCTGA CAGTTACCAA TGCTTAATCA

6001 GTGAGGCACC TATCTCAGCG ATCTGTCTAT TTCGTTCATC CATAGTTGCC

6051 TGACTCCCCG TCGTGTAGAT AACTACGATA CGGGAGGGCT TACCATCTGG

6101 CCCCAGTGCT GCAATGATAC CGCGAGACCC ACGCTCACCG GCTCCAGATT

6151 TATCAGCAAT AAACCAGCCA GCCGGAAGGG CCGAGCGCAG AAGTGGTCCT

6201 GCAACTTTAT CCGCCTCCAT CCAGTCTATT AATTGTTGCC GGGAAGCTAG

6251 AGTAAGTAGT TCGCCAGTTA ATAGTTTGCG CAACGTTGTT GCCATTGCTG

6301 CAGGCATCGT GGTGTCACGC TCGTCGTTTG GTATGGCTTC ATTCAGCTCC

6351 GGTTCCCAAC GATCAAGGCG AGTTACATGA TCCCCCATGT TGTGCAAAAA

6401 AGCGGTTAGC TCCTTCGGTC CTCCGATCGT TGTCAGAAGT AAGTTGGCCG

6451 CAGTGTTATC ACTCATGGTT ATGGCAGCAC TGCATAATTC TCTTACTGTC

6501 ATGCCATCCG TAAGATGCTT TTCTGTGACT GGTGAGTACT CAACCAAGTC

6551 ATTCTGAGAA TAGTGTATGC GGCGACCGAG TTGCTCTTGC CCGGCGTCAA

6601 CACGGGATAA TACCGCGCCA CATAGCAGAA CTTTAAAAGT GCTCATCATT

6651 GGAAAACGTT CTTCGGGGCG AAAACTCTCA AGGATCTTAC CGCTGTTGAG
```

FIG. 3f

```
6701 ATCCAGTTCG ATGTAACCCA CTCGTGCACC CAACTGATCT TCAGCATCTT
6751 TTACTTTCAC CAGCGTTTCT GGGTGAGCAA AAACAGGAAG GCAAAATGCC
6801 GCAAAAAAGG GAATAAGGGC GACACGGAAA TGTTGAATAC TCATACTCTT
6851 CCTTTTTCAA TATTATTGAA GCATTTATCA GGGTTATTGT CTCATGAGCG
6901 GATACATATT TGAATGTATT TAGAAAAATA AACAAATAGG GGTTCCGCGC
6951 ACATTCCCCC GAAAAGTGCC ACCTGACGTC TAAGAAACCA TTATTATCAT
7001 GACATTAACC TATAAAAATA GGCGTATCAC GAGGCCCTTT CGTCTTCAA
```

# F I G. 3g



FIG. 4a

```
              10          20          30          40          50
              |           |           |           |           |
    1  AAGCTTCACG CTGCCGCAAG CACTCAGGGC GCAAGGGCTG CTAAAGGAAG

