Amgen Inc. v. F. Hoffmann-LaRoche LTD et al

Doc. 582 Att. 3

# EXHIBIT 2

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Certified Copy

AMGEN INC.,                          )

      Plaintiff,                     )

      vs.                            )    No. 05-12237 WGY

F. HOFFMANN-LA ROCHE LTD., a         )

Swiss Company, ROCHE DIAGNOSTICS )

GmbH, a German Company, and          )

HOFFMANN-LA ROCHE INC., a New        )

Jersey Corporation,                  )

      Defendants.                    )


      Continued Videotaped Deposition of

EUGENE GOLDWASSER, Ph.D., taken before GREG S.

WEILAND, CSR, RMR, CRR, Notary Public, pursuant to

the Federal Rules of Civil Procedure for the United

States District Court pertaining to the taking of

depositions, at Suite 4100, Three First National

Plaza, in the City of Chicago, Cook County,

Illinois, commencing at 9:08 o'clock a.m., on the

26th day of February, 2007.


VOLUME 2

PAGE 270 - 539

1    containing cells are grown, and we purified mouse

2    erythropoietin by that same method.

3        Q.    And is your testimony with respect to

4    recombinant erythropoietin being purified in a

5    manner different from that of urinary erythropoietin

6    based on that work that you've done?

7        A.    Yes.

8        Q.    Now, do you have an understanding as to

9    what the specific activity was as to the urinary

10   erythropoietin that you obtained from Kumamato?

11            MS. BEN-AMI:  Objection.

12            THE WITNESS:  We published the number of,

13   if I remember right, 70,000 units per milligram of

14   protein.  That was a rounded off number.  It varied

15   from somewhat lower than that to almost twice that.

16   BY MR. MADRID:

17       Q.    Do you have an understanding of what

18   specific activity is?

19       A.    Yes.

20       Q.    What is it?

21       A.    Units of activity per milligram of protein

22   as we defined it.

23       Q.    And are those units of activity in a

24   biological sense or in some other sense?

25       A.    The units are biological activity as

```
 1    referred to a standard reference preparation.

 2         Q.    Now, do you know what the specific

 3    activity is as to the recombinant epo produced by

 4    AMGen from CHO cells?

 5              MS. BEN-AMI:  Objection.

 6              THE WITNESS:  I think I can remember the

 7    number.  I think it's on the order of 160,000 units

 8    per milligram, something like that.

 9    BY MR. MADRID:

10         Q.    Do you know whether or not urinary and

11    recombinant epo have the same or different specific

12    activities?

13         A.    Yes, I do.

14         Q.    What do you know?

15         A.    They're different.

16         Q.    And how do they differ?

17         A.    The urinary erythropoietin has a lower

18    specific activity.

19         Q.    When did you first come to this

20    understanding?

21         A.    Understanding of the difference?

22         Q.    Yes.

23         A.    When I learned what the specific activity

24    of the recombinant erythropoietin was.

25         Q.    Did you examine -- let me withdraw that.
```

Goldwasser, Eugene - Volume II
CONFIDENTIAL                                    2/26/2007

1              Did you ever examine why the specific

2    activity of urinary erythropoietin and recombinant

3    erythropoietin differ?

4         A.   Yes.

5         Q.   When was that?

6         A.   I can't tell you the year, but the paper

7    was published in about '97, '98, something like

8    that.

9         Q.   And why did you make such examination?

10        A.   I was curious to see what the difference

11   was, why there was such a difference.

12        Q.   Did you make any scientific findings with

13   respect to why urinary erythropoietin differs from

14   recombinant erythropoietin --

15        A.   Yes.

16        Q.   -- in specific activity?

17        A.   Yes, I did.

18        Q.   And what were your findings?

19        MS. BEN-AMI:  Objection, calls for expert

20   testimony.

21        THE WITNESS:  Our conclusion was that

22   there was a probable conformational difference in

23   the two preparations, and we had evidence to

24   substantiate or at least justify that conclusion.

25

Goldwasser, Eugene - Volume II

CONFIDENTIAL                                    2/26/2007

1    BY MR. MADRID:

2         Q.   What do you mean by conformational

3    difference?

