# EXHIBIT A

## CURRICULUM VITAE – Gregory D. Longmore

### Personal Information

    Date of Birth:    April 12, 1955
    Place of Birth:    Sudbury, Ontario, Canada
    Citizenship:    Canada, Registered Alien USA

Home Address:
    512 West Point Avenue
    St. Louis MO 63130
    Telephone (314) 725-6532

Work Address:
    Washington University School of Medicine
    Division of Hematology
    660 South Euclid Ave., Campus Box 8125
    St. Louis MO 63110
    Telephone:    (314) 362-8834
    FAX:    (314) 362-8826
    E-mail:    glongmor@im.wustl.edu

### Present Position

| | |
|---|---|
| 1993 - | Associate Professor of Medicine, Washington University School of Medicine, St. Louis, MO. |
| 1993 - | Associate Professor of Cell Biology and Physiology, Washington University, St. Louis, MO. |
| 2006 - | Director, Center for Cell Migration, Washington University, St. Louis MO |

### Education

| | |
|---|---|
| 1973-1977 | University of Western Ontario, London, Ontario, B.Sc. (Honours) Biochemistry |
| 1977-1979 | University of Toronto, Toronto, Ontario, M.Sc. Biochemistry |
| 1979-1983 | McGill University, Montreal, Quebec, M.D.,C.M. Medicine |
| 1983-1990 | Harvard Medical School, Boston, MA, Clinical Fellow - Internal Medicine and Hematology-Oncology |
| 1989-1993 | Massachusetts Institute of Technology, Cambridge, MA, Postdoctoral Fellow - Cell Biology |

### Academic Positions/Employment

| | |
|---|---|
| 1977-1980 | Predoctoral Student, Department of Biochemistry, University of Toronto, Toronto, Ontario, Canada, Laboratory of Dr. Harry Schachter. |
| 1983-1986 | Clinical Fellow in Internal Medicine, Harvard Medical School, New England Deaconess Hospital (now Beth Israel-Deaconess Hospitals), Boston, MA. |
| 1985-1986 | Visiting Scientist, Dep't of Biology and Center for Cancer Research, Massachusetts Institute of Technology, Cambridge, MA, Laboratory of Dr. Herman Eisen. |

1

| | |
|---|---|
| 1987-1990 | Clinical Fellow in Medicine, Harvard Medical School, Brigham and Women's Hospital (Hematology), and Dana Farber Cancer Institute (Medical Oncology), Boston, MA. |
| 1988-1992 | Postdoctoral Research Fellow, Whitehead Institute for Biomedical Research, Massachusetts Institute of Technology, Cambridge, MA, Laboratory of Dr. Harvey Lodish. |
| 1990-1992 | Instructor in Medicine, Harvard Medical School, Boston, MA. |
| 1992-1998 | Assistant Professor of Medicine and Cell Biology, Washington University, St. Louis, MO. |
| 1999 - | Associate Professor of Medicine and Cell Biology, Washington University, St. Louis, MO. |

**University and Hospital Appointments and Committees**

| | |
|---|---|
| 1991-1993 | Attending Physician, Brigham and Women's Hospital, Boston, MA |
| 1993-2000 | Attending Physician, Barnes Hospital, St. Louis MO |
| 2000 - | Attending Physician, Barnes-Jewish-Christian (BJC) Hospitals, St. Louis MO |
| 1983 | Curriculum Review Committee, McGill Medical School, Co-Chairperson |
| 1986-1987 | Institutional Review Board, New England Deaconess Hospital, Boston, MA, member. |
| 1993-1995 | Compton Scholar Award, entering undergraduates, Natural Sciences and Liberal Arts, Washington University, St. Louis MO. |
| 1994-1998 | Admissions Committee Division of Biology and Biomedical Sciences (DBBS), Washington University, St. Louis, MO – Member |
| 1999-2001 | Four Schools Program (Wash. U., Duke, U. Penn., and Johns Hopkins), Washington University representative |
| 1996-2000 | Developmental Biology Steering Committee, Division of Biology and Biomedical Sciences, Washington University, St. Louis, MO - Member |
| 2003 - | Molecular Cell Biology Steering Committee, Division of Biology and Biomedical Sciences, Washington University, St. Louis, MO – Member |

