# APPENDIX A

*Curriculum vitae*

## ALEXANDER M. KLIBANOV

**Date and Place of Birth:**     July 15, 1949, in Moscow (Russia)

**Nationality:**     Naturalized U.S. Citizen (1983)

**Education:**

| | |
|---|---|
| 1974 | Ph.D. in Chemical Enzymology, Moscow University |
| 1971 | M.S. in Chemistry, Moscow University |

**Honors:**

| | |
|---|---|
| 2006 | Distinguished GRUM Lecturer in Drug Discovery & Development, University of Montreal (Canada) |
| 2004 | UNAM Distinguished Lecturer, National University of Mexico (Mexico City) |
| 2001 | Walter Enz Lecturer in Pharmaceutical Chemistry, University of Kansas |
| 2001 | Elected a Corresponding Fellow of the Royal Society of Edinburgh (Scotland's National Academy of Science and Letters) |
| 2000 | Merck Distinguished Lecturer, Rutgers University |
| 2000 | Top 20 *Biotechnology & Bioengineering* Papers of the Last Forty Years |
| 1998 | Robert Lutz Lecturer, University of Virginia |
| 1996 | Perkin-Elmer Distinguished Lecturer, University of Pittsburgh |
| 1995 | Elected to the National Academy of Sciences of the U.S.A. |
| 1995 | Nathan O. Kaplan Memorial Lecturer in Biological Chemistry, University of California at San Diego |
| 1994 | R.W. Johnson PRI Lecturer, Pharmaceutical Research Institute |
| 1994 | Warren McCabe Lecturer, North Carolina State University |
| 1993 | Elected to the National Academy of Engineering of the U.S.A. |
| 1993 | Arthur C. Cope Scholar Award of the American Chemical Society |
| 1993 | Biotechnology Divisional Lectureship Award of the Institute of Food Technologists |
| 1992 | Charles Sabat Lecturer, Rutgers University |
| 1992 | Elected a Founding Fellow of the American Institute for Medical and Biological Engineering |
| 1992 | Louis C. Jordy Research Scholar Lecturer, Drew University |
| 1991 | International Enzyme Engineering Award |
| 1991 | Marvin J. Johnson Award of the American Chemical Society |
| 1990 | Monsanto Lecturer, Ohio State University |
| 1990 | NRC Distinguished Lecturer, Academia Sinica (Taiwan) |
| 1989 | Ipatieff Prize of the American Chemical Society |
| 1989 | Backer Lecturer, Groningen University (Holland) |
| 1988 | Dow Lecturer, University of Ottawa (Canada) |
| 1987 | Distinguished Scholar Lecturer, Hope College |
| 1986 | Leo Friend Award of the American Chemical Society |
| 1984 | Who's Who in Frontier Science and Technology |
| 1984 | Sohio Lecturer, Case Western Reserve University |
| 1982 | American Men and Women of Science |
| 1981-1983 | Henry L. Doherty Professorship |

1975                     U.S.S.R. Ministry of Higher Education Prize

**Professional Experience:**

1988-present            Professor of Chemistry
                        Department of Chemistry, M.I.T.

2000-present            Professor of Bioengineering
                        Department of Biological Engineering, M.I.T.

1987-1988               Professor of Applied Biochemistry
                        Department of Applied Biological Sciences, M.I.T.

1983-1987               Associate Professor of Applied Biochemistry
                        Department of Applied Biological Sciences (formerly
                        Department of Nutrition and Food Science), M.I.T.

1979-1983               Assistant Professor of Applied Biochemistry
                        Department of Nutrition and Food Science, M.I.T.

1977-1979               Postdoctoral Associate, Department of Chemistry
                        University of California at San Diego

1974-1977               Research Chemist
                        Department of Chemistry, Moscow University

**Journal Editorial/Advisory Boards:**

"Proceedings of the National Academy of Sciences of the USA." (1999-2005), "Biocatalysis and Biotransformation", "Applied Biochemistry and Biotechnology", "Central European Journal of Chemistry", "Biochimica et Biophysica Acta – Protein Structure & Molecular Enzymology" (1994-1996), "Biotechnology Progress", "Journal of Molecular Catalysis -- Enzymatic", "Biotechnology & Bioengineering", "Microbial Biotechnology", "Recent Patents in Biotechnology"

**Professional Societies:**

U.S. National Academy of Sciences, U.S. National Academy of Engineering, American Institute for Medical and Biological Engineering, American Chemical Society

**Major Research Interests:**

Biochemistry in Non-Aqueous Media          Stabilization and Formulation of Pharmaceuticals
Macromolecular Drug Delivery               Microbicidal Materials
Enzymes as Stereoselective Catalysts in Organic Syntheses

**Publications:**

1.  Varfolomeyev, S.D., Klibanov, A.M., Berezin, I.V.  1971.  Light-initiated enzymic activity caused by photostereoisomerization of *cis*-4-nitrocinnamoyl-α-chymotrypsin.  FEBS Lett.15: 118 -120.

2.  Varfolomeyev, S.D., Klibanov, A.M., Martinek, K., Berezin, I.V.  1972. Light-sensitive catalysts. 4-Nitrocinnamoyl residue as a chromophoric reporter group in the α-chymotrypsin active center. Dokl. Acad. Nauk  SSSR 203: 616-619.

3.   Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1974.  Mechanochemistry of catalytic systems.  Regulation by a mechanical action of the enzymatic properties of α-chymotrypsin covalently attached to a nylon fiber.  Dokl. Acad. Nauk SSSR 218: 715-718.

4.   Berezin, I.V., Varfolomeyev, S.D., Klibanov, A.M., Martinek, K.  1974. Light and ultrasonic regulation of α-chymotrypsin catalytic activity.  Proflavin as a light- and sound- sensitive competitive inhibitor.  FEBS Lett. 39: 329-331.

5.   Berezin, I.V., Klibanov, A.M., Martinek, K.  1974.  The mechanochemistry of immobilized enzymes.  How to steer a chemical process at the molecular level by a mechanical device.  Biochim. Biophys. Acta  364: 193-199.

6.   Berezin, I.V., Klibanov, A.M., Goldmacher, V.S., Martinek, K.  1974.  Mechanochemistry of catalytic systems.  Regulation by a mechanical action of the enzymatic activity of trypsin entrapped in polyacrylamide gel.  Dokl. Acad. Nauk SSSR  218: 367-370.

7.   Klibanov, A.M., Martinek, K., Berezin, I.V.  1974.  The effect of ultrasound on α-chymotrypsin.  A novel approach to studying conformational transitions in active centers of enzymes.  Biochemistry SSSR  39: 878-887.

8.   Berezin, I.V., Klibanov, A.M., Klyosov, A.A., Martinek, K., Svedas, V.K.  1975.  The effect of ultrasound as a new method of studying conformational transitions in enzyme active centers.  pH- and temperature-induced conformational transitions in the active center of penicillin amidase.  FEBS Lett. 49: 325-328.

9.   Berezin, I.V., Klibanov, A.M., Martinek, K.  1975.  Kinetic and thermodynamic aspects of catalysis by immobilized enzymes.  Russ. Chem. Revs. 44: 17-47.

10.  Martinek, K., Goldmacher, V.S., Klibanov, A.M., Berezin, I.V.  1975.  Denaturing agents (urea, acrylamide) protect enzymes against irreversible thermoinactivation: a study with native and immobilized α-chymotrypsin and trypsin.  FEBS Lett. 51: 152-155.

11.  Martinek, K., Klibanov, A.M., Tchernysheva, A.V., Berezin, I.V.  1975.  The stabilization of α-chymotrypsin by entrapment in polymethacrylate gels.  Dokl. Acad. Nauk SSSR 223: 233-236.

12.  Tchernysheva, A.V., Goldmacher, V.S., Klibanov, A.M., Martinek, K., Berezin, I.V.  1975.  The catalytic activity and thermostability of α-chymotrypsin oligomers entrapped in cross-linked polymeric gels.  Bull. Moscow Univ. 19: 428-431.

13.  Tchernysheva, A.V., Martinek, K., Klibanov, A.M., Mevkh, A.T., Berezin, I.V.  1975.  The catalytic properties and thermostability of  α-chymotrypsin in different polymethacrylate gels.  Izvestia Acad. Nauk SSSR, Ser. Khim. No.8: 1764-1768.

14.  Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1976.   Enzymatic mechano-chemistry: a new approach to studying the mechanism of enzyme action.  Biochim. Biophys. Acta 438: 1-12.

15.  Berezin, I.V., Klibanov, A.M., Samokhin, G.P., Martinek, K.  1976.  Mechanochemistry of immobilized enzymes: a new approach to studies in fundamental enzymology. Regulation by a mechanical device of the catalytic properties of enzymes covalently attached to elastic polymeric supports.  Meth. Enzymol. 44: 558-571.

16.    Berezin, I.V., Klibanov, A.M., Goldmacher, V.S., Martinek, K.  1976.  Mechanochemistry of immobilized enzymes: a new approach to studies in fundamental enzymology. Regulation by a mechanical device of the catalytic activity of enzymes trapped in polyacrylamide gel.  Meth. Enzymol. 44: 571-576.

17.    Klibanov, A.M., Kazanskaya, N.F., Larionova, N.I., Martinek, K., Berezin, I.V.  1976.  A comparative study of the dynamic structures of the active centers of proteolytic enzymes by the ultrasonic method. The effect of ultrasound on α-trypsin, ß-trypsin, and trypsinogen. J. Bioorg. Chem. (Russ.) 2: 828-836.

18.    Martinek, K., Goldmacher, V.S., Klibanov, A.M., Torchilin, V.P., Smirnov, V.N., Chazov, E.I., Berezin, I.V.  1976.  Thermal stabilization of α-chymotrypsin by covalent attachment to a complementary surface of a polymeric matrix. Dokl. Acad. Nauk SSSR 228: 1468-1471.

19.    Poglazov, B.F., Samokhin, G.P., Klibanov, A.M., Levitsky, D.I., Martinek, K., Berezin, I.V.  1977.  Mechanochemistry of the myosin molecule.  Dokl. Acad. Nauk SSSR 234: 482-485.

20.    Berezin, I.V., Klibanov, A.M., Samokhin, G.P., Goldmacher, V.S., Martinek, K.  1977.  Mechanosensitive and sound-sensitive systems as chemical amplifiers of weak signals. In: Biomedical Applications of Immobilized Enzymes and Proteins (T.M.S. Chang, ed.), vol. 2, pp. 237-251, Plenum Press, New York.

21.    Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1977.  A new mechanochemical method of enzyme immobilization.  Biotechnol. Bioeng. 19: 211-218.

22.    Martinek, K., Klibanov, A.M., Samokhin, G.P., Semenov, A.M., Berezin, I.V.  1977.  Preparative enzymatic synthesis in biphasic water-organic systems.  J. Bioorg. Chem. (Russ.) 3: 696-702.

23.    Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1977.  A new approach to preparative enzymatic synthesis.  Biotechnol. Bioeng. 19: 1351-1361.

24.    Martinek, K., Klibanov, A.M., Goldmacher, V.S., Berezin, I.V.  1977.  The principles of enzyme stabilization. I. Increase in thermostability of enzymes covalently bound to a complementary surface of a polymeric support in a multipoint fashion.  Biochim. Biophys. Acta 485: 1-12.

25.    Martinek, K., Klibanov, A.M., Goldmacher, V.S., Tchernysheva, A.V., Mozhaev, V.V., Berezin, I.V., Glotov, B.O.  1977.  The principles of enzyme stabilization. II. Increase in thermostability of enzymes as a result of multipoint non-covalent interactions with a polymeric support.  Biochim. Biophys. Acta 485: 13-28.

26.    Torchilin, V.P., Maksimenko, A.V., Smirnov, V.N., Martinek, K., Klibanov, A.M., Berezin, I.V.  1978.  The principles of enzymes stabilization.  III. The effect of the length of intramolecular cross-linking agents on the thermostability of enzymes.  Biochim. Biophys. Acta 522: 277-283.

27.    Samokhin, G.P., Klibanov, A.M., Martinek, K.  1978.  Photochemical immobilization of enzymes. Bull. Moscow Univ. 19: 433-436.

