AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

### RECEIPT

The court has received, on July 2, 2007, from defandent Roche, documents for in camera review.

                    Elizabeth Smith
                    Deputy Clerk