UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, | ) |
| ROCHE DIAGNOSTICS GmbH, | ) |
| and HOFFMANN-LA ROCHE INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONFIDENTIAL EXHIBIT D TO THE DECLARATION OF PETER
FRATANGELO, ESQ. IN SUPPORT OF ROCHE'S MOTION FOR SUMMARY
JUDGMENT THAT CLAIM 1 OF PATENT NO. 5,995,422 IS INVALID FOR
INDEFINITENESS AND LACK OF WRITTEN DESCRIPTION**

The filing of this allegedly confidential exhibit has been deferred pursuant to the provisions

of the Protective Order entered on 2/7/07 (Docket No. 274).

Dated:  July 3, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/  Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kimberly J. Seluga (BBO# 667655)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

03099/00501  697961.1

Dockets.Justia.com