SOLE INVENTOR





~~113173~~
202874

# APPLICATION FOR
# UNITED STATES LETTERS PATENT

# SPECIFICATION

TO ALL WHOM IT MAY CONCERN:

Be it known that I, __FU-KUEN LIN__

a citizen of the United States, residing at __438 Thunderhead Street, Thousand Oaks,__

in the County of __Ventura__ and State of __California__

have invented a new and useful __"PRODUCTION OF ERYTHROPOIETIN"__

of which the following is a specification.

9

- 97 -

WHAT IS CLAIMED IS:

1. A purified and isolated polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin and characterized by being the product of procaryotic or eucaryotic expression of an exogenous DNA sequence.

2. A polypeptide according to claim 1 further characterized by being free of association with any mammalian protein.

3. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a cDNA sequence.

4. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a manufactured DNA sequence.

5. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a genomic DNA sequence.

6. A polypeptide according to claim 1 wherein the exogenous DNA sequence is carried on an autonomously replicating circular DNA plasmid or viral vector.

7. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of human erythropoietin as set forth in Table VI or any naturally occurring allelic variant thereof.

8. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of monkey erythropoietin as set forth in Table V or any naturally occurring allelic variant thereof.

77

106

AM670156370                                                    AM-ITC 00941037

- 101 -

35. A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^{7}$]hEPO, [Asn$^{2}$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [Δ27-55]hEPO.

36. A DNA sequence according to claim 34 which is a manufactured sequence.

37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.

38. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector ~~according to claim 37~~.

39. A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.

40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythropoietin.

41. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human erythropoietin.

110

- 102 -

42. Vertebrate cells which can be propagated in vitro continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.

43. Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.

44. Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.

45. Vertebrate cells according to claim 42 which are mammalian or avian cells.

46. Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells.

47. A synthetic polypeptide having part or all of the amino acid sequence as set forth in ~~Table~~ Figures and having one or more of the in vivo or in vitro biological activities of naturally-occurring monkey erythropoietin.

48. A synthetic polypeptide having part or all of the amino acid sequence set forth in ~~Table VI~~ Figure 6, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

49. A synthetic polypeptide having part or all of the secondary conformation of part or all of the amino acid sequence set forth in ~~Table VI~~ Figure 6, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

111