

RECEIVED GROUP 180

DEC 0 8 1988

6/Cite
B 12/9/88

PATENT

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

| | |
|---|---|
| Application of: | ) I hereby certify that this |
| | ) paper is being deposited |
| FU-KUEN LIN | ) with the United States |
| | ) Postal Service as first |
| Serial No: 113,178 | ) class mail, postage prepaid, |
| | ) in an envelope addressed to: |
| Filed: October 23, 1987 | ) Commissioner of Patents and |
| | ) Trademarks, Washington, D.C. |
| For: "PRODUCTION OF | ) 20231, on this date: |
| ERYTHROPOIETIN" | ) |
| | ) _December 1, 1988_ |
| | ) (Date) |
| | ) |
| | ) _DDL / 8 9L_ |
| Group Art Unit: 183 | ) Jeffrey S. Sharp/(31,879) |
| | ) Attorney for Applicant(s) |
| Examiner: H. E. Schain | ) |

APPLICANT'S AMENDMENT AND REPLY
UNDER 37 C.F.R. §1.111 AND 1.115

and

DECLARATION OF THOMAS W. STRICKLAND
UNDER 37 C.F.R. §1.132

Hon. Commissioner of Patents
and Trademarks
Washington, D.C.  20231

Sir:

This is in response to the Office Action dated
June 2, 1988 in the above-identified application wherein
claims 1-13, 16, 39-41, 47-49 and 55-57 were variously
rejected under 35 U.S.C. §112, 102(b) and 103.
Reconsideration and allowance is respectfully requested in
view of the following amendments and remarks.


AMENDMENTS

Please amend the above-identified application as
follows:

Page 88, line 36, "lablled" should be
--labelled--.

Page 91, line 29, please delete "a".

Page 92, line 10, "Table VI" should be
--Figure 6--.

Page 95, line 10, "membrances" should be
--membranes--.

IN THE CLAIMS

Please cancel claims 1-13, 16, 39-40 and 47-49
without prejudice to Applicant's right to pursue claims of
the same or similar scope in a duly filed continuing appli-
cation.

Please amend claims 41, 55 and 56 as follows:

--41.   (Amended)  A glycoprotein product having a
primary structural conformation and glycosylation suffi-
ciently duplicative of that of a naturally occurring human
erythropoietin to allow possession of [one or more of the
biological properties thereof] the in vivo biological
property of causing bone marrow cells to increase production
of reticulocytes and red blood cells and having an average
carbohydrate composition which differs from that of
naturally occurring human erythropoietin.

55.   (Amended)  A pharmaceutical composition com-
prising an effective amount of a [polypeptide] glycoprotein
product according to [claims 1, 16, 39, 40 or] claim 41 and
a pharmaceutically acceptable diluent, adjuvant or
carrier.

- 3 -

tion as reflected by the presently pending claims is clearly
warranted.

## CONCLUSION

The foregoing amendments and remarks are believed
to establish that claims 41, 55-57 and 61-66 are in con-
formity with all requirements of 35 U.S.C. §112 and are
directed to subject matter which is novel and unobvious
under 35 U.S.C. §102 and 103. An early notice of allowance
thereof is solicited.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By _____
Jeffrey S. Sharp (Reg. No. 31,879)
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois
_December 1_, 1988

- 13 -