

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

FU-KUEN LIN

Serial No.: Rule 60 Continuation of
            07/113,179

Filed: November 6, 1990

For: PRODUCTION OF ERYTHROPOIETIN

November 6, 1990

PRELIMINARY AMENDMENT

Honorable Commissioner of
   Patents and Trademarks
Washington, D. C. 20231

Sir:

Please amend the above-identified continuation application as follows:

IN THE SPECIFICATION

Please delete lines 3-6 and insert the following text in place thereof:

--This is a continuation of my co-pending U.S. Patent Application Serial No. 07/113,179, filed October 23, 1987, which is in turn a continuation of U.S. Patent Application Serial No. 675,298, filed November 30, 1984 whichi issued as U.S. Letters Patent No. 4,703,008 on October 27, 1987, which was a continuation-in-part of my co-

A 42329



FU-KUEN LIN -- Rule 60 Continuation of Serial No. 07/113,179

IN THE DRAWINGS:

Please add the enclosed formal drawing Figures 5 through 21.

IN THE CLAIMS:

Add the following new claims:

-- 61. An erythropoietin-containing, pharmaceutically-acceptable preparation wherein human serum albumin is mixed with erythropoietin.

62. A preparation according to claim 61 containing a therapeutically effective amount of erythropoietin.

63. A composition according to claim 61 containing a therapeutically effective amount of recombinant erythropoietin. --

REMARKS

In accordance with the provisions of 37 C.F.R. §1.607, the present continuation is being filed for the purpose of requesting an interference with all of the claims (claims 1-4) of U.S. Patent No. 4,879,272 issued to Naoto Shimoda et al on

A 42337

197

FU-KUEN LIN -- Rule 60 Continuation of Serial No. 07/113,179

and/or take any other action in the interference, once declared, as may be deemed proper under the rules.

Respectfully submitted,

CUSHMAN, DARBY & CUSHMAN

By _____
Paul N. Kokulis
Reg. No. 16,773

PNK:mh
1615 L Street, N.W.
Washington, D. C. 20036
Phone: (202) 861-3503

A 42340