**Exhibit 17 (part 1 of 2)**

# United States Patent [19]

## Lin

[11] **Patent Number:** 4,703,008

[45] **Date of Patent:** Oct. 27, 1987

[54] **DNA SEQUENCES ENCODING ERYTHROPOIETIN**

[75] Inventor: **Fu-Kuen Lin,** Thousand Oaks, Calif.

[73] Assignee: **Kiren-Amgen, Inc.,** Thousand Oaks, Calif.

[21] Appl. No.: **675,298**

[22] Filed: **Nov. 30, 1984**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 561,024, Dec. 13, 1983, abandoned, and a continuation-in-part of Ser. No. 582,185, Feb. 21, 1984, abandoned, and a continuation-in-part of Ser. No. 655,841, Sep. 28, 1984.

[51] Int. Cl.⁴ ....................... **C12N 5/00; C12N 15/00; C12N 1/20; C12N 1/00; C12Q 1/68; C07H 15/12**

[52] U.S. Cl. ............................. **435/240.2; 435/172.3; 435/253; 435/6; 435/317; 435/320; 536/27; 935/9; 935/10; 935/13; 935/79; 935/80**

[58] Field of Search ...................... 435/68, 317, 172.3, 435/253, 240; 935/6, 10, 11, 27, 69, 73, 13

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,033,753 | 5/1962 | White et al. . |
| 3,865,801 | 2/1975 | Chiba et al. . |
| 4,237,224 | 12/1980 | Cohen et al. . |
| 4,264,731 | 4/1981 | Shine . |
| 4,273,875 | 6/1981 | Manis . |
| 4,293,652 | 10/1981 | Cohen . |
| 4,338,397 | 7/1982 | Gilbert et al. . |
| 4,358,535 | 11/1982 | Falkow et al. . |
| 4,377,513 | 3/1983 | Sugimoto et al. .................... 260/112 |
| 4,394,443 | 7/1983 | Weissman et al. . |
| 4,397,840 | 8/1983 | Takezawa et al. . |
| 4,399,216 | 8/1983 | Axel et al. . |
| 4,411,994 | 10/1983 | Gilbert et al. . |
| 4,442,205 | 4/1984 | Hamer et al. . |
| 4,465,624 | 8/1984 | Chiba et al. . |
| 4,468,464 | 8/1984 | Cohen et al. ........................ 435/317 |
| 4,468,466 | 8/1984 | Cohen et al. . |
| 4,503,151 | 3/1985 | Paddock ................................ 435/68 |
| 4,558,005 | 12/1985 | Goldwasser et al. . |
| 4,558,006 | 12/1985 | Egrie ...................................... 435/70 |
| 4,568,488 | 2/1986 | Lee-Huang . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0070685 | 1/1983 | European Pat. Off. . |
| 0070687 | 1/1983 | European Pat. Off. . |
| 0077670 | 4/1983 | European Pat. Off. . |
| 0093619 | 11/1983 | European Pat. Off. . |
| 0123294 | 4/1984 | European Pat. Off. . |
| 0116446 | 8/1984 | European Pat. Off. . |

(List continued on next page.)

#### OTHER PUBLICATIONS

Bennetzen et al., 1982, "Codon Selection in Yeast", *J. Biol Chem*, vol. 257(6), 3026–3031.
Lewin *Genes*, 1983, John Wiley & Sons, p. 307.

(List continued on next page.)

*Primary Examiner*—Alvin E. Tanenholtz
*Attorney, Agent, or Firm*—Michael F. Borun; Steven M. Odre

[57] **ABSTRACT**

Disclosed are novel polypeptides possessing part or all of the primary structural conformation and one or more of the biological properties of mammalian erythropoietin ("EPO") which are characterized in preferred forms by being the product of procaryotic or eucaryotic host expression of an exogenous DNA sequence. Illustratively, genomic DNA, cDNA and manufactured DNA sequences coding for part or all of the sequence of amino acid residues of EPO or for analogs thereof are incorporated into autonomously replicating plasmid or viral vectors employed to transform or transfect suitable procaryotic or eucaryotic host cells such as bacteria, yeast or vertebrate cells in culture. Upon isolation from culture media or cellular lysates or fragments, products of expression of the DNA sequences display, e.g., the immunological properties and in vitro and in vivo biological activities of EPO of human or monkey species origins. Disclosed also are chemically synthesized polypeptides sharing the biochemical and immunological properties of EPO. Also disclosed are improved methods for the detection of specific single stranded polynucleotides in a heterologous cellular or viral sample prepared from, e.g., DNA present in a plasmid or viral-borne cDNA or genomic DNA "library".

