U.S. Patent        Aug. 15, 1995        Sheet 1 of 27        5,441,868



FIG. 1



FIG. 2



FIG.3

FIG. 4



FIG. 5A

```
Bau3A
GATCCCGCGGCCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACGCGCCGCCTAGGTCGCTGAG
                                        -27
                                        Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG

                                -20
Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA

    -1 +1                                           10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG
                                                  *
                            20
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
                                            *               40
            30
Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

FIG.5B

```
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
                            50                      70
Gln Gln Ala Val Glu Val Trp Gln Ala Leu Gly Leu Ala Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GCC CTG GGC CTG GCC CTC TCA GAA
        60                                              *
Ala Val Leu Arg Gly Gln Ala Val Leu Ala Asn Ser Ser Gln Pro
GCT GTC CTG CGG GGC CAG GCC GTG TTG GCC AAC TCT TCC CAG CCT
                            80                      100
Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT
        90                                      110
Arg Ser Ile Thr Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC ACT CTG CTT CGG GCG CTG GGA GCC CAG GAA GCC
                            110                     130
Ile Ser Leu Pro Asp Ala Ala Ser Ala Ala Pro Leu Arg Thr Ile
ATC TCC CTC CCA GAT GCG GCC TCG GCT GCT CCA CTC CGA ACC ATC
        120                                     
Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
                            140
```

U.S. Patent      Aug. 15, 1995      Sheet 7 of 27      5,441,868

FIG. 5C

```
                    150
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

       165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACACCACCTCCCTCACCAACA

CTGCCCTGTGCCACACCCTCCCTCACCACTCCAGCAATGACATCTCAGGGGCCAGAGGAAC

CGCCAGGCCCTGTCCCATGGGACACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTCGCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGAGAACAATGCAGGGAAAACACCT

GAGCTCACTGGGCCACCTGCAAAATTTGATGCAGGACACGGCTTTGGAGGCAATTTACCTG

TTTTTTGCACCTACCATCAGGGACAGGATGACTGGAGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCCTTGGTGTGCCAAGAGCCCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAAATTACGGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTGTGGGGAAGCAGGCGGTAGGGGTGGAGCTGGGAGTGAGAACCGTGAAGAC

AGGATGGGGGCTGGCCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                 HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGCCCCAGCCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCTCCCGCGACCCAGGGCCCGGAGCAGCCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGGCTCACGCCCCGGCGAGCCTCAACCAGGCCTCCTGCCCCTGCTCTGACCCGG
GTGGCCCCTACCCCTGGACCCCTCACGGCACACAGCCCCTCCCCCACCCGGCACGGCACACATG
CAGATAACAGCCCCGACCCCCGGCCAGAGCCXAGAGTCCCTGGGCCACCCGGCGCTGCCTGCCGCTG
CGCCGCACCGCTGTCCCCGGAGCCCGACCGGGGCCACGCGCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCCTCTCCTCTAGGCCCGTGGGCTGGCCCTGCACCGCCGAGCTTCCCGGGATGAGGXX

                                                    -27        -24
                                                    Met Gly Val His
CCCGGTGACCGGCGCGCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG ATG GGG GTG CAC G
GTGAGTACTCGCGGGGCTGGGCGCTCCCCGGCGGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

FIG.6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACTTGTCAAGGACCCCGGACTTGTCAAGGAGGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGGGACTTGGGGAGTTCTTGGGGATGGCAAAAACCTGGCTGTTGAGGGGCA
CAGTTTGGGGGTTGGGGAGGAGGTTTGGGTTCTGCTGTGCAGTTGTGTCGTTGTCAGTGTCTCG[I.B.]
TTGCACACGGCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCGGCCTGACTCT
                   -23
                   Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG
   -10                          -20                          -1 +1
Leu Ser Arg Leu Pro Val Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CGC CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                10                                        20
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
 26
 Thr
ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGGAACTCCTCCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCCTACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGATCCTACGCCTGTGGGCCAGGG
                                                            27              30
                                                            Thr Gly Cys Ala Glu
                                                            ACG GGC TGT GCT GAA
CCAGAGCCTTCAGGGACCCTTGACTCCCCGGGCTGTGTGCATTCAG
                      *              40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT
 50                 55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT
TGCGAGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGGAAAGGTAAAATGGAGCAGAGATGAGGCT
GCCTGGGCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT
GGAGTTTCAGACCAACCTAGGCAACATGAGCAGTAGTCCCAGATATTTGGAAGGCTGAGGGGAGGATCGCTTGAGCCCAGGAA
GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGGGAGGATCGCTTGAGCCCAGGAA
TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG. 6D

```
AAAAGAAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT
CACTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGCTTGGTGCTTGG
GGCTGCTGAGGGGCAGGAGGGAGAGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG

 56                                                70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT

                        80                                        90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                                100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

 110                     115
Arg Ala Leu Gly Ala Gln      Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
CGG GCT CTG GGA GCC CAG GTGAGTAGGAGCGGACACTTCTGCTTGCCTTCTGTGTAAGAAGGGGA
                                    116                    120
                                    Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTCCTGTGGCACTGCAGCCTCCT    AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

GTTTTCTCCTTGGCAG
```

FIG. 6E

```
         130                                140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
            150                                160
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

Asp Arg OP
    166
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCCAACATTGCTTGTGCCACA
CCCTCCCCCGCCACTCCTGAACCCCGTCGAGGGGCTCTCAGCTCAGCGCCAGCCTGTCCCATGGACACTCC
AGTGCCAGCAATGACATCTCAGGGCCCAGAGAGCAGGAACCATTCAGAGAGCAGCAACTCTGAGATCTAAGGATGTCAC
AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCAGCTTTAAACTCAGGGACAGAGCCATGC
TGGGAAGACGCCTGAGCTCACTCGGCACACCCTGCAAAATTTGATGCCAGGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG
CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGGAAGACTTAGGTGGCAAGCTGTGACTTCTCCAGG
TCTCACGGGCATGGGCACTCCCCTTGGTGGCAAGAGCCCCCTTGACACCGGGGTGGTGGAACCATGAAGAC
AXGATXGGGGCTGGCCTCTGGCTCTCATGGGGTCCAAGTTTTGTGTATTCTCAACCTATTGACAGACTGAA
ACACAATATGAC
```

FIG. 7

```
                                        -1   1
     XbaI                              MetAla
     CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
          TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


     ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
     TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


     TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
     ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


     TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
     AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


     GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
     CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


     GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
     CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


     AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
     TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


     ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
     TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


     GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
     CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


     GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
     CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                                      SalI
     TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
     ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC AGCT
```

U.S. Patent        Aug. 15, 1995        Sheet 14 of 27        5,441,868

FIG. 8

```
           -1  +1
HindIII      ArgAla
AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
     ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA


GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA


GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC


GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT


AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC


CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG


GATAAAGCCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA


GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG


CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG


TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC


AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC


           SalI
ATGTAACAAA G
TACATTGTTT CAGCT
```

U.S. Patent        Aug. 15, 1995        Sheet 15 of 27        5,441,868

FIG. 9

```
            -20        -10         +1         10         20         30         40
Human    MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ******************************************* ** * ***********************
Monkey   MGVHECPAWLWLLLSLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENITTGCSESCSLNENITVPDTK

             50         60         70         80         90        100        110
Human    VNFYANKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         ******* ***************************** *** ***** *** *** ************* *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

            120        130        140        150        160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         *** *********************** ******************* 
Monkey   AISLPDAASAAPLRTITADTPCKLFRVYSNFLRGKLKLYTGEACRRGDR
```