**U.S. Patent**     Apr. 8, 1997     Sheet 5 of 27     **5,618,698**

EXHIBIT 2
Part 2

FIG. 5A

```
Sau3A
GATCCCGGCGCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCGCGCCTAGGTCGCTGAG
                                 -27
                                 Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG
                     -20

    Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
    CTG TGG CTT CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA
      -1  +1                                       -10

    Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
    GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG
                                                           10

    Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
    GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
                            20                  *            *

    Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
    GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
                  30                                  40
```

FIG.5B

| | | | | | 50 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Asp | Thr | Lys | Val | Asn | Phe | Tyr | Ala | Trp | Lys | Arg | Met | Glu | Val | Gly |
| GAC | ACC | AAA | GTT | AAC | TTC | TAT | GCC | TGG | AAG | AGG | ATG | GAG | GTC | GGG |
| | | 60 | | | | | | | | 70 | | | | |
| Gln | Gln | Ala | Val | Glu | Val | Trp | Gln | Gly | Leu | Ala | Leu | Leu | Ser | Glu |
| CAG | CAG | GCT | GTA | GAA | GTC | TGG | CAG | GGC | CTG | GCC | CTG | CTC | TCA | GAA |
| | | | | | 80 | | | | * | | | | | |
| Ala | Val | Leu | Arg | Gly | Gln | Ala | Leu | Leu | Val | Asn | Ser | Ser | Gln | Pro |
| GCT | GTC | CTG | CGG | GGC | CAG | GCC | CTG | TTG | GTC | AAC | TCT | TCC | CAG | CCT |
| | | 90 | | | | | | | | 100 | | | | |
| Phe | Glu | Pro | Leu | Gln | Leu | His | Met | Asp | Lys | Ala | Ile | Ser | Gly | Leu |
| TTC | GAG | CCC | CTG | CAG | CTG | CAT | ATG | GAT | AAA | GCC | ATC | AGT | GGC | CTT |
| | | | | | 110 | | | | | | | | | |
| Arg | Ser | Ile | Thr | Thr | Leu | Leu | Arg | Ala | Leu | Gly | Ala | Gln | Glu | Ala |
| CGC | AGC | ATC | ACC | ACT | CTT | CTG | CGG | GCG | CTG | GGA | GCC | CAG | GAA | GCC |
| | | 120 | | | | | | | | 130 | | | | |
| Ile | Ser | Leu | Pro | Asp | Ala | Ala | Ser | Ala | Ala | Pro | Leu | Arg | Thr | Ile |
| ATC | TCC | CTC | CCA | GAT | GCG | GCC | TCG | GCT | GCT | CCA | CTC | CGA | ACC | ATC |
| | | | | | 140 | | | | | | | | | |
| Thr | Ala | Asp | Thr | Phe | Cys | Lys | Leu | Phe | Arg | Val | Tyr | Ser | Asn | Phe |
| ACT | GCT | GAC | ACT | TTC | TGC | AAA | CTC | TTC | CGA | GTC | TAC | TCC | AAT | TTC |

U.S. Patent    Apr. 8, 1997    Sheet 7 of 27    5,618,698

FIG. 5C

```
            150                                    160
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

    165
Gly Asp Arg OP
GGG GAC AGA TGA CCAGGTGCCGTCCAGCTGGGCACATCCACCACCTCCCCTCACCAACA

CTGCCCTGTGCCACACCCTCCCCTCACCACTCCCGAACCCCATCGAGGGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGCCAGAGGAAC

TGTCCAGAGCACAACTCTGAGATCTAAGGATGTGCCAGGGCCAACTTGAGGGCCCAGAGC

AGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGAGCAGACAATGCAGGGAAAAACACCT

GAGCTCACTCTGGCCACCTGCAAAATTTGATGCAGGACACGCTTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGATGACTGGAGAACTTAGGTGGCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCCTTGGTGGCAAGAGCCCCCTTGACACTGAGAGAATATT

TTGCAATCTGCAGCAGGAAAATTACGACAGGTTTTGGAGGTTGGAGCTACTTGACAG

GTGtGTGGGGAAGCAGGCGGtAGGGGTGGAGCTGGGATGCGAGtGAGAACCGTGAAGAC

AGGATGGGGGCTGGCCCTCTGGTTCTCGTGGGGTCCAAGCTT
                                   HindIII
```

