

6752

# APPLICATION FOR
# UNITED STATES LETTERS PATENT

| | | | |
|---|---|---|---|
| 12/03/84 | 675298 | 3 201 | 150.00 CK |
| 12/03/84 | 675298 | 3 202 | 165.00 CK |
| 12/03/84 | 675298 | 3 203 | 250.00 CK |
| 12/03/84 | 675298 | 3 204 | 50.00 CK |
| 12/03/84 | 675298 | 3 203 | 50.00 CK |

# SPECIFICATION

S3409  12/26/84  675298          13-2855 1 203

S341?   ?6/84  675?9?            13-2855 1 202      15

…AY CONCERN:

that I, __FU-KUEN LIN__

…s, residing at __438 Thunderhead Street,__ ____

____ura____ and State of __California__

…f __"PRODUCTION OF ERYTHROPOIETIN"__

cation.



- 1 -

"PRODUCTION OF ERYTHROPOIETIN"

This is a continuation-in-part of my co-pending
U.S. Patent Application Serial Nos. 561,024, filed
(now abandoned)                                 (now abandoned)
5    December 13, 1983, 582,185, filed February 21, 1984, and
655,841, filed September 28, 1984.

## BACKGROUND

10    The present invention relates generally to the
manipulation of genetic materials and, more particularly,
to recombinant procedures making possible the production
of polypeptides possessing part or all of the primary
structural conformation and/or one or more of the biolo-
15    gical properties of naturally-occurring erythropoietin.

A. Manipulation Of Genetic Materials

Genetic materials may be broadly defined as
those chemical substances which program for and guide the
20    manufacture of constituents of cells and viruses and
direct the responses of cells and viruses. A long chain
polymeric substance known as deoxyribonucleic acid (DNA)
comprises the genetic material of all living cells and
viruses except for certain viruses which are programmed
25    by ribonucleic acids (RNA). The repeating units in DNA
polymers are four different nucleotides, each of which
consists of either a purine (adenine or guanine) or a
pyrimidine (thymine or cytosine) bound to a deoxyribose
sugar to which a phosphate group is attached. Attachment
30    of nucleotides in linear polymeric form is by means of
fusion of the 5' phosphate of one nucleotide to the 3'
hydroxyl group of another. Functional DNA occurs in the
form of stable double stranded associations of single
strands of nucleotides (known as deoxyoligonucleotides),

- 99 -

to claim 14 in a manner allowing the host cell to express said polypeptide product.

16. A polypeptide product of the expression of a DNA sequence of claim 14 in a procaryotic or eucaryotic host.

17. A purified and isolated DNA sequence coding for procaryotic or eucaryotic host expression of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of erythropoietin.

18. A cDNA sequence according to claim 17.

19. A monkey species erythropoietin coding DNA sequence according to claim 18.

20. A DNA sequence according to claim 19 and including the protein coding region set forth in Figure 5.

21. A genomic DNA sequence according to claim 17.

22. A human species erythropoietin coding DNA sequence according to claim 21.

23. A DNA sequence according to claim 22 and including the protein coding region set forth in Figure 6.

24. A manufactured DNA sequence according to claim 17.

25. A manufactured DNA sequence according to claim 24 and including one or more codons preferred for expression in E.coli cells.

- 100 -

26. A manufactured DNA sequence according to claim 25, coding for expression of human species erythropoietin.

5      27. A manufactured DNA sequence according to claim 26 including the protein coding region set forth in Table _Figure 1_ ~~XIV~~.

β

28. A manufactured DNA sequence according to
10   claim 24 and including one or more codons preferred for expression in yeast cells.

29. A manufactured DNA sequence according to claim 28, coding for expression of human species erythro-
15   poietin.

30. A manufactured DNA sequence according to claim 29 including the protein coding region set forth in _Figure 8_ ~~Table XXI~~.

β

20

31. A DNA sequence according to claim 17 covalently associated with a detectable label substance.

32. A DNA sequence according to claim 31
25   wherein the detectable label is a radiolabel.

33. A single-strand DNA sequence according to claim 31.

_purified and isolated_
p   30   34. A ⌃DNA sequence coding for a polypeptide fragment or polypeptide analog of naturally-occurring erythropoietin.

35