

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Rule 60 Continuation ) "PRODUCTION OF
Application of )
FU-KUEN LIN Ser.No. 115,179 ) ERYTHROPOIETIN"
)
Based on S.N. 675,298 ) Group No. 127 RECEIVED
(Filed November 30, 1984) )
) DEC 1987
Filed Herewith ) Attorney D-8272
GROUP 120

PRELIMINARY AMENDMENT

Hon. Commissioner of Patents           RECEIVED
 and Trademarks
Washington, D.C. 20231                 NOV 04 1987

Sir:                                   GROUP 120

    Please amend the above-identified continuation application as follows:

IN THE SPECIFICATION

    Page 1, line 2, after "This is" please insert --a continuation of my co-pending U.S. Patent Application Serial No. 675,298, filed November 30, 1984, which is in turn--.

    At page 25, following line 5 of the original text, please insert the following: --Reference is made to FIGURES 1 through 21, wherein: FIGURE 1 is a graphic representation of a radioimmunoassay analysis of products of the invention; FIGURES 2 through 4 illustrate vector constructions according to the invention; and, FIGURES 5 through 21 are DNA and polypeptide sequences according to the invention.--

    Page 30, line 21, please delete "Asn" and insert --<u>Asn</u>-- in place thereof.

    Page 31, line 5, please delete "<u>and RIA Analysis</u>".

    At page 37, line 6, please delete "Table V" and insert --FIGURE 5 comprising portions 5A, 5B and 5C.--

230

At page 94, line 33, please delete "mammlain" and insert in place thereof --mammalian--.

IN THE DRAWINGS

Please add the enclosed formal drawing Figures 5 through 21.

IN THE CLAIMS

Please cancel claim 1.

Please insert new claims 61-64.

--61. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of natrually-occurring erythropoietin, said process comprising:

growing, under suitable conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA sequence encoding erythropoietin, said DNA sequence selected from the group consisting of,

(a) the DNA sequences set out in Figures 5 and 6 or their complementary strands, and

(b) DNA sequences which hybridize under stringent conditions to the DNA sequences defined in (a); and

isolating desired polypeptide products of the expression of said DNA sequence.

62. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-ocurrring erythropoietin, said process comprising:

growing, under suitable nutrient conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA sequence consisting essentially of a DNA sequence encoding human erythropoietin, and

isolating desired polypeptide products of the expression of said DNA sequence.

63. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-ocurrring erythropoietin, said process comprising:

growing, under suitable nutrient conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA sequence consisting essentially of a DNA sequence encoding monkey erythropoietin, and

isolating desired polypeptide products of the expression of said DNA sequence.

64. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-ocurrring erythropoietin, said process comprising:

growing, under suitable nutrient conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA sequence consisting essentially of a DNA sequence encoding a polypeptide having a primary structural conformation sufficiently duplicative of that of erythropoietin to allow possession of the biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells, and to increase hemoglobin synthesis or iron uptake, and

- 6 -

AM670168534                                                      AM-ITC 00953201

isolating desired polypeptide products of the expression of said DNA sequence.--

### REMARKS

Upon entry of the above-requested preliminary amendments, the specification and drawing will conform to that in allowed parent U.S. Patent Application Serial No. 675,298, filed November 30, 1984 and projected to issue October 27, 1987 as U.S. Letters Patent No. 4,730,008. The new claims 61-64 generally correspond to erythropoietin production method claims originally presented. The Examiner's attention is respectfully drawn to claim 9 of U.S. Patent No. 4,677,063, recently issued from PTO Group 127.

Early examination on the merits and notice of allowability of the claims is solicited.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By /s/ Michael F. Borun
Michael F. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois 60603
(312) 346-5750

Chicago, Illinois
October 23, 1987

- 7 -

AM670168535   AM-ITC 00953202