



# APPLICATION FOR

# UNITED STATES LETTERS PATENT

| | | | |
|---|---|---|---|
| 12/03/84 675298 | | 3 201 | 150.00 CK |
| 12/03/84 675298 | | 3 202 | 165.00 CK |
| 12/03/84 675298 | | 3 203 | 250.00 CK |
| 12/03/84 675298 | | 3 204 | 50.00 CK |
| 12/03/84 675298 | | 3 203 | 50.00 CK |

# SPECIFICATION

TO ALL WHOM IT MAY CONCERN:

Be it known that I, ___FU-KUEN LIN___

a citizen of the United States, residing at ___438 Thunderhead Street, Thou___

in the County of ___Ventura___ and State of ___California___

have invented a new and useful ___"PRODUCTION OF ERYTHROPOIETIN"___

of which the following is a specification

# A 6864

AM670088675                                      AM-ITC 00873342

- 106 -

ABSTRACT

"PRODUCTION OF ERYTHROPOIETIN"

5          Disclosed are novel polypeptides possessing part
or all of the primary structural conformation and one or
more of the biological properties of mammalian erythro-
poietin ("EPO") which are characterized in preferred
forms by being the product of procaryotic or eucaryotic
10  host expression of an exogenous DNA sequence.
Illustratively, genomic DNA, cDNA and manufactured DNA
sequences coding for part or all of the sequence of amino
acid residues of EPO or for analogs thereof are incor-
porated into autonomously replicating plasmid or viral
15  vectors employed to transform or transfect suitable pro-
caryotic or eucaryotic host cells such as bacteria, yeast
or vertebrate cells in culture.  Upon isolation from
culture media or cellular lysates or fragments, products
of expression of the DNA sequences display, e.g., the
20  immunological properties and in vitro and in vivo biolo-
gical activities of EPO of human or monkey species ori-
gins.  Disclosed also are chemically synthesized
polypeptides sharing the biochemical and immunological
properties of EPO.  Also disclosed are improved methods
25  for the detection of specific single stranded poly-
nucleotides in a heterologous cellular or viral sample
prepared from, e.g., DNA present in a plasmid or viral-
borne cDNA or genomic DNA "library".


30




35

# A 6865

AM670088676                                      AM-ITC 00873343

- 1 -

"PRODUCTION OF ERYTHROPOIETIN"

This is a continuation-in-part of my co-pending U.S. Patent Application Serial Nos. 561,024, filed December 13, 1983, 582,185, filed February 21, 1984, and 655,841, filed September 28, 1984.

### BACKGROUND

10        The present invention relates generally to the manipulation of genetic materials and, more particularly, to recombinant procedures making possible the production of polypeptides possessing part or all of the primary structural conformation and/or one or more of the biolo-
15   gical properties of naturally-occurring erythropoietin.

### A.   Manipulation Of Genetic Materials

Genetic materials may be broadly defined as those chemical substances which program for and guide the
20   manufacture of constituents of cells and viruses and direct the responses of cells and viruses. A long chain polymeric substance known as deoxyribonucleic acid (DNA) comprises the genetic material of all living cells and viruses except for certain viruses which are programmed
25   by ribonucleic acids (RNA). The repeating units in DNA polymers are four different nucleotides, each of which consists of either a purine (adenine or guanine) or a pyrimidine (thymine or cytosine) bound to a deoxyribose sugar to which a phosphate group is attached. Attachment
30   of nucleotides in linear polymeric form is by means of fusion of the 5' phosphate of one nucleotide to the 3' hydroxyl group of another. Functional DNA occurs in the form of stable double stranded associations of single strands of nucleotides (known as deoxyoligonucleotides),

**A 6866**

AM670088677                                                    AM-ITC 00873344

- 2 -

which associations occur by means of hydrogen bonding
between purine and pyrimidine bases [i.e.,
"complementary" associations existing either between ade-
nine (A) and t-ymine (T) or guani e (G) and cytosine
5  (C)]. By convention, nucleotides are referred to by the
names of their constituent purine or pyrimidine bases,
and the complementary associations of nucleotides in
double stranded DNA (i.e., A-T and G-C) are referred to
as "base pairs". Ribonucleic acid is a polynucleotide
10  comprising adenine, guanine, cytosine and uracil (U),
rather than thymine, bound to ribose and a phosphate
group.

