- 9 -

low levels of mRNA in initially targeted parotid gland
and lung tissue sources and then address the prospects of
success in probing a genomic library using a mixture of
labelled probes, stating: "More generally, mixed
5     sequence oligodeoxynucleotide probes have been used to
isolate protein genes of unknown sequence from cDNA
libraries. Such probes are typically mixtures of 8-32
oligonucleotides, 14-17 nucleotides in length, repre-
senting every possible codon combination for a small
10    stretch (5-6 residues) of amino acid sequence. Under
stringent hybridization conditions that discriminate
against incorrectly base-paired probes, these mixtures
are capable of locating specific gene sequences in clone
libraries of low-to-moderate complexity. Nevertheless,
15    because of their short length and heterogeneity, mixed
probes often lack the specificity required for probing
sequences as complex as a mammalian genome. This makes
such a method impractical for the isolation of mammalian
protein genes when the corresponding mRNAs are
20    unavailable." (Citations omitted).

        There thus continues to exist a need in the art
for improved methods for effecting the rapid and effi-
cient isolation of cDNA clones in instances where little
is known of the amino acid sequence of the polypeptide
25    coded for and where "enriched" tissue sources of mRNA are
not readily available for use in constructing cDNA
libraries. Such improved methods would be especially
useful if they were applicable to isolating mammalian
genomic clones where sparse information is available con-
30    cerning amino acid sequences of the polypeptide coded for
by the gene sought.

      B.  Erythropoietin As A Polypeptide Of Interest
        Erythropoiesis, the production of red blood
35    cells, occurs continuously throughout the human life span
to offset cell destruction. Erythropoiesis is a very

# A 6874

AM670088685

- 10 -

precisely controlled physiological mechanism enabling
sufficient numbers of red blood cells to be available in
the blood for proper tissue oxygenation, but not so many
that the cells would impede circulation. The formation
5   of red blood cells occurs in the bone marrow and is under
the control of the hormone, erythropoietin.

Erythropoietin, an acidic glycoprotein of
approximately 34,000 dalton molecular weight, may occur
in three forms. α, β and asialo. The α and β forms
10  differ slightly in carbohydrate components, but have the
same potency, biological activity and molecular weight.
The asialo form is an α or β form with the terminal car-
bohydrate (sialic acid) removed. Erythropoietin is pre-
sent in very low concentrations in plasma when the body
15  is in a healthy state wherein tissues receive sufficient
oxygenation from the existing number of erythrocytes.
This normal low concentration is enough to stimulate
replacement of red blood cells which are lost normally
through aging.

20       The amount of erythropoietin in the circulation
is increased under conditions of hypoxia when oxygen
transport by blood cells in the circulation is reduced.
Hypoxia may be caused by loss of large amounts of blood
through hemorrhage, destruction of red blood cells by
25  over-exposure to radiation, reduction in oxygen intake
due to high altitudes or prolonged unconsciousness, or
various forms of anemia. In response to tissues
undergoing hypoxic stress, erythropoietin will increase
red blood cell production by stimulating the conversion
30  of primitive precursor cells in the bone marrow into pro-
erythroblasts which subsequently mature, synthesize
hemoglobin and are released into the circulation as red
blood cells. When the number of red blood cells in cir-
culation is greater than needed for normal tissue oxygen
35  requirements, erythropoietin in circulation is decreased.

See generally, Testa, et al., Exp.Hematol.
8(Supp. 8), 144-152 (1980); Tong, et al., J.Biol.Chem.,

**A 6875**

AM670088686                                    AM-ITC 00873353

- 11 -

256(24), 12666-12672 (1981); Goldwasser, J.Cell.Physiol.,
110(Supp. 1), 133-135 (1982); Finch, Blood, 60(6),
1241-1246 (1982); Sytowski, et al., Expt.Her tol., 8(Supp.
8), 52-64 (1980; Naughton, Ann.Clin.Lab.Sci., 13(5),
5   432-438 (1983); Weiss, et al., Am.J.Vet.Res.,
44(10),1832-1835 (1983); Lappin, et al., Exp.Hematol.,
11(7), 661-666 (1983); Baciu, et al., Ann.N.Y.Acad.Sci.,
414, 66-72 (1983); Murphy, et al., Acta.Haematologica
Japonica, 46(7), 1380-1396 (1983); Dessypris, et al.,
10  Brit.J.Haematol., 56, 295-306 (1984); and, Emmanouel, et
al., Am.J.Physiol., 247 (1 Pt 2), F168-76 (1984).

