- 39 -

TABLE V (continued)

```
            Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
            GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG AGG ATG GAG GTC GGG
                            60                      50              70
            Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
            CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCA GAA
                            60                      70
            Ala Val Leu Arg Gly Gln Ala Val Leu Ala Asn Ser Ser Gln Pro
            GCT GTC CTG CGG GGC CAG GCC GTG CTG GCC AAC TCT TCC CAG CCT
                            90              80                      100
            Phe Glu Pro Leu Gln Leu His Met Asp Lys Ala Ile Ser Gly Leu
            TTC GAG CCC CTG CAG CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT
                            90                      110
            Arg Ser Ile Thr Thr Leu Leu Arg Ala Leu Gly Ala Gln Glu Ala
            CGC AGC ATC ACC ACT CTG CTT CGG GCT CTG GGA GCC CAG GAA GCC
                            120                     110             130
            Ile Ser Leu Pro Asp Ala Ala Ser Ala Ala Pro Leu Arg Thr Ile
            ATC TCC CTC CCA GAT GCG GCC TCG GCT GCT CCA CTC CGA ACC ATC
                            120                     140
            Thr Ala Asp Thr Phe Cys Lys Leu Phe Arg Val Tyr Ser Asn Phe
            ACT GCT GAC ACT TTC TGC AAA CTC TTC CGA GTC TAC TCC AAT TTC
                                    140
```

A 6904

- 40 -

TABLE V (continued)

```
                150                             160
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
CTC CGG GGA AAG CTG TAC ACG GGG GAG GCC TGC AGG AGA

Gly Asp Arg OP
    165
GGG GAC AGA TGA CCAGGTGCGTCCAGCATCCACCACCCTCCTCACCAACA
CTGCCTGTGCCACACCCTCCTCACCACTCCCGAACCCCATCGAGGGGCTCTCAGCTAAG
CGCCAGCCTGTCCAGAGCACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC
TGTCCAGAGCACAAACTCTGAGATCTGAGGATGTCCAGGGGCCAAACTTGAGGGCCCAGAGC
AGGAAGCATTCAGAGAGCAGCTTTAAACTCGGGAGCAGAGACAATGCAGGGAAAACGCCT
GACCTCACTCGGCCACCTGCAAAATTGATGCAGGACGGCTTAGGTGGCAAGCTGTGACTTG
TTTTTGCACCTACCATCAGGACACAGGATGACTGAGAACTAGGTGGCAAGCTGTGACTT
CTCAAGGCCTCACGGGCACTCCCTTGGTGGCAACAGCCCCTTGGAGGTTGACTTGACAG
TTGCAATCTGCAGCAGGAAAATTACGGACAGGTTTTGGAGGTGGAGCTGGAGTTGACAG
GTGTGTGGGGAAGCAGGGGGTAGGGGTGGAGCTGGGATGCCGAGTGAGAACCGTGAAGAC
AGGATGGGGGCTGGCCCTCTCGTTCTCGTGGGGTCCAAGCTT
                                       HindIII
```

A 6905

- 41 -

The polypeptide sequence of ~~Table V~~ Figure 5 may readily be subjected to analysis for the presence of highly hydrophilic regions and/or secondary conformational characteristics indicative of potentially highly immuno-
5 genic regions by, e.g., the methods of Hopp, et al., P.N.A.S. (U.S.A.), 78, pp. 3824-3828 (1981) and Kyte et al., J.Mol.Biol., 157, pp. 105-132 (1982) and/or Chou, et al., Biochem., 13, pp. 222-245 (1974) and Advances in Enzymology, 47, pp. 45-47 (1978). Computer-assisted ana-
10 lysis according to the Hopp, et al. method is available by means of a program designated PEP Reference Section 6.7 made available by Intelligenetics, Inc., 124 University Avenue, Palo Alto, California.

15                         EXAMPLE 4

A. Human Genomic Library

A Ch4A phage-borne human fetal liver genomic library prepared according to the procedures of Lawn, et
20 al., Cell, 15, pp. 533-543 (1979) was obtained and maintained for use in a plaque hybridization assay.

B. Plaque Hybridization Procedures For
   Screening Human Genomic Library

25      Phage particles were lysed and the DNAs were fixed on filters (50,000 plaques per filter) according to the procedures of Woo, Methods In Enzymology, 68, pp. 389-395 (1979) except for the use of GeneScreen Plus filters (New England Nuclear Catalog No. NEF-972) and
30 NZYAM plates (NaCl, 5g; $MgCl_2$-$6H_2O$, 2 g; NZ-Amine A, 10g; yeast extract, 5g; casamino acids, 2 g; maltose; 2g; and agar, 15g per liter).

