- 59 -

U.S. Letters Patent No. 4,399,216 and European Patent
Applications 117058, 117059 and 117060, all published
August 29, 1984.]

CHO DHFR⁻ cells (DuX-B11) CHO K1 ‧lls, Urlaub,
5 et al., _Proc._ _Nat._ _Acad._ _Sci._ _(U.S.A.)_, Vol. 77, 4461
(1980) lack the enzyme dihydrofolate reductase (DHFR) due
to mutations in the structural genes and therefore
require the presence of glycine, hypoxanthine, and thymi-
dine in the culture media.  Plasmids pDSVL-MkE (Example
10 6) or pDSVL-gHuEPO (Example 7B) were transfected along
with carrier DNA into CHO DHFR⁻ cells growing in media
containing hypoxanthine, thymidine, and glycine in 60 mm
culture plates.  Plasmid pSVgHuEPO (Example 7A) was mixed
with the plasmid pMG2 containing a mouse dihydrofolate
15 reductase gene cloned into the bacterial plasmid vector
pBR322 (per Gasser, et al., _supra_.) The plasmid mixture
and carrier DNA was transfected into CHO DHFR⁻ cells.
(Cells which acquire one plasmid will generally also
acquire a second plasmid).  After three days, the cells
20 were dispersed by trypsinization into several 100 mm
culture plates in media lacking hypoxanthine and thymi-
dine.  Only those cells which have been stably trans-
formed with the DHFR gene, and thereby the EPO gene,
survive in this media.  After 7-21 days, colonies of sur-
25 viving cells became apparent.  These transformant colo-
nies, after dispersion by trypsinization can be
continuously propagated in media lacking hypoxanthine and
thymidine, creating new cell strains (e.g., CHO
pDSVL-MkEPO, CHO pSVgHuEPO, CHO-pDSVL-gHuEPO).

30          Culture fluids from the above cell strains were
tested in the RIA for the presence of recombinant monkey
or human EPO.  Media for strain CHO pDSVL-MkEPO contained
EPO with immunological properties like that obtained from
COS-1 cells transfected with plasmid pDSVL-MkEPO.  A
35 representative 65 hour culture fluid contained monkey EPO
at 0.60 U/ml.

# A 6924

AM670088735                                              AM-ITC 00873402

Dockets.Justia.com

- 60 -

Culture fluids from CHO pSVgHLEPO and CHO
pDSVL-gHuEPO contained recombinant human EPO with immuno-
logical properties like that obtained with COS-1 cells
transfected with plasmid pSVg4uEPO or pDSVL-gHuEPO.  A
5  representative 3 day culture fluid from CHO pSVgHuEPO
contained 2.99 U/ml of human EPO and a 5.5 day sample
from CHO pDSVL-gHuEPO had 18.2 U/ml of human EPO as
measured by the RIA.

The quantity of EPO produced by the cell strains
10 described above can be increased by gene amplification
giving new cell strains of greater productivity.  The
enzyme dihydrofolate reductase (DHFR) which is the pro-
duct coded for by the DHFR gene can be inhibited by the
drug methotrexate (MTX).  More specifically, cells propa-
15 gated in media lacking hypoxanthine and thymidine are
inhibited or killed by MTX.  Under the appropriate con-
ditions, (e.g., minimal concentrations of MTX) cells
resistant to and able to grow in MTX can be obtained.
These cells are found to be resistent to MTX due to an
20 amplification of the number of their DHFR genes, result-
ing in increased production of DHFR enzyme.  The sur-
viving cells can, in turn, be treated with increasing
concentrations of MTX, resulting in cell strains con-
taining greater numbers of DHFR genes.  "Passenger genes"
25 (e.g., EPO) carried on the expression vector along with
the DHFR gene or transformed with the DHFR gene are fre-
quently found also to be increased in their gene copy
number.

