- 69 -



A 6934

Dockets.Justia.com

- 70 -

TABLE XII

ECEPO SECTION 3

1.  GATCCAGATCTCTGACTACTCTGC

2.  ACGCAGCAGAGTAGTCAGAGATCTG

3.  TGCGTGCTCTGGGTGCACAGAAAGAGG

4.  GATAGCCTCTTTCTGTGCACCCAGAGC

5.  CTATCTCTCCGCCGGATGCTGCATCT

6.  CAGCAGATGCAGCATCCGGCGGAGA

7.  GCTGCACCGCTGCGTACCATCACTG

8.  ATCAGCAGTGATGGTACGCAGCCGTG

9.  CTGATACCTTCCGCAAACTGTTTCG

10. ATACACGAAACAGTTTGCGGAAGGT

11. TGTATACTCTAACTTCCTGCGTGGTA

12. CAGTTTACCCCGCTGGAAGTTAGAGT

13. AACTGAAACTGTATACTGGCGAAGC

14. GGCATGCTTCGCCAGTATACAGTTT

15. ATGCCGTACTGGTGACCGCTAATAG

16. TCGACTATTAGCGGTCACCAGTAC

**A 6935**

- 71 -

<u>TABLE XIII</u>

<u>ECEPO SECTION 3</u>

```
BamHI BglII
GA TCCAGATCTCTG
   GTCTAGAGAC
5

         1                      3                        5
  ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
  TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
         2                      4


  GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
  CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
10       6                      7                        9
                                                8


  GCAAACTGTT TCCTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
  CGTTTGACAA AGGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
        10                     11                       13
                                                12


  TATACTGGCG AAGCCTGCCG TACTGGTGAC CGCTAATAG  SalI
  ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
15      14                     15
                               16
```

20

25

# A 6936

- 72 -

TABLE XIV

ECEPO GENE

```
           XbaI                                       -1  1
                                                      MetAla
           CTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCCCCGTCTG
                TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
  5
      ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
      TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG

      TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
      ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT

  10  TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
      AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT

      GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
      CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT

      GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
      CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC

  15
      AACCGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
      TTGGCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC

      ACTACTCTGC TGCCTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
      TGATGAGACG ACGGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG

  20  GGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
      CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG

      GCAAACTGTT TGGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAAACTG
      CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                            SalI
      TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
      ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
  25
```

# A 6937

- 73 -

*Figure 10*

More particularly, ~~Table VIII~~ illustrates oligo-
nucleotides employed to generate the Section 1 of the
ECEPO gene encoding amino terminal residues of the human
species polypeptide.  Oligonucleotides were assembled

5  into duplexes (1 and 2, 3 and 4, etc.) and the duplexes
were then ligated to provide ECEPO Section 1 as in ~~Table~~ *Figure 11*
~~IX~~.  Note that the assembled section includes respective
terminal EcoRI and BamHI sticky ends, that "downstream"
of the EcoRI sticky end is a XbaI restriction enzyme

10  recognition site; and that "upstream" of the BamHI sticky
end is a KpnI recognition site.  Section 1 could readily
be amplified using the M13 phage vector employed for
verification of sequence of the section.  Some dif-
ficulties were encountered in isolating the section as an

15  XbaI/KpnI fragment from RF DNA generated in E.coli,
likely due to methylation of the KpnI recognition site
bases within the host.  Single-stranded phage DNA was
therefore isolated and rendered into double-stranded form
in vitro by primer extension and the desired double-

20  stranded fragment was thereafter readily isolated.
ECEPO gene Sections 2 and 3 (~~Tables XI and XIII~~) *Figures 13 and 15*
were constructed in a similar manner from the oligo-
nucleotides of ~~Tables X and XII~~, respectively.  Each *Figures 12 and 14*
section was amplified in the M13 vector employed for

25  sequence verification and was isolated from phage DNA.
As is apparent from ~~Table XI~~, ECEPO Section 2 was con- *Figure 13*
structed with EcoRI and BamHI sticky ends and could be
isolated as a K__:/BglII fragment.  Similarly, ECEPO
Section 3 was prepared with BamHI and SalI sticky ends

30  and could be isolated from phage RF DNA as a BglII/SalI
fragment.  The three sections thus prepared can readily
be assembled into a continuous DNA sequence (~~Table XIV~~) *duplicated as figure 7*
encoding the entire human species EPO polypeptide with an
amino terminal methionine codon (ATG) for E.coli transla-

35  tion initiation.  Note also that "upstream" of the ini-
tial ATG is a series of base pairs substantially

**A 6938**

- 74 -

duplicating the ribosome binding site sequence of the
highly expressed OMP-f gene of E.coli.

Any suitable expression vector may be employed
to carry the ECEPO.  The particular vector chosen for
5   expression of the ECEPO gene as the "temperature sen-
sitive" plasmid pCFM536 -- a derivative of plasmid
pCFM414 (A.T.C.C. 40076) -- as described in co-pending
U.S. Patent Application Serial No. 636,727, filed August
(published EPO application No. 116,446)
6, 1984, by Charles F. Morris.  More specifically,
10   pCFM536 was digested with XbaI and HindIII; the large
fragment was isolated and employed in a two-part ligation
with the ECEPO gene.  Sections 1 (XbaI/KpnI), 2
(KpnI/BglII) and 3 (BglII/SalI) had previously been
assembled in the correct order in M13 and the EPO gene
15   was isolated therefrom as a single XbaI/HindIII fragment.
This fragment included a portion of the polylinker from
M13 mp9 phage spanning the SalI to HindIII sites therein.
Control of expression in the resulting expression
plasmid, p536, was by means of a lambda $P_L$ promoter,
20   which itself may be under control of the $C_{I857}$ repressor
gene (such as provided in E.coli strain K12ΔHtrp).

