- 85 -

including RIA's, ELISA's and the like, as well as a
variety of in vitro and in vivo activity assays.  See,
e.g., Dunn, et al., Expt.Hematol., 11(7), 590-600 (1983);
Gibson, et al., Pathology, 16, 155-156 (1984); Krystal,
5   Expt.Hematol., 11(7), 649-660 (1983); Saito, et al.,
Jap.J.Med., 23(1), 16-21 (1984); Nathan, et al.,
New Eng.J.Med., 308(9), 520-522 (1983); and various
references pertaining to assays referred to therein.
Polypeptides of the invention, including synthetic pep-
10  tides comprising sequences of residues of EPO first
revealed herein, also provide highly useful pure
materials for generating polyclonal antibodies and
"banks" of monoclonal antibodies specific for differing
continuous and discontinuous epitopes of EPO.  As one
15  example, preliminary analysis of the amino acid sequences
of Figure 6 in the context of hydropathicity according to
Hopp, et al., P.N.A.S. (U.S.A.), 78, pp. 3824-3828
(1981) and of secondary structures according to Chou, et
al., Ann.Rev.Biochem., 47, p. 251 (1978) revealed that
20  synthetic peptides duplicative of continuous sequences of
residues spanning positions 41-57 inclusive, 116-128
inclusive and 144-166 inclusive are likely to produce a
highly antigenic response and generate useful monoclonal
and polyclonal antibodies immunoreactive with both the
25  synthetic peptide and the entire protein.  Such antibo-
dies are expected to be useful in the detection and affi-
nity purification of EPO and EPO-related products.
     Illustratively, the following three synthetic
peptides were prepared:
30
     (1) hEPO 41-57,   V-P-D-T-K-V-N-F-Y-A-W-K-
                       R-M-E-V-G;
     (2) hEPO 116-128, K-E-A-I-S-P-P-D-A-A-S-A-A;
     (3) hEPO 144-166, V-Y-S-N-F-L-R-G-K-L-K-L-Y-
35   --                T-G-E-A-C-R-T-G-D-R.

**A 6954**

AM670088765                                          AM-ITC 00873432
                                                   Dockets.Justia.com

- 90 -

Preliminary immunization studies employing the above-noted polypeptides have revealed a relatively weak positive response to hEPO 41-57, no appreciable response to hEPO 116-128, and a strong positive resopnse to hEPO 144-166, as measured by capacity of rabbit serum antibodies to immunoprecipitate $^{125}$I-labelled human urinary EPO isolates. Preliminary *in vivo* activity studies on the three peptides revealed no significant activity either alone or in combination.

While the deduced sequences of amino acid residues of mammalian EPO provided by the illustrative examples essentially define the primary structural conformation of mature EPO, it will be understood that the specific sequence of 165 amino acid residues of monkey species EPO in Table V and the 166 residues of human species EPO in Figure 6 do not limit the scope of useful polypeptides provided by the invention. Comprehended by the present invention are those various naturally-occurring allelic forms of EPO which past research into biologically active mammalian polypeptides such as human γ interferon indicates are likely to exist. (Compare, e.g., the human immune interferon species reported to have an arginine residue at position No. 140 in EPO published application 0 077 670 and the species reported to have glutamine at position No. 140 in Gray, et al., *Nature*, 295, pp. 503-508 (1982). Both species are characterized as constituting "mature" human γ interferon sequences.) Allelic forms of mature EPO polypeptides may vary from each other and from the sequences of Figure 5 and 6 in terms of length of sequence and/or in terms of deletions, substitutions, insertions or additions of amino acids in the sequence, with consequent potential variations in the capacity for glycosylation. As noted previously, one putative allelic form of human species EPO is believed to include a methionine residue at position 126. Expectedly, naturally-occurring allelic forms

**A 6955**

AM670088766    AM-ITC 00873433

- 91 -

of EPO-encoding DNA genomic and cDNA sequences are also likely to occur which code for the above-noted types of allelic polypeptides or simply employ differing codons for designation of the same polypeptides as specified.

5   In addition to naturally-occurring allelic forms of mature EPO, the present invention also embraces other "EPO products" such as polypeptide analogs of EPO and fragments of "mature" EPO. Following the procedures of the above-noted published application by Alton, et al. (WO/83/04053) one may readily design and manufacture genes coding for microbial expression of polypeptides having primary conformations which differ from that herein specified for mature EPO in terms of the identity or location of one or more residues (e.g., substitutions, terminal and intermediate additions and deletions). Alternately, modifications of cDNA and genomic EPO genes may be readily accomplished by well-known site-directed mutagenesis techniques and employed to generate analogs and derivatives of EPO. Such EPO products would share at least one of the biological properties of EPO but may differ in others. As examples, projected EPO products of the invention include those which are foreshortened by e.g., deletions $[Asn^2, des-Pro^2$ through $Ile^6]hEPO$, $[des-Thr^{163}$ through $Arg^{166}]hEPO$ and "$\Delta 27-55hEPO$", the latter having the residues coded for by an entire exon deleted; or which are more stable to hydrolysis (and, therefore, may have more pronounced or longer lasting effects than naturally-occurring EPO); or which have been altered to delete one or more a potential sites for glycosylation (which may result in higher activities for yeast-produced products); or which have one or more cystein residues deleted or replaced by, e.g., histidine or serine residues (such as the analog $[His^7]hEPO$) and are potentially more easily isolated in active form from microbial systems; or which have one or more tyrosine residues replaced by phenylalanine (such as the analogs

