- 99 -

to claim 14 in a manner allowing the host cell to express
said polypeptide product.

      16. A polypeptide product of the expression of
5  a DNA sequence of claim 14 in a procaryotic or eucaryotic
host.

      17. A purified and isolated DNA sequence coding
for procaryotic or eucaryotic host expression of a poly-
10  peptide having part or all of the primary structural con-
formation and one or more of the biological activities of
erythropoietin.

      18. A cDNA sequence according to claim 17.
15

      19. A monkey species erythropoietin coding DNA
sequence according to claim 18.

      20. A DNA sequence according to claim 19 and
20  including the protein coding region set forth in Figure 5.

      21. A genomic DNA sequence according to claim
17.

25      22. A human species erythropoietin coding DNA
sequence according to claim 21.

      23. A DNA sequence according to claim 22 and
including the protein coding region set forth in Figure 6.
30

      24. A manufactured DNA sequence according to
claim 17.

35      25. A manufactured DNA sequence according to
claim 24 and including one or more codons preferred for
expression in E.coli cells.

**A 6964**

AM670088775                                                    AM-ITC 00873442
Dockets.Justia.com

- 100 -

26. A manufactured DNA sequence according to claim 25, coding for expression of human species erythropoietin.

5   27. A manufactured DNA sequence according to claim 26 including the protein coding region set forth in Table ~~XIV~~ *Figure 7*.

β

28. A manufactured DNA sequence according to
10  claim 24 and including one or more codons preferred for expression in yeast cells.

29. A manufactured DNA sequence according to claim 28, coding for expression of human species erythro-
15  poietin.

30. A manufactured DNA sequence according to claim 29 including the protein coding region set forth in ~~Table XXI~~ *Figure 8*.

β

20

31. A DNA sequence according to claim 17 covalently associated with a detectable label substance.

32. A DNA sequence according to claim 31
25  wherein the detectable label is a radiolabel.

33. A single-strand DNA sequence according to claim 31.

β  30  34. A *purified and isolated* DNA sequence coding for a polypeptide fragment or polypeptide analog of naturally-occurring erythropoietin.

35

# A 6965

AM670088776                                                                 AM-ITC 00873443

- 101 -

35. A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^7$]hEPO, [Asn$^2$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [Δ27-55]hEPO.

36. A DNA sequence according to claim 34 which is a manufactured sequence.

37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.

38. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector according to claim 37.

39. A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.

40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythropoietin.

41. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human erythropoietin.

**A 6966**

- 102 -

42. Vertebrate cells which can be propagated in vitro continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.

43. Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.

44. Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.

45. Vertebrate cells according to claim 42 which are mammalian or avian cells.

46. Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells.

47. A synthetic polypeptide having part or all of the amino acid sequence as set forth in Table V and having one or more of the in vivo or in vitro biological activities of naturally-occurring monkey erythropoietin.

48. A synthetic polypeptide having part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

49. A synthetic polypeptide having part or all of the secondary conformation of part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

**A 6967**

AM670088778

AM-ITC 00873445

- 103 -

50. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said process comprising:

growing, under suitable nutrient conditions, procaryotic or eucaryotic host cells transformed or transfected with a DNA vector according to claim 37, and isolating desired polypeptide products of the expression of DNA sequences in said vector.

51. An antibody substance characterized by immunoreactivity with erythropoietin and with a synthetic polypeptide having a primary structural conformation substantially duplicative of a continuous sequence of amino acid residues extant in naturally-occurring erythropoietin except for any polypeptide comprising a sequence of amino acid residues entirely comphrended within sequence,
A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.

52. An antibody according to claim 51, which is a monoclonal antibody.

53. An antibody according to claim 51, which is a polyclonal antibody.

54. An antibody according to claim 51, which is immunoreactive with erythropoietin and a synthetic polypeptide having the sequence selected from the sequences:
V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G,
K-E-A-I-S-P-P-D-A-A-S-A-A, and
V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.

**A 6968**

AM670088779                                                                AM-ITC 00873446

- 104 -

55. A pharmaceutical composition comprising an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41 and a pharmaceutically acceptable diluent, adjuvant or carrier.

56. A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41.

57. A method according to claim 56 wherein the therapy comprises enhancing hematocrit levels.

58. A purified and isolated DNA sequence as set out in ~~Table V or VI or~~ Figure 5 or 6 a fragment thereof or the complementary strand of such a sequence or fragment.

59. A polypeptide product of the expression of a DNA sequence according to claim 58 in a procaryotic or eucaryotic host cell.

60. An improvement in the method for detection of a specific single stranded polynucleotide of unknown sequence in a heterogeneous cellular or viral sample including multiple single-stranded polynucleotides wherien:

(a) a mixture of labelled single-stranded polynucleotide probes is prepared having uniformly varying sequences of bases, ~~each of~~ said probes being potentially specifically complementary to a sequence of bases which is putatively unique to the polynucleotide to be detected,

(b) the sample is fixed to a solid substrate;

(c) the substrate having the sample fixed thereto is treated to diminish further binding of polynucleotides thereto except by way of hybridization to polynucleotides in said sample,

A 6969

AM670088780

AM-ITC 00873447

- 105 -

    (d) the treated substrate having the sample fixed thereto is transitorily contacted with said mixture of labelled probes under conditions facilitative of hybridization only between totally complementary polynucleotides, and,

    (e) the specific polynucleotide is detected by monitoring for the presence of a hybridization reaction between it and a totally complementary probe within said mixture of labelled probes, as evidenced by the presence of a higher density of labelled material on the substrate at the locus of the specific polynucleotide in comparison to a background density of labelled material resulting from non-specific binding of labelled probes to the substrate,

    said improvement comprising using in excess of 32 mixed probes and performance of one or more of the following:

    (1) employing a nylon-based paper as said solid substrate;

    (2) treating with a protease in step (c);

    (3) employing individual labelled probe concentrations of approximately 0.025 picomoles; and

    (4) employing as one of the hybridization conditions in step (d) stringent temperatures approaching to with 4°C away from the lowest calculated Td of any of the probes employed.

**A 6970**

AM670088781　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AM-ITC 00873448