THIRD EDITION

# Webster's II

*The Dictionary You Need!*

Clear, concise definitions

Over 1,200 new words and senses

Updated biographical and geographical sections

Illuminating, in-depth word histories

Synonyms, tables, illustrations, and more!

OFFICE EDITION

Based on *Webster's II New College Dictionary, Third Edition*

**a·lem·bic** (ə-lĕm'bĭk) *n.* A container formerly used for distilling.

**a·lert** (ə-lûrt') *adj.* 1. Vigilantly attentive : observant. 2. Mentally perceptive and responsive : quick. 3. Lively or brisk. ✳ **syns:** OBSERVANT, OPEN-EYED, VIGILANT, WAKEFUL, WARY, WATCHFUL, WIDE-AWAKE —*n.* 1. A warning signal of danger or attack. 2. The time period during which an alert is in effect. —*v.* 1. To warn. 2. To inform. —**a·lert'ly** *adv.* —**a·lert'ness** *n.*

**A·leut** (ə-lōōt', ăl'ē-ōōt') *n., pl.* **Aleut** or **A·leuts.** 1. A member of a people native to the Aleutian Islands and coastal areas of SW Alaska. 2. The language of the Aleut, related to Eskimo. —**A·leu'tian** (ə-lōō'shən) *adj. & n.*

**a·lex·an·drine** *also* **Al·ex·an·drine** (ăl'ĭg-zăn'drĭn) *n.* A line of verse in iambic hexameter. —**al'ex·an·drine** *adj.*

**al·fal·fa** (ăl-făl'fə) *n.* A cloverlike plant, *Medicago sativa*, with purple flowers, widely grown for forage.

**al·for·ja** (ăl-fôr'hə) *n.* W US. A leather or canvas saddlebag.

**al·fres·co** (ăl-frĕs'kō) *adv. & adj.* In the fresh air : outdoors.

**al·ga** (ăl'gə) *n., pl.* **-gae** (-jē). Any of various aquatic, one-celled or multicellular plants without true stems, roots, and leaves but containing chlorophyll. —**al'gal** *adj.*

**al·ge·bra** (ăl'jə-brə) *n.* A branch of mathematics in which symbols, usu. letters, represent numbers or members of a specified set and are used to express general relationships that hold for all members in the set.

**Al·gon·qui·an** (ăl-gŏng'kwē-ən, -kē-ən) *also* **Al·gon·ki·an** (-kē-ən) *n., pl.* **-an** *or* **-ans.** 1. A family of North American Indian languages spoken in an area from Labrador to the Carolinas between the Atlantic coast and the Rocky Mountains. 2. A member of an Algonquian-speaking people. —**Al·gon'qui·an** *adj.*

**Al·gon·quin** (ăl-gŏng'kwĭn, -kĭn) *also* **Al·gon·kin** (-kĭn) *n., pl.* **-quin** *or* **-quins** *also* **-kin** *or* **-kins.** 1. A member of a Native American people inhabiting the Ottawa R. valley of Quebec and Ontario. 2. Their Algonquian language.

**al·go·rithm** (ăl'gə-rĭth'əm) *n.* A mathematical rule or procedure for solving a problem. —**al'go·rith'mic** *adj.*

■ **WORD HISTORY:** *Algorithm* originated as a variant spelling of *algorism*. The spelling was prob. influenced by the word *arithmetic* or its Greek source *arithm*, "number." With the development of sophisticated mechanical computing devices in the 20th century, however, *algorithm* was adopted as a convenient word for a recursive mathematical procedure, the computer's stock in trade. *Algorism* has ceased to be used as a variant form of the older word.

**algorithmic language** *n.* A computer language presenting numerical procedures in standard form.

**a·li·as** (ā'lē-əs, āl'yəs) *n., pl.* **-as·es.** An assumed name. —*adv.* Otherwise named : also known as <Smith, *alias* Jones>

**al·i·bi** (ăl'ə-bī') *n., pl.* **-bis.** *Law.* 1. A form of defense by which a defendant attempts to prove that he or she was elsewhere when the crime in question was committed. 2. *Informal.* An excuse. —**al'i·bi'** *v.*

**a·li·en** (ā'lē-ən, āl'yən) *adj.* 1. Owing political allegiance to another country or government : foreign. 2. Not one's own : unfamiliar <*alien* culture> 3. Opposed in character <Stealing is *alien* to my nature.> —*n.* 1. An unnaturalized resident of a country. 2. A member of another people, family, region, etc. 3. An outsider. 4. *Slang.* A creature from outer space.

