Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

    Plaintiff,

    v.

F. HOFFMANN-LA ROCHE, LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMANN-LA ROCHE, INC., a New Jersey Corporation,

    Defendants.

Civil Action No. 05-CV-12237-WGY

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CONFIDENTIAL VIDEOTAPED

DEPOSITION OF RONALD W. MCLAWHON, M.D., PH.D.

SAN DIEGO, CALIFORNIA

MAY 17, 2007

(This transcript contains testimony designated confidential as per Section 5(c) of the Amended Protective Order. Please treat the entire transcript in accordance with the protective order.)

Reported by: Harry Alan Palter, CSR NO. 7708

Page 266

1  Dr. Goldwasser the individual who established
2  RIA to be used in assaying EPO samples?
3      A.   He's one of the earlier
4  leaders, yes.
5      Q.   If you could direct your
6  attention to McLawhon Exhibit 18 -- I'm
7  looking at paragraph 96.
8           You state there, "The unit was
9  originally designated by Dr. Goldwasser and
10 his colleagues to represent a selected amount
11 of erythropoietic activity, i.e., a certain
12 degree of erythropoietic response in a
13 'starved' rat equivalent to the response
14 solicited by the administration of five
15 micromoles of cobaltous chloride."
16          So as designated by
17 Dr. Goldwasser, did the unit refer to
18 biological activity?
19     A.   It was an arbitrary unit based
20 on the biological activity in the starved
21 rat, at that time.
22          It was later, then, adopted by
23 international committees as the standard --
24 as the unit of measure that is subsequently
25 referenced in later publications.

Page 267

1           So at some point, it started
2  out as an arbitrary unit because there was
3  nothing prior to that, and then this became
4  the definition for the unit -- now it was
5  accepted as a convention for biological
6  activity.
7      Q.   You go on to state, however,
8  once that unit was agreed upon by the
9  international community to represent an EPO
10 activity or concentration in an RIA in vitro
11 or in vivo bioassay, it was no longer
12 arbitrary and misleading to call it
13 arbitrary.
14          What's the difference between
15 an EPO activity or a concentration in an RIA?
16     A.   There would be no difference.
17          You're talking about a
18 concentration measure that's representing
19 activity per units of volume, units in
20 milliliters or liters, if you look at the
21 publication.
22          So it is a concentration
23 measure, in this case, using the reference
24 standard material that was in units.
25     Q.   So "EPO activity" or

Page 268

1  "concentration in RIA" refer to the same
2  thing?
3      A.   Hmm-hmm.
4      Q.   Now, if you could direct your
5  attention back to McLawhon Exhibit 27, the
6  second page, which is page 866, under
7  "Bioassay Methods."
8           The last line of that section
9  says, "A unit of EPO is defined as the
10 activity contained in 1/10 of an ampule of
11 the international reference preparation."
12          What does that refer to?
13     A.   (Examining document) This would
14 be 1/10 the ampule of the international
15 reference preparation and, and at that time,
16 that would be the -- it would be the second
17 international reference preparation.
18     Q.   So that's referring to the
19 second international reference preparation?
20          And that international
21 reference preparation -- strike that.
22          So when Dr. Goldwasser stated
23 that a unit of EPO is defined as the activity
24 contained in 1/10 of an ampule of the
25 international reference preparation, isn't he

Page 269

1  defining unit as "activity"?
2      A.   Restate that.
3      Q.   Doesn't this statement say that
4  a unit of erythropoietin is defined as the
5  activity of the erythropoietin?
6      A.   It is the activity, and it's in
7  the bioassay.
8      Q.   So unit used in the bioassay
9  measures the activity in the EPO?
10     A.   In this particular instance,
11 yes.
12          They also use the terminology
13 for units for the radioimmunoassay.
14     Q.   What antibodies were used in
15 this paper in the radioimmunoassay?
16     A.   Dr. Goldwasser's?
17     Q.   Yes.
18     A.   The Sherwood and Goldwasser
19 paper?
20     Q.   What's been marked as McLawhon
21 Exhibit 27.
22     A.   If you go under the
23 immunization paragraph on page -- is it 886.
24          "Antibodies to EPO were raised
25 in four male New Zealand white rabbits."