# Exhibit 34A

to the Declaration of Cullen N. Pendleton in Support of Amgen's Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC §112 and is Not Infringed

Dockets.Justia.com

FROM BLDSC URGENT ACTION D (MON) 11. 08' 99 11:24/ST. 11:24/NO. 3580015127 P 2

nickel

We
ectomy
ithout
tried

# ERYTHROPOIETIN ASSAYS: SOME NEW AND DIFFERENT APPROACHES

R.D. Lange, J.P. Chen and C.D.R. Dunn
with the technical assistance of
Pamela Andrews, R.B. Andrews and R. Riewerts

Department of Medical Biology, Memorial Research Center
University of Tennessee College of Medicine - Knoxville Unit
Knoxville, Tennessee USA 37920

## SUMMARY

Published reports of the levels of erythropoietin (Ep) in normal human serum have been reviewed. Current evidence suggests that the level of Ep in normal human serum is 30 ± 10 mU Ep/ml. When serum was concentrated before assay somewhat lower values were obtained and the mouse fetal liver cell assay gave slightly higher values.

Three new potential Ep assay techniques are presented. These are: 1) The use of synthetic microbeads as indicators in an agglutination assay, 2) the use of wheat germ lectin in affinoelectrophoresis techniques, and 3) an immunoradiometric assay as an alternative to radioimmunoassays. The results indicate that the use of all three assays should be explored further.

## INTRODUCTION

Twenty years ago, Jacobson, Gurney, and Goldwasser (1) described the most desirable qualities of an ideal assay for erythropoietin (Ep). The assay, they said, should be:

1. Simple enough to be performed quickly on multiple samples,
2. Accurate enough to permit the detection of small differences, and
3. Sensitive enough to demonstrate consistently and quantitatively the presence of minute amounts of erythropoietin.

No assay system at that time, they stated, had the necessary sensitivity for demonstrating Ep in normal plasma or in plasma containing only slightly elevated Ep titers if the plasma had not been concentrated beforehand.

Although today we now have assays which can fulfill Jacobson's criteria, the necessary components such as pure Ep are not always available so a system is still needed which can achieve the universality of assays for other hormones such as insulin. Also, discussion still continues regarding the level of the hormone in normal human serum.

The purpose of this paper is to review the published estimates of Ep titers in normal human serum and to present preliminary data on three potential assay systems for Ep, i.e. 1) "Matrex" agglutination, 2) wheat germ lectin (WGL) affinoelectrophoresis, and 3) an immunoradiometric method.

## MATERIALS AND METHODS

A. *Red Blood Cell and "Matrex"* Agglutination*

1. Antigen. For sensitization, Ep 38 U/mg was used. This material was procured through the National Heart, Lung, and Blood Institute under grant HL-10880.

2. Antisera. The preparation of rabbit anti-human Ep (R-anti-H-Ep) has been described in detail (2). Rabbit #682 was immunized with a DEAE cellulose fraction of a human urinary Ep preparation emulsified with Freund's complete adjuvant. Rabbit #001 was immunized with a benzoic acid extract of human urine collected from patients with aplastic anemia. The extract was desialylated and mixed with Freund's complete adjuvant and given IM. Secondary immunizations were carried out IV with a 1% alum precipitate (3). The antisera were absorbed with the lyophilized serum and urinary proteins of a patient with polycythemia vera by using a cyanogen bromide-activated Sepharose 4B immunoadsorbent column prepared according to the method of Porath et al. (4).

This antiserum has been used by Rege and Fisher in radioimmunoassay studies (5). The dilution curve, Scatchard plot, and dose response curve obtained by them against purified Ep are shown in Figure 1.




Figure 1. Antiserum dilution curve, Scatchard plot, and standard dose-response curve for antiserum 001 using 70,000 U/mg Ep. Results obtained courtesy of Rege and Fisher (5). Note in Figure 1B that the Ka = 8.17 x $10^9$ 1/mole represents high avidity.

