# Exhibit 39

to the Declaration of Cullen N. Pendleton in Support of Amgen's Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC §112 and is Not Infringed


NOTICE OF
CLAIMED INVESTIGATIONAL EXEMPTION
FOR A NEW DRUG

ERYTHROPOIETIN (EPOCH)

CHUGAI PHARMACEUTICAL CO., LTD.

VOLUME 1.3

Plaintiff's Exhibit 19

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI      639

A 119740

PLAINTIFF'S
EXHIBIT
19
PENGAD-Bayonne, N.J.

AM-ITC 00166343

252

Chugai Pharmaceutical Co., Ltd.
1-9 Kyobashi 2-chome
Chuo-ku, Tokyo 104, Japan

---

4.2.7 (Continued)

Percent $^{59}$Fe uptake (%) =

$$\frac{\text{Body weight (g)} \times {}^{59}\text{Fe (cpm) in 0.5 ml of blood} \times 2 \times 0.07}{\text{Total amount (cpm) of } {}^{59}\text{Fe injected}} \times 100$$

Using the values for log-dose and response (percent $^{59}$Fe uptake) from each mouse perform a parallel line assay as directed under the Design and Analysis of Biological Assays in the USP XXI, p. 1169 - 1179.

Criteria

One mg of EPOCH polypeptide as determined by the method described in this section shows a specific biological potency ranging between $130 \times 10^3$ IU and $250 \times 10^3$ IU. Note that the conversion constant for the specific potency, $180 \times 10^3$ IU/mg -EPOCH polypeptide (see Sections 3 and 4.2.6.8) represents the midpoint in logarithmic expression.

Remarks

*1 Composition:

Medium

a-MEM (Gibco): 1 pack for liter use/liter
FCS (High Clone): 20 ml/liter
Streptomycin sulfate (Meiji): 100 mg/liter
Potassium Penicillin G (Meiji): $100 \times 10^3$ U/liter

Note: Adjust the pH with $NaHCO_3$ to 7.2

*2 Mouse: Use 6 - 12 mice.

*3 $^{59}$Fe: $^{59}$FeCl$_3$ (New England Nuclear) or an equivalent.

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A. NO. 87-
2617-Y (D.C.MA.) C.A. NO. 87-
07200 TJH(DC.CA)CHUGAI
246

A 140563

AM-ITC 00187144