# Exhibit 44

to the Declaration of Cullen N. Pendleton in Support of Amgen's Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC §112 and is Not Infringed



[US Patent & Trademark Office, Patent Full Text and Image Database]

[Home] [Boolean Search] [Manual Search] [Number Search] [Help]

[NEXT_LIST] [Bottom] [View Shop ping Cart]

*Searching US Patent Collection...*

## Results of Search in US Patent Collection db for:
**ACLM/"capable of"**: 229777 patents.
*Hits **1** through **50** out of **229777***

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 7,240,367 | Full-Text | User interface and method for inputting password and password system using the same |
| 2 | 7,240,363 | Full-Text | System and method for thwarting identity theft and other identity misrepresentations |
| 3 | 7,240,358 | Full-Text | Methods and apparatus for scheduling, serving, receiving media-on demand for clients, servers arranged according to constraints on resources |
| 4 | 7,240,353 | Full-Text | Functionality recommendation system |
| 5 | 7,240,330 | Full-Text | Use of ontologies for auto-generating and handling applications, their persistent storage, and user interfaces |
| 6 | 7,240,329 | Full-Text | Policies on a per instance basis |
| 7 | 7,240,325 | Full-Text | Methods and apparatus for topology discovery and representation of distributed applications and services |
| 8 | 7,240,297 | Full-Text | User assistance system |
| 9 | 7,240,291 | Full-Text | Methods, systems, and computer program products for display of information relating to a virtual three-dimensional book |

[US Patent & Trademark Office, Patent Full Text and Image Database]

[Home] [Boolean Search] [Manual Search] [Number Search] [Help]

[NEXT_LIST] [Bottom] [View Shop ping Cart]

*Searching US Patent Collection...*

## Results of Search in US Patent Collection db for:
**ACLM/"capable upon"**: 307 patents.
*Hits **1** through **50** out of **307***

|    | PAT. NO. |  | Title |
|----|----------|--|-------|
| 1  | 7,235,608 | Full-Text | Remoistenable pre-applied adhesive |
| 2  | 7,211,321 | Full-Text | Reinforcement laminate |
| 3  | 7,201,881 | Full-Text | Actuator for deformable valves in a microfluidic device, and method |
| 4  | 7,192,624 | Full-Text | Method for obtaining thermal diffusion coating |
| 5  | 7,191,039 | Full-Text | Controller for fuel fired heating appliance |
| 6  | 7,173,752 | Full-Text | Electro-optic displays, and materials for use therein |
| 7  | 7,171,243 | Full-Text | Portable terminal device |
| 8  | 7,163,969 | Full-Text | Superabsorbent polymer aqueous paste and coating |
| 9  | 7,140,244 | Full-Text | Apparatus and method for measuring inflation pressure |
| 10 | 7,094,890 | Full-Text | Arthritis-associated protein |
| 11 | 7,070,036 | Full-Text | Power takeoff device |
| 12 | 7,009,516 | Full-Text | Electronic sensor system for monitoring activity of objects |
| 13 | 7,005,559 | Full-Text | Expression silencing system and different uses thereof |
| 14 | 6,994,990 | Full-Text | Active modified hedgehog proteins |