# Exhibit 47

to the Declaration of Cullen N. Pendleton in Support of Amgen's Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC §112 and is Not Infringed

**Subject:** FW: FW: growth culture conditions
**Importance:** High

**From:** DLopez@kayescholer.com [mailto:DLopez@kayescholer.com]
**Sent:** Tuesday, March 20, 2007 6:20 PM
**To:** Fishman, Deborah
**Cc:** Fishman, Deborah; Galvin, Rob; RocheEmailRepository@kayescholer.com; Roche_Paralegal_Team@kayescholer.com; Platt, Rachelle L.; PCarson@kayescholer.com
**Subject:** Re: growth culture conditions

Per Pat Carson's email below, please see attached

*(See attached file: R0008886850.pdf)*

*(See attached file: R008886847-849.pdf)*

---

Denise F. Lopez
Senior Legal Assistant
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
212-836-7782 Direct Line
212-836-6334 Direct Fax
Patricia Carson/NY/US/KSFHH

- **Patricia Carson/NY/US/KSFHH**

    03/20/2007 09:02 PM

To

"Fishman, Deborah" <dfishman@daycasebeer.com>

cc

"Galvin, Rob" <rgalvin@daycasebeer.com>; "Platt, Rachelle L." <rplatt@daycasebeer.com>; Roche Paralegal Team; Roche Email Repository@KSFHHNotes

Subject

Re: growth culture conditions

Deborah,

Hans Tschiltsch of World Courier GmbH will be delivering the sample and as you requested, he will delay delivery until 8:30 am. His cellphone number is +49 151 53909273. You will be receiving the pages of the BLA containing the proper growth conditions this evening in a separate e-mail.

Thanks,

Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466