UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN
SUPPORT OF PLAINTIFF AMGEN INC.'S OPPOSITION TO ROCHE'S MOTION
FOR SUMMARY JUDGMENT THAT CLAIM 7 OF THE '349 PATENT IS INVALID
UNDER 35 USC § 112 AND IS NOT INFRINGED**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Exhibits 5, 11, 14, 18, 36-37, 40-43, 45-46 and 48-52 to the Declaration of Cullen N. Pendleton in Support of Amgen's Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC § 112 and is Not Infringed.**

These documents contain information designated as confidential by the defendants ("Roche") and a third-party. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche and the third-party each have four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

DM1\1155886.1

Dated:  July 5, 2007                                    Respectfully Submitted,

                                                 AMGEN INC.,
                                                 By its attorneys,

Of Counsel:                                             */s/ Michael R. Gottfried*
                                                 D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                          Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                      Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                      DUANE MORRIS LLP
Darrell G. Dotson                                       470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                     Boston, MA 02210
Erica S. Olson                                          Telephone: (617) 289-9200
AMGEN INC.                                              Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                            Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                          DAY CASEBEER, MADRID & BATCHELDER LLP
                                                 20300 Stevens Creek Boulevard, Suite 400
                                                 Cupertino, CA 95014
                                                 Telephone: (408) 873-0110
                                                 Facsimile: (408) 873-0220

                                                 William Gaede III *(pro hac vice)*
                                                 McDERMOTT WILL & EMERY
                                                 3150 Porter Drive
                                                 Palo Alto, CA 94304
                                                 Telephone: (650) 813-5000
                                                 Facsimile: (650) 813-5100

                                                 Kevin M. Flowers*(pro hac vice)*
                                                 MARSHALL, GERSTEIN & BORUN LLP
                                                 233 South Wacker Drive
                                                 6300 Sears Tower
                                                 Chicago, IL 60606
                                                 Telephone: (312) 474-6300
                                                 Facsimile: (312) 474-0448

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on July 5, 2007.

                */s/ Michael R. Gottfried*
                Michael R. Gottfried