# EXHIBIT A

# CURRICULUM VITAE

## Charles G. Zaroulis

| | | |
|---|---|---|
| Address: | 1070 Park Avenue, 5B<br>New York, New York 10128-1000 | Tel (212) 427-0407<br>Fax (212) 828-1495<br>Cell (917) 699-2688<br>cgzaroulis@gmail.com |
| Born: | November 19, 1937, Lowell, Massachusetts | |
| Married: | Ione A. Kourides, M.D. | |
| Children: | A. Larisa Zaroulis, born September 19, 1979<br>Andrew C. G. Zaroulis, born July 13, 1981<br>Christina D. E. Zaroulis, born January 11, 1983<br>Peter G. S. Zaroulis, born July 24, 1985 | |
| 1961 | University of Virginia<br>Charlottesville, Virginia | B.A. |
| 1965 | University of Virginia School of Medicine<br>Charlottesville, Virginia | M.D. |
| 1965-1966 | Tufts-New England Medical Center<br>Boston, Massachusetts | Intern<br>(Straight Medicine) |
| 1966-1967 | Tufts-New England Medical Center<br>Boston, Massachusetts | Junior Assistant<br>Medical Resident |
| 1967-1968 | Boston City Hospital<br>V & VI Medical Service<br>Boston, Massachusetts | Senior Assistant<br>Medical Resident |
| 1967-1968 | Boston University School of Medicine<br>Boston, Massachusetts | Teaching Assistant<br>In Medicine |
| 1968-1969 | Tufts-New England Medical Center<br>Boston, Massachusetts | Clinical Fellow in<br>Hematology |
| 1969-1970 | Tufts-New England Medical Center<br>Boston, Massachusetts | Research Fellow in<br>Hematology |
| 1968-1970 | Tufts University School of Medicine<br>Boston, Massachusetts | Teaching Fellow in<br>Medicine |

**Page Two**                                                                 **Charles G. Zaroulis, M.D**
                                                                              **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**

| | | |
|---|---|---|
| 1970-1973 | Naval Blood Research Laboratory<br>Boston, Massachusetts | Research Medical Officer<br>LCDR, MC, USNR-R (Berry Plan) |
| 1970-1973 | Tufts University School of Medicine<br>Boston, Massachusetts | Clinical Instructor<br>Medicine |
| 1973-1977 | New England Medical Center<br>Boston, Massachusetts | Associate Attending<br>Physician |
| 1973-1977 | St. John's Medical Center<br>Lowell, Massachusetts | Director of Hematology,<br>Blood Bank, and Blood<br>Transfusion Service |
| 1973-1977 | Tufts University School of Medicine<br>Boston, Massachusetts | Assistant Clinical<br>Professor of Medicine |
| 1973-1977 | Naval Blood Research Laboratory<br>Boston, Massachusetts | Medical Research Officer<br>CDR, MC, USNR-R |
| 1977-1981 | Memorial Sloan-Kettering<br>Cancer Center<br>New York, New York | Assistant Attending<br>Hematologist |
| 1977-1981 | Sloan-Kettering Research Institute<br>New York, New York | Associate, Transfusion<br>Biology |
| 1977-1981 | Cornell Medical College<br>New York, New York | Assistant Professor<br>of Medicine |
| 1978-1981 | Sloan-Kettering Research Institute<br>New York, New York | Head, Laboratory of<br>Transfusion Biology |
| 1977-1982 | Medical Unit, Naval Station<br>Staten Island, New York | Medical and Commanding Officer<br>CDR, MC, USNR-R |
| 1979-1981 | Cornell Medical College<br>New York, New York | Medical School Naval<br>Liaison Officer |
| 1981-1987 | Mount Sinai Medical Center<br>New York, New York | Director, Blood Bank, Tissue<br>Typing Laboratory, and the<br>Transfusion-Medicine Service<br>(Blood Transfusion, Apheresis,<br>Cryopreservation, and<br>Hematopathology Services) |

**Page Three**                                                                       **Charles G. Zaroulis, M.D.**
                                                                                     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

