# EXHIBIT A

Dockets.Justia.com

# Carolyn R. Bertozzi

Departments of Chemistry and Molecular and Cell Biology          Born 10/10/66
University of California                                         Boston, MA
Berkeley, California  94720-1460
Phone (510) 643-1682
Facsimile (510) 643-2628
e-mail: crb@berkeley.edu

## Professional Experience

| | |
|---|---|
| Director, The Molecular Foundry, Lawrence Berkeley National Laboratory | 2006 - present |
| Professor of Chemistry and Molecular and Cell Biology, UC Berkeley | 2002 - present |
| Professor of Molecular and Cellular Pharmacology, UCSF | 2000 - present |
| Associate Professor of Chemistry and Molecular and Cell Biology, UC Berkeley | 1999 - 2002 |
| Howard Hughes Medical Institute Investigator | 2000 - present |
| Director, Biological Nanostructures Facility of The Molecular Foundry (LBNL) | 2001 - present |
| Faculty Associate, Materials Sciences Division (LBNL) | 1996 - present |
| Assistant Professor of Chemistry, UC Berkeley | 1996 - 1999 |

## Education

| | |
|---|---|
| American Cancer Society Postdoctoral Fellow, UCSF | 1993 - 1995 |
| Ph.D. in Chemistry, University of California, Berkeley | 1988 - 1993 |
| A.B. in Chemistry, *summa cum laude*, Harvard University | 1984 - 1988 |

### Educational Grants and Fellowships

American Cancer Society Postdoctoral Fellowship (1993-1995); American Chemical Society Medicinal Chemistry Graduate Fellowship (1991-1992); Office of Naval Research Graduate Fellowship (1988-1991); AT&T Bell Laboratories Graduate Fellowship (1988 - 1993); Radcliffe Science Research Fellowship (1987)

## Honors and Awards

Ernst Schering Prize (2007); Elected member of the National Academy of Sciences (2005); T.Z. and Irmgard Chu Distinguished Professorship in Chemistry (2005); Havinga Medal, Univ. Leiden (2005); Iota Sigma Pi Agnes Fay Morgan Research Award (2004); Elected member of the American Academy of Arts and Sciences (2003); Irving Sigal Young Investigator Award of the Protein Society (2002); Fellow of the American Association for the Advancement of Science (2002); Donald Sterling Noyce Prize for Excellence in Undergraduate Teaching (2001); UC Berkeley Distinguished Teaching Award (2001); ACS Award in Pure Chemistry (2001); Merck Academic Development Program Award (2000); UC Berkeley Department of Chemistry Teaching Award (2000); Presidential Early Career Award in Science and Engineering (PECASE) (2000); MacArthur Foundation Award (1999); Camille Dreyfus Teacher-Scholar Award (1999); Arthur C. Cope Scholar Award (ACS) (1999); Joel H. Hildebrand Chair in Chemistry (1998-2000); Beckman Young Investigator Award (1998); Prytanean Faculty Award (1998); Glaxo Wellcome Scholar (1998); Research Corporation Research Innovation Award (1998); Office of Naval Research Young Investigator Award (1998); Horace S. Isbell Award in Carbohydrate Chemistry (ACS) (1997); Alfred P. Sloan Research Fellow (1997); Burroughs Wellcome New Investigator Award in Pharmacology (1997); Pew Scholars Award in the Biomedical Sciences (1996); Exxon Education Fund Young Investigator Award (1996); Camille and Henry Dreyfus New Faculty Award (1995); Bruce Mahan Teaching Award (1992); Outstanding Graduate Student Instructor Awards (1989, 1990); Thomas T. Hoopes

1

Undergraduate Thesis Prize (1988); New England American Institute of Chemists Award (1988); Danforth Teaching Award (1987); Phi Beta Kappa (1987)

## Other Major Activities

Co-director of the Chemical Biology Graduate Program at UC Berkeley (2001 – present)
Co-Editor-in-Chief, *Current Opinion in Chemical Biology* (2005-present)
Editorial Board Member for *Accounts of Chemical Research* (2000-present)
Editorial Board Member for *Carbohydrate Research* (2000-present)
Editorial Board Member for *Chem. Biol.* (2004-present)
Editorial Advisory Board for *ACS Chemical Biology* (2006-present)
Editorial Advisory Board for *J. Am. Chem. Soc.* (2001-present)
Editorial Advisory Board for *J. Org. Chem.* (2001-2005)
Board of Consulting Editors for *Bioorg. Med. Chem.* and *Bioorg. Med. Chem. Lett.*
Executive Committee Member, Carbohydrate Division of the ACS (2000-present)
Honorary Editorial Board Member for *Synlett* (1999-present)
Honorary Editorial Board Member for *Perspectives in Medicinal Chemistry* (2006-present)
Scientific Advisory Board for Zyomyx Corp. (2000-present)
Scientific Advisory Board for Momenta Pharmaceuticals (2002-present)
Scientific Advisory Board for Glycomimetics (2005-present)
Scientific Advisory Board for Nidaan (2006-present)

## Publications

1.  Chidsey, C. E. D.; Bertozzi, C. R.; Putvinski, T. M.; Mujsce, A. M. Coadsorption of Ferrocene-Terminated and Unsubstituted Alkanethiols on Gold: Electroactive Self-Assembled Monolayers. *J. Am. Chem. Soc.* **1990**, *112*, 4301-4306.

2.  Bertozzi, C. R.; Bednarski, M. D. The Synthesis of Heterobifunctional Linkers for the Conjugation of Ligands to Molecular Probes. *J. Org. Chem.* **1991**, *56*, 4326-4329.

3.  Bertozzi, C. R.; Bednarski, M. D. *C*-Glycosyl Compounds Bind to Receptors on the Surface of *Escherichia coli* and can Target Proteins to the Organism. *Carbohydrate Res.* **1992**, *223*, 243-253.

4.  Kobertz, W. R.; Bertozzi, C. R.; Bednarski, M. D. An Efficient Method for the Synthesis of α- and β-*C*-Glycosyl Aldehydes. *Tetrahedron Lett.* **1992**, *33*, 737-740.

5.  Bertozzi, C. R.; Bednarski, M. D. Antibody Targeting to Bacterial Cells Using Receptor-Specific Ligands. *J. Am. Chem. Soc.* **1992**, *114*, 2242-2245.

6.  Bertozzi, C. R.; Bednarski, M. D. A Receptor-Mediated Immune Response Using Synthetic Glycoconjugates. *J. Am. Chem. Soc.* **1992**, *114*, 5543-5546.

7.  Bertozzi, C. R.; Bednarski, M. D. The Synthesis of 2-Azido *C*-Glycosyl Sugars. *Tetrahedron Lett.* **1992**, *33*, 3109-3112.

