# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C.A. No.: 05-12237 WGY |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Amgen Inc. respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Terrence P. McMahon, of the law firm McDermott Will & Emery. Amgen submits the Certificate of Mr. McMahon in support of this Motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the plaintiff attempted to confer with counsel for the defendants, F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH, in an effort to resolve or narrow the issues presented by this motion and the defendants indicated that they do not object to the filing of this motion.

Dated:  July 5, 2007                               Respectfully Submitted,

                                                                AMGEN INC.,
                                                                By its attorneys,

Of Counsel:                                        */s/ Patricia R. Rich*
Stuart L. Watt                                     D. Dennis Allegretti (BBO#545511)
Wendy A. Whiteford                                 Michael R. Gottfried (BBO# 542156)
Monique L. Cordray                                 Patricia R. Rich (BBO# 640578)
Darrell G. Dotson                                  DUANE MORRIS LLP
Kimberlin L. Morley                                470 Atlantic Avenue, Suite 500
Erica S. Olson                                     Boston, MA 02210
AMGEN INC.                                         Telephone: (857) 488-4204
One Amgen Center Drive                             Facsimile: (857) 488-4201
Thousand Oaks, CA 91320-1789
(805) 447-5000                                     Lloyd R. Day, Jr. (*pro hac vice*)
                                                   DAY CASEBEER, MADRID &
                                                   BATCHELDER LLP
                                                   20300 Stevens Creek Boulevard, Suite 400
                                                   Cupertino, CA 95014
                                                   Telephone: (408) 873-0110
                                                   Facsimile: (408) 873-0220

                                                   William G. Gaede, III (*pro hac vice*)
                                                   McDERMOTT WILL & EMERY
                                                   3150 Porter Drive
                                                   Palo Alto, CA 94304
                                                   Telephone: (650) 813-5000
                                                   Facsimile: (650) 813-5100

                                                   Kevin M. Flowers (*pro hac vice*)
                                                   MARSHALL, GERSTEIN & BORUN LLP
                                                   233 South Wacker Drive
                                                   6300 Sears Tower
                                                   Chicago, IL 60606
                                                   Telephone: (312) 474-6300
                                                   Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Patricia R. Rich*
Patricia R. Rich

3