AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

      The court has received, on July 5, 2007, from plaintiff Amgen, Inc., documents for in camera review.

                                    Elizabeth Smith
                                    Deputy Clerk