AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on July 5, 2007, from defandent Roche, documents for in camera review.

                           Elizabeth Smith
                           Deputy Clerk