# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**AMGEN INC.,**

    **Plaintiff,**

**v.**                                          CIVIL ACTION No. : 05-CV-12237-WGY

**F. HOFFMANN-LA ROCHE LTD.,**
**ROCHE DIAGNOSTICS GmbH, and**
**HOFFMANN-LA ROCHE INC.,**

    **Defendants.**

## NOTICE OF APPEARANCE

Please enter the appearances of Christopher J. Petrini (BBO #556848) and Peter L. Mello (BBO #659680), on behalf of the non-party movant, DaVita, Inc., in the above-captioned matter.

    /s/ Christopher J. Petrini
Christopher J. Petrini (BBO #556848)
PETRINI & ASSOCIATES, P.C.
The Meadows
161 Worcester Road, Suite 304
Framingham, MA  01701
(508) 665-4310


    /s/ Peter L. Mello
Peter L. Mello (BBO# 659680)
PETRINI & ASSOCIATES, P.C.
The Meadows
161 Worcester Road, Suite 304
Framingham, MA  01701
(508) 665-4310

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                /s/ Peter L. Mello
                                                Peter L. Mello