# EXHIBITS 1-5

The filing of these confidential documents has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].

DM1\1156977.1