UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN CONNECTION WITH THE DECLARATION OF ROBERT M. GALVIN IN SUPPORT OF AMGEN INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '422 CLAIM 1, '933 CLAIM 3, AND '698 CLAIM 6**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

> **Confidential Version of Amgen Inc.'s Reply in Support of It's Motion for Summary Judgment of Infringement of '422 Claim 1, '933 Claim 3, and '698 Claim 6; and**
>
> **Confidential Exhibits 1 -5 to the Declaration of Robert M. Galvin in Support of Amgen Inc.'s Reply in Support of It's Motion for Summary Judgment of Infringement of '422 Claim 1, '933 Claim 3, and '698 Claim 6**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4)

DM1\1157027.1

Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

Dated: July 9, 2007                                Respectfully Submitted,

                                                   AMGEN INC.,
                                                   By its attorneys,


Of Counsel:                                        */s/ Patricia R. Rich*
                                                   D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                     Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                 Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                 DUANE MORRIS LLP
Darrell G. Dotson                                  470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                Boston, MA 02210
Erica S. Olson                                     Telephone: (617) 289-9200
AMGEN INC.                                         Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                       Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                     DAY CASEBEER, MADRID & BATCHELDER LLP
                                                   20300 Stevens Creek Boulevard, Suite 400
                                                   Cupertino, CA 95014
                                                   Telephone: (408) 873-0110
                                                   Facsimile: (408) 873-0220

                                                   William Gaede III *(pro hac vice)*
                                                   McDERMOTT WILL & EMERY
                                                   3150 Porter Drive
                                                   Palo Alto, CA 94304
                                                   Telephone: (650) 813-5000
                                                   Facsimile: (650) 813-5100

                                                   Kevin M. Flowers *(pro hac vice)*
                                                   MARSHALL, GERSTEIN & BORUN LLP
                                                   233 South Wacker Drive
                                                   6300 Sears Tower
                                                   Chicago, IL 60606
                                                   Telephone: (312) 474-6300
                                                   Facsimile: (312) 474-0448

DM1\1157027.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Patricia R. Rich*
                                                Patricia R. Rich