# EXHIBIT 48

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMGEN, INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>F. HOFFMANN-LA ROCHE, LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMANN-LA ROCHE, INC., a New Jersey Corporation, <br><br>　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 05-12237 WGY <br><br>**<u>EXPERT REPORT OF PROFESSOR EINER ELHAUGE</u>** |

*[signature]*

April 6, 2007



Attribution Test for AAA Hospitals: Penalty for Switching 33% of Amgen Non-ESRD ESA Purchases to Roche

Purchases Switched to Roche: $135M
Rebates Lost: -$329M
Amount Roche Would Have to Pay Hospitals to Take Mircera for Free: -$135M

Source: *ASP Model_v133.xls*

11