**EXHIBIT 52**

```
1
2              UNITED STATES DISTRICT COURT
3                DISTRICT OF MASSACHUSETTS
4
   AMGEN, INC.,                        )
5                                      )Case No.
                   Plaintiff,          )05-12237 WGY
6                                      )
            vs.                        )
7                                      )
   F. HOFFMANN-LA ROCHE LTD., a        )
8  Swiss Company, ROCHE                )
   DIAGNOSTICS GmbH, a German          )
9  Company, and HOFFMANN-LA            )
   ROCHE, INC., a New Jersey           )
10 Corporation,                        )
                                       )
11                 Defendants.         )
   ------------------------------------)
12                       Tuesday, March 20, 2007
                         10:02 a.m.
13
14          Confidential Videotaped
   Deposition of SONDERS BEIMFOHR, held
15 at the offices of Duane Morris, LLP,
   380 Lexington Avenue, New York, New
16 York 10168, pursuant to Rule 30 (b)(6)
   Notice, before Otis Davis, a Notary
17 Public of the State of New York.
18
            (This transcript contains
19 testimony designated as per the
   protective order in this matter.
20 Please treat each segment of
   designated testimony in accordance
21 with the protective order.  Each
   section of testimony is clearly
22 designated as such by insertion of a
   parenthetical.)
23
24
25
```

```
 1         Sonders Beimfohr - Confidential
 2         Q.    If MIRCERA is priced as a
 3   four-week product, is there an assumption
 4   how much usage will be at two-week dosing
 5   versus four-week dosing?
 6         A.    There are no explicit
 7   assumptions of that nature in the pricing
 8   model.  There were discussions and an
 9   illustration of such in the February
10   meeting, but that's outside of where we
11   have gone.
12         Q.    The pricing model is built on
13   four-week dosing; is that correct?
14         A.    No.  The pricing model is built
15   on monthly therapeutic equivalents, it does
16   not specify the level of dosing.
17         Q.    What was the purpose of the
18   February 28th meeting?
19         A.    That was a meeting to bring
20   senior management in Basel up to an
21   understanding of where we are in the
22   United States with respect to how the ESA
23   market works, what we have done in
24   preparation for pricing and contracting,
25   and where we stand, and again, the
```

1      Sonders Beimfohr - Confidential

2  outstanding questions that I have mentioned

3  before.

4      Q.   Are there other outstanding

5  questions you can recall other than the

6  two-week versus four-week dosing issue?

7      A.   Many questions came up during

8  the course: The impact of coding, the

9  impact of whether we have succeeded in

10  gaining an LDO contract or not. All those

11  were discussed.

12     Q.   Do you recall what was

13  discussed regarding whether MIRCERA would

14  gain an LDO contract?

15     A.   We discussed the current

16  assumption that we will be going after one;

17  after contracting for both of them, we are

18  likely to succeed with one of them; what

19  would happen if we chose not to pursue the

20  LDOs or if we were incapable of gaining an

21  LDO contract.

22          In general terms, all of those

23  concepts were discussed.

24     Q.   Do you recall what was

25  discussed about what would happen if you

1       Sonders Beimfohr - Confidential
2    did not win an LDO contract?
3       A.   Specifically, several billion
4    dollars of lost revenue to Roche.
5       Q.   Anything else that you can
6    recall being discussed?
7       A.   Then it becomes a slower uptake
8    in the product, but the fundamental -- the
9    fundamental issue of gaining or not gaining
10   an LDO is ultimately the size of the market
11   that we would be locked out of.
12      Q.   Was there any discussion about
13   not entering the U.S. market with MIRCERA
14   if you were not able to get an LDO?
15      A.   No.
16      Q.   Was there a follow-up meeting
17   scheduled with that same group of people
18   who participated in the February 28th
19   meeting?
20      A.   There will be a follow-up
21   meeting scheduled, I do not believe the
22   calendars have been aligned to figure out a
23   day that we can actually do that.
24      Q.   Will that happen after the U.S.
25   pricing committee gets together following