# EXHIBIT 55

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3             Civil Action No. 05-12237 WGY
 4
   AMGEN, INC.,                      ) DEPOSITION OF:
 5                                   ) CHRYS KOKINO
              Plaintiff              )
 6                                   )
        vs.                          ) **HIGHLY CONFIDENTIAL**
 7                                   ) ***RESTRICTED ACCESS***
   F. HOFFMANN-LA ROCHE LTD., a      )
 8 Swiss Company, ROCHE              )
   DIAGNOSTICS GmbH, a German        )
 9 Company, and HOFFMANN-LA          )
   ROCHE, INC., A New Jersey         )
10 Corporation,                      )
                                     )
11            Defendants.            )
12            TRANSCRIPT of the stenographic notes of the
13 proceedings in the above-entitled matter, as taken by and
14 before MARGARET M. REIHL, RPR, CRR, CSR, Notary Public of the
15 State of New Jersey, held at the offices of GIBBONS, One
16 Gateway Center, Newark, New Jersey, on Thursday, March 15,
17 2007, commencing at 9:06 a.m.
18
19
              (This transcript has been designated
20       as Highly Confidential as per the Amended
         Protective Order in this matter.  Please
21       treat the entire transcript in accordance
         with the Protective Order.)
22
23
24
25
```

Roche                                                              Page 1

1          MR. FLEMING:  Okay.
2   BY MR. DUBROW:
3   Q.      But -- so because you don't have a label -- as
4   of today you don't have a label, correct?
5   A.      Correct.
6   Q.      You don't have FDA approval, correct?
7   A.      Correct.
8   Q.      You haven't determined pricing, correct?
9   A.      Correct.
10  Q.      You haven't offered Mircera to customers for
11  sale?
12  A.      No.
13  Q.      You have not put marketing materials out to
14  the public regarding Cera, correct?
15  A.      Yes, that's correct.
16  Q.      And as of today you don't know the amount of
17  demand that you will be able to generate for Cera if
18  you do obtain FDA approval, correct?
19          MR. FLEMING:  Objection,
20  mischaracterizes his testimony.
21          THE WITNESS:  My hope is that there
22  would be much demand for this product, based on the
23  clinical characteristics of the molecule, and the fact
24  that there would be a therapeutic option for patients,
25  I would expect there to be a significant demand.