# EXHIBIT 56

Dockets.Justia.com

```
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3   ------------------------------------x
     AMGEN, INC.,
 4
                     Plaintiff,
 5
             vs.                    Case No.
 6                                  05-12237
                                    WGY
 7   F. HOFFMAN-LA ROCHE LTD., a
     Swiss Company, ROCHE
 8   DIAGNOSTICS GmbH, a German
     Company, and HOFFMAN-LA
 9   ROCHE, INC., a New Jersey
10   Corporation,
11                   Defendants.
     ------------------------------------x
12                              May 31, 2007
13                              9:11 a.m.
14
15       HIGHLY CONFIDENTIAL Videotaped
16   Deposition of LAUREN J. STIROH, Ph.D.,
17   taken by Plaintiff, pursuant to court
18   scheduling order, held at the offices of
19   McDermott Will & Emery, 340 Madison
20   Avenue, New York, New York, before
21   Amy E. Sikora, CRR, CSR, RPR, Certified
22   Realtime Reporter, Certified Shorthand
23   Reporter, Registered Professional
24   Reporter, and Notary Public within and
25   for the State of New York.
```

1    L.J. Stiroh - HIGHLY CONFIDENTIAL
2    from lost LDO and hospital sales?
3        A.    I actually had always
4    thought that the trial date would be
5    something in flux, and that's not
6    because anyone told me that but because
7    every case that I've ever worked on the
8    trial date is never on the date where I
9    first learn it.  And so I had always
10   assumed that the timing that I have
11   depends on what we learn about when
12   these events actually transpire.
13       Q.    Okay.  But for purposes of
14   your opinion, if the trial date didn't
15   change, it would have been your view,
16   from the time you read that press
17   release until prior to your conversation
18   with the Roche lawyers yesterday, that
19   there were not LDO or hospital lost sale
20   damages?
21       A.    If the conduct changed.  Is
22   that part of your hypothetical as well,
23   or just the trial date because of my
24   assumption in this report?
25       Q.    All the assumptions you had

1          L.J. Stiroh - HIGHLY CONFIDENTIAL
2     in your report.  That the trial date was
3     in September; that the conduct ended at
4     the end of the trial.  If all of your
5     assumptions held true, then between
6     May 18 and just prior to your
7     conversations yesterday, you were of the
8     opinion that there were no lost sales in
9     the hospital or LDO channels?  Just yes
10    or no, please.
11         A.     I think that's right, yes.
12         Q.     Thank you.
13                I want to change subjects
14    and now go to the black box.  Are you
15    familiar with the issue of the black box
16    warning issued for ESA's?
17         A.     Yes.
18         Q.     You even footnote it in your
19    report; is that correct?
20         A.     That's correct.
21         Q.     Okay.  Do you assume that
22    the Roche product will have the same
23    black box warning as other ESA's?
24         A.     I've been given to
25    understand that it would, yes.