UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) ) Plaintiff, ) ) v. ) ) F. HOFFMANN-LAROCHE ) LTD., a Swiss Company, ROCHE ) DIAGNOSTICS GmbH, a German ) Company and HOFFMANN LAROCHE ) INC., a New Jersey Corporation, ) ) Defendants. ) ) | C.A. NO.: 05-12237-WGY |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS RELATED TO AMGEN INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF AMGEN'S MOTION FOR SUMMARY JUDGMENT ON ROCHE'S ANTITRUST AND STATE LAW COUNTERCLAIMS**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Version of Reply Memorandum of Law in Support of Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

DM1\1157036.1

Dated: July 9, 2007							Respectfully Submitted,

									AMGEN INC.,
									By its attorneys,


Of Counsel:							*/s/ Michael R. Gottfried*
									D. Dennis Allegretti (BBO#545511)
Stuart L. Watt							Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford						Patricia R. Rich (BBO# 640578)
Monique L. Cordray						DUANE MORRIS LLP
Darrell G. Dotson						470 Atlantic Avenue, Suite 500
Kimberlin L. Morley						Boston, MA 02210
Erica S. Olson							Telephone: (617) 289-9200
AMGEN INC.							Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789					Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000							DAY CASEBEER, MADRID & BATCHELDER LLP
									20300 Stevens Creek Boulevard, Suite 400
									Cupertino, CA 95014
									Telephone: (408) 873-0110
									Facsimile: (408) 873-0220

									William Gaede III *(pro hac vice)*
									McDERMOTT WILL & EMERY
									3150 Porter Drive
									Palo Alto, CA 94304
									Telephone: (650) 813-5000
									Facsimile: (650) 813-5100

									Kevin M. Flowers *(pro hac vice)*
									MARSHALL, GERSTEIN & BORUN LLP
									233 South Wacker Drive
									6300 Sears Tower
									Chicago, IL 60606
									Telephone: (312) 474-6300
									Facsimile: (312) 474-0448

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Michael R. Gottfried*
                                              Michael R. Gottfried