# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## REPLY DECLARATION OF DEBORAH E. FISHMAN IN FURTHER SUPPORT OF AMGEN INC.'S MOTION FOR SUMMARY JUDGMENT OF NO OBVIOUSNESS-TYPE DOUBLE PATENTING

I, Deborah E. Fishman, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of an Office Action (Paper 13), dated April 22, 1985, from the file history of U.S. Patent Application No. 06/483,052.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 4,766,075.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,753,486.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 9th day of July, 2007.

By: _____/s/ Deborah E. Fishman___
　　　　　　　　Deborah E. Fishman

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                   */s/ Patricia R. Rich*
                                                   Patricia R. Rich