# EXHIBIT C
# Part 1 of 2

Fishman Decl. to Amgen's Reply for SJ of No ODP  - Public

Dockets.Justia.com

US005753486A

# United States Patent [19]
## Goeddel et al.

[11] Patent Number: 5,753,486
[45] Date of Patent: May 19, 1998

[54] **HUMAN TISSUE PLASMINOGEN ACTIVATOR**

[75] Inventors: **David V. Goeddel**, Hillsborough; **William J. Kohr**, San Mateo; **Diane Pennica**, Foster City; **Gordon A. Vehar**, San Carlos, all of Calif.

[73] Assignee: **Genentech, Inc.**, South San Francisco, Calif.

[21] Appl. No.: **472,549**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 264,134, Jun. 21, 1994, Pat. No. 5,587,159, which is a continuation of Ser. No. 109,698, Aug. 20, 1993, abandoned, which is a continuation of Ser. No. 911,021, Jul. 9, 1992, abandoned, which is a continuation of Ser. No. 489,855, Mar. 2, 1990, Pat. No. 5,185,259, which is a continuation of Ser. No. 12,694, Feb. 9, 1987, abandoned, which is a division of Ser. No. 483,052, Apr. 7, 1983, Pat. No. 4,766,075, which is a continuation-in-part of Ser. No. 398,003, Jul. 14, 1982, abandoned, and Ser. No. 374,860, May 5, 1982, abandoned.

[51] Int. Cl.$^6$ .................... C12N 9/50; C12N 9/64; C12N 15/55; A61K 38/49
[52] U.S. Cl. .................... 435/226; 435/212; 435/240.2; 424/94.64
[58] Field of Search .................... 435/212, 226, 435/240.2; 424/94.63, 94.64

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,904,460 | 9/1975 | Hull et al. | 435/212 |
| 3,998,947 | 12/1976 | D'Hinterland et al. | 424/94.63 |
| 4,245,051 | 1/1981 | Reich et al. | 435/212 |
| 4,259,447 | 3/1981 | Hafeli | 435/212 |
| 4,314,994 | 2/1982 | d'Hinterland et al. | 435/215 |
| 4,317,882 | 3/1982 | Horiguchi et al. | 435/212 |
| 4,370,417 | 1/1983 | Hung et al. | |
| 4,505,893 | 3/1985 | Muri et al. | |
| 4,752,603 | 6/1988 | Collen | 514/21 |
| 4,766,075 | 8/1988 | Goeddel et al. | 435/240.2 |
| 4,853,330 | 8/1989 | Goeddel et al. | 435/226 |
| 5,185,259 | 2/1993 | Goeddel et al. | 435/226 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0005644 | of 1979 | European Pat. Off. |
| 0041766 | of 1981 | European Pat. Off. |
| 0023860A2 | 2/1981 | European Pat. Off. |
| 0037687A2 | 10/1981 | European Pat. Off. |
| 0174835A1 | 3/1986 | European Pat. Off. |
| 2454809 | 12/1980 | France |
| 1443189 | 7/1976 | United Kingdom |
| 1492959 | of 1977 | United Kingdom |
| 1551275 | of 1979 | United Kingdom |
| 2025977 | of 1980 | United Kingdom |
| 2051075 | 1/1981 | United Kingdom |
| 2176703 | 1/1981 | United Kingdom |
| 2092154 | of 1982 | United Kingdom |

#### OTHER PUBLICATIONS

Wittwer, A.J. et al. *Biochemistry* 28(19):7662–7669 (1989).
Parekh, R.B. et al. *Biochemistry* 28(19):7644–7661 (1989).
Parekh, R.B. et al. *Biochemistry* 28(19):7670–7679 (1989).
Kingsman et al., *Genetic Engineering*, Blackwell Scientific Publications, pp. 110–121 (1988.
Camiolo et al., (1971), *PSEBM*, 138:277.
Thorsen et al., (1972), *Thrombos. Diathes. haemorrh.*, 28:65.
Granelli–Piperno et al., (1978), *J. Exp. Med.*, 148:223.
Thorsen (1977), *Danish Med. Bulletin*, 24:189.
Wallen (1978), *Progress in Chem. Fibrinolysis and Thrombolysis*, 3:167.
Wilson et al., (1980), Chem. Ab., 92, No. 144679a.
Collen (1980), *Edward Kowalski Memorial Lecture Thromb Haem.*, 43:77.
Wun et al., (1982), Jrnl. Biol. Chem., 257:3276.
Rijken et al., (1980), *Thromb. Res.*, 18:815.
Wigler et al., (1980), *Proc. Natl. Acad. Sci. USA*, 77:3567.
Kaufman et al., (1982), *J. Mol. Biol.*, 159:601.
Kaufman et al., (1982), Gene Appllication, pp. 245–250.
Weissman, et al., (1982), *Phil. Trans. R. Soc. Lond.*, 299:7.
The Newswatch, (1982), *McGraw–Hills's Biotech. Newswatch*, 2:1.
Kaufman et al., (1982), *Molecul. Cell. Biol.*, 2:1304.
Rougeon et al., (1975), *Nucl. Acids Res.*, 2:2365.
Rabbitts (1976), *Nature*, 260:221.
Maniatis et al., (1976), *Cell*, 8:163.
O'Malley et al., (1976), *ICN–UCLA Symposium*, 5:309.
Salser et al., (1976), Prog. Nucl. Acids Res. Mol. Biol., 19:177.
Higuchi et al., (1976), *Proc. Nat. Acad. Sci. USA*, 73:3146.
McReynolds et al., (1977), J. Biol. Chem., 252:1840.
Rougeon et al., (1977), *Gene*, 1:229.
Monahan et al., (1977), *J. Biol. Chem.*, 252:4722.
Liu et al., (1977), Science, 196:192.
Humphrfes et al., (1977), *Nucl. Acids Res.*, 4:2389.
Ullrich et al., (1977), Science, 196:1313.
McReynolds et al., (1977), *Gene*, 2:217.
Seeburg et al., (1977), *Nature*, 270:486.
Shine et al., (1977), Nature, 270:494.
Seidman et al., (1978), Nature, 271:582.
Wilson et al., (1978), *Nucl. Acids Res.*, 5:563.
Little et al., (1978), Nature, 273:640.
Cummings et a.., (1978), Nature, 276:418.
Harpold et al., (1978), Nucl. Acids Res., 5:2039.
Sim et al., (1978), *Cold Spring Harbor Symp. Quant. Biol.*, 42:933.
Villa–Komaroff, (1978), *Proc. Nat. Acad. Sci. USA*, 75:3727.
Gordon et al., (1978), *J. Biol. Chem.*, 253:8629.
Wall et al., (1978), *Nucl. Acids Res.*, 5:3113.

