## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD., )<br>ROCHE DIAGNOSTICS GmbH, and )<br>HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants. ) | Civil Action No. 05 CV 12237 WGY |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF AMGEN INC.'S MOTION TO STRIKE THE DECLARATION OF DR. SVEN-MICHAEL CORDS**

I, Matthew C. Nielsen, hereby declare under penalty of perjury that:

1. I am an attorney admitted to the Bar of the State of Illinois and am a partner in the law firm of Marshall, Gerstein & Borun LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case.

2. I make this declaration in support of Amgen Inc.'s Motion to Strike the Declaration of Dr. Sven-Michael Cords. Roche has submitted the declaration of Dr. Cords (Dkt. No. 600) in support of its opposition to Amgen's motion for summary judgment of infringement of claim 1 of the '422 patent, claim 4 of the '933 patent, and claim 6 of the '698 patent (Dkt. No. 588).

3. Statements made herein are based on my firsthand, personal knowledge.

4. Exhibit A is a true and correct copy of "Declaration Of Dr. Sven-Michael Cords In Support Of Roche's Opposition To Amgen's Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 4, And '698 Claim 6" (Dkt. No. 600).

     5.     Exhibit B is a true and correct copy of a letter dated May 29, 2007, from counsel for Amgen, Mr. Matthew C. Nielsen, to counsel for Roche, Mr. Hank Heckel.

     6.     Exhibit C is a true and correct copy of email correspondence between Mr. Nielsen and Mr. Heckel, dated May 29 and May 30, 2007.

     7.     Exhibit D is a true and correct copy of pertinent pages of the May 30, 2007 Deposition Transcript of Dr. Sven-Michael Cords.

     8.     Exhibit E is a true and correct copy of a redacted document bearing Bates Nos. C0014 – C0017, which counsel for Roche produced at the May 30, 2007 Deposition of Dr. Cords.

Dated: July 9, 2007                        /s/ Matthew C. Nielsen
                                            Matthew C. Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that this document (including non-confidential versions of all referenced exhibits), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

Dated: July 9, 2007                        /s/ Patricia R. Rich
                                            Patricia R. Rich