# EXHIBIT B

Dockets.Justia.com

**MARSHALL, GERSTEIN & BORUN LLP**

— ATTORNEYS-AT-LAW —

Matthew C. Nielsen
(312) 474-9572
mnielsen@marshallip.com

May 29, 2007

VIA EMAIL & FACSIMILE

Hank Heckel, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

   Re: *Amgen Inc. v. F. Hoffmann-LaRoche, et al.*
     Civil Action No. 05-12237-WGY

Dear Hank:

  This is in response to your letter dated May 25, 2007 to Mario Moore which enclosed and identified documents underlying the expert report of Dr. Cords.

  Roche's untimely production and identification of those documents (the overwhelming majority of which are in German) on the Saturday of Memorial Day weekend less than one business day before the currently-scheduled deposition of Dr. Cords tomorrow, May 30, has unfairly prejudiced Amgen. Amgen accordingly reserves all of its rights related to this belated production and identification, including moving to strike or otherwise bar Roche from referencing those documents at trial, and moving to bar Roche from introducing any related, potential testimony of Dr. Cords.

  The documents referenced in your letter do not include a copy of a protocol provided by Roche to Dr. Cords. Please produce a copy of that protocol immediately (by emailing me a copy). If there are any other documents that Roche or Dr. Cords withheld and fall within the scope of the production requirements of the Stipulated Order Regarding Expert Discovery (Docket No. 267), those documents should also be emailed to me immediately. If Kaye Scholer or Roche possess any English language translations of any of the documents identified in your May 25 letter, please also email those to me immediately.

**MARSHALL, GERSTEIN & BORUN LLP**

Hank Heckel, Esq.
May 29, 2007
Page 2

Kind regards,

Matthew C. Nielsen

MCN/mmk
cc: Thomas F. Fleming, Esq. (via email)
   Michele Moreland, Esq. (via email)
   Julia Huston, Esq. (via email)
   Krista M. Carter, Esq. (via email)