AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has received, on July 9, 2007, from plaintiff Amgen, Inc. documents for in camera review.

                             Elizabeth Smith
                             Deputy Clerk