# EXHIBIT 2

Dockets.Justia.com



OPIC
Office de la propriété intellectuelle du Canada

CIPO
Canadian Intellectual Property Office

Ottawa Hull K1A 0C9

(11) (C) **1,339,047**
(21) 616,898
(22) 1994/08/19
(45) 1997/05/27
(52) 530-1.3

(51) Int.Cl.⁵ C07K 14/505; A61K 38/18

(19) (CA) **CANADIAN PATENT** (12)

(54) Production of Erythropoietin

(72) Lin, Fu-Kuen, U.S.A.

(73) Kirin-Amgen, Inc., U.S.A.

(30) (US) U.S.A. 561,024 1983/12/13
    (US) U.S.A. 582,185 1984/02/21
    (US) U.S.A. 655,841 1984/09/28
    (US) U.S.A. 675,298 1984/11/30

(57) 3 Claims

Industrie Industry
Canada  Canada

Canada

AF 56530

AM-ITC 00317607

1339047

both) resulted in substantially homogeneous products
having essentially identical molecular weight charac-
teristics.

Purified human urinary EPO and a recombinant,
5  CHO cell-produced, EPO according to the invention were
subjected to carbohydrate analysis according to the pro-
cedure of Ledeen, et al. Methods in Enzymology,
83(Part D), 139-191 (1982) as modified through use of the
hydrolysis procedures of Nesser, et al., Anal.Biochem.,
10 142, 58-67 (1984). Experimentally determined car-
bohydrate constitution values (expressed as molar ratios
of carbohydrate in the product) for the urinary isolate
were as follows: Hexoses, 1.73; N-acetylglucosamine, 1;
N-acetylneuraminic acid, 0.93; Fucose, 0; and N-acetyl-
15 galactosamine, 0. Corresponding values for the recom-
binant product (derived from CHO pDSVL-gHuEPO 3-day
culture media at 100 nM MTX) were as follows: Hexoses,
15.09; N-acetylglucosamine, 1; N-acetylneuraminic acid,
0.998; Fucose, 0; and N-acetylgalactosamine, 0. These
20 findings are consistent with the Western blot and
SDS-PAGE analysis described above.

Glycoprotein products provided by the present
invention are thus comprehensive of products having a
primary structural conformation sufficiently duplicative
25 of that of a naturally-occurring erythropoietin to allow
possession of one or more of the biological properties
thereof and having an average carbohydrate composition
which differs from that of naturally-occurring erythro-
poietin.

30                    EXAMPLE 11

The present example relates to the total manu-
facture by assembly of nucleotide bases of two structural
genes encoding the human species EPO sequence of Table VI
35 and incorporating, respectively "preferred" codons for
expression in E.coli and yeast (S.cerevisiae) cells.

AF 56595

AM-ITC 00317672