5/16/2007  Kolodner, Richard D.

```
1        UNITED STATES DISTRICT COURT
2         DISTRICT OF MASSACHUSETTS
3
4   AMGEN, INC.,
5        Plaintiff,
                             Civil Action No.
6   v.                       05-CV-12237-WGY
7   F. HOFFMANN-LA ROCHE, LTD.,
    a Swiss Company, ROCHE
8   DIAGNOSTICS GmbH, a German
    Company, and HOFFMANN-LA
9   ROCHE, INC., a New Jersey
    Corporation,
10
         Defendants.
11  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12
13          CONFIDENTIAL VIDEOTAPED
14    DEPOSITION OF RICHARD D. KOLODNER, PH.D.
15           SAN DIEGO, CALIFORNIA
16              MAY 16, 2007
17
              (This transcript
18        contains testimony
          designated confidential as
19        per Section 5(c) of the
          Amended Protective Order.
20        Please treat the entire
          transcript in accordance
21        with the protective order.)
22
23  Reported by: Harry Alan Palter, CSR NO. 7708
24
25
```

EXHIBIT A

1

5/16/2007  Kolodner, Richard D.

```
1   Appearances:
2      For Plaintiffs:
3           Marshall, Gerstein & Borun LLP
4           By:
5           Kevin M. Flowers, Ph.D., Esq.
6           Cullen N. Pendleton, Esq.
7           233 South Wacker Drive
8           Suite 6300
9           Chicago, Illinois 60606-6357
10          312.474.6300   Fax 312.474.0448
11          E-mail:  kflowers@marshallip.com
12                   cpendleton@marshallip.com
13
14     For Defendants:
15          Kaye Scholer LLP
16          By:  Jeanna M. Wacker, Esq.
17          425 Park Avenue
18          New York, New York 10022-3598
19          212.836.8374   Fax 212.836.6312
20          E-mail:  jwacker@kayescholer.com
21
22
23
24
25
```

2

## Page 31

1   And you said the other -- the
2   other part of step 2 was the media?
3       A.   Right.
4       Q.   And is that -- is there a
5   standard media?
6       A.   Um, no, but there are a limited
7   diversity of medias.
8       Q.   And how did you choose the
9   media in this case?
10      A.   I used media that was as close
11  as possible to the media that was described
12  in the Roche technical documents.
13      Q.   And this is the supplementary
14  media you describe in your report?
15      A.   Yes.
16      Q.   Okay.
17           And what would the next step in
18  the thawing process be?
19      A.   There's no next step. They're
20  done.
21      Q.   Okay.
22           And so going back to the reason
23  why you wanted to know, from Roche, how to
24  resuscitate out of the frozen state, the
25  first step is fairly standard, to soften the

## Page 32

1   cells.
2       A.   Hmm-hmm.
3       Q.   And the second step is -- what
4   could differ is the vessel and the type of
5   media; is that correct?
6       A.   Yes.
7       Q.   Okay.
8            How would -- how do different
9   medias affect the cells?
10           MR. FLOWERS:  Objection.
11           Vague and ambiguous.
12           THE WITNESS:  I can't actually
13      answer that -- that question because I
14      didn't do any experimentation on this
15      point.
16           MS. WACKER:  Okay.
17  BY MS. WACKER:
18      Q.   Do you know that different
19  types of media will affect cells in different
20  ways?
21      A.   The term "different" is very
22  vague to me, because the term "media" refers
23  to a diversity of things ranging from
24  bacteriologic media to -- to tissue culture
25  media.

## Page 33

1       Q.   Okay.
2            Let's go back.
3            Why did you want to get
4   information on Roche's media?
5       A.   Because I wanted to grow the
6   cells according to their instructions. And I
7   wanted to be sure I understood their
8   instructions because their instructions were,
9   in my view, somewhat vague.
10      Q.   And if you did not grow the
11  cells according to their instructions, is it
12  possible that the cell growth could differ
13  from that that Roche -- could it differ from
14  Roche's cell growth?
15           MR. FLOWERS:  Objection.
16           Calls for speculation.
17           THE WITNESS:  Um, yeah.
18           I can't definitively answer
19      that question because I didn't grow
20      their cells under different
21      conditions.
22  BY MS. WACKER:
23      Q.   But understanding the condition
24  under which you should grow the cells is
25  important?

