# EXHIBIT 2

Casebeer Decl. to Amgen's Reply for SJ of No IC  - Public

Dockets.Justia.com

Defts' EXHIBIT 17
FOR I.D. 9-16-99
RUTH C. MOORE, CSR #8444
WITNESS Browne



NOTICE OF
CLAIMED INVESTIGATIONAL EXEMPTION
FOR
RECOMBINANT-
HUMAN ERYTHROPOIETIN
(r-HuEPO)

September 27, 1985

Amgen
1900 Oak Terrace Lane,
Thousand Oaks, CA 91320

Volume II of IV

TRIAL EXHIBIT
2023
97-10814 WGY

CONFIDENTIAL
A 45045

FD 1571 Item 5R
Product: r-HuEPO

Amgen
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

FIGURE 50-26

Western analysis of pure r-HuEPO and pure human urinary EPO. Pure human urinary EPO 175, 90, 45, and 15 ng (Lanes 1-4, respectively) and pure r-HuEPO, 400 and 150 ng (Lanes 5 and 6, respectively) were electrophoresed on a 12.5% SDS-polyacrylamide gel. Following electrophoresis, the protein bands were transferred to nitrocellulose, and the Western was developed using a monoclonal antibody specific for the amino-terminus of EPO.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
CONTAINS TRADE SECRETS OR
OTHER INFORMATION WHICH ARE
THE PROPERTY OF
AMGEN
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

0968

CONFIDENTIAL
A 45556

AM670204173                                     AM-ITC 00988840

FIGURE 50-26

## WESTERN ANALYSIS OF PURE RECOMBINANT HUMAN EPO AND PURE HUMAN URINARY EPO

       1    2    3    4    5    6

45.0 K —         ▬  ▬  —      ▬  ▬

25.7 K —

18.4 K —

13.3 K —

6.0 K —

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

**CONFIDENTIAL**
CONTAINS TRADE SECRETS OR
OTHER INFORMATION WHICH ARE
THE PROPERTY OF
AMGEN
1900 Oak Terrace Lane
Thousand Oaks, CA 91320

0968 A

CONFIDENTIAL
A 45557

AM670204174                                                         AM-ITC 00988841