# EXHIBIT 3

Casebeer Decl. to Amgen's Reply for SJ of No IC  - Public

Dockets.Justia.com

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

FRITSCH et al. )
 ) Interference No. 102,097
     vs. ) and
 ) Interference No. 102,334
LIN )
 ) Examiner-in-Chief:
_____ ) Marc L. Caroff

DEPOSITION OF:   JOAN CHRISTINE EGRIE

TAKEN ON:   April 15, 1991

CERTIFIED COPY

PELLETIER & JONES
3435 WILSHIRE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA  90010
(213) 380-5077   (714) 988-2119

REPORTED BY:
DEBORAH L. LUNDGREN, CSR #6727
REGISTERED PROFESSIONAL REPORTER
FILE NO.:   1-2079-1

AM 17 029576
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

JOAN C. EGRIE

1  A.  Yes.

2  Q.  Would you refer, now, to another article

3  which has been previously marked as Fritsch exhibit 4.

4  Doctor, are you the J.C. Egrie that appears as an author

5  on this paper?

6  A.  Yes.

7  Q.  Did you author the information which appears

8  on pages 697 through 698 under the section called

9  "Structural features of EPO"?

10  MR. BORUN: That's been asked and answered. She is

11  an author on this paper.

12  BY MR. FEILER:

13  Q.  Is that your answer?

14  A.  I was an author on the paper, yes.

15  Q.  And did you believe this paper to be

16  accurate when you published it?

17  A.  I believed it to be accurate, yes.

18  MR. FEILER: Could you make exhibit 115 available

19  to the witness.

20  Q.  Would you refer to -- I guess it's notebook

21  page 69 in exhibit 115.

22  MR. BORUN: Document No. L01074?

23  MR. FEILER: That's correct.

24  Q.  Did you perform the work on that page,

25  Doctor?

AM 17 029750
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

577

AM-ITC 00356812

Pelletier & Jones

JOAN C. EGRIE

1  A.  Excuse me?

2  Q.  Did you perform the work that's reflected on
3  that page?

4  A.  Yes.

5  Q.  Is it correct that this is a western?

6  A.  Yes.

7  Q.  Is it correct that the western includes lot
8  82?

9  A.  Yes.

10 Q.  And is it also correct that the western
11 includes a sample from Alpha Therapeutics?

12 A.  That's correct.

13 Q.  And is it correct that that Alpha
14 Therapeutics sample is EPO?

15 A.  It would be a preparation from that company
16 that contained EPO.

17 Q.  Is it true that the Alpha Therapeutics EPO
18 is a naturally-occurring EPO?

19 A.  Could you be more specific?

20 Q.  Do you know the source of the Alpha
21 Therapeutics EPO?

22 A.  I believe it was urine.

23 Q.  Human urine?

AM 17 029751
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

24 A.  I'm not completely sure.

25 Q.  Doctor, would you refer in that exhibit to

578

Pelletier & Jones

AM-ITC 00356813

1   notebook page 65, Lin document No. L01070.

2            Do you have it, Doctor?

3        A.  Yes.

4        Q.  Am I correct, Doctor, that this is a part of
5   the same experiment that's reflected on page 69 of the
6   notebook?

7        A.  Yes.

8        Q.  And is this also in your handwriting?

9        A.  Yes.

10       Q.  And does it not indicate that Alpha
11  Therapeutics' EPO is a human urinary prep?

12       A.  Yes.

13       Q.  Could you refer back to page 69 of your
14  notebook. Is it true that lot 82 material gave the same
15  molecular weight as the CHO material?

16       A.  It says CHO and lot 82 same size, although
17  CHO is very heterogeneous.

18       Q.  So is it true that lot 82 gave the same
19  molecular weight as CHO?

20       A.  It says it has the same size.

21       Q.  Is it also true that Alpha Therapeutics'
22  material gave the same molecular weight as the CHO
23  material?

24       A.  It says Alpha Therapeutics approximately
25  same size as CHO and lot 82.

AM 17 029752
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

5/9

Pelletier & Jones

AM-ITC 00356814

JOAN C. EGRIE

1   Q.   Isn't it true that the results of this
2   experiment indicate that lot 82 and the Alpha Therapeutics
3   material had the same carbohydrate composition as the CHO
4   material?
5   A.   It says they have approximately the same
6   size.  The two glycoproteins are approximately the same
7   size.
8   Q.   And isn't it true that that's indicative of
9   the same carbohydrate composition?
10  A.   No.  Not necessarily at all.
11  MR. FEILER:  Could I have the last three questions
12  and answers back.
13          (Record read.)
14  BY MR. FEILER:
15  Q.   Is it consistent?
16  MR. BORUN:  Objection.  Lack of foundation, vague.
17  THE WITNESS:  It does not allow you to decide one
18  way or the other.
19  BY MR. FEILER:
20  Q.   Is it your testimony, then, Doctor, that a
21  difference in molecular weight on a western does not
22  suggest a difference in the carbohydrate composition of
23  the molecules?
24  MR. BORUN:  Counsel, are you trying to characterize
25  the witness's testimony or are you giving her a leading

AM 17 029753
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00356815