Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Doc. 704 Att. 4

# EXHIBIT 4

Dockets.Justia.com

# LABORATORY NOTEBOOK

No 633

AMGEN, INC.

LIN
EXHIBIT
115

AM 17 009851
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01097

NOTEBOOK NO. 633

ISSUED TO d Egrie

ON 7/10 19 84

DEPARTMENT

RETURNED 19

SCIENTIFIC NOTEBOOK CO.
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01098

AM 17 009852
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No.______
Book No.______

9/19-9/21/84 Western Analysis

65

Page No.__

Lge Western analysis - 2gels to look at the following:
① Comparison of B11 Hu EPO B Lot 82 to illustrate similarity in size
ENDO F treatment of 2 as well

② Goldwasser EPO ± ENDO F
③ α therapeutics EPO ± ENDO F
} ∴ Comparison of size of glycosylated + deglycosyl EPOs from 3 diff human urinary preps

④ Comparison of ab-reactive EPO in cycles 1→9 RB collections + their ENDO F digestion prods.

⑤ B11, pool for lg scale human EPO purification ± ENDO F

⑥ ~~Seco~~ Cycle ② B11 RB sample 1st either treated or not treated c̄ ETOH pptn. before ~~either~~ running on gel

⑦ Use α C terminal peptide in Western c̄ ± ENDO F treated EPOs

⑧ GEL, TRANSFER + AB PROTOCOL

Run 12.5% SDS PAG - during the day
Transfer to 0.2 μm Nitrocellulose at 30 v/ON = 16 hours
Block c̄ either 10% horse or goat sera in PBS

Abs - ① For part of 1 gel use 208 prep#9 1.05 mg/ml ab at conc of 12 μg/ml - ON then RT in 5% horse sera
Develop c̄ avidin/biotin reagents - 1.5 hr α mouse Ab, 1.5 hr ABC
② α NH2 peptide ab 1:300 diln of 8C196 # 4/25/84 testbleed in 5% goat sera
other conditions as in #1
③ α C terminal peptide ab - 1:200 diln. of 8C 278 #4625 in 5% goat sera
other conditions as in #1

ETOH Precipitation Protocol
From Jeff's Coomassie-stained gel it looked like there was only 1 ENDO F-digestion product + not the usual doublet that we've seen. Difference betw. his protocol + ours is that he used ETOH pptn to concentrate sample after ~~g~~ ENDO F + before gel loading. The undigested sample was treated the same way.
→ Start c̄ sample = 15λ cycle ② + 5λ $^{125}$I EPO (23056 cpm) Add 250λ -80° ETOH 100%
PLE # 12 Sit at -80° for 20 min.
Centrifuge 2' in Eppendorf. Remove sup. See no pellet, but have faith.
Count pellet + sup (in new tube)

To Page No. 66

Witnessed & Understood by me, | Date | Invented by | Date
Recorded by

FRITSCH v. LIN
INTER NDS 102,096
102,097, 102,334
LIN DOC NO L01070

From Page No. 65

Sup: 1383 cpm = 6.8% recovery of counts
pellet: 19061 cpm = 93.2% " " " in pellet.
20444 total cpm

Let pellet tube stand overnight in hood c̄ fluorescent light on + blowers blowing.
In AM all residual EtOH gone
Dissolve in 3x Laemmli sample buffer (LSB) + boil 2' to get into solution
30 µl

ENDO-F treated sample - cycle (2) EtOH ppt'n = SAMPLE # 11
15λ cycle (2) + 5λ $^{125}$I-EPO (23,520 cpm) + 20λ ENDO F buffer + 0.5 µl ENDO F
Incubate 5 hrs, 37°
Cool on ice
Add 500 µl 100% EtOH final [EtOH] = 92.93%
Keep at -80° for 20'. Centrifuge + count as above
Sup - 1419 - 6.1% cpm recovered
Pellet - ~~22004~~ 93.9% cpm recovered
23,423

ENDO F - from NEN - Lot #

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01071

AM 17 009854
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

To Page No. 167

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

LE

Project No.

Book No.

