# EXHIBIT 6

Casebeer Decl. to Amgen's Reply for SJ of No IC  - Public

Dockets.Justia.com

IN THE

# United States Patent and Trademark Office

Before the Board of Patent Appeals and Interferences

Interference No. 102,096
Interference No. 102,097
and
Interference No. 102,334

FRITSCH

v.

LIN

Examiner-in-Chief Marc L. Caroff

## FRITSCH EXHIBITS
### VOLUME XVIII
(Exhibits FX 399 cont. to FX 417)

KURT E. RICHTER
MORGAN & FINNEGAN
345 Park Avenue
New York, New York 10154
(212) 758-4800
*Attorneys for Fritsch*

Of Counsel:
 EUGENE MOROZ
 WILLIAM S. FEILER
 MICHAEL P. DOUGHERTY
 WILLIAM KROVATIN

AM 17 049165
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Trial Exhibit 207
97-10814-WGY

Trial Exhibit ATD
97-10814-WGY

r-HuEPO Product License Application　　　　　　Amgen, Inc.
Table of Contents　　　　　　　　　　　　　　　　1900 Oak Terrace Lane
　　　　　　　　　　　　　　　　　　　　　　　　Thousand Oaks, CA  91320

## TABLE OF CONTENTS

| Item | Description | Volume/Page |
|---|---|---|
| | OVERALL SUMMARY | |
| | A. Annotated Package Insert | 1/Summary 0001 |
| | B. Product Description, Scientific Rationale, Intended Use, and Potential Clinical Benefits | 1/Summary 0013 |
| | C. Summary of Product Manufacture | 1/Summary 0015 |
| | D. Summary of Non-Clinical Pharmacology | 1/Summary 0021 |
| | E. Summary of Toxicology Studies | 1/Summary 0031 |
| | F. Summary of Clinical Experience | |
| | 1. Integrated Summary of Efficacy | 1/Summary 0055 |
| | 2. Integrated Summary of Safety | 1/Summary 0078 |
| | G. Benefit/Risk Evaluation | 1/Summary 0113 |
| 1. | GENERAL INFORMATION | 1/0001 |
| | A. Product Identification | 1/0001 |
| | B. Manufacturer's Name, Address, Zip Code and Phone Number | 1/0003 |
| | C. Complete Addresses of Locations of Product Manufacturer(s) | 1/0004 |
| | D. Facility Map | 1/0006 |
| 2. | DEVELOPMENT AND CHARACTERIZATION OF r-HuEPO PRODUCTION SYSTEM | 1/0007 |
| | A. Molecular Biology of the Erythropoietin Gene | 1/0011 |
| | 1. Summary | 1/0011 |
| | 2. Flow Chart | 1/0013 |
| | 3. Cloning of the Human Erythropoietin Gene | 1/0014 |

DEFENDANT'S EXHIBIT
AM 17 048934
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Amgen Confidential Business Information,
Subject To ITC Protective Order

A 27110

FRITSCH V. LIN
INTER. 102,096,102,097 & 102,334
FRITSCH EVID.
EX. 399

05027129

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA  91320

| Item | Description | Volume/Page |
|---|---|---|
| 4. | Transient Expression of the Cloned Human Erythropoietin Gene | 1/0018 |
| 5. | Characterization of the Human Genomic Erythropoietin Clone | 1/0021 |
| 6. | Genome Organization of the Human Erythropoietin Gene | 1/0024 |
| 7. | Sequencing the Human Erythropoietin Gene and the Analysis of the Sequence | 1/0026 |
| 8. | Sequencing Strategy | 1/0030 |
| 9. | Expression of r-HuEPO | 1/0032 |
| B. | Construction and Genetic Characterization of Production Cell Line | 1/0034 |
| 1. | Summary | 1/0034 |
| 2. | Flow Chart | 1/0035 |
| 3. | Construction and Genetic Characterization of Production Cell Line | 1/0036 |
| C. | Master Working Cell Bank | 1/0064 |
| 1. | Production | 1/0064 |
| 2. | Characterization | 1/0074 |
| 3. | Identity Testing | 1/0110 |
| 4. | Storage and Maintenance of Master Working Cell Bank | 1/0116 |
| D. | Figures | 1/0118 |
| E. | References | 1/0201 |
| 3. | PREPARATION OF PURIFIED BULK PRODUCT | 2/0208 |
| A. | Introduction | 2/0209 |
| B. | Flow Chart | 2/0211 |

