AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

     The court has received, on July 12, 2007, from defendent Roche, documents for in camera review.

Elizabeth Smith
Deputy Clerk

Dockets.Justia.com