# EXHIBIT 3

24

AM670168866

AM-ITC 00953533

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#24

JAN 2 1990

BOARD OF PATENT APPEALS
AND INTERFERENCES

In re Application of

LIN

Serial No.: 113,179                    Group Art Unit: 184

Filed: October 23, 1987                Examiner: Tanenholtz

For: PRODUCTION OF ERYTHROPOIETIN

AMENDMENT ACCOMPANYING CONTINGENT MOTION

Honorable Commissioner of
  Patents and Trademarks
Washington, D. C. 20231

Sir:

Please amend the above application as follows:

IN THE CLAIMS:

Claim 65, lines 7 - 9, delete "a polypeptide having a primary structural conformation sufficiently duplicative of that of naturally occurring"; and

lines 10 - 13, delete "to allow possession of the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells, or the progeny thereof,".

340

LIN -- Serial No. 113,179

### REMARKS

The present amendment is being filed in conjunction with the Applicant's contingent motion in Interference No. 102,097. As amended, claim 65 would conform with proposed count L-A.

Respectfully submitted,

CUSHMAN, DARBY & CUSHMAN

By _____
Paul N. Kokulis
Reg. No. 16,773

PNK:mh
1615 L Street, N.W.
Washington, D. C. 20036
Phone: (202) 861-3503

2

341

AM670168868                                                              AM-ITC 00953535