# EXHIBIT 3

1  UNITED STATES DISTRICT COURT
2  DISTRICT OF MASSACHUSETTS
3
4
5  AMGEN INC.,                    )
                                  )
6         Plaintiff,              )
                                  )
7         vs.                     ) Civil Action
                                  )
8  F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
   Company, ROCHE DIAGNOSTICS GmbH,   )
9  a German Company, and HOFFMANN-LA  )
   ROCHE, INC., a New Jersey         ) CONFIDENTIAL
10 Corporation                       )
                                     )
11        Defendants.                )
   _____)
12
13
14
15       DEPOSITION OF AJIT VARKI, M.D.
16           FRIDAY, JUNE 29, 2007
17
18
19
20
21
22
23
   REPORTED BY:
24 LINDA D. WHITE
   CSR NO. 12009
25

USDC - Depo: Varki, Ajit  6/29/2007  8:03:00 AM

1   THE WITNESS: I don't think there's -- my
2   expertise is in suggesting that the lineup be done
3   because, obviously, if you look at something, it
4   looks generally similar and you say it's similar.
5   Or this term "indistinguishable" that's been thrown
6   around. You know, if you take a quick look, you
7   might say, "Oh, those bands are indistinguishable."
8       What I'm saying, based on experience and
9   based on my suspicion about the sulfate, I'm
10  recommending that we do that. So now you have to
11  tell the juror to -- or probably take this example,
12  which is -- you know, when you do experiments
13  several times and one shows a definite difference
14  and it's done right, and the other ones give
15  ambiguous results, the rule of thumb is believe in
16  the definite difference. Because the ambiguous
17  results could be because it's an ambiguous
18  experiment.
19      But I think that I would suggest that that
20  exercise is worthwhile on several of these gels. I
21  see this -- I notice this over and over again in
22  looking at them.
23  BY MR. JAGOE:
24      Q   Do you know of any structural differences
25  between recombinant human EPO and EPO produced by

1    human tumor cells in the prior art?

2         MR. LOEB:  Objection.  Vague and ambiguous.

3         THE WITNESS:  Prior art --

4         MR. LOEB:  Outside the scope of Dr. Varki's

5    expertise.

6         THE WITNESS:  Prior art prior to 1983?

7    BY MR. JAGOE:

8    Q    Yes.

9    A    I don't believe I looked into the

10   structure of -- I don't recall any preparation that

11   was good enough from tumor to, you know, make such a

12   determination of sufficient quality.  As I did, I

13   listed all the ones that I could find.

14   Q    So your opinion that there are differences

15   between the language of Claim 3 of the 933 Patent

16   and the human urinary EPO in the prior art, is based

17   at least in part on the fact that recombinant EPO is

18   from cells grown in monolayer culture and human

19   urinary EPO was produced from a kidney in a

20   specialized environment; is that correct?

21        MR. LOEB:  Objection.  Mischaracterizes the

22   witness' testimony.  Monolayer comes from --

23        THE WITNESS:  My -- I don't think that's the

24   primary basis of -- that is what I come back to try

25   to explain the differences.  Come back to saying,

USDC - Depo: Varki, Ajit  6/29/2007 8:03:00 AM

1  gee, why are they so different?

2      And to me the best explanation for that is

3  the fact that is -- even known back then -- when

4  proteins come from two different cell types, they're

5  likely to have different glycosylation.

6      So my opinion doesn't start from the

7  knowledge that recombinant and kidney, although I

8  would place the bet it would turn out to be

9  different. And -- but when you actually look and

10 see the differences, then you go back and say why.

11 Well, the most likely explanation is one is human --

12 one is coming from this unknown cells in the kidney,

13 and the other is coming from, at that time, CHO or

14 COS cell.

15 BY MR. JAGOE:

16   Q   Do you have an opinion as to whether or

17 not the claims of the 933 Patent cover structures

18 that are the same or similar to the structures of

19 EPO produced by human tumors?

20     MR. LOEB: Objection. Outside the scope of

21 Dr. Varki's expert opinions and vague and ambiguous.

22     THE WITNESS: As I said, I did not look at any

23 detail and to human -- human tumor EPO, but knowing

24 what I know about human tumors and their sialylation

25 differences, I might see some differences. But I