UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | ) |
| Plaintiff, ) | ) **C.A. NO.: 05-12237-WGY** |
| v. ) | ) |
| F. HOFFMANN-LAROCHE ) LTD., a Swiss Company, ROCHE ) DIAGNOSTICS GmbH, a German ) Company and HOFFMANN LAROCHE ) INC., a New Jersey Corporation, ) | ) |
| Defendants. ) | ) |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENT RELATED TO AMGEN INC.'S OPPOSITION TO ROCHE'S SECOND MOTION FOR SUMMARY JUDGMENT THAT CLAIM 1 OF THE '422 PATENT IS INVALID FOR INDEFINITENESS AND LACK OF WRITTEN DESCRIPTION, OR ALTERNATIVELY AMGEN'S MOTION TO STRIKE**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Exhibit 4 to the Declaration of Deborah E. Fishman in Support of Amgen Inc.'s Opposition to Roche's Second Motion for Summary Judgment that Claim 1 of '422 is Invalid for Indefiniteness and Lack Written Description, or Alternatively, Amgen's Motion to Strike**

These documents contain information designated as confidential by the defendants ("Roche") and a third-party. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche and the third-party each have four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

DM1\1159104.1

Dated: July 13, 2007                                Respectfully Submitted,

                                                    AMGEN INC.,
                                                    By its attorneys,

Of Counsel:                                         */s/ Patricia R. Rich*
                                                    D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                      Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                  Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                  DUANE MORRIS LLP
Darrell G. Dotson                                   470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                 Boston, MA 02210
Erica S. Olson                                      Telephone: (857) 488-4200
AMGEN INC.                                          Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                        Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                      DAY CASEBEER, MADRID & BATCHELDER LLP
                                                    20300 Stevens Creek Boulevard, Suite 400
                                                    Cupertino, CA 95014
                                                    Telephone: (408) 873-0110
                                                    Facsimile: (408) 873-0220

                                                    William Gaede III *(pro hac vice)*
                                                    McDERMOTT WILL & EMERY
                                                    3150 Porter Drive
                                                    Palo Alto, CA 94304
                                                    Telephone: (650) 813-5000
                                                    Facsimile: (650) 813-5100

                                                    Kevin M. Flowers *(pro hac vice)*
                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                    233 South Wacker Drive
                                                    6300 Sears Tower
                                                    Chicago, IL 60606
                                                    Telephone: (312) 474-6300
                                                    Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Patricia R. Rich*
                                              Patricia R. Rich

DM1\1159104.1