# EXHIBIT A
# Part 2

Dockets.Justia.com

- 43 -

## TABLE VI

```
AAGCTTCTGGGCTTCCAGACCCAGCTACTTTCGGGAACTCACCAACCCAGGCATCTCTGAGTCTCCGCCCA

AGACCGCGATCCCCCCCAGGGGAGGTGTCCGGGAGCCTAGCCTTTCCCAGATAGCACGCTCCGCCAGTCCC

AAGCGTGCTCAATCCGCTGCACTCCCCTCCCCGCGACCCAGGGCCCGGGAGCAGCCCCCATGACCCACACGC

ACCTCTGCAGCAGCCCCGCTCACGCCCGCGAGCCTCAGCCAGGCGTCCTGCCCCTGCTCTGACCCCGG

GTGGCCCCTACCCCTGGCGACCCCTCACCCACCACAGCCTCTTCGACCCCCACCCCGGCACCGCACACATG

CAGATAACAGCCCCGACCCCCGGCCCAGAGCCGXAGCAGTCCCCTGGCTCACCCCCGGCCGCTCGCGTGCCGGCTG

CGCCGCACCCGCTGTCCTCCCGGAGCCGGACCGGGGCCCACCGGCCCCXGCTCGCTCCGCACACCGCGCCCC

CTTTGGACAGCCGCCCTCTCCTCTAGGCCCGTGGGGCTGGCCCTGACCCCGAGCTTCCCCGGGATGAGGXX

                                                                -24
                                                  -27  Met Gly Val His   G
CCCGGTGACCGCGGCGGCGGCCCCAGTCGCTGAGGGACCCCGGCCAAGCCCCGAG  ATG GGG GTG CAC CAC

GTGAGTACTCCGCGGCTGGGCGGCTCCCGCGGCCGGGGTTCCTGTTTGAGCCGGGGCATTTAGCCCCCCGGCT
```

52

- 44 -

TABLE VI (cont'd.)

```
ATTGCCCAAGAGAGTCGCTGGGTTCAAGGACCGCGATTGTCAAGGACCCCGGAGGGGGAGGGGGGTGGG

GCAGCCTCCACCTCCCCGCGGGACTTGGGGCAGTCTTTGGGGATGCCAAAAACCTGGCCTGTTGAGGGGCCA

CAGTTTGGGGTTGGCGAAGGAGGTTTGCGGTTCTGCTGGAGTGTGTCGTGTTCTGCTGTCTCCG[I.s.]

TTCCACACGCACAGATCAATAAGCCAGAGCCAGCACCGCAG[GCTTGCCATGGTTGGGACAGGAGGACCAG

CTGGGGCCAGAGACGTCGGGGATGAGGAAGCTGTCCTTCCACCACCCCTTG]CCCCCCCCGCCTGACTCT

      -23
      Glu Cys Pro Ala Trp Leu Trp Leu Leu Ser Leu
      AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG

    -10
    Leu Ser Leu Pro Leu Gly Leu Pro Val Leu Gly Ala Pro Pro Arg Leu Ile Cys
    CTG TCG CTC CCT CTG GGC CTC CCA GTC CTG GGC GCC CCA CGC CTC ATC TGT

    10
    Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Ile
    GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

    26
    Thr
    ACG GTGAGACCCTTCCCCAGCACATTCCACAGACTCACCGTCAGGCCTTCAGGGAACTCCTCCCAGAT

CCAGGAACCTGGCACTTGGTTTGGGGGTGGACTTGGGCAACCTAGACGCACTGCCCCCCCACATAAGRATAAGTC
```

53

AM670156317

AM-ITC 00940984

- 45 -

## TABLE VI (cont'd.)

```
TGGTGCCCCAAACCATACCTGAAACTAGGCAGGACCAAAGCCAGCAGATCCTACGCCTGTGGCCCAGGG

                                      27         30
                                   Thr Gly Cys Ala Glu
                                   ACG GGC TGT GCT GAA
CCAGACCCTTCAGGGACCCTTGACTCCCCGGCTGTGTGCATTTCAG

                  •         40
His Cys Ser Leu Asn Glu Thr Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG ACT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

 50              55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG  GTGAGTTCCTTTTTATTTCCTTTTTTGGAGAATCTCATT

TGCCAGCCTGATTTTGGATGAAAGGAGAATGATCGGGGGAAAGGTAAAATGGAGCAGCAGAGATGAGGCT

GCCTGGCCCAGAGCCTCACCTCTATATATCCCAGCATGACATGCCCAGATGGCAGAATTCCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCAGCATAGTAGGATCCCCATCCTACAAACATTTAAAAAAATTAGTCAG

GTCAAGTGGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGCAGGATCCCTTGAGCCCAGGAA

TTTGAGGCTGCAGTGAGCTGCATCACCACTCCAGCCTCAGTGATAGAGTGAGCCCTGTCTCA
```

- 46 -

## TABLE VI (cont'd.)

```
AAAAAGAAAGAAAAGAAAAAAATAATGAGGGCTGTATGGAATACATTCATTATTCATTCATTCACTCACTCACT

CACTCATTCATTCATTCATTCATTCAACAAGTCTTATTGCTATACCTTCTGTTTGCTCAGCTTGGTGCTTCG

GGCTGCTGAGGGCCAGGAGGGAGGAGGTGACATGGTCAGCGCGACTCCCCAGAGTCCACTCCCTGTAG

       56                                                      70
      Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu Ala
      GTC GGG CAG CAG GCC GTA GAA GTC TGG CAG GCC CTG GCC CTG TCG CTG CAA GCT

                          80                                   90
      Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Ser Gln Pro Trp Glu Pro Leu
      GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                              100
      Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Leu Leu
      CAG CTG CAT CTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

      110                    115
      Arg Ala Leu Gly Ala Gln    Gln
      CGG GCT CTG GGA GCC CAG    GTGAGTAGGACCGGACACTGCTGCCCTTCTGTGCTACTGCAGCGACCTCCT

      GAAGGGTCTTGCTAGGAGTACAGGAACTGTCCGTATTCCTTCCCTTTCTGTGGAAGAGGGGA

      116                    120
      Lys Glu Ala Ile Ser Pro Asp Ala Ala Ser Ala Ala
      AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

      GTTTTCTCCCTGGCAG
```

55

AM670156319                    AM-ITC 00940986

- 47 -

TABLE VI (cont'd.)

```
           130                              140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GCT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

           150                              160
Asn Phe Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

166
Asp Arg OP
GAC AGA TGA  CCAGGTGTGTCCACCTGGGCATATCCACCACCTCCCACCAACATTGCTTGTGCCACA

CCTCCCCCGCCACTCCTGAACCCCGTCAGGGGCTC CAGCTCAGCCCGCCTGTCCCATGGACACTCC

AGTGCCAGCAATGACATCTCAGGGGCCAGGAGGAACGTGCCAGAGTGCAACTCTGAGATCTAAGGATGTGTCAC

AGGGCCAACTTGAAGGGCCCGAGCGAGCAAGCCATTCAGAGAGCCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGCAGACCCTCAGCCTCACTCGGCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGCATTTAC

CTGTTTTCGCACCTACCTACCAGGGACAGGATGACCTGGAGAACTTAGGGTGGCAAGCTGTGACTCTCCAGG

TCTCACCGGCATGGCACTCCCTTTGGTGGCCAAGGACCCCCTTGACACCGGGGTGGGCAACCATGAAGAC

AXGATXGGGGCTGGCCTCTGCCTCTCATGGGGTCCAAGTTTTCTGTATTCTAAACCTATTCACACGACTGAA

ACACAATATGAC
```

56

AM670156320

AM-ITC 00940987

- 48 -

*B*

In ~~Table VI,~~ *Figure 6* the initial continuous DNA sequence designates a top strand of 620 bases in what is apparently an untranslated sequence immediately preceding a translated portion of the human EPO gene. More speci-

5  fically, the sequence appears to comprise the 5' end of the gene which leads up to a translated DNA region coding for the first four amino acids (-27 through -24) of a leader sequence ("presequence"). Four base pairs in the sequence prior to that encoding the beginning of the

10  leader have not yet been unambiguously determined and are therefore designated by an "x". There then follows an intron of about 639 base pairs (439 base pairs of which have been sequenced and the remaining 200 base pairs of which are designated "I.S.") and immediately preceding a

*C* 15  codon for ~~glutamine~~ *glutamic acid* which has been designated as residue -23 of the translated polypeptide. The exon sequence immediately following is seen to code for amino acid residues through an alanine residue (designated as the +1 residue of the amino acid sequence of mature human EPO)

20  to the codon specifying threonine at position +26, whereupon there follows a second intron consisting of 256 bases as specifically designated. Following this intron is an exon sequence for amino acid residues 27 through 55 and thereafter a third intron comprising 612 base pairs

25  commences. The subsequent exon codes for residues 56 through 115 of human EPO and there then commences a fourth intron of 134 bases as specified. Following the fourth intron is an exon coding for residue Nos. 116 through 166 and a "stop" codon (TGA). Finally, *Figure 6* ~~5' Table VI~~

*C* 30  identifies a sequence of 568 base pairs in what appears to be an untranslated 3' region of the human EPO gene, two base pairs of which ("x") have not yet been unam- biguously sequenced.

*B*  ~~Table VI~~ *Figure 6* thus serves to identify the primary

35  structural conformation (amino acid sequence) of mature human EPO as including 166 specified amino acid residues

4.1

AM670156321                                    AM-ITC 00940988

- 49 -

(estimated M.W. = 18,399). Also revealed in the ~~table~~ *figure* is the DNA sequence coding for a 27 residue leader sequence along with 5' and 3' DNA sequences which may be significant to promoter/operator functions of the human gene operon. Sites for potential glycosylation of the mature human EPO polypeptide are designated in the ~~table~~ *figure* by asterisks. It is worthy of note that the specific amino acid sequence of ~~Table VI~~ *figure* likely constitutes that of a naturally occurring allelic form of human erythropoietin. Support for this position is found in the results of continued efforts at sequencing of urinary isolates of human erythropoietin which provided the finding that a significant number of erythropoietin molecules therin have a methionine at residue 126 as opposed to a serine as shown in the ~~table~~ *figure*.

*Figure 9* ~~Table VII, below,~~ illustrates the extent of polypeptide sequence homology between human and monkey EPO. In the upper continuous line of the ~~table~~ *figure*, single letter designations are employed to represent the deduced translated polypeptide sequences of human EPO commencing with residue -27 and the lower continuous line shows the deduced polypeptide sequence of monkey EPO commencing at assigned residue number -27. Asterisks are employed to highlight the sequence homologies. It should be noted that the deduced human and monkey EPO sequences reveal an "additional" lysine (K) residue at (human) position 116. Cross-reference to ~~Table VI~~ *figure* indicates that this residue is at the margin of a putative mRNA splice junction in the genomic sequence. Presence of the lysine residue in the human polypeptide sequence was further verified by sequencing of a cDNA human sequence clone prepared from mRNA isolated from COS-1 cells transformed with the human genomic DNA in Example 7, _infra_.

