# EXHIBIT B



113178

IN THE UNITED STATES PATENT
AND TRADEMARK OFFICE

Case Docket No. D-8273

Anticipated Classification
Class _____ Subclass _____

THE HON. COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, DC 20231

Prior Application:
Examiner Tanenholtz
Art Unit 127

Sir:

This is a request for filing a

[X] Continuation

application under 37 CFR 1.60.

[ ] Divisional

of pending prior application Serial No. 675,298 filed on November 30, 1984 of Fu-Kuen Lin
     (date)                (inventor)

for "PRODUCTION OF ERYTHROPOIETIN"
     (title of invention)

1. [X] Enclosed is a true copy of the prior application, including the oath or declaration as originally filed.

2. [X] The filing fee is calculated below:

Claims as Filed, Less Any Claims
Cancelled by Amendment Below

| For | Number Filed | Number Extra | Rate | Basic Fee |
|---|---|---|---|---|
|  |  |  |  | 340.00 |
| Total claims-------- | 29 -20= | 9 | x 12.00 | $ 108.00 |
| Independent claims-- | 4 - 3= | 1 | x 34.00 | $ 34.00 |
| Multiple Dependent Claim |  |  | x 110.00 | 110.00 |
|  |  |  | Total filing fee | $ 492.00 |

3. [X] The Commissioner is hereby authorized to charge any fees which may be required, or to credit any overpayment to Account No. 13-2855. A duplicate copy of this sheet is enclosed.

144

AM670156409                                              AM-ITC 00941076

4. [x] A check in the amount of $ 492.00 is enclosed.

5. [x] Cancel claims 14, 15, 17-38, 42-46, 50-54 and 58-60.

6. [ ] Amend the specification by inserting before the first line the sentence: --This is a [ ] continuation, [ ] division of application Serial No. _____, filed _____.--

7. [ ] Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate of this sheet is enclosed for filing in the prior application file.

8. [x] New formal drawings, or [ ] informal drawings are enclosed.

9. [ ] Priority of application Serial No. _____ filed on _____, in _____ is claimed under 35 U.S.C. 119. The certified copy(s) have been filed in prior application Serial No. _____, filed _____.

10. [x] The prior application is assigned of record to _____ Kirin-Amgen, Inc. _____.

11. [x] The power of attorney in the prior application includes:

William E. Dominick (15,286)      Edward M. O'Toole (22,477)
Albert W. Bicknell (15,389)       Michael F. Borun (25,447)
Jerome B. Klose (17,104)          Carl E. Moore, Jr. (26,487)
Basil P. Mann (18,464)            Lewis S. Gruber (30,060)
Alvin D. Shulman (19,412)         Terrence W. McMillan (30,476)
Donald J. Brott (19,490)          Richard A. Schnurr (30,890)
Owen J. Murray (22,111)           Christine A. Dudzik (31,245)
Allen H. Gerstein (22,218)        Kevin D. Hogg (31,839)
Nate F. Scarpelli (22,320)        Jeffrey S. Sharp (31,879)

(a)    [x]    The power appears in the original papers of the prior application.

145

AM670156410                                           AM-ITC 00941077

(b) ☐ Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

(c) ☐ Address all future communications to Michael F. Borun (25,447) MARSHALL, O'TOOLE ET AL. Two First National Plaza, Suite 2100 Chicago, Illinois 60603
(name, Reg. No., and Address)

12. ☒ A preliminary amendment is enclosed. (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

13. ☒ I hereby verify that the attached papers are a true copy of prior application Serial No. 675,298 - as originally filed on November 30, 1987.
(date)

14. ☐ A declaration claiming Small Entity Status under 37 C.F.R. 1-9(f) and 1.27(c) has been filed in the prior application

The undersigned declare further that all statements made herein of his or her own knowledge are true and that all statements made or information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

October 23, 1987
(date)

Address of signator:
Marshall, O'Toole et al.
Two First National Plaza
Chicago, Illinois 60603

_____ (signature) M. F. Borun

☐ Inventor
☐ Assignee of complete interest
☒ Attorney or agent of record Reg. No. 25,447
☐ Filed under §1.34(a)

146



1.60 Continuation Application of: FU-KUEN LIN

Title: "PRODUCTION OF ERYTHROPOIETIN"

Based on U.S. Serial No. 675,298, filed 11/30/84

Attorney D-8273

Mailing Certification for:   Application Under 37 C.F.R.
1.60 including copy of prior
Application and Declaration and
new Formal Drawings

EXPRESS MAIL" mailing label No. B 61711198

Date of Deposit:

October 23, 1987

I hereby certify that this paper (or fee) is being deposited
with the United States Postal Service "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" service under 37 C.F.R. §1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C., 20231

_____
Michael F. Borun (25,447)

Rule 1.60 Continuation Application of: FU-KUEN LIN

Title: "PRODUCTION OF ERYTHROPOIETIN"

Based on U.S. Serial No. 675,298, filed 11/30/84

Attorney D-8273

Mailing Certification for: Payment of fees for filing of new Rule 1.60 Continuation Patent Application
Check No: 3451

EXPRESS MAIL" mailing label No. B 61711198

Date of Deposit:

October 23, 1987

I hereby certify that this paper (or fee) is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under 37 C.F.R. §1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C., 20231

Michael F. Borun (25,447)

148

AM670156413                                       AM-ITC 00941080