# EXHIBIT K

Dockets.Justia.com

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: LIN, Fu-Kuen | ) I hereby certify that this paper is |
| | ) being transmitted via facsimile to: |
| Serial No.: 08/202,874 | ) Hon. Commissioner of Patents and |
| | ) Trademarks, Washington, D.C. 20231 |
| Filed: February 28, 1994 | ) on this date: |
| | ) |
| For: | ) June 13, 1994 |
| | ) |
| PRODUCTION OF ERYTHROPOIETIN | ) |
| | ) /s/ Greta E. Noland |
| Group Art Unit: 1812 | ) Greta E. Noland |
| | ) Registration No. 35,302 |
| Examiner: D. Fitzgerald | ) Agent for Applicant |

PRELIMINARY AMENDMENT

Hon. Commissioner of
Patents and Trademarks
Washington, D.C. 20231

Sir:

Please enter the following amendments.

In the Claims

Cancel claims 76-83 without prejudice.

Add the following claims 84-94.

84. An erythropoietin glycoprotein product having in vivo biological activity and having glycosylation which differs from that of human urinary erythropoietin.

85. A glycoprotein product of the expression in a eucaryotic host cell of an exogenous DNA sequence comprising a DNA sequence encoding human erythropoietin said product possessing the in vivo biological property of causing human bone marrow cells to increase production of reticulocytes and red blood cells.

442

89. The in vivo biologically active human erythropoietin glycoprotein product of the process comprising the steps of:

(a) growing, under suitable nutrient conditions, mammalian host cells transformed or transfected with an isolated DNA sequence encoding the human erythropoietin amino acid sequence set out in FIG 6 or a fragment thereof; and

(b) isolating a glycosylated erythropoietin polypeptide therefrom.

90. The in vivo biologically active human erythropoietin glycoprotein product of the process comprising the steps of:

(a) growing, under suitable nutrient conditions, mammalian host cells transformed or transfected with an isolated DNA sequence comprising a sequence encoding the signal sequence of human erythropoietin set out in FIG 6; and

(b) isolating a glycosylated erythropoietin polypeptide therefrom.

91. A glycoprotein product according to claim 89 wherein the exogenous DNA sequence is a cDNA sequence.

92. A glycoprotein product according to claim 89 wherein the exogenous DNA sequence is a genomic DNA sequence.

93. A glycoprotein product according to claim 89, 90, 91 or 92 wherein the host cell is a non-human mammalian cell.

94. A glycoprotein product according to claim 93 wherein the non-human mammalian cell is a CHO cell.

95. A pharmaceutical composition comprising an effective amount of a glycoprotein product according to claim 87, 88, 89 or 90 and a pharmaceutically acceptable diluent, adjuvant or carrier.

- 2 -

443

~~93.~~ 96. A method for providing erythropoietin therapy to mammal comprising administering an effective amount of a pharmaceutical composition of claim ~~92.~~ 95.

~~94.~~ 97. A method according to claim ~~93~~ 96 wherein the therapy comprises enhancing hematocrit levels.

All 95 cancelled

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6402
(312) 474-6300

By: *Greta E. Noland*
Greta E. Noland
Registration No.: 35,302

June 13, 1994

- 3 -