```
7/3/2007 Lodish, Harvey

 1    Exhibits: 1-21          Volume 1, Pages 1-306
 2         UNITED STATES DISTRICT COURT
 3         FOR THE DISTRICT OF MASSACHUSETTS
 4         Civil Action No. 05 Civ. 12237 WGY
 5         ---------------------------
      AMGEN INC.
 6
                 Plaintiff
 7
      vs.
 8
      F. HOFFMAN-LA ROCHE LTD.,
 9
      ROCHE DIAGNOSTICS GmbH, and
10
      HOFFMANN-LA ROCHE INC.
11
                 Defendants
12    ---------------------------
13
              VIDEOTAPED DEPOSITION OF
14             HARVEY F. LODISH, Ph.D.
15          Tuesday, July 3, 2007, 9:04 a.m.
                    Duane Morris LLP
16                470 Atlantic Avenue
                  Boston, Massachusetts
17
18    ** TRANSCRIPT DESIGNATED CONFIDENTIAL OUTSDIE ATTORNEY'S EYES O...
19
              FARMER ARSENAULT BROCK LLC
20                  Reporting For:
                  LiveNote World Service
21          221 Main Street, Suite 1250
            San Francisco, California 94105
22             Phone: 415-321-2300
                 Fax:  414-321-2301
23
24
      Reported by:
25    JANIS T. YOUNG, RDR, CRR

                          1
```

```
7/3/2007 Lodish, Harvey

 1    APPEARANCES:
 2    Lloyd R. Day, Jr., Esq.
 3    Day Casebeer Madrid & Batchelder LLP
 4        20300 Stevens Creek Boulevard
 5        Cupertino, California 95014
 6        408.873.0110   fax: 408.873.0220
 7        lrday@daycasebeer.com
 8        for Plaintiff
 9
10    Leora Ben-Ami, Esq.
11    Graham Pechenik, Esq.
12    Danielle Noonan, Esq.
13    Kaye Scholer LLP
14        425 Park Avenue, 12th Floor
15        New York, New York 10022-3598
16        212.836.8000  fax: 212.836.8689
17        lbenami@kayescholer.com
18        gpechenik@kayescholer.com
19        dnoonan@kayescholer.com
20        for Defendants
21
22    ALSO PRESENT:
23        Adam Cook, Videographer
24
25
                          2
```

```
7/3/2007 Lodish, Harvey

 1                  I N D E X
 2
 3              EXAMINATIONS
 4    HARVEY F. LODISH, Ph.D.
 5      BY MS. BEN-AMI                    7
 6      BY MR. DAY                      282
 7      BY MS. BEN-AMI                  296
 8
 9
10              EXHIBITS MARKED
11    Exhibit 1  Expert Report of Harvey F.      6
12               Lodish, Ph.D. Regarding Infringement
13    Exhibit 2  Rebuttal Expert Report of       6
14               Harvey F. Lodish, Ph.D.
15    Exhibit 3  Supplemental Expert Report      6
16               of Harvey F. Lodish, Ph.D.
17    Exhibit 4  Third Supplemental Expert       6
18               Report of Harvey F. Lodish, Ph.D.
19    Exhibit 5  Claim Construction Chart        6
20    Exhibit 6  U.S. Patent 5,955,422           6
21    Exhibit 7  U.S. Patent 5,618.698           6
22    Exhibit 8  U.S. Patent 4,703,008           6
23    Exhibit 9  U.S. Patent 5,756,349           6
24
25    (Continued)
                          3
```

```
7/3/2007 Lodish, Harvey

 1    Exhibit 10 U.S. Patent 5,441,868           6
 2    Exhibit 11 U.S. Patent 5,621,080           6
 3    Exhibit 12 U.S. Patent 5,547,933           6
 4    Exhibit 13 Second Supplemental Expert     48
 5               Report of Harvey F. Lodish, Ph.D.
 6    Exhibit 14 Excerpt from Textbook,         48
 7               Molecular Cell Biology, Sixth
 8               Edition, by Lodish, et al.
 9    Exhibit 15 Color Pictures from           179
10               Attachments to Jorgensen Report
11    Exhibit 16 Application for United        200
12               States Letters Patent, with Cover
13               Sheet dated 12-13-83, AM-ITC
14               00948379-00948649
15    Exhibit 17 Application for United        200
16               States Letters Patent, AM-ITC
17               00470468-00470531
18    Exhibit 18 Application for United        200
19               States Letters Patent, AM-ITC
20               00470717-00470813
21    Exhibit 19 Application for United        200
22               States Letters Patent, AM-ITC
23               00869737-00869844
24
25    (Continued)
                          4
```

7/3/2007 Lodish, Harvey

[Lines 1–25 redacted]

121

7/3/2007 Lodish, Harvey

[Lines 1–25 redacted]

122

7/3/2007 Lodish, Harvey

[Lines 1–18 redacted]

19   Q.  Why is the binding affinity of CERA
20   different than EPO?
21   A.  The binding affinity of CERA to the EPO
22   receptor different from the binding affinity of EPO?
23   I don't think it is known why.  I can offer you one
24   explanation.
25   Q.  So the answer is, it's not known why, but

123

7/3/2007 Lodish, Harvey

1   you have a hypothesis?
2   A.  I have several hypotheses.  I will offer
3   you one.
4   Q.  Can you offer them all to me?
5   A.  Well, let's go through one at a time.
6   Q.  Okay.
7   A.  The first hypothesis is, CERA is a mixture
8   of 90 percent dead protein and 10 percent functional
9   protein.  That is, the simplest explanation of what
10  happens after PEGylation is, you kill, in some
11  unknown way, roughly 90 percent of the EPO
12  molecules.  They're dead.

[Lines 13–25 redacted]

124