### APPENDIX A

### Scott Declaration, Exhibit 5

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶ 1 | ITC-R-BLA-00004178 | The only page cited by Amgen may be filed in the public record; also cumulative with Scott Ex. 3 at ITC-R-BLA-0000249 |
| 56.1 Statement, ¶ 5 | ITC-R-BU-00004178 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 39 | ITC-R-BLA-00004200 | The only page cited by Amgen may be filed in the public record; also cumulative with four other public citations |
| 56.1 Statement, ¶ 40 | ITC-R-BLA-00004200 | The only page cited by Amgen may be filed in the public record; also cumulative with three other public citations |
| Lodish Declaration, ¶ 49 | ITC-R-BLA-00004061; ITC-R-BLA-00004031-231 | Cumulative with one other public citation |
| Lodish Declaration, ¶ 50 | ITC-R-BLA-00004045 | Cumulative with Scott Ex. 3 at ITC-R-BLA-0000249 |
| Lodish Declaration, ¶ 68 | ITC-R-BLA-00004200 | The only page cited by Amgen may be filed in the public record |

### Scott Declaration, Exhibit 8

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶8 | ITC-R-BLA-0004667 | The only page cited by Amgen may be filed in the public record |
| 56.1 Statement, ¶14 | ITC-R-BLA-00004667 | Cumulative with one other public citation |
| 56.1 Statement, ¶14 | ITC-R-BLA-00004674-66 | Cumulative with one other public citation |

1

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶15 | ITC-R-BLA-00004667 | Cumulative with one other public citation |
| 56.1 Statement, ¶16 | ITC-R-BLA-00004667 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 16 | ITC-R-BLA-00004682 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 16 | ITC-R-BLA-00004685 | Cumulative with one other public citation |
| Lodish Declaration, ¶ 42 | ITC-R-BLA-00004667 | This page is offered by Roche for public filing |
| Lodish Declaration, ¶ 46 | ITC-R-BLA-00004667 | This page is offered by Roche for public filing |
| Lodish Declaration, ¶ 46 | ITC-R-BLA-00004673-74 | Cumulative with Scott Exhibit 8 at ITC-R-BLA-00004667, which has been offered by Roche for public filing |
| Lodish Declaration, ¶ 46 | ITC-R-BLA-00004682-83 | Cumulative with Scott Exhibit 3 at ITC-R-BLA-00000251 |

**Scott Declaration, Exhibit 9**

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶ 9 | ITC-R-BLA-00004803 | Cumulative with two other public citations |
| 56.1 Statement, ¶ 10 | ITC-R-BLA-00004723 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 10 | ITC-R-BLA-00004987 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 11 | ITC-R-BLA-00004735-4737 | Cumulative with two other public citations |
| 56.1 Statement, ¶ 11 | ITC-R-BLA-00004987 | Cumulative with two other public citations |
| 56.1 Statement, ¶ 12 | ITC-R-BLA-00004723 | Cumulative with one other public citation |
| 56.1 Statement, ¶ 13 | ITC-R-BLA-00004987 | Cumulative with one other public citation |
| Lodish Declaration ¶ 38 | ITC-R-BLA-00004723-24 | Cumulative with one other public citation |
| Lodish Declaration ¶ 42 | ITC-R-BLA-00004803-56 | Cumulative with Scott Exhibit 66, p. 37-39 |
| Lodish Declaration ¶ 43 | ITC-R-BLA-00004934; ITC-R-BLA-00004987 | Page ITC-R-BLA-00004987 offered by Roche for public filing; remaining page is merely cumulative |

| Lodish Declaration ¶ 43 | ITC-R-BLA-00004989; ITC-R-BLA-00004987; ITC-R-BLA-00005053 | Page ITC-R-BLA-00004987 offered by Roche for public filing; remaining pages are merely cumulative |
| --- | --- | --- |
| Lodish Declaration ¶ 43 | ITC-R-BLA-00004987-90 | Page ITC-R-BLA-00004987 offered by Roche for public filing. |
| Lodish Declaration ¶ 44 | ITC-R-BLA-00004724-25 | Cumulative with Scott Exhibit 10 |
| Lodish Declaration ¶ 45 | ITC-R-BLA-00004724 | Cumulative with one other public citation |
| Amgen's Memorandum of Law | ITC-R-BLA-00004987 | Page ITC-R-BLA-00004987 offered by Roche for public filing. |

**Scott Declaration, Exhibit 43**

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
| --- | --- | --- |
| Lodish Declaration ¶ 53 | R000081253 | The only page cited by Amgen may be filed in the public record; also, cumulative with three other public citations which Amgen cited for the same proposition |
| Amgen's Memorandum of Law | R000081258 | The only page cited by Amgen may be filed in the public record. |
| 56.1 Statement, ¶ 22 | R000081258 | The only page cited by Amgen may be filed in the public record; also, cumulative with three other public citations which Amgen cited for the same proposition |
| 56.1 Statement, ¶ 26 | R000081258 | The only page cited by Amgen may be filed in the public record; also, cumulative with eight other public citations which Amgen cited for the same proposition |
| 56.1 Statement, ¶ 27 | R000081253 | The only page cited by Amgen may be filed in the public record; also, cumulative with four other public citations which Amgen cited for the same proposition |
| 56.1 Statement, ¶ 41 | R000081253 | The only page cited by Amgen may be filed in the public record; also, cumulative with three other public citations which Amgen cited for the same proposition |

### Scott Declaration, Exhibit 45

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| Lodish Declaration ¶ 51 | ITC-R-00050625 | The only page cited by Amgen may be filed in the public record |

### Scott Declaration, Exhibit 55

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶ 22 | ITC-R-00050548 | The only page cited by Amgen may be filed in the public record; also cumulative with four other public references that Amgen cited for the same proposition |

### Scott Declaration, Exhibit 63

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶ 28 | ITC-R-00091008 | Cumulative with two other public citations |
| 56.1 Statement, ¶ 33 | ITC-R-00090916 | Cumulative with three other public citations |

### Gavin Declaration, Exhibit 1

| Citation in Amgen's Papers | Exhibit Pages Cited by Amgen | Relevance of Exhibit |
|---|---|---|
| 56.1 Statement, ¶ 28 | ITC-R-00091008 | Cumulative with two other public citations |
| 56.1 Statement, ¶ 33 | ITC-R-00090916 | Cumulative with three other public citations |

03099/00501 703426.1