# EXHIBIT 1

# Fishman, Deborah

| | |
|---|---|
| **From:** | Julia Huston [JHuston@bromsun.com] |
| **Sent:** | Thursday, July 05, 2007 9:48 AM |
| **To:** | Gottfried, Michael; Fishman, Deborah |
| **Cc:** | Hand, Aaron; Aaron Stifel ; Bier, Adam Arthur; Kumamoto, Andrew; Chan, Andy; Aton Arbisser ; Goldman, Berrie; Bobby R. Burchfield ; Mammen, Chris E.; Christopher S. Kroon; Christopher T. Jagoe ; Casebeer, Craig; Cullen N. Pendleton ; Allegretti, Dennis; McSherry, Dana; Daniel A. Curto ; David L. Cousineau ; Madrid, David; Emily J. Schaffer; Firasat Ali ; Gasper J. LaRosa ; Godfrey, Geoff M.; George W. Johnston ; Hank (Alfred) Heckel ; Howard Suh ; James M. Fraser ; Jeanna Wacker ; Flory, Jennifer; Jeremy D. Protas ; DuBrow, Jon; Loeb, Jonathan; Munn, Joshua; Julia Huston; Julian Brew ; Kathleen McDermott ; Scott, Katie; Keith E. Toms; Flowers, Kevin; Kimberly J. Seluga; Carter, Krista; Krista M. Rycroft ; Lee Carl Bromberg; Leora Ben-Ami ; Baxley, Linda; Day, Rusty; Manvin S. Mayell ; Moore, Mario; Israelewicz, Mark; Mark S. Popofsky ; Mary Boyle ; Matthew C. Nielsen ; Matthew McFarlane ; Borun, Michael; Kendall, Mike; Moreland, Michele; Monica Contreras ; Nancy DiLella ; Nicole A. Colby-Longton ; Nicole A. Rizzo; Patricia A. Carson ; Rich, Patricia R.; Patricia Rocha-Tramaloni ; Peter Fratangelo ; Peter M. Acton, Jr. ; Jacobsen, Ray; Wais, Rebecca J.; DuBord Brown, Renee; Richard A. De Sevo ; Richard W. Smith ; Robert Asher; Robert Kann; Galvin, Rob; Robert M. Spalding ; Sandip H. Patel ; Krumplitsch, Susan; Thomas F. Fleming ; Ross, Thomas; Tim Murphy; Vladimir Drozdoff ; Diaz, Will; Gaede, William |
| **Subject:** | Order on Roche's Motion to Seal (FW: Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Order on Motion to Seal) (3099/501) |
| **Attachments:** | Julia Huston.vcf |

Dear Michael and Deborah,

We are in the process of reviewing Judge Young's ruling on Roche's motion to seal, below. I understand that the recent motions to seal by Amgen and Fresenius have also been denied. I suggest that we confer about this matter before filing any of the papers claimed to be confidential in the public record. I will contact you separately to discuss this.

I am copying all counsel of record on my request that Roche's confidential documents not be filed in the public record at this time.

Thank you for your attention to this matter.

Regards,
Julia

*Julia Huston*
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292 x 264
Fax: (617) 443-0004
jhuston@bromsun.com
www.brombergsunstein.com

This e-mail is from Bromberg & Sunstein LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

7/16/2007

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Thursday, July 05, 2007 12:19 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-12237-WGY Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Order on Motion to Seal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/5/2007 at 12:18 PM EDT and filed on 7/5/2007
**Case Name:**    Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
**Case Number:**  1:05-cv-12237
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge William G. Young : Electronic ORDER entered: DENIED. See Order on Amgen's Motion Dated July 3, 2007 re [559] MOTION to Seal Documents Containing Defendants' Trade Secrets and Submitted in Connection with Amgen's Motion for Summary Judgment of Infringment of '422 Claim 1, '933 Claim 3, and '698 Claim 4 (Paine, Matthew)


**1:05-cv-12237 Notice will be electronically mailed to:**
Robert M. Asher rasher@bromsun.com
Joel R. Leeman jleeman@bromsun.com, lerdos@bromsun.com
Mark J. Hebert hebert@fr.com, crawford@fr.com
Michael Kendall mkendall@mwe.com
Michael R. Gottfried mrgottfried@duanemorris.com, kmfitzgerald@duanemorris.com, vlweeks@duanemorris.com
Lee C. Bromberg lbromberg@bromsun.com, jcreedon@bromsun.com
Thomas I. Ross tross@marshallip.com
Robert L. Kann rkann@bromsun.com, jmarshall@bromsun.com
Timothy M. Murphy tmurphy@bromsun.com
Leora Ben-Ami lbenami@kayescholer.com
Lloyd R. Day, Jr daylr@daycasebeer.com
Julia Huston jhuston@bromsun.com, chiggins@bromsun.com
David L. Ferrera dferrera@nutter.com, jberry@nutter.com
Steven A. Zalesin sazalesin@pbwt.com, mcolitigation@pbwt.com
Thomas F. Fleming tfleming@kayescholer.com, maodma@kayescholer.com
Peter Fratangelo pfratangelo@Kayescholer.com, RocheEmailRepository@kayescholer.com, maodma@kayescholer.com

