UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXHIBIT A

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation <br><br> Defendants. | C.A. No.: 05-12237 WGY |

**AMGEN'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Amgen hereby provides the following disclosures:

**I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT AMGEN MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES:**

As can be determined from information reasonably available to Amgen and based on its present understanding of such disputed facts as can be discerned from the allegations of the parties' respective pleadings prior to this date, the following individuals may have discoverable information.

    A.    **Research and development leading to the inventions described and claimed in Amgen's patents-in-suit**

         Dr. Jeffrey K. Browne
         c/o Amgen Inc.
         One Amgen Center Drive
         Thousand Oaks, California 91320-1799
         (805) 447 1000

Dr. Joan Egrie
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Dr. Fu-Kuen Lin
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Dr. Thomas W. Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

B. **Urinary erythropoietin**

Dr. Joan Egrie
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Jeri Trail
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Dr. Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637
(773) 702 1764

Charles K. H. Kung

Dr. Thomas W. Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

C.  **Preparation and prosecution of Amgen's patents-in-suit (without waiver of privilege or work product)**

    Michael F. Borun
    Marshall, Gerstein & Borun LLP
    6300 Sears Tower
    233 South Wacker Drive
    Chicago, Illinois 60606-6357
    (312) 474 6300

    Steven M. Odre
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

    Stuart L. Watt
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

D.  **Facts regarding Defendants' peg-EPO activities and their impact on Amgen**

    Helen Torley
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

    Robert Brenner
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

    Leslie Mirani
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

    Josh Ofman
    c/o Amgen Inc.
    One Amgen Center Drive
    Thousand Oaks, California 91320-1799
    (805) 447 1000

In addition, a witness knowledgeable about the impact of Roche's potential market entry on Amgen's research and development efforts will be identified.

### E. Fact Witnesses in the Prior Litigations

In addition to the above individuals, some 30 witnesses, including Amgen employees, gave testimony related to the patents-at-issue in *Amgen Inc. v. Genetics Institute, Inc. and Chugai Pharmaceutical Co. Ltd.*, C.A. 87-2617-Y (D. Mass.) and some 24 witnesses, including Amgen employees, gave testimony relating to the patents-at-issue in *Amgen Inc. v. Hoechst Marion Roussel, Inc. and Transkaryotic Therapies, Inc.*, C.A. 97-10814-WGY (D. Mass.).

### F. Individuals Affiliated with Roche

It is apparent that individuals employed by, acting for, funded by, or affiliated with Roche are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings regarding erythropoietin and peg-EPO research, development, patent applications, opinions, regulatory matters, and commercialization. These individuals, as presently known, are:

George Abercrombie
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

George R. Aranoff
615 South Preston Street,
Louisville, Kentucky

Pascal Sebastian Bailon
21 Woodbine Road
Florham Park, NJ 07932

Anatole Besarab
Division of Nephrology and
Hypertension
Henry Ford Hospital, CFP-511
2799 West Grand Boulevard
Detroit, Michigan 48202

Ulrich Beyer
Pharma Development
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

Lars Birgerson
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

Michael Brandt
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Josef Burg
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

William M. Burns
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Bernard Canaud
Hopital Lapayronie
Montpellier, France

Frank C. Dougherty
Pharma Development
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

Ute Dugan
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

George Esgro
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Steven Fishbane
Winthrop-University Hospital
Department of Medicine
200 Old Country Rd.
Suite 135
Mineola, NY 11501

Anton Haselbeck
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Bernd Hilger
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Dick Hinson
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Eduard Holdener
Head Global Pharma Development
F. Hoffmann-LaRoche, Ltd.
Grenzacherstrasse 124, CH-4070
Basel, Switzerland

Franz B. Humer
F. Hoffmann-La Roche, Ltd.
Basel, Switzerland

Michael Jarsch
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Hans-Peter Josel
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Hiromitsu Kawata
Chugai Pharmaceutical Co. Ltd.
1-1 Nihonbashi-Muromachi 2-Chome
Chuo-Ku
Tokyo
103-8324 Japan

John Keefe
Marketing
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Iris Kingma-Johnson
Roche Laboratories Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Chrys Kokino
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Francesco Locatelli
A Manzoni Hospital
Department of Nephrology and
Dialysis
Via dell'Eremo 9/11
23900 Lecco
Italy

Iain MacDougall
Department of Renal Medicine
King's College Hospital
Denmark Hill
London, SE5 9RS, United Kingdom

Minoru Machida
Pre-clinical Research Department I
Chugai Pharmaceutical Co. Ltd.
1-135 Komakado
412-8513 Gotemba
Shizoka, Japan

Guido Magni
Head of Global Medical Science
F. Hoffmann-LaRoche, Ltd.
Grenzacherstrasse 124, CH-4070
Basel, Switzerland

