EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation <br><br> Defendants. | C.A. No.: 05-12237 WGY |

**PLAINTIFF AMGEN INC.'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(1)**

Pursuant to Fed. R. Civ. P. 26(a) and the local rules of the District of Massachusetts, Amgen hereby provides the following disclosures that supplement and incorporate the disclosures previously provided by Amgen in its original Rule 26(a)(1) initial disclosure as well as Amgen's written discovery responses provided to Roche to date.

These disclosures are based on information reasonably available to Amgen as of the date of this disclosure and are without the benefit of forthright and fulsome discovery responses from Defendants' on issues such as invalidity and inequitable conduct on which they bear the burden of proof. Amgen's effort to identify potentially relevant witnesses, documents, and things pertinent to those defenses has been prejudiced and delayed by Roche's refusal to provide fair and complete responses to the written discovery requests concerning its putative invalidity and unenforceability defenses. Amgen reserves the right to amend or supplement these disclosures consistent with its obligations under Fed. R. Civ. R. 26(e) as additional information becomes known to it and if and when Roche provides fulsome discovery responses,

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT AMGEN MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES:**

As can be determined from information reasonably available to Amgen and based on its present understanding of such disputed facts as can be discerned from the allegations of the parties' respective pleadings and the written discovery to date, Amgen believes that following individuals may have discoverable information that Amgen may use to support its claims or defenses. Amgen reserves the right to amend this list as necessary or as further information becomes available to it.

   A. **Research and development leading to the inventions described and claimed in Amgen's patents-in-suit**

   Jeffrey K. Browne
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Joan Egrie
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Steven Elliot
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Jeri Lane
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Fu-Kuen Lin
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

George Rathmann
525 Byron Street
Palo Alto, CA 94301
(408) 746-4501

Ralph Smalling

Thomas W. Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Daniel Vapnek
414 Plaza Rubio
Santa Barbara, CA

**B.    Amgen's Efforts to Express Erythropoietin, Characterize Erythropoietin, or Produce peg-EPO**

Tom Boone
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Joan Egrie
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Steven Elliot
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637
(773) 702 1764

Fu-Kuen Lin
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Gary Rogers
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Thomas W. Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

C.  **Urinary erythropoietin**

Tsutomu Arakawa

Kenneth Aoki
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Joseph Baron
The University of Chicago
Hematology/Oncology, Dept. Medicine
5801 South Ellis Avenue
Chicago, IL 60637

Joan Egrie
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637
(773) 702 1764

Charles K. H. Kung

Jeri Lane
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Gary Rogers
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Thomas W. Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

**D.** **Clinical Profile of ESPs in Anemic Patients**

Robert Brenner
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Mahesh Krishnan
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

**E.** **Preparation and prosecution of Amgen's patents-in-suit (without waiver of privilege or work product)**

Michael F. Borun
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474 6300

Steven M. Odre
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Stuart L. Watt
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

**F.    Facts regarding Defendants' peg-EPO activities and their impact on Amgen and facts regarding Defendants' counterclaims**

Serena Anderson
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Paul Audhya
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Bob Azelby
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Robert Brenner
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Jeff Brown
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

James Daly
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Pete Feldman

c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Mahesh Krishnan
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Fred Manak
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Phil Martinelli
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Leslie Mirani
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Josh Ofman
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Jeff Parkhurst
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Helen Torley
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799
(805) 447 1000

Jeff Weisinger

   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Ren Yuthok
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Jeff Zavitz
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

  **G.**  **Amgen's Product License Agreement with Ortho.**

   James Daly
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Stu Mackey
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

   Scott Foraker
   c/o Amgen Inc.
   One Amgen Center Drive
   Thousand Oaks, California 91320-1799
   (805) 447 1000

In addition, a witness knowledgeable about the impact of Roche's potential market entry on Amgen's research and development efforts will be identified.

