UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | C. A. No.: 05-CV-12237-WGY |

**Exhibit B**

# PUBLIC VERSION

## Exhibit 48

to the Declaration of Cullen N. Pendleton in Support of Amgen's
Opposition to Roche's Motion for Summary Judgment that Claim 7 of the '349
Patent is Invalid Under 35 § USC 112 and is Not Infringed

**Redacted**

EPOETIN BETA
RO0503821 Starting Material
RO2053859



Prepared by: HE
Approved by:
Date:

## DESCRIPTION OF MANUFACTURING PROCESS AND PROCESS CONTROLS

## DETAILED DESCRIPTION OF THE EPOETIN BETA FERMENTATION PROCESS

### 1.  SUMMARY

The fermentation process of Epoetin beta (EPO) comprises the seed train, the ☐ production run and the harvest procedure.

The medium for the spinner cultures ☐ contains methotrexate (MTX), while the medium for the bioreactor cultures ☐ is free of MTX.

### 2.  OPERATION PROCEDURE OF THE SEED TRAIN

### 2.1  Spinner Cultivation with MTX

One vial of the working cell bank (WCB) is taken from the vapor phase of the liquid nitrogen storage tank. The cells are transferred into ☐ spinner flasks and cultivated in a ☐ buffered medium ☐ in a humidified ☐ incubator (37°C ± 2°C). For the composition of the cultivation medium see Table 1 and Table 2. The spinner cultures are microscopically checked for the absence of bacteria and fungi. At each splitting step cell density is counted and the viability is calculated.

After a cultivation phase the cells are transferred to spinner flasks ☐ ☐ (37°C ± 2°C). During a ☐ period, the cells grow from a starting cell density of $0.5 - 3.4 \times 10^5$ cells/mL to a cell density of $2 - 15 \times 10^5$ cells/mL. By splitting, the cell culture is replenished with medium to the starting cell density. Afterwards the cell cultivation is continued.

This procedure is repeated until a culture volume of ☐ has been obtained. Cultures which meet the given in-process control (IPC) limits for cell age, viability, viable cell density and absence of microbes are available for inoculation of the 10 L inoculum bioreactor (for details see report 3.2.S.2.2 "In-Process Controls During Fermentation").

Spinner flasks are kept as backup cultures up to the maximum cell age in medium with MTX ☐.

| EPOETIN BETA<br>RO0503821 Starting Material<br>RO2053859 |  | Prepared by: HE<br>Approved by:<br>Date: |
|---|---|---|

### 3. COMPOSITIONS OF THE MEDIA

The composition of basal medium DMEM/F12 T005 as shown in Table 1 is used for the spinner cultivation and bioreactor cultivation medium (for details see Table 2).

**Table 1    Composition of the Basal Medium DMEM/F12 T005**

| Components | Concentration [mg/L] | Components | Concentration [mg/L] |
|---|---|---|---|
| L-Alanine | Redacted | myo-Inositol | Redacted |
| L-Arginine | | Nicotinamide | |
| L-Asparagine/$H_2O$ | | Pyridoxal/HCl | |
| L-Aspartic acid | | Pyridoxol/HCl | |
| L-Cysteine/HCl x $H_2O$ | | Riboflavine | |
| L-Cystine/2 HCl | | Thiamine/HCl | |
| L-Glutamic acid | | Cobalamine | |
| Glycine | | | |
| L-Histidine/HCl x $H_2O$ | | DL-alpha-Liponic acid | |
| L-Isoleucine | | Sodium linoleate | |
| L-Leucine | | Sodium pyruvate | |
| L-Lysine/HCl | | Putrescine/2 HCl | |
| L-Methionine | | $CaCl_2$ | |
| L-Phenylalanine | | | |
| L-Proline | | | |
| L-Serine | | KCl | |
| L-Threonine | | $MgCl_2$ | |
| L-Tryptophan | | $MgSO_4$ | |
| L-Tyrosine x 2 Na | | NaCl | |
| L-Valine | | $Na_2HPO_4$ | |
| Ca-D(+)pantothenate | | $NaH_2PO_4$ | |
| Choline chloride | | | |
| D-Biotine | | | |
| Folic acid | | Redacted | |



| EPOETIN BETA<br>RO0503821 Starting Material<br>RO2053859 |  | Prepared by: HE<br>Approved by:<br>Date: |

The composition of the spinner cultivation medium containing methotrexate (MTX) is shown in Table 2.

**Table 2  Composition of the Cultivation Medium for Spinner Cultivation**

| Medium Components | Concentration [mg/L] |
|---|---|
| DMEM/F12 T005 | 11,540 |
| Additionally added compounds | |
| L-Asparagine monohydrate | |
| L-Asparaginic acid | |
|  | |
| L-Serine | |
| D-Glucose monohydrate | |
| Hydrocortisone | |
| Putrescine/2HCl | |
|  | |
| Sodium bicarbonate | |
| Sodium chloride | |
| Sodium selenite pentahydrate | |
|  | |
| Insulin, recombinant | |
| Methotrexate | |
| Phenol red, sodium salt | |
| Hydrochloric acid | |

**Redacted**