# EXHIBIT 1

USDC - Depo: Kunin, Stephen 6/27/2007 9:03:00 AM

1       UNITED STATES DISTRICT COURT

2         DISTRICT OF MASSACHUSETTS

3

4    AMGEN, INC.,

5        Plaintiff,

              CASE NO. 05-CV-12237-WGY

6    vs.

7    F. HOFFMAN-LAROCHE, LTD., a    (This transcript contains

     Swiss Company, ROCHE           testimony designated as per

8    DIAGNOSTICS GmbH, a German     the protective order in this

     Company and HOFFMAN LAROCHE,   matter)

9    INC., a New Jersey Corporation,

10       Defendants.
     _____/

11

12            ---oOo---

13            CONFIDENTIAL

14    VIDEOTAPED DEPOSITION OF STEPHEN G. KUNIN, ESQ.

15         Wednesday, June 27, 2007

16            ---oOo---

17

18       SHEILA CHASE & ASSOCIATES

            REPORTING FOR:

19         LiveNote World Service

         221 Main Street, Suite 1250

20       San Francisco, California 94105

           Phone: (415) 321-2300

21         Fax: (415) 321-2301

22

23   Reported by:

     LORRIE L. MARCHANT, CSR, RPR, CRR, CLR

24   CSR No. 10523

25

```
 1                I N D E X
 2            INDEX OF EXAMINATION
 3                                    PAGE
 4    MR. FORCHHEIMER                    7
      MR. MAMMEN                       245
 5              ---oOo---
 6            INDEX OF EXHIBITS
 7         DESCRIPTION               PAGE
 8
      Exhibit 1  Rebuttal Expert Report of Stephen    9
 9         G. Kunin
10    Exhibit 2  [Corrected] Supplemental Rebuttal   10
           Expert Report of Stephen Kunin
11
      Exhibit 3  Copy of the Manual of Patent        36
12         Examining Procedures, the MPEP,
           from the fifth edition, Revision 6,
13         October 1987, Bates-stamped
           AM-KUN-ERB000628 - AM-KUN-ERB000629
14
      Exhibit 4  File history for the '933 patent    59
15
      Exhibit 5  Copy of the Board's decision in     84
16         Fritsch v. Lin Interference No.
           102,334 21 U.S.P.Q.2d 1739
17
      Exhibit 6  37 CFR Part 1 Changes to Implement 134
18         the Patent Business Goals; Proposed
           Rule dated 10/5/1998
19
      Exhibit 7  Office action, Bates-stamped       195
20         AM-ITC 00953650 - AM-ITC 00953656
21    Exhibit 8  Copy of 37 C.F.R. 1.4              198
22    Exhibit 9  Applicant's Amendment and Request  202
           for Reconsideration Under 37 C.F.R.
23         1.111 and 1.115, Bates-stamped
           AM-ITC 00903238 - AM-ITC 00903280
24
      Exhibit 10 United States Patent Lin           209
25         5,547,933
```

USDC - Depo: Kunin, Stephen  6/27/2007  9:03:00 AM

1      INDEX OF EXHIBITS (Continued)

2      DESCRIPTION      PAGE

3      Exhibit 11 File history for the '422 patent      220

4      Exhibit 12 November 1st, 1990 memo from S.      231

         Hershenson and N.E. Gabriel

5

6

7      ---oOo---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

USDC - Depo: Kunin, Stephen  6/27/2007  9:03:00 AM

1    Q.  I'm just asking if you remember anything else

2    other than what you've already stated --

3        MR. MAMMEN:  Objection.  Asked and answered.

4        BY MR. FORCHHEIMER:  Q.  -- without having the

5    manual.

6        MR. MAMMEN:  Objection.  Asked and answered.

7    Argumentative.

8        THE WITNESS:  I would have to look.

9        BY MR. FORCHHEIMER:  Q.  Could you look at

10    paragraph 323.

11        You -- in this paragraph, you have some

12    discussion about whether or not the special status of

13    the '179 application was revoked.

14        You state that the patent office suspended

15    prosecution of the application for six months during

16    interference so it could consider whether or not to

17    declare an interference.

18        And you say, At that point, therefore, the

19    patent office was no longer treating the application as

20    special as far as timeliness of action based upon

21    applicant's prior correspondence.

22        Did the patent office or the examiner ever

23    explicitly revoke a special status?

24        MR. MAMMEN:  I'm going to object to the

25    question on the basis that this section of the report

1  responds to a portion of Mr. Sofocleous's report that is

2  not reflected in Roche's first amended answer and is,

3  therefore, not a subject matter that's been properly

4  pled in this case.

5      BY MR. FORCHHEIMER: Q. Do you need me to

6  repeat the question?

7      A. I did not see any specific indication of an

8  express revocation of the treatment of the application

9  as special. In fact, in my experience, I've never seen

10 one.

11     Q. Can you look at paragraph 330.

12     A. I have that in front of me.

13     Q. If you read the first seven lines or so, you

14 talk about the fact that Amgen's counsel identified the

15 '619 EP application to the patent office in the text of

16 the '298 application and that the Amgen's counsel next

17 identified the publication on a PTO-1449.

