# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-12237 WGY |
| F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL R. GOTTFRIED IN SUPPORT OF AMGEN INC.'S MOTION TO STRIKE MATTERS RAISING UNPLEADED ALLEGATIONS REGARDING AMGEN'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT AND TO STRIKE UNTIMELY EXPERT TESTIMONY**

I, Michael R. Gottfried, declare as follows:

1. I am an attorney at the law firm of Duane Morris LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court and all of the Courts of the Commonwealth of Massachusetts.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 are true and correct copies of pages 1-3 and 196-198 of the deposition of Michael Sofocleous, taken on June 22, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 16th day of July, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.

                                         */s/ Michael R. Gottfried*