# EXHIBIT 1

1      IN THE UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - X

4    AMGEN, INC.,              :

5         Plaintiff,     : Case No. 05-12237 WGY

6       v.              :

7    F. HOFFMAN-LA ROCHE LTD.,    :

8    ROCHE DIAGNOSTICS GmbH, and   :

9    HOFFMANN-LA ROCHE, INC.    :

10        Defendants.    :

11   - - - - - - - - - - - - - - - X

12    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

13              Herndon, Virginia

14              Friday, June 22, 2007

15       Videotape Deposition of MICHAEL

16   SOFOCLEOUS, a witness herein, called for examination

17   by counsel for Plaintiff in the above-entitled

18   matter, the witness being duly sworn by SUSAN L.

19   CIMINELLI, a Notary Public in and for the

20   Commonwealth of Virginia, taken at the Hyatt Dulles,

21   2300 Dulles Corner Boulevard, Herndon, VA, at

22   8:50 a.m., and the proceedings being taken down by

23   Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and

24   transcribed under her direction.

25

USDC - Depo: Sofocleous, Michael  6/22/2007  8:50:00 AM

1    APPEARANCES:

2

3       On behalf of the Plaintiff:

4          CHRISTIAN E. MAMMEN, ESQ.

5          ANDY H. CHAN, ESQ.

6          Day Casebeer Madrid & Batchelder LLP

7          20300 Stevens Creek Blvd., Suite 400

8          Cupertino, CA  98014

9          (408) 873-0110

10

11      On behalf of the Defendant:

12         THOMAS F. FLEMING, ESQ.

13         DANIEL E. FORCHHEIMER, ESQ.

14         Kaye Scholer LLP

15         425 Park Avenue

16         New York, NY  10022-3598

17         (212) 836-7515

18

19      ALSO PRESENT:

20         SALLY HOLTSLANDER

21         ELLEN HEBERT, Videographer

22

23

24

25

USDC - Depo: Sofocleous, Michael  6/22/2007  8:50:00 AM

 1              C O N T E N T S

 2    WITNESS           EXAMINATION BY COUNSEL FOR

 3    MICHAEL SOFOCLEOUS        PLAINTIFF

 4     By Mr. Mammen           6, 266, 268

 5                    DEFENDANT

 6     By Mr. Fleming         261, 267

 7

 8     Afternoon Session - Page 130

 9

10           E X H I B I T S

11    SOFOCLEOUS EXHIBIT NO.          PAGE NO.

12    Exhibit 1  April 6, 2007 Sofocleous Expert Report  22

13    Exhibit 2  Curriculum Vitae, Sofocleous       43

14    Exhibit 3  U.S. Patent 5,547,933 file history    58

15    Exhibit 4  37 CFR Section 1.5          77

16    Exhibit 5  Patent 5,441,868 file history     101

17    Exhibit 6  Patent 4,703,008 file history     115

18    Exhibit 7  Declaration of Michael Sofocleous in   158

19        support of Defendant's motion for

20        summary judgment

21    Exhibit 8  Fifth Edition Forward MPEP       186

22    Exhibit 9  Fifth Edition Manual of Patent     188

23        Examination Procedure

24

25

1   totality of the circumstances.

2   BY MR. MAMMEN:

3       Q.   Now, in your report, you expressed no

4   opinion as to whether there was any intent to deceive

5   the patent office.  Isn't that correct?

6           MR. FLEMING:  Objection.  Mischaracterizes

7   his report.  Mischaracterizes his testimony.

8           THE WITNESS:  No.

9   BY MR. MAMMEN:

10      Q.   Can you identify for me anywhere in your

11  report where you have opined that anyone intended to

12  deceive the patent office?

13          MR. FLEMING:  Objection.  Argumentative.

14          THE WITNESS:  I think that's a clear

15  indication of my report.

16  BY MR. MAMMEN:

17      Q.   Can you identify anywhere in the report

18  where you so state?

19          MR. FLEMING:  Objection.  Argumentative.

20  Asked and answered.

21          THE WITNESS:  It's clear from reading my

22  report that there is sufficient evidence and

23  sufficient facts upon which the judge can find intent

24  to deceive.

25  BY MR. MAMMEN:

1   Q.  Do you use the words intent to deceive

2   anywhere in your report?

3       MR. FLEMING:  Objection.  Vague.

4       THE WITNESS:  I think that's a clear

5   implication of my report.

6   BY MR. MAMMEN:

7   Q.  Do you use those words anywhere in your

8   report?

9       MR. FLEMING:  Objection.  Do you want him

10  to read the report to find out?  Or is this going to

11  be a memory test?  Because now you've asked it five

12  times and he has answered your question so --

13      MR. MAMMEN:  He has not answered the

14  question yet.

15      MR. FLEMING:  Maybe not to your liking,

16  but he has answered it sufficiently.

17  BY MR. MAMMEN:

18  Q.  What's your basis for -- to the extent you

19  offer any opinion as to intent, what's the basis for

20  your opinion?

21  A.  I think the report sets out the facts upon

22  which the fact finder can conclude there is an intent

23  to deceive.

24  Q.  Is whether or not someone intended to

25  deceive the patent office a matter of patent office

USDC - Depo: Sofocleous, Michael  6/22/2007  8:50:00 AM

1   policy or procedure?

2         MR. FLEMING:  Objection.  Vague.

3   Incomplete hypothetical.

4         THE WITNESS:  I think it would be included

5   within patent office practice, provided the court

6   would permit me to testify on it.

7   BY MR. MAMMEN:

8      Q.   Is it your opinion that legal argument can

9   constitute a misrepresentation within the meaning of

10  Rule 56?

11     A.   Yes.

12     Q.   What authorities do you rely on for that

13  proposition?

14     A.   It's set forth in my report.

15     Q.   Is it your opinion that characterizations

16  of references that are already before the examiner

17  already -- strike that.

18          Is it your opinion that characterizations

19  of references already of record in the examination

20  can constitute misrepresentation?

21         MR. FLEMING:  Objection.  Vague.

22  Incomplete hypothetical.

23         THE WITNESS:  Mischaracterization of

24  references can constitute inequitable conduct.

25  BY MR. MAMMEN: