UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD; ) | |
| ROCHE DIAGNOSTICS GmbH; and ) | |
| HOFFMANN-LA ROCHE INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF KIMBERLY J. SELUGA IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMGEN INC.'S MOTION TO STRIKE THE DECLARATION OF DR. SVEN-MICHAEL CORDS

I, Kimberly J. Seluga, declare that:

1. I am an attorney at the law firm of Bromberg & Sunstein LLP and am admitted to the Bar of the Commonwealth of Massachusetts. I am counsel for Defendants in the above-referenced case.

2. I make this declaration in support of the Defendants' Opposition to Amgen Inc.'s Motion to Strike the Declaration of Dr. Sven-Michael Cords, dated July 16, 2007.

3. Attached hereto as Exhibit 1 are true and correct excerpts from the May 30, 2007, deposition of Dr. Sven-Michael Cords.

4. Attached hereto as Exhibit 2 is a true and correct excerpt from Exhibit 10 to the deposition of Dr. Sven-Michael Cords, including pages marked with control numbers R008890790-93.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2007  /s/ Kimberly J. Seluga
Kimberly J. Seluga

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above-referenced date.

/s/ Julia Huston
Julia Huston

03099/00501 704242.1