# EXHIBIT 1

Dockets.Justia.com

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 05-12237 WGY

AMGEN, INC.,                    ) DEPOSITION OF:
                               )DR. SVEN-MICHAEL CORDS
                               )
          Plaintiff,           )
                               )
     vs.                       )    **CONFIDENTIAL**
                               )
                               )
F. HOFFMANN-LA ROCHE LTD., a )
Swiss Company, ROCHE           )
DIAGNOSTICS GmbH, a German     )
Company, and HOFFMANN-LA       )
ROCHE, INC., A New Jersey      )
Corporation,                   )
                               )
          Defendants.          )


        TRANSCRIPT of the stenographic notes of the

proceedings in the above-entitled matter, as taken by

and before LISA FORLANO, RMR, CRR, CSR, CLNR, Notary

Public, held at the offices of Duane, Morris, 1540

Broadway, New York, New York, on Wednesday, May 30,

2007, commencing at 9:03 a.m.


        (This transcript has been designated
        CONFIDENTIAL as per Section 5(c) of the
        Amended Protective Order.  Please treat the
        entire transcript in accordance with the
        Protective Order.)

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 36

1    rephrase the question?

2    BY MR. NIELSEN:

3        Q      You had a protocol that you followed in

4    performing your bioassay, correct?

5        A      Yes.

6        Q      And that protocol didn't include a step

7    of normalizing data, did it?

8        A      No, the whole calculation was not part

9    of the protocol.

10       Q      The calculation of normalization?

11       A      That's correct.

12       Q      You normalized the data simply for

13   purposes of generating Figure 3 to appear in your

14   expert report, is that right?

15       A      I'm sorry, can you repeat?

16       Q      Well, you explained just a moment

17   ago --

18       A      Yeah.

19       Q      -- that normalizing the data was not

20   part of your protocol, right?

21       A      Correct.

22       Q      Okay.  But you did normalize the data

23   for purposes of generating Figure 3, right?

24       A      That's correct.

25       Q      And was the purpose of normalizing the

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael          5/30/2007
CONFIDENTIAL

Page 47

1      A      Yes, it was my understanding.

2      Q      You did not write Paragraph 10 of your

3  report, correct?

4      A      As I said, it was prepared by the

5  attorneys of Roche.

6      Q      The entire report?

7      A      Yes.

8      Q      Dr. Cords, if you will, please provide

9  us today with the tutorial that you think you might

10  give at trial in this case on the general aspects of

11  the Normomouse bioassay.

12      A      Yes.  The general aspect of this

13  protocol or the general aspect when you normally

14  test erythropoietic stimulating agents for quality

15  control purposes, for example?

16      Q      Well, I want both out of you.  I want

17  to hear from you today everything that you think you

18  might possibly tell the Court later on in this case

19  as part of a tutorial.  So let's start first with

20  the protocol in this case.

21      A      Yes.  Maybe I start a little bit more

22  general.  It might be easier and then go into the

23  detail.

24      Q      Fair enough.

25      A      The normocythaemic assay is a part of

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 48

1    the European Pharmacopoeia, so it's a validated test

2    to test the activity of erythropoietic stimulating

3    agents.  In this test, you compare one or two

4    samples of one distinct substance against its own

5    standard.  The difference to the protocol of this

6    study is that instead of using one dosage, you use

7    three dosages and instead of sampling four samples

8    over a time period, you sample after four days after

9    injection of the mice.

10              The activity is calculated by

11   comparison, the reticulocyte response of the samples

12   in comparison to the standard and it is analyzed by

13   the so-called parallel line assay which compares

14   parallelity and linearity and dosage effectiveness.

15              Instead of this in this protocol, we

16   measured over different time points the samples

17   using one dosage and comparing different substances

18   and no deeper statistical analytical measurement was

19   made.

20        Q    Is there anything else that you think

21   will be part of your tutorial in this case?

22              MR. LEEMAN:  Objection.

23   BY MR. NIELSEN:

24        Q    Let me ask you a better question.

25              In addition to what you just explained

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 49

1   to me, do you believe there are any other aspects or

2   parts of a tutorial which you might explain later on

3   at trial in this case?

4                    MR. LEEMAN:  Objection.

5                    THE WITNESS:  It's possible to go in

6   very detail how the samples were diluted, for

7   example, and then applicated to the mice, how the

8   receiving of the blood of each animal was performed

9   and then the calculation by flow cytometry of the

10  reticulocytes.

11  BY MR. NIELSEN:

12      Q      Do you think you may go into such

13  detail at trial?

