UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,<br><br>  Plaintiff,<br><br>    v.<br><br>F. HOFFMANN-LA ROCHE, Ltd, a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-12237 WGY<br><br>  U.S. District Judge Young |

### DECLARATION OF THOMAS F. FLEMING, ESQ. IN SUPPORT OF ROCHE'S REPLY IN SUPPORT OF ITS MOTION PURSUANT TO FED. R. CIV. P. 56(f) FOR RELIEF FROM AMGEN INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT

I, Thomas F. Fleming, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Kaye Scholer LLP, attorneys for Defendants F. Hoffmann-La Roche, Ltd, Roche Diagnostics GmbH and Hoffmann-La Roche Inc. (collectively "Roche").

2. I make this declaration in support of Roche's Reply in Support of Its Motion Pursuant to Fed. R. Civ. P. 56(f) for relief from Amgen Inc.'s Motion For Summary Judgment of No Inequitable Conduct.

3. Attached hereto as Exhibit 1 is a true and correct copy of portions of Defendants' Responses and Objections to Plaintiff Amgen Inc.'s Third Set of Interrogatories to Defendants (No. 26), submitted on March 14, 2007.

1

4.      Attached hereto as Exhibit 2 is a true and correct copy of portions of Defendants' Supplemental Responses and Objections to Plaintiff Amgen Inc.'s Third Set of Interrogatories to Defendants (No. 26), submitted on April 2, 2007.[1]

5.      Attached hereto as Exhibit 3 is a true and correct copy of portions of the May 11, 2007 Expert Report of Stephen G. Kunin.

6.      Attached hereto as Exhibit 4 is a true and correct copy of portions of Plaintiff Amgen Inc.'s Responses to Defendant's Third Set of Interrogatories to Plaintiff (Nos. 19-40), submitted on April 2, 2007.

Dated: July 16, 2007
       New York, New York

                                        /s/ *Thomas F. Fleming*
                                        Thomas F. Fleming

---

[1] The entirety of Defendants' Supplemental Responses and Objections to Plaintiff Amgen Inc.'s Third Set of Interrogatories to Defendants (No. 26) was submitted to the Court as Exhibit 226 to the Declaration of Krista M. Rycroft in Support of Roche's Opposition to Amgen Inc.'s Motion for Summary Judgment of No Inequitable Conduct (Docket No. 635).

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/  Keith E. Toms
Keith E. Toms

03099/00501 704818.1