UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No.: 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE LTD ) | |
| ROCHE DIAGNOSTICS GmbH ) | |
| and HOFFMANN-LA ROCHE INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION, IN THE ALTERNATIVE, TO STRIKE UNTIMELY EXPERT TESTIMONY OF RALPH A. BRADSHAW REGARDING AMGEN'S MOTION FOR SUMMARY JUDGMENT OF NO OBVIOUSNESS-TYPE DOUBLE PATENTING**

Defendants ("Roche") oppose[1] Amgen Inc.'s Motion to Strike Expert Testimony Regarding Amgen's Motion for Summary Judgment of No Obviousness-Type Double Patenting, but if the Court allows the motion and strikes testimony of Dr. Harlow or Dr. Lowe, Defendants move, in that alternative, to strike the testimony of Amgen's expert witness, Dr. Bradshaw. As grounds therefor, Roche asserts that, in Dr. Bradshaw's declaration (Docket Item ("D.I.") 504), specifically in paragraphs 33 and 34 of the declaration, he offers opinions never previously disclosed in any of his expert reports, and which therefore required rebuttal by Roche's experts Dr. Harlow and Dr. Lowe.

---

[1] *See* Roche's Opposition to Amgen Inc.'s Motion to Strike Expert Testimony Regarding Amgen's Motion for Summary Judgment of No Obviousness-Type Double Patenting, filed contemporaneously herewith.

In the event that the Court grants Amgen's motion, then, for the reasons set forth above, the new opinions in paragraphs 33 and 34 of the Declaration of Dr. Ralph A. Bradshaw should be likewise stricken.

In support of this motion, Roche relies on the Memorandum in Support of Defendants' Motion, in the Alternative, to Strike Untimely Expert Testimony of Ralph A. Bradshaw Regarding Amgen's Motion for Summary Judgment of No Obviousness-Type Double Patenting, filed contemporaneously herewith.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

Dated: July 16, 2007
       Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH,
and HOFFMANN-LA ROCHE INC.

*By their Attorneys*

/s/  Keith E. Toms
Lee Carl Bromberg (BBO# 058480)
Timothy M. Murphy (BBO# 551926)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Christopher T. Jagoe (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/  Keith E. Toms
Keith E. Toms

03099/00501 703620.1