UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, | ) |
| ROCHE DIAGNOSTICS GmbH, | ) |
| and HOFFMANN-LA ROCHE INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONFIDENTIAL EXHIBIT 257 TO THE SUPPLEMENTAL DECLARATION OF
DAVID L. COUSINEAU IN FURTHER SUPPORT OF ROCHE'S OPPOSITION TO
AMGEN'S MOTION FOR SUMMARY JUDGMENT ON ROCHE'S ANTITRUST AND
STATE LAW COUNTERCLAIMS**

The filing of this exhibit, which Amgen (not Roche) has identified as confidential, has

been deferred pursuant to the provisions of the Protective Order entered on 2/7/07 (Docket No.

274).


Dated:  July 16, 2007                     Respectfully submitted,
Boston, Massachusetts                     F. HOFFMANN-LA ROCHE LTD,
                                          ROCHE DIAGNOSTICS GMBH, and
                                          HOFFMANN-LA ROCHE INC.

                                          *By their attorneys,*

                                          /s/  Kimberly J. Seluga
                                          Lee Carl Bromberg (BBO# 058480)
                                          Julia Huston (BBO# 562160)
                                          Keith E. Toms (BBO# 663369)
                                          Nicole A. Rizzo (BBO# 663853)
                                          Kimberly J. Seluga (BBO# 667655)
                                          BROMBERG & SUNSTEIN LLP
                                          125 Summer Street
                                          Boston, MA 02110
                                          Tel. (617) 443-9292
                                          kseluga@bromsun.com

03099/00501 704753.1