UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GmbH,<br>and HOFFMANN-LA ROCHE INC.<br><br>    Defendants. | ) <br>)<br>)<br>)<br>)<br>) CIVIL ACTION No.: 05-CV-12237WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFIDENTIAL EXHIBIT 258 TO THE SUPPLEMENTAL DECLARATION OF DAVID L. COUSINEAU IN FURTHER SUPPORT OF ROCHE'S OPPOSITION TO AMGEN'S MOTION FOR SUMMARY JUDGMENT ON ROCHE'S ANTITRUST AND STATE LAW COUNTERCLAIMS**

The filing of this exhibit, which Fresenius (not Roche) has identified as confidential, has been deferred pursuant to the provisions of the Protective Order entered on 2/7/07 (Docket No. 274).

Dated: July 16, 2007
Boston, Massachusetts

Respectfully submitted,
F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their attorneys,*

/s/ Kimberly J. Seluga
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kimberly J. Seluga (BBO# 667655)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
kseluga@bromsun.com

03099/00501 704754.1