6/29/2007 Varki, Ajit

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4
 5    AMGEN INC.,                  )
                                   )
 6            Plaintiff,           )
                                   )
 7         vs.                     ) Civil Action
                                   )
 8    F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
      Company, ROCHE DIAGNOSTICS GmbH, )
 9    a German Company, and HOFFMANN-LA )
      ROCHE, INC., a New Jersey    )
10    Corporation                  )
                                   )
11            Defendants.          )
                                   )
12    _____
13
14
15         DEPOSITION OF AJIT VARKI, M.D.
16              FRIDAY, JUNE 29, 2007
17
...
23
      REPORTED BY:
24    LINDA D. WHITE
      CSR NO. 12009
25
```

[REDACTED stamp overlay]

---

6/29/2007 Varki, Ajit

# EXHIBIT B

```
 1    APPEARANCE:
 2
 3    For the Plaintiff:
 4         DAY CASEBEER MADRID & BATCHELDER, LLP
           BY:  JONATHAN LOEB, Ph.D., ESQUIRE
 5         20300 Stevens Creek Boulevard
           Suite 400
 6         Cupertino, California  95014
           (408) 873-0110
 7         jloeb@daycasebeer.com
 8
      For the Defendants:
 9
           KAYE SCHOLER, LLP
10         BY:  CHRISTOPHER JAGOE, ESQUIRE
           425 Park Avenue
11         New York, New York  10022
           (212) 836-8000
12         cjagoe@kayescholer.com
13
14    Also Present:
15         Michael Bullerman
           John Arel, Videographer
...
21    (This Transcript contains testimony designated
22    confidential as per Section 5(c) of the Amended
23    Protective Order.  Please treat the entire
24    transcript in accordance with the protective
25    order.)
```

---

6/29/2007 Varki, Ajit

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4
 5    AMGEN INC.,                  )
                                   )
 6            Plaintiff,           )
                                   )
 7         vs.                     ) Civil Action
                                   )
 8    F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
      Company, ROCHE DIAGNOSTICS GmbH, )
 9    a German Company, and HOFFMANN-LA )
      ROCHE, INC., a New Jersey    )
10    Corporation                  )
                                   )
11            Defendants.          )
                                   )
12    _____
13
14
15         DEPOSITION OF AJIT VARKI, M.D.,
           taken on behalf of Defendant, at
16         333 West Harbor Drive, Suite Los
           Angeles, San Diego, California,
17         8:03 a.m., Friday, June 29, 2007,
           before LINDA D. WHITE, Certified
18         Shorthand Reporter Number 12009 for
           the State of California, pursuant
19         to Notice.
```

[REDACTED stamp overlay]

6/29/2007 Varki, Ajit

1  BY MR. JAGOE:
2  Q    Okay.  Look at your third report.  You can
3  keep that aside.
4       Look at your third report.
5  A    3 supplemental.  Second supplemental?
6  Q    Second supplemental report.
7  A    Should I keep this here?  I might get in
8  trouble.  Close it over there.
9  Q    Okay.
10 A    Okay.
11 Q    And paragraph 25 on Page 11 and 12.
12 A    25 on Page 11 and 12.  11 and 12.  Sorry.
13 Okay.
14 Q    All right.  And at the end of
15 paragraph 25, you have six bulletpoints, right?
16 A    Right.
17 Q    And you list isoelectric points of
18 glycoforms, sulfation, polylactosamine, repeat
19 content?
20 A    Correct.
21 Q    Old glycan structure, presence of
22 N-glycolylneuraminic acid and absence of alpha 2-6
23 sialic acid linkages, correct?
24 A    Correct.  N-glycolyl, G-L-C-O-L-Y-L.
25 Q    Would those six points summarize the

207

6/29/2007 Varki, Ajit

1  differences between the prior art EPO that you
2  analyzed and compounds that fall within the scope of
3  claims of the 933 Patent?
4  A    I think those are the ones that -- yes, I
5  think we -- I tried to summarize there what all the
6  issues I looked at.  I can't think of any other.
7  But of course, a lot of these differences are not
8  based on what was known in 1983.  But subsequent
9  analysis of either Miyake or Miyake-like
10 preparations.
11 Q    All of these differences would be
12 differences in the carbohydrate component of the
13 erythropoietin, right?
14 MR. LOEB:  Objection.  Vague and ambiguous.
15 THE WITNESS:  Carbohydrates refers to molecules
16 that have a particular composition, a CHO
17 composition.  The sulfate, for example, would not
18 fall in the category of carbohydrates.  The
19 N-glycolyl, I suppose, could, but it becomes a
20 semantic issue or technical issue.
21      All the differences -- perhaps better to
22 put it as all the differences are related to things
23 that are components of the glycans that are attached
24 to the polypeptide.  That is the way of summarizing
25 all of the difference I looked at.  So everything

208

6/29/2007 Varki, Ajit

1  beyond the glyco -- peptide -- polypeptide itself.
2  BY MR. JAGOE:
3  Q    Are any of the differences related to the
4  folding of the polypeptide?
5  A    Not directly, but the -- it's well known
6  that the glycans would -- could have a dramatic
7  effect on the folding of the polypeptide during
8  biosynthesis.  I believe I addressed that in some
9  other places in the reports.
10 Q    The sulfation difference, the sulfation
11 takes place on the carbohydrate as opposed to on the
12 amino acid residues; is that right?
13 MR. LOEB:  Objection.  Vague and ambiguous.
14 THE WITNESS:  The presence of the sulfate
15 esters, based on the data I've seen, especially the
16 results of using the PNGase F enzyme.  The data
17 suggests.  But again, sulfation is extremely
18 difficult to study and has been very poorly studied
19 in most of this work.  It seems like it's on --
20 attached to the sugar chains.
21 BY MR. JAGOE:
22 Q    Okay.  Now, the -- let me just ask you.
23      So do you agree with the statement that
24 urinary EPO and recombinant EPO are the same
25 product?

209

6/29/2007 Varki, Ajit

1  MR. LOEB:  Objection.  Vague and ambiguous.
2  THE WITNESS:  Can you define "the same
3  product"?  Is it the source or is it the production
4  method or is it --
5  BY MR. JAGOE:
6  Q    The substances themselves are the same.
7  MR. LOEB:  Objection.  Vague and ambiguous.
8  THE WITNESS:  The substance -- they're not.
9  From everything I've seen, there is a lot of
10 differences between them.
11 BY MR. JAGOE:
12 Q    And are you intending to offer an opinion
13 that urinary EPO and recombinant EPO can be
14 distinguished?
15 A    If you define recombinant EPO as all the
16 recombinant EPOs that have been made to date, and
17 all the ones I've seen -- and there seems to be a
18 lot of them that have been studied -- yes, I have
19 not seen a single recombinant EPO prep that -- well,
20 if you just look at the -- the way it's used in --
21 in -- you know, looking for EPO doping in sports,
22 it's very obvious they never have a problem telling
23 them apart right from there.
24      And since the differences they're looking
25 at directly reflect differences in the glycan

210