6/19/2007 Bradshaw, Ralph

```
1           UNITED STATES DISTRICT COURT
2             DISTRICT OF MASSACHUSETTS
3                    --oOoOo--
4   AMGEN INC.,                    )
                                   )
5            Plaintiff,            )
                                   )
6   vs.                            )   No. 05-CV-12237 WGY
                                   )
7   F. HOFFMAN-LA ROCHE, LTD.,     )
    ROCHE DIAGNOSTICS, GmbH, and   )
8   HOFFMAN-LA ROCHE, INC.,        )
                                   )
9            Defendants.           )
                                   )
10  _____)
11
12            Videotaped Deposition of
13             RALPH BRADSHAW, Ph.D.
14             TUESDAY, JUNE 19, 2007
15
16  (Contains Amgen Confidential and Roche Restricted
17   Access Confidential Information BLA/IND Material
18           Subject To Protective Order)
                    REDACTED
19
20
21            SHEILA CHASE & ASSOCIATES
       REPORTING ON BEHALF OF LIVENOTE WORLD SERVICE
22              221 Main Street, Suite 1250
                 San Francisco, CA 94105
23
24  Reported by:
    DIANA NOBRIGA, CSR, CRR
25  LICENSE NO. 7071
```

1

6/19/2007 Bradshaw, Ralph

```
1                    I N D E X
2   DEPOSITION OF RALPH BRADSHAW, Ph.D.
3   TUESDAY, JUNE 19, 2007
4   EXAMINATION BY:                         Page
5     MR. JAGOE                           7, 296
6     MS. CARTER                             294
7              E X H I B I T S
8                                           Page
9   Exhibit 1   (Contains Amgen Confidential
10              Information Subject to
11              Protective Order) Rebuttal Report
12              of Ralph A. Bradshaw, Ph.D.       40
13  Exhibit 2   (Contains Amgen Confidential and
14              Roche Restricted Access
15              Confidential Information BLA/IND
16              Material Subject to Protective
17              Order) Rebuttal Report of Ralph A.
18              Bradshaw, Ph.D. to New
19              Non-Infringement Arguments Raised in
20              the Rebuttal Reports of Defendants'
21              Experts                           40
22  Exhibit 3   The Amino Acid Sequence of the
23              y-Subunit of Mouse Submaxillary
24              Gland 7 S Nerve Growth Factor     97
25
```

2

6/19/2007 Bradshaw, Ralph                **EXHIBIT D**

```
1   Exhibit 4    United States Patent No. 4,667,016   177
2   Exhibit 5    Purification of Human Erythropoietin 258
3   Exhibit 6    Sugar profiling proves that human
4                serum erythropoietin differs from
5                recombinant human erythropoietin    278
6   Exhibit 7    United States Patent No. 4,703,008  295
7   Exhibit 8    United States Patent No. 5,621,080  295
8   Exhibit 9    United States Patent No. 5,618,698  296
9   Exhibit 10   United States Patent No. 5,756,349  296
10  Exhibit 11   United States Patent No. 5,441,868  296
11  Exhibit 12   United States Patent No. 5,955,422  296
12  Exhibit 13   United States Patent No. 5,547,933  296
13                       ---oOo---
```

3

6/19/2007 Bradshaw, Ralph

```
1            BE IT REMEMBERED that, pursuant to Notice of
2   Taking Deposition, and on TUESDAY, JUNE 19, 2007,
3   commencing at the hour of 9:06 a.m., thereof at
4   LiveNote, 221 Main Street, Suite 1250, San Francisco, CA
5   94105, before me, DIANA NOBRIGA, a Certified Shorthand
6   Reporter in and for the State of California, personally
7   appeared
8
9              RALPH BRADSHAW, Ph.D.,
10
11  called as a witness by the defendants, who being by me
12  first duly sworn, was thereupon examined and testified
13  as hereinafter set forth.
14
15                       - - -
```

4

6/19/2007 Bradshaw, Ralph

```
1                       APPEARANCES
2
3    FOR THE PLAINTIFF AND WITNESS:
4           KRISTA CARTER, ESQ.
5           DAY CASEBEER MADRID & BATCHELDER, LLP
6           20300 Stevens Creek Blvd., Suite 400
7           Cupertino, CA 95014
8           (408) 342-4534
9           kcarter@daycasebeer.com
10
11   FOR THE DEFENDANTS:
12          CHRISTOPHER T. JAGOE, ESQ.
13          KAYE SCHOLER, LLP
14          425 Park Avenue
15          New York, NY 10022-3598
16          (212) 836-7800
17          cjagoe@kayescholer.com
18
19   ALSO PRESENT:  JAKE KROHN, VIDEOGRAPHER
20
21
22
23
24
25
```


6/19/2007 Bradshaw, Ralph

1  his expert report.
2  　　　　THE WITNESS:  I have no direct knowledge what
3  Amgen did.
4  　　　　MR. JAGOE:  Q.  Well, did you review any Amgen
5  documents?
6  　　Q.  A.  I reviewed -- the only Amgen documents I
7  reviewed related to the repeat of the Lin teachings and
8  also the application of the Miyake procedure by a
9  Dr. Egrie.  Those were the only two Amgen documents I
10 reviewed.
11 　　Q.  You didn't review the Amgen documents that
12 Dr. Flavell reviewed?
13 　　A.  I don't believe I did.
14 　　Q.  In the '422 patent, is there an example of
15 human erythropoietin that is purified to apparent
16 homogeneity?
17 　　A.  So I believe in '422 a protocol is described
18 for obtaining homogeneous human recombinant
19 erythropoietin from CHO cells found in Example 10.
20 　　Q.  What column and line are you looking at, for
21 the court reporter?
22 　　A.  Column 28, line 44.
23 　　Q.  And that's an example of a preparation of
24 human erythropoietin that's been purified to apparent
25 homogeneity?

　　　　　　　　　　　　　　　　　　　　113

6/19/2007 Bradshaw, Ralph

1  　　A.  That's the information on how to obtain it.
2  　　Q.  But my question is, is there an example of a
3  preparation of human erythropoietin that has been
4  purified to apparent homogeneity?
5  　　A.  Can you define to me what you mean by an
6  example?  We need to be in agreement on that word.
7  　　Q.  I mean a description of work that was actually
8  done and shown to be what it reports to be.
9  　　　　MS. CARTER:  Objection; vague and ambiguous.
10 　　　　THE WITNESS:  So you mean by an example
11 chromatography or an electrophoretogram or some
12 indication of the actual physical properties of the
13 material?  Is that what you're asking?
14 　　　　MR. JAGOE:  Q.  Something that would show a
15 person of skill in the art, for example, like one of the
16 readers of JBC, that Dr. Lin had actually in hand a
17 sample preparation of human erythropoietin that had been
18 purified to apparent homogeneity.
19 　　A.  There is no material -- there is no direct
20 example showing the homogeneous material by that
21 criteria, no.
22 　　Q.  Is there any example of a suggested protocol,
23 what we call it, prophetic example, of a preparation of
24 human erythropoietin that has been purified to apparent
25 homogeneity?

　　　　　　　　　　　　　　　　　　　　114