7/3/2007 Lodish, Harvey

```
 1   Exhibits: 1-21           Volume 1, Pages 1-306
 2          UNITED STATES DISTRICT COURT
 3         FOR THE DISTRICT OF MASSACHUSETTS
 4         Civil Action No. 05 Civ. 12237 WGY
 5         ------------------------------
     AMGEN INC.
 6
                 Plaintiff
 7
     vs.
 8
     F. HOFFMAN-LA ROCHE LTD.,
 9
     ROCHE DIAGNOSTICS GmbH, and
10
     HOFFMANN-LA ROCHE INC.
11
                 Defendants
12   ------------------------------
13
              VIDEOTAPED DEPOSITION OF
14            HARVEY F. LODISH, Ph.D.
15        Tuesday, July 3, 2007, 9:04 a.m.
                  Duane Morris LLP
16               470 Atlantic Avenue
                Boston, Massachusetts
17
18   ** TRANSCRIPT DESIGNATED CONFIDENTIAL OUTSDIE ATTORNEY'S EYE'S ONLY **
19
              FARMER ARSENAULT BROCK LLC
20                 Reporting For:
                LiveNote World Service
21          221 Main Street, Suite 1250
           San Francisco, California 94105
22              Phone: 415-321-2300
                Fax:   414-321-2301
23
24
     Reported by:
25   JANIS T. YOUNG, RDR, CRR
```

                                    1

7/3/2007 Lodish, Harvey

```
 1   APPEARANCES:
 2   Lloyd R. Day, Jr., Esq.
 3   Day Casebeer Madrid & Batchelder LLP
 4       20300 Stevens Creek Boulevard
 5       Cupertino, California 95014
 6       408.873.0110   fax: 408.873.0220
 7       lrday@daycasebeer.com
 8       for Plaintiff
 9
10   Leora Ben-Ami, Esq.
11   Graham Pechenik, Esq.
12   Danielle Noonan, Esq.
13   Kaye Scholer LLP
14       425 Park Avenue, 12th Floor
15       New York, New York 10022-3598
16       212.836.8000   fax: 212.836.8689
17       lbenami@kayescholer.com
18       gpechenik@kayescholer.com
19       dnoonan@kayescholer.com
20       for Defendants
21
22   ALSO PRESENT:
23       Adam Cook, Videographer
24
25
```

                                    2

7/3/2007 Lodish, Harvey

```
 1                    I N D E X
 2
 3             EXAMINATIONS
 4   HARVEY F. LODISH, Ph.D.
 5      BY MS. BEN-AMI                          7
 6      BY MR. DAY                            282
 7      BY MS. BEN-AMI                        296
 8
 9
10             EXHIBITS MARKED
11   Exhibit 1  Expert Report of Harvey F.      6
12              Lodish, Ph.D. Regarding Infringement
13   Exhibit 2  Rebuttal Expert Report of       6
14              Harvey F. Lodish, Ph.D.
15   Exhibit 3  Supplemental Expert Report      6
16              of Harvey F. Lodish, Ph.D.
17   Exhibit 4  Third Supplemental Expert       6
18              Report of Harvey F. Lodish, Ph.D.
19   Exhibit 5  Claim Construction Chart        6
20   Exhibit 6  U.S. Patent 5,955,422           6
21   Exhibit 7  U.S. Patent 5,618,698           6
22   Exhibit 8  U.S. Patent 4,703,008           6
23   Exhibit 9  U.S. Patent 5,756,349           6
24
25       (Continued)
```

                                    3

7/3/2007 Lodish, Harvey

```
 1   Exhibit 10 U.S. Patent 5,441,868           6
 2   Exhibit 11 U.S. Patent 5,621,080           6
 3   Exhibit 12 U.S. Patent 5,547,933           6
 4   Exhibit 13 Second Supplemental Expert     48
 5              Report of Harvey F. Lodish, Ph.D.
 6   Exhibit 14 Excerpt from Textbook,         48
 7              Molecular Cell Biology, Sixth
 8              Edition, by Lodish, et al.
 9   Exhibit 15 Color Pictures from           179
10              Attachments to Jorgensen Report
11   Exhibit 16 Application for United        200
12              States Letters Patent, with Cover
13              Sheet dated 12-13-83, AM-ITC
14              00948379-00948649
15   Exhibit 17 Application for United        200
16              States Letters Patent, AM-ITC
17              00470468-00470531
18   Exhibit 18 Application for United        200
19              States Letters Patent, AM-ITC
20              00470717-00470813
21   Exhibit 19 Application for United        200
22              States Letters Patent, AM-ITC
23              00869737-00869844
24
25       (Continued)
```

                                    4





7/3/2007 Lodish, Harvey

```
19    Q.  Why is the binding affinity of CERA
20  different than EPO?
21    A.  The binding affinity of CERA to the EPO
22  receptor different from the binding affinity of EPO?
23  I don't think it is known why.  I can offer you one
24  explanation.
25    Q.  So the answer is, it's not known why, but
```

123



7/3/2007 Lodish, Harvey

```
1   you have a hypothesis?
2     A.  I have several hypotheses.  I will offer
3   you one.
4     Q.  Can you offer them all to me?
5     A.  Well, let's go through one at a time.
6     Q.  Okay.
7     A.  The first hypothesis is, CERA is a mixture
8   of 90 percent dead protein and 10 percent functional
9   protein.  That is, the simplest explanation of what
10  happens after PEGylation is, you kill, in some
11  unknown way, roughly 90 percent of the EPO
12  molecules.  They're dead.
```

124