```
                                    FILED
                                IN CLERKS OFFICE

                                2007 JUL 24  A 11: 43

                                 U.S. DISTRICT COURT
                                 DISTRICT OF MASS.
```

AMGEN                                          CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on July 24, 2007, to __MIKE REMOND__ a representative of the plaintiff Amgen, Inc.., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                              Doc. 769

Elizabeth Smith
Deputy Clerk

Received by: _[signature]_