# Ex. C

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON D.C.
Before the Honorable Paul J. Luckern
Administrative Law Judge

| | |
|---|---|
| In the Matter of )<br>)<br>CERTAIN PRODUCTS and )<br>PHARMACEUTICAL COMPOSITIONS )<br>CONTAINING RECOMBINANT HUMAN )<br>ERYTHROPOIETIN )<br>)<br>) | Investigation No. 337-TA-568 |

**DECLARATION OF RAPHAEL LUPO IN SUPPORT OF AMGEN INC.'S OPPOSITION TO ROCHE'S CROSS-MOTION TO DISQUALIFY MCDERMOTT WILL & EMERY LLP**

I, Raphael Lupo, hereby declare:

1. I am a partner with the law firm of McDermott Will & Emery LLP ("McDermott"). I have knowledge of the following and, if called as a witness, could and would testify competently to this declaration's contents.

2. I am a member of McDermott's Intellectual Property Media and Technology practice group and based in the firm's Washington D.C. office. My practice is focused almost exclusively on patent litigation, and I regularly appear before the International trade Commission on patent-related matters.

3. I have had no substantive involvement in this Investigation, which is staffed out of the firm's Silicon Valley office. I have been asked to participate in this litigation of the limited purpose of responding to the disqualification issue raised by Roche. Prior to my execution of the Protective Order's confidentiality undertaking, I have had no access to Roche confidential information and will review only that confidential information submitted in connection with and required for me to respond to Roche's cross-motion to disqualify. I understand and will observe the ethical wall governing the firm's representation of Amgen and Roche.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct and that this declaration was completed at Washington, D.C., this 21st day of June 2006.

_____
Raphael Lupo