UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | C.A. NO.: 05-12237-WGY |

### MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF RAPHAEL V. LUPO

Plaintiff, Amgen Inc., respectfully requests an opportunity to file a short reply memorandum in order to respond to the Defendants' Opposition [771] to Amgen Inc's Motion for Admission to Appear *Pro Hac Vice* of Raphael V. Lupo [770]. Amgen's proposed reply brief is attached hereto as Exhibit A.

Amgen seeks to file this reply to in order to address certain issues raised by Roche in its opposition and to clarify the issue pending before the Court. Amgen believes that the reply it seeks to file will aid the Court in deciding the issues raised in the motion pending before it.

DM1\1163795.1

Dated:  July 25, 2007                                       Respectfully Submitted,

                                          AMGEN INC.,
                                          By its attorneys,

Of Counsel:                                                 */s/ Patricia R. Rich*
                                          D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                              Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                          Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                          DUANE MORRIS LLP
Darrell G. Dotson                                           470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                         Boston, MA 02210
Erica S. Olson                                              Telephone: (857) 488-4200
AMGEN INC.                                                  Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                                Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                                              DAY CASEBEER, MADRID & BATCHELDER LLP
                                          20300 Stevens Creek Boulevard, Suite 400
                                          Cupertino, CA 95014
                                          Telephone: (408) 873-0110
                                          Facsimile: (408) 873-0220

                                          William Gaede III *(pro hac vice)*
                                          McDERMOTT WILL & EMERY
                                          3150 Porter Drive
                                          Palo Alto, CA 94304
                                          Telephone: (650) 813-5000
                                          Facsimile: (650) 813-5100

                                          Kevin M. Flowers *(pro hac vice)*
                                          MARSHALL, GERSTEIN & BORUN LLP
                                          233 South Wacker Drive
                                          6300 Sears Tower
                                          Chicago, IL 60606
                                          Telephone: (312) 474-6300
                                          Facsimile: (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for Amgen Inc. contacted counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH in an attempt to resolve or narrow the issues presented by this motion. Counsel for F. Hoffman-LaRoche Ltd., Hoffman LaRoche Inc. and Roche Diagnostics GmbH did not respond.

*/s/ Patricia R. Rich*
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Patricia R. Rich*
Patricia R. Rich