FILED
IN CLERKS OFFICE

2007 JUL 26  A II: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMGEN                                             CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on July 26, 2007, to_____a representative of the defendant Roche., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                            Doc. 773

Elizabeth Smith
Deputy Clerk

Received by:

_____/s/ M. Manis_____