# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**AMGEN, INC.,**

    **Plaintiff,**

v.                                                          CIVIL ACTION No.: 05-CV-12237-WGY

**F. HOFFMAN-LA ROCHE LTD.,**
**ROCHE DIAGNOSTICS GmbH,**
**and HOFFMAN-LA ROCHE INC.,**

    **Defendants.**

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Nicole E. Gage of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804 for non-party Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America ("Fresenius").

Respectfully submitted,

Dated: July 26, 2007

By: /s/ Nicole E. Gage
Mark J. Hebert (BBO No. 546,712)
Nicole Gage (BBO No. 633219)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Counsel for Non-Party Fresenius
Medical Care Holdings, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing (NEF).

/s/ Nicole E. Gage
Nicole Gage

21697580.doc