UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

        Plaintiff,

    v.

F. HOFFMANN-LA ROCHE, LTD.,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE, INC.

        Defendants.

Civil Action No. 05-CV-12237 WGY

**AMGEN'S NOTICE OF FILING WITH CLERK'S OFFICE OF EXHIBITS
PREVIOUSLY SUBMITTED IN SUPPORT OF AMGEN'S MOTION TO EXCLUDE
THE EXPERT TESTIMONY OF LAUREN J. STIROH [555]**

Pursuant to CMF/ECF Administrative Procedures Rule M(6), notice is hereby given that the exhibits listed below to the Declaration of Dana M. McSherry (DN 557) in Support of Amgen's Motion to Exclude the Expert Testimony of Lauren J. Stiroh have been manually filed with the Court and are available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| Exhibit 1 | A true and correct copy of excerpts from the Expert Report of David J. Teece, Ph.D. (Amgen's economics expert) in the above-captioned case. |
| Exhibit 2 | A true and correct copy of excerpts from the Report of Lauren J. Stiroh (Roche's damages expert) in the above-captioned case. |
| Exhibit 3 | A true and correct copy of excerpts from the deposition of Lauren J. Stiroh (Roche's damages expert) in the above-captioned case. |
| Exhibit 4 | A true and correct copy of Roche press release entitled "Roche Receives Approvable Letter for Micera in the United States" (May 18, 2007). |
| Exhibit 5 | A true and correct copy of a revision to the Report of Lauren J. Stiroh and was marked as Exhibit 2 at the deposition of Lauren J. Stiroh. |

BST99 1548125-1.041925.0056

Exhibit 6   A true and correct copy of excerpts from the deposition of Chrys Kokino (Roche's Vice President of Anemia Products) in the above-captioned case.

Dated: July 27, 2007                                                  Respectfully Submitted,

                                                                       AMGEN INC.,
                                                                       By its attorneys,

Of Counsel:                                                            /s/ Patricia R. Rich
                                                                       D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                                                         Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                                                     Patricia R. Rich (BBO# 640578)
Monique L. Cordray                                                     DUANE MORRIS LLP
Darrell G. Dotson                                                      470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                                                    Boston, MA 02210
Erica S. Olson                                                         Telephone: (857) 488-4200
AMGEN INC.                                                             Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789                                           Lloyd R. Day, Jr. (*pro hac vice*)
(805) 447-5000                                                         DAY CASEBEER, MADRID &
                                                                       BATCHELDER LLP
                                                                       20300 Stevens Creek Boulevard, Suite 400
                                                                       Cupertino, CA 95014
                                                                       Telephone: (408) 873-0110
                                                                       Facsimile: (408) 873-0220

                                                                       William G. Gaede, III (*pro hac vice*)
                                                                       McDERMOTT WILL & EMERY
                                                                       3150 Porter Drive
                                                                       Palo Alto, CA 94304
                                                                       Telephone: (650) 813-5000
                                                                       Facsimile: (650) 813-5100

                                                                       Kevin M. Flowers (*pro hac vice*)
                                                                       MARSHALL, GERSTEIN & BORUN LLP
                                                                       233 South Wacker Drive
                                                                       6300 Sears Tower
                                                                        Chicago, IL 60606
                                                                       Telephone: (312) 474-6300
                                                                       Facsimile: (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Patricia R. Rich*
                                                  Patricia R. Rich