# EXHIBIT 2

Anlage B12
Nichtigkeitsklage ./. DE 34 82 828
Aktenzeichen 3 Ni 34/99 (EU)
F. Hoffmann-La Roche ./. Kirin-Amgen, Inc.
Uexküll & Stolberg
Beselerstraße 4, 22607 Hamburg

# DECLARATION OF STUART H. ORKIN, M.D.

I, Stuart H. Orkin, do hereby declare as follows:

1.    I make this declaration in support of EP 148 605 to Kirin-Amgen, Inc. entitled "Production of Erythropoietin." I have reviewed this patent and am familiar with its contents.

2.    I currently hold the position of Leland Fikes Professor of Pediatric Medicine at Harvard Medical School in Boston, Massachusetts, USA. I have been on the faculty at Harvard Medical School since 1978. Attached as Exhibit A is my curriculum vitae which describes my educational and professional qualifications, awards and honors received, membership in professional societies and positions on editorial boards of professional journals. I am a member of both the National Academy of Sciences and the American Academy of Arts and Sciences. For the past twenty years, I have been involved in research in the area of molecular genetics and hematology. As shown by my curriculum vitae, I have authored or co-authored over 200 publications in these and related areas. For several years, I worked on research related to erythropoietin, and as part of that work, I had a research project in which I attempted to clone the gene that encodes human erythropoietin ("EPO gene"). Accordingly, I have first-hand knowledge of the difficulties of this project.

3.    I have read the declaration of Arthur J. Sytkowski dated May 28, 1993 and submitted on behalf of Elanex Pharmaceuticals in these proceedings. I am the same Stuart H. Orkin mentioned in paragraphs 6 through 11 of Dr. Sytkowski's declaration, and I am submitting this declaration to respond to some of the statements made therein concerning my research efforts to clone the EPO gene. In sum, since I tried for over two years and was unsuccessful in cloning the EPO gene, I do not agree with Dr. Sytkowski's argument that as of 1983 it was expected that "the human gene coding for

1

erythropoietin would be cloned and that recombinant DNA technology would be the route of choice for erythropoietin production." If the cloning of the EPO gene was really as easy or expected as Dr. Sytkowski suggests, we should have been able to accomplish it. The facts are that it was a very difficult project, and I believe that my efforts exemplified the practical difficulties encountered in attempting to clone the EPO gene in 1983.

4.  As described by Dr. Sytkowski in his declaration, I was the project leader on a research project entitled "Molecular Aspects of Globin Gene Switching and Cloning of Erythropoietin Sequence" which was funded under a grant to Dr. David G. Nathan from the National Institute of Health. As the title indicates, this project involved two major research efforts: (1) an investigation into the expression levels of the two alpha globin genes, and (2) cloning the cDNA sequences for erythropoietin. The proposals for this project are outlined on pages 8-10 of the draft Project Site Visit Report attached to Dr. Sytkowski's declaration. The project was originally designated for funding for five years, beginning in 1981.

5.  We were successful in accomplishing the work relating to expression levels of the alpha globin genes within the first few months of beginning our study, and we published the results in late 1981. I believe this is an example of the level of competency of our research. As for the EPO project, we worked on this for over two years, and by the end of 1983, we had tried several approaches all of which proved unsuccessful. Since we had encountered obstacles that we could not overcome, the project was essentially abandoned.

6.  Attached hereto as Exhibits B and C are the relevant sections of the yearly progress reports for the first two years of the EPO gene cloning project, 1981-82 and 1982-83, respectively. These reports document the work conducted during those years and the progress made toward achieving the goals established for those years. During the first year of the study, as indicated on pages 10 and 11 of Exhibit B, we pursued two approaches to cloning the DNA sequence that encodes

2

EPO. As a prelude to both approaches, we looked for a tissue sample most likely to provide a suitable source for EPO mRNA. By keeping baboons under severe chronic hypoxemic stress (or anemic conditions) to augment EPO production, we isolated tissue and serum samples having EPO levels more than a 1000 times normal levels. We thus believed that hypoxic baboon kidney tissue was a good source of enriched message for EPO.

7.    We then prepared undegraded mRNA from the baboon kidney tissue which was translated in vitro and we attempted to immunoprecipitate EPO protein using antibodies provided to us by Dr. Joseph Garcia who had developed EPO antibodies at Lawrence Laboratories in Berkeley, California. However, these immunoprecipitation experiments failed because the antibodies precipitated numerous other proteins produced in the baboon kidneys. Samples of translation mixtures which we believed contained mRNA for EPO were subjected to radioimmunoassay by Dr. Garcia but no EPO could be detected above background. Thus, the lack of specificity of the antibody preparation precluded identification of translated EPO mRNA. One of the difficulties of the EPO project was that naturally occurring EPO is produced in very small quantities by unknown cells in the kidney, thus classifying it as a "rare" protein. Since there is only a low level of protein produced, this means that only a small amount of mRNA is present in the source tissue. This difficulty was in contrast to many of the other more abundant proteins for which genes were cloned in the early 1980's, e.g., alpha interferons, because the mRNA for those proteins was present in more abundant and detectable quantities.

8.    During the second year of the study, as indicated on page 9 of Exhibit C, we continued our efforts to clone the EPO gene sequences. We prepared cDNA libraries from the hypoxic baboon kidney mRNA described above and also from human fetal liver which was believed to be an enriched source of EPO-mRNA. These cDNA libraries were then screened with mixtures of probes which were designed based on the N-terminal amino acid sequence of EPO as reported by

3

Goldwasser. This was the same sequence published by Dr. Sytkowski in his 1983 Sue et al. publication.

9.   In our initial cloning attempts, we employed two pools of fully degenerate 17-mer oligonucleotide probes that corresponded to the N-terminal amino acids 21-26 (pool 1) and 18-23 (pool 2) from the Goldwasser sequence. Clones from the baboon kidney library were isolated that specifically hybridized to each of the pools under maximum stringency. Selected plasmid clones were then subjected to DNA sequencing to identify the region that hybridized with the oligonucleotide probes. After screening more than 250,000 independent baboon cDNA clones with both sets of probes, we obtained more than two dozen putative EPO clones that were then separated into classes by cross-hybridization of inserts. DNA sequencing revealed that we had, in fact, isolated clones with perfect matches for the oligonucleotide probes employed, however, the sequences were incompatible with the surrounding N-terminal EPO protein sequence. No clones hybridized with both oligonucleotide pools 1 and 2. We interpreted this to mean that either no clones contained EPO sequences or that the peptide sequences used for synthesis of one (or both) oligonucleotide pools were incorrect. Similar attempts to identify EPO DNA by screening the fetal liver cDNA library gave similar negative results.

10.  We then used oligonucleotides directed to amino acids 6-11 (pool 3) and 11-16 (pool 4) of the Goldwasser sequence. Because these oligonucleotide pools were considerably more degenerate (greater than 512 individual sequences) we elected to determine whether any clones that hybridized with pools 3 or 4 also hybridized specifically with pools 1 or 2, based on the logic that a clone that hybridized to both degenerate pools would likely contain true EPO sequences. However, no such double-hybridizing clones were observed. Further, when Dr. Sytkowski had isolated his initial N-terminal peptide antibody, we examined its potential for antibody screening of the plasmid library. In preliminary experiments, we decided that the affinity of the antibody was probably insufficient for detection of bacterial products.

4

11.    In designing our study, we adopted a cDNA cloning approach
       because that seemed to be the most workable methodology based on
       what was known in the art.  Our experience, however, shows the
       practical difficulties commonly encountered in 1983 in gene cloning
       experiments.  These difficulties were compounded for the EPO
       project because so little was known about EPO.  The amino acid
       sequence information which we used to design our oligonucleotide
       probes proved to be unreliable.  In addition, concerning the baboon
       cDNA screening, nothing was known concerning baboon EPO, and
       we did not know the similarity of the baboon EPO sequence to the
       human EPO amino acid sequence.  Another difficulty was in
       identifying a good source for cDNA cloning because the specific
       EPO-producing cell type within the liver or kidney was not known.
       Also, we did not know whether the human fetal liver was an
       appropriate source for EPO-mRNA.  Further, immunoprecipitation
       of EPO using antibodies believed to be EPO specific failed because of
       the rarity of EPO mRNA and because the antibodies proved to be non-
       EPO specific.  These were among the difficulties or obstacles which
       caused us eventually to abandon our project.  I also know that we
       were not the only ones to encounter such obstacles in cloning the EPO
       gene.  On several occasions, I had discussions with researchers at
       Biogen who were also attempting to clone the EPO gene, and they
       indicated that they had encountered similar problems and obstacles
       as we had and were equally unsuccessful.

12.    From my knowledge of Dr. Lin's success in cloning the EPO gene
       and as disclosed in the patent EP 148 605, I understand that Dr. Lin
       used mixtures of fully degenerate probes to screen a human genomic
       library instead of a cDNA library.  To my recollection, this was the
       first successful use of this mixed probe approach in a genomic
       library.  If I had been asked to evaluate this approach in 1983, I
       would have considered it not likely to succeed because of the high
       degree of degeneracy of the limited amino acid sequence available for
       EPO and the inherent difficulties in probing a genomic library, e.g.,

5

AM670256220                                              AM-ITC 01040836

introns, background, etc.  For these reasons, I considered then and still do today Dr. Lin's work to be quite an outstanding achievement.

13.   I also would like to respond to some of the specific arguments of Dr. Sytkowski concerning our work related to EPO.  First, we abandoned our efforts to clone the EPO gene because we had reached obstacles which we could not overcome.  If we had thought that we could have done it, we would have continued our efforts despite rumors that other groups were ahead of us.  My nature is to pursue a project to its conclusion rather than wait and let someone else do the work for me as Dr. Sytkowski suggests.  Moreover, we had received a grant from the NIH to conduct these studies, and it would have been unfair to the NIH (and the American taxpayer) to simply "wait until one of the companies got it" as Dr. Sytkowski recalls.  This was an important project for us and we gave it our best effort.

14.   As for Dr. Sytkowski's arguments concerning Dr. Goldwasser and the availability of EPO derived from urinary sources, I need not comment on the apparent friction between Dr. Sytkowski and Dr. Goldwasser, but suffice it to say that Dr. Goldwasser had published his purification scheme in the 1977 Miyake et al. publication (J. Biol. Chem. 252, 5558-64) and as part of our grant study, Dr. Sytkowski had arranged to collect the urine of chronic anemia patients in the Boston area.  As recorded in the Project Site Visit Report, p. 6, Dr. Sytkowski had "already collected one million units of erythropoietin for the purification studies and apparently [has] a well organized program to collect large amounts of human urine which would be required for the purification studies."  I certainly do not blame Dr. Goldwasser for our failures. Cloning the EPO gene was just a difficult and frustrating problem. Since EPO is such a rare protein, one of the problems was having a sufficient supply of EPO available. A scientist would always like as much material as possible to use in various experiments, but in this case, availability of EPO was not the only problem and even if we had had more EPO, there was no certainty that we would have been successful.

6

AM670256221

AM-ITC 01040837

15. Finally, I do not understand Dr. Sytkowski's argument that simply because the NIH study group deemed it reasonable to fund our EPO project that that decision somehow affects the validity of the patent rights on Dr. Lin's invention. While I am not well versed in the legal requirements to obtain a patent, as a research scientist, I would hope that patent rights to an important invention are not preempted before the research is even conducted because of a decision by the NIH that the prospects of success are reasonable enough to fund the project. Also, I know that many factors are considered by the NIH in approving grant proposals that are unrelated to the merits of the particular proposal. For example, with respect to the grant discussed herein relating to EPO, this was a "bundled" proposal that was part of a much larger overall project under the direction of Dr. Nathan. My own project consisted of two parts relating to alpha globin and EPO as explained above. Our group had demonstrated proficiency in the past and had received various grants and awards as a result of that demonstrated record of success. For example, I received the NIH Young Investigator Award for the years 1976-79 and the NIH Research Career Development Award for the years 1979-84. I believe the confidence of the NIH study group in our grant proposal was based more on our past successes rather than strictly on the prospect of success for the EPO project.

