# EXHIBIT 3

CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH,<br>AND HOFFMANN-LA ROCHE INC.,<br><br>    Defendants. | CIVIL ACTION No.: 05-CV-12237WGY |

**DEFENDANTS' SUPPLEMENTAL DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 26(a) and the local rules of the District of Massachusetts, defendants, F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche"), supplement and incorporate their Rule 26(a)(1) initial disclosures as follows as well as incorporating Roche's written discovery responses provided to Amgen.

These supplemental disclosures are based on information reasonably available to Roche as of the date of this disclosure, and are without the benefit of complete and cooperative discovery from Amgen on issues such as infringement on which it bears the burden of proof, and on Roche's counterclaims of invalidity, inequitable conduct, and antitrust related violations. Roche reserves the right to amend or supplement these disclosures consistent with its obligations under Fed. R. Civ. P. 26(e) as more information becomes available to it, and if Amgen provides necessary and responsive discovery.

31437711.DOC

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

### A. Individuals Likely to Have Discoverable Information

For purposes of this supplemental disclosure, the following individuals may have discoverable information that Roche may use to support its claims or defenses. Roche reserves the right to amend this list as necessary or as further information becomes available to it in this action.

| INDIVIDUAL | TOPIC |
|---|---|
| Fu-Kuen Lin, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Claims construction and validity of the asserted claims of the patents-in-suit; development of recombinant EPO |
| George Rathmann<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Development and marketing of recombinant EPO |
| Daniel Vapnek, Ph.D.<br>Avigen, Inc.<br>1301 Harbor Bay Parkway<br>Alameda, CA 94502 USA | Development and marketing of recombinant EPO |
| Steve Elliott, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Development and marketing of Aranesp® |
| Joan Egrie, Ph.D.<br>561 Los Vientos Drive<br>Newbury Park, CA 91320 | Validity of the asserted claims of the patents-in-suit |
| Leroy Hood, Ph. D. | Validity of the asserted claims of the patents- |

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| Institute for Systems Biology<br>1441 North 34th St.<br>Seattle, WA 98103-8904 | in-suit |
| Joseph M. Baron, MD<br>Department of Medicine<br>University of Chicago Hospital<br>5801 South Ellis Ave<br>Chicago, IL 60637 | Development and use of pharmaceutical compositions containing human EPO |
| Joseph W. Eschbach<br>515 Minor Ave, #300<br>Seattle WA 98104 | Development and use of pharmaceutical compositions containing human EPO |
| Stuart Arbuckle<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Development and marketing of recombinant EPO |
| Kevin W. Sharer<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products; development of Amgen's products |
| George J. Morrow<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products; development of Amgen's products |
| Jose Vega<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Development and marketing of recombinant EPO |
| Wendy Whiteford<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | Development and marketing of recombinant EPO |

31437711.DOC    3

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| 91320-1799<br>(805) 447-1000 | |
| Stuart Watt<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products<br><br>Prosecution of the patents-in-suit |
| Steven M. Odre<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products<br><br>Prosecution of the patents-in-suit |
| Jonas Pedersen, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Alex Lyons<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Ann Miller<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| John Verniero<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Mary Susan Howard | Marketing and Competition Strategy for |

CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Amgen's products |
| Monique Cordray<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Robert Azelby<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Robert Brenner<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and Competition Strategy for Amgen's products |
| Phil Marinelli<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Revenue, costs and profits for Amgen's products. |
| James Daly<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing of ESA products, and definition of markets relevant to ESAs. |
| Eugene Goldwasser, Ph.D.<br>5656 South Dorchester Avenue, Apt. 2<br>Chicago, IL 60637-1706 | Development of prior art pharmaceutical compositions containing EPO; Validity of the asserted claims of the patents-in-suit |
| Leslie Mirani | Marketing and sales of Amgen Epogen® and |

31437711.DOC 5

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Aranesp® products |
| Serena Anderson<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and sales of Amgen Epogen® and Aranesp® products |
| Helen Torley<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Marketing and sales of Amgen Epogen® and Aranesp® products |
| Hiroshi Miyazaki, Ph.D.<br>Pharmaceutical Research Laboratory, Kirin Brewery Co., Ltd., Miyaharacho 3, Takasaki, Gunma 370-1295 | Development of pharmaceutical compositions containing EPO |
| Por-Hsiung Lai, Ph.D.<br>G 10F-1, 560, Chunghsiao East Road<br>Sec. 4, Taipei 110<br>Taiwan | Claims construction and validity of the asserted claims of the patents-in-suit, development of recombinant EPO |
| Thomas Strickland, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Claims construction and validity of the asserted claims of the patents-in-suit, development of recombinant EPO |
| Graham Molineux, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA<br>91320-1799<br>(805) 447-1000 | Development of Neulasta® and Aranesp® |
| Michael F. Borun<br>233 South Wacker Drive | Prosecution of the patents-in-suit, claims construction and validity of the asserted claims |

