# EXHIBIT 4

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public
Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile:  (408) 873-0220

Deborah E. Fishman  
(408) 342-4587  
dfishman@daycasebeer.com

April 9, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:    *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al.* (05-CV-12237 WGY)

Dear Tom:

I write to designate Drs. Arnie Berk, Ralph Bradshaw, Gene Goldwasser, Randy Wall and Mr. Steve Kunin in accordance with our proposed Protective Order at ¶¶ 9 (c) and 13, and to notify you of our intention to share Confidential Discovery Material with them. I enclose a current copy of the curriculum vitae for each of these individuals as well as a signed copy of the agreement to abide by the terms of the parties' protective order for each. In addition, I enclose a signed copy of the agreement to abide by the parties' protective order for Dr. Adamson, who was disclosed to you many months ago (on December 6, 2006) and before our protective order had been finalized.

Very truly yours,

DAY CASEBEER  
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

DEF:rlp

Enclosures (11)

cc:    Michele Moreland  
       Mark Israelewicz  
       Hank Heckel  
       Peter Fratangelo

606108_1

Case 1:05-cv-12237-WGY   Document 782-5   Filed 07/30/2007   Page 3 of 18
04-06-2007  10:40am  From-UCLA BOYER HALL--MBI        310-206-7286        T-821  P.002/003  F-370
Case 1:05-cv-12237-WGY   Document 274   Filed 02/07/2007   Page 1 of 2

ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 05 Civ. 12237 WGY |
| | ) |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN-LA ROCHE INC., | ) ) ) |
| Defendants. | ) ) ) |

**AGREEMENT TO ABIDE BY PROTECTIVE ORDER**

The undersigned represents that he or she is affiliated with [Plaintiff Amgen, Inc.] [Defendants F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffman-LaRoche Inc.], in the above captioned matter. The undersigned is involved in this litigation as ___expert___ [e.g., outside counsel, expert or consultant retained by outside counsel]. If an attorney, the undersigned is admitted in _____ [all jurisdictions]. The undersigned has read the Protective Order issued on _2 Feb 07_ by the Honorable William G. Young in this matter, and in accordance with that Order, hereby agrees:

(1)  To be bound by the terms of the Protective Order;

(2)  Not to reveal Confidential Discovery Material under this Protective Order to anyone other than another person authorized to have access to it pursuant to Paragraphs 9 and 10 of the Protective Order;

(3)  To comply with the procedures set forth in Paragraph 4 of the Protective Order with respect to Restricted Access Confidential BLA/IND Material;

588907_1                            14

Case 1:05-cv-12237-WGY   Document 782-5   Filed 07/30/2007   Page 4 of 18
04-06-2007   10:40am   From-UCLA BOYER HALL--MBI   310-206-7286   T-821   P.003/003   F-370
Case 1:05-cv-12237-WGY   Document 274   Filed 02/07/2007   Page 2 of 2

(4)        To use such Confidential Discovery Material solely for purposes of this litigation, unless permission is received from the Supplier, or the Court, to use it for other purposes.

Dated: 6 Apr 07

Respectfully submitted,

*Arnold Berk* (signature)

Name: University of California, Los Angeles
Employer: 611 Young Dr E
Address: Los Angeles, CA 90095-1570

588907_1

15

ARNOLD J. BERK
CURRICULUM VITAE

<u>Date and Place of Birth</u>

23 December 1949, Los Angeles, California

<u>Education</u>

| | |
|---|---|
| 1971 - A. B. | University of California at Berkeley, Berkeley, California |
| 1976 - M. D. | Stanford University School of Medicine, Stanford, California |

<u>Professional Experience</u>

| | |
|---|---|
| 1971 - 1976 | Medical Scientist Training Program Fellow<br>Stanford University School of Medicine<br>Advisor: Dr. David A. Clayton |
| 1977 - 1978 | Helen Hay Whitney Foundation Fellow<br>Massachusetts Institute of Technology<br>Advisor: Dr. Phillip A. Sharp |
| 1978 - 1982 | Assistant Professor, Department of Microbiology<br>University of California, Los Angeles |
| 1982 - 1986 | Associate Professor, Department of Microbiology<br>University of California, Los Angeles |
| 1986-present | Professor, Department of Microbiology<br>University of California, Los Angeles |
| 1988 - 1992 | Chairman, Department of Microbiology<br>University of California, Los Angeles |
| 1992 - 1994 | Associate Director, Molecular Biology Institute<br>University of California, Los Angeles |
| 1994-2001 | Director, Molecular Biology Institute<br>University of California, Los Angeles |

