# EXHIBIT 7

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Jamie Phan
(408) 342-4564
jphan@daycasebeer.com

April 13, 2007

VIA FACSIMILE & FEDEX

Gasper LaRosa
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Mr. LaRosa:

Enclosed herewith please find Dr. Joseph Eschbach's production documents labeled ESCH0000001 through ESCH0000068. Please do not hesitate to contact me with any questions or concerns.


Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*(signature)*

James H. Phan

Litigation Paralegal

Enclosure

cc:   Julia Huston (w/o enclosure)
      Thomas Fleming (w/o enclosure)
      Michele Moreland (w/o enclosure)
      Mark Israelewicz (w/o enclosure)

645156v1