# EXHIBIT 8

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Mario Moore
(408) 342-4528
mmoore@daycasebeer.com

June 2, 2007

VIA EMAIL & FACSIMILE

Peter Fratangelo
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffman-La Roche Ltd., et al. (05-CV 12237 WGY)*

Dear Peter:

Enclosed please find documents bates numbered ESCH0000069 – ESCH0000740. This completes the document production from the files of Dr. Eschbach.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Mario Moore

MM:jmp

cc:   Thomas F. Fleming
      Michele E. Moreland
      Mark Israelewicz

686149v1