# EXHIBIT 11

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

Dockets.Justia.com

MARSHALL, GERSTEIN & BORUN LLP

ATTORNEYS-AT-LAW

Mark H. Izraelewicz<br>
(312) 474-6633<br>
mizraelewicz@marshallip.com

April 9, 2007

VIA E-MAIL

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

    Re:    *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al.* (05-CV-12237)

Dear Tom:

    In accordance with ¶¶ 9(c) and 13 of the Court's Protective Order, I write to designate Dr. Stuart H. Orkin as an expert in the above referenced matter and to notify you of our intention to share Discovery Material with him.

    I enclosed a current copy of Dr. Orkin's curriculum vitae, along with his signed agreement to be bound by the terms of the Court's Protective Order.

                      Kind regards,

                      Mark Izraelewicz

Encl.

cc:    Deborah Fishman
        Patricia Carson