# EXHIBIT 12

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

Dockets.Justia.com

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

May 31, 2007

Mario Moore
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

       Re:   ***Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass***

**VIA EMAIL AND FAX**

Dear Mario:

      The rebuttal expert report by Dr. Orkin dated 5/11/07 refers to his own work on cloning the EPO gene. Since Dr. Orkin relies on this work to support his opinions, this work is relevant and discoverable. In view of the upcoming deposition of Dr. Orkin, we request immediate production of all documents underlying and relating to this work.

                                            Very truly yours,

                                            Hank Heckel

cc:     Michelle Moreland
       Mark Izraelewicz
       Julia Huston
       Patricia Carson

31482616.DOC