# EXHIBIT 13

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile:  (408) 873-0220

Mario Moore
(408) 342-4528
mmoore@daycasebeer.com

May 31, 2007

VIA E-MAIL & FACSIMILE

Hank Heckel, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

Re:   *Amgen Inc. v. F. Hoffman-LaRoche LTD*

Dear Hank:

I write to respond to your letter to me today requesting the documents relating to Dr. Orkin's work on the EPO gene. The materials you requested were already produced. The bates range is AM-ITC 00260218-00260745.

Please let me know if you have any further questions.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Mario Moore

MM:jmp

cc:   Thomas F. Fleming, Esq.
      Peter Fratangelo, Esq.
      Michele E. Moreland, Esq.
      Mark Israelewicz, Esq.

685779v1