# EXHIBIT 14

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses - Public

Dockets.Justia.com

# LIVENOTE | World Service℠

Worldwide Deposition Reporting & Legal Videography

United States District Court
District Of Massachusetts

**\*\*Confidential Pursuant To Section 5(c) of the Amended Protective Order\*\***

Deposition

Certified Copy

Of

Stuart H. Orkin, M.D.

(Exhibits Have Been Bound Separately)

June 5, 2007

Amgen, Inc.

v.

F. Hoffmann-La Roche, LTD

*A LiveNote World Service Transcript. Reported by CP, Farmer Arsenault Brock, LLC*
*LiveNote Inc. • 221 Main Street, Suite # 1250, San Francisco, California 94105 • 1-800-LIVENOTE*

C O N F I D E N T I A L

Exhibits 1-21                    Volume 1, Pages 1-236

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 05 Civ. 12237 WGY

---

AMGEN INC.,

        Plaintiff

vs.

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GmbH,
and HOFFMANN-LA ROCHE INC.,

        Defendants

---

VIDEOTAPED DEPOSITION OF STUART H. ORKIN, M.D.

Tuesday, June 5, 2007, 9:13 a.m.

Taken at: Bromberg & Sunstein

125 Summer Street

Boston, Massachusetts


*** TRANSCRIPT DESIGNATED CONFIDENTIAL ***
**SUBJECT TO A PROTECTIVE ORDER**

FARMER ARSENAULT BROCK LLC
Reporting For:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: 415-321-2300
Fax: 415-321-2301


Reported by:
JANIS T. YOUNG, RDR/CRR

```
 1  APPEARANCES:
 2
 3      Mark H. Izraelewicz, Esq.
        Kevin M. Flowers, Ph.D., Esq.
 4      Marshall, Gerstein & Borun LLP
            233 South Wacker Drive
 5          6300 Sears Tower
            Chicago, Illinois 60606-6357
 6          312-474-6300     Fax 312-474-0448
            mizraelewicz@marshallip.com
 7          kflowers@marshallip.com
            for Plaintiff
 8
 9
        Vladimir V. Drozdoff, Esq.
10      Kaye Scholer LLP
            425 Park Avenue
11          New York, New York 10022-3598
            212-836-7629     Fax 212-836-8689
12          vdrozdoff@kayescholer.com
            for Defendants
13
14
15  ALSO PRESENT:
16
17      Robert Alan Hess, Ph.D., Patent Agent
        Bromberg & Sunstein LLP
18
19      Jared Drewniak, Videographer
20
21
22
23
24
25
26
27
```

| | | |
|---|---|---|
| 1 | what's been marked as Orkin Exhibit 5 and tell me if | 10:33:54 |
| 2 | you recognize this document. | 10:34:00 |
| 3 | A.   Yes.   I recognize this as the expert report | 10:34:02 |
| 4 | I submitted in I believe the year 2000.   I can check | 10:34:08 |
| 5 | the signature page and see if that date's correct. | 10:34:20 |
| 6 | Yes, January 2000. | 10:34:25 |
| 7 | Q.   And if you direct your attention to Page 15 | 10:34:28 |
| 8 | of the report, bearing Bates No. AM-ITC 00857981, is | 10:34:38 |
| 9 | that your signature on that page? | 10:34:39 |
| 10 | A.   That is my signature. | 10:34:59 |
| 11 | Q.   Doctor, is there anything in this report | 10:35:05 |
| 12 | that you're aware of today as being inaccurate or | 10:35:14 |
| 13 | not stating the opinions that you had at the time | 10:35:19 |
| 14 | you signed that report? | 10:35:22 |
| 15 | A.   Well, I'd have to read through the complete | 10:35:24 |
| 16 | report, but as far as I know, there's nothing that's | 10:35:28 |
| 17 | inaccurate in the report as of the date I signed it. | 10:35:50 |
| 18 | MR. DROZDOFF:   I'd like the court | 10:35:51 |
| 19 | reporter to mark the next exhibit as Orkin Exhibit | 10:35:55 |
| 20 | 6.   It appears to be a document.   It's entitled | 10:36:16 |
| 21 | Video Deposition of Stuart H. Orkin, M.D.; it bears | 10:36:20 |
| 22 | Bates range AM-ITC 00920915 through 00921111. | 10:36:32 |
| 23 | (Marked, Exhibit Orkin 6.) | 10:36:38 |
| 24 | Q.   Doctor, I'd like to have you take a look at | 10:36:42 |
| 25 | that and tell me if you recognize this document. | |
| 26 | | |
| 27 | | |

