# EXHIBIT 16

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses - Public

Dockets.Justia.com

# MARSHALL, GERSTEIN & BORUN LLP

ATTORNEYS AT LAW

Thomas I. Ross
(312) 474-6635
tross@marshallip.com

March 27, 2007

VIA FACSIMILE

Hanna Shen-Mei Williams
Genentech, Inc.
Legal Department
1 DNA Way, MS 49
South San Francisco, CA 94080-4990

Re:   Amgen's Subpoena Served on Genentech in re
      *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al.* (05-CV-12237)

Dear Hanna:

This letter is to confirm the conversation that took place today between us and included Deborah Fishman and Thomas Fleming.

You stated that you searched the files of Dr. Axel Ullrich and his assistant, Cara Berman, for documents pertaining to Genentech's work to produce recombinant human erythropoietin (rhEPO) from the 1980 to 1984 period. Your search of Dr. Ullrich's files did not find any documents that concerned rhEPO, but you were able to find three of Ms. Berman's laboratory notebooks that contained pages related to rhEPO. We also briefly discussed the documents that Genentech will be producing pursuant to Roche's subpoena.

You agreed to produce documents responsive to Amgen and Roche's subpoenas to Roche's counsel and us at the same time. Roche and Amgen reserved the right to inspect the original documents should there be any legibility issues. Upon request, you agreed to provide counsel with an affidavit certifying the produced documents as business records of Genentech. On this basis both Roche and Amgen agreed to withdraw their subpoenas for depositions.

Kind regards,

Thomas I. Ross

cc:   Deborah Fishman
      Thomas Fleming

233 South Wacker Drive | 6300 Sears Tower | Chicago, Illinois 60606-6357 | T 312-474-6300 | F 312-474-0448 | www.marshallip.com