# EXHIBIT 17

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses  - Public

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Deborah E. Fishman
(408) 342-4587
dfishman@daycasebeer.com

July 18, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Re:**   *Amgen Inc. v. F. Hoffman-LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write to apprise you of our efforts to finalize and serve expert reports on behalf of Drs. Brugnara and Friedman.

We anticipate that we will be able to serve Dr. Brugnara's report this week on Friday, July 20. As per the parties' past practice, we plan to serve Dr. Brugnara's report in pdf format by electronic mail on Friday evening with exhibits and demonstratives to follow on Saturday for overnight delivery. Dr. Brugnara will be available for deposition on Friday, July 27, 2007 in Boston at the office of Duane Morris.

We believe that we will be able to serve Dr. Friedman's report on Wednesday, July 25, 2007. The exhibits and demonstratives will sent via overnight courier on the following day, Thursday, July 26, 2007. We believe that we can make Dr. Friedman available for deposition at the Brooklyn Marriot on August 17, 2007.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

cc:    David Madrid
       Julia Huston
       Michele Moreland
       Mark Izraelewicz

737583_1