# EXHIBIT 18

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses - Public

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220

Deborah E. Fishman  
(408) 342-4587  
dfishman@daycasebeer.com

July 24, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

**Re:** *Amgen Inc. v. F. Hoffman-LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write regarding the depositions of Dr. Friedman, Ms. Spaeth, and Mr. Fenton.

As you know, both Dr. Friedman and Ms. Spaeth (in addition to Dr. Brugnara) are being offered as replacement witnesses for Dr. Joseph Eschbach and both were identified in Amgen's Third Supplemental Rule 26(a) Statement. With respect to Dr. Friedman, per the parties' prior practice and agreement, you will have the opportunity to depose Dr. Friedman on his personal knowledge at the same time you depose him in his expert capacity. With respect to Ms. Spaeth, Amgen remains willing to offer her for deposition, but we await word from you.

Finally, Amgen identified Dennis Fenton in its Third Supplemental Rule 26 Statement to serve as a replacement witness for George Rathmann, who is also in very poor health. Amgen will likewise offer Dennis Fenton for deposition at a mutually agreed upon date and time.

Please contact me and let me know how you would like to proceed with the scheduling of these depositions.

Very truly yours,

DAY CASEBEER  
MADRID & BATCHELDER LLP

*[signature]*

Deborah E. Fishman

DEF:rlp

740160_1

cc:     David Madrid
        Julia Huston
        Michele Moreland
        Mark Izraelewicz

740160_1