# EXHIBIT 19

Fishman Decl. to Amgen's Opp to Motion to Preclude Testimony from Amgen's Belated Disclosed Fact Witnesses - Public

Dockets.Justia.com

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220  

Deborah E. Fishman  
(408) 342-4587  
dfishman@daycasebeer.com  

July 25, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598  

**Re:** *Amgen Inc. v. F. Hoffman-LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write to follow up on your request for an alternate date for Dr. Brugnara's deposition. Based on our conversation of earlier today, I understand that you will not be proceeding with his deposition this Friday. As we discussed, I can confirm that Dr. Brugnara will be available for deposition on Wednesday, August 22, 2007 in Boston at the offices of Duane Morris, located at 470 Atlantic Ave., Suite 500, Boston, MA 02210.

In addition, Dr. Friedman is confirmed for deposition on August 17, 2007 at the Brooklyn Marriot.

Very truly yours,

DAY CASEBEER  
MADRID & BATCHELDER LLP

Deborah E. Fishman

DEF:rlp

cc: David Madrid  
    Julia Huston  
    Michele Moreland  
    Mark Izraelewicz

742271_1