# EXHIBIT 20

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile:  (408) 873-0220

Lloyd R. Day  
(408) 342-4561  
lrday@daycasebeer.com

May 25, 2007

VIA FACSIMILE & ELECTRONIC MAIL

Leora Ben-Ami, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:    *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al. (Civil Action No: 05-12237-WGY)*

Dear Leora:

I write to follow up on our discussion this morning regarding the schedule for expert depositions. On May 1, Roche served supplemental reports from Drs. Lowe, Spinowitz, Flavell, Kadesch and Mr. Sofocleous. On May 8, Roche served a second supplemental report from Dr. Lowe.

On May 11, Roche served rebuttal reports from Drs. Cords, Klibanov, Longmore, Flavell, Imperiali, Jorgensen, and Mayersohn that included previously undisclosed non-infringement arguments.

To assist with expert deposition scheduling, we write to inform you that in response to the previously undisclosed issues raised in the above reports, Amgen will submit reports responsive to the previously undisclosed issues raised in Roche's supplemental and rebuttal reports from the following experts: Mr. Kunin and Drs. Berk, Bradshaw, Goldwasser, Varki, Lodish, Katre, Orkin, Kolodner, McLawhon and Torchilin. Amgen will serve these responsive expert reports by June 1, 2007, with the exception of Dr. Lodish's responsive expert report, which it will serve by June 4, 2007. At the same time, Amgen reserves its right to move to strike or preclude any previously undisclosed allegation or untimely expert report served by Roche in this case.

In addition to the above-listed Amgen experts, Amgen will also designate one or more witnesses to replace Dr. Eschbach and will also submit responsive rebuttal report(s) as soon as possible. At present, we cannot provide you with a date certain for serving such report(s), but as I mentioned this morning, I will give you a report on our progress in locating appropriate replacement(s) within two weeks.

683337

DAY CASEBEER
MADRID & BATCHELDER LLP

Leora Ben-Ami
May 25, 2006
Page 2

As we discussed this morning, we should now work to schedule the depositions of both parties' respective experts in light of these responsive reports.

Sincerely yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Lloyd R. Day, Jr.
LRD: sr

345556_1