# EXHIBIT 24

# LIVENOTE | **World Service**℠

### Worldwide Deposition Reporting & Legal Videography

United States District Court
District Of Massachusetts

Certified Copy

## **\*\*Confidential Pursuant To Section 5(c) of the**

## **Amended Protective Order\*\***

## **Deposition**

## **Of**

## **Arnold Joel Berk, M.D.**

## **(Exhibits Have Been Bound Separately)**

## **June 7, 2007**

Amgen, Inc.

v.

F. Hoffmann-La Roche, LTD

*A LiveNote World Service Transcript.  Reported by CP, Network Deposition Services*
*LiveNote Inc. • 221 Main Street, Suite # 1250, San Francisco, California 94105 • 1-800-LIVENOTE*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Certified Copy

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action |
| | ) |
| F. HOFFMANN-LA ROCHE LTD., a Swiss | ) No. 05-12237 WGY |
| Company, ROCHE DIAGNOSTICS GmbH, | ) |
| a German Company, and HOFFMANN-LA | ) |
| ROCHE, INC., a New Jersey | ) CONFIDENTIAL |
| Corporation | ) |
| | ) |
| Defendants. | ) |
| | ) |

Deposition of ARNOLD J. BERK, M.D., at 2151

Avenue of the Stars, Chateau IX, Los Angeles,

California, 90067, commencing at 9:23 A.M.,

Thursday, June 7, 2007, before Judith Schlussel,

CSR No. 4307.

```
 1        APPEARANCES OF COUNSEL:

 2

 3        FOR THE PLAINTIFF:

 4
                DAY CASEBEER MADRID & BATCHELDER, LLP
 5              BY:  DEBORAH E. FISHMAN, ESQ.
                20300 Stevens Creek Boulevard
 6              Suite 400
                Cupertino, California  95014
 7              p: 408 873-0110  f: 408 873-0220
                fishmand@daycasebeer.com
 8

 9        FOR THE DEFENDANTS:

10
                KAYE SCHOLER, LLP
11              BY:  PATRICIA CARSON, ESQ.
                     GRAHAM PECHENIK, ESQ.
12              425 Park Avenue
                New York, New York  10022
13              p: 212 836-8000  f: 212 836-8689
                pcarson@kayescholer.com
14

15

16        ALSO PRESENT:

17              JOHN AREL, VIDEOGRAPHER

18

19

20      (This transcript contains material designated "Confidential"

21      in accordance with the protective order in this case. Where

22      applicable portions of testimony designated otherwise will

23      be clearly marked with a parenthetical. Please treat any such

24      segments of designated testimony in accordance with the

25      protective order.)
```

1   document and tell me if you recognize it.

2        A.   Well, I recognize that it's minutes from a

3   scientific advisory board meeting, but I -- either I

4   didn't receive these kinds of minutes myself or I          12:10:06

5   didn't pay much attention to them, because I don't

6   recall seeing minutes like this before.

7        Q.   Now, on the second page of this document,

8   which ends in the Bates No. 829, there's a heading

9   that says "project summaries" and then one of the          12:10:28

10  entries there is Vector Task Force.  Do you see

11  that?

12       A.   Yes.  Uh-huh.

13       Q.   Your name is there, or there is Arnie Berk

14  next to that.  Is that you?                                 12:10:36

15       A.   Yes.

16       Q.   What was the Vector Task Force?

17       A.   That was a group that worked on developing

18  vectors for expressing proteins at high levels in

19  different cell types.                                       12:10:55

20       Q.   And were you involved in developing vectors

21  in -- actually, the date of this document, if you

22  look at it, is June 16 through 17, 1981.  Do you see

23  that?

24       A.   Yes.                                              12:11:11

25       Q.   Were you involved in developing vectors to

1    be used in mammalian host cell expression in this

2    time frame for Amgen?

3        A.    Yes.

4        Q.    Did you have personal involvement in it or      12:11:25

5    were you simply advising as a member of the

6    Scientific Advisory Board?

7        A.    Well, I met with the group, the small group

8    at Amgen that was working on the development of

9    these mammalian cell expression vectors.  I met with    12:11:42

10   them fairly regularly.  We discussed how to proceed.

11   But I didn't do the experiments with my own hands.

12       Q.    On Bates page ending in 836 under the

13   bottom of the page there's an entry, erythropoietin

14   project leader, Gene Goldwasser.  Do you see that?      12:12:13

15       A.    Yes.

16       Q.    Do you know why Dr. Goldwasser was the

17   project leader for the erythropoietin project?

18       A.    Yes.  He was one of the world's experts, if

19   not the expert, on human erythropoietin.               12:12:26

20       Q.    And were you involved in this time frame

21   with the erythropoietin project?

22       A.    Well, as of this date, and I have to check

23   my dates, I don't -- right.  So I mean as of this

24   date, the clone for EPO hadn't been obtained yet,      12:12:50

25   but there was a goal of obtaining and expressing

1    human erythropoietin from the very beginning of the

2    founding of the company that was one of our most

3    important, well, goals.

4        Q.    And --                                        12:13:10

5        A.    One of our most important targets.

6        Q.    And what vectors were being considered to

7    express erythropoietin?

8        A.    Plasmid vectors using transcription control

9    regions from SV40 and polyoma, and we were            12:13:32

10   considering using adenovirus vectors.

11       Q.    Would that include SV40 vectors?

12       A.    No.

13       Q.    Were you considering SV40 vectors?

14       A.    Well, again, we used sequences from SV40      12:13:49

15   that are often referred to as SV40 vectors.  But

16   when I say adenovirus vector, I mean that we

17   actually constructed a virus particle that has a new

18   gene in it for erythropoietin that will infect cells

19   the way adenovirus normally infects cells and         12:14:06

20   express the genes encoded in the viral DNA.

21       Q.    You said that the goal of obtaining

22   expressing human erythropoietin from the very

23   beginning of the founding of the company was one of

24   the most important goals, correct?                     12:14:25

25       A.    Yes.

Berk, M.D., Arnold J.
CONFIDENTIAL                                                              6/7/2007

1      Q.   And why was that?

2      A.   Well, it was recognized that erythropoietin

3    would be a very good target for a beginning

4    biotechnology company, because it would be useful          12:14:37

5    for the treatment of patients with renal dialysis --

6    with renal failure who are seen by a specialized

7    group of physicians, renologists, and they're

8    treated regularly at dialysis centers, so that it

9    would be a relatively -- it would probably be a very       12:15:01

10   useful therapeutic agent for such patients.  There

11   was a large number of them and there was a, as I

12   said, this relatively small group of physicians

13   taking care of them that could be reached with a

14   small sales force.  So it was recognized to be a,          12:15:28

15   have many advantages as an initial target for a

16   beginning company.

17     Q.   And when did it actually become a project

18   at the company?

19     A.   From the very beginning.  I mean Fu Kuen           12:15:49

20   Lin was working on trying to clone the EPO gene from

21   the time that he was first hired, as far as I know.

22   That was one of his important projects.  And

23   certainly, there were discussions at the Scientific

24   Advisory Board meetings of strategies to take to           12:16:08

25   clone the EPO gene from the very first meetings.

Berk, M.D., Arnold J.
CONFIDENTIAL                                          6/7/2007

1      Q.   Were there discussions at the Scientific

2   Advisory Board about concerns as to whether the

3   cloned gene for erythropoietin would have proper

4   glycosylation when produced in mammalian cells?          12:16:27

5      A.   Yes.

6      Q.   And when do you first recall those

7   discussions?

8      A.   From the very beginning.

9      Q.   Were there any other mammalian proteins         12:16:38

10  that were under consideration to be cloned at that

11  time period?

12     A.   Yes.

13     Q.   What were those mammalian proteins?

14     A.   Well, some would be the interferons.  At        12:16:58

15  that time, I think -- mammalian proteins.  I mean we

16  were always trying to think of important new

17  potential products.  1983 was pretty early, and so I

18  remember that there was a distinct list of products,

19  but Amgen became the highest -- EPO became the           12:17:30

20  highest priority quite quickly.  I don't recall.

