# EXHIBIT 26

**MARSHALL, GERSTEIN & BORUN LLP**

––––––––––––––– ATTORNEYS-AT-LAW –––––––––––––––

Mark H. Izraelewicz
(312) 474-6633
mizraelewicz@marshallip.com

April 9, 2007

VIA E-MAIL

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Re: *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al.* (05-CV-12237)

Dear Tom:

In accordance with ¶¶ 9(c) and 13 of the Court's Protective Order, I write to designate Dr. Axel Ullrich as an expert in the above referenced matter and to notify you of our intention to share Discovery Material with him.

I enclosed a current copy of Dr. Ullrich's curriculum vitae, along with his signed agreement to be bound by the terms of the Court's Protective Order.

Kind regards,

Mark Izraelewicz

Encl.

cc: Deborah Fishman
    Patricia Carson