UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENT RELATED TO AMGEN'S OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE TESTIMONY FROM AMGEN'S BELATEDLY DISCLOSED FACT WITNESSES**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Declaration of Lloyd R. Day in Support of Amgen's Opposition to Defendants' Motion to Preclude Testimony from Amgen's Belatedly Disclosed Fact Witnesses**

This document contains information designated as confidential medical information of a third-party. Accordingly, pursuant to paragraph 14 of the Protective Order and Local Rule 7.2, Amgen is filing a motion to deem the Declaration confidential and allow it to be filed under seal.
.

DM1\1165917.1

Dated: July 30, 2007                                Respectfully Submitted,

                                                             AMGEN INC.,
                                                             By its attorneys,

| Of Counsel: | */s/ Michael R. Gottfried* |
|---|---|
| | D. Dennis Allegretti (BBO#545511) |
| Stuart L. Watt | Michael R. Gottfried (BBO# 542156) |
| Wendy A. Whiteford | Patricia R. Rich (BBO# 640578) |
| Monique L. Cordray | DUANE MORRIS LLP |
| Darrell G. Dotson | 470 Atlantic Avenue, Suite 500 |
| Kimberlin L. Morley | Boston, MA 02210 |
| Erica S. Olson | Telephone: (617) 289-9200 |
| AMGEN INC. | Facsimile: (617) 289-9201 |
| One Amgen Center Drive | |
| Thousand Oaks, CA 91320-1789 | Lloyd R. Day, Jr. *(pro hac vice)* |
| (805) 447-5000 | DAY CASEBEER, MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA 95014 |
| | Telephone: (408) 873-0110 |
| | Facsimile: (408) 873-0220 |
| | |
| | William Gaede III *(pro hac vice)* |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 813-5000 |
| | Facsimile: (650) 813-5100 |
| | |
| | Kevin M. Flowers *(pro hac vice)* |
| | MARSHALL, GERSTEIN & BORUN LLP |
| | 233 South Wacker Drive |
| | 6300 Sears Tower |
| | Chicago, IL 60606 |
| | Telephone: (312) 474-6300 |
| | Facsimile: (312) 474-0448 |

DM1\1165917.1

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                               */s/ Michael R. Gottfried*  
                                               Michael R. Gottfried

DM1\1165917.1