AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has received, on July 30, 2007, from Plaintiff Amgen, Inc. documents for in camera review.

                                            Elizabeth Smith
                                            Deputy Clerk