## Page 1

6/29/2007 Varki, Ajit

```
 1           UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4
 5   AMGEN INC.,                    )
                                    )
 6              Plaintiff,          )
                                    )
 7        vs.                       ) Civil Action
                                    )
 8   F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
     Company, ROCHE DIAGNOSTICS GmbH,)
 9   a German Company, and HOFFMANN-LA)
     ROCHE, INC., a New Jersey      )
10   Corporation                    )
                                    )
11              Defendants.         )
                                    )
12   _____)
13
14
15           DEPOSITION OF AJIT VARKI, M.D.
16                FRIDAY, JUNE 29, 2007
17
18
19
20
21
22
23
     REPORTED BY:
24   LINDA D. WHITE
     CSR NO. 12009
25
```

[REDACTED stamp overlay]

## Page 3

6/29/2007 Varki, Ajit

**EXHIBIT B**

```
 1   APPEARANCE:
 2
 3   For the Plaintiff:
 4        DAY CASEBEER MADRID & BATCHELDER, LLP
          BY: JONATHAN LOEB, Ph.D., ESQUIRE
 5        20300 Stevens Creek Boulevard
          Suite 400
 6        Cupertino, California 95014
          (408) 873-0110
 7        jloeb@daycasebeer.com
 8   For the Defendants:
 9
          KAYE SCHOLER, LLP
10        BY: CHRISTOPHER JAGOE, ESQUIRE
          425 Park Avenue
11        New York, New York 10022
          (212) 836-8000
12        cjagoe@kayescholer.com
13
     Also Present:
14
          Michael Bullerman
15        John Arel, Videographer
16
17
18
19
20
21   (This Transcript contains testimony designated
22   confidential as per Section 5(c) of the Amended
23   Protective Order. Please treat the entire
24   transcript in accordance with the protective
25   order.)
```

## Page 2

6/29/2007 Varki, Ajit

```
 1           UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4
 5   AMGEN INC.,                    )
                                    )
 6              Plaintiff,          )
                                    )
 7        vs.                       ) Civil Action
                                    )
 8   F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
     Company, ROCHE DIAGNOSTICS GmbH,)
 9   a German Company, and HOFFMANN-LA)
     ROCHE, INC., a New Jersey      )
10   Corporation                    )
                                    )
11              Defendants.         )
                                    )
12   _____)
13
14
15        DEPOSITION OF AJIT VARKI, M.D.,
          taken on behalf of Defendant, at
16        333 West Harbor Drive, Suite Los
          Angeles, San Diego, California,
17        8:03 a.m., Friday, June 29, 2007,
          before LINDA D. WHITE, Certified
18        Shorthand Reporter Number 12009 for
          the State of California, pursuant
19        to Notice.
20
21
22
23
24
25
```

[REDACTED stamp overlay]

6/29/2007 Varki, Ajit

1   BY MR. JAGOE:
2       Q   Okay.  Look at your third report.  You can
3   keep that aside.
4           Look at your third report.
5       A   3 supplemental.  Second supplemental?
6       Q   Second supplemental report.
7       A   Should I keep this here?  I might get in
8   trouble.  Close it over there.
9       Q   Okay.
10      A   Okay.
11      Q   And paragraph 25 on Page 11 and 12.
12      A   25 on Page 11 and 12.  11 and 12.  Sorry.
13  Okay.
14      Q   All right.  And at the end of
15  paragraph 25, you have six bulletpoints, right?
16      A   Right.
17      Q   And you list isoelectric points of
18  glycoforms, sulfation, polylactosamine, repeat
19  content?
20      A   Correct.
21      Q   Old glycan structure, presence of
22  N-glycolylneuraminic acid and absence of alpha 2-6
23  sialic acid linkages, correct?
24      A   Correct.  N-glycolyl, G-L-C-O-L-Y-L.
25      Q   Would those six points summarize the

207

6/29/2007 Varki, Ajit

1   differences between the prior art EPO that you
2   analyzed and compounds that fall within the scope of
3   claims of the 933 Patent?
4       A   I think those are the ones that -- yes, I
5   think we -- I tried to summarize there what all the
6   issues I looked at.  I can't think of any other.
7   But of course, a lot of these differences are not
8   based on what was known in 1983.  But subsequent
9   analysis of either Miyake or Miyake-like
10  preparations.
11      Q   All of these differences would be
12  differences in the carbohydrate component of the
13  erythropoietin, right?
14          MR. LOEB:  Objection.  Vague and ambiguous.
15          THE WITNESS:  Carbohydrates refers to molecules
16  that have a particular composition, a CHO
17  composition.  The sulfate, for example, would not
18  fall in the category of carbohydrates.  The
19  N-glycolyl, I suppose, could, but it becomes a
20  semantic issue or technical issue.
21          All the differences -- perhaps better to
22  put it as all the differences are related to things
23  that are components of the glycans that are attached
24  to the polypeptide.  That is the way of summarizing
25  all of the difference I looked at.  So everything

208

6/29/2007 Varki, Ajit

1   beyond the glyco -- peptide -- polypeptide itself.
2   BY MR. JAGOE:
3       Q   Are any of the differences related to the
4   folding of the polypeptide?
5       A   Not directly, but the -- it's well known
6   that the glycans would -- could have a dramatic
7   effect on the folding of the polypeptide during
8   biosynthesis.  I believe I addressed that in some
9   other places in the reports.
10      Q   The sulfation difference, the sulfation
11  takes place on the carbohydrate as opposed to on the
12  amino acid residues; is that right?
13          MR. LOEB:  Objection.  Vague and ambiguous.
14          THE WITNESS:  The presence of the sulfate
15  esters, based on the data I've seen, especially the
16  results of using the PNGase F enzyme.  The data
17  suggests.  But again, sulfation is extremely
18  difficult to study and has been very poorly studied
19  in most of this work.  It seems like it's on --
20  attached to the sugar chains.
21  BY MR. JAGOE:
22      Q   Okay.  Now, the -- let me just ask you.
23          So do you agree with the statement that
24  urinary EPO and recombinant EPO are the same
25  product?

209

6/29/2007 Varki, Ajit

1           MR. LOEB:  Objection.  Vague and ambiguous.
2           THE WITNESS:  Can you define "the same
3   product"?  Is it the source or is it the production
4   method or is it --
5   BY MR. JAGOE:
6       Q   The substances themselves are the same.
7           MR. LOEB:  Objection.  Vague and ambiguous.
8           THE WITNESS:  The substance -- they're not.
9   From everything I've seen, there is a lot of
10  differences between them.
11  BY MR. JAGOE:
12      Q   And are you intending to offer an opinion
13  that urinary EPO and recombinant EPO can be
14  distinguished?
15      A   If you define recombinant EPO as all the
16  recombinant EPOs that have been made to date, and
17  all the ones I've seen -- and there seems to be a
18  lot of them that have been studied -- yes, I have
19  not seen a single recombinant EPO prep that -- well,
20  if you just look at the -- the way it's used in --
21  in -- you know, looking for EPO doping in sports,
22  it's very obvious they never have a problem telling
23  them apart right from there.
24          And since the differences they're looking
25  at directly reflect differences in the glycan

210