**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LA ROCHE, LTD.,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE, INC.<br><br>        Defendants. | Civil Action No. 05-cv-12237 WGY<br><br>**REDACTED**<br>CONTAINS RESTRICTED ACCESS<br>BLA/IND CONFIDENTIAL<br>INFORMATION<br><br>SUBJECT TO PROTECTIVE ORDER |

<u>**NON-INFRINGEMENT EXPERT REPORT OF RICHARD A. FLAVELL, PH.D.**</u>

31469901.DOC

REDACTED

134.   In addition, host cells of the asserted process claims all specify the use of "mammalian host cells" or "vertebrate cells" for the production of a "glycosylated erythropoietin polypeptide" or "erythropoietin." It is possible to use non-mammalian, non-vertebrate host cells to produce the products of the claimed process, however. For example, Hamilton et al. describe the creation of yeast cells that express and secrete glycoproteins having human-like glycosylation patterns.[175] These yeast cells could be transformed or transfected with a DNA sequence encoding human erythropoietin to produce a glycosylated erythropoietin polypeptide according to the claims. Importantly, these cells were capable of expressing and secreting a polypeptide with terminal sialic acids intact.[176] In fact, using human erythropoietin as an example of "heavily glycosylated

---

[175] Hamilton, S.R., et al. (2006) Science, 313: 1441-43.
[176] Id. The authors refer to this last step as the "the most complex step of human N-glycosylation."

protein," the authors showed that biologically active human erythropoietin could be expressed in yeast cells.[177] These results demonstrate commercial viability because the work was done with several authors affiliated with Glyco-Fi, Inc. a biotechnology company now a wholly-owned subsidiary of Merck. Because yeast cells are neither vertebrate nor mammalian and, the limitations of the claimed process would not be met and would not infringe.

REDACTED

---

[177] *Id.*