UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD; ROCHE DIAGNOSTICS GmbH; and HOFFMANN-LA ROCHE INC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' NOTICE OF FILING WITH CLERK'S OFFICE OF EXHIBITS TO DECLARATION OF KEITH E. TOMS PREVIOUSLY SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMGEN'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '422 CLAIM 1, '933 CLAIM 3, AND '698 CLAIM 6**

Pursuant to CMF/ECF Administrative Procedures Rule M(6) notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only.[1] The original documents are maintained in the case file in the Clerk's Office.

Exhibit 1     '178 File History, Application Claims at 49, 97, 101, 102.

Exhibit 2     '178 File History, Paper 11, 6/2/89 Amendment at 3-4.

Exhibit 3     '178 File History, Paper 13, 6/20/89 Office Action at 3, 5.

Exhibit 4     '178 File History, Paper 15, 7/11/89 Amendment at 1, 3-4.

Exhibit 5     '178 File History, Paper 17, 12/1/89 Examiner Interview Summary Record.

Exhibit 6     '178 File History, Paper 19, 1/10/90 Amendment at 1, 5, 6.

Exhibit 7     '178 File History, Paper 32, 4/21/99 Examiner Interview Summary.

---

[1] The original exhibits to the Declaration of Keith E. Toms in Support of Roche's Opposition to Amgen's Motion for Summary Judgment of Infringement of '422 Claim 1, '933 Claim 3, and '698 Claim 6 (DN 593) were previously filed and/or submitted to the Court for *in camera* review on June 29, 2007, and in some instances have been amended to omit portions unnecessary for the Court's determination of the present motion.

| | |
|---|---|
| Exhibit 8 | '197 File History, Paper 35, Terminal Disclaimer. |
| Exhibit 9 | '178 File History, Paper 4, 6/2/86 Office Action at 3-5. |
| Exhibit 10 | '178 File History, Paper 6, 12/1/88 Amendment and Reply at 3, 8-9. |
| Exhibit 11 | '178 File History, Paper 9, 2/10/89 Office Action. |
| Exhibit 12 | '179 File History, Paper 1. |
| Exhibit 13 | '179 File History, Paper 14, 9/27/88 Reply. |
| Exhibit 14 | '179 File History, Paper 29, 9/1/93 Office Action at 9-10. |
| Exhibit 15 | '179 File History, Paper 33, 1/3/94 Amendment and Response at 2, 5, 11. |
| Exhibit 16 | '179 File History, Paper 8, 5/24/88 Second Preliminary Amendment at 3-4, 6-10, 15-19. |
| Exhibit 17 | '197 File History, Paper 2, 11/6/90 Preliminary Amendment at 8. |
| Exhibit 18 | '197 File History, Paper 20, 6/1/94 Office Action at 3, 4. |
| Exhibit 19 | '197 File History, Paper 26, 3/31/95 Letter. |
| Exhibit 20 | '197 File History, Paper 33, 4/28/99 Amendment at 3-4. |
| Exhibit 21 | '197 File History, Paper 4, 4/6/92 Office Action at 2. |
| Exhibit 22 | '381 File History, Paper 1, Application. |
| Exhibit 23 | '381 File History, Paper 3a, 6/6/95 Continuing Application Transmittal. |
| Exhibit 24 | '381 File History, Paper 7, 12/11/96 Interview Summary. |
| Exhibit 25 | '381 File History, Paper 8, 12/20/96 Terminal Disclaimer;. |
| Exhibit 26 | '381 File History, Paper 9, 12/20/96 Second Preliminary Amendment at 7-8, 10. |
| Exhibit 27 | '398 patent File History, Response to Final Office Action and Amendment (6/24/02) at 5. |
| Exhibit 28 | '741 File History, Application Claims at 102. |
| Exhibit 29 | '741 File history, Paper 1, 11/6/90 Application. |
| Exhibit 30 | '741 File History, Paper 2, 11/6/90 Preliminary Amendment at 2, 4, 5, 6 and 8. |
| Exhibit 31 | '741 File History, Paper 4, 4/6/92 Office Action. |

