UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>F. HOFFMANN-LA ROCHE, LTD.,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE, INC.<br><br>          Defendants. | Civil Action No. 05-CV-12237 WGY |

**AMGEN'S NOTICE OF FILING WITH CLERK'S OFFICE OF
EXHIBITS PREVIOUSLY SUBMITTED IN CONNECTION WITH AMGEN'S
OPPOSITION TO ROCHE'S MOTION FOR SUMMARY JUDGMENT
THAT CLAIM 7 OF THE '349 PATENT IS INVALID UNDER 35 USC §112
AND IS NOT INFRINGED  [DN 628]**

          Pursuant to CMF/ECF Administrative Procedures Rule M(6), notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

          Exhibits 1 to 35, 37 to 47, and 49 to 53[1] to the Declaration of  Cullen N. Pendleton in Support of Amgen's Opposition [DN 628] to Roche's Motion [DN 539] for Summary Judgment that Claim 7 of the '349 Patent is Invalid Under 35 USC §112 and is Not Infringed [DN 634].

          The original documents are maintained in the case file in the Clerk's Office.

Dated:  August 2, 2007                    Respectfully Submitted,

                                                    AMGEN INC.,
                                                    By its attorneys,

---

[1] Exhibits 36 and 48 are still pending *in camera* review subject to a Motion to Seal filed by Roche [DN 727] and are therefore not included with this filing.

Dockets.Justia.com

Of Counsel:                                /s/ Patricia R. Rich
                                           D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                             Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                         Patricia R. Rich (BBO# 640578)
Monique L. Cordray                         DUANE MORRIS LLP
Darrell G. Dotson                          470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                        Boston, MA 02210
Erica S. Olson                             Telephone: (857) 488-4200
AMGEN INC.                                 Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789               Lloyd R. Day, Jr. (*pro hac vice*)
(805) 447-5000                             DAY CASEBEER, MADRID &
                                           BATCHELDER LLP
                                           20300 Stevens Creek Boulevard, Suite 400
                                           Cupertino, CA 95014
                                           Telephone: (408) 873-0110
                                           Facsimile: (408) 873-0220

                                           William G. Gaede, III (*pro hac vice*)
                                           McDERMOTT WILL & EMERY
                                           3150 Porter Drive
                                           Palo Alto, CA 94304
                                           Telephone: (650) 813-5000
                                           Facsimile: (650) 813-5100

                                           Kevin M. Flowers (*pro hac vice*)
                                           MARSHALL, GERSTEIN & BORUN LLP
                                           233 South Wacker Drive
                                           6300 Sears Tower
                                           Chicago, IL 60606
                                           Telephone: (312) 474-6300
                                           Facsimile: (312) 474-0448

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.


/s/ Patricia R. Rich
Patricia R. Rich