UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>F. HOFFMANN-LA ROCHE, LTD.,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE, INC.<br><br>           Defendants. | Civil Action No. 05-CV-12237 WGY |

**DEFENDANTS' SUPPLEMENTAL NOTICE OF FILING WITH CLERK'S OFFICE OF EXHIBITS PREVIOUSLY SUBMITTED IN SUPPORT OF ROCHE'S OPPOSITION TO AMGEN'S MOTION FOR SUMMARY JUDGMENT ON THE ANTITRUST AND STATE LAW COUNTERCLAIMS**

      Pursuant to CMF/ECF Administrative Procedures Rule M(6), notice is hereby given that the exhibits listed below to the Declaration of David L. Cousineau (DN 559) and the Supplemental Declaration of David L. Cousineau (DN 745) in Support of Roche's Opposition to Amgen's Motion for Summary Judgment on Roche's Antitrust and State Law Counterclaims have been manually filed with the Court and are available in paper form only.[1]  The original documents are maintained in the case file in the Clerk's Office.

Exhibit 85    Redacted version of excerpts from the April 6, 2007 Expert Report of Einer Elhauge.  The confidential version of this exhibit was filed under seal on August 6, 2007, leave having been given by Court Order of July 31, 2007.

Exhibit 209    Withheld in its entirety as leave was given to seal entire document by Court Order of July 31, 2007.

Exhibit 257    Redacted version of document bates numbered AM44 2024585 - AM44 2024588 as produced by Amgen on July 12, 2007.  The confidential version of this exhibit

---

[1] These exhibits were withheld, due to motions to seal by third parties Fresenius Medical Care Holdings, Inc. and DaVita, Inc. (DN 779 and DN 785).

was filed under seal on August 6, 2007, leave having been given by Court Order of July 31, 2007.

Exhibit 259    Redacted version of document bates numbered AM44 2024592 - AM44 2024596 as produced by Amgen on July 12, 2007. The confidential version of this exhibit was filed under seal on August 6, 2007, leave having been given by Court Order of July 31, 2007.

Dated:  August 6, 2007
       Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

By their attorneys,

/s/  Kregg T. Brooks
Lee Carl Bromberg (BBO# 058480)
Timothy M. Murphy (BBO# 551926)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kregg T. Brooks (BBO# 667348)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
kbrooks@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Christopher T. Jagoe  (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                      /s/ Kregg T. Brooks
                                      Kregg T. Brooks

03099/00501 716323.1