Exhibit 2, Part 3

revealed that no opportunity exists (similar to that
presented to Woods et al. and Breslow et al.) to effectively
employ such relatively small numbers of probes to isolate
genomic encoding human erythropoietin. The correct first 26
residues of human erythropoietin corresponding to the
following indicated levels of codon degeneracy:  Ala(4),
Pro(4), Pro(4), Arg(6), Leu(6), Ile(3), Cys(2), Asp(2),
Ser(6), Arg(6), Val(4), Leu(6), Glu(2), Arg(6), Tyr(2),
Leu(6), Leu(6), Glu(2), Ala(4), Lys(2), Glu(2), Ala(4),
Glu(2), Asn(2), Ile(3) and Thr(4).  [A preliminary estimate
of the number of oligonucleotides needed for a complete set
of mixed probes can be made by simply multiplying the
degree(s) of degeneracy within the sequence.  As an example,
to guarantee that one 17-mer oligonucleotide probe which is
an exact replica of the true erythropoietin sequence will be
present in a set of mixed probes corresponding to the bases
encoding the first five amino acids plus the first two bases
of the sixth amino acid, one would need to make 4 X 4 X 4 X
6 X 6, or 2304, probes].

An array of the potential oligonucleotides based
on the correct erythropoietin sequence is set forth below in
Table I below.

308   287

R000892029

## TABLE I

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Ala | Pro | Pro | Arg | Leu | Ile | Cys | Asp | Ser | Arg |
| T | G | G | T | T | T |  | T | T | G |
| GCC | CCA | CCA | CGC | CTC | ATC | TGT | GAC | AGC | CGA |
| G | T | T | G | G | A | C |  |  | T |
| A | C | C | A | A |  |  |  |  | C |
|  |  |  |  |  |  |  |  | G |  |
|  |  |  | AGG | TTG |  |  |  | TCA | AGG |
|  |  |  | A | A |  |  |  | T | A |
|  |  |  |  |  |  |  |  | C |  |

| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|
| Val | Leu | Glu | Arg | Tyr | Leu | Leu | Glu | Ala | Lys |
| T | C |  |  |  | T |  |  | T |  |
| GTC | CTG | GAG | AGG | TAT | CTC | TTG | GAG | GCC | AAG |
| G | A | A | A | C | G | A | A | G | A |
| A | T |  |  |  | A |  |  | A |  |
|  |  |  | G |  |  | G |  |  |  |
|  | TTG |  | CGA |  | TTG | CTA |  |  |  |
|  |  |  | T |  |  | T |  |  |  |
|  | A |  | C |  | A | C |  |  |  |

| 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|
| Glu | Ala | Glu | Asn | Ile | Thr |
|  | T |  |  | T | C |
| GAG | GCC | GAG | AAT | ATC | ACG |
| A | G | A | C | A | A |
|  | A |  |  |  | T |

An array of potential oligonucleotides based on the incorrect sequence of Sue et al. is set out in Table II below. Note well that the sequence includes two errors. Not only is the seventh residue incorrect, the twenty-fourth residue is incorrectly specified as lysine rather than asparagine.

309 288

R008892030

## TABLE II

| 1 Ala | 2 Pro | 3 Pro | 4 Arg | 5 Leu | 6 Ile | 7 Asn | 8 Asp | 9 Ser | 10 Arg |
|---|---|---|---|---|---|---|---|---|---|
| T GCC G G | G CCA T T | G CCA T T | T CGC G G | T CTC G G | T ATC A | AAT C | T GAC | T AGC | G CGA T C |
| | | | AGG A | TTG A | | | | G TCA T C | AGG A |

| 11 Val | 12 Leu | 13 Glu | 14 Arg | 15 Tyr | 16 Leu | 17 Leu | 18 Glu | 19 Ala | 20 Lys |
|---|---|---|---|---|---|---|---|---|---|
| T GTC G A | C CTG A T | GAG A | AGG A | TAT C | T CTC G A | TTG A | GAG A | T GCC G A | AAG A |
| | TTG A | | G CGA T C | | | TTG A | | G CTA T C | |

| 21 Glu | 22 Ala | 23 Glu | 24 Lys | 25 Ile | 26 Thr |
|---|---|---|---|---|---|
| GAG A | T GCC G A | GAG A | AAA G | T ATC A | C ACG A T |

The practical consequence of the two errors in the Sue et al. sequence is that no probe mixture comprehending either of the two incorrectly projected residues (Asn[7] and Lys[24]) could have been employed to detect the subject erythropoietin gene.

To illustrate the problem of incorrect sequence information by Sue et al., one notes that if the Applicant had used the amino acid information in the reference and even gone beyond the notation of Woods et al. by generating a 64-member mixture of 17-mer probes based on the sequence spanning the entire codon for lysine at position 20 through

- 2́1 -

310 2̶8̶9̶

R008892031

the first two, non-degenerate bases of the codon for iso-
leucine at position 25, none of the 64 probes would have
been a duplicate of the erythropoietin gene sequence due to
the presence of the error in identifying the residue at
position 24.  Applicant, of course, would have had no way of
knowing in advance that such work would be fruitless.

