# EXHIBIT A

*Amgen v. F-Hoffman LaRoche et al.*
05-CV-12237 WGY

| Temp Exhibit Number | DATE OF EXH. | EXHIBIT DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|---|
| 2543 | 01/19/2001 | Amgen v. HMR and TKT - Findings, Rulings, and Order | AM-ITC 00845507 | AM-ITC 00845741 |
| 2544 | 10/14/1999 | Amgen v. HMR/TKT, October 14, 1999 Deposition Transcript of Eugene Goldwasser | AM-ITC 01033847 | AM-ITC 01033928 |
| 2545 | 5/14/2007 | Amgen v. HMR/TKT, 127 S.Ct. 2270 (Mem), 75 USLW 3605, 75 USLW 3609, 75 USLW 3531, (U.S. 2007) | | |
| 2546 | 10/30/2003 | Amgen v. HMR/TKT, 287 F.Supp.2d 126 (D. Mass. 2003) | | |
| 2547 | 4/15/1998 | Amgen v. HMR/TKT, 3 F.Supp.2d 104 (D. Mass. 1998) | | |
| 2548 | 10/15/2004 | Amgen v. HMR/TKT, 339 F.Supp.2d 202 (D.Mass.2004) | | |
| 2550 | 01/06/2003 | Amgen v. Hoechst Marion Roussel, Inc. 314 F.3d 1313 | | |
| 2552 | 11/03/2003 | Amgen v.HMR/TKT, November 03, 2003 Trial Transcript (Testimony of Eschbach) | | |
| 2553 | 00/00/2003 | Amgen, Inc. v. Hoeschst Marion Roussel, Inc. 314 F.3d 1313 (Fed. Cir. 2003) | AM-BER-ERB000162 | AM-BER-ERB000210 |
| 2554 | 00/00/2006 | Amgen, Inc. v. Hoeschst Marion Roussel, Inc. 457 F.3d 1293, 1317 (Fed. Cir. 2006) | AM-ITC 00853388 | AM-ITC 00853520 |
| 2555 | 00/11/1989 | Amgen, Inc. v. Chugai Pharm. Co. Ltd., 13 U.S.P.Q.2d 1737 (D. Mass. 1989) | | |
| 2556 | 00/00/1991 | Amgen, Inc. v. Chugai Pharm. Co. Ltd., 18 U.S.P.Q.2d 1016 (Fed. Cir. 1991) | | |
| 2557 | 00/00/1989 | Amgen, Inc. v. Chugai Pharm. Co. LTD., 1989 U.S. Distr. LEXIS 16110; 13 U.S.P.Q.2d (BNA) 1737 | N/A | N/A |
| 2558 | 00/00/1991 | Amgen, Inc. v. Chugai Pharm. Co. Ltd., 927 F.2d 1200 (Fed. Cir. 1991) | | |
| 2559 | 12/11/1989 | Amgen, Inc. v. Chugai Pharmaceutical Co. Ltd., 13 U.S.P.Q.2d 1737, 1745-46, 1750, 1753 (D. Mass. 1989) | AM-ITC 00536203 | AM-ITC 00536264 |
| 2560 | 12/11/1989 | Amgen, Inc. v. Chugai Pharmaceutical Co., Ltd., 1989 WL 169006, 21-22 (D. Mass.), 13 U.S.P.Q.2d 1737 | AM-ITC 00292739 | AM-ITC 00292800 |
| 2561 | 12/11/1989 | Amgen, Inc. v. Chugai, 13 USPQ 2nd, 1737 | N/A | N/A |
| 2562 | 01/19/2001 | Amgen, Inc. v. HMR and TKT 126 F.Supp.2d 69 | | |
| 2563 | 01/19/2001 | Amgen, Inc. v. HMR/TKT, 126 F.Supp. 2d (D. Mass) | | |
| 2564 | 10/15/2004 | Amgen, Inc. v. Hoechst Marion Roussel, Inc. 339 F. Supp. 2d 202, 319 (D. Mass, 2004) aff'd 457 F.3d 1293, 1308 (Fed. Cir. 2006) | AM-ITC 00855239 | AM-ITC 00855528 |

1

*Amgen v. F-Hoffman LaRoche et al.*
05-CV-12237 WGY

| Temp Exhibit Number | DATE OF EXH. | EXHIBIT DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|---|
| 2565 | 01/19/2001 | Amgen, Inc. v. Hoechst Marion Roussel, Inc., 126 F.Supp.2d 69 (D.Mass. 2001) | N/A | |
| 2566 | 00/00/2004 | Amgen, Inc. v. Hoechst Marion Roussel, Inc., 339 F.Supp.2d 202 (D. Mass. 2004) | N/A | |
| 2567 | 00/00/2006 | Amgen, Inc. v. Hoechst Marion Roussel, Inc., 457 F.3d 1293 (Fed. Cir. 2006) | N/A | |
| 2568 | 00/00/2003 | Amgen, Inc. v. Hoechst Marion Roussel, Inc.314 F.3d 1313, 1329 (Fed. Cir. 2003) | N/A | |

2