# EXHIBIT E

## Amgen's List of Witnesses for Trial

### Amgen's list of witnesses who may be called live at trial

**Fact Witnesses:**

Kenneth Aoki
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Arnold J. Berk, M.D.
1632 Pandora Avenue
Los Angeles, California 90024

Michael Borun
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Jeffrey K. Browne
1244 Calle Aurora
Camarillo, CA 93010

Donald Catlin
Anti-Doping Research
3873 Grand View Blvd.
Los Angeles, Ca. 90066

Joan Egrie
561 Los Vientos Drive
Newbury Park, CA 91320

Steven Elliott
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Dennis Fenton
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Fact Witnesses Continued:**

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637

Anton Haselbeck
c/o Roche

Michael Jarsch
c/o Roche

Steven Kunin
Oblon, Spivak, McClelland, Maier & Neustadt PC
1940 Duke Street
Alexandria, Virginia 22314

Charles Kung
19237 Tramore Lane
Mokena, IL 60448

Fu-Kuen Lin
2491 Chaucer Place
Thousand Oaks, CA 91360

Jiang Liu
c/o Amgen Inc.
One Amgen center Drive
Thousand Oaks, California 91320-1799

Steven Odre
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Fact Witnesses Continued:**

Gary Rogers
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Ralph Smalling
341 Scarborough Street
Thousand Oaks, California 91361

Nancy Spaethe
8320 South East 34th Street
Mercer Island, Washington 98040

Anne Stern
c/o Roche

Thomas Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Helen Torley
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Axel Ullrich
Max Planck Institute of Biochemistry
Dept. of Molecular Biology
Am Klopferspitz 18
82152 Martinsried
Germany

Stuart Watt
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Expert Witnesses:**

Leslie Benet
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Ralph Bradshaw
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Carlos Brugnara
Children's Hospital
Department of Laboratory Medicine
300 Longwood Avenue
Boston, Massachusetts 02115

Glenn Chertow
University of California San Francisco
UCSF Laurel Heights, Suite 430
3333 California Street
San Francisco, CA 94118-1211

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E.58th St.
Chicago, IL 60637

Harvey Lodish
Whitehead Institute, Suite 601
9 Cambridge Center
Cambridge, Massachusetts 02142

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Expert Witnesses Continued:**

Vladimir Torchilin
Northeastern University
Mugar Building, Rm 312
360 Huntington Avenue
Boston, Massachusetts 02129

Ajit Varki
University of California San Diego (UCSD)
CMM-East, Rm 1065
9500 Gilman Drive MC 0687
La Jolla, CA 92093-0687

**Exhibit E**
**Amgen's List of Witnesses for Trial**

**Amgen's list of witnesses who may be called via deposition designation**

**ITC Witnesses:**

Jean Pierre Buch
c/o Hoffman La Roche Israel

Cynthia Dinella
c/o Roche Diagnostics GmbH, Penzberg

Adrienna Farid
c/o Hoffman La Roche
Nutley, New Jersey

Joanne Franzino
c/o Hoffman La Roche
Nutley, New Jersey

Robert Joseph
c/o Hoffman La Roche
Nutley, New Jersey

Iris Kingma-Johnson
c/o Hoffman La Roche
Nutley, New Jersey

Marcus Knickmeier
c/o F. Hoffman Roche AG
Switzerland

Chrys Kokino
c/o Roche Pharmaceuticals

Barbara Much
c/o Roche Diagnostics GmbH, Penzberg

Nimish Shah
c/o Hoffman La Roche
Nutley, New Jersey

Axel Schorle
c/o Roche Diagnostics GmbH, Penzberg

**Exhibit E**
**Amgen's List of Witnesses for Trial**

**ITC Witnesses Continued:**

Philippe Van der Auwera
c/o F. Hoffman La Roche Limited
B74 Grenzacher Strasse
CH 4070 Basel, Swizerland

Peter Veng-Pedersen
c/o University of Iowa


**USDC Witnesses:**

George Abercrombie
c/o Hoffman LaRoche, Incorporated

Pascal Bailon
21 Woodbine Road
Florham Park, New Jersey

Joseph Baron
5841 South Maryland Avenue
Chicago, Illinois

Sonders Beimfohr
c/o Hoffman LaRoche, Incorporated

Guenter Blobel
1100 Park Avenue
New York, New York

Jeffrey Borer
c/o Kaye Scholer

Frank Carillo
ECG, Inc.
350 Grand Avenue
Englewood, New Jersey

Shaun Collard
c/o DaVita Pharmaceuticals

Sven-Michael Cords
c/o Kaye Scholer

Frank Dougherty
c/o Hoffman La Roche
Basel, Switzerland

**Exhibit E**
**Amgen's List of Witnesses for Trial**

**USDC Witnesses Continued:**

Suzann Duncan
c/o Roche Pharmaceuticals

James Fisher
c/o Kaye Scholer

Wayne Flintoff
c/o Kay Scholer

Michael Fromm
2540 Woods Crest Avenue
Lincoln, Nebraska 68502

Franklin Gaylis
c/o Kaye Scholer

Susan Graf
c/o Roche Pharmaceuticals

Edward Harlow
c/o Kaye Scholer

Richard Hinson
c/o Roche Pharmaceuticals

Leroy Hood
Institute for Systems Biology

Patrick Horber
c/o Hoffman La Roche Limited

Adrian Katz
1125 E. 53rd Street
Chicago, Illinois 60615

John Keefe
c/o Roche Pharmaceuticals

Kenneth Lieberman
c/o Kaye Scholer

Lori Martin (Hickman)
c/o Roche Pharmaceuticals

Michael Mayersohn
c/o Kaye Scholer

**Exhibit E**
**Amgen's List of Witnesses for Trial**

## USDC Witnesses Continued:

Bruno Reigner
c/o Hoffman La Roche Limited
Basel, Switzerland

Peter Shuepbach
c/o Hoffman La Roche

Daniel Shouval
c/o Kaye Scholer

Joachim Vollmar
c/o Kaye Scholer

Charles Zaroulis
c/o Kaye Scholer

## AMGEN v. HMR/TKT Trial Testimony:

Alan Erslev