# EXHIBIT F
# ROCHE'S LIST OF POTENTIAL WITNESSES

| ROCHE TRIAL WITNESS | TYPE OF TESTIMONY (Live or Deposition) | WITNESS TYPE |
|---|---|---|
| **WITNESSES TO BE CALLED LIVE** | | |
| Lars E. Birgerson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Custodian of Records from the University of Chicago | LIVE | FACT |
| Custodian of Records from Biogen IDEC | LIVE | FACT |
| Custodian of Records from Amgen | LIVE | FACT |
| Custodian of Records from Roche | LIVE | FACT |
| Custodian of Records from Genetics Institute/Wyeth | LIVE | FACT |
| Markus Dembowski<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Joan Egrie, Ph.D.<br>561 Los Vientos Drive<br>Newbury Park, CA 91320 | LIVE | FACT |
| Adrienne Farid<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Patrick Horber<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland | LIVE | FACT |
| George Johnston<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Hans Koll, Ph. D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Bruno Reigner<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel | LIVE | FACT |

By agreement of the parties, this preliminary list of trial witnesses may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for witnesses identified during trial, as appropriate) or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Switzerland | | |
| Daniel Shouval<br>Professor of Medicine<br>Director, Liver Unit<br>P. O. Box  1200<br>11-91120 Jerusalem Israel | LIVE | FACT |
| Michael Sofocleous<br>Law Office of Michael Sofocleous<br>9717 Ceralene Drive<br>Fairfax, VA 22032 | LIVE | FACT |
| Anne Stern<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Phillipe Van der Auwera<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Fu-Kuen Lin, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Michael F. Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357 | LIVE | FACT |
| Eugene Goldwasser, Ph.D.<br>5656  South Dorchester Avenue, Apt. 2<br>Chicago, IL 60637-1706 | LIVE | FACT |
| Thomas Strickland, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Stuart Watt<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Steven M. Odre<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Helen Torley<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| **EXPERT WITNESSES** | | |

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Carolyn Bertozzi<br>Departments of Chemistry and Molecular and Cell Biology<br>University of California<br>Berkeley, CA 94720-1460 | LIVE | EXPERT |
| Steven Fishbane<br>Winthrop University Hospital<br>200 Old Country Road, Suite 135<br>Mineola, NY 11501 | LIVE | EXPERT |
| Richard Flavell<br>Section of Immunobiology<br>Howard Hughes Medical Institute<br>Yale University Medical Center<br>300 Cedar Street, TAC-S569<br>New Haven, CT 06520-8011 | LIVE | EXPERT |
| Edward E. Harlow, Jr.<br>Dept. of Biological Chemistry and Molecular Pharmacology<br>Harvard Medical School<br>240 Longwood Ave, C1-213<br>Boston, MA 02155 | LIVE | EXPERT |
| William L. Jorgenson<br>Department of Chemistry<br>Yale University<br>225 Prospect Street<br>New Haven, CT 06520-8118 | LIVE | EXPERT |
| Thomas R. Kadesh<br>Department of Genetics<br>University of Pennsylvania<br>School of Medicine<br>Philadelphia, PA 19104-6145 | LIVE | EXPERT |
| Alexander M. Klibanov<br>Department of Chemistry<br>Massachusetts Institute of Technology<br>77 Massachusetts Avenue<br>Room 56-579<br>Cambridge, MA 02139-4307 | LIVE | EXPERT |
| Robert Langer<br>Massachusetts Institute of Technology<br>77 Massachusetts Avenue<br>Room E25-342<br>Cambridge, MA 02139-4307 | LIVE | EXPERT |
| Gregory Longmore<br>Washington University School of Medicine<br>660 South Euclid Ave., Campus Box 8125<br>St. Louis, MO 63110 | LIVE | EXPERT |

