## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled _____ "PRODUCTION OF ERYTHROPOIETIN" _____.

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                               Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ | No ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ | No ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ | No ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States ...ion(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior Un... ...plication in the manner provided the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to dis...... material information as defined in ... 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
|---|---|---|
| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dommick (15.286)          ~~John R. Hock~~                    Nate F. Scarpelli (22.320)
Albert W. Bicknell (15.389)          Alvin D. Shulman (19.412)           Edward M. O'Toole (22.477)
William A. Marshall (17.053)         Donald J. Bros (19.490)             Michael F. Borun (25.447)
Jerome B. Klose (17.104)             Owen J. Murray (22.111)             Carl E. Moore, Jr. (26.487)
Basil P. Mann (18.464)               Allen H. Gerstein (23.218)

Send correspondence to:

| NAME | PHONE NO. | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100 Two First National Plaza 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor<br>Fu-Kuen LIN | Citizenship  United States ~~Republic of China~~  FKL 11/29/84 |
|---|---|
| Residence Address - Street<br>438 Thunderhead Street | Post Office Address - Street<br>438 Thunderhead Street |
| Zip)<br>Thousand Oaks, 91360 | City (Zip)<br>Thousand Oaks, 91360 |
| State or Country<br>California | State or Country<br>California |
| Date<br>November 29, 1984 | Signature<br>Fu-Kuen Lin |

☐ See second page for additional joint inventors

167