Exhibit 3

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "PRODUCTION OF ERYTHROPOIETIN", the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

**Prior Foreign Application(s)**  Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
|---|---|---|
| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dornisch (15.298)   ~~John R. Hopkins~~   Nate F. Scarpelli (32.320)
Albert W. Bicknell (15.399)   Alvin D. Shulman (19.412)   Edward M. O'Toole (12.477)
William A. Marshall (17.053)   Donald J. Bron (19.480)   Michael F. Borun (25.467)
Jerome B. Klose (17.104)   Owen J. Murray (22.111)   Carl E. Moore, Jr. (28.487)
Basil P. Mann (18.464)   Allen H. Gerstein (22.218)

Send correspondence to:

| NAME | PHONE NO | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100, Two First National Plaza, 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor | Citizenship |
|---|---|
| Fu-Kuen LIN | ~~Republic of China~~ United States  FKL 11/29/84 |
| Residence Address - Street | Post Office Address - Street |
| 438 Thunderhead Street | 438 Thunderhead Street |
| Zip | City (Zip) |
| Thousand Oaks, 91360 | Thousand Oaks, 91360 |
| State or Country | State or Country |
| California | California |
| Date | Signature |
| November 29, 1984 | Fu-Kuen Lin |

☐ See second page for additional joint inventors

167

AM670168460
AM-ITC 00953127
Dockets.Justia.com

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name. I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "PRODUCTION OF ERYTHROPOIETIN"

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

| (Number) | (Country) | (Day/Month/Year Filed) | Priority Claimed Yes / No |
|---|---|---|---|
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|---|---|---|
| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dommer (15,296)   Alvin D. Shulman (19,612)   Nate F. Scarpelli (22,330)
Alton W. Bottsal (15,307)    Donald J. Brew (19,440)     Edward M. O'Toole (22,477)
William A. Marshall (17,683) Owen J. Murray (22,111)     Michael F. Borun (25,447)
Jerome B. Klose (17,106)     Allen H. Germann (22,218)   Carl E. Moore, Jr. (26,487)
Basil P. Mann (18,464)

Send correspondence to:

| NAME | PHONE NO | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100, Two First National Plaza, 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of Sole Inventor | Citizenship |
|---|---|
| Fu-Kuen LIN | United States ~~Republic of China~~ |
| Residence Address - Street | Post Office Address - Street |
| 438 Thunderhead Street | 438 Thunderhead Street |
| City (Zip) | City (Zip) |
| Thousand Oaks, 91360 | Thousand Oaks, 91360 |
| State or Country | State or Country |
| California | California |
| Date: November 29, 1984 | Signature: Fu-Kuen Lin |

☐ See attached page for additional joint inventors

116

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "PRODUCTION OF ERYTHROPOIETIN"

the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

**Prior Foreign Application(s)** — Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
|---|---|---|
| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Denneth (15,28 )     XXXX X. XXXX XXXXXX     Nels F. Scarpelli (22,320)
Albert W. Bickneil (15,389)     Alvin D. Shulman (19,412)     Edward M. O'Toole (22,477)
William A. Marshall (19,083)     Donald J. Brow (19,690)     Michael P. Borun (23,447)
Jerome B. Klose (17,104)     Owen J. Murray (22,111)     Carl E. Moore, Jr. (26,487)
Basil P. Mann (18,466)     Allen H. Gerstein (22,218)

Send correspondence to:

| NAME | PHONE NO | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100, Two First National Plaza, 20 South Clark Street | Chicago, Illinois | 60603 |

40100

| Full Name of First or Sole Inventor | Citizenship |
|---|---|
| Fu-Kuen LIN | United States ~~Republic of China~~ FKL 11/29/84 |
| Residence Address - Street | Post Office Address - Street |
| 438 Thunderhead Street | 438 Thunderhead Street |
| City (Zip) | City (Zip) |
| Thousand Oaks, 91360 | Thousand Oaks, 91360 |
| State or Country | State or Country |
| California CA | California |
| Date | Signature |
| November 29, 1984 | Fu-Kuen Lin |

☐ See attached page for additional joint inventors

## A 42259

120

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "PRODUCTION OF ERYTHROPOIETIN", the specification of which (check one): ☒ is attached hereto;  ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status - Patented, Pending or Abandoned) |
|---|---|---|
| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dommich (15.286)   ~~Alvin D. Sauerman (19.612)~~   Ron F. Scarpelli (22.320)
Albert W. Bicknell (15.369)   Alvin D. Sauerman (19.612)       Edward M. O'Toole (22.477)
William A. Marshall (17.053)  Donald J. Bent (19.490)          Michael F. Borun (23.447)
Jerome B. Klose (17.104)      Owen J. Murray (22.111)          Carl E. Moore, Jr. (26.487)
Saul F. Mann (18.464)         Allen H. Gerstein (22.218)

Send correspondence to:

| NAME | PHONE NO | STREET | CITY & STATE | ZIPCODE |
|---|---|---|---|---|
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 2100, Two First National Plaza, 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor Fu-Kuen LIN | Citizenship United States ~~Republic of China~~ |
|---|---|
| Residence Address - Street 438 Thunderhead Street | Post Office Address - Street 438 Thunderhead Street |
| City (Zip) Thousand Oaks, 91360 | City (Zip) Thousand Oaks, 91360 |
| State or Country California | State or Country California |
| Date November 29, 1984 | Signature Fu-Kuen Lin |

A 41849    113

AM670113929    AM-ITC 00898596

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled _"PRODUCTION OF ERYTHROPOIETIN"_, the specification of which (check one): ☒ is attached hereto; ☐ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56 a). I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)                                                                Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ No ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ No ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes ☐ No ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 561,024 | December 13, 1983 | Pending |
| 582,185 | February 21, 1984 | Pending |
| 655,841 | September 28, 1984 | Pending |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:

William E. Dorsack (15.284); Albert W. Bicknell (15.389); William A. Marshall (17.053); Jerome B. Klose (17.104); Basil P. Mann (18.666)

~~Kirk R. Kirkpatrick~~; Alvin D. Shulman (19.421); Donald J. Brew (19.490); Owen J. Murray (22.111); Allen H. Gerstein (22.218)

Rose F. Sciaroni (22.320); Edward M. O'Toole (23.477); Michael F. Borun (25.447); Carl E. Moore, Jr. (26.447)

Send correspondence to:

| NAME | PHONE NO. | STREET | CITY & STATE | ZIPCODE |
| Merriam, Marshall & Bicknell | 312-346-5750 | Suite 1100, Two First National Plaza, 20 South Clark Street | Chicago, Illinois | 60603 |

| Full Name of First or Sole Inventor: Fu-Kuen LIN | Citizenship: ~~Republic of China~~ United States |
| Residence Address - Street: 438 Thunderhead Street | Post Office Address - Street: 438 Thunderhead Street |
| City (Zip): Thousand Oaks, 91360 CA | City (Zip): Thousand Oaks, 91360 |
| State or Country: California | State or Country: California |
| Date: November 29, 1984 | Signature: Fu-Kuen Lin |

A 41536                                                                                                    111