CONTAINS HIGHLY CONFIDENTIAL AMGEN, ROCHE, AND THIRD PARTY
INFORMATION PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT  **EXHIBIT B**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> vs. <br><br> F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, AND HOFFMANN-LA ROCHE INC., <br><br> Defendants. | CIVIL ACTION No.: 05-cv-12237WGY |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO FOURTH SET OF INTERROGATORIES (NO. 41)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff/Counter Defendant Amgen Inc. ("Amgen") hereby supplements its objections and, in part, its responses to "Defendants' Fourth Set of Interrogatories (No. 41)."

**PRELIMINARY STATEMENT**

1. Amgen's responses to Defendants' Fourth Set of Interrogatories are made to the best of Amgen's present knowledge, information and belief. Amgen's responses are subject to amendment and supplementation should future investigation indicate that amendment or supplementation is necessary. Amgen undertakes no obligation, however, to supplement or amend these responses other than as required by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the District of Massachusetts.

2. Amgen's responses to Defendants' Fourth Set of Interrogatories are made according to information currently in Amgen's possession, custody and control, including information produced in this litigation by Roche and/or others that is in the possession of Amgen's attorneys.

3. To the extent that Amgen responds to Defendants' Fourth Set of Interrogatories by stating information that is private, confidential, highly confidential, proprietary, trade secret or otherwise protected from disclosure, Amgen will respond pursuant to the terms of the

CONTAINS HIGHLY CONFIDENTIAL AMGEN, ROCHE, AND THIRD PARTY
INFORMATION PURSUANT TO PROTECTIVE ORDER

The Court has dismissed Roche's sham litigation claim. Therefore, Roche is estopped from introducing facts or arguments related to the sham litigation claim.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 41:**

<u>Second Affirmative Defense – Equitable Estoppel re Validity of Amgen's Patents</u>

In June 2001, Roche, Johnson & Johnson, Genetics Institute, Inc., and Kirin Amgen, Inc., a company in which Amgen holds a 50 percent stock ownership, signed a Settlement Agreement to settle "various litigation actions in a variety of countries." Included in the settlement are

redacted

CONTAINS HIGHLY CONFIDENTIAL AMGEN, ROCHE, AND THIRD PARTY
INFORMATION PURSUANT TO PROTECTIVE ORDER

redacted

July 20, 2007

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Kim Morley
Darrell Dotson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-5000

AMGEN INC.,

By its attorneys,

_/s/ William G. Gaede III_
WILLIAM G. GAEDE III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephones: (617) 289-9200
Facsimile: (617) 289-9201

CONTAINS HIGHLY CONFIDENTIAL AMGEN, ROCHE, AND THIRD PARTY
INFORMATION PURSUANT TO PROTECTIVE ORDER

LLOYD R. DAY, JR. (*pro hac vice*)
DAVID M. MADRID (*pro hac vice*)
LINDA A. BAXLEY (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

MICHAEL F. BORUN (*pro hac vice*)
KEVIN M. FLOWERS (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448