Exhibit C

  United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Patent Query

# Patent Assignment Abstract of Title
**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Patent #:** 5441868 | **Issue Dt:** 08/15/1995 | **Application #:** 07113179 | **Filing Dt:** 10/23/1987 |
| **Inventor:** FU-KUEN LIN | | | |
| **Title:** PRODUCTION OF RECOMBINANT ERYTHROPOIETIN | | | |

EXHIBIT C

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 008461/0901 | **Recorded:** 04/21/1997 | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** KIRIN-AMGEN INC. | | **Exec Dt:** 04/09/1997 |
| **Assignee:** AMGEN INC.<br>A DELAWARE CORPORATION<br>1840 DEHAVILLAND DRIVE<br>THOUSAND OAKS, CALIFORNIA 91320 | | |
| **Correspondent:** MARSHALL, O'TOOLE, GERSTEIN ET AL.<br>MICHAEL F. BORUN<br>6300 SEARS TOWER<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6402 | | |

Search Results as of: 08/13/2007 04:06 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Patent Query

# Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | |
|---|---|---|
| **Patent #:** 5618698 | **Issue Dt:** 04/08/1997 | **Application #:** 08468381  **Filing Dt:** 06/06/1995 |
| **Inventor:** FU-KUEN LIN | | |
| **Title:** PRODUCTION OF ERYTHROPOIETIN | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 008430/0654 | **Recorded:** 04/07/1997 | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** KIRIN-AMGEN INC. | | **Exec Dt:** 04/03/1997 |
| **Assignee:** AMGEN INC., A DE CORP. | | |
| 1840 DEHAVILLAND DRIVE | | |
| THOUSAND OAKS, CALIFORNIA 91320 | | |
| **Correspondent:** MARSHALL, O'TOOLE, GERSTEIN ET AL. | | |
| MICHAEL F. BORUN | | |
| 6300 SEARS TOWER | | |
| 233 SOUTH WACKER DRIVE | | |
| CHICAGO, IL 60606-6402 | | |

Search Results as of: 08/13/2007 04:01 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

 **United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help 

**Assignments on the Web** > Patent Query

# Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Patent #:** 5756349 | **Issue Dt:** 05/26/1998 | **Application #:** 08468369 | **Filing Dt:** 06/06/1995 |
| **Inventor:** FU-KUEN LIN | | | |
| **Title:** PRODUCTION OF ERYTHROPOIETIN | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 008790/0808 | **Recorded:** 11/10/1997 | **Pages:** 6 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** KIRIN-AMGEN INC. | | **Exec Dt:** 10/17/1997 |
| **Assignee:** AMGEN INC.<br>1840 DEHAVILLAND DRIVE<br>AMGEN CENTER<br>THOUSAND OAKS, CALIFORNIA 91320 | | |
| **Correspondent:** MARSHALL, O'TOOLE, GERSTEIN ET AL.<br>MICHAEL F. BORUN<br>6300 SEARS TOWER<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6402 | | |

Search Results as of: 08/13/2007 04:01 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Patent Query

## Patent Assignment Abstract of Title
**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Patent #:** 5547933 | **Issue Dt:** 08/20/1996 | **Application #:** 08487774 | **Filing Dt:** 06/07/1995 |
| **Inventor:** FU-KUEN LIN | | | |
| **Title:** PRODUCTION OF ERYTHROPOIETIN | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 008461/0906 | **Recorded:** 04/21/1997 | | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** KIRIN-AMGEN INC. | | **Exec Dt:** 04/09/1997 | |
| **Assignee:** AMGEN INC. A DELAWARE CORPORATION<br>1840 DEHAVILLAND DRIVE<br>THOUSAND OAKS, CALIFORNIA 91320 | | | |
| **Correspondent:** MARSHALL, O'TOOLE, GERSTEIN, ET AL<br>6300 SEARS TOWER<br>233 SOUTH WACKER DRIVE<br>CHICAGO, ILL 60606-6402<br>ATTN: MICHAEL F. BORUN | | | |

Search Results as of: 08/13/2007 04:04 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .**HOME** | **INDEX**| **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Patent Query

## Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Patent #:** 5955422 | **Issue Dt:** 09/21/1999 | **Application #:** 08100197 | **Filing Dt:** 08/02/1993 |
| **Inventor:** FU-KUEN LIN | | | |
| **Title:** PRODUCTION OF ERTHROPOIETIN | | | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 010240/0107 | **Recorded:** 09/14/1999 | | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | |
| **Assignor:** KIRIN-AMGEN INC. | | **Exec Dt:** 06/17/1999 | |
| **Assignee:** AMGEN INC.<br>ONE AMGEN CENTER DRIVE<br>THOUSAND OAKS, CALIFORNIA 91320 | | | |
| **Correspondent:** BELL, BOYD & LLOYD<br>DANTE J. PICCIANO<br>P.O. BOX 1135<br>CHICAGO, IL 60690-1135 | | | |

Search Results as of: 08/13/2007 04:04 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .**HOME** | **INDEX**| **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |