EXHIBIT D, Part 2

# FINAL TRANSCRIPT

**AMGN - Q3 2003 Amgen Earnings Conference Call**

**Operator**

Your next question is from Mark Schoenebaum with Piper Jaffray.

**Mark Schoenebaum** - *Piper Jaffray - Analyst*

Hello, guys. Congratulations. Before I ask my question to follow up, I'd like to congratulate my former boss, Matt Geller on his recent marital engagement. I'd think everyone would be happy to hear that. I found the previous question about cynical set in the predialysis a little vague. Will you or will you not apply for a label that includes the predialysis for example the way the indication section read on the Aranesp label. The follow-up question, could you comment on the timing of the Aranesp versus prokit head to head study that is being done out of UCLA.

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

So, just to be clear on the issue of cynical set the label is, of course, for the treatment of secondary hyperparathyroidism in association with reasonal disease. There are data in the label for patients with end stage reasonal disease and patients with chronic reasonal insufficiency. At the end of the day, what the agency decides in terms of the indication is going to be part of a negotiation process. I cannot tell what you the label will look like exactly. I'm sorry, the question with respect to Dr. Glassby (ph) and the ongoing study.

**Mark Schoenebaum** - *Piper Jaffray - Analyst*

Yeah, could you comment on the timing of how that trial is progressing and when you may actually see data?

George Morrow You know, we are not providing updates on a quarterly basis on these trials. As data becomes available, we try to make everybody aware of them and make sure that everyone understands where we are. We are not prepared to provide an update on that.

**Mark Schoenebaum** - *Piper Jaffray - Analyst*

Should we be expecting data at Ashe. Is that something that could you answer for us?

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

Yes, We are just not going to provide an update on that.

**Mark Schoenebaum** - *Piper Jaffray - Analyst*

OK. Thanks very much.

**Operator**

Your next question is from May Kin Ho with Goldman Sachs.

**May Kin Ho** - *Goldman Sachs - Analyst*

Hello, Can you comment on a little bit about what's happening in Washington? I know there has been a lot of negotiation on the AWE forum and other things there. And then also, Roger, maybe you can comment about the video vitrum molecule, because I understand that's a very attractive pathway. Can you tell us why you are excited about it?

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

The situation in Washington may is fluid. There are activities in a variety of forums, executive and legislative. You probably know by reading the press about as much as we do. In the legislative area it's a pretty open process and there's a variety of things in play. We suspect that the bill will pass. We hope it will. It's far from sure. If it does, I think that's going to be good for the country, and AWP reform of one kind or another will probably happen as part of it. We favor what's in the senate version and hope that will happen.

With respect to the executive branch, CMS is considering the rule, this year's rule regarding the hospital outpatient sector with respect to (inaudible). And Procrit. We have had very complete, lengthy, intense, dense discussions with them over the year. The past year on this subject. We're confident it was a good dialogue, but we just don't as a matter of course predict what the government is going to do on any specific issue, but we did have a good dialogue. I'll let Roger comment on the be a beta molecule and our interest.

**CCBN StreetEvents**   streetevents@ccbn.com   617.603.7900   www.streetevents.com   

© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**FINAL TRANSCRIPT**

AMGN - Q3 2003 Amgen Earnings Conference Call

**Roger Perlmutter** - *Amgen EVP Research and Development*

May kin, it is indeed an extremely interesting pathway. During the last several years, information has accumulated from a number of academic researchers indicating that the conversion of inactive steroid hormones, glue cocord koids (ph) to active hormones occurs in the peripheral tissue to an extensive extent. That's mediated by enzyme 11 beta HSD 1. Innovation of a 11 beta HSD 1 It is expected to be associated with a decrease in the peripheral exposure to active glue cocourtkoid and enhanced insulin sensitivity and also a variety of beneficial effects on other metabolic parameters. Those kind of observations have been demonstrated preclinically in rodent models. We simply don't know whether or not the same thing will be observed in humans. Based on our analysis of the information that beia Vee trum had accumulated to that point, and keep in mind they had the opportunity to study significant number of people exposed to their lead molecule, we believe there's a real opportunity here to have a beneficial effect both in type to diabetes and also in the metabolic syndromes that are associated with insulin resistance.

**May Kin Ho** - *Goldman Sachs - Analyst*

Hello?

**Roger Perlmutter** - *Amgen Inc- EVP, Research and Development*

We can hear you.

**May Kin Ho** - *Goldman Sachs - Analyst*

Certainly as skill has indicated they don't think that CMS has the authority to do the changes. And do you think that the CMS will actually issue the rules at the beginning of November?

**Roger Perlmutter** - *Amgen Inc- EVP, Research and Development*

The rules for what, May Kin?

**May Kin Ho** - *Goldman Sachs - Analyst*

History of To go basically change the AWP system?

