# EXHIBIT A

Dockets.Justia.com

| Temp Exhibit Number | DATE OF EXH. | EXHIBIT DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|---|
| 2971 | 07/08/1991 | Brief of Junior Party Fritsch in Interference No. 102,096 | AM-ITC 00330469 | AM-ITC 00330522 |
| 2972 | 05/17/2005 | Brief of Plaintiff – Appellee Amgen Inc. 2005 WL 1397804 | N/A | N/A |
| 2973 | 07/08/1991 | Brief of Senior Party Lin | AM17 016827 | AM17 016882 |
| 2974 | 07/08/1991 | Brief of Senior Party Lin in Interference No. 102,096 | AM-ITC 00330408 | AM-ITC 00330454 |
| 2975 | 07/08/1991 | Brief of Senior Party Lin in Interference No. 102,334 | AM-ITC 00343886 | AM-ITC 00343950 |
| 2976 | 07/08/1991 | Brief of the Junior Party Fritsch in Interference No. 102,334 | AM-ITC 00340987 | AM-ITC 00341047 |
| 2977 | 00/00/1974 | Briggs et al., "Hepatic clearance of intact and desialylated erythropoietin," Amer. J. of Physiology 227:1385-1388 (1974) | AM27 058559 | AM27 058562 |
| 2979 | 06/00/2006 | Brooks, SA. "Protein glycosylation in diverse cell systems: implications for modification and analysis of recombinant proteins." Expert Rev. Proteomics., Jun. 2006. 3(3):345-59. Review. | N/A | N/A |
| 2980 | 09/16/1999 | Browne 09/16/1999 Tr. | AM-ITC 00890008 | AM-ITC 00890174 |
| 2981 | 00/00/1986 | Browne et al; "Erythropoietin: Gene Cloning, Protein Structure, and Biological Properties" Cold Spring Harbor Symposia on Quantitative Biology, 1986, L1-1693-702. | AM-ITC 00947246 | AM-ITC 00947255 |
| 2982 | 03/23/1983 | Browne Lab Notebook No. 151 | AM-ITC 00060905 | AM-ITC 00061002 |
| 2983 | 09/08/1982 | Browne Lab Notebook No. 239 | AM-ITC 00061003 | AM-ITC 00061099 |
| 2984 | 11/21/1983 | Browne Lab Notebook No. 498 | AM-ITC 17032852 | AM-ITC 17032871 |
| 2985 | 10/28/1982 | Browne Laboratory Notebook No. 250 | AM-ITC 00061100 | AM-ITC 00061197 |
| 2986 | 12/13/1982 | Browne Laboratory Notebook No. 261 | AM-ITC 00061198 | AM-ITC 00061294 |
| 2987 | 04/19/1983 | Browne Laboratory Notebook No. 371 | AM-ITC 00063492 | AM-ITC 00063787 |
| 2988 | 08/17/1983 | Browne Laboratory Notebook No. 398 | AM-ITC 00063589 | AM-ITC 00063686 |
| 2989 | 08/17/1983 | Browne Laboratory Notebook No. 438 | AM-ITC 00060446 | AM-ITC 00060643 |
| 2990 | 11/21/1983 | Browne Laboratory Notebook No. 498 | AM-ITC 00357727 | AM-ITC 00357746 |
| 2991 | 11/13/1984 | Browne Laboratory Notebook No. 522 | AM-ITC 00060544 | AM-ITC 00060653 |
| 2992 | 04/04/1984 | Browne Laboratory Notebook No. 710 | AM-ITC 00060657 | AM-ITC 00060795 |
| 2993 | 01/20/1983 | Browne Memo re Putative EPO Cell Lines | AM-ITC 00951677 | AM-ITC 00951678 |
| 2994 | 12/14/1982 | Browne, Jeff Lab Notebook #261 from 1/31 - 2/25 | AM-ITC 01090285 | AM-ITC 01090299 |

| Temp Exhibit Number | DATE OF EXH. | EXHIBIT DESCRIPTION | BEGBATES | ENDBATES |
|---|---|---|---|---|
| 3443 | 03/19/2007 | Declaration of Harvey Lodish in Support of Defendants' Claim Construction Brief | N/A | |
| 3444 | | Declaration of Hing W. Char, Ph.D. in Support of Respondents' Motion for Summary Determination of No Violation of Section 337 | N/A | |
| 3445 | 06/15/2007 | Declaration Of J. Fraser In Support Of Amgen's Motion For Summary Judgment On Roche's Antitrust And State Law Counterclaims | N/A | |
| 3446 | | Declaration Of James Fraser In Support Of Amgen's Motion For Summary Judgment On Roche's Antitrust And Statelaw Counterclaims | N/A | N/A |
| 3447 | 07/09/2007 | Declaration Of James Fraser In Support Of Amgen's Motion For Summary Judgment On Roche's Antitrust And Statelaw Counterclaims | N/A | N/A |
| 3448 | 05/18/2006 | Declaration of Jean-Pierre Buch | N/A | |
| 3450 | 03/18/1991 | Declaration of Jeffrey Browne (Interference 102,097 & 102,334) | AM-ITC 00404742 | AM-ITC 00404766 |
| 3451 | 09/28/1999 | Declaration of Jeffrey K. Browne, Ph.D. | AM-ITC 00823093 | AM-ITC 00823101 |
| 3452 | 03/18/1991 | Declaration of Joan C. Egrie | AM-ITC 00945630 | AM-ITC 00945662 |
| 3454 | 03/16/1990 | Declaration of Joan C. Egrie | AM-ITC 00406047 | AM-ITC 00406079 |
| 3455 | 03/18/1991 | Declaration of Joan C. Egrie | AM-ITC 00406080 | AM-ITC 00406112 |
| 3456 | 06/14/2007 | Declaration Of Katie J.L. Scott In Support Of Amgen's Motion For Summary Judgment Of Infringement Of '422 Claim 1, '933 Claim 3, And '698 Claim 6 | | |
| 3457 | | Declaration Of Katie Scott In Support Of Amgen Opposition To Roche's Motion For Summary Judgment That Amgen Is Estopped From Asserting Claims Of The '698 And '868 Patents | N/A | N/A |
| 3458 | | Declaration Of Katie Scott In Support Of Amgen Opposition To Roche's Motion For Summary Judgment That Amgen Is Estopped From Asserting Claims Of The '698 And '868 Patents | N/A | N/A |
| 3459 | | Declaration of Kenneth Aoki, with exhibits | | |
| 3460 | 06/20/2007 | Declaration of Kingma-Johnson | N/A | |