UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD ROCHE DIAGNOSTICS GmbH and HOFFMANN-LA ROCHE INC. | ) ) ) ) |
| Defendants. | ) ) ) |

**ROCHE'S MOTION *IN LIMINE* TO PRECLUDE AMGEN FROM CONFUSING THE JURY WITH STATEMENTS MADE IN EARLIER FOREIGN PROCEEDINGS**

Defendants F. Hoffmann-La Roche, Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") move *in limine* to preclude Amgen from introducing statements taken from earlier foreign proceedings that are likely to confuse the jury and, in any event, are not probative of the issues in the U.S. litigation.

At trial, Roche will introduce clear and convincing evidence that Amgen's patents are obvious and thus invalid under 35 U.S.C. § 103. Roche expects that, in an attempt to confuse the jury, Amgen will seek to introduce statements Roche made in European proceedings regarding, for example, what was "common general knowledge" in the art during the relevant time period. While those statements touch on some of the same evidence relevant to the obviousness inquiry, they were directed to an entirely different concept--namely whether the claims in the European proceedings were supported by the patent specification. Whether a patent is obvious and whether that patent's specification supports or enables its own claims, however, are different inquiries. Because these and others statements from the European proceedings that Roche expects Amgen

to offer will necessarily be taken out of context, the likelihood that they will confuse and mislead the jury outweighs any minimal probative value that the statements may have and should therefore be excluded.

In support of this motion, Roche relies on the accompanying memorandum of law and attached exhibits.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

Dated:  August 16, 2007
        Boston, Massachusetts                    Respectfully submitted,

                                                 F. HOFFMANN-LA ROCHE LTD,
                                                 ROCHE DIAGNOSTICS GMBH, and
                                                 HOFFMANN-LA ROCHE INC.

                                                 *By their Attorneys*

                                                 /s/  Kregg T. Brooks
                                                 Lee Carl Bromberg (BBO# 058480)
                                                 Timothy M. Murphy (BBO# 551926)
                                                 Julia Huston (BBO# 562160)
                                                 Keith E. Toms (BBO# 663369)
                                                 Nicole A. Rizzo (BBO# 663853)
                                                 Kregg T. Brooks (BBO# 667348)
                                                 BROMBERG & SUNSTEIN LLP
                                                 125 Summer Street
                                                 Boston, MA 02110
                                                 Tel. (617) 443-9292
                                                 kbrooks@bromsun.com

                                                 Leora Ben-Ami (*pro hac vice*)
                                                 Mark S. Popofsky *(pro hac vice)*
                                                 Patricia A. Carson (*pro hac vice*)
                                                 Thomas F. Fleming (*pro hac vice*)
                                                 Howard S. Suh (*pro hac vice*)
                                                 Christopher T. Jagoe (*pro hac vice*)
                                                 KAYE SCHOLER LLP
                                                 425 Park Avenue
                                                 New York, New York 10022
                                                 Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                 /s/  Kregg T. Brooks
                                                 Kregg T. Brooks

03099/00501 724374.1