UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. ) | Civil Action No. 05 CV 12237 WGY |

**PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 4:
EXCLUDE GENENTECH'S PLA FILING [ROCHE TRIAL EXH. NO. 1072]
BECAUSE IT IS NOT PRIOR ART**

Pursuant to FRE 402 and 403, Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") from referring to and introducing clinical trial data and techniques described in a confidential Product License Application ("PLA") [Roche Trial Exh. No. 1072] submitted to the FDA by Genentech in 1986 — about two years after the effective filing dates for the asserted claims of the Lin patents-in-suit — as evidence of what would have been obvious as of 1983-1984.

In his expert report, Roche's trial expert Dr. John Lowe used this 1986 Genentech PLA to argue that use of Chinese Hamster Ovary (CHO) cells grown in culture to produce *in vivo* biologically active EPO would have been obvious in 1983. The PLA filing discusses techniques and data both unknown to and concealed from those skilled in the art at the time of Lin's invention, and concerns tissue-type plasminogen activator (tPA), not EPO. This PLA filing is not prior art and Roche has no evidence showing that the PLA reflects the relevant state of the art as

it would have been understood by the ordinarily skilled artisan by the filing dates of the subject in Lin's claimed inventions. Accordingly, the Genentech PLA, as well as Dr. Lowe's opinions based thereon, are irrelevant to Roche's prior art defenses and should be excluded under FRE 402 and 403 because of the likely confusion of the jury.

In support of this motion, Amgen submits a brief.

          Respectfully Submitted,

Date:  August 17, 2007         AMGEN INC.,
          By its attorneys,

          */s/ Michael R. Gottfried*

Of Counsel:          D. DENNIS ALLEGRETTI (BBO#545511)
          MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT          PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD          DUANE MORRIS LLP
MONIQUE L. CORDRAY          470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON          Boston, MA  02210
KIMBERLIN L. MORLEY          Telephone:     (857) 488-4200
ERICA S. OLSON          Facsimile:     (857) 488-4201
AMGEN INC.
One Amgen Center Drive          LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789          DAY CASEBEER
(805) 447-5000          MADRID & BATCHELDER LLP
          20300 Stevens Creek Boulevard, Suite 400
          Cupertino, CA  95014
          Telephone:     (408) 873-0110
          Facsimile:     (408) 873-0220

          WILLIAM GAEDE III (*pro hac vice*)
          McDERMOTT WILL & EMERY
          3150 Porter Drive
          Palo Alto, CA 94304
          Telephone:     (650) 813-5000
          Facsimile:     (650) 813-5100

          KEVIN M. FLOWERS (*pro hac vice*)
          MARSHALL, GERSTEIN & BORUN LLP
          233 South Wacker Drive
          6300 Sears Tower
          Chicago IL 60606
          Telephone:     (312) 474-6300
          Facsimile:     (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

*/s/ Michael R. Gottfried*
Michael R. Gottfried