# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>F. HOFFMANN-LAROCHE LTD.,  )<br>a Swiss Company, ROCHE DIAGNOSTICS  )<br>GMBH, a German Company, and  )<br>HOFFMANN LAROCHE INC., a New  )<br>Jersey Corporation,  )<br>  )<br>      Defendants.  )<br>  ) | Civil Action No. 05 CV 12237 WGY |

## PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 3: EXCLUDE REFERENCES TO BELATEDLY PRODUCED DOCUMENTS AND EXPERIMENTS FROM BARBER

Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") from introducing or relying upon experiments of Roche's consultant, Dr. Dwayne Barber, including documents pertaining thereto. This information and documents had been requested by Amgen, but was not produced until more than one month after the close of fact discovery. Roche should be precluded from (a) introducing the late produced documents into evidence and (b) relying on or referring to the experiments described in the late-produced documents during the examination of any expert witness, including Roche's expert, Dr. Flavell, or Amgen's expert, Dr. Lodish.

Amgen requests that this Court preclude Roche from relying on evidence that it withheld from production by excluding any reference to the subject experiments of the late-produced Barber documents, including the documents themselves: R008890734-739; R008890740;

R008890741-746; R008890747-755; R008890756-789; R008890790-1067; R008891068-074;

R008891075-081; R008891082-086; R008891087-093.

In support of this motion, Amgen submits a brief.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: August 17, 2007 | AMGEN INC.,<br>By its attorneys, |
|  | */s/ Michael R. Gottfried* |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511)<br>MICHAEL R. GOTTFRIED (BBO#542156) |
| STUART L. WATT<br>WENDY A. WHITEFORD<br>MONIQUE L. CORDRAY<br>DARRELL G. DOTSON<br>KIMBERLIN L. MORLEY<br>ERICA S. OLSON<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA   91320-1789<br>(805) 447-5000 | PATRICIA R. RICH (BBO#640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:     (857) 488-4200<br>Facsimile:       (857) 488-4201<br><br>LLOYD R. DAY, JR. (*pro hac vice*)<br>DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:     (408) 873-0110<br>Facsimile:       (408) 873-0220<br><br>WILLIAM GAEDE III (*pro hac vice*)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:     (650) 813-5000<br>Facsimile:       (650) 813-5100<br><br>KEVIN M. FLOWERS (*pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone:     (312) 474-6300<br>Facsimile:       (312) 474-0448 |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

*/s/ Michael R. Gottfried*
Michael R. Gottfried