**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. ) | Civil Action No. 05 CV 12237 WGY |

**PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 5:**
**EXCLUDE EXPERT TESTIMONY REGARDING AMGEN'S REPLICATION OF**
**ROCHE'S CELL CULTURE MEDIA**

Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") from introducing evidence or testimony from a Roche witness, including but not limited to Dr. Flavell, or any cross-examination of any Amgen witness, regarding any difference between the cell culture medium used by Dr. Kolodner to grow Roche's cells and the cell culture medium that Roche says it uses in Germany. Any such difference resulted from Roche's failure to comply with the Court's orders on Amgen's motions to compel production of Roche's cells.

Dr. Kolodner could not use the exact medium that Roche says it uses to grow its cells in Germany because, despite its counsel's repeated assurances that Roche would supply its "special" cell culture medium to Dr. Kolodner, Roche never did so (even to this day, despite continued requests by Amgen). Also, Roche delayed sending its instructions as to how Dr. Kolodner could re-create the culture medium until so late in the expert discovery period that it was not possible for Dr. Kolodner to exactly replicate Roche's medium before submitting his

report. Still further, because Roche had marked the document containing the recipe for making its cell culture medium as "RESTRICTED ACCESS CONFIDENTIAL BLA/IND - LOCKED ROOM ACCESS ONLY," Dr. Kolodner could not simply send the recipe for Roche's medium to a commercial vendor (or to scientists at Amgen) to have the medium custom-formulated. Instead, Dr. Kolodner was forced to supplement a standard, pre-made cell culture medium (called "DMEM/F12") with additional components.

Because Roche's failure to comply with its discovery obligations resulted in Dr. Kolodner's inability to exactly replicate the cell culture medium that Roche says its uses to grow its cells in Germany, Amgen requests that this Court preclude Roche from presenting evidence regarding any difference between the cell culture medium used by Dr. Kolodner to grow Roche's cells and the cell culture medium that Roche says it uses in Germany.

In support of this motion, Amgen submits a brief with exhibits.

                Respectfully Submitted,

Date:  August 17, 2007             AMGEN INC.,
                By its attorneys,

                */s/ Michael R. Gottfried*

Of Counsel:             D. DENNIS ALLEGRETTI (BBO#545511)
                MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT         PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD      DUANE MORRIS LLP
MONIQUE L. CORDRAY      470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON       Boston, MA  02210
KIMBERLIN L. MORLEY     Telephone:    (857) 488-4200
ERICA S. OLSON           Facsimile:      (857) 488-4201
AMGEN INC.
One Amgen Center Drive    LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789    DAY CASEBEER
(805) 447-5000           MADRID & BATCHELDER LLP
                20300 Stevens Creek Boulevard, Suite 400
                Cupertino, CA  95014
                Telephone:    (408) 873-0110
                Facsimile:      (408) 873-0220

                WILLIAM GAEDE III (*pro hac vice*)
                McDERMOTT WILL & EMERY
                3150 Porter Drive
                Palo Alto, CA 94304
                Telephone:    (650) 813-5000
                Facsimile:      (650) 813-5100
                KEVIN M. FLOWERS (*pro hac vice*)
                MARSHALL, GERSTEIN & BORUN LLP
                233 South Wacker Drive
                6300 Sears Tower
                Chicago IL 60606
                Telephone:    (312) 474-6300
                Facsimile:      (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

            */s/ Michael R. Gottfried*
            Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

            */s/ Michael R. Gottfried*
            Michael R. Gottfried