# KAYE SCHOLER LLP

Patricia Carson
212 836-7466
Fax 212 836-6355
pcarson@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

April 19, 2007

Kevin Flowers
Marshall, Gerstein & Borun, LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Dear Kevin,

    Further to our communications last week, I have discussed with my client the feasibility of providing Amgen with Roche's growth media. It is my understanding from Roche that the cell growth media is only available in liquid form. We can ship the five liters of media as requested by Amgen. However, Roche does not normally ship its media and cannot make any guarantees that agitation, temperature extremes, altitude etc. will not impact the media.

    Please let me know what you would like us to do.

Best regards,

Patricia Carson

31457084.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI