# APPENDIX A

| Roche Proposed Exhibit Number | Document Identification/Bates-Label | Document Description | Exhibit to Roche's Opposition To Amgen's Motion For Summary Judgment On the Antitrust And State Law Counterclaims |
|---|---|---|---|
| Roche Preliminary Deposition Designations List | Sharer Ex. 11 | Amgen at Merrill Lynch Global Pharmaceutical, Biotechnology and Medical Transcript | Exhibit 1 |
| Roche Preliminary Deposition Designations | March 9, 2007 excerpts of deposition transcript of Maureen Michael | 7:1-8, 10:10-17, 13:6-18, 14:14-15:15, 31:20-32:5, 36:8-15, 36:16-22, 45:1-23, 47:12-20, 55:9-15, 81:15-18 | Exhibit 3 |
| Roche Preliminary Deposition Designations List | March 20, 2007 excerpts of deposition transcript of Helen Torley | 13:1-4, 121:4-16; 123:13-124:7, 124:8-132:4, 234:2-16, 234:11-16, 379:2-21, 379:22-380:5, 387:4-387:13 | Exhibit 4 |
| Roche Proposed Exhibit 5795 | R10-004974841-R10-004975230 | Mircera WAC Pricing and Contracting Strategies Review Meeting | Exhibit 9 |
| Roche Proposed Exhibit 6110 | AM44 0087234-AM44 0087267 | PEG-EPO War Game Debrief, Global Marketing/Competitive Intelligence | Exhibit 13 |
| Roche Proposed Exhibit 3908 | AM44 0715533-AM44 0715534 | Email from Torley to Azelby re Jim Follow-up | Exhibit 17 |
| Roche Proposed Exhibit 3603 | AM44 1440662-AM44 1440694 | Discounts to Create Cost Recovery Advantage | Exhibit 18 |
| Roche Proposed Exhibit 2278 | AM44 0216383-AM44 0216441 | 2007 - 2009 Epogen Plan Strategic Direction | Exhibit 19 |
| Roche Proposed Exhibit 4034 | AM44 1951328-AM44 1951333 | Epogen/Aranesp Non Onc 2007-09 Revenue Plan Update | Exhibit 24 |
| Roche Proposed Exhibit 3347 | AM44 0007126-AM44 0007166 | CRB Presentation | Exhibit 26 |

| Roche Proposed Exhibit 6534 | AM44 0664015-AM44 0664020 | Memo from Bleil to Torley re Recap of Strategic Planning Session | Exhibit 54 |
|---|---|---|---|
| Roche Proposed Exhibit 3583 | AM44 0392145-AM44 0392211 | Developing a Broader and Bolder Partnership with | Exhibit 57 |
| Roche Preliminary Deposition Designations List | March 27, 2007 excerpt of deposition transcript of Kevin Sharer | 76:19-79:6, 79:21-80:4, 82:5-22, | Exhibit 61 |
| Roche Proposed Exhibit 3884 | AM44 1027895-AM44 1027896 | Email from Rath to Morrow and Torley re Summary of Discussion with Fresenius | Exhibit 63 |
| Roche Preliminary Deposition Designations List | April 2, 2007 excerpt of deposition transcript of Leslie Mirani | 9:13-79, 30:9-31:8, 157:22-158:2, 164:16-:19 | Exhibit 67 |
| Roche Proposed Exhibit 5900 | AM44 0231755-AM44 0231777 | NACO Operating Review Storyboard | Exhibit 68 |
| Roche Preliminary Deposition Designations List | March 27, 2007 excerpt of deposition transcript of Tracey Mooney | 17:10-13, 17:24-18:2, 18:20-19:7, 19:18-20:16, 21:4-22:14, 21:15-22, 23:3-24:3, 43:7-12, | Exhibit 72 |
| Roche Preliminary Deposition Designations List | April 2, 2007 excerpt of deposition transcript of Dennis Kogod | 61:5-11 | Exhibit 73 |
| Roche Proposed Exhibit 6417 | AM44 0188476-AM44 0188516 | Qualitative Research - Product X in CKD | Exhibit 75 |
| Roche Proposed Exhibit 7026 | FMCNA 000001-FMCNA 000047 | Sourcing & Supply Agreement No. 200600447 by Amgen, Inc. and Fresenius Medical Care Holdings, Inc. | Exhibit 76 |
| Roche Proposed Exhibit 2457 | AM44 0095167-AM44 0095175 | Amgen Achievement Agreement (AAA) Contract | Exhibit 100 |

| Roche Proposed Exhibit 6834 | AM44 0019536-AM44 0019596 | S2 Hospital Contract Training, July 2004 | Exhibit 101 |
|---|---|---|---|
| Roche Proposed Exhibit 2464 | AM44 0095176-AM44 0095180 | Amgen Disproportionate Share Hospital (DSh) Program | Exhibit 102 |
| Roche Proposed Exhibit 2696 | AM44 0123862 | Aranesp Freedom of Less Frequent Dosing | Exhibit 103 |
| Roche Proposed Exhibit 3302 | AM44 0393892-AM44 0393909 | Contracted Hospital Q1 2006 Metric Report | Exhibit 104 |
| Roche Proposed Exhibit 4860 | AM44 1532833-AM44 1532857 | Hospital Purchasing Agreement by and Between Amgen and City of Hope National Medical Center | Exhibit 106 |
| Roche Proposed Exhibit | AM44 0192555-AM44 0192573 | US Nephrology Business Unit Competitive Response Plan | Exhibit 111 |
| Roche Proposed Exhibit 7306 | AM44 0192047-AM44 0192078 | SLOT War Game Follow Up - Commercial Analytics | Exhibit 129 |
| Roche Proposed Exhibit 2700 | AM44 0230289-AM44 0230328 | Aranesp Strategic Direction and Key Initiatives | Exhibit 142 |
| Roche Proposed Exhibit 3065 | R000231067-R000231073 | CERA Dialysis Launch Strategy/POA Outline | Exhibit 157 |
| Roche Proposed Exhibit 5901 | AM44 0231710-AM44 0231732 | NACO Operating Review Storyboard | Exhibit 169 |
| Roche Preliminary Deposition Designations List | March 22, 2007 excerpts of deposition transcript of Anthony Messana | 15:24-16:11, 22:15-25, 25:15-18, 30:18-31:3, 33:21-34:9, 34:3-16, 35:2-11, 41:22-43:6 | Exhibit 178 |
| Roche Proposed Exhibit 5911 | AM44 0009433-AM44 0009452 | NBU Update | Exhibit 193 |
| Roche Proposed Exhibit 3410 | AM44 1948561-AM44 1948563 | DaVita Draft Term Sheet | Exhibit 209 |
| Roche Proposed Exhibit 4033 | AM44 0145693-AM44 0145754 | EPOGEN/ARANESP Dialysis 2004-2006 US Brand Plan | Exhibit 216 |