**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN, INC., )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>        Defendants. )  | Civil Action No. 05 CV 12237 WGY |

**PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 13:**
**EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS**
**AND COMMUNICATIONS WITHHELD THROUGHOUT FACT DISCOVERY**

Pursuant to Fed. R. Civ. P. 37(c)(1), Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") from introducing into evidence at trial all FDA-related documents that were withheld during fact discovery and the expert opinions relying on those requested but withheld documents. Roche fought for and won the right to withhold from discovery its supplemental FDA submissions and communications, and Roche cannot now introduce these submissions and correspondence into evidence through its experts' testimony, which cite to self-serving portions of those withheld materials. Further, because Roche never produced its communications with FDA, including its product label negotiations, Roche should be precluded from presenting any evidence or argument regarding the potential label and approved uses for its accused peg-EPO product.

Having foreclosed discovery into these documents, Roche cannot offer a belated and self-serving selection of its supplemental BLA submissions into evidence nor can it offer expert testimony relying on these documents that it withheld from discovery. Rather, as this Court has previously warned—"No Witness May Rely on Evidence Withheld from Discovery"—Roche should be precluded from introducing this evidence at trial.

Amgen requests that the Court preclude from evidence at trial the following FDA-related documents that were withheld during fact discovery and the expert opinions relying on those documents, as set forth below:

a. Evidence and arguments relating to the safety of peg-EPO, including documents bearing production numbers R008888255- R008888342; R008888343- R008888595; and R008888596- R008890732;

b. Expert testimony relying on such documents, specifically including: 5/11/07 Borer Report, ¶¶ 24-25, 30-41; 5/11/07 Vollmar Report, ¶¶ 58, 63, and 82; 5/11/07 Lieberman Report, ¶¶ 93, and 96-98; 5/11/07 Fishbane Report, ¶¶ 107, and 111-114; and 6/13/07 Spinowitz Report, ¶¶ 76-77; and

c. Evidence and arguments relating to the potential FDA approved label and uses for peg-EPO.

Dated: August 22, 2007                              Respectfully Submitted,

                                                                    AMGEN INC.,
                                                                    By its attorneys,

                                                                    */s/ Michael R. Gottfried*

Of Counsel:                                         D. DENNIS ALLEGRETTI (BBO# 545511)
                                                                    MICHAEL R. GOTTFRIED (BBO# 542156)
                                                                    PATRICIA R. RICH (BBO# 640578)
STUART L. WATT                                      DUANE MORRIS LLP
WENDY A. WHITEFORD                                  470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                  Boston, MA 02210
DARRELL G. DOTSON                                   Telephone:     (857) 488-4200
KIMBERLIN L. MORLEY                                 Facsimile:     (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                          LLOYD R. DAY, JR
One Amgen Center Drive                              DAY CASEBEER
Thousand Oaks, CA   91320-1889                      MADRID & BATCHELDER LLP
(805) 447-5000                                      20300 Stevens Creek Boulevard, Suite 400
                                                                    Cupertino, CA 95014
                                                                    Telephone:     (408) 873-0110
                                                                    Facsimile:     (408) 873-0220

                                                                    WILLIAM GAEDE III
                                                                    McDERMOTT WILL & EMERY
                                                                    3150 Porter Drive
                                                                    Palo Alto, CA 94304
                                                                    Telephone:     (650) 813-5000
                                                                    Facsimile:     (650) 813-5100

                                                                    KEVIN M. FLOWERS
                                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                                    233 South Wacker Drive
                                                                    6300 Sears Tower
                                                                    Chicago IL 60606
                                                                    Telephone:     (312) 474-6300
                                                                    Facsimile:     (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

                                      */s/ Michael R. Gottfried*
                                      Michael R. Gottfried


**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on August 22, 2007.

                                        */s/ Michael R. Gottfried*
                                      Michael R. Gottfried