# EXHIBITS 1-5 and 7

The filing of these confidential exhibits has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].