UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO.: 05-12237-WGY |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS RELATED TO AMGEN'S MOTION IN LIMINE NO. 13: EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS AND COMMUNICATIONS THAT IT WITHHELD THROUGHOUT FACT DISCOVERY**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

**Confidential Exhibits 1-5 and 7 to the Declaration Of Deborah E. Fishman in Support of Amgen Inc.'s Motion in Limine No. 13: Exclude Evidence and Argument Regarding Roche's FDA Filings and Communications that it Withheld Throughout Fact Discovery**

These documents contain information designated as confidential by the Roche defendants. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

DM1\1179518.1

Dockets.Justia.com

Dated: August 22, 2007				Respectfully Submitted,

						AMGEN INC.,
						By its attorneys,

Of Counsel:					*/s/ Michael R. Gottfried*
						D. Dennis Allegretti (BBO#545511)
Stuart L. Watt					Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford				Patricia R. Rich (BBO# 640578)
Monique L. Cordray				DUANE MORRIS LLP
Darrell G. Dotson				470 Atlantic Avenue, Suite 500
Kimberlin L. Morley				Boston, MA 02210
Erica S. Olson					Telephone: (617) 289-9200
AMGEN INC.					Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789			Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000					DAY CASEBEER, MADRID & BATCHELDER LLP
						20300 Stevens Creek Boulevard, Suite 400
						Cupertino, CA 95014
						Telephone: (408) 873-0110
						Facsimile: (408) 873-0220

						William Gaede III *(pro hac vice)*
						McDERMOTT WILL & EMERY
						3150 Porter Drive
						Palo Alto, CA 94304
						Telephone: (650) 813-5000
						Facsimile: (650) 813-5100

						Kevin M. Flowers *(pro hac vice)*
						MARSHALL, GERSTEIN & BORUN LLP
						233 South Wacker Drive
						6300 Sears Tower
						Chicago, IL 60606
						Telephone: (312) 474-6300
						Facsimile: (312) 474-0448

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                          */s/ Michael R. Gottfried*
                                          Michael R. Gottfried

DM1\1179518.1