# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. ) | Civil Action No. 05 CV 12237 WGY |

**DECLARATION OF CRAIG H. CASEBEER IN SUPPORT OF AMGEN'S MOTION *IN LIMINE* 14: EXCLUDE PEG-EPO EXPERIMENTS CONDUCTED BY CORDS AND CRITICISM OF AMGEN'S FAILURE TO TEST PEG-EPO BASED UPON ROCHE'S FAILURE TO PRODUCE A SAMPLE OF PEG-EPO**

Dockets.Justia.com

I, Craig H. Casebeer, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of Suh letter to Fishman, dated December 13, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 24th day of August, 2007.

By: */s/ Craig H. Casebeer*
      Craig H. Casebeer

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.


                                  */s/ Michael R. Gottfried*
                                  Michael R. Gottfried