# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>)<br>    Defendants. | Civil Action No. 05 CV 12237 WGY |

**PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 16:
EXCLUDE SOFOCLEOUS TESTIMONY REGARDING THE COMPETENCE OF THE
EXAMINATION PROCESS IN THE U.S. PATENT & TRADEMARK OFFICE**

Pursuant to FRE 602 and 701, Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") from referring to or introducing into evidence the expected testimony of Roche's witness, Michael Sofocleous.

Mr. Sofocleous was formerly Roche's patent law expert. During the July 17, 2007 pretrial conference, the Court said it would not permit testimony of patent law experts, but would permit such witnesses to testify as fact witnesses on routine-practice pursuant to FRE 406. Roche has disclosed that it intends to call Mr. Sofocleous in this regard.

However, Mr. Sofocleous has no personal knowledge of the prosecution of the patents-in-suit. And, Mr. Sofocelous is unqualified under FRE 602 and 701 to testify about the routine practices of the PTO with respect to the examination of applications during the period of the prosecution of the patents-in-suit because his contemporaneous personal knowledge extends only

to *interference* practice, not examination practice.  Therefore, Mr. Sofocleous has no factual basis from which to testify regarding the competency of patent examiners or the examination process. Further, as a matter of law, Roche should not be permitted to introduce testimony regarding the competency of the U.S. Patent and Trademark Office.

Amgen requests that this Court enter an order precluding Mr. Sofocleous from testifying about supposed routine practices of patent examiners during periods in which he was not employed in that division and from speculating in any manner about the competency of the U.S. Patent and Trademark Office, either generally or as relates to the prosecution of the patents-in-suit.

In support of this motion, Amgen submits a brief.

                                  Respectfully Submitted,

Date:  August 24, 2007                    AMGEN INC.,
                                  By its attorneys,

                                */s/ Michael R. Gottfried*

Of Counsel:                          D. DENNIS ALLEGRETTI (BBO#545511)
                                  MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD       DUANE MORRIS LLP
MONIQUE L. CORDRAY       470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON         Boston, MA  02210
KIMBERLIN L. MORLEY      Telephone:    (857) 488-4200
ERICA S. OLSON                Facsimile:     (857) 488-4201
AMGEN INC.
One Amgen Center Drive      LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789    DAY CASEBEER
(805) 447-5000                MADRID & BATCHELDER LLP
                                  20300 Stevens Creek Boulevard, Suite 400
                                  Cupertino, CA  95014
                                  Telephone:    (408) 873-0110
                                  Facsimile:     (408) 873-0220

                                  WILLIAM GAEDE III (*pro hac vice*)
                                  McDERMOTT WILL & EMERY
                                  3150 Porter Drive
                                  Palo Alto, CA 94304
                                  Telephone:    (650) 813-5000
                                  Facsimile:     (650) 813-5100

                                  KEVIN M. FLOWERS (*pro hac vice*)
                                  MARSHALL, GERSTEIN & BORUN LLP
                                  233 South Wacker Drive
                                  6300 Sears Tower
                                  Chicago IL 60606
                                  Telephone:    (312) 474-6300
                                  Facsimile:     (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

> */s/ Michael R. Gottfried*
> Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

> */s/ Michael R. Gottfried*
> Michael R. Gottfried