| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, a )<br>Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LA ROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:05-CV-12237 WGY |

### AMGEN'S MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM REGARDING
### DEFENDANTS' MOTION TO PRECLUDE TESTIMONY FROM BELATEDLY
### DISCLOSED FACT WITNESSES AND DECLARATION IN SUPPORT THEREOF

Pursuant to L.R. 7.1(b)(3), Amgen Inc. respectfully moves this Court for leave to file a Supplemental Memorandum Regarding Defendants' Motion to Preclude Testimony from Belatedly Disclosed Fact Witness (attached hereto as Exhibit A) and a declaration in support thereof (attached hereto as Exhibit B).

Amgen submits that this supplemental memorandum and declaration are responsive to the Court's August 21, 2007 Order denying in part Roche's Motion to Preclude Testimony From Amgen's Belatedly Disclosed Fact Witnesses. Given the Court's desire to further review the issue of whether Dennis Fenton may testify as a fact witness, Amgen seeks to file the attached supplemental memorandum and declaration, which it believes will assist the Court in its further review.

WHEREFORE, Amgen respectfully moves this Court for leave to file this its Supplemental Memorandum Regarding Defendants' Motion to Preclude Testimony from Belatedly Disclosed Fact Witness.

DM1\1180389.1

DATED:   August 24, 2007

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,

*/s/ Michael R. Gottfried*
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 448-4200
Facsimile: (857 488-4201

Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (pro hac vice)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

>  */s/ Michael R. Gottfried*
>  Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

>  */s/ Michael R. Gottfried*
>  Michael R. Gottfried