# Exhibit B

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-12237-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] DECLARATION OF JAMES M. FRASER IN SUPPORT OF AMGEN'S SUPPLEMENTAL MEMORANDUM REGARDING DEFENDANTS' MOTION TO PRECLUDE TESTIMONY FROM BELATEDLY DISCLOSED FACT WITNESSES**

I, James M. Fraser, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am associated with the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen's Supplemental Motion Regarding Defendants' Motion to Preclude Testimony from Belatedly Disclosed Fact Witnesses.

    1.    Exhibit 1 hereto is true and correct copies of letters dated August 21, 2007, from Jeremy D. Protas (counsel for Amgen) to Peter Fratangelo (counsel for Roche) regarding supplemental production of documents.

2

Dated August 24, 2007                                    /s/ James M. Fraser
                                                         James M. Fraser

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                         /s/ Michael R. Gottfried
                                                         Michael R. Gottfried

2