Amgen Inc. v. F. Hoffmann-LaRoche LTD et al    Doc. 875 Att. 2
Case 1:05-cv-12237-WGY   Document 875-3   Filed 08/27/2007   Page 1 of 2

Exhibit B



# Nancy's History of Hope
# Nancy's Services

*What can she offer you?*

- Home
- About Nancy
- Nancy's Services
- Presentations
- Contact Nancy
- Accolades
- Nancy's Activities and Travels



- Life Options Presentation based on our Research: "Live Long and Live Well with Kidney Disease, Longevity and Quality of Life."
- Nancy's education, years of experience with kidney disease, nursing and public speaking leave her well qualified to present topics for varied audiences.
- She has good information about and has lived the History of Dialysis.
- She speaks with all the renal fellows, one on one, who come through the University of Washington and Northwest Kidney Center's programs and has done so since Fall 2000.

Many of the services Nancy offers require her to see your specific needs in order to quote a price. She will work with you.

**Would you like to schedule Nancy for a seminar or speaking engagement? Send her an email.**



- She speaks with community groups on the function and protection of the kidney.
- Topics for good healthy living, and participation in an active life are subjects for patients and care givers.
- She can work with you to customize a topic.
- See Home page.

**Seminars/Speaking Engagements Expert Witness**   Depends on time and distance for travel



Sharing by Speaking
Nancy H. Spaeth

