Exhibit C

# Nancy's History of Hope



- Home
- About Nancy
- Nancy's Services
- Presentations
- Contact Nancy
- Accolades
- Nancy's Activities and Travels



ASK ME, I KNOW.

## Welcome

Sharing by Speaking,
Ask me, I know.

Nancy is a registered nurse and has been living with kidney disease since 1959. She was chosen by the "Life and Death Committee" to receive dialysis in Seattle in 1966. Her dialysis took place over night for 8 hours, in center and later at home, from 1966 to 1972, then 4 hour sessions at 2 different times in the 1980s. She also performed peritoneal dialysis for 5 years in the 1990s, doing exchanges at home, in airplanes, hotels, at work, and at friend's homes. She dialyzed a total of 15 years, interrupted by 4 transplants, all successful.

**Skills** that Nancy can offer, as a speaker, having uncovered them while working as a nurse and surviving as a kidney patient:

Nancy with Dr. Scribner in 2001



- Realizing that getting through our tough times can strengthen us
- Setting goals
- Setting limits
- Balancing our lives with stimulating activity and healthy living
- Finding hope and silver linings in life events
- Healthy ways to help deal with chronic illness in families
- Finding new solutions and alternate routes around road blocks in life
- Understanding dialysis history and how it changed the lives of so many
- Explaining nutrition and sodium restrictions for survival
- Rehabilitation, getting patients back on their feet

Dockets.Justia.com

- Custom designing a special talk for your needs
- Expert witness in renal disease cases

## Nancy's History of Hope
## Ask me, I know.
## Nancy H. Spaeth

Would you like a speaker? Write to Nancy

Please get in touch to offer comments and send queries.





Sharing by Speaking
Nancy H. Spaeth



1 2 8