Amgen Inc. v. F. Hoffmann-LaRoche LTD et al — Doc. 875 Att. 4
Life Options | LORAC
Case 1:05-cv-12237-WGY   Document 875-5   Filed 08/27/2007   Page 1 of 2
Exhibit D

## Life Options Rehabilitation Advisory Council (LORAC)

The Life Options Rehabilitation Program is guided by the Life Options Rehabilitation Advisory Council (LORAC). This multidisciplinary expert panel includes a variety of professionals who are leaders in renal care—researchers, physicians, nurses, social workers, dietitians—and patients. A list of our current and emeritus Council members is posted below.

**Council Members**

- **Bryan Becker, MD, FACP** (Madison, Wisconsin) - **Chair**
- **Mary Beth Callahan, MSSW, ACSW, LMSW-ACP** (Dallas, Texas)
- **Sally Burrows-Hudson, MSN, RN, CNN** (Thousand Oaks, California)
- **Jerry Fuller, MSW, LCSW** (Jackson, Mississippi)
- **Nancy Hoffart, PhD, RN** (Boston, Massachusetts)
- **Kirsten L. Johansen, MD** (San Francisco, California)
- **Carol A. Keller, MPA** (Omaha, Nebraska)
- **Paul L. Kimmel, MD, FACP** (Washington, D.C.)
- **Michael Klag, MD, MPH** (Baltimore, Maryland)
- **Jill Lindberg, MD, FACP** (New Orleans, Louisiana)
- **Donna Mapes, DNSc, RN** (Thousand Oaks, California)
- **Stephanie McIntyre, RD** (Phoenix, Arizona)
- **Frank Messana** (Thousand Oaks, California)
- **Anita Molzahn, PhD, RN** (Victoria, British Columbia)
- **Jo Reeder, PT, MCSP** (Charlottesville, Virginia)
- **Wendy Funk Schrag, LMSW, ACSW** (Newton, Kansas)
- **Nancy Spaeth, RN** (Seattle, Washington)
- **Charlotte Thomas-Hawkins, PhD, RN, CNN** (Burlington, New Jersey)

**Emeritus Members**

- **Christopher Blagg, MD** (Seattle, Washington)
- **Kenneth Chen, MS** (Thousand Oaks, California)
- **Ann Compton, RN, MSN, CNN** (Richmond, Virginia)
- **Karen Daniels, MM** (Thousand Oaks, California)
- **Peter DeOreo, MD** (Mentor, Ohio)
- **Nancy Gallagher, BSN, RN, CNN** (Tacoma, Washington)
- **Peter Howell, MEd, MPA** (Landrum, South Carolina)
- **Karren King, MSW, ACSW, LCSW** (Kansas City, Missouri)
- **Nancy Kutner, PhD** (Atlanta, Georgia)
- **Derrick Latos, MD, FACP** (Wheeling, West Virginia)
- **John Lewy, MD, FAAP** (New Orleans, Louisiana)
- **Maureen McCarthy, MPH, RD, CS** (Wilsonville, Oregon)
- **Anthony Messana, BSC** (Drexel Hill, Pennsylvania)
- **Spero Moutsatous, MS** (Tampa, Florida)
- **John Newmann, PhD, MPH** (Reston, Virginia)
- **Brian O'Moore** (Petaluma, California)
- **Edith Oberley, MA** (Madison, Wisconsin)
- **Patricia Painter, PhD** (San Francisco, California)
- **George Porter, MD** (Portland, Oregon)
- **Rosa Rivera-Mizzoni, MSW, LCSW** (Tampa, Florida)
- **John Sadler, MD** (Baltimore, Maryland)
- **Michael Savin, PhD** (Thousand Oaks, California)
- **Theodore Steinman, MD** (Brookline, Massachusetts)

- **Sharon Stiles, RN, BSN, MS, CNN** (Denver, Colorado)
- **Beth Witten, MSW, ACSW, LSCSW** (Overland Park, Kansas)

Copyright ©2002-2007 Life Options. Updated 08/19/07.

http://www.lifeoptions.org