## Our Sponsor



Development of these materials is supported by an unrestricted educational grant from **Amgen Inc.** Amgen is a global biotechnology company that discovers, develops, manufactures, and markets important human therapeutics based on advances in cellular and molecular biology. Amgen's research and product development programs aim to help patients in the following therapeutic areas: oncology, inflammation, hematology and nephrology, neurology, and metabolic disorders and osteoporosis.

Amgen's marketed products in the field of nephrology include:

### Aranesp® (darbepoetin alfa)

Aranesp® is indicated for the treatment of anemia associated with chronic renal failure, including patients on dialysis and patients not on dialysis. Aranesp is also indicated for the treatment of anemia in patients with non-myeloid malignancies where anemia is due to the effect of concomitantly administered chemotherapy.

### EPOGEN® (Epoetin alfa)

EPOGEN® is indicated for the treatment of anemia in patients with chronic renal failure on dialysis. Amgen has the exclusive right to promote and sell Epoetin alfa in the United States, under the tradename EPOGEN®, for use with dialysis patients. Amgen has licensed Ortho Pharmaceutical, as Amgen's distributor, the exclusive right to promote and sell Epoetin alfa in the United States, under the tradename Procrit®, for non-dialysis uses only. Ortho is licensed to sell Epoetin alfa for all indications outside of the United States (except for Japan and China). Kirin Brewery Company is licensed to sell Epoetin alfa for all indications in Japan and China.

### Sensipar® (cinacalcet HCl) Tablets

Sensipar® is indicated for the treatment of:

- Secondary hyperparathyroidism in patients with chronic kidney disease on dialysis
- Hypercalcemia in patients with parathyroid carcinoma

The information provided on Aranesp® (darbepoetin alfa), EPOGEN® (Epoetin alfa), and Sensipar® (cinacalcet HCl) is intended and relevant for the medical and consumer community of the United States.

Copyright ©2002-2007 Life Options. Updated 08/19/07.

http://www.lifeoptions.org