Amgen Inc. v. F. Hoffmann-LaRoche LTD et al  Doc. 875 Att. 6
About Kidney School (TM)  Page 1 of 2
Case 1:05-cv-12237-WGY   Document 875-7   Filed 08/27/2007   Page 1 of 2
Exhibit F



LIFE OPTIONS

ABOUT KIDNEY SCHOOL

HOME | TABLE OF CONTENTS | BROWSER REQUIREMENTS | PRIVACY POLICY | HELP

## Welcome to Kidney School

Kidney School will help you learn to take an active role in your healthcare decision-making. Research suggests that kidney patients who become active partners in their care are more likely to live long and live well.

*Have you recently learned you have kidney disease or kidney failure?*

*(Or are you a friend or family member of a kidney patient?)*

*If so, Kidney School is your site for*
*information,*
*inspiration,*
*motivation,*
*and empowerment.*

### What is Kidney School?
Kidney School is an interactive, web-based learning program in 20-minute modules. It was designed to help people learn what they need to know to understand kidney disease and its treatment, adjust to kidney disease, make good medical choices, and live as fully as possible. You decide which modules to visit and when—so what you learn is entirely up to you.

### Kidney School was developed to:

- Offer free, up-to-date, research-based information, at your own pace, 24 hours a day.
- Help you learn what to expect and what questions to ask.
- Provide the tools you need to self-manage your care so you can stay healthier and keep doing the activities you enjoy.

### Who developed Kidney School?
Kidney School is an educational project of the Life Options Rehabilitation Program. Sponsored by Amgen Inc. and administered by the Medical Education Institute, Life Options is a program of research and research-based educational materials to help people with kidney disease live long and live well. Kidney School does not accept advertisements.



All Life Options programs, including Kidney School, are guided by the Life Options Rehabilitation Advisory Council (LORAC), a national expert panel of patients, doctors, nurses, researchers, social workers, dietitians, physical therapists, and administrators.

### Kidney School reviewers include:

- Sally Burrows-Hudson, MSN, RN, CNN
- Ann Compton, RN, MSN, CNN
- Carol Keller, MPA
- Karren King, MSW, ACSW, LCSW
- Jean Kammerer, BSN, RN, CNN

- Derrick Latos, MD, FACP
- Stephanie McIntyre, RD
- Maureen McCarthy, MPH, RD, CS
- Brian O'Moore (patient advocate and transplant recipient)
- Jo Reeder, PT, MCSP
- Bruce Schultz (patient)
- Nancy Spaeth, RN
- Patty Stewart (patient)

A special thank you is extended to members of the Dialysis Support mail list, who allowed themselves to be quoted, took the time to preview and pilot-test Kidney School, and who provide constant inspiration through their compassion, willingness to share, and ability to live fully with kidney disease.

The Life Options Rehabilitation Program is administered by the non-profit Medical Education Institute, which serves the mission of helping people with chronic diseases learn to manage and improve their health. All content for the Life Options program and for Kidney School is developed by Life Options staff and reviewed by members of the multidisciplinary Life Options Rehabilitation Advisory Council and by additional patients and kidney professionals. Life Options and Kidney School content is entirely independent of and not influenced by its corporate sponsor(s).

 We subscribe to the HONcode principles. Verify here.

Back to Home Page