# EXHIBIT 4

Dockets.Justia.com

RDW    F.K.L.
NS
DV        per GBR
CB            7/11/84

"Chugai Pharmaceutical signed the Agreement with Genetic Institute for large scale production of EPO"

July 5, 1984 (Nikkei Sangyo)

1. GI will establish the organism which is genetically engineered to produce human EPO within 2 years.
(Basic development to clone human EPO gene into CHO cell).

2. Chugai will obtain recombinant technology from GI and make 500l - 1,500l fermentation tank in Tokyo.

3. Chugai has exclusive rights to manufacture and market EPO in Japan, USA, Canada, Mexico and Asia (except China). GI has same rights in Europe and South America.

4. Term of agreement is 20 years.
   - Chugai expects the filing for approval in Japan will be in 1989. Chugai will invest about 4,000,000,000 (4 billion yen) for EPO research and development.

   - Chugai will start clinical trials in Japan and USA at the same time. Chugai may find partner for clinical trials in USA other than GI.

   - Chugai said that EPO can be produced only by CHO cell. GI and Chugai has determined that EPO produced by E.coli is only protein and can not be expected to have enough activity as a drug.

AMGEN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
A 3076

AM-ITC 00049907