# EXHIBIT 13

Dockets.Justia.com



IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

PATENTS COURT

CH 1992 K No 8550
CH 1993 K No 937
CH 1993 B No 4552
CH 1993 C No 6076

In the matter of European Patents (UK) Nos. 148,605; 209,539 and 411,678 and in the matter of petitions for revocation thereof by Boehringer Mannheim GmbH and Cilag Limited and in the Matter of actions for infringement thereof by, inter-alia, Kirin-Amgen Incorporated and Boehringer Mannheim GmbH

## CONFIDENTIAL

EXHIBIT to AFFIDAVIT OF STEVEN MICHAEL ODRE

This is the Exhibit marked "SMO.11" referred to in the affidavit sworn by STEVEN MICHAEL ODRE on the 21 day of July 1995 at Thousand Oaks, CA., U.S.A.

Before me

*[Notary seal: CAROLYN G. STICE, COMM. # 1037536, Notary Public — California, VENTURA COUNTY, My Comm. Expires AUG 28, 1998]*

Carolyn G. Stice
Notary Public

950710C.GEM

307

AM 67 002451
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00787125

It is within my own knowledge that BM were involved in the negotiations regarding the amount of damages which GI were going to pay following the final holdings of the District Court and the the CAFC that GI had infringed the '008 patent. I handled these negotiations on behalf of Amgen. We were told by the representative negotiating on behalf of GI that before any agreement could be finalised the terms of settlement had to be approved by BM.

++++++++++++++++++

*The reason for including the above material in a confidential exhibit is that it was a provision of the agreeement disposing of Amgen's damages claims arising from the US litigation that all parties would maintain the agreement and its terms as confidential and would not disclose such terms save under a protective order maintaining that confidentiality granted by a Court.*



AM 67 002452
SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

308

AM-ITC 00787126