# EXHIBIT 19

9

Dockets.Justia.com



**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: BOX INTERFERENCE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

MAILED

MAY 0 9 1989

BOARD OF PATENT APPEALS
& INTERFERENCES

Patentee: Lin
Serial No.: 113,179
Filed: October 23, 1987
For: PRODUCTION OF
        ERYTHROPOIETIN

Accorded Benefit of:
US SN 561,024, filed 12/13/83;
US SN 582,185, filed 02/21/84;
US SN 655,841, filed 09/28/84;
US SN 675,298, filed 11/30/84

   The case referred to above has been forwarded to the Board of Patent Appeals and Interferences because it is adjudged to interfere with other cases hereafter specified. Attention is directed to the fact that this interference is declared pursuant to 37 CFR 1.601 et seq., effective February 11, 1985 (49 F.R. 48416, 1050 O.G. 385). The interference is designated as No. 102,097.

   By direction of the Commissioner of Patents and Trademarks and as required by 35 USC 135(c), notice is hereby given the parties of the requirement of the law for filing in the Patent and Trademark Office a copy of any agreement "in connection with or in contemplation of the termination of the interference."

FORM PTOL 788 (REV 3-88)

AM 17 005483
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00332531

Serial No. 113,179                                                      - 2 -

The cases involved in this interference are:

### Junior Party

Applicants:    Edward Fritsch, Rodney M. Hewick and Kenneth Jacobs

Addresses:     115 North Brand Road
               Concord, Massachusetts 01742;
               16 Woodcliffe Road
               Lexington, Massachusetts 02173;
               151 Beaumont Avenue
               Newton, Massachusetts 02160

Serial No.:    693,258, filed January 22, 1985

For:           PRODUCTION OF HUMAN ERYTHROPOIETIN

Assignee:      Genetics Institute, Inc., Boston, Massachusetts,
               a corporation of Delaware

Accorded Benefit of: U.S. SN 688,622 filed January 3, 1985

Attorney of Record:  Bruce M. Eisen, David L. Berstein
                     and Ellen J. Kapinos

Associate Attorney:  Eugene Moroz and William S. Feiler
                     and George A. Skoler

Address:       Ellen J. Kapinos, Esq.
               Genetics Institute, Inc.
               87 Cambridge Park Drive
               Cambridge, Massachusetts 02140-2387


### Senior Party

Patentee:      Fu-Kuen Lin

Address:       438 Thunderhead Street
               Thousand Oaks, California 91360

Serial No.:    113,179, filed October 23, 1987

For:           DNA SEQUENCES ENCODING ERYTHROPOIETIN

Assignee:      Amgen, Inc, Thousand Oaks, California,
               a corporation of Delaware

Attorney of Record:  William E. Dominick, Albert W. Bicknell,
                     William A. Marshall, Jerome B. Klose,
                     Basil P. Mann, Alvin D. Shulman, Donald J.
                     Brott, Owen J. Murray, Allen H. Gerstein,
                     Nate F. Scarpelli, Edward M. O'Toole,
                     Michael F. Borun, Carl E. Moore, Jr.

Associate Attorney:  None

Accorded benefit of: US SN 675,298, filed Nov. 30, 1984, Patent
                     No. 4,703,008, issued October 27, 1987
                     US SN 561,024, filed Dec. 13, 1983;
                     US SN 582,185, filed Feb. 21, 1984;
                     US SN 655,841, filed Sep. 28, 1984

Address:       Merriam, Marshall and Bicknell
               Two First National Plaza, Suite 2100
               20 South Clark Street
               Chicago, Illinois 60603

AM 17 005484
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00332532

JUN 22 '92  6:15PM MARSHALL,OTOOLE,GERSTEIN,MURRAY                                P.4/4

Serial No. 113,179                                                    - 3 -

Count 1
A process for the preparation of an in vivo biologically active glycosylated polypeptide comprising the steps of:

(a) growing a mammalian host cell which is capable of effecting post-translational glycosylation of polypeptides expressed therein and which is transformed or transfected with an isolated DNA sequence encoding a polypeptide having a primary structural conformation sufficiently duplicative of that of naturally occurring human erythropoietin to allow possession of the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells, or the progeny thereof, under nutrient conditions suitable to allow, in sequence,

(i) transcription within said host cell of said DNA to mRNA in the sequence of transcription reactions directed by the nucleotide sequence of said DNA;

(ii) translation within said host cell of said mRNA to a polypeptide in the sequence of translation reactions directed by the nucleotide sequence of said transcribed mRNA;

(iii) glycosylation within said host cell of said polypeptide in a pattern directed by the amino acid sequence of said translated polypeptide and sufficiently duplicative of the pattern of glycosylation of naturally occurring human erythropoietin to allow possession by the translated glycosylated polypeptide product of the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells; and

(b) isolating the glycosylated polypeptide so produced.

The claims of the parties which correspond to the COUNT ~~parties~~ are:

Fritsch et al: Claims 72 and 73
Lin:   Claims 65-69

*Marc L. Caroff*
Marc L. Caroff
Examiner-in-Chief
(703) 557-4009

MLC/mjg

AM 17 005485
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM-ITC 00332533