   51  CGGAACACGT AGAAAGCCAG TCCGCAGAAA CGGTGCTGAC CCCGGATGAA

  101  TGTCAGCTAC TGGGCTATCT GGACAAGGGA AAACGCAAGC GCAAAGAGAA

  151  AGCAGGTAGC TTGCAGTGGG CTTACATGGC GATAGCTAGA CTGGGCGGTT

  201  TTATGGACAG CAAGCGAACC GGAATTGCCA GCTGGGGCGC CCTCTGGTAA

  251  GGTTGGGAAG CCCTGCAAAG TAAACTGGAT GGCTTTCTTG CCGCCAAGGA

  301  TCTGATGGCG CAGGGGATCA AGATCTGATC AAGAGACAGG ATGAGGATCG

  351  TTTCGCATGA TTGAACAAGA TGGATTGCAC GCAGGTTCTC CGGCCGCTTG

  401  GGTGGAGAGG CTATTCGGCT ATGACTGGGC ACAACAGACA ATCGGCTGCT

  451  CTGATGCCGC CGTGTTCCGG CTGTCAGCGC AGGGGCGCCC GGTTCTTTTT

  501  GTCAAGACCG ACCTGTCCGG TGCCCTGAAT GAACTGCAGG ACGAGGCAGC

  551  GCGGCTATCG TGGCTGGCCA CGACGGGCGT TCCTTGCGCA GCTGTGCTCG

  601  ACGTTGTCAC TGAAGCGGGA AGGGACTGGC TGCTATTGGG CGAAGTGCCG

  651  GGGCAGGATC TCCTGTCATC TCACCTTGCT CCTGCCGAGA AAGTATCCAT

  701  CATGGCTGAT GCAATGCGGC GGCTGCATAC GCTTGATCCG GCTACCTGCC

  751  CATTCGACCA CCAAGCGAAA CATCGCATCG AGCGAGCACG TACTCGGATG

  801  GAAGCCGGTC TTGTCGATCA GGATGATCTG GACGAAGAGC ATCAGGGGCT

  851  CGCGCCAGCC GAACTGTTCG CCAGGCTCAA GGCGCGCATG CCCGACGGCG

  901  AGGATCTCGT CGTGACCCAT GGCGATGCCT GCTTGCCGAA TATCATGGTG

  951  GAAAATGGCC GCTTTTCTGG ATTCATCGAC TGTGGCCGGC TGGGTGTGGC

 1001  GGACCGCTAT CAGGACATAG CGTTGGCTAC CCGTGATATT GCTGAAGAGC

 1051  TTGGCGGCGA ATGGGCTGAC CGCTTCCTCG TGCTTTACGG TATCGCCGCT

 1101  CCCGATTCGC AGCGCATCGC CTTCTATCGC CTTCTTGACG AGTTCTTCTG

 1151  AGCGGGACTC TGGGGTTCGA AATGACCGAC CAAGCGACGC CCAACCTGCC
```

# F I G. 4b

```
1201 ATCACGAGAT TTCGATTCCA CCGCCGCCTT CTATGAAAGG TTGGGCTTCG

1251 GAATCGTTTT CCGGGACGCC GGCTGGATGA TCCTCCAGCG CGGGGATCTC

1301 ATGCTGGAGT TCTTCGCCCA CCCCGGGCTC GATCCCCTCG CGAGTTGGTT

1351 CAGCTGCTGC CTGAGGCTGG ACGACCTCGC GGAGTTCTAC CGGCAGTGCA

1401 AATCCGTCGG CATCCAGGAA ACCAGCAGCG GCTATCCGCG CATCCATGCC

1451 CCCGAACTGC AGGAGTGGGG AGGCACGATG GCCGCTTTGG TCGACAATTC

1501 GCGCTAACTT ACATTAATTG CGTTGCGCTC ACTGCCCGCT TTCCAGTCGG

1551 GAAACCTGTC GTGCCAGCTG CATTAATGAA TCGGCCAACG CGCGGGGAGA

1601 GGCGGTTTGC GTATTGGGCG CCAGGGTGGT TTTTCTTTTC ACCAGTGAGA

1651 CGGGCAACAG CTGATTGCCC TTCACCGCCT GGCCCTGAGA GAGTTGCAGC

1701 AAGCGGTCCA CGCTGGTTTG CCCCAGCAGG CGAAAATCCT GTTTGATGGT

1751 GGTTAACGGC GGGATATAAC ATGAGCTGTC TTCGGTATCG TCGTATCCCA

1801 CTACCGAGAT ATCCGCACCA ACGCGCAGCC CGGACTCGGT AATGGCGCGC

1851 ATTGCGCCCA GCGCCATCTG ATCGTTGGCA ACCAGCATCG CAGTGGGAAC

1901 GATGCCCTCA TTCAGCATTT GCATGGTTTG TTGAAAACCG GACATGGCAC

1951 TCCAGTCGCC TTCCCGTTCC GCTATCGGCT GAATTTGATT GCGAGTGAGA

2001 TATTTATGCC AGCCAGCCAG ACGCAGACGC GCCGAGACAG AACTTAATGG

2051 GCCCGCTAAC AGCGCGATTT GCTGGTGACC CAATGCGACC AGATGCTCCA

2101 CGCCCAGTCG CGTACCGTCT TCATGGGAGA AAATAATACT GTTGATGGGT

2151 GTCTGGTCAG AGACATCAAG AAATAACGCC GGAACATTAG TGCAGGCAGC

2201 TTCCACAGCA ATGGCATCCT GGTCATCCAG CGGATAGTTA ATGATCAGCC

2251 CACTGACGCG TTGCGCGAGA AGATTGTGCA CCGCCGCTTT ACAGGCTTCG

2301 ACGCCGCTTC GTTCTACCAT CGACACCACC ACGCTGGCAC CCAGTTGATC