4         A.   The way the molecule is folded up.

5         Q.   Is that a difference in structure?

6         A.   Yes.

7         Q.   I want to show you what I believe is a

8    grant proposal of yours.

9              This is Goldwasser Exhibit 41, and it

10   bears the Bates 00146339 and it continues through to

11   00146346, Goldwasser Exhibit 41.

12                        (Exhibit 41 marked as

13                        requested.)

14             MR. MADRID:  Counsel, I'm going to need

15   that notebook in a few seconds, so if you can finish

16   taking a look at it.

17             MS. BEN-AMI:  I'm not done inspecting it.

18   I need to take a break to inspect it.  I'll be happy

19   to give it to you, but I need it back.

20             MR. MADRID:  When will you be returning it

21   to us?

22             MS. BEN-AMI:  Today.

23             MR. MADRID:  What time?

24             MS. BEN-AMI:  I don't know.  I don't know

25   when the deposition is over.  I don't know when

1    you're going to take a break.  I'm not going to tear

2    apart your notebook.

3    BY MR. MADRID:

4        Q.   So take a moment to take a look at that

5    exhibit.

6             Have you had an opportunity to look at

7    Goldwasser 41?

8        A.   Yes.

9        Q.   What is it?

10       A.   It's an application for a continuation

11   grant, which in essence is essentially a formality

12   at NIH.

13       Q.   Did you prepare this document?

14       A.   Yes.

15       Q.   I want to direct your attention to the

16   page that has the Bates number AM-ITC 00146344.  If

17   you look on this page, there's a series of numbered

18   entries, and then there's a lettered entry D.  It's

19   about midpoint on the page.

20            Do you see that?

21       A.   Yes.

22       Q.   And I'll read it for the record.  It says,

23   our study of the structure function relationship of

24   both urinary and recombinant epo has shown a very

25   clear difference between them.

1              Do you see that?

2        A.    Yes.

3        Q.    Did you believe this to be a true and

4    correct statement when you wrote it?

5        A.    Yes.

6        Q.    Does it remain true and correct as far as

7    you know?

8        A.    Yes.

9              MS. BEN-AMI:  Objection.

10   BY MR. MADRID:

11       Q.    Now, the reference in this sentence to

12   urinary erythropoietin, is this the same urinary

13   erythropoietin that was given to the three patients

14   in the three-patient study?

15       A.    I'd have to check the notebook to know.

16       Q.    Was it produced by the Miyake purification

17   method?

18       A.    Yes.

19       Q.    That is the urinary erythropoietin that's

20   referred to in this Goldwasser Exhibit 41?

21       A.    Yes.

22       Q.    Now, what did you mean when you wrote our

23   study of the structure function relationship of both

24   urinary and recombinant epo has shown a very clear

25   difference between them?

1       A.    I meant that there was a very clear

2   difference between them.  We found a number of

3   differences, structural, chemical differences

4   between the two of them.

5       Q.    And after the term for this grant, did you

6   continue to study the structure function

7   relationship of both the urinary and recombinant

8   erythropoietin?

9       A.    I think so.  The dates are not clear in my

10  mind, but I think we published a paper on it

11  sometime after this, the date of this proposal.

12      Q.    When was this proposal prepared?

13      A.    When was it prepared?  Well, it was signed

14  in April '88.

15      Q.    Okay.  So did you submit GW 41 to the NIH

16  in or about the spring of 1988?

17      A.    Yes.  It was sent in that month.

18            MR. MADRID:  All right.  So let's take a

19  break, ten-minute break.

20            THE VIDEOGRAPHER:  The time is now 3:31.

21  We are going off the record.

22                          (Whereupon, a short recess was

23                          taken.)

24            THE VIDEOGRAPHER:  This is the end of

25  Videotape Number 4, Volume 2, in the deposition of

Goldwasser, Eugene - Volume II
CONFIDENTIAL                                        2/26/2007

1    Eugene Goldwasser.

2                    (Whereupon, a short recess was

3                    taken.)

4            THE VIDEOGRAPHER:  This marks the

5    beginning of Videotape Number 5, Volume 2, in the

6    deposition of Eugene Goldwasser.  The time is now

7    3:45 p.m.