**Medical Licensure and Board Certification**

| | |
|---|---|
| 1986-1993 | Massachusetts |
| 1993- | Missouri |
| 1986 | Diplomate, American Board of Internal Medicine |
| 1989 | Diplomate, American Board of Medical Oncology |

**Honours and Awards**

| | |
|---|---|
| 1977-1979 | Medical Research Council of Canada Studentship |
| 1980-1981 | Faculty Scholarship Award, Department of Medicine, McGill University |
| 1984 | James L Tullis Award, Harvard Medical School. |
| 1988-1992 | NIH Physician-Scientist Award AG00294, National Institute of Health |
| 1992-1995 | Career Development Award: James S McDonnell Foundation for Molecular Oncology |
| 1998-1999 | NIH Hematology II Study Section |
| 1998-2001 | Edward Mallinkrodt, Jr. Foundation Scholar |
| 1999-2003 | Established Investigator, American Heart Association |
| 2000 | Elected member of American Society of Clinical Investigators (ASCI) |

2

| | |
|---|---|
| 2001 | Invited visiting Professor, Department of Pediatrics, University of Helsinki |
| 2003-2007 | NIH/NCI-F manpower and training study section |
| 2006-2010 | American Cancer Society: Cell Structure and Metastasis Peer Review Committee |

**Editorial Responsibilities**

Reviewer:  Molecular Cellular Biology, J. Cell Biology, Molecular Biology of the Cell, Proc. Natl. Acad. Sci (USA), J. Clinical Investigation, Nature Cell Biology, Current Biology, J. Biological Chemistry, Oncogene

NIH Hematology 2 study section 1998-99
NIH NCI-F Study Section 2003-07
ACS Cell Structure and Metastasis peer review committee 2006-10

**Professional Societies and Organizations**

| | |
|---|---|
| 1980 - | American Association for the Advancement of Science |
| 1995-2000 | American Society of Hematology |
| 1993 - | American Society for Microbiology |
| 2000 - | American Society for Cell Biology |
| 2000 - | American Society for Clinical Investigation |

**Consulting**

| | |
|---|---|
| 1994-1996 | Monsanto - Cytokine Discovery Group |
| 1996 | Chiron Corporation |
| 1996-2002 | Abbott Laboratories – Cytokine Research Group |

**Teaching**

| | |
|---|---|
| 1986-1987 | Instructor, Introduction to Clinical Medicine, Harvard Medical School |
| 1994 - | Lecturer, Medical Pathophysiology, Washington University School of Medicine, second year curriculum. |
| 1995-1996 | Lecturer, Lucille P. Markey Program in Molecular Medicine, Washington University School of Medicine. |
| 1996-2006 | Course Organizer, Signaling and Disease, Washington University School of Medicine and Siteman Cancer Center |
| 1997-2000 | Lecturer, Developmental Biology, graduate school curriculum, Division of Biology and Biomedical Sciences, Washington University School of Medicine. |
| 2002 | Lecturer, Molecular Cell Biology, graduate school curriculum, Division of Biology and Biomedical Sciences, Washington University School of Medicine. |
| 2003-2005 | Lecturer, Advanced Cell Biology, graduate school curriculum, Division of Biology and Biomedical Sciences, Washington University School of Medicine. |
| 1993 - | Trained 7 PhD students, and 4 M.D., PhD students. Member of over 20 other PhD thesis committees. |

**Research Funding**

    1R21 CA106496-02  (Longmore, PI)                          07/01/05 – 06/30/07
    NIH/NCI
    "Cancer Cell Invasion and Metastases"

    Juselius Foundation Research Grant  (Longmore, PI)        09/01/05 – 08/31/06
    Helsinki, Finland
    "LIM protein regulation of BMP signaling in bone development"