28.    Poglazov, B.F., Samokhin, G.P., Klibanov, A.M., Levitsky, D.I., Martinek, K., Berezin, I.V.  1978.  The effect of mechanical stretching of myosin rod part (fragment LMM + HMM S-2) on the ATPase activity of myosin. Biochim. Biophys. Acta 524: 245-253.

29.    Klibanov, A.M., Semenov, A.N., Samokhin, G.P., Martinek, K.  1978.   Enzymatic reactions in water-organic solutions.  The criterion for selecting optimal organic co-solvents.  J. Bioorg. Chem. (Russ.) 4: 236-242.

30.    Sinitsyn, A.P., Klibanov, A.M., Klesov, A.A., Martinek, K.  1978.  The dependence of stability of immobilized glycoamylase on the method of immobilization.  Appl. Biochem. Microbiol. (Russ.) 14: 236-242.

31.    Klibanov, A.M., Mozhaev, V.V.  1978.  On the mechanism of irreversible thermoinactivation of enzymes and possibilities for reactivation of "irreversibly" inactivated enzymes.  Biochem. Biophys. Res. Commun.  83: 1012-1017.

32.    Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1978.  A rationale for stabilization of oxygen- labile enzymes: application to a clostridial  hydrogenase.  Proc. Natl. Acad. Sci. USA  75: 3640-3643.

33.    Torchilin, V.P., Maksimenko, A.V., Smirnov, V.N., Berezin, I.V., Klibanov, A.M., Martinek, K.  1979.  The principles of enzyme stabilization. IV. Modification of "key" functional groups in the tertiary structure of proteins.  Biochim. Biophys. Acta 567: 1-11.

34.    Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1979.  Chelating agents protect hydrogenase against oxygen inactivation.  Biochim. Biophys. Acta  547: 411-416.

35.    Klibanov, A.M.  1979.  Stabilization of enzymes by immobilization. Anal. Biochem. 93: 1-25.

36.    Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1980.  Thermal stabilities of membrane-bound, solubilized and artificially immobilized hydrogenase from Chromatium vinosum.  Arch. Biochem. Biophys. 199: 545-549.

37.    Klibanov, A.M., Puglisi, A.V.  1980.  The regeneration of coenzymes using immobilized hydrogenase.  Biotechnol. Lett. 2: 445-450.

38.    Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1980.  Approaches to stabilization of hydrogenase and nitrogenase against oxygen inactivation.  In: Enzyme Engineering V (H.H. Weetall and G.P. Royer, eds.), pp.135-142, Plenum Press, New York.

39.    Klibanov, A.M., Alberti, B.N., Morris, E.D., Felshin, L.M.  1980.   Enzymatic removal of toxic phenols and anilines from waste waters.  J. Appl. Biochem. 2: 414-421.

40.    Khan, S.M., Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1981.  The effect of electron carriers and other ligands on oxygen stability of clostridial hydrogenase.  Biochim. Biophys. Acta 659: 457-465.

41.    Klibanov, A.M., Morris, E.D.  1981.  Horseradish peroxidase for the removal of carcinogenic aromatic amines from water.  Enzyme Microb. Technol. 3: 119-122.

42.    Klibanov, A.M., Huber, J.  1981.  Application of immobilized hydrogenase for the de-tritiation of water.  Biotechnol. Bioeng. 23: 1537-1551.

43.    Klibanov, A.M., Barta, T.E.  1981.  Protection of immobilized sulfhydryl groups against auto-oxidation by alterations in their microenvironment.  Appl. Biochem. Biotechnol. 6: 201-207.

44.    Alberti, B.N., Klibanov, A.M.  1981.  Enzymatic removal of dissolved aromatics from industrial aqueous effluents.  Biotechnol. Bioeng. Symp. 11: 373-379.

45.    Klibanov, A.M., Berman, Z., Alberti, B.N.  1981.  Preparative hydroxylation of aromatic compounds catalyzed by peroxidase.  J. Am. Chem. Soc. 103: 6263-6264.

46.    Klibanov, A.M., Alberti, B.N., Zale, S.E.  1982.  Enzymatic synthesis of formic acid from $H_2$ and $CO_2$ and production of hydrogen from formic acid.  Biotechnol. Bioeng. 24: 25-36.

47.    Maneepun, S., Klibanov, A.M.  1982.  Stabilization of microbial proteases against autolysis using acylation with dicarboxylic acid anhydrides.  Biotechnol. Bioeng. 24: 483-486.

48.    Klibanov, A.M., Giannousis, P.P.  1982.  Geometrically specific oxidation of ß-arylacroleins catalyzed by xanthine oxidase: the preparative potential.  Biotechnol. Lett. 4: 57-60.

49.    Alberti, B.N., Klibanov, A.M.  1982.  Preparative production of hydroquinone from benzoquinone catalyzed by immobilized glucose oxidase.  Enzyme Microb. Technol. 4: 47-49.

50.    Klibanov, A.M., Siegel, E.H.  1982.  Geometric specificity of porcine liver carboxyl esterase and its application for the production of cis arylacrylic esters.  Enzyme Microb. Technol. 4: 172-174.

51.    Klibanov, A.M., Giannousis, P.P.  1982.  Geometric specificity of alcohol dehydrogenases and its potential for separation of trans and cis isomers of unsaturated aldehydes.  Proc. Natl. Acad. Sci. USA 79: 3462-3465.

52.    Klibanov, A.M., Weare, N.M.  1982.  Oxygen inactivation and stabilization of Azotobacter nitrogenase.  In: From Cyclotrones to Cytochromes (N.O. Kaplan and A.B. Robinson, eds.), pp. 509-516, Academic Press, New York.

53.    Zale, S.E., Klibanov, A.M.  1982.  Application of immobilized hydrogenase to $H_2$ storage in concentrated solutions of methyl viologen.  Appl. Biochem. Biotechnol. 7: 317-323.

54.    Klibanov, A.M., Alberti, B.N., Marletta, M.A.  1982.  Stereospecific  oxidation of aliphatic alcohols catalyzed by galactose oxidase.  Biochem. Biophys. Res. Commun. 108: 804-808.

55.    Pungor, E., Klibanov, A.M., Cooney, C.L., Weaver, J.C.  1982.  Continuous [2]HHO determination in $H_2O$ solutions by a computer-controlled mass spectrometer.  Biomed. Mass Spectrom. 9: 181-185.

56.    Klibanov, A.M.  1983.  Unconventional catalytic properties of conventional enzymes: applications in organic chemistry.  In: The Biological Basis of New Developments in Biotechnology (A. Hollaender, A.I. Laskin, and P. Rogers, eds.), pp. 497-518, Plenum Press, New York.

57.    Klibanov, A.M.  1983.  Biotechnological potential of the enzyme hydrogenase.  Process Biochem. 18: 13-16.

58.    Pelsy, G., Klibanov, A.M. 1983.  Remarkable positional (regio-) specificity of xanthine oxidase and some dehydrogenases in the reactions with substituted benzaldehydes.  Biochim. Biophys. Acta 742: 352-357.

59.   Klibanov, A.M.  1983.  Stabilization of enzymes against thermal inactivation.  Adv. Appl. Microbiol. 29: 1-28.

60.   Klibanov, A.M., Chendrasekhar, A., Alberti, B.N.  1983.  Enzymatic separation of *cis* and *trans* isomers of alicyclic alcohols.  Enzyme Microb. Technol. 5: 265-268.

61.   Klibanov, A.M.  1983.  Immobilized enzymes and cells as practical catalysts.  Science 219: 722-727.

62.   Pelsy, G., Klibanov, A.M.  1983.  Preparative separation of α- and ß- naphthols catalyzed by immobilized sulfatase.  Biotechnol. Bioeng. 25: 919-928.

63.   Zale, S.E., Klibanov, A.M.  1983.  On the role of reversible denaturation (unfolding) in the irreversible thermal inactivation of enzymes.  Biotechnol. Bioeng. 25: 2221-2230.

64.   Klibanov, A.M., Tu, T.-M., Scott, K.P.  1983.  Peroxidase-catalyzed removal of phenols from coal conversion wastewaters.  Science 221: 259-261.

65.   Atlow, S.C., Bonadonna-Aparo, L., Klibanov, A.M.  1984.  Dephenolization of industrial wastewaters catalyzed by polyphenol oxidase.  Biotechnol. Bioeng. 26: 599-603.

66.   Cambou, B., Klibanov, A.M.  1984.  Preparative production of optically active esters and alcohols using esterase-catalyzed stereospecific transesterifications in organic media.  J. Am. Chem. Soc. 106: 2687-2692.

67.   Dropsy, E.P., Klibanov, A.M.  1984.  Cholinesterase-catalyzed resolution of D,L-carnitine.  Biotechnol. Bioeng. 26: 911-915.

68.   Cambou, B., Klibanov, A.M.  1984.  Lipase-catalyzed production of optically active acids via asymmetric hydrolysis of esters: effect of the alcohol moiety.  Appl. Biochem. Biotechnol. 9: 255-260.

69.   Zaks, A., Klibanov, A.M.  1984.  Enzymatic catalysis in organic media at 100$^{\circ}$C. Science 224: 1249-1251.

70.   Cambou, B., Klibanov, A.M.  1985.  Comparison of different strategies for the lipase- catalyzed preparative resolution of racemic acids and alcohols: asymmetric hydrolysis, esterification, and transesterification.  Biotechnol. Bioeng. 26: 1449-1454.

71.   Scollar, M.P., Sigal, G., Klibanov, A.M.  1985.  Preparative resolution of D,L-threonine catalyzed by immobilized phosphatase.  Biotechnol. Bioeng. 27: 247-252.

72.   Ahern, T.J., Klibanov, A.M.  1985.  The mechanism of irreversible enzyme inactivation at 100°C.  Science 228: 1280-1284.

73.   Cesti, P., Zaks, A., Klibanov, A.M.  1985.  Preparative regioselective acylation of glycols by enzymatic transesterification in organic solvents.  Appl. Biochem. Biotechnol. 11: 401-407.

74.   Zaks, A., Klibanov, A.M.  1985.  Enzyme-catalyzed processes in organic solvents. Proc. Natl. Acad. Sci. USA 82: 3192-3196.

75.  Kazandjian, R.Z., Klibanov, A.M.  1985.  Regioselective oxidation of phenols catalyzed by polyphenol oxidase in chloroform. J. Am. Chem. Soc. 107: 5448-5450.

76.  Kirchner, G., Scollar, M.P., Klibanov, A.M.  1985.  Resolution of racemic mixtures via lipase catalysis in organic solvents.  J. Am. Chem. Soc. 107: 7072-7076.

77.  Lavin, A., Sung, C., Klibanov, A.M., Langer, R.S.  1985.  Enzymatic removal of bilirubin from the blood: a potential treatment of neonatal jaundice. Science 230: 543-545.

78.  Hammond, D.A., Karel, M., Klibanov, A.M., Krukonis, V.J.  1985.   Enzymatic reactions in supercritical gases.  Appl. Biochem. Biotechnol. 11: 393-400.

79.  Kazandjian, R.Z., Dordick, J.S., Klibanov, A.M.  1986.  Enzymatic analyses in organic solvents. Biotechnol. Bioeng. 28: 417-421.

80.  Klibanov, A.M.  1986.  Enzymes that work in organic solvents.  CHEMTECH 16: 354-359.

81.  Dordick, J.S., Klibanov, A.M., Marletta, M.A.  1986.  Horseradish peroxidase-catalyzed hydroxylations: mechanistic studies. Biochemistry.  25: 2946-2951.

82.  Sung, C., Lavin, A., Klibanov, A.M., Langer, R.  1986.  An immobilized enzyme reactor for the detoxification of bilirubin.  Biotechnol. Bioeng.  28: 1531-1539.

83.  Zaks, A., Klibanov, A.M.  1986.  Substrate specificity of enzymes in organic solvents vs. water is reversed. J. Am. Chem. Soc. 108: 2767-2768.

84.  Dordick, J.S., Marletta, M.A., Klibanov, A.M.  1986.  Peroxidases depolymerize lignin in organic media but not in water.  Proc. Natl. Acad. Sci. USA 83: 6255-6257.