**31 Claims, 21 Drawing Figures**

Translation of Monkey EPO cDNA

```
Sau3A
GATCCCGCGCCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCGCCGCCGCCTAGGTCGCTCAG

                       -27                      -20
                       Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

                                                -10
Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC TCG CTC CCT CTG GGC CTC CCA

-1 +1                                         10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

                       20
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

30                                            40
Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

4,703,008

Page 2

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0117058 | 8/1984 | European Pat. Off. . |
| 0117059 | 8/1984 | European Pat. Off. . |
| 0117060 | 8/1984 | European Pat. Off. . |
| 0136490 | 4/1985 | European Pat. Off. . |
| 85/04419 | 10/1985 | European Pat. Off. . |
| 83/04053 | 11/1983 | PCT Int'l Appl. . |
| 85/03079 | 7/1985 | PCT Int'l Appl. . |
| 2085887 | 5/1982 | United Kingdom . |

## OTHER PUBLICATIONS

Young et al., PNAS vol. 80, pp. 1194–1198, Mar. 1983.

Broome et al., PNAS, vol 75, pp. 2746–2749, Jun. 1978.

Ullrich et al., Science, vol. 196, pp. 1313–1319, Jun. 17, 1977.

Mantial et al., Science, vol. 205, pp. 602–606, Aug. 10, 1979.

Talmadge et al., PNAS USA 77, pp. 3369–3373, Jun. 1980.

Walker et al., Techniques In Molecular Biology, Macmillan Pub. Co., New York, p. 280 (1983).

Kennell, Prog. Nucl. Acid Res. Mol. Biol. 11, 259–301, p. 293 (1971).

Breslow et al., PNAS USA 79, pp. 6861–6865, Nov. 1982.

Woods et al., PNAS USA 79, 5661–5665, Sep. 1982.

Lee–Huang 1984, "Cloning and Expression of Human Erythropoietin cDNA in *E. Coli*", *PNAS*, vol. 81, pp. 2708–2712.

Lin et al., 1984, "Cloning of the Monkey Erythropoietin Gene" (Abstract), *J Cell Bioch.*, Suppl. 8 B, p. 45.

Farber et al., 1983, "Translation of mRNA from Anemic Baboon Kidney Into Biologically Active Erythropoietin", Exp. Hematol, vol. 11, Suppl. 14, Abstr. 101.

Gouy et al., 1982, "Coden Usage in Bacteria:Correlation with Gene Expressivity", *Nucleic Acids Res.*, vol. 10, 7055–7074.

Lin et al., *Exp. Hematol.*, 12, 357 (1984).

Lee–Huang, *Blood*, 56 620–624 (1980).

Adamson, *Hosp. Practice*, 18(12), 49–57 (1983).

Anderson et al., *P.N.A.S. (USA)*, 80, pp. 6838–6842 (1983).

Baciu et al., *Ann. N.Y. Acad. Sci.*, 414, pp. 66–72 (1983).

Baron et al., *Cell*, 28, 395–404 (1982).

Beaucage et al., *Tetrahedron Letters,* 22, pp. 1859–1862 (1981).

Billat et al., *Expt. Hematol.*, 10(1), 133–140 (1982).

Blattner et al., Science, 196, pp. 161–169 (1977).

Chisholm, *High Technology*, vol. 2, No. 1, pp. 57–63 (1983).

Choo et al., *Nature*, 299, pp. 178–180 (1982).

Choppin et al., *Blood*, 64(2), 341–347 (1984).

Chou et al., *Biochem.*, 13, 222–245 (1974).

Chou et al., *Advances in Enzymology*, 47, 45–47, (1978).

Chou et al., *Ann. Rev. Biochem.*, 47, 251–277, (1978).

Claus–Walker et al., *Arch. Phys. Med. Rehabil.*, 65, 370–374 (1984).

Congote, *Biochem. Biophys. Res. Comm., 115(2), 477–483 (1983).*



FIG. 1    Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

□ RIA STANDARD HUMAN EPO
△ RECOMBINANT MONKEY EPO
○ RECOMBINANT HUMAN EPO 5 DAY SAMPLE
● RECOMBINANT HUMAN EPO 7 DAY SAMPLE

*FIG.2*



*FIG.3*



*FIG. 4*



# FIG.5A

Translation of Monkey EPO cDNA