FIG.6A

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCAGCCCTTTCCCAGATAGCACGCTCCGCCAGTCCC
AAGGGTGCGCAACCGGCTGCACTCCCCCTCCCCGGGAGCAGCCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGTCACGCCCCGGCGAGCCTCAACCCAGGCGTCCTGCCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCCTGGGCGACCCCCTCACGCACACAGCCCTCTCCCCACCCCCACCGCACACATG
CAGATAAACAGCCCCGACCCCCGGCCAGAGCCXAGAGTCCCTGGGCCACCCCGGCCTCGCCTGCCGCTG
CGCCCGCACCGCGCTGTCCTCCCCGGAGCCCCGCGCCXGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCCTCTCCTCTAGCCCCGTGGGCCTGGCCCTGCACCGCCGAGCTTCCCGGATGAGGXX
                                                                -27  -24
                                                                Met Gly Val His
CCCGGTGACCGGCGCGCCCAAGTCGCTGAGGACCCCGGCCAAGCGCGGAG ATG GGG GTG CAC G
GTGAGTACTCGCGGGCTGGGCGCTCCCGGCGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

FIG. 6B

```
ATTGGCCAAGAGGTGGCTGGGTTCAAGGACCCGGCGACTTGTCAAGGACCCCGGAAGGGGAGGGGGTGGG

GCAGCCTCCACGTGCCGCGGGACTTGGGGAGTTCTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA

CAGTTTGGGGTTGGGCAGGAGGAGGTTTGGGGGTTCTCTGCTGTGTCGTTGTGTCGTTGTGTCAGTGTCTCG[I·S·]

TTGCACACGCACAGATCAATAAGCCAGAGGCAGCACCCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG

CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCGCCTGACTCT
                                    -23
                                    Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG               AA  TGT CCT GCC TGG CTT CTC TCC CTG
                                                       -20
     -10
Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                                        -1  +1
Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
              10                                 20                    *
26
Thr
ACG GTGAGACCCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGAACTCCTCCCAGAT

CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGGGAAGCTAGACACTGCCCCCCCTACACATAAGAATAAGTC
```

FIG.6C

```
TGGTGGCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG
                                                        27              30
                                                        Thr Gly Cys Ala Glu
                                                        ACG GGC TGT GCT GAA

CCAGAGCCTTCAGGGACCCCTTGACTCCCCGGGCTGTGTGCATTTCAG
              *                 40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT
 50                     55
 Ala Trp Lys Arg Met Glu
 GCC TGG AAG AGG ATG GAG GTGAGTTCCTTTTTTTTTTTTCCTTTCTTTTGGAGAATCTCATT

TGCCGAGCCTGATTTGGATGAAAGGGAGAATGATCGGGGAAAGGTAAAATGGAGCAGAGATGAGGCT

GCCTGGGCGCAGAGGCTCACGTCTATAATCCCAGGCTGAGATGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTTCAGAGACCAACCTAGGCAGCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGCTGAGGCGGGAGGATCGCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

FIG. 6D

```
AAAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACT
CACTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTTGCTCAGTCTTGGTGCTTGG
GGCTGCTGAGGGGGCCAGGAGGGAGAGGGTGACATGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG
```

```
         56                            60                                                                70
         Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
         GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
```

```
                                                80                *                              90
         Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
         GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG
```

```
                                                               100
         Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
         CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
```