   Most briefly put, the programming function of
DNA is generally effected through a process wherein spe-
15  cific DNA nucleotide sequences (genes) are "transcribed"
into relatively unstable messenger RNA (mRNA) polymers.
The mRNA, in turn, serves as a template for the formation
of structural, regulatory and catalytic proteins from
amino acids. This mRNA "translation" process involves
20  the operations of small RNA strands (tRNA) which
transport and align individual amino acids along the mRNA
strand to allow for formation of polypeptides in proper
amino acid sequences. The mRNA "message", derived from
DNA and providing the basis for the tRNA supply and
25  orientation of any given one of the twenty amino acids
for polypeptide "expression", is in the form of triplet
"codons" -- sequential groupings of three nucleotide
bases. In one sense, the formation of a protein is the
ultimate form of "expression" of the programmed genetic
30  message provided by the nucleotide sequence of a gene.
   "Promoter" DNA sequences usually "precede" a
gene in a DNA polymer and provide a site for initiation
of the transcription into mRNA. "Regulator" DNA sequen-
ces, also usually "upstream" of (i.e., preceding) a gene
35  in a given DNA polymer, bind proteins that determine the
frequency (or rate) of transcriptional initiation.

# A 6867

- 3 -

Collectively referred to as "promoter/regulator" or "control" DNA sequence, these sequences which precede a selected gene (or series of genes) in a functional DNA polymer cooperate to determine whether the transcription
5   (and eventual expression) of a gene will occur.  DNA sequences which "follow" a gene in a DNA polymer and provide a signal for termination of the transcription into mRNA are referred to as transcription "terminator" sequences.
10          A focus of microbiological processing for the last decade has been the attempt to manufacture industrially and pharmaceutically significant substances using organisms which either do not initially have genetically coded information concerning the desired product
15   included in their DNA, or (in the case of mammalian cells in culture) do not ordinarily express a chromosomal gene at appreciable levels.  Simply put, a gene that specifies the structure of a desired polypeptide product is either isolated from a "donor" organism or chemically synthe-
20   sized and then stably introduced into another organism which is preferably a self-replicating unicellular organism such as bacteria, yeast or mammalian cells in culture.  Once this is done, the existing machinery for gene expression in the "transformed" or "transfected"
25   microbial host cells operates to construct the desired product, using the exogenous DNA as a template for transcription of mRNA which is then translated into a continuous sequence of amino acid residues.
          The art is rich in patent and literature publi-
30   cations relating to "recombinant DNA" methodologies for the isolation, synthesis, purification and amplification of genetic materials for use in the transformation of selected host organisms.  U.S. Letters Patent 𝒩 No. 4,237,224 to Cohen, et al., for example, relates to
35   transformation of unicellular host organisms with "hybrid" viral or circular plasmid DNA which includes

**A 6868**

AM670088679                                        AM-ITC 00873346

- 4 -

selected exogenous DNA sequences. The procedures of the
Cohen, et al. patent first involve manufacture of a
transformation vector by enzymatically cleaving viral or
circular plasmid DNA to form linear DNA strands.
5   Selected foreign ("exogenous" or "heterologous") DNA
strands usually including sequences coding for desired
product are prepared in linear form through use of simi-
lar enzymes. The linear viral or plasmid DNA is incu-
bated with the foreign DNA in the presence of ligating
10  enzymes capable of effecting a restoration process and
"hybrid" vectors are formed which include the selected
exogenous DNA segment "spliced" into the viral or cir-
cular DNA plasmid.

      Transformation of compatible unicellular host
15  organisms with the hybrid vector results in the formation
of multiple copies of the exogenous DNA in the host cell
population. In some instances, the desired result is
simply the amplification of the foreign DNA and the
"product" harvested is DNA. More frequently, the goal of
20  transformation is the expression by the host cells of the
exogenous DNA in the form of large scale synthesis of
isolatable quantities of commercially significant protein
or polypeptide fragments coded for by the foreign DNA.
See also, e.g., U.S. Letters Patent Nos. 4,264,731 (to
25  Shine), 4,273,875 (to Manis), 4,293,652 (to Cohen), and
European Patent Application 093,619, published November
9, 1983.