Because erythropoietin is essential in the pro-
cess of red blood cell formation, the hormone has poten-
tial useful application in both the diagnosis and the
15  treatment of blood disorders characterized by low or
defective red blood cell production. See, generally,
Pennathur-Das, et al., Blood, 63(5), 1168-71 (1984) and
Haddy, Am.Jour.Ped.Hematol./Oncol., 4, 191-196, (1982)
relating to erythropoietin in possible therapies for
20  sickle cell disease, and Eschbach, et al. J.Clin.Invest.,
74(2), pp. 434-441, (1984), describing a therapeutic
regimen for uremic sheep based on in vivo response to
erythropoietin-rich plasma infusions and proposing a
dosage of 10 U EPO/kg per day for 15-40 days as correc-
25  tive of anemia of the type associated with chronic renal
failure. See also, Krane, Henry Ford Hosp.Med.J., 31(3),
177-181 (1983).

It has recently been estimated that the availa-
bility of erythropoietin in quantity would allow for
30  treatment each year of anemias of 1,600,000 persons in
the United States alone. See, e.g., Morrison,
"Bioprocessing in Space -- an Overview", pp. 557-571 in
The World Biotech Report 1984, Volume 2:USA, (Online
Publications, New York, N.Y. 1984). Recent studies have
35  provided a basis for projection of efficacy of erythro-

# A 6876

AM670088687                                    AM-ITC 00873354

- 12 -

poietin therapy in a variety of disease states, disorders
and states of hematologic irregularity: Vedovato, et
al., Acta.Haematol, 71, 211-213 (1984)
(beta-thalassemia); Vichinsky, et al., J.Pediatr.,
105(1), 15-21 (1984) (cystic fibrosis); Cotes, et al.,
Brit.J.Obstet.Gyneacol., 90(4), 304-311 (1983)
(pregnancy, menstrual disorders); Haga, et al.,
Acta.Pediatr.Scand., 72, 827-831 (1983) (early anemia of
prematurity); Claus-Walker, et al.,
Arch.Phys.Med.Rehabil., 65, 370-374 (1984) (spinal cord
injury); Dunn, et al., Eur.J.Appl.Physiol., 52, 178-182
(1984) (space flight); Miller, et al., Brit.J.Haematol.,
52, 545-590 (1982) (acute blood loss); Udupa, et al.,
J.Lab.Clin.Med., 103(4), 574-580 and 581-588 (1984); and
Lipschitz, et al., Blood, 63(3), 502-509 (1983) (aging);
and Dainiak, et al., Cancer, 51(6), 1101-1106 (1983) and
Schwartz, et al., Otolaryngol., 109, 269-272 (1983)
(various neoplastic disease states accompanied by abnor-
mal erythropoiesis).

20        Prior attempts to obtain erythropoietin in good
yield from plasma -- urine have proven relatively unsuc-
cessful. Complicated and sophisticated laboratory tech-
niques are necessary and generally result in the
collection of very small amounts of impure and unstable
25 extracts containing erythropoietin.

        U.S. Letters Patent No. 3,033,753 describes a
method for partially purifying erythropoietin from sheep
blood plasma which provides low yields of a crude solid
extract containing erythropoietin.

30        Initial attempts to isolate erythropoietin from
urine yielded unstable, biologically inactive prepara-
tions of the hormone. U.S. Letters Patent No. 3,865,801
describes a method of stabilizing the biological activity
of a crude substance containing erythropoietin recovered
35 from urine. The resulting crude preparation containing
erythropoietin purportedly retains 90% of erythropoietin
activity, and is stable.