The air-dried filters were baked at 80°C for 1 hour and then digested with Proteinase K as described in
35 Example 3, Part B. Prehybridization was carried out with a 1M NaCl - 1% SDS buffer for 55°C for 4 hours or more,

**A 6906**

AM670088717                                                                                    AM-ITC 00873384

- 42 -

after which the buffer was removed. Hybridization and
post-hybridization washings were carried out as described
in Example 3, Part B. Both the mixture of 128 20-mer
probes designated EPV and the mixture of 128 17-mer pro-
5  bes of Table III (designated the EPQ mixture) were
employed. Hybridization was carried out at 48°C using
the EPV probe mixture. EPQ probe mixture hybridization
was carried out at 46°C -- 4 degrees below the lowest
calculated Td for members of the mixture. Removal of the
10 hybridized probe for rehybridization was accomplished by
boiling with 1 x SSC - 0.1% SDS for two minutes.
Autoradiography of the filters revealed three positive
clones (reactive with both probe mixtures) among the
1,500,000 phage plaques screened. Verification of the
15 positive clones as being EPO-encoding was obtained
through DNA sequencing and electron micrographic visuali-
zation of heteroduplex formation with the monkey cDNA of
Example 3. This procedure also gave evidence of multiple
introns in the genomic DNA sequence.
20

EXAMPLE 5

Nucleotide sequence analysis of one of the posi-
tive clones (designated λhE1) was carried out and results
25 obtained to date are set out in Figure 6.

**A 6907**

AM670088718                                                                    AM-ITC 00873385

- 43 -

TABLE VI

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCGGAACTCAGCAACCAGGGCATCTCTGAGTCTCCGCCCA
AGACCGGGATGCCCCCAGGGGAGGTGTCCGGGAGCCCCAGCCTTTCCCAGATAGCACGCCTCCGCCAGTCCC
AAGGGTGCCGCAACCGGCTGCACTCCCCTCCCGGACCCCAGGGCCCAGGGCCCAGCCCCATGACCCACACGC
ACGTCTGCAGCAGCCCCGTCACGCCCGGGCGAGCCTCAACCCAGGCCTCCTGCCCTGCTCTGACCCCGG
GTGGCCCCTACCCCTGGGACCCCTGACGCACACCCTCTCCCCACCCCCACCCGGCACGCACACATG
CAGATAACAGCCCCACCCCGGCCAGAGCCCGXAGAGTCCCTGGGCCACCCCGGCCTCGCGCTG
CGCCGCACCGCGCTGTCCTCCCGGAGCCGACCCGGGGCCCACCGCCGCTCTGCTCCGACACCGCGCCC
CTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGCACCGCCAGCTTCCCGGGATGAGGXX
                                                    -27  -24
                                                    Met Gly Val His
                                                    ATG GGG GTG CAC G
CCCGGTGACCGGGCGGCCTGAGGTCGCTGAGGACCCCGGCCAAGCGGGAG
GTGAGTACTCGGGGCTGGGGCGTCCCGGCCTCCCGGCGGGTTCCTGTTTGAGCGGGGATTTAGCGCCCCGGCT
```

A 6908

AM670088719                                                                                                               AM-ITC 00873386

- 44 -

TABLE VI (cont'd.)

```
ATTGGCCAAGAGGTGGCTGGGTCAAGGACCCGGCACTTGTCAAGGACCCCCGAAGGGGGAGGGGGTGGG
GCAGCCTCCACGTGCCGCGGCAGCTTGGGGGAGTTCTTTGGGGATGGCAAAAACCTGGCCTGTTGAGGGGCA
CAGTTTGGGGTTGGGAGGAGGTTTGGGTTCTGCTGTGCAGTGTGTGTCGTTGTCAGTGTCTCG[i.s.]
TTGCACACGCACAGATCAATAAGCCAGA GCACCACCTGAGTGCTTGCATGGTTGGGACAGGAAGGACGAG
CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCGCCTGACTCT
                       -23       -20                     -1  +1
                       Glu Cys Pro Ala   Trp Leu Trp Leu Leu Ser Leu
CAGCCTGGCTATCTGTTCTAG  AA  TGT CCT GCC   TGG CTT CTC CTG TCC CTG
                  -10
             Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
             CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CCA CGC CTC ATC TGT
                      10                                      20
             Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
             GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC
              26
              Thr
             ACG GTGAGACCCCTTCCCCAGCACATTCCACAGAACTCACGCTCAGGGCTTCAGGAACTCCTCCAGAT
CCAGGAACCTGGCACTTGGTTTGGGGTGGAGTTGCCAAGCTAGACACTGCCCCCCTACATAAGAATAAGTG
```

**A 6909**

AM670088720                                                                AM-ITC 00873387

- 45 -

TABLE VI (cont'd.)