As examples of practice of this amplification
30 system, cell strain CHO pDSVL-MkE was subjected to
increasing MTX concentrations (0 nM, 30 nM and 100 nM).
Representative 65-hour culture media samples from each
amplification step were assayed by RIA and determined to
contain 0.60, 2.45 and 6.10 U/ml, respectively.  Cell
35 strain CHO pDSVL-gHuEPO was subjected to a series of
increasing MTX concentrations of 30 nM, 50 nM, 100 nM,

**A 6925**

AM670088736                                                    AM-ITC 00873403

- 61 -

200 nM, 1 μM, and 5 μM MTX. A representative 3-day
culture media sample from the 100 nM MTX step contained
human EPO at 3089 ± 129 U/ml as judged by RIA.
Representative 48 hour cultural medium samples from the
5   100 nM and 1 μM MTX steps contained, respectively, human
EPO at 466 and 1352 U/ml as judged by RIA (average of
triplicate assays). In these procedures, $1 \times 10^6$ cells
were plated in 5 ml of media in 60 mm culture dishes.
Twenty-four hours later the media were removed and
10   replaced with 5 ml of serum-free media (high glucose DMEM
supplemented with 0.1 mM non-essential amino acids and
L-glutamine). EPO was allowed to accumulate for 48 hours
in the serum-free media. The media was collected for RIA
assay and the cells were trypsinized and counted. The
15   average RIA values of 467 U/ml and 1352 U/ml for cells
grown at 100 nM and 1 μM MTX, respectively, provided
actual yields of 2335 U/plate and 6750 U/plate. The
average cell numbers per plate were $1.94 \times 10^6$ and
$3.12 \times 10^6$ cells, respectively. The effective production
20   rates for these culture conditions were thus 1264 and
2167 $U/10^6$ cells/48 hours.

The cells in the cultures described immediately
above are a genetically heterogeneous population.
Standard screening procedures are being employed in an
25   attempt to isolate genetically homogeneous clones with
the highest production capacity. See, Section A, Part 2,
of "Points to Consider in the Characterization of Cell
Lines Used to Produce Biologics", June 1, 1984, Office of
Biologics Research Review, Center for Drugs and
30   Biologics, U.S. Food and Drug Administration.

The productivity of the EPO producing CHO cell
lines described above can be improved by appropriate cell
culture techniques. The propagation of mammalian cells
in culture generally requires the presence of serum in
35   the growth media. A method for production of erythro-
poietin from CHO cells in media that does not contain

**A 6926**

- 62 -

serum greatly facilitates the purification of erythro-
poietin from the culture medium. The method described
below is capable of economically producing erythropoietin
in serum-free media in large quantities sufficient for
5  production.

Strain CHO pDSVL-gHuEPO cells, grown in standard
cell culture conditions, are used to seed spinner cell
culture flasks. The cells are propagated as a suspension
cell line in the spinner cell culture flask in media con-
10  sisting of a 50-50 mixture of high glucose DMEM and Ham's
F12 supplemented with 5% fetal calf serum, L-gluta-
mine, Penicillin and Streptomycin, 0.05 mM non-essential
amino acids and the appropriate concentration of metho-
trexate. Suspension cell culture allows the EPO-produc-
15  ing CHO cells to be expanded easily to large volumes.
CHO cells, grown in suspension, are used to seed roller
bottles at an initial seeding density of $1.5 \times 10^7$ viable
cells per 850 $cm^2$ roller bottle in 200 ml of media. The
cells are allowed to grow to confluency as an adherent
20  cell line over a three-day period. The media used for
this phase of the growth is the same as used for growth
in suspension. At the end of the three-day growth
period, the serum containing media is removed and
replaced with 100 ml of serum-free media; 50-50 mixture
25  of high glucose DMEM and Ham's F12 supplemented with 0.05
mM non-essential amino acids and L-glutamine. The
roller bottles are returned to the roller bottle incuba-
tor for a period of 1-3 hours and the media again is
removed and replaced with 100 ml of fresh serum-free
30  media. The 1-3 hour incubation of the serum-free media
reduces the concentration of contaminating serum pro-
teins. The roller bottles are returned to the incubator
for seven days during which erythropoietin accumulates in
the serum-free culture media. At the end of the seven-
35  day production phase, the conditioned media is removed
and replaced with fresh serum-free medium for a second

**A 6927**

AM670088738                                        AM-ITC 00873405

- 63 -

production cycle. As an example of the practice of this
production system, a representative seven-day, serum-free
media sample contained human erythropoietin at 3892±409
U/ml as judged by the RIA. Based on an estimated cell
5 density of 0.9 to 1.8 x $10^5$ cells/$cm^2$, each 850
$cm^2$ roller bottle contained from 0.75 to 1.5 x $10^8$ cells
and thus the rate of production of EPO in the 7-day, 100
ml culture was 750 to 1470 U/$10^6$ cells/48 hours.