The manufactured ECEPO gene above may be
variously modified to encode erythropoietin analogs such
as [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO and [His$^7$]hEPO, as
25   described below.

A.  [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO
Plasmid 536 carrying the ECEPO manufactured gene
of Figure 7 as a XbaI to HindIII insert was digested
30   with HindIII and XhoI.  The latter endonuclease cuts the
ECEPO gene at a unique, 6 base pair recognition site
spanning the last base of the codon encoding Asp$^8$ through
the second base of the Arg$^{10}$ codon.  A XbaI/XhoI "linker"
sequence was manufactured having the following sequence:

35

# A 6939

- 75 -

```
            XbaI      +1  2   7   8   9
                     Met Ala Asn Cys Asp     XhoI
T06I0X    5'-CTAG ATG GCT AAT TGC GAC-3'
          3'-TAC CGA TTA ACG CTG AGCT-5'
```

The XbaI/XhoI linker and the XhoI/HindIII ECEPO
5 gene sequence fragment were inserted into the large
fragment resulting from XbaI and HindIII digestion of
plasmid pCFM526 -- a derivative of plasmid pCFM414
(A.T.C.C. 40076) -- as described in co-pending
U.S. Patent Application Serial No. 636,727, filed August
10 6, 1984, by Charles F. Morris, to generate a plasmid-
borne DNA sequence encoding E.coli expression of the
Met$^{-1}$ form of the desired analog.

B.    [His$^7$]hEPO

15       Plasmid 536 was digested with HindIII and XhoI
as in part A above.  A XbaI/XhoI linker was manufactured
having the following sequence:

```
            XbaI      +1  2   3   4   5   6   7   8   9      XhoI
                     Met Ala Pro Pro Arg Leu Ile His Asp
T06IIX    5'-CTAG ATG GCT CCG CCA CGT CTG ATC CAT GAC-3'
          3'-TAC CGA GGC GGT GCA GAC TAG GTA CTG AGCT-5'
```

The linker and the XhoI/HindIII ECEPO sequence
fragment were then inserted into pCFM526 to generate a
plasmid-borne DNA sequence encoding E.coli expression of
25 the Met$^{-1}$ form of the desired analog.

Construction of a manufactured gene ("SCEPO")
incorporating yeast preference codons is as described in
the following ~~Tables XV through XXI~~ Figures 16 through 21 and
~~with the ECEPO gene,~~ 22. As was the case
with the ECEPO gene, the entire construction involved
30 formation of three sets of oligonucleotides (~~Tables XV,~~ Figures 16, 18
~~XVII and XIX~~ and 20) which were formed into duplexes and
assembled into sections (~~Tables XVI, XVIII and XX~~). Note Figures 17, 19 and 21
that synthesis was facilitated in part by use of some
sub-optimal codons in both the SCEPO and ECEPO construc-

35

**A 6940**

- 76 -

tions, i.e., oligonucleotides 7-12 of Section 1 of both
genes were identical, as were oligonucleotides 1-6 of
Section 2 in each gene.

5

10

15

20

25

**A 6941**

30

AM670088752                                      AM-ITC 00873419

- 77 -

TABLE XV

SCEPO SECTION 1 OLIGONUCLEOTIDES

```
      1.   AATTCAAGCTTGGATAAAAGAGCT

  5   2.   GTGGAGCTCTTTTATCCAAGCTTG

      3.   CCACCAAGATTGATCTGTGACTC

      4.   TCTCGAGTCACAGATCAATCTTG

      5.   GAGAGTTTTGGAAAGATACTTGTTG

      6.   CTTCCAACAAGTATCTTTCCAAAAC

 10   7.   GAAGCTAAAGAAGCTGAAAACATC

      8.   GTGGTGATGTTTTCAGCTTCTTTAG

      9.   ACCACTGGTTGTGCTGAACACTGTTC

     10.   CAAAGAACAGTGTTCAGCACAACCA

     11.   TTTGAACGAAAACATTACGGTACCG

 15  12.   GATCCGGTACCGTAATGTTTTCGTT
```

TABLE XVI

SCEPO SECTION 1

```
     EcoRI  HindIII 1
     AATTCA AGCTTGGATA
        GT TCGAACCTAT
                   2

    AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
    TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                          3                 4

     5                         7
    GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
    CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
     6                         8

     9                       11       KpnI    BamHI
    GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
    CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                                12
```

**A 6942**

- 78 -

TABLE XVII

SCEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT

5  2.  GTTAACCTTGGTGTCTGGTACCG

3.  TAACTTCTACGCTTGGAAACGTAT

4.  TTCCATACGTTTCCAAGCGTAGAA

5.  GGAAGTTGGTCAACAAGCAGTTGAAGT

6.  CCAAACTTCAACTGCTTGTTGACCAAC

10 7.  TTGGCAAGGTTTGGCGTTGTTATCTG

8.  GCTTCAGATAACAAGCCCAAACCTTG

9.  AAGCTGTTTTGAGACGTCAAGCCT

10.  AACAAGGCTTGACCTCTCAAAACA

11.  TGTTGGTTAACTCTTCTCAACCATGGG

15 12.  TGGTTCCCATGGTTGAGAAGAGTTAACC

13.  AACCATTGCAATTGCACGTCGAT

14.  CTTTATCGACGTGCAATTGCAA

15.  AAAGCCGTCTCTGGTTTGAGATCTG

16.  GATCCAGATCTCAAACCAGAGACGG

20

25

A 6943

AM670088754                    AM-ITC 00873421