**A 6956**

AM670088767                                                            AM-ITC 00873434

- 92 -

[Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, and [Phe$^{145}$]hEPO) and may bind
more or less readily to EPO receptors on target cells.
Also comprehended are polypeptide fragments duplicating
only a part of the continuous amino acid sequence or
secondary conformations within mature EPO, which
fragments may possess one <u>activity</u> of EPO (e.g., receptor
binding) and not others (e.g., erythropoietic activity).
Especially significant in this regard are those potential
fragments of EPO which are elucidated upon consideration
of the human genomic DNA sequence of Table VI, i.e.,
"fragments" of the total continuous EPO sequence which
are delineated by intron sequences and which may constitute distinct "domains" of biological activity. It is
noteworthy that the absence of <u>in vivo</u> activity for any
one or more of the "EPO products" of the invention is not
wholly preclusive of therapeutic utility (see, Weiland,
et al., <u>supra</u>) or of utility in other contexts, such as
in EPO assays or EPO antagonism. Antagonists of erythropoietin may be quite useful in treatment of polycythemias
or cases of overproduction of EPO [see, e.g., Adamson,
Hosp.Practice, 18(12), 49-57 (1983), and Hellmann, et
al., Clin.Lab.Haemat., 5, 335-342 (1983)].

According to another aspect of the present
invention, the cloned DNA sequences described herein
which encode human and monkey EPO polypeptides are
conspicuously valuable for the information which they
provide concerning the amino acid sequence of mammalian
erythropoietin which has heretofore been unavailable
despite decades of analytical processing of isolates of
naturally-occurring products. The DNA sequences are also
conspicuously valuable as products useful in effecting
the large scale microbial synthesis of erthropoietin by a
variety of recombinant techniques. Put another way, DNA
sequences provided by the invention are useful in
generating new and useful viral and circular plasmid DNA
vectors, new and useful transformed and transfected

**A 6957**

AM670088768

AM-ITC 00873435

- 93 -

microbial procaryotic and eucaryotic host cells (including bacterial and yeast cells and mammalian cells grown in culture), and new and useful methods for cultured growth of such microbial host cells capable of
5  expression of EPO and EPO products. DNA sequences of the invention are also conspicuously suitable materials for use as labelled probes in isolating EPO and related protein encoding cDNA and genomic DNA sequences of mammalian species other than human and monkey species herein speci-
10 fically illustrated. The extent to which DNA sequences of the invention will have use in various alternative methods of protein synthesis (e.g., in insect cells) or in genetic therapy in humans and other mammals cannot yet be calculated. DNA sequences of the invention are
15 expected to be useful in developing transgenic mammalian species which may serve as eucaryotic "hosts" for production of erythropoietin and erythropoietin products in quantity. See, generally, Palmiter, et al., Science, 222(4625), 809-814 (1983).
20     Viewed in this light, therefore, the specific disclosures of the illustrative examples are clearly not intended to be limiting upon the scope of the present invention and numerous modifications and variations are expected to occur to those skilled in the art. As one
25 example, while DNA sequences provided by the illustrative examples include cDNA and genomic DNA sequences, because this application provides amino acid sequence information essential to manufacture of DNA sequence, the invention also comprehends such manufactured DNA sequences as may
30 be constructed based on knowledge of EPO amino acid sequences. These may code for EPO (as in Example 12) as well as for EPO fragments and EPO polypeptide analogs (i.e., "EPO Products") which may share one or more biological properties of naturally-occurring EPO but not share
35 others (or possess others to different degrees).
    DNA sequences provided by the present invention are thus seen to comprehend all DNA sequences suitable

**A 6958**

- 94 -

for use in securing expression in a procaryotic or
eucaryotic host cell of a polypeptide product having at
least a part of the primary structural conformation and
one or more of the biological properties of erythro-
5   poietin, and selected from among: (a) the DNA sequences
set out in Figures 5 and 6 [~~Tables V and VI~~]; (b) DNA sequences which
hybridize to the DNA sequences defined in (a) or
fragments thereof; and (c) DNA sequences which, but for
the degeneracy of the genetic code, would hybridize to
10  the DNA sequences defined in (a) and (b). It is
noteworthly in this regard, for example, that existing
allelic monkey and human EPO gene sequences and other
mammalian species gene sequences are expected to hybri-
dize to the sequences of Figures 5 and 6 [~~Tables V and VI~~] or to fragments
15  thereof. Further, but for the degeneracy of the genetic
code, the SCEPO and ECEPO genes and the manufactured or
mutagenized cDNA or genomic DNA sequences encoding
various EPO fragments and analogs would also hybridize to
the above-mentioned DNA sequences. Such hybridizations
20  could readily be carried out under the hybridization con-
ditions described herein with respect to the initial iso-
lation of the monkey and human EPO-encoding DNA or more
stringent conditions, as desired to reduce background
hybridization.
25        In a like manner, while the above examples
illustrate the invention of microbial expression of EPO
products in the context of mammalian cell expression of
DNA inserted in a hybrid vector of bacterial plasmid and
viral genomic origins, a wide variety of expression
30  systems are within the contemplation of the invention.
Conspicuously comprehended are expression systems
involving vectors of homogeneous origins applied to a
variety of bacterial, yeast and mammalian [~~mammalia~~] cells in culture
as well as to expression systems not involving vectors
35  (such as calcium phosphate transfection of cells). In