**a·lien·a·ble** (āl'yə-nə-bəl, ā'lē-ə-) *adj. Law.* Capable of being transferred to a new owner. —**a'lien·a·bil'i·ty** *n.*

**a·lien·ate** (āl'yə-nāt', ā'lē-ə-) *v.* **-at·ed, -at·ing.** 1. To cause to become indifferent or hostile : estrange. 2. *Law.* To transfer (property) to a new owner. —**a'lien·a'tion** *n.* —**a'lien·a'tor** *n.*

**a·lien·ist** (āl'yə-nĭst, ā'lē-ə-) *n. Law.* A psychiatrist.

**a·light¹** (ə-līt') *v.* **a·light·ed** *or* **a·lit** (ə-lĭt'), **a·light·ing.** 1. To descend and settle, as after flight : land. 2. To dismount.

**a·light²** (ə-līt') *adj. & adv.* 1. Burning. 2. Illuminated.

**a·lign** *also* **a·line** (ə-līn') *v.* 1. To place in a line. 2. To ally (oneself) with one side of a cause, dispute, government, etc. 3. To adjust (e.g., parts of a mechanism) to produce a proper condition or relationship. —**a·lign'er** *n.* —**a·lign'ment** *n.*

**a·like** (ə-līk') *adj.* Having close resemblance : similar. —*adv.* In the same manner or degree. —**a·like'ness** *n.*

**al·i·ment** (ăl'ə-mənt) *n.* Nourishment : food. —**al'i·men'tal** *adj.* —**al'i·men'ta·ry** *adj.* —**al'i·men·ta'tion** *n.*

**alimentary canal** *n.* The tube of the digestive system extending from the mouth to the anus and including the pharynx, esophagus, stomach, and intestines.

**al·i·mo·ny** (ăl'ə-mō'nē) *n., pl.* **-nies.** A court-ordered allowance for support to be given

by one spouse to the other after a divorce or legal separation.

**a·line** (ə-līn') *v. var. of* ALIGN.

**A-line** (ā'līn') *adj.* Having a fitted top and a flared bottom <an *A-line* gown>

**al·i·phat·ic** (ăl'ə-făt'ĭk) *adj.* Relating to a group of organic chemical compounds in which the carbon atoms are linked in open chains.

**a·lit** (ə-lĭt') *v. var. p.t. & p.p. of* ALIGHT¹.

**a·live** (ə-līv') *adj.* 1. Having life : living. 2. In existence or effect <keep a dream *alive*> 3. Full of life : lively. ✳ **syns:** ANIMATE, LIVE, LIVING, VITAL —**alive to.** Sensitive to <*alive* to the dangers of drugs> —**alive with.** Full of <a room *alive with* chatter>.

**a·li·yah** (ä-lē'yä, ə-lē'yə) *n.* Immigration of Jewish people into Israel.

**a·liz·a·rin** (ə-lĭz'ə-rĭn) *also* **a·liz·a·rine** (-ĭn, -ə-rēn') *n.* An orange-red compound used in dyes.

**al·ka·li** (ăl'kə-lī') *n., pl.* **-lis** *or* **-lies.** 1. A carbonate or hydroxide of an alkali metal, whose aqueous solution is bitter, slippery, caustic, and basic in reactions. 2. Any of various soluble mineral salts present in natural water and arid soils.

**al·ka·line** (ăl'kə-lĭn, -līn') *adj.* 1. Of, relating to, or containing an alkali. 2. Basic. —**al'ka·lin'i·ty** *n.*

**al·ka·lize** (ăl'kə-līz') *also* **al·ka·lin·ize** (-lə-nīz') *v.* **-lized, -liz·ing** *also* **-ized, -iz·ing.** To make alkaline. —**al'ka·li·za'tion** *or* **al'ka·lin'i·za'tion** *n.*

**al·ka·loid** (ăl'kə-loid') *n.* Any of various nitrogen-containing organic bases obtained from plants, including nicotine, quinine, atropine, cocaine, and morphine. —**al'ka·loi'dal** *adj.*

**al·ka·lo·sis** (ăl'kə-lō'sĭs) *n.* Abnormally high alkali content in the blood and tissues.

**al·kyd** *or* **al·kyd resin** (ăl'kĭd) *n.* A durable synthetic resin used in paints.

**all** (ôl) *adj.* 1. The total entity or extent of <*all* the west> <*all* women> 2. Being the whole number, amount, or quantity of <*all* the guests> 3. Being the utmost possible <in *all* honesty> 4. Every <*all* manner of trouble> 5. Any whatsoever <beyond *all* question> 6. Nothing but : only <*all* work and no play> —*pron.* Each and every one <10 cars raced and *all* crashed.> —*n.* Everything one has <gave out *all* to the cause> —*adv.* 1. Wholly : entirely <*all* confused> 2. Each : apiece <The score was 6 *all*.> 3. Exclusively <The mail is *all* for me.> —**all but.** Almost. —**all in.** Exhausted. —**and all.** And everything else considered. —**at all.** 1. In any <learning to drive *and all*> —**at all.** 1. In any and every way. 2. To any extent. —**for all.** In spite of.