3. "Matrex" and RBC preparation. Biospecific microbeads, "Matrex" 102, were obtained from the Amicon Corporation, Lexington, MA (6), which had characterized the beads as 80% homogeneous with a diameter of 1-3 µm. Ep was attached via primary amino groups to the microbeads by conjugation to the N-hydroxy-succinimide carboxylate ester function on

*The Amicon Corporation uses the trade name "Matrex" for its synthetic microbead preparation.




the beads as follows (7):

$$\left( \begin{array}{l} -\overset{O}{\overset{\|}{C}}-O-N\begin{array}{l} \diagup \overset{O}{\overset{\|}{C}}-CH_2 \\ \diagdown \underset{\underset{O}{\|}}{C}-CH_2 \end{array} \\ -\overset{O}{\overset{\|}{C}}-OH \end{array} \right) + H_2N-R \longrightarrow \left( \begin{array}{l} -\overset{O}{\overset{\|}{C}}-NH-R \\ -\overset{O}{\overset{\|}{C}}-OH \end{array} \right) + HO-N\begin{array}{l} \diagup \overset{O}{\overset{\|}{C}}-CH_2 \\ \diagdown \underset{\underset{O}{\|}}{C}-CH_2 \end{array}$$

The microbeads are supplied as a suspension in dioxane and are physically stable at room temperature in ethanol, acetone, hydrofuran, and methylethylketone.

To coat the microbeads with Ep, 0.15 ml of the suspension was centrifuged for 5 minutes at 100 x g at room temperature and washed twice with 0.015 M phosphate buffered saline (PBS), pH 7.4. Ten ml of the Ep preparation (0.05 mg/ml in PBS), previously heated to 56°C for 10 minutes to increase antigenicity (8) and cooled to room temperature, were added to the microbeads and incubated at 4°C for 3-4 hours. (The concentrations of microbeads and Ep used were within the limits recommended by the manufacturers.) The sensitized microbeads were washed twice with 0.015 M PBS to remove excess uncoupled ligand and incubated with 1% bovine serum albumin (BSA) in 0.015 M PBS at 4°C for at least one hour to quench any unreacted ester activity. They were then resuspended to 2% in 1% BSA -0.015 M PBS and stored at 4°C until used.

Glutaraldehyde fixed group $O^-$ erythrocytes were sensitized with Ep by using tannic acid as the coupling agent as described previously (9-11).

4. Agglutination methods. To determine the agglutination titers of the antisera, serial dilutions were made in 0.015 M PBS into siliconized microtiter plates using 25 µl minidiluters (Cooke Laboratory Products, Alexandria, VA). Twenty-five µl of a 2% suspension of sensitized microbeads or tanned sensitized group $O^-$ erythrocytes were added to each dilution of antiserum, the plates shaken for several minutes and the suspension allowed to settle at 37°C. After one hour, agglutination patterns could be read. The reciprocal of the highest dilution of antisera giving 3+ agglutination (indicated by a "carpet" of microbeads or cells over the bottom of each well) was considered to be the titer (10). Antisera, used at one-half this titer (i.e., at twice the antibody concentration) in the assay allowed dilutions by the test substances.

FROM BLDSC URGENT ACTION D (MON) 11. 08' 99 11:26/ST. 11:24/NO. 3580015127 P 5



Serum samples were heat-inactivated at 56°C for 30 minutes prior to Ep assay. Twenty-five µl of antiserum at the predetermined dilution were added to 25 µl of serial dilutions of test serum or to an Ep standard (38 U/mg human urinary erythropoietin). After the mixture was incubated for 30 minutes at room temperature, 25 µl of sensitized microbeads or tanned erythrocytes were added to each well. Inhibition of agglutination (indicated by a "button" of cells or microbeads at the base of each well) and the titers of Ep in the test sera were determined as described previously (10). The agglutination inhibition titer was read as the amount of test serum or standard which first permitted 3+ agglutination by the antiserum.