| | | |
|---|---|---|
| 1981-1987 | Mount Sinai Medical Center<br>New York, New York | Associate Attending Hematologist |
| 1981-1987 | Mount Sinai School of Medicine<br>New York, New York | Associate Professor of Medicine |
| 1981-1987 | Mount Sinai School of Medicine<br>New York, New York | Medical School Naval Liaison Officer |
| 1981-1984 | Millipore Corporation<br>Bedford, Massachusetts | Medical Consultant |
| 1982-1987 | Medical Unit, Naval Station<br>Brooklyn, New York | Medical and Commanding Officer<br>CAPT, MC, USNR-R |
| 1983-1986 | Key Pharmaceuticals<br>Miami, Florida | Medical and Scientific Consultant |
| 1983-1988 | Haemonetics Corporation<br>Braintree, Massachusetts | Medical and Scientific Consultant |
| 1984-1986 | 3M Corporation<br>Minneapolis, Minnesota | Medical and Scientific Consultant |
| 1987-1988 | Biopure Corporation<br>Boston, Massachusetts | Medical and Scientific Consultant |
| 1987-1988 | Medical Unit, Naval Station<br>New York, New York | Medical Officer<br>CAPT, MC, USNR-R |
| 1987-1992 | HemaSystems, Transfusion-Medicine<br>New York, New York | Medical Director and Vice-President |
| 1988-1995 | Medical Unit, Naval Station<br>Staten Island, New York | Medical Officer<br>CAPT, MC, USNR-R |
| 1995 | Retired U.S. Naval Medical Corps | CAPT, MC, USNR-R |
| 1995-Present | Medical and Scientific Consultant | Naval Blood Research Laboratory, Boston |
| 1989-Present | Kos Pharmaceuticals<br>Miami, Florida | Medical and Scientific Consultant |

Page Four                                                                  **Charles G. Zaroulis, M.D.**
                                                                           **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**

| | | |
|---|---|---|
| 1991-1993 | Pfizer Pharmaceuticals<br>New York, New York | Consultant, Clinical and<br>Scientific Affairs |
| 1992-Present | University Hospital<br>Staten Island, New York | Director of Marrow<br>    Transplantation |
| 1992-Present | University Hospital<br>Staten Island, New York | Medical Director of the<br>    Blood Bank and Transfusion-<br>Medicine Service |
| 1992-2002 | University Hospital<br>Staten Island, New York | Director of Hematology/<br>    Oncology Clinical Research |
| 1992-Present | University Hospital<br>Staten Island, New York | Attending in Medicine,<br>    Hematology/Oncology |

**Board Certification:**                                                   **Certificate Number:**

| | | |
|---|---|---|
| 1966 | Diplomate of the National<br>Board of Medical Examiners | 83732 |
| 1971 | Diplomate of the American<br>Board of Internal Medicine | 30917 |
| 1972 | Diplomate of the American<br>Board of Internal Medicine in<br>the Subspecialty of Hematology | 30917 |
| 1978 | Diplomate of the American<br>Board of Pathology in the<br>Subspecialty of Blood Banking | |

**Medical Licensure:**

| | |
|---|---|
| Massachusetts | Certificate #29683 on December 8,1966 |
| New York | License #130715 on May 27, 1977 |
| Pennsylvania | Certificate #MD-024632E on November 18,1982 |
| New Jersey | License #MA44006 on March 20,1984 |
| Connecticut | License #027490 on November 30,1988 |
| New York City | License #56-031300 on February 21,1979 (Clinical Laboratory Director: Hematology, Diagnostic Immunohematology, and Immunohematology-Blood Services, General Serology, Histocompatibility, and Radiobioassay) |
| New York City | Bureau of Radiation Control - Radioactive License #80-186 on October 28,1981 |
| New York State | License #B4148 on February 2,1987 (Laboratory Director: Hematology, Immunohematology, Blood Banking, Serology, and Limited Clinical Chemistry) |

**Fellowships, Memberships, and Awards:**

| | |
|---|---|
| 1960 | Phi Sigma Society |
| 1964 | Alpha Omega Alpha Honor Medical Society |
| 1966 | Upjohn Outstanding Intern Award at Tufts-New England Medical Center |
| 1966 | Diplomate of the National Board of Medical Examiners |
| 1969 | New England Roentgen Ray Society |
| 1970 | Boston Blood Club |
| 1972 | Massachusetts Medical Society |
| 1972 | American Association of Blood Banks |
| 1972 | American Association for Clinical Research |
| 1972 | Fellow of the American College of Physicians |
| 1973 | American Society of Hematology |
| 1974 | Society of Cryobiology |
| 1974 | Fellow of the American College of Clinical Pharmacology |
| 1975 | International Society of Hematology |
| 1975 | International Society of Blood Transfusion |
| 1976 | Inspector for the American Association of Blood Banks |
| 1977 | International Society for Experimental Hematology |
| 1978 | New York Society for the Study of Blood |
| 1979 | Fellow of the American Society of Clinical Pathologists |
| 1979 | American Association of Clinical Histocompatibility Testing |
| 1979 | American Society of Clinical Oncology |
| 1079 | New York Academy of Science |
| 1980 | Harvey Society |
| 1980 | American Hellenic Educational Association |

Page Six                                                          **Charles G. Zaroulis, M.D.**
                                                                  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