8.  Bertozzi, C. R.; Hoeprich, P. D., Jr.; Bednarski, M. D. The Synthesis of Carbon-Linked Glycopeptides as Stable Glycopeptide Models. *J. Org. Chem.* **1992**, *57*, 6092-6094.

9.  Bertozzi, C. R.; Cook, D. G.; Kobertz, W. R.; Gonzalez-Scarano, F.; Bednarski, M. D. Carbon-Linked Galactosphingolipid Analogs Bind Specifically to HIV-1 gp120. *J. Am. Chem. Soc.* **1992**, *114*, 10639-10641.

10. Grabowski, J. J.; Bertozzi, C. R.; Jacobsen, J. R.; Jain, A.; Marzluff, E. M.; Suh, A. Y. Fluorescence Probes in Biochemistry: An Examination of the Non-Fluorescent Behavior of Dansylamide by Photoacoustic Calorimetry. *Analytical Biochem.* **1992**, *207*, 214-226.

11. Hemmerich, S.; Bertozzi, C. R.; Leffler, H.; Rosen, S. D. Identification of the Sulfated Monosaccharides of GlyCAM-1, an Endothelial-Derived Ligand for L-Selectin. *Biochemistry* **1994**, *33*, 4820-4829.

12. Rosen, S. D.; Bertozzi, C. R. The Selectins and Their Ligands. *Curr. Opin. Cell Biol.* **1994**, *6*, 663-673.

13. Manning, D. D.; Bertozzi, C. R.; Pohl, N. L.; Rosen, S. D.; Kiessling, L. L. Selectin-Saccharide Interactions: Revealing Structure-Activity Relationships with Total Synthesis. *J. Org. Chem.* **1995**, *60*, 6254-6255.

14. Bertozzi, C. R.; Fukuda, S.; Rosen, S. D. Sulfated Disaccharide Inhibitors of L-selectin: Deriving Structural Leads from a Physiological Selectin Ligand. *Biochemistry* **1995**, *34*, 14271-14278.

15. Bertozzi, C. R. Cracking the Carbohydrate Code for Selectin Recognition. *Chem. Biol.* **1995**, *2*, 703-708.

16. Bertozzi, C. R.; Bednarski, M. D. "Synthesis of *C*-Glycosides: Stable Mimics of *O*-Glycosidic Linkages" in *Modern Methods in Carbohydrate Synthesis*. (1996) Harwood Academic Publishers, Gmbh, pp 316-351.

17. Kobertz, W. R.; Bertozzi, C. R.; Bednarski, M. D. *C*-Glycosyl Aldehydes: Synthons for *C*-linked Disaccharides. *J. Org. Chem.* **1996**, *61*, 1894-1897.

18. Rosen, S. D.; Bertozzi, C. R. Leukocyte Adhesion: Two Selectins Converge on Sulphate. *Current Biol.* **1996**, *6*, 261-264.

19. Manning, D. D.; Bertozzi, C. R.; Rosen, S. D.; Kiessling, L. L. Tin Mediated Phosphorylation:  Synthesis and Selectin Binding of a Phospho Lewis a Analog. *Tetrahedron Lett.* **1996**, *37*, 1953-1956.

20. Roe, B. A.; Boojamra, D. G.; Griggs, J.; Bertozzi, C. R. Synthesis of β-*C*-Glycosides of *N*-acetylglucosamine via Keck Allylation Directed by Neighboring Phthalimide Groups. *J. Org. Chem.* **1996**, *61*, 6442-6445.

21. Sanders, W. J.; Katsumoto, T. R.; Bertozzi, C. R.; Rosen, S. D.; Kiessling, L. L.  L-Selectin-Carbohydrate Interactions: An Investigation into the Relevant Modifications of the Lewis x Trisaccharide. *Biochemistry* **1996**, *35*, 14862-14867.

22. Bertozzi, C. R.; Singer, M. S.; Rosen, S. D. An ELISA for Selectin Inhibitors Based on Binding to a Physiological Ligand. *J. Immunol. Meth.* **1997**, *203*, 157-165.

3

23.   Mahal, L. K.; Yarema, K. J.; Bertozzi, C. R. Engineering Chemical Reactivity on Cell Surfaces Through Oligosaccharide Biosynthesis. *Science* **1997**, *276*, 1125-1128.

24.   Mahal, L. K.; Bertozzi, C. R.  Engineered Cell Surfaces:  Fertile Ground for Molecular Landscaping. *Chem. Biol.* **1997**, *4*, 415-422.

25.   Rodriguez, E. C.; Winans, K. A.; King, D. S.; Bertozzi, C. R. A Strategy for the Chemoselective Synthesis of O-Linked Glycopeptides with Native Sugar-Peptide Linkages. *J. Am. Chem. Soc.* **1997**, *119*, 9905-9906.

26.   Yarema, K. J.; Bertozzi, C. R. Chemical Approaches to Glycobiology and Emerging Carbohydrate-Based Therapeutic Agents. *Curr. Opin. Chem. Biol.* **1998**, *2*, 49-61.

27.   Lemieux, G. A. ; Bertozzi, C. R. Chemoselective Ligation Reactions with Proteins, Oligosaccharides and Cells. *Trends Biotech.* **1998**, *16*, 506-513.

28.   Bowman, K. G.; Hemmerich, S.; Bhakta, S.; Singer, M. S.; Rosen, S. D.; Bertozzi, C. R. Identification of an *N*-Acetylglucosamine-6-O-Sulfotransferase Activity Restricted to Lymphoid Tissue: An Enzyme with a Possible Role in Lymphocyte Homing. *Chem. Biol.* **1998**, *5*, 447-460.

29.   Marcaurelle, L. A.; Bertozzi, C. R. Direct Incorporation of Unprotected Ketone Groups into Peptides During Solid-Phase Synthesis: Application to the One-Step Synthesis of Peptides with Two Different Biophysical Probes. *Tetrahedron Lett.* **1998**, *39*, 7279-7282.

30.   Rodriguez, E. C.; Marcaurelle, L. A.; Bertozzi, C. R. Aminooxy, Hydrazide and Thiosemicarbazide-Functionalized Saccharides: Versatile Reagents for Glycoconjugate Synthesis. *J. Org. Chem.* **1998**, *63*, 7134-7135.

31.   Marcaurelle, L. A.; Rodriguez, E. C.; Bertozzi, C. R. Synthesis of an Oxime-Linked Neoglycopeptide with Glycosylation-Dependent Activity Similar to its Native Counterpart. *Tetrahedron Lett.* **1998**, *39*, 8417-8420.

32.   Yarema, K. J.; Mahal, L. K.; Bruehl, R.; Rodriguez, E. C.; Bertozzi, C. R. Metabolic Delivery of Ketone Groups to Sialic Acid Residues. Application to Cell Surface Glycoform Engineering. *J. Biol. Chem.* **1998**, *273*, 31168-31179.