(List continued on next page.)

*Primary Examiner*—Dian C. Jacobson
*Attorney, Agent, or Firm*—Walter H. Dreger

[57] **ABSTRACT**

A human tissue plasminogen activator (t-PA) is produced in useful quantities using recombinant DNA techniques. The invention disclosed thus enables the production of t-PA free of contaminants with which it is ordinarily associated in its native cellular environment. Methods, expression vehicles and various host cells useful in its production are also disclosed.

**3 Claims, 14 Drawing Sheets**

OTHER PUBLICATIONS

Sippel et al., (1978), Nucl. Acids. Res., 5:3275.
Wahli et al., (1978), Dev. Biol., 67:371.
Lehrach et al., (1978), Proc. Nat. Acad. Sci. USA, 75:5417.
Schibler et al., (1978), Cell, 15:1495.
Sobel et al., (1978), Proc. Nat. Acad. Sci. USA, 75:5846.
Chang et al., (1978), Nature, 275:617.
Poon et al., (1978), Nucl. Acids Res., 5:4625.
Nakanishi et al., (1978), Proc. Nat. Acad. Sci, USA, 75:6021.
Yamamoto et al., (1980), J. Biol. Chem. 255:2612.
Early et al., (1979), Proc. Nat. Acad. Sci. USA, 76:857.
Innis et al., (1979), Arch. Biochem. Biophys., 195:128.
Gubbins et al., (1979), Nucl. Acids Res., 6:915.
King et al.,(1979), J. Biol. Chem., 254:6781.
Roberts et al., (1979), Proc. Nat. Acad. Sci. USA, 76:2153.
Lehrach et al., (1979), Biochemistry, 18:3146.
Rogers et al., (1979), Nucl. Acids Res., 6:3305.
Tilghman et al., (1979), J. Biol. Chem., 254:7393.
Cochet et al., (1979), Nucl. Acids Res., 6:2435.
Buell et al., (1979), J. Biol. Chem., 254:9277.
Wahl et al., (1979), J. Biol. Chem., 254:8679.
Bhat et al., (1979), Proc. Nat. Acad. Sci. USA, 76:3299.
Fantoni et al., (1979), Nucl. Acids Res, 6:3505.
Martial et al., (1979), Science, 205:602.
Kioussis et al., (1979), Proc. Nat. Acad. Sci., 76:4370.
Ohno et al., (1980), Biochem. Biophys. Acta., 606:34.
Fiddes et al., (1979), Nature, 281:351.
Goeddel et al., (1979), Nature, 281:544.
Kronenberg et al (1979), Proc. Nat. Acad. Sci., 76:4981.
Roskam et al., (1979), Nucl. Acids Res., 7:305.
Liebscher et al., (1980), Gene, 9:233.
Chan et al., (1979), Proc. Nat. Acad. Sci. USA, 76:5036.
Bell et al., (1979), Nature, 282:525.
Sim et al., (1979), Cell, 18:1303.
Tucker et al., (1979), Science, 206:1299.
Richards et al., (1979), Nucl.Acids Res., 7:1137.
Gough et al., (1980), Proc. Nat. Acad. Sci. USA, 77:554.
Firtel et al., (19790, Proc. Nat. Acad. Sci. USA, 76:6206.
Adams et al., (1980), Biochemistry, 19:2711.
Gough et al., (1980), Biochemistry, 19:2702.
Obata et al., (1980), Gene, 9:87.
Katcoff et al., (1980), Proc. Nat. Acad. Sci. USA, 77:960.
Joho et al., (1980), Proc. Nat. Acad. Sci. USA, 77:1106.
Wieringa et al., (1979), Nucl. Acids Res., 7:2147.
Merlino et al., (1980), Proc. Nat. Acad. Sci. USA, 77:765.
Calame et al., (1980), Nature, 284:452.
Taniguchi et al., (1979), Proc. Japan Acad., 55:464.
Hoeijmåkers et al., (1980), Gene, 8:391.
Law et al., (1980), Gene, 10:53.
Meyuhas et al., (1980), Gene, 10:113.
Griffin-Shea et al., (1980), Cell, 19:915.
Cleveland et al., (1980), Cell, 20:95.
Matthyssens et al., (1980), Nucl. Acids Res., 8:703.
Nagata et al., (1980), Nature, 284:316.
Cooke et al., (1981), J. Biol. Chem., 256:4007.
Cooke et al., (1980), J. Biol. Chem., 255:6502.
Dunnick et al., (1980), Nucl. Acids. Res., 8:1475.
Vamvakopoulos et al., (1980), Proc. Nat. Acad. Sci. USA, 77:3149.