## Page 34

1            MR. FLOWERS:  Objection.
2            Vague and ambiguous.
3            THE WITNESS:  It's -- it's
4       important if one's goal is to follow a
5       procedure provided by somebody -- in
6       this case, Roche.
7   BY MS. WACKER:
8       Q.   And do you know of any -- if
9   you vary that procedure, what -- I mean, if
10  differences in media, for example -- how --
11  are there ways that could affect the cell
12  growth?
13           I'm just trying to get an
14  understanding of -- you wanted to know what
15  the media was for a reason why -- I'm trying
16  to get an understanding of how different
17  medias affect the cell growth.
18           MR. FLOWERS:  Objection.
19           MS. WACKER:  And why would you
20      want to follow the protocol of Roche?
21           MR. FLOWERS:  Objection.
22           Vague and ambiguous, to the
23      extent it hasn't already been
24      answered.
25           THE WITNESS:  Um, my answer to

5/16/2007  Kolodner, Richard D.

```
1        that question is that I only wanted to
2        understand their media so that I could
3        follow their procedure, since I was
4        asked to grow cells according to their
5        procedure.  And I was provided with
6        very limited information about the
7        cells or really the procedure.
8                And as a scientist, I attempt
9        to understand and gain as much
10       information as I can about the
11       procedures I'm going to follow, as I
12       possibly can.
13  BY MS. WACKER:
14       Q.      Now, the supplementary media
15  that you prepared --
16       A.      Yes.
17       Q.      -- did that differ from the
18  media that Roche uses?
19       A.      Um, yes, slightly.
20       Q.      And what differences do you
21  recall, were there?
22       A.      Yes, I do recall.
23       Q.      Okay.
24               And what were they?
25       A.      Um, there were slight
```

35

5/16/2007  Kolodner, Richard D.

```
1   differences in the concentration of sodium
2   chloride, pyridoxal -- vitamin B -- thymidine
3   and hypoxanthine.
4        Q.      What was the last one?
5        A.      Hypoxanthine.
6        Q.      How does sodium chloride affect
7   cell growth?
8                MR. FLOWERS:  Objection.
9                Vague and ambiguous.
10               THE WITNESS:  I don't
11       actually -- actually know the answer
12       to that question in great detail.
13       Sodium chloride is a physiologic salt.
14               And tissue-culture mediums are
15       designed to be relatively
16       physiological in salt concentration.
17  BY MS. WACKER:
18       Q.      And now, could -- do you know
19  if differences in the concentration of sodium
20  chloride could affect the cell growth?
21               MR. FLOWERS:  Objection.
22               Vague and ambiguous.
23               THE WITNESS:  Um, if we're
24       talking -- you'd have to define the
25       extent of the difference, for me to
```

36

5/16/2007  Kolodner, Richard D.

1   cases, the Roche medium has higher
2   concentrations and then things had to be
3   added.
4       Q.   And now on this chart, can you
5   point out to me where things differed between
6   the supplementary media that you created and
7   the Roche medium?
8       A.   Sure.
9            So for example, on the
10  pyridoxal hydrochloride --
11      Q.   Where is that on this?
12      A.   That's under "Vitamins," about
13  -- one, two, three --
14      Q.   I see it.
15      A.   Okay.
16           There -- there is
17  1.969 milligrams per liter more pyridoxal
18  hydrochloride in our media, as an example.
19      Q.   Okay.
20           And are there any other
21  differences in this chart?
22      A.   Um -- I'm just trying to find
23  them.
24           There are several differences.
25           So, for example, our medium has

70

5/16/2007  Kolodner, Richard D.

1   thymidine in it, and the Roche medium does
2   not.
3            Our medium has slightly more
4   phenol red, as an example.
5            Our medium has hypoxanthine in
6   it.
7            And I'm trying to find the
8   sodium chloride.
9            Let me just try to -- sorry.
10           My eyesight -- I'm having a
11  little trouble finding, for example, the
12  sodium chloride, but --
13      Q.   On this chart?
14      A.   Yeah.
15      Q.   I think it is above other
16  components -- four up?
17      A.   Oh, yes.
18           Thank you.
19           So our media has slightly more
20  sodium chloride in it, for example.
21      Q.   What is phenol red?
22      A.   Phenol red is a pH indicator.
23      Q.   Okay.
24           And why did you add that to
25  your media?

71