67

m Page No. 66

EL # 1

| for Western | # | SAMPLE | Sample Preparation Info. |
|---|---|---|---|
| | 1 | Hi MW BRL prestained Mrk. = 11 µl | |
| | 2 | LOT 82 1:20 stock in 0.025% BSA - 6λ - 52.5ng | |
| | 3 | LOT 82 " " - 3λ 26.3ng | |
| CA - ProtA | 4 | CHO. Cycle ② - 2λ = 88.3ng | |
| ④ | 5 | CHO Cycle ② - 1λ - 44.2 ng | |
| µg/ml | 6 | LOT 82 + ENDO F - 6λ LOT 82 1:20 52.5ng | ① LOT 82 - 10λ of 1:20 in 0.025% BSA + 40λ ENDO F BUFFER + 0.5λ ENDO F = 50.5λ - incubate 5 hrs, 37° Add 6 µl LSB - 10x - boil = 57 µl approx. total vol. use 38λ for well 6 + 19λ for well 7 |
| | 7 | LOT 82 + ENDO F - 3λ LOT 82 1:20 26.3ng | |
| | 8 | CHO cycle ② - 2λ + ENDO F 88.3 ng | ② CHO cycle ② - 12λ + 48λ endo F buffer + 1λ ENDO F = 61λ TOTAL 5hr 37°. Cool. + 9λ 10x LSB = 70λ Total Boil. for 1λ CHO sample, use 5.5λ mix. for 2λ CHO sample, use 11λ mix |
| | 9 | CHO Cycle ② - 1λ + ENDO F 44.2ng | |
| | 10 | Goldwasser 1λ 1:10 for blots = 30ng | |
| | 11 | Goldwasser 1λ 1:10 for blots + ENDO F = 30ng | ③ 33λ G.C. 1:10 + 66λ ENDO F buffer - 5hr/37°C 0.5 µl ENDO F = 100λ Add 15λ 10x LSB = 115λ - Use 38λ for wells 11 + 16. |
| | 12 | α therapeutic "OLD" - 23µl = 2.3 U = 33ng | |
| | 13 | α therapeutic "old" + ENDO F - 23µl = 33ng | ④ 23 µl α therapeut. + 23µl ENDO F buffer + 0.25λ ENDO F - 5hr 37° = 46 µl total vol. + 5λ 10x LSB - boil. load total sample |
| | 14 | Lo MW. BRL prestained Mrk = 11 µl | |
| | 15 | Goldwasser - 1λ 1:10 for blots - 30ng | |
| OD diln. | 16 | Goldwasser - 1λ 1:10 for blots + ENDO F - 30ng | See sample ③ above in box |
| mmal ab | 17 | CHO - cycle ② - 2µl = 88.3ng | |
| it 8C 278 | 18 | CHO - cycle ② - 2µl + ENDO F 88.3ng | See sample ② above in box |
| 1265 | 19 | CHO cycle ② - 2µl + ENDO F - 88.3 ng | |
| | 20 | Lo MW BRL Prestained Mrk - 11 µl | |

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01072

AM 17 009855
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

To Page No. 68

| ssed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |


Project No.
Book No. TITLE

8

From Page No. 61

| Used | # | SAMPLE | SAMPLE PREPARATION |
|---|---|---|---|
| ↑ | 1 | BRL LoMW prestained markers 11μl | |
| | 2 | Cycle ① B11 - 1.5μl = 60ng | |
| | 3 | Cycle ③ B11 - 1.5μl = 71ng | |
| | 4 | Cycle ⑥ B11 3μl = 73ng | |
| 300 dilu. 4b51B | 5 | Cycle ⑨ B11 - 4.5μl = 66ng | |
| 196#, | 6 | B11 pool for lg scale purif = 2μl = 53ng | |
| mit d amino | 7 | " " " " -4μl = 106 ng | |
| viral ab | 8 | E coli EPO fr. K.Z. 5 -2μl amt EPO unknown | Make a 1:10 diln. fr. Kris' 20μl stock + use 2λ. 2λ 1:1 → good Coomas. Band Orig. is from EK Lin. Orig. is in LSB + dye. |
| | 9 | Cycle ① - 1.5μl = 60 ng + ENDO F ⑤ | 15λ cycle ① + 10λ ENDO F buffer + 0.25λ ENDO F, 5 hrs 37°, +2λ 10x LSB |
| | 10 | Cycle ③ - 1.5μl = 71 ng + ENDO F ⑥ | 1.5λ cycle ③ + 10λ " + 0.25λ " " + 2λ 10x LSB |
| | 11 | Cycle ⑥ - 3μl = 73 ng + ENDO F ⑦ | 3λ cycle ⑥ + 10λ " + 0.25λ " " + 2λ 10x LSB |
| | 12 | Cycle ⑨ - 4.5μl = 66 ng + ENDO F ⑧ | 4.5λ cycle ⑨ + 10λ " + 0.25λ " " + 2λ 10x LSB |
| | 13 | B11 pool lg scale purif = 53ng + ENDO F ⑨ | B11 pool 12μl + 48λ ENDO F buffer + 0.5λ ENDO F - 5hrs, 37° ~~+ 7λ 10x LSB → 68λ~~ |
| | 14 | B11 pool lg scale purif = 106 ng + ENDO F | Use 11.3λ for the 2λ sample + 22.6λ for the 4λ sample. |
| | 15 | BRL LoMW prestained markers - 11μl | |
| | 16 | Cycle ② + EtOH - 2μl equiv = 88 ng | ⑫ See description on p. 65-66 Use 2λ for the 1λ sample Use 4λ " " 2λ sample |
| | 17 | Cycle ② + EtOH - 1μl equiv = 44ng | |
| | 18 | Cycle ② + ENDO F + EtOH - 2μl equiv = 88ng | ⑪ See description on p. 65-66 Use 2λ for the 1λ sample ~~Use 4λ for the 2λ sample~~ |
| | 19 | Cycle ② + ENDO F + EtOH 1μl equiv = 44ng | |
| ↓ | 20 | BRL LoMW prestained markers - 11μl | |