05027130

Amgen Confidential Business Information  
Subject To ITC Protective Order

A 27111

AM 17 048935  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER

r-HuEPO Product License Application  Amgen, Inc.
Table of Contents                    1900 Oak Terrace Lane
                                     Thousand Oaks, CA  91320

| Item | Description | Volume/Page |
|---|---|---|
| | C. r-HuEPO Production/Cell Culture | 2/0212 |
| |    1. Overview | 2/0212 |
| |    2. Cell Culture Process Description | 2/0216 |
| |    3. Raw Materials and Equipment | 2/0232 |
| |    4. In-Process Controls and Specifications | 2/0247 |
| |    5. Validation Overview | 2/0256 |
| | D. Protein Purification Operations | 2/0258 |
| |    1. Overview/Flow Chart | 2/0258 |
| |    2. Process Description | 2/0261 |
| |    3. Raw Materials and Equipment | 2/0278 |
| |    4. In-Process Controls and Specifications | 2/0291 |
| |    5. Validation Overview | 2/0298 |
| | E. Figures | 2/0325 |
| | F. References | 2/0350 |
| 4. | PREPARATION OF FORMULATED BULK PRODUCT | 2/0351 |
| | A. Summary | 2/0352 |
| | B. Flow Chart | 2/0353 |
| | C. Process Description | 2/0354 |
| |    1. Formulation | 2/0354 |
| |    2. Cleaning and Sterilization | 2/0358 |
| | D. Equipment, Raw Materials and Solutions | 2/0359 |
| | E. In-Process Controls and Specifications | 2/0362 |
| | F. Validation Overview | 2/0363 |

Amgen Confidential Business Information,
Subject To ITC Protective Order

A 27112

AM 17 048936
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

r-HuEPO Product License Application     Amgen, Inc.
Table of Contents                        1900 Oak Terrace Lane
                                         Thousand Oaks, CA  91320

| Item | Description | Volume/Page |
|---|---|---|
| 5. | STORAGE AND SHIPMENT OF BULK PRODUCT | 2/0364 |
| A. | Summary | 2/0364 |
| B. | Description (Containers/Conditions/Labeling) | 2/0365 |
| C. | Product Stability Under Storage/Shipment Conditions | 2/0367 |
| D. | Figures | 2/0369 |
| 6. | PREPARATION OF FINAL PRODUCT | 2/0384 |
| A. | Quantitative/Qualitative Compositions; Dosage Forms | 2/0385 |
| B. | Preservatives/Diluents | 2/0388 |
| C. | Process Description | 2/0389 |
| D. | Equipment and Raw Materials | 2/0391 |
| E. | Preparation/Processing of Containers/Closures | 2/0394 |
| F. | In-Process Controls and Specifications | 2/0395 |
| G. | Reprocessing/Rework Procedures | 2/0396 |
| 1. | Sterility | 2/0397 |
| 2. | Particulates | 2/0397 |
| 3. | Strength | 2/0398 |
| 4. | Endotoxins | 2/0399 |
| 5. | Protein Contamination | 2/0401 |
| 6. | DNA Contamination | 2/0402 |
| 7. | Excipient (buffer) Concentration | 2/0403 |
| 8. | pH | 2/0404 |
| H. | Validation Summary | 2/0405 |

Amgen Confidential Business Information,
Subject To ITC Protective Order

A 27113         AM 17 048937
                CONFIDENTIAL
                SUBJECT TO PROTECTIVE ORDER

r-HuEPO Product License Application    Amgen, Inc.
Table of Contents    1900 Oak Terrace Lane
    Thousand Oaks, CA 91320