42

AM670156322                                                     AM-ITC 00940989

- 50 -



TABLE VII

Comparison of Human and Monkey EPO Polypeptides

```
          -20           -10         +1           10          20              30             40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDTK
        ************************** *   ***  ******  **  ***** **************
Monkey  MGVHECPAWLNLLLVSLPLGLPVPCAPPRLILDSRVLEBVKLEAKEAENVTMGCSESCSLNENITVPDTK

          50          60            70           80           90         100          110
Human   VNFYAWKRMEVCQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        ***********************************     *** ** *   ************ ****
Monkey  VNFYAWKRMEVCQQAVEVWQGLALLSEAVLRGQAVLVNSSQPFEPLQLHWDKAISGLRSITTLLRALGAQ-E

          120         130          140          150          160
Human   AISPPDAASAAPLRTITADTFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        ***********************************************
Monkey  AISLPDAASAAPLRTITADTFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

AM670156323

AM-ITC 00940990

- 51 -

## EXAMPLE 6

  The expression system selected for initial attempts at microbial synthesis of isolatable quantities of EPO polypeptide material coded for by the monkey cDNA provided by the procedures of Example 3 was one involving mammalian host cells (i.e., COS-1 cells, A.T.C.C. No. CRL-1650). The cells were transfected with a "shuttle" vector capable of autonomous replication in E.coli host (by virtue of the presence of pBR322-derived DNA) and the mammalian hosts (by virtue of the presence of SV40 virus-derived DNA).

  More specifically, an expression vector was constructed according to the following procedures. The plasmid clone 83 provided in Example 3 was amplified in E.coli and the approximately 1.4kb monkey EPO-encoding DNA was isolated by EcoRI and HindIII digestion. Separately isolated was an approximately 4.0 kb, HindIII/SalI fragment from pBR322. An approximately 30 bp, EcoRI/SalI "linker" fragment was obtained from M13mpl0 RF DNA (P and L Laboratories). This linker included, in series, an EcoRI sticky end, followed by SstI, SmaI, BamHI and XbaI recognition sites and a SalI sticky end. The above three fragments were ligated to provide an approximately 5.4 kb intermediate plasmid ("pERS") wherein the EPO DNA was flanked on one side by a "bank" of useful restriction endonuclease recognition sites. pERS was then digested with HindIII and SalI to yield the EPO DNA and the EcoRI to SalI (M13mpl0) linker. The 1.4 kb fragment was ligated with an approximately 4.0 kb BamHI/SalI of pBR322 and another M13mpl0 HindIII/BamHI RF fragment linker also having approximately 30 bp. The M13 linker fragment was characterized by a HindIII sticky end, followed by PstI, SalI, XbaI recognition sites and a BamHI sticky end. The ligation product was, again, a useful intermediate plasmid ("pBR-EPO") including the EPO DNA flanked on both sides by banks of restriction site.

43

60

AM670156324

AM-ITC 00940991

- 52 -

The vector chosen for expression of the EPO DNA in COS-1 cells ("pDSVL1") had previously been constructed to allow for selection and autonomous replication in E.coli. These characteristics are provided by the origin
5    of replication and Ampicillin resistance gene DNA sequences present in the region spanning nucleotides 2448 through 4362 of pBR322. This sequence was structurally modified by the addition of a linker providing a HindIII recognition site immediately adjacent nucleotide 2448 prior to
10   incorporation into the vector. Among the selected vector's other useful properties was the capacity to autonomously replicate in COS-1 cells and the presence of a viral promoter sequence functional in mammalian cells. These characteristics are provided by the origin of
15   replication DNA sequence and "late gene" viral promoter DNA sequence present in the 342 bp sequence spanning nucleotide numbers 5171 through 270 of the SV40 genome. A unique restriction site (BamHI) was provided in the vector and immediately adjacent the viral promoter
20   sequence through use of a commercially available linker sequence (Collaborative Research). Also incorporated in the vector was a 237 base pair sequence (derived as nucleotide numbers 2553 through 2770 of SV40) containing the "late gene" viral mRNA polyadenylation signal
25   (commonly referred to as a transcription terminator). This fragment was positioned in the vector in the proper orientation vis-a-vis the "late gene" viral promoter via the unique BamHI site. Also present in the vector was another mammalian gene at a location not material to
30   potential transcription of a gene inserted at the unique BamHI site, between the viral promoter and terminator sequences. [The mammalian gene comprised an approximately 2,500 bp mouse dihydrofolate reductase (DHFR) minigene isolated from plasmid pMG-1 as in Gasser, et al.,
35   P.N.A.S. (U.S.A.), 79, pp. 6522-6526, (1982).] Again,

44

61

AM670156325                                    AM-ITC 00940992

- 53 -

the major operative components of plasmid pDSVL1 comprise
nucleotides 2448 through 4362 of pBR322 along with
nucleotides 5171 through 270 (342bp) and 2553 through
2770 (237bp) of SV40 DNA.

5          Following procedures described, e.g., in
Maniatis, et al., (supra,) the EPO-encoding DNA was iso-
lated from plasmid pBR-EPO as a BamHI fragment and
ligated into plasmid pDSVL1 cut with BamHI.  Restriction
enzyme analysis was employed to confirm insertion of the
10   EPO gene in the correct orientation in two of the
resulting cloned vectors (duplicate vectors H and L).
See Figure 2, illustrating plasmid pDSVL-MkE.  Vectors
with EPO genes in the wrong orientation, were saved for
use as negative controls in transfection experiments
15   designed to determine EPO expression levels in hosts
transformed with vectors having EPO DNA in the correct
orientation.

          Vectors H, L, F, X and G were combined with
carrier DNA (mouse liver and spleen DNA) were employed to
20   transfect duplicate 60mm plates by calcium phosphate
microprecipitate methods.  Duplicate 60 mm plates were
also transfected with carrier DNA as a "mock" transfor-
mation negative control.  After five days all culture
media were tested for the presence of polypeptides
25   possessing the immunological properties of naturally-
occurring EPO.


                    EXAMPLE 7


30  A.  Initial EPO Expression System
        Involving COS-1 Cells
          The system selected for initial attempts at
microbial synthesis of isolatable quantities of human EPO
polypeptide material coded for by the human genomic DNA
35   EPO clone, also involved expression in mammalian host
cells (i.e., COS-1 cells, A.T.C.C. No. CRL-1650).  The

45

62

- 54 -

human EPO gene was first sub-cloned into a "shuttle" vec-
tor which is capable of autonomous replication in both
E.coli hosts (by virtue of the presence of pBR322 derived
DNA) and in the mammalian cell line COS-1 (by virtue of
5    the presence of SV40 virus derived DNA). The shuttle
vector, containing the EPO gene, was then transfected
into COS-1 cells. EPO polypeptide material was produced
in the transfected cells and secreted into the cell
culture media.

10          More specifically, an expression vector was
constructed according to the following procedures. DNA
isolated from lambda clone λhE1, containing the human
genomic EPO gene, was digested with BamHI and HindIII
restriction endonucleases, and a 5.6 Kb DNA fragment
15   known to contain the entire EPO gene was isolated. This
fragment was mixed and ligated with the bacterial plasmid
pUC8 (Bethesda Research Laboratories, Inc.) which had
been similarly digested, creating the intermediate
plasmid "pUC8-HuE", providing a convenient source of this
20   restriction fragment.

The vector chosen for expression of the EPO DNA
in COS-1 cells (pSV4SEt) had previously been constructed.
Plasmid pSV4SEt contained DNA sequences allowing selec-
tion and autonomous replication in E.coli. These charac-
25   teristics are provided by the origin of replication and
Ampicillin resistance gene DNA sequences present in the
region spanning nucleotides 2448 through 4362 of the bac-
terial plasmid pBR322. This sequence was structurally
modified by the addition of a linker providing a HindIII
30   recognition site immediately adjacent to nucleotide 2448.
Plasmid pSV4SEt was also capable of autonomous replica-
tion in COS-1 cells. This characteristic was provided by
a 342 bp fragment containing the SV40 virus origin of
replication (nucleotide numbers 5171 through 270). This
35   fragment had been modified by the addition of a linker
providing an EcoRI recognition site adjacent to

46

AM670156327                                      AM-ITC 00940994

- 55 -

nucleotide 270 and a linker providing a Sall recognition
site adjacent nucleotide 5171.  A 1061 bp fragment of
SV40 was also present in this vector (nucleotide numbers
1711 through 2772 plus a linker providing a Sall recogni-
tion site next to nucleotide number 2772).  Within this
fragment was an unique BamHI recognition sequence.  In
summary, plasmid pSV4SEt contained unique BamHI and
HindIII recognition sites, allowing insertion of the
human EPO gene, sequences allowing replication and selec-
tion in E.coli, and sequences allowing replication in
COS-1 cells.

          In order to insert the EPO gene into pSV4SEt,
plasmid pUC8-HuE was digested with BamHI and HindIII
restriction endonucleases and the 5.6 kb EPO encoding DNA
fragment isolated.  pSV4SEt was also digested with BamHI
and HindIII and the major 2513 bp fragment isolated
(preserving all necessary functions).  These fragments
were mixed and ligated, creating the final vector
"pSVgHuEPO".  (See, Figure 3.)  This vector was propa-
gated in E.coli and vector DNA isolated.  Restriction
enzyme analysis was employed to confirm insertion of the
EPO gene.

          Plasmid pSVgHuEPO DNA was used to express human
EPO polypeptide material in COS-1 cells.  More specifi-
cally, pSVgHuEPO DNA was combined with carrier DNA and
transfected into triplicate 60 mm plates of COS-1 cells.
As a control, carrier DNA alone was also transfected into
COS-1 cells.  Cell culture media were sampled five and
seven days later and tested for the presence of polypep-
tides possessing the immunological properties of
naturally occurring human EPO.


     B.  Second EPO Expression System
          Involving COS-1 Cells

          Still another system was designed to provide
improved production of human EPO polypeptide material

47

AM670156328                                         AM-ITC 00940995

- 56 -

coded by the human genomic DNA EPO clone in COS-1 cells
(A.T.C.C. No. CRL-1650).

In the immediately preceding system, EPO was
expressed in COS-1 cells using its own promoter which is

5  within the 5.6 Kb BamHI to HindIII restriction fragment.
In the following construction, the EPO gene is altered so
that it is expressed using the SV40 late promoter.

More specifically, the cloned 5.6 Kb BamHI to
HindIII genomic human EPO restriction fragment was

10  modified by the following procedures. Plasmid pUC8-HuE,
as described above, was cleaved with BamHI and with
BstEII restriction endonucleases. BstEII cleaves within
the 5.6 Kb EPO gene at a position which is 44 base pairs
5' to the initiating ATG coding for the pre-peptide and

15  approximately 680 base pairs 3' to the HindIII restric-
tion site. The approximately 4900 base pair fragment was
isolated. A synthetic linker DNA fragment, containing
SalI and BstEII sticky ends and an internal BamHI
recognition site was synthesized and purified. The two

20  fragments were mixed and ligated with plasmid pBR322
which had been cut with SalI and BamHI to produce the
intermediate plasmid pBRgHE. The genomic human EPO gene
can be isolated therefrom as a 4900 base pair BamHI
digestion fragment carrying the complete structural gene

25  with a single ATG 44 base pairs 3' to BamHI site adjacent
the amino terminal coding region.

This fragment was isolated and inserted as a
BamHI fragment into BamHI cleaved expression vector
plasmid pDSVL1 (described in Example 6). The resulting

30  plasmid, pSVLgHuEPO, as illustrated in Figure 4, was used
to express EPO polypeptide material from COS-1 cells, as
described in Examples 6 and 7A.

### EXAMPLE 8

35

Culture media from growth of the six transfected
COS-1 cultures of Example 6 were analyzed by radioim-

48

65

AM670156329                    AM-ITC 00940996

- 57 -

munoassay according to the procedures set forth in
Example 2, Part B.  Each sample was assayed at 250, 125,
50, and 25 microliter aliquot levels.  Supernatants from
growth of cells mock transfected or transfected with vec-
5    tors having incorrect EPO gene orientation were unam-
biguously negative for EPO immunoreactivity.  For each
sample of the two supernatants derived from growth of
COS-1 cells transfected with vectors (H and L) having the
EPO DNA in the correct orientation, the % inhibition of
10   $^{125}$I-EPO binding to antibody ranged from 72 to 88%, which
places all values at the top of the standard curve.  The
exact concentration of EPO in the culture supernatant
could not then reliably be estimated.  A quite conser-
vative estimate of 300 mU/ml was made, however, from the
15   value calculation of the largest aliquot size (250
microliter).

A representative culture fluid according to
Example 6 and five and seven day culture fluids obtained
according to Example 7A were tested in the RIA in order
20   to compare activity of recombinant monkey and human EPO
materials to a naturally-occurring human EPO standard and
the results are set out in graphic form in Figure 1.
Briefly, the results expectedly revealed that the recom-
binant monkey EPO significantly competed for anti-human
25   EPO antibody although it was not able to completely inhi-
bit binding under the test conditions.  The maximum per-
cent inhibition values for recombinant human EPO,
however, closely approximated those of the human EPO
standard.  The parallel nature of the dose response
30   curves suggests immunological identity of the sequences
(epitopes) in common.  Prior estimates of monkey EPO in
culture fluids were re-evaluated at these higher dilution
levels and were found to range from 2.91 to 3.12 U/ml.
Estimated human EPO production levels were correspon-
35   dingly set at 392 mU/ml for the five-day growth sample

49

AM670156330                                    AM-ITC 00940997

- 58 -

and 567 mU/ml for the seven day growth sample.  Estimated
monkey EPO production levels in the Example 7B expression
system were on the same order or better.

5                              EXAMPLE 9

         Culture fluids prepared according to Examples 6
and 7 were subjected to an _in vitro_ assay for EPO acti-
vity according to the procedure of Goldwasser, et al.,
10   _Endocrinology_, _97_, _2_, pp. 315-323 (1975).  Estimated
monkey EPO values for culture fluids tested ranged from
3.2 to 4.3 U/ml.  Human EPO culture fluids were also
active in this _in vitro_ assay and, further, this activity
could be neutralized by anti-EPO antibody.  The recom-
15   binant monkey EPO culture fluids according to Example 6
were also subjected to an assay for _in vivo_ biological
activity according to the general procedures of Cotes, et
al., _Nature_, _191_, pp. 1065-1067 (1961) and Hammond, et
al., _Ann.N.Y.Acad.Sci._, _149_, pp. 516-527 (1968) and acti-
20   vity levels ranged from 0.94 to 1.24 U/ml.


                              EXAMPLE 10

         In the previous examples, recombinant monkey or
25   human EPO material was produced from vectors used to
transfect COS-1 cells.  These vectors replicate in COS-1
cells due to the presence of SV40 T antigen within the
cell and an SV40 origin of replication on the vectors.
Though these vectors produce useful quantities of EPO in
30   COS-1 cells, expression is only transient (7 to 14 days)
due to the eventual loss of the vector.  Additionally,
only a small percentage of COS-1 became productively
transfected with the vectors.  The present example
describes expression systems employing Chinese hamster
35   ovary (CHO) DHFR⁻ cells and the selectable marker, DHFR.
[For discussion of related expression systems, see



67

AM670156331                                AM-ITC 00940998

- 59 -

U.S. Letters Patent No. 4,399,216 and European Patent
Applications 117058, 117059 and 117060, all published
August 29, 1984.]

    CHO DHFR⁻ cells (DuX-B11) CHO K1 cells, Urlaub,
5  et al., Proc. Nat. Acad. Sci. (U.S.A.), Vol. 77, 4461
(1980) lack the enzyme dihydrofolate reductase (DHFR) due
to mutations in the structural genes and therefore
require the presence of glycine, hypoxanthine, and thymi-
dine in the culture media. Plasmids pDSVL-MkE (Example
10  6) or pDSVL-gHuEPO (Example 7B) were transfected along
with carrier DNA into CHO DHFR⁻ cells growing in media
containing hypoxanthine, thymidine, and glycine in 60 mm
culture plates. Plasmid pSVgHuEPO (Example 7A) was mixed
with the plasmid pMG2 containing a mouse dihydrofolate
15  reductase gene cloned into the bacterial plasmid vector
pBR322 (per Gasser, et al., supra.) The plasmid mixture
and carrier DNA was transfected into CHO DHFR⁻ cells.
(Cells which acquire one plasmid will generally also
acquire a second plasmid). After three days, the cells
20  were dispersed by trypsinization into several 100 mm
culture plates in media lacking hypoxanthine and thymi-
dine. Only those cells which have been stably trans-
formed with the DHFR gene, and thereby the EPO gene,
survive in this media. After 7-21 days, colonies of sur-
25  viving cells became apparent. These transformant colo-
nies, after dispersion by trypsinization can be
continuously propagated in media lacking hypoxanthine and
thymidine, creating new cell strains (e.g., CHO
pDSVL-MkEPO, CHO pSVgHuEPO, CHO-pDSVL-gHuEPO).

30    Culture fluids from the above cell strains were
tested in the RIA for the presence of recombinant monkey
or human EPO. Media for strain CHO pDSVL-MkEPO contained
EPO with immunological properties like that obtained from
COS-1 cells transfected with plasmid pDSVL-MkEPO. A
35  representative 65 hour culture fluid contained monkey EPO
at 0.60 U/ml.

S.1

AM670156332

AM-ITC 00940999

- 60 -

Culture fluids from CHO pSVgHuEPO and CHO
pDSVL-gHuEPO contained recombinant human EPO with immuno-
logical properties like that obtained with COS-1 cells
transfected with plasmid pSVgHuEPO of pDSVL-gHuEPO.  A
5  representative 3 day culture fluid from CHO pSVgHuEPO
contained 2.99 U/ml of human EPO and a 5.5 day sample
from CHO pDSVL-gHuEPO had 18.2 U/ml of human EPO as
measured by the RIA.

The quantity of EPO produced by the cell strains
10  described above can be increased by gene amplification
giving new cell strains of greater productivity.  The
enzyme dihydrofolate reductase (DHFR) which is the pro-
duct coded for by the DHFR gene can be inhibited by the
drug methotrexate (MTX).  More specifically, cells propa-
15  gated in media lacking hypoxanthine and thymidine are
inhibited or killed by MTX.  Under the appropriate con-
ditions, (e.g., minimal concentrations of MTX) cells
resistant to and able to grow in MTX can be obtained.
These cells are found to be resistent to MTX due to an
20  amplification of the number of their DHFR genes, result-
ing in increased production of DHFR enzyme.  The sur-
viving cells can, in turn, be treated with increasing
concentrations of MTX resulting in cell strains con-
taining greater numbers of DHFR genes.  "Passenger genes"
25  (e.g., EPO) carried on the expression vector along with
the DHFR gene or transformed with the DHFR gene are fre-
quently found also to be increased in their gene copy
number.

As examples of practice of this amplification
30  system, cell strain CHO pDSVL-MkE was subjected to
increasing MTX concentrations (0 nM, 30 nM and 100 nM).
Representative 65-hour culture media samples from each
amplification step were assayed by RIA and determined to
contain 0.60, 2.45 and 6.10 U/ml, respectively.  Cell
35  strain CHO pDSVL-gHuEPO was subjected to a series of
increasing MTX concentrations of 30 nM, 50 nM, 100 nM,

69

AM670156333

AM-ITC 00941000

- 61 -

200 nM, 1 uM, and 5 uM MTX. A representative 3-day
culture media sample from the 100 nM MTX step contained
human EPO at 3089 ± 129 u/ml as judged by RIA.
Representative 48 hour cultural medium samples from the
5  100 nM and 1 uM MTX steps contained, respectively, human
EPO at 466 and 1352 U/ml as judged by RIA (average of
triplicate assays). In these procedures, 1 x 10$^6$ cells
were plated in 5 ml of media in 60 mm culture dishes.
Twenty-four hours later the media were removed and
10  replaced with 5 ml of serum-free media (high glucose DMEM
supplemented with 0.1 mM non-essential amino acids and
L-glutamine). EPO was allowed to accumulate for 48 hours
in the serum-free media. The media was collected for RIA
assay and the cells were trypsinized and counted. The
15  average RIA values of 467 U/ml and 1352 U/ml for cells
grown at 100 nM and 1 uM MTX, respectively, provided
actual yields of 2335 U/plate and 6750 U/plate. The
average cell numbers per plate were 1.94 x 10$^6$ and
3.12 x 10$^6$ cells, respectively. The effective production
20  rates for these culture conditions were thus 1264 and
2167 U/10$^6$ cells/48 hours.

     The cells in the cultures described immediately
above are a genetically heterogeneous population.
Standard screening procedures are being employed in an
25  attempt to isolate genetically ~~heterogeneous~~ *homogeneous* clones with
the highest production capacity. See, Section A, Part 7,
of "Points to Consider in the Characterization of Cell
Lines Used to Produce Biologics", June 1, 1984, Office of
Biologics Research Review, Center for Drugs and
30  Biologics, U.S. Food and Drug Administration.

     The productivity of the EPO producing CHO cell
lines described above can be improved by appropriate cell
culture techniques. The propagation of mammalian cells
in culture generally requires the presence of serum in
35  the growth media. A method for production of erythro-
poietin from CHO cells in media that does not contain

53

**70**

AM670156334

AM-ITC 00941001

- 62 -

serum greatly facilitates the purification of erythro-
poietin from the culture medium.  The method described
below is capable of economically producing erythropoietin
in serum-free media in large quantities sufficient for
5  production.

Strain CHO pDSVL-gHuEPO cells, grown in standard
cell culture conditions, are used to seed spinner cell
culture flasks.  The cells are propagated as a suspension
cell line in the spinner cell culture flask in media con-
10  sisting of a 50-50 mixture of high glucose DMEM and Ham's
F12 supplemented with 5% fetal calf serum, L-gluta-
mine, Penicillin and Streptomycin, 0.05 mM non-essential
amino acids and the appropriate concentration of metho-
trexate.  Suspension cell culture allows the EPO-produc-
15  ing CHO cells to be expanded easily to large volumes.
CHO cells, grown in suspension, are used to seed roller
bottles at an initial seeding density of $1.5 \times 10^7$ viable
cells per 850 $cm^2$ roller bottle in 200 ml of media.  The
cells are allowed to grow to confluency as an adherent
20  cell line over a three-day period.  The media used for
this phase of the growth is the same as used for growth
in suspension.  At the end of the three-day growth
period, the serum containing media is removed and
replaced with 100 ml of serum-free media; 50-50 mixture
25  of high glucose DMEM and Ham's F12 supplemented with 0.05
mM non-essential amino acids and L-glutamine.  The
roller bottles are returned to the roller bottle incuba-
tor for a period of 1-3 hours and the media again is
removed and replaced with 100 ml of fresh serum-free
30  media.  The 1-3 hour incubation of the serum-free media
reduces the concentration of contaminating serum pro-
teins.  The roller bottles are returned to the incubator
for seven days during which erythropoietin accumulates in
the serum-free culture media.  At the end of the seven-
35  day production phase, the conditioned media is removed
and replaced with fresh serum-free medium for a second

54

71

AM670156335                                    AM-ITC 00941002

- 63 -

production cycle. As an example of the practice of this
production system, a representative seven-day, serum-free
media sample contained human erythropoietin at 3892±409
U/ml as judged by the RIA. Based on an estimated cell
5  density of 0.9 to 1.8 x $10^5$ cells/$cm^2$, each 850
$cm^2$ roller bottle contained from 0.75 to 1.5 x $10^8$ cells
and thus the rate of production of EPO in the 7-day, 100
ml culture was 750 to 1470 U/$10^6$ cells/48 hours.

Culture fluids from cell strain CHO pDSVL-MkEPO
10  carried in 10 nM MTX were subjected to RIA _in vitro_ and
_in vivo_ EPO activity assays. The conditioned media
sample contained 41.2 ± 1.4 U/ml of MkEPO as measured by
the RIA, 41.2 ± 0.064 U/ml as measured by the _in vitro_
biological activity assay and 42.5 ± 5 U/ml as measured
15  by the _in vivo_ biological activity assay. Amino acid
sequencing of polypeptide products revealed the presence
of EPO products, a principle species having 3 residues of
the "leader" sequence adjacent the putative amino ter-
minal alanine. Whether this is the result of incorrect
20  membrane processing of the polypeptide in CHO cells or
reflects a difference in structure of the amino terminus
of monkey EPO _vis-a-vis_ human EPO, is presently unknown.

Culture fluids from cell strain CHO pDSVL-gHuEPO
were subjected to the three assays. A 5.5 day sample
25  contained recombinant human EPO in the media at a level
of 18.2 U/ml by RIA assay, 15.8 ± 4.6 U/ml by _in vitro_
assay and 16.8 ± 3.0 U/ml by _in vivo_ assay.

Culture fluid from CHO pDSVL-gHuEPO cells pre-
pared amplified by stepwise 100 nM MTX were subjected to
30  the three assays. A 3.0 day sample contained recombinant
human EPO at a level of 3089 ± 129 U/ml by RIA, 2589 ±
71.5 U/ml by _in vitro_ assay, and 2040 ± 160 U/ml by _in
vivo_ assay. Amino acid sequencing of this product
reveals an amino terminal corresponding to that
B  35  designated in ~~Table VI~~ _Figure 6_.

Cell conditioned media from CHO cells trans-
fected with plasmid pDSVL-MkE in 10 nM MTX were pooled,

72

AM670156336                    AM-ITC 00941003

- 64 -

and the MTX dialyzed out over several days, resulting in
media with an EPO activity of 221 ± 5.1 U/ml (EPO-CCM).
To determine the in vivo effect of the EPO-CCM upon hema-
tocrit levels in normal Balb/C mice, the following
5   experiment was conducted.  Cell conditioned media from
untransfected CHO cells (CCM) and EPO-CCM were adjusted
with PBS.  CCM was used for the control group (3 mice)
and two dose levels of EPO-CCM -- 4 units per injection
and 44 units per injection -- were employed for the
10  experimental groups (2 mice/group).  Over the course of 5
weeks, the seven mice were injected intraperitoneally, 3
times per week.  After the eighth injection, average
hematocrit values for the control group were determined
to be 50.4%; for the 4U group, 55.1%; and, for the 44U
15  group, 67.9%.

       Mammalian cell expression products may be
readily recovered in substantially purified form from
culture media using HPLC ($C_4$) employing an ethanol gra-
dient, preferably at pH7.
20     A preliminary attempt was made to characterize
recombinant glycoprotein products from conditioned medium of
COS-1 and CHO cell expression of the human EPO gene in
comparison to human urinary EPO isolates using both
Western blot analysis and SDS-PAGE.  These studies indi-
25  cated that the CHO-produced EPO material had a somewhat
higher molecular weight than the COS-1 expression product
which, in turn, was slightly larger than the pooled
source human urinary extract.  All products were somewhat
heterogeneous.  Neuraminidase enzyme treatment to remove
30  sialic acid resulted in COS-1 and CHO ~~resulting~~ pro-
ducts of approximately equal molecular weight which were
both nonetheless larger than the resulting asialo human
urinary extract.  Endoglycosidase F enzyme (EC 3.2.1)
treatment of the recombinant CHO product and the urinary
35  extract product (to totally remove carbohydrate from

73

- 65 -

both) resulted in substantially homogeneous products
having essentially identical molecular weight charac-
teristics.

Purified human urinary EPO and a recombinant,
CHO cell-produced, EPO according to the invention were
subjected to carbohydrate analysis according to the pro-
cedure of Ledeen, et al. Methods in Enzymology,
83(Part D), 139-191 (1982) as modified through use of the
hydrolysis procedures of Nesser, et al., Anal.Biochem.,
142, 58-67 (1984). Experimentally determined car-
bohydrate constitution values (expressed as molar ratios
of carbohydrate in the product) for the urinary isolate
were as follows: Hexoses, 1.73; N-acetylglucosamine, 1;
N-acetylneuraminic acid, 0.93; Fucose, 0; and N-acetyl-
galactosamine, 0. Corresponding values for the recom-
binant product (derived from CHO pDSVL-gHuEPO 3-day
culture media at 100 nM MTX) were as follows: Hexoses,
15.09; N-acetylglucosamine, 1; N-acetylneuraminic acid,
0.998; Fucose, 0; and N-acetylgalactosamine, 0. These
findings are consistent with the Western blot and
SDS-PAGE analysis described above.

Glycoprotein products provided by the present
invention are thus comprehensive of products having a
primary structural conformation sufficiently duplicative
of that of a naturally-occurring erythropoietin to allow
possession of one or more of the biological properties
thereof and having an average carbohydrate composition
which differs from that of naturally-occurring erythro-
poietin.

EXAMPLE 11

The present example relates to the total manu-
facture by assembly of nucleotide bases of two structural
genes encoding the human species EPO sequence of Figure 6
and incorporating, respectively "preferred" codons for
expression in E.coli and yeast (S.cerevisiae) cells.

ß

57

74

AM670156338                                    AM-ITC 00941005

- 66 -

Also described is the construction of genes encoding ana-
logs of human EPO. Briefly stated, the protocol employed
was generally as set out in the previously noted disclo-
sure of Alton, et al. (WO 83/04053). The genes were
5  designed for initial assembly of component oligonucleoti-
des into multiple duplexes which, in turn, were assembled
into three discrete sections. These sections were
designed for ready amplification and, upon removal from
the amplification system, could be assembled sequentially
10 or through a multiple fragment ligation in a suitable
expression vector.

*Figures 10 through 15 and 7* illustrate the
design and assembly of a manufactured gene encoding a
human EPO translation product lacking any leader or pre-
15 sequence but including an initial methionine residue at
position -1. Moreover, the gene incorporated in
substantial part E.coli preference codons and the
construction was therefore referred to as the "ECEPO"
gene.

20

25

30

35

58

AM670156339                                      AM-ITC 00941006

- 67 -

TABLE VIII

ECEPO SECTION 1 OLIGONUCLEOTIDES

1. AATTCTAGAAACCATGAGGGTAATAAAATA
2. CCATTATTTTATTACCCTCATGGTTTCTAG
5. 3. ATGGCTCCGCCGCGTCTGATCTGCGAC
4. CTCGAGTCGCAGATCAGACCGGGCGGAG
5. TCGAGAGTTCTGGAACGTTACCTGCTG
6. CTTCCAGCAGGTAACGTTCCAGAACT
7. GAAGCTAAAGAAGCTGAAAACATC
10. 8. GTGGTGATGTTTTCAGCTTCTTTAG
9. ACCACTGGTTGTGGTGAACACTGTTC
10. CAAAGAACAGTGTTCACCACAACCA
11. TTTGAACGAAAACATTACGGTACCG
12. GATCCGGTACCGTAATGTTTTCGTT

15

TABLE IX

ECEPO SECTION 1