Kevin M Flowers KFlowers@marshallip.com, mgreene@marshallip.com, tortman@marshallip.com
Daniel A. Curto dcurto@mwe.com, dlooke@mwe.com
Sandip H. Patel SPatel@marshallip.com
Patricia R. Rich prich@duanemorris.com, kmfitzgerald@duanemorris.com, vlweeks@duanemorris.com
Krista M. Rycroft krycroft@kayescholer.com
Patricia A. Carson pcarson@kayescholer.com
Vladimir Drozdoff vdrozdoff@kayescholer.com
Aton Arbisser aarbisser@kayescholer.com, maodma@kayescholer.com
Peter M. Acton pacton@mwe.com
Matthew C. Nielsen MNielsen@marshallip.com, mkipley@marshallip.com
Nicole A. Colby ncolby@mwe.com
Lauren M. Papenhausen lpapenhausen@mwe.com
Christopher S. Kroon cskroon@duanemorris.com, hlebert@duanemorris.com
Linda Sasaki-Baxley lbaxley@daycasebeer.com
Michael F. Borun MBorun@marshallip.com
William G. Gaede, III wgaede@mwe.com
Bobby R. Burchfield bburchfield@mwe.com
Howard Suh hsuh@kayescholer.com, maodma@kayescholer.com
Keith E. Toms ktoms@bromsun.com, sbommelje@bromsun.com
Heather B. Repicky hrepicky@nutter.com
Mark Izraelewicz mizraelewicz@marshallip.com
Michelle E. Moreland mmoreland@mwe.com, gdrozario@mwe.com, nsannicolas@mwe.com, pdeneen@mwe.com
Firasat Ali fali@mwe.com
Joshua A. Munn jmunn@mwe.com
Nicole A. Rizzo nrizzo@bromsun.com, lburns@bromsun.com
Mark S. Popofsky mpopofsky@kayescholer.com
James M. Fraser jfraser@mwe.com
Manvin Mayell mmayell@kayescholer.com
Dana M. McSherry dmcsherry@mwe.com
Matthew McFarlane mmcfarlane@kayescholer.com
Monica Contreras mcontreras@kayescholer.com
David L. Cousineau dcousineau@kayescholer.com, geaddy@kayescholer.com, kfrank@kayescholer.com
Kimberly J. Seluga kseluga@bromsun.com, lerdos@bromsun.com
Kathleen McDermott kmcdermott@sonnenschein.com
Aaron Stiefel astiefel@kayescholer.com

**1:05-cv-12237 Notice will not be electronically mailed to:**

D. Dennis Allegretti
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02110-2600

Adam Arthur Bier
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

7/16/2007

Michael F. Borun
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6402

Mary Boyle
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Renee DuBord Brown
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Krista M. Carter
Day Casebeer Madrid & Batchelder, LLC
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Craig H. Casebeer
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Andy H. Chan
Day Casebeer Madrid & Batchelder, LLP
20300 Steven Creek Blvd.
Suite 400
Cupertino, CA 95014

Monique L. Corday
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Richard A. De Sevo
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

7/16/2007

Nancy DiLella
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

William Diaz
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612

Darrell G. Dotson
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Jon B. Dubrow
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005

Deborah E. Fishman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Jennifer E. Flory
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Eugene M. Gelernter
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Geoffrey M. Godfrey
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

7/16/2007

Berrie R. Goldman
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Aaron R. Hand
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Alfred H. Heckel
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Richard O. Jackson
Patternson, Belknap, Webb & Tyler, LLP
133 Avenue of the Americas
New York, NY 10036

Raymond A. Jacobsen
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, DC 20005

Christopher T. Jagoe
Kaye Scholer LLP
425 Park Ave
New York, NY 10022-3598

George W. Johnston
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Susan M. Krumplitsch
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
CA 95014

Andrew Kumamoto


7/16/2007

McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304

Jonathan D. Loeb
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

David M. Madrid
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Christian E. Mammen
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Mario Moore
Day Casebeer Madrid & Batchelder
Suite 400
20300 Stevens Creek Blvd
Cupertino, CA 95014

Kimberlin L. Morely
Amgen Inc.
One Amgen Center Dirve
Thousand Oaks, CA 91320-1789

Erica S. Olson
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Darcy A. Paul
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Cullen N. Pendleton
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Jeremy D. Protas

7/16/2007

Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Patricia Rocha-Tramaloni
Hoffmann-La Roche Inc.
Law Department
340 Kingsland Street
Nutley, NJ 07110

Katie J.L. Scott
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Richard W. Smith
McDermott, Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, DC 20005

Jeanna Wacker
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Rebecca J. Wais
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Stuart L. Watt
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

Wendy A. Whiteford
Amgen Inc
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

7/16/2007