Ken Miller
Marketing Group
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

- 6 -

Hajime Miyamoto
Unit of Anatomy and Cell Biology
Department of Animal Sciences
Kyoto University
Kyoto
806-8502 Japan

Teruo Nakamura
Department of Medical Technology
Hirosaki University School of Health Sciences
Hirosaki University
Hirosaki
Aomori
036-8562 Japan

Allen Nissenson
David Geffen School of Medicine
200 Medical Plaza, Suite 565
University of California, Los Angeles
Los Angeles, CA 90095
(310) 825-2550

Wulf Pahlke
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Anne Pannier
Pharma Development
F. Hoffman-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

Apollon Papadimitriou
Roche Diagnostics GmbH
Pharma Research Penzberg
Nonnenwaldstrasse 2
82372 Penzberg, Germany

Severin Schwan
Chief Executive Officer
Roche Diagnostics GmbH
Sandhofer Strasse 116, D-68305
Mannheim, Germany

Yasuo Sekimori
Chugai Pharmaceutical Co. Ltd.
1-1 Nihonbashi-Muromachi 2-Chome
Chuo-Ku
Tokyo
103-8324 Japan

Barbara Senich
Hoffmann-La Roche Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Nadine Tare
Drug Discovery
Roche Research Center
F. Hoffmann-La Roche, Inc.
340 Kingsland Street
Nutley, New Jersey 07110

Hanns-Christian Tillmann
Medical Research Center
University of Heidelberg
Klinikum
Mannheim, Germany

Motoo Ueno
Representative Director, Deputy President
Chugai Pharmaceutical Co. Ltd.
1-1 Nihonbashi-Muromachi 2-Chome
Chuo-Ku
Tokyo 103-8324 Japan

Robert Provenzano
St. John Hospital and Medical Center
Department of Nephrology and
Hypertension
22101 Moross Road
Detroit, Michigan 48236

Phillipe Van der Auwera
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

Bruno Reigner
Pharma Development
F. Hoffmann-La Roche Ltd.
Grenzacherstrasse 124
CH-4070 Basel, Switzerland

## II.   DOCUMENTS

The categories of documents listed below may be relevant to disputed facts and are within the possession, custody or control of Amgen. Subject to any Protective Order entered in this or other cases or any objection, such as attorney-client privilege or work-product immunity, the following categories of documents will be made available for inspection by counsel for Roche:

| Document category | Location |
|---|---|
| Documents containing information related to the infringement of Amgen's patents-in-suit by the Roche defendants | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to the preparation and prosecution of Amgen's patents-in-suit | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to erythropoietin research and development at Amgen leading to the Lin inventions | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to pegylated erythropoietin | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to the effect of Roche's potential market entry with peg-EPO | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |

| | |
|---|---|
| Pleadings, submissions, exhibits, and decisions from prior litigation involving one or more of Amgen's patents-in-suit | Amgen Inc. One Amgen Center Drive Thousand Oaks, California |

### III. COMPUTATION OF DAMAGES

Amgen is currently not seeking damages in this equitable action for declaratory relief. Amgen may seek costs and expenses of suit and any further relief the Court deems proper in this equitable action. These costs, expenses, and further relief cannot be computed until the conclusion of this suit.

### IV. INSURANCE

Amgen is presently unaware of any insurance agreement under which any insurer may be liable to satisfy all or part of any judgment that might be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

November 6, 2006

Of Counsel:

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
MARYSUSAN HOWARD
KIMBERLIN L. MORLEY
DARRELL G. DOTSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-5000

AMGEN INC.,
By its attorneys,

_____
LLOYD R. DAY, JR.
DAVID M. MADRID
LINDA A. SASAKI-BAXLEY
DEBORAH E. FISHMAN
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephones: (617) 289-9200
Facsimile:   (617) 289-9201

WILLIAM G. GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000

KEVIN M. FLOWERS
THOMAS I. ROSS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) via federal express overnight delivery and electronic mail on November 6, 2006.

>Leora Ben-Ami, Esq.
>Patricia A. Carson, Esq.
>Thomas F. Fleming, Esq.
>Howard Suh, Esq.
>Peter Fratangelo, Esq.
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022
>Tel: (212) 836-8000
>Emails: lbenami@kayescholer.com
>pcarson@kayescholer.com
>tfleming@kayescholer.com
>hsuh@kayescholer.com
>pfrantangelo@kayescholer.com
>
>and
>
>Lee Carl Bromberg, Esq.
>Julia Huston, Esq.
>Keith E. Toms, Esq.
>BROMBERG & SUNSTEIN LLP
>125 Summer Street
>Boston, MA 02110
>Tel. (617) 443-9292
>Emails: lbromberg@bromsun.com
>jhuston@bromsun.com
>ktoms@bromsun.com

_____
Irasema Virrueta

Case 1:05-cv-12237-WGY    Document 726-2    Filed 07/16/2007    Page 12 of 12