  **H.**  **Fact Witnesses in the Prior Litigations**

In addition to the above individuals, some 30 witnesses, including Amgen employees, gave testimony related to the patents-at-issue in *Amgen Inc. v. Genetics Institute, Inc. and*

*Chugai Pharmaceutical Co. Ltd.*, C.A. 87-2617-Y (D. Mass.) and some 24 witnesses, including Amgen employees, gave testimony relating to the patents-at-issue in *Amgen Inc. v. Hoechst Marion Roussel, Inc. and Transkaryotic Therapies, Inc.*, C.A. 97-10814-WGY (D. Mass.), Likewise, Amgen believes that some of the witnesses, including Amgen witnesses, who gave testimony in the following proceedings may have knowledge relevant to the claims and defenses in this case: *Amgen v. Integrated Genetics*, C.A. 86-2616-Y (D. Mass.), *In the Matter of Certain Recombinant Erythropoetin,* 337-TA-281, and *Fritsch v. Lin* Interference Nos. 102,096; 102,097; and 102,334.

### I.    Individuals Affiliated with Roche

It is apparent that individuals employed by, acting for, funded by, or affiliated with Roche are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings regarding erythropoietin and peg-EPO research, development, patent applications, opinions, regulatory matters, and commercialization. These individuals, as presently known, are:

| | |
|---|---|
| George Abercrombie<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | Pascal Sebastian Bailon<br>21 Woodbine Road<br>Florham Park, NJ 07932 |
| George R. Aranoff<br>615 South Preston Street,<br>Louisville, Kentucky | Anatole Besarab<br>Division of Nephrology and Hypertension<br>Henry Ford Hospital, CFP-511<br>2799 West Grand Boulevard<br>Detroit, Michigan 48202 |

| | |
|---|---|
| Ulrich Beyer<br>Pharma Development<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland | Ute Dugan<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland |
| Lars Birgerson<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland | George Esgro<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |
| Michael Brandt<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Steven Fishbane<br>Winthrop-University Hospital<br>Department of Medicine<br>200 Old Country Rd.<br>Suite 135<br>Mineola, NY 11501 |
| Josef Burg<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Anton Haselbeck<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany |
| William M. Burns<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | Bernd Hilger<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany |
| Bernard Canaud<br>Hopital Lapayronie<br>Montpellier, France | Dick Hinson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |
| Frank C. Dougherty<br>Pharma Development<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland | Eduard Holdener<br>Head Global Pharma Development<br>F. Hoffmann-LaRoche, Ltd.<br>Grenzacherstrasse 124, CH-4070<br>Basel, Switzerland |

| | |
|---|---|
| Franz B. Humer<br>F. Hoffmann-La Roche, Ltd.<br>Basel, Switzerland | Chrys Kokino<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |
| Michael Jarsch<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Francesco Locatelli<br>A Manzoni Hospital<br>Department of Nephrology and Dialysis<br>Via dell'Eremo 9/11<br>23900 Lecco<br>Italy |
| Hans-Peter Josel<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Iain MacDougall<br>Department of Renal Medicine<br>King's College Hospital<br>Denmark Hill<br>London, SE5 9RS, United Kingdom |
| Hiromitsu Kawata<br>Chugai Pharmaceutical Co. Ltd.<br>1-1 Nihonbashi-Muromachi 2-Chome<br>Chuo-Ku<br>Tokyo<br>103-8324 Japan | Minoru Machida<br>Pre-clinical Research Department I<br>Chugai Pharmaceutical Co. Ltd.<br>1-135 Komakado<br>412-8513 Gotemba<br>Shizoka, Japan |
| John Keefe<br>Marketing<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | Guido Magni<br>Head of Global Medical Science<br>F. Hoffmann-LaRoche, Ltd.<br>Grenzacherstrasse 124, CH-4070<br>Basel, Switzerland |
| Iris Kingma-Johnson<br>Roche Laboratories Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | Ken Miller<br>Marketing Group<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |

| | |
|---|---|
| Hajime Miyamoto<br>Unit of Anatomy and Cell Biology<br>Department of Animal Sciences<br>Kyoto University<br>Kyoto<br>806-8502 Japan | Severin Schwan<br>Chief Executive Officer<br>Roche Diagnostics GmbH<br>Sandhofer Strasse 116, D-68305<br>Mannheim, Germany |
| Teruo Nakamura<br>Department of Medical Technology<br>Hirosaki University School of Health Sciences<br>Hirosaki University<br>Hirosaki<br>Aomori<br>036-8562 Japan | Yasuo Sekimori<br>Chugai Pharmaceutical Co. Ltd.<br>1-1 Nihonbashi-Muromachi 2-Chome<br>Chuo-Ku<br>Tokyo<br>103-8324 Japan |
| Allen Nissenson<br>David Geffen School of Medicine<br>200 Medical Plaza, Suite 565<br>University of California, Los Angeles<br>Los Angeles, CA 90095<br>(310) 825-2550 | Barbara Senich<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |
| Wulf Pahlke<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Nadine Tare<br>Drug Discovery<br>Roche Research Center<br>F. Hoffmann-La Roche, Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 |
| Anne Pannier<br>Pharma Development<br>F. Hoffman-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland | Hanns-Christian Tillmann<br>Medical Research Center<br>University of Heidelberg<br>Klinikum<br>Mannheim, Germany |
| Apollon Papadimitriou<br>Roche Diagnostics GmbH<br>Pharma Research Penzberg<br>Nonnenwaldstrasse 2<br>82372 Penzberg, Germany | Motoo Ueno<br>Representative Director, Deputy President<br>Chugai Pharmaceutical Co. Ltd.<br>1-1 Nihonbashi-Muromachi 2-Chome<br>Chuo-Ku<br>Tokyo103-8324 Japan |

| Robert Provenzano<br>St. John Hospital and Medical Center<br>Department of Nephrology and Hypertension<br>22101 Moross Road<br>Detroit, Michigan 48236 | Phillipe Van der Auwera<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland |
|---|---|
| Bruno Reigner<br>Pharma Development<br>F. Hoffmann-La Roche Ltd.<br>Grenzacherstrasse 124<br>CH-4070 Basel, Switzerland | |

## II.  DOCUMENTS

The categories of documents listed below may be relevant to disputed facts and are within the possession, custody or control of Amgen. Subject to any Protective Order entered in this or other cases or any objection, such as attorney-client privilege or work-product immunity, the following categories of documents will be made available for inspection by counsel for Roche:

| Document category | Location |
|---|---|
| Documents containing information related to the infringement of Amgen's patents-in-suit by the Roche defendants | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to the preparation and prosecution of Amgen's patents-in-suit | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to erythropoietin research and development at Amgen leading to the Lin inventions | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to pegylated erythropoietin | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
| Documents containing information related to the effect of Roche's potential market entry | Amgen Inc.<br>One Amgen Center Drive |

| with peg-EPO | Thousand Oaks, California |
|---|---|
| Pleadings, submissions, exhibits, and decisions from prior litigation involving one or more of Amgen's patents-in-suit | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |

### III.   COMPUTATION OF DAMAGES

Amgen is currently not seeking damages in this equitable action for declaratory relief. Amgen may seek costs and expenses of suit and any further relief the Court deems proper in this equitable action. These costs, expenses, and further relief cannot be computed until the conclusion of this suit.

### IV.   INSURANCE

Amgen is presently unaware of any insurance agreement under which any insurer may be liable to satisfy all or part of any judgment that might be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:   March 8, 2007

Of Counsel:

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
KIMBERLIN L. MORLEY
DARRELL G. DOTSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-5000

AMGEN INC.,
By its attorneys,

/s/ Deborah E. Fishman

LLOYD R. DAY, JR.
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:   (408) 873-0220

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephones: (857) 488-4200
Facsimile:   (857) 488-4201

593457_1                                14

WILLIAM G. GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000

KEVIN M. FLOWERS
THOMAS I. ROSS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) via facsimile and electronic mail on March 8, 2007.

Leora Ben-Ami, Esd.
Patricia A. Carson, Esq.
Thomas F. Fleming, Esq.
Howard Suh, Esq.
Peter Fratangelo, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000
Emails: lbenami@kayescholer.com
pcarson@kayescholer.com
tfleming@kayescholer.com
hsuh@kayescholer.com
pfratangelo@kayescholer.com

and

Lee Carl Bromberg, Esq.
Julia Huston, Esq.
Keith E. Toms, Esq.
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
Emails: lbromberg@bromsun.com
jhuston@bromsun.com
ktoms@bromsun.com

/s/ Sandya Rajagopalan
Sandya Rajagopalan