18     Do you see that?

19     A. Yes.

20     Q. Would you agree that by submitting that

21 reference at two different points in the '298

22 application, that applicants or applicant himself

23 believes that the reference was potentially material?

24     MR. MAMMEN: Objection. Calls for speculation.

25 Lacks foundation.

1   THE WITNESS: Absolutely not. In fact, the

2   rule specifically goes to the contrary.

3   BY MR. FORCHHEIMER: Q. Can you explain

4   further?

5   A. If you look at the Rules 1.56 and duty of

6   disclosure rules, it basically says by a submission of

7   information in an information disclosure statement, it

8   shall not act as an admission that the information is

9   material.

10   Q. Well, I'm not saying that it's an admission

11   that it was material. I'm asking if by virtue of

12   submitting that reference, the applicant at least

13   thought it was potentially material.

14   MR. MAMMEN: Objection. Asked and answered.

15   Argumentative.

16   And I will reassert my objection that the

17   questioning on this section of the report is outside the

18   scope of the issues in this case.

19   And perhaps in the interest of expediency, I'll

20   just make that a standing objection and won't need to

21   renew it for every question.

22   THE WITNESS: Well, as I answered before,

23   consistent with the rule, no submission is an admission

24   of materiality. I'm not a mind reader, so I have no

25   idea what the thought process is. But by operation of

USDC - Depo: Kunin, Stephen  6/27/2007  9:03:00 AM

1    specific circumstances. I've given you two examples

2    that I'm aware of.

3       Q. Okay. You can put that aside for now.

4       Can you turn to paragraph 375 of your report.

5       You note in paragraph 375 that as Judge Young

6    found in TKT, applicant attached a declaration by

7    Dr. Cummings to an amendment filed on February 16th,

8    1995, and attached a copy of the Browne publication.

9       Do you notice that?

10      A. I see that.

11      MR. MAMMEN: I'm going to object to the

12   questioning concerning this section of Mr. Kunin's

13   report on this basis of my standing objection concerning

14   the issues that are properly within the litigation in

15   view of Judge Young's denial of a motion to amend.

16      MR. FORCHHEIMER: I would just note that in

17   view of Judge Young's denial to amend, I believe this

18   issue still remains in the case, but I will continue

19   with questioning regardless.

20      MR. MAMMEN: Well, I think the question is open

21   to dispute. But you're free to continue your

22   questioning.

23      BY MR. FORCHHEIMER: Q. Is it your contention

24   that applicants fulfilled their duty of disclosure by

25   attaching a copy of the Browne publication even though

1   his report.

2       THE WITNESS: I'm -- I'm not a technical

3   expert. I'm just not familiar with the technology.

4       BY MR. FORCHHEIMER: Q. Are you aware that

5   Judge Young in TKT held that Claim 7 covers COS host

6   cells?

7   A. He may have very well have done that.

8   Q. Are you aware that Amgen's position in this

9   case is that Claim 7 covers COS host cells?

10  A. That could very well be the case.

11  Q. Can you look at page -- at paragraph 430 of

12  your report.

13      In the indented portion at the bottom, you note

14  that a claim defining the host cell as a COS cell was

15  cancelled from the '178 application on January 10th,

16  1990.

17      Do you see that?

18  A. I see that.

19  Q. Do you know if a claim covering a host cell as

20  a COS cell was ever reintroduced?

21      MR. MAMMEN: I'm going to object to these

22  questions as well. The questions concerning this

23  section of Mr. Kunin's report also is pertaining to

24  subject matter that's not properly at issue in the

25  litigation due to the denial of the motion to amend.

USDC - Depo: Kunin, Stephen  6/27/2007  9:03:00 AM

1    BY MR. FORCHHEIMER:  Q.  Can you turn in your

2    supplemental report to paragraph 31.

3        Do you see paragraph 31?

4    A.  I have that in front of me.

5    Q.  And do you see, midway through the page,

6    Because -- the paragraph, Because Dr. Goldwasser's

7    urinary EPO preparation had been shown to lack the

8    therapeutic effectiveness of Lin's claimed EPO, the fact

9    that Goldwasser's EPO, like so many EPO preparations

10   before it, had also been combined with human serum

11   albumin was of no material significance to the

12   patentability of Lin's claimed invention, a

13   pharmaceutical composition comprised of therapeutically

14   effective human EPO.

15       Do you see that?

16   A.  I see that.

17       MR. MAMMEN:  And I'm going to object to -- on

18   the basis of the claims that are properly in suit to any

19   of the theories discussed in Mr. Kunin's supplemental

20   report as not being properly part of this case due to

21   the denial of Roche's motion to amend.

22       BY MR. FORCHHEIMER:  Q.  Is the statement that

23   I just quoted a recitation of Amgen's argument in the

24   TKT case?

25   A.  My recollection is that was my understanding of

Amgen v. Roche                                    Page 221