14                   MR. LEEMAN:  Objection.

15                   THE WITNESS:  I can do this.  Of course

16  this is in some -- to some extent privileged

17  information, just keeping the way we are performing

18  our assay in-house.

19  BY MR. NIELSEN:

20      Q      How is it privileged?

21      A      It's just a question of know how.

22      Q      The know how of Bioassay GmbH?

23      A      Yes, that's right.

24      Q      And I assume that you don't plan on

25  discussing the know how or the confidential know how

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael          5/30/2007
CONFIDENTIAL

Page 51

1    BY MR. NIELSEN:

2        Q       I believe earlier, Dr. Cords, you said

3    something to the effect, and please correct me if

4    I'm wrong, I'm trying to be accurate here, that the

5    difference between the protocol, the typical

6    protocol for a Normomouse bioassay and the study you

7    performed was that instead of one dosage, there were

8    three dosages and instead of four samples --

9        A       Four times.

10       Q       Okay.  Instead of testing at four

11   times, there's only a test at one time?

12       A       One time after four days, yes.

13       Q       Okay.  Which goes with the

14   Normomouse -- strike that.

15               Which goes with the standard Normomouse

16   bioassay and which goes with the version that you

17   performed in this case?

18       A       The standard Normomouse assay, we use

19   three different dosages at one time point

20   measurement after four days after injection.

21       Q       And in the modified Normomouse bioassay

22   that you performed in this case?

23       A       You had four times measurements with

24   only one dosage.

25       Q       You never performed this modified

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 73

1    mono-PEG-EPO were samples that were assayed in a

2    Normomouse assay that generated the data shown in

3    this document.  Okay?

4         A      I just recognize it, yes.

5         Q      Okay.  Let's also assume that all other

6    parameters of the Normomouse bioassay that was

7    performed that yielded these results were done in a

8    manner consistent with the bioassay which you

9    performed in this case, okay?

10        A      You assume that these both results are

11   consistent?

12        Q      Not that the results are consistent,

13   but I'm asking you to assume for purposes of looking

14   at Cords Deposition Exhibit 3 that the other

15   parameters of the Normomouse bioassay that was

16   applied to yield these results were the same or

17   comparable to the parameters of your bioassay.

18        A      Yes.  Apart from the parameter of the

19   time collection, it seems that the four groups have

20   the same parameters.

21        Q      Your assay didn't measure reticulocyte

22   formation at 144 hours, correct?

23        A      Correct.

24        Q      Why not?

25        A      Sorry?

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
                CONFIDENTIAL

---

Page 74

1      Q       Why not?

2      A       Simply because we were not asked.

3      Q       Roche asked you -- strike that.

4              The attorneys for Roche asked you to

5      conduct a bioassay that measured reticulocyte

6      formation through an ending at 120 hours, is that

7      correct?

8      A       Yes.  The end point was 120 hours.

9      Q       And that's what the attorneys for Roche

10     instructed you to do, right?

11     A       Yes.  It was included in the protocol.

12     Q       Did the attorneys for Roche or Roche

13     itself send you a written protocol for the bioassay

14     in this case?

15     A       The protocol was sent by the attorneys.

16     Q       When did they send it to you?

17     A       It was at the end of March.

18     Q       Do you remember who sent it?

19     A       I'm not absolute sure.  It could be

20     Mr. Jungermann.

21     Q       I'm sorry, what was the first name?

22     A       The first name is Sebastian.

23     Q       Is Mr. Jungermann an attorney for

24     Roche?

25     A       He's located in Frankfurt.

---

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 75

1      Q      Does he work for Roche?

2      A      I don't know, but he's an attorney for

3   Kaye Scholer.

4      Q      Do you recall roughly how many pages

5   the protocol was that was sent to you?

6      A      The protocol, I'm not absolute sure,

7   but two sides I would suggest.

8      Q      Two pages?

9      A      Two pages, yes.

10     Q      Do you know if that protocol has been

11  produced to Amgen in this case?

12            MR. LEEMAN:  Objection.

13            THE WITNESS:  Can you specify or

14  rephrase the question?

15  BY MR. NIELSEN:

16     Q      Do you know if the protocol which you

17  just referred to or a copy of it was produced or

18  given to Amgen or Amgen attorneys in this case?

19            MR. LEEMAN:  Objection.

20            THE WITNESS:  I have no -- I don't know

21  it, no.

22  BY MR. NIELSEN:

23     Q      You don't have any knowledge of whether

24  any particular documents were given to Amgen in this

25  case, do you?