16. I would further add that once the EPO gene was cloned and the sequence made available, it was straightforward for someone to clone and express the gene. In our own research, we did just that. Beginning in about the Summer of 1985, we commenced a project to (1) clone the human EPO gene from a genomic library, (2) clone an EPO cDNA, and (3) express the cDNA in insect cells in order to study the N-linked oligosaccharide on recombinant EPO. This work was published in Wojchowski et al, Biochim. Biophys. Acta, 910, (1987), pp. 224-32, (attached as Exhibit D hereto), and Dr. Sytkowski and I were co-authors on this paper. The genomic cloning of the EPO gene and its characterization was performed by Don Wojchowski, who was a post-doctoral Fellow working in Dr. Sytkowski's laboratory, using information from the EPO gene sequence published by Jacobs et al,

7

<u>Nature</u>, 313 (1985), pp. 806-810. As described in the Wojchowski article, we were successful in cloning the EPO gene from a human genomic library similar to the Lawn library using an oligonucleotide probe corresponding to the first 30 nucleotides of protein coding exon IV from the Jacobs sequence. This sequence is identical to the sequence of exon IV in Table VI of EP 148 605. The genomic cloning was completed and the gene characterized within a few months. Next, we generated EPO mRNA through the transient expression of the human genomic clone in COS cells. We then cloned EPO cDNA as described in the Wojchowski article and expressed recombinant EPO in COS cells and later in insect cells. The cloning of EPO cDNA and expression in COS cells was completed within the first part of 1986, and timewise, I would comment that this project was one of several we were working on at the time, and we did not pursue it at a furious pace. Thus, with the EPO gene sequence available, it was straightforward and only required a few months to clone the gene and to express the recombinant protein.

Executed this _____3ʳᵈ_____ day of ____January____ 1997 at Boston, Massachusetts.

_____
Stuart H. Orkin

8

AM670256223

AM-ITC 01040839

CURRICULUM VITAE

Name: Stuart H. Orkin, M.D.

Home Address: 16 Winnetaska Rd., Waban, MA 02168

Date of Birth: April 23, 1946

Place of Birth: New York, N.Y.

Education:

1967 BS    Massachusetts Institute of Technology, Cambridge, MA.
1972 MD    Harvard Medical School, Boston, MA.

Postdoctoral Training:

Internship and Residency:

1972-73    Intern in Pediatrics, Children's Hospital Medical Center, Boston, MA
1975-76    Resident in Pediatrics, Children's Hospital

Clinical Fellowships:

1972-73    Clinical fellow in Pediatrics, Harvard Medical School
1975-76    Clinical fellow in Pediatrics, Harvard Medical School
1976-78    Fellow in Medicine (Hematology and Oncology), Children's Hospital Medical Center and the Dana Farber Cancer Institute, Boston, MA

Research Fellowships:

1973-75    Research Associate, Laboratory of Molecular Genetics, National Institute of Child Health and Human Development, NIH, Bethesda, MD
1976-78    Research Fellow in Pediatrics, Harvard Medical School

Licensure and Certification:

1978    Massachusetts License
1978    American Board of Pediatrics

1

AM670256224                                    AM-ITC 01040840

Academic Appointments:

1978-81    Assistant Professor of Pediatrics, Harvard Medical
           School
1981-87    Associate Professor of Pediatrics, Harvard Medical
           School
1986-      Investigator, Howard Hughes Medical Institute
1987-      Leland Fikes Professor of Pediatric Medicine,
           Harvard Medical School

Hospital Appointment:

1978-      Associate in Medicine (Hematology and Oncology),
           Children's Hospital Medical Center
1978-      Associate Physician, Dana Farber Cancer Institute

Awards and Honors:

1976-78    Basil O'Connor Starter Research Award of the
           National Foundation-March of Dimes
1976-79    NIH Young Investigator Award
1979-84    NIH Research Career Development Award (NHLBI)
1984       AFCR Clinical Research Award
1986-      Investigator, Howard Hughes Medical Institute
1986       Dameshek Award, American Society of Hematology
1987       Chairman, Gordon Conference on Molecular Genetics
1987       Mead Johnson Award, American Academy of Pediatrics
1988       Ben Abelson Visiting Professor, Department of
           Pediatrics, Washington University
1988       Karl Meyer Lectureship, University of California
           Medical Center
1988       Harvey Lecture
1988       Councillor, American Society of Hematology
1989-90    President, American Society of Clinical
           Investigation
1989       Robert and Courtney Steel Visiting Professorship
           in Pediatrics at Memorial Sloan Kettering Cancer
           Center
1991-      Member, National Academy of Sciences
1992-      Member, Institute of Medicine
1992       The Stratton Lecture, 24th Congress of the
           International Society of Haematology
1992-      Member, American Academy of Arts and Sciences

Major Committee Assignments:

    National and Regional
1992       Member, External Advisory Review Committee on Gene
           Therapy, Department of Internal Medicine, The
           University of Michigan Medical Center
1992-      Awards Committee, E. Mead Johnson Award for
           Research in Pediatrics
1993       Scientific Advisor, Lindsley F. Kimball Research
           Institute of the New York Blood Center

2

AM670256225                                          AM-ITC 01040841

| 1993 | External Advisory Committee for Research, The University of Texas, MD Anderson Cancer Center |
| 1993 | External Advisory Committee, Indiana University School of Medicine, Herman B. Wells Center for Pediatric Research |

Hospital

| 1990- | The Research Faculty Council |
| 1992- | Awards and Review Committee |

Professional Societies:

| 1979- | American Society of Hematology |
| 1980- | Society for Pediatric Research |
| 1982- | American Society for Clinical Investigation |
| 1983- | American Society of Human Genetics |
| 1989- | Association of American Physicians |

Editorial Boards:

| 1983-1986 | Blood |
| 1983-1986 | American Journal of Human Genetics |
| 1987-1989 | Genomics |
| 1990-1991 | New England Journal of Medicine |
| 1992- | Annual Review of Genetics |

Major Research Interests:

1. Molecular genetics and biology of human disease
2. Thalassemia syndromes and hemoglobin synthesis
3. Prenatal diagnosis of genetic disease
4. Molecular biology of coagulation
5. Molecular genetics and biochemistry of the phagocytic cell
6. Gene transfer and expression in hematopoietic cells

Teaching Experience:

| 1979- | Lectures in hematology section of the Harvard Medical School pathophysiology course |
| 1979- | Attending physician, Division of Hematology Oncology, Children's Hospital and Sidney Farber Cancer Institute |
| 1980- | Attending physician, Department of Medicine, Children's Hospital Medical Center |
| 1979- | Lecturer in Harvard Medical Postgraduate Internal Medicine and Pediatric Courses |

3

AM670256226                                            AM-ITC 01040842

Administrative Roles:

1985-      Member, MD-PhD Selection Committee (Harvard
           Medical)
1987-1988  Member, National Research Council Committee on
           Mapping and Sequencing the Human Genome
1987-1991  Mammalian Genetics Study Section, NIH

Principal Clinical and Hospital Service Responsibilities:

1978-      Attending physician, Division of Hematology
           Oncology, Children's Hospital and Sidney Farber
           Cancer Institute
1980-      Attending physician, Department of Medicine,
           Children's Hospital

Publications

A. Original Reports

1.  Dowben, R.M., Orkin, S.H.: Extrinsic cotton effects in
dye-bovine plasma albumin adducts. Proc. Natl. Acad. Sci.
USA 58: 2051-2054, 1967.

2.  Orkin, S.H., Littlefield, J.W.: Nitrosoguanidine
mutagenesis in synchronized hamster cells. Exp. Cell Res.
66: 69-74, 1971.

3.  Orkin, S.H., Littlefield, J.W.: Mutagenesis to
aminopterin resistance in cultured hamster cells. Exp. Cell
Res. 69: 174-180, 1971.

4.  Orkin, S.H., Buchanan, P.D., Yount, W.J., Reisner, H.,
Littlefield, J. W.: Lambda-chain production in human
lymphoblast-mouse fibroblast hybrids.  Proc. Natl. Acad.
Sci. USA 70: 2401-2405, 1973.

5.  Orkin, S.H., Harosi, F.I., Leder, P.: Differentiation of
erythroleukemic cells and their somatic hybrids. Proc. Natl.
Acad. Sci. USA 72: 98-102, 1975.

6.  Leder, A., Orkin, S.H., Leder, P.: Differentiation of
erythroleukemic cells in the presence of inhibitors of DNA
synthesis. Science 90: 893-894, 1975.

7.  Orkin, S.H., Swan, D., Leder, P.: Differential
expression of alpha- and beta-globin genes during
differentiation of cultured erythroleukemic cells. J. Biol.
Chem. 250: 8753-8760, 1975.

8.  Orkin, S.H., Swerdlow, P.S.: Globin RNA synthesis in
vitro by isolated erythroleukemic cell nuclei: Direct
evidence of increased transcription during erythroid
differentiation. Proc. Natl. Acad. Sci. USA 74: 2475-2479,
1977.

4

AM670256227                                    AM-ITC 01040843

9.  Orkin, S.H.: In vitro synthesis of a DNA probe for antisense globin sequences. J. Biol. Chem. 252: 5606-5608, 1977.

10.  Orkin, S.H.: Fidelity of globin ribonucleic acid synthesis by isolated nuclei: Asymmetric gene expression. Biochem. 17: 487-492, 1978.

11.  Orkin, S.H.: Selective restriction endonuclease cleavage of human globin genes. J. Biol. Chem. 253: 12-15, 1978.

12.  Orkin, S.H., Alter, B.P., Altay, C., Mahoney, M.J., Lazarus, H., Hobbins, J.C., Nathan, D.G.: Application of endonuclease mapping to the analysis and prenatal diagnosis of thalassemias caused by globin gene-deletion. N. Engl. J. Med. 299: 166-172, 1978.

13.  Orkin, S.H.: The duplicated human alpha globin genes lie close together in the cellular DNA. Proc. Natl. Acad. Sci. USA 75: 5950-5954, 1978.

14.  Orkin, S.H., Old, J., Weatherall, D.J., Nathan, D.G.: Partial deletion of beta globin gene DNA in certain patients with beta-thalassemia. Proc. Natl. Acad. Sci. USA 76: 2400-2404, 1979.

15.  Orkin, S.H., Old, J. Lazarus, H., Altay, C., Gurgey, A., Weatherall, D.J.: The molecular basis of alpha thalassemias: frequent occurrence of dysfunctional alpha loci among non-Asians with HbH disease. Cell 17: 33-42, 1979.

16.  Orkin, S.H., Alter, B.P., Altay, C.: Deletion of A-gamma-globin gene sequences in G-gamma-delta/beta-thalassemia. J. Clin. Invest. 64: 866-869, 1979.

17.  Gusella, J., Varsanyi-Breiner, A., Kao, F-T, Jones, C., Puck, T., Keys, C., Orkin, S.H., Housman, D.: Precise localization of the human beta-globin gene complex in chromosome 11. Proc. Natl. Acad. Sci. USA 76: 5239-5243, 1979.

18.  Orkin, S.H., Kolodner, R., Michelson, A., Husson, R.: Cloning and direct examination of a structurally abnormal human beta-thalassemia globin gene. Proc. Natl. Acad. Sci. USA 77: 3558-3562, 1980.

19.  Orkin, S.H., Michelson, A.: Partial deletion of the alpha-globin structural gene in human alpha-thalassemia. Nature 286: 538-540, 1980.

AM670256228    AM-ITC 01040844

20.  Michelson, A., Orkin, S.H.: The 3'-untranslated regions of the duplicated human alpha-globin genes are unexpectedly divergent. Cell 22: 371-377, 1980.

21.  Orkin, S.H. Goff, S.C., Nathan, D.G.: Heterogeneity of the DNA deletion in gamma/delta/beta-thalassemia. J. Clin. Invest. 67: 878-884, 1981.