31437711.DOC                                6

CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| 6300 Sears Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300 | of the patents-in-suit |
| Philippe Van der Auwera, Ph.D., M.D.<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland<br>+41-61-688 1111 | Development of CERA |
| Jenny Edge-Dallas, Ph.D.<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Early development of CERA |
| Anton Haselbeck, Ph.D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany<br>+49 8856 60 2000 | Development of CERA |
| Michael Jarsch, Ph.D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany<br>+49 8856 60 2000 | Development of CERA |
| Wolfgang Kuhne<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany<br>+49 8856 60 2000 | Validity of the patents-in-suit |
| Hans Koll, Ph. D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany<br>+49 8856 60 2000 | Structure of erythropoietin |
| Anne Stern<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany<br>+49 8856 60 2000 | Cell lines used in production of CERA |

CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| Adrienne Farid<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Development of pegylated erythropoietins; growth of erythropoietin cell lines; purification of erythropoietin from cells |
| Cynthia Dinella<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Regulatory Approval of CERA |
| Frank C. Dougherty, M.D.<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Clinical Trials of CERA |
| Robert Joseph, M.D.<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Clinical Trials of CERA |
| Ute Dugan, M.D.<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Medical Affairs of CERA |
| Richard Hinson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | CERA US operations |
| Patrick Horber<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland<br>+41-61-688 1111 | Global marketing of CERA |
| Barbara Senich<br>Hoffmann-La Roche Inc. | Marketing of CERA |

| | |
|---|---|
| 340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | |
| Peter Scheupbach<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland<br>+41-61-688 1111 | CERA manufacturing and production |
| Chrys Kokino<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | CERA US operations; sales and marketing of CERA; costs and expenses of defending the ITC proceeding and this litigation |
| Patricia Rocha<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Legal expenditures incurred by Roche defending the ITC proceeding and this litigation |
| John Keefe<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Marketing of CERA |
| Ken Miller | Marketing of CERA |
| Steve Platt<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Roche's costs and expenses, including those incurred defending the ITC proceeding and this litigation |
| Suzann Duncan<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Sales forecasting of CERA |
| Paul Benson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |

31437711.DOC                                    9

| | |
|---|---|
| Nutley, New Jersey 07110<br>(973) 235-5000 | |
| Susan Graf<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Marketing of CERA |
| Gaby Pollack<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Sales forecasting of CERA |
| Sonders Beimfohr<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Pricing forecasts and strategies of CERA |
| Pascal Bailon, Ph.D.<br>21 Woodbine Rd<br>Florham Park, NJ 07932-2649<br>(973) 966-0710 | Inventor of CERA patent |
| Daniel Shouval<br>Professor of Medicine<br>Director, Liver Unit<br>P. O. Box 1200<br>11-91120 Jerusalem Israel<br>Tel: 972-2-6777337 | Knowledge of erythropoietin-producing cell lines prior to Amgen's EPO patents |
| James Fisher<br>Department of Pharmacology SL83<br>Tulane University School of Medicine<br>1430 Tulane Avenue<br>New Orleans, LA 70112-2699<br>(504) 988-5444 | Knowledge of erythropoietin-producing cell lines prior to Amgen's EPO patents |
| Linda Cain<br>Nephrology Specialists<br>5320 Patterson Ave. # 200<br>Richmond, VA 23226<br>(804) 285-3384 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |

31437711.DOC                                     10

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| Shaun Collard, R.Ph.<br>DaVita, Inc.<br>601 Hawaii St.<br>El Segundo, CA 90245<br>(310) 536-2400 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| LeAnne Zumwalt<br>DaVita, Inc.<br>601 Hawaii St.<br>El Segundo, CA 90245<br>(310) 536-2400 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| Dennis Kogod<br>DaVita, Inc.<br>601 Hawaii St.<br>El Segundo, CA 90245<br>(310) 536-2400 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| Franklin Gaylis<br>Sharp Health Care<br>8851 Center Drive #501<br>La Mesa, CA 91942<br>(619) 697-2456 | Knowledge of erythropoietin-producing cell lines prior to Amgen's EPO patents |
| Anthony Messana<br>St. Joseph Dialysis Center<br>1100 West Stewart Drive<br>Orange, California | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| Maureen Michael<br>Central Florida Kidney Center<br>203 Ernestine Street<br>Orlando, FL 32801<br>(407) 843-6110 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| Tracy Mooney<br>Independent Dialysis Foundation, Inc.<br>840 Hollins St.<br>Baltimore, MD 21201 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers |
| Gordon Wilcox<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110<br>(973) 235-5000 | Knowledge of ESA market and Amgen anticompetitive acts and statements to providers. |

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

All Roche employees may be contacted only through its undersigned counsel at its designated contact information. Roche reserves the right to incorporate the names of potential fact witnesses contained in the statements of the other parties to this action. Expert witnesses will be identified and disclosed in accordance with a schedule set by the Court.