1

### Honors and Awards

| | |
|---|---|
| 1971 | Phi Beta Kappa, University of California, Berkeley |
| 1976-1979 | Helen Hay Whitney Fellow |
| 1979 | Trygve Tuve Lecturer<br>National Institute of General Medical Science |
| 1981 - 1986 | American Cancer Society Faculty Research Award |
| 1983 - 1986 | Postdoctoral Selection Committee<br>American Cancer Society, California Division |
| 1984 - 1988 | Genetics Panel, National Science Foundation |
| 1985 - 1992 | Editor, <u>Virology</u> |
| 1986 - 1992 | Editorial Board, <u>Molecular Cell Biology</u> |
| 1986 - 1992 | Editorial Board, <u>Nucleic Acids Research</u> |
| 1986 | Chairman, Animal Cells and Viruses Gordon Conference |
| 1987 | Merit Award, National Institutes of Health |
| 1988-1995 | Postdoctoral Fellowship Selection Committee<br>American Cancer Society, California Division |
| 1991-1995 | Chair, Postdoctoral Selection Committee<br>American Cancer Society, California Division |
| 1994 | College of Letters and Science's Faculty Award<br>University of California, Los Angeles |
| 1994-1997 | NIH Review Panel for the Frederick Cancer Research and Development Center |
| 1995 | Merit Award, National Institutes of Health |
| 1997-2001 | NIH Molecular Biology Y Study Section |
| 1998 | Elected Fellow, American Adacemy of Arts and Sciences |
| 1998-2005 | Howard Hughes Medical Institute Scientific Review Board |
| 2003 | Merit Award, National Institutes of Health |

2005                Dean's Award, Life Sciences UCLA College of Letters and Sciences, Speaker in College Science Research Colloquium Series Jan 14, 2005

BIBLIOGRAPHY

Books

Molecular Cell Biology, Third Edition. 1995. Harvey Lodish, David Baltimore, Arnold Berk, Lawrence Zipursky, Paul Matsudaira, and James Darnell, Jr. W. H. Freeman, Inc., New York, NY.

Molecular Cell Biology, Fourth Edition. 1999. Harvey Lodish, Arnold Berk, Paul Matsudaira, Lawrence Zipursky, David Baltimore, and James Darnell, Jr. W. H. Freeman, Inc., New York, NY

Molecular Cell Biology, Fifth Edition. 2003. Harvey Lodish, Arnold Berk, Paul Matsudaira, Chris A. Kaiser, Monty Krieger, Matthew P. Scott, S. Lawrence Zipursky, and James Darnell, Jr. W. H. Freeman, Inc., New York, NY

Research Papers and Reviews

1. Shimizu, C.S.N., Kaplan, S A. and Berk, A.J. 1967. Effect of aldosterone on RNA synthesis in rat kidney. Fed. Proc. **26**: 424.

2. Berk, A.J., Meyer, B.J., and Clayton, D.A. 1973. Mitochondrial-specific thymidine kinase. Arch. Biochem. Biophysic. **154**: 563-565.

3. Berk, A.J. and Clayton, D.A. 1973. A genetically distinct thymidine kinase in mammalian mitochondria: exclusive labeling of mitochondrial deoxyribonucleic acid. J. Biol. Chem. **248**: 2722-2729.

4. Berk, A.J., and Clayton, D.A. 1974. Mechanism of mitochondrial DNA replication in mouse L-cells: asynchronous replication of strands, segregation of circular daughter molecules, aspects of topology and turnover of an initiation sequence. J. Mol. Biol. **86**: 801-824.

5. Berk, A.J., and Clayton, D.A. 1975. Mechanism of mitochondrial DNA replication in mouse L-cells. In: Symposium on DNA Synthesis and its Regulation, P. C. Hanawalt and M. Goulian (eds.), pp. 560-577

6. Berk, A.J., and Clayton, D.A. 1976. Mechanism of mitochondrial DNA replication in mouse L-cells: topology of circular daughter molecules and dynamics of catenated oligomer formation. J. Mol. Biol. **100**: 85-102.

7. Berk, A.J., and Sharp, P.A. 1977. Ultraviolet mapping of the adenovirus 2 early promoters. Cell **12**: 45-55.

8. Berk, A.J., and Sharp. P.A. 1977. Sizing and mapping of early adenovirus mRNAs by gel electrophoresis of Sl endonuclease-digested hybrids. Cell **12**: 721-732.

9. Berget, S.M., Berk, A.J., Harrison, T. and Sharp, P.A. 1978. Spliced segments at the 5' termini of adenovirus 2 late mRNA: a role for heterogeneous nuclear RNA in mammalian cells. Cold Spring Harbor Symp. on Quant. Biol. **42**: 523-529.

10. Berk, A.J., and Sharp, P.A. 1978. Spliced early messenger RNAs of simian virus 40. Proc. Natl. Acad. Sci. USA **75**: 1274-1278.

11. Berk, A.J., and Sharp, P.A. 1979. Structure of the adenovirus 2 early mRNAs. Cell **14**: 695-711.

12. Berk, A.J., and Sharp, P.A. 1979. RNA splicing in the early mRNAs of simian virus 40 and adenovirus 2. ICN-UCLA Symposium on Persistent Viral Infections, Todaro and Stevens (eds.) pp. 431-444.