Orkin, Stuart H. M.D.
CONFIDENTIAL
6/5/2007

| | | |
|---|---|---|
| 1 | A. Yes. I believe this is a transcript of the | 10:36:48 |
| 2 | deposition in 2000. | 10:36:56 |
| 3 | Q. And when you testified in this deposition, | 10:36:58 |
| 4 | you were under oath -- | 10:37:03 |
| 5 | A. I believe I was. | 10:37:04 |
| 6 | Q. -- just like you are today? | 10:37:06 |
| 7 | A. I believe I was. | 10:37:07 |
| 8 | Q. And you were prepared to give truthful and | 10:37:09 |
| 9 | accurate testimony? | 10:37:10 |
| 10 | A. I was. | 10:37:51 |
| 11 | Q. And, Doctor, I'd like to have you take a | 10:37:54 |
| 12 | look at Page 5 of your expert report from the TKT | 10:38:05 |
| 13 | case, which bears Bates No. AM-ITC 00857971. | 10:38:15 |
| 14 | A. I have that page. | 10:38:18 |
| 15 | Q. And let me direct your attention to | 10:38:23 |
| 16 | Paragraph 10. You state, "I was the project leader | 10:38:27 |
| 17 | on a research project entitled 'Molecular Aspects of | 10:38:33 |
| 18 | Globin Gene Switching and Cloning of Erythropoietin | 10:38:35 |
| 19 | Sequence' which was funded under a grant to | 10:38:38 |
| 20 | Dr. David G. Nathan from the National Institute of | 10:38:42 |
| 21 | Health." | 10:38:43 |
| 22 | A. That's correct; I see that. | 10:38:44 |
| 23 | Q. And can you explain what that research | 10:38:48 |
| 24 | project was? | 10:38:51 |
| 25 | A. This research project was a part of a | |
| 26 | | |
| 27 | | |

Orkin, Stuart H. M.D.　　　　　　　　　　　　　　　6/5/2007
CONFIDENTIAL

| # | | |
|---|---|---|
| 1 | actually a criminal offense, isn't it? | 11:41:43 |
| 2 |       MR. IZRAELEWICZ:  Objection.  He's not a | 11:41:45 |
| 3 | lawyer. | 11:41:45 |
| 4 |   A.  I don't know. | 11:41:47 |
| 5 |   Q.  Well, Doctor, I'd like you -- you see the | 11:41:49 |
| 6 | little Panel 18 where it says Certification and | 11:41:53 |
| 7 | Acceptance? | 11:41:54 |
| 8 |   A.  Okay, yes.  I can barely read it. | 11:41:57 |
| 9 |   Q.  Right, but can you read it enough to read | 11:42:00 |
| 10 | that -- | 11:42:01 |
| 11 |   A.  "The best of my knowledge" -- | 11:42:07 |
| 12 |   Q.  The last sentence, "A willfully false | 11:42:11 |
| 13 | certification is a criminal offense"? | 11:42:13 |
| 14 |   A.  I see that. | 11:42:14 |
| 15 |   Q.  Do you see that?  So this program project | 11:42:20 |
| 16 | grant was certified by a representative of | 11:42:24 |
| 17 | Children's Hospital as being true and complete? | 11:42:30 |
| 18 |   A.  I presume so. | 11:42:33 |
| 19 |   Q.  And you didn't have any reason to believe | 11:42:35 |
| 20 | that this application was true and complete with | 11:42:37 |
| 21 | respect to your part of the application? | 11:42:39 |
| 22 |   A.  I think it was true and complete. | 11:42:42 |
| 23 |       MR. IZRAELEWICZ:  Objection, | 11:42:43 |
| 24 | mischaracterizing the document, "true and complete." | 11:42:57 |
| 25 |   Q.  Doctor, I'd like to have you turn to Orkin | |
| 26 | | |
| 27 | | |