21     Q.   You mentioned interferons.  Are those also

22  glycoproteins?

23     A.   Interferon beta and interferon gamma, I

24  think, are glycoproteins.                                12:17:48

25     Q.   Was there also a concern at the time, this

Berk, M.D., Arnold J.
CONFIDENTIAL                                                6/7/2007

1   would be prior to 1983, as to whether the interferon

2   beta or interferon gamma would be properly

3   glycosylated when produced in mammalian cells?

4       A.    Well, there was information that the          12:18:08

5   interferons were active when expressed in E.coli and

6   not glycosylated, expressed in E.coli and re-folded

7   in vitro and that they had interferon activity.

8       Q.    So based on the expression of interferon in

9   E.coli and the activity of that protein, did you        12:18:44

10  have an expectation that interferon expressed in

11  mammalian cells would also be active?

12      A.    There was concern about whether any

13  glycoprotein expressed in mammalian cells would be

14  active, particularly because of the problem of          12:19:07

15  having terminal sialic acid residues on all the

16  carbohydrates.  So you could have a situation where

17  a non-glycosylated protein was biologically active

18  in vivo, but the improperly glycosylated form of

19  that protein which didn't have terminal sialic acids    12:19:26

20  would be inactive, and that's what our concern was.

21      Q.    So that concern about proper activity of --

22  strike that.

23            So prior to 1983, Amgen had concerns about

24  whether or not interferon, alpha or beta, expressed     12:19:46

25  in mammalian cells would have biological activity,

1    correct?

2         MS. FISHMAN:  Objection; calls for

3    speculation.  You can answer.

4         THE WITNESS:  Yeah.  I'm not certain.  I          12:19:58

5    wasn't very involved in the work on the interferons.

6    I was more involved in the work on erythropoietin.

7         Q.   BY MS. CARSON:  Do you recall discussions

8    at the Scientific Advisory Board about concerns as

9    to whether or not interferon expressed in mammalian      12:20:15

10   cells would have biological activity prior to 1983?

11        A.   Yes.

12        Q.   So based on your own experience, Amgen did

13   have that concern about interferon, whether or not

14   it would be biologically active when expressed in       12:20:34

15   mammalian cells prior to 1983?

16        MS. FISHMAN:  Just one second.  Same

17   objection.  But you can answer.

18        THE WITNESS:  So by now I'm not quite

19   certain of what the question is.                         12:20:59

20        MS. FISHMAN:  Here.

21        THE WITNESS:  All right.  According to, you

22   know, my recollection, I don't recall specific

23   discussions about the activity of the interferon

24   specifically, but I do, but there was very much          12:21:24

25   concern about the activities of glycoproteins in

Berk, M.D., Arnold J.
CONFIDENTIAL                                                6/7/2007

1    general.

2        Q.   BY MS. CARSON:  And at the time it was

3    recognized that interferon was a glycoprotein,

4    correct?                                         12:21:41

5        A.   Some of the interferons.

6        Q.   It was also recognized that erythropoietin

7    was a glycoprotein?

8        A.   Yes.

9        Q.   I'm going to ask the reporter to mark as   12:22:22

10   Berk Exhibit 10 a document bearing Bates stamp

11   numbers AM-ITC 00064700.

12        (Deposition Exhibit No. 10 was marked for

13   identification.)

14       Q.   BY MS. CARSON:  Dr. Berk, the reporter has  12:23:02

15   placed before you what's been marked as Berk Exhibit

16   10.  Do you recognize this document?

17       A.   I don't recognize this document.

18       Q.   Can you just read through the letter to

19   yourself, please.                                12:23:18

20       A.   Yes.  All right.

21       Q.   Do you recall recommending to anybody at

22   Amgen that they obtain the COS-1 cell line from

23   Dr. Yakov Gluzman at the Cold Spring Harbor

24   Laboratory?                                      12:23:59

25       A.   Yes.

1      Q.    Can you tell me what you recall about that.

2      A.    Yes.  Again, I was directing this -- I was

3   consulting in the area of mammalian cell expression,

4   and I discussed with Jeff Brown, who wrote this          12:24:15

5   letter, Dr. Jeff Brown, who was the person

6   immediately under Fu Kuen Lin working on mammalian

7   cell expression, and, at Amgen, and we discussed

8   that it would be useful to have COS cells and that

9   we wanted to obtain them.                                 12:24:39

10      Q.    And why did you think that it would be --

11   the date of this document is November 11, 1981.  So

12   you had these discussions with Dr. Brown prior to

13   November 1981; is that correct?

14      A.    Yes.                                             12:24:53

15      Q.    And why did you think it would be useful to

16   have COS cells for use at Amgen?

17      A.    Because they have this ability to replicate

18   introduced plasmid vector DNA resulting in higher

19   levels of the encoded protein expression than in        12:25:18

20   many other cell lines.

21      Q.    Now, you said that Jeff Brown was working

22   with Dr. Lin.  So Dr. Brown was working on EPO?

23      A.    Yes.

24      Q.    And were you recommending to Dr. Brown that    12:25:34

25   he use COS cells to express cloned EPO in 1981?

1        A.    That was one of the approaches that we were

2    considering.

3        Q.    And at the time that you suggested to

4    Dr. Brown that he use COS cells to express EPO, did          12:25:52

5    you have no expectation that COS cells could be used

6    to express active, biologically active EPO?

7        A.    Yes, I had reservations.

8        Q.    Did you have no expectation that they would

9    work?                                                        12:26:05

10       A.    I was very uncertain.  I was very anxious

11   to see the results of experiments to test its

12   activity.  I did not have certainty or even a

13   reasonable expectation that the produced material

14   would be biologically active.                               12:26:25

15       Q.    So you suggested to Dr. Brown to use the

16   COS cells, but you didn't have a reasonable

17   expectation that those cells could be used to

18   express biologically active EPO, correct?

19       A.    That's -- that's correct.                         12:26:44

20       Q.    Did you suggest any cell types to Dr. Brown

21   that you thought would actually work?

22            MS. FISHMAN:   Objection; mischaracterizes

23   testimony.  Lacks foundation.  You can answer.

24            THE WITNESS:   We didn't know whether, which       12:27:02

25   cell line might work or might not work or whether

1    any cell line would work.  This was a way of

2    testing, using COS cells was a way of testing

3    whether, was a way of producing the protein that

4    would allow it to be tested.  Before that we didn't          12:27:25

5    know.

6        Q.    BY MS. CARSON:  The methods for testing the

7    protein -- strike that.  You said it would allow it

8    to be tested.  How would it be tested?

9        A.    It would be initially tested for in vitro         12:27:41

10   assays of erythropoietin activity and then

11   subsequently in vivo assays.

12       Q.    What in vitro assays are you talking about?

13       A.    I would have to -- I don't recall the

14   details of the in vitro assays.  They involved           12:27:58

15   treating cultured cells and looking at the response

16   of cultured cells that are a good readout for what

17   happens inside the body when there is a stimulation

18   of red blood cell production.

19       Q.    Were those in vitro assays well known at        12:28:15

20   the time?

21       A.    They were known to people studying

22   erythropoietin.  They were well described in the

23   literature.

24       Q.    What in vivo assays would have needed to be     12:28:29

25   used to test the erythropoietin produced in COS

1  cells?

2          MS. FISHMAN:  Objection; lacks foundation.

3  You can answer.

4          THE WITNESS:  An assay for red blood cell        12:28:40

5  production inside a living animal.

6      Q.  BY MS. CARSON:  Were those in vivo assays

7  well known among those that were working in the

8  field at the time?

9      A.  Yes.                                             12:28:53

10     Q.  Were those in vivo assays being performed

11  by laboratory technicians?

12     A.  At Amgen are you asking or --

13     Q.  In anybody's laboratory?

14     A.  Yes.  They could probably be performed by        12:29:07

15  laboratory technicians.