| | |
|---|---|
| Exhibit 32 | '774 File History, Paper 45, 6/7/95 Preliminary Amendment at 2. |
| Exhibit 33 | '774 File History, Paper 50, 12/20/95 Second Preliminary Amendment at 2. |
| Exhibit 34 | '874 File History, Paper 37, 6/13/94 Preliminary Amendment. |
| Exhibit 35 | '197 File History, Paper 23, 12/1/94 Request for Reconsideration. |
| Exhibit 36 | '197 File History, Paper 25, 3/3/95 Amendment and Declaration of Richard D. Cummings, Ph.D. |
| Exhibit 37 | 12/20/99 Expert Statement of Harvey F. Lodish, Ph.D., at paragraph 124. |
| Exhibit 38 | Intentionally omitted. |
| Exhibit 39 | Intentionally omitted. |
| Exhibit 40 | 4,703,008. |
| Exhibit 41 | Intentionally omitted. |
| Exhibit 42 | 5,153,265. |
| Exhibit 43 | 5,441,868. |
| Exhibit 44 | 5,547,933. |
| Exhibit 45 | 5,618,698. |
| Exhibit 46 | 5,856,298. |
| Exhibit 47 | 5,955,422. |
| Exhibit 48 | 5/11/07 Cords Report ¶¶ 24-33. |
| Exhibit 49 | 6,399,333. |
| Exhibit 50 | 6,471,500. |
| Exhibit 51 | 6,583,272. |
| Exhibit 52 | 6,586,398. |
| Exhibit 53 | 7,217,689. |
| Exhibit 54 | Intentionally omitted. |
| Exhibit 55 | Intentionally omitted. |
| Exhibit 56 | Abuchowski et al. (1977) at 3579. |

| | |
|---|---|
| Exhibit 57 | Alberts (1983) at 92. |
| Exhibit 58 | AM 44 0004799-834 at 809. |
| Exhibit 59 | AM 44 0197792. |
| Exhibit 60 | AM 44 0445251-5274 at 61. |
| Exhibit 61 | AM44 0003879. |
| Exhibit 62 | AM44 0004809. |
| Exhibit 63 | AM44 004799-AM44 0004834: "How Do Physical Changes in ESPs Affect Biological Activity". |
| Exhibit 64 | AM44 0156801-0156884 at 811. |
| Exhibit 65 | AM44 0230737-67 at 745. |
| Exhibit 66 | Intentionally omitted. |
| Exhibit 67 | AM44 0825645. |
| Exhibit 68 | AM44 0897376-82. |
| Exhibit 69 | AM44 1591670-1679. |
| Exhibit 70 | AM67 01078325-330 at 327. |
| Exhibit 71 | Intentionally omitted. |
| Exhibit 72 | Amgen I at 91. |
| Exhibit 73 | Amgen Inc.'s Response to Defendants' Claim Construction Brief filed 3/19/07 323. |
| Exhibit 74 | AM-ITC 00974613 (Amgen Patent Tree). |
| Exhibit 75 | Amgen Supplemental Response to Rogg. 8, 2/10/07. |
| Exhibit 76 | *Amgen, Inc. v. Hoechst Marion Roussel, Inc.*, 339 F. Supp. 2d 202, 283-303 (D. Mass. 2004). |
| Exhibit 77 | Amgen's Epogen Label. |
| Exhibit 78 | Amgen's Supp. Response to Rogg 8, dated 2/9/07 at 26. |
| Exhibit 79 | AM-ITC 00052992-95. |

| | |
|---|---|
| Exhibit 80 | AM-ITC 00102090-105. |
| Exhibit 81 | AM-ITC 00595293. |
| Exhibit 82 | AM-ITC 00596039-042. |
| Exhibit 83 | AM-ITC 00941090-1099, at 1094. |
| Exhibit 84 | AM-ITC-00087147-7158. |
| Exhibit 85 | AM-ITC-00900034-39. |
| Exhibit 86 | AM-ITC-00903447-56. |
| Exhibit 87 | AM-ITC-00929860-862. |
| Exhibit 88 | AM-ITC-01072476-2501. |
| Exhibit 89 | AM-ITC 00592757. |
| Exhibit 90 | Banga (2006) at 205. |
| Exhibit 91 | Beauchamp et al. (1983) at 31. |
| Exhibit 92 | Benet Report I ¶¶ 30-32. |
| Exhibit 93 | Benet Tr. 197:7-15, 246:11-13. |
| Exhibit 94 | Boone Tr. (3/30/07) 28:11-22 , 31:5-12, 46:20-22, 93:1-10, 94:21-95:4, 96:12-21 24:22-26:1, 31:6-11, 46:20-22, 76:6 - 77:16, 92:24 - 93:3, 94:14 - 96:24, 159:16-24. |
| Exhibit 95 | Bradshaw Expert Report 6/1/07 ¶¶ 17, 20. |
| Exhibit 96 | Bradshaw Tr. pp. 272:20-277:18, 76:2-10, 16:1-25. |
| Exhibit 97 | Cheetham et al. (1998) at 861. |
| Exhibit 98 | Intentionally omitted. |
| Exhibit 99 | Cram & Cram, "The Essence of Organic Chemistry" 273 (Addison-Wesley Publishing Co. 1978)). |
| Exhibit 100 | Declaration of Thomas Wayne Strickland (11/30/88 ¶¶ 5, 6, 11). |
| Exhibit 101 | Delgado (1992) at 274, 276. |
| Exhibit 102 | Delivery of Protein and Peptide Drugs in Cancer (2006) Chapter 4 pp. 76-77. |