       During the interview of March 4, 1987, the
Examiner advanced a suggestion that notwithstanding the two
errors in the Sue et al. human erythropoietin amino acid
sequence, and notwithstanding numerous instances of 4- and
6-fold degeneracy of potential codons within the "correct"
portions of the Sue et al. sequences, and notwithstanding
the above-quoted notations of the Anderson et al. reference,
the "correct" portions of the Sue et al. sequence appeared
to provided opportunities to construct relatively small sets
of mixed oligonucleotides for use in probing a human genomic
library for the human erythropoietin gene.  Reference was
made to the amino acid residues immediately preceding the
incorrectly noted 24th residue and the Examiner suggested
that 12-mer or 14-mer mixtures might have been usefully
applied in the manner of the 14-mer probes of Breslow et al.
to find the human erythropoietin gene.  Applicant's counsel
acknowledged that mixtures of probes of this length could be
made and that such mixtures would include small numbers of
oligonucleotides on the order of those used in the Breslow
et al. and Woods et al. systems, but traversed the
Examiner's suggestion that any substantial likelihood of
success would be expected to attend using probes of this
size to isolate an erythropoietin gene from a human genomic
library.  This traversal was based on the relatively
straightforward probabilities associated with a hybridiza-

- 27 -

311   290

R008892032

tion "hunt" for a DNA sequence that is a specific match to a given probe sequence.  The Examiner is invited to consider the following:

1.  It is clear that one could construct a set of 32 14-mer probes based on the potential codons for the "correct" 18th through 21st erythropoietin residues (Glu-Ala-Lys-Glu) plus the first two non-degenerate bases of residue 22 (Ala).  One could also construct a set of 64 14-mers based on the potential codons for the "correct" 19th through 22nd residues (Ala-Lys-Glu-Ala) plus the first two non-degenerate bases of residue 23 (Glu).

2.  The simple random probability of finding any specific string of $\underline{five}$ amino acid-specifying codons (i.e., $\underline{15}$ bases in a row) is one in $21^5$, or one in $4.08 \times 10^6$ amino acid triplet codons.

3.  The human genome comprises approximately $3.3 \times 10^9$ base pairs, corresponding to $1.1 \times 10^9$ triplets.

4.  Thus, the simple probabilities are that the human genome will contain approximately 270 copies of any particular string of five amino acid-specifying codons.  This means that a single 15-mer sequence probe will likely result in about 270 "positive" hybridizations under rigorously stringent conditions.  When 14-mer mixed sequence probes are employed, stringency conditions must be relaxed and many fold more non-specific hybridizations will occur, rendering the mixed probe system essentially useless for identifying an erythropoietin gene in the human genome.

5.  As one example of the non-specificity of a mixed probe system as described in paragraph 1 above, Applicant notes that the amino acid sequence Ala-Lys-Glu-Ala-Glu appears as residues 1190-1194 in the beta chain of

- 28 -

an E. coli DNA directed RNA polymerase [See, Ovchinnikov et
al., European Journal of Biochemistry, 116, 621-629 (1981)
attached as Exhibit No. 2 hereto]. To the extent that E.
coli DNA is present in the E. coli cell lawn in which phage
DNA plaques of a human genomic library reside, probes for
the Ala-Lys-Glu-Ala-Glu sequence would hybridize to E. coli
DNA as well as to the human DNA encoding erythropoietin and
other duplicate DNA sequences in the human, viral and
bacterial genomes.

    In hindsight, and with knowledge of the precise
errors in the Sue et al. sequence, a "best case" set of
17-mer mixed probes could be designed to include a single
oligonucleotide probe exactly corresponding to the true
erythropoietin DNA sequence. Such a mixture would span the
bases making up the codons beginning with lysine at position
19 through the non-degenerate first two bases of the codon
for either asparagine or lysine at position 24. The mix-
ture, however, would have had to have included 128 different
oligonucleotides. This number of probes is far in excess of
16 or 32 or 48 component mixtures of the Breslow et al. or
Woods et al. references.

    To Applicant's knowledge, 128 mixed probes had
never before been successfully employed in screening a cDNA
library, much less a human genomic library which is approxi-
mately one hundred times more complex than a cDNA library.
More significantly, in the absence of knowledge of the
entire DNA sequence of a monkey kidney cDNA library or of a
human genome, one cannot determine whether this sequence is
unique to erythropoietin DNA. Indeed, it is only in hind-
sight (based on sequence data first provided herein) that
one sees that in the amino terminal encoding region there is

313 - 21 -

R008892034

complete homology between monkey and human DNA sequences.
Attached hereto as Exhibit No. 3 is Applicant's paper des-
cribing the monkey erythropoietin gene isolation [Lin et
al., Gene, 44, 201-209 (1986)].  While Applicant's 20-mer
mixture of probes corresponding to human sequence residues
46-52 was useful in isolating the monkey gene, the 17-mer
mixture corresponding to residues 86-91 could not be used
due to the divergence of homology between the human and
monkey amino acid sequences.  See Exhibit No. 3 and espe-
cially the "Conclusions" spanning pages 206-208.