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| John B. Lowe<br>Case Western Reserve University School of Medicine<br>Cleveland, OH 44106 | LIVE | EXPERT |
| Bruce Spinowitz<br>New York Hospital Queens<br>56 45 Main Street<br>Flushing, NY 11355 | LIVE | EXPERT |
| **POSSIBLE OTHER EXPERTS** | | |
| Martin J. Adelman<br>George Washington University Law School<br>700 20th St., N.W.<br>Washington, D.C. 20052 | LIVE | AS PER COURT |
| Gunter Blobel<br>The Rockefeller University<br>1230 York Avenue<br>New York, NY 10021 | LIVE | EXPERT |
| Jeffrey S. Borer<br>Cornell Weill Medical Center<br>525 East 68th Street<br>Suite F-467<br>New York, NY 10021 | LIVE | EXPERT |
| Wayne F. Flintoff<br>Department of Microbiology and Immunology<br>University of Western Ontario<br>Room 3006B, Dental Science Building<br>1151 Richmond St., Suite 2<br>London, Ontario, Canada N6A 5B8 | LIVE | EXPERT |
| Michael E. Fromm<br>The Beadle Center, 19th and Vine<br>Lincoln, NE 68588-0665 | LIVE | EXPERT |
| Barbara Imperiali<br>Dept. of Chemistry and Dept. of Biology<br>Massachusetts Institute of Technology<br>Cambridge, MA 02139 | LIVE | EXPERT |
| Rodney E. Kellems<br>University of Texas - Houston Medical School<br>P.O. Box 20708<br>Houston, TX 77225 | LIVE | EXPERT |
| Kenneth V. Lieberman<br>Hackensack University Medical Center<br>30 Prospect Avenue<br>Hackensack, NJ 07601 | LIVE | EXPERT |

4

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Michael Mayersohn<br>College of Pharmacy<br>The University of Arizona<br>Tucson, AZ 85721 | LIVE | EXPERT |
| Joachim Vollmar<br>190 Del Mar Shores Terrace, Unit 40<br>Solana Beach, CA 92075 | LIVE | EXPERT |
| Charles G. Zaroulis<br>Department of Medicine<br>Division of Hematology and Oncology<br>Staten Island University Hospital<br>475 Seaview Avenue<br>Staten Island, NY 10305 | LIVE | EXPERT |
| **TO BE CALLED BY DEPOSITION OR PRIOR TESTIMONY:[1]** | | |
| Amgen 30(b)(6) witnesses | DEPOSITION or PRIOR TESTIMONY | FACT |
| Joseph M. Baron, MD<br>Department of Medicine<br>University of Chicago Hospital<br>5801 South Ellis Ave<br>Chicago, IL 60637 | DEPOSITION or PRIOR TESTIMONY | FACT |
| Michael F. Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357 | DEPOSITION or PRIOR TESTIMONY | FACT |
| Ralph A. Bradshaw<br>Department of Physiology and Biophysics<br>at University of California Irvine<br>D237, D224 Med Sci I<br>Mail Code: 4560<br>Irvine, CA 92697 | DEPOSITION or PRIOR TESTIMONY | FACT/ ADMISSIONS |
| Sven-Michael Cords<br>Bioassay GmbH<br>Im Neuenheimer Feld 515<br>69120 Heidelberg<br>Germany | DEPOSITION or PRIOR TESTIMONY | FACT |
| Steve Elliott, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or PRIOR TESTIMONY | FACT |

---

[1] At the pretrial conference, the Court ordered that for any witness which Amgen intends to bring live to trial, Roche has the right to also call them live. Accordingly, Roche reserves the right to call live any witness which Amgen indicates it will bring live.