**Roger Perlmutter** - *Amgen Inc- EVP, Research and Development*

I don't -- I don't have a point of view. I will say CMS is an agency with broad authority, and they're rewriting the check, and they have shown a willingness in the past to be aggressive. So who knows.

**May Kin Ho** - *Goldman Sachs - Analyst*

Thank you.

**Operator**

Your next question is from Craig Parker with Lehman Brothers.

**Craig Parker** - *Lehman Brothers - Analyst*

Good afternoon. I wonder if George, you could first comment on the contribution to U.S Aeronaut sales from the oncology market versus CKD?

**George Morrow** - *Amgen Inc- EVP, Global Commercial Operations*

We don't give specific numbers in fact, I don't have one in my mind. The vast majority of sales are from the oncology market.

**Craig Parker** - *Lehman Brothers - Analyst*

Okay. And second question is on the bio-- the court sole inhibitor. That's really a strategic question for Kevin, which is is that an area where you would contemplate building a very large sales force, if you had a-- an active molecule in type two diabetes. Let me try to answer the question within the question. Our strategy is to seek molecule molecules that will treat grievous illness that will make a dramatic difference to patients that will be commercially successful and we will do what it takes to bring those kind of molecules to market. If in fact we have molecules that have those characteristics that require a large sales force to bring them to market, we'll do it. That obviously would need to be contained within an economic analysis that said it was worth it, but if you wanted to hallucinate a little bit, and imagine that this molecule was a great big success, which at this early stage would be a hallucination phase, early phase molecule, the investment would sure be worth it. We're going to invest against the molecule's characteristics, and go where those take us. Now, you know, I'm not saying that we wouldn't consider another molecules, partnering with somebody in distribution, but we're going to do what it takes for the molecule to be successful.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# FINAL TRANSCRIPT

AMGN - Q3 2003 Amgen Earnings Conference Call

**Craig Parker** - *Lehman Brothers - Analyst*

OK. Great. Appreciate your candor on that.

**Operator**

Your next question is from Jennifer Chao with RBC Capital Markets.

**Jennifer Chao** - *RBC Capital Markets - Analyst*

Thanks for taking the question, just a couple here. First on Neupogen Neulasta. You can maybe give as you sense of what portion of Neulasta during the quarter was due to Neupogen conversion, and whether we're seeing inventories being maintained at normal levels or if we're seeing any disequilibrium there. The second is if you could just give us an update on the Puerto Rico manufacturing expansion and if we're seeing progress ahead of schedule and when we should expect to see material tax benefits there.

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

Richard, why don't you talk about the tax consequences of Puerto Rico and George, you can handle the Neupogen, Neulasta.

**Richard Nanula** - *Amgen Inc - EVP, Finance Strategy and Communications and CFO*

We are already seeing substantial tax consequence from the increasing activities in Puerto Rico. We have formulation finish and fill in Puerto Rico now, the tax rate I think has declined several points in the last several years and a point-and-a-ha lf in fact in 2003. Inventory is back to I think question number two or at normal levels for all of the products.

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

OK. And the Neupogen, Neulasta conversion, the data on that is from an audit, and that lags by at least a quarter, if not a little bit more, so I wouldn't have any data on that for the third quarter, and there was really no appreciable change in inventory in the third quarter.

**Jennifer Chao** - *RBC Capital Markets - Analyst*

That's helpful. One follow-up on the Puerto Rico site, should we expect to see any further acceleration here in the next two years as you wrap up on expansion?

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

No, I think we have disclosed that as we open up bulk manufacturing for some of our products down in Puerto Rico, later in the decade, our tax rate will decline further. We haven't said to exactly what, but we have indicated that that investment will make pretty good financial sense.

**Jennifer Chao** - *RBC Capital Markets - Analyst*

OK. Thanks.

**Operator**

The next question is from Elise Wang with Smith Barney.

**Elise Wang** - *Smith Barney - Analyst*

Thank you, I just wanted to follow up on the ABX/EGF program for Roger, as to what are the next steps that will be taken given the refinement in the agreement. Clearly, you're now in full control of development. What are the next steps in terms of studies that we may expect in terms of timing as well as design?

**George Morrow** - *Amgen Inc - EVP, Global Commercial Operations*

Hello, Elise. I just want to emphasize that the reason for this clarification of the agreement is that Ray, Lithy and I of genex had agreed, really right from the beginning that the product must absolutely come first and we clarified this agreement because we wanted to make sure that we could accelerate move of this molecule to the marketplace. We have been actively in discussions with the agency about information that would be required, ultimately, for a filing in a cold rectal cancer setting and we are pursuing that as well as pursuing other indications for this molecule. As I indicated, we are quite pleased thus far with the results with respect to safety and certainly getting ephie Cassie data, some of which were presented at vasco. We are accumulating more data in all of these settings.

---

**CCBN StreetEvents**  streetevents@ccbn.com  617.603.7900  www.streetevents.com  

© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.