2351 GGCGCGAGAT TTAATCGCCG CGACAATTTG CGACGGCGCG TGCAGGGCCA

2401 GACTGGAGGT GGCAACGCCA ATCAGCAACG ACTGTTTGCC CGCCAGTTGT

2451 TGTGCCACGC GGTTGGGAAT GTAATTCAGC TCCGCCATCG CCGCTTCCAC

2501 TTTTTCCCGC GTTTTCGCAG AAACGTGGCT GGCCTGGTTC ACCACGCGGG
```

## F I G. 4c

```
2551 AAACGGTCTG ATAAGAGACA CCGGCATACT CTGCGACATC GTATAACGTT
2601 ACTGGTTTCA CATTCACCAC CCTGAATTGA CTCTCTTCCG GGCGCTATCA
2651 TGCCATACCG CGAAAGGTTT TGCACCATTC GATGGTGTCA ACGTAAATGC
2701 ATGCCGCTTC GCCTTCGCGC GCGAATTGTC GACCCTGTCC CTCCTGTTCA
2751 GCTACTGACG GGGTGGTGCG TAACGGCAAA AGCACCGCCG GACATCAGCG
2801 CTAGCGGAGT GTATACTGGC TTACTATGTT GGCACTGATG AGGGTGTCAG
2851 TGAAGTGCTT CATGTGGCAG GAGAAAAAAG GCTGCACCGG TGCGTCAGCA
2901 GAATATGTGA TACAGGATAT ATTCCGCTTC CTCGCTCACT GACTCGCTAC
2951 GCTCGGTCGT TCGACTGCGG CGAGCGGAAA TGGCTTACGA ACGGGGCGGA
3001 GATTTCCTGG AAGATGCCAG GAAGATACTT AACAGGGAAG TGAGAGGGCC
3051 GCGGCAAAGC CGTTTTTCCA TAGGCTCCGC CCCCCTGACA AGCATCACGA
3101 AATCTGACGC TCAAATCAGT GGTGGCGAAA CCCGACAGGA CTATAAAGAT
3151 ACCAGGCGTT TCCCCTGGCG GCTCCCTCGT GCGCTCTCCT GTTCCTGCCT
3201 TTCGGTTTAC CGGTGTCATT CCGCTGTTAT GGCCGCGTTT GTCTCATTCC
3251 ACGCCTGACA CTCAGTTCCG GGTAGGCAGT TCGCTCCAAG CTGGACTGTA
3301 TGCACGAACC CCCCGTTCAG TCCGACCGCT GCGCCTTATC CGGTAACTAT
3351 CGTCTTGAGT CCAACCCGGA AAGACATGCA AAAGCACCAC TGGCAGCAGC
3401 CACTGGTAAT TGATTTAGAG GAGTTAGTCT TGAAGTCATG CGCCGGTTAA
3451 GGCTAAACTG AAAGGACAAG TTTTGGTGAC TGCGCTCCTC CAAGCCAGTT
3501 ACCTCGGTTC AAAGAGTTGG TAGCTCAGAG AACCTTCGAA AAACCGCCCT
3551 GCAAGGCGGT TTTTTCGTTT TCAGAGCAAG AGATTACGCG CAGACCAAAA
3601 CGATCTCAAG AAGATCATCT TATTAATCAG ATAAAATATT TCTAGATTTC
3651 AGTGCAATTT ATCTCTTCAA ATGTAGCACC TGAAGTCAGC CCCATACGAT
3701 ATAAGTTGTT AATTCTCATG TTTGACAGCT TATCATCGAT
```
•

# F I G. 4d



```
              10        20        30        40        50
              |         |         |         |         |
       1 CTCGAGGCAACGCAATTAATGTGAGTTAGCTCACTCATTAGGCACCCCAG
a     51 GCTTTACACTTTATGCTTCCGGCTCGTATGTTGTGTGGAATTGTGAGCGG
     101 ATAACAATTTCACACAGAATTC

              10        20        30        40        50
              |         |         |         |         |
b      1 CTCGAGGATTCTGAAATGAGCTGTTGACAATTAATCATCGGCTCGTATAA
      51 TGTGTGGAATTGTGAGCGGATAACAATTTCACACAGAATTC

              10        20        30        40        50
              |         |         |         |         |
       1 CTCGAGAAATCATAAAAAATTTATTTGCTTTGTGAGCGGATAACAATTAT
c     51 AATAGATTCAATTGTGAGCGGATAACAATTTCACACAGAATTC

              10        20        30        40        50
              |         |         |         |         |
d      1 CTCGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGGATAACAATG
      51 ATACTTAGATTCATCGAGAGGGACACGGCGAATTC

              10        20        30        40        50
              |         |         |         |         |
e      1 CTCGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGGATAACAATT
      51 ATAATTACAGCCATCGAGAGGGACACGGCGAATTC

              10        20        30        40        50
              |         |         |         |         |
f      1 CTCGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGCTCACAATTG
      51 ATACTTAGATTCATCGAGAGGGACACGGCGAATTC

              10        20        30        40        50
              |         |         |         |         |
g      1 CTCGAGAATTGTGAGCGGATAACAATTTAGTTGACTTAAAGTCTAACCTA
      51 TAGGATACTTAGATTCATCGAGAGGGACACGGCGAATTC

              10        20        30        40        50
              |         |         |         |         |
h      1 CTCGAGAATTGTGAGCGGATAACAATTTAGTTGACTTAAAGTCTAACCTA
      51 TAGTATAATTAGATTCATCGAGAGGGACACGGCGAATTC
```

FIG. 5a



```
              10        20        30        40        50
              |         |         |         |         |
         1 CTCGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGGATAACAATG

  i     51 ATACTTAGATTCAAATTGTGAGCGGATAACAATTTGAATTC


              10        20        30        40        50
              |         |         |         |         |
  j      1 CTCGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGGATAACAATG

        51 ATACTTAGATTCAAATTGTGAGCGGATAACAATTTCACACAGAATTC
```

# F I G. 5b

1 GAATTCCTCG AGGCTGGCAT CCCTAACATA TCCGAATGGT TACTTAAACA

51 ACGGAGGACT AGCGTATCCC TTCGCATAGG GTTTGAGTTA GATAAAGTAT

101 ATGCTGAACT TTCTTCTTTG CTCAAAGAAT CATAAAAAAT TTA<u>TTTGCTT</u>

151 TCAGGAAAAT TTTTCTG<u>TAT AAT</u>AGATTC<u>A</u> TAAATTTGAG AGAGGAGTTT

201 AAATATGGCT GGTTCTCGCA GAAAGAAACA TATCCATGAA ATCCCGCCTC

251 GAGGAATTC

# F I G. 6

N25*/O

1 CTCGAGGCTG GCATCCCTAA CATATCCGAA TGGTTACTTA AACAACGGAG

51 GACTAGCGTA TCCCTTCGCA TAGGGTTTGA GTTAGATAAA GTATATGCTG

101 AACTTTCTTC TTTGCTCAAA GAATCATAAA AAATTTATTT GCTTTCAGGA

151 AAATTTTTCT GTATAATAGA TTCAAATTGT GAGCGGATAA CAATTTGAAT

201 TC

N25OP29

1 CTCGAGGCTG GCATCCCTAA CATATCCGAA TGGTTACTTA AACAACGGAG

51 GACTAGCGTA TCCCTTCGCA TAGGGTTTGA GTTAGATAAA GTATATGCTG

101 AACTTTCTTC TTTGCTCAAA GAATCATAAA AAATTTATTT GCTTTCAGGA

151 AAATTTTTCT GTATAATAGA TTCAATTGTG AGCGGATAAC AATTTCACAC

201 AGAATTC

# F I G. 7

```
  1 CTCGAGGAAC GCCTATCTTA AAGTTTAAAC ATAAAGACCA GACCTAAAGA

 51 CCAGACCTAA AGACACTACA TAAAGACCAG ACCTAAAGAC GCCTTGTTGT

101 TAGCCATAAA GTGATAACCT TTAATCATTG TCTTTATTAA TACAACTCAC

151 TATAAGGAGA GACAACTTAA AGAGACTTAA AAGATTAATT TAAAATTTAT

201 CAAAAAGAGT ATTGACTTAA AGTCTAACCT ATAGGATACT TACAGCCATC

251 GAGAGGGACA CGGCGAATAG CCATCCCAAT CGACACCGGG GTCCCTCGAG

301 GCGAATTCCG GATCC
```

# F I G. 8



```
              10        20        30        40        50
              |         |         |         |         |
  1 GTCGACGTTGATCCCCTAGAAATTGTGAGCGCTCACAATTTCTAGGGAAT
 51 TAACGGTACCGAGCTTGTGGCAGTTTAAGGCGGGCGTCCTGCCCGCCACC
101 CTCCGGGCCGTTGCTTCGCAACGTTCAAATCCGCTCCCGGCGGATTTGTC
151 CTACTCAGGAGAGCGTTCACCGACAAACAACAGATAAAACGAAAGGCCCA
201 GTCTTTCGACTGAGCCTTTCGTTTTATTTGATGCCTCAAGCTCGGTACCT
251 CGAGAAAATTTATCAAAAAGAGTGTTGACTTGTGAGCGGATAACAATGAT
301 ACTTAGATTCATCGAGAGGGACACGGCGAATTC
```

FIG. 9