8            Please continue.

9    BY MR. MADRID:

10       Q.  Dr. Goldwasser, in your deposition, in

11   this deposition on February 14, you referred to a

12   publication from 1997, and just before the break

13   earlier, you referred to a publication from 1997.  I

14   want to show you a document and see if you recognize

15   this.

16           The document is marked Goldwasser 42, and

17   it bears the Bates numbers AM-ITC 00991084 through

18   88.  It bears the title A Probable Conformational

19   Difference Between Recombinant and Urinary

20   Erythropoietins, Goldwasser 42.

21                    (Exhibit 42 marked as

22                    requested.)

23   BY MR. MADRID:

24       Q.  Would you please take a look at that and

25   tell me if you recognize that document.

1       A.    I do.

2       Q.    What is it?

3       A.    It's a paper we published in 1997.

4       Q.    Now, is this the paper you were referring

5    to earlier in your testimony when you talked about

6    publishing in 1997?

7       A.    I think so, the paper about the difference

8    between the two forms, yeah.

9       Q.    Okay.  Did you participate in authoring

10   this publication?

11      A.    I wrote it.

12      Q.    And were you involved in doing the

13   experimental work that underlies this publication?

14      A.    I designed the experiments, and

15   Charles Kung did the actual handling of it.

16      Q.    Were you involved in supervising

17   Charles Kung in handling those experiments?

18      A.    Supervising is a strong word.  He knew

19   what to do.  I didn't have to tell him what to do.

20      Q.    Okay.  How long have you been working with

21   Mr. Kung?

22      A.    About 35 years.

23      Q.    Now, with respect to this publication,

24   GW 42, what was the source of the urinary

25   erythropoietin material that's discussed in that

1    publication?

2        A.    It was -- do you mind if I check in here?

3        Q.    Sure, please go ahead.

4        A.    It's somewhere in here.

5        Q.    Let me ask you a separate question and

6    direct your attention to the first page of GW 42,

7    the second paragraph where it says, in the present

8    paper, we demonstrate the differences between u-epo,

9    open paren, the beta form, and there's a footnote

10   there, and r-epo with a cross symbol with respect to

11   ease of iodination and to inactivation by iodine.

12           Do you see that?

13       A.    Yes.

14       Q.    Okay.  Now, does that refresh your

15   recollection as to what the source of the urinary

16   erythropoietin was that was examined with respect to

17   the publication G 42?

18       A.    Yes.  It is the beta fraction or

19   fraction 3 from a hydroxyl appetite column of the

20   original preparation of urinary epo.

21       Q.    Now, is this the same urinary

22   erythropoietin that was administered to the three

23   patients in the three-patient experiment we've

24   talked about today?

25       A.    Yes.

1              MS. BEN-AMI:  Objection.

2    BY MR. MADRID:

3         Q.    How do you know that?

4         A.    It's the only one we called beta epo.

5         Q.    Now, what was the source of the

6    recombinantly produced human epo that are discussed

7    in this publication, Goldwasser 42?

8         A.    It came from AMGen.

9         Q.    Now, in the experimental work for this

10   publication, did you compare the urinary and

11   recombinant erythropoietins by means of

12   accessibility to iodination?

13        A.    Yes.

14        Q.    What does accessibility to iodination

15   measure?

16        A.    It's an indirect indication of something

17   about the structure and the environment of the

18   tyrosines that get labeled with iodine.

19        Q.    Based on your work, did you make any

20   scientific findings as to whether or not urinary

21   erythropoietin and recombinant erythropoietin differ

22   with respect to accessibility to iodination?

23        A.    We did.

24             MS. BEN-AMI:  Objection, expert testimony.

25

1    BY MR. MADRID:

2        Q.    What were your findings?

3        A.    The urinary epo had much more, or the

4    tyrosines, tyrosine 15 to be specific of urinary

5    epo, was much more available or accessible from the

6    solvent than the recombinant epo.

7        Q.    Now, I want to direct your attention to

8    Figure 1 of this paper, which would appear on Bates

9    00991085.

10            Do you see that?

11       A.    Yes.

12       Q.    Did you make any findings as to the data

13   reflected in Figure 1 of the publication?

14       A.    Those data again indicate -- it's hard

15   to -- that the urinary epo would only be iodinated

16   to the extent of about one iodine per molecule

17   whereas the recombinant went up much higher than

18   that.

19       Q.    Based on your findings and your work

20   that's reflected in Goldwasser 42, do you know

21   whether or not a difference in accessibility to

22   iodination is consistent or inconsistent with a

23   difference in structural conformation as between

24   urinary erythropoietin and recombinant

25   erythropoietin?

1          MS. BEN-AMI:  Objection, calls for expert

2     testimony.

3          THE WITNESS:  The inference you draw from

4     those experiments is that the conformation is

5     different.

6     BY MR. MADRID:

7          Q.   Did you draw that inference?

8          A.   Yes.

9          Q.   Do you continue to believe that the

10    conformation is different on the basis of

11    iodination?

12          MS. BEN-AMI:  Objection, calls for expert

13    testimony.

14          THE WITNESS:  I used all the data to draw

15    the conclusion about the difference in conformation,

16    not the one experiment.

17    BY MR. MADRID:

18          Q.   Okay, fair enough.  Now, in this

19    experimental work that's in GW 42, did you compare

20    urinary and recombinant erythropoietin with respect

21    to inactivation by iodination?

22          A.   Yes.

23          Q.   And what does inactivation by iodination

24    measure?

25          A.   Loss of biological activity.

1       Q.   And based on your work, the work that was

2   done for Goldwasser 42, did you make any scientific

3   findings as to whether or not urinary erythropoietin

4   and recombinant erythropoietin differ with respect

5   to inactivation by iodination?

6       A.   Yes.

7            MS. BEN-AMI:  Objection, calls for expert

8   testimony.

9   BY MR. MADRID:

10      Q.   What were your findings?

11      A.   The urinary erythropoietin was almost

12  completely inactivated by substitution of two

13  iodines.  Recombinant erythropoietin was much

14  more -- much less affected by substitution of

15  iodine.

16      Q.   Do you draw -- did you -- I'm sorry, let

17  me withdraw that.

18           Did you draw any inference from that

19  finding?

20           MS. BEN-AMI:  Objection, calls for expert

21  testimony.

22           THE WITNESS:  We inferred that there was

23  at least one tyrosine in urinary erythropoietin

24  which was essential for its biological activity

25  which was -- and that biological activity was

1    destroyed by putting that iodine on there.

2    BY MR. MADRID:

3        Q.   Now, based on your finding, the findings

4    in Goldwasser 42, do you know whether a difference

5    in inactivation by iodination is consistent or

6    inconsistent with a difference in structural

7    conformation as between urinary erythropoietin and

8    recombinant erythropoietin?

9            MS. BEN-AMI:   Objection, calls for expert

10   testimony.

11           THE WITNESS:   To put it the other way

12   around, we inferred the conformation difference from

13   the experimental results.

14   BY MR. MADRID:

15       Q.   In the experimental work for this

16   publication, Goldwasser 42, did you compare the

17   urinary and recombinant erythropoietin products by

18   means of trypsin inactivation?

19       A.   Yes.

20       Q.   What does trypsin inactivation measure?

21       A.   The sensitivity of the protein backbone,

22   the peptide bonds of the protein to a proteolytic

23   enzyme, trypsin.

24       Q.   And did you make any scientific findings

25   with respect to whether or not urinary

1    erythropoietin and recombinant erythropoietin differ

2    with respect to trypsin inactivation?

3         A.   We did.

4         Q.   What were those findings?

5              MS. BEN-AMI:  Objection, calls for expert

6    testimony.

7              THE WITNESS:  Urinary erythropoietin was

8    much more sensitive to tryptic hydrolysis than

9    recombinant.

10   BY MR. MADRID:

11        Q.   Did you draw any inferences from that,

12   from those findings?

13             MS. BEN-AMI:  Same objection.

14             THE WITNESS:  Once again, it suggests that

15   there's a difference in conformation between those

16   two molecules.

17   BY MR. MADRID:

18        Q.   Between urinary erythropoietin and

19   recombinant erythropoietin?

20        A.   Yes.

21        Q.   In the experimental work for

22   Goldwasser 42, did you compare urinary and

23   recombinant erythropoietin by means of circular

24   dichroism?

25        A.   Yes.

1              MS. BEN-AMI:  Objection.  And I would

2    point out we have gone well beyond the scope of

3    direct for quite some time.  This is your direct

4    exam, but I mean you've gone well beyond the scope

5    of direct.

6              MR. MADRID:  First of all, you're making a

7    speech.  Secondly, that's not correct.  In point of

8    fact, the subject of differences was raised in the

9    examination on the 14th.

10   BY MR. MADRID:

11       Q.   Doctor --

12             MS. BEN-AMI:  Could you point that out to

13   me?

14             MR. MADRID:  I'll be happy to, but now is

15   not the proper time.

16   BY MR. MADRID:

17       Q.   Doctor, what does circular dichroism

18   measure?

19             MS. BEN-AMI:  Objection, beyond the scope

20   of direct, it's calls for expert testimony.

21             THE WITNESS:  It's a crude measure of the

22   folding up of the molecule.

23   BY MR. MADRID:

24       Q.   Based on your work, did you make any

25   scientific findings as to whether or not urinary

1  erythropoietin and recombinant epo differ with

2  respect to circular dichroism?

3       A.    We did.

4       Q.    And what were those findings?

5       A.    They differed.

6       Q.    Did you draw any inferences on those, from

7  those findings?

8       A.    That there was a probable conformation --

9            MS. BEN-AMI:   Objection, expert testimony.

10 I'm sorry.

11           THE WITNESS:   That there was a probable

12 conformational difference.

13 BY MR. MADRID:

14      Q.    When you say that there was a probable

15 conformational, conformational difference, was that

16 as between the urinary erythropoietin and the

17 recombinant erythropoietin?

18      A.    Yes.

19      Q.    Doctor, I'd like to direct your attention

20 to the portion of your deposition testimony that was

21 taken on February 14 on Page 178 of the transcript.

22 Now, there's a question there on 178 at Line 3, and

23 I'm going to read the testimony that follows:

24           "QUESTION:  Okay.  So what was your

25       understanding of why the iodination of the epo

1       inactivated it?

2            "ANSWER:  Because as we published some

3       years later, the tyrosine in urinary

4       erythropoietin at position 15 was very much

5       involved with the binding to the receptor and

6       therefore the biological activity, and by

7       putting the bulky iodine in, you got -- you

8       changed the structure so that it no longer had

9       any biological activity.

10           "QUESTION:  Did you know that in 1983?

11           "ANSWER:  No.

12            "When did you learn that?

13           "ANSWER:  '97 or something like that.

14           "QUESTION:  1997?

15           "ANSWER:  '97 I think.

16           "QUESTION:  Yeah, okay.

17           "ANSWER:  Whenever we published that

18      paper."

19           Doctor, can you tell me whether or not the

20      reference in your testimony, published that paper,

21      is Goldwasser Exhibit 42 that we've been looking at

22      a reference to the '97 paper that's being referred

23      to in your testimony?

24      A.   Yes.

25      Q.   Now, getting back to Goldwasser 42,

Goldwasser, Eugene - Volume II                    2/26/2007
CONFIDENTIAL

1    looking at the experimental work for that

2    publication, did you compare urinary and recombinant

3    erythropoietin by means of second derivative

4    spectra?

5        A.    Yes.

6        Q.    And what does second derivative spectra

7    measure?

8        A.    That too is a crude indicator of the

9    environment of the amino acid side chains that

10   absorb ultraviolet light, which in this case are

11   mostly tyrosines.

12       Q.    Did you make any findings with respect to

13   second derivative spectra?

14       A.    Yes.

15       Q.    What were those findings?

16           MS. BEN-AMI:    Objection, calls for expert

17   testimony, beyond the scope of direct.

18           THE WITNESS:    There was a small difference

19   in the exposure of tyrosines to the solvent.

20   BY MR. MADRID:

21       Q.    And did you draw any inferences on the

22   basis of those findings?

23       A.    Once again, that there was a difference

24   between those two molecules.

25           MS. BEN-AMI:    Objection, calls for expert