    1R01 GM077235-01 (D. Elbert, PI)                        07/01/06 – 06/30/11
    NIH/NIGM
    "Quantitative Analysis of signaling in endothelial cells leading to migration"

    2R01 CA85839-06   (Longmore, PI)                         08/01/06 – 07/31/10
    NIH/NCI
    "The Role of LIM proteins in Cell Migration and Adhesion"

    1 R01 GM080673-01  (Longmore, PI)                     01/01/07 – 12/31/11
    NIH/NIGM                                                                            pending
    "The Role of LIM Proteins in Epithelia Biogenesis"

**Publications**

1.    Narasimhan, S., N. Harpaz, **G. Longmore**, J. P. Carver, A. A. Grey, and H. Schachter. 1980. Control of glycoprotein synthesis. The purification by preparative high voltage paper electrophoresis in borate of glycopeptides containing high mannose and complex oligosaccharide chains linked to asparagine. J Biol Chem 255:4876-84.

2.    Williams, D., **G. Longmore**, K. L. Matta, and H. Schachter. 1980. Mucin synthesis. II. Substrate specificity and product identification studies on canine submaxillary gland UDP-GlcNAc:Gal beta 1-3GalNAc(GlcNAc leads to GalNAc) beta 6-N-acetylglucosaminyltransferase. J Biol Chem 255:11253-61.

3.    **Longmore, G. D**., and H. Schachter. 1982. Product-identification and substrate-specificity studies of the GDP-L-fucose:2-acetamido-2-deoxy-beta-D-glucoside (FUC goes to Asn-linked GlcNAc) 6-alpha-L-fucosyltransferase in a Golgi-rich fraction from porcine liver. Carbohydr Res 100:365-92.

4.    Hubbard, S. C., D. M. Kranz, **G. D. Longmore**, M. V. Sitkovsky, and H. N. Eisen. 1986. Glycosylation of the T-cell antigen-specific receptor and its potential role in lectin-mediated cytotoxicity. Proc Natl Acad Sci U S A 83:1852-6.

5.    **Longmore, G**., E. C. Guinan, H. J. Weinstein, R. D. Gelber, J. M. Rappeport, and J. H. Antin. 1990. Bone marrow transplantation for myelodysplasia and secondary acute nonlymphoblastic leukemia. J Clin Oncol 8:1707-14.

6.    Yoshimura, A., **G. Longmore**, and H. F. Lodish. 1990. Point mutation in the exoplasmic domain of the erythropoietin receptor resulting in hormone-independent activation and tumorigenicity. Nature 348:647-9.

7.     **Longmore, G. D**., and H. F. Lodish. 1991. An activating mutation in the murine erythropoietin receptor induces erythroleukemia in mice: a cytokine receptor superfamily oncogene. Cell 67:1089-102.

8.     Baliga, B. S., K. Isoyama, **G. Longmore**, Y. M. Yang, A. K. Shah, and V. N. Mankad. 1992. A simple method for hemoglobin measurement in cell culture system. Blood Cells 18:187-93; discussion 194-5.

9.     **Longmore, G. D**., P. Pharr, and H. F. Lodish. 1992. Mutation in murine erythropoietin receptor induces erythropoietin-independent erythroid proliferation in vitro, polycythemia in vivo. Leukemia 6 Suppl 3:130S-134S.

10.    Lodish, H. F., D. Hilton, **G. Longmore**, S. S. Watowich, and A. Yoshimura. 1992. The erythropoietin receptor: dimerization, activation, and tumorigenesis. Cold Spring Harb Symp Quant Biol 57:95-106.

11.    Watowich, S. S., A. Yoshimura, **G. D. Longmore**, D. J. Hilton, Y. Yoshimura, and H. F. Lodish. 1992. Homodimerization and constitutive activation of the erythropoietin receptor. Proc Natl Acad Sci U S A 89:2140-4.

12.    Yoshimura, A., T. Zimmers, D. Neumann, **G. Longmore**, Y. Yoshimura, and H. F. Lodish. 1992. Mutations in the Trp-Ser-X-Trp-Ser motif of the erythropoietin receptor abolish processing, ligand binding, and activation of the receptor. J Biol Chem 267:11619-25.

13.    Pharr, P. N., D. Hankins, A. Hofbauer, H. F. Lodish, and **G. D. Longmore**. 1993. Expression of a constitutively active erythropoietin receptor in primary hematopoietic progenitors abrogates erythropoietin dependence and enhances erythroid colony-forming unit, erythroid burst-forming unit, and granulocyte/macrophage progenitor growth. Proc Natl Acad Sci U S A 90:938-42.

14.    Youssoufian, H., **G. Longmore**, D. Neumann, A. Yoshimura, and H. F. Lodish. 1993. Structure, function, and activation of the erythropoietin receptor. Blood 81:2223-36.

15.    **Longmore, G. D**. 1993. Erythropoietin receptor mutations and Olympic glory. Nat Genet 4:108-10.

16.    **Longmore, G**., S. Watowich, P. Pharr, D. Neumann, and H. Lodish. 1993. Activation of the erythropoietin receptor and leukemia induction in mice. Leukemia 7 Suppl 2:S113-6.

17.    **Longmore, G. D**., P. Pharr, D. Neumann, and H. F. Lodish. 1993. Both megakaryocytopoiesis and erythropoiesis are induced in mice infected with a retrovirus expressing an oncogenic erythropoietin receptor. Blood 82:2386-95.

18.    **Longmore, G. D**., S. S. Watowich, D. J. Hilton, and H. F. Lodish. 1993. The erythropoietin receptor: its role in hematopoiesis and myeloproliferative diseases. J Cell Biol 123:1305-8.

19.    **Longmore, G. D**., P. N. Pharr, and H. F. Lodish. 1994. A constitutively activated erythropoietin receptor stimulates proliferation and contributes to transformation of multipotent, committed nonerythroid and erythroid progenitor cells. Mol Cell Biol 14:2266-77.

20.     Pharr, P. N., M. Ogawa, A. Hofbauer, and **G. D. Longmore**. 1994. Expression of an activated erythropoietin or a colony-stimulating factor 1 receptor by pluripotent progenitors enhances colony formation but does not induce differentiation. Proc Natl Acad Sci U S A 91:7482-6.

21.     Tanner, J. W., W. Chen, R. L. Young, **G. D. Longmore**, and A. S. Shaw. 1995. The conserved box 1 motif of cytokine receptors is required for association with JAK kinases. J Biol Chem 270:6523-30.

22.     McArthur, G. A., **G. D. Longmore**, K. Klingler, and G. R. Johnson. 1995. Lineage-restricted recruitment of immature hematopoietic progenitor cells in response to Epo after normal hematopoietic cell transfection with EpoR. Exp Hematol 23:645-54.

23.     Goldsmith, M. A., S. Y. Lai, W. Xu, M. C. Amaral, E. S. Kuczek, L. J. Parent, G. B. Mills, K. L. Tarr, **G. D. Longmore**, and W. C. Greene. 1995. Growth signal transduction by the human interleukin-2 receptor requires cytoplasmic tyrosines of the beta chain and non-tyrosine residues of the gamma c chain. J Biol Chem 270:21729-37.

24.     Lai, S. Y., W. Xu, S. L. Gaffen, K. D. Liu, **G. D. Longmore**, W. C. Greene, and M. A. Goldsmith. 1996. The molecular role of the common gamma c subunit in signal transduction reveals functional asymmetry within multimeric cytokine receptor complexes. Proc Natl Acad Sci U S A 93:231-5.

25.     Tarr, K., S. S. Watowich, and **G. D. Longmore**. 1997. Cell surface organization of the erythropoietin receptor complex differs depending on its mode of activation. J Biol Chem 272:9099-107.

26.     **Longmore, G. D**., Y. You, J. Molden, K. D. Liu, A. Mikami, S. Y. Lai, P. Pharr, and M. A. Goldsmith. 1998. Redundant and selective roles for erythropoietin receptor tyrosines in erythropoiesis in vivo. Blood 91:870-8.

27.     Zamorano, J., H. Y. Wang, R. Wang, Y. Shi, **G. D. Longmore**, and A. D. Keegan. 1998. Regulation of cell growth by IL-2: role of STAT5 in protection from apoptosis but not in cell cycle progression. J Immunol 160:3502-12.

28.     Goldsmith, M. A., A. Mikami, Y. You, K. D. Liu, L. Thomas, P. Pharr, and **G. D. Longmore**. 1998. Absence of cytokine receptor-dependent specificity in red blood cell differentiation in vivo. Proc Natl Acad Sci U S A 95:7006-11.

29.     Watowich, S. S., K. D. Liu, X. Xie, S. Y. Lai, A. Mikami, **G. D. Longmore**, and M. A. Goldsmith. 1999. Oligomerization and scaffolding functions of the erythropoietin receptor cytoplasmic tail. J Biol Chem 274:5415-21.

30.     Goyal, R. K., P. Lin, J. Kanungo, A. S. Payne, A. J. Muslin, and **G. D. Longmore**. 1999. Ajuba, a novel LIM protein, interacts with Grb2, augments mitogen-activated protein kinase activity in fibroblasts, and promotes meiotic maturation of Xenopus oocytes in a Grb2- and Ras-dependent manner. Mol Cell Biol 19:4379-89.

31.     Gaffen, S. L., S. Y. Lai, **G. D. Longmore**, K. D. Liu, and M. A. Goldsmith. 1999. Genetic evidence for an additional factor required for erythropoietin-induced signal transduction. Blood 94:74-86.

32. Goyal, R. K., and **G. D. Longmore**. 1999. Abnormalities of cytokine receptor signalling contributing to diseases of red blood cell production. Ann Med 31:208-16.

33. Beckman, D. L., L. L. Lin, M. E. Quinones, and **G. D. Longmore**. 1999. Activation of the erythropoietin receptor is not required for internalization of bound erythropoietin. Blood 94:2667-75.

34. Wooten, D. K., X. Xie, D. Bartos, R. A. Busche, **G. D. Longmore**, and S. S. Watowich. 2000. Cytokine signaling through Stat3 activates integrins, promotes adhesion, and induces growth arrest in the myeloid cell line 32D. J Biol Chem 275:26566-75.

35. Kanungo, J., S. J. Pratt, H. Marie, and **G. D. Longmore**. 2000. Ajuba, a cytosolic LIM protein, shuttles into the nucleus and affects embryonal cell proliferation and fate decisions. Mol Biol Cell 11:3299-313.

36. Pharr, P. N., A. Hofbauer, R. E. Worthington, and **G. D. Longmore**. 2000. Residual erythroid progenitors in W/W mice respond to erythropoietin in the absence of steel factor signals. Int J Hematol 72:178-85.

37. Watowich, S. S., A. Mikami, R. A. Busche, X. Xie, P. N. Pharr, and **G. D. Longmore**. 2000. Erythropoietin receptors that signal through Stat5 or Stat3 support fetal liver and adult erythropoiesis: lack of specificity of stat signals during red blood cell development. J Interferon Cytokine Res 20:1065-70.

38. Hadland, B. K., N. R. Manley, D. Su, **G. D. Longmore**, C. L. Moore, M. S. Wolfe, E. H. Schroeter, and R. Kopan. 2001. Gamma -secretase inhibitors repress thymocyte development. Proc Natl Acad Sci U S A 98:7487-91.

39. Afrikanova, I., E. Yeh, D. Bartos, S. S. Watowich, and **G. D. Longmore**. 2002. Oncogene cooperativity in Friend erythroleukemia: erythropoietin receptor activation by the env gene of SFFV leads to transcriptional upregulation of PU.1, independent of SFFV proviral insertion. Oncogene 21:1272-84.

40. Marie, H., D. Billups, F. K. Bedford, A. Dumoulin, R. K. Goyal, **G. D. Longmore**, S. J. Moss, and D. Attwell. 2002. The amino terminus of the glial glutamate transporter GLT-1 interacts with the LIM protein Ajuba. Mol Cell Neurosci 19:152-64.

41. Marie, H., S. J. Pratt, M. Betson, H. Epple, J. T. Kittler, L. Meek, S. J. Moss, S. Troyanovsky, D. Attwell, **G. D. Longmore**, and V. M. Braga. 2003. The LIM protein Ajuba is recruited to cadherin-dependent cell junctions through an association with alpha-catenin. J Biol Chem 278:1220-8. *** G. Longmore – communicating author**

42. Young, A. P., R. Nagarajan, and **G. D. Longmore**. 2003. Mechanisms of transcriptional regulation by Rb-E2F segregate by biological pathway. Oncogene 22:7209-17.

43. Young, A. P., and **G. D. Longmore**. 2004. Ras protects Rb family null fibroblasts from cell death: a role for AP-1. J Biol Chem 279:10931-8.

44. Young, A. P., and **G. D. Longmore**. 2004. Differences in stability of repressor complexes at promoters underlie distinct roles for Rb family members. Oncogene 23:814-23.

45. Young, A. P., and **G. D. Longmore**. 2004. Differential regulation of apoptotic genes by Rb in human versus mouse cells. Oncogene 23:2587-99.

46. Hadland, B. K., S. S. Huppert, J. Kanungo, Y. Xue, R. Jiang, T. Gridley, R. A. Conlon, A. M. Cheng, R. Kopan, and **G. D. Longmore**. 2004. A requirement for Notch1 distinguishes 2 phases of definitive hematopoiesis during development. Blood 104:3097-105.

47. Pratt, S. J., H. Epple, M. Ward, Y. Feng, V. M. Braga, and **G. D. Longmore**. 2005. The LIM protein Ajuba influences p130Cas localization and Rac1 activity during cell migration. J Cell Biol 168:813-24.

48. Kisseleva, M., Y. Feng, M. Ward, C. Song, R. A. Anderson, and **G. D. Longmore**. 2005. The LIM protein Ajuba regulates phosphatidylinositol 4,5-bisphosphate levels in migrating cells through an interaction with and activation of PIPKI alpha. Mol Cell Biol 25:3956-66.

49. Feng, Y., and **G. D. Longmore**. 2005. The LIM protein Ajuba influences interleukin-1-induced NF-kappaB activation by affecting the assembly and activity of the protein kinase Czeta/p62/TRAF6 signaling complex. Mol Cell Biol 25:4010-22.

50. **Longmore, G. D**. 2006. A unique role for Stat5 in recovery from acute anemia. J Clin Invest 116:626-8.

51. Feng, Y., Zhao, H., Luderer, H., Epple, H., Faccio, R., Ross, F. P., Teitelbaum, S. L., and **G. D. Longmore.** 2006. The LIM protein, LIMD1, regulates AP-1 activation through an interaction with TRAF6 to influence bone osteoclast development. J. Biol. Chem. 2006 Epub.

52. Guinto, J. B., Arur, S. Schultz, S. A., Kisseleva, M., **Longmore, G. D.**, and T. Wolff. 2006. CK2, a canonical Wnt signaling kinase, interacts with Strabismus and Disheveled to regulate non-canonical Wnt signaling in the *Drosophila* retina. In revision.

53. Ayyanathan, K., Goyal, R. K., **Longmore, G. D**., and F. J. Rauscher III. 2006. Functional analysis of the SNAG repression domain from the GFI-1 proto-oncogene: LIM domain proteins as mediators of SNAG repression. Submitted.

54. Langer, E. M., Feng, Y., Hou, Z., Rauscher III, F. J., Kroll, K. L., and **G. D. Longmore.** 2006. Ajuba LIM proteins are Snail corepressor required for neural crest development in *Xenopus*. In revision.

55. Feng, Y., Zhao, H., Lin, J., Wang, B., and **G. D. Longmore**. 2006. Multifunctional lentiviral-based gene knockdown with concurrent rescue controls for off-target effects of RNAi. Submitted.