85.  Zale, S.E., Klibanov, A.M.  1986.  Why does ribonuclease irreversibly inactivate at high temperatures?  Biochemistry 25: 5432-5444.

86.  Grunwald, J., Wirz, B., Scollar, M.P., Klibanov, A.M.  1986.  Asymmetric oxidoreductions catalyzed by alcohol dehydrogenase in organic solvents.  J. Am. Chem. Soc. 108: 6732-6734.

87.  Therisod, M., Klibanov, A.M.  1986.  Facile enzymatic preparation of monoacylated sugars in pyridine.  J. Am. Chem. Soc. 108: 5638-5640.

88.  Boeriu, C.G., Dordick, J.S., Klibanov, A.M.  1986.  Enzymatic reactions in liquid and solid paraffins: application for enzyme-based temperature abuse sensors.  Bio/Technology 4: 997-999.

89.  Klibanov, A.M., Cambou, B.  1987.  Enzymatic production of optically active compounds in biphasic aqueous-organic systems.  Meth. Enzymol. 136C: 117-137.

90.  Ahern, T.J., Casal, J.I., Petsko, G.A., Klibanov, A.M.  1987.  Control of oligomeric enzyme thermostability by protein engineering.  Proc. Natl.  Acad. Sci. USA 84: 675-679.

91.  Shaw, J.F., Klibanov, A.M.  1987.  Preparation of various glucose esters via lipase-catalyzed hydrolysis of glucose pentaacetate.  Biotechnol. Bioeng. 29: 648-651.

92.   Casal, J.I., Ahern, T.J., Davenport, R.C., Petsko, G.A., Klibanov, A.M.  1987.  Subunit interface of triosephosphate isomerase:  site-directed mutagenesis and characterization of the altered enzyme. Biochemistry 26: 1258-1264.

93.   Dordick, J.S., Marletta, M.A., Klibanov, A.M.  1987.  Polymerization of phenols catalyzed by peroxidase in non-aqueous media.  Biotechnol. Bioeng. 30: 31-36.

94.   Visuri, K., Klibanov, A.M.  1987.  Enzymatic production of high fructose corn syrup (HFCS) containing 55% fructose in aqueous ethanol.  Biotechnol. Bioeng. 30: 917-920.

95.   Margolin, A.L., Crenne, J.-Y., Klibanov, A.M.  1987.  Stereoselective oligomerizations catalyzed by lipase in organic solvents.  Tetrahedron Lett. 28: 1607-1610.

96.   Volkin, D.B., Klibanov, A.M.  1987.  Thermal destruction processes in proteins involving cystine residues.  J. Biol. Chem. 262: 2945-2950.

97.   Therisod, M., Klibanov, A.M.  1987.  Regioselective acylation of secondary hydroxyl groups in sugars catalyzed by lipases in organic solvents.  J. Am. Chem. Soc. 109: 3977-3981.

98.   Ahern, T.J., Klibanov, A.M.  1987.  Analysis of processes causing thermal inactivation of enzymes.  Meth. Biochem. Analysis 33: 91-127.

99.   Margolin, A.L., Klibanov, A.M.  1987.  Peptide synthesis catalyzed by lipases in anhydrous organic solvents.  J. Am. Chem. Soc. 109: 3802-3804.

100.  Barzana, E., Klibanov, A.M., Karel, M.  1987.  Enzyme-catalyzed gas phase reactions.  Appl. Biochem. Biotechnol. 15: 25-34.

101.  Margolin, A.L., Tai, D.-F., Klibanov, A.M.  1987.  Incorporation of D-amino acids into peptides via enzymatic condensation in organic solvents.  J. Am. Chem. Soc. 109: 7885-7887.

102.  Chopineau, J., McCafferty, F.D., Therisod, M., Klibanov, A.M.  1988.  Production of biosurfactants from sugar alcohols and vegetable oils catalyzed by lipases in a non-aqueous medium.  Biotechnol. Bioeng. 31: 208-214.

103.  Mullon, C.J.P., Klibanov, A.M., Langer, R.  1988.  Kinetics of soluble bilirubin oxidase and modelling of an immobilized bilirubin oxidase reactor for bilirubin detoxification.  Biotechnol. Bioeng. 31: 536-546.

104.  Riva, S., Chopineau, J., Kieboom, A.P.G., Klibanov, A.M.  1988.  Protease-catalyzed regioselective esterification of sugars and related compounds in anhydrous dimethylformamide.  J. Am. Chem. Soc. 110: 584-589.

105.  Tomazic, S.J., Klibanov, A.M.  1988.  Mechanisms of irreversible thermal inactivation of Bacillus α-amylases.  J. Biol. Chem. 263: 3086-3091.

106.  Tomazic, S.J., Klibanov, A.M.  1988.  Why is one Bacillus α-amylase more resistant against irreversible thermoinactivation than another?  J. Biol. Chem. 263: 3092-3096.

107.    Zaks, A., Klibanov, A.M.  1988.  Enzymatic catalysis in non-aqueous solvents. J. Biol. Chem. 263: 3194-3201.

108.    Riva, S., Klibanov, A.M.  1988.  Enzymo-chemical regioselective oxidation of steroids without oxidoreductases.  J. Am. Chem. Soc. 110: 3291-3295.

109.    Zaks, A., Klibanov, A.M.  1988.  The effect of water on enzyme action in organic media.  J. Biol. Chem. 263: 8017-8021.

110.    Russell, A.J., Klibanov, A.M.  1988.  Inhibitor-induced enzyme activation in organic solvents. J. Biol. Chem. 263: 11624-11626.

111.    Weaver, J.C., Williams, G.B., Klibanov, A.M., Demain, A.L.  1988.  Gel microdroplets: rapid detection and enumeration of individual microorganisms by their metabolic activity. Bio/Technology 6: 1084-1089.

112.    Kitaguchi, H., Tai, D.-F., Klibanov, A.M.  1988.  Enzymatic formation of an isopeptide bond involving the ε-amino group of lysine.  Tetrahedron Lett. 29: 5487-5488.

113.    Sakurai, T., Margolin, A.L., Russell, A.J., Klibanov, A.M.  1988.  Control of enzyme enantio-selectivity by the reaction medium.  J. Am. Chem. Soc. 110: 7236-7237.

114.    Volkin, D.B., Klibanov, A.M.  1989.  Mechanism of thermoinactivation of immobilized glucose isomerase.  Biotechnol. Bioeng. 33: 1104-1111.

115.    Chinsky, N., Margolin, A.L., Klibanov, A.M.  1989.  Chemoselective enzymatic monoacylation of bifunctional compounds.  J. Am. Chem. Soc. 111: 386-388.

116.    Russell, A.J., Trudel, L.J., Skipper, P.L., Groopman, J.D., Tannenbaum, S.R., Klibanov, A.M. 1989.  Antibody-antigen binding in organic solvents.  Biochem. Biophys. Res. Commun. 158: 80-85.

117.    Barzana, E., Karel, M., Klibanov, A.M.  1989.  Enzymatic oxidation of ethanol in the gaseous phase.  Biotechnol. Bioeng. 34: 1178-1185.

118.    Kitaguchi, H., Fitzpatrick, P.A., Huber, J.E., Klibanov, A.M.  1989.  Enzymatic resolution of racemic amines: crucial role of the solvent.  J. Am. Chem. Soc. 111: 3094-3095.

119.    Dorval, B.L., Chow, M., Klibanov, A.M.  1989.  Stabilization of poliovirus against heat inactivation.  Biochem. Biophys. Res. Commun.  159: 1177-1183.

120.    Barzana, E., Klibanov, A.M., Karel, M. 1989.  A colorimetric method for the enzymatic analysis of gases: the determination of ethanol and formaldehyde vapors using solid alcohol oxidase. Anal. Biochem. 182: 109-115.

121.    Volkin, D.B., Klibanov, A.M. 1989.  Minimizing protein inactivation.  In: Protein Function - A Practical Approach (T.E. Creighton, ed.), pp. 1-24, IRL Press, Oxford.

122.    Klibanov, A.M.  1989.  Enzymatic catalysis in anhydrous organic solvents.  Trends  Biochem. Sci. 14: 141-144.

123.    Kanerva, L.T., Klibanov, A.M.  1989.  Hammett analysis of enzyme action in organic solvents.  J. Am. Chem. Soc. 111: 6864-6865.

124.    Burke, P.A., Smith, S.O., Bachovchin, W.W., Klibanov, A.M.  1989.  Demonstration of structural integrity of an enzyme in organic solvents by solid-state NMR.  J. Am. Chem. Soc. 111: 8290-8291.

125.    Kitaguchi, H., Klibanov, A.M.  1989.  Enzymatic peptide synthesis via segment condensation in the presence of water mimics.  J. Am. Chem. Soc. 111: 9272-9273.

126.    Braco, L., Dabulis, K., Klibanov, A.M.  1990.  Design of novel receptors by molecular imprinting of proteins. Proc. Natl. Acad. Sci. USA  87: 274-277.

127.    Margolin, A.L., Klibanov, A.M.  1990.  Enzymatic synthesis of peptides in anhydrous organic solvents. In: Peptides. Chemistry, Structure and Biology (J.E. Rivier and G.R. Marshall, eds.), pp. 355-359, ESCOM Science Publishers, Leiden.

128.    Dorval, B.L., Chow, M., Klibanov, A.M.  1990.  Lysine and other diamines dramatically stabilize poliovirus against thermoinactivation.  Biotechnol. Bioeng. 35: 1051-1054.

129.    Klibanov, A.M.  1990.  Asymmetric transformations catalyzed by enzymes in organic solvents. Acc. Chem. Res. 23: 114-120.

130.    Adams, K.A.H., Chung, S.-H., Klibanov, A.M.  1990.  Kinetic isotope effect investigation of enzyme mechanism in organic solvents.  J. Am. Chem. Soc. 112: 9418-9419.

131.    Liu, W.R., Langer, R., Klibanov, A.M.  1991.  Moisture-induced aggregation of lyophilized proteins in the solid state.  Biotechnol. Bioeng. 37: 177-184.

132.    Rubio, E., Fernandez-Mayorales, A., Klibanov, A.M.  1991.  Effect of the solvent on enzyme regioselectivity.  J. Am. Chem. Soc. 113: 695-696.

133.    Chang, N., Hen, S.J., Klibanov, A.M.  1991.  Protein separation and purification in neat dimethyl sulfoxide (DMSO).  Biochem. Biophys. Res. Commun. 176: 1462-1468.

134.    Volkin, D.B., Staubli, A., Langer, R., Klibanov, A.M.  1991.  Enzyme thermoinactivation in anhydrous organic solvents.  Biotechnol. Bioeng. 37: 843-853.

135.    Schulze, B., Klibanov, A.M.  1991.  Inactivation and stabilization of subtilisins in neat organic solvents.  Biotech. Bioeng. 38: 1001-1006.

136.    Fitzpatrick, P.A., Klibanov, A.M.  1991.  How can the solvent affect enzyme enantioselectivity? J. Am. Chem. Soc. 113: 3166-3171.

137.    Margolin, A.L., Fitzpatrick, P.A., Dubin, P.L., Klibanov, A.M.  1991. Chemo-enzymatic synthesis of optically active (meth)acrylic polymers.  J. Am. Chem. Soc. 113: 4693-4694.

138.    Sluzky, V., Tamada, J.A., Klibanov, A.M., Langer, R.  1991.  Kinetics of insulin aggregation in aqueous solutions upon agitation in the presence of hydrophobic surfaces.  Proc. Natl. Acad. Sci. USA 88: 9377-9381.

139.  Gardossi, L., Bianchi, D., Klibanov, A.M.  1991.  Selective acylation of peptides catalyzed by lipases in organic solvents.  J. Am. Chem. Soc. 113: 6328-6329.

140.  Kitaguchi, H., Ono, M., Itoh, I., Klibanov, A.M.  1991.  Regioselective modification of lysine's amino groups by proteases.  Agric. Biol. Chem. 55: 3067-3073.

141.  Dabulis, K., Klibanov, A.M.  1992.  Molecular imprinting of proteins and other macromolecules resulting in new adsorbents.  Biotechnol. Bioeng. 39: 176-185.

142.  Chang, N., Klibanov, A.M.  1992.  Chromatographic separation of proteins in neat organic solvents.  Biotechnol. Bioeng. 39: 575-578.

143.  Tawaki, S., Klibanov, A.M.  1992.  Inversion of enzyme enantioselectivity mediated by the solvent.  J. Am. Chem. Soc. 114: 1882-1884.

144.  Fitzpatrick, P.A., Ringe, D., Klibanov, A.M.  1992.  Computer-assisted modeling of subtilisin enantioselectivity in organic solvents.  Biotechnol. Bioeng. 40: 735-742.

145.  Sluzky, V., Klibanov, A.M., Langer, R.  1992.  Mechanism of insulin aggregation and stabilization in agitated aqueous solutions.  Biotechnol. Bioeng. 40: 895-903.

146.  Burke, P.A., Griffin, R.G., Klibanov, A.M.  1992.  Solid-state NMR assessment of enzyme active center structure under nonaqueous conditions.  J. Biol. Chem. 267: 20057-20064.

147.  Klyachko, N.L., Klibanov, A.M.  1992.  Oxidation of dibenzothiophene catalyzed by hemoglobin and other hemoproteins in various aqueous-organic media.  Appl. Biochem. Biotechnol. 37: 53-68.

148.  Narayan, V.S., Klibanov, A.M.  1993.  Are water-immiscibility and apolarity of the solvent relevant to enzyme efficiency?  Biotechnol. Bioeng. 41: 390-393.

149.  Dabulis, K., Klibanov, A.M.  1993.  Dramatic enhancement of enzymatic activity in organic solvents by lyoprotectants. Biotechnol. Bioeng. 41: 566-571.

150.  Terradas, F., Teston-Henry, M., Fitzpatrick, P.A., Klibanov, A.M.  1993.  Marked dependence of enzyme prochiral selectivity on the solvent.  J. Am. Chem. Soc. 115: 390-396.

151.  Burke, P.A., Griffin, R.G., Klibanov, A.M.  1993.  Solid-state NMR investigation of the solvent dependence of tyrosyl ring motion in an enzyme.  Biotechnol. Bioeng. 42: 87-94.

152.  Wescott, C.R., Klibanov, A.M.  1993.  Solvent variation inverts substrate specificity of an enzyme.  J. Am. Chem. Soc. 115: 1629-1631.

153.  Fitzpatrick, P.A., Steinmetz, A.C.U., Ringe, D., Klibanov, A.M.  1993.  Enzyme crystal structure in a neat organic solvent.  Proc. Natl. Acad. Sci. USA 90: 8653-8657.

154.  Tawaki, S., Klibanov, A.M.  1993.  Chemoselectivity of enzymes in anhydrous media is strongly solvent dependent.  Biocatalysis 8: 3-19.

155.  Klibanov, A.M.  1993.  Enzyme catalysis without water.  R&D Innovator 2(4): 1-7.

156.  Ikeda, I., Klibanov, A.M.  1993. Lipase-catalyzed acylation of sugars solubilized in hydrophobic solvents by complexation. Biotechnol. Bioeng. 42: 788-791.

157.  Wescott, C.R., Klibanov, A.M.  1993.  Predicting the solvent dependence of enzymatic substrate specificity using semi-empirical thermodynamic calculations.  J. Am. Chem. Soc. 115: 10362-10363.

158.  Costantino, H.R., Langer, R., Klibanov, A.M.  1994.  Moisture-induced aggregation of lyophilized insulin.  Pharm. Res. 11: 21-29.

159.  Bromberg, L.E., Klibanov, A.M. 1994.  Detergent-enabled transport of proteins and nucleic acids through hydrophobic solvents.  Proc. Natl. Acad. Sci. USA 91: 143-147.

160.  Chin, J.T., Wheeler, S.L., Klibanov, A.M. 1994.  On protein solubility in organic solvents. Biotechnol. Bioeng. 44: 140-145.

161.  Fitzpatrick, P.A., Ringe, D., Klibanov, A.M. 1994. X-Ray crystal structure of cross-linked subtilisin Carlsberg in water *vs.* acetonitrile.  Biochem. Biophys. Res. Commun. 198: 675-681.

162.  Wescott, C.R., Klibanov, A.M. 1994. The solvent dependence of enzyme specificity.  Biochim. Biophys. Acta 1206: 1-9.

163.  Orsat, B., Drtina, G.J., Williams, M.G., Klibanov, A.M. 1994.  Effect of support material and enzyme pretreatment on enantioselectivity of immobilized subtilisin in organic solvents. Biotechnol. Bioeng. 44: 1265-1269.

164.  Desai, U.R., Osterhout, J.J., Klibanov, A.M. 1994.  Protein structure in the lyophilized state: a hydrogen isotope exchange/NMR study with bovine pancreatic trypsin inhibitor.  J. Am. Chem. Soc. 116: 9420-9422.

165.  Costantino, H.R., Langer, R., Klibanov, A.M. 1994.  Solid-phase aggregation of proteins under pharmaceutically relevant conditions.  J. Pharm. Sci. 83: 1662-1669.

166.  Bromberg, L.E., Klibanov, A.M.  1995.  Transport of proteins dissolved in organic solvents across biomimetic membranes.  Proc. Natl. Acad. Sci. USA 92: 1262-1266.

167.  Magner, E., Klibanov, A.M.  1995.  The oxidation of chiral alcohols catalyzed by catalase in organic solvents.  Biotechnol. Bioeng. 46: 175-179.

168.  Desai, U.R., Klibanov, A.M. 1995. Assessing the structural integrity of a lyophilized protein in organic solvents.  J. Am. Chem. Soc. 117: 3940-3945.

169   Ferrante, A.A., Augliera, J., Lewis, K., Klibanov, A.M.  1995.  Cloning of an organic solvent resistance gene in *E. coli*: the unexpected role of alkylhydroperoxide reductase.  Proc. Natl. Acad. Sci. USA 92: 7617-7621.

170.  Costantino, H.R., Langer, R., Klibanov, A.M.  1995.  Aggregation of a lyophilized pharmaceutical protein, recombinant human albumin: effect of moisture and stabilization by excipients. Bio/Technology 13: 493-496.

171.  Klibanov, A.M.  1995.  Enzyme memory – What is remembered and why?  Nature 374: 596.

172.  Griebenow, K., Klibanov, A.M.  1995.  Lyophilization-induced changes in the secondary structure of proteins.  Proc. Natl. Acad. Sci. USA 92: 10969-10976.

173.  Costantino, H.R., Griebenow, K., Mishra, P., Langer, R., Klibanov, A.M.  1995.  Fourier-transform infrared (FTIR) spectroscopic investigation of protein stability in the lyophilized form.  Biochim. Biophys. Acta 1253: 69-74.

174.  Schwendeman, S.P., Costantino, H.R., Gupta, R.K., Siber, G.R., Klibanov, A.M., Langer, R.  1995.  Stabilization of tetanus and diphtheria toxoids against moisture-induced aggregation.  Proc. Natl. Acad. Sci. USA 92: 11234-11238.

175.  Almarsson, O., Klibanov, A.M.  1996.  Remarkable activation of enzymes in nonaqueous media by denaturing organic cosolvents.  Biotechnol. Bioeng. 49: 87-92.

176.  Schwendeman, S.P., Cardamone, M., Klibanov, A.M., Langer, R., Brandon, M.R.  1996.  Stability of proteins and their delivery from biodegradable polymer microspheres.  In: Microparticulate Systems for the Delivery of Proteins and Vaccine (S. Cohen and H. Bernstein, eds.), pp. 1-49, M. Dekker, New York.

177.  Louwrier, A., Drtina, G.J., Klibanov, A.M.  1996.  On the issue of interfacial activation of lipase in nonaqueous media.  Biotechnol. Bioeng. 50: 1-5.

178.  Schmitke, J.L., Wescott, C.R., Klibanov, A.M.  1996.  The mechanistic dissection of the plunge in enzymatic activity upon transition from water to anhydrous solvents.  J. Am. Chem. Soc. 118: 3360-3365.

179.  Noritomi, H., Almarsson, O., Barletta, G.L., Klibanov, A.M.  1996.  The influence of the mode of enzyme preparation on enzymatic enantioselectivity in organic solvents and its temperature dependence.  Biotechnol. Bioeng. 51: 95-99.

180.  Ke, T., Wescott, C.R., Klibanov, A.M.  1996.  Prediction of the solvent dependence of enzymatic prochiral selectivity by means of structure-based thermodynamic calculations.  J. Am. Chem. Soc. 118: 3366-3374.

181.  Mishra, P., Griebenow, K., Klibanov, A.M.  1996.  Structural basis for the molecular memory of imprinted proteins in anhydrous media.  Biotechnol. Bioeng. 52: 609-614.

182.  Xu, K., Klibanov, A.M.  1996.  pH Control of the catalytic activity of cross-linked enzyme crystals in organic solvents.  J. Am. Chem. Soc. 118: 9815-9819.

183.  Koskinen, A.M.P., Klibanov, A.M., eds. 1996.  Enzymatic Reactions in Organic Media,  Blackie Academic & Professional, London.

184.  Wescott, C.R., Noritomi, H., Klibanov, A.M.  1996.  Rational control of enzymatic enantio-selectivity by solvation thermodynamics.  J. Am. Chem. Soc. 118:10365-10370.

185.  Costantino, H.R., Schwendeman, S.P., Griebenow, K., Klibanov, A.M., Langer, R.  1996.  The secondary structure and aggregation of lyophilized tetanus toxoid.  J. Pharm. Sci. 85: 1290-1293.

186.  Griebenow, K., Klibanov, A.M.  1996.  On protein denaturation in aqueous-organic mixtures but not in pure organic solvents.  J. Am. Chem. Soc. 118: 11695-11700.

187.  Costantino, H.R., Shieh, L., Klibanov, A.M., Langer, R.  1997.  Heterogeneity of serum albumin samples with respect to solid-state aggregation via thiol-disulfide interchange – implications for sustained release from polymers.  J. Controlled Release 44: 255-261.

188.  Costantino, H.R., Griebenow, K., Langer, R., Klibanov, A.M.  1997.  On the "pH memory" of lyophilized compounds containing protein functional groups.  Biotechnol. Bioeng. 53:345-348.

189.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1997.  Crystal structure of subtilisin Carlsberg in anhydrous dioxane and its comparison with those in water and acetonitrile.  Proc. Natl. Acad. Sci. USA 94: 4250-4255.

190.  Griebenow, K., Klibanov, A.M.  1997.  Can conformational changes be responsible for solvent and excipient effects on the catalytic behavior of subtilisin Carlsberg in organic solvents?  Biotechnol. Bioeng. 53: 351-362.

191.  Klibanov, A.M.  Why are enzymes less active in organic solvents than in water?  1997.  Trends Biotechnol. 15: 97-101.

192.  Wescott, C.R., Klibanov, A.M.  1997.  Thermodynamic analysis of the solvent effect on substrate specificity of lyophilized enzymes suspended in organic media.  Biotechnol. Bioeng. 56: 340-344.

193.  Costantino, H.R., Liauw, S., Mitragotri, S., Langer, R., Klibanov, A.M., Sluzky, V.  1997.  The pharmaceutical development of insulin: historical perspectives and future directions.  ACS Symp. Ser. 675: 29-66.

194.  Xu, K., Griebenow, K., Klibanov, A.M.  1997.  Correlation between catalytic activity and secondary structure of subtilisin dissolved in organic solvents.  Biotechnol. Bioeng. 56: 485-491.

195.  Rariy, R.V., Klibanov, A.M.  1997.  Correct protein folding in glycerol.  Proc. Natl. Acad. Sci. USA 94: 13520-13523.

196.  Ke, T., Tidor, B., Klibanov, A.M.  1998.  Molecular-modeling calculations of enzymatic enantioselectivity taking hydration into account.  Biotechnol. Bioeng. 57: 741-745.

197.  Costantino, H.R., Schwendeman, S.P., Langer, R., Klibanov, A.M.  1998.  Deterioration of lyophilized pharmaceutical proteins.  Biochemistry (Moscow) 63: 422-429.

198.  Ke, T., Klibanov, A.M.  1998.  On enzymatic activity in organic solvents as a function of enzyme history.  Biotechnol. Bioeng. 57: 746-750.

199.  Luque, S., Ke, T., Klibanov, A.M.  1998.  On the role of transition-state substrate desolvation in enzymatic enantioselectivity in aqueous-organic mixtures.  Biocatalysis Biotrans. 16: 233-248.

200.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1998.  Comparison of X-ray crystal structures of an acyl-enzyme intermediate of subtilisin Carlsberg formed in water and in anhydrous acetonitrile.  Proc. Natl. Acad. Sci. USA 95: 12918-12923.

201.  Ke, T., Klibanov, A.M.  1998.  Insights into the solvent dependence of chymotryptic prochiral selectivity.  J. Am. Chem. Soc. 120: 4259-4263.

202.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1998.  Organic solvent binding to crystalline subtilisin in mostly aqueous media and in the neat organic solvents.  Biochem. Biophys. Res. Commun. 248: 273-277.

203.  Knubovets, T., Osterhout, J.J., Connolly, P.J., Klibanov, A.M.  1999.  Structure, thermostability, and conformational flexibility of hen egg-white lysozyme dissolved in glycerol.  Proc. Natl. Acad. Sci. USA 96: 1262-1267.

204.  Ke, T., Rariy, R.V., Schmitke, J.L., Klibanov, A.M.  1999.  Computational and experimental examination of the effect of inorganic salts on chymotryptic enantioselectivity in water. Biocatalysis Biotrans. 17:  81-93.

205.  Rariy, R.V., Klibanov, A.M.  1999.  Protein refolding in predominantly organic media markedly enhanced by common salts.  Biotechnol. Bioeng. 62: 704-710.

206.  Fu, K., Griebenow, K., Hsieh, L., Klibanov, A.M., Langer, R.  1999.  FTIR characterization of the secondary structure of proteins encapsulated within PLGA microspheres. J. Controlled Release 58: 357-366.

207.  Knubovets, T., Osterhout, J.J., Klibanov, A.M.  1999.  Structure of lysozyme dissolved in neat organic solvent as assessed by NMR and CD spectroscopies. Biotechnol. Bioeng. 63: 242-248.

208.  Ke, T., Klibanov, A.M. 1999.  Markedly enhancing enzymatic enantioselectivity in organic solvents by forming substrate salts.  J. Am. Chem. Soc. 121: 3334-3340.

209.  Dai, L., Klibanov, A.M. 1999.  Striking activation of oxidative enzymes suspended in nonaqueous media.  Proc. Natl. Acad. Sci. USA 96: 9475-9478.

210.  Fu, K., Pack, D.W., Klibanov, A.M., Langer, R. 2000.  Visual evidence of acidic environment within degrading poly(lactic-co-glycolic acid) (PLGA) microspheres. Pharm. Res. 17: 100-106.

211.  Arredondo, A.R., Dorval, B.L., Klibanov, A.M., Lewis, K.  2000.  Rapid immunodetection of Escherichia coli. Biotechnol. Lett. 22: 547-550.

212.  Shin, J.-S., Luque, S., Klibanov, A.M.  2000.  Improving lipase enantioselectivity in organic solvents by forming substrate salts with chiral agents.  Biotechnol. Bioeng. 69: 577-583.

213.  Rariy, R.V., Klibanov, A.M.  2000.  On the relationship between enzymatic enantioselectivity in organic solvents and enzyme flexibility.  Biocatalysis Biotrans. 18: 401-407.

214.  Bonner, G., Klibanov, A.M.  2000.  Structural stability of DNA in nonaqueous solvents. Biotechnol. Bioeng. 68: 339-344.

215.  Klibanov, A.M.  2000.  Answering the question "Why did biocatalysis in organic media not take off in the 1930s?"  Trends Biotechnol. 18: 85-86.

216. Burova, T.V., Grinberg, N.V., Grinberg, V. Ya., Rariy, R.V., Klibanov, A.M. 2000. Calorimetric evidence for a native-like conformation of hen egg-white lysozyme dissolved in glycerol. Biochim. Biophys. Acta 1478: 309-317.

217. Fu, K., Klibanov, A.M., Langer, R. 2000. Protein stability in controlled release systems. Nature Biotechnol. 18: 24-25.

218. Arntzen, C.J., Dale, B.E., Beachy, R.N., Bemiller, J.N., Burgess, R.R., Gallagher, P., Hardy, R.W.F., Johnson, D.L., Kirk, T.K., Kishore, G.M., Klibanov, A.M., Pierce, J., Shanks, J.V., Wang, D.I.C., Westpheling, J., Zeikus, J.G. 2000. Biobased Industrial Products. National Academy Press, Washington, D.C.

219. Dai, L., Klibanov, A.M. 2000. Peroxidase-catalyzed asymmetric sulfoxidation in organic solvents vs. in water. Biotechnol. Bioeng. 70: 353-357.

220. Ozawa, S., Klibanov, A.M. 2000. Myoglobin-catalyzed epoxidation of styrene in organic solvents accelerated by bioimprinting. Biotechnol. Lett. 22: 1269-1272.

221. Wise, D.L., Klibanov, A.M., Langer, R., Mikos, A., Brannon-Peppas, L., Peppas, N.A., Trantolo, D.J., Wnek, G.E., Yaszemski, M.J., Eds. 2000. Handbook of Pharmaceutical Controlled Release Technology. M. Dekker, New York.

222. Tiller, J.C., Bonner, G., Pan, L.-C., Klibanov, A.M. 2001. Improving biomaterial properties of collagen films by chemical modification. Biotechnol. Bioeng. 73: 246-252.

223. Tiller, J., Liao, C.-J., Lewis, K., Klibanov, A.M. 2001. Designing surfaces that kill bacteria on contact. Proc. Natl. Acad. Sci. USA 98: 5981-5985.

224. Mathiowitz, E., Jacob, J.S., Jong, Y.S., Hekal, T.M., Spano, W., Guemonprez, R., Klibanov, A.M., Langer, R. 2001. Novel desiccants based on designed polymeric blends. J. Appl. Polymer Sci. 80: 317-327.

225. Klibanov, A.M. Improving enzymes by using them in organic solvents. 2001. Nature 409: 241-246.

226. Choi, W.S., Krishna Murthy, G.G., Edwards, D.A., Langer, R., Klibanov, A.M. 2001. Inhalation delivery of proteins from ethanol suspensions. Proc. Natl. Acad. Sci. USA 98: 11103-11107.

227. Xie, Y., Das, P.K., Klibanov, A.M. 2001. Excipients activate peroxidases in specific but not in nonspecific reactions in organic solvents. Biotechnol. Lett. 23: 1451-1454.

228. Das, P.K., Caaveiro, J.M.M., Luque, S., Klibanov, A.M. 2002. Binding of hydrophobic hydroxamic acids enhances peroxidase's stereoselectivity in nonaqueous sulfoxidations. J. Am. Chem. Soc. 124: 782-787.

229. Das, P.K., Caaveiro, J.M.M., Luque, S., Klibanov, A.M. 2002. Asymmetric sulfoxidations mediated by α-chymotrypsin. Biotechnol. Bioeng. 78: 104-109.

230. Xie, Y., Das, P.K., Caaveiro, J.M.M., Klibanov, A.M. 2002. Unexpectedly enhanced stereoselectivity of peroxidase-catalyzed sulfoxidation in branched alcohols. Biotechnol. Bioeng. 79: 105-111.

231.  Lin, J., Tiller, J.C., Lee, S.B., Lewis, K., Klibanov, A.M. 2002.  Insights into bactericidal action of surface-attached poly(vinyl-*N*-hexylpyridinium) chains.  Biotechnol. Lett. 24: 801-805.

232.  Tiller, J.C., Lee, S.B., Lewis, K., Klibanov, A.M.  2002.  Polymer surfaces derivatized with poly(vinyl-*N*-hexylpyridinium) kill airborne and waterborne bacteria.  Biotechnol. Bioeng. 79: 465-471.

233.  Thomas, M., Klibanov, A.M.  2002.  Enhancing polyethylenimine's delivery of plasmid DNA into mammalian cells.  Proc. Natl. Acad. Sci. USA 99: 14640-14645.

234.  Lin, J., Shuyi, Q., Lewis, K., Klibanov, A.M. 2002.  Bactericidal properties of flat surfaces and nanoparticles derivatized with alkylated polyethylenimines.  Biotechnol. Progr. 18: 1082-1086.

235.  Fu, K., Harrell, R., Zinski, K., Um, C., Jaklenec, A., Frazier, J., Lotan, N., Burke, P., Klibanov, A.M., Langer, R.  2003. A potential approach for decreasing the burst effect of protein from PLGA microspheres.  J. Pharm. Sci. 92: 1582-1591.

236.  Kamiya, N., Klibanov, A.M.  2003.  Controlling the rate of protein release from polyelectrolyte complexes.  Biotechnol. Bioeng. 82: 590-594.

237.  Lin, J., Shuyi, Q., Lewis, K., Klibanov, A.M.  2003. The mechanism of bactericidal and fungicidal activities of textiles covalently modified with alkylated polyethylenimine.  Biotechnol. Bioeng. 83: 168-172.

238.  Thomas, M., Klibanov, A.M.  2003.  Non-viral gene therapy:  polycation-mediated DNA delivery. Appl. Microbiol. Biotechnol. 62: 27-34.

239.  Klibanov, A.M.  2003.  Asymmetric enzymatic oxidoreductions in organic solvents.  Curr. Opinion Biotechnol. 14: 427-431.

240.  Chakrabarti, R., Klibanov, A.M.  2003.  Nanocrystals modified by peptide nucleic acids (PNAs) for selective self-assembly and DNA detection.  J. Am. Chem. Soc. 125: 12531-12540.

241.  Thomas, M., Klibanov, A.M.  2003.  Conjugation to gold nanoparticles enhances polyethylenimine's transfer of plasmid DNA into mammalian cells.  Proc. Natl. Acad. Sci. USA 100: 9138-9143.

242.  Lin, J., Murthy, S.K., Olsen, B.D., Gleason, K.K., Klibanov, A.M.  2003.  Making thin polymeric materials including fabrics microbicidal and also water-repellent.  Biotechnol. Lett. 25: 1661-1665.

243.  Dzyuba, S.V., Klibanov, A.M.  2003.  Asymmetric thiosulfinations catalyzed by bovine serum albumin and horseradish peroxidase.  Biotechnol. Lett. 25: 1961-1965.

244.  Klibanov, A.M., Schefiliti, J.A.  2004.  On the relationship between conformation and stability in solid pharmaceutical protein formulations.  Biotechnol. Lett. 26: 1103-1106.

245.  Dzyuba, S.V., Klibanov, A.M.  2004.  Stereoselective oxidations and reductions catalyzed by non-redox proteins. Tetrahedron Asymmetry 15: 2771-2777.

246.    Gelman, F., Lewis, K., Klibanov, A.M.  2004.  Drastically lowering the titer of waterborne
        bacteriophage PRD1 by exposure to immobilized hydrophobic polycations. Biotechnol. Lett.
        26: 1695-1700.

247.    Thomas, M., Ge, Q., Lu, J.J., Chen, J., Klibanov, A.M.  2005.  Cross-linked small
        polyethylenimines: while still non-toxic, deliver DNA efficiently to mammalian cells in vitro and
        in vivo. Pharm. Res. 22: 373-380.

248.    Sharma, V., Thomas, M., Klibanov, A.M.  2005.  Mechanistic studies on aggregation of
        polyethylenimine-DNA complexes and its prevention. Biotechnol. Bioeng. 90: 614-620.

249.    Varga, C.M., Tedford, N.C., Thomas, M., Klibanov, A.M., Griffith, L.G., Lauffenburger, D.A.
        2005.  Quantitative comparison of polyethylenimine formulations and adenoviral vectors in
        terms of intracellular gene delivery processes. Gene Therapy 12: 1023-1032.

250.    Akinc, A., Thomas, M., Klibanov, A.M., Langer, R.  2005.  Exploring polyethylenimine-mediated
        DNA transfection and the proton sponge hypothesis. J. Gene Medicine 7: 657-663.

251.    Milovic, N., Wang, J., Lewis, K., Klibanov, A.M.  2005.  Immobilized N-alkylated
        polyethylenimine avidly kills bacteria by rupturing cell membranes with no resistance
        developed. Biotechnol. Bioeng. 90: 715-722.

252.    Thomas, M., Ge, Q., Lu, J.J., Klibanov, A.M., Chen, J.  2005.  Polycation-mediated delivery of
        short interfering RNAs for prophylaxis and treatment of influenza virus infection. Expert
Opinion           Biol. Therapy 5: 495-505.

253.    Lewis, K., Klibanov, A.M.  2005.  Surpassing nature: rational design of sterile-surface materials.
        Trends Biotechnol. 23: 343-348.

254.    Thomas, M., Lu, J.J., Ge, Q., Zhang, C., Chen, J., Klibanov, A.M.  2005.  Full deacylation of
        polyethylenimine dramatically boosts its gene delivery efficiency and specificity to mouse lung.
        Proc. Natl. Acad. Sci. USA 102: 5679-5684.

255.    Chakrabarti, R., Klibanov, A.M., Friesner, R.A.  2005.  Computational prediction of native
        protein ligand-binding and enzyme active site sequences. Proc. Natl. Acad. Sci. USA 102:
        10153-10158.

256.    Chakrabarti, R., Klibanov, A.M., Friesner, R.A.  2005.  Sequence optimization and designability
        of enzyme active sites. Proc. Natl. Acad. Sci. USA 102: 12035-12040.

257.    Park, D., Wang, J., Klibanov, A.M.  2006.  One-step, painting-like coating procedures to make
        surfaces highly and permanently bactericidal. Biotechnol. Progr. 22: 584-589.

258.    Yu, J.-H., Klibanov, A.M.  2006.  Co-lyophilization with D-proline greatly enhances peroxidase's
        stereoselectivity in a nonaqueous medium. Biotechnol. Lett. 28: 555-558.

259.    Haldar, J., An, D., Alvarez de Cienfuegos, L., Chen, J., Klibanov, A.M.  2006.  Polymeric
        coatings that inactivate both influenza virus and pathogenic bacteria. Proc. Natl. Acad. Sci.
USA           103: 17667-17671.

260. Sharma, V.K., Klibanov, A.M.  2007.  Moisture-induced aggregation of lyophilized DNA and its prevention. Pharm. Res. 24: 168-175.

261. Rojas, A.M., Gonzalez, P.A., Antipov, E., Klibanov, A.M.  2007.  Specificity of a DNA-based (DNAzyme) peroxidative biocatalyst. Biotechnol. Lett. 29: 227-232.

262. Thomas, M., Lu, J.J., Chen, J., Klibanov, A.M.  2006.  Non-viral siRNA delivery to the lung. Adv.        Drug Delivery Revs., in press.

263. Watanabe, W., Thomas, M., Clarke, R., Klibanov, A.M., Langer, R., Katstra, J., Fuller, G.G., Griel, L.C., Fiegel, J., Edwards, D.  2007.  Why inhaling salt water changes what we exhale. J. Colloid Interface Sci. 307: 71-78.

264. Lipovsek, D., Antipov, E., Armstrong, K.A., Olsen, M.J., Tidor, B., Wittrup, K.D. Selection of horseradish peroxidase variants with enhanced enantioselectivity by yeast surface display. Chem. Biol., submitted.

265. Thomas, M., Lu, J.J., Zhang, C.C., Chen, J., Klibanov, A.M.  2007. Novel superior polycationic vectors for gene delivery prepared by high-throughput synthesis and screening of a combinatorial library. Pharm. Res., in press.

266. Tedford, N.C., Fang, J., Zugates, G.T., Thomas, M., Anderson, D.G., Langer, R., Klibanov, A.M., Griffith, L.G., Lauffenburger, D.A. 2007. Quantitative analysis of intracellular trafficking dynamics via a novel density gradient electrophoresis method. Molec. Therapy, in press.

267. Klibanov, A.M. Permanently microbicidal materials coatings. J. Mater. Chem., submitted.

**Patents:**

1. Klibanov, A.M., Langer, R.S.  Methods of decreasing the hydrophobicity of fibroblast and other interferons.  U.S. Patent No. 4,414,147; November 8, 1983.

2. Klibanov, A.M., Kirchner, G.  Enzymatic production of optical isomers of 2-halopropionic acids. U.S. Patent No. 4,601,987; July 22, 1986.

3. Klibanov, A.M.  Removal of combined organic substances from aqueous solutions.  U.S. Patent No. 4,623,465; November 18, 1986.

4. Klibanov, A.M.  Enzymatic resolution of racemic mixtures of hydroxy compounds.  U.S. Patent No. 4,659,671; 1987.

5. Klibanov, A.M., Dordick, J.S.  Enzymatic temperature change indicator.  U.S. Patent No. 4,826,762; May 2, 1989.

6. Dorval, B.L., Denham, L., Klibanov, A.M.  Radial flow assay, delivering membrane, test kit, and methods.  U.S. Patent No. 5,547,833; August 20, 1996.

7. Dorval, B.L., Denham, L., Klibanov, A.M.  Detection reagent, particle, and immunoassay method. U.S. Patent No. 5,561,045; October 1, 1996.

8. Dorval, B.L., Chow, M., Klibanov, A.M.  Stabilized vaccine compositions.  U.S. Patent No. 5,618,539; April 8, 1997. European Patent No. 0 487 632; March 4, 1998.

9.    Klibanov, A.M., Lewis, K., Ferrante, A.A., Coyle, C.L., Zylstra, G., Logan, M.S.P., Grossman, M.J. Solvent-resistant microorganisms.  U.S. Patent No. 5,807,735; September 15, 1998.

10.    Gresser, J.D., Trantolo, D.J., Langer, R., Klibanov, A.M., Wise, D.L.  Material for buffered resorbable internal fixation devices and method for making the same.  U.S. Patent No. 5,817,328; October 6, 1998.

11.    Hekal, I., Mathiowitz, E., Klibanov, A.M., Langer, R.  Monolithic polymer composition having a water absorption material.  U.S. Patent No. 6,174,952; January 16, 2001.

12.    Gresser, J.D., Trantolo, D.J., Langer, R., Lewandrowski, K.-U., Klibanov, A.M., Wise, D.L.  Resorbable interbody spinal fusion devices.  U.S. Patent No. 6,241,771; June 5, 2001.

13.    Trantolo, D.J., Langer, R., Klibanov, A.M., Wise, D.L.  Buffered resorbable internal fixation devices and methods for making material therefore.  U.S. Patent No. 6,419,945; July 16, 2002.

14.    Gresser, J.D., Trantolo, D.J., Langer, R., Lewandrowski, K.-U., Klibanov, A.M., Wise, D.L.  Method of making biodegradable interbody spinal fusion devices. U.S. Patent No. 6,548,002; April 15, 2003.

15.    Klibanov, A.M.  Nonaqueous solutions and suspensions of macromolecules for pulmonary delivery. U.S. Patent No. 6,660,715; December 9, 2003.

16.    Tiller, J.C., Liao, C.-J., Lewis, K., Klibanov, A.M.  Antimicrobial polymeric surfaces. U.S. Patent No. 7,151,139; December 19, 2006.

17.    Kamiya, N., Klibanov, A.M.  Controlled drug release formulations containing polyion complexes, pending.

18.    Hirsh, J., Klibanov, A.M., Swager, T.M., Buchwald, S.L., Lo, W.Y., Fleming, A.B., Rariy, R.V.  Abuse-deterrent pharmaceutical compositions of opioids and other drugs, pending.

19.    Hirsh, J., Fleming, A.B., Rariy, R.V., Klibanov, A.M. Abuse-deterrent drug formulations, pending.

**Invited Lectures:**

1. Gordon Conference on Immobilized Enzymes, Complexes, and Cells (Plymouth, NH). August 1978.

2. 5th International Conference on Enzyme Engineering (Henniker, NH). August 1978.

3. Miles Laboratories (Elkhart, IN). February 1980.

4. Gordon Conference on Immobilized Species (Henniker, NH). August 1980.

5. Novo Laboratories (Wilton, CT). October 1980.

6. Corning Glass Works Co. (Corning, NY). October 1980.

7. Stauffer Chemical Co. (Dobbs Ferry, NY). December 1980.

8. DuPont Experimental Station (Wilmington, DE). January 1981.

9. Dow Chemical Co. (Wayland, MA). April 1981.

10. Cetus Corp. (Berkeley, CA). April 1981.

11. Exxon Research & Engineering Co. (Linden, NJ). April 1981.

12. Meeting of the American Solar Energy Society (Philadelphia, PA). May 1981.

13. 6th International Conference on Enzyme Engineering (Kashikojima, Japan). September 1981.

14. Genex Corp. (Rockville, MD). October 1981.

15. ILP Symposium for Senior Executives (London, England). November 1981.

16. California Institute of Technology (Pasadena, CA). December 1981.

17. Symposium of the American Society for Microbiology (Atlanta, GA). March 1982.

18. Kodak Research Center (Rochester, NY). March 1982.

19. Repligen Corp. (Cambridge, MA). April 1982.

20. Symposium on the Biological Basis of New Developments in Biotechnology (Minneapolis, MN). May 1982.

21. Meeting of the Biochemical Society (Oxford, England). July 1982.

22. Meeting of the American Chemical Society (Kansas City, MO). September 1982.

23. Rotenburger Symposium on Enzyme Technology (Kassel, Germany). September 1982.

24. Genetics Institute (Boston, MA). September 1982.

25. Meeting of the American Institute of Chemical Engineers (Los Angeles, CA). November 1982.

26. G.D. Searle Co. (Chicago, IL). October 1982.

27. Halcon International Research Center (Montvale, NJ). October 1982.

28. International Workshop on Immobilized Enzymes and Cells (Bangkok, Thailand). December 1982.

29. Amoco Research Center (Naperville, IL). January 1983.

30. University College London (London, England). May 1983.

31. International Conference on Biotechnology Biotech '83 (London, England). May 1983.

32. Tufts University Workshop on Immobilized Enzymes and Proteins (Medford, MA). June 1983.

33. Gordon Conference on Organic Reactions and Processes (New Hampton, NH). July 1983.

34. Symposium "Biocatalysis: New Discoveries and Uses", Meeting of the American Society for Industrial Microbiology (Sarasota, FL). August 1983.

35. Monsanto Co. (St. Louis, MO). September 1983.

36. Pasteur Biosciences '83 Conference (Paris, France). September 1983.

37. 7th International Conference on Enzyme Engineering (White Haven, PA). September 1983.

38. University of Iowa (Iowa City, IA). October 1983.

39. CPC Moffett Technical Center (Summitt-Argo, IL). December 1983.

40. General Foods Co. (Dobbs Ferry, NY). December 1983.

41. U.S. National Bureau of Standards (Gaithersburg, MD). April 1984.

42. Millipore Corp. (Bedford, MA). April 1984.

43. Technical University of Munich (Munich, F.R.G.). May 1984.

44. Danish Academy of Technical Sciences (Copenhagen, Denmark). May 1984.

45. Novo International Biotechnology Symposium (Copenhagen, Denmark). May 1984.

46. CRA Scientific Conference (St. Charles, IL). June 1984.

47. Gordon Conference on Immobilized Species in Biotechnology (Plymouth, NH). August 1984.

48. Meeting of the American Chemical Society (Philadelphia, PA). August 1984.

49. International Biotechnology Conference Biotech '84 (Washington, DC). September 1984.

50.   Staley Manufacturing Co. (Decatur, IL). October 1984.

51.   Case Western Reserve University (Cleveland, OH). October 1984.

52.   IMC Corp. (Terre Haute, IN). October 1984.

53.   Syracuse University (Syracuse, NY). November 1984.

54.   National University of Mexico (Mexico City, Mexico). November 1984.

55.   National Starch & Chemical Corp. (Bridgewater, NJ). November 1984.

56.   Mead Corp. (Chillicothe, OH). November 1984.

57.   Hebrew University of Jerusalem (Jerusalem, Israel). November 1984.

58.   U.S. Army Chemical R&D Center (Aberdeen Proving Ground, MD). December 1984.

59.   Allied Corp. (Morristown, NJ). December 1984.

60.   Bristol Laboratories (Syracuse, NY). January 1985.

61.   University of Rochester (Rochester, NY). January 1985.

62.   G.D. Searle Co. (Chicago, IL). February 1985.

63.   Wellcome Research Laboratories (Research Triangle Park, NC). February 1985.

64.   UCLA Symposium on Protein Structure, Folding and Design (Keystone, CO). April 1985.

65.   International Conference on Application of Biocatalysts in Organic Synthesis (Noordwijkerhout, Holland). April 1985.

66.   Guido Donegani Research Institute (Novara, Italy). April 1985.

67.   Hoffmann-LaRoche Co. (Basel, Switzerland). April 1985.

68.   Pittsburgh-Cleveland Catalysis Society Meeting (Pittsburgh, PA). May 1985.

69.   Ethyl Corp. (Baton Rouge, LA). May 1985.

70.   Stony Brook Symposium on Protein Engineering (Stony Brook, NY). May 1985.

71.   Amgen Corp. (Thousand Oaks, CA). June 1985.

72.   Gordon Conference on Applied Microbiology (New London, NH). August 1985.

73.   International Congress of Biochemistry (Amsterdam, Holland). August 1985.

74.   IUPAC Congress (Manchester, England). September 1985.

75. International Enzyme Engineering Conference (Helsingor, Denmark). September 1985.

76. Biotechnica '85 (Hannover, West Germany). October 1985.

77. Biotec 85 (Dusseldorf, West Germany). October 1985.

78. Smith Kline & French Co. (Philadelphia, PA). November 1985.

79. Exxon Corporate Research (Anandale, NJ). December 1985.

80. Pennsylvania State University (University Park, PA). December 1985.

81. Georgetown University (Washington, DC). February 1986.

82. Columbia University (New York, NY). February 1986.

83. Upjohn Co. (Kalamazoo, MI). February 1986.

84. UNIDO Workshop on Biotechnology (Trieste, Italy). March 1986.

85. Eniricherche (Monterotondo, Italy). March 1986.

86. EEC Biomolecular Engineering Meeting (Compiegne, France). April 1986.

87. ACS Conference on Chemical Aspects of Biotechnology (Gaithersburg, MD). May 1986.

88. Biotech '86 Europe International Conference (London, England). May 1986.

89. IUPAC International Symposium on Organic Chemistry in Technological Perspective (Jerusalem, Israel). June 1986.

90. University of Tel-Aviv (Ramat-Aviv, Israel). June 1986.

91. Annual Meeting of the Canadian Biochemical Society (Guelph, Canada). June 1986.

92. International Symposium on Biologically Engineered Polymers (Cambridge, England). July 1986.

93. TNO Institute of Applied Chemistry (Zeist, The Netherlands). August 1986.

94. IUPAC International Symposium on the Chemistry of Natural Products (The Hague, The Netherlands). August 1986.

95. American Chemical Society National Meeting (Anaheim, CA). September 1986.

96. Catalytica Annual Science and Technology Symposium (San Jose, CA). September 1986.

97. International Conference on Enzyme Engineering (Cambridge, England). September 1986.

98. Ohio State University (Columbus, OH). October 1986.

99.  Michigan State University (Lansing, MI). October 1986.

100.  Biotechnology Process Engineering Symposium (Cambridge, MA). October 1986.

101.  University of Delaware (Newark, DE). November 1986.

102.  American Red Cross Blood Research Institute (Bethesda, MD). November 1986.

103.  International Symposium on Biocatalysis in Non-Aqueous Solvents (Wageningen, The Netherlands).  December 1986.

104.  University of Trondheim (Trondheim, Norway). December 1986.

105.  Colgate-Palmolive Research Center (Piscataway, NJ). January 1987.

106.  International Paper Co. (Tuxedo Park, NY). January 1987.

107.  University of Massachusetts (Amherst, MA). February 1987.

108.  American Society for Microbiology Biocatalysis Symposium (Atlanta, GA). March 1987.

109.  Hope College (Holland, MI). March 1987.

110.  Pfizer Central Research Center (Groton, CT). April 1987.

111.  OBBS Symposium on Protein Engineering (Ottawa, Canada). April 1987.

112.  University of Texas (Austin, TX). April 1987.

113.  Florida Catalysis Conference (Palm Coast, FL). May 1987.

114.  PPG Industries (Barberton, OH). May 1987.

115.  Abbott Laboratories (North Chicago, IL). May 1987.

116.  American Oil Chemists Society Symposium on Lipases (New Orleans, LA). May 1987.

117.  Argonne National Laboratory (Argonne, IL). June 1987.

118.  Canadian Chemical Conference (Quebec City, Canada). June 1987.

119.  Squibb Co. (New Brunswick, NJ). June 1987.

120.  FEBS Meeting (Ljubljana, Yugoslavia). July 1987.

121.  L'Oreal Research Institute (Paris, France). July 1987.

122.  International Symposium on Biointeractions (Cambridge, England). July 1987.

123.  Eli Lilly Co. (Indianapolis, IN). August 1987.

124. Upjohn Co. (Kalamazoo, MI). September 1987.

125. International Enzyme Engineering Conference (Santa Barbara, CA). October 1987.

126. Shell Development Co. (Houston, TX). October 1987.

127. DuPont Experimental Station (Wilmington, DE). October 1987.

128. University of Helsinki (Helsinki, Finland). November 1987.

129. International Conference on Bioreactors and Biotransformations (Gleneagles, Scotland). November 1987.

130. Sandoz Co. (Basel, Switzerland). November 1987.

131. University of Waterloo (Waterloo, Canada). December 1987.

132. Norwegian Biochemical Society Annual Meeting (Bejito, Norway). January 1988.

133. Rutgers University (New Brunswick, NJ). February 1988.

134. University of Ottawa (Ottawa, Canada). February 1988.

135. Boston Biomedical Research Institute (Boston, MA). March 1988.

136. Princeton University (Princeton, NJ). March 1988.

137. Royal Society of Chemistry Meeting (Kent, England). April 1988.

138. Stanford University (Stanford, CA). May 1988.

139. University of Graz (Graz, Austria). May 1988.

140. Belgian Organic Chemistry Symposium (Ghent, Belgium). May 1988.

141. Dow Chemical Co. (Midland, MI). May 1988.

142. Michigan State University (Lansing, MI). May 1988.

143. American Chemical Society Meeting (Toronto, Canada). June 1988.

144. Proctor & Gamble Co. (Cincinnati, OH). June 1988.

145. International Congress of Biochemistry (Prague, Czechoslovakia). July 1988.

146. International Biotechnology Symposium (Paris, France). July 1988.

147. Gordon Conference on Catalysis (Newport, RI). August 1988.

148. Conference on Biocatalytic Synthesis of Organic Compounds (Saratoga, NY). August 1988.

149. International Symposium on Thermodynamics Applied to Biological Systems (Santa Margherita, Italy). September 1988.

150. Cornell University (Ithaca, NY). September 1988.

151. Eastman Kodak Co. (Kingsman, TN). September 1988.

152. Symposium on Biotechnology Challenges in the Food Industry (Williamsburg, VA). October 1988.

153. University of California at Irvine (Irvine, CA). October 1988.

154. UCSF Symposium on Protein and Drug Design (San Francisco, CA). October 1988.

155. Boston University (Boston, MA). October 1988.

156. Wayne State University (Detroit, MI). November 1988.

157. Kyoto Symposium on Frontiers in Biocatalysis (Kyoto, Japan). November 1988.

158. Rohm & Haas Co. (Spring House, PA). January 1989.

159. Block Drug Co. (Jersey City, NJ). January 1989.

160. State University of New York (Albany, NY). March 1989.

161. Scripps Clinic and Research Foundation (La Jolla, CA). April 1989.

162. Texas A&M University (College Station, TX). May 1989.

163. University of Texas (Austin, TX). May 1989.

164. International Congress of Food Engineering (Cologne, F.R.G.). May 1989.

165. University of Groningen (Groningen, The Netherlands). June 1989.

166. Gordon Conference on Enzymes, Coenzymes, and Metabolic Pathways (Meridan, NH). July 1989.

167. American Peptide Symposium (La Jolla, CA). July 1989.

168. International Symposium on Prospects in Protein Engineering (Haren, The Netherlands). August 1989.

169. Connaught Laboratories (Toronto, Canada). September 1989.

170. University of Georgia (Athens, GA). October 1989.

171. Spanish National Congress of Biochemistry (Alicante, Spain). October 1989.

172. Symposium on Receptor- and Enzyme-Based Drug Design (Chapel Hill, NC). October 1989.

173. Wesleyan University (Middletown, CT). November 1989.

174. University of Wisconsin (Madison, WI). February 1990.

175. Merck Sharp & Dohme Research Laboratories (Rahway, NJ). February 1990.

176. International Symposium on Biochemical Engineering (Stuttgart, F.R.G.). March 1990.

177. University of Geneva (Geneva, Switzerland). March 1990.

178. University of Lausanne (Lausanne, Switzerland). March 1990.

179. University of Bern (Bern, Switzerland). March 1990.

180. University of Fribourg (Fribourg, Switzerland). March 1990.

181. International Conference on Protein Stability (Cambridge, England). March 1990.

182. AFRC Institute of Food Research (Reading, England). March 1990.

183. Lehigh University (Bethlehem, PA). April 1990.

184. Biotechnology Research Institute (Montreal, Canada). April 1990.

185. Ohio State University (Columbus, OH). April 1990.

186. Pharmaceutical Manufacturers Association Annual Meeting (St. Louis, MO). April 1990.

187. International Conference on Industrial Use of Enzymes (Chicago, IL). May 1990.

188. Korea Advanced Institute of Science and Technology (Seoul, Korea). June 1990.

189. Academia Sinica and National Taiwan University (Taipei, Taiwan). June 1990.

190. Gordon Conference on Biocatalysis (Plymouth, NH). June 1990.

191. IUPAC Conference on Organic Synthesis (Helsinki, Finland). July 1990.

192. International Conference on Solution Chemistry (Ottawa, Canada). August 1990.

193. Gordon Conference on Biomolecular Recognition (Plymouth, NH).  August 1990.

194. University of Naples (Naples, Italy). September 1990.

195. International Conference on Water and Life (Crans-sur-Sierre, Switzerland). September 1990.

196. International Symposium on Thermodynamic Basis of Protein Structure and Function (Kansas City, MO). October 1990.

197. Johns Hopkins University (Baltimore, MD). October 1990.

198. Institute of Medicine Workshop on Microheterogeneity of Biological Macromolecules (Arlington, VA). November 1990.

199. U.S.-Japan Biotechnology Conference (Honolulu, HI). January 1991.

200. Ciba-Geigy Corp. (Summit, NJ). February 1991.

201. City University of New York (New York, NY). March 1991.

202. Rensselaer Polytechnic Institute (Troy, NY). March 1991.

203. Bristol-Myers Squibb Co. (Wallingford, CT). April 1991.

204. British Biochemical Society Meeting (Reading, England). April 1991.

205. University of California at Berkeley (Berkeley, CA). April 1991.

206. California Institute of Technology (Pasadena, CA). April 1991.

207. Merck, Sharp & Dohme Research Laboratories (West Point, PA).  May 1991.

208. Bristol-Myers Squibb Research Institute (Princeton, NJ). May 1991.

209. International Conference on Biocatalysis (Orlando, FL). June 1991.

210. U.S. Army Research, Development and Engineering Center (Natick, MA). July 1991.

211. Gordon Conference on Natural Products (Plymouth, NH). July 1991.

212. Lederle-Praxis Biologicals Co. (Sanford, NC). July 1991.

213. International Biochemistry Congress (Jerusalem, Israel). August 1991.

214. American Chemical Society Meeting (New York, NY). August 1991.

215. International Enzyme Engineering Conference (Kona, HI). September 1991.

216. University of Lowell (Lowell, MA). October 1991.

217. Rutgers University (Piscataway, NJ). November 1991.

218. International Symposium on Enzymes in Organic Synthesis (New Delhi, India). January 1992.

219. International BioSymposium Nagoya '92 (Nagoya, Japan). January 1992.

220. International Symposium on Biomolecules in Organic Solvents (Taxco, Mexico). February 1992.

221. Rockefeller University (New York, NY). March 1992.

222. Symposium on Molecular Chirality of the Pharmaceutical Society of Japan (Tokyo, Japan). April 1992.

223. Conference on Enzymes in Organic Chemistry of the Dutch Chemical Society (Wageningen, The Netherlands). April 1992.

224. International Symposium on Bioprocessing of Coal (Clearwater Beach, FL). May 1992.

225. Exxon Workshop on New Leads in Coal Depolymerization (Montgomery, TX). May 1992.

226. Italian Symposium on Biochemical Biotechnology (Capri, Italy). June 1992.

227. Gordon Conference on Biocatalysis (Meriden, NH). July 1992.

228. FEBS Meeting (Dublin, Ireland). August 1992.

229. International Biotechnology Symposium (Washington, DC). August 1992.

230. International Symposium Bio Japan '92 (Yokohama, Japan). August 1992.

231. Texas College of Osteopathic Medicine (Fort Worth, TX). October 1992.

232. Rutgers University (Newark, NJ). October 1992.

233. Schering-Plough Co. (Bloomfield, NJ). November 1992.

234. International Symposium on Properties of Water in Foods ISOPOW-V (Peniscola, Spain). November 1992.

235. Carlsberg Laboratory (Copenhagen, Denmark). November 1992.

236. International Food Technology Conference (The Hague, The Netherlands). November 1992.

237. Singapore Institute of Standards and Industrial Research (Singapore). November 1992.

238. Drew University (Madison, NJ). December 1992.

239. Northeastern University (Boston, MA). January 1993.

240. Ciba Corning Diagnostics Corp. (Irvine, CA). January 1993.

241. University of Kansas (Lawrence, KS). January 1993.

242. 6th International Symposium on Recent Advances in Drug Delivery Systems (Salt Lake City, UT). February 1993.

243. Pennsylvania State University (University Park, PA). March 1993.

244. Northwestern University (Evanston, IL). March 1993.

245. International Symposium on Technologies for the Production of Enantiomerically Pure Chemicals (Amelia Island, FL). March 1993.

246. Gordon Conference on Bioanalytical Sensors (Ventura, CA). March 1993.

247. Pharmaceutical Manufacturers Association Analytical R&D/Pharmaceutical Development Subsections Joint Annual Meeting (Lake Buena Vista, FL). April 1993.

248. University of Massachusetts Symposium on Breakthrough Technologies: Paradigms for a New Century (Amherst, MA). May 1993.

249. Parke-Davis Corp. (Ann Arbor, MI). May 1993.

250. NutraSweet Co. (Mt. Prospect, IL). June 1993.

251. IGT/GRI Workshop on Novel Concepts for the Production of Regio- and Stereospecific Compounds (Chicago, IL). June 1993.

252. Northeast Regional Meeting of the American Chemical Society (Boston, MA). June 1993.

253. Institute of Food Technologists' Biotechnology Meeting (Chicago, IL). July 1993.

254. Annual Meeting of Department of Energy's Biological and Chemical Technology Research Program Principal Investigators (Tiburon, CA). July 1993.

255. Allied-Signal Corp. (Des Plains, IL). July 1993.

256. American Chemical Society Meeting (Chicago, IL). August 1993.

257. University of Illinois at Urbana-Champaign (Urbana, IL). September 1993.

258. International Enzyme Engineering Conference (Deauville, France). September 1993.

259. Queens College (Flushing, NY). November 1993.

260. Exxon Chemical Research Meeting (Galveston, TX). November 1993.

261. Hoffmann-LaRoche Co. (Nutley, NJ). December 1993.

262. U.S.-Japan Symposium on Drug Delivery (Maui, HI). December 1993.

263. North Dakota State University (Fargo, ND). February 1994.

264. Annual Meeting of the American Institute for Medical and Biological Engineering (Washington, DC). March 1994.

265. Rhone-Poulenc Rorer Symposium on Visions in Chemistry (Collegeville, PA). May 1994.

266. International Flavors & Fragrances R&D (Union Beach, NJ). May 1994.

267. Istituto degli Ormoni (Milan, Italy). June 1994.

268. Gordon Conference on Enzymes, Coenzymes, and Metabolic Pathways (Meriden, NH). July 1994.

269. Annual Meeting of Department of Energy's Biological and Chemical Technology Research Program Principal Investigators (Denver, CO). July 1994.

270. William S. Johnson Symposium in Organic Chemistry (Stanford, CA). October 1994.

271. R.W. Johnson Pharmaceutical Research Institute (Spring House, PA). October 1994.

272. International Congress of Biochemical Engineering (Mexico City, Mexico).  October 1994.

273. National University of Mexico (Mexico City, Mexico).  October 1994.

274. DuPont Merck Pharmaceutical Co. (Deepwater, NJ).  December 1994.

275. Symposium on Therapeutic Protein Production and Processing (Cambridge, MA). January 1995.

276  International Symposium on Biocatalysts for Flavor Production, BioFlavour '95 (Dijon, France). February 1995.

277. Institut Pasteur (Paris, France).  February 1995.

278. Florida State University (Tallahassee, FL).  March 1995.

279. Abbott Laboratories (North Chicago, IL).  March 1995.

280. University of Maryland, Baltimore County (Baltimore, MD).  March 1995.

281  University of California at San Diego (La Jolla, CA).  April 1995.

282. Great Lakes Regional Meeting of the American Chemical Society (LaCrosse, WI). June 1995.

283. Gordon Conference on Bioorganic Chemistry (Andover, NH).  June 1995.

284. Annual Meeting of Department of Energy's Biochemical and Chemical Technology Research Principal Investigators (Albuquerque, NM). July 1995.

285. International Symposium "Biocatalysis-95" (Suzdal, Russia).  August 1995.

286. International Enzyme Engineering Conference (San Diego, CA).  October 1995.

287. Symposium on Biomacromolecules: From 3-D Structure to Applications (Pasco, WA). October 1995.

288. Enzymol International Inc. (Columbus, OH).  December 1995.

289. International Symposium Pacifichem '95 (Honolulu, HI).  December 1995.

290. 3rd U.S. -Japan Symposium on Drug Delivery (Maui, HI).  December 1995.

291. New England Section of the Society for Industrial Microbiology (Cambridge, MA).  February 1996.

292. Brown University (Providence, RI).  February 1996.

293. University of Pittsburgh (Pittsburgh, PA).  February 1996.

294. Food Research Institute (Reading, England).  March 1996.

295. International Symposium Chiral USA '96 (Boston, MA).  May 1996.

296. BP Catalyst Colloquium (Uxbridge, England). June 1996.

297. International Symposium on Homogeneous Catalysis (Princeton, NJ).  August 1996.

298. Juan March Foundation's International Workshop on Novel Biocatalysts (Madrid, Spain).  March 1997.

299. University of Kentucky (Lexington, KY).  April 1997.

300. Gordon Conference on Organic Reactions and Processes (Henniker, NH).  August 1997.

301. Novo Nordisk Symposium on Protein Stability (Klampenborg, Denmark).  August 1997.

302. International Enzyme Engineering Conference (Beijing, China).  October 1997.

303. Biogen Inc. (Cambridge, MA).  December 1997.

304. INBIO Europe'98 Conference on Advances in Industrial Biocatalysis (Amsterdam, The Netherlands).  February 1998.

305. International Symposium on Stability and Stabilization of Biocatalysts (Córdoba, Spain). April 1998.

306. International Symposium on Protein Structure, Stability and Folding – Fundamental and Medical Aspects (Moscow, Russia).  June 1998.

307. International Conference on Protein Stabilization (Leeds, England).  June 1998.

308. University of Virginia (Charlottesville, VA).  September 1998.

309. Danish Biotechnology Conference (Vejle, Denmark).  May 1999.

310. International Conference on Biocatalysis and Biotransformation Biotrans '99 (Giardini Naxos, Italy).  September 1999.

311. Annual Meeting of the American Association of Pharmaceutical Scientists (New Orleans, LA).  November 1999.

312. Brandeis University (Waltham, MA).  November 1999.

313.   Rutgers University (Piscataway, NJ).  March 2000.

314.   Chiral USA 2000 Conference (Boston, MA).  May 2000.

315.   Land O'Lakes Conference on Solid-State Reactivity in Pharmaceutical Systems
       (Merrimac, WI).  June 2000.

316.   Agouron Pharmaceuticals Inc.  (San Diego, CA).  July 2000.

317.   U.S. Patent and Trademark Office Technology Fair (Arlington, VA).  July 2000.

318.   23rd Gulf Coast Chemistry Conference (Pensacola, FL).  September 2000.

319.   Avon Products (Suffern, NY).  November 2000.

320.   Procter & Gamble Co. (Cincinnati, OH).  November 2000.

321.   Flamel Technologies (Venissieux, France).  December 2000.

322.   BioVision 2001 International Conference (Lyon, France).  February 2001.

323.   9th Baxter Science and Technology Symposium (Hyland, IL). May 2001.

324.   International Symposium on Applications of Enzymes in Chemical and Biological Defense
       (Orlando, FL).  May 2001.

325.   International Conference on Applied Biocatalysis (Trondheim, Norway).  June 2001.

326.   PPG Industries (Allison Park, PA).  August 2001.

327    University of Kansas (Lawrence, KS).  August 2001.

328.   Alkermes Inc. (Cambridge, MA).  October 2001.

329.   6th U.S.-Japan Symposium on Drug Delivery Systems (Maui, HI).  December 2001.

330.   Acambis Inc.  (Cambridge, MA).  January 2002.

331.   Baxter BioScience (Duarte, CA).  January 2002.

332.   International Symposium on Challenges in Drug Discovery and Development in the 21st Century
       (Kolkata, India).  March 2002.

333.   National Institute of Standards and Technology (Gaithersburg, MD).  April 2002.

334.   Albany Molecular Research, Inc. (Mt. Prospect, IL).  April 2002.

335.   Institute for International Research Conference on Protein and Peptide Formulation Strategies for
       Drug Development and Delivery (San Francisco, CA).  August 2002.

336. R&D Management Council Meeting of the Technical Association of the Pulp and Paper Industry (Cambridge, MA).  November 2002.

337. DuPont Central R&D (Wilmington, DE).  December 2002.

338. *ACTIVE*Pack 2003 Conference (Ponte Verde Beach, FL).  February 2003.

339. International Symposium on Industrial Applications of Biocatalysis – Chemical Development Issues (Boston, MA).  September 2003.

340. U.S. Army Workshop on Self-Decontaminating Materials and Multifunctional Coatings (Arlington, VA).  October 2003.

341. British Royal Society Meeting on Biocatalysis in Alternative Media (London, England).  December 2003.

342. National Autonomous University of Mexico (Mexico City, Mexico).  March 2004.

343. Healthcare Research Initiative Workshop on the Effect of Radiofrequency Radiation on Pharmaceutical Product Quality (Cambridge, MA).  June 2004.

344. Rensselaer Biotechnology Symposium on Biological Discoveries That Will Change the World (Troy, NY).  September 2004.

345. Barnett International Conference on Consequences of Aggregation on Drug Development, Immunology, Quality Control, and Disease Genesis (Philadelphia, PA).  September 2004.

346. 4th Annual IBC Conference on Formulation Strategies for Protein Therapeutics (Boston, MA).  October 2004.

347. U.S. Army Edgewood Chemical Biological Center (Aberdeen Proving Ground, MD).  August 2005.

348. World Congress on Synthetic Receptors (Salzburg, Austria).  September 2005.

349. International Conference "Celebrating 30 Years of Robert Langer's Science" (Cambridge, MA).  July 2006.

350. University of Montreal (Montréal, Québec, Canada).  October 2006.

351. The Boeing Company (Everett, WA).  December 2006.

352. Instrumentation Laboratory (Lexington, MA).  December 2006.

353. Acambis Inc. (Cambridge, MA). January 2007.