```
Sau3A
GATCCCGCCGCCCCCTGGACAGCCGCCTCTCTCCAGCCCGTGGGGCTGGCCCTGCCC
CGCTGAACTTCCCGGATGAGGACTCCCGGTGGTCACCCGCGCCTAGGTCGCTGAG


                          -27                           -20
                          Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

                                    -10
Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA

     -1 +1                              10
Val Pro Gly Ala Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG

                          20              *
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

     30                       *                40
Gly Cys Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

# FIG.5B

```
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
                            50

Gln Gln Ala Val Glu Val Trp Gln Ala Gly Leu Ala Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GCC GGC CTG GCC CTC TCA GAA
        60                          70

Ala Val Leu Arg Gly Gln Ala Val Leu Asn Ser Ala Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC GTG TTG AAC TCT AGT GCC CAG CCT
                            80   *

Phe Glu Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CTG CAG CTC CAC ATG GAT AAA GCC ATC TCC GGC CTT
        90                          100

Arg Ser Ile Thr Leu Leu Leu Arg Ala Leu Gly Gln Glu Ala
CGC AGC ATC ACC CTG CTT CGG AGA GCC CTG GGA CAG GAA GCC
                            110

Ile Ser Leu Pro Asp Ala Ala Ser Ala Pro Leu Arg Thr Ile
ATC TCC CTC CCA GAT GCG GCC TCG GCT CCA CTC CGA ACC ATC
        120                         130

Thr Ala Asp Thr Phe Cys Lys Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA TTC CGA GTC TAC TCC AAT TTC
                            140
```

FIG.5C

```
Leu Arg Gly Lys Leu Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA
        150                            160

Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGCACTCCACCACCTCCCTCACCAACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCCGACCCCATCGAGGGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGACACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGGGAAC

TGTCCAGGACCAACCTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGACAATGCAGGGAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGACACGCTTTGGAGCCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGATGACTGGAGGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGACACTCCCTTGGTGGCAAGAGCCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAATTACCGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGGAAGCAGGCAGGCCGGTAGGGGTGGACGGTGGGATCCGAGTGAGGAACCGTGAAGAC

AGGATGGGGGCTGGCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                      HindIII
```

## FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCCGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA

AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCTTTCCCAGATAGCCACGCTCCCGCCAGTCCC

AAGGGTGCCGCAACCGGCTGCACTCCCCTCCCGGACCCCAGGCCCGGAGCCAGCCCCATGACCCACACGC

ACGTCTGCAGCAGCCCCGCTCACCGCCCCGCGCAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCGG

GTGGCCCCTACCCGTGGCGACCCCTCACCGCCCCGCGCAGCCTCTCCCCACCCCCACCCGCGCACCACACATG

CAGATAACAGCCCCGACCCCCGCCAGAGCCGXAGAGTCCCTGGGCCACCCGCCCXGCTCTGCTCCGCCACCGCGCCC

CGCCGCACCGCGTGTCTCCCGGAGCCGACCGGGGCCACCGCCCXGCTCGTGCTCGCCACACCGCGCCC

CTTGGACAGCCGCCCTCTTCTCTAGGCCCGTGGGCGTTGGCCCTGCACCGCCGAGCTTCCCGGGATGAGGXX

CCCGGTGACCGGCGCGCCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG  ATG GGG GTG CAC G
                                                      -27  -24
                                                      Met Gly Val His

GTGAGTACTCGCCGGCTGGGCGCTCCCGGCGCGGGCGGGGATTTCGTGTTTGAGCGGGATTTAGCGCCCCGGCT
```

FIG.6B

```
AATTGGCCAAGAGAGGTGGCTGGGTTCAAGGACCGGCGACTTGTCAAGGACCCCGGAGGGGGAGGGGGGTGGG

GCAGCCTCCACGTGCCGCGGGGACTTGGGGAGTTCTTGGGGATGCCAAAAACCTGGCCTGTTGAGGGGCA

CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTCAGTTGTCTGTCTTGTCAGTGTCTCG[I.s.]

TTGCACGCACCACAGATCAATAAGCCAGGCAGCACCTGAGTACTTGCATGGTTGGGACACGGAAGGACGAG

CTGGGGCAGCAGACGCTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCGCCTGACTCT

                      -23                          -20
                      Glu Cys Pro Ala Trp Leu Leu Ser Leu
                      AA TGT CCT GCC TGG CTT CTC CTG TCC CTG
CAGCCTTGCCTATCGTTCTAG

-10                                           -1  +1
Leu Ser Leu Pro Leu Gly Leu Ala Pro Arg Leu Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC GGC GCC CCA CGC CTC ATC TGT

        10                          20          *
Asp Ser Arg Val Leu Glu Arg Tyr Leu Glu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

26
Thr
ACG GTGAGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGACTCCTCCCAGAT

CCAGAACCTGGCCACTTGGTTTGGGGTGGAGAGTTGGGGAGCTAGACACTGCCCCCTACATAAGAATAAGTC
```

FIG.6C

TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG

```
                                              27             30
                                      Thr Gly Cys Ala Glu
                                      ACG GGC TGT GCT GAA
```

CCAGAGCCCTTCAGGGACCCTTGACTCCCGGGCCTGTGTGCATTTCAG

```
                          *
                         40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT
```

```
50             55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG    GTGAGTTCCTTTTTTTTTTTTCCTTCTTTCTTTGGAGAATCTCATT
```

TCCGAGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGGAAAGGTAAAATGGAGCCAGCAGAGATGAGGCT

GCCTGGGCCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCCGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCCAGTGAGCTGTGATCACACCTCGATCCAGCCTCAGTGACAGTGAGGCCCTGTCTCA

FIG. 6D

```
AAAAAGAAAAGAAAAAGAGAAAATAATGAGGCTGATGGAATACATTCATTTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCGTTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGGCCAGGGGAGGAGGGGTGACATGGTCAGCTCCAGTCCCAGAGTCCACTCCCTGTAG

56   60                                         70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Val Leu Ala Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC GTG GCC CTG CTG TCG GAA GCT

            80                    *                          90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                            100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

110        115
Arg Ala Leu Gly Ala Gln
CGG GCT CTG GGA GCC CAG  GTGAGTAGGAGCCGGACACTTCTGCCTTCTGCCCTTTCTGTAAGAAGGGGA

GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCTTCCCTTTCTGTGGCTACCGCAGCGACCTCCT

116        120
Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTCTCCTTGGCAG.
```

## FIG.6E

```
          130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                        140                    160

Asn Phe Arg Gly Lys Lys Leu Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
              150

Asp Arg OP
166 OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTTCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCGCCCACTCACTGTCGAGGGCTCTCAGCTCAGCCCAGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGCCCAGAGGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC

AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGGCAGCGCTTTAAACTCAGGGACAGAGCCCATGC

TGGGAAGACGCCCTGAGCTCACTCGGCACCCTGCAAAATTGATGCCAGGACACCGTTTGGAGGCGATTTAC

CTGTTTTCCGCCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCTTGACACCGGGGTGGTGGAACCATGAAGAC

AXGATXGGGGCTGGCCTGCCTCATGGGCTCTCATGGGCTCTATTCTCAACCTATTGACAGACTGAA

ACACAATATGAC
```

FIG.7

ECEPO GENE

```
                                        -1  1
              XbaI                       MetAla
            CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
                 TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


    ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
    TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


    TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
    ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


    TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
    AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


    GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
    CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


    GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
    CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


    AACCGCTGCA GCTGCGTGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
    TTGGCGACGT CGACGCATAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


    ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
    TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


    GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
    CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


    GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
    CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                                    SalI
    TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG CGCTAATAG
    ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

## FIG.8

SCEPO GENE

```
                  -1 +1
                  ArgAla
HindIII
AGCTTGGATA  AAAGAGCTCC  ACCAAGATTG  ATCTGTGACT  CGAGAGTTTT
 ACCTAT     TTTCTCGAGG  TGGTTCTAAC  TAGACACTGA  GCTCTCAAAA


GGAAAGATAC  TTGTTGGAAG  CTAAAGAAGC  TGAAAACATC  ACCACTGGTT
CCTTTCTATG  AACAACCTTC  GATTTCTTCG  ACTTTTGTAG  TGGTGACCAA


GTGCTGAACA  CTGTTCTTTG  AACGAAAACA  TTACGGTACC  AGACACCAAG
CACGACTTGT  GACAAGAAAC  TTGCTTTTGT  AATGCCATGG  TCTGTGGTTC


GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA  GTTGGTCAAC  AAGCTGTTGA
CAATTGAAGA  TGCGAACCTT  TGCATACCTT  CAACCAGTTG  TTCGACAACT


AGTTTGGCAA  GGTTTGGCCT  TGTTATCTGA  AGCTGTTTTG  AGAGGTCAAG
TCAAACCGTT  CCAAACCGGA  ACAATAGACT  TCGACAAAAC  TCTCCAGTTC


CCTTGTTGGT  TAACTCTTCT  CAACCATGGG  AACCATTGCA  ATTGCACGTC
GGAACAACCA  ATTGAGAAGA  GTTGGTACCC  TTGGTAACGT  TAACGTGCAG


GATAAAGCCG  TCTCTGGTTT  GAGATCTTTG  ACTACTTTGT  TGAGAGCTTT
CTATTTCGGC  AGAGACCAAA  CTCTAGAAAC  TGATGAAACA  ACTCTCGAAA


GGGTGCTCAA  AAGGAAGCCA  TTTCCCCACC  AGACGCTGCT  TCTGCCGCTC
CCCACGAGTT  TTCCTTCGGT  AAAGGGGTGG  TCTGCGACGA  AGACGGCGAG


CATTGAGAAC  CATCACTGCT  GATACCTTCA  GAAAGTTATT  CAGAGTTTAC
GTAACTCTTG  GTAGTGACGA  CTATGGAAGT  CTTTCAATAA  GTCTCAAATG


TCCAACTTCT  TGAGAGGTAA  ATTGAAGTTG  TACACCGGTG  AAGCCTGTAG
AGGTTGAAGA  ACTCTCCATT  TAACTTCAAC  ATGTGGCCAC  TTCGGACATC


AACTGGTGAC  AGATAAGCCC  GACTGATAAC  AACAGTGTAG
TTGACCACTG  TCTATTCGGG  CTGACTATTG  TTGTCACATC

             SalI
ATGTAACAAA  G
TACATTGTTT  CAGCT
```

Comparison of Human and Monkey EPO Polypeptides

```
             -20          -10        +1        10         20         30         40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
        **********  ***  ***********  **  ***************  * ****  ***********
Monkey  MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

            50         60         70         80         90        100        110
Human   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        ******** ***** *******  **** ***     ***     ********* ******  *********
Monkey  VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

           120        130        140        150        160
Human   AISPPDAASAAPLRTIIADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        ***  *** ***********  ***********  ***  ********
Monkey  AISLPDAASAAPLRTIIADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

ECEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCTAGAAACCATGAGGGTAATAAAATA

2.  CCATTATTTTATTACCCTCATGGTTTCTAG

3.  ATGGCTCCGCCGCGTCTGATCTGCGAC

4.  CTCGAGTCGCAGATCAGACGCGGCGGAG

5.  TCGAGAGTTCTGGAACGTTACCTGCTG

6.  CTTCCAGCAGGTAACGTTCCAGAACT

7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGCTGAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

FIG. 10

ECEPO SECTION 1

```
        XbaI
EcoRI            1                              3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                   2                              4


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
              5                              
         GCTCTCAAGA    6                   CTTC


         7          ACCACTGGTT  9          CTTTG       11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
              8                  10
```

```
   KpnI     BamHI
TTACGGTACC G
AATGCCATGG CCTAG
   12
```

FIG. 11

ECEPO SECTION 2 OLIGONUCLEOTIDES

1.    AATTCGGTACCAGACACCAAGGT

2.    GTTAACCTTGGTGTCTGGTACCG

3.    TAACTTCTACGCTTGGAAACGTAT

4.    TTCCATACGTTTCCAAGCGTAGAA

5.    GGAAGTTGGTCAACAAGCAGTTGAAGT

6.    CCAAACTTCAACTGCTTGTTGACCAAC

7.    TTGGCAGGGTCTGGCACTGCTGAGCG

8.    GCCTCGCTCAGCAGTGCCAGACCCTG

9.    AGGCTGTACTGCGTGGCCAGGCA

10.   GCAGTGCCTGGCCACGCAGTACA

11.   CTGCTGGTAAACTCCTCTCAGCCGT

12.   TTCCCACGGCTGAGAGGAGTTTACCA

13.   GGGAACCGCTGCAGCTGCATGTTGAC

14.   GCTTTGTCAACATGCAGCTGCAGCGG

15.   AAAGCAGTATCTGGCCTGAGATCTG

16.   GATCCAGATCTCAGGCCAGATACT

FIG. 12

ECEPO SECTION 2

```
EcoRI  KpnI
A ATTCGGTACC AGACACCAAG GTTAACTTCT ACCGTTGGAA ACCTATTGAA
       GCCATGG TCTGTGGTTC CAATTGAAGA TGGCAACCTT TGCATACCTT
            1          3
            2          4

GTTGGTCAAC AACCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT
     5          7
     6          8

GCTCGTACTG CGTGGCCAGG CATGTCTGGT AAACTCCTCT CAGCCGTTGG
CCGACATGAC GCACCGGTCC GTGACAGCCA TTTGAGGAGA GTCGGCACC
     9          11
     10         12
                                            BglII    BamHI
AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
     13         15
     14         16
```

FIG. 13

ECEPO SECTION 3

1.   GATCCAGATCTCTGACTACTCTGC

2.   ACGCAGCAGAGTAGTCAGAGATCTG

3.   TGCGTGCTCTGGGTGCACAGAAAGAGG

4.   GATAGCCTCTTTCTGTGCACCCAGAGC

5.   CTATCTCTCCGCCGGATGCTGCATCT

6.   CAGCAGATGCAGCATCCGGCGGAGA

7.   GCTGCACCGCTGCGTACCATCACTG

8.   ATCAGCAGTGATGGTACGCAGCGGTG

9.   CTGATACCTTCCGCAAACTGTTTCG

10.  ATACACGAAACAGTTTGCGGAAGGT

11.  TGTATACTCTAACTTCCTGCGTGGTA

12.  CAGTTTACCACGCAGGAAGTTAGAGT

13.  AACTGAAACTGTATACTGGCGAAGC

14.  GGCATGCTTCGCCAGTATACAGTTT

15.  ATGCCGTACTGGTGACCGCTAATAG

16.  TCGACTATTAGCGGTCACCAGTAC

FIG. 14

ECEPO SECTION 3

BamHI BglII
GA TCCAGATCTCTG
   GTCT AGAGAC


```
        1                    3                        5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
        2                    4


GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
                          7                          9
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
        6                    8


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
                   11                              13
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
        10                   12


                    15                        SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG  GTCGAC
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
        14                   16
```

FIG. 15

## SCEPO SECTION 1 OLIGONUCLEOTIDES

1.  AATTCAAGCTTGGATAAAAGAGCT

2.  GTGGAGCTCTTTTATCCAAGCTTG

3.  CCACCAAGATTGATCTGTGACTC

4.  TCTCGAGTCACAGATCAATCTTG

5.  GAGAGTTTTGGAAAGATACTTGTTG

6.  CTTCCAACAAGTATCTTTCCAAAAC

7.  GAAGCTAAAGAAGCTGAAAACATC

8.  GTGGTGATGTTTTCAGCTTCTTTAG

9.  ACCACTGGTTGTGCTGAACACTGTTC

10. CAAAGAACAGTGTTCAGCACAACCA

11. TTTGAACGAAAACATTACGGTACCG

12. GATCCGGTACCGTAATGTTTTCGTT

FIG. 16

SCEPO SECTION 1

```
EcoRI   HindIII 1
AATTCA  AGCTTGGATA
    GT  TCGAACCTAT
            2


AAAGAGCTCC ACCAAGATTG  ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC  TAGACACTGA GCTCTCAAAA
           3                      4


GGAAAGATAC TTGTTGGAAG  CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC  GATTTCTTCG ACTTTTGTAG TGGTGACCAA
   5            7
        6                      8


GTGCTGAACA CTGTTCTTTG  AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC  TTGCTTTTGT AATGCCATGG CCTAG
      9            11       KpnI     BamHI
                        12
```

FIG. 17

### SCEPO SECTION 2 OLIGONUCLEOTIDES

1.    AATTCGGTACCAGACACCAAGGT

2.    GTTAACCTTGGTGTCTGGTACCG

3.    TAACTTCTACGCTTGGAAACGTAT

4.    TTCCATACGTTTCCAAGCGTAGAA

5.    GGAAGTTGGTCAACAAGCAGTTGAAGT

6.    CCAAACTTCAACTGCTTGTTGACCAAC

7.    TTGGCAAGGTTTGGCCTTGTTATCTG

8.    GCTTCAGATAACAAGGCCAAACCTTG

9.    AAGCTGTTTTGAGAGGTCAAGCCT

10.    AACAAGGCTTGACCTCTCAAAACA

11.    TGTTGGTTAACTCTTCTCAACCATGGG

12.    TGGTTCCCATGGTTGAGAAGAGTTAACC

13.    AACCATTGCAATTGCACGTCGAT

14.    CTTTATCGACGTGCAATTGCAA

15.    AAAGCCGTCTCTGGTTTGAGATCTG

16.    GATCCAGATCTCAAACCAGAGACGG

FIG. 18

SCEPO SECTION 2

```
         KpnI
EcoRI     1
A ATTCGGTACC AGAGACCAAG
  GCCATGG TCTGTGGTTC
          2


          3                               5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
          4                               6


          7                      9
AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
          8                               10


           11                         13
CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
           12                         14


             15                BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
             16
```

FIG. 19

## SCEPO SECTION 3 OLIGONUCLEOTIDES

1.  GATCCAGATCTTTGACTACTTTGTT

2.  TCTCAACAAAGTAGTCAAAGATCTG

3.  GAGAGCTTTGGGTGCTCAAAAGGAAG

4.  ATGGCTTCCTTTTGAGCACCCAAAGC

5.  CCATTTCCCCACCAGACGCTGCTT

6.  GCAGAAGCAGCGTCTGGTGGGGAA

7.  CTGCCGCTCCATTGAGAACCATC

8.  CAGTGATGGTTCTCAATGGAGCG

9.  ACTGCTGATACCTTCAGAAAGTT

10.  GAATAACTTTCTGAAGGTATCAG

11.  ATTCAGAGTTTACTCCAACTTCT

12.  CTCAAGAAGTTGGAGTAAACTCT

13.  TGAGAGGTAAATTGAAGTTGTACAC

14.  ACCGGTGTACAACTTCAATTTACCT

15.  CGGTGAAGCCTGTAGAACTGGT

16.  CTGTCACCAGTTCTACAGGCTTC

17.  GACAGATAAGCCCGACTGATAA

18.  GTTGTTATCAGTCGGGCTTAT

19.  CAACAGTGTAGATGTAACAAAG

20.  TCGACTTTGTTACATCTACACT

FIG. 20

SCEPO SECTION 3

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                2


       3                        5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
       4                        6


     7              9                      11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
       8              10                     12


                 13                       15
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                 14                       16


          17                   19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
             18


           SalI
ATGTAACAAA G
TACATTGTTT CAGCT
     20
```

FIG. 21

4,703,008

1

### DNA SEQUENCES ENCODING ERYTHROPOIETIN

This is a continuation-ln-part of my co-pendlng U.S. patent application Ser. Nos. 561,024, filed Dec. 13, 1983, (now abandoned) 582,185, filed Feb. 21, 1984, (now abandoned) and 655,841, filed Sept. 28, 1984.

### BACKGROUND

The present invention relates generally to the manipulation of genetic materials and, more particularly, to recombinant procedures making possible the production of polypeptides possessing part or all of the primary structural conformation and/or one or more of the biological properties of naturally-occurring erythropoletin.

A. Manipulation of Genetic Materials

Genetic materials may be broadly defined as those chemical substances which program for and guide the manufacture of constituents of cells and viruses and direct the responses of cells and viruses. A long chain polymeric substance known as deoxyribonucleic acid (DNA) comprises the genetic material of all living cells and viruses except for certain viruses which are pro-grammed by ribonucleic acids (RNA). The repeating units in DNA polymers are four different nucleotides, each of which consists of either a purine (adenine or guanine) or a pyrimidine (thymine or cytosine) bound to a deoxyribose sugar to which a phosphate group is attached. Attachment of nucleotides in linear polymeric form is by means of fusion of the 5′ phosphate of one nucleotlde to the 3′ hydroxyl group of another. Func-tional DNA occurs in the form of stable double stranded associations of single strands of nucleotides (known as deoxyoligonucleotides), which associations occur by means of hydrogen bonding between purine and pyrimidine bases [i.e., "complementary" associa-tions existing either between adenine (A) and thymine (T) or guanine (G) and cytosine (C)]. By convention, nucleotides are referred to by the names of their constit-uent purine or pyrimidine bases, and the complemen-tary associations of nucleotides in double stranded DNA (i.e., A-T and G-C) are referred to as "base pairs". Ribonucleic acid is a polynucleotide comprising adenine, guanine, cytosine and uracil (U), rather than thymine, bound to ribose and a phosphate group.

Most briefly put, the programming function of DNA is generally effected through a process wherein specific DNA nucleotide sequences (genes) are "transcribed" into relatively unstable messenger RNA (mRNA) poly-mers. The mRNA, in turn, serves as a template for the formation of structural, regulatory and catalytic prote-ins from amino acids. This mRNA "translation" process involves the operations of smallRNA strands (tRNA) which transport and align individual amino acids along the mRNA strand to allow for formation of polypep-tides in proper amino acid sequences. The mRNA "mes-sage", derived from DNA and providing the basis for the tRNA supply and orientation of any given one of the twenty amino acids for polypeptide "expression", is in the form of triplet "codons"—sequential grouplngs of three nucleotide bases. ln one sense, the formation of a protein is the ultimate form of "expression" of the pro-grammed genetic message provided by the nucleotide sequence of a gene.

"promoter" DNA sequences usually "precede" a gene in a DNA polymer and provide a site for initiation

2

of the transcription into mRNA. "Regulator" DNA sequences, also usually "upstream" of (i.e., preceding) a gene in a given DNA polymer bind proteins that deter-mine the frequency (or rate) of transcriptional initiation. Collectively referred to as "promoter/regulator" or "control " DNA sequence, these sequenees which pre-cede a selected gene (or series of genes) in a functional DNA polymer cooperate to determine whether the transcription (and eventual expression) of a gene will occur. DNA sequences which "follow" a gene in a DNA polymer and provide a signal for termination of the transcription into mRNA are referred to as tran-scription "terminator" sequences.

A focus of microbiological processing for the last decade has been the attempt to manufacture industrially and pharmaceutically significant substances using or-ganisms which either do not initially have genetically coded information concerning the desired product in-cluded in their DNA, or (in the case of mammalian cells in culture) do not ordinarily express a chromosomal gene at appreciable levels. Simply put, a gene that speci-fies the structure of a desired polypeptide product is either isolated from a "donor" organism or chemically synthesized and then stably introduced into another organism which is preferably a self-replicating unicellu-lar organism such as bacteria, yeast or mammalian cells in culture. Once this is done, the existing machinery for gene expression in the "transformed" or "transfected" microbial host cells operates to construct the desired product, using the exogenous DNA as a template for transcription of mRNA which is then translated into a continuous sequence of amino acid residues.

The art is rich in patent and literature publications relating to "recombinant DNA" methodologies for the isolation, synthesis, purification and amolification of genetic materials for use in transformation of selected host organisms. U.S. Pat. No. 4,237,224 to Cohen, et al., for example, relates to transformation of unicellular host organisms with "hybrid" viral or circular plasmid DNA whioh includes selected exogenous DNA sequen-ces. The procedures of the Cohen, et al. patent first involve manufacture of a transformation vector by en-zymatically cleaving viral or circular plasmid DNA to form linear DNA strands. Selected foreign ("exoge-nous" or "heterologous" DNA strands usually includ-ing sequences coding for desired product are prepared in linear form through use of similar enzymes. The linear viral or plasmid DNA is incubated with the for-eign DNA in the presence of ligating enzymes capable of effecting a restoratlon process and "hybrid" vectors are formed which include the selected exogenous DNA segment "spliced" into the viral or circular DNA plas-mid.

Transformation of compatible unicellular host organ-isms with the hybrid vector results in the formation of multiple copies of the exogenous DNA in the host cell population. In some instances, the desired result is sim-ply the amplification of the foreign DNA and the "product" harvested is DNA. More frequentiy, the goal of transformation is the expression by the host cells of the exogenous DNA in the form of large scale synthesis of isolatable quantities of commercially significant pro-tein or polypeptide fragments coded for by the foreign DNA. See also, e.g., U.S. Pat. Nos. 4,264,731 (to Shine), 4,273,875 (to Manis), 4,293,652 (to Cohen), and Euro-pean patent application No. 093,619, published Nov. 9, 1983.