```
         110                    115
         Arg Ala Leu Gly Ala Gln Lys
         CGG GCT CTG GGA GCC CAG GTGAGTAGGAGCGGACACTTCTGCCCTTTCTGTAAGAAGGGGA
```

```
GAAGGGTCTTGCTAAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGGCACTGCAGGACCTCCT
```

```
                                             116                           120
                                             Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
                                             AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT
GTTTTCTCCTTGGCAG
```

FIG. 6E

```
130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                                    140                        160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
        150
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCTCACCAACATTGCTTGTGCCACA
166
CCCTCCCCGCCACTCCTGAACCCCGTCGAGGGGCTCTCAGCGCCAGCCTGTCCCATGGACACTCC
AGTGCCAGCAATGACATCTCAGGGGCCAGAGGAACTGTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC
AGGGCCAACTTGAAGGGCCCAGAGCAGGAAGCATTCAGAGAGCAGCTTTAAACTCAGGGACAGAGCCATGC
TGGGAAGACGCCTGAGCTCACTCGGCACCCTGCAAAATTGATGCCAGGACACGCTTTGGAGGCGATTTAC
CTGTTTTCGCACCTACCATCAGGGACAGGATGACCTGGAGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG
TCTCACGGGCATGGGCACTCCCTTGGTGCAAGAGCCCCCTTGACACCGGGTGGTGGGAACCATGAAGAC
AXGATXGGGGCTGGCCTCTCTGGCTCTCATGGGGTCCAAGTTTTGTATTCTCAACCTATTGACAGACTGAA
ACACAATATGAC
```

**U.S. Patent**     Apr. 8, 1997     Sheet 13 of 27     **5,618,698**

FIG. 7

```
                              -1  1
   XbaI                       MetAla
   CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
        TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


   ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
   TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


   TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
   ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


   TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
   AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


   GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
   CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


   GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
   CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


   AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
   TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


   ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
   TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


   GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
   CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


   GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
   CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC


                                                    SalI
   TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
   ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

U.S. Patent        Apr. 8, 1997        Sheet 14 of 27        5,618,698

## FIG. 8

```
            -1 +1
HindIII     ArgAla
AGCTTGGATA  AAAGAGCTCC  ACCAAGATTG  ATCTGTGACT  CGAGAGTTTT
   ACCTAT   TTTCTCGAGG  TGGTTCTAAC  TAGACACTGA  GCTCTCAAAA


GGAAAGATAC  TTGTTGGAAG  CTAAAGAAGC  TGAAAACATC  ACCACTGGTT
CCTTTCTATG  AACAACCTTC  GATTTCTTCG  ACTTTGTAG   TGGTGACCAA


GTGCTGAACA  CTGTTCTTTG  AACGAAAACA  TTACGGTACC  AGACACCAAG
CACGACTTGT  GACAAGAAAC  TTGCTTTTGT  AATGCCATGG  TCTGTGGTTC


GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA  GTTGGTCAAC  AAGCTGTTGA
CAATTGAAGA  TGCGAACCTT  TGCATACCTT  CAACCAGTTG  TTCGACAACT


AGTTTGGCAA  GGTTTGGCCT  TGTTATCTGA  AGCTGTTTTG  AGAGGTCAAG
TCAAACCGTT  CCAAACCGGA  ACAATAGACT  TCGACAAAAC  TCTCCAGTTC


CCTTGTTGGT  TAACTCTTCT  CAACCATGGG  AACCATTGCA  ATTGCACGTC
GGAACAACCA  ATTGAGAAGA  GTTGGTACCC  TTGGTAACGT  TAACGTGCAG


GATAAAGCCG  TCTCTGGTTT  GAGATCTTTG  ACTACTTTGT  TGAGAGCTTT
CTATTTCGGC  AGAGACCAAA  CTCTAGAAAC  TGATGAAACA  ACTCTCGAAA


GGGTGCTCAA  AAGGAAGCCA  TTTCCCCACC  AGACGCTGCT  TCTGCCGCTC
CCCACGAGTT  TTCCTTCGGT  AAAGGGGTGG  TCTGCGACGA  AGACGGCGAG


CATTGAGAAC  CATCACTGCT  GATACCTTCA  GAAAGTTATT  CAGAGTTTAC
GTAACTCTTG  GTAGTGACGA  CTATGGAAGT  CTTTCAATAA  GTCTCAAATG


TCCAACTTCT  TGAGAGGTAA  ATTGAAGTTG  TACACCGGTG  AAGCCTGTAG
AGGTTGAAGA  ACTCTCCATT  TAACTTCAAC  ATGTGGCCAC  TTCGGACATC


AACTGGTGAC  AGATAAGCCC  GACTGATAAC  AACAGTGTAG
TTGACCACTG  TCTATTCGGG  CTGACTATTG  TTGTCACATC


            SalI
ATGTAACAAA  G
TACATTGTTT  CAGCT
```

U.S. Patent    Apr. 8, 1997    Sheet 15 of 27    5,618,698

FIG. 9

```
              -20                -10                +1                 10                 20                 30                 40
Human    MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
         ****************  *****  *****************************  **  ********************
Monkey   MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVTMGCSESCSLNENITVPDTK

              50                 60                 70                 80                 90                100                110
Human    VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
         ***********************************  *  **********  *****  ******  ***** *
Monkey   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

              120                130                140                150                160
Human    AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
         ***  ***********************  ****************  ***
Monkey   AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

# FIG. 10

1.  AATTCTAGAAACCATGAGGGTAATAAAATA
2.  CCATTATTTTATTACCCTCATGGTTTCTAG
3.  ATGGCTCCGCCGCGTCTGATCTGCGAC
4.  CTCGAGTCGCAGATCAGACGCGGCGGAG
5.  TCGAGAGTTCTGGAACGTTACCTGCTG
6.  CTTCCAGCAGGTAACGTTCCAGAACT
7.  GAAGCTAAAGAAGCTGAAAACATC
8.  GTGGTGATGTTTTCAGCTTCTTTAG
9.  ACCACTGGTTGTGCTGAACACTGTTC
10. CAAAGAACAGTGTTCAGCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

**U.S. Patent**     Apr. 8, 1997     Sheet 17 of 27     **5,618,698**

FIG. 11

```
     XbaI
EcoRI            1                              3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                 2                              4


              5
ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                           6


     7                  9                      11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
     8                 10


           0
     KpnI     BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

U.S. Patent        Apr. 8, 1997        Sheet 18 of 27        5,618,698

# FIG. 12

1.  AATTCGGTACCAGACACCAAGGT
2.  GTTAACCTTGGTGTCTGGTACCG
3.  TAACTTCTACGCTTGGAAACGTAT
4.  TTCCATACGTTTCCAAGCGTAGAA
5.  GGAAGTTGGTCAACAAGCAGTTGAAGT
6.  CCAAACTTCAACTGCTTGTTGACCAAC
7.  TTGGCAGGGTCTGGCACTGCTGAGCG
8.  GCCTCGCTCAGCAGTGCCAGACCCTG
9.  AGGCTGTACTGCGTGGCCAGGCA
10. GCAGTGCCTGGCCACGCAGTACA
11. CTGCTGGTAAACTCCTCTCAGCCGT
12. TTCCCACGGCTGAGAGGAGTTTACCA
13. GGGAACCGCTGCAGCTGCATGTTGAC
14. GCTTTGTCAACATGCAGCTGCAGCGG
15. AAAGCAGTATCTGGCCTGAGATCTG
16. GATCCAGATCTCAGGCCAGATACT

FIG. 13

```
  EcoRI Kpnl    1                3
A ATTCGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
    GCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT
       2                              4

    5                         7
GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCACTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT
       6                              8

    9                11
GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC
       10                             12

    13                15       BglIII BamHI
AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTG
TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGACCTAC
       14                             16
```