      The development of specific DNA sequences for
splicing into DNA vectors is accomplished by a variety of
30  techniques, depending to a great deal on the degree of
"foreignness" of the "donor" to the projected host and
the size of the polypeptide to be expressed in the host.
At the risk of over-simplification, it can be stated that
three alternative principal methods can be employed: (1)
35  the "isolation" of double-stranded DNA sequence from the
genomic DNA of the donor; (2) the chemical manufacture of

**A 6869**

- 5 -

a DNA sequence providing a code for a polypeptide of
interest; and (3) the in vitro synthesis of a double-
stranded DNA sequence by enzymatic "reverse transcrip-
tion" of mRNA isolated from donor cells.  The
5  last-mentioned methods which involve formation of a DNA
"complement" of mRNA are generally referred to as "cDNA"
methods.
        Manufacture of DNA sequences is frequently the
method of choice when the entire sequence of amino acid
10 residues of the desired polypeptide product is known.
DNA manufacturing procedures of co-owned, co-pending
U.S. Patent Application Serial No. 483,451, by Alton, et
al., (filed April 15, 1983 and corresponding to PCT
US83/00605, published November 24, 1983 as WO83/04053),
15 for example, provide a superior means for accomplishing
such highly desirable results as:  providing for the pre-
sence of alternate codons commonly found in genes which
are highly expressed in the host organism selected for
expression (e.g., providing yeast or E.coli "preference"
20 codons); avoiding the presence of untranslated "intron"
sequences (commonly present in mammalian genomic DNA
sequences and mRNA transcripts thereof) which are not
readily processed by procaryotic host cells; avoiding
expression of undesired "leader" polypeptide sequences
25 commonly coded for by genomic DNA and cDNA sequences but
frequently not readily cleaved from the polypeptide of
interest by bacterial or yeast host cells; providing for
ready insertion of the DNA in convenient expression vec-
tors in association with desired promoter/regulator and
30 terminator sequences; and providing for ready construc-
tion of genes coding for polypeptide fragments and ana-
logs of the desired polypeptides.
        When the entire sequence of amino acid residues
of the desired polypeptide is not known, direct manufac-
35 ture of DNA sequences is not possible and isolation of
DNA sequences coding for the polypeptide by a cDNA method

**A 6870**

- 6 -

becomes the method of choice despite the potential
drawbacks in ease of assembly of expression vectors
capable of providing high levels of microbial expression
referred to above. Among the standard procedures for
5  isolating cDNA sequences of interest is the preparation
of plasmid-borne cDNA "libraries" derived from reverse
transcription of mRNA abundant in donor cells selected as
responsible for high level expression of genes (e.g.,
libraries of cDNA derived from pituitary cells which
10  express relatively large quantities of growth hormone
products). Where substantial portions of the polypep-
tide's amino acid sequence are known, labelled, single-
stranded DNA probe sequences duplicating a sequence
putatively present in the "target" cDNA may be employed
15  in DNA/DNA hybridization procedures carried out on cloned
copies of the cDNA which have been denatured to single
stranded form. [See, generally, the disclosure and
discussions of the art provided in U.S. Patent No.
4,394,443 to Weissman, et al. and the recent demonstra-
20  tions of the use of long oligonucleotide hybridization
probes reported in Wallace, et al., Nuc.Acids Res., 6,
pp. 3543-3557 (1979), and Reyes, et al., P.N.A.S.
(U.S.A.), 79, pp. 3270-3274 (1982), and Jaye, et al.,
Nuc.Acids Res., 11, pp. 2325-2335 (1983). See also, U.S.
25  Patent No. 4,358,535 to Falkow, et al., relating to
DNA/DNA hybridization procedures in effecting diagnosis;
published European Patent Application Nos. 0070685 and
0070687 relating to light-emitting labels on single
stranded polynucleotide probes; Davis, et al., "A Manual
30  for Genetic Engineering, Advanced Bacterial Genetics",
Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.
(1980) at pp. 55-58 and 174-176, relating to colony and
plaque hybridization techniques; and, New England Nuclear
(Boston, Mass.) brochures for "Gene Screen" Hybridization
35  Transfer Membrane materials providing instruction manuals
for the transfer and hybridization of DNA and RNA,
Catalog No. NEF-972.]

# A 6871

AM670088682                                                          AM-ITC 00873349

- 7 -

        Among the more signficant recent advances in
hybridization procedures for the screening of recombinant
clones is the use of labelled mixed synthetic oligo-
nucleotide probes, each of which is potentially the
5  complete complement of a specific DNA sequence in the
hybridization sample including a heterogenous mixture of
single stranded DNAs or RNAs.  These procedures are
acknowledged to be especially useful in the detection of
cDNA clones derived from sources which provide extremely
10  low amounts of mRNA sequences for the polypeptide of
interest.  Briefly put, use of stringent hybridization
conditions directed toward avoidance of non-specific
binding can allow, e.g., for the autoradiographic
visualization of a specific cDNA clone upon the event of
15  hybridization of the target DNA to that single probe
within the mixture which is its complete complement.  See
generally, Wallace, et al., Nuc.Acids Res., 9, pp.
879-897 (1981); Suggs, et al. P.N.A.S. (U.S.A.), 78, pp.
6613-6617 (1981); Choo, et al., Nature, 299, pp. 178-180
20  (1982); Kurachi, et al., P.N.A.S. (U.S.A.), 79,
pp. 6461-6464 (1982); Ohkubo, et al., P.N.A.S. (U.S.A.),
80, pp. 2196-2200 (1983); and Kornblihtt, et al.
P.N.A.S. (U.S.A.), 80, pp. 3218-3222 (1983).  In general,
the mixed probe procedures of Wallace, et al. (1981),
25  supra, have been expanded upon by various workers to the
point where reliable results have reportedly been
obtained in a cDNA clone isolation using a 32 member
mixed "pool" of 16-base-long (16-mer) oligonucleotide
probes of uniformly, varying DNA sequences together with
30  a single 11-mer to effect a two-site "positive" confir-
mation of the presence of cDNA of interest.  See,
Singer-Sam, et al., P.N.A.S. (U.S.A.), 80, pp. 802-806
(1983).
        The use of genomic DNA isolates is the least
35  common of the three above-noted methods for developing

# A 6872

- 8 -

specific DNA sequences for use in recombinant procedures.
This is especially true in the area of recombinant proce-
dures directed to securing microbial expression of mam-
malian polypeptides and is due, principally to the
5   complexity of mammalian genomic DNA.  Thus, while
reliable procedures exist for developing phage-borne
libraries of genomic DNA of human and other mammalian
species origins [See, e.g., Lawn, et al. Cell, 15,
pp. 1157-1174 (1978) relating to procedures for
10  generating a human genomic library commonly referred to
as the "Maniatis Library"; Karn, et al., P.N.A.S.
(U.S.A.), 77, pp. 5172-5176 (1980) relating to a human
genomic library based on alternative restriction endo-
nuclease fragmentation procedure; and Blattner, et al.,
15  Science, 196, pp. 161-169 (1977) describing construction
of a bovine genomic library] there have been relatively
few successful attempts at use of hybridization proce-
dures in isolating genomic DNA in the absence of exten-
sive foreknowledge of amino acid or DNA sequences.  As
20  one example, Fiddes, et al., J.Mol. and App.Genetics, 1,
pp. 3-18 (1981) report the successful isolation of a gene
coding for the alpha subunit of the human pituitary gly-
coprotein hormones from the Maniatis Library through use
of a "full length" probe including a complete 621 base
25  pair fragment of a previously-isolated cDNA sequence for
the alpha subunit.  As another example, Das, et al.,
P.N.A.S. (U.S.A.), 80, pp. 1531-1535 (1983) report isola-
tion of human genomic clones for human HLA-DR using a 175
base pair synthetic oligonucleotide.  Finally, Anderson,
30  et al., P.N.A.S. (U.S.A.), 80, pp. 6838-6842 (1983)
report the isolation of genomic clone for bovine
pancreatic trypsin inhibitor (BPTI) using a single probe
86 base pairs in length and constructed according to the
known amino acid sequence of BPTI.  The authors note a
35  determination of poor prospects for isolating mRNA
suitable for synthesis of a cDNA library due to apparent

**A 6873**