# A 6877

AM670088688                                    AM-ITC 00873355

- 13 -

Another method of purifying human erythropoietin
from urine of patients with aplastic anemia is described
in Mi_ke, et al., J.Biol.Chem., Vol. 252, No. 15 (August
10, 1977), pp. 5558-5564. This seven-step procedure
5   includes ion exchange chromatography, ethanol precipita-
tion, gel filtration, and adsorption chromatography, and
yields a pure erythropoietin preparation with a potency
of 70,400 units/mg of protein in 21% yield.

U.S. Letters Patent No. 4,397,840 to Takezawa,
10  et al. describes methods for preparing "an erythropoietin
product" from healthy human urine specimens with weakly
basic ion exchangers and proposes that the low molecular
weight products obtained "have no inhibitory effects
against erythropoietin.

15      U.K. Patent Application No. 2,085,887 by
Sugimoto, et al., published May 6, 1982, describes a pro-
cess for the production of hybrid human lymphoblastoid
cells, reporting production levels ranging from 3 to 420
units of erythropoietin per ml of suspension of cells
20  (distributed into the cultures after mammalian host propaga-
tion containing up to $10^7$ cells per ml. At the highest pro-
duction levels asserted to have been obtained, the rate
of erythropoietin production could be calculated to be
from 40 to about 4,000 units/$10^6$ cells/48 hours in in
25  vitro culture following transfer of cells from in vivo
propagation systems. (See also the equivalent U.S.
Letters Patent No. 4,377,513.) Numerous proposals have
been made for isolation of erythropoietin from tissue
sources, including neoplastic cells, but the yields have
30  been quite low. See, e.g., Jelkman, et al.,
Expt.Hematol., 11(7), 581-588 (1983); Tambourin, et al.,
P.N.A.S. (U.S.A.), 80, 6269-6273 (1983); Katsuoka, et
al., Ga:., 74, 534-541 (1983); Hagiwara, et al., Blood,
63(4), 828-835 (1984); and Choppin, et al., Blood, 64(2),
35  341-347 (1984).

Other isolation techniques utilized to obtain
purified erythropoietin involve immunological procedures.

**A 6878**

AM670088689                                        AM-ITC 00873356

- 14 -

A polyclonal, serum-derived antibody directed against
erythropoietin is developed by injecting an animal, pre-
ferably a rat or rabbit, with human erythropoietin.  The
injected human erythropoietin is recognized as a foreign
5  antigenic substance by the immune system of the animal
and elicits production of antibodies against the antigen.
Differing cells responding to stimulation by the antige-
nic substance produce and release into circulation anti-
bodies slightly different from those produced by other
10 responding cells.  The antibody activity remains in the
serum of the animal when its blood is extracted.  While
unpurified serum or antibody preparations purified as a
serum immunoglobulin G fraction may then be used in
assays to detect and complex with human erythropoietin,
15 the materials suffer from a major disadvantage.  This
serum antibody, composed of all the different antibodies
produced by individual cells, is polyclonal in nature and
will complex with components in crude extracts other than
erythropoietin alone.
20        Of inte.··· ·· ··· ·ackground of the present
invention are recent advances in the art of developing
continuous cultures of cells capable of producing a
single species of antibody which is specifically immuno-
logically reactive with a single antigenic determinant of
25 a selected antigen.  See, generally, Chisholm, High
Technology, Vol. 3, No. 1, 57-63 (1983).  Attempts have
been made to employ cell fusion and hybridization tech-
niques to develop "monoclonal" antibodies to erythro-
poietin and to employ these antibodies in the isolation
30 and quantitative detection of human erythropoietin.  As
one example, a report of the successful development of
mouse-mouse hybridoma cell lines secreting monoclonal
antibodies to human erythropoietin appeared in abstract
form in Lee-Huang, Abstract No. 1463 of Fed.Proc., 41,
35 520 (1982).  As another example, a detailed description

**A 6879**

- 15 -

of the preparation and use of a monoclonal, anti-
erythropoietin antibody appears in Weiss, et al.,
P.N.A.S. (U.S.A.), 79, 5465-5469 (1982). See also,
Sasaki, Biomed.Biochim.Acta., 42(11/12), S202-S206
5   (1983); Yanagawa, et al., Blood, 64(2), 357-364 (1984);
Yanagawa, et al., J.Biol.Chem., 259(5), 2707-2710 (1984);
and U.S. Letters Patent No. 4,465,624.

Also of interest to the background of the inven-
tion are reports of the immunological activity of synthe-
10  tic peptides which substantially duplicate the amino acid
sequence extant in naturally-occurring proteins,
glycoproteins and nucleoproteins. More specifically,
relatively low molecular weight polypeptides have been
shown to participate in immune reactions which are simi-
15  lar in duration and extent to the immune reactions of
physiologically significant proteins such as viral anti-
gens, polypeptide hormones, and the like. Included among
the immune reactions of such polypeptides is the provoca-
tion of the formation of specific antibodies in
20  immunologically active animals. See, e.g., Lerner, et
al., Cell, 23, 309-310 (1981); Ross, et al., Nature, 294,
654-656 (1981); Walter, et al., P.N.A.S. (U.S.A.), 77,
5197-5200 (1980); Lerner, et al., P.N.A.S. (U.S.A.), 78,
3403-3407 (1981); Walter, et al., P.N.A.S. (U.S.A.), 78,
25  4882-4886 (1981); Wong, et al., P.N.A.S. (U.S.A.), 78,
7412-7416 (1981); Green, et al. Cell, 28, 477-487 (1982);
Nigg, et al., P.N.A.S. (U.S.A.), 79, 5322-5326 (1982);
Baron, et al., Cell, 28, 395-404 (1982); Dreesman, et
al., Nature, 295, 158-160 (1982); and Lerner, Scientific
30  American, 248, No. 2, 66-74 (1983). See, also, Kaiser,
et al., Science, 223, pp. 249-255 (1984) relating to
biological and immunological activities of synthetic pep-
tides which approximately share secondary structures of
peptide hormones but may not share their primary struc-
35  tural conformation. The above studies relate, of course,
to amino acid sequences of proteins other than erythro-

# A 6880

AM670088691                                    AM-ITC 00873358

- 16 -

poietin, a substance for which no substantial amino acid
sequence information has been published. In co-owned,
co-pending U.S. Patent Application Serial No. 463,724,
filed February 4, 1983, by J. Egrie, published August 22,
5   1984 as European Patent Application No. 0 116 446, there
is described a mouse-mouse hybridoma cell line
(A.T.C.C. No. HB8209) which produces a highly specific
monoclonal, anti-erythropoietin antibody which is also
specifically immunoreactive with a polypeptide comprising
10  the following sequence of amino acids:
NH$_2$-Ala-Pro-Pro-Arg-Leu-Ile-Cys-Asp-Ser-Arg-Val-Leu-
Glu-Arg-Tyr-Leu-Leu-Glu-Ala-Lys-COOH.
The polypeptide sequence is one assigned to the first
twenty amino acid residues of mature human erythropoietin
15  isolated according to the method of Miyake, et al.,
J.Biol.Chem., 252, 5558-5564 (1977) and upon which amino
acid analysis was performed by the gas phase sequencer
(Applied Biosystems, Inc.) according to the procedure of
Hewick, M., et al., J.Biol.Chem., 256, 7990-7997 (1981).
20  See, also, Sue, et al., Proc. Nat. Acad. Sci. (USA), 80,
pp. 3651-3655 (1983) relating to development of polyclo-
nal antibodies against a synthetic 26-mer based on a dif-
fering amino acid sequence, and Sytowski, et al.,
J.Immunol. Methods, 69, pp.181-186 (1984).
25      While polyclonal and monoclonal antibodies as
described above provide highly useful materials for use
in immunoassays for detection and quantification of
erythropoietin and can be useful in the affinity purifi-
cation of erythropoietin, it appears unlikely that these
30  materials can readily provide for the large scale isola-
tion of quantities of erythropoietin from mammalian sour-
ces sufficient for further analysis, clinical testing and
potential wide-ranging therapeutic use of the substance
in treatment of, e.g., chronic kidney disease wherein
35  diseased tissues fail to sustain production of erythro-
poietin. It is consequently projected in the art that

**A 6881**

AM670088692                    AM-ITC 00873359

- 17 -

the best prospects for fully characterizing mammalian
erythropoietin and providing large quantities of it for
potential diagnostic and clinical use involve successful
application of recombinant procedures to effect large
5   scale microbial synthesis of the compound.

While substantial efforts appear to have been
made in attempted isolation of DNA sequences coding for
human and other mammalian species erythropoietin, none
appear to have been successful.  This is due principally
10  to the scarcity of tissue sources, especially human
tissue sources, enriched in mRNA such as would allow for
construction of a cDNA library from which a DNA sequence
coding for erythropoietin might be isolated by conven-
tional techniques.  Further, so little is known of the
15  continuous sequence of amino acid residues of erythro-
poietin that it is not possible to construct, e.g., long
polynucleotide probes readily capable of reliable use in
DNA/DNA hybridization screening of cDNA and especially
genomic DNA libraries.  Illustratively, the twenty amino
20  acid sequence employed to generate the above-named
monoclonal antibody produced by A.T.C.C. No. HB8209 does
not admit to the construction of an unambiguous, 60 base
oligonucleotide probe in the manner described by
Anderson, et al., supra.  It is estimated that the human
25  gene for erythropoietin may appear as a "single copy
gene" within the human genome and, in any event, the
genetic material coding for human erythropoietin is
likely to constitute less than 0.00005% of total human
genomic DNA which would be present in a genomic library.
30  To date, the most successful of known reported
attempts at recombinant-related methods to provide DNA
sequences suitable for use in microbial expression of
isolatable quantities of mammalian erythropoietin have
fallen far short of the goal.  As an example, Farber, et
35  al. Exp.Hematol., 11. Supp. 14, Abstract 101 (1983)
report the extraction of mRNA from kidney tissues of

**A 6882**

- 18 -

phenylhydrazine-treated baboons and the injection of the
mRNA into Xenopus laevis oocytes with the rather tran-
sitory result of in vitro production of a mixture of
"translation products" which included among them
5    displaying biological properties of erythropoietin.  More
recently, Farber, et al., Blood, 62, No. 5, Supp. No. 1,
Abstract 392, at page 122a (1983) reported the in vitro
translation of human kidney mRNA by frog oocytes.  The
resultant translation product mixture was estimated to
10   include on the order of 220 mU of a translation product
having the activity of erythropoietin per microgram of
injected mRNA.  While such levels of in vitro translation
of exogenous mRNA coding for erythropoietin were
acknowledged to be quite low (compared even to the prior
15   reported levels of baboon mRNA translation into the
sought-for product) it was held that the results confirm
the human kidney as a site of erythropoietin expression,
allowing for the construction of an enriched human kidney
cDNA library from which the desired gene might be iso-
20   lated.  [See also, Farber, Clin.Res., 31(4), 769A
(1983).]
        Since the filing of U.S. Patent Application
Serial Nos. 561,024 and 582,185, there has appeared a
single report of the cloning and expression of what is
25   asserted to have been human erythropoietin cDNA in
E.coli.  Briefly put, a number of cDNA clones were
inserted into E.coli plasmids and β-lactamase fusion pro-
ducts were noted to be immunoreactive with a monoclonal
antibody to an unspecified "epitope" of human erythro-
30   poietin.  See, Lee-Huang, Proc. Nat. Acad. Sci. (USA),
81, pp. 2708-2712 (1984).


                    BRIEF SUMMARY

35          The present invention provides, for the first
time, novel purified and isolated polypeptide products


                    A 6883

AM670088694                                          AM-ITC 00873361