```
TGGTGCCCCCAAACCATACCTGAAACTAGGCAAGGAGCAAAGCCAGCAGATCCTACGCCTGTGGGCCAGGG

                                                                27              30
                                                                Thr Gly Cys Asn Phe Tyr
                                                                ACG GGC TGT GCT GAA
CCAGAGCCTTCAGGGACCCTTGACTCCCCGGCTGTGTGCATTCAG

                *                                40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

50                              55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG GTGAGTTGGTTTTTTTTTCCTTTCTTTGGAGAATCTCATT

TGCGAGCCCTGATTTTGCATGAAAGGGAGAATGATCGGGGAAGGTAAATGGAGCAGCAGAGATGAGGCT

GCCTGGGCCAGAGGCTCAGTCTATAATCCCAGCTGAGATGGCCGAGATGGGAGAATTGCTTGAGCCCT

GGAGTTCAGACCAACCTAGGCAGCATAGTGAGATCCCCATCTCTACAAACATTTAAAAAATTAGTCAG

GTGAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGGAGGATCGCTTGAGCCAGGAA

TTTGAGGCTGCAGTGAGCTGTGATCACACCACTGCACTCCAGCCTCAGTGACAGAGTGAGGCCCTGTCTCA
```

A 6910

- 46 -

TABLE VI (cont'd.)

```
AAAAAGAAAAAGAAAAAGAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTTATTGCATACCTTCTGTTGCTCAGCTTGGTGCTTGG

GGCTGCTGAGGGCCAGGAGGGAGAGGGTGACATGGGTCAGCTCGACTCCCAGAGTCCACTCCCTGTAG
                                                              70
 56          60
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCG GAA GCT
                                           90
                  80
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
GTC CTG CGC GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT
 110           115
Arg Ala Leu Gly Ala Gln
CGG GCT CTG GGA GCC CAG GTGAGTAGGAGGAGGGACACTTCTGCCTTGCCTTTCTGTGCACTGCAGCCACCTCCT

GAAGGGTCTTGCTAAGGAGTACAGGAGAACTGTCCGTATTCCTTCCCTTTCTGTGCACTGCAGCCACCTCCT
 116           120
Lys Glu Ala Ile Ser Pro Pro Asp Ala Ala Ser Ala Ala
AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT
GTTTCTCCTTGGCAG
```

**A 6911**

AM670088722                                                                 AM-ITC 00873389

- 47 -

TABLE VI (cont'd.)

```
           130
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC
                       150                                    160
Asn Phe Leu Arg Gly Lys Leu Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG
166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTGCCACCTGGCATATCCACCACCTCCTCACCAACATTGCTTGTGCCACA

CCCTCCCCCGCCACTCCTGAACCCGTCGAGGGCTCTCAGCTCAGGCCAGCCTGTCCCATGGACACTCC
AGTGCCAGCAATGACATCTCAGGGCCAGAGAAC GTCCAGAGAGCAACTCTGAGATCTAAGGATGTCAC
AGGGCCAAACTTGAAGGGCCAGAGCAGGAAGCATTTAAACTCAGGGACAGAGAGCCATGC
TGGGAAGACGCCTGAGCTCACTCGGCACCCTGAAAATTTGATGCCAGGAACTTAGGTGGCAAGCTGTGACTTCTCCAGG
CTGTTTTCGCCACCTACCATCAGGGACAGGATGACCTGGAGAACTTGGTGGCACCCCCTTGACACCGGGGTGGTGGAACCATGAAGAC
TCTCACGGGCATGGGCACTCCCTTGGTGGCAAGAGCCCCCTTGACAGAGCCCATGGGTCCAAGTTTGTATTCTCAACCTATTGACAGACTGAA
AXGATXGGGGCTGGCCTCTGGCCTCTCATGGGCCTCCAAGTTTGTATTCTCAACCTATTGACAGACTGAA
ACACAATATGAC
```

A 6912

- 48 -

△— In ~~Table VI~~, *Figure 6* the initial continuous DNA sequence designates a top strand of 620 bases in what is apparently an untranslated sequence immediately preceding a translated portion of the human EPO gene. More speci-
5  fically, the sequence appears to comprise the 5' end of the gene which leads up to a translated DNA region coding for the first four amino acids (-27 through -24) of a leader sequence ("presequence"). Four base pairs in the sequence prior to that encoding the beginning of the
10  leader have not yet been unambiguously determined and are therefore designated by an "X". There then follows an intron of about 639 base pairs (439 base pairs of which have been sequenced and the remaining 200 base pairs of which are designated "I.S.") and immediately preceding a
15  codon for glutamine which has been designated as residue -23 of the translated polypeptide. The exon sequence immediately following is seen to code for amino acid residues through an alanine residue (designated as the +1 residue of the amino acid sequence of mature human EPO)
20  to the codon specifying threonine at position +26, whereupon there follows a second intron consisting of 256 bases as specifically designated. Following this intron is an exon sequence for amino acid residues 27 through 55 and thereafter a third intron comprising 612 base pairs
25  commences. The subsequent exon codes for residues 56 through 115 of human EPO and there then commences a fourth intron of 134 bases as specified. Following the fourth intron is an exon coding for residue Nos. 116 through 166 and a "stop" codon (TGA). Finally, Table VI
30  identifies a sequence of 568 base pairs in what appears to be an untranslated 3' region of the human EPO gene, two base pairs of which ("X") have not yet been unambiguously sequenced.

~~Table VI~~ *Figure 6* thus serves to identify the primary
⌐35  structural conformation (amino acid sequence) of mature human EPO as including 166 specified amino acid residues

A 6913

AM670088724                                           AM-ITC 00873391