Culture fluids from cell strain CHO pDSVL-MkEPO
10 carried in 10 nM MTX were subjected to RIA in vitro and
in vivo EPO activity assays. The conditioned media
sample contained 41.2 ± 1.4 U/ml of MkEPO as measured by
the RIA, 41.2 ± 0.064 U/ml as measured by the in vitro
biological activity assay and 42.5 ± 5 U/ml as measured
15 by the in vivo biological activity assay. Amino acid
sequencing of polypeptide products revealed the presence
of EPO products, a principle species having 3 residues of
the "leader" sequence adjacent the putative amino ter-
minal alanine. Whether this is the result of incorrect
20 membrane processing of the polypeptide in CHO cells or
reflects a difference in structure of the amino terminus
of monkey EPO vis-a-vis human EPO, is presently unknown.

Culture fluids from cell strain CHO pDSVL-gHuEPO
were subjected to the three assays. A 5.5 day sample
25 contained recombinant human EPO in the media at a level
of 18.2 U/ml by RIA assay, 15.8 ± 4.6 U/ml by in vitro
assay and 16.9 ± 3.0 U/ml by in vivo assay.

Culture fluid from CHO pDSVL-gHuEPO cells pre-
pared amplified by stepwise 100 nM MTX were subjected to
30 the three assays. A 3.0 day sample contained recombinant
human EPO at a level of 3089 ± 129 U/ml by RIA, 2589 ±
71.5 U/ml by in vitro assay, and 2040 ± 160 U/ml by in
vivo assay. Amino acid sequencing of this product
reveals an amino terminal corresponding to that
35 designated in (Table VI. Figure 6.)

Cell conditioned media from CHO cells trans-
fected with plasmid pDSVL-MkE in 10 nM MTX were pooled,

**A 6928**

- 6A -

and the MTX dialyzed out over several days, resulting in
media with an EPO activity of 221 ± 5.1 U/ml (EPO-CCM).
To determine the _in vivo_ effect of the EPO-CCM upon hema-
tocrit levels in normal Balb/C mice, the following
5  experiment was conducted. Cell conditioned media from
untransfected CHO cells (CCM) and EPO-CCM were adjusted
with PBS. CCM was used for the control group (3 mice)
and two dose levels of EPO-CCM -- 4 units per injection
and 44 units per injection -- were employed for the
10  experimental groups (2 mice/group). Over the course of 5
weeks, the seven mice were injected intraperitoneally, 3
times per week. After the eighth injection, average
hematocrit values for the control group were determined
to be 50.4%; for the 4U group, 55.1%; and, for the 44U
15  group, 67.9%.

        Mammalian cell expression products may be
readily recovered in substantially purified form from
culture media using HPLC (C$_4$) employing an ethanol gra-
dient, preferably at pH7.

20        A preliminary attempt was made to characterize
recombinant glycoprotein products from conditioned medium of
COS-1 and CHO cell expression of the human EPO gene in
comparison to human urinary EPO isolates using both
Western blot analysis and SDS-PAGE. These studies indi-
25  cated that the CHO-produced EPO material had a somewhat
higher molecular weight than the COS-1 expression product
which, in turn, was slightly larger than the pooled
source human urinary extract. All products were somewhat
heterogeneous. Neuraminidase enzyme treatment to remove
30  sialic acid resulted in COS-1 and CHO recombinant pro-
ducts of approximately equal molecular weight which were
both nonetheless larger than the resulting asialo human
urinary extract. Endoglycosidase F enzyme (EC 3.2.1)
treatment of the recombinant CHO product and the urinary
35  extract product (to totally remove carbohydrate from

# A 6929

- 65 -

both) resulted in substantially homogeneous products
having essentially identical molecular weight charac-
teristics.

Purified human urinary EPO and a recombinant,
5  CHO cell-produced, EPO according to the invention were
subjected to carbohydrate analysis according to the pro-
cedure of Ledeen, et al. Methods in Enzymology,
83(Part D), 139-191 (1982) as modified through use of the
hydrolysis procedures of Nesser, et al., Anal.Biochem.,
10  142, 58-67 (1984). Experimentally determined car-
bohydrate constitution values (expressed as molar ratios
of carbohydrate in the product) for the urinary isolate
were as follows: Hexoses, 1.73; N-acetylglucosamine, 1;
N-acetylneuraminic acid, 0.93; Fucose, 0; and N-acetyl-
15  galactosamine, 0. Corresponding values for the recom-
binant product (derived from CHO pDSVL-gHuEPO 3-day
culture media at 100 nM MTX) were as follows: Hexoses,
15.09; N-acetylglucosamine, 1; N-acetylneuraminic acid,
0.998; Fucose, 0; and N-acetylgalactosamine, 0. These
20  findings are consistent with the Western blot and
SDS-PAGE analysis described above.

Glycoprotein products provided by the present
invention are thus comprehensive of products having a
primary structural conformation sufficiently duplicative
25  of that of a naturally-occurring erythropoietin to allow
possession of one or more of the biological properties
thereof and having an average carbohydrate composition
which differs from that of naturally-occurring erythro-
poietin.

30                        EXAMPLE 11

The present example relates to the total manu-
facture by assembly of nucleotide bases of two structural
genes encoding the human species EPO sequence of Figure 6
35  and incorporating, respectively "preferred" codons for
expression in E.coli and yeast (S.cerevisiae) cells.

# A 6930

AM670088741                                          AM-ITC 00873408

- 66 -

Also described is the construction of genes encoding ana-
logs of human EPO. Briefly stated, the protocol employed
was generally as set out in the previously noted disclo-
sure of Alton, et al. (WO 83/04053). The genes were
designed for initial assembly of component oligonucleoti-
des into multiple duplexes which, in turn, were assembled
into three discrete sections. These sections were
designed for ready amplification and, upon removal from
the amplification system, could be assembled sequentially
or through a multiple fragment ligation in a suitable
expression vector.
                    Figures 10 through 15 and 7
             Tables VIII through XIV below illustrate the
design and assembly of a manufactured gene encoding a
human EPO translation product lacking any leader or pre-
sequence but including an initial methionine residue at
position -1. Moreover, the gene incorporated in
substantial part E.coli preference codons and the
construction was therefore referred to as the "ECEPO"
gene.

**A 6931**

- 67 -

**TABLE VIII**

**ECEPO SECTION 1 OLIGONUCLEOTIDES**

1.  AATTCTAGAAACCATGAGGGTAATAAAATA
2.  CCATTATTTTATTACCCTCATGGTTTCTAG
3.  ATGGCTCCGCCGCGTCTGATCTGCCGAC
4.  CTCGAGTCGCAGATCAGACGCGGCCGGAG
5.  TCGAGAGTTCTGGAACGTTACCTGCTG
6.  CTTCCAGCAGGTAACGTTCCAGAACT
7.  GAAGCTAAAGAAGCTGAAAACATC
8.  GTGGTGATGTTTTCAGCTTCTTTAG
9.  ACCACTGGTTGTGCTGAACACTGTTC
10. CAAAGAACAGTGTTCAGCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

**TABLE IX**

**ECEPO SECTION 1**

```
EcoRI   XbaI        1              3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
    GATC TTTCGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                    2                        4

        5
ATCTGCCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                    6

        7           9                      11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
        8           10

    KpnI  BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

**A 6932**

- 68 -

TABLE X
ECEPO SECTION 2 OLIGONUCLEOTIDES

1. AATTCGGTACCAGACACCAAGGT

2. GTTAACCTTGGTGTCTGGTACCG

5    3. TAACTTCTACGCTTGGAAACGTAT

4. TTCCATACGTTTCCAAGCGTAGAA

5. GGAAGTTGGTCAACAAGCAGTTGAAGT

6. CCAAACTTCAACTGCTTGTTGACCAAC

7. TTGGCAGGGTCTGGCACTGCTGAGCG

10   8. GCCTCGCTCAACAGTGCCAGACCCTG

9. AGGCTGTACTGCGTGGCCAGGCA

10. GCAGTGCCTGGCCACGCAGTACA

11. CTGCTGGTAAACTCCTCTCAGCCGT

12. TTCCCACGGCTGAGAGGAGTTTACCA

15   13. GGGAACCGCTGCAGCTGCATGTTGAC

14. GCTTTGTCAACATGCAGCTGCAGCGG

15. AAAGCAGTATCTGGCCTGAGATCTG

16. GATCCAGATCTCAGGCCAGATACT

20

25

**A 6933**

AM670088744                                            AM-ITC 00873411