**A 6959**

AM670088770                                                      AM-ITC 00873437

- 95 -

this regard, it will be understood that expression of, e.g., monkey origin DNA in monkey host cells in culture and human host cells in culture, actually constitute instances of "exogenous" DNA expression inasmuch as the EPO DNA whose high level expression is sought would not have its origins in the genome of the host. Expression systems of the invention further contemplate these practices resulting in cytoplasmic formation of EPO products and accumulation of glycosylated and non-glycosylated EPO products in host cell cytoplasm or membranes (e.g., accumulation in bacterial periplasmic spaces) or in culture medium supernatants as above illustrated, or in rather uncommon systems such as P.aeruginosa expression systems (described in Gray, et al., Biotechnology, 2, pp. 161-165 (1984)).

Improved hybridization methodologies of the invention, while illustratively applied above to DNA/DNA hybridization screenings are equally applicable to RNA/RNA and RNA/DNA screening. Mixed probe techniques as herein illustrated generally constitute a number of improvements in hybridization processes allowing for more rapid and reliable polynucleotide isolations. These many individual processing improvements include: improved colony transfer and maintenance procedures; use of nylon-based filters such as GeneScreen and GeneScreen Plus to allow reprobing with same filters and repeated use of the filter, application of novel protease treatments [compared, e.g., to Taub, et al. Anal.Biochem., 126, pp. 222-230 (1982)]; use of very low individual concentrations (on the order of 0.025 picomole) of a large number of mixed probes (e.g., numbers in excess of 32); and, performing hybridization and post-hybridization steps under stringent temperatures closely approaching (i.e., within 4·C and preferably within 2·C away from) the lowest calculated dissocation temperature of any of the mixed probes employed. These improvements combine to

**A 6960**

AM670088771
AM-ITC 00873438

- 96 -

provide results which could not be expected to attend
their use. This is amply illustrated by the fact that
mixed probe procedures involving 4 times the number of
probes ever before reported to have been successfully
used in even cDNA screens on messenger RNA species of
relatively low abundancy were successfully applied to the
isolation of a unique sequence gene in a genomic library
screening of 1,500,000 phage plaques. This feat was
accomplished essentially concurrently with the publica-
tion of the considered opinion of Anderson, et al.,
*supra*, that mixed probe screening methods were
"...impractical for isolation of mammalian protein genes
when corresponding RNA's are unavailable.

**A 6961**

- 97 -

WHAT IS CLAIMED IS:

1. A purified and isolated polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin and characterized by being the product of procaryotic or eucaryotic expression of an exogenous DNA sequence.

2. A polypeptide according to claim 1 further characterized by being free of association with any mammalian protein.

3. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a cDNA sequence.

4. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a manufactured DNA sequence.

5. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a genomic DNA sequence.

6. A polypeptide according to claim 1 wherein the exogenous DNA sequence is carried on an autonomously replicating circular DNA plasmid or viral vector.

7. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of human erythropoietin as set forth in Table VI or any naturally occurring allelic variant thereof.

8. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of monkey erythropoietin as set forth in Table V or any naturally occurring allelic variant thereof.

**A 6962**

- 98 -

9. A polypeptide according to claim 1 which has the immunological properties of naturally-occurring erythropoietin.

10. A polypeptide according to claim 1 which has the in vivo biological activity of naturally-occurring erythropoietin.

11. A polypeptide according to claim 1 which has the in vitro biological activity of naturally-occurring erythropoietin.

12. A polypeptide according to claim 1 further characterized by being covalently associated with a detectable label substance.

13. A polypeptide according to claim 12 wherein said detectable label is a radiolabel.

14. A DNA sequence for use in securing expression in a procaryotic or eucaryotic host cell of a polypeptide product having at least a part of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said DNA sequence selected from among:
   (a) the DNA sequences set out in Tables V and VI or their complementary strands;
   (b) DNA sequences which hybridize to the DNA sequences defined in (a) or fragments thereof; and
   (c) DNA sequences which, but for the degeneracy of the genetic code, would hybridize to the DNA sequences defined in (a) and (b).

15. A procaryotic or eucaryotic host cell transformed or transfected with a DNA sequence according

A 6963

AM670088774                                                          AM-ITC 00873441