**Al·lah** (ăl'ə, ä'lə) *n.* God, esp. in Islam.

**All-A·mer·i·can** (ôl'ə-mĕr'ĭ-kən) *adj.* 1. Representative of the best or typical of its kind in the US. 2. Selected as the best amateur in the US at a particular sports position or event. —**all'-A·mer'i·can** *n.*

**all-a·round** (ôl'ə-round') *adj. var. of* ALL-ROUND.

**al·lay** (ə-lā') *v.* 1. To relieve or lessen (e.g., grief or pain). 2. To calm <*allay* one's fears> —**al·lay'er** *n.*

**all clear** *n.* 1. A signal indicating that an air raid is over. 2. An expression used to signify the absence of immediate obstacles or danger.

**al·lege** (ə-lĕj') *v.* **-leged, -leg·ing.** 1. To state to be true : claim. 2. To assert without proof. 3. To cite as an excuse. —**al'le·ga'tion** (ăl'ĭ-gā'shən) *n.* —**al·leg'ed·ly** *adv.* —**al·leg'er** *n.*

**al·le·giance** (ə-lē'jəns) *n.* Loyalty owed to a sovereign, nation, or cause : fidelity.

**al·le·go·ry** (ăl'ĭ-gôr'ē) *n., pl.* **-ries.** A literary, dramatic, or pictorial device in which each character, object, and event symbolically illustrates a moral or religious principle. —**al'le·gor'ic, al'le·gor'i·cal** *adj.* —**al'le·gor'i·cal·ly** *adv.* —**al'le·gor'ist** *n.*

**al·le·gret·to** (ăl'ĭ-grĕt'ō) *adv. & adj. Mus.* In a moderately quick tempo. —Used as a direction. —**al'le·gret'to** *n.*

**al·le·gro** (ə-lĕg'rō, ə-lā'grō) *adv. Mus.* Faster than allegretto but slower than presto. —Used as a direction. —**al·le'gro** *adj. & n.*

**al·lele** (ə-lēl') *n.* Any of a group of possible mutational forms of a gene. —**al·le'lic** (ə-lē'lĭk, ə-lĕl'ĭk) *adj.* —**al·le'lism** *n.*

**al·le·lo·morph** (ə-lē'lə-môrf', ə-lĕl'ə-) *n.* An allele. —**al·le'lo·mor'phic** *adj.* —**al·le'lo·mor'phism** *n.*

**al·le·lu·ia** (ăl'ə-lōō'yə) *interj.* Hallelujah.

**Al·len wrench** (ăl'ən) *n.* A tool consisting of an L-shaped bar with a hexagonal head, used to turn screws with hexagonal sockets.

**al·ler·gen** (ăl'ər-jən) *n.* Something that causes an allergy. —**al'ler·gen'ic** *adj.*

**al·ler·gist** (ăl'ər-jĭst) *n.* A physician specializing in treating allergies.

**al·ler·gy** (ăl'ər-jē) *n., pl.* **-gies.** 1. Abnormal or pathological reaction to environmental substances, as pollens, foods, dust, or microorganisms. 2. *Informal.* An adverse feeling : antipathy. —**al·ler'gic** *adj.*

**al·le·vi·ate** (ə-lē'vē-āt') *v.* **-at·ed, -at·ing.** To make less severe : ease. —**al·le'vi·a'tion** *n.* —**al·le'vi·a'tive** *adj.* —**al·le'vi·a'tor** *n.*

**al·ley** (ăl'ē) *n., pl.* **-leys.** 1. A narrow street or passage between or behind buildings. 2. A bowling alley. —**up** (or down) **one's alley.** Compatible with one's interests or qualifications.

**al·ley·way** (ăl'ē-wā') *n.* ALLEY 1.

**al·li·ance** (ə-lī'əns) *n.* 1a. A pact of confederation between nations. b. The nations so united. 2. A union or relationship by kinship, marriage, friendship, etc.

**al·li·ga·tor** (ăl'ĭ-gā'tər) *n.* Either of 2 large amphibious reptiles, *Alligator mississippiensis* of the SE US or *A. sinensis* of China, with sharp teeth and strong jaws, closely related to the crocodile.

**alligator pear** *n.* The avocado.