B. *Wheat Germ Lectin Assay*

1. WGL preparation. The isolation procedure of crude WGL was adapted from the method of Bloch and Burger (12). One kg of ground wheat germ (Sigma Chemical Co., St. Louis, MO) was extracted with 10 liters of 0.05 N HCl for one hour at room temperature. The mixture was centrifuged at 2000 x g for 10 minutes and the extract brought to 35% saturation with ammonium sulfate at room temperature. The precipitate was collected by centrifugation at 10,000 x g for 15 minutes, suspended in one liter of 0.05 N HCl, and dialyzed extensively against water and then against 0.01 M Tris-HCl, pH 8.5. The soluble material was applied to a DEAE-cellulose (Whatman DE52) column (6 x 10 cm, bed volume ca. 300 ml) and eluted with 0.01 M Tris-HCl, pH 8.5, until only negligible 0+ human red blood cell (RBC) agglutinating activity could be eluted. All fractions in the first peak containing 0+ RBC agglutinating activity were pooled and applied to a Selectin 1 column (Pierce Chemical Co., Rockford, IL).

The affinity chromatography of WGL was done as described by Vretblad (13). Crude WGL was applied to a Selectin 1 column (1 x 18 cm, bed volume ca. 15 ml) containing N-acetyl-D-glucosamine-Sepharose 6B, and eluted with 0.05 M sodium acetate buffer, pH 4.5, at a flow rate of 15 ml/hour. The column was washed with 0.05 M acetate buffer until the eluate had an $O.D._{280}$ of less than 0.001. Next, a linear gradient of N-acetyl-D-glucosamine (0-100 mg/ml) in the same buffer was applied to the column. The material in the second peak was separated from free sugar on a Sephadex G-25 column and analyzed by hemagglutination using 0+ RBC.

2. Hemagglutination assay. The assay procedure followed for WGL hemagglutinating activity is essentially that of Allen et al. (14). Briefly, a serial dilution of WGL was made in 100 µl of 0.01 M PBS (pH 7.4) and then 200 µl of a 1.5% suspension of trypsin-treated human 0+ RBC were added. After two hours, the plate was examined and the degree of agglutination assessed on the serological scale (0 to 4+). The amount of WGL required to cause half-maximal (2+) agglutination of the trypsin-treated RBC was considered to be one unit.

3. Rocket affinoelectrophoresis. Fifteen ml of 1% (w/v) agarose gel in Tris-barbital buffer (I = 0.028, pH 8.8) containing 40 µg/ml WGL was cast on a glass plate (8.2 x 10.2 cm). Agarose (Indubiose A37) was

FROM BLDSC URGENT ACTION D (MON) 11. 08'99 11:26/ST. 11:24/NO. 3580015127 P 6



purchased from Pharmindustrie, Clichy, France. Serum samples (5 µl each) were applied to wells 1.5 mm in diameter and electrophoresed in a water-cooled immunoelectrophoresis chamber at 4°C for 10 hours at 8 mA/plate as previously described (15). The agarose gel was pressed, washed, dried, and finally stained with Coomassie brilliant blue. Peak heights of the rockets were determined on millimeter-ruled graph paper by measuring the distance from the top of the application wells to the tip of the precipitin rockets.

4. Crossed affinoelectrophoresis. Crossed affinoelectrophoresis was performed essentially as described for crossed immunoelectrophoresis (16). The procedure involved casting agarose gels on a glass plate (8.2 x 10.2 cm) and then applying a serum sample (20 µl) to a well (4 mm diameter) punched in the bottom corner of the gel. Following electrophoresis in the first direction, an agarose strip (2.5 x 10.2 cm) containing the electrophoresed sample was retained on the plate and the rest of the gel removed. Ten ml of 1% (w/v) agarose containing 60 µg/ml WGL was cast onto the plate to replace the removed gel. The test sample was electrophoresed in the second direction at 8 mA/plate for 16 hours.

5. Fetal mouse liver cell (FMLC) assay. Minor modifications of the original FMLC assay technique (17) were as follows: One ml cultures of $5 \times 10^5$ fetal liver cells derived from 13-14 day mouse embryos were incubated in M199 (Gibco 330-1181) supplemented with 7.5% $NaHCO_3$ solution, penicillin and streptomycin plus 5% heat-inactivated fetal calf serum with 1% pooled human serum in an atmosphere of 5% $CO_2$ in air. Groups of three cultures were established. Each group contained either a) 50 µl/culture of tissue culture medium, b) 50 µl of doubling dilutions, in serum, of human urinary Ep dissolved in heat-inactivated pooled normal human serum to a final total concentration of 0.55 U/ml (erythrocythemic mouse assay), or c) 50 µl of doubling dilutions in medium of each heat-inactivated (56°C for 30 minutes) test sera. Each culture contained, therefore, $5 \times 10^5$ cells in a one ml volume and a maximum concentration of 5% of standard or unknown preparations. Dilutions of standard or unknown preparations were made up to a total volume of 5% of the culture volume with medium. All cultures were incubated 24 hours, the cells pelleted by centrifugation, and the supernatant fluids removed. One-half µCi ($^{59}Fe$) ferrous citrate in one ml of supplemented M199 containing 10% heat-inactivated pooled normal human serum which had been incubated overnight and was added to each culture tube. Incubations continued another four hours before heme was extracted into methylethylketone as described earlier (18). The extent of radioactivity was determined in aliquots of the solvent layer by automatic gamma counting and the results analyzed by means of the analysis of variance technique applicable to parallel line bio-assays (19).

C. *Immunoradiometric Assay*

1. Anti-Ep sera. Antibody to Ep was produced in rabbits immunized with crude human urinary Ep extracts (ca. 20-50 units/mg protein). Prior to immunization, crude Ep had been passed through an

FROM BLDSC URGENT ACTION D (MON) 11. 08' 99 11:27/ST. 11:24/NO. 3580015127 P 7



immunoadsorbent column coupled with anti-albumin antibodies to remove the serum albumin added to the extract to stabilize the biologic activity of Ep. Ten mg of this preparation in Freund's adjuvant was injected into each rabbit as previously described (20). On immunoelectrophoresis of the antisera, obtained about two months after the primary immunization, the R-Anti-H-Ep revealed a single arc in the $\alpha_2$ electrophoretic region.

2. Isolation of rabbit IgG. Crude rabbit IgG was isolated from antiserum against human Ep according to the $Na_2SO_4$ precipitation method of Kekwick (21). The concentrate was further purified by passage through a DE52 (Whatman) column; the first peak was obtained after elution with 100 ml of 0.01 M sodium phosphate buffer, pH 6.3, and a linear gradient to 0.2 M sodium phosphate buffer, pH 6.3, was developed to yield the second peak.




Figure 2. Result of an ion-exchange chromatography on DE52 (DEAE-cellulose) of salt fractionated rabbit IgG in 0.01 M sodium phosphate buffer, pH 6.3, to obtain the first peak and in a linear gradient of 0.2 M phosphate buffer (pH 6.3) to elute the second peak. Four and a half ml of eluate were collected for each tube.

nove was o- the e $\alpha_2$ rom method r id a veloped

The fractions within these two peaks contained substantially pure rabbit IgG, as judged by the criteria of Ouchterlony analysis performed with goat anti-rabbit serum and goat anti-rabbit IgG.

3. Radioiodination. Rabbit IgG was radioiodinated with ($^{125}$I) NaI, using a modification of the iodogen procedure of Fraker and Speck (22). A 100 µl aliquot of methylene chloride containing 40 µl of iodogen (1,3,4,6-tetrachloro-3a,6a-diphenylglycoluril purchased from Pierce) was placed in a 12 x 75 mm glass test tube, and the methylene chloride was evaporated by rotating the tube in a 37°C water bath so that a thin film of iodogen formed in the bottom. To another test tube were added 20 µl (120 µg) of rabbit IgG solution, 7.9 µg of potassium iodide, and 1.0 mCi of ($^{125}$I) NaI; the final volume of this mixture was adjusted




odium in a elute

Figure 3. Elution profile of $^{125}$I-labeled rabbit IgG on a column (1 x 20 cm) of Sephadex G-25 eluted with 0.01 M PBS (pH 7.4) containing 0.1% BSA and 0.1% sodium azide. One-half ml of the eluting PBS was collected into a tube containing 0.5 ml of 0.1 M PBS containing 2% BSA.

to 200 µl with 0.1 M sodium borate-saline buffer, pH 8.2. After chilling the tubes to 0-2°C, the IgG solution was transferred to the tube containing iodogen to start the reaction. The reaction was allowed to proceed for 5 minutes at 0-2°C with gentle mixing and then was terminated by decanting the mixture from the residual glycoluril. Radioiodinated rabbit IgG was separated by gel filtration done on Sephadex G-25 (Figure 3).

4. Immunoradiometric assay. This procedure, referred to as IRMA, was set up basically as described by Kalimo et al. (23). Purified WGL was adsorbed onto polystyrene balls (6.4 mm in diameter, purchased from Precision Plastic Ball Co., Chicago, IL) by submerging the balls in a WGL solution (1 mg/ml) and incubating them at room temperature for 16 hours. The balls were air dried and stored at 4°C. Four-fold serial dilutions of Ep samples were pipetted in 0.2 ml volumes into 5 ml disposable plastic tubes. The Ep samples were diluted with 0.01 M PBS, pH 7.4, containing 1% BSA. A polystyrene ball with adsorbed WGL was added to each tube and incubated at 37°C for 1 hour. After the samples had been pipetted off, the balls were washed twice with 5 ml of water.

A volume of 0.2 ml of $^{125}$I-IgG anti-Ep yielding ca. 30,000 cpm of radioactivity was added to each tube containing an Ep-WGL-adsorbed polystyrene ball and the mixture incubated at 37°C for 1 hour. The radioactive solution was then pipetted off and the ball washed as before. Bound radioactivity was counted in a Packard 5110 gamma counter. The effect of increasing Ep concentration on adsorption of crude Ep (102.7 U/mg) to plastic balls coated with WGL is depicted in Figure 4. Counts per minute (CPM) of radioactivity measured in each tube were plotted against the log. of Ep concentration.

## RESULTS

A. *Assay*

The assay of erythropoietin has evolved from its earliest beginnings when animals with normal RBC counts were used, to the more recently utilized sophisticated radioimmunoassays. Several recent reviews have covered the subject in detail (24-27).

During the recent ninth annual meeting of the International Society of Experimental Hematology, a topic of discussion was concerned with just what circulating level of erythropoietin could be considered as "normal." Along this line of questioning, a comparison of Ep levels in normal human serum resulting from a variety of assay techniques is shown in Table 1, an updated version taken from a previous publication (28).

the
allowed
s ter-

n

IRMA,
ed WGL
ed from
in a
or 16
erial
l
M PBS,
was
samples
water.

ed
The
s
counter.
Ep
ure 4.
ere

ings
ly
; have

ety of
just
'normal.'
al
in
).

Ep Assays



Figure 4. Effect of protein concentration on attachment of crude Ep onto purified WGL adsorbed on polystyrene balls. Balls adsorbed at each Ep concentration were incubated with 0.2 ml of $^{125}$I-IgG anti-Ep expressing radioactivity of ca. 30,000 cpm.

Table 1

LEVELS OF ERYTHROPOIETIN IN NORMAL HUMAN SERUM

| Assay Technique | Senior Author (Reference) and Year | No. of Subjects | mU Ep/ml Mean ± SEM or (Range) |
|---|---|---|---|
| 1) Immunological | | | |
| A) Gel diffusion | Goudsmit (29) 1967 | | 0.5 - 2.0 |
| B) Hemagglutination inhibition | Lange (11) 1972 | 449 | 37 ± 22 |
| | Oliver (30) 1978 | | (7 - 36) |
| C) Radioimmuno-assay | Garcia (31) 1972 | 8 | (3.7 - 11.0) |
| | Garcia (26,27,32) 1974, 1977, 1979 | 457 ♀<br>311 ♂ | 4.3 ± 0.2<br>4.9 ± 0.2 |
| | Lertora (33) 1975 | 5 | (52 - 84) |
| | Fisher (34) 1978 | | (24 - 54) |
| | Koeffler (35) 1980 | 62 | 19 ± 6<br>(7 - 31) |
| | Garcia (36) 1979 | | 21 ♀, 23 ♂ |
| | Rege (5) 1980 | 9 ♀ | 25.1 ± 3.0<br>(14 - 40) |
| | | 10 ♂ | 30.2 ± 1.65<br>(24 - 39) |
| 2) Bioassay | | | |
| A) *In vivo* erythrocythemic mouse | Davies (37) 1975 | 38 | 320 ± 280 |
| | Alexanian (38) 1973 | 9 | 20[1] |
| | Wagemaker (39) 1972 | 10 | (<3.0 - 4.5) |
| | Erslev (40) 1979 | 35 | 7.8<br>(<5.0 - 18.0)[2] |
| | Caro (41) 1979 | 11 | (3.9 - 15.0)[2] |
| | Schultz (42) 1978 | 8 | 34 |

p/ml ± SEM ange)
2.0
2
6)
11.0)
0.2
0.2
84)
54)
1)
23 ♂
3.0
40)
1.65
39)
280
- 4.5)
18.0)[2]
15.0)[2]

Ep Assays

Table 1 (Continued)

LEVELS OF ERYTHROPOIETIN IN NORMAL HUMAN SERUM

| Assay Technique | Senior Author (Reference) and Year | No. of Subjects | mU Ep/ml Mean ± SEM or (Range) |
|---|---|---|---|
| 2) Bioassay (continued) | | | |
| A) *In vivo* erythrocythemic mouse | Bessler (43) 1980 | 13 | 25.8 ± 11 |
| B) *In vitro* fetal mouse liver cell assay | Napier (44) 1977 | 25 | 150 ± 100 |
| | Radtke (45) 1978 | 59 | 136 ± 9 |
| | deKlerk (46) 1978 | 38 | 29 ♀, 48 ♂ |
| | Napier (47) 1978 | | c 50[2] |
| | Kimzey (48) 1978 | | 200 ± 40 |
| | Dunn (49) 1977 | 6 | 240 ± 42 |
| | Dunn (50) 1979 | 20 | 50 ± 5[3] |
| | Napier (51) 1980 | 24 | 10.4[2,3] (5 - 24) |
| | Bessler (43) 1980 | 21 | 2,120 ± 840 (1000 - 4000) |

[1]Extrapolated value.

[2]Used serum concentrates.

[3]Used modified methods to take into account the potential influence of ferrokinetic variables.

-------------

B. *RBC and "Matrex" Agglutination*

Identical antisera titration patterns and inhibition of agglutination reactions by test materials were observed whether Ep-sensitized erythrocytes (Fig. 5A) or microbeads (Fig. 5B) were the indicator particles.

Rows A indicate the agglutination titer of unabsorbed antiserum #682 which showed 3+ agglutination out to well 8. Since the antiserum was diluted 1:20 prior to testing, this result corresponded to an




Figure 5A. Agglutination and agglutination inhibition reactions using Ep-sensitized erythrocytes as indicator particles. Horizontal rows A-C, titration agglutination patterns for unabsorbed antiserum #682, absorbed antisera #682 and absorbed antisera #001 respectively. Titration inhibition patterns for a human urinary Ep standard 1000 mU/ml (row D), pooled normal human serum (row E) and sera (rows F and G) from two patients with aplastic anemia are also shown. The test sera were absorbed with O$^-$ erythrocytes prior to assay. Row H is empty.




using

s for
d
bition
(row D),
nd G)
n.
or to

Figure 5B. Agglutination and agglutination inhibition reactions using Ep-sensitized microbeads an indicator particles. Same samples as in Figure 5A, except the test sera were not adsorbed with O⁻ erythrocytes prior to assay.

agglutination titer of 1:5120. Absorption of the antiserum with the serum and urinary proteins of a patient with polycythemia vera reduced the titer to 1:320 (3+ agglutination in well 5, row B). Absorbed antiserum #001. used undiluted, showed 3+ agglutination to well 7 corresponding to an agglutination titer of 1:64 (rows C). An Ep standard prepared at 1000 mU Ep/ml inhibited agglutination to the sixth well and the first 3+ agglutination was not observed until well 10 (row D). Normal human serum showed 3+ agglutination in well 6 corresponding to an Ep titer of 60 mU Ep/ml (row E). Sera from two patients (B.S. and O.B.) with aplastic anemia showed 3+ agglutination in the ninth well (B.S., row F, corresponding to an Ep titer of 500 mU Ep/ml) and the eighth well (O.B., row G, corresponding to an Ep titer of 250 mU Ep/ml). With Ep-sensitized erythrocytes as the indicator particles. all three sera were pre-absorbed with group O⁻ erythrocytes prior to assay. Prior absorption of the test sera to remove heterophilic antibodies was unnecessary when microbeads were used as the indicator particles.

When microbeads were used, non-specific agglutination and/or indisti[illegible] reactions were observed only when the beads were not stabilized with albumin following sensitization. The use of PBS at concentrations greater than 0.015 M resulted in autoagglutination of the beads. Non sensitized microbeads were stable indefinitely as supplied. Sensitize microbeads stored at 4°C continued to give reproducible results for [illegible] to two months after sensitization. Some variability in sensitizatfon or in the agglutination inhibition patterns was observed between the four lots of microbeads tested.

C. *Wheat Germ Lectin Assay for Ep*

After the crude WGL had been passaged through an affinity column consisting of N-acetyl-D-glucosamine immobilized to agarose gel, most contaminants in the WGL preparation eluted in the first peak which contained no agglutinating activity against O+ RBC (Figure 6). The column was washed with a gradient of N-acetyl-D-glucosamine (0 - 100 mg/ml) in the same buffer as applied in the initial wash. The second peak was then eluted and contained most agglutinating activity against O+ RBC.

Using purified WGL, the affinoelectrophoresis was performed on 43 serum samples from 30 anemic individuals whose hematocrit values ranged from 9.2 to 27.0. An example of the affinoelectrophoresis of human sera is shown in Figure 7. The serum samples from anemic subjects were run with pooled normal human serum, which acted as a control for each experiment, and electrophoresed at both ends of the agarose plate (Figure 7). The Ep level of each serum sample was determined by the FMLC assay. The data pertaining to rocket height, hematocrit and $Ep_{FMLC}$ derived from six patients with anemic disorders and six cancer patients are compiled in Table 2.

The statistical correlation of the rocket heights with both hematocrit values and Ep levels was done using Student's "t" test:

Correlation of sample rocket height vs. normal serum rocket height (SRH:NRH) ratio with hematocrit

$t = -0.362$ $p < 0.40$

Correlation of SRH:NRH ratio with Ep level

$t = 2.152$ $p < 0.025$

Correlation of hematocrit with Ep level

$t = -0.137$ $p < 0.45$