### Memberships and Awards:   - continued

| | |
|---|---|
| 1980-1987 | Board of Examiners - Advisory Committee to the Commissioner of Health of New York City on Blood Banking |
| 1981-1989 | Editorial Board of the JOURNAL OF CLINICAL APHERESIS |
| 1981 | Reviewer for the JOURNAL OF HEMATOLOGY, BLOOD, and TRANSFUSION |
| 1984-1986 | Chairman of the Advisory Committee to the Commissioner of Health of New York City on Blood Banking |
| 1984-1986 | Chairman of the Council of Hospital Blood Bank Directors of the Greater New York Region |
| 1984-1985 | Advisory Committee to the National Hemachromatosis Foundation |
| 1984 | Greek Orthodox Cathedral. New York, New York |
| 1986 | Greek Orthodox Archdiocesan Council of North and South America |
| 1986 | Brick Presbyterian Church -- Education and Medical Committees |
| 1987 | American Society for Apheresis |
| 1988-1990 | Educational Subcommittee of the Greek Orthodox Archdiocesan Council |
| 1992 | American Society of Internal Medicine |

### Hobbies:

| | |
|---|---|
| 1957 | Delta Upsilon Fraternity |
| 1958 | Sports Car Club of America |
| 1959 | University of Virginia Flying Club |
| 1959 | American Association of Motorcycle Road Racers |
| 1960 | University of Virginia Polo Club |
| 1961 | National Rifle Association |
| 1965 | American Kennel Club |
| 1971 | Vesper Country Club |
| 1973 | Longwood Cricket Club |
| 1982 | Community House of Forest Hills Gardens |
| 1985 | Tashmoo Pond Farm Association |
| 1985 | Vineyard Haven Yacht Club |
| 1986 | Lawrence Beach Club |
| 1988 | Vintage BMW Motorcycle Club |
| 1988 | Vintage Sports Car Club of America |

**Page Seven**                                                              **Charles G. Zaroulis, M.D.**
                                                                            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

| | |
|---|---|
| 1989 | North Park Ice Hockey Association (team Physician) |
| 1990 | American Brittany Club (Bretagne Kennels) |
| 1991 | Big Apple Little League (Team Physician) |
| 1992 | American Youth Soccer Association New York City |
| 1992 | American Trakehner Association |
| 1992 | Richmond Pilots Association |
| 1992 | Naval Reserve Association |
| 1993 | The Buckley School  Fathers Committee |
| 1993 | Blue Devils Ice Hockey Program, The Buckley School (Founder and Commissioner) |
| 1993 | Parents Committee, Spence School |
| 1999 | Buckley School, Fathers Committee, Chairman |
| 2000 | Rotunda Society, University of Virginia |
| 2001 | Paul Barringer Society, University of Virginia School of Medicine |
| 2001 | Parents Committee Fund, Harvard University |
| 2002 | Parents Campaign Committee, Groton School |
| 2002 | Vintage Land Rover Club of America |
| 2002 | Vintage MG Club of America |

Page Eight                                                                                      **Charles G. Zaroulis, M.D.**
                                                                                                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

## BIBLIOGRAPHY

**Charles G. Zaroulis, M.D.**

**Refereed Articles**

1.  Zaroulis CG, Harkins MJ, Rosenblatt SD: Marked Hypercalcemia in Multiple Myeloma, J ME Med Assoc., 58:62, 1967.

2.  Valeri CR, Szymanski I0, Zaroulis CG: 24-Hour Survival of ACD and CPD Stored Red Cells. I. Evaluation of Non-washed and Washed Stored Red Cells. Vox Sang, 22:289, 1972.

3.  Valeri CR, Zaroulis CG, Marchioni LD, Patti RJ: A Simple Method for Measuring Oxygen Content in Blood. J Lab Clin Med, 79:1035, 1972.

4.  Valeri CR, Zaroulis CG, Rogers JC, Handin RT, Marchioni LD: Prostaglandins in the Preparation of Blood Components. Science, 175:539, 1972.

5.  Valeri CR, Zaroulis CG: Rejuvenation and Freezing of Outdated Stored Human Red Cells. New Eng J Med, 287:1307, 1972.

6.  Miller MD, Zaroulis CG, Valeri CR, Stohlman F Jr: Oxygen Transport in Uremia. I. The Effects of Chronic Hemodialysis. Blood, 43:49, 1974.

7.  Valeri CR, Feingold H, Zaroulis CG, Sphar RL, Adams GM: The Effects of Hyperbaric Exposure on Human Platelets. Aerospace Med, 45 (6):610, 1974.

8.  Valeri CR, Rorth M, Zaroulis CG, Jakubowski MS, Vescera SV: Physiologic Effects of Hyperventilation and Phlebotomy in Baboons: Systemic and Cerebral Oxygen Extraction. Annals of Surg, 181:90, 1975.

9.  Valeri CR, Rorth M, Zaroulis CG, Jakubowski MS, Vescera SV: Physiologic Effects of Transfusing Red Cells with High and Low Affinity for Oxygen to Hyperventilated Anemic Baboons: Systemic and Cerebral Oxygen Extraction. Annals of Surg, 181:106, 1975.

10. Spector JI, Zaroulis CG, Pivacek LE, Emerson CP, and Valeri CR: Physiologic Effects of Normal or Low Oxygen Affinity Red Cells in Hypoxic Baboons. Am J Physiol, 232 (1): H79, 1977.

Page Nine                                                    **Charles G. Zaroulis, M.D.**
                                                             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

**Refereed Articles: - continued**

11.  Zaroulis CG, Kourides IA, Valeri CR: Red Cell 2,3-Diphosphoglycerate and Oxygen Affinity in Patients with Thyroid Disorders. Blood, 52:181, 1978.

12.  Zaroulis CG, Schweitzer RL, Barchet S, Valeri CR: Enhanced Red Cell Oxygen Transport in a Pregnant Woman with Hemoglobin S-D Disease. Obstet and Gyn, 52:358, 1979.

13.  Zaroulis CG, Spector II, Emerson CP, Valeri CR: Therapeutic Transfusions of Previously Frozen Washed Human Platelets. Transfusion, 19:371, 1979.

14.  Zaroulis CG, Pivacek LE, Lowrie G, Valeri CR: Lacticacidemia in Baboons after Transfusion of Red Blood Cells with Improved Oxygen Transport Function and Exposure to Severe Arterial Hypoxemia. Transfusion, 19:420, 1979.

15.  Foley KM, Kourides IA, Inturrissi CE, Kaiko RF, Zaroulis CG, Posner JB, Houde RW, Li CH: Beta-Endorphin: Analgesic and Hormonal Effects in Humans. Proc Natl Acad Sci, 76:5377, 1979.

16.  Valeri CR, Zaroulis CG, Vecchione JJ, Valeri DA, Anastasi J, Pivacek LE, Emerson CP: Therapeutic Effectiveness and Safety of Outdated Human Red Blood Cells Rejuvenated to Restore Oxygen Transport Function to Normal, Frozen 3-4 Years at -80 C, Washed, and Stored at 4 C for 24 Hours Prior to Rapid Infusion. Transfusion, 20:159, 1980.

17.  Valeri CR, Zaroulis CG, Vecchione JJ, Valeri DA, Anastasi J, Pivacek LE, Emerson CP: Therapeutic Effectiveness and Safety of Outdated Human Red Blood Cells Rejuvenated to Restore Oxygen Transport Function to Normal, Frozen 1-1 1/2 years at -80 C, Washed, and Stored at 4 C for 24 Hours Prior to Rapid Infusion. Transfusion, 20:263, 1980.

18.  Zaroulis CG, Leiderman IZ: Successful Freeze-Preservation of Human Granulocytes. Cryobiology, 17:311, 1980.

19.  Pollack MS, Zaroulis CG, Leiderman IZ, Dupont B: Retention of HLA Antigens on Previously Frozen Platelets Used in Therapeutic Transfusion. Transfusion, 20:458, 1980.

20.  Kutti J, Zaroulis CG, Kulpa J, Reich LM, Good RA: Plasma Beta-Thromboglobulin Levels in Thrombocytopenic Patients with Acute Leukemia. Amer J Hematol, 8:359, 1980.

Page Ten                                                     **Charles G. Zaroulis, M.D.**
                                                              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

### Refereed Articles - continued

21. Safai-Kutti S, Zaroulis CG, Day NK, Good RA, Kutti J: Platelet Transfusion Therapy and Circulating Immune Complexes. Vox Sang, 39:22, 1980.

22. Kutti J, Safai-Kutti S, Zaroulis CG, Good RA: Plasma Levels of Beta-Thromboglobulin and Platelet Factor 4 in Relation to the Venous Platelet Concentration. Acta Haematol, 64:1, 1980.

23. Kulpa J, Zaroulis CG, Good RA, Kutti J: Altered Platelet Function and Circulation after Platelet Transfusion Therapy Induced by Amphoteracin-B in Leukemic Adults. Transfusion, 21:74, 1981.

24. Zaroulis CG, Jaramillo S: Microimmunofluorescent Assay to Detect Human Granulocyte Antigens and Antibodies. Amer J Hematol, 10:65, 1981

25. Zaroulis CG, Hoffman BJ, Kourides IA: Erythropoietin Concentrations by Radioimmunoassay in Hematologic Disorders. Amer J Hematol, 11:85, 1981.

26. Kutti J, Zaroulis CG, Safai-Kutti S, Dinsmore RE, Day NK, Good RA: Evidence that Circulating Immune Complexes Remove Transfused Platelets from the Circulation. Amer J Hematol, 11:255, 1981.

27. Kutti J, Zaroulis CG, Dinsmore RE, Reich LM, Clarkson BD, Good RA: A Prospective Study of Platelet-Transfusion Therapy Administered to Patients with Acute Leukemia. Transfusion, 22:44, 1982.

28. Stiff RG, Murgo AJ, Zaroulis CG, DeRisi MF, Clarkson BD: Unfractionated Human Bone Marrow Cell Cryopreservation Using Dimethylsulfoxide and Hydroxyethylstarch. Cryobiology, 20:17, 1983.

29. Crowley JP, Zaroulis CG, O'Shea PA, Clark DD: Thrombotic Thrombocytopenic Purpura in Southeastern New England. Arch Int Med, 143:1011, 1983.

30. Brandes JM, Roth EJ, Berk PD, Bottone E, Milano CT, Sarkozi L, Zaroulis CG: Collection and Preservation of Human Placental Blood. Transfusion, 23:325, 1983.

31. Hassett J, Zaroulis CG, Greenberg ML, Seigal FP: Allogeneic Marrow Transplantation in Acquired Immunodeficiency Syndrome. New Engl J Med, 309:655, 1983.

32. Lester TJ, Grabowski GA, Goldblatt J, Leiderman IZ, Zaroulis CG: Immune Thrombocytopenia and Gaucher's Disease. Amer J Med, 77:569, 1984.

Page Eleven    **Charles G. Zaroulis, M.D.**
                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

**Refereed Articles: - continued**

33. Ambinder EP, Cohen LB, Apple AM, Field SP, Adelsberg B, Schaffer PS, Zaroulis CG: The Clinical Effectiveness and Safety of Chronic Plasmapheresis in Patients with Primary Biliary Cirrhosis. J Clin Apheresis, 2:219, 1985.

34. Kahn CR, Zaroulis CG, Goetz W, Howland WS: Hemodynamic Oxygen Transport and 2,3-Diphosphoglycerate Changes after Transfusion of Patients in Acute Respiratory Failure. Intensive Care Med, 12:22, 1986.

35. Deaver JE, Leppert PC, Zaroulis CG: Neonatal Thrombocytopenic Purpura, Amer J Obstet and GYN, 154 (1):153, 1986.

36. Deaver JE, Leppert PC, Zaroulis CG: Neonatal Thrombocytopenia. Amer J Perinatology, 3(2):127, 1986.

37. Goldschmidt H, Spiera H, Schumacher HR Jr, Zaroulis CG: Idiopathic Hemachromatosis Presenting as Amenorrhea and Arthritis. Amer J Med, 83: 1057, 1987.

38. Leiderman IZ, Zaroulis CG: A Simple Technique to Prevent Clumping of Previously Frozen Human Hematopoietic Progenitor Cells. Submitted for publication.

39. Hayes, RL, Arbit E, Odaimi M, Pannullo S, Scheff R, Kravchinsky, Zaroulis CG: Adoptive Cellular Immunotherapy for the Treatment of Malignant Gliomas. Onc Hematol,. Accepted for publication.

Page Twelve                                                   **Charles G. Zaroulis, M D.**
                                                              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
## BIBLIOGRAPHY

### Charles G. Zaroulis, M.D.

### Invited Articles

1. Valeri CR, Zaroulis CG, Fortier NL: Peripheral Red Cell as a Functional Biopsy to Determine Tissue Oxygen Tension. <u>Oxygen Affinity of Human Hemoglobin and Red Cell Acid Base State.</u> Edited by Rorth M and Astrup P, Munksgaard, Copenhagen, p 650, 1972.

2. Valeri CR, Zaroulis CG, Rogers JC, Handin RT, Marchioni LD: Use of Prostaglandins in the Preparation of Blood Components. <u>Prostaglandins in Cellular Biology.</u> Edited by Ramwell W and Parriss BB, Plenum Press, New York, p 5, 1972.

3. Valeri CR, Zaroulis CG: Cryopreservation and Red Cell Function. <u>Progress in Transfusion and Transplantation.</u> Edited by Schmidt PJ, Amer Assoc Blood Banks, Washington DC, p 343, 1972.

4. Valeri CR, Zaroulis CG: Rejuvenation and Freezing of Outdated Stored Human Red Cells. <u>Hemoglobin and Red Cell Structure and Function.</u> Edited by Brewer CG, Plenum Press, New York, p 457, 1972.

5. Valeri CR, Zaroulis CG: Status Report on Freeze-Preservation of Human Red Blood Cells: Biochemical Modification Prior to Freeze-Preservation. <u>Progress in Blood Transfusion.</u> Barcelona: 1977.

6. Valeri CR, Zaroulis CG, Vecchione JJ: Status Report on Freezing of Human Platelets. <u>Progress in Blood Transfusion.</u> Barcelona: 1977.

7. Valeri CR, Valeri DA, Anastasi J, Zaroulis CG, Vecchione JJ: Status Report on Red Blood Cell Freezing: Biochemical Modification and Freeze-Preservation in the Original Polyvinyl Chloride Plastic Collection Bag. <u>Proceedings of the Haemonetics Research Institute's Advanced Component Seminar.</u> Haemonetics Institute, Boston: 1977.

8. Zaroulis CG, Reich LM, Pollack MS, Dupont B: Granulocyte Microagglutination Cross-March Testing for White Blood Cell Transfusion. <u>Proceedings of the Haemonetics Research Institute's Advanced Component Seminar.</u> Haemonetics Institute, Boston: 1978.

9. Zaroulis CG: The Importance of Red-Cell 2,3-Diphosphoglycerate in Blood Transfusion. <u>Hemotherapy in Trauma and Surgery.</u> Edited by Barnes A and Umlas J, Amer Assoc Blood Banks, Washington DC, p 43, 1979.

Page Thirteen                                        **Charles G. Zaroulis, M.D.**
                                                     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

**Invited Articles - continued**

10.  Zaroulis CG: Histocompatibility and Transfusion Therapy. Symposium on Blood Banking and Transfusion Therapy. Arner Soc Clin Path. <u>Proceedings of the Haemonetics Research Institute.</u> Boston: 1980.

11.  Zaroulis CG: Professional Ethics and Therapeutics of Apheresis. <u>Proceedings of the Haemonetics Research Institute's Advanced Component Seminar.</u> Boston: 1980.

12.  Zaroulis CG: Pharmacologic Considerations for Therapeutic Apheresis. <u>Proceedings of the Haemonetics Research Institute's Advanced Component Seminar.</u> Boston: 1980.

13.  Zaroulis CG: Cryopreservation of Bone Marrow and its Clinical Application. <u>Crsyo-preservation of Tissue and Solid Organs for Transplantation.</u> Edited by Glassman AB, Amer Assoc Blood Banks, Washington DC, p 79, 1983.

14.  Zaroulis CG: Histocompatibility Testing for Platelets, Granulocytes, and Marrow Transplantation. <u>Neoplastic Diseases of the Blood and Blood-Forming Organs.</u> Edited by Wiernik BH, Canellos G, Kyle RA, Schiffer CA, Churchill Livingstone, New York, p 164, 1984.

15.  Louie JE, Phillips V, Zaroulis CG: Plasma Exchange for Hemolytic Anemia Associated with High-Activity, Low-Titer Cold Agglutinin and an Acquired Red-Cell Surface Modification. <u>Proceedings of the International Society for Artifical Organs.</u> Third International Symposium on Therapeutic Apheresis, Cleveland, 1984.

Page Fourteen                                   **Charles G. Zaroulis, M D.**
                                                      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

# BIBLIOGRAPHY

**Charles G. Zaroulis, M.D.**

### Abstracts

1.  Zaroulis CG, Valeri CR: Survival In Vivo and Functional Properties of Rejuvenated Preserved Red Cells. Amer Assoc Blood Banks, Chicago, 1971.

2.  Zaroulis CG, Valeri CR: Limitations of Peripheral Venous Hemoglobin and Hematocrit Values in Clinical Medicine. Amer Soc Hematol, San Francisco, 1971.

3.  Schweitzer RL, Barchet S, Zaroulis CG: Pregnancy and Hemoglobin SD Disease: Physiologic Considerations. Amer Coll Obstet and Gyn, Las Vegas, 1971.

4.  Zaroulis CG, Valeri CR: Survival In Vivo and Functional Properties of Red Cells with Reduced Oxygen Affinity. Amer Assoc Blood Banks and Internatl Soc Blood Transfusion Congress, Washington DC, 1972.

5.  Zaroulis CG, Spector IL Emerson CP, Valeri CR Physiologic Effects of Therapeutic Transfusion of Red Blood Cells with Increased 2,3-Diphosphoglycerate and Decreased Oxygen Affinity. Internatl Soc Hematol, Kyoto, 1976.

6.  Zaroulis CG, Vecchione JJ, Pivacek LE, Valeri CR: Therapeutic Effectiveness and Safety of Outdated Rejuvenated Human Red Blood Cells. Amer Assoc Blood Banks, Atlanta, 1977.

7.  Zaroulis CG, Spector JI, Emerson CP, Valeri CR: Therapeutic Effectiveness and Safety of Previously Frozen Washed Human Platelets. Amer Soc Hematol, San Diego, 1977.

8.  Meyers PA, Murphy MJ, Clarkson BD, Zaroulis CG, Arlin Z: Recovery In Vitro of Committed Erythroid Precursors Following Freezing, Thawing, and Washing of Human Marrow. Amer Soc Hematol, San Diego, 1977.

9.  Zaroulis CG, Spector JI, Emerson CP, Valeri CR: Hemostatic Effectiveness and Viability of Previously Frozen Washed Human Platelet Transfusions. Internatl Societies Hematol and Blood Transfusion, Paris, 1978.

10. Zaroulis CG, Vecchione JJ, Valeri DA, Emerson CP, Valeri CR: Therapeutic Efficiency of Transfused Human Red Cells with Elevated 2,3-Diphosphoglycerate Levels. Internatl Societies Hematol and Blood Transfusion, Paris, 1978.

11. Lee TD, Braun D, Zaroulis CG, Maurer D, Dupont B: HLA Antigens in a Chinese Population. Amer Assoc Clin Histocomp Testing, Boston, 1978.

Page Fifteen                                                                     **Charles G. Zaroulis, M.D.**
                                                                                 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

**Abstracts - continued**

12.  Zaroulis CG, Vecchione JJ, Valeri DA, Emerson CP, Valeri CR: Biochemically Modified Human Red Cells with Elevated Levels 2,3-Diphosphoglycerate and Improved Ability to Release Oxygen. Internatl Soc Exp Hematol, Chicago, 1978.

13.  Zaroulis CG, Reich LM, Harris JP, Lee SC, Chin B, Mayer K: Functional Viability of Blood and Red Blood Cells Preserved in Citrate-Phosphate-Dextrose-Adenine. Amer Assoc Blood Banks, New Orleans, 1978.

14.  Zaroulis CG, Vecchione JJ, Pivacek LE, Scagliarini D, Anastasi J, Valeri DA, Emerson CP, Valeri CR: Therapeutic Transfusions of Biochemically Modified Human Red Blood Cells with Improved Functional Viability. Amer Assoc Blood Banks, New Orleans, 1978.

15.  Reich LM, Miller J, Harris JP, Zaroulis CG, Mayer K: Transient Immunodeficiency in Blood Donors. Amer Assoc B100d Banks, New Orleans, 1978.

16.  Zaroulis CG, Leiderman IZ, Lee SC: Successful Freeze-Preservation of Human Granulocytes for Transfusion Therapy. Amer Soc Hematol, New Orleans, 1978.

17.  Zaroulis CG, Leiderman IZ, Lee SC: Freeze-Preservation of Human Granulocytes for Transfusion Therapy. Amer Fed Clin Rsch, Washington DC, 1979.

18.  Pollack MS, Leiderman IZ, Zaroulis CG, Dupont B: Maintenance of HLA Antigens on Freeze-Preserved Platelets. Amer Assoc Clin Histocomp Testing. San Diego, 1979.

19.  Zaroulis CG, Suthanthiran MC, Dupont B, Lee SC, Good RA: Granulocyte Antigen Testing: Importance of Fc Receptors. Amer Assoc Clin Histocomp Testing, San Diego, 1979.

20.  Pollack MS, Zaroulis CG, Clainbard J, Leiderman IZ, Dupont B: Retention of HLA Antigens on Cryopreserved Platelets. Soc for Crybiol, Atlanta, 1979.

21.  Zaroulis CG, Weiser B, Jaramillo S: Granulocyte-Specific Antibodies in Leukocyte Transfusion Therapy. Amer Soc Hematol, Phoenix, 1979.

22.  Zaroulis CG, Hoffman BJ, Rencricca NJ, Kourides IA: Erythropoietin Concentrations by Radioimmunoassay in Hematologic Disorders. Amer Soc Clin Rsch, Washington DC, 1980.

23.  Zaroulis CG, Weiser B, Jaramillo S: Granulocyte Alloimmunization: Compatibility Predicted by Immunofluorescence. Internatl Societies Hematol and Blood Transfusion. Montreal, 1980.

Page Sixteen                                                                 Charles G. Zaroulis, M.D.
                                                                             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

**Abstracts - continued**

24.  Stiff PJ, Clarkson BD, Zaroulis CG, Murgo AJ: Successful Cryopreservation of Human Bone Marrow Using Dimethylsulfoxide (DMSO) and Hydroxyethyl Starch (HES) as Cryoprotectants. Internatl Societies Hematol and Blood Transfusion. Montreal, 1980.

25.  Stiff PJ, Murgo AJ, Wittes RE, Clarkson BD, Zaroulis CG: Leukopheresed Mononuclear Cells (MNC) after Chemotherapy: Alternative to Marrow for Autologous Transplantation. Amer Assoc Blood Banks, Washington DC, 1980.

26.  Brandes JM, Roth EF Jr, Zaroulis CG: Storage of Term Placental Blood for Autotransfusion. Ped Rsch Soc, San Francisco, 1981.

27.  Stiff PJ, DeRisi M, Reich LM, Clarkson BD, Zaroulis CG: Simplified Cryopreservation of Unfractionated Marrow Using Dimethylsulfoxide and Hydroxyethyl Starch as Cryoprotectants and a Closed-Bag System. Amer Soc Clin Oncol, Washington DC, 1981.

28.  Zaroulis CG, Leiderman IZ, Stiff PJ: A Combination Cryoprotectant for Freeze-Preservation of Unfractionated Human Marrow. Amer Assoc Blood Banks, Chicago, 1981.

29.  Blake MV, Zaroulis CG, Burgin A: The Establishment of a Non-Professional Ancillary HealthCare Corps of Blood Donor Recruiters. Amer Assoc Blood Banks, Chicago, 1981.

30.  Leiderman IZ, Zaroulis CG: The Viability of Platelets Prepared from CPD-A Blood. Amer Assoc Blood Banks, Chicago, 1981.

31.  Seligman S, Zaroulis CG: Development and Implementation of a Donor Recruiter Program at an Urban Academic Medical Center. Amer Assoc Blood Banks, Chicago, 1981.

32.  Zaroulis CG: The Development of Granulocyte Alloantibodies Following Histocompatible Leukocyte Transfusion. Amer Assoc Blood Banks, Chicago, 1981.

33.  Zaroulis CG, Suthanthiran MC, Kourides IA, Alter B: Monoclonal Antibodies to Human Fetal Hemoglobin. Amer Soc Hematol, San Antonio, 1981.

34.  Leiderman IZ, Roth EF Jr, Zaroulis CG: Biochemical Modification and Cryopreservation of Red Blood Cells Collected in CPD-A. Amer Soc Hematol, San Antonio, 1981.

35.  Zaroulis CG, Button G, Leiderman IZ, Roth EF Jr: Management of Sickle Cell Anemia by Erthrocytopheresis and Exchange Transfusion. Amer Soc Hematol, San Antonio, 1981.

Page Seventeen                                         **Charles G. Zaroulis, M.D.**
                                                       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

**Abstracts: - continued**

36.  Cuttner J, Zaroulis CG, Leiderman IZ, Petinos K, Suthanthiran MC: Normal Platelet Associated IgG and Undetectable Circulating Platelet Antibodies in Thrombotic Thrombocytopenic Purpura. Amer Soc Hematol, San Antonio, 1981.

37.  Kahn CR, Goetz W, Howland WS, Valeri CR, Zaroulis CG: Transfusion of Patients in Respiratory Failure: Effects on Hemodynamic, Oxygen Delivery Variables, and 2,3-DPG. Amer Soc Hematol, San Antonio, 1981.

38.  Zaroulis CG, Leiderman IZ: Automated Washing of Previously Frozen Human Platelets. Internatl Societies of Hematol and Blood Transfusion Congress, Budapest, 1982.

39.  Leiderman IZ, Zaroulis CG: An Automated Method to Wash Previously Frozen Human Platelets. Amer Assoc Blood Banks, Anaheim, 1982.

40.  Leiderman IZ, Zaroulis CG, Greenberg ML, Hassett J, Seigal FP: Granulocyte-Macrophage Progenitors (CFU-GM) in Acquired Cellular Immune Deficiency. Amer Soc Hematol, Washington DC, 1982.

41.  Kahn CR, Goetz W, Howland WS, Valeri CR, Zaroulis CG: Transfusion of Patients in Respiratory Failure. XIV World Congress on Diseases of Chest, Toronto, 1982.

42.  Kahn CR, Zaroulis CG, Howland WS, Goetz W: Hemodynamic Oxygen Delivery and 2,3-DPG Changes after Transfusion of Patients in Acute Respiratory Failure. Amer Soc Anesth, San Francisco, 1982.

43.  Greenberg ML, Hassett J, Leiderman IZ, Seigal FP, Zaroulis CG: Neutrophil (N) Production, Release and Distribution in Patients with the Acquired Immune Deficiency Syndrome (AIDS). Cell Kinetics Soc, Baltimore, 1982.

44.  Reid ME. Sausais L, Zaroulis CG, Mohandrask: Two Examples of an Antibody that Reacts Equally with RBCs Expressing D or Rh32. Amer Assoc of Blood Banks, San Antonio, 1997.

45.  Zaroulis CG: Auitogeneic Stem Cytapheresis in Transfusion Medicine. Amer Assoc Blood Banks, Wash DC, 2000.