33.   Winans, K. A.; Bertozzi, C. R. Inner Space Exploration: The Chemical Biologist's Guide to the Cell. *Chem. Biol.* **1998**, *5*, R313-R315.

34.   Bowman, K. G.; Bertozzi, C. R. Carbohydrate Sulfotransferases: Mediators of Extracellular Communication. *Chemistry & Biology* **1999**, *6*, R9-R22.

35.   Chen, Q.; Zhang, D.; Somorjai, G.; Bertozzi, C. R. Probing the Surface Structural Rearrangement of Hydrogels by Sum-Frequency Generation Spectroscopy.  *J. Am. Chem. Soc.* **1999**, *121*, 446-447.

36.   Marcaurelle, L. A.; Bertozzi, C. R. New Directions in the Synthesis of Glycopeptide Mimetics. *Chem. Eur. J.* **1999**, *5*, 1384-1390.

37. Lemieux, G. A.; Yarema, K. J.; Jacobs, C. L.; Bertozzi, C. R. Exploiting Differences in Sialoside Expression for Selective Targeting of MRI Contrast Reagents. *J. Am. Chem. Soc.* **1999**, *121*, 4278-4279.

38. Lee, J. H.; Baker, T. J.; Mahal, L. K.; Zabner, J.; Bertozzi, C. R.; Wiemer, D. F.; Welsh, M. J. Engineering Novel Cell Surface Receptors for Virus-Mediated Gene Transfer. *J. Biol. Chem.* **1999**, *274*, 21878-21884.

39. Winans, K. A.; King, D. A.; Rao, V.; Bertozzi, C. R. A Chemically Synthesized Version of the Antibacterial Glycopeptide, Diptericin, Disrupts Bacterial Membrane Integrity. *Biochemistry* **1999**, *38*, 11700-11710.

40. Mahal, L. K.; Yarema, K. J.; Lemieux, G. A.; Bertozzi, C. R. Chemical Approaches to Glycobiology: Engineering Cell Surface Sialic Acids for Tumor Targeting, in *Sialobiology and Other Novel Forms of Glycosylation*, Inoue, Y.; Lee, Y. C.; Troy, F. A., III, eds. Gakushin Publishing Company: Osaka, **1999**, pp. 237-280.

41. Shin, Y.; Winans, K. A.; Backes, B. J.; Kent, S. B. H.; Ellman, J. A.; Bertozzi, C. R. Fmoc-Based Synthesis of Peptide-αThioesters: Application to the Total Chemical Synthesis of a Glycoprotein by Native Chemical Ligation. *J. Am. Chem. Soc.* **1999**, *121*, 11684-11689.

42. Kehoe, J. W.; Bertozzi, C. R. Tyrosine Sulfation: A Modulator of Extracellular Protein-Protein Interactions. *Chemistry & Biology*, **2000**, *7*, R57-R61.

43. Armstrong, J. I.; Portley, A. R.; Chang, Y.-T.; Nierengarten, D. M.; Cook, B. N.; Bowman, K. G.; Bishop, A.; Gray, N. S.; Shokat, K. M.; Schultz, P. G.; Bertozzi, C. R. Discovery of Carbohydrate Sulfotransferase Inhibitors from a Kinase-Directed Library. *Angew. Chem. Int. Ed. Engl.* **2000**, *39*, 1303-1306.

44. Saxon, E.; Bertozzi, C. R. Cell Surface Engineering by a Modified Staudinger Reaction. *Science* **2000**, *287*, 2007-2010.

45. Saxon, E.; Armstrong, J. I.; Bertozzi, C. R. A "Traceless" Staudinger Ligation for the Chemoselective Synthesis of Amide Bonds. *Org. Lett.* **2000**, *2*, 2141-2143.

46. Jacobs, C. J.; Yarema, K. J.; Mahal, L. K.; Nauman, D. A.; Charters, N.; Bertozzi, C. R. Metabolic Labeling of Glycoproteins with Chemical Tags through Unnatural Sialic Acid Biosynthesis. *Meth. Enzymol.* **2000**, *327*, 260-275.

47. Charter, N. W.; Mahal, L. K.; Koshland, D. E., Jr.; Bertozzi, C. R. Biosynthetic Incorporation of Unnatural Sialic Acids into Polysialic Acid on Neural Cells. *Glycobiology*, **2000**, *10*, 1-8.

48. Armstrong, J. I.; Bertozzi, C. R. Sulfotransferases as Targets for Therapeutic Intervention. *Curr. Opin. Drug Disc. Dev.* **2000**, *3*, 502-515.

49. Cook, B. N.; Bhakta, S.; Biegel, T.; Bowman, K. G.; Armstrong, J. I.; Hemmerich, S.; Bertozzi, C. R. Differential Carbohydrate Recognition of Two GlcNAc-6-

Sulfotransferases with Possible Roles in L-Selectin Ligand Biosynthesis. *J. Am. Chem. Soc.* **2000**, *122*, 8612-8622.

50. Macmillan, D.; Bertozzi, C. R.  New Directions in Glycoprotein Engineering. *Tetrahedron* **2000**, *56*, 9515-9525.

51. Bhakta, S.; Bartes, A.; Bowman, K. G.; Kao, W.-M.; Polsky, I.; Lee, J. K.; Cook, B. N.; Bruehl, R.; Rosen, S. D.; Bertozzi, C. R.; Hemmerich, S.  Sulfation of *N*-Acetylglucosamine by Chondroitin 6-Sulfotransferase 2 (GST5). *J. Biol. Chem.* **2000**, *275*, 40226-40234.

52. Bruehl, R. E.; Bertozzi, C. R.; Rosen, S. D.  Minimal sulfated carbohydrates for recognition by L-selectin and the MECA-79 antibody. *J. Biol. Chem*. **2000**, *275*, 32642-32648.

53. Bowman, K. G.; Cook, B. N.; de Graffenried, C. L.; Bertozzi, C. R.  Biosynthesis of L-selectin Ligands: Sulfation of Sialyl Lewis x-Related Oligosaccharides by a Family of GlcNAc-6-Sulfotransferases. *Biochemistry* **2001**, *40*, 5382-5391.

54. Hang, H. C., Bertozzi, C. R.  Ketone Isosteres of 2-*N*-Acetamido Sugars as Substrates for Metabolic Cell Surface Engineering. *J. Am. Chem. Soc.* **2001**, *123*, 1242-1243.

55. Marcaurelle, L. A.; Mizoue, L. S.; Wilken, J.; Oldham, L.; Kent, S. B. H.; Handel, T. M.; Bertozzi, C. R.  Chemical Synthesis of Lymphotactin, a Glycosylated Chemokine with a C-terminal Mucin-like Domain.  *Chem. Eur. J.* **2001**, *7*, 1129-1132.

56. Marcaurelle, L. A.; Bertozzi, C. R. Chemoselective Elaboration of *O*-Linked Glycopeptide Mimetics by Alkylation of 3-ThioGalNAc. *J. Am. Chem. Soc.* **2001**, *123*, 1587-1595.

57. Bertozzi, C. R.; Kiessling, L. L. Chemical Glycobiology. *Science* **2001**, *291*, 2357-2364.

58. Lemieux, G. A.; Bertozzi, C. R. Modulating Cell Surface Immunoreactivity by Metabolic Induction of Unnatural Carbohydrate Antigens. *Chem. Biol*. **2001**, *8*, 265-275.

59. Yarema, K. J.; Bertozzi, C. R. Characterizing Glycosylation Pathways. *Genome Biology* **2001**, *2*, 0004.1-0004.10.

60. Yarema, K. J.; Goon, S.; Bertozzi, C. R. Metabolic Selection of Glycosylation Defects in Human Cells. *Nature Biotechnol.* **2001**, *19*, 553-558.

61. Groves, J. T.; Mahal, L. K.; Bertozzi, C. R. Control of Cell Adhesion and Growth with Micropatterned Supported Lipid Membranes. *Langmuir* **2001**, *17*, 5129-5133.

62. Hang, H. C.; Bertozzi, C. R. Chemoselective Approaches to Glycoprotein Engineering. *Accounts Chem. Res*. **2001**, *34*, 727-736.

63. Verdugo, D. E.; Cancilla, M. T.; Ge, X.; Gray, N. S.; Chang, Y.-T.; Schultz, P. G.; Negishi, M.; Leary, J. A.; Bertozzi, C. R. Discovery of Estrogen Sulfotransferase Inhibitors from a Purine Library Screen. *J. Med. Chem.*, **2001**, *44*, 2683-2686.

64.    Armstrong, J. I.; Ge, X.; Verdugo, D. E.; Winans, K. A.; Leary, J. A.; Bertozzi, C. R. A Library Approach to the Generation of Bisubstrate Analog Sulfotransferase Inhibitors. *Org. Lett.* **2001**, *3*, 2657-2660.

65.    Bruehl, R. E.; Dasgupta, F.; Katsumoto, T. R.; Tan, J. H.; Bertozzi, C. R.; Spevak, W.; Ahn, D. J.; Rosen, S. D.; Nagy, J. O. Polymerized Liposome Assemblies: Bifunctional Macromolecular Selectin Inhibitors Mimicking Physiological Selectin Ligands. *Biochemistry* **2001**, *40*, 5964-5974.

66.    Schilling, B.; Goon, S.; Samuels, N. M.; Gaucher, S. P.; Leary, J. A.; Bertozzi, C. R.; Gibson, B. W. Biosynthesis of Sialylated Lipooligosaccharides in *Haemophilus ducreyi* is Dependent on Exogenous Sialic Acid and not Mannosamine. *Biochemistry* **2001**, *40*, 12666-12677.

67.    Saxon, E.; Bertozzi, C. R. Chemical and Biological Strategies for Engineering Cell Surface Glycosylation. *Ann. Rev. Cell Dev. Biol.* **2001**, *17*, 1-23.

68.    Jacobs, C. L.; Goon, S.; Yarema, K. J.; Hinderlich, S.; Hang, H. C.; Chai, D. H.; Bertozzi, C. R. Substrate Specificity of the Sialic Acid Biosynthetic Pathway. *Biochemistry* **2001**, *40*, 12864-12874.

69.    Mahal, L. K.; Charter, N. W.; Angata, K.; Fukuda, M.; Koshland, D. E., Jr.; Bertozzi, C. R. A Small Molecule Modulator of Poly-$\alpha$2,8-Sialic Acid Expression on Cultured Neurons and Tumor Cells. *Science* **2001**, *294*, 380-382.

70.    Marcaurelle, L. A.; Shin, Y.; Goon, S.; Bertozzi, C. R. Synthesis of Oxime-linked Mucin Mimics Containing the Tumor-related $T_N$ and Sialyl $T_N$ Antigens. *Org. Lett.* **2001**, *3*, 3691-3694.

71.    Sampson, N. S.; Mrksich, M.; Bertozzi, C. R. Surface Molecular Recognition. *Proc. Natl. Acad. Sci. U.S.A* **2001**, *98*, 12870-12871.

72.    Nauman, D. A.; Bertozzi, C. R. Determination of Kinetic Parameters for Chemoselective Reaction with Cell-Surface Ketones: A Mathematical Model for Small-Molecule Drug Delivery. *Biochim. Biophys. Acta.* **2001**, *1568*, 147-154.

73.    Kehoe, J. W.; Maly, D. J.; Verdugo, D. E.; Armstrong, J. I.; Cook, B. N.; Ouyang, Y.-B.; Moore, K. L.; Ellman, J. E.; Bertozzi, C. R.  Tyrosylprotein Sulfotransferase Inhibitors Generated by Combinatorial Target-Guided Ligand Assembly.  *Bioorg. Med. Chem. Lett.* **2002**, *12*, 329-332.

74.    Marcaurelle, L. A.; Bertozzi, C. R. Recent Advances in the Chemical Synthesis of Mucin-Type Glycoproteins. *Glycobiology* **2002**, *12*, R69-R77.

75.    Cook, B. N.; Bertozzi, C. R. Chemical Approaches to the Investigation of Cellular Systems. *Bioorg. Med. Chem.* **2002**, *10*, 829-840.

76.    Kiick, K. L.; Saxon, E.; Tirrell, D. A.; Bertozzi, C. R. Incorporation of Azides into Recombinant Proteins for Chemoselective Modification by the Staudinger Ligation. *Proc. Natl. Acad. Sci. U.S.A.* **2002**, *99*, 19-24.

7

77.  Winans, K. A.; Bertozzi, C. R. An Inhibitor of the Human UDP-GlcNAc 4-Epimerase Identified from a Uridine-Based Library: A Strategy to Inhibit *O*-Linked Glycosylation. *Chem. Biol*. **2002**, *9*, 113-129.

78.  Charter, N; Mahal, L. K.; Koshland, D. E., Jr.; Bertozzi, C. R. Differential Effects of Unnatural Sialic Acids on the Polysialylation of NCAM and Neuronal Behavior. *J. Biol. Chem*. **2002**, *277*, 9255-9261.

79.  Conrad, R. M.; Grogan, M. J.; Bertozzi, C. R. Stereoselective Synthesis of myo-Inositol via Ring-Closing Metathesis: A Building Block for Glycosylphosphatidylinositol (GPI) Anchor Synthesis. *Org. Lett*. **2002**, *4*, 1359-1361.

80.  Grogan, M. J.; Pratt, M. R.; Marcaurelle, L. A.; Bertozzi, C. R. Homogeneous Glycopeptides and Glycoproteins for Biological Investigation. *Annu. Rev. Biochem*. **2002**, *71*, 593-634.

81.  Verdugo, D. E.; Bertozzi, C. R. A 96-Well Dot-Blot Assay for Carbohydrate Sulfotransferases. *Anal. Biochem*. **2002**, *307*, 330-336.

82.  Williams, S. J.; Senaratne, R. H.; Mougous, J. D.; Riley, L. W.; Bertozzi, C. R. 5'-Adenosinephosphosulfate Lies at a Metabolic Branchpoint in Mycobacteria. *J. Biol. Chem*. **2002**, *277*, 32606-32615.

83.  Mougous, J. D.; Green, R. E.; Williams, S. J.; Brenner, S. E.; Bertozzi, C. R. Sulfotransferases and Sulfatases in Mycobacteria. *Chem. Biol*. **2002**, *9*, 767-776.

84.  Pi, N.; Armstrong, J. I.; Bertozzi, C. R.; Leary, J. A. Kinetic Analysis of NodST Sulfotransferase Using an Electrospray Ionization Mass Spectrometry Assay. *Biochemistry* **2002**, 41, 13283-13288.

85.  Parak, W. J.; Gerion, D.; Zanchet, D.; Woerz, A. S.; Pellegrino, R.; Micheel, C.; Williams, S. C.; Seitz, M.; Bruehl, R. E.; Bryant, Z.; Bustamante, C.; Bertozzi, C. R.; Alivisatos, A. P. Conjugation of DNA to Silanized Colloidal Semiconductor Nanocrystalline Quantum Dots. *Chem. Mater*. **2002**, *14*, 2113 – 2119.

86.  Grunwell, J. R.; Bertozzi, C. R. Golgi-resident Carbohydrate Sulfotransferases of the GalNAc/Gal/GlcNAc6ST Family.  *Biochemistry* **2002**, *41*, 13117-13126.

87.  Grunwell, J. R.; Rath, V. L.; Rasmussen, J.; Cabrilo, Z.; Bertozzi, C. R. Characterization and Mutagenesis of Gal/GlcNAc-6-*O*-sulfotransferases. *Biochemistry* **2002**, *41*, 15590-15600.

88.  Saxon, E.; Luchansky, S. J.; Hang, H. C.; Yu, C.; Lee, S. C.; Bertozzi, C. R. Investigating Cellular Metabolism of Synthetic Azidosugars Using the Staudinger Ligation. *J. Am. Chem. Soc*. **2002**, *124*, 14893-14902.

89.  Mougous, J. D.; Leavell, M. D.; Senaratne, R. H.; Leigh, C. D.; Williams, S. J.; Riley, L. W.; Leary, J. A.; Bertozzi, C. R. Discovery of Sulfated Metabolites in Mycobacteria With a

Genetic and Mass Spectrometric Approach. *Proc. Natl. Acad. Sci. U.S.A.* **2002**, *99*, 17037-17042.

90.  Armstrong, J. I.; Verdugo, D. E.; Bertozzi, C. R. Synthesis of a Bisubstrate Analog Targeting Estrogen Sulfotransferase. *J. Org. Chem.* **2003**, *68*, 170-173.

91.  Scherman, M. S.; Winans, K. A.; Stern, R. J.; Jones, V.; Bertozzi, C. R.; McNeil, M. R. Drug Targeting *M. tuberculosis* Cell Wall Synthesis: Development of a Microtiter Plate-Based Screen for UDP-galactopyranose Mutase and Identification of an Inhibitor from a Uridine-Based Library. *Antimicrobial Agents and Chemotherapy* **2003**, *47*, 378-382.

92.  Luchansky, S. J.; Hang, H. C.; Saxon, E.; Grunwell, J. R.; Yu, C.; Dube, D. H.; Bertozzi, C. R. Constructing Azide-Labeled Cell Surfaces Using Polysaccharide Biosynthetic Pathways. *Meth. Enzymol.* **2003**, 362, 249-272.

93.  Marcaurelle, L. A.; Pratt, M. R.; Bertozzi, C. R. Synthesis of Thioether-Linked analogs of the 2,3-STF and MECA-79 Antigens: Mucin-Type Glycopeptides Associated with Cancer and Inflammation. *ChemBioChem*. **2003**, *No. 2-3*, 224-228.

94.  Song, J.; Saiz, E.; Bertozzi, C. R. A New Approach to Mineralization of Biocompatible Hydrogel Scaffolds: An Efficient Process Toward 3-Dimensional Bonelike Composites. *J. Am. Chem. Soc.* **2003**, *125*, 1236-1243.

95.  Luchansky, S. J.; Yarema, K. J.; Bertozzi, C. R. GlcNAc 2-Epimerase Can Serve a Catabolic Role in Sialic Acid Metabolism. *J. Biol. Chem.* **2003**, *278*, 8035-8042.

96.  Lemieux, G. A.; de Graffenried, C. L.; Bertozzi, C. R. A Fluorogenic Dye Activated by the Staudinger Ligation. *J. Am. Chem. Soc.* **2003**, *128*, 4708-4709.

97.  Goon, S.; Schilling, B.; Tullius, M. V.; Gibson, B. W.; Bertozzi, C. R. Metabolic Incorporation of Unnatural Sialic Acids into *Haemophilus ducreyi* Lipooligosaccharides. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100*, 3089-3094.

98.  Pratt, M. R.; Bertozzi, C. R. Chemoselective Ligation Applied to the Synthesis of a Biantennary *N*-Linked Glycoform of CD52. *J. Am. Chem. Soc.* **2003**, *125*, 6149-6159.

99.  Converse, S. E.; Mougous, J. M.; Leavell, M. D.; Leary, J. A.; Bertozzi, C. R.; Cox, J. S. MmpL8 is Required for Sulfolipid Biosynthesis and *M. tuberculosis* Virulence. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100*, 6121-6126.

100.  Vocadlo, D. J.; Hang, H. C.; Kim, E. J.; Hanover, J. A.; Bertozzi, C. R. A Chemical Approach for Identifying *O*-GlcNAc Modified Proteins in Cells. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100*, 9116-9121.

101.  Song, J.; Saiz, E.; Bertozzi, C. R. Preparation of pHEMA-CP Composites with High Interfacial Adhesion via Template-Driven Mineralization. *J. Eur. Ceramic Soc.* **2003**, *23*, 2905-2919.

102. de Graffenried, C. L.; Bertozzi, C. R. Golgi Localization of Carbohydrate Sulfotransferases is a Determinant of L-Selectin Ligand Biosynthesis. *J. Biol. Chem.* **2003**, *278*, 40282-40295.

103. Pratt, M. R.; Leigh, C. D.; Bertozzi, C. R. Synthesis of 1,1-α,α Glycosidic Bonds by Intramolecular Aglycone Delivery: Application to the Total Synthesis of Trehalose. *Org. Lett.* **2003**, *5*, 3185-3188.

104. Wojczyk, B. S.; Stwora-Wojczyk, M. M.; Hagen, F. K.; Striepen, B.; Hang, H. C.; Bertozzi, C. R.; Roos, D. S.; Spitalnik, S. L. cDNA Cloning and Expression of UDP-*N*-acetyl-D-galactosamine:Polypeptide *N*-Acetylgalactosaminyltransferase T1 from *Toxoplasma gondii*. *Mol. Biochem. Parasitol.*, **2003**, *131*, 93-107.

105. Dube, D. H.; Bertozzi, C. R. Metabolic Oligosaccharide Engineering as a Tool for Glycobiology. *Curr. Opin. Chem. Biol.* **2003**, *7*, 616-625.

106. Verdugo, D. E.; Pedersen, L. C.; Bertozzi, C. R. Small Molecule Inhibitors of the Sulfotransferases, in *Carbohydrate-Based Drug Discovery*, Wong, C.-H., Ed. Wiley-VCH, 2003. pp 781-797.

107. Kohler, J. J.; Bertozzi, C. R. Regulating Cell Surface Glycosylation by Small Molecule Control of Enzyme Localization. *Chem. Biol.* **2003**, *10*, 1303-1311.

108. Hang, H. C.; Yu, C.; Kato, D. L.; Bertozzi, C. R. A Metabolic Labeling Approach Towards Proteomic Analysis of Mucin-type *O*-Linked Glycosylation. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100*, 14846-14851.

109. Hang, H. C.; Yu, C.; Pratt, M. R.; Bertozzi, C. R. Probing Glycosyltransferase Activities with the Staudinger Ligation. *J. Am. Chem. Soc.* **2004**, *126*, 6-7.

110. Luchansky, S. J.; Goon, S.; Bertozzi, C. R. Expanding the Diversity of Unnatural Cell Surface Sialic Acids. *ChemBioChem* **2004**, *5*, 371-374.

111. Grossman, H. L.; Myers, W. R.; Vreeland, V. J.; Bruehl, R.; Alper, M. D.; Bertozzi, C. R.; Clarke, J. Detection of Bacteria in Suspension by Using a Superconducting Quantum Interference Device. *Proc. Natl. Acad. Sci. U.S.A.* **2004**, *101*, 129-134.

112. Hang, H. C.; Yu, C.; Ten Hagen, K. G.; Tian, E.; Winans, K. A.; Tabak, L. A.; Bertozzi, C. R. Small Molecule Inhibitors of Mucin-type *O*-Linked Glycosylation from a Uridine-based Library. *Chem. Biol.* **2004**, *11*, 337-345.

113. Macmillan, D.; Bertozzi, C. R. Modular Assembly of Glycoproteins: Toward the Synthesis of GlyCAM-1 by Using Expressed Protein Ligation. *Angew. Chem. Int. Ed.* **2004**, *43*, 1355-1359.

114. Klapperich, C. M.; Bertozzi, C. R. Global Gene Expression Patterns of Cells Attached to a Tissue Engineering Scaffold. *Biomaterials* **2004**, *25*, 5631-5641.

115. Pratt, M. R.; Hang, H. C.; Ten Hagen, K. G.; Rarick, J.; Gerken, T. A.; Tabak, L. A.; Bertozzi, C. R. Deconvoluting the Functions of Polypeptide *N*-α-

10

Acetylgalactosaminyltransferase (ppGalNAcT) Family Members by Glycopeptide Substrate Profiling. *Chem. Biol.* **2004**, *11*, 1009-1016.

116. Pratt, M. R.; Bertozzi, C. R. Syntheses of 6-Sulfo Sialyl Lewis X Glycans Corresponding to the L-Selectin Ligand "Sulfoadhesin". *Org. Lett.* **2004**, *6*, 345-2348.

117. Woodruff, P. J.; Carlson, B. L.; Siridechadilok, B.; Pratt, M. R.; Mougous, J. D.; Senaratne, R.; Riley, L. W.; Williams, S. J.; Bertozzi, C. R.  Trehalose is Required for Growth of *Mycobacterium smegmatis.  J. Biol. Chem.* **2004**, *279*, 28835-28843.

118. Mougous, J. D.; Petzold, C. J.; Senaratne, R. H.; Lee, D. H.; Akey, D. L.; Lin, F. L.; Munchel, S. E.; Pratt, M. R.; Riley, L. W.; Leary, J. A.; Berger, J. M.; Bertozzi, C. R. Identification, Function and Structure of the Mycobacterial Sulfotransferase that Initiates Sulfolipid-1 Biosynthesis. *Nature Struct. Mol. Biol.* **2004**, 11, 721-729.

119. Song, J.; Cisar, J. S.; Bertozzi, C. R. Functional Self-Assembling Bolaamphiphilic Polydiacetylenes as Colorimetric Sensor Scaffolds. *J. Am. Chem. Soc.* **2004**, *126*, 8459-8465.

120. de Graffenried, C. L.; Bertozzi, C. R. The Roles of Enzyme Localisation and Complex Formation in Glycan Assembly within the Golgi Apparatus. *Curr. Opin. Cell Biol.* **2004**, *16*, 356-363.

121. Song, J.; Chen, J.; Klapperich, C. M.; Eng, V.; Bertozzi, C. R. Functionalized Glass Slides for in vitro Evaluation of Interactions Between Osteosarcoma TE85 Cells and Mineral-Binding Ligands.  *J. Mat. Chem.* **2004**, *14*, 2643-2648.

122. de Graffenried, C. L.; Bertozzi, C. R. The Stem Region of the Sulfotransferase GlcNAc6ST-1 is a Determinant of Substrate Specificity.  *J. Biol. Chem*. **2004**, *279*, 40035-40043.

123. de Graffenried, C. L.; Laughlin, S. T.; Kohler, J. J.; Bertozzi, C. R. A Small-Molecule Switch for Golgi Sulfotransferases.  *Proc. Natl. Acad. Sci. U.S.A.* **2004**, *101*, 16715-16720.

124. Kohler, J. J.; Czlapinski, J. L.; Laughlin, S. T.; Schelle, M. W.; de Graffenried, C. L.; Bertozzi, C. R. Directing Flux in Glycan Biosynthetic Pathways with a Small Molecule Switch. *ChemBioChem* **2004**, *5*, 1455-1458.

125. Luchansky, S. J.; Bertozzi, C. R. Azido Sialic Acids can Modulate Cell Surface Interactions. *ChemBioChem* **2004**, *5*, 1706-1709.

126. Prescher, J. A.; Dube, D. H.; Bertozzi, C. R. Chemical Remodelling of Cell Surfaces in Living Animals. *Nature* **2004**, *430*, 873-877.

127. Luchansky, S. J.; Argade, S.; Hayes, B. K.; Bertozzi, C. R. Metabolic Functionalization of Recombinant Glycoproteins. *Biochemistry* **2004**, *43*, 12358-12366.

128. Chen, X.; Lee, G. S.; Zettl, A.; Bertozzi, C. R. Biomimetic Engineering of Carbon Nanotubes By Using Cell Surface Mimics.  *Angew. Chem. Int. Ed.* **2004**, *43*, 6112-6116.

129. Song, J.; Bertozzi, C. R. Functional Polymers for Bone Tissue Engineering Applications, In *Handbook of Nanostructured Materials and Their Applications in Nanobiotechnology*, H. S. Nalwa, Editor. American Scientific Publishers, 2005. Vol 1, pp 1-22.

130. Agard, N. J.; Prescher, J. A.; Bertozzi, C. R. A Strain-Promoted [3+2] Azide-Alkyne Cycloaddition for Covalent Modification of Biomolecules in Living Systems. *J. Am. Chem. Soc.* **2004**, *126*, 15046-15047.

131. Tian, E.; Ten Hagen, K. G.; Shum, L.; Hang, H. C.; Imbert, Y.; Young, W. W., Jr.; Bertozzi, C. R.; Tabak, L. A. An Inhibitor of *O*-Glycosylation Induces Apoptosis in NIH3T3 Cells and Developing Mouse Embryonic Mandibular Tissues. *J. Biol. Chem.* **2004**, *279*, 50382-50390.

132. Vocadlo, D. J.; Bertozzi, C. R. A Strategy for Functional Proteomic Analysis of Glycosidase Activity from Cell Lysates. *Angew. Chem. Int. Ed.* **2004**, *43*, 5338-5342.

133. Samuel, J.; Bertozzi, C. R. Chemical Tools for the Study of Polysialic Acid. *Trends in Glycoscience* **2004**, *91*, 305-318.

134. Pratt, M. R.; Bertozzi, C. R. Synthetic Glycopeptides and Glycoproteins as Tools for Biology and as Therapeutic Agents. *Chem. Soc. Rev.* **2005**, *34,* 58-68.

135. Lin, F., Hoyt, H. M.; van Halbeek, H.; Bergman, R. G.; Bertozzi, C. R. Mechanistic Investigation of the Staudinger Ligation. *J. Am. Chem. Soc.* **2005**, *127*, 2686-2695.

136. Song, J.; Malathong, V.; Bertozzi, C. R. Mineralization of Synthetic Polymer Scaffolds: A Bottom-up Approach for the Development of Artificial Bone. *J. Am. Chem. Soc.* **2005**, *127*, 3366-3372.

137. Pi, N.; Hoang, M. B.; Gao, H.; Mougous, J. D.; Bertozzi, C. R.; Leary, J. A. Kinetic Measurements and Mechanism Determination of Stf0 Sulfotransferase Using Mass Spectrometry. *Anal. Biochem.* **2005**, *341*, 94-104.

138. Saad, O. M.; Ebel, H.; Uchimura, K.; Rosen, S. D.; Bertozzi, C. R.; Leary, J. A. Compositional Profiling of Heparin/Heparan Sulfate Using Mass Spectrometry: Assay for Specificity of a Novel Extracellular Human Endosulfatase. *Glycobiology* **2005**, *15*, 818-826.

139. Dube, D. H.; Bertozzi, C. R. Glycans in Cancer and Inflammation – Potential for Therapeutics and Diagnostics. *Nature Rev. Drug Disc.* **2005**, *4*, 477-88.

140. Prescher, J. A.; Bertozzi, C. R. Chemistry in Living Systems. *Nature Chem. Biol.* **2005**, *1*, 13-21.

141. Grogan, M. J.; Kaizuka, Y.; Conrad, R. M.; Groves, J. T.; Bertozzi, C. R. Synthesis of Lipidated Green Fluorescent Protein and its Incorporation in Supported Lipid Bilayers. *J. Am. Chem. Soc.*, **2005**, *127,* 14383-14387.

142. Carroll, K. S.; Gao, H.; Chen, H.; Stout, C. D.; Leary, J. A.; Bertozzi, C. R. A Conserved Mechanism for Sulfonucleotide Reduction. *PloS Biology* **2005**, *3 (8),* e250.

143. Hang, H. C.; Bertozzi, C. R. The Chemistry and Biology of Mucin-Type O-Linked Glycosylation. *Bioorg. Med. Chem.* **2005**, *13*, 5021-5034.

144. Tomsia, A. P.; Saiz, E.; Song, J.; Bertozzi, C. R. Biomimetic Bonelike Composites and Novel Bioactive Glass Coatings. *Adv. Eng. Mater.* **2005**, *7*, 999-1004.

145. Chandra, R. A.; Douglas, E. S.; Mathies, R. A.; Bertozzi, C. R.; Francis, M. B. Programmable Cell Adhesion Encoded by DNA Hybridization. *Angew. Chem. Int. Ed.* **2006**, *45*, 896-901.

146. Carroll, K. S.; Gao, H.; Chen, H.; Leary, J. A.; Bertozzi, C. R. Investigation of the Iron-Sulfur Cluster in Mycobacterium tuberculosis APS Reductase: Implications for Substrate Binding and Catalysis. *Biochemistry* **2005**, *44*, 14647-14657.

147. Mougous, J. D.; Lee, D. H.; Hubbard, S. C.; Schelle, M. W.; Vocadlo, D. J.; Berger, J. M.; Bertozzi, C. R. Molecular Basis for G protein Control of ATP Sulfurylase in Bacteria. *Molecular Cell* **2006**, *21*, 109-122.

148. Rush, J. S.; Bertozzi, C. R. An α-formylglycine building block for Fmoc-based solid phase peptide synthesis. *Org. Lett.* **2006**, *8*, 131-134.

149. Mougous, J. D.; Senaratne, R. H.; Petzold, C. J.; Jain, M.; Lee, D. H.; Schelle, M. W.; Leavell, M. D.; Cox, J. S.; Leary, J. A.; Riley, L. W.; Bertozzi, C. R. A Novel Sulfated Metabolite Produced by *stf3* Negatively Regulates the Virulence of *Mycobacterium tuberculosis*. *Proc. Natl. Acad. Sci. U.S.A.* **2006**, *103*, 4258-63.

150. Senaratne, R. H.; DeSilva, D.; Williams, S. J.; Mougous, J. D.; Zhang, T.; Chan, S.; Sidders, B.; Chan, J.; Bertozzi, C. R.; W. Riley, L. W. 5'-Adenosinephosphosulfate Reductase (CysH) Protects Mycobacterium tuberculosis Against Reactive Nitrogen and Oxygen Species and Adaptive Immunity. *Mol. Microbiol.* **2006**, *59*, 1744-53.

151. Juan Perez-Vilar, Raean Mabolo, Cheryl T. McVaugh, Carolyn R. Bertozzi, and Richard C. Boucher. Mucin Granule Intraluminal Organization in Living Mucous/Goblet Cells. Roles of Protein Post-translational Modifications and Secretion. *J. Biol. Chem.* **2006**, *281*, 4844-55.

152. Dube, D. H.; Prescher, J. A.; Quang, C. N.; Bertozzi, C. R. Probing Mucin-type O-linked Glycosylation in Living Animals. *Proc. Natl. Acad. Sci. U.S.A.* **2006**, *103*, 4819-24.

153. Chen, X.; Tam, U. C.; Czlapinski, J. L.; Lee, G. S.; Rabuka, D.; Zettl, A.; Bertozzi, C. R. Interfacing Carbon Nanotubes with Living Cells. *J. Am. Chem. Soc.* **2006**, *128*, 6292-3.

154. Link, A. J.; Vink, M. K.; Agard, N. J.; Prescher, J. A.; Bertozzi, C. R.; Tirrell, D. A. Discovery of Aminoacyl-tRNA Synthetase Activity Through Cell Surface Display of Noncanonical Amino Acids. *Proc. Natl. Acad. Sci. U.S.A.* **2006**, *103*, 10180-5.

155. Stowell, C. L.; Barvian, K. K.; Young, P. C.; Bigsby, R. M.; Verdugo, D. E.; Bertozzi, C. R.; Widlanski, T. S. A Role for Sulfation-Desulfation in the Uptake of Bisphenol A Into Breast Tumor Cells. *Chem. Biol.* **2006**, *13*, 891-897.

156. Prescher, J. A.; Bertozzi, C. R. Chemical Technologies for Probing Glycans. *Cell* **2006**, *126*, 851-854.

157. Schelle, M. W.; Bertozzi, C. R. Sulfate Metabolism in Mycobacteria. *ChemBioChem* **2006**, *7*, 1516-24.

158. Rabuka, D.; Hubbard, S. C.; Laughlin, S. T.; Argade, S. P.; Bertozzi, C. R. A Chemical Reporter Strategy to Probe Glycoprotein Fucosylation. *J. Am. Chem. Soc.* **2006**, *128*, 12078-9.

159. Chartron, J.; Carroll, K. S.; Shiau, C.; Gao, H.; Leary, J. A.; Bertozzi, C. R.; Stout, C. D. Substrate Recognition, Protein Dynamics, and Iron-Sulfur Cluster in Pseudomonas aeruginosa Adenosine 5'-Phosphosulfate Reductase. *J. Mol. Biol.* **2006** *364*, 152-69.

160. Kehoe. J. W.; Velappan, N.; Walbolt, M.; Rasmussen, J.; King, D.; Liu, J.; Pavlik, P.; Marks, J.; Bertozzi, C. R.; Bradbury, A.  Discovery of an Anti-tyrosine Sulfate Antibody by Phage Display. *Mol. Cell. Proteomics* **2006**, *5*, 2350-63.

161. Agard, N. J.; Baskin, J. M.; Prescher, J. A.; Lo, A.; Bertozzi, C. R.  A Comparative Study of Bioorthogonal Reactions with Azides. *ACS Chem. Biol.* **2006**, *1*, 644-8.

162. Czlapinski, J. L.; Bertozzi, C. R.  Synthetic Glycobiology: Exploits in the Golgi Compartment. *Curr. Opin. Chem. Biol.* **2006**, *10*, 645-51.

163. Senaratne, R. H.; Mougous, J. D.; Reader, J. R.; Williams, S. J.; Zhang, T.; Bertozzi, C. R.; Riley, L. W.  Vaccine Efficacy of Attenuated but Persistent *Mycobacterium tuberculosis cysH* Mutant, *in press*.

## Books

Wong, P. G.; Bertozzi, C. R., Eds. *Glycochemistry. Principles, Synthesis and Applications*. Marcel Dekker, Inc. (New York), 2001.

## Issued Patents and Pending Patent Applications

1. Composition and Methods for Introducing Effectors to Pathogens and Cells. **1993**, U.S. Patent No. 5212075 (University of California).

2. Sulfated Disaccharide Inhibitors of Selectins, Methods for Synthesis and Therapeutic Use. **1999**, U.S. Patent No. 5977080 (University of California)

3. Inhibition of Selectin Binding. **1999**, U.S. Patent No. 5985852 (Lawrence Berkeley National Laboratory)

4. Glycoconjugates and Methods. **2000**, U.S. Patent No. 6,936,701 (University of California and Lawrence Berkeley National Laboratory)

5. Biomimetic Hydrogel Materials. **2000**, U.S. Patent No. 6107365 (University of California and Lawrence Berkeley National Laboratory)

6. Chemoselective Ligation, **2003**, U.S. Patent No. 6570040 (University of California)

7. Biomimetic Hydrogel Materials, **2003**, U.S. Patent No. 6,552,103 (University of California)

8. Mycobacterial Sulfation Enzymes, application filed 4/20/01 (University of California)

9. Modulation of Cellular Adhesion with Lipid Membrane Micro-Arrays, application filed 2/13/02 (Lawrence Berkeley National Laboratory)

10. Methods for Identifying Modulators of Sulfotransferase Activity, **2004**, U.S. Patent No. 6,713,274 (University of California)

11. Synthetic Peptides, Conjugation Reagents and Methods, **2005**, U.S. Patent No. 6,939,945 (University of California)

12. Immobilization of Glycoproteins, application filed 5/15/02 (Zyomyx, Inc.)

13. A New Approach to Mineralization of Biocompatible Hydrogel Scaffolds, application filed 2/28/03 (Lawrence Berkeley National Laboratory)

14. Ceramic/Polymer Composition with Graded Microstructures, application filed (Lawrence Berkeley National Laboratory)

15. Compositions and Methods for Modification of Biomolecules, application filed 11/1/04 (University of California)

16. Small Molecule Inhibitors of Mucin-type O-linked Glycosylation from a Uridine-based Library, application filed 6/1/04 (University of California)

17. Bolaamphiphilic Polydiacetylenes as Colorimetric Sensor Scaffolds, application filed 6/1/04 (Lawrence Berkeley National Laboratory)

18. Cycloadditions in Biological Systems Promoted by Strained Pi-Bonds, application filed 9/05 (University of California)

19. Programmable Cell Adhesion Encoded by DNA Hybridization, application filed 11/06 (University of California)