Auffray et al., (1980), Nucl.Acids Res., 81231.
Deacon et al., (1980), Nucl Acids Res, 8:1187.
Norgard et al., (1980), J. Biol. Chem., 255:7665.
Nilson et al., (1980), Nucl Acids Res., 8:1561.
Tsitilou et al., (1980), Nucl. Acids Res., 8:1987.
Gorecki et al., (1980), Proc. Nat. Acad. Sci. USA, 77:3686.
Hobart et al., (1980), Nature, 288:137.
Sures et al., (1980), Science, 208:57.
Derynck et al., (1980), Nature, 285:542.
Fiddes et al., (1980), Nature, 286:684.
Richards et al., (1980), J. Biol. Chem., 255:9306.
Schwartz et al., (1980), Biochem., 19:5883.
Schibler et al., (1980), J. Mol. Biol., 142:93.
Liao et al., (1980), J. Biol. Chem., 255:8046.
Taniguchi et al., (1980), Proc. Nat. Acad. Sci. USA, 77:4003.
Ordahl et al., (1980), Proc. Nat. Acad. Sci. USA, 77:4519.
Amara et al., (1980), Proc. Nat. Acad. Sci. USA, 77:4444.
Miller et al., (1980), J. Biol. Chem., 255:7521.
Chandra et al., (1980), Biochem. Biophys. Res. Commun., 95:197.
Christophe et al., (1980), Eur. J. Biochem., 111:419.
Zakut et al., (1980), Nucl. Acids Res., 8:3591.
Hobart et al., (1980), Science, 210:1360.
MacGillivray, (1980), Proc. Nat. Acad. Sci. USA, 77:5153.
Dolby et al., (1980), Proc. Nat. Acad. Sci. USA, 77:6027.
MacDonald et al., (1980), Nature, 287:117.
Fagan et al., (1981), J. Biol. Chem., 256:520.
Streuli et al., (1980), Science, 209:1343.
Ginzburg et al., (1980), Nucl. Acids Res., 8:3553.
Cozens et al., (1980), Eur. J. Biochem., 112:443.
Goeddel et al., (1980), Nature, 287:411.
Medford et al., (1980), Proc. Nat. Acad. Sci. USA, 77:5749.
Richards et al., (1981), J. Biol. Chem., 256:526.
Odink et al., (1981), J. Biol. Chem., 256:1453.
Bedbrook et al., (1980), Nature, 287:692.
Miller et al., (1980), Endocrinology, 107:851.
Goodman et al., (1980), Proc. Nat. Acad. Sci. USA, 77:5869.
Sun et al., (1981), Nature, 289:37.
Auffray et al., (1980), Gene, 12:77.
Minty et al., (1981), J. Biol. Chem., 256:1008.
Ploegh et al., (1980), Proc. Nat. Acad. Sci. USA, 77:6081.
Maeda et al., (1980), Proc. Nat. Acad. Sci. USA, 77:7010.
Durnam et al., (1980), Proc. Nat. Acad. Sci. USA, 77:6511.
Sullivan et al., (1981), Nature, 289:516.
Goeddel et al., (1980), Nucl. Acids Res. 8:4057.
Zernik et al., (1980), Cell, 22:807.
Agarwal et al., (1981), Jrnl. Biol. Chem., 256:1023.
Weissenbach et al., (1980), Proc. Nat. Acad. Sci. USA, 77:7152.
Mather et al., (1981), Cell, 23:369.
Sood et al., (1981), Proc. Nat. Acad. Sci. USA, 78:616.
Ratzkin et al., (1981), Proc. Nat. Acad. Sci. USA, 78:3313.
Kurtz et al., (1981), Gene, 13:145.
Sargent et al., (1981), Proc. Nat. Acad. Sci. USA, 78:243.
Mansson et al., (1981), Nucl. Acids Res. 9:935.
Negishi et al., (1981), Proc. Nat. Acad. Sci. USA, 78:800.
Valenzuela et al., (1981), Nature, 289:650.
Hall et al., (1981), Nucl. Acids Res., 9:65.
Craig et al, (1981), Biochem. J., 194:989.
Derman et al., (1981), Cell, 23:731.
Goeddel et al., (1981), Nature, 290:20.
Nakhasi et al., (1981), Proc. Nat. Acad. Sci. USA, 78:834.
Demyanov et al., (1981), Dokl–Biochem. Sect. (English Transl.), 256:35.
Keshet et al., (1981), Nucl Acids Res., 9:19.
Hagenbuechle et al., (1981), Nature, 289:643.
Pays et al., (1980), Nucl. Acids Res., 8:5965.
Bothwell et al., (1981), Nature, 290:65.
Chung et al., (19810, Proc. Nat. Acad. Sci. USA, 78:1466.
Law et al., (1981), Nature, 291:201.

Dugaiczyk et al., (1982), *Proc. Natl. Acad. Sci. USA*, 79:71.
Wallace, et al., (1981), *Nucl. Acids Res.*, 9:879.
Brown et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:1755.
Jacobs et al., (1981), *Science*, 213:457.
Mushinski et al. (1980), *Proc. Nat. Acad. Sci., USA*, 77:7405.
Munjaal et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:2330.
Wieringa et al., (1981), *Nucl. Acids Res.* 9:489.
Steinmetz et al., (1981), *Cell*, 24:125.
Bothwell et al., (1981), *Cell*, 24:625.
Bozzoni et al., (1981), *Nucl. Acids Res.*, 9:1069.
Hudson et al., (1981), *Nature*, 291:127.
Lewis et al., (1981), *Nucl. Acids Res.* 9:1311.
Fujii-Kuriyama et al., (1981), *J. Biochem.*, 89:1869.
Gedamu et al., (1981), *Nucl. Acids Res.*, 9:1463.
Parnes et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:2253.
Auffray et al., (1981), *Gene*, 13:365.
Tosi et al., (1981), *Nucl. Acids Res.* 9:2313.
Kuist et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:2772.
Lin et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:2825.
Bruskin et al., (1981), *Dev. Biol.*, 87:308.
Umeda et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:2843.
Unterman et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:3478.
Tomarev et al., (1982), *Dokl–Biochem. Sect. (English Transl.)* 263:117.
Gonzalez et al., (1981), *J. Biol. Chem.*, 256:4697.
Chan et al., (1981), *J. Biol. Chem.*, 256:7595.
Myers et al., (1981), *Proc Nat. Acad. Sci. USA*, 78:3516.
Weaver et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:4073.
Stolarsky, et al., (1978), *Jrnl. Biol. Chem.*, 253:7194.
Berger et al., (1981), *J. Biol. Chem.*, 256:7006.
Jagodzinski et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:3521.
Lis et al., (1981), *Gene*, 15:67.
Land et al., (1981), *Nucl. Acids Res.*, 9:2251.
Crabtree et al., (1981), *J. Biol. Chem.*, 256:9718.
Affara et al., (1981), *Nucl. Acids Res.*, 9:3061.
Sogawa et al., (1981), *J. Biol. Chem.*, 256:12561.
Lemischka et al., (1981), *J. Mol. Biol.*, 151:101.
Roninson et al., (1982), *Cell*, 28:515.
Roninson et al., (1981), Proc. Nat. Acad. Sci. USA, 78:4782.
Miller et al., (1981), DNA, 1:37.
Dodemont et al., (1981), Proc. Nat. Acad. Sci. USA, 78:5320.
Chin et al., (1981), Proc. Nat. Acad. Sci. USA, 78:5329.
Dandekar et al.,(1981), Proc. Nat. Acad. Sci. USA, 78:4853.
Crampton et al., (1981), *Nucl.Acids Res.*, 9:3821.
MacLeod (1981), *Nucl. Acids Res.*, 9:2675.
Lee et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:4922.
Ricca et al., (1981), *J. Biol. Chem.*, 256:10362.
Sasavage et al., (1982), *J. Biol. Chem.*, 257:678.
Su et al., (1981), *J. Biol. Chem.*, 256:11826.
Heidmann et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:5802.
Clissold et al., (1981), *Gene*, 15:225.
Nickerson et al., (1982), *FEBS Lett.*, 144:289.
Suggs et al., (1981), Proc. Nat. Acad. Sci. USA, 78:6613.
Suggs et al., (1981), *ICN–UCLA Symposium*, 23:683.
Westley et al., (1981), *Nucl.Acids Res.* 9:3557.
Allison et al., (1981), *Biochem. J.*, 199:725.
Nishimori et al., (1981), J. Biochem. 90:901.
Rougeon et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:6367.
Panthier et al., (1982), *Nature*, 298:90.
Fuchs et al., (1981), *Cell*, 27:75.
Cato et al., (1981), *Gene*, 16:27.

Reyes et al., (1981), *Immunogenetics*, 14:383.
Vanin et al., (1981), *Gene*, 16:141.
Kalinyak et al., (1982), *J. Biol. Chem.*, 257:523.
Broglie et al., (1981), Proc. Nat. Acad. Sci. USA, 78:7304.
Persico et al., (1981), *Nature*, 294:778.
Tucker et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:7684.
Richards et al., (1982), *J. Biol. Chem.*, 257:2758.
Kurachi et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:6826.
Hendy et al., (1981), *Proc. Nat. Acad. Sci. USA*, 78:7365.
Quinto et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:31.
Cosman et al., (1982), *Nature*, 295:73.
Lawn et al., (1981), *Nucl. Acids Res.*, 9:6103.
McDonald et al., (1982), *Biochemistry*, 21:1453.
Christophe et al., (1982), *Eur. J. Biochem.*, 122:461.
King et al., (1982), *Science*, 215:985.
Lee et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:545.
Mbikay et al., (1981), *Biochem. Biophys. Res. Commun.*, 103:825.
Davies et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:335.
Lund et al., (1981), *J. Biol. Chem.*, 256:6515.
Edens et al., (1982), *Gene*, 18:1.
Himeno et al., (1982), *J. Biol. Chem.*, 257:4669.
Chandra et al., (1981), *Biochem. Biophys. Res. Commun.*, 103:751.
Morandi et al., (1982), *J. Mol. Biol.*, 156:583.
Ruiz–Vasquez et al., (1982), *Nucl Acids Res.*, 10:2093.
Yoo et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:1049.
Noyes et al., (1979), *Proc. Natl. Acad. Sci. USA*, 76:1770.
Noda et al., (1982), *Nature*, 295:202.
Mahdavi et al., (1982), *Nature*, 297:659.
Tomarev et al., (1982), *Gene*, 17:131.
Gonzalez et al., (1982), *J. Biol. Chem.*, 257:5962.
Hellman et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:1264.
Berge-Lefranc (1981), *Eur. J. Biochem.*, 120:1.
Wiman et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:1703.
Forde et al., (1981), Nucl. Acids Res. 9:6689.
Schoenberg et al., (1981), *Nucl. Acids Res.* 9:6669.
Hastings et al., (1982), Proc. Nat. Acad. Sci. USA, 79:1553.
Gray et al., (1982), *Nature*, 295:503.
Land et al., (1982), *Nature*, 295:299.
Inana et al., (1982), *J. Biol. Chem.*, 257:9064.
Lalanne et al., (1982), *Nucl. Acids Res* 10:1039.
Robert et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:2437.
Ovchinnikov et al., (1982), *Dokl–Biochem. Sect.* (English Transl.), 262:27.
Morris et al., (1982), *J. Biol. Chem.*, 257:3225.
Tyler et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:2008.
Brennard et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:1950.
Di Lauro et al (1982), *Gene*, 19:117.
Heidmann et al., (1982), *Nucl. Acids Res.*, 101535.
Haley et al., (1982), *DNA*, 1:155.
Hennighausen et al., (1982), *Eur. J. Biochem.*, 125:131.
Gubler et al., (1982), *Nature*, 295:206.
Comb et al., (1982), *Nature*, 295:663.
Hieber, (1982), *Biochem. Biophys. Res. Commun.*, 104:1271.
Korman et al., (1982), *Proc. Nat. Acad. Sci. USA*, 79:1844.
Fujii–Kuriyama et al (1982), *Prim. Tertiary Struct. Nucl. Acids Cancer Res.*, pp. 31–40.
Krieg et al., (1982), *Nucl. Acids Res.*, 10:1495.
Godine et al., (1982), Jrnl. Biol. Chem., 257:8368.
Chebath et al., (1982), *Molec. Biol. Rep.*, 8:149.
Shinohara et al., (1982), *Proc. Natl. Acad. Sci. USA*, 79:2783.

Fujii–Kuriyama et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:2793.
Sims et al., (1982), *Science,* 216:309.
Lieman–Hurwitz et al., (1982), *Proc. Natl. Acad. USA,* 79:2808.
Gerlach et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:2981.
Glover et al., (1982), Proc. Natl. Acad. Sci. USA, 79:2947.
Reyes et al., (1982), Proc. Natl. Acad. Sci. USA, 79:3270.
Amara et al., (1982), *Nature,* 298:240.
Gustafsson et al., (1982), *Scand. J. Immunol.,* 16:303.
Pedersen et al., (1982), *Cell,* 29:1015.
Garfinkel et al., (1982), *Jrnl. Biol. Chem.,* 257:11078.
Karin et al., (1982), *Nucl. Acids Res.,* 10:3165.
Hennighausen et al., (1982), *Nucl. Acids Res.,* 10:2677.
Alexander et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:3260.
Bothwell et al., (1982), *Nature,* 298:380.
MacDonald et al., (1982), *Jrnl. Biol. Chem.,* 257:9724.
Skup et al., (1982), *Nucl. Acids Res.,* 10:3069.
Lamouroux et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:3881.
Minth et al., (1982), *Jrnl. Biol. Chem.,* 257:10372.
Devos et al., (1982), *Nucl. Acids Res.,* 10:2487.
Harris et al., (1982), *Nucl. Acids Res.,* 10:2177.
Kakidani et al., (1982), *Nature,* 298:245.
Dandekar et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:3987.
Turner et al., (1982), *Nucl. Acids Res.,* 10:3769.
Kraus et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4015.
Ballivet et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4466.
Wetekam et al., (1982), *Gene,* 19:179.
Shen et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4575.
Menne et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4853.
Derynck et al., (1982), *Nucl. Acids Res.,* 10:3605.
Shiosaka et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4668.
Robson et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:4701.
Moir et al., (1982), *Gene,* 19:127.
Giraudat et al., (1982), *EMBO Jrnl.,* 1:713.
Heyneker et al., (1982), *Genetics of Industrial Microorganisms* pp. 214–221.
Woods et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:5661.
Stetler et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:5966.
Sinha et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:5847.
Kenten et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:6661.
Hoffman et al., (1982), *Nucl. Acids Res.,* 10:7819.
Luskey et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:6210.
Noda et al., (1982), *Nature,* 299:793.
Schuler et al., (1982), *Nucl. Acids Res.,* 10:8245.
Brooker et al., (1982), *Eur. J. Biochem.,* 129:325.
Krieg et al., (1982), *Nucl. Acids Res.,* 10:6777.
Konecki et al., (1982), *Nucl. Acids Res.,* 10:6763.
Wake et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:6979.
Breslow et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:6861.
Liu et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:7852.
B ock et al., (1982), *Nucl. Acids Res.,* 10:8113.
Chin et al., (1982), *Proc. Natl. Acad. Sci. USA,* 79:7704.
Breslow et al., (1982), *Jrnl. Biol. Chem.,* 257:14639.
Degen et al., (1986), *Jrnl. Biol. Chem.,* 261:6972.
Harris et al., (1986), *Mol. Biol. Med.,* 3:279.
Lemontt et al., (1985), *DNA,* 4:419.
Browne et al., (1985), *Gene,* 33:279.
Zonneveld et al., (1985), *Biochem. J.,* 235:385.
Bilofsky et al., (1986), *Nucl. Acids Res.,* 14:1.
Higashi et al., (1983), *J. Biol. Chem.,* 258:9522.
Persico et al., (1986), *Nucl. Acids Res.,* 14:2511.
Martini et al., (1986), *EMBO J.,* 5:1849.
Opdenakker et al., (1983), *Eur. J. Biochem.,* 131:481.
Okayama and Berg, (1982), *Mol. Cell. Biol.,* 2:161.
Wallace et al., (1979), *Nucl. Acids Res.,* 6:3543.
Wallace et al., (1981), *Nucl. Acids Res.,* 9:879.
Wood et al., (1985), *Proc. Natl. Acad. Sci. USA,* 82:1585.
Davis et al., (1980), *Adv. Bact. Genetics,* pp. 220–221.
Szostak et al., (1979), *Methods Enzymol.,* 68:419.
Wahl et al., (1987), *Methods Enzymol.,* 152:399.
Riggs et al., (1980), *Recent Progress in Hormone Res.,* 36:261.
Montgomery et al., (1978), *Cell,* 14:673.
Diamond et al., (1980), *Adv. Cancer Res.,* 32:41.
Goldfarb et al., (1980), *Biochemistry,* 19:5463, No. 24.
Wilson et al., (1979), *Cancer Research,* 39:1579.
Goldfarb et al., (1978), *Cancer Research,* 38:4601.
Christman et al., (1978), *Cancer Research,* 38:3854.
Vassalli et al., (1977), *Cell,* 11:695.
Wigler et al., (1976), *Nature,* 259:232.
Jaken et al., (1981), *J. of Cell Biol.,* 90:727.
Jaken et al., (1981), *Biochemical and Biophysical Research Communications,* 99:379, No. 2.
Ny et al. (1984), Proc.Natl.Acad.Sci.,USA, 81:5355.
Hoylaerts et al., J.B.C. 257, No. 6, 2912–2919 (1982).
Weimar et al., The Lancet 2, 1018–1020 (Nov. 7, 1981).
Wiman et al., Nature 272, No. 5648, 549–550 (Mar. 2, 1978).
Allen, Cell Biol. Int. Rep., 4(9), 803 (1980).
Chemical Abstracts, vol. 93, 183281e, p. 396 (1980).
Angles–Cano et al., C.R. Acad. Sc. Paris, 289, p. 485 (1979).
Chemical Abstracts, vol. 92, 36746m (1980).
Aoki, J. Biochem. 75, p. 731 (1974).
Astrup et al., Arch. Biochem. Biophys. 40, 346–351 (1952).
Barlow et al., Proc. Serono Symp. 9 (1977).
Chem. Abstracts 89, No. 7, 57188j, p. 360 (1978).
Binder et al., J. of Biol. Chem. 254, p. 1998 (1979).
Christman et al., Proteinases in Mammalian Cells & Tissues (A.J. Barrett, ed.) pp. 91–149 (Elsvier, Amsterdam).
Danø et al., J. Exp. Med. 147(3) pp. 745–757 (1978).
Chem. Abstracts 88, No. 21 (1978) 150159q.
Danø et al., Biochim. et Biophys. Acta, 613, p. 542 (1980).
Chem. Abstracts 93, p. 260 (1980) 90924b.
Fraki et al., J. Cutaneous Pathol. 6(3) pp. 195–200 (1979).
Chem. Abstracts 92, No. 1, 4445w (1980).
Heussen et al., Analytical Biochem. 102, pp. 196–202 (1980).
Chem. Abstracts 92, 89750q (1980).
Petrenko, Purification & Properties of Plasminogen Activator from Human Blood Plasma after Sudden Death (Trans. from Biokhimiya—Moscow) 43(8) 1978.
Petrenko, Chem. Abstracts, vol. 89, 192926p (1978).
Porath et al., Nature 258, pp. 598–599 (1975).
Fye et al., Proc. Serono Symp. 9 (Throm. Urokinase) pp. 43–58 (1977)—Chem. Abstracts 89, 159241p, p. 217 (1978).
Radcliffe et al., Archives of Biochem. & Biophys. 189, 185 (1978).
Rijken et al., Plasminogen Activator from Human Tissue (Gaiboia Omstotite. HRO TNO pp. 1–125).
Roblin et al., Can. Research, 40, pp. 2706–2713 (1980) Chem. Abstracts 93(13), 126098b (1980).
Shiba et al., Chem. Abstracts, vol. 89, 103261c (1978).
Sumitomo Chemical Co., Jap. Kokai 79/147993; Chem. Abstracts 92 (13), 106531p (1980).
Vermylen et al., Clin. Chim Acta, 8, 418–424 (1963).



Vetterlein et al., J. Biol. Chem., 254, pp. 575–578 (1979). Chem. Abstracts 90, (17) 135631k (1979).
Wang et al., Cancer Research, 40(2), pp. 288–292 (1980). Chem. Abstracts 92(11) 92449d.
Weber & Osborn, J. Biol. Chem., 244, pp. 4406–4412 (1969).
Wilson et al., Cancer Research, 40, pp. 933–938 (1980).
Wu et al., Int. J. Biochem., vol. 10, pp. 1001–1006 (1979). Chem. Abstracts 92, 54020z (1980).
Rijken, D.C. et. al. *J. of Biol. Chem.,* vol. 256(13), pp. 7035–7041 (1981).
Rijken, D.C. et. al. Biochem. Bioph s. Acta, vol. 580, pp. 140–153 (1979).
Bollen, A. *Biochem. Bioph.s. Res. Comm.,* vol. 97(1), pp. 207–215 (1980).
Edlund, T. et. al. *Proc. Natl. Acad. Sci.,* vol. 80, pp. 349–352 (1983).
Pennica, D. et. al. *Nature,* vol. 301, pp. 214–221 (1983).
Opdenakker, H. et. al., Eur. J. Biochem., vol. 121, 269–274, 1982.
Ringold, G. et. al., J. Mol. Appl. Genet. 1(3), 165–75, 1982; *Chem. Abst.* 96:17531p. 1982.
O'Hare, et, al., *Proc. Natl. Acad. Sco.,* vol. 78(3) 1527–31, 1981.
Martial, J. et. al., *Science,* vol. 205, 602–607, 1979.
*Gene Expression,* vol. 2, Lewin, B(Ed.) pp. 148–153, 1974.
Ordahl, C. et. al., *Proc. Natl. Acad. Sci.,* vol. 77, No. 8, pp. 4519–4523, 1980.
*Molecular Cloning* (Maniatis, Fritsch & Sambrook, Eds.), Cold Spring Harbor Laboratory, pp. 224–228, 1982.
Heyneker, H. et. al., *Proc. of IVth Internat'l Symposium on Genetics of Industrial Microorganisms* (Eds. Ikeda & Beppu), pp. 214–221, 1982.
Ratzkin, B. et. al., *Proc. Natl. Acad. Sci.,* vol. 78, No. 6, pp. 3313–3317, 1981.
*Genetic Engineering Ltr.,* vol. 2 No. 7 (Fishbein, G. Publisher) Sep. 10, 1982.
*Biotechnology News,* vol. 3 No. 5, Mar. 1, 1983.
*Genetic Engineering News,* p. 24, Mar. 1985.
Sargent, T. et al., *Proc. Natl. Acad. Sci.,* vol. 78, No. 1, pp. 243–246, Jan. 1981.

Fig.1.



Fig.2.



COLONY HYBRIDIZATION

RNA GEL SLICE 7 cDNA CLONES
VS.
$^{32}$P-TC($^{A}_{G}$)CA($^{A}_{G}$)TA($^{C}_{T}$)TCCCA PROBE

Fig.3.

E10



Fig. 4.

```
GTTCTGAGCACAGGGCTGGAGAGAAAACCTCTGCGAGGAAAGGGAAGGAGCAAGCCGTGA

                                        -35                        -30
                                        met asp ala met lys arg gly leu
ATTTAAGGGACGCTGTGAAGCAATC               ATG GAT GCA ATG AAG AGA GGG CTC

                                -20
cys cys val leu leu leu cys gly ala val phe val ser pro ser
TGC TGT GTG CTG CTG CTG TGT GGA GCA GTC TTC GTT TCG CCC AGC

     -10                                              1
gln glu ile his ala arg phe arg arg gly ala arg SER TYR GLN
CAG GAA ATC CAT GCC CGA TTC AGA AGA GGA GCC AGA TCT TAC CAA

                        10
VAL ILE CYS ARG ASP GLU LYS THR GLN MET ILE TYR GLN GLN HIS
GTG ATC TGC AGA GAT GAA AAA ACG CAG ATG ATA TAC CAG CAA CAT

     20                                    30
GLN SER TRP LEU ARG PRO VAL LEU ARG SER ASN ARG VAL GLU TYR
CAG TCA TGG CTG CGC CCT GTG CTC AGA AGC AAC CGG GTG GAA TAT

                    40
CYS TRP CYS ASN SER GLY ARG ALA GLN CYS HIS SER VAL PRO VAL
TGC TGG TGC AAC AGT GGC AGG GCA CAG TGC CAC TCA GTG CCT GTC

     50                                    60
LYS SER CYS SER GLU PRO ARG CYS PHE ASN GLY GLY THR CYS GLN
AAA AGT TGC AGC GAG CCA AGG TGT TTC AAC GGG GGC ACC TGC CAG

                    70
GLN ALA LEU TYR PHE SER ASP PHE VAL CYS GLN CYS PRO GLU GLY
CAG GCC CTG TAC TTC TCA GAT TTC GTG TGC CAG TGC CCC GAA GGA

     80                                    90
PHE ALA GLY LYS CYS CYS GLU ILE ASP THR ARG ALA THR CYS TYR
TTT GCT GGG AAG TGC TGT GAA ATA GAT ACC AGG GCC ACG TGC TAC

                    100
GLU ASP GLN GLY ILE SER TYR ARG GLY THR TRP SER THR ALA GLU
GAG GAC CAG GGC ATC AGC TAC AGG GGC ACG TGG AGC ACA GCG GAG

     110                                   120
SER GLY ALA GLU CYS THR ASN TRP ASN SER SER ALA LEU ALA GLN
AGT GGC GCC GAG TGC ACC AAC TGG AAC AGC AGC GCG TTG GCC CAG

                    130
LYS PRO TYR SER GLY ARG ARG PRO ASP ALA ILE ARG LEU GLY LEU
AAG CCC TAC AGC GGG CGG AGG CCA GAC GCC ATC AGG CTG GGC CTG

     140                                   150
GLY ASN HIS ASN TYR CYS ARG ASN PRO ASP ARG ASP SER LYS PRO
GGG AAC CAC AAC TAC TGC AGA AAC CCA GAT CGA GAC TCA AAG CCC

                    160
TRP CYS TYR VAL PHE LYS ALA GLY LYS TYR SER SER GLU PHE CYS
TGG TGC TAC GTC TTT AAG GCG GGG AAG TAC AGC TCA GAG TTC TGC

     170                                   180
SER THR PRO ALA CYS SER GLU GLY ASN SER ASP CYS TYR PHE GLY
AGC ACC CCT GCC TGC TCT GAG GGA AAC AGT GAC TGC TAC TTT GGG
```

Fig. 5A.

```
                         190
ASN GLY SER ALA TYR ARG GLY THR HIS SER LEU THR GLU SER GLY
AAT GGG TCA GCC TAC CGT GGC ACG CAC AGC CTC ACC GAG TCG GGT

        200                                  210
ALA SER CYS LEU PRO TRP ASN SER MET ILE LEU ILE GLY LYS VAL
GCC TCC TGC CTC CCG TGG AAT TCC ATG ATC CTG ATA GGC AAG GTT

                         220
TYR THR ALA GLN ASN PRO SER ALA GLN ALA LEU GLY LEU GLY LYS
TAC ACA GCA CAG AAC CCC AGT GCC CAG GCA CTG GGC CTG GGC AAA

        230                                  240
HIS ASN TYR CYS ARG ASN PRO ASP GLY ASP ALA LYS PRO TRP CYS
CAT AAT TAC TGC CGG AAT CCT GAT GGG GAT GCC AAG CCC TGG TGC

                         250
HIS VAL LEU LYS ASN ARG ARG LEU THR TRP GLU TYR CYS ASP VAL
CAC GTG CTG AAG AAC CGC AGG CTG ACG TGG GAG TAC TGT GAT GTG

        260                                  270
PRO SER CYS SER THR CYS GLY LEU ARG GLN TYR SER GLN PRO GLN
CCC TCC TGC TCC ACC TGC GGC CTG AGA CAG TAC AGC CAG CCT CAG

                         280
PHE ARG ILE LYS GLY GLY LEU PHE ALA ASP ILE ALA SER HIS PRO
TTT CGC ATC AAA GGA GGG CTC TTC GCC GAC ATC GCC TCC CAC CCC

        290                                  300
TRP GLN ALA ALA ILE PHE ALA LYS HIS ARG ARG SER PRO GLY GLU
TGG CAG GCT GCC ATC TTT GCC AAG CAC AGG AGG TCG CCC GGA GAG

                         310
ARG PHE LEU CYS GLY GLY ILE LEU ILE SER SER CYS TRP ILE LEU
CGG TTC CTG TGC GGG GGC ATA CTC ATC AGC TCC TGC TGG ATT CTC

        320                                  330
SER ALA ALA HIS CYS PHE GLN GLU ARG PHE PRO PRO HIS HIS LEU
TCT GCC GCC CAC TGC TTC CAG GAG AGG TTT CCG CCC CAC CAC CTG

                         340
THR VAL ILE LEU GLY ARG THR TYR ARG VAL VAL PRO GLY GLU GLU
ACG GTG ATC TTG GGC AGA ACA TAC CGG GTG GTC CCT GGC GAG GAG

        350                                  360
GLU GLN LYS PHE GLU VAL GLU LYS TYR ILE VAL HIS LYS GLU PHE
GAG CAG AAA TTT GAA GTC GAA AAA TAC ATT GTC CAT AAG GAA TTC

                         370
ASP ASP ASP THR TYR ASP ASN ASP ILE ALA LEU LEU GLN LEU LYS
GAT GAT GAC ACT TAC GAC AAT GAC ATT GCG CTG CTG CAG CTG AAA

        380                                  390
SER ASP SER SER ARG CYS ALA GLN GLU SER SER VAL VAL ARG THR
TCG GAT TCG TCC CGC TGT GCC CAG GAG AGC AGC GTG GTC CGC ACT

                         400
VAL CYS LEU PRO PRO ALA ASP LEU GLN LEU PRO ASP TRP THR GLU
GTG TGC CTT CCC CCG GCG GAC CTG CAG CTG CCG GAC TGG ACG GAG

        410                                  420
CYS GLU LEU SER GLY TYR GLY LYS HIS GLU ALA LEU SER PRO PHE
TGT GAG CTC TCC GGC TAC GGC AAG CAT GAG GCC TTG TCT CCT TTC
```

Fig. 5B.

```
                                    430
TYR SER GLU ARG LEU LYS GLU ALA HIS VAL ARG LEU TYR PRO SER
TAT TCG GAG CGG CTG AAG GAG GCT CAT GTC AGA CTG TAC CCA TCC

    440                                     450
SER ARG CYS THR SER GLN HIS LEU LEU ASN ARG THR VAL THR ASP
AGC CGC TGC ACA TCA CAA CAT TTA CTT AAC AGA ACA GTC ACC GAC

                        460
ASN MET LEU CYS ALA GLY ASP THR ARG SER GLY GLY PRO GLN ALA
AAC ATG CTG TGT GCT GGA GAC ACT CGG AGC GGC GGG CCC CAG GCA

    470                                 480
ASN LEU HIS ASP ALA CYS GLN GLY ASP SER GLY GLY PRO LEU VAL
AAC TTG CAC GAC GCC TGC CAG GGC GAT TCG GGA GGC CCC CTG GTG

                    490
CYS LEU ASN ASP GLY ARG MET THR LEU VAL GLY ILE ILE SER TRP
TGT CTG AAC GAT GGC CGC ATG ACT TTG GTG GGC ATC ATC AGC TGG

    500                                     510
GLY LEU GLY CYS GLY GLN LYS ASP VAL PRO GLY VAL TYR THR LYS
GGC CTG GGC TGT GGA CAG AAG GAT GTC CCG GGT GTG TAC ACC AAG

                            520                     527
VAL THR ASN TYR LEU ASP TRP ILE ARG ASP ASN MET ARG PRO OP
GTT ACC AAC TAC CTA GAC TGG ATT CGT GAC AAC ATG CGA CCG TGA
```

CCAGGAACACCCGACTCCTCAAAAGCAAATGAGATCCCGCCTCTTCTTCTTCAGAAGACA

CTGCAAAGGCGCAGTGCTTCTCTACAGACTTCTCCAGACCCACCACACCGCAGAAGCGGG

ACGAGACCCTACAGGAGAGGGAAGAGTGCATTTTCCCAGATACTTCCCATTTTGGAAGT

TTTCAGGACTTGGTCTGATTTCAGGATACTCTGTCAGATGGGAAGACATGAATGCACACT

AGCCTCTCCAGGAATGCCTCCTCCCTGGGCAGAAAGTGGCCATGCCACCCTGTTTTCAGCTA

AAGCCCAACCTCCTGACCTGTCACCGTGAGCAGCTTTGGAAACAGGACCACAAAAATGAA

AGCATGTCTCAATAGTAAAAGATAACAAGATCTTTCAGGAAAGACGGATTGCATTAGAA

ATAGACAGTATATTTATAGTCACAAGAGCCCAGCAGGGCCTCAAAGTTGGGGCAGGCTGGC

TGGCCCGTCATGTTCCTCAAAAGCACCCTTGACGTCAAGTCTCCTTCCCCTTTCCCCACT

CCCTGGCTCTCAGAAGGTATTCCTTTTGTGTACAGTGTGTAAAGTGTAAATCCTTTTTCT

TTATAAACTTTAGAGTAGCATGAGAGAATTGTATCATTTGAACAACTAGGCTTCAGCATA

TTTATAGCAATCCATGTTAGTTTTTACTTTCTGTTGCCACAACCCTGTTTTATACTGTA

CTTAATAAATTCAGATATATTTTTCACAGTTTTTCCAAAAAAAAAAAAAA

Fig. 5C.



Fig. 6.



Fig.7.



Fig. 8.



FIG. 9