Total, whole sample

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01073

AM 17 009856
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

To Page No.

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |

Project No.
TITLE Book No. 69
Gel #1

From Page No. 68

16, 49, 35.4, 34, 29.7, 21, 18, 14, 13.3, 13.5, 9K

CHO ⊕ +ENDO F 65 μg 44 μg | CHO SGE ⊕ 86 μg | GC +ENDO F 30 μg | GC 30 μg | α therapeut +ENDO F | GC +ENDO F 30 μg | GC 30 μg | CHO B11 Cycle ⊕ +ENDO F 44 μg 86 μg | LOT 82 +ENDO F 26 μg 52 μg | CHO B11 Cycle ⊕ 44 μg 86 μg | LOT 82 26 μg 52 μg

Develop ē α C term. rabbit sera 1:200

Develop ē MCA - 12 μg/ml

Conclusions - CHO ⊕ + lot 82 same size, although CHO is very heterogeneous. On +ENDO F, lot 82 gives 1 band + only 1 faint lower MW band, whereas CHO ⇒ 3 bands. Intensity lower one is less than higher MW band, but darker than correspond. band in LOT 82

- Gene's EPO - behaving as normal - glycosyl = ↓ MW fr. LOT 82, although ENDO F digestion prod - MW so faint lower band + 1 degrad. prod.

- α therapeutic - ~ same size as CHO + lot 82. Digestn. prod = LOT 82 + lower band is lighter than in CHO, but darker than lot 82

- α C terminal sera - light bands - need to repeat - See only top band of digestn prod. but must repeat ē ~10x sample load.

To Page No. 70

Witnessed & Understood by me, | Date | Invented by | Recorded by | Date

AM 17 009857
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO [illegible]

Project No.
Book No. TITLE

Page No. 69

Develop c̄ 1:300 Rabbit α NH2 Terminus Sera

ETOH pptn.

+ ENDO F

+ENDO F

60ng Cycle① 71ng ③ 73ng ⑥ 66ng ⑨ 53ng B.. pool 106ng coli EPO 71 cycle ① 73 ③ 66 ⑥ 53ng ⑨ 53 B.. pool 106ng 58ng 44ng cycle② 58ng 44ng cycle②

60K

36K
30K

22K
19.LK
17.9K
13.7K

13K

Conclusions ① Think there is a tendency towards ↓ MW in ↑ cycle # of CHO samples

② See 3 ENDO F major bands - 2 = weighted doublet
(why seeing more bands now? Previously we needed double ab procedure for ENDO F of recombinant material) 1 lower MW band 1 degradation prod.

③ EtOH pptn. → aggregation + no ↓ in # ENDO F bands

④ E. coli EPO Has MW (or migration) even lower than the smallest of the ENDO F (Ethers) fragments of CHO EPO. Why such a discrepancy?

AM 17 009858
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

FRITSCH v. LIN 102,097, 102,334
INTER NOS 102,096 LIN DOC NO L01075

To Page No.

Witnessed & Understood by me, | Date | Invented by | Date
Recorded by



AM 17 009859
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
FRITSCH v. LIN
INTER NOS 102,09
102,097, 102,334
LIN DOC NO L0107

AM 17 009860
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Project No.

TITLE Book No.

From Page No.

FRITSCH v. LIN
INTER NOS 102,096
102,097, 102,334
LIN DOC NO L01078

AM 17 009861
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

To Page No.

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | Recorded by | |