| Item | Description | Volume/Page |
|---|---|---|
| | I. Return and Storage of Final Product | 2/0406 |
| | J. Figures | 2/0407 |
| 7. | LOT NUMBERING OF IN-PROCESS AND FINAL PRODUCT | 2/0415 |
| | A. Summary | 2/0415 |
| | B. Flow Chart | 2/0417 |
| | C. Concentrated, Diafiltered Medium (Culture Number) | 2/0418 |
| | D. Purified Bulk (Lot Number) | 2/0419 |
| | E. Formulated Bulk | 2/0420 |
| | F. Final Dosage Form (Final Lot Number) | 2/0421 |
| 8. | IN-PROCESS AND FINAL PRODUCT TESTING | 2/0423 |
| | A. Summary | 2/0424 |
| | B. Outline of Tests and Acceptance Criteria | 2/0426 |
| |   1. Cell Inoculum for Production of r-HuEPO | 2/0426 |
| |   2. Purified Bulk r-HuEPO | 2/0427 |
| |   3. Formulated Bulk r-HuEPO | 2/0432 |
| |   4. Sterile Formulated Bulk r-HuEPO | 2/0433 |
| |   5. Final Product r-HuEPO | 2/0434 |
| | C. Descriptions of In-Process and Final Product Testing Methods | 2/0435 |
| |   1. Assays for Product Identity and Characterization | 2/0436 |
| |   2. Assays for Product Purity | 2/0446 |
| |   3. Assays for Determination of Product Potency | 2/0455 |
| |   4. Other Tests | 2/0459 |

Amgen Confidential Business Information,
Subject To ITC Protective Order

A 27114

AM 17 048938
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

05027133

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320

| Item | Description | Volume/Page |
|---|---|---|
| D. | Validation Summaries | 3/0466 |
| E. | r-HuEPO Reference Standards | 3/0737 |
| 1. | Protein Chemistry Standard | 3/0737 |
| 2. | Potency Standard | 3/0739 |
| F. | Figures | 3/0743 |
| G. | References | 3/0759 |
| 9. | FINAL PRODUCT CHARACTERIZATION | 4/0760 |
| A. | Summary | 4/0762 |
| B. | Physical Properties of Erythropoietin | 4/0764 |
| 1. | Summary | 4/0764 |
| 2. | Primary Amino Acid Sequence | 4/0766 |
| 3. | Carboxy-Terminal Analysis | 4/0770 |
| 4. | Amino Acid Composition | 4/0776 |
| 5. | Hydrodynamic Studies of r-HuEPO | 4/0777 |
| 6. | Circular Dichroic Spectra of Erythropoietin | 4/0781 |
| 7. | Fluorescence and Phosphorescence Spectroscopy of Erythropoietin | 4/0783 |
| 8. | Determination of Dry Weight of r-HuEPO | 4/0786 |
| 9. | Analytical HPLC Gel Filtration | 4/0787 |
| 10. | Isoelectric Focusing of r-HuEPO | 4/0788 |
| 11. | Comparison of r-HuEPO to u-HuEPO | 4/0789 |
| C. | Carbohydrate Structure of r-HuEPO and u-HuEPO | 4/0791 |

Amgen Confidential Business Information,  
Subject To ITC Protective Order

A 27115

AM 17 048939  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER

05027134

AM670165409

AM-ITC 00950076

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320

| Item | Description | Volume/Page |
|---|---|---|
| | D. Biological and Immunological Properties of Erythropoietin | 4/0801 |
| |    1. Erythropoietin Bioassays | 4/0802 |
| |    2. Immunological Assays of Erythropoietin | 4/0816 |
| |    3. Effect of r-HuEPO on Other Hematopoietic Progenitor Cells | 4/0825 |
| |    4. Comparison of r-HuEPO to u-HuEPO | 4/0841 |
| | E. Process Characterization | 4/0843 |
| |    1. Summary | 4/0843 |
| |    2. Cell Culture Process | 4/0844 |
| |    3. Protein Purification Process | 4/0850 |
| | F. Figures | 4/0859 |
| | G. References | 4/0982 |
| 10. | STABILITY AND EXPIRATION DATING | 5/0987 |
| | A. Summary | 5/0988 |
| | B. Real-Time Stability Data and Discussion | 5/0990 |
| |    1. Methods Used to Determine Stability of Final Product r-HuEPO and Excipients | 5/0990 |
| |    2. Study Design | 5/0996 |
| |    3. Summary of r-HuEPO Stability Program | 5/1000 |
| |    4. Results and Discussion | 5/1001 |
| |    5. Additional Experimentation | 5/1009 |
| | C. Accelerated Stability Data | 5/1012 |
| | D. Product Expiration Dating | 5/1016 |
| |    1. Product Expiry | 5/1016 |

05027135

Amgen Confidential Business Information, Subject To ITC Protective Order

A 27116

AM 17 048940  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER

Case 1:05-cv-12237-WGY    Document 704-8    Filed 07/12/2007    Page 10 of 14

r-HuEPO Product License Application  
Table of Contents  

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320  

| Item | Description | Volume/Page |
|---|---|---|
| | 2. Date of Manufacture | 5/1016 |
| | 3. Cold Storage Intervals | 5/1016 |
| E. | Sample Retention Program | 5/1018 |
| F. | Container-Closure Integrity | 6/1019 |
| G. | Figures | 5/1021 |
| H. | References | 5/1103 |
| 11. | PRODUCT LABELING, LABEL CONTROL PROCEDURES AND PROVISIONS FOR PRODUCT SAMPLES | 5/1104 |
| A. | Draft Labeling | 5/1104 |
| | 1. Container Labeling | 5/1104 |
| | 2. Package Labeling | 5/1104 |
| | 3. Package Insert | 5/1105 |
| B. | Label Control Procedures | 5/1106 |
| | 1. Amgen | 5/1106 |
| | 2. Parke-Davis (Contract Filler) | 5/1108 |
| C. | Provision to FDA of Product Samples/Protocols | 5/1109 |
| D. | Figures | 5/1110 |
| 12. | RECORDS | 5/1140 |
| A. | Maintenance of Production Records | 5/1140 |
| B. | Shipping Records and Recall Procedures | 5/1142 |
| C. | Batch Records | 5/1145 |
| 13. | NON-CLINICAL PHARMACOLOGY | 5/1146 |
| A. | Equivalence of Amgen- and Kirin-Produced r-HuEPO | 5/1146 |

Amgen Confidential Business Information,  
Subject To ITC Protective Order  

A 27117  

AM 17 048941  
SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

r-HuEPO Product License Application     Amgen, Inc.
Table of Contents     1900 Oak Terrace Lane
Thousand Oaks, CA 91320

| Item | Description | Volume/Page |
|---|---|---|
| | B. Preclinical Animal Efficacy and Pharmacokinetic Experiments | 5/1147 |
| | C. Detection of Antibodies to r-HuEPO in Animal Sera | 5/1174 |
| | D. Pharmacology Review | 5/1199 |
| | E. Non-Clinical Absorption, Distribution, Metabolism and Excretion (Intravenous Administration), Chronic Renal Failure | 5/1212 |
| | F. Toxicology Review | 6/1228 |
| |      Individual study summaries | 6/1252 |
| 14. | CLINICAL DATA | 6/1297 |
| | A. Integrated Summary of Efficacy | 6/1298 |
| | B. Integrated Summary of Safety | 6/1320 |
| | C. Listing of Clinical Investigations | 6/1355 |
| | D. Study Report, Phase I/II | 6/1361 |
| | E. Pharmacokinetics | 10/2580 |
| | F. Study Report, Phase III | 10/2642 |
| | G. Statistical Report | 13/3461 |
| 15. | BIBLIOGRAPHY | 14/4131 |
| 16. | ENVIRONMENTAL ASSESSMENT STATEMENT | 14/4145 |
| 17. | STATEMENT OF GMP COMPLIANCE | 14/4159 |
| 18. | NAMES AND TITLES OF EXPERTS | 14/4160 |
| 19. | CERTIFICATION AND SIGNATURE OF RESPONSIBLE HEAD | 14/4161 |

05027137

Amgen Confidential Business Information, Subject To ITC Protective Order



AM 17 048942
SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

A 27118

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320

## APPENDICES

(Bound as Separate Volumes)

| Appendix | Type | Title |
|---|---|---|
| 2.C-1 | Study Report | MWCB 51B Characterization Study Report |
| 2.C-2 | Cell Bank | Karyology Study of Candidate Cell Bank |
| 6.C-1 | License Application | Parke-Davis Establishment License Application |
| 8.C-1 | Product Testing | Contract Laboratories Performing Product Testing |
| 12.D-1 | Batch Records | Manufacturing Batch Records r-HuEPO Lot 516C7A |
| 12.D-2 | Batch Records | Manufacturing Batch Records r-HuEPO Lot 517E7 |
| 13.A-1 | Safety Studies | Analysis of r-HuEPO Produced by Kirin Brewery Co., Ltd., Utilized for Animal Safety Studies |
| 13.D-1 | Study Report | General Pharmacological Study of KRN5702 (r-HuEPO) |
| 13.E-1 | Study Report | Metabolic Fate of $^{125}$I-KRN5702 (r-HuEPO) in Rats: I |
| 13.F-1 | Study Report | Acute Toxicity Study of KRN5702 (r-HuEPO) in Rats |
| 13.F-2 | Study Report | Acute Toxicity Study of KRN5702 (r-HuEPO) in Mice |
| 13.F-3 | Study Report | Acute Intravenous Toxicity Study of Recombinant Human Erythropoietin in the Rat |
| 13.F-4 | Study Report | Intravenous Acute Toxicity Study of KRN5702 (r-HuEPO) in Dogs |

05027138

Amgen Confidential Business Information,  
Subject To ITC Protective Order

A 27119

AM 17 048943  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320

| Appendix | Type | Title |
|---|---|---|
| 13.F-5 | Study Report | A Four-Week Intravenous Subacute Toxicity Study of KRN5702 r-HuEPO in Rats with a Four-Week Recovery Period |
| 13.F-6 | Study Report | A 14-Day Subcutaneous Subacute Toxicity Study of Recombinant Human Erythropoietin in Albino Rats |
| 13.F-7 | Study Report | Thriteen-Week Intravenous Subacute Toxicity Study of KRN5702 (r-HuEPO) in Rats with a Five-Week Recovery Period |
| 13.F-8 | Study Report | A Four-Week Intravenous Subacute Toxicity Study of KRN5702 (r-HuEPO) in Dogs (A Preliminary Study for a Subacute Toxicity Study) |
| 13.F-9 | Study Report | A Four-Week Intravenous Subacute Toxicity Study of KRN5702 (r-HuEPO) in Dogs |
| 13.F-10 | Study Report | Intravenous Subacute Toxicity Study of Recombinant Human Erythropoietin in the Beagle Dog |
| 13.F-11 | Study Report | A Thirteen-Week Intravenous Subacute Toxicity Study of KRN5702 (r-HuEPO) in Dogs with a Five-Week Recovery Period |
| 13.F-12 | Study Report | Preliminary Teratology Study of KRN5702 (r-HuEPO) by Intravenous Administration in Rats |
| 13.F-13 | Study Report | Mutagenicity Testing of KRN5702 (r-HuEPO) |
| 13.F-14 | Study Report | Hematologic Study of Recombinant Human Erythropoietin Administered Intravenously to Beagle Dogs |
| 13.F-15 | Study Report | Antigenicity Study of KRN5702 (r-HuEPO) |

Amgen Confidential Business Information,  
Subject To ITC Protective Order

A 27120    AM 17 048944  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER

05027139

AM670165414    AM-ITC 00950081

r-HuEPO Product License Application  
Table of Contents

Amgen, Inc.  
1900 Oak Terrace Lane  
Thousand Oaks, CA 91320

| Appendix | Type | Title |
|---|---|---|
| 13.F-16 | Study Report | Study on the Pyrogenicity of KRN5702 (r-HuEPO) in Rabbits |
| 13.F-17 | Study Report | Effect of Erythropoietin (r-HuEPO) on Brain Sensitivity in Mice and Brain Water and Electrolyte Distribution in Rats |
| 14.B-1 | Listing | Adverse Events, Phase I/II Study (Through 4/30/87) |
| 14.B-2 | Listing | Adverse Events, Phase III Study (Through 4/30/87) |
| 14.B-3 | Listing | Adverse Events, Phase I/II and III (4/30/87 Through 8/31/87) |
| 14.F-1 | Phase III Site Report | University of Alabama |
| 14.F-2 | Phase III Site Report | University of Arizona |
| 14.F-3 | Phase III Site Report | University of California, Los Angeles |
| 14.F-4 | Phase III Site Report | Cleveland Clinic Foundation |
| 14.F-5 | Phase III Site Report | University of Missouri |
| 14.F-6 | Phase III Site Report | State University of New York Health Science Center at Brooklyn |
| 14.F-7 | Phase III Site Report | Rush-Presbyterian-St. Luke's Medical Center |
| 14.F-8 | Phase III Site Report | University of Washington |
| 14.F-9 | Phase III Site Report | Vanderbilt University |
| 15.A-1 | Literature Copies | Referenced Material |

Amgen Confidential Business Information  
Subject To ITC Protective Order

A 27121

AM 17 048945  
CONFIDENTIAL  
SUBJECT TO PROTECTIVE ORDER