```
        XbaI              1                          3
EcoRI  AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
       GATC TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC
                           2                          4

                      5
20     ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
       TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                                      6

            7                9                         11
       TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
25     ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
                                 10

       KpnI    BamHI
       TTACGGTACC G
       AATGCCATGG CCTAG
          12
```

76

- 68 -

TABLE X
ECEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT

2.  GTTAACCTTGGTGTCTGGTACCG

5   3.  TAACTTCTACGCTTGGAAACGTAT

4.  TTCCATACGTTTCCAAGCGTAGAA

5.  GGAAGTTGGTCAACAAGCAGTTGAAGT

6.  CCAAACTTCAACTGCTTGTTGACCAAC

7.  TTGGCAGGGTCTGGCAGTGCTGAGCG

10  8.  GCCTCGCTCAGCACTGCCAGACCCTG

9.  AGGCTGTACTGCGTGGCAGGCA

10. GCAGTGCCTGGGCACGCAGTACA

11. CTGCTGGTAAACTCCTCTCAGCCGT

12. TTCCCACGGCTGAGAGGAGTTTACCA

15  13. GGGAACCGCTGCAGCTGCATGTTGAC

14. GCTTTGTCAACATGCAGCTGCAGCGG

15. AAAGCAGTATCTGGCCTGAGATCTG

16. GATCCAGATCTCAGGCCAGATACT

20

25

77

- 69 -



TABLE XI

ECEPO SECTION 2

EcoRI  KpnI
A ATTCGGTACC AGACACCAAG GTGACTTCTT ACCGTTCGGAA ACGTATTGAA
         GCCATGG TCTGTGGTTC CACTGAGAA TGGCAACCTT TGCATACCTT
                                    2

GTTGGTCGAC AAGCAGTTCA AGTTCTGGAC CGTCTGGCGAC TGCTTGGACCT
CAACCAGTTG TTCGTCAACT TCAAGACCTG CCAGACCCTG ACACTGCGCT
         6                                  8

GGCTGTACTG CGTGCCAGG CAGTGGCTGGT AAGCTCCTCT CAGCCGTTGG
CCGACATGAC GCACCGGTCC GTCAGCGACCA TTCGAGGAGA GTGGCACC
         10

AACCCCTGGA GCTGCATGTT GACTAGCCAAG TATCTTGGCT CAGATGTG
TTGGGCACCT CCACGTACAA CTGTTCGTTC ATAGAACGGA CTCTAGACCTAC
         14

BglII      BamHI

- 70 -

<u>TABLE XII</u>

<u>ECEPO SECTION 3</u>

1.   GATCCAGATCTCTGACTACTCTGC

5    2.   ACGCAGCAGAGTAGTCAGAGATCTG

3.   TGCCTGCTCTCGGTGCAGAGAAAGAGG

4.   GATAGCCTCTTTCTGTGCACCCAGAGC

5.   CTATCTCTCCGCCGGATGGTGCATCT

6.   CAGCAGATGCAGCATCCGGCGGAGA

10   7.   GCTGCACCGCTGCGTAGCATCACTG

8.   ATCAGCAGTCATCGTACCGCACCGGTG

9.   CTGATACCTTCGGCAAACTGTTTCG

10.  ATACACCAAACTGTTTGCGGAAGGT

11.  TGTATACTGTAACTTCCTGCGTGGTA

15   12.  CAGTTTACCACGCAGGAAGTTAGAGT

13.  AACTGAAACTGTATACTGGCGAAGC

14.  GGCATGCTTCGCCAGTATACAGTTT

15.  ATGCCGTACTGGTGACCGCTAATAG

16.  TCGACTATTAGCGGTCACCAGTAC

20

25

79

AM670156343

AM-ITC 00941010

- 71 -

TABLE XIII

ECEPO SECTION 3

```
  BamHI BglII
  GA TCCAGATCTCTG
5      GTCTAGAGAC


      1                  3
   ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGGC
   TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCCG
      2                  4


                             7                    9
   GGATGCTGCA TCTCCTGGAC CGCTGCGTAC CATCACTGCT GATACCTTCC
10 CCTACGACGT AGAGGACCTG GCGACGCATG GTAGTGACGA CTATGGAAGG
      6                  8


                  11
   GCAAACTGTT TCGGGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
   CGTTTGACAA AGCCCATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
      10                 12                    13


                        15                    SalI
   TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG   
   ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC  AGCT
15    14                 16
```

──────────────────────────

20



25

- 72 -

TABLE XIV

ECEPO GENE

```
                                                      -1  1
       XbaI                                          MetAla
       CTAG AAACCATGAG  GGTAATAAAA  TAATGGCTCC  GCCGCGTCTG
            TTTGGTACTC  CCATTATTTT  ATTACCGAGG  CGGCGCAGAC
  5

       ATCTGCGACT  CGAGAGTTCT  GGAAGGTTAC  CTGCTGGAAG  CTAAAGAAGC
       TAGACGCTGA  GCTCTCAAGA  CCTTGCAATG  GACGACCTTC  GATTTCTTCG

       TGAAAACATC  ACCACTGGTT  GTGCTGAACA  CTGTTCTTTG  AACGAAAACA
       ACTTTTGTAG  TGGTGACCAA  CACGACTTGT  GACAAGAAAC  TTGCTTTTGT

 10    TTACGGTACC  AGACACCAAG  GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA
       AATGCCATGG  TCTGTGGTTC  CAATTGAAGA  TGCGAACCTT  TGCATACCTT

       GTTGGTCAAC  AAGCAGTTGA  AGTTTGGCAG  GGTCTGGCAC  TGCTGAGCGA
       CAACCAGTTG  TTCGTCAACT  TCAAACCGTC  CCAGACCGTG  ACGACTCGCT

       GGCTGTACTG  CGTGGCCAGG  CACTGCTGGT  AAACTCCTCT  CAGCCGTGG
       CCGACATGAC  GCACCGGTCC  GTGACGACCA  TTTGAGGAGA  GTCGGCACCC
 15

       AACCGCTGCA  GCTGCATGTT  GACAAAGCAG  TATCTGGCCT  GAGATCTCTG
       TTGGCGACGT  CGACGTACAA  CTGTTTCGTC  ATAGACCGGA  CTCTAGAGAC

       ACTACTCTGC  TGCCGTGCTCT  GGGTGCACAG  AAAGAGGCTA  TCTCTCCGCC
       TGATGAGACG  ACGCACGAGA  CCCACGTGTC  TTTCTCCGAT  AGAGAGGCGG

 20    GGATGCTGCA  TCTGCTGCAC  CGCTGCGTAC  CATCACTGCT  GATACCTTCC
       CCTACGACGT  AGACGACGTG  GCGACGCATG  CTAGTGACGA  CTATGGAAGG

       GCAAACTGTT  TCGTGTATAC  TCTAACTTCC  TGCGTGGTAA  ACTGAAACTG
       CGTTTGACAA  AGCACATATG  AGATTGAAGG  ACGCACCATT  TGACTTTGAC

                                                     SalI
       TATACTGGCG  AAGCATGCCG  TACTGGTGAC  CGCTAATAG
       ATATGACCGC  TTCGTACGGC  ATGACCACTG  GCGATTATCA  GCT
 25
```

81

AM670156345                AM-ITC 00941012

- 73 -

More particularly, ~~Table VIII~~ *Figure 10* illustrates oligo-
nucleotides employed to generate the Section 1 of the
ECEPO gene encoding amino terminal residues of the human
species polypeptide.  Oligonucleotides were assembled

5   into duplexes (1 and 2, 3 and 4, etc.) and the duplexes
were then ligated to provide ECEPO Section 1 as in *Figure
11*.  Note that the assembled section includes respective
terminal EcoRI and BamHI sticky ends, that "downstream"
of the EcoRI sticky end is a XbaI restriction enzyme

10   recognition site; and that "upstream" of the BamHI sticky
end is a KpnI recognition site.  Section 1 could readily
be amplified using the M13 phage vector employed for
verification of sequence of the section.  Some dif-
ficulties were encountered in isolating the section as an

15   XbaI/KpnI fragment from RF DNA generated in E.coli,
likely due to methylation of the KpnI recognition site
bases within the host.  Single-stranded phage DNA was
therefore isolated and rendered into double-stranded form
in vitro by primer extension and the desired double-

20   stranded fragment was thereafter readily isolated.
ECEPO gene Sections 2 and 3 (~~Tables XI and XIII~~ *Figures 13 and 15*)
were constructed in a similar manner from the oligo-
nucleotides of ~~Tables X and XII~~ *Figures 12 and 14* respectively.  Each
section was amplified in the M13 vector employed for

25   sequence verification and was isolated from phage DNA.
As is apparent from ~~Table XI~~ *Figure 13*, ECEPO Section 2 was con-
structed with EcoRI and BamHI sticky ends and could be
isolated as a KpnI/BglII fragment.  Similarly, ECEPO
Section 3 was prepared with BamHI and SalI sticky ends

30   and could be isolated from phage RF DNA as a BglII/SalI
fragment.  The three sections thus prepared can readily
be assembled into a continuous DNA sequence (~~Table XIV~~ *Figure 7*)
encoding the entire human species EPO polypeptide with an
amino terminal methionine codon (ATG) for E.coli transla-

35   tion initiation.  Note also that "upstream" of the ini-
tial ATG is a series of base pairs substantially

*54*

82

- 74 -

duplicating the ribosome binding site sequence of the
highly expressed OMP-f gene of E.coli.

Any suitable expression vector may be employed
to carry the ECEPO.  The particular vector chosen for
expression of the ECEPO gene as the "temperature sen-
sitive" plasmid pCFM536 -- a derivative of plasmid
pCFM41a (A.T.C.C. 40076) -- as described in co-pending
U.S. Patent Application Serial No. 636,727, filed August
6, 1984, by Charles F. Morris.  More specifically,
pCFM536 was digested with XbaI and HindIII; the large
fragment was isolated and employed in a two-part ligation
with the ECEPO gene.  Sections 1 (XbaI/KpnI), 2
(KpnI/BglII) and 3 (BglII/SalI) had previously been
assembled in the correct order in M13 and the EPO gene
was isolated therefrom as a single XbaI/HindIII fragment.
This fragment included a portion of the polylinker from
M13 mp9 phage spanning the SalI to HindIII sites therein.
Control of expression in the resulting expression
plasmid, p536, was by means of a lambda $P_L$ promoter,
which itself may be under control of the $C_{I857}$ repressor
gene (such as provided in E.coli strain K12ΔHtrp).

The manufactured ECEPO gene above may be
variously modified to encode erythropoietin analogs such
as [Asn[2], des-Pro[2] through Ile[6]]hEPO and [His[7]]hEPO, as
described below.

A.  [Asn[2], des-Pro[2] through Ile[6]]hEPO

Plasmid 536 carrying the ECEPO manufactured gene
of *Figure 7* as a XbaI to HindIII insert was digested
with HindIII and XhoI.  The latter endonuclease cuts the
ECEPO gene at a unique, 6 base pair recognition site
spanning the last base of the codon encoding Asp[8] through
the second base of the Arg[10] codon.  A XbaI/XhoI "linker"
sequence was manufactured having the following sequence:



AM670156347                                        AM-ITC 00941014

83

- 75 -

TG07

```
     XbaI       +1  2   7   9
                Met Ala Asn Cys Asp      XhoI
     5'-CTAG ATG GCT AAT TGC GAC-3'
     3'-TAC CGA TTA ACG CTG AGCT-5'
```

The XbaI/XhoI linker and the XhoI/HindIII ECEPO
gene sequence fragment were inserted into the large
fragment resulting from XbaI and HindIII digestion of
plasmid pCFM526 — a derivative of plasmid pCFM414
(A.T.C.C. 40076) — as described in co-pending
U.S. Patent Application Serial No. 636,727, filed August
6, 1984, by Charles F. Morris, to generate a plasmid-
borne DNA sequence encoding E.coli expression of the
$Met^{-1}$ form of the desired analog.

B. [His⁷]hEPO

Plasmid 536 was digested with HindIII and XhoI
as in part A above. A XbaI/XhoI linker was manufactured
having the following sequence:

T61λX

```
     XbaI       +1  2   3   4   5   6   7   8   9      XhoI
                Met Ala Pro Pro Arg Leu Ile His Asp
     5'-CTAG ATG GCT CCG CCA CGT CTG ATC CAT GAC-3'
     3'-TAC CGA GGC GGT GCA GAC TAG GTA CTG  AGCT-5'
```

The linker and the XhoI/HindIII ECEPO sequence
fragment were then inserted into pCFM526 to generate a
plasmid-borne DNA sequence encoding E.coli expression of
the $Met^{-1}$ form of the desired analog.

Construction of a manufactured gene ("SCEPO")
incorporating yeast preference codons is as described in
the following Tables XV through XX. As was the case
with the ECEPO gene, the entire construction involved
formation of three sets of oligonucleotides (Tables XV,
XVII and XIX) which were formed into duplexes and
assembled into sections (Tables XVI, XVIII and XX). Note
that synthesis was facilitated in part by use of some
sub-optimal codons in both the SCEPO and ECEPO construc-

61

AM670156348                                    AM-ITC 00941015

- 76 -

tions, i.e., oligonucleotides 7-12 of Section 1 of both
genes were identical, as were oligonucleotides 1-6 of
Section 2 in each gene.

5

10

15

20

25

30

85

AM670156349                                    AM-ITC 00941016

- 77 -

TABLE XV

SCEPO SECTION 1 OLIGONUCLEOTIDES

        1.    AATTCAAGCTTGGATAAAAGAGCT
    5   2.    GTGGAGCTCTTTTATCCAAGCTTG
        3.    CCACCAAGATTGATCTGTGACTC
        4.    TCTCGAGTCACAGATCAATCTTG
        5.    GAGAGTTTTGGAAAGATACTTGTTG
        6.    CTTCCAACAAGTATCTTTCCAAAAC
   10   7.    GAAGCTAAAGAAGCTGAAAACATC
        8.    GTGGTGATGTTTTCAGCTTCTTTAG
        9.    ACCACTGGTTGTGTTGAACACTGTTC
       10.    CAAAGAACACTGTTCAGCACAACCA
       11.    TTTGAACGAAACATTACCGTACCG
   15  12.    GATCCGGTACCGTAATGTTTTCGTT

TABLE XVI

SCEPO SECTION 1

EcoRI  HindIII 1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
                2

                3
AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                4

       5                      7
GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
       6                              8

       9                  11       KpnI      BamHI
GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACCGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                                   12

86

- 78 -

<u>TABLE XVII</u>

<u>SCEPO SECTION 2 OLIGONUCLEOTIDES</u>

| | | |
|---|---|---|
| | 1. | AATTCGGTACCAGACACCAAGGT |
| 5 | 2. | GTTAACCTTGGTGTCTCGGTACCG |
| | 3. | TAACTTCTACGCTTGGAAACGTAT |
| | 4. | TTCCATACGTTTCCAAGCGTAGAA |
| | 5. | GGAAGTTGGTCAACAAGCAGTTGAAGT |
| | 6. | CCAAACTTCAACTGCTTGTTGACCAAC |
| 10 | 7. | TTGGCAAGGTTTGGCGCCTTGTTATCTG |
| | 8. | GCTTCAGATAACAAGGCCAAACCTTG |
| | 9. | AAGCTCTTATTGAGAGGTCAAGCCT |
| | 10. | AACAAGCCTTGACCTCTCAAAACA |
| | 11. | TGTTGGTTAACTCTTCTCAACCATGGG |
| 15 | 12. | TGGTTCCCATGGTTGAGAAGAGTTAACC |
| | 13. | AACCATTGCAATTGCACGTCGAT |
| | 14. | CTTTATCGACGTGCAATTGCAA |
| | 15. | AAAGCCGTCTCTGGTTTGAGATCTG |
| | 16. | GATCCAGATCTCAAACCAGAGACGG |

20

25

87

AM670156351                                    AM-ITC 00941018

- 79 -

TABLE XVIII

SCEPO SECTION 2

```
            KpnI
EcoRI        1
A  ATTCGGTACC AGACACCAAG
   GCCATGG TCTGTGGTTC
                  2

          3
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
          4                                      6

        7                        9
AGTTTTGGCAA GGTTTGGCCGT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC
        8                        10

CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
            12                        13
                                      14

          15        BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
            16
```

AM670156352                              AM-ITC 00941019

- 80 -

TABLE XIX

SCEPO SECTION 3 OLIGONUCLEOTIDES

```
        1.    GATCCAGATCTTTGACTACTTTGTT

  5     2.    TCTCAACAAAGTAGTCAAAGATCTG

        3.    GAGAGCTTTGGGTGCTCAAAAGGAAG

        4.    ATGGCTTCCTTTTGAGCACCCAAAGC

        5.    CCATTTCCCCACCAGACGCTGCTT

        6.    GCAGAAGCAGCGTCTGGTGGGGAA

 10     7.    CTGCCGCTCCATTGAGAACCATC

        8.    CAGTGATGGTTCTCAATGGAGCG

        9.    ACTGCTGATACCTTCAGAAAGTT

       10.    GAATAACTTTCTGAAGGTATCAG

       11.    ATTCAGAGTTGACTCCAACTTCT

 15    12.    CTCAAGAAGTTGGAGTAAACTCT

       13.    TGAGAGCTAAATTGAAGTTGTACAC

       14.    ACCGGTGTACAACTTCAATTTACCT

       15.    CGGTGAAGCCTGTAGAACTGGT

       16.    CTGTCACCAGTTCTACAGGCTTC

 20    17.    GACAGATAAGCCCGACTGATAA

       18.    GTTGTTATCAGTCGGGCTTAT

       19.    CAACAGTGTAGATGTAACAAAG

       20.    TCGACTTTGTTACATCTACACT
```

25

AM670156353

AM-ITC 00941020

- 81 -

<u>TABLE XX</u>

<u>SCEPO SECTION 3</u>

```
BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                                2

        3                      5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAGGGGTGG TCTGCGACGA AGACGGCGAG
        4                      6

        7              9                        11
CATTGAGAAC CATCGCTGCT GATACCTTCA GAAAGTTGTT CAGAGTTTAC
GTAACTCTTG GTAGCGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
        8              10                       12

                13
TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTGTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                14                              16

        17                              19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
        18

              SalI
ATGTAACAAA G
TACATTGTTT CAGCT
     20
```

90

AM670156354                                    AM-ITC 00941021

- 82 -

TABLE XXI

SCEPO GENE

```
     HindIII              -1 +1
                          ArgAla
     AGCTTGGATA AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
          ACCTAT TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
  5
     GGAAAGATAC TTGTTGGAAG CTAAAGAAGC TGAAAACATC ACCACTGGTT
     CCTTTCTATG AACAACCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA

     GTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC AGACACCAAG
     CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG TCTGTGGTTC

 10  GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
     CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT

     AGTTTGGCAA GGTTTGGCCT TGTTATCTGA AGCTGTTTTG AGAGGTCAAG
     TCAAACCGTT CCAAACCGGA ACAATAGACT TCGACAAAAC TCTCCAGTTC

     CCTTGTTGGT TAACTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
     GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
 15
     GATAAAGGCG TCTCTGGTTT GAGATCTTTG ACTACTTTGT TGAGAGCTTT
     CTATTTCGGC AGAGACCAAA CTCTAGAAAC TGATGAAACA ACTCTCGAAA

     GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
     CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG

 20  CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
     GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG

     TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
     AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC

     AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
     TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
 25
                       SalI
     ATGTAACAAA G
     TACATTGTTT CAGCT
```

91

AM670156355                                    AM-ITC 00941022

- 83 -

The assembled SCEPO sections were sequenced in M13 and Sections 1, 2 and 3 were isolatable from the phage as HindIII/KpnI, KpnI/BglII, and BglII/SalI fragments.

5      The presently preferred expression system for SCEPO gene products is a secretion system based on S.cerevisiae α-factor secretion, as described in co-pending U.S. Patent Application Serial No. 487,753, filed April 22, 1983, by Grant A. Bitter, published October 31,

10    1984 as European Patent Application O 123,294. Briefly put, the system involves constructions wherein DNA encoding the leader sequence of the yeast α-factor gene product is positioned immediately 5' to the coding region of the exogenous gene to be expressed. As a result, the

15    gene product translated includes a leader or signal sequence which is "processed off" by an endogenous yeast enzyme in the course of secretion of the remainder of the product. Because the construction makes use of the α-factor translation initiation (ATG) codon, there was no

20    need to provide such a codon at the -1 position of the SCEPO gene. As may be noted from Table XVI, the alanine (+1) encoding sequence is preceded by a linker sequence allowing for direct insertion into a plasmid including the DNA for the first 80 residues of the α-factor leader

25    following the α-factor promoter. The specific preferred construction for SCEPO gene expression involved a four-part ligation including the above-noted SCEPO section fragments and the large fragment of HindIII/SalI digestion of plasmid paC3. From the resulting plasmid

30    paC3/SCEPO, the α-factor promoter and leader sequence and SCEPO gene were isolated by digestion with BamHI and ligated into BamHI digested plasmid pYE to form expression plasmid pYE/SCEPO.

35              EXAMPLE 12

The present example relates to expression of

AM670156356                                    AM-ITC 00941023

- 84 -

recombinant products of the manufactured ECEPO and SCEPO genes within the expression systems of Example 11.

In use of the expression system designed for use of E.coli host cells, plasmid p536 of Example 11 was
5   transformed into AM7 E.coli cells previously transformed with a suitable plasmid, pMW1, harboring a $C_{I857}$ gene. Cultures of cells in LB broth (Ampicillin 50 ug/ml and kanamycin 5 ug/ml, preferably with 10 mM $MgSO_4$) were maintained at 28°C and upon growth of cells in culture to
10  $O.D._{600}$ = 0.1, EPO expression was induced by raising the culture temperature to 42°C.  Cells grown to about 40 O.D. provided EPO production (as estimated by gel) of about 5 mg/OD liter.

Cells were harvested, lysed, broken with French
15  Press (10,000 psi) and treated with lysozyme and NP-40 detergent.  The pellet resulting from 24,000 xg centrifugation was solubilized with guanidine HCl and subjected to further purification in a single step by means of $C_4$ (Vydac) Reverse Phase HPLC (EtOH, 0-80%, 50 mM $NH_4Ac$,
20  pH 4.5).  Protein sequencing revealed the product to be greater than 95% pure and the products obtained revealed two different amino terminals, A-P-P-R... and P-P-R... in a relative quantitative ratio of about 3 to 1.  This latter observation of hEPO and [des Ala[1]]hEPO products
25  indicates that amino terminal "processing" within the host cells serves to remove the terminal methionine and in some instances the initial alanine.  Radioimmunoassay activity for the isolates was at a level of 150,000 to 160,000 U/mg; in vitro assay activity was at a level of
30  30,000 to 62,000 U/mg; and in vivo assay activity ranged from about 120 to 720 U/mg.  (Cf., human urinary isolate standard of 70,000 U/mg in each assay.) The dose response curve for the recombinant product in the in vivo assay differed markedly from that of the human urinary EPO
35  standard.

93

- 85 -

The EPO analog plasmids formed in parts A and B of Example 11 were each transformed into pMW1-transformed AM7 E.coli cells and the cells were cultured as above. Purified isolates were tested in both RIA and in vitro
5  assays. RIA and in vitro assay values for [Asn$^2$, des-Pro$^2$ through Ile$^6$]hEPO expression products were approximately 11,000 U/mg and 6,000 U/mg protein, respectively, while the assay values for [His$^7$]hEPO were about 41,000 U/mg and 14,000 U/mg protein, respectively, indi-
10  cating that the analog products were from one-fourth to one-tenth as "active" as the "parent" expression product in the assays.

In the expression system designed for use of S.cerevisiae host cells, plasmid pYE/SCEPO was trans-
15  formed into two different strains, YSDP4 (genotype α pep4-3 trp1) and RK81 (genotype αα pep4-3 trp1). Transformed YSDP4 hosts were grown in SD medium (Methods in Yeast Genetics, Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., p. 62 (1983) supplemented with casa-
20  mino acids at 0.5%, pH 6.5 at 30°C. Media harvested when the cells had been grown to 36 O.D. contained EPO pro-ducts at levels of about 244 U/ml (97 ug/OD liter by RIA). Transformed RK81 cells grown to either 6.5 O.D. or 60 O.D. provided media with EPO concentrations of about
25  80-90 U/ml (34 ug/OD liter by RIA). Preliminary analyses reveal significant heterogeneity in products produced by the expression system, likely to be due to variations in glycosylation of proteins expressed, and relatively high mannose content of the associated carbohydrate.
30  Plasmids PaC3 and pYE in HB101 E.coli cells were deposited in accordance with the Rules of Practice of the U.S. Patent Office on September 27, 1984, with the American Type Culture Collection, 12301 Parklawn Drive, Rockville, Maryland, under deposit numbers A.T.C.C. 39881
35  and A.T.C.C. 39882, respectively. Plasmids pCFM526 in AM7 cells, pCFM536 in JM103 cells, and pMW1 in JM103

94

- 96 -

cells were likewise deposited on November 21, 1984 as
A.T.C.C. ~~39934~~, ~~39935~~, ~~39934~~, and ~~39935~~, respectively.
Saccharomyces cerevisiae strains YSPD4 and RK81 were
deposited on November 21, 1984 as A.T.C.C. 20734 and
5   20733, respectively.

It should be readily apparent from consideration
of the above illustrative examples that numerous excep-
tionally valuable products and processes are provided by
the present invention in its many aspects.

10      Polypeptides provided by the invention are
conspicuously useful materials, whether they are micro-
bially expressed products or synthetic products, the pri-
mary, secondary or tertiary structural conformation of
which was first made known by the present invention.

15      As previously indicated, recombinant-produced
and synthetic products of the invention share, to varying
degrees, the in vitro biological activity of EPO isolates
from natural sources and consequently are projected to
have utility as substitutes for EPO isolates in culture

20  media employed for growth of erythropoietic cells in
culture.  Similarly, to the extent that polypeptide pro-
ducts of the invention share the in vivo activity of
natural EPO isolates they are conspicuously suitable for
use in erythropoietin therapy procedures practiced on

25  mammals, including humans, to develop any or all of the
effects herefore attributed in vivo to EPO, e.g., stimu-
lation of reticulocyte response, development of ferroki-
netic effects (such as plasma iron turnover effects and
marrow transit time effects), erythrocyte mass changes,

30  stimulation of hemoglobin C synthesis (see, Eschbach, et
al., supra) and, as indicated in Example 10, increasing
hematocrit levels in mammals.  Included within the class
of humans treatable with products of the invention are
patients generally requiring blood transfusions and

35  including trauma victims, surgical patients, renal
disease patients including dialysis patients, and

95

- 87 -

patients with a variety of blood composition affecting
disorders, such as hemophilia, sickle cell disease, phy-
siologic anemias, and the like. The minimization of the
need for transfusion therapy through use of EPO therapy
5 can be expected to result in reduced transmission of
infectious agents. Products of the invention, by virtue
of their production by recombinant methods, are expected
to be free of pyrogens, natural inhibitory substances,
and the like, and are thus likely to provide enhanced
10 overall effectiveness in therapeutic processes vis-a-vis
naturally derived products. Erythropoietin therapy with
products of the present invention is also expected to be
useful in the enhancement of oxygen carrying capacity of
individuals encountering hypoxic environmental conditions
15 and possibly in providing beneficial cardiovascular
effects.

A preferred method for administration of poly-
peptide products of the invention is by parenteral (e.g.,
IV, IM, SC, or IP) routes and the compositions admi-
20 nistered would ordinarily include therapeutically
effective amounts of product in combination with accep-
table diluents, carriers and/or adjuvants. Preliminary
pharmacokinetic studies indicate a longer half-life in
vivo for monkey EPO products when administered IM rather
25 than IV. Effective dosages are expected to vary substan-
tially depending upon the condition treated but thera-
peutic doses are presently expected to be in the range of
0.1 (~7U) to 100 (~7000U) ug/kg body weight of the active
material. Standard diluents such as human serum albumin
30 are contemplated for pharmaceutical compositions of the
invention, as are standard carriers such as saline.

Adjuvant materials suitable for use in
compositions of the invention include compounds indepen-
dently noted for erythropoietic stimulatory effects, such
35 as testosterones, progenitor cell stimulators,
insulin-like growth factor, prostaglandins, serotonin,

*67*

AM670156360

AM-ITC 00941027

- 88 -

cyclic AMP, prolactin and triiodothyronine, as well as
agents generally employed in treatment of aplastic ane-
mia, such as methenolene, stanozolol and nandrolone [see,
e.g., Resegotti, et al., Panminerva Medica, 23, 243-248
5   (1981); McGonigle, et al., Kidney Int., 25(2), 437-444
(1984); Pavlovic-Kantera, et al., Expt.Hematol., 8(Supp.
8), 283-291 (1980); and Kurtz, FEBS Letters, 14a(1),
105-108 (1982)]. Also contemplated as adjuvants are
substances reported to enhance the effects of, or
10  synergize, erythropoietin or asialo-EPO, such as the
adrenergic agonists, thyroid hormones, androgens and BPA
[see, Dunn, "Current Concepts in Erythropoiesis", John
Wiley and Sons (Chichester, England, 1983); Weiland, et
al., Blut, 44(3), 173-175 (1982); Kalmanti, Kidney Int.,
15  22, 383-391 (1982); Shahidi, New.Eng.J.Med., 289, 72-80
(1973); Fisher, et al., Steroids, 30(6), 833-845 (1977);
Urabe, et al., J.Exp.Med., 149, 1314-1325 (1979); and
Billat, et al., Expt.Hematol., 10(1), 133-140 (1982)] as
well as the classes of compounds designated "hepatic
20  erythropoietic factors" [see, Naughton, et al.,
Acta.Haemat., 69, 171-179 (1983)] and "erythrotropins"
[as described by Congote, et al. in Abstract 364,
Proceedings 7th International Congress of Endocrinology
(Quebec City, Quebec, July 1-7, 1984); Congote,
25  Biochem.Biophys.Res.Comm., 115(2), 447-483 (1983) and
Congote, Anal.Biochem., 140, 428-433 (1984)] and
"erythrogenins" [as described in Rothman, et al.,
J.Surg.Oncol., 20, 105-108 (1982)]. Preliminary
screenings designed to measure erythropoietic responses
30  of ex-hypoxic polycythemic mice pre-treated with either
5-α-dihydrotestosterone or nandrolone and then given
erythropoietin of the present invention have generated
equivocal results.

        Diagnostic uses of polypeptides of the invention
35  are similarly extensive and include use in labelled and
    unlabelled forms in a variety of immunoassay techniques

97

AM670156361

AM-ITC 00941028

- 89 -

including RIA's, ELISA's and the like, as well as a
variety of in vitro and in vivo activity assays. See,
e.g., Dunn, et al., Expt.Hematol., 11(7), 590-600 (1983);
Gibson, et al., Pathology, 16, 155-156 (1984); Krystal,
5  Expt.Hematol., 11(7), 649-660 (1983); Saito, et al.,
Jap.J.Med., 23(1), 16-21 (1984); Nathan, et al.,
New Eng.J.Med., 308(9), 520-522 (1983); and various
references pertaining to assays referred to therein.
Polypeptides of the invention, including synthetic pep-
10  tides comprising sequences of residues of EPO first
revealed herein, also provide highly useful pure
materials for generating polyclonal antibodies and
"banks" of monoclonal antibodies specific for differing
continuous and discontinuous epitopes of EPO. As one-
15  example, preliminary analysis of the amino acid sequences
of _Figure 6_ in the context of hydropathicity according to
Hopp, et al., P.N.A.S. (U.S.A.), 78, pp. 3824-3828
(1981) and of secondary structures according to Chou, et
al., Ann.Rev.Biochem., 47, p. 251 (1978) revealed that
20  synthetic peptides duplicative of continuous sequences of
residues spanning positions 41-57 inclusive, 116-128
inclusive and 144-166 inclusive are likely to produce a
highly antigenic response and generate useful monoclonal
and polyclonal antibodies immunoreactive with both the
25  synthetic peptide and the entire protein. Such antibo-
dies are expected to be useful in the detection and affi-
nity purification of EPO and EPO-related products.
        Illustratively, the following three synthetic
peptides were prepared:
30

        (1)  hEPO 41-57,   V-P-D-T-K-V-N-F-Y-A-W-K-
                           R-M-E-V-G;
        (2)  hEPO 116-128, K-E-A-I-S-P-P-D-A-A-S-A-A;
        (3)  hEPO 144-166, V-Y-S-N-F-L-R-G-K-L-K-L-Y-
35                         T-G-E-A-C-R-T-G-D-R.

98

AM670156362                                    AM-ITC 00941029

- 90 -

Preliminary immunization studies employing the above-
noted polypeptides have revealed a relatively weak posi-
tive response to hEPO 41-57, no appreciable response to
hEPO 116-128, and a strong positive response to hEPO

5  144-166, as measured by capacity of rabbit serum antibo-
dies to immunoprecipitate $^{125}$I-labelled human urinary EPO
isolates.  Preliminary _in vivo_ activity studies on the
three peptides revealed no significant activity either
alone or in combination.

10          While the deduced sequences of amino acid resi-
dues of mammalian EPO provided by the illustrative
examples essentially define the primary structural con-
formation of mature EPO, it will be understood that the
specific sequence of 165 amino acid residues of monkey

15  species EPO in ~~Table 5~~ _Figure 5_ and the 166 residues of human spe-
cies EPO in ~~Table 6~~ _Figure 6_ do not limit the scope of useful
polypeptides provided by the invention.  Comprehended by
the present invention are those various naturally-
occurring allelic forms of EPO which past research into

20  biologically active mammalian polypeptides such as human
γ interferon indicates are likely to exist.  (Compare,
e.g., the human immune interferon species reported to
have an arginine residue at position No. 140 in EPO
published application O 077 670 and the species reported

25  to have glutamine at position No. 140 in Gray, et al.,
_Nature_, 295, pp. 503-508 (1982).  Both species are
characterized as constituting "mature" human γ interferon
sequences.)  Allelic forms of mature EPO polypeptides may
vary from each other and from the sequences of ~~Tables 5~~ _Figures 5_

30  ~~and 6~~ _and 6_ in terms of length of sequence and/or in terms of
deletions, substitutions, insertions or additions of
amino acids in the sequence, with consequent potential
variations in the capacity for glycosylation.  As noted
previously, one putative allelic form of human species

35  EPO is believed to include a methionine residue at posi-
tion 126.  Expectedly, naturally-occurring allelic forms

99

AM670156363                                        AM-ITC 00941030

- 91 -

of EPO-encoding DNA genomic and cDNA sequences are also
likely to occur which code for the above-noted types of
allelic polypeptides or simply employ differing codons
for designation of the same polypeptides as specified.

In addition to naturally-occurring allelic forms
of mature EPO, the present invention also embraces other
"EPO products" such as polypeptide analogs of EPO and
fragments of "mature" EPO. Following the procedures of
the above-noted published application by Alton, et al.
(WO/83/04053) one may readily design and manufacture
genes coding for microbial expression of polypeptides
having primary conformations which differ from that
herein specified for mature EPO in terms of the identity
or location of one or more residues (e.g., substitutions,
terminal and intermediate additions and deletions).
Alternately, modifications of cDNA and genomic EPO genes
may be readily accomplished by well-known site-directed
mutagenesis techniques and employed to generate analogs
and derivatives of EPO. Such EPO products would share at
least one of the biological properties of EPO but may
differ in others. As examples, projected EPO products of
the invention include those which are foreshortened by
e.g., deletions [$Asn^2$, des-$Pro^2$ through $Ile^6$]hEPO,
[des-$Thr^{163}$ through $Arg^{166}$]hEPO and "$\Delta27$-55hEPO", the
latter having the residues coded for by an entire exon
deleted; or which are more stable to hydrolysis (and,
therefore, may have more pronounced or longer lasting
effects than naturally-occurring EPO); or which have been
altered to delete one or more potential sites for gly-
cosylation (which may result in higher activities for
yeast-produced products); or which have one or more
cystein residues deleted or replaced by, e.g., histidine
or serine residues (such as the analog [$His^7$]hEPO) and
are potentially more easily isolated in active form from
microbial systems; or which have one or more tyrosine
residues replaced by phenylalanine (such as the analogs

71

AM670156364                                    AM-ITC 00941031

- 92 -

[Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, and [Phe$^{145}$]hEPO) and may bind
more or less readily to EPO receptors on target cells.
Also comprehended are polypeptide fragments duplicating
only a part of the continuous amino acid sequence or

5   secondary conformations within mature EPO, which
fragments may possess one activity of EPO (e.g., receptor
binding) and not others (e.g., erythropoietic activity).
Especially significant in this regard are those potential
fragments of EPO which are elucidated upon consideration

10  of the human genomic DNA sequence of Table VI, i.e.,
"fragments" of the total continuous EPO sequence which
are delineated by intron sequences and which may consti-
tute distinct "domains" of biological activity.  It is
noteworthy that the absence of _in vivo_ activity for any

15  one or more of the "EPO products" of the invention is not
wholly preclusive of therapeutic utility (see, Weiland,
et al., _supra_) or of utility in other contexts, such as
in EPO assays or EPO antagonism.  Antagonists of erythro-
poietin may be quite useful in treatment of polycythemias

20  or cases of overproduction of EPO [see, e.g., Adamson,
Hosp.Practice, 18(12), 49-57 (1983), and Hellmann, et
al., Clin.Lab.Haemat., 5, 335-342 (1983)].

     According to another aspect of the present
invention, the cloned DNA sequences described herein

25  which encode human and monkey EPO polypeptides are
conspicuously valuable for the information which they
provide concerning the amino acid sequence of mammalian
erythropoietin which has heretofore been unavailable
despite decades of analytical processing of isolates of

30  naturally-occurring products.  The DNA sequences are also
conspicuously valuable as products useful in effecting
the large scale microbial synthesis of erythropoietin by a
variety of recombinant techniques.  Put another way, DNA
sequences provided by the invention are useful in

35  generating new and useful viral and circular plasmid DNA
vectors, new and useful transformed and transfected

101

- 93 -

microbial procaryotic and eucaryotic host cells
(including bacterial and yeast cells and mammalian cells
grown in culture), and new and useful methods for
cultured growth of such microbial host cells capable of
5    expression of EPO and EPO products.  DNA sequences of the
invention are also conspicuously suitable materials for
use as labelled probes in isolating EPO and related pro-
tein encoding cDNA and genomic DNA sequences of mammalian
species other than human and monkey species herein speci-
10    fically illustrated.  The extent to which DNA sequences
of the invention will have use in various alternative
methods of protein synthesis (e.g., in insect cells) or
in genetic therapy in humans and other mammals cannot yet
be calculated.  DNA sequences of the invention are
15    expected to be useful in developing transgenic mammalian
species which may serve as eucaryotic "hosts" for produc-
tion of erythropoietin and erythropoietin products in
quantity.  See, generally, Palmiter, et al., Science,
222(4625), 809-814 (1983).
20        Viewed in this light, therefore, the specific
disclosures of the illustrative examples are clearly not
intended to be limiting upon the scope of the present
invention and numerous modifications and variations are
expected to occur to those skilled in the art.  As one
25    example, while DNA sequences provided by the illustrative
examples include cDNA and genomic DNA sequences, because
this application provides amino acid sequence information
essential to manufacture of DNA sequence, the invention
also comprehends such manufactured DNA sequences as may
30    be constructed based on knowledge of EPO amino acid
sequences.  These may code for EPO (as in Example 12) as
well as for EPO fragments and EPO polypeptide analogs
(i.e., "EPO Products") which may share one or more biolo-
gical properties of naturally-occurring EPO but not share
35    others (or possess others to different degrees).
        DNA sequences provided by the present invention
are thus seen to comprehend all DNA sequences suitable

73

AM670156366                                    AM-ITC 00941033

- 94 -

for use in securing expression in a procaryotic or
eucaryotic host cell of a polypeptide product having at
least a part of the primary structural conformation and
one or more of the biological properties of erythro-
5  poietin, and selected from among: (a)  the DNA sequences
set out in Notes 4 and 6; (b)  DNA sequences which
hybridize to the DNA sequences defined in (a) or
fragments thereof; and (c)  DNA sequences which, but for
the degeneracy of the genetic code, would hybridize to
10  the DNA sequences defined in (a) and (b).  It is
noteworthly in this regard, for example, that existing
allelic monkey and human EPO gene sequences and other
mammalian species gene sequences are expected to hybri-
dize to the sequences of Notes 4 and 6 or to fragments
15  thereof.  Further, but for the degeneracy of the genetic
code, the SCEPO and ECEPO genes and the manufactured or
mutagenized cDNA or genomic DNA sequences encoding
various EPO fragments and analogs would also hybridize to
the above-mentioned DNA sequences.  Such hybridizations
20  could readily be carried out under the hybridization con-
ditions described herein with respect to the initial iso-
lation of the monkey and human EPO-encoding DNA or more
stringent conditions, if desired to reduce background
hybridization.

25      In a like manner, while the above examples
illustrate the invention of microbial expression of EPO
products in the context of mammalian cell expression of
DNA inserted in a hybrid vector of bacterial plasmid and
viral genomic origins, a wide variety of expression
30  systems are within the contemplation of the invention.
Conspicuously comprehended are expression systems
involving vectors of homogeneous origins applied to a
variety of bacterial, yeast and mammalian cells in culture
as well as to expression systems not involving vectors
35  (such as calcium phosphate transfection of cells).  In

74

103

- 95 -

this regard, it will be understood that expression of,
e.g., monkey origin DNA in monkey host cells in culture
and human host cells in culture, actually constitute
instances of "exogenous" DNA expression inasmuch as the
5  EPO DNA whose high level expression is sought would not
have its origins in the genome of the host. Expression
systems of the invention further contemplate these prac-
tices resulting in cytoplasmic formation of EPO products
and accumulation of glycosylated and non-glycosylated EPO
10 products in host cell cytoplasm or ~~membranes~~ *membranes* (e.g.,
accumulation in bacterial periplasmic spaces) or in
culture medium supernatants as above illustrated, or in
rather uncommon systems such as P.aeruginosa expression
systems (described in Gray, et al., Biotechnology, 2, pp.
15  161-165 (1984)).

Improved hybridization methodologies of the
invention, while illustratively applied above to DNA/DNA
hybridization screenings are equally applicable to
RNA/RNA and RNA/DNA screening. Mixed probe techniques as
20  herein illustrated generally constitute a number of
improvements in hybridization processes allowing for more
rapid and reliable polynucleotide isolations. These many
individual processing improvements include: improved
colony transfer and maintenance procedures; use of nylon-
25  based filters such as GeneScreen and GeneScreen Plus to
allow reprobing with same filters and repeated use of the
filter, application of novel protease treatments
[compared, e.g., to Taub, et al. Anal.Biochem., 126, pp.
222-230 (1982)]; use of very low individual con-
30  centrations (on the order of 0.025 picomole) of a large
number of mixed probes (e.g., numbers in excess of 32);
and, performing hybridization and post-hybridization
steps under stringent temperatures closely approaching
(i.e., within 4·C and preferably within 2·C away from)
35  the lowest calculated dissocation temperature of any of
the mixed probes employed. These improvements combine to



AM670156368                                  AM-ITC 00941035

- 96 -

provide results which could not be expected to attend
their use.  This is amply illustrated by the fact that
mixed probe procedures involving 4 times the number of
probes ever before reported to have been successfully
5  used in even cDNA screens on messenger RNA species of
relatively low abundancy were successfully applied to the
isolation of a unique sequence gene in a genomic library
screening of 1,500,000 phage plaques.  This feat was
accomplished essentially concurrently with the publica-
10  tion of the considered opinion of Anderson, et al.,
_supra_, that mixed probe screening methods were
"...impractical for isolation of mammalian protein genes
when corresponding RNA's are unavailable.

15

20

25

30

76

105

AM670156369                                          AM-ITC 00941036

- 97 -

WHAT IS CLAIMED IS:

1. A purified and isolated polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin and characterized by being the product of procaryotic or eucaryotic expression of an exogenous DNA sequence.

2. A polypeptide according to claim 1 further characterized by being free of association with any mammalian protein.

3. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a cDNA sequence.

4. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a manufactured DNA sequence.

5. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a genomic DNA sequence.

6. A polypeptide according to claim 1 wherein the exogenous DNA sequence is carried on an autonomously replicating circular DNA plasmid or viral vector.

7. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of human erythropoietin as set forth in Table VI or any naturally occurring allelic variant thereof.

8. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of monkey erythropoietin as set forth in Table V or any naturally occurring allelic variant thereof.

77

106

AM670156370                                      AM-ITC 00941037

- 98 -

9.  A polypeptide according to claim 1 which has the immunological properties of naturally-occurring erythropoietin.

5          10.  A polypeptide according to claim 1 which has the _in vivo_ biological activity of naturally-occurring erythropoietin.

11.  A polypeptide according to claim 1 which
10  has the _in vitro_ biological activity of naturally-occurring erythropoietin.

12.  A polypeptide according to claim 1 further characterized by being covalently associated with a
15  detectable label substance.

13.  A polypeptide according to claim 12 wherein said detectable label is a radiolabel.

20          14.  A DNA sequence for use in securing expression in a procaryotic or eucaryotic host cell of a polypeptide product having at least a part of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said
25  DNA sequence selected from among:
          (a)  the DNA sequences set out in Tables V and VI or their complementary strands;
          (b)  DNA sequences which hybridize to the DNA sequences defined in (a) of fragments thereof; and
30          (c)  DNA sequences which, but for the degeneracy of the genetic code, would hybridize to the DNA sequences defined in (a) and (b).

15.  A procaryotic or eucaryotic host cell
35  transformed or transfected with a DNA sequence according

107

- 99 -

to claim 14 in a manner allowing the host cell to express
said polypeptide product.

5    16.    A polypeptide product of the expression of
a DNA sequence of claim 14 in a procaryotic or eucaryotic
host.

17.    A purified and isolated DNA sequence coding
for procaryotic or eucaryotic host expression of a poly-
10    peptide having part or all of the primary structural con-
formation and one or more of the biological properties of
erythropoietin.

18.    A cDNA sequence according to claim 17.

15

19.    A monkey species erythropoietin coding DNA
sequence according to claim 18.

20.    A DNA sequence according to claim 19 and
20    including the protein coding region set forth in Table V.

21.    A genomic DNA sequence according to claim
17.

25    22.    A human species erythropoietin coding DNA
sequence according to claim 21.

23.    A DNA sequence according to claim 22 and
including the protein coding region set forth in Table
30    VI.

24.    A manufactured DNA sequence according to
claim 14.

35    25.    A manufactured DNA sequence according to
claim 24 and including one or more codons preferred for
expression in E.coli cells.

108

AM670156372    AM-ITC 00941039

- 100 -

26. A manufactured DNA sequence according to claim 25, coding for expression of human species erythropoietin.

5        27. A manufactured DNA sequence according to claim 26 including the protein coding region set forth in Table XIV.

28. A manufactured DNA sequence according to
10   claim 24 and including one or more codons preferred for expression in yeast cells.

29. A manufactured DNA sequence according to claim 28, coding for expression of human species erythro-
15   poietin.

30. A manufactured DNA sequence according to claim 29 including the protein coding region set forth in Table XXI.
20

31. A DNA sequence according to claim 17 covalently associated with a detectable label substance.

32. A DNA sequence according to claim 31
25   wherein the detectable label is a radiolabel.

33. A single-strand DNA sequence according to claim 31.

30        34. A DNA sequence coding for a polypeptide fragment or polypeptide analog of naturally-occurring erythropoietin.


35

**109**

- 101 -

35. A DNA sequence coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^7$]hEPO, [Asn$^2$ des-Pro$^2$ through Ile$^6$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$]hEPO, or [Δ27-55]hEPO.

5

36. A DNA sequence according to claim 34 which is a manufactured sequence.

37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to
10    either of claims 14, 17, 34 or 35.

38. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector
15    according to claim 37.

39. A polypeptide product of the expression in a procaryotic or eucaryotic host cell of a DNA sequence according to claims 17 or 34.
20

40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties
25    thereof and having an average carbohydrate composition which differs from that of naturally-occurring erythropoietin.

41. A glycoprotein product having a primary
30    structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human
35    erythropoietin.

110

- 102 -

42.  Vertebrate cells which can be propagated _in vitro_ continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48
5  hours as determined by radioimmunoassay.

43.  Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.
10

44.  Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.

15  45.  Vertebrate cells according to claim 42 which are mammalian or avian cells.

46.  Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells.
20

47.  A synthetic polypeptide having part or all of the amino acid sequence as set forth in, Table 7 and having one or more of the _in vivo_ or _in vitro_ biological
25  activities of naturally-occurring monkey erythropoietin.

48.  A synthetic polypeptide having part or all of the amino acid sequence set forth in Table 11, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property
30  of naturally-occurring human erythropoietin.

49.  A synthetic polypeptide having part or all of the secondary conformation of part or all of the amino acid sequence set forth in Table VI, other than a
35  sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.

111

- 103 -

50.  A process for the production of a polypep-
tide having part or all of the primary structural confor-
mation and one or more of the biological properties of
naturally-occurring erythropoietin, said process compri-
5  sing:

growing, under suitable nutrient conditions,
procaryotic or eucaryotic host cells transformed or
transfected with a DNA vector according to claim 37, and
isolating desired polypeptide products of the expression
10  of DNA sequences in said vector.

51.  An antibody substance characterized by
immunoreactivity with erythropoietin and with a synthetic
polypeptide having a primary structural conformation
15  substantially duplicative of a continuous sequence of
amino acid residues extant in naturally-occurring
erythropoietin except for any polypeptide comprising a
sequence of amino acid residues entirely comprehended
within sequence,
20  A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.

52.  An antibody according to claim 51, which is
a monoclonal antibody.

25  53.  An antibody according to claim 51, which is
a polyclonal antibody.

54.  An antibody according to claim 51, which is
immunoreactive with erythropoietin and a synthetic poly-
30  peptide having the sequence selected from the sequences:
V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G,
K-E-A-I-S-P-P-D-A-A-S-A-A, and
V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.

35

112

AM670156376                    AM-ITC 00941043

- 104 -

55. A pharmaceutical composition comprising an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41 and a pharmaceutically acceptable diluent, adjuvant or carrier.

5

56. A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41.

10

57. A method according to claim 56 wherein the therapy comprises enhancing hematocrit levels.

58. A purified and isolated DNA sequence as set
15    out in Table V or VI or a fragment thereof or the comple-
mentary strand of such a sequence or fragment.

59. A polypeptide product of the expression of a DNA sequence according to claim 58 in a procaryotic or
20    eucaryotic host cell.

60. An improvement in the method for detection of a specific single stranded polynucleotide of unknown sequence in a heterogeneous cellular or viral sample
25    including multiple single-stranded polynucleotides wherein:

(a) a mixture of labelled single-stranded poly-
nucleotide probes is prepared having uniformly varying sequences of bases, each of said probes being potentially
30    specifically complementary to a sequence of bases which is putatively unique to the polynucleotide to be detected,

(b) the sample is fixed to a solid substrate;

(c) the substrate having the sample fixed
35    thereto is treated to diminish further binding of poly-
nucleotides thereto except by way of hybridization to polynucleotides in said sample,

**113**

AM670156377                    AM-ITC 00941044

- 105 -

     (d)  the treated substrate having the sample
fixed thereto is transitorily contacted with said mixture
of labelled probes under conditions facilitative of
hybridization only between totally complementary poly-
5  nucleotides, and,

     (e)  the specific polynucleotide is detected by
monitoring for the presence of a hybridization reaction
between it and a totally complementary probe within said
mixture of labelled probes, as evidenced by the presence
10 of a higher density of labelled material on the substrate
at the locus of the specific polynucleotide in comparison
to a background density of labelled material resulting
from non-specific binding of labelled probes to the
substrate,

15     said improvement comprising using in excess of
32 mixed probes and performance of one or more of the
following:

     (1)  employing a nylon-based paper as said solid
substrate;
20     (2)  treating with a protease in step (c);
     (3)  employing individual labelled probe con-
centrations of approximately 0.025 picomoles; and
     (4)  employing as one of the hybridization con-
ditions in step (d) stringent temperatures approaching to
25 with 4°C away from the lowest calculated Td of any of the
probes employed.

*Add C³*      *add m¹*

30

*Add D¹, F¹, I¹*

35

*add II⁵*   *add K¹*   *add L¹⁷*

114



- 106 -

ABSTRACT

"PRODUCTION OF ERYTHROPOIETIN"

5        Disclosed are novel polypeptides possessing part
or all of the primary structural conformation and one or
more of the biological properties of mammalian erythro-
poietin ("EPO") which are characterized in preferred
forms by being the product of procaryotic or eucaryotic
10   host expression of an exogenous DNA sequence.
Illustratively, genomic DNA, cDNA and manufactured DNA
sequences coding for part or all of the sequence of amino
acid residues of EPO or for analogs thereof are incor-
porated into autonomously replicating plasmid or viral
15   vectors employed to transform or transfect suitable pro-
caryotic or eucaryotic host cells such as bacteria, yeast
or vertebrate cells in culture.  Upon isolation from
culture media or cellular lysates or fragments, products
of expression of the DNA sequences display, e.g., the
20   immunological properties and in vitro and in vivo biolo-
gical activities of EPO of human or monkey species ori-
gins.  Disclosed also are chemically synthesized
polypeptides sharing the biochemical and immunological
properties of EPO.  Also disclosed are improved methods
25   for the detection of specific single stranded poly-
nucleotides in a heterologous cellular or viral sample
prepared from, e.g., DNA present in a plasmid or viral-
borne cDNA or genomic DNA "library".

30

35

115

AM670156379

AM-ITC 00941046

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name. I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "PRODUCTION OF ERYTHROPOIETIN"

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____
No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                                                Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 561,024 (Application Serial No.) | December 13, 1983 (Filing Date) | Pending (Status - Patented, Pending or Abandoned) |
|---|---|---|
| 582,185 | February 21, 1984 | Pending |
| 655,841 (Application Serial No.) | September 28, 1984 (Filing Date) | Pending (Status - Patented, Pending or Abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dorman (15,286)          Allen D. Brufsky (19,412)          Naw F. Scarpelli (22,220)
Allen W. Bennell (15,389)           Donald J. Bretz (19,602)           Edward M. O'Toole (22,917)
William A. Marshall (17,083)        Owen J. Murray (22,111)            Michael F. Borun (25,447)
Jerome B. Klose (17,104)            Allen H. Gerstein (22,218)         Carl E. Moore, Jr. (26,487)
Reed P. Maim (18,484)

Send correspondence to:

| NAME | PHONE NO | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Marvam, Marshall & Bennell | 312-346-5750 | Suite 2100 Two First National Plaza 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor Fu-Kuen LIN | Citizenship United States Republic of China FKL 11/29/84 |
|---|---|
| Residence Address - Street 438 Thunderhead Street | Post Office Address - Street 438 Thunderhead Street |
| City (Zip) Thousand Oaks, 91360 | City (Zip) Thousand Oaks, 91360 |
| State or Country California CH | State or Country California |
| Date November 29, 1984 | Signature Fu-Kuen Lin |
| ☐ See attached page for additional joint inventor |

116

AM670156380                                      AM-ITC 00941047



FIG. 1  Comparison of Recombinant Human & Monkey EPO in Radioimmunoassay

AM670156381

AM-ITC 00941048

As filed title

110173

FIG.2



pDSVL·MkE

EPOcDNA

AM670156382                                    AM-ITC 00941049



110173

FIG.3



AM670156383                                                    AM-ITC 00941050

Sheet of Drawing
As Original Filed

113178

*FIG. 4*



AM670156384                                    AM-ITC 00941051

As Originally Filed        115175

# FIG.5A

Translation of Monkey EPO cDNA

```
SauJA
GATCCCGCCCCCCCTGGACAGCCGCGCTCTCCTCCAGGCCCGTGGGGCTGGCCTGCCC
CGCTGAACTTCCGGGGATGAGGACTCCCGGTGTGGTCACCCCGCCCTAGGTCGGTGAG

          -27                              -20
          Met Gly Val His Glu Pro Ala Trp
GGACCCCGCCAGCCCGACATG GGG GTG CAC GAA TGT CCT GCC TGG

                        -10
Leu Trp Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC CTG TCG CTC CCT CTG GGC CTC CCA

    -1  +1                                10
Val Pro Gly Ala Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCG CTC ATC TGT GAC AGC CGA GTC CTG

            20                            •
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG

        30          •                     40
Gly Cys Ser Glu Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

121

AM-ITC 00941052

F I G. 5 B

```
Asp Thr Lys Val Asn Phe Tyr Ala Trp Lys Arg Met Glu Val Gly
GAC ACC AAA GTT AAC TTC TAT GCC TGG AAG ACG ATG GAG GTC GGG
                                50
Gln Gln Ala Val Glu Val Trp Gln Gly Leu Ala Leu Leu Ser Glu
CAG CAG GCT GTA GAA GTC TGG CAG GGC CTG GCC CTG CTG TCA GAA
        60                                          70
Ala Val Leu Arg Gly Gln Ala Val Leu Ala Lys Ala Asn Ser Gln Pro
GCT GTC CTG CGG GGC CAG GTG TTG GCC AAC TCT TCC CAG CCT
                80                                •
Phe Glu Pro Leu Leu His Met Asp Lys Ala Ile Ser Gly Leu
TTC GAG CCC CTG CAC ATG GAT AAA GCC ATC AGT GGC CTT
        90                              100
Arg Ser Ile Thr Leu Arg Ala Leu Gly Ala Gln Glu Ala
CGC AGC ATC ACC CTG CTT CGG GCG CTG GGA GCC CAG GAA GCC
        110
Ile Ser Leu Pro Asp Ala Ala Ser Ala Pro Leu Arg Thr Ile
ATC TCC CCA GAT GCC TCG GCC GCT CCA CTC CGA ACC ATC
        120                             130
Thr Ala Asp Thr Phe Cys Leu Phe Arg Val Tyr Ser Asn Phe
ACT GCT GAC ACT TTC TGC AAA CTC CGA GTC TAC TCC AAT TTC
        140
```

122

AM670156386

AM-ITC 00941053

FIG.5C

```
            150
Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Arg
                                              160
CTC CGG GGA AAG CTG AAG CTG TAC ACC GGG GAG GCC TGC AGG AGA

Gly Asp Arg OP
    165
GGG GAC AGA TGA CCAGGTGCGTCCAGCTGGGCACATCCACCACCTCCCTCACCAACA

CTGCCTGTGCCACACCCTCCCTCACCACTCCCGACCCCATCCACGCGGCTCTCAGCTAAG

CGCCAGCCTGTCCCATGGACACTCCAGTGCCAGCAATGACATCTCAGGGGCCAGAGGAAC

TGTCCAGAGCACACTCTGACATCTAAGGATGTCCCAGGGCCCAACTTGAGGGCCCAGAGC

AGGAAGCAATTCAGAGACAGCTTTAAACTCAGGGACGAGAGCAATGCAGGGAAAACACCT

GAGCTCACTCGGCCACCTGCAAAATTTGATGCAGGGACGACGCTTTGGAGGCAATTTACCTG

TTTTTGCACCTACCATCAGGGACAGGATGACTGGAGAACTTAGGTGGCCAAGCTGTGACTT

CTCAAGGCCTCACGGGCACTCCCTTGGTGCCAAGAGCCCCTTGACACTGACGAATATT

TTGCAATCTGCAGCAGGAAAATTACGGACAGGTTTTGGAGGTTGGAGGGTACTTGACAG

GTGTCTGGGGAAGCAGGCCGGTAGGCGGTGCAGCTGGCATCCGCAGTGAGAACCGTGAAGAC

AGGATGCGGGCTGGCCTCTTGGTTCTCGTCGGGTCCAAGCTT
                                    HindIII
```

123

# FIG.6A

AAGCTTCTGGGCTTCCAGACCCAGCTACTTTGCCGGAACTCAGCAACCCAGGCATCTCTGAGTCTCCGCCCA

AGACCGGGATGCCCCCAGGGGAGGGTGTCCGGGAGCCCACCCTTTCCCAGATATAGCCACCGCTCCGCCAGTCCC

AAGGGTCCGCAACCGGCTGCACTCCCCTCCCGCGACCCAGGCCCGGGAGCGAGCGCCCCATGCCCACACGCC

ACGTCTGCAGCAGCCCCGCTCACCGCCCGGCGAGCCTCAACCCAGCCGTCCTGCCCCTGCTCTGACCCCCGG

GTGGCCCCTACCCCTGGCGACCCCTCACGCACAGCTCTCCCCACCCCCACCCCCGCCACGGCACGCACACATG

CAGATAACAGCCCCGACCCCGCCCAGCCGCGHAGAGTCCCTGGGCCACCCGGCCGCTCGCCTGCCGCTG

CGCCCACCGGCGTGTCCTCCCGGAGCCGGACCCGGGCCACCCGCCCCCGCCTCTGCTCCGACACCCCGCCC

CTTGGACAGCCCCCCTCTCCTCAGCCCCGTGGGGCTGCCCTGCACCCCAGCTTCCCCGGATGAGGXX

CCCGGTGACCGGCGCCCCCAAGTCGCTGAGGGACCCCGGCCAAGCGCGGAG    ATG GGG GTG CAC G
                                                   Met Gly Val His
                                                    -27          -24

GTGAGTACTCTCGCGGCTGGGCCTCCCGGCCGGCCGGTTCCTGTTTGAGCGCGGGGATTTTACCGCCCCGGCT

AM670156388    AM-ITC 00941055

## FIG.6B

```
ATTGCCAAGACGTCGCCTGGGTTCAAGCACCCGCCACTTGTCAAGGACCCCGGAGGGGCAGGGGCGGTGGG

GCAGCCTCCACGTGCCGCGGGGACTTGGGCGAGTTCTTTGCCGGATGCCAAAAACCTGGCCTGTTCAGGGGCCA

CAGTTTGGGGTTGGGGAGGAGGTTTGGGGTTCTGCTGTGCAGTTGTGCGTTGCATGTGTCTG[I.s.]

TTGCACCCACAGATCAATAAGCCAGAGGCAGCACCTGAGTGCTGCATGGTTGGGACAGCAAGGACGAG

CTGGGGCAGAGACGTGGGGATGAAGGAAGCTGTCCTTCCACAGCCACCCTTCTCCCCCCCCCCCTGACTCT

                     -23       -20
                     Glu Cys Pro Ala Trp Leu Leu Leu Ser Leu
CAGCCTGGCTATCTGTCTAG  AA TGT CCT GCC TGG CTG TGG CTT CTC CTG TCC CTG

     -10                      -1   +1
     Leu Ser Leu Pro Leu Gly Leu Gly Ala Pro Leu Arg Leu Ile Cys
     CTG TCG CTC CCT CTG GGC CTC GGC GCC CCA CTC AGC CTC ATC TGT

     10                        20
     Asp Ser Arg Val Leu Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Asn Ile
     GAC AGC CGA GTC CTG GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT ATC

     26
     Thr
     ACG GTGAGACCCCTTCCCCAGCACATTCACACAGAACTCACCCTCAGGCCTTCAGGGAACTCCTCCCAGAT

CCAGGAACCTGCCACTTGGTTTGCGGGTGGAGGTTGGGAAGGCTAGAGCACTGCCCCCCTACATAAAGAATAAGTC
```

AM670156389                                   AM-ITC 00941056

## FIG.6C

```
TGGTGGCCCAAACCATACCTGAAACTAGGCAAGGAGGCAAACCCAGCAGATCCTACCCCTGTGGCCCAGGG

                                            27            30
                                        Thr Gly Cys Ala Glu
                                        ACG GGC TGT GCT GAA
CCAGAGCCTTCAGGCACCCTTGACTCCCCGGCTGTGTGCATTTCAG

                  40
His Cys Ser Leu Asn Glu Asn Ile Thr Val Pro Asp Thr Lys Val Asn Phe Tyr
CAC TGC AGC TTG AAT GAG AAT ATC ACT GTC CCA GAC ACC AAA GTT AAT TTC TAT

50          55
Ala Trp Lys Arg Met Glu
GCC TGG AAG AGG ATG GAG  GTGAGTGTCCTTTTTTTTTTTTTTCCTTTCTTTTTGGAGAATCTCATT

TGCGAGCCTGATTTTGGATGAAAGGGAGAATGATCGGGGGAAAGGTAAAATGCAGCAGCAGATGAGCCCT

GCCTGGGCCAGAGGCTCACGTCTATAATCCCAGCCTGAGATGGCCCGAGATGGCAGAATTGCTTGAGCCCT

GGAGTTTCAGACCAACCTAGGCCACCATAGTGAGATCCCCCATCTCTACAAACATTTAAAAAAATTAGTCAG

GTGAGTGTGCATGGTGGTAGTCCCAGATATTTGGAAGGCTGAGGCGGCAGGATCCCTTGAGCCCCAGGAA

TTTGAGGCTGCAGTGAGCTGAGATGATCACCACCACTGCACTCCAGCCTCAGTCACAGCAGTGAGCCCTGTCTCA
```

AM670156390                    AM-ITC 00941057

## FIG.6D

AAAAGAAAAGAAAAAGAAAAATAATGAGGCTGTATGGAATACATTCATTATTCATTCACTCACT

CACTCATTCATTCATTCATTCAACAAGTCTATTGCATACCTTCTGTTTGCTTCAGCTTGGTGCTTGG

GGCTGCTGAGGGCGCAGGAGGAGGAGGGTGCATGGGTCAGCTCAGCTCCACTCCCAGAGTCCACTCCCTGTAG

56              60                          70
Val Gly Gln Gln Ala Val Glu Val Trp Gln Gly Val Leu Ala Leu Ser Glu Ala
GTC GGG CAG CAG CAG GCC GTA GAA GTC TGG CAG GGC GTC GCC CTG TCG GAA GCT

                    80                          90
Val Leu Arg Gly Gln Ala Leu Leu Val Asn Ser Gln Pro Glu Trp Glu Pro Leu
GTC CTG CGG GGC CAG GCC CTG TTG GTC AAC TCT TCC CAG CCG TGG GAG CCC CTG

                        100
Gln Leu His Val Asp Lys Ala Val Ser Gly Leu Arg Ser Leu Thr Thr Glu Leu
CAG CTG CAT GTG GAT AAA GCC GTC AGT GGC CTT CGC AGC CTC ACC ACT CTG CTT

110              115
Arg Ala Leu Gly Ala Gln
CGG GCT CTG CGA GCC CAG GTGAGGAGACCGGCACACTCTGCTTGCCCTTCTGTAAGAAGGGGA

GAAGGGTCTGCTAAGGAGTACAGGAACTGTCCGTATCCTTTCCCTTCTGTGGCACTGCAGCGACCTCCT

                        120
                    116 Lys Glu Ala Ile Ser Pro Pro Asp Ala Ser Ala Ala
CTTTTCTTCCTTGCCAG    AAG GAA GCC ATC TCC CCT CCA GAT GCG GCC TCA GCT GCT

127

As Original Filed

FIG. 6E

```
          130                                                 140
Pro Leu Arg Thr Ile Thr Ala Asp Thr Phe Arg Lys Leu Phe Arg Val Tyr Ser
CCA CTC CGA ACA ATC ACT GAC ACT TTC CGC AAA CTC TTC CGA GTC TAC TCC

          150                              160
Asn Phe Leu Arg Gly Lys Leu Tyr Thr Gly Glu Ala Cys Arg Thr Gly
AAT TTC CTC CGG GGA AAG CTG TAC ACA GGG GAG GCC TGC AGG ACA GGG

          166
Asp Arg OP
GAC AGA TGA CCAGGTGTGTCCACCTGGGCATATCCACCTCCCTCCACCAACATTGCTTGTGCGCACA

CCCTCCCCGCCACTCCTGAACCCCGTCCAGGGGCTCTCAGCTCAGCCGCCAGCCTGTCCCATCGACACTCC

AGTGCCAGCAATGACACATCTCAGGGGCCAGCAGCAACTGTCCAGAGAGCAACTCTGAGATCTAGGATGTCAC

AGGGCCCAACTTGAAGGGCCCAGAGCAGGAGGCATTCAGAGACCAGCAGCTTTAAACTCAGGGACAGAGCCATGC

TGGGAAGACGCCCTGAGCTCACTCGGCCACCCTGCAAAATTTGATGCCAGGACACGCTTTGGAGGCGCATTTAC

CTGTTTCCGCACCTACCATCAGGGACAGGATGACCTGGACAACTTACGTGGCAAGCTGTGACTTCTCCAGG

TCTCACGGGCATGGGCACTCCCTTGGTGGCAGAGCCCCCTTGACACGGGGTGGGGGACCATGAAGAC

AXGATXGGGGCTGGCCTCTGGCTCTCATGGGCCCAAGTTTTGTCTATTCTCAACCTATTGACAGAGTGAA

ACACMATATGAC
```

128

AM670156392                                    AM-ITC 00941059

As Original Filed

# FIG.7

## ECEPO GENE

```
            XbaI                       -1  1
                                      MetAla
        CTAG AAACCATGAG GGTaaTAAAA TAATGGCTCC GCCGCCTCTG
             TTTGGTACTC CCATTATTTT ATTACCGAGG CGGCGCAGAC


ATCTGCGACT CGAGAGTTCT GGAACGTTAC CTGCTGGAAG CTAAAGAAGC
TAGACGCTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG


TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT


TTACGGTACC AGACACCAAG GTTAACTTCT ACGCTTGGAA ACGTATGGAA
AATGCCATGG TCTGTGGTTC CAATTGAAGA TGCGAACCTT TGCATACCTT


GTTGGTCAAC AAGCAGTTGA AGTTTGGCAG GGTCTGGCAC TGCTGAGCGA
CAACCAGTTG TTCGTCAACT TCAAACCGTC CCAGACCGTG ACGACTCGCT


GGCTGTACTG CGTGGCCAGG CACTGCTGGT AAACTCCTCT CAGCCGTGGG
CCGACATGAC GCACCGGTCC GTGACGACCA TTTGAGGAGA GTCGGCACCC


AACCGGCTGCA GCTGCATGTT GACAAAGCAG TATCTGGCCT GAGATCTCTG
TTGGCCGACGT CGACGTACAA CTGTTTCGTC ATAGACCGGA CTCTAGAGAC


ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCCCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG


CGATGCTGCA TCTGCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGACGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG


GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC

                                              SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATCA GCT
```

# FIG.8

## SCEPC GENE

```
                -1 +1
HindIII         ArgAla
AGCTTGGATA  AAAGAGCTCC  ACCAAGATTG  ATGTGTGACT  CGAGAGTTTT
    ACCTAT  TTTCTCGAGG  TGGTTCTAAC  TAGACACTGA  GCTCTCAAAA

GGAAAGATAC  TTGTTGGAAG  CTAAAGAAGC  TGAAAAACATC  ACCACTGGTT
CCTTTCTATG  AACAACCTTC  GATTTCTTCG  ACTTTTGTAG  TGGTGACCAA

GTGCTGAACA  CTGTTCTTTG  AACGAAAACA  TTACGGTACC  AGACACCAAG
CACGACTTGT  GACAAGAAAC  TTGCTTTTGT  AATGCCATGG  TCTGTGGTTC

GTTAACTTCT  ACGCTTGGAA  ACGTATGGAA  GTTGGTCAAC  AAGCTGTTGA
CAATTGAAGA  TGCGAACCTT  TGCATACCTT  CAACCAGTTG  TTCGACAACT

AGTTTGGCAA  GGTTTGGCCT  TGTTTATCTGA  AGCTGTTTTG  AGAGGTCAAG
TCAAACCGTT  CCAAACCGGA  ACAATAGACT  TCGACAAAAC  TCTCCAGTTC

CCTTGTTGGT  TAACTCTTCT  CAACCATGGG  AACCATTGCA  ATTGCACGTC
GGAACAACCA  ATTGAGAAGA  GTTGGTACCC  TTGGTAACGT  TAACGTGCAG

GATAAAGCCG  TCTCTGGTTT  GAGATCTTTG  ACTACTTTGT  TGAGAGCTTT
CTATTTCGGC  AGAGACCAAA  CTCTAGAAAC  TGATGAAACA  ACTCTCGAAA

GGGTGCTCAA  AAGGAAGCCA  TTTCCCCACC  AGACGCTGCT  TCTGCCGCTC
CCCACGAGTT  TTCCTTCGGT  AAAGGGGTGG  TCTGCGACGA  AGACGGCGAG

CATTGAGAAC  CATCACTGCT  GATACCTTCA  GAAAGTTATT  CAGAGTTTAC
GTAACTCTTG  GTAGTGACGA  CTATGGAAGT  CTTTCAATAA  GTCTCAAATG

TCCAACTTCT  TGAGAGGTAA  ATTGAAGTTG  TACACCGGTG  AAGCCTGTAG
AGGTTGAAGA  ACTCTCCATT  TAACTTCAAC  ATGTGGCCAC  TTCGGACATC

AACTGGTGAC  AGATAAGCCC  GACTGATAAC  AACAGTGTAG
TTGACCACTG  TCTATTCGGG  CTGACTATTG  TTGTCACATC

            SalI
ATGTAACAAA  G
TACATTGTTT  CAGCT
```

130

As Original Filed

Comparison of Human and Monkey EPO Polypeptides

```
              -20           -10            1            10            20            30            40
Human   MGVHECPAWLWLLLSLLSLPLGLPVLGAPPRLICDSRVLERYLLEAKEAENITTGCAEHCSLNENITVPDIK
        **************** ********** ************************* ****** ***************
Monkey  MGVHECPAWLWLLLSLVSLPLGLPVPGAPPRLICDSRVLERYLLEAKEAENVMGCSESCSLNENITVPDIK

              50            60            70            80            90           100           110
Human   VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQALLVNSSQPWEPLQLHVDKAVSGLRSLTTLLRALGAQKE
        ************************** ************* ****** ***  *** ********** *******
Monkey  VNFYAWKRMEVGQQAVEVWQGLALLSEAVLRGQAVLANSSQPFEPLQLHMDKAISGLRSITTLLRALGAQ-E

             120           130           140           150           160
Human   AISPPDAASAAPLRTITADIFRKLFRVYSNFLRGKLKLYTGEACRTGDR
        *** ***************** ****************************** ***
Monkey  AISLPDAASAAPLRTITADIFCKLFRVYSNFLRGKLKLYTGEACRRGDR
```

FIG. 9

131

AM670156395

AM-ITC 00941062

ECEPO SECTION 1 OLIGONUCLEOTIDES

1.   AATTCTAGAAACCATGAGGGTAATAAAATA

2.   CCATTATTTTATTACCCTCATGGTTTCTAG

3.   ATGGCTCCGCCGCGTCTGATCTGCGAC

4.   CTCGAGTCGCAGATCAGACGCGGCGGAG

5.   TCGAGAGTTCTGGAACGTTACCTGCTG

6.   CTTCCAGCAGGTAACGTTCCAGAACT

7.   GAAGCTAAAGAAGCTGAAAACATC

8.   GTGGTGATGTTTTCAGCTTCTTTAG

9.   ACCACTGGTTGTGCTGAACACTGTTC

10.  CAAAGAACAGTGTTCAGCACAACCA

11.  TTTGAACGAAAACATTACGGTACCG

12.  GATCCGGTACCGTAATGTTTTCGTT

FIG. 10

132

AM670156396

AM-ITC 00941063

Print Of Drawing
As Original Filed

*113118*

```
                        ECEPO SECTION 1

        XbaI
EcoRI              1                            3
AATTCTAG AAACCATGAG GGTAATAAAA TAATGGCTCC GCCGCGTCTG
     GATC TTTGGTACTC CCATTATTTT ATTACGGAGG CGGCGCAGAC
                        2                          4


                    5
ATCTGCCACT CGAGAGTTCT GGAACGTTAC CTGCTCGAAG CTAAAGAAGC
TAGACGGTGA GCTCTCAAGA CCTTGCAATG GACGACCTTC GATTTCTTCG
                    6


         7          8         9                      11
TGAAAACATC ACCACTGGTT GTGCTGAACA CTGTTCTTTG AACGAAAACA
ACTTTTGTAG TGGTGACCAA CACGACTTGT GACAAGAAAC TTGCTTTTGT
         8                     10


    KpnI    BamHI
TTACGGTACC G
AATGCCATGG CCTAG
    12
```

FIG. 11

As Original Filed

ECEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT
2.  GTTAACCTTGGTGTCTGGTACCG
3.  TAACTTCTACGCTTGGAAACGTAT
4.  TTCCATACGTTTCCAAGCGTAGAA
5.  GGAAGTTGGTCAACAAGCAGTTGAAGT
6.  CCAAACTTCAACTGCTTGTTGACCAAC
7.  TTGGCAGGGTCTGGCACTGCTGAGCG
8.  GCCTCGCTCAGCAGTGCCAGACCCTG
9.  AGGCTGTACTGCGTGGCCAGGCA
10. GCAGTGCCTGGCCACGCAGTACA
11. CTGCTGGTAAACTCCTCTCAGCCGT
12. TTCCCACGGCTGAGAGGAGTTTACCA
13. GGGAACCGCTGCAGCTGCATGTTGAC
14. GCTTTGTCAACATGCAGCTGCAGCGG
15. AAAGCAGTATCTGGCCTGAGATCTG
16. GATCCAGATCTCAGGCCAGATACT

FIG. 12

134

AM670156398

AM-ITC 00941065

As Original Filed

ECEPD SECTION 2



FIG. 13

AM670156399

AM-ITC 00941066

ECEPO SECTION 3

1.    GATCCAGATCTCTGACTACTCTGC

2.    ACGCAGCAGAGTAGTCAGAGATCTG

3.    TGCGTGCTCTGGGTGCACAGAAAGAGG

4.    GATAGCCTCTTTCTGTGCACCCAGAGC

5.    CTATCTCTCCGCCGGATGCTGCATCT

6.    CAGCAGATGCAGCATCCGGCGGAGA

7.    GCTGCACCGCTGCGTACCATCACTG

8.    ATCAGCAGTGATGGTACGCAGCGGTG

9.    CTGATACCTTCCGCAAACTGTTTCG

10.   ATACACGAAACAGTTTGCGGAAGGT

11.   TGTATACTCTAACTTCCTGCGTGGTA

12.   CAGTTTACCACGCAGGAAGTTAGAGT

13.   AACTGAAACTGTATACTGGCGAAGC

14.   GGCATGCTTCGCCAGTATACAGTTT

15.   ATGCCGTACTGGTGACCGCTAATAG

16.   TCGACTATTAGCGGTCACCAGTAC

FIG. 14

136

ECEPO SECTION 3

BamHI  BglII
GA TCCAGATCTCTG
    GTCTAGAGAC

```
     1                 3                       5
ACTACTCTGC TGCGTGCTCT GGGTGCACAG AAAGAGGCTA TCTCTCCGCC
TGATGAGACG ACGCACGAGA CCCACGTGTC TTTCTCCGAT AGAGAGGCGG
     2                 4

                          7                       9
GGATGCTGCA TCTCCTGCAC CGCTGCGTAC CATCACTGCT GATACCTTCC
CCTACGACGT AGAGGACGTG GCGACGCATG GTAGTGACGA CTATGGAAGG
     6                 8

                 11                              13
GCAAACTGTT TCGTGTATAC TCTAACTTCC TGCGTGGTAA ACTGAAACTG
CGTTTGACAA AGCACATATG AGATTGAAGG ACGCACCATT TGACTTTGAC
     10                8                 12

                 15                       SalI
TATACTGGCG AAGCATGCCG TACTGGTGAC CGCTAATAG
ATATGACCGC TTCGTACGGC ATGACCACTG GCGATTATC   AGCT
     14                16
```

FIG. 15

AM670156401                              AM-ITC 00941068

## SCEPO SECTION 1 OLIGONUCLEOTIDES

1.   AATTCAAGCTTGGATAAAAGAGCT

2.   GTGGAGCTCTTTTATCCAAGCTTG

3.   CCACCAAGATTGATCTGTGACTC

4.   TCTCGAGTCACAGATCAATCTTG

5.   GAGAGTTTTGGAAAGATACTTGTTG

6.   CTTCCAACAAGTATCTTTCCAAAAC

7.   CAAGCTAAAGAAGCTGAAAACATC

8.   GTGGTGATGTTTTCAGCTTCTTTAG

9.   ACCACTGGTTGTGCTGAACACTGTTC

10.   CAAAGAACAGTGTTCAGCACAACCA

11.   TTTGAACGAAAACATTACGGTACCG

12.   GATCCGGTACCGTAATGTTTTCGTT

FIG. 16

138

SCEPO SECTION 1

```
EcoRI  HindIII 1
AATTCA AGCTTGGATA
    GT TCGAACCTAT
            2

AAAGAGCTCC ACCAAGATTG ATCTGTGACT CGAGAGTTTT
TTTCTCGAGG TGGTTCTAAC TAGACACTGA GCTCTCAAAA
                                 4

     5              7
GGAAAGATAC TTGTTCGAAG CTAAAGAAGC TGAAAACATC ACCCACTGGTT
CCTTTCTATG AACAAGCTTC GATTTCTTCG ACTTTTGTAG TGGTGACCAA
     6              8

       9            11         KpnI    BamHI
CTGCTGAACA CTGTTCTTTG AACGAAAACA TTACGGTACC G
CACGACTTGT GACAAGAAAC TTGCTTTTGT AATGCCATGG CCTAG
                                12
```

FIG. 17

139

AM670156403                                    AM-ITC 00941070

SCEPO SECTION 2 OLIGONUCLEOTIDES

1.  AATTCGGTACCAGACACCAAGGT

2.  CTTAACCTTGGTGTCTGGTACCG

3.  TAACTTCTACGCTTGGAAACGTAT

4.  TTCCATACGTTTCCAAGCGTAGAA

5.  GGAAGTTGGTCAACAAGCAGTTGAAGT

6.  CCAAACTTCAACTGCTTGTTGACCAAC

7.  TTGGCAAGGTTTGGCCTTGTTATCTG

8.  GCTTCAGATAACAAGGCCAAACCTTG

9.  AAGCTGTTTTGAGAGGTCAAGCCT

10. AACAAGGCTTGACCTCTCAAAACA

11. TGTTGGTTAACTCTTCTCAACCATGGG

12. TGGTTCCCATGGTTGAGAAGAGTTAACC

13. AACCATTGCAATTGCACGTCGAT

14. CTTTATCGACGTGCAATTGCAA

15. AAAGCCGTCTCTGGTTTGAGATCTG

16. GATCCAGATCTCAAACCAGAGACGG

FIG. 18

140

SCEPO SECTION 2

```
         KpnI
EcoRI      1
A ATTCGGTACC AGAGACCAAG
  GCCATGG TCTGTGGTTC
       2


     3                                     5
GTTAACTTCT ACGCTTGGAA ACGTATGGAA GTTGGTCAAC AAGCTGTTGA
CAATTGAAGA TGCGAACCTT TGCATACCTT CAACCAGTTG TTCGACAACT
     4                                     6


   7
ACTTTGGCAA GGTTTGGCCT TGTTATCTCA AGCTGTTTTG AGAGGTCAAG
TGAAACCGTT CCAAACCGGA ACAATAGAGT TCGACAAAAC TCTCCAGTTC
     8                                     10


          11                             13
CCTTGTTGGT TAATTCTTCT CAACCATGGG AACCATTGCA ATTGCACGTC
GGAACAACCA ATTGAGAAGA GTTGGTACCC TTGGTAACGT TAACGTGCAG
          12                             14


        15           BglII    BamHI
GATAAAGCCG TCTCTGGTTT GAGATCTG   GGATCCTAG
CTATTTCGGC AGAGACCAAA CTCTAGACCTA G
       16
```

FIG. 19

AM670156405    AM-ITC 00941072

Print of Drawings
As Originally Filed

SCEPO SECTION 3 OLIGONUCLEOTIDES

1.    GATCCAGATCTTTGACTACTTTGTT

2.    TCTCAACAAAGTAGTCAAAGATCTG

3.    GAGAGCTTTGGGTGCTCAAAAGGAAG

4.    ATGGCTTCCTTTTGAGCACCCAAAGC

5.    CCATTTCCCCACCAGACGCTGCTT

6.    GCAGAAGCAGCGTCTGGTGGGGAA

7.    CTGCCGCTCCATTGAGAACCATC

8.    CAGTGATGGTTCTCAATGGAGCG

9.    ACTGCTGATACCTTCAGAAAGTT

10.   GAATAACTTTCTGAAGGTATCAG

11.   ATTCAGAGTTTACTCCAACTTCT

12.   CTCAAGAAGTTGGAGTAAACTCT

13.   TGAGAGGTAAATTGAAGTTGTACAC

14.   ACCGGTGTACAACTTCAATTTACCT

15.   CGGTGAAGCCTGTAGAACTGGT

16.   CTGTCACCAGTTCTACAGGCTTC

17.   GACAGATAAGCCCGACTGATAA

18.   GTTGTTATCAGTCGGGCTTAT

19.   CAACAGTGTAGATGTAACAAAG

20.   TCGACTTTGTTACATCTACACT

FIG. 20

142

AM670156406

AM-ITC 00941073

As Original Filed

SCEPO SECTION 3

BamHI  BglII  1
GATC CAGATCTTTG ACTACTTTGT TGAGAGCTTT
     GTCTAGAAAC TGATGAAACA ACTCTCGAAA
                2

         3                      5
GGGTGCTCAA AAGGAAGCCA TTTCCCCACC AGACGCTGCT TCTGCCGCTC
CCCACGAGTT TTCCTTCGGT AAAGGGGTGG TCTGCGACGA AGACGGCGAG
         4                      6

       7              9                    11
CATTGAGAAC CATCACTGCT GATACCTTCA GAAAGTTATT CAGAGTTTAC
GTAACTCTTG GTAGTGACGA CTATGGAAGT CTTTCAATAA GTCTCAAATG
         8            10                   12

TCCAACTTCT TGAGAGGTAA ATTGAAGTTG TACACCGGTG AAGCCTGTAG
AGGTTGAAGA ACTCTCCATT TAACTTCAAC ATGTGGCCAC TTCGGACATC
                  13                    15
              14                         16

         17              19
AACTGGTGAC AGATAAGCCC GACTGATAAC AACAGTGTAG
TTGACCACTG TCTATTCGGG CTGACTATTG TTGTCACATC
              18

           SalI
ATGTAACAAA G
TACATTGTTT CAGCT
   20

FIG. 21

143

AM670156407                    AM-ITC 00941074