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 125

1   in no other respect and, therefore, and maybe

2   without the hand writing, so this document arguably

3   has more information because of the handwriting than

4   the -- any non-identical equivalent that might be

5   out there without the handwriting, so I expect that

6   there won't be need for additional questioning, if

7   there is such an equivalent out there.

8           MR. NIELSEN:  And you haven't seen this

9   additional document, have you?

10          MR. LEEMAN:  I'm unaware of the other

11  document or its where abouts.

12          MR. NIELSEN:  Okay.  Well, we can't

13  agree to waive any rights we have to resume the

14  deposition.

15          MR. LEEMAN:  I understand your

16  position, Matt.

17  BY MR. NIELSEN:

18      Q     Dr. Cords, counsel for Roche just

19  provided an explanation of what he believes to be

20  the, you know, facts and circumstances surrounding

21  the non-identical version of this document which you

22  referred to, but I haven't heard from you yet as to

23  what you think about what he said.  I'm a little

24  surprised, I have to admit, that now it seems like

25  things have changed, so do you now recognize the

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 126

1    document bearing Bates numbers 8890792 through 93?

2         A       Yes.  The emphasis was that I've never

3    seen this particular document with the Roche emblem

4    and the handwriting and -- except from the head of

5    this first page, the protocol was identical of which

6    was sent to us.

7         Q       And when you say the head of the page,

8    can you please make it clear for the record,

9    beginning where and ending where you're referring

10   to?

11        A       From my remembering the protocol starts

12   with the sentence protocol of sample preparation for

13   the comparison study for epoetin beta and MIRCERA.

14        Q       What was it that jogged your memory, if

15   you will, as to as to you having seen that remaining

16   portion of this document before?

17             MR. LEEMAN:  Objection.

18             THE WITNESS:  I didn't understand it.

19   BY MR. NIELSEN:

20        Q       Why is it that you're coming back now

21   after having been off the record for a substantial

22   amount of time, I believe with counsel for Roche,

23   and telling me that now there are parts of this

24   document which look familiar to you?

25        A       Yes, but the first question you rise is

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 135

1    role?

2          A      No, that's all.

3          Q      What other people -- pardon me, strike

4    that.

5                 What other individuals at Bioassay GmbH

6    had a role in the bioassay that was performed in

7    this case other than yourself?

8          A      I have my predecessor who is also my

9    backup and he's also our scientific advisor.

10         Q      And his name is?

11         A      Professor Sponer.

12         Q      Can you spell that, please?

13         A      S-P-O-N-E-R.

14         Q      Were there any other individuals who

15   had a role in the bioassay performed in this case?

16         A      The lab head as already mentioned,

17   Eckart Pahlke.

18         Q      I'm sorry, what was the name?

19         A      Pahlke.

20         Q      Okay.  Anyone else?

21         A      And a technician and a second

22   technician.

23         Q      What was that technician's name, the

24   first technician?

25         A      I know that Mrs. Hach, H-A-C-H, was

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 136

1    involved and a second, I cannot remember.  I have to

2    look at the protocols.

3         Q      Did you observe each of the procedures

4    or measurements that were a part of the bioassay

5    that your company performed?

6         A      No, I did not see the experiment.

7         Q      If I could direct your attention to

8    Exhibit 2 to your expert report, Doctor, your

9    publication list.  Are there any publications which

10   you're an author or co-author of regarding work with

11   erythropoietin?

12        A      No, I'm not.

13        Q      Any publications which you're an author

14   or co-author of involving experiments with any

15   erythropoietic stimulating agent?

16        A      No.

17        Q      Are there any publications which you're

18   listed as an author or co-author on which involve

19   experiments with the Normomouse bioassay?

20        A      No.

21        Q      And I take it the answer would be the

22   same for a modified Normomouse bioassay?

23        A      That's correct.

24        Q      If I could direct your attention to

25   Paragraph 4 of your expert report.

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 137

1          Do you see the last sentence which
2     says: "I have tested approximately 1,000 samples,
3     measuring the biological activity of erythropoietin
4     samples in the parallel line assay according to the
5     European Pharmacopoeia."?
6          A      Yeah, that's correct.
7          Q      What biological activity of
8     erythropoietin have you measured prior to this case?
9          A      It's a standard protocol, as I already
10    mentioned, as part of the quality control of these
11    agents to confirm the biological activity.
12         Q      Have those tests been efforts to
13    determine the potency of a sample?
14         A      Yes, correct, it's a potency assay.
15         Q      Than was that done by measuring
16    reticulocytes?
17         A      That's correct, yes.
18         Q      Is there any other biological activity
19    that -- of erythropoietin that that sentence is
20    referring to or is that it, what you just said?
21         A      That's what we do in our lab.
22         Q      Your lab measures the potency of
23    erythropoietin samples?
24         A      That's correct, just by the
25    normocythaemic mouse assay.

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 138

1      Q      If I could direct your attention to

2    Paragraph 15, Dr. Cords.

3             Please take as much time as you'd like

4    to look at that paragraph, but my question to you is

5    are the assays that you refer to in Paragraph 15 the

6    potency assays that you were referring to a moment

7    ago?

8      A      You asked me whether these assay that I

9    mentioned here are referring to the potency assay?

10     Q      Yes.

11     A      Yes, that's correct.

12     Q      And just so the record is clear, here

13   is Paragraph 15 of your report, correct?

14     A      Yes.

15     Q      Forgive me if we've covered this

16   earlier, but is it correct that prior to your work

17   in this case, you had not previously had experience

18   with a modified version of the Normomouse bioassay?

19     A      That's correct, yes.

20     Q      And is it also correct that prior to

21   your work in this case, your company, Bioassay GmbH,

22   had not previously had experience with a modified

23   Normomouse bioassay?

24             MR. LEEMAN:  Objection.

25             THE WITNESS:  That's hard for me to

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael          5/30/2007
CONFIDENTIAL

Page 160

1  protein content.

2       Q      That wasn't something that was

3  performed by you or your company?

4       A      No.

5       Q      If you could move on to pages three and

6  four of Cords Exhibit 11.  I believe counsel earlier

7  characterized those two pages as essentially

8  identical or virtually identical to documents that

9  we've already looked at today.

10            Do you agree with that?

11      A      Yes, I do.

12      Q      Counsel for Roche also referred to

13 there potentially being something additionally in

14 this document regarding modifications that were made

15 to the standard Normomouse protocol, is that

16 correct?

17            MR. LEEMAN:  Objection.

18            THE WITNESS:  I don't think so.  No, I

19 don't think so.

20 BY MR. NIELSEN:

21      Q      Is it your testimony that Cords Exhibit

22 11 doesn't -- strike that.

23            Is it your testimony that pages three

24 and four of Cords Exhibit 11 don't provide any

25 additional comment about any modifications to the

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                    5/30/2007
CONFIDENTIAL

Page 161

1    standard Normomouse protocol?

2          A       Yes, as already stated --

3                  MR. LEEMAN:  Objection.

4                  THE WITNESS:    -- this is true.  Apart

5    from number one on the third page, examples to be

6    included in the study you can see or you can

7    conclude that it is not the standard protocol.

8    BY MR. NIELSEN:

9          Q       There are no other comments on pages

10   three and four of this document regarding any

11   modifications to be made to the standard Normomouse

12   protocol?

13                 MR. LEEMAN:  Objection.

14                 THE WITNESS:  They're reflecting all

15   kinds we are not responsible for.  So it's hardly to

16   say that we can make any commands on it if this is

17   the same procedure as is done in the standard

18   protocol or not.

19   BY MR. NIELSEN:

20         Q       Is there anything else in Cords Exhibit

21   11, other than what we've talked about already, that

22   relates to any actual or potential modifications for

23   a standard Normomouse bioassay?

24         A       Yes, it's on the page two, the last

25   sentence, reticulocyte counting after two, three,

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael          5/30/2007
CONFIDENTIAL

Page 162

1    four and five days, five mice per group each.

2          Q      Is there anything else in this document

3    about any potential or actual modifications to the

4    standard assay?

5          A      No.

6          Q      If you take a look at Page 4 under 2.4,

7    Analytics.  See where it says: "Normomouse bioassay,

8    (see memo from Wolf Pahlke, P-A-H-L-K-E)"

9                 Do you see that, Dr. Cords?

10         A      Yes, I see it.

11         Q      Was there a memo from Wolf Pahlke

12   regarding the Normomouse bioassay that was ever

13   considered by you in this case?

14         A      No.  As already stated, we did not

15   receive any memo.

16         Q      What is this referring to, then?

17         A      That's -- I can't judge about it.

18         Q      Is it your testimony, Dr. Cords, that

19   Cords Exhibit 11 is the protocol that was sent to

20   you by Kaye Scholer which you were to follow in

21   performing the assay that was conducted in this

22   case?

23         A      Yes, that's correct.

24         Q      Maybe I'm missing something, but it

25   just doesn't seem to me that there is much in here

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael          5/30/2007
CONFIDENTIAL

Page 163

1    about the conditions to perform the Normomouse

2    bioassay, so how did you know the parameters of the

3    assay?

4          A     What we need for the dilution is the

5    protein concentration.  It's given.  What we need to

6    know how much we have to inject is given on the

7    second page, this 100-milligram per mouse.  All we

8    have to evaluate then is the dilution protocol.  And

9    the rest is I think quite clear.  We have to count

10   reticulocytes after two, three, four and five days.

11         Q     Did you follow the protocol that is

12   provided in Cords Exhibit 11?

13         A     Yes, we did.

14         Q     In following the protocol, you ignored

15   the reference on Page 4 to a memo from Wolf Pahlke?

16               MR. LEEMAN:  Objection.

17               THE WITNESS:  This memo was for us

18   absolutely not relevant because we had all the

19   information on the first two pages.

20   BY MR. NIELSEN:

21         Q     But you don't know -- well, do you know

22   what the subject of that memo is about?

23         A     No, I don't.

24         Q     Cords Exhibit 14 -- strike that.

25               Cords Exhibit 11 does not say anything

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 167

1    analyzes on the samples.

2         Q      So you don't know, Dr. Cords, whether

3    the samples were still in the same condition when

4    you began to assay them as they were when you

5    received them, is that correct?

6         A      It's out of my scope to judge about

7    this.  I just can tell you the way -- the way we

8    handled the samples.  Analytical parts we cannot

9    conclude.

10        Q      If you can go to Page 4 of Cords

11   Exhibit 11 and go to the second to the last bullet

12   point -- I'm sorry, third to the last under

13   risks/issues.  Do you see where it says: "The

14   experiment has not been performed since 1999, there

15   is no possibility for training and test experiments

16   (only one shot!)."

17              Do you see that, Dr. Cords?

18        A      Yes, I see this.

19        Q      You didn't receive any training for

20   performing the modified Normomouse bioassay that you

21   performed in this case, is that correct?

22        A      We did not received any training

23   because all our staff members are well trained with

24   Normomouse, the standard of Normomouse assay, and

25   especially the handling is exactly the same.

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael              5/30/2007
CONFIDENTIAL

Page 168

1       Q      No one had received -- strike that.

2              No one at your company received any

3    special training for the -- strike that again.

4              No one at your company received any

5    special training for the modified Normomouse

6    bioassay that was actually performed in this case,

7    though, is that correct?

8       A      That's correct.

9              MR. NIELSEN:  Subject to my comments

10   earlier on the record, we have no further questions

11   at this time.  That said, we do reserve our rights

12   to resume the deposition and continue it and we

13   consider it to still be an open deposition, but at

14   this time, considering the circumstances that we're

15   in, we have no further questions.

16             MR. LEEMAN:  Okay, Matt, we obviously

17   disagree on that.  We consider the deposition to be

18   at an end or soon to be, but let me ask a few

19   questions myself.

20   BY MR. LEEMAN:

21      Q      Did you receive a draft of your expert

22   report before you signed it?

23      A      Yes.

24      Q      Did you have a chance to make some

25   edits for purposes of accuracy?

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                    5/30/2007
                CONFIDENTIAL

Page 173

1                          J U R A T

2

3        I, DR. SVEN-MICHAEL CORDS, the witness herein,

4    the foregoing testimony of the pages of this

5    deposition, do hereby certify it to be a true

6    and correct transcript, subject to the corrections, if

7    any, shown on the attached page.

8

9              _____

10                   DR.SVEN-MICHAEL CORDS

11

12

13

14

15   Subscribed and Sworn to before me

16   this _____ day of      2007.

17   _____

18   Notary Public

19

20

21

22

23

24

25

4b8fa646-41aa-4226-ae3f-1f7695d471c0

Cords, Dr. Sven-Michael                5/30/2007
CONFIDENTIAL

Page 174

1          C E R T I F I C A T I O N

2

3          I, LISA FORLANO, a Certified Realtime

4    Reporter, Certified Court Reporter and Notary

5    Public, do hereby certify that I reported the

6    deposition in the above-captioned matter, that the

7    said witness was duly sworn by me; that the

8    foregoing is a true and correct transcript of the

9    stenographic notes of testimony taken by me in the

10   above-captioned matters.

11          I further certify that I am not an

12   attorney or counsel for any of the parties, not a

13   relative or employee of any attorney or counsel

14   connected with the action, nor financially

15   interested in the action.

16

17   _____

18        LISA FORLANO, CRR, CCR #XI01143

19

20   DATED:   May 31, 2007

21

22

23

24

25

4b8fa646-41aa-4226-ae3f-1f7695d471c0