22.  Orkin, S.H., Goff, S.C.: The duplicated human alpha-globin genes: Their relative expression as measured by RNA analysis.  Cell 24: 345-351, 1981.

23.  Orkin, S.H., Goff, S.C., Hechtman, R.L.: A mutation in an intervening sequence splice junction in man. Proc. Natl. Acad. Sci. USA 78: 5041-5045, 1981.

24.  Orkin, S.H., Goff, S.C.: Nonsense and frameshift mutations in  beta-thalassemia detected in cloned beta-globin genes. J. Biol. Chem. 256: 9782-9784, 1981.

25.  Distesche, C., Kunkel, L.M., Lojewski, A., Orkin, S.H., Eisenhard, M., Sahar, E., Travis, D., Latt, S.A.: Isolation of mouse X-chromosome specific DNA from an X-enriched lambda-phage library derived from flow sorted chromosomes. Cytometry 2: 282-286, 1982.

26.  Orkin, S.H., Kazazian, H.H. Jr., Antonarakis, S.E., Goff, S.C., Boehm, C.D., Sexton, J.P., Waber, P.G., Giardina, P.J.V.: Linkage of beta-thalassaemia mutations, and beta-globin gene polymorphisms with DNA polymorphisms in the human beta-globin gene cluster. Nature 296: 627-631, 1982.

27.  Orkin, S.H., Little, P.F.R., Kazazian, H.H.Jr., Boehm, C.D.: Improved detection of the sickle mutation by DNA analysis and its application to prenatal diagnosis. N. Engl. J. Med. 307: 32-36, 1982.

28.  Felber, B., Orkin, S.H., Hamer, D.H.: Abnormal RNA splicing causes one form of alpha-thalassemia. Cell 29: 895-902, 1982.

29.  Antonarakis, S.E., Orkin, S.H., Kazazian, H.H. Jr., Goff, S.C., Boehm, C.D., Waber, P.G., Sexton, J.P., Ostrer, H., Fairbanks, V.F., Chakravarti, A.: Evidence for multiple origins of the beta E-globin gene in Southeast Asia. Proc. Natl. Acad. Sci. USA 79: 6608-6611, 1982.

30.  Spritz, R.A., Orkin, S.H.: Duplication followed by deletion accounts for the structure of an Indian deletion beta-thalassemia gene. Nucl. Acids Res. 20: 8025-8029, 1982.

31.  Michelson, A.M., Orkin, S.H.: Characterization of the homopolymer tailing reaction catalyzed by terminal

AM670256229    AM-ITC 01040845

deoxynucleotidyl transferase: implications for the cloning of cDNA. J. Biol. Chem. 257: 14773-14782, 1982.

32. Orkin, S.H., Kazazian, H.H. Jr., Antonarakis, S.E., Ostrer,H., Goff, S.C., Sexton, J.P.: Abnormal RNA processing due to the exon mutation of the beta-globin gene. Nature 300: 768-769, 1982.

33. Michelson, A.M., Markham, A.F., Orkin, S.H.: Isolation and DNA sequence of a full-length cDNA clone for human X-chromosome encoded phosphoglycerate kinase. Proc. Natl. Acad. Sci. USA, 80: 472-476, 1983.

34. Orkin, S.H., Markham, A.F., Kazazian, H.H. Jr.: Direct detection of the common Mediterranean beta-thalassemia gene with synthetic DNA probes: an alternate approach for prenatal diagnosis. J. Clin. Invest. 71: 775-779, 1983.

35. Prochownik, E.V., Markham, A.F., Orkin, S.H.: Isolation of a cDNA clone for human antithrombin III, J. Biol. Chem. 258: 8369-8394, 1983.

36. Prochownik, E.V., Antonarakis, S.E., Bauer, K., Rosenberg, R., Fearon, E.R., Orkin, S.H.: Molecular heterogeneity of inherited antithrombin III deficiency, N. Engl. J. Med, 308: 1549-1552, 1983.

37. Michelson, A.M., Orkin, S.H.: Boundaries of gene conversion within the duplicated human alpha-globin genes: concerted evolution by segmental recombination, J. Biol. Chem., 258: 15245-15254, 1983.

38. Fearon, E.R., Kazazian, H.H. Jr., Waber, P.G., Lee, J.I., Antonarakis, S.E., Orkin, S.H., Vanin, E.F., Henthorn, P.S., Grosveld, F.G., Scott, A.F., Buchanan, G.R.: The entire beta-globin gene cluster is deleted in one form of gamma/delta/beta-thalassemia. Blood, 61: 1273-1278, 1983.

39. Treisman, R., Orkin, S.H., Maniatis, T.: Specific transcription and RNA splicing defects in five cloned beta-thalassaemia genes. Nature, 302: 591-596, 1983.

40. Schwaber, J., Molgaard, H.,Orkin, S.H., Gould, H.J., Rosen, F.S.: Early pre-B cells from normal and X-linked agamglobulinemia produce Cmu without variable region. Nature, 304: 355-358, 1983.

41. Orkin, S.H., Sexton, J.P., Goff, S.C., Kazazian, H.H., Jr.: Inactivation of an acceptor RNA splice site by a short deletion in beta-thalassemia. J. Biol. Chem., 258: 7249-7251, 1983.

42. Kazazian, H.H., Jr., Orkin, S.H., Boehm, C.D., Sexton, J.P., Antonarakis, S.E.: Beta-Thalassemia due to deletion

7

AM670256230

AM-ITC 01040846

of the nucleotide which is substituted in sickle cell
anemia. Amer. J. Human Genetics, 35: 1028-1033,
1983.

43.  Orkin, S.H., Sexton, J.P., Cheng, T-c, Goff, S.C.,
Giardina, P.J.V., Lee, J.I., Kazazian, H.H. Jr.: ATA box
transcription mutation in beta-thalassemia. Nucl. Acids Res.
11: 4727-4734, 1983.

44.  Wainscoat, J.S., Old, J.M., Weatherall, D.J. Orkin,
S.H.: The molecular basis for the clinical diversity of
beta-thalassaemia in Cypriots. Lancet: 1235-1237, 1983.

45.  Dryja, T.P., Bruns, G.A.P., Orkin, S.H., Albert, D.M.,
Gerald, P.S.: Isolation of DNA fragments from chromosome 13.
Retina 3: 121-125, 1983.

46.  Orkin, S.H., Daddona, P.E., Shewach, D.S., Markham,
A.F., Bruns, G.A., Goff, S.C., Kelley, W.N.: Molecular
cloning of human adenosine deaminase gene sequences.  J.
Biol. Chem., 258: 12753-12756, 1983.

47.  Antonarakis, S.E., Orkin, S.H., Cheng, T-c, Scott,
A.F., Sexton, J.P., Trusko, S., Charache, S., Kazazian, H.H.
Jr. Beta-thalassemia in American Blacks: Novel mutations in
the TATA box and IVS-2 acceptor splice site.  Proc. Natl.
Acad. Sci., 81: 1154-1158, 1984.

48.  Hutz, M.H., Michelson, A.M., Antonarakis, S.E., Orkin,
S.H., Kazazian, H.H.Jr.: Restriction site polymorphism in
the phosphoglycerate kinase gene on the X chromosome, Human
Genetics, 66: 217-219, 1984.

49.  Cheng, T-c, Orkin, S.H., Antonarakis, S.E., Potter,
M.J., Sexton, J.P., Markham, A.F., Giardina, P.J.V., Li, A.,
Kazazian, H.H.Jr.: Beta-Thalassemia in Chinese: Use of in
vivo RNA analysis and oligonucleotide hybridization in
systematic characterization of molecular defects. Proc.
Natl. Acad. Sci. USA, 81: 2821-2825, 1984.

50.  Morton, C.C., Kirsch, I.R., Taub, R.A., Orkin, S.H.,
Brown, J.A. Localization of the beta-globin gene by
chromosomal in situ hybridization. Amer. J. Human Genet.,
36: 576-585, 1984.

51.  Kazazian, H.H. Jr., Orkin, S.H., Antonarakis, S.E.,
Sexton, J.P., Boehm, C.D., Goff, S.C., and Waber, P.G.
Molecular characterization of seven beta-thalassemia
mutations in Asian Indians, EMBO, 3: 593-596, 1984.

52.  Kazazian, H.H.Jr., Orkin, S.H., Markham, A.F., Chapman,
C.R., Youssoufian, H.A., and Waber, P.G. Quantitation of the
close association between DNA haplotypes and specific beta-
thalassemia mutations in Mediterraneans. Nature, 310: 152-
154, 1984.

8

53.  Orkin, S.H., Goldman, D., and Sallan, S.E.  Development of homozygosity for chromosome 11p markers in Wilms' Tumor. Nature, 309: 172-174, 1984.

54.  Orkin, S.H., Antonarakis, S.E., and Loukopoulos, D. Abnormal processing of Knossos RNA.  Blood, 64: 311-313, 1984.

55.  Orkin, S.H., Antonarakis, S.E., and Kazazian, H.H., Jr., Base substitution at position -88 in a beta-thalassemic globin gene: further evidence for the role of distal promoter element ACACCC. J. Biol. Chem., 259: 8679-8681, 1984.

56.  Ginsburg, D., Antin, J.H., Smith, B.R., Orkin, S.H., and Rappeport, J.M. Origin of cell populations following bone marrow transplantation: analysis using DNA sequence polymorphisms. J. Clin. Invest. 75: 596-603, 1984.

57.  Daddona, P.E., Shewach, D.S., Kelley, W.M., Argos, P., Markham, A.F., and Orkin, S.H. Human adenosine deaminase: cDNA and complete primary amino acid sequence. J. Biol. Chem., 259: 12101-12106, 1984.

58.  Platt, O., Orkin, S.H., Dover, G., Beardsley, G.P., Miller, B., Nathan, D.G.  Hydroxyurea enhances fetal hemoglobin production in sickle cell anemia. J. Clin. Invest., 74: 652-656, 1984.

59.  Weinberg, R.S., Antonarakis, S.E., Kazazian, H.H.Jr., Dover, G.J., Orkin, S.H., Lenes, A.L., Schofield, J.M, and Alter, B.P. Fetal hemoglobin synthesis in erythroid cultures in hereditary persistence of fetal hemoglobin and beta-thalassemia. Blood, 63: 1278-1284, 1984.

60.  van den Elsen, P., Shepley, B.A., Borst, J., Coligan, J.E., Markham, A.F., Orkin, S.H., Terhorst, C.  Isolation of cDNA clones coding for the 20kD T3 glycoprotein which is associated with antigen specific receptors on the surface of human T lymphocytes. Nature, 312: 413-418, 1984.

61.  Prochownik, E.V, Orkin, S.H.  In vivo transcription of a human antithrombin III minigene.  J. Biol. Chem. 259: 15386-15392, 1984.

62.  Orkin, S.H., Cheng, T-c, Antonarakis, S.E., Kazazian, H.H.Jr. Thalassemia due to a mutation in the cleavage-polyadenylation signal of the human beta-globin gene. EMBO, 4: 453-456, 1985.

63.  Orkin, S.H., Goff, S.C., Kelley, W.N., Daddona, P.E. Transient expression of human adenosine deaminase cDNAs: identification of a nonfunctional clone resulting from a

9

AM670256232                                    AM-ITC 01040848

single amino acid substitution. Mol. Cell. Biol. 5: 762-767, 1985.

64.  Michelson, A.M., Bruns, G.A.P., Morton, C.C., Orkin, S.H. The human phosphoglycerate kinase multigene family: HLA-associated sequences and an X-linked locus containing a processed pseudogene and its functional counterpart. J. Biol. Chem., 260: 6982-6992, 1985.

65.  Michelson, A.M., Blake, C.C.F., Evans, S.T., Orkin, S.H. Structure of the human phosphoglycerate kinase gene and the intron-mediated evolution and dispersal of the nucleotide binding domain.  Proc. Natl. Acad. Sci. 82: 6965-6969, 1985.

66.  Ginsburg, D., Handin, R.I., Bonthron, D.T., Bruns, G.A.P., Donlon, T.A., Latt, S.A., Orkin, S.H.  Human von Willebrand Factor (vWF): isolation of complementary DNA (cDNA) clones and chromosomal localization. Science, 228: 1401-1406, 1985.

67.  Ault, K.A., Antin, J.H., Ginsburg, D., Orkin, S.H., Rappeport, J.M., Keohan, M.L., Martin, P., Smith, B.R. The phenotype of recovering lymphoid cell populations following Bone marrow transplantation. J. Exp. Med, 161: 1483-1502, 1985.

68.  Elsen, P., Bruns, G., Gerhard, D.S., Pravtcheva, D., Jones, C, Housman, D., Ruddle, F.A., Orkin, S.H., Terhorst, C. Assignment of the gene coding for the T3-delta subunit of the T3-T-cell receptor complex to the long arm of human chromosome 11 and to mouse chromosome 9. Proc. Natl. Acad. Sci. (USA) 82: 2920-2924, 1985.

69.  Antin, J.H., Ginsburg, D., Smith, B.R., Nathan, D.G., Orkin, S.H., Rappeport, J.M.  Bone marrow transplantation for paroxysmal nocturnal hemoglobinuria: eradication of the PNH clone and documentation of complete lymphohematopoietic engraftment.  Blood 66: 247-1250, 1985.

70.  Bonthron, D.T., Markham, A.F., Ginsburg, D., Orkin, S.H. Identification of a point mutation in the adenosine deaminase gene responsible for immunodeficiency. J. Clin. Invest. 76: 894-897, 1985.

71.  Prochownik, E.V., Bock, S.C., Orkin, S.H.  Intron structure of the human antithrombin III gene differs from that of other members of the serine protease inhibitor superfamily.  J. Biol. Chem. 260: 9608-9612, 1985.

72.  Collins, T., Ginsburg, D., Boss, J.M., Orkin, S.H., Pober, J.S.  Cultured human endothelial cells express platelet-derived growth factor beta-chain: cDNA cloning and structural analysis. Nature 316: 748-750, 1985.

AM670256233                                AM-ITC 01040849

73.  Miller, B.A., Sallameh, M., Ahmed, M., Wainscoat, J., Antognetti, G., Orkin, S.H., Weatherall, D.J., Nathan, D.G. High fetal hemoglobin production in sickle cell anemia in the oases of eastern Saudi Arabia is genetically determined. Blood, 67: 1404-1410, 1986.

74.  Baehner, R.L., Kunkel, L.M., Monaco, A.P., Haines, J.L., Conneally, P.M., Palmer, C., Heerema, N., Orkin, S.H. DNA linkage analysis of X-linked chronic granulomatous disease. Proc. Natl. Acad. Sci. (USA) 83: 3398-3401, 1986.

75.  Williams, D.A., Orkin, S.H., Mulligan, R.C. Retrovirus-mediated transfer of human adenosine deaminase sequences into cells in culture and into murine hematopoietic cells in vivo. Proc. Natl. Acad. Sci. (USA) 83: 2566-2570, 1986.

76.  Fay, P.J., Kawai, Y., Wagner, D.D., Ginsburg, D., Bonthron, D., Ohlsson-Wilhelm, B.M., Chavin, S.I., Abraham, G.N., Handin, R.I., Orkin, S.H., Montgomery, R.R., Marder, V.J. The propolypeptide of von Willebrand Factor circulates in blood and is identical to von Willebrand antigen II. Science 232: 995-998, 1986.

77.  Kazazian, H.H.Jr., Orkin, S.H., Boehm, C.D., Goff, S.C., Wong, C., Dowling, C.E., Newburger, P.E., Knowlton, R.G., Brown, V., Donis-Keller, H. Characterization of a spontaneous mutation to a beta-thalassemia allele. Amer J. Hum. Genet., 38: 860-867, 1986.

78.  Groopman, J.E., Sullivan, J.L., Mulder, C., Ginsburg, D., Orkin, S.H., O'Hara, C.J., Falchuk, K., Wong-Staal, F., Gallo, R.C. Pathogenesis of B cell lymphoma in a patient with AIDS.  Blood, 67: 612-615, 1986.

79.  Wong, C., Antonarakis, S.E., Goff, S.C., Orkin, S.H., Boehm, C.D., Kazazian, H.H.Jr.  On the origin and spread of beta-thalassemia: recurrent observation of four mutations in different ethnic groups. Proc. Natl. Acad. Sci. (USA), 83: 529-6532, 1986.

80.  Erikson, R.P., Michelson, A.M., Rosenberg, M.P., Sanchez, E., Orkin, S.H.  Post-meiotic transcription of phosphoglycerate-kinase 2 in mouse testes.  Bioscience Reports 5: 1087-1091, 1985.

81.  van den Elsen, P., Georgopoulos, K., Shepley, B-A., Orkin, S.H., Terhorst, C.  Exon/intron organization of the genes coding for the delta-chains of the human and murine T-cell receptor/T3 complex.  Proc. Natl. Acad. Sci. (USA) 83: 2944-2948, 1986.

11

AM670256234                                    AM-ITC 01040850

82.  Royer-Pokora, B., Kunkel, L.M., Monaco, A., Goff, S.C., Baehner, R.L., Cole, F.S., Curnutte, J., Newburger, P.E., Orkin, S.H.  Cloning the gene for an inherited human disorder (chronic granulomatous disease) on the basis of its chromosomal location.  Nature 322: 32-38, 1986.

83.  Kwiatkowski, D.J., Stossel, T.P., Orkin, S.H., Mole, J.E., Colten, H.R., Yin, H.L.  Plasma and cytoplasmic gelsolins are encoded by a single gene and contain a duplicated actin-binding domain.  Nature 323: 455-458, 1986.

84.  Bonthron, D.T., Handin, R.I., Kaufman, R.J., Wasley, L.C., Orr, E.C., Mitsock, L.M., Ewenstein, B., Loscalzo, J., Ginsburg, D., and Orkin, S.H.  Primary structure of pre-pro-von Willebrand factor and expression in heterologous cells.  Nature, 324: 270-273  1986.

85.  Bonthron, D., Orr, E.C., Mitsock, L.M., Ginsburg, D., Handin, R.I., and Orkin, S.H.  Nucleotide sequence of pre-pro-von Willebrand factor cDNA.  Nucl. Acids Res.  14: 7125-7127, 1986.

86.  Miller, B.A., Olivieri, N., Salmeh, M., Ahmed, M., Antognetti, G., Nathan, D.G., Orkin, S.H.  Molecular analysis of the high F phenotype in Saudi Arabian sickle cell anemia.  N. Engl. J. Med., 316: 244-250, 1987.

87.  Miller, B.A., Salameh, M., Ahmed, M., Olivieri, N., Huisman, T.H., Orkin, S.H., and Nathan, D.G. Analysis of high fetal hemoglobin production in sickle cell anemia patients from the eastern province of Saudi Arabia. Prog. Clin. Biol. Res. 251: 415-426, 1987.

88.  Dinauer, M.C., Orkin, S.H., Brown, R., Jesaitis, A.J., and Parkos, C.A. The glycoprotein encoded by the X-linked chronic granulomatous disease locus is a component of the neutrophil b-cytochrome complex.  Nature 327: 717-720, 1987.

89.  Ezekowitz, R.A.B., Orkin, S.H., and Newburger, P.E. Recombinant interferon gamma augments phagocyte superoxide production and X-CGD gene expression in X-linked "variant" chronic granulomatous disease.  J. Clin. Invest., 80: 1009-1016, 1987.

90.  Olivieri, N.F., Chang, L.S., Poon, A.O., Michelson, A.M., and Orkin, S.H.  An initiation codon mutation in the alpha-1 globin gene in a black family with HbH disease.  Blood, 70: 729-732, 1987.

91.  Collins, T., Bonthron, D.T., and Orkin, S.H. Alternative RNA splicing of encoded platelet-derived growth factor A chain. Nature, 328: 621-624, 1987.

12

AM670256235          AM-ITC 01040851

92. Miller, B.A., Salameh, M., Ahmed, M., Olivieri, N., Antognetti, G., Orkin, S.H., Huisman, T.H.J., and Nathan, D.G. Analysis of hemoglobin F production in Saudi Arabian families with sickle cell anemia. Blood, 70: 716-720, 1987.

93. Lim, B., Williams, D.A., and Orkin, S.H. Retroviral-mediated gene transfer of human adenosine deaminase: expression of functional enzyme in murine hematopoietic stem cells in vivo. Mol. Cell. Biol., 7: 3459-3465, 1987.

94. Vogelstein, B., Fearon, E.R., Hamilton, S.R., Preisinger, A.C., Willard, H.F., Michelson, A.M., Riggs, A.D., and Orkin, S.H. Clonal analysis using recombinant DNA probes from the X chromosome. Cancer Research, 47: 4806-4813, 1987.

95. Wojchowski, D.M., Orkin, S.H., and Sytkowski, A.J. Active human erythropoietin expressed in insect cells using a baculovirus vector: A role for N-linked oligosaccharide. Biochim. Biophys. Acta. 910: 224-232, 1987.

96. Williams, D.A., Lim, B., and Orkin, S.H. Transfer and expression of human ADA in murine hematopoietic stem cells. Prog. Clin. Biol. Res. 251: 567-580, 1987.

97. Bonthron, D.T., Morton, C.A., Orkin, S.H., and Collins, T. Platelet-derived growth factor A chain: gene structure, chromosomal location, and basis for alternative mRNA splicing. Proc. Natl. Acad. Sci. USA, 85: 1492-1496, 1988.

98. Bonthron, D.T., and Orkin, S.H. The human von Willebrand factor gene. Structure of the 5' region. Eur. J. Biochem. 171: 51-57, 1988.

99. Wise, R.J., Pittman, D.D., Handin, R.I., Kaufman, R.J., and Orkin, S.H. The propeptide of von Willebrand factor independently mediates the assembly of von Willebrand multimers. Cell 52: 229-236, 1988.

100. Frey, D., Machler, M., Seger, R., Schmid, W., and Orkin, S.H. Gene deletion in a patient with chronic granulomatous disease (CGD) and McLeod syndrome: fine mapping of the Xk gene locus. Blood 71: 252-255, 1988.

101. Newburger, P.E., Ezekowitz, R.A.B., Whitney, C., Wright, J., and Orkin, S.H. Induction of phagocyte cytochrome b heavy chain gene expression by interferon gamma. Proc. Natl. Acad. Sci. USA, 85: 5215-5219, 1988.

102. Ezekowitz, R.A.B., Dinauer, M.C., Jaffe, H.S., Orkin, S.H., and Newburger, P.E. Partial correction of the phagocyte defect in patients with X-linked chronic granulomatous disease by subcutaneous interferon gamma. N. Engl. J. Med.: 319, 146-151, 1988.

13

103. Parkos, C.A., Dinauer, M.C., Walker, L.E., Jesaitis, A.J. and Orkin, S.H.  The primary structure and unique expression of the 22 kd light chain of human neutrophil cytochrome b.  Proc. Natl. Acad. Sci. USA, 85: 3319-3323, 1988.

104. Barker, K.A., Orkin, S.H. and Newburger, P.E. Expression of the X-CGD gene during induced differentiation of myeloid leukemia cell line HL-60. Mol. Cell. Biol. 8: 2804-2810, 1988.

105. de Saint-Basile, G., Bohler, M.C., Fischer, A., Cartron, J, Dufier, J.L., Griscelli, C., and Orkin, S.H. Xp21 DNA microdeletion in a patient with chronic granulomatous disease, retinitis pigmentosa, and McLeod phenotype. Hum. Genet. 80: 85-89, 1988.

106. Brockdorff, N., Fisher, E.M.C., Orkin, S.H., Lyon, M.F., Brown, S.D.M.  Localization of the human X-linked gene for chronic granulomatous disease to the mouse X chromosome - implications for X chromosome evolution.  Cytogenetics & Cell Genet. 137: 3-12, 1988.

AM670256237                                    AM-ITC 01040853

107. Hirschhorn, R., Tzall, S., Ellenbogen, A., and Orkin, S.H. Identification of a point mutation resulting in a heat-labile adenosine deaminase (ADA) in two unrelated children with partial ADA deficiency. J. Clin. Invest. 83: 497-501 1989.

108. Wong, C., Antonarakis, S.E., Goff, S.C., Orkin, S.H., Forget, B.G., Nathan, D.G., Giardina, P.J.V., and Kazazian, H.H. Jr. Beta-Thalassemia due to two novel nucleotide substitutions in consensus acceptor splice sequences of the beta-globin gene. Blood 73: 914-918, 1989.

109. Martin, D.I.K., Tsai, S-F. and Orkin, S.H. Increased gamma-globin expression in a nondeletion HPFH mediated by an erythroid-specific DNA-binding factor. Nature 338: 435-438, 1989.

110. Parkos, C.A., Dinauer, M.C., Jesaitis, A.J., Orkin, S.H., and Curnutte, J.T. Absence of both the 91kD and 22kD subunits of human neutrophil cytochrome b in two genetic forms of chronic granulomatous disease. Blood 73: 1416-1420, 1989.

111. Tsai, S-F, Martin, D.I.K., Zon, L., D'Andrea, A., Wong, G., and Orkin, S.H. Cloning of cDNA for the major DNA-binding protein of the erythroid lineage through expression in mammalian cells. Nature, 339: 446-451, 1989.

112. Quinn, M.T., Parkos, C.A., Walker, L., Orkin, S.H., Dinauer, M.C., and Jesaitis, A.J. Association of Ras-related protein with cytochrome b of human neutrophils. Nature 342: 198-200, 1989.

113. Dinauer, M.C., Curnutte, J.T., Rosen, H., and Orkin, S.H. A missense mutation in the neutrophil cytochrome b heavy chain in X-linked chronic granulomatous disease. J. Clin. Invest., 84: 2012-2016, 1989.

114. Wise, R.J., Orkin, S.H., and Collins, T. Aberrant expression of platelet-derived growth factor A-chain cDNAs due to cryptic splicing of RNA transcripts in COS-1 cells. Nucl. Acids Res., 17: 6591-6601, 1989.

115. Lim, B., Apperley, J.F., Orkin, S.H., and Williams, D.A. Long term expression of human adenosine deaminase in mice transplanted with retroviral vector-infected hematopoietic stem cells. Proc. Natl. Acad. Sci USA, 86: 8892-8896, 1989.

116. Mendoza, A.E., Young, R., Orkin, S.H., and Collins, T. Increased platelet-derived growth factor A-chain expression in human uterine smooth muscle cells during the physiologic

15

hypertrophy of pregnancy. Proc. Natl. Acad. Sci. USA, 87: 2177-2181, 1990.

117. Zon, L.I., Tsai, S.-F., Burgess, S., Matsudaira, P., Bruns, G.A.P., and Orkin, S.H. The major human erythroid DNA-binding protein (GF-1; NF-E1; Eryf 1): Primary sequence and localization of the gene to the X chromosome. Proc. Natl. Acad. Sci. USA, 87: 668-672, 1990.

118. Gessler, M., Poustka, A., Cavenee, W., Neve, R.L., Orkin, S.H., and Bruns, G.A.P. Homozygous deletion in Wilms tumors of a zinc-finger gene identified by chromosome jumping. Nature, 343: 774-778, 1990.

119. Martin, D.I.K., Zon, L.I., Mutter, G., and Orkin, S.H. Expression of the erythroid transcription factor in megakaryocytic and mast cell lineages. Nature, 344: 444-447, 1990.

120. Young, R.M., Mendoza, A.E., Collins, T., and Orkin, S.H. Alternatively spliced platelet-derived growth factor A-chain transcripts are not tumor-specific but rather encode normal cellular proteins. Mol. & Cell. Biol., 10: 6051-6054, 1990.

121. Wilson, D.B., Dorfman, D.M., and Orkin, S.H. A non-erythroid GATA-binding protein is required for function of the human preproendothelin-1 promoter in endothelial cells. Mol. & Cell. Biol. 10: 4854-4862, 1990.

122. Youssoufian,H., Zon, L.I., Orkin, S.H., D'Andrea, A., and Lodish, H.F. Structure and transcription of the mouse erythropoietin receptor gene. Mol.& Cell. Biol., 10: 3675-3682, 1990.

123. Dinauer, M.C., Pierce, E.A., Bruns, G.A.P., Curnutte, J.T., and Orkin, S.H. Human neutrophil cytochrome-b light chain (p22-phox): Gene structure, chromosomal location, and mutations in cytochrome-negative autosomal recessive chronic granulomatous disease. J. Clin. Invest., 86: 1729-1737, 1990.

124. Yamamoto, M., Ko, L.J., Leonard, M.W., Beug, H., Orkin, S.H., and Engel, J.D. Activity and tissue-specific expression of the transcription factor NF-E1 multigene family. Genes Dev., 4: 1650-1662, 1990.

125. Martin, D.I.K. and Orkin. S.H. Transcriptional activation and DNA-binding by the erythroid factor GF-1/NF-E1/Eryf 1. Genes Dev., 4: 1886-1898, 1990.

126. Whitelaw, E., Tsai, S.-F., Hogben, P., Orkin, S.H. Regulated expression of globin chains and the erythroid

16

transcription factor (GATA-1) during erythropoiesis in the developing mouse. Mol. Cell. Biol., 10: 6596-6606, 1990.

127.   Ezekowitz, A.B., Sieff, C.A., Dinauer, M.C., Nathan, D.G., Orkin, S.H., Newburger, P.E.  Restoration of phagocyte function by interferon-gamma in x-linked chronic granulomatous disease occurs at the level of a progenitor cell. Blood, 76: 2443-2448, 1990.

128.   Pevny, L., Simon, C.S., Robertson, E., Klein, W.H., Tsai, S.-F., D'Agati, V., Orkin, S.H., Costantini, F. Erythroid differentiation in chimaeric mice blocked by a targeted mutation in the gene for transcription factor GATA-1. Nature, 349: 257-260, 1991.

129.  Chapman, V.M., Stephenson, D.A., Mullins, L.J., Keitz, B.T., Disteche, C., and Orkin, S.H. Linkage of the erythroid transcription factor gene (Gf-1) to the proximal region of the X chromosome of mice. Genomics: 9, 309-313, 1991.

130.   Ho, I-C, Vorhees, P., Marin, N., Oakley, B.K., Tsai, S.-F., Orkin, S., Leiden, J.M. Human GATA-3: A lineage-specific transcription factor that regulates the expression of the T cell receptor a gene.  EMBO, 10, 1187-1192, 1991.

131.   Tsai, S.-F., Strauss, E., Orkin, S.H. Functional analysis and in vivo footprinting implicate the erythroid transcription factor GATA-1 as a positive regulator of its own promoter.  Genes and Development, 5, 919-931, 1991.

132. Skalnik, D.G., Strauss, E.C., and Orkin, S.H.  CCAAT displacement protein as a repressor of the myelomonocytic-specific gp91-phox gene promoter.  J. Biol. Chem. 266, 16736-16744, 1991.

133. Skalnik, D.G., Dorfman, D.M., Williams, D.A., and Orkin, S.H.  Restriction of neuroblastoma to the prostate gland in transgenic mice.  Mol. Cell. Biol., 11, 4518-4527, 1991.

134. Skalnik, D.G., Dorfman, D.M., Perkins, A.S., Jenkins, N.A., Copeland, N.G., and Orkin, S.H. Targeting of the transgene expression to monocytes by cytochrome b heavy chain gene 5'-flanking sequences induces histiocytes malignancies.  Proc. Natl. Acad. Sci. USA, 88: 8505-8509, 1991.

135. Zon, L.I., Youssoufian, H., Mather, C., Lodish, F., and Orkin, S.H.  Activation of the erythropoietin receptor promoter by transcription factor GATA-1.  Proc. Natl. Acad. Sci. USA, 88, 10638-10641, 1991.

136. Zon, L.I., Mather, C., Burgess, C., Bolce, M., Harland, R., Orkin, S.H.  Expression of GATA-binding proteins during

17

AM670256240                                    AM-ITC 01040856

embryonic development in Xenopus laevis.  Proc. Natl. Acad. Sci. USA, 88, 10642-10646, 1991.

137. Dinauer, M.C., Pierce, E.A., Erickson, R.W., Muhlebach, T.J., Messner, H., Orkin, S.H., Seger, R.A., and Curnutte, J.T.  Point mutation in the cytoplasmic domain of the neutrophil p22-phox cytochrome b subunit is associated with a nonfunctional NADPH oxidase.  Proc. Natl. Acad. Sci. USA, 88:11231-11235, 1991.

138. Zon, L.I., Gurish, M.F., Stevens, R.L., Mather, C., Reynolds, D., Austen, K.F., and Orkin, S.H.  GATA-binding transcription factors in mast cells regulate the promoter of the mast cell carboxypeptidase A gene.  J. Biol. Chem. 266, 22948-22953, 1991.

139. Neufeld, E.J., Skalnik, D.G., Lievens, P.M.J., Orkin, S.H.  Human CCAAT displacement protein, a repressor of developmentally-regulated gene expression, is the homolog of the Drosophila homeodomain protein, cut.  Nature Genetics, 1, 50-55, 1992.

140. Dorfman, D.M., Wilson, D.B., Bruns, G.A.P., Orkin, S.H.  Human transcription factor GATA-2: Evidence for regulation of preproendothelin-1 (PPET-1) gene expression in endothelial cells.  J. Biol. Chem., 267, 1279-1285, 1992.

141. Zon, L.I., and Orkin, S.H.  Sequence of the human GATA-1 promoter.  Nucl. Acids Res.  20, 1812, 1992.

142. Strauss, E.C., Andrews, N.C., Higgs, D.R., and Orkin, S.H.  In vivo footprinting of the human α-globin locus upstream regulatory element by guanine and adenine ligation-mediated polymerase chain reaction.  Mol. Cell. Biol.  12, 2135-2142, 1992.

143. Simon, M.C., Pevny, L., Wiles, M.W., Keller, G., Costantini, F., and Orkin, S.H. Rescue of erythroid development in gene targeted GATA-1⁻mouse embryonic stem cells. Nature Genetics, 2, 92-98, 1992.

144. Sposi, N.M., Zon, L.I., Care, A., Valtieri, M., Testa, U., Gabbianelli, M., Mariani, G., Bottero, L., Orkin, S.H., and Peschle, C.  Cycle-dependent initiation and lineage-dependent abrogation of GATA-1 expression in pure differentiating hematopoietic progenitors.  Proc. Natl. Acad. Sci., USA., 89:6353-6357, 1992.

145. Strauss, E.C., and Orkin, S.H.  Human ß-globin locus control region hypersensitive site 3: in vivo protein-DNA interactions.  Proc. Natl. Acad. Sci. USA., 89:5809-5813, 1992.

AM670256241                                    AM-ITC 01040857

146. de Boer, M., Bolscher, B.G.J.M., Dinauer, M.C., Orkin, S.H., Weening, R.S., and Roos, D. Splice site mutations are a common cause of X-linked chronic granulomatous disease. Blood, 80:1553-1558, 1992.

147. Aplan, P.D., Nakahara, K., Orkin, S.H. and Kirsch, I.R. The SCL gene product: A positive regulator of erythroid differentiation.  EMBO J., 11:4073-4081, 1992.

148. Arceci, R.J., King, A.A.J., Simon, M.C., Orkin, S.H., and Wilson, D.B. Mouse GATA-4: a retinoic acid-inducible GATA-binding transcription factor expressed in endodermally derived tissues and hear.  Mol. Cell. Biol. 13:2235-2246, 1993.

149. Andrews, N.C., Erdjument-Bromage, H., Davidson, M.B., Tempst, P., and Orkin, S.H.  Erythroid transcription factor NF-E2 is a haematopoietic-specific basic-leucine zipper protein.  Nature 362:722-728, 1993.

150. Peters, L.L., Andrews, N.C., Eicher, E.M., Davidson, M.B., Orkin, S.H., and Lux, S.E.  Mouse microcytic anaemia caused by a defect in the gene encoding the globin enhancer-binding protein NF-E2. Nature,  362:768-770, 1993.

151. Zon, L.I., Yamaguchi, Y., Yee, K., Albee, E.A., Kimura, A., Bennett, J.C., Orkin, S.H., and Ackerman, S.J. Expression of mRNA for the GATA-binding proteins in human eosinophils and basophils: Potential role in gene transcription.  Blood 81:3234-3241, 1993.

152. Merika, M., and Orkin, S.H.  DNA-binding specificity of GATA-family transcription factors. Mol. Cell. Biol., 13:3999-4010, 1993.

153. Kreider, B.L., Orkin, S.H., and Ihle, J.N. Loss of erythropoietin responsiveness in erythroid progenitors due to expression of the Evi-1 myeloid transforming gene.  Proc. Natl. Acad. Sci. USA, 90:6454-6458, 1993.

154. Bodine, D.M., Moritz, T., Donahue, R.E., Luskey, B.D., Kessler, S.W., Martin, D.I.K., Orkin, S.H., Nienhuis, A.W., and Williams, D.A.  Long-term in vivo expression of a murine adenosine deaminase gene in rhesus monkey hematopoietic cells of multiple lineages after retroviral mediated gene transfer into CD34[+] bone marrow cells.  Blood 82:1975-1980, 1993.

155. Ney, P.A., Andrews, N.C., Jane, S.M., Safer, B., Purucker, M.E., Goff, S.C., Orkin,S.H., and Nienhuis, A.W. Purification of the human NF-E2 complex: cDNA cloning of the hematopoietic-specific subunit and evidence for an associated partner.  Mol. Cell. Biol., in press.

19

AM670256242                                    AM-ITC 01040858

156. Zhen, L., King, A.A.J., Xiao, Y., Chanock, S.J., Orkin, and M.C. Dinauer. Gene targeting of X-linked chronic granulomatous disease locus in a human myeloid leukemia cell line. Proc. Natl. Acad. Sci. USA, in press.

B.  Reviews

1.  Orkin, S.H., Nathan, D.G.: The molecular genetics of thalassemia. In: Iron Metabolism and Thalassemia. National Foundation-March of Dimes Birth Defects Original Article Series, Vol. XII, No. 8, pp 145-159, 1976.

2. Orkin, S.H., Nathan, D.G.: The thalassemias. N. Engl. J. Med. 295: 710-714, 1976.

3. Littlefield, J.W., Chang, S.E., Hanaggi, U.J., Nakamura, H., Orkin, S.H. Studies on the overproduction of dihydrofolate reductase by variant hamster cells in culture. In: Advances in Enzyme Regulation, vol XIII, pp 301-317, 1977.

4. Orkin, S.H.: Differentiation of erythroleukemic (Friend) cells: An in vitro model of erythropoiesis. In Vitro 14: 146-154, 1978.

5. Orkin, S.H.: Gene mapping in thalassemia. N. Engl. J. Med. 299: 1258, 1978.

6. Orkin, S.H.: Globin RNA synthesis of isolated nuclei of differentiating erythroleukemic cells. In: Oncogenic Viruses of Host Cell Genes. New York, Academic Press, 1979.

7. Orkin, S.H.: Restriction mapping of human globin genes in cell DNA: The organization of the duplicated alpha loci. In: Cellular and Molecular Mechanisms of Hemoglobin Switching. Stamatoyannopoulos, G., Nienhuis, A.W. (eds.). New York, Grune and Stratton, pp 551-554, 1979.

8. Nathan, D.G., Alter, B.P., Orkin, S.H.: Prenatal diagnosis of hemoglobinopathies. Clin. Perinatal. 6: 275-291, 1979.

9. Orkin, S.H., Nathan, D.G.: The molecular genetics of thalassemia. In: Contemporary Hematology-Oncology, vol. I, pp 121-147, 1980.

10.  Orkin, S.H.: Specific abnormalities of globin gene organization in the thalassemia syndromes. NY Acad. Sci. 344: 48-61, 1980.

11.  Alter, B.P., Orkin, S.H., Forget, B.G., Nathan, D.G.: Prenatal diagnosis of hemoglobinopathies: the New England Approach. NY Acad. Sci. 344: 151-164, 1980.

20

AM670256243                           AM-ITC 01040859

12. Alter, B.P., Orkin, S.H., Nathan, D.G.: Prenatal
diagnosis of hemoglobinopathies. In: Laboratory
Investigation of Fetal Disease. Barson, A.J. (ed.), pp 337-
360, 1981.

13. Orkin, S.H.: Molecular genetics of human hemoglobins.
In: Symposium on genetic issues in pediatrics, perinatology,
and obstetrical practice. Mead Johnson Foundation, pp 443-
452, 1981.

14. Orkin, S.H., Nathan, D.G.: The molecular genetics of
thalassemia. In: Advances in Human Genetics, vol 11,
Hirschhorn, K., Harris, H. (eds.), pp 233-260, 1981.

15. Orkin, S.H.: The use of cloned DNA segments in the
analysis of human disease. In: Genetic Engineering, vol. 3.
Setlow, J.K., Hollaender, A. (Eds.), pp 189-206, 1981.

16. Orkin, S.H.: The alpha-thalassemias. In: Human
Hemoglobin and Hemoglobinopathies. Texas Reports on Biology
and Medicine 40: 335-342, 1981.

17. Orkin, S.H.: Genetic diagnosis of the fetus. Nature
296: 202-203, 1982.

18. Kurnit, D., Orkin, S.H., White, R.: Prenatal analysis
of human DNA sequence variation. In: Methods in Cell
Biology, vol. 26, Prenatal Diagnosis: Cell Biological
Approaches, (ed.s) S.A. Latt, G.J. Darlington, Academic
Press, New York; pp 311-330, 1982.

19. Orkin, S.H.: Controlling the fetal globin switch in
man. Nature 301: 108-109, 1982.

20. Orkin, S.H.: Molecular analysis of a human disease:
beta-thalassemia. In: Recombinant DNA and Medical Genetics,
Birth Defects Symposium, vol. XIII, 1983.

21. Kazazian, H.H. Jr., Chakravarti, A., Orkin, S.H.,
Antonarakis, S.E.: DNA polymorphisms in the human beta-
globin gene cluster. pp 137-146 in Evolution of Genes and
Proteins, ed. M. Nei and R.K. Koehn, Sinauer Assoc., 1983.

22. Orkin, S.H., Antonarakis, S.E., Kazazian, H.H. Jr.:
Polymorphism and molecular pathology of the human beta-
globin gene. In: Progress in Hematology, volume XII, 49-73,
1983.

23. Kazazian, H.H. Jr., Chakravarti, A., Orkin, S.H.:
Identity of different mutations for deleterious genes.
Nature 301: 176-177, 1982.

24. Orkin, S.H.: A review of beta-thalassemias: the
spectrum of gene mutation. pp 19-28 in Recombinant DNA

21

Applications to Human Disease, Banbury Report 14, Cold Spring Harbor, 1983.

25. Orkin, S.H.: Functional analysis of human globin gene mutants. in Gene Expression (ed. D. Hamer and M. Rosenberg), UCLA Symposia on Molecular and Cellular Biology, 8: 457-466, 1983.

26. Orkin, S.H.: Prenatal diagnosis of hemoglobin disorders by DNA analysis. Blood, 63: 249-253, 1983.

27. Antonarakis, S.E., Kazazian, H.H. Jr., and Orkin, S.H. DNA polymorphism in the alpha- and beta-globin gene clusters and molecular etiology of the thalassemia syndromes in man. CRC Geographic Distribution of Hemoglobin Variants. W.P. Winter, Editor. CRC Press, 1984.

28. Orkin, S.H. and Kazazian, H.H., Jr. Mutation and Polymorphism of the Human beta-globin gene and its surrounding DNA. Ann. Rev. Genet. 18: 131-171, 1984.

29. Orkin, S.H. Molecular analysis of human disease: Dissection of ß-thalassemia. Presented at AFCR Young Clinical Investigator Award, Clinical Research, 329-333, 1984.

30. Orkin, S.H. Wilms' Tumor: molecular evidence for the role of chromosome 11. Cancer Surveys 3: 465-477, 1984.

31. Williams, D.A. and Orkin, S.H. Somatic gene therapy: current status and future prospects. J. Clin. Invest., 77: 1053-1056, 1986.

32. Royer-Pokora, B., Kunkel, L.M., Monaco, A.P., Goff, S.C., Newburger, P.E., Baehner, R.L., Cole, F.S., Curnutte, J.T., Orkin, S.H. Cloning the gene for the inherited disorder chronic granulomatous disease on the basis of its chromosomal location. Cold Spring Harbor Symposium on Quantitative Biology Vol. LI, 1986.

33. Orkin, S.H. Molecular Genetics and potential gene therapy. Clinical Immunology and Immunopathology, 40, 151-156, 1986.

34. Orkin, S.H. Reverse genetics in human disease. Cell, 47: 845-850, 1986.

35. Orkin, S.H. X-linked chronic granulomatous disease: from chromosomal position to the in vivo product. Trends in Genetics 3: 149-151, 1987.

36. Orkin, S.H. Disorders of hemoglobin synthesis: The thalassemias. In The Molecular Basis of Blood Diseases, 1st edition. G. Stamatoyannopoulos, A.W. Nienhuis, P. Leder, and

22

AM670256245                    AM-ITC 01040861

P.W. Majerus. (eds.) Chapter 4, p. 106-126, W.B. Saunders Co., 1987.

37.   Williams, D.A., and Orkin, S.H.  Molecular techniques in hematopoiesis:  Retroviral-mediated gene transfer into hematopoietic stem cells. In Hematology Reviews, 2: 1-12, 1987.

38.   Williams, D.A., Hsieh, K., DeSilva, A., and Mulligan, R.C. Protection of bone marrow transplant recipients from letal doses of methotrexate by the generation of methotrexate-resistant bone marrow. J. Exp. Med. 166, 210-218, 1987.

39.   Orkin, S.H. Genetic diagnosis by DNA analysis: progress through amplification. N. Engl. J. Med. 317: 1023-1025, 1987.

40.   Dinauer, M.C., and Orkin, S.H.  Molecular genetics of chronic granulomatous disease.  In: Immunodeficiency Reviews, 1988, Vol 1, ppp 55-69.

41.   Dinauer, M.C. and  Orkin S.H.  Chronic Granulomatous Disease: Molecular Genetics. In Hematology/Oncology Clinics of North America. 2: 225-240, 1988.

42.   Orkin, S.H. and Williams, D.W. Gene therapy of somatic cells: status and Prospects. Prog. Med. Genet. 7: 130-142, 1988.

43.   Orkin, S.H.  Molecular genetics and inherited human disease.  In The Metabolic Basis of Inherited Disease. 6th Edition, C.R. Scriver, A.L. Beaudet, W.S. Sly, D. Valle. (eds.) Vol. 1. Chapter 2, pp 165-175, 1989.

44.   Orkin, S.H. Molecular genetics of chronic granulomatous Disease. Ann. Rev. Immunol. 7: 277-307, 1989.

45.   Michelson, A.M. and Orkin, S.H. Prenatal diagnosis by analysis of feta DNA. In Diseases of the Fetus and Newborn. G.B. Reed, A.E. Claireaux, A.D. Bain (eds.) Chapman and Hall Medical, London, 32: 673-694, 1989.

46.   Orkin, S.H. "Forward" and "reverse" genetics of inherited human disorders: The thalassemia syndromes and chronic granulomatous disease. The Harvey Lecture, Series 83 p 57-76, 1989.

47.   Orkin, S.H. X-linked chronic granulomatous disease: More than two years later. In Molecular Biology and Medicine. J. Sambrook and D.J. Weatherall (eds.) Academic Press Limited, England, 6: 1-5, 1989.

23

AM670256246                                    AM-ITC 01040862

48.  Dorfman, D.M., Zon, L.I., and Orkin, S.H. Rapid amplification of gt11 bacteriophage library inserts from plaques using the polymerase chain reaction (PCR). BioTechniques, 7: 568-570, 1989.

49.  Martin, D.I.K., and Orkin, S.H. An erythroid-specific DNA binding factor mediates increased gamma-globin expression in hereditary persistence of fetal hemoglobin (HPFH), Hemoglobin Switching, Part A: Transcription Regulation pages 217-228, 1989.

50.  Skalnik, D.G. and Orkin, S.H. A rapid method for characterizing transgenic mice. BioTechniques, 8, 1990.

51.  Orkin, S.H. Cell-specific transcription and cell differentiation in the erythroid lineage. In: Current Opinion in Cell Biology, 2: 1003-1012, 1990.

52.  Orkin, S.H. Globin gene regulation and switching: Circa 1990. Cell, 63: 665-672, 1990.

53.  Luskey, B.D., Lim, B., Apperley, J.F., Orkin, S.H., and Williams, D.A. Gene transfer into murine hematopoietic stem cells and bone marrow stromal cells.  Ann. NY Acad. Sci. 612: 398-406, 1990.

54.  Orkin, S.H.  Preparing for the next generation.  J. Clin. Invest., 86: 1773-1776, 1990.

55.  Orkin, S.H. Impact of molecular biology on hematology. In: Harrison's Principles of Internal Medicine. 12th Edition J.D. Wilson, E. Braunwald, A.S. Fauci, K.J. Isselbacher, J.B. Martin, R.G. Petersdorf, and R.K. Root (eds.) McGraw Hill Book Company, pp 1491-1494, 1991.

56.  Pevny, L., Simon, M.C., Robertson, E., Klein, W.H., Tsai, S-F, D'Agati, V., Orkin, S.H., and Costantini, F. Developmental function of transcription factor GATA-1 analyzed by gene targeting in murine embryonic stem cells, In: The Regulation of Hemoglobin Switching, Proceedings of the Seventh Conference on Hemoglobin Switching, G. Stamatoyannopoulos and A.W. Nienhuis (eds). The Johns Hopkins University Press, pp. 336-347, 1991.

57.  Orkin, S.H., Tsai, S-F, Zon, L., Martin, D.I.K., and Whitelaw, E. The erythroid transcription factor GATA-1: Structure and expression, In: The Regulation of Hemoglobin Switching, Proceedings of the Seventh Conference on Hemoglobin Switching, G. Stamatoyannopoulos and A.W. Nienhuis (eds). The Johns Hopkins Press, pp. 319-335, 1991.

58.  Skalnik, D.G., Dorfman, D.M., Perkins, A.S., Jenkins, N.A., Copeland, N.G., and Orkin, S.H. Targeting of transgene expression to monocytes by cytochrome B heavy chain gene 5'-

24

AM670256247

AM-ITC 01040863

flanking sequences induces histiocytic malignancies. In: The Transactions of the Association of American Physicians, V CIII, pp. 129-136, 1991.

59.  Dinauer, M.C., and Orkin, S.H.  Chronic granulomatous disease. In: Annual Review of Medicine: Selected Topics in the Clinical Sciences.  W.P. Creger, C.H. Coogins, E.W. Hancock (eds.) Annual Reviews Inc., Vol. 43, pp 117-124, 1992.

60.  Pevny, L., Simon, M.C., D'Agati, V., Orkin, S.H., and Costantini, F.  Role of transcription factor GATA-1 in the differentiation of hemopoietic cells.  P & S Biomedical Sciences Symposia, Academic Press, 1992, in press.

61.  Orkin, S.H.  GATA-binding transcription factors in hematopoietic cells.  Blood, 80: 575-581, 1992.

62.  Crossley, M., and Orkin, S.H.  Regulation of the β-globin locus.  Current Opinion in Genetics and Development. 3: 232-237, 1993.

63.  Pevny, L., Simon, C., D'Agati, V., Orkin, S.H., and Costantini, F. Role of transcription factor GATA-1 in the differentiation of hemopoietic cells. In: Cell-Cell Signaling in Vertebrate Development.  E.J. Robertson, F.R. Maxfield, and H.J. Vogel (eds). Academic Press, 201-209, 1993.

25

Vatho   David G.

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

With the assistance of Dr. Timothy Springer in the Department of Pathology, Harvard Medical School, we have performed several trial fusions of line P3X with both mouse splenic lymphocytes and rat splenic lymphocytes. Briefly, the spleens are harvested aseptically and disaggregated to provide a suspension of lymphocytes. 1x10³ lymphocytes are mixed with 1x10⁷ log phase myeloma cells and are fused in the presence of polyethylene glycol (PEG) according to a modification of the method of Milstein. Suspensions of fused cells are plated into selective medium (HAT) in microtiter wells and incubated at 37°C. In 2-4 weeks colonies of hybrid cells are visible. In our hands between 100-300 colonies are obtained from a typical fusion. Thus we have demonstrated our capacity to both cultivate the appropriate myeloma cells and to fuse them successfully with mouse and rat lymphoid cells resulting in hybrid cell colonies.

Utilizing our own modifications of standard published methods we have developed enzyme-linked immunosorbent assays directed against soluble protein antigens. Protein antigens are adsorbed to polyvinylchloride microtiter dishes. The solid phase protein is then incubated in the presence of serial dilutions of known antisera. In establishing this system we first immunized rabbits with mouse adult hemoglobin as antigen to permit us to assess the sensitivity of this model system. After incubation with diluted antiserum, the wells are washed and horseradish peroxidase conjugated goat antirabbit antiserum (1:2000 dilution) is added and incubation continued for an additional 2 hours. Bound antibody is detected by the addition of substrate (orthophenyldiamine) and hydrogen peroxide. In those wells containing bound antibody, a visible color appears in 5-30 minutes. This ELISA assay is readily applicable to supernatant medium from clones of hybridoma cells as well as the serial dilutions of rabbit antiserum which were employed in setting up the method. Of course, appropriate species-specific second antibody is required.

In order to establish a specific assay for anti-erythropoietin antibodies our initial intent was to bind purified erythropoietin antigen to polyvinylchloride wells as discussed above and employ either in enzyme-linked immunosorbent assay or a radioimmunosorbent assay to detect bound antibodies. However, to date we have been unable to obtain purified erythropoietin from the NHLBI committee responsible for its distribution. Since homogeneous erythropoietin is not yet available to us for this purpose we developed an immunoprecipitation assay as follows. Known concentrations of partially purified human erythropoietin are incubated in the presence of serial dilutions of rabbit anti-erythropoietin antiserum. After a suitable time the antigen-antibody complexes are precipitated with goat anti-rabbit antiserum. The supernatant medium from this immunoprecipitation is depleted of erythropoietin in proportion to the amount of anti-erythropoietin antibody present in the original incubation. This supernatant is then subjected to erythropoietin bioassay by our highly sensitive cryopreserved rabbit bone marrow technique. Although laborious and time-consuming we have shown this technique to be quite sensitive and highly specific for antibodies directed against biologically active erythropoietin. We believe that this method, which is presented in outline form here, can be directly transferred to our screening of hybridoma supernatants for either rat or mouse IgG directed against human urinary erythropoietin. Obviously this immunoprecipitation method would be simpler if 125I-erythropoietin were available. However since the purified starting material was not made available to us we must at present rely upon our immunoprecipitation bioassay for screening these hybridoma clones.

3. Goals for the 02 Year

Since we now have on hand all the techniques necessary to pursue our primary objective - the preparation of monoclonal antibodies to erythropoietin - the 02 year will see an all-out effort directed toward this end. We have already begun to immunize both rats and mice with partially purified erythropoietin derived in our laboratory. We are utilizing several immunization schedules and will soon be in the position to screen these animals for the presence of anti-erythropoietin antibodies in their serum utilizing the above described technique. Simultaneously we are continuing our efforts to

9

AM670256249                                    AM-ITC 01040865

Nathan, David G.

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

purify the hormone so that we may prepare our own homogeneous antigen for use in a simpler ELISA assay. As soon as we are successful in identifying immunized animals with anti-erythropoietin titers, we will proceed with fusion and hybridoma generation as described above. While this process is ongoing we propose to explore the biochemical methods necessary to develop immunoaffinity columns directed against erythropoietin. Employing heterologous anti-erythropoietin antiserum made available to us as well as antiserum which we will generate in rabbits we will purify the IgG fraction and covalently link it to a solid support, viz., Sepharose beads. We shall then explore methods of application of erythropoietin preparations to such antibody columns permitting the total adsorption of the hormone by the antibodies and, thereafter, devise methods of elution of the antibody-bound erythropoietin so as to achieve maximal yield and simultaneously preserve biological activity. We believe that it is necessary to explore these methods well in advance of the availability of monoclonal antibodies to erythropoietin. When these monoclonal antibodies are on hand we will be ready to move rapidly toward an affinity purification of the hormone.

### III. Project III: Molecular Aspects of Globin Gene Switching and Cloning of Erythropoietin Sequences

Project leader: Stuart H. Orkin, MD

#### A. Publications During the 01 Year

1. Orkin SH, Goff SC: The duplicated human α-globin genes: Their relative expression as measured by RNA analysis. Cell 24:345-351, 1981
2. Michelson AM, Orkin SH. J Biol Chem (submitted, 1982)

#### B. Personnel

1. Additions: David Ginsburg, part-time research associate
   Ann Durso, part-time secretary
2. Deletions: Edward Prochownik, MD, research associate

#### C. Changes in Effort

1. Until our monospecific antibodies to erythropoietin (to be prepared by A. Sytkowski) are available for cloning studies, we will concentrate on further development of cDNA cloning and expression of the cloned molecules in E. coli. When the antibodies are ready, they can be quickly used for isolation of the appropriate clones.
2. Similarly, until purified erythroid populations are available (from D.G. Nathan's section) we will concentrate on trying to examine ζ and α gene expression in early embryonic material.

#### D. Progress Report

1. Goals for the 01 Year
   a) Study of expression from the α gene complex in early erythroid development.
   b) Investigation of possible approaches to cloning of erythropoietin RNA sequences.
   c) Establishment of cDNA cloning methodologies and expression of cDNAs in E. coli.

2. Progress in Achieving Goals for the 01 Year
   (a) Expression from the α gene complex

Our initial studies (ref. 1) established the techniques for distinguishing the mRNAs transcribed from the duplicate human α-globin genes. These showed that expression of the more 5' gene (α2) into stable mRNA exceeds that of the 3' gene (α1). Our main concern is whether the relative expression of these genes is fixed, especially during early fetal or embryonic life when switching from ζ to α gene expression occurs. So far, we have studied samples as early as only 10 weeks fetal life. We have attempted, so far unsuccessfully for technical reasons, to analyze earlier samples provided

20

AM670256250                                        AM-ITC 01040866

Nathan, David G.
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

by D. Linch and his colleagues in London. Further analysis of additional samples should permit progress in this area. We have examined one embryonic-like cell, the K562 eryth-roleukemia line, and found surprisingly a vast predominance of the $\alpha_1$ mRNA. Whether this is a normal pattern during early development awaits further study of early fetal samples.

**(b) Approaches to cloning of erythropoietin sequences**

We have pursued two approaches to this problem. First, we have asked what the most favorable tissue sample might be. We have investigated what human fetal liver. Rat kidneys were prepared by M. Miller at kidney samples as well is human fetal liver. Rat kidneys were prepared by M. Miller at Brookhaven Laboratories and baboon kidney by J. DeSimone at Chicago. In the latter instance, animals were kept under severe chronic hypoxemic stress to augment erythropoietin production greatly. Radioimmunoassay of tissue and serum samples by J. Garcia at Lawrence Laboratories in Berkeley, CA, showed that our baboon serum and tissue specimens are $>10^3$ times basal erythropoietin levels. Rat kidney and human fetal liver are somewhat increased but not to the same extent. Therefore, we believe that the hypoxemic baboon tissue that we have constitutes a greatly enriched source of erythropoietin mRNA in all likelihood. Second, we have prepared undegraded mRNA from the baboon tissue using a guanidine HCl extraction and translated it in vitro in the rabbit reticulocyte lysate system. Translation products were immunoprecipitated with heterospecific anti-Epo antibody (100 U/ml) provided to us by J. Garcia. Unfortunately, numerous kidney proteins were precipitated at various concentrations of antibody and after various pre-adsorptions. Therefore, the lack of specificity of antibody preparation precluded identification of translated erythropoietin mRNA. In addition, samples of various translation mixtures containing putative Epo-mRNA were subjected to radioimmunoassay by J. Garcia. No Epo above background was detected. However, the sensitivity of the assays was insufficient to assure detection of the levels of protein likely to be synthesized in vitro.

**(c) Cloning of cDNAs and their expression in E. coli**

Cloning of erythropoietin mRNA sequences requires efficient methods of cDNA cloning. During the 01 year we have adapted previous methods of cDNA cloning. Using conventionally prepared cDNA, attention to complete copying into a second strand with DNA polymerase (Klenow fragment), and modified terminal transferase tailing of cDNA, we now generate about $10^5$ clones/ug of mRNA. This is sufficient to generate complete libraries of any tissue mRNA population. We have constructed initial liver libraries from human adult and fetal samples in the plasmid pKT218 and are investigating expression of specific cDNAs in E. coli.

**IV. Project IV: The Development of Red Cell Membrane Proteins**

Project leader: Samuel E. Lux, MD

**A. Publications During the 01 Year**

1. Spiegel JE, Beardsley DS, Lux SE: Identification of a protein in nonerythroid human cells which cross-reacts with erythrocyte protein 4.1. Fed Proc 41:657, 1982 (abstr)
2. Becker PS, Spiegel JE, Lux SE: A new procedure for high-yield purification of protein 4.1 from human red cell membranes. Fed Proc 41:657, 1982 (abstr)

**B. Personnel**

1. Additions: Judith Spiegel, research fellow
   Ann Durso, secretary (25%)
2. Deletions: Clinton Joiner, MD, research associate

**C. Changes in Effort:** None

**D. Progress Report**

1. Goals for the 01 Year

Our work in the 01 year was focused on the development of specific antibodies to red cell membrane proteins, particularly membrane skeletal proteins, and the application

AM670256251                                    AM-ITC 01040867

*Rcv'd 7/1/8 - 6/30/82*

Natha    David G.    5 HL 27375-02

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    (*year?/periods?*)

ordinary CFU-E will then be exposed to increasing concentrations of erythropoietin and BPA to determine whether the low output of HbF in the colonies to which they give rise represents the result of their own immutable gene program and is not a function of the environment in which the cultures are actually grown.

(c) Effort 0 80:

The effects of burst promoting activity on fetal hemoglobin synthesis described above must be pursued because this experiment is the only one, which has to our knowledge, evoked a change in fetal hemoglobin synthesis without loss of hemoglobin production in culture. It is imperative to determine whether this finding has therapeutic significance. Can lymphokines induce fetal hemoglobin synthesis? To approach this, we will repeat the rhesus findings in Cebus monkeys or marmosets now available to us in the School of Public Health at Harvard University. If erythroid progenitors of these much smaller simians also demonstrate the capacity to produce fetal hemoglobin in culture and demonstrate as well an increment in fetal hemoglobin when burst promoting activity is added to culture, we will then begin an attempt to treat such monkeys with burst promoting activity following sufficient bleeding to induce BFU-E terminal differentiation. This will permit us an opportunity to approach the problem *in vivo*, and finally determine whether lymphokines can in fact modulate γ chain production in a potentially therapeutic manner.

II. Project II: Erythropoietin and Anti-Erythropoietin Antibodies

Project leader: Arthur J. Sytkowski, MD

A. Publications During the 01 Year

None

B. Personnel

1. Additions: Karen A. Bicknell, research technician
Nena Bacon, research associate scheduled to start January, 1983.
Ann Durro, part-time secretary

2. Deletions: John N. D'Albis, research technician

C. Changes in Effort: Arthur J. Sytkowski reduced to 35%.

D. Progress Report

1. Goals for the 01 Year

Our work in the 01 year has emphasized the development of monoclonal antibody technology. This effort is directed toward the ultimate preparation of monoclonal antibodies to human urinary erythropoietin. Specific scientific objectives included: a) the acquisition of mouse myeloma cell lines and the cultivation of these cells *in vitro*; b) the derivation of techniques to permit fusion of these myeloma lines with immune lymphoid cells from the spleens of mice (allogeneic hybridization) and rats (xenogeneic hybridization); c) the development of a solid phase enzyme linked immunosorbent assay (ELISA) for soluble protein antigens; d) development of a specific assay for anti-erythropoietin antibodies.

2. Progress in Achieving Goals for the 01 Year

We have obtained two mouse myeloma lines deficient in hypoxanthine-guanine-phosphoribyltransferase (HGPRT). Both are nonimmunoglobulin producing. They are line SP2/0 and line P3X63Ag8653 which were obtained from the Human Genetic Mutant Cell Repository at the Institute for Medical Research in Camden, NJ. These cell lines have been demonstrated to exhibit a high fusing capacity in other laboratories. The cells are grown in 90% Dulbecco's Modified Eagle medium enriched with glucose, pyruvic acid, oxalacetic acid, insulin, and 10% fetal calf serum in a humidified atmosphere of 90% air/10% $CO_2$. Both lines demonstrate greater than 85% viability in our laboratory and both have been cryopreserved.

3

AM670256252                                            AM-ITC 01040868

Name of PI/PD/Program Coordinator or Candidate (Last, First Initial)
Nathan, David G.

Social Security Number
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

(b) The Simian System

During the 02 year we completed studies of the fetal hemoglobin program in simian progenitors and showed clearly that the F-program is a function of progenitor maturity. In addition we found that in the most mature progenitors, termed a HERCs, the F-program is completely extinguished. Comparison studies of human erythropoiesis were also completed during the 02 year and showed substantially different results. In humans the F-program is constant through the CFU-E and hemoglobin F synthesis is not extinguished until the level of the proerythroblast. In other studies we found that there was no apparent influence of azacytidine on this program in vitro.

Studies of erythropoiesis in the simian fetus were continued during the 02 year. The evidence to date suggests that two progenitors are present — one fetal and one adult.

3. Goals for the 03 Year

(a) We plan to develop a simian model that will allow us to investigate the effects of chemotherapeutic agents on hemoglobin F synthesis.

(b) We also plan to investigate the F-program in thalassemia and sickle cell disease using patients with a high level of hemoglobin F (thal intermedia or SS with high F) to determine whether the high concentration of hemoglobin F is due to selection or to an increase in the F-program.

II. Erythropoietin and Anti-Erythropoietin Antibodies

Project Leader: Arthur J. Sytkowski, M.D.

A. Publications during the 02 Year

Sytkowski AJ, Richie JP, Bicknell KA. A new human renal carcinoma cell line established from a patient with erythrocytosis. Cancer Research 1983; 43:1415-1419.

Sytkowski AJ, Perrine SP, Bicknell KA, Kessler CJ. Erythropoietin-induced differentiation of rauscher erythroleukemia cells. Proceedings of the Third Conference on Hemoglobin Switching (In Press).

Sue JM and Sytkowski AJ. Site-specific antibodies to human erythropoietin directed toward the $NH_2$-terminal region. Proc. Natl. Acad. Sci. USA (In Press).

B. Personnel

1. Additions: None
2. Deletions: None

C. Changes in Effort: Dr. Rena Bacon, Research Associate, increase to 100% effort.

page

Name  PI/PD/Program Coordinator or Candidate (Last, first initial)

Nathan, David G.

Social Security Number

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

D. Progress Report

1. Goals for the 02 Year  During the 02 year we planned to:

(a) prepare monoclonal and polyclonal antibodies to erythropoietin,

(b) continue our efforts to purify erythropoietin, focusing
particularly on immunoaffinity, chromatography,

(c) develop an immunoassay for the hormone.

2. Progress in Achieving Goals for the 02 Year

(a) Preparation of antibodies to erythropoietin

Considerable success was achieved on this aspect of the project
during the 02 year.  This was accomplished using a new approach to the preparation
of erythropoietin antibodies.  A synthetic peptide was prepared containing the
first 26 amino acids of the N-terminal sequence of human erythropoietin recently
reported by Goldwasser.  This peptide was attached to albumin and the complex was
used to immunize rabbits.  The resulting polyclonal antibodies were purified on an
albumin-affinity column.  This antibody precipitated over 90% of biologically
active erythropoietin (assessed using a rabbit bone marrow assay).  In addition,
the antibody precipitated purified $^{125}$I-erythropoietin (obtained from Garcia and
Clemons).  SDS gels of the immunoprecipitate disclosed a 39,000 dalton radioactive
band, which corresponds to the published molecular weight of erythropoietin.  In
other studies we show that either unlabeled synthetic peptide or unlabeled,
biologically active crude erythropoietin could compete with purified $^{125}$I-
erythropoietin for the antibody.  The $K_i$'s for both the peptide and biologically
active erythropoietin were $3 \times 10^{-8}$ M.

(b) Purification of Erythropoietin

No progress was made on this goal during the 02 year; however, with
the availability of the antibody to the synthetic erythropoietin peptide we hope to
make substantial progress toward this objective during the 03 year.

(c) Immunoassay for Erythropoietin

The antibody to the synthetic erythropoietin peptide was used to
established the radioimmunoassay.  One of the greatest advantages of this assay is
that $^{125}$I-synthetic erythropoietin peptide (large amounts available) can be used in
place of purified $^{125}$I-erythropoietin( rare and precious).  The assay was
standardized against biologically active erythropoietin and against the
International Reference Standard.

3. Goals for the 03 Year

(a) To adapt the erythropoietin RIA for clinical use.

(b) To make monoclonal antibodies, especially high-affinity
monoclonals to the synthetic erythropoietin peptide.

AM670256254                                    AM-ITC 01040870

| Name of PI/PD/Program Coordinator or Candidate (Last, First, Initial): | Social Security Number |
|---|---|
| Nathan, David G. | 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 |

(c) To use the polyclonal and monoclonal erythropoietin antibodies to purify human urinary erythropoietin.

(d) To begin studies, using these antibodies, to isolate the erythropoietin gene (in collaboration with Dr. Stuart Orkin).

III. Project III: Molecular Aspects of Globin Gene Switching and Cloning of Erythropoietin Sequences

Project Leader: Stuart H. Orkin, M.D.

A. Publications During the 02 Year

Michelson AM, Orkin SH: Characterization of the homopolymer tailing reaction catalyzed by terminal deoxynucleotidyl transferase: implications for the cloning of cDNA. J Biol Chem 1982; 257: 14773-14782.

B. Personnel

Additions: None
Deletions: David Ginsburg

C. Changes in Effort: Sabra Goff, Research Associate, effort decreased from 60% to 20%

D. Progress Report

1. Goals for the 02 Year

To continue efforts to clone erythropoietin gene sequences.

2. Progress in achieving goals for the 02 Year

During the 02 year, we continued our efforts to clone erythropoietin gene sequences. Attention was directed to two tissue sources for cloning: human fetal liver and hypoxic baboon kidney RNA. cDNA libraries were constructed in a pBR322 derivative and were screened with oligonucleotide probe mixtures directed to the N-terminal peptide sequence of erythropoietin reported by Goldwasser. We found fetal liver clones that hybridized to these oligonucleotides but DNA sequencing showed that these were not erythropoietin. Studies of cDNA colonies isolated from baboon kidney gave similar results. The most likely explanation is that the portion of the amino acid sequence used to construct the oligonucleotide probes (the C-terminal end of the 25 residue sequence) is incorrect.

3. Goals for the 03 Year

Work during the 03 year will focus on the use of additional oligonu-cleotide probe mixtures prepared to the N-terminal end of the Goldwasser sequence and on expression of cloned sequences in E. coli.

AM670256255    AM-ITC 01040871