**B.    Description of Potentially Relevant Documents**

For purposes of this initial disclosure, and reserving all objections and privileges regarding production and discovery of said documents, Roche identifies the following categories of documents that it may use to support its claims or defenses:

| DESCRIPTION | LOCATION |
| --- | --- |
| Documents relating to the development of CERA | Nutley, New Jersey<br>Basel, Switzerland<br>Penzberg, Germany<br>Mannheim, Germany |
| Document relating to the clinical trials of CERA | Nutley, New Jersey<br>Basel, Switzerland |
| Documents relating to the research and development of CERA, including laboratory notebooks | Nutley, New Jersey<br>Basel, Switzerland<br>Penzberg, Germany |
| Documents relating to comparisons of CERA to other ESAs | Nutley, New Jersey<br>Basel, Switzerland<br>Penzberg, Germany |
| Documents relating to testing methods in asserted patents. | Penzberg, Germany |
| Prior art of the patents-in-suit | In the public domain<br>Thousand Oaks, California<br>New York, New York |

| | |
|---|---|
| Documents from prior legal proceedings involving the patents-in-suit; | New York, New York<br>Washington, D.C.<br>Thousand Oaks, California |
| Documents related to costs for development and clinical trials for CERA | Nutley, New Jersey<br>Basel, Switzerland |
| Documents relating to Roche Counterclaims | Thousand Oaks, California and various Amgen offices |
| Documents related to potential US marketing of CERA | Nutley, New Jersey |
| Documents relating to invalidity and unenforceability of Amgen asserted patents | Thousand Oaks, California and various Amgen offices |
| Documents related to manufacturing of CERA | Penzberg, Germany<br>Mannheim, Germany |

C.   **Calculation of Damages**

Roche has not completed its calculation for monetary damages related to its counterclaims, and will supplement these statements after Amgen complies with Roche's discovery requests. Roche will further supplement this disclosure after such discovery is completed or otherwise as required under Rule 26.

Based on Amgen's decision to waive and forgo any damages, compensatory or otherwise, as a tactic to deprive Roche of its constitutional right to a jury trial on Amgen's claims (even though Roche contends that they are entitled to a trial by jury), Amgen is estopped, has waived, and is precluded from seeking, asserting or maintaining a claim for damages, compensatory or otherwise, for any damages, whether past, current or future, in the event that Amgen is

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

successful on its claims and the Court determines that a permanent injunction is not warranted in this case.

### D.    Insurance Agreements

Roche is currently unaware of any insurance, indemnification, or like agreement under which anyone may be liable to satisfy all or part of any judgment that may be entered in this action.

### E.    Expert Witnesses

At this time, Roche has not yet identified any expert witnesses it intends to call at trial. Roche will further supplement this disclosure as required under Rule 26 once experts submit reports in this case.

DATED:    Boston, Massachusetts
          March 27, 2007

F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE INC.

By its attorneys,

/s/ Patricia A. Carson
Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292

**CONTAINS CONFIDENTIAL MATERIAL PURSUANT TO PROTECTIVE ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) by overnight mail on the above date.

| | |
|---|---|
| Lloyd R. Day, Jr. (*pro hac vice*)<br>David A. Madrid (*pro hac vice*)<br>Linda A. Sasaki-Baxley (*pro hac vice*)<br>Deborah Fishman (*pro hac vice*)<br>DAY CASEBEER MADRID &<br>BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 873-0110<br>Facsimile: (408) 873-0220 | D. Dennis Allegretti (BBO#545511)<br>Michael R. Gottfried (BBO#542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone: (617) 289-9200<br>Facsimile: (617) 289-9201 |
| William G. Gaede III (*pro hac vice*)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 | Kevin M. Flowers (*pro hac vice*)<br>Thomas I. Ross (*pro hac vice*)<br>Mark H. Izraelewicz (*pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448 |

/s/ Peter Fratangelo
Peter Fratangelo

3099/501 562939.1

31437711.DOC                       15