13. Berk, A.J., Lee, F., Harrison, T., Williams, J. and Sharp, P.A. 1979. Pre-early adenovirus 5 gene products regulate transcription and processing of early viral messenger RNAs. Cell **17**: 935-944.

14. Lee, F., Berk, A.J., Harrison, T., Williams, J. and Sharp. P.A. 1979. Regulation of early adenovirus mRNA synthesis. ICN-UCLA Symposium on Gene Regulation in Eukaryotes. Alan R. Liss, Inc., NY pp. 581-594.

15. Berk, A.J., Lee, F., Harrison, T., Williams, J., and Sharp. P.A. 1979. Phenotypes of adenovirus 5 host range mutants for early mRNA synthesis. Cold Spring Harbor Symp. on Quant. Biol. **44**: 429-436

16. Sharp, P.A., Berk, A.J., and Berget, S.M. 1979. Transcription maps of adenovirus. Methods Enzym. **65**: 750-768.

17. Dunsworth-Browne, M., Schell, R., and Berk, A.J. 1979. Adenovirus terminal protein protects single-stranded DNA from digestion by a cellular exonuclease. Nucleic Acids Res. **8**: 543-554.

18. Osborne, T.F., Schell, R.E., Burch-Jaffe, E., Berget, S.J., and Berk, A.J. 1981. Mapping a eukaryotic promoter: DNA sequence required for in vivo expression of adenovirus pre-early functions. Proc. Natl. Acad. Sci. USA **78**: 1381-1385.

19. Montell, C., Fisher, E.F., Caruthers, M.H., and Berk, A.J. 1982. Resolving the functions of overlapping viral genes by site specific mutagenesis at a mRNA splice site. Nature **295**: 380-384.

20. Osborne, T.F., Gaynor, R.B. and Berk, A.J. 1982. The T-A-T-A homology and the mRNA 5' untranslated sequence are not required for expression of essential adenovirus EIA functions. Cell **29**: I39-148.

21. Gaynor, R.B., Tsukamoto, A., Montell, C., and Berk, A.J. 1982. Enhanced expression of adenovirus transforming proteins. J. Virol. **44**: 276-285.

22. Osborne, T.F., and Berk, A.J. 1983. Far upstream initiation sites for adenovirus early region IA transcription are utilized after the onset of viral DNA replication. J. Virol. **45**: 594-599.

23. Montell, C., Fisher, E.F., Caruthers, M.H. and Berk, A.J. 1983. Inhibition of RNA cleavage but not polyadenylation by a point mutation in mRNA 3' consensus sequence AAUAAA. Nature **305**: 600-604.

24. Gaynor, R.B., and Berk, A.J. 1983. Cis-acting induction of adenovirus transcription. Cell **33**: 683-693.

25. Spindler, K.R., Rosser, D.S.E., and Berk, A.J. 1984. Analysis of adenovirus transforming proteins from early regions IA and IB with antisera to inducible fusion antigens produced in *Escherichia coli*. J. Virol. **49**: 132-141.

26. Gaynor, R.B., Hillman, D., and Berk, A.J. 1984. Adenovirus early region IA protein activates transcription of a non-viral gene introduced into mammalian cells by infection or transfection. Proc. Natl. Acad. Sci. USA **81**: 1193-1197.

27. Montell, C., Courtois, G., Eng, C., and Berk, A.J. 1984. Complete transformation by adenovirus 2 requires both EIA proteins. Cell **36**: 951-961.

28. Montell, C., Fisher, E.F., Caruthers, M.H., and Berk, A.J. 1984. Control of adenovirus EIB mRNA synthesis by a shift in the activities of RNA splice sites. Mol. Cell. Biol. **4**: 966-972.

29. Curtois, G., and Berk, A.J. 1984. Adenovirus EIA protein activation of an integrated viral gene. EMBO Journal **3**: 1145-1150.

30. Montell, C., and Berk, A.J. 1984. Elimination of mRNA splicing by a point mutation outside the conserved GU at 5' splice sites. Nucl. Acids Res. **12**: 3821-3827.

31. Osborne, T.F., Arvidson, D.N., Tyau, E.S., Dunsworth-Browne, M. and Berk, A.J. 1984. Transcription control region within the protein-coding portion of adenovirus EIA genes. Mol. Cell. Biol. **4**: 1293-1305.

32. Spindler, K.L., and Berk, A.J. 1984. Translation efficiency of adenovirus early region IA

xxx

mRNAs deleted in the 5'-untranslated region. J. Virol. **51**: 884-887.

33. Spindler, K.L., and Berk, A.J. 1984. Rapid intracellular turnover of adenovirus 5 early region IA proteins. J. Virol. **52**: 706-710.

34. Spindler, K.L., Eng, C. and Berk, A.J. 1985. An adenovirus early region IA protein is required for maximal viral DNA replication in growth-arrested human cells. J. Virol. **53**: 742-750.

35. Fradkin, L.G., Leong, K., Morrow, C.D., Berk, A.J. and Dasgupta, A. 1985. Primer-dependent eukaryotic RNA polymerase capable of accurate transcription from the adenovirus major late promoter in a reconstituted system. Proc. Natl. Acad. Sci. USA **82**: 7979-7983.

36. Gaynor, R.B., Feldman, L.T., and Berk, A.J. 1985. Transcription of class III genes activated by viral immediate early protein. Science **230**: 447-450.

37. Yoshinaga, S., Dean, N., Han, M., and Berk, A.J. 1986. Adenovirus stimulation of transcription by RNA polymerase III: Evidence for an EIA-dependent increase in transcription factor IIIC concentration. EMBO Journal **5**: 343-354.

38. Tsukamoto, A., Ponticelli, A., Berk, A.J. and Gaynor, R.B. 1986. Genetic mapping of a major site of phosphorylation in adenovirus 2 EIA proteins. J. Virol. **59**: 14-22.

39. Leong, K. and Berk, A.J. 1986. Adenovirus EIA-protein increases the number of template molecules transcribed in cell-free extracts. Proc. Natl. Acad. Sci. USA **83**: 5844-5848.

40. Berk, A.J. 1986. Adenovirus promoters and EIA transactivation. Ann. Rev. Genet. **20**: 45-79.

41. Berk, A.J. 1986. Functions of adenovirus EIA. Cancer Surveys **5**: 367-389.

42. Tsukamoto, A., Ferguson, B., Rosenberg, M., Weissman, I.L., and Berk, A.J. 1986. An immunodominant domain in adenovirus type 2 early region IA proteins. J. Virol. **60**: 312-316.

43. Barker, D.D. and Berk, A.J. 1987. Adenovirus proteins from both EIB open reading frames are required for transformation of rodent cells by viral infection and DNA transfection. Virol. **156**: 107-121.

44. Yoshinaga, S.K., Boulanger, P.A., and Berk, A.J. 1987. Resolution of human transcription factor TFIIIC into two functional components. Proc. Natl. Acad. Sci. USA **84**: 3585-3589.

45. Wu, L., Rosser, D.S.E., Schmidt, M.C., and Berk, A.J. 1987. TATA-box implicated in EIA transcription activation of a simple adenovirus 2 promoter. Nature **326**: 512-515.

46. Boulanger, P.A., Yoshinaga, S.K., and Berk, A.J. 1987. DNA-binding properties and characterization of human transcription factor TFIIIC2. J. Biol. Chem. **262**: 15098-15105.

47. Fradkin, L.G., Yoshinaga, S., Berk, A.J., and Dasgupta, A. 1987. Inhibition of host cell RNA polymerase III-mediated transcription by poliovirus: Inactivation of specific transcription factors. Mol. Cell. Biol. **7**: 3880-3887.

48. Dean, N., and Berk, A.J. 1987. Separation of TFIIIC into two functional components by sequence specific DNA affinity chromatography. Nucleic Acids Res. **15**: 9895-9907.

49. Leong, K., Brunet, L., and Berk, A.J. 1988. Factors responsible for the higher transcriptional activity of extracts of adenovirus infected cells fractionate with the TATA-box transcription factor. Mol. Cell. Biol. **8**: 1765-1774.

50. Wu, L., and Berk, A.J. 1988. Constraints on spacing between transcription factor binding sites in a simple adenovirus promoter. Genes and Dev. **2**: 403-411.

51. Dean, N., and Berk, A.J. 1988. Ordering the promoter binding of class III transcription factors TFIIICI and TFIIIC2. Mol. Cell. Biol. **8**: 3017-3025.

52. Wu, L., and Berk, A.J. 1988. Transcriptional activation by the pseudorabies virus immediate early protein requires the TATA box element in the adenovirus 2 EIB promoter. Virol. **167**: 318-322.

53. Brunet, L.J., and Berk, A.J. 1988. Concentration dependence of transcriptional transactivation in inducible EIA-containing human cells. Mol. Cell. Biol. **8**: 4799-4807.

54. Yoshinaga, S.K., L'Etoile, N.D., and Berk, A.J. 1989. Purification and characterization of transcription factor IIIC2. J. Biol. Chem. **264**: 10726-10731.

55. Pei, R., and Berk, A.J. 1989. Multiple transcription factor binding sites mediate adenovirus EIA transactivation. J. Virol. **63**: 3499-3506.

56. Schmidt. M.C., Zhou, Q., and Berk, A.J. 1989. Spl activates transcription without affecting the DNA binding activity of the TATA box factor. Mol. Cell. Biol. **9**: 3299-3307.

57. Berk, A.J. 1989. Characterization of RNA Molecules by SI analysis. Methods Enzy. **180**: 334-347.

58. Schmidt, M.C., Kao, C.C., Pei, R., and Berk, A.J. 1989. Yeast TATA-box transcription factor gene. Proc. Natl. Acad. Sci. USA **86**: 7785-7789.

59. Boulanger, P.A., L'Etoile, N.D., and Berk, A.J. 1989. A DNA binding domain of human transcription factor IIIC2. Nucleic Acids Res. **17**: 7761-7770.

60. Fradkin, L.G., Yoshinaga, S.K., Berk, A.J., and Dasgupta, A. 1989. Human transcription factor TFIIIC2 specifically interacts with a unique sequence in the Xenopus laevis 5S rRNA gene. Mol. Cell. Biol. **9**: 4941-4950.

61. Berk, A.J. 1989. Regulation of eukaryatic transcription factors by post-translational

modification. Biochemica Biophysica Acta **1009**: 103-109.

62. Leong, K., Lee, W., and Berk, A.J. 1990. High level transcription from the adenovirus major late promoter requires downstream binding sites for late phase specific factors. J. Virol. **64**: 51-60.

63. Berk, A.J., and Schmidt, M.C. 1990. How *do* transcription factors work? Genes and Dev. **4**: 151-155.

64. Lieberman, P.M., and Berk, A.J. 1990. *In vitro* transcriptional activation, dimerization and DNA binding specificity of the Epstein-Barr virus Zta protein. J. Virol. **64**: 2560-2568.

65. Smale, S.T., Schmidt, M.C., Berk, A.J., and Baltimore, D. 1990. Transcriptional activation by Spl as directed through TATA or initiator: specific requirement for mammalian transcription factor IID. Proc. Natl. Acad. Sci. USA **87**: 4509-4513.

66. Kao, C.C., Lieberman, P.M., Schmidt, M.C., Zhou, Q., Pei, R., and Berk, A.J. 1990. Cloning of a transcriptionally active human TATA binding factor. Science **248**: 1646-1650.

67. Yew, P.R., Kao, C.C., and Berk, A.J 1990. Dissection of functional domains in the adenovirus 2 early IB 55 K polypeptide by suppressor linker-insertion mutagenesis. Virology **179**: 795-805.

68. Kao, C.C., Yew, P.R., and Berk, A.J. 1990. Domains required for *in vitro* association between the cellular p53 and the adenovirus 2 EIB 55 K proteins. Virology, **179**: 806-814.

69. Lieberman, P.M., Schmidt, M.C., Kao, C.C., and Berk, A.J. 1991. Two distinct domains in the yeast transcription factor IID and evidence for a TATA box-induced conformational change. Mol. Cell. Biol. **11**: 63-74.

70. Zhou, Q., Schmidt, M. C., and Berk, A. J. 1991. Requirement for acidic amino acid residues immediately N-terminal to the conserved domain of *S. cerevisiae* TFIID. EMBO. J. **10**: 1843-1852.

71. Usuda, Y., Kubota, A., Berk, A.J., and Handa, H. 1991. Affinity purification of transcription factor IIA from HeLa cell nuclear extract. EMBO J. **10**: 2305-2310.

72. Segal, R., and Berk, A. J. 1991. Promoter activity and distance constraints of one versus two Sp1 binding sites. J. Biol. Chem. **266**: 20406-20411.

73. Lee, W.S., Kao, C.C., Bryant, G.O., Liu, X., and Berk, A.J. 1991. Adenovirus E1A activation domain binds the basic repeat in the TATA box transcription factor. Cell **67**: 365-376.

74. Lieberman, P. M., and Berk, A. J. 1991. The Zta trans-activator protein stabilizes TFIID association with promoter DNA by direct protein-protein interaction. Genes and Dev. **5**: 2441-2454.

75. Yew, P. R. and Berk, A. J. 1992. Inhibition of p53 transactivation required for transformation by adenovirus early 1 B protein. Nature **357**, 82-85.

76. Zhou, Q., Lieberman, P. M., Boyer, T. G., and Berk, A. J. 1992. Holo-TFIID supports transcriptional stimulation by diverse activators and from a TATA-less promoter. Genes & Dev. **6**: 1964-1974.

77. Berk, A. J. 1992. Adenovirus E1A transactivation: Understanding it will require learning how the general transcription factors function. In <u>Transcriptional Regulation</u>, K. R. Yamamoto and S. L. McKnight, eds., Cold Spring Harbor Press, Cold Spring Harbor, New York, pp. 727-742.

78. Clark, M.E., Lieberman, P. M., Berk, A. J., and Dasgupta, A. 1993. Direct cleavage of human TATA-binding protein by poliovirus protease 3C in vivo and in vitro. Mol. Cell. Biol. **13**: 1232-1237.

79. Zhou, Q., Boyer, T. G., and Berk, A. J. 1993. Factors (TAFs) required for activated transcription interact with TATA-box binding protein conserved core domain. Genes & Dev. **7**: 180-187.

80. Liu, X., Miller, C.W., Koeffler, P.H., and Berk, A.J. 1993. p53 activation domain binds the TATA-box binding polypeptide in holo-TFIID and a neighboring p53 domain inhibits transcription. Mol. Cell. Biol. **13**: 3291-3300.

81. Boyer, T.G., and Berk, A.J. 1993. Functional interactions of adenovirus E1A with holo-TFIID. Genes & Dev. **7**: 1810-1823.

82. Kerr, L.D., Ransone, L.J., Wamsley, P., Schmitt, M.J., Boyer, T.J., Zhou, Q., Berk, A.J., and Verma, I.M. 1993. Association between proto-oncoprotein Rel and TATA-binding protein mediates transcriptional activation by NF-kB. Nature **365**: 412-419.

83. Yew, P.R., Liu, X., and Berk, A.J. 1994. Adenovirus E1B oncoprotein tethers a transcriptional repression domain to p53. Genes and Dev. **8**: 190-202.

84. L'Etoile, N.D., Fahnestock, M.L., Shen, Y., Aebersold, R., and Berk, A.J. 1994. Human TFIIIC box B-binding subunit. Proc. Natl. Acad. Sci. USA **91**: 1652-1656.

85. Geisberg, J.V., Lee, W.S., Berk, A.J., and Ricciardi, R.P. 1994. The zinc finger region of the E1A transactivating domain complexes with the TATA box-binding protein. Proc. Natl. Acad. Sci. USA **91**: 2488-2492.

86. Lieberman, P.M., and Berk, A.J. 1994. A mechanism for TAFs in transcriptional activation: activation domain enhancement of TFIID-TFIIA-promoter DNA complex formation. Genes and Dev. **8**: 995-1006.

87. Csete, M.E., Drazan, K.E., van Bree, M., McIntee, D.F., McBride, W.H., Bett, A., Graham,

F.L., Busuttil, R.W., Berk, A.J., and Shaked, A. 1994. Adenovirus-mediated gene transfer in the transplant setting. Part I: Conditions for expression of transferred genes in cold preserved hepatocytes. Transplantation **57**: 1502-1507.

88. Shaked, A., Csete, M.E., Drazan, K.E., Wu, L., Busuttil, R.W., and Berk, A. J. 1994. Adenovirus-mediated gene transfer in the transplant setting. Part II: Successful expression of transferred cDNA in syngeneic liver grafts. Transplantation **57**: 1508-1511.

89. Zhou, Q., and Berk, A. J. 1995. Yeast TBP core domain assembles with human TAFs into a functional TFIID complex. Mol. Cell. Biol. **15**: 534-539.

90. Goga, A., Liu, X., Hambuch, T. M., Senechal, K., Berk, A. J., Witte, O. N., and Sawyers, C. L. 1995. p53 dependent growth suppression by the c-Abl nuclear tyrosine kinase. Oncogene **11**: 791-799.

91. Liu, X., and Berk, A. J. 1995. Reversal of In Vitro p53 Squelching by both TFIIB and TFIID Mol. Cell. Biol. **15**: 6474-6478.

92. Kobayashi, N., Boyer, T. G., and Berk, A. J. 1995. A Class of Activation Domains Interacts Directly with TFIIA and Stimulates TFIIA-TFIID-Promoter Complex Assembly. Mol. Cell. Biol. **15**: 6465-6473.

93. Martinez, E., Zhou, Q., L'Etoile, N. D., Oelgeschlager, T., Berk, A. J., and Roeder, R. G. 1995. Core promoter-specific function of a mutant transcription factor TFIID defective in TATA-box binding. Proc. Natl. Acad. Sci. USA **92**: 11864-11868.

94. Berk, A. J. 1995. Biochemistry meets genetics in the holoenzyme. 1995. Proc. Natl. Acad. Sci. USA **92**: 11952-11954.

95. Shen, Y., Igo, M., Yalamanchili, P., Berk, A. J. and Dasgupta, A. 1996. The DNA binding domain and subunit interactions of transcription factor IIIC revealed by dissection with poliovirus 3C protease. Mol. Cell. Biol. **16**: 4163-4171.

96. Juo, Z. S., Chiu, T. K., Leiberman, P. M., Baikalov, I., Berk, A. J., and Dickerson, R, E. 1996. How proteins recognize the TATA box. J. Mol. Biol. **261**: 239-254.

97. Bryant, G. O., Martel, L. S., Burley, S. K., and Berk, A. J. 1996. Radical mutagenesis reveals TATA-box binding protein surfaces required for activated transcription in vivo. Genes and Dev. **10**: 2491-2504.

98. Berk, A., and Mattaj, I.W., 1997. Nucleus and gene expression [editorial]. Current Opinion in Cell Biol. **9**: 307-309.

99. Brauner, R., Wu, L., Laks, H., Nonoyama, M., Scholl, F., Shvarts, O., Berk, A., Drinkwater, D. C., Jr., and Wang, J. L. 1997. Intracoronary gene transfer of immunosuppressive cytokines to cardiac allografts: method and efficacy of adenovirus-mediated transduction. J. Thoracic and Cardiovascular Surgery **113**: 1059-1066.

100. Martin, M.E.D., and Berk, A. J. 1998. Adenovirus E1B 55K Represses p53-Activation In Vitro. J. Virol. **72**: 3146-3154.

101. Shen, Y. Kassavetis, G., Bryant, G.O., and Berk, A.J. 1998. Polymerase (Pol) III TATA Box-Binding Protein (TBP)-Associated Factor Brf Binds to a Surface on TBP Also Required for Activated Pol II Transcription. Mol. Cell. Biol. **18**: 1692-1700.

102. Kobayashi, N., P.J. Horn, S.M. Sullivan, S.J. Triezenberg, T.G. Boyer, and A. J. Berk. 1998. DA-Complex Assembly Activity Required for VP16C Transcriptional Activation. Mol. Cell. Biol. **18**: 4023-4031.

103. Lieberman, J.R., L.Q. Lee, L. Wu, G.A.M. Finerman, A. Berk, O.N. Witte, and S. Stevenson. 1998. Regional gene therapy with a BMP-2 producing murine stromal cell line induces heterotropic bone formation in rodents. J. Orthop. Res. **16**: 330-339.

104. Gambhir, S.S., Barrio, J.R., Wu, L., Iyer, M., Namavari, M., Satyamurthy, N., Parrish, C., MacLaren, D.C., Borghei, A.R., Bauer, E., Green, L.A., Sharfstein, S., Berk, A.J., Cherry, S.R., Phelps, M.E., and Herschman, H.R. 1998. Imaging of adenoviral directed herpes simplex virus type 1 thymidine kinase reporter gene expression in mice with ganciclovir. J. Nucl. Med. **39**: 2003-2011.

105. Berk, A.J., T.G. Boyer, A.N. Kapanidis, R.E. Ebright, N.N. Kobayashi, P.J. Horn, S.M. Sullivan, R. Koop, M.A. Surby, and S.J. Triezenberg. 1998. Mechanisms of Viral Activators. Cold Spring Harbor Symposium on Quantitative Biology **63**: 243-252.

106. Gambhir, S. S., Barrio, J. R., Phelps, M. E., Iyer, M., Namavari, M., Satyamurthy, N., Wu, L., Green, L. A., Bauer, E., MacLaren, D. C., Nguyen, K., Berk, A. J., Cherry, S. R., and Herschman, H. R. 1999. Imaging adenoviral-directed reporter gene expression in living animals with positron emission tomography. Proc. Natl. Acad. Sci. USA **96**: 2333-2338.

107. Martin, M. E. D. and Berk, A.J. 1999. Corepressor required for Adenovirus E1B 55,000-molecular weight protein repression of basal transcription. Mol. Cell. Biol. **19**: 3403-3414.

108. Boyer, T.G., Martin, M.E.D., Lees, E., Ricciardi, R.P., and Berk, A.J. 1999. Mammalian SRB/Mediator complex is targeted by adenovirus E1A protein. Nature **399**: 276-279.

109. MacLaren, D.C., S.S. Gambhir, N. Satyamurthy, J.R. Barrio, S. Sharfstein, T. Toyokumi, L. Wu, A.J. Berk, S.R. Cherry, M.E. Phelps, and H.R. Herschman. 1999. Repetitive, Non-invasive imaging of the Dopamine D2 Receptor as a Reporter Gene in Living Animals. Gene Therapy **6**: 785-791.

110. Berk, A. J. 1999. Activation of RNA Polymerase II Transcription. Current Opinion in Cell Biology **11**: 330-335.

111. Harada, J. N., and A. J. Berk. 1999. p53-Independent and –Dependent Requirements for E1B-55K in Adenovirus 5 Replication. J. Virol. **73**: 5333-5344.

112. Lieberman, J.R., A. Daluiski, S. Stevenson, L. Wu, P. McAllister, Y.P. Lee, J.M. Kabo,

G.A.M. Finerman, A.J. Berk, and O.N. Witte. 1999. The Effect of Regional Gene Therapy with Bone Morphogentic Protein-2 Producing Bone-Marrow Cells on the Repair of Segmental Femoral Defects in Rats. J. Bone and Joint Surgery **81**: 905-917.

113. Tan, B. T., L. Wu, and A. J. Berk. 1999. An Adenovirus-Epstein-Barr Virus Hybrid Vector that Stably Transforms Cultured Cells with High Efficiency. J. Virol. **73**: 7582-7589.

114. Berk, A. J. 2000. TBP-like Factors Come into Focus. Cell **102**: 5-8.

115. Wang, G., G. T. Cantin, J. L. Stevens, and A. J. Berk. 2001. Characterization of Mediator Complexes from HeLa Cell Nuclear Extract. Mol. Cell. Biol. **21**: 4604-4613.

116. Berk, A. J. 2001. Adenoviruses; Hogness Boxes; Initiation Factors. In <u>Encyclopedia of Genetics</u>, Eds. Sydney Brenner and Jeffrey H. Miller, Academic Press, New York, NY

117. Martel. L.S., H.J. Brown, and A.J. Berk. 2002. Evidence That TAF-TBP Interactions Are Required for Activated Transcription in Mammalian Cells. Mol. Cell. Biol. **22**: 2788-2798.

118. Stevens, J.L., G.T. Cantin, G. Wang, A. Shevchenko, A. Shevchenko, and A. J. Berk. 2002. Transcription Control by E1A and MAP Kinase Pathway via Sur2 Mediator Subunit. Science **296**: 755-758.

119. Wang, G. and Berk, A.J. 2002. In vivo Association of Adenovirus Large E1A Protein with the Human Mediator Complex in Adenovirus-Infected and –Transformed Cells. J. Virol. **76**: 9194-9206.

120. Harada, J.N., Shevchenko, A., Shevchenko, A., Pallas, D.C., and Berk, A.J. 2002. An Analysis of the Adenovirus E1B-55K Anchored Proteome Reveals Its Link to Ubiqutination Machinery. J. Virol. **76**: 9194-9206.

121. Wang J.C., Kanim L.E., Yoo S., Campbell P.A., Berk A.J., Lieberman J.R. 2003. Effect of regional gene therapy with bone morphogenetic protein-2-producing bone marrow cells on spinal fusion in rats. J. Bone Joint Surg. Am. **85-A**: 905-911.

122. Schroder O., Bryant G.O., Geiduschek E.P., Berk A.J., Kassavetis G.A. (2003). A common site on TBP for transcription by RNA polymerases II and III. EMBO J. **22**: 5115-5124.

123. Cantin, G. T., Stevens, J.L., and Berk, A.J. 2003. Activation domain-mediator interactions promote transcription pre-initiation complex assembly on promoter DNA. Proc. Nat'l. Acad. Sci. USA **100**: 12003-12008.

124. Bourbon HM, Aguilera A, Ansari AZ, Asturias FJ, Berk AJ, Bjorklund S, Blackwell TK, Borggrefe T, Carey M, Carlson M, Conaway JW, Conaway RC, Emmons SW, Fondell JD, Freedman LP, Fukasawa T, Gustafsson CM, Han M, He X, Herman PK, Hinnebusch AG, Holmberg S, Holstege FC, Jaehning JA, Kim YJ, Kuras L, Leutz A, Lis JT, Meisterernest M, Naar AM, Nasmyth K, Parvin JD, Ptashne M, Reinberg D, Ronne H, Sadowski I, Sakurai H, Sipiczki M, Sternberg PW, Stillman DJ, Strich R, Struhl K, Svejstrup JQ, Tuck

S, Winston F, Roeder RG, Kornberg RD. A unified nomenclature for protein subunits of mediator complexes linking transcriptional regulators to RNA polymerase II. Mol Cell. 2004 **14**: 553-557.

125. Dorigo, O., J.S. Gil, S.D. Gallaher, B.T. Tan, M.G. Castro, P.R. Lowenstein, M.P. Calos, and A.J. Berk. 2004. Development of a novel helper-dependent adenovirus–Epstein Barr virus hybrid vector for the stable transformation of mammalian cells. J. Virol. **78**: 6556-6566.

126. Fang, L., Stevens, J.L., Berk, A.J., and Spindler, K.R. 2004. Requirement for Sur2 for Efficient Replication of Mouse Adenovirus Type 1. J. Virol. **78**: 12888-12900.

127. Wang, G., Balamotis, M.A., Stevens, J.L., Yamaguchi, H., Handa, H., and Berk, A.J. 2005. Mediator Requirement for Both Recruitment and Post-Recruitment Steps in Transcription Initiation. Molecular Cell **17**: 683-694. (Comment by K. Struhl Mol. Cell **17**: 752-754.)

128. Yue, Q., Groszer M., Gil J.S., Berk, A.J., Messing A., Wu, H., Liu, X. 2005. PTEN deletion in Bergmann glia leads to premature differentiation and affects laminar organization. Development **132**: 3281-3291.

129. Liu, Y., Shevchenko, A., Shevchenko, A., and Berk, A.J. 2005. Adenovirus exploits the cellular aggresome response to inactivate the MRN complex. J Virol. **79**:14004-16. [Spotlight article]

130. Schwarz J, Schwarz SC, Dorigo O, Stutzer A, Wegner F, Labarca C, Deshpande P, Gil JS, Berk AJ, Lester HA. 2006. Enhanced expression of hypersensitive alpha4* nAChR in adult mice increases the loss of midbrain dopaminergic neurons. FASEB J. **20**:935-46.

131. Woo, JL, Berk AJ. 2007. Adenovirus ubiquitin-protein ligase stimulates viral late mRNA nuclear export. J. Virol., **81**:575-587. [Spotlight article]