Orkin, Stuart H. M.D.
CONFIDENTIAL
6/5/2007

| | | |
|---|---|---|
| 1 | Exhibit 6. It's a transcript of your deposition in | 11:43:09 |
| 2 | the TKT case, and I'd like to direct your attention | 11:43:20 |
| 3 | to Page 70 of your deposition. Can you go, please, | 11:43:24 |
| 4 | to Line 8? | 11:43:35 |
| 5 | A. I see that. | 11:43:37 |
| 6 | Q. And this was testimony you gave under oath, | 11:43:41 |
| 7 | wasn't it? | 11:43:42 |
| 8 | A. It was. | 11:43:43 |
| 9 | Q. And you were asked in this deposition, | 11:43:47 |
| 10 | question: "Did you agree with the majority of the | 11:43:49 |
| 11 | site visit committee in 1981 that there was a | 11:43:52 |
| 12 | reasonable chance of success in your attempts to | 11:43:54 |
| 13 | clone erythropoietin?" | 11:43:57 |
| 14 | Do you see that? | 11:43:58 |
| 15 | A. Yes. | 11:43:58 |
| 16 | Q. And you answered, "Well, I think if we | 11:44:00 |
| 17 | didn't think there was a reasonable chance of | 11:44:02 |
| 18 | success, we never would have embarked on the | 11:44:04 |
| 19 | experiments. Doesn't mean certainty, though." Is | 11:44:09 |
| 20 | that your answer? | 11:44:10 |
| 21 | A. That's my answer. | 11:44:22 |
| 22 | Q. And the only qualification you made as to a | 11:44:26 |
| 23 | reasonable chance of success was that it doesn't | 11:44:28 |
| 24 | mean certainty? | 11:44:29 |
| 25 | MR. IZRAELEWICZ: Objection, | |

| | | |
|---|---|---|
| 1 | mischaracterizes his testimony. | 11:44:32 |
| 2 | A. As I said -- I think I answered this | 11:44:35 |
| 3 | previously -- what a chance of success is to one | 11:44:39 |
| 4 | person can be different than another. | 11:44:40 |
| 5 | Q. Well, at your deposition here, you said it | 11:44:43 |
| 6 | doesn't mean certainty, right? | 11:44:44 |
| 7 | A. That's right. That's, 100 percent -- it's | 11:44:48 |
| 8 | either 100 percent or zero. Those are the only | 11:44:50 |
| 9 | certainties. Anything in between could be a | 11:44:53 |
| 10 | reasonable chance of success. As I said before, if | 11:44:56 |
| 11 | I thought that the benefit to science or to the | 11:45:02 |
| 12 | field was sufficient, I would consider a few percent | 11:45:07 |
| 13 | a reasonable chance of success for the effort | 11:45:10 |
| 14 | involved. | 11:45:12 |
| 15 | I don't know what the legal definition | 11:45:13 |
| 16 | is, but from a personal standpoint, anything better | 11:45:17 |
| 17 | than zero is reasonable if I think it's important | 11:45:20 |
| 18 | enough. | 11:45:22 |
| 19 | Q. Doctor, do you ever have complete certainty | 11:45:24 |
| 20 | in science? | 11:45:32 |
| 21 | A. Probably not, but you get pretty close. | 11:46:24 |
| 22 | Q. Now, Doctor, in the project that you | 11:46:29 |
| 23 | undertook in connection with your program project | 11:46:32 |
| 24 | grant, your attempt to clone EPO involved not an | 11:46:44 |
| 25 | attempt to clone human erythropoietin, but an | |
| 26 | | |
| 27 | | |