16     Q.  Now, you had suggested COS cells to

17  Dr. Brown for use to express human erythropoietin,

18  correct?

19     A.  Yes.                                             12:29:31

20     Q.  And do you recall what other cell types you

21  suggested?

22     A.  I suggested 293 cells and potentially HeLa

23  cells.

24     Q.  Has Amgen ever expressed, to your             12:30:19

25  knowledge, EPO in 293 cells?

Berk, M.D., Arnold J.    6/7/2007
CONFIDENTIAL

```
 1      A.    Yes.

 2      Q.    Those are human cells?

 3      A.    Yes.

 4      Q.    And was the -- when was that?              12:30:31

 5      A.    It was in this same time frame, early --

 6  late 1983, early 1984.

 7      Q.    Now, based on -- did it happen after they

 8  expressed the protein in COS cells?

 9      A.    It was in the same time frame.  I'm not     12:30:48

10  certain.

11      Q.    So up until -- is it your opinion that up

12  until the time that Amgen expressed human

13  erythropoietin in 293 cells, there was no reasonable

14  expectation that a biologically active in vivo        12:31:08

15  protein would be produced?

16          MS. FISHMAN:  Objection; mischaracterizes

17  testimony.  Lacks foundation.

18          THE WITNESS:  Again, there was concern that

19  there -- that there might well be specific            12:31:26

20  glycosylation structures required for EPO in vivo

21  biological activity that would be put onto the

22  protein only in the very rare cells that produce

23  erythropoietin at a very low level, and that

24  production of erythropoietin in other cells we        12:31:46

25  expected would give us different kinds of
```

1    glycosylation and there was concern that that would,

2    that might affect biological activity and also again

3    the concern as to whether we would exceed the

4    capacity of the cell to glycosylate proteins with          12:32:07

5    high levels of expression.

6       Q.    Prior to 1983, was it known what cell types

7    were -- prior to 1983, was it known what cell types

8    in the human body produced EPO?

9       A.    It was -- there was evidence that EPO was        12:32:26

10   produced in the kidney, but which cell type in the

11   kidney was not clear.

12      Q.    Now, did you suggest any kidney cells grown

13   in culture to be used to express the clone to human

14   erythropoietin?                                            12:32:47

15      A.    293 cells were derived from kidneys, human

16   fetal kidney cells.

17      Q.    And it's your opinion even for human 293

18   kidney cells prior to 1983, there was no expectation

19   that you would be able to produce cloned human            12:33:15

20   erythropoietin in those cells that was properly

21   glycosylated and would have in vivo biological

22   activity?

23         MS. FISHMAN:   Objection; misstates

24   testimony.  Lacks foundation.  But you can answer.        12:33:31

25         THE WITNESS:   There was concern about

Berk, M.D., Arnold J.
CONFIDENTIAL                                                    6/7/2007

1    whether the glycosylation would be correct in 293

2    cells.  There are many cell types in the kidney, and

3    it wasn't determined until rather recently just

4    which type of cell in the kidney was, the 293 cell        12:33:53

5    was derived from.  In fact, now we know it was

6    derived from a neuronal cell.

7        Q.   In your view, prior to 1983, what were the

8    likely candidates of cells to attempt to express

9    recombinant human erythropoietin?                         12:34:13

10       A.   Various mammalian cell lines.  I mean --.

11       Q.   And those various mammalian cell lines

12   include the cell lines that we've been discussing,

13   correct?

14       A.   And many others.                                 12:34:37

15       Q.   Would also include CHO cells?

16       A.   Yes.

17       Q.   And would also include COS cells?

18       A.   Yes.

19       Q.   Out of those various cell lines, were there       12:34:51

20   any specific cells that were commonly being used by

21   scientists in the laboratory to express cloned

22   recombinant mammalian proteins?

23       A.   Well, this was the beginning of that period

24   and COS cells were used; 293 cells were also used.         12:35:13

25       Q.   What about CHO cells?

1      A.    They weren't, you know, used nearly as

2    widely as COS cells or 293 cells because the COS

3    cells and 293 cells have the advantage of working

4    with the transient transfection assays, short term,        12:35:39

5    easily done; obtaining CHO cells that express high

6    levels of a protein is a much longer process and

7    more difficult, and so it wasn't done as often.   And

8    I don't know, I can't think right now back in 1983

9    if I knew of any proteins that were being produced         12:36:00

10   in CHO cells.

11      Q.    Now, at the time, prior to 1983, the dhfr

12   minus CHO cells were available, correct?

13      A.    Yes.

14      Q.    And the concept of co-amplification was           12:36:15

15   also known prior to 1983?

16      A.    Yes.

17      Q.    Now, the COS cells that -- strike that.  Do

18   you recall suggesting the use of CHO cells for

19   expression of recombinant human erythropoietin to          12:37:03

20   Dr. Lin?

21      A.    My recollection is that it was Bob Schimkie

22   who first made that suggestion at the Scientific

23   Advisory Board meetings and I agreed with that

24   suggestion.                                                 12:37:16

25      Q.    And why did Bob Schimkie suggest the use of

1  CHO cells to Dr. Lin?

2       MS. FISHMAN:  Objection; calls for

3  speculation.

4       THE WITNESS:  Well, I can't say what Robert          12:37:34

5  Schimkie was thinking, but his lab is the lab that

6  discovered the phenomenon of gene amplification and

7  specifically in CHO cells with amplified -- with

8  amplification of the dhfr gene and exogenously

9  introduced dhfr gene.  And it was students from his,    12:37:57

10  post-docs and graduate students from his laboratory

11  that were the ones that made the first applications

12  to co-amplification of a co-integrated gene and the

13  result in higher levels of expression.  So he was

14  very familiar with that work.                           12:38:14

15     Q.   You said that you agreed with his

16  recommendation.  Why was that?

17     A.   Because it was another possible mammalian

18  cell to try, and the plan was to experiment with

19  several to find the best production system.             12:38:38

20     Q.   And that, your agreement that CHO cells

21  would be another possible mammalian cell line to

22  try, that was prior to 1983, right?

23     A.   Yes.

24     Q.   And at the time that you agreed, did you        12:39:00

25  have no expectation that biologically active human

1    EPO could be produced in CHO cells with in vivo

2    biological activity?

3        A.    Well, I hoped that we would be able to find

4    some mammalian cell line that would allow us to            12:39:21

5    produce in vivo biologically active erythropoietin.

6        Q.    Did you have any reasonable expectation

7    that it would allow you to produce in vivo

8    biologically active erythropoietin?

9        A.    No.  We didn't know.  We simply didn't         12:39:36

10   know, so we didn't have a reasonable expectation and

11   we were very concerned that the material that was

12   produced in cultured mammalian cells would be, would

13   not be biologically active in vivo or in vitro.

14       Q.    So at this time, did you have a reasonable      12:39:55

15   expectation that in vivo biologically active EPO

16   could be made in any cell type?

17       A.    No.  We did not have a reasonable

18   expectation.  It was being tried for the first time

19   and so we didn't know, particularly because of the      12:40:14

20   very high level of glycosylation in erythropoietin.

21       Q.    And based on that knowledge of the high

22   level of glycosylation in erythropoietin, did you

23   expect that you would be better off expressing in a

24   mammalian cell line?                                       12:40:38

25           MS. FISHMAN:   Objection; vague and

1    ambiguous.

2         THE WITNESS:  Well, we were attempting

3    expression in mammalian cells because that was the

4    best opportunity to have proper glycosylation of the        12:40:53

5    protein, and we had evidence that glycosylation

6    would be important.

7         Q.   BY MS. CARSON:  And the evidence that

8    glycosylation would be important, what evidence was

9    that?                                                        12:41:14

10        A.   Well, that was this earlier work from the

11   Goldwasser's laboratory that showed that removal of

12   the carbohydrates eliminated in vivo biological

13   activity.

14        Q.   Were you involved in designing the probe          12:41:45

15   sequences that were used by Dr. Lin to clone the

16   erythropoietin gene?

17        A.   You know, I was involved.  I participated.

18   I think that the sequences that he chose were not

19   the precise sequences that I had suggested, but the         12:42:06

20   same general area.  I mean when we first got the

21   amino acid sequence, I sat down myself and

22   determined the number of different nucleic acid

23   sequence that could encode that protein and proposed

24   a scheme for synthesizing a mixture that would              12:42:30

25   include all of those.

1          But that was a relatively obvious thing to

2    do, so other scientists at Amgen did the same thing,

3    including scientists that had more experience with

4    the chemistry of the synthesis of the DNA so that        12:42:44

5    they may have come up with a better scheme.

6        Q.   And was that the scheme that succeeded in

7    cloning the erythropoietin gene?

8        A.   Yes.

9          MS. FISHMAN:   Objection; vague and             12:42:58

10   ambiguous.  You've got to let me interpose my

11   objection.

12          THE WITNESS:   Sorry.

13       Q.   BY MS. CARSON:  Is that a yes?

14       A.   The question was, were those sequences the   12:43:11

15   ones that were used to clone the EPO gene?

16       Q.   No.  Was that scheme that you just referred

17   to the approach that was used to ultimately clone

18   the gene by Dr. Lin?

19       A.   The approach of using a large mixture of     12:43:26

20   different synthetic oligonucleotides that could

21   encode the determined amino acid sequence from a

22   short portion of erythropoietin was the approach

23   that succeeded.  And that was the first time that

24   there was success in using a very large number of, a   12:43:54

25   mixture of probes with a large number of individual

1    sequences.

2        Q.   Now, were you personally involved in any of

3    the experiments to clone the erythropoietin gene?

4        A.   Yes.  I mean I was involved in advising on          12:44:15

5    approaches to clone the gene.

6        Q.   Did you oversee any of the experimental

7    work that went into cloning the erythropoietin gene?

8        A.   I heard about the work as Dr. Fu Kuen Lin

9    was doing it.  I remember that I was the one who             12:44:28

10   suggested that one could screen through potential

11   clones by using oligonucleotides directed against a

12   second set of amino acid sequences from the protein,

13   and that approach was used.

14       Q.   Did you ever consider as to whether or not          12:44:52

15   you should be an inventor on the Lin patents?

16       A.   No.

17       Q.   And why not?

18       A.   Because Lin did the work, did the, you

19   know -- he was the one who did it.                           12:45:26

20       Q.   I'm going to ask the reporter to mark as

21   Berk Exhibit 11 a document bearing Bates stamp

22   Nos. AM-ITC 00138784 through 00138790.

23           (Deposition Exhibit No. 11 was marked for

24   identification.)                                             12:46:10

25       Q.   BY MS. CARSON:  Dr. Berk, the reporter has

1  placed before you what's been marked as Berk Exhibit

2  11.  Can you tell me if you recognize this document.

3       A.    Again, I don't remember seeing notes of

4  Scientific Advisory Board meetings.  I may have done        12:46:25

5  so, but I don't recall now.  But I do recall the

6  meetings.

7       Q.    Now, this is a meeting from January 1982.

8  Correct?

9       A.    Yes.  January 16, 1982.                          12:46:48

10      Q.    Actually, I'm confused by this document

11 because then underneath it, it says February 27

12 through 28, scientific advisory board meeting.  It's

13 the next one.  Okay.  I got it.

14          So this meeting happened in January of '81?       12:47:06

15      A.    Yes.

16      Q.    Under current Amgen project activity, the

17 first project listed is erythropoietin.  Do you see

18 that?

19      A.    Yes.                                             12:47:16

20      Q.    And there is mention of a team consisting

21 of Japanese scientists and somebody by the name of

22 Fisher at Tulane working together on a human tumor

23 cell line which may produce EPO.  Do you see that?

24      A.    Yes.                                             12:47:30

25      Q.    Do you recall who Dr. Fisher at Tulane was?

1      A.    No.

2      Q.    Were you aware of efforts to clone EPO from

3  cDNA produced from mRNA in a tumor cell line?

4      A.    Yes.                                          12:47:49

5      Q.    What did you know about those efforts?

6      A.    I knew that there was an effort to identify

7  a cell that produced erythropoietin at a level high

8  enough to make it possible to clone a cDNA.

9      Q.    What would have been considered high enough   12:48:08

10  to make it possible to clone a cDNA?

11      A.    If one succeeded in cloning a cDNA.  But

12  the more messenger RNA you have to start with, the

13  easier it is.

14      Q.    And do you recall if any cell lines          12:48:23

15  producing sufficient quantities of EPO mRNA were

16  found in this time frame?

17      A.    I do not recall that any were found, at

18  least any were found that were available to Amgen.

19      Q.    Now, you refer in your expert report --      12:49:04

20          MS. FISHMAN:  Are you done with this

21  document?

22          MS. CARSON:  For the time being, yes.  Give

23  me a minute.  I'm finding where you refer to it.

24      Q.    BY MS. CARSON:  You refer in your expert     12:50:22

25  report to -- and I'm looking at Page 30.

1          MS. FISHMAN:  Which exhibit?

2          MS. CARSON:  This is Exhibit No. -- your

3    expert report has been marked as Berk 2, I believe.

4          MS. FISHMAN:  The responsive or the initial          12:50:43

5    expert report.

6          MS. CARSON:  The first one is the

7    responsive one.  I think the second one is the

8    actual expert report.

9          THE WITNESS:  Right.  That's Exhibit 8.          12:50:51

10       Q.    BY MS. CARSON:  Exhibit 8 is the expert

11   report, thank you.  I'm looking on page, it starts

12   at, actually, Page 34.  And you talk about, starting

13   at the bottom of Page 23 -- I mean bottom of Page

14   33, "before Dr. Lin's discovery, Genetics Institute          12:51:31

15   pursued multiple expression systems in parallel in

16   order to produce an in vivo biologically active

17   recombinant EPO."

18          The information that's provided in your

19   report about Genetics Institute, did you have          12:51:48

20   personal knowledge of Genetics Institute's efforts

21   to clone EPO in the 1983-1984 time frame?

22       A.    I had heard that the Genetics Institute and

23   several other biotechnology companies were working

24   on trying to clone EPO.          12:52:10

25       Q.    And that was in 1983-1984?

6/7/2007

1      A.   Yes.  We knew that there were other

2    companies that were working on it.  Again, it was a

3    very good target.

4      Q.   There is a lot of detailed information          12:52:26

5    about Genetics Institute and what they -- their

6    efforts and what they were doing in your expert

7    report that's been marked as Berk Exhibit 8.  Is

8    this based on personal knowledge of what Genetics

9    Institute was doing that you had at the time in       12:52:44

10   '83-'84?

11         MS. FISHMAN:  Objection; vague and

12   ambiguous as to "what."

13     Q.   BY MS. CARSON:  You're welcome to read

14   through what you had to say and tell me if any of     12:52:53

15   this is based on your own personal knowledge.

16     A.   Most of this is based on knowledge I've

17   obtained from reading materials that have been

18   published by Genentech or patent documents submitted

19   by Genentech considerably after this period.          12:53:17

20     Q.   So this information wasn't based on your

21   recollection of information that you knew in '83 or

22   '84, correct?

23     A.   No.  I was presenting this information to

24   point out that other groups also were uncertain       12:53:34

25   about the best way to produce biologically active

1    erythropoietin as a demonstration that there was

2    uncertainty as to how to achieve in vivo

3    biologically active erythropoietin.

4        Q.    Genetics Institute was also pursuing           12:53:54

5    expression in mammalian cells, correct?

6        A.    Yes.

7        Q.    So is it your opinion that in 1983-1984

8    time frame, mammalian cell was not an obvious choice

9    of cell line to use to express a cloned mammalian       12:54:44

10   protein?

11           MS. FISHMAN:   Objection; mischaracterizes

12   testimony and lacks foundation.   You can answer.

13           THE WITNESS:   Well, it's my opinion that

14   there was considerable question as to whether it        12:54:59

15   would be possible to express a biologically active

16   erythropoietin in any cultured cell.

17       Q.    BY MS. CARSON:   But that wasn't my

18   question.   My question was whether or not in the

19   1983-1984 period, time frame, whether it's your         12:55:17

20   opinion that mammalian cells were not an obvious

21   choice of host cell to use to express a cloned

22   mammalian protein?

23       A.    That they were not an obvious choice?

24       Q.    Yes.                                            12:55:29

25       A.    I would say it was a very reasonable choice

Berk, M.D., Arnold J.
CONFIDENTIAL                                                6/7/2007

1    details of how the assay is performed.  I depended

2    on the experts who were doing the assays to tell me

3    whether there was detectable activity.

4        Q.  BY MS. CARSON:  When you say you relied on        02:16:19

5    the experts who were doing the assays to tell you

6    whether there was detectable activity, what do you

7    mean?

8        A.  I mean Dr. Joan Egrie.  I had reports from

9    her directly or indirectly about the in vivo           02:16:34

10   biological activity.

11       Q.  So those were reports that indicated that

12   Dr. Egrie had obtained biologically active in vivo

13   erythropoietin, correct?

14       A.  Yes.  You know, except for instances where      02:16:52

15   the material was not biologically active.  For

16   example, the erythropoietin that had been

17   deglycosated in vitro.

18       Q.  But in reviewing that material, did you

19   obtain an understanding as to how small amount of      02:17:13

20   active material could be detected by the Cotes

21   assay?  Let me rephrase that.  In reviewing that

22   material, did you obtain an understanding as to how

23   low of an activity material could be detected in

24   that Cotes assay?                                      02:17:33

25       A.  I don't know the limitations of detection

Berk, M.D., Arnold J.
CONFIDENTIAL

6/7/2007

1    in that assay.

2        Q.   How can you conclude that one of skill in

3    the art would not have any reasonable expectation of

4    producing biologically active erythropoietin as          02:17:47

5    measured by this assay if you don't know what the

6    lower level of detection of the assay is?

7            MS. FISHMAN:  Objection; mischaracterizes

8    testimony.  Lacks foundation.  You can answer.

9            THE WITNESS:  Okay.  The concern was           02:18:02

10   whether there would be abnormal glycosylation that

11   would greatly diminish the biological activity of

12   the erythropoietin.  And so that was something that

13   could be assayed by this in vivo activity.  One

14   could either say yes, one saw activity or if it was,      02:18:23

15   if there was a lower activity, then the lowest level

16   of detection that one did not detect activity.

17       Q.   BY MS. CARSON:  I understand that it's your

18   testimony that the concern was that there would be

19   abnormal glycosylation that would greatly diminish        02:18:39

20   the biological activity.  But my question is, was

21   there expectation that there would be no biological

22   activity of the material that was

23   recombinantly-produced in the mammalian host cells?

24       A.   Well, there was not the expectation that        02:18:55

25   there would be no biological activity.  We were

Berk, M.D., Arnold J.                                    6/7/2007
CONFIDENTIAL

1    hoping that there would be biological activity.  We

2    simply didn't have any way of being able to predict

3    in advance whether there would be biological

4    activity.                                        02:19:10

5        Q.   So you couldn't predict in advance whether

6    there would be any biological activity whatsoever in

7    this material that was expressed from mammalian host

8    cells; is that correct?

9        MS. FISHMAN:  Vague and ambiguous.  Sorry.    02:19:28

10    Objection; vague and ambiguous.  Do you mean in vivo

11    biological activity?

12        MS. CARSON:  In vivo biological activity is

13    what we're talking about.  Do you want me to

14    rephrase?                                        02:19:41

15        THE WITNESS:  Yeah.  I mean there was an

16    assay for in vivo biological activity that we could

17    apply and we could see if a sample had no activity

18    in that assay or a measurable level of activity in

19    that assay.                                      02:19:53

20        Q.   BY MS. CARSON:  And my question is, is it

21    your opinion that there was no expectation that

22    there would be any measurable activity using that

23    assay in recombinant erythropoietin produced in

24    mammalian host cells?                            02:20:14

25        A.   And I answer again that it's not that we

Berk, M.D., Arnold J.                           6/7/2007
CONFIDENTIAL

```
 1   had no expectation that we would produce protein

 2   with in vivo biological activity.  We certainly

 3   hoped that we would detect in vivo biological

 4   activity, but there was no basis on which we could      02:20:35

 5   say with any reasonable certainty that we would

 6   expect biological activity and there were some

 7   reasons to believe that we would not.  I mean the

 8   preponderance of evidence was that it wasn't going

 9   to be straightforward to obtain this activity in       02:20:54

10   cultured mammalian cells, but that it might well

11   take a great deal of experimentation to find the

12   proper conditions to get in vivo biological

13   activity.

14       Q.   When you say "a great deal of                 02:21:07

15   experimentation," what type of experimentation are

16   you referring to?

17       A.   Experimenting with production in different

18   cell lines and experimenting with the level of

19   production.                                            02:21:23

20       Q.   Now, you said that it's not that you had --

21   that one would have no expectation that protein with

22   in vivo biological activity would be produced.  So

23   there was some expectation that protein with in vivo

24   biological activity would be produced, correct?        02:21:47

25       A.   Yes.  We hoped that there would be.  Yes.
```

Berk, M.D., Arnold J.
CONFIDENTIAL

6/7/2007

1      Q.    So there was some expectation that it would

2    be produced, correct?

3           MS. FISHMAN:   Objection; mischaracterizes

4    testimony.  You can answer.                          02:21:58

5           THE WITNESS:   Okay.  Yes, there was some

6    expectation.  If there had been no expectation, then

7    one wouldn't bother to do the experiment.  It's work

8    and expense.

9      Q.   BY MS. CARSON:  Now, you said experimenting    02:22:15

10   with production in different cell lines.  What types

11   of cell lines are you referring to?

12     A.    Various kinds of cultured mammalian cells

13   and not necessarily only cell lines.

14     Q.    And you also referred to experimenting with   02:22:46

15   the level of production.  What are you referring to

16   there?

17     A.    Well, this gets to the concern that very

18   high level expression might overtax the capacity of

19   the cell to glycosylate the proteins, so that if the  02:23:03

20   proteins were expressed at very high level, they

21   wouldn't be properly glycosylated and wouldn't have

22   in vivo biological activity, but if they had been

23   expressed at lower level, then the same cells might

24   be able to.  That was the thinking at the time.       02:23:17

25     Q.    The high level expression, what do you

1   consider to be high level expression?

2           MS. FISHMAN:  Objection; asked and

3   answered.  You can answer.

4           THE WITNESS:  Okay.  Again, generally, when        02:23:34

5   I consider production of a recombinant protein in

6   any system, in any cell, I consider that I've gotten

7   significant production when I can see a band of that

8   protein on an SDS polyacrylamide gel stained with

9   coomasie blue.  So it's C-O-O-M-A-S-I-E, blue.          02:24:01

10          And there' my phone doing it's trick.

11          _So generally, when you have about one

12   percent of the level of protein in a single

13   polypeptide chain, you can detect that as a band

14   that stands out on the gel above the other proteins.    02:24:17

15   And so that's just a rough ballpark estimate of what

16   I think of as high level expression.

17      Q.  BY MS. CARSON:  Now, if you could direct

18   your attention, we had marked the whole series of

19   Amgen's asserted patents in this case, starting with    02:24:42

20   Berk Exhibit 2 and that goes through Berk Exhibit 6.

21   I think that we looked at the claims of the 349

22   patent which is Berk Exhibit 3 and you pointed out

23   that those cells, those claims specify a particular

24   expression level.  Correct?                             02:25:15

25      A.   Expression level, yes, as measured by mass

1   much more less likely to be able to produce it in a

2   particular cell line that you would name.  After

3   having made it in COS cells, at least one would know

4   that it is possible to produce in vivo biological          02:39:37

5   activity in cultured cells and so if it worked in

6   COS cells, it might work in other cells.  But one

7   could not determine -- one could not predict whether

8   it would work in other mammalian cells until trying

9   it.  I think that that's the case for virtually           02:39:52

10  every cell line; even today, one would not know

11  until one had tried it.

12      Q.    This unpredictability that we've been

13  talking about or lack of certainty all stem from the

14  variation in the glycosylation on -- let me see if I      02:40:30

15  can find the term that you used -- on distal

16  saccharides?

17          MS. FISHMAN:  Objection; lacks foundation.

18  You can answer.

19          THE WITNESS:  Well, we're concerned about          02:40:44

20  effects of differences in the oligosaccharides and

21  the polysaccharides attached to the erythropoietin

22  produced in the non-hemologous cell line compared to

23  the normal in vivo hemologous cell that the protein

24  is produced in.  We were concerned that those            02:41:10

25  differences would affect biological activity.

```
 1        Q.    BY MS. CARSON:  Now, in terms of the -- in

 2   terms of the core oligosaccharides, could you

 3   predict that those would likely be the same when the

 4   protein EPO was produced in COS cells versus CHO          02:41:30

 5   cells?

 6        A.    Yes, the core oligosaccharides are the same

 7   in all vertebrates, I believe, I think in all

 8   eukaryotes, but certainly in fungi and humans, the

 9   original high mannose sugar or carbohydrate              02:41:52

10   structure that is added initially before it's

11   modified is very similar among all organisms, I

12   believe.  But I'm not certain of that.  It's

13   certainly very similar among all vertebrates.

14        Q.    Is there some term that's applied to          02:42:11

15   describe that universal phenomenon of core

16   oligosaccharides?  Like there is the central dogma.

17   Is there something that they use in glycobiology to

18   describe that, the fact that the core

19   oligosaccharides are conserved between vertebrate        02:42:32

20   cells?

21        A.    Yes.  They're just referred to as the high

22   mannose, and you know, initial core oligosaccharides

23   that are transferred from a particular lipid carrier

24   to the polypeptide chain, I think it's lipoic acid,      02:42:51

25   but I'd have to double check that.  But that basic
```

1   chemistry, that basic enzymology is the same in all

2   eukaryotes.

3        Q.    Is there any particular group of scientists

4   who established that the basic enzymology of those        02:43:11

5   core oligosaccharides was shared across vertebrate

6   cells?

7        A.    Yeah.  What's his name, Kornfeld, Stuart

8   Kornfeld at Washington University was one of the

9   leaders in this area.                                     02:43:30

10       Q.    Was Dr. Kornfeld on the Amgen Scientific

11  Advisory Board?

12       A.    No.

13       Q.    So now to go back to what my original

14  question was.  It was recognized prior to 1983 that       02:43:58

15  all vertebrate cells shared these core

16  oligosaccharides, correct?

17       A.    Yes.

18       Q.    And so the unpredictability that you've

19  referred to was based on whether or not the               02:44:12

20  olygosaccharides, the sugars outside of the core

21  olygosaccharides would have an impact, correct?

22       A.    Well, whether the final structure of the

23  complete glycoprotein would have a significant

24  impact.  They're not simply added onto the core high      02:44:31

25  mannose oligosaccharide.  Parts of that are removed

1    and then there are additions to it.

2        Q.   I'm going to ask the reporter to mark as

3    Berk Exhibit 13 a document bearing Bates stamp

4    Nos. AM-ITC 00347087 through 00347275.                02:46:08

5            (Deposition Exhibit No. 13 was marked for

6    identification.)

7        Q.   BY MS. CARSON:  Dr. Berk, the reporter has

8    placed before you what's been marked as Berk Exhibit

9    13.  This is a series of pages of documents produced   02:46:32

10   by Amgen in this litigation.  And the first pages

11   that are 087 through 093, actually, through 094, I

12   believe that you referred to this in your expert

13   report?

14           MS. FISHMAN:  Document speaks for itself.      02:46:57

15   You can answer.

16           THE WITNESS:  Are you waiting for an answer

17   from me this time?

18           MS. FISHMAN:  She is.

19           THE WITNESS:  You're waiting for an answer?    02:47:12

20       Q.   BY MS. CARSON:  Yes.

21       A.   I don't recall this specific table.  So I'm

22   not sure which -- I believe that I did refer in the

23   report to some of these dates.  But I don't recall

24   seeing this particular table.                          02:47:33

25       Q.   If you could direct your attention to Bates

1    page 00347128 in this document.

2        A.    347128.  All right.

3        Q.    If you could read through the first

4    paragraph of Page 128 to yourself.  It's after the          02:48:19

5    list of people who were in attendance at the

6    meeting.

7            MS. FISHMAN:  Can you lay a foundation for

8    this document, this witness?

9            MS. CARSON:  I ask him to read it first.          02:50:06

10           THE WITNESS:  All right.

11       Q.    BY MS. CARSON:  Do you know what

12   erythropoietin alpha is?

13           MS. FISHMAN:  Objection.  First of all, are

14   you asking him about the document or are you asking          02:50:14

15   him aside from the document?

16       Q.    BY MS. CARSON:  Dr. Berk, if you don't

17   understand the question, please feel free to ask me.

18           MS. FISHMAN:  Objection; document speaks

19   for itself and you haven't laid a foundation this          02:50:25

20   witness knows anything about this document.

21       Q.    BY MS. CARSON:  Do you know what

22   erythropoietin alpha is?

23       A.    Erythropoietin alpha and beta were two very

24   closely-related forms of erythropoietin that could          02:50:42

25   be isolated from the human urinary material.  There

Berk, M.D., Arnold J.
**CONFIDENTIAL**                                                6/7/2007

1    is only a single erythropoietin gene, so they must

2    be due to different modifications of the single

3    polypeptide.

4        Q.    And prior to 1983-1984, were scientists          02:51:12

5    aware of two forms of erythropoietin, alpha and

6    beta?

7            MS. FISHMAN:  Objection; calls for

8    speculation.  You can answer.

9            THE WITNESS:  I don't know when the first          02:51:25

10   reports of these two different forms that could be

11   separated by SDS gels was made.

12       Q.  BY MS. CARSON:  Do you know whether or not

13   erythropoietin -- do you know what the difference is

14   between erythropoietin alpha and erythropoietin         02:51:42

15   beta?

16       A.    I don't know what the difference is.  It's

17   probably something that's been determined in greater

18   detail subsequently.  I think at the time the

19   thinking was that it was due to differences in          02:51:56

20   glycosylation.

21       Q.    And was it known that both erythropoietin

22   alpha and erythropoietin beta had biological

23   activity in vivo?

24           MS. FISHMAN:  Objection; lacks foundation.       02:52:09

25   You can answer.

1        THE WITNESS:  I don't know the answer.

2    Q.    BY MS. CARSON:  Now, if you could direct

3 your attention to the EPO time line that's at the

4 beginning of this document, it starts on Bates page        02:52:52

5 ending in 087.

6    A.    Yes.

7    Q.    On page ending in 092 -- actually, it

8 starts on page ending in 091.

9    A.    Yes.                                               02:53:21

10    Q.    There is an entry next to the last entry on

11 that page that says "human erythropoietin expressed

12 in COS cells."  Do you see that?

13    A.    Yes.

14    Q.    If you could look at Berk Exhibit 1, the        02:53:49

15 demonstrative that was attached.

16    A.    Yes.

17    Q.    Now, that is -- is that the date that

18 corresponds to your entry on your time line at

19 January 1984, EPO gene expressed in mammalian cells?      02:54:21

20    A.    Again, what is the specific question?

21    Q.    Well, in this time line document, okay,

22 there is an entry that says January 10 through 17,

23 1984, human EPO expressed in COS cells using human

24 genomic DNA and then it cites a series of support.        02:54:43

25 I'm asking you if that is the date that you're

1    referring to on your demonstrative that was attached

2    to Berk Exhibit 1, the box that says EPO gene

3    expressed in mammalian cells January 1984?

4         A.    I don't know if it's referring to this          02:55:05

5    specific experiment.  It's certainly in the same

6    time frame.  Again, EPO was also expressed in 293

7    cells.  But -- it may have been at a similar time

8    frame.

9         Q.    So you don't know what you are referring to      02:55:28

10   in Berk Exhibit 1 demonstrative when you say

11   demonstration or -- where you say EPO gene expressed

12   in mammalian cells?

13        MS. FISHMAN:  Objection; mischaracterizes

14   testimony.  You can answer.                                 02:55:43

15        THE WITNESS:  No.  I know that that time

16   period, EPO was expressed in mammalian cells.  I

17   haven't reviewed the documents that prove it.  You

18   know, I have depended on these earlier documents

19   that recorded that date.  I remember it from that          02:56:01

20   period, and so -- and I know that at about the same

21   time, it was expressed both in COS cells and 293

22   cells.

23        Q.    BY MS. CARSON:  And when you say those

24   earlier documents that recorded that date, footnote        02:56:16

25   No. 4 refers to an interference?

1     A.    It references footnote No. 4, yes.

2     Q.    And footnote No. 4 refers to an

3  interference decision, correct?

4     A.    Well, again, I'm not the lawyer.  And that,        02:56:39

5  I would guess that from what is written here, but

6  I'm not exactly certain of the meaning of the term.

7     Q.    So you really don't know what information

8  underlies this demonstrative?

9     A.    Well, I do.                                         02:56:51

10         MS. FISHMAN:  Objection; mischaracterizes

11  his testimony.  You can answer.

12         THE WITNESS:  Well, I do because I was

13  there at the time.  I remember these events, and so

14  I was happy to accept that there was evidence          02:57:06

15  demonstrating that this was the date of the

16  demonstration.

17     Q.    BY MS. CARSON:  So you're relying on your

18  personal knowledge for the dates on this time line,

19  correct?                                               02:57:20

20         MS. FISHMAN:  Objection; mischaracterizes

21  testimony.

22         THE WITNESS:  No.  I mean I'm relying on

23  the dates that were taken from material with the

24  indicated references.  But I am relying on the        02:57:40

25  people who gave me those references and those dates

1  that they are correct and that they have been

2  substantiated; that these conclusions or this

3  history has been substantiated.

4      Q.  BY MS. CARSON:  You're relying on the          02:58:00

5  lawyers for this demonstrative, correct?

6          MS. FISHMAN:  Objection; mischaracterizes

7  testimony.  You want to take him to his report, it's

8  laid out in the report, Pat.  I'm not sure what your

9  questioning here is all about.                          02:58:14

10     Q.  BY MS. CARSON:  You can answer the

11 question, Dr. Berk.

12     A.  I'm relying on my recollection of the

13 events and, for the precise dates, I'm relying on

14 the dates that were given to me in materials by a      02:58:39

15 number of different people, all having to do with

16 this case.

17         MS. FISHMAN:  Do you want to take a break?

18         MS. CARSON:  We can keep going if you like.

19         MS. FISHMAN:  Just looks like you wanted to    02:59:10

20 take a break.

21         MS. CARSON:  I'm fine.  We can continue.

22     Q.  BY MS. CARSON:  Dr. Berk, you've referred

23 several times to the fact that you were involved

24 with this project from its inception.  Correct?       02:59:29

25     A.  Yes.

1      Q.   And do you know when Dr. Lin obtained his

2   first patent relating to his cloning of the

3   erythropoietin gene?

4      A.   I would have to look at the patent to          02:59:47

5   determine the date.

6      Q.   If you could direct your attention to Berk

7   Exhibit 7.

8          MS. FISHMAN:  Are we done with Berk Exhibit

9   13?  Pat, can we go off the record.                    03:00:35

10          MS. CARSON:  Sure.

11          THE VIDEOGRAPHER:  We're going off the

12   record at 3:00 P.M.

13               (Brief interruption.)

14          THE VIDEOGRAPHER:  We're back on the record    03:01:57

15   at 3:01 P.M.

16      Q.   BY MS. CARSON:  Before we went off the

17   record, I believe I asked you to look at Berk

18   Exhibit 7, which is the first issued of Dr. Lin's

19   patents relating to his work cloning the EPO gene.    03:02:13

20   Does that refresh your recollection as to when that

21   patent issued?

22      A.   Is the date of patent listed at the top

23   equivalent to the date of patent issue?

24      Q.   Yes.                                          03:02:30

25      A.   Well, then yes, it refreshes my memory.

1      A.    Just my knowledge about what was known at

2   the time and where, where I would expect a second

3   year post-doc to know of the literature.

4      Q.    So in your view, you, as one of                04:59:34

5   extraordinary skill in the art, would have chosen

6   mammalian cells, but the rest of the skilled

7   practitioners in the art knowing that they wanted to

8   obtain an in vivo biologically active erythropoietin

9   would not have known to choose mammalian cells; is    04:59:52

10  that correct?

11         MS. FISHMAN:  Objection; mischaracterizes

12  testimony.

13         THE WITNESS:  It's not that they wouldn't

14  have known to choose mammalian cells or to try        05:00:00

15  mammalian cells.  But they thought that it might be

16  possible to get biologically active material from

17  E.coli or yeast, and so they wanted to try those as

18  well, and then find the best source for in vivo

19  biologically active material.                          05:00:19

20     Q.    BY MS. CARSON:  But you knew at the time

21  that it wouldn't be possible to get biologically

22  active material from E.coli or yeast.  Is that

23  correct?

24         MS. FISHMAN:  Objection; misstates             05:00:31

25  testimony.  Lacks foundation.

Berk, M.D., Arnold J.
CONFIDENTIAL

6/7/2007

```
 1              THE WITNESS:  All right.  We knew that

 2     there was this report from Goldwasser that

 3     deglycosylation of the human urinary EPO eliminated

 4     its biological activity.  But that was a single      05:00:51

 5     report and there was a possibility that the reason

 6     for the loss of the in vivo biological activity was

 7     due to some other consequence besides the removal of

 8     the sugar groups that wasn't known, and so because

 9     of that, there was the hope that it might be         05:01:10

10     possible to express in vivo biologically active

11     material from E.coli, so that's why they went ahead

12     with trying to do that.  They were never successful.

13              There was also the possibility that the

14     protein produced in yeast might be able to have the  05:01:31

15     carbohydrates removed and have biological activity

16     because the, the result from Goldwasser and Margaret

17     Dordal was again a single result, so it was possible

18     that that conclusion was incorrect.

19        Q.   BY MS. CARSON:  But isn't it true that the   05:01:57

20     first cell type that Dr. Lin expressed human

21     erythropoietin in was mammalian cell?

22        A.   No.  It was expressed in E.coli, I believe,

23     first.

24        Q.   It was expressed in E.coli first?            05:02:13

25        A.   Yes.
```

Berk, M.D., Arnold J.                    6/7/2007
CONFIDENTIAL

1      Q.    And it's your view that he expressed it in

2   E.coli because he had the hope that it would be

3   biologically active expressed in E.coli?

4      A.    Yes.                                          05:02:32

5      Q.    And what is that based on?

6      A.    What is my conclusion based on?

7      Q.    Yes.

8      A.    I mean it was his goal to get biologically

9   active erythropoietin.  And he was therefore trying    05:02:47

10   to express it and, as the head of the team there

11   were attempts to express it in these three very

12   different kinds of host cells in order to see which

13   one of them would give good in vivo biologically

14   active material.                                       05:03:04

15          So the available results argued that E.coli

16   would not be able to produce biologically active

17   material.  But it was possible that the conclusion

18   was wrong and, obviously, if it had been observed,

19   then it would have disproven the other earlier         05:03:22

20   conclusion.

21          MS. CARSON:  Why don't we take a

22   five-minute break.

23          THE VIDEOGRAPHER:  We're going off the

24   record at 5:04 P.M.                                    05:13:47

25                   (Recess taken.)

1          THE VIDEOGRAPHER:  We're back on the record

2     at 5:14 P.M.

3          Q.   BY MS. CARSON:  Dr. Berk, if you could

4     direct your attention to what was marked as Exhibit      05:14:42

5     13.

6          A.   Here we go.

7          Q.   And looking at the Bates page, I'm in the

8     section that's entitled EPO time table on the first

9     page.                                                    05:15:38

10         A.   Yes.

11         Q.   And if you could direct your attention to

12    the page ending in 091, it's the big number at the

13    bottom of the page right-hand side.

14         A.   Yes.                                            05:15:50

15         Q.   It indicates on this time table, January 10

16    through 17, 1984, "human EPO expressed in COS cells

17    using human genomic DNA."  Do you see that?

18         A.   What was the date?  January 10th, yes.

19         Q.   Yeah.  And I think we discussed that entry     05:16:12

20    before.  Then if you could turn to the next page,

21    there is an entry at March 1st, 1984 where it says

22    "in vivo biological assay of recombinant human EPO."

23    Do you see that?

24         A.   Yes.                                            05:16:40

25         Q.   And then the next entry, and that's dated

1    March 1st, 1984, correct?

2        A.    Yes.

3        Q.    And I believe that that date is also on

4    your demonstrative time line that was attached to          05:17:00

5    your Responsive Expert Report that's been marked as

6    Berk Exhibit 1?

7        A.    Yes.  We just marked it, March.

8        Q.    Right.  So based on these documents

9    produced by Amgen, is it your understanding that the        05:17:21

10   first human EPO that was expressed was actually

11   expressed in COS cells and was determined to be in

12   vivo biologically active by March 1st, 1984?

13       A.    According to the dates here.  I knew it was

14   in early March.  I didn't realize it was March 1st.        05:17:48

15       Q.    And then if you look down further on the

16   page, it ends in 092, you'll see a date, May 16,

17   1984.

18       A.    Yes.

19       Q.    And there it says "human EPO expressed in        05:18:00

20   E.coli."  Do you see that?

21       A.    Yes.

22       Q.    So I believe you testified that Dr. Lin

23   first expressed in E.coli and then changed to COS

24   cells.  Do you wish to change your testimony?              05:19:16

25       A.    Well, according to this, it does appear

1    that at least the first time it's listed in this

2    table is May 16.

3        Q.   And I'm going to ask the reporter to mark

4    as Berk Exhibit 21 a copy of Dr. Lin's testimony          05:19:41

5    taken in this litigation dated March 28, 2007.

6            (Deposition Exhibit No. 21 was marked for

7    identification.)

8        Q.   BY MS. CARSON:  If you could direct your

9    attention to page -- these are done four per page in      05:20:30

10   this document, so if you could go to Page 50 or the

11   page that has Page 50 on it.  And if you could just

12   read through pages 50, 51, 52 and 53 that are all on

13   that one page to yourself.

14       A.   All right.  All right.                            05:23:51

15       Q.   Having now read Dr. Lin's testimony, does

16   that indicate to you that in fact the first cell

17   type that Dr. Lin cloned the EPO gene in was a COS

18   cell?

19       A.   Well, no.  The first cell type in which he       05:24:08

20   expressed the EPO polypeptide was a COS cell.  I

21   mean in fact, gene was originally cloned in E.coli,

22   but they didn't make any attempt to test for

23   expression in E.coli apparently.

24       Q.   So why would the gene have been cloned in         05:24:24

25   E.coli?

Berk, M.D., Arnold J.
CONFIDENTIAL                                                    6/7/2007

1      A.   Well, you just use E.coli cells for doing

2  cloning.

3      Q.   That's just to isolate the gene itself?

4      A.   Yes.                                        05:24:33

5      Q.   And why do you -- at the time would one use

6  E.coli cells just to isolate the gene?

7      A.   All the methods for doing gene isolation

8  depended on using E.coli cells.

9      Q.   But the first cell type that Dr. Lin tried    05:24:50

10  to express the gene encoding human erythropoietin

11  was a COS cell, correct?

12      A.   Yes.  I stand corrected on that from

13  reading this testimony.  I thought because there was

14  so much expertise in expressing in E.coli, and it     05:25:08

15  was a straightforward thing to do that they would

16  have done that, but apparently they did the COS cell

17  expression first.

18      Q.   It was in the COS cells that they

19  demonstrated that it was in vivo biologically         05:25:21

20  active, correct?

21      A.   Correct.

22      Q.   And then according to the time line,

23  several months after that, it was, was when Dr. Lin

24  attempted to express the human erythropoietin in      05:25:39

25  E.coli, correct?

Berk, M.D., Arnold J.
CONFIDENTIAL                                           6/7/2007

1       A.    According to the time line.  Where did the

2    time line go.  Here, yes.

3       Q.    That was Exhibit 13.

4       A.    It was not until -- we just found it          05:26:00

5    before.

6       Q.    I think it's on the page that ends in 092.

7    It's the fourth entry up from the bottom.

8       A.    Right.  So that was May 16.

9       Q.    Okay.  So it was actually a couple of         05:26:19

10   months after he knew that he had expressed

11   biologically active erythropoietin in COS cells that

12   he tried to express human erythropoietin in E.coli

13   cells, correct?

14      A.    The first expression in COS cells was just    05:26:38

15   detected by radioimmunoassay which wasn't an assay

16   for in vivo biological activity.

17      Q.    Right.

18      A.    That wasn't done until later.  So I'm

19   trying to check the dates.  Right.  So it says that   05:27:01

20   March 1st was the in vivo biological assay.

21      Q.    And then a couple of months after that,

22   Dr. Lin went on to express the human EPO in E.coli,

23   correct?

24      A.    Yes.                                          05:27:13

25      Q.    Do you have any understanding why he would

1    have then gone to attempting to express the human

2    erythropoietin in E.coli when he knew he had a

3    biologically active product from COS cells?

4       A.    At that time in particular, if it had been          05:27:30

5    possible to express biologically active protein in

6    E.coli, it would have been preferable to expressing

7    it in mammalian cells.

8       Q.    And why is that?

9       A.    There was much more experience with protein        05:27:44

10   expression in E.coli.  The science was much more

11   highly developed.  One could make an even higher

12   percentage of the total protein, the protein of

13   interest in E.coli, and then also there was concern

14   at that time about the possible contamination of       05:28:05

15   mammalian cell cultures with human pathogens, and so

16   there was that -- that caused the FDA to scrutinize

17   products made in human cells or mammalian --

18   cultured mammalian cells much more extensively than

19   products made in E.coli.  In fact, they were still     05:28:29

20   working out the rules for products made in mammalian

21   cells.

22      Q.    It wasn't the uncertainty as to whether or

23   not he could obtain a biologically active protein in

24   mammalian cells that led him to also use E.coli, but   05:28:47

25   it was just the industrial advantages that were

Berk, M.D., Arnold J.                                    6/7/2007
CONFIDENTIAL

1    known to be associated with E.coli.  Isn't that

2    correct?

3        A.   Yes.  The main reason was to determine if

4    it could have been produced in biologically active          05:29:06

5    form in E.coli, right, for those practical reasons

6    that we discussed.  That would have been the reason

7    for making it in E.coli.  E.coli would have been

8    much easier to scale up very rapidly, to produce a

9    product sooner if it could have been made in E.coli.         05:29:28

10       Q.   Okay.  I'm going to ask the reporter to

11   mark as Exhibit 22, Berk Exhibit 22, a letter to me

12   from Deborah Fishman received on June 6, 2007.

13           (Deposition Exhibit No. 22 was marked for

14   identification.)                                             05:30:26

15       Q.   BY MS. CARSON:  Dr. Berk, I received this

16   letter with corrections to your May 11 expert

17   report.  And did you ask to have these corrections

18   made?

19       A.   Yes.                                                05:30:46

20       Q.   If you could turn to paragraph 58.

21       A.   In the -- in No. 8 or No. 1.

22       Q.   Yeah.  In Berk No. 8.

23       A.   Paragraph 51?

24       Q.   58.                                                 05:31:27

25       A.   Yes.