| | |
|---|---|
| Exhibit 103 | Delorme et al. (1992). |
| Exhibit 104 | Elliot Tr., 3/29/07, pp. 198:12-199:11. |
| Exhibit 105 | Intentionally omitted. |
| Exhibit 106 | Elliott Depo. Tr. (5/20/98) *Ortho Biotech v. Kirin-Amgen*, 70:22-72:15, 141:6-141:9). |
| Exhibit 107 | Elliott et al., *Mapping of the Active Site of Recombinant Human Erythorpoietin*, Blood, Vol. 89, No. 2, pp. 493-502 (1997)). |
| Exhibit 108 | Elliott *Ortho* Tr. 10/15/98 at 3354:22-3355:17, 3421:8-3424:20, 3636:1-10. |
| Exhibit 109 | Elliott Tr. (3/29/07) 13:5-16; 23:16-19; 24:13-15; 24:23-25:2, 201:25-202:22, 216:16-220:12, 229:4-232:21, 237:13-241:24. |
| Exhibit 110 | Elliott, S.G., New Molecules and Formulations of Recombinant Human Erythropoietin, *in* ERYTHROPOIETINS AND ERYTHROPOIESIS 241-58 (G. Molineux et al., eds. 2003)). |
| Exhibit 111 | EPOGEN Label issued 03/09/07 p. 25. |
| Exhibit 112 | Intentionally omitted. |
| Exhibit 113 | Exhibit 31 to its "Memorandum In Support of Amgen Inc.'s Motion for Summary Judgment Of Infringement of '422 Claim 1, '933 Claim 3, And '698 Claim 6.". |
| Exhibit 114 | File History of U.S. Pat. No. 4,703,008, AM-ITC-00873591. |
| Exhibit 115 | *Genentech, Inc., v. Boehringer Mannheim Gmbh,* 47 F.Supp.2d 91, 95 (D. Mass. 1999. |
| Exhibit 116 | Goldwasser et al. (1974) at 4202-4206. |
| Exhibit 117 | Goldwasser Tr. 2/14/07, pp. 177:18-178:11). |
| Exhibit 118 | Gross & Lodish (2006) Entire Article. |
| Exhibit 119 | Gutfreund (1955). |
| Exhibit 120 | Halstenson Clin. Pharmacol. Ther. 50: 702-712 (1991). |
| Exhibit 121 | Harris & Chess (2003) at 215, 220. |
| Exhibit 122 | Harris (2001), 542-549). |
| Exhibit 123 | Haselbeck Dep. Tr. 128-129. |

Exhibit 124    Heatherington *in* ERYTHROPOIETINS AND ERYTHROPOIESIS AT 87 (G. Molineaux et al., eds. 2003)0. .

Exhibit 125    http://www.amgen.com/patients/prca.html.

Exhibit 126    Hynes, Adherence to Guidelines for ESRD Anemia Management 2006.

Exhibit 127    ITC-R-BLA-00005515.

Exhibit 128    ITC-R-BLA 00000091.

Exhibit 129    ITC-R-BLA- 00004032, 4035 .

Exhibit 130    ITC-R-BLA- 00004271-4275.

Exhibit 131    ITC-R-BLA- 00004301-4306.

Exhibit 132    ITC-R-BLA- 00005580.

Exhibit 133    ITC-R-BLA 00007306-00007318.

Exhibit 134    AM-ITC 00899473.

Exhibit 135    ITC-R-BLA-00004178.

Exhibit 136    ITC-R-BLA-00000001-22.

Exhibit 137    ITC-R-BLA-00000066 (draft package insert).

Exhibit 138    ITC-R-BLA-00000212.

Exhibit 139    ITC-R-BLA-00000217.

Exhibit 140    ITC-R-BLA-00000248.

Exhibit 141    ITC-R-BLA-00000250.

Exhibit 142    ITC-R-BLA-00000261.

Exhibit 143    ITC-R-BLA-00000309.

Exhibit 144    ITC-R-BLA-00000313-327.

Exhibit 145    ITC-R-BLA-00000322-325.

Exhibit 146    ITC-R-BLA-00000502-506, 511-513.

Exhibit 147    ITC-R-BLA-00002808.

Exhibit 148    ITC-R-BLA-00003366.

8

Exhibit 149    Intentionally omitted.

Exhibit 150    ITC-R-BLA-00003417.

Exhibit 151    Intentionally omitted.

Exhibit 152    ITC-R-BLA-00004027.

Exhibit 153    ITC-R-BLA-00004028.

Exhibit 154    ITC-R-BLA-00004029.

Exhibit 155    ITC-R-BLA-00004031.

Exhibit 156    Intentionally omitted.

Exhibit 157    Intentionally omitted.

Exhibit 158    Intentionally omitted.

Exhibit 159    Intentionally omitted.

Exhibit 160    Intentionally omitted.

Exhibit 161    ITC-R-BLA-00004126.

Exhibit 162    ITC-R-BLA-00004178.

Exhibit 163    ITC-R-BLA-00004233.

Exhibit 164    ITC-R-BLA-00004241-4268.

Exhibit 165    ITC-R-BLA-00004247-4256.

Exhibit 166    ITC-R-BLA-00004257-4268.

Exhibit 167    ITC-R-BLA-00004271-4275.

Exhibit 168    ITC-R-BLA-00004296-4316.

Exhibit 169    ITC-R-BLA-00004299-300.

Exhibit 170    ITC-R-BLA-00004307-4312.

Exhibit 171    ITC-R-BLA-00004659.

Exhibit 172    ITC-R-BLA-00004660.

Exhibit 173    Intentionally omitted.

Exhibit 174   Intentionally omitted.

Exhibit 175   ITC-R-BLA-00004667.

Exhibit 176   Intentionally omitted.

Exhibit 177   ITC-R-BLA-00004686.

Exhibit 178   Intentionally omitted.

Exhibit 179   ITC-R-BLA-00004722.

Exhibit 180   Intentionally omitted.

Exhibit 181   Intentionally omitted.

Exhibit 182   Intentionally omitted.

Exhibit 183   ITC-R-BLA-00005616-32.

Exhibit 184   ITC-R-BLA-00005656-74.

Exhibit 185   ITC-R-BLA-00005770-73.

Exhibit 186   ITC-R-BLA-00007081-7124.

Exhibit 187   ITC-R-BLA-00007125-7158 Entire Doc.

Exhibit 188   ITC-R-BLA-00007159-7206.

Exhibit 189   ITC-R-BLA-00007243-255.

Exhibit 190   Intentionally omitted.

Exhibit 191   ITC-R-BLA-00007256-70.

Exhibit 192   ITC-R-BLA-00007267.

Exhibit 193   ITC-R-BLA-00007271-90.

Exhibit 194   ITC-R-BLA-00007281-3, Figures 1 and 2.

Exhibit 195   ITC-R-BLA-00007291-7305.

Exhibit 196   ITC-R-BLA-00007310-18 at 15-18, figs. 1 and 2, table 1.

Exhibit 197   ITC-R-BLA-00007319- 753 at 325, Fig.1, Tables 1 and 2; 326-327, Fig. 2, Tables 3 and 4.

Exhibit 198   ITC-R-BLA-00007469-7506 at 7486, 7490.

| | |
|---|---|
| Exhibit 199 | ITC-R-BLA-00019402-84. |
| Exhibit 200 | Intentionally omitted. |
| Exhibit 201 | Intentionally omitted. |
| Exhibit 202 | ITC-R-BLA-00022202-00022327. |
| Exhibit 203 | Intentionally omitted. |
| Exhibit 204 | ITC-R-BLA-00066252-66426 at 282. |
| Exhibit 205 | ITC-R-BLA-00075601-802. |
| Exhibit 206 | ITC-R-BLA-00084420-84557. |
| Exhibit 207 | ITC-R-BLA-00109530-675. |
| Exhibit 208 | ITC-R-BLA-00115298-421. |
| Exhibit 209 | ITC-R-BLA-00140975-41134. |
| Exhibit 210 | Intentionally omitted. |
| Exhibit 211 | ITC-R-IND-00064970-981 at 971. |
| Exhibit 212 | Jacobs 1985. |
| Exhibit 213 | Jarsch (3/27/07) Tr. at 56:8-17. |
| Exhibit 214 | Jorgensen and Tirado-Rives Molecular Modeling of Organic and Biomolecular Systems Using BOSS and MCPRO, Comput. Chem. 2005, 26, 1689-1700. |
| Exhibit 215 | Karp (2002) at 52-53, 55-62. |
| Exhibit 216 | Katre (1993) at 93, 95, 98, 103. |
| Exhibit 217 | Kinstler et al. (2002) at 478. |
| Exhibit 218 | Klibanov 5/11/07 Expert Report ¶ 116. |
| Exhibit 219 | Klibanov Tr. 5/23/07. 153:18-154:13. |
| Exhibit 220 | Kozlowski and Harris (2001) at 219-20. |
| Exhibit 221 | Krantz and Goldwasser, *Specific Binding of Erythropoietin to spleen cells infected with the anemia strain of Friend virus*, Proc. Natl. Acad. Sci , 81: 7574-7578 (1984). |

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

<013>
<013>
<013>

| | |
|---|---|
| Exhibit 222 | Kynclova (1996) at 644. |
| Exhibit 223 | Lai 1986. |
| Exhibit 224 | Lin *et al.*, "Cloning and expression of the human erythropoietin gene," *PNAS*, 82 7580-7584 (1985). |
| Exhibit 225 | Lin Tr. (3/28/07) 91:4-122:25, 304:12-305:5. |
| Exhibit 226 | Lin Tr. 6/7/00 at 965:8-14. |
| Exhibit 227 | Lodish 4/6/07 Expert Report ¶¶ 24, 31-33, 92, 94-95, 139, 141, 172, 182, 183, 187-89, 192. |
| Exhibit 228 | Lodish Dep. Tr., J&J Arb., Jul. 30, 1998 at 110-111. |
| Exhibit 229 | Macdougall & Eckardt, "Novel strategies for stimulating erythropoiesis and potential new treatments for anaemia," Lancet, 2006, 368:947-953). |
| Exhibit 230 | MacDougall (2005) at 436, 439. |
| Exhibit 231 | Macdougall Clin J. Am Soc. Nephrol. 1: 1211-1215 (2006). |
| Exhibit 232 | Macdougall J. Am Soc Nephrol 10: 2392-2395 (1999). |
| Exhibit 233 | Markman Tr. |
| Exhibit 234 | Mattison (2001) at 66-67. |
| Exhibit 235 | Mayeux, P. et al., *The Erythropoietin Receptor of Rat Erythroid Progenitor Cells; Characterization and Affinity Cross Linkage,* J. Bio. Chem., Vol. 262, No. 29, pp. 13985-13990 (1987)). |
| Exhibit 236 | Molineux (2002) at 13-15. |
| Exhibit 237 | Molineux Depo. Tr., 3/28/07 at 44-45, 47-48. |
| Exhibit 238 | Molineux in "Erythropoietins and Erythropoiesis, Molecular, Cellular, Preclinical and Clinical Biology" at 8, fig. 2). |
| Exhibit 239 | Molineux Tr. (3/28/07) 43:19-50:6, 72:1- 72:20. |
| Exhibit 240 | Molineux, Anti-Cancer Drugs (2003) at 259-260. |
| Exhibit 241 | Molineux, Pharmacotherapy (2003) at 5S. |
| Exhibit 242 | Morrison & Boyd (1983) at 2-3, 79, 157. |
| Exhibit 243 | MPEP §2173.05(p) (8th ed. Rev. 5, Aug. 2006). |

| | |
|---|---|
| Exhibit 244 | MPEP §706.03(e) (5th ed. Rev. 6, Oct. 1987). |
| Exhibit 245 | Intentionally omitted. |
| Exhibit 246 | Ossulund (2003) at 32-33. |
| Exhibit 247 | R001507222-225. |
| Exhibit 248 | R001564952-981 at 960. |
| Exhibit 249 | Intentionally omitted. |
| Exhibit 250 | R004792356. |
| Exhibit 251 | R004961456. |
| Exhibit 252 | R005310871. |
| Exhibit 253 | R005312429-2430. |
| Exhibit 254 | R005312436. |
| Exhibit 255 | R005312471. |
| Exhibit 256 | R005312683-774. |
| Exhibit 257 | R008890740-755. |
| Exhibit 258 | R-10-002641295. |
| Exhibit 259 | R11-000165902. |
| Exhibit 260 | R11-000636121-129. |
| Exhibit 261 | Rawn BIOCHEMISTRY (1989) at 106). |
| Exhibit 262 | Recny *et al*., "Structural Characterization of Natural Human Urinary and Recombinant DNA-derived Erythropoietin," *J. Biol. Chem.*, 262(35) 17156-17163 (1987) at 17161. |
| Exhibit 263 | Roberts et al. (2002) at 462, 474. |
| Exhibit 264 | Schneider, Homodimerization, 1997;. |
| Exhibit 265 | Stewart (1959). |
| Exhibit 266 | Storring et al., (1998) 100: 79-89. |
| Exhibit 267 | Strickland Tr. (3/9/07). |

| | |
|---|---|
| Exhibit 268 | Stryer (1988) at 4. |
| Exhibit 269 | Intentionally omitted. |
| Exhibit 270 | Syed (1998) at 515. |
| Exhibit 271 | Intentionally omitted. |
| Exhibit 272 | Torchilin 4/6/07 Expert Report ¶¶ 61, 86-88,110. |
| Exhibit 273 | Torchilin 6/1/07 Expert Report ¶¶ 14, 30, 41, 51). |
| Exhibit 274 | Torchilin Dep. Tr. 06/18/07 at . |
| Exhibit 275 | U.S.S.N. 06/866,459. |
| Exhibit 276 | U.S.S.N. 07/632,070, Paper No. 15, dated December 2, 1991, p.13. |
| Exhibit 277 | U.S.S.N. 07/983,620, Paper No. 27, dated August 13, 1996, p. 8. |
| Exhibit 278 | U.S.S.N. 08/413,803, Paper No. 12, dated December 10, 1996, p. 14. |
| Exhibit 279 | U.S.S.N. 08/479,892, "Brief for Party Elliott" dated February 11, 2004. |
| Exhibit 280 | USSN 06/866,459, Paper No. 5, dated 8/3/87, pp. 4-7, 9, 10. |
| Exhibit 281 | Intentionally omitted. |
| Exhibit 282 | Varki I at para. 86, 89, 92. |
| Exhibit 283 | Veronese (1985) at 142. |
| Exhibit 284 | Veronese et al. (1983) at 757. |
| Exhibit 285 | ITC-R-BLA-00004026. |
| Exhibit 286 | Bailon & Berthold, "Polyethylene glycol-conjugated pharmaceutical proteins," PSTT 1(8): 352-356 (1998). |
| Exhibit 287 | Meister (ed). Biochemistry of the Amino Acids Volume 1. |
| Exhibit 288 | CKD Best Practice September/October 2004. |
| Exhibit 289 | Morgan Stanley Equity Research -AMGEN: Some Setbacks For Competitors In EU, February 23, 2006. |
| Exhibit 290 | Pollack, A., "Rivals Laying Siege to Amgen's Near Monopoly in Anemia Drugs," The New York Times, Dec. 23, 2005. |

| | |
|---|---|
| Exhibit 291 | Memo in Support of Roche's Motion for Summary Judgment of Non-Infringement of Claim 1 of Patent No. 5,955,422. |
| Exhibit 292 | Memo in Support of Roche's Motion for Summary Judgment of Non-Infringement that Claims of the '933 Are Invalid for Indefiniteness and Lack of Written Description. |
| Exhibit 293 | Torchilin II expert report ¶ 66. |
| Exhibit 294 | Widness and Veng-Pedersen Report. |
| Exhibit 295 | Supplemental Expert Report of Harvey F. Lodish. |

Dated:  July 31, 2007
        Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

By their attorneys,

/s/  Kregg T. Brooks
Lee Carl Bromberg (BBO# 058480)
Timothy M. Murphy (BBO# 551926)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kregg T. Brooks (BBO# 667348)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
kbrooks@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Christopher T. Jagoe  (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Kregg T. Brooks
Kregg T. Brooks

03099/00501 710791.1