It should then be noted that, as set forth in
Example 4, two sets of probes were needed to isolate 3 posi-
tive human erythropoietin genomic clones in a screen of
1,500,000 phage plaques.  No useful second set of 17-mer or
20-mer probes comprehending this same amino terminal region
could be made without substantial amplification of the
number of required oligonucleotides beyond 128 required for
the first probe set.

Because Applicant could not have used the Sue et
el. reference information to follow the Breslow et al. and
Woods et al. procedures to screen a human genomic library or
a monkey cDNA library without substantially departing from
the quite simple procedures disclosed in the references, it
cannot properly be argued that the claimed subject matter
would have been obvious to a person of ordinary skill in the
art at the time Applicant's invention was made.  The out-
standing rejection of claims 14, 17, 18, 21-24, 26, 27,
31-36, 58 and 61-68 may not therefore properly be applied to
corresponding claims 73, 77, 78, 81-84, 86, 87, 91-93, 96,
99-100, 103 and 75, 76, 94, 95, 97, 98, 101 and 102.

R008892035

8.  The "Subsidary" Rejections of Prior
    Claims 15, 69-72, 19, 20, 25 and 28-30
    Under 35 U.S.C. §103 Over the Sue et al.
    And Other References May Not Properly
    Be Applied to Corresponding Claims
    74, 79, 80, 85 and 88-90

In three paragraphs spanning pages 5 and 6 of the
Office Action dated February 5, 1987, the Examiner lodged
rejections of certain claims as being unpatentable over the
combination of the Sue et al., Breslow et al. and Woods et
al. references (as discussed immediately above) in further
view of certain additional secondary references.  More
specifically, claims 15 and 69 through 72 were rejected in
view of Talmadge et al. [P.N.A.S. (USA), 77, pp. 3369-3373
(1980)] which deals with expression of a rat proinsulin in
E.coli.  Claims 19 and 20 were rejected in further view of
Farber et al. (apparently either reference C32 or reference
C33) which discloses primate erythropoietin messenger RNA
isolation.  Finally, claims 25 and 28-30 were rejected in
view of the additional references to Gouy et al. (PTO
Reference "U") or Bennetzen et al. (PTO Reference "R'")
concerning preference codons for E.coli and yeast.

Because the primary rejection of claims based on
the Sue et al. reference taken together with Breslow et al.
or Woods et al. has been demonstrated to be without proper
foundation, Applicant submits that the "subsidiary" rejec-
tions of claims 15, 69-72, 19, 20, 25, and 28-30 may not
properly be applied to corresponding claims.

315

R008892036

9.    The Rejection of Prio Claims 14,
15, 17-19, 21, 22, 24, 25, 28,
31-34, 36, 58 and 61-72 Under 35 U.S.C.
§102(b) in View Of Talmadge et al.
May Not Properly Be Applied to
Corresponding Claims 73, 74, 77-79,
81-82, 84-85, 88, 91-93, 96, 99, 103
75, 76, 94, 95, 96, 98, 101 and 102

Cross-referencing to the outstanding Section 112
rejection of claims 14, 15, 17-19, 21, 22, 24, 25, 28,
31-34, 36, 58 and 61-72 based on alleged undue breadth of
the terms "fragments thereof" and "having at least...acti-
vities", the Examiner has interposed a Section 102(b) rejec-
tion of these claims based on the Talmadge et al. refer-
ence.  More specifically, the Examiner argues that the
claims are "deemed to embrace the DNA sequences and protein
expression method of Talmadge et al.".

Applicant respectfully disagrees with the
Examiner's position but submits that the issue is mooted by
the amendments to the claims discussed, infra, with respect
to Section 112 issues.

10.    The Rejection of Claims 69-72 Under
35 U.S. §103 Based on Talmadge et al.
Is Mooted By Cancellation of These Claims

Citing to the authority of the decisions of In re
Durden and In re Albertson*, the Examiner rejected claims
69-72 as being directed to obvious methods in view of the
DNA expression systems described in Talmadge, et al.

As previously noted Applicant has sought cancella-
tion without prejudice of prior claims 69-72 and has not
inserted claims corresponding thereto in this amendment.
The issues raised by the rejection are no longer present in
the application.

_____

*    The Examiner appears to have inadvertently mis-cited
"In re Larsen" rather than In re Albertson.

- 21 -

316    295

## CONCLUSION

The foregoing remarks are believed to establish that claims 73-103 are in condition for allowance and an early notice under 37 C.F.R. §1.311 is solicited.

Consistent with Applicant's position, enclosed herewith pursuant to 37 C.F.R. §1.311(b) is an "Authorization to Charge Issue Fee to Deposit Account".

Applicant further notes that this case has been made special by the Commissioner (see Notice dated May 2, 1986) and, consistent with MPEP §1309, Applicant requests that this application be suitably "tagged" upon allowance of the claims to allow for priority in printing.

Respectfully submitted,

MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BICKNELL

By _____
Michael P. Borun (Reg. No. 25,447)
A Member of the Firm
Attorneys for Applicants
Two First National Plaza
Chicago, Illinois  60603
(312) 346-5750

Chicago, Illinois

March 11      , 1987

- 28 -

311 296

R008892038