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Joseph W. Eschbach<br>515 Minor Ave, #300<br>Seattle WA 98104 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| James Fisher<br>Department of Pharmacology SL83<br>Tulane University School of Medicine<br>1430 Tulane Avenue<br>New Orleans, LA 70112-2699 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Franklin Gaylis<br>Sharp Health Care<br>8851 Center Drive #501<br>La Mesa, CA 91942 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Eugene Goldwasser, Ph.D.<br>5656  South Dorchester Avenue, Apt. 2<br>Chicago, IL 60637-1706 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Leroy Hood, Ph. D.<br>Institute for Systems Biology<br>1441 North 34th St.<br>Seattle, WA 98103-8904 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Dennis Kogod<br>DaVita, Inc.<br>601 Hawaii St.<br>El Segundo, CA 90245 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Fu-Kuen Lin, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert J. McGorty<br>Fresenius Medical Care North America<br>920 Winter Street<br>Waltham, MA 02451-1457 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Anthony Messana<br>St. Joseph Dialysis Center<br>1100 West Stewart Drive<br>Orange, California | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Maureen Michael<br>Central Florida Kidney Center<br>203 Ernestine Street<br>Orlando, FL 32801 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Leslie Mirani<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Graham Molineux<br>Amgen, Inc.<br>One Amgen Center Drive | DEPOSITION or<br>PRIOR TESTIMONY | FACT |

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Thousand Oaks, CA | | |
| Tracy Mooney<br>Independent Dialysis Foundation, Inc.<br>840 Hollins St.<br>Baltimore, MD 21201 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Steven M. Odre<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| George Rathmann<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Ralph Smalling<br>341 Scarborough Street<br>Thousand Oaks, CA 91361 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Thomas Strickland, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Helen Torley<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Daniel Vapnek, Ph.D.<br>Avigen, Inc.<br>1301 Harbor Bay Parkway<br>Alameda, CA 94502 USA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Randolph Wall<br>Department of Microbiology, Immunology<br>and Molecular Genetics<br>University of California Los Angeles<br>School of Medicine<br>Boyer 539A; Box 174718<br>Los Angeles, CA 90095 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Stuart Watt<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Peter Dukes<br>3647 Shannon Rd.<br>Los Angeles, CA 90027 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Thomas C. Boone<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Robert Brenner<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Richard Cummings<br>5215 North Santa Fe Ave.<br>Edmond, OK | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeffrey K. Browne<br>1244 Calle Aurora<br>Camarillo, CA 93010 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert D. Weist<br>3525 Bridgeford Drive<br>Westlake Village, CA 91360 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Kevin Sharer<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Howard Green<br>Department of Cell Biology<br>Harvard Medical School<br>240 Longwood Avenue<br>Boston, MA 02115 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeri Lou Lane<br>1636 Cross Bridge<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Carlton Paul<br>324 Sylvia Way<br>San Rafael, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Martin J. Cline<br>441 Alma Real Drive<br>Pacific Palisades, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Gary M. Fox<br>11 Dorrit Court<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Harry F. Hixson<br>1690 East Altadena Drive<br>Altadena, CA 91001 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Por-Hsiung Lai<br>4306 Drownfield Court<br>Westlake Village, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Chi-Hwei Lin<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Sidney Von Suggs<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Michael Heartlein | DEPOSITION or | FACT |

8

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| 167 Reed Farm Rd<br>Boxborough, MA 01719 | PRIOR TESTIMONY | |
| Richard F. Selden<br>Wellesley, MA 02457 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert D. Christensen<br>University of South Florida<br>College of Medicine<br>13301 Bruce B. Downs Blvd, MHC1129<br>Tampa, FL | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Thomas Scott Foster<br>University of Kentucky<br>Chandler Medical Center<br>337 College of Pharmacy Building<br>Lexington, KY 40536-0082 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robin Ohls<br>University of New Mexico<br>UNM Children's Hospital<br>Department of Pediatrics/Neonatology<br>ACC-3W<br>Albuquerque, NM 87131-5313 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Edward Fritsch<br>Genetics Institute<br>15 Mildred Circle<br>Concord, MA 01742 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Julian E. Davies<br>132 Boulevard du Montparnasse<br>Paris<br>France | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Axel Ullrich<br>Max Planck Institute of Biochemistry<br>Dept. of Molecular Biology<br>Am Klopferspitz 18<br>82152 Martinsried<br>Germany | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |