# EXHIBIT 29
# PART THREE

Dockets.Justia.com

4. A procaryotic or eucaryotic host cell transformed or transfected with a DNA sequence according to claim 1, 2 or 3 in a manner allowing the host cell to express erythropoietin.

(*See* Reply by Senior Party Lin at 2).

208. Amgen argued that the finding that Amgen was first to invent the count of the DNA sequence, necessarily determined it was the first to invent the '197 interference count to a process for making a glycosylated *in vivo* biologically active erythropoietin. In this regard, the arguments Amgen made as to the lack of any differences between the two counts in the interferences are entirely consistent with my conclusion that to one of skill prior to October 1983, there would have been no patentable distinction between claims directed to the DNA sequence encoding human erythropoietin, and any of the process claims directed to making a glycosylated *in vivo* biologically active erythropoietin. Essentially, as illustrated below, Amgen acknowledged that the DNA sequence, as well as any host cell into which that DNA sequence had been introduced, would have only been obvious variations of the same invention:

> The same is true with regard to the count of Interference 102,097 [directed to a process for making an in vivo biologically active glycosylated EPO], since <u>if Lin was the first to invent a host cell containing a DNA sequence in a manner allowing the host cell to express rEPO as determined by the Court, he is of necessity the first to invent the process of making rEPO using such the host cell</u> (see the count of Interference 102,097) [process for making EPO]." Reply by Senior Party Lin, Fritsch v. Lin, Interference No. 102,097 at 3 (emphasis in original).

> "Fritsch [Genetics Institute] errs in saying that the District Court case did not involve the count (process for making EPO) of Interference No. 102,097. <u>The Court assessed the priority evidence regarding the DNA sequence used to make EPO and the reduction to practice of the sequence necessarily and inherently includes the use of that sequence to make EPO according to the count of Interference No. 102,097.</u>" Reply by Senior Party Lin, Fritsch v. Lin, Interference No. 102,097 at 9 (emphasis in original)

> While the count is directed to a process for preparing in vivo biologically active EPO using a mammalian host cell transfected or

103

transformed with an isolated DNA sequence encoding human EPO [i.e., the process patent claims], and the litigation was directed to the purified and isolated DNA sequence and host cells transfected or transformed thereby [i.e., the '008 DNA claims], it is evident that these are only different manifestations of the same invention as acknowledged by Fritsch et al in their Motion Q here (and in Motion G in Interference No. 102,096). Clearly, the whole purpose and intent of the purified and isolated DNA sequence encoding human EPO (and host cells transfected therewith) at issue in the litigation was to express in vivo biologically active human EPO. Stated otherwise, the process language of the Lin patent claims at issue in the litigation ("encoding human EPO") [see '008 patent claims] is, for all intents and purposes, a description of the present count. One cannot be sure he has the sequence until he has successfully expressed *in vivo* biologically active human EPO. This involves culturing the transfected cells and isolating the expression product to determine whether or not it has the required *in vivo* activity. Hence, the priority holding in the litigation is directly on point, notwithstanding the different statutory class of claims involved. Brief for the Senior Party Lin, Fritsch v. Lin, Interference No. 102,097, at 25-26.

.."the isolated DNA sequence is the novel feature of the process claims and Lin's inventorship with regard to the sequence has not been challenged...Clearly, the whole purpose of isolating the DNA sequence was to use the sequence in expression to obtain *in vivo* biologically active recombinant EPO...The expression and isolation of the recombinant EPO did not involve separate inventive input by anyone other than Lin." (emphasis supplied). Brief for the Senior Party Lin, Fritsch v. Lin, Interference No. 102,097, at 57-58.

**B.     Dr. Lin's Interference Testimony Confirms that the Processes for Expressing and Purifying rHuEPO Were Obvious once the EPO Gene Sequence was Known**

209.     My conclusion that there is no patentable distinction between the claims of the Lin '008 patent and the claims in suit in the '868, '933, '422, '698, and '080 Lin patents is confirmed by my review of the Fritsch documents and evidence from the *Fritsch v. Lin* Interferences 102,096, 102,097, and 102,334.

210.    In the '096 Interference the Board of Patent Appeals and Interferences stated in their Final Judgment of December 3, 1991, 21 U.S.P.Q. 2d 1731 (AM-ITC 00265548) that:

> The record indicates that all the work at Amgen relating to expression of the EPO gene in mammalian host cells was directed and supervised by Dr. Browne, assisted by Ralph Smalling. Dr. Lin does not recall giving any instructions or suggestions as to how such expression should be carried out (PF V-3, 4). The effort to isolate the EPO glycoprotein expression product was carried out by Dr. Strickland, and Dr. Lin gave no specific instructions for accomplishing that task (PF V-6).

211.    From my reading of Dr. Lin's deposition testimony of April 9, 1991 during the Interference proceedings (AM-ITC 00410931-00411088), I conclude that he only provided Dr. Browne and Ralph Smalling with the DNA sequence and provided them with no further instructions. The testimony from which I draw this conclusion (pages 205-208) reads as follows

Q.    Now, the district court decision indicates that someone other than Dr. Lin did the work with the mammalian expression system. Do you see that in the third quoted paragraph?

A.    That's correct, yes.

Q.    And that is a correct statement; right?

A.    That is correct, yes.

Q.    Now, you indicate in your declaration in paragraph 5 that the expression of EPO in the 293 cells, the COS cells, and the CHO cells was carried out by Dr. Jeff Browne?

A.    By Jeff Browne and his associates.

Q.    And his associates, one of whom was Mr. Smalling?

A.    That's correct, yes.

Q.    And in that connection, you provided Dr. Browne with a DNA sequence which included the sequence coding human EPO; is that right?

A.    That's correct, yes.

Q.    And you also provided Dr. Browne with a monkey cDNA sequence which encoded monkey EPO; is that right?

A.    That's correct, yes.

Q.    And you then requested that Dr. Browne and his colleagues do whatever work was necessary to obtain expression in mammalian cells?

A.    That's correct, yes.

Q.    Did you leave up to the judgment of Dr. Browne and his associates how to accomplish that result?

A.    Could you repeat the question again?

Q.    Yeah. Did you rely on Dr. Browne and his colleagues for selecting the way to achieve that result?

A.    'That result' means expression?

Q.    Expression in the mammalian host cell system.

A.    Mostly, yes.

212.    Dr. Lin's testimony at page 209 reads as follows:


Q.    So it was Dr. Browne and his colleagues who selected the vector for transfecting or transforming the cells; is that correct?

MR. SCOTT: Calling for hearsay of our witness.

THE WITNESS: Could you repeat the question.

BY MR. RICHTER:

Q.    Let me rephrase the question in light of your counsel's objection. It was not you who selected the vector for transforming or transfecting the cells; is that correct?

A.    That's correct, yes.

Q.    You didn't design that vector?

A.    No.

Q.    And you didn't make it?

A.    No.


213.    Dr. Lin's testimony at pages 209-10 reads as follows:


Q.    Did you give Dr. Browne any specific instructions as to the culture medium that should be used to grow the cells?

A.    No.


214.    Thus, in my opinion, the expression of recombinant human EPO would be obvious to one skilled in the art at the time, once the gene sequence for EPO was known, since

106

Dr. Lin, who is the sole named inventor on each of the patents in suit '868, '933, '422, '698, and '080 provided no instructions for expressing EPO within a mammalian cell line to either Dr. Browne or Ralph Smalling including the vectors and culture medium. (*See also* Lin Testimony cited *supra* in paragraphs 99-102). Therefore, Dr. Browne and Mr. Smalling must have relied solely upon the techniques and operating conditions known to those of ordinary skill in the art for expressing the EPO polypeptide in mammalian cells.

215.     Based upon my review of Dr. Lin's deposition testimony of April 9, 1991 in the '097 and '334 Interferences, AM-ITC 00410931-00411088, I conclude that he was not involved in the purification process of EPO at Amgen and that he provided this task to a Dr. Thomas Strickland. Further, I conclude that he provided no other information to Dr. Strickland other than the known literature regarding purification of human EPO. I draw my conclusions from Dr. Lin's testimony at pages AM-ITC 00410960-61 that reads:

> THE WITNESS: I did not personally involve in the isolation of glycosolated polypeptide.
> BY MR. RICHTER: Who was personally involved in that effort?
> A.     I believe Tom Strickland and his associates.
> Q.     And it was Dr. Strickland who worked on the purification of erythropoietin at Amgen and his colleagues?
> A.     Yes. Tom Strickland and his colleagues.
> Q.     Did you assign that task to Dr. Strickland?
> A.     Yes.
> Q.     Did you give Dr. Strickland any specific instructions how to obtain purified erythropoietin?
> A.     I think I gave him some of the literature regarding the purification of the erythropoietin.
> Q.     I'm sorry, I didn't understand your answer.
> A.     Some of the literature regarding the purification of urinary erythropoietin, if I remember correctly.
> Q.     You gave him some literature?

A.    Yeah, I believe so.

216.    During the same deposition, Dr. Lin indicated that the purification technique
mentioned within the specification of his November 30, 1984 patent application was developed
by Dr. Lai. AM ITC 00410964 reads:

Q.    I'd like to refer you first to page 64 of the application, which is part of example
10, and you find the paragraph which begins "mammalian cell expression" at line
16?

A.    Yes, I do.

Q.    And it reads, "Mammalian cell expression products may be readily recovered in
substantially purified form from culture media using HPLC (C 4 ) employing an
ethanol grading, preferably at p07." Did I read that correctly?

A.    That's correct, yes.

Q.    Now, the HPLC procedure, which is referred to there, is a reference, or is one
attempt, to isolate recombinant EPO from a mammalian expression system; is that
correct?

A.    That's correct, yes.

Q.    Is it true that the suggestion or the idea of using HPLC (C4) in an effort to isolate
erythropoietin from a mammalian expression system culture medium was not
your suggestion or idea?

A.    No.

Q.    That is correct?

A.    That's correct, yes.

Q.    And do you know whose suggestion or idea it was?

A.    Now I remember. This probably was Por Lai?

Q.    Por Lai?

A.    Yeah. He was doing the protein sequencing at the time.

217.    As I have previously stated, it is my opinion, that the purification of rHuEPO is
obvious to one of ordinary skill in the art. The literature, in particular Miyake (1977), would
enable someone of ordinary skill in the art to use the techniques described for purifying urinary
EPO to purify recombinant human EPO without undue experimentation.

108

218.    Dr. Lin's lack of detailed instructions to Dr. Strickland and Por Lai regarding the methodology for purifying EPO confirms that these tasks required no inventive skill, as they required one of ordinary skill only to reproduce what others had reported previously in the literature concerning expressing an exogenous mammalian DNA sequence in a mammalian host cell, and purifying erythropoietin from an aqueous solution. In this regard, Dr. Lin's Interference deposition testimony acknowledges that one of ordinary skill in the art could purify rHuEPO once the gene sequence for EPO was known, since the techniques were known and published for purifying human urinary EPO.

C.    **Genetics Institute Expressed rHuEPO in a Mammalian Host Cell, and Purified it from the Culture Media of such a Mammalian Host Cell Prior to the Filing of Lin's November 30, 1984 Patent Application**

219.    From my review of the Fritsch Interference documents, Dr. Edward Fritsch along with his colleagues at Genetics Institute in 1984 cloned, expressed and purified recombinant human EPO from the culture media of mammalian cells transfected with EPO expression vectors. (AM-ITC 330558-681). In my opinion, the methodology Dr. Fritsch and his colleagues used would have been routine and obvious to one skilled in the art.

220.    According to the Interference documents, Richard Wright of Genetics Institute did work involving the development of a radioimmunoassay for EPO. (AM-ITC 00364971-72 (Fritsch); AM-ITC 00373793 (Wright Laboratory Notebook 316)). By mid-September of 1984, Mr. Wright had developed a reliable immunoassay for EPO, and subsequently used his radioimmunoassay to find EPO in the cell conditioned media samples of COS and CHO cells. (*Id.*).

221.    According to the Interference documentation, in October and November of 1984, Susan Booth of Genetics Institute, did work involving techniques to purify recombinant human

EPO from COS cell conditioned media. Ms. Booth used the following purification procedures: wheat germ agglutinin column (Booth Laboratory Notebook 353 (AM-ITC 00380057-224) at 38105-108); lentil lectin column (*Id.* at 380112)); concavalin A columns (*Id.* at 380112)); carboxymethyl high performance liquid chromatography (*Id.* at 380128-132, 153-157); and sulfopropyl column. Recombinant EPO was recovered from each of these techniques.

222.    According to the Interference documents, Ms. Booth also worked on purifying recombinant EPO from CHO cells. For these EPO samples, she used the following purification methods: acid precipitation and cm sepharose column chromatography, (*Id.* at 380186-192)); gel filtration chromatography (*Id.* at 380191)); and polyethylene glycol precipitation (*Id.* at 380220)).

223.    Having reviewed the Fritsch documentation from the *Fritsch v. Lin* Interference for the 102,096 102,097, and 102,334 Interferences, I conclude that Dr. Fritsch and his colleagues at Genetics Institute, sometime on or around November 7, 1984 purified recombinant human EPO from COS cells, and therefore provided a methodology for purifying recombinant human EPO before Lin filed his November 30, 1984 patent application.

D.    **Dr. Fritsch's Activities and Those of Genetics Institute Support My Conclusion that the Expression and Purification of rHuEPO was Obvious once the EPO Gene was Cloned**

224.    The work of Dr. Fritsch who cloned, expressed and purified rHuEPO in 1984 illustrates that once the EPO gene was cloned the expression of EPO in mammalian cells and the purification of EPO was obvious and readily performed by those of ordinary skill in the art.

225.    Dr. Fritsch spent the better part of three years during the period of 1981-84 attempting to clone the EPO gene. During this time, Dr. Fritsch did not have access to sufficient

of Dr. Goldwasser's pure EPO. Once he was able to obtain the proper sequencing information for a portion of the EPO gene, Fritsch and his associates at Genetics Institute cloned the EPO gene, expressed EPO in mammalian cells, and purified EPO recognizing that it would produce the therapeutic effect of causing bone marrow cells to increase production of reticulocytes and red blood cells. (*See infra*; *Fritsch v. Lin*, 21 USPQ2d 1731, 1734 (BPAI 1991); *Amgen Inv. v. Chugai Pharms. Co.*, 13 USPQ2d 1737, 1763-64; Amgen Response to Request for Admission No. 19).

226.    According to the Fritsch Interference documents, prior to 1984, Dr. Fritsch had been using fully degenerate oligonucleotide probes that were based upon EPO N-terminal sequence information that was provided by Dr. Fritsch's colleague at Genetics Institute, Dr. Hewick. Dr. Fritsch's approach was to screen the genomic library with two fully degenerate oligonucleotide probes. (*See* AM-ITC 00364221 (Fritsch); AM-ITC 00368663 (Maniatis)). The sequence information provided by Dr. Hewick proved to be inaccurate and in order for Dr. Hewick to more accurately determine the sequence information, Genetics Institute needed a supply of purified EPO from Dr. Miyake whom they had previously attempted to work with.

227.    According to the Fritsch Interference documents, Genetics Institute contacted Dr. Miyake, who was a scientist specializing in the purification of glycoproteins, and in particular EPO repeatedly in 1981 asking him to collaborate, so that Genetics Institute could obtain purified erythropoietin for sequencing. AM-ITC 378667, AM-ITC 00378249, AM-ITC 00368801 (Schmergel); AM-ITC 00364235-236 (Fritsch); AM-ITC 00368801 (Schmergel); AM-ITC 00376971 (Letter re collaboration); AM-ITC 00378117-175 (Affidavit of Dr. David W. Golde, pp. 4-5); AM-ITC 00378117-175 (Affidavit of Dr. David W. Golde, fifth letter of Exhibit 2 attached to Affidavit). Dr. Miyake withdrew from the discussions. (AM-ITC 00376852

(Letter re Miyake's withdrawal from the erythropoietin sequencing contest); AM-ITC 00368681 (Miyake) 191; AM-ITC 00376852)).

228.    Ultimately, in April 1984, Genetics Institute obtained purified urinary EPO from Dr. Mikaye in an amount sufficient to derive EPO sequence information. (*See* Final Decision in '096 Interference at 1734; Amgen Response to Request for Admission No. 19). This EPO was used by Dr. Hewick to obtain new amino acid sequence data, which was sent to Dr. Fritsch. (*Id.*).

229.    Dr. Fritsch designed four probes in response to the information received from Dr. Hewick in May 1984 and received the probes between May and June 1984. (AM-ITC 00364798 (Fritsch); AM-ITC 00373324 (Dr. Fritsch's probe design); AM-ITC 00373325 (Dr. Brown's synthesis write-up); AM-ITC 00373326 (synthesis logbook #207); AM-ITC 00364799-800 (Fritsch); AM-ITC 00366019-021 {Brown); AM-ITC 00373328 (Handwritten Sheet requesting olignucleotides); AM-ITC 00373329 {Probe Delivery Sheet); AM-ITC 00374434; AM-ITC 00364802 (Fritsch); AM-ITC 00373330-335 (J. Brown Laboratory Notebook 195, p. 171); AM-ITC 00364800; AM-ITC 00373328; AM-ITC 00373329).

230.    By July 9, 1984, two months after obtaining the correct sequence information, Dr. Fritsch had two phage that hybridized with all four probes. Thus he had successfully cloned the EPO gene. (*See* Final Decision in '096 Interference at 1734; Amgen Response to Request for Admission No. 19; AM-ITC 00364847-60).

231.    The positive clones were then sequenced and further characterized by Genetics Institute employees throughout the Summer and Fall of 1984. (AM-ITC 00364863-871 (Fritsch); AM-ITC 00372067-228 (p. 172-73); AM-ITC 00372555; AM-ITC 00364871-72 (Fritsch); AM-ITC 00372555; AM-ITC 00372067-228 (p. 173)). After receiving the sequencing

information, Dr. Fritsch confirmed that he had the genomic clone. (AM-ITC 00364872 (Fritsch)).

232.    Dr. Fritsch attempted to obtain a cDNA clone for the expression of EPO. Dr. Fritsch performed a Northern analysis of various tissue and cell line RNAs using an 87 base pair primer extended probe, PE 87 or PE, which corresponds to the 87 base pair exon of the EPO gene. (AM-ITC 00364892-896 (Fritsch); AM-ITC 00372067-228 (p. 77)). On July 19, 1984, Dr. Fritsch developed a Northern blot and saw a single band in the lane corresponding to fetal liver mRNA. (AM-ITC 00364901 (Fritsch); AM-ITC 00373596 (autoradiogram); AM-ITC 00372067-228 (p. 77)). Based on the ability of the EPO gene to detect fetal liver mRNA, the autoradiogram indicated that the fetal liver was a source of EPO mRNA.

233.    On July 18, 1984, a library screen of a fetal liver cDNA library was started by Dr. Fritsch. (AM-ITC 00364905-08 (Fritsch); AM-ITC 00372067-28 (p. 78); AM-ITC 00372555; AM-ITC 00378687 (Fritsch Laboratory Notebook 193, pp. 78-79 only)). On August 6, Dr. Fritsch inspected the autoradiograms of the screenings and recorded the positives. (AM-ITC 00372067-228 (p. 79); AM-ITC 00378687). On August 7, after a secondary screening, four positive phage were found. (AM-ITC 00364927-29 (Fritsch)).

234.    The four clones were sequenced between August 15 and August 17, 1984. AM-ITC 00364941-942 (Fritsch); AM-ITC 00373601-737 (Orr Laboratory Notebook 68, pp. 180-182). By August 20, 1984, at least one clone contained the EPO sequence. (AM-ITC 00364939-940 (Fritsch)).

235.    In August 1984, mammalian COS cells were transfected with DNA from one of the four cDNA clones. (AM-ITC 00364951 (Fritsch)). Dr. Fritsch subcloned two of the cDNA clones into an expression vector designated PT. (AM-ITC 00364944-945 (Fritsch); AM-ITC

113

00372067-228 (p. 86); AM-ITC 00372555). He tested the resulting constructions to determine which ones had the correct insert. (AM-ITC 00364944-947 (Fritsch); AM-ITC 00372067-228 (p. 86-87); AM-ITC 00372555). This DNA was reproduced and given it to Dr. Randy Kaufmann's laboratory for COS cell transfection. (AM-ITC 00364947-950 (Fritsch); AM-ITC 00370545-667 (p. 52 & 54); AM-ITC 00372555).

236. On August 29 and 30, 1984, Dr. Fritsch subcloned the cDNA clones into another expression vector, RK 1-4. (AM-ITC 00364977 (Fritsch); AM-ITC 00372067-228 (p. 196). This construction was transfected into both COS and CHO cells. AM-ITC_00364979 (Fritsch)). From September 17 through October 2, 1984, Dr. Fritsch attempted to modify one of the expression plasmids containing the cDNA clone and the RK 1-4 vector. (AM-ITC 00364979-981 (Fritsch); AM-ITC 00372067-228 (pp. 44-50); AM-ITC 00364985-986 (Fritsch); AM-ITC 00370545-667 (pp. 16-17)).

237. The transfections into COS cells were done on August 28, 1984. (AM-ITC 00364951 (Fritsch); AM-ITC 00373738-742 (Murtha Laboratory Notebook 289, p. 57); AM-ITC 00364951-953 (Fritsch); AM-ITC 00373738-742 (pp. 57, 59, 60, 62)). Assays were performed on these transfections on September 4, 1984, showing that the EPO produced by the COS cell was active. (AM-ITC 00364953-954 (Fritsch); AM-ITC 00369667-847 (Aghajanian Laboratory Notebook 308, p. 84)).

238. Thus, according to Dr. Fritsch's colleague, Allan Mufson, who was in charge of in vitro bioassays at GI, the recombinant EPO protein produced by the transfected cell line, designated FL13, was biologically and functionally active and able to induce red blood cell precursors to grow and differentiate into more mature hemoglobin-producing red blood cell types. (AM-ITC 00367293 (Mufson)).

114

239.    In vivo assays of the COS produced EPO were also done in the fall of 1984. Dr. Fritsch sent samples of the COS cell produced EPO to Dr. Peter Dukes of the University of Southern California in September 1984.    (AM-ITC 00364956-958 (Fritsch), AM-ITC 00372555).  Dr. Dukes ran an exhypoxic mouse assay. (AM-ITC 00364959 (Fritsch)).  In such a test, mice are put in a chamber where there is reduced oxygen.  Under these conditions, the mice produce a burst of EPO and their red cell counts go up. If the mice are left in this condition for a long period of time and then brought into normal atmosphere pressure, because there are so many red blood cells in their bodies, their EPO synthesis system shuts off. This makes the mice sensitive to, additional exogenous EPO, which is easily detected through incorporation of iron into reticulocytes. (AM-ITC 00364959-960 (Fritsch)).  Dr. Dukes reported that the samples Dr. Fritsch sent him showed EPO in vivo activity. (AM-ITC 00364959 (Fritsch)).

240.    Western blots (blots of gels where proteins have been run) were also done using COS cell produced EPO and naturally produced urinary EPO.  (AM-ITC 00364 (Fritsch)). Richard Wright did this work in September of 1984.  (AM-ITC 00364971-972 (Fritsch); AM-ITC 00373793 (Wright Laboratory Notebook 316)).  Because the recombinant EPO and the urinary EPO had the same molecular weight, Dr. Fritsch concluded that the COS cell material was fully glycosylated to an extent similar to natural EPO. (AM-ITC 00364 (Fritsch)).

241.    Having reviewed Dr. Fritsch's fourth quarterly report for 1984, (AM-ITC 00370295), it is clear that Genetics institute had multiple expression systems for expressing EPO including CHO and BPV vector systems as well as an insect cell expression. There was also a section on yeast expression.  Lastly, there was a section on bacterial cell expression. (AM-ITC 00370295).  Other reported work included growing up EPO producing cells in a large quantity in cell culture labs, bioassay work, and protein purification.

242.     Based on my review of the Fritsch Interference documents, by December 17, 1984, Dr. Randal Kaufman, who worked under Dr. Fritsch's direction as the scientist in charge of mammalian cell expression at Genetics Institute, (*see* AM-ITC 00367237-238 (Kaufman)), had also used CHO cells to express the recombinant EPO gene. Dr. Kaufman used essentially the same methodology that by 1984 had been used to express numerous other human glycoproteins. According to Dr. Kaufman, the produced EPO possessed the *in vivo* biological activity of causing human bone marrow cells to increase production of reticulocytes and red blood cells. (AM-ITC 00367241-242 (Kaufman)).

243.     In my opinion, based upon my review of the Fritsch Interference documents, the work performed by Dr. Fritsch and his colleagues at Genetics Institute after receiving purified urinary EPO from Dr. Miyake between April and December 1984 and especially after cloning the EPO gene in July 1984 was common practice in the field of biochemistry. The techniques used to express the biologically active recombinant EPO in mammalian cells and to purify the expressed biologically active EPO would have been obvious at the time to a biochemist working in the area of cloning and genetic expression.

## X.     OTHER TESTIMONY

244.     If called upon, I may further testify as to facts, opinions, and other matters relevant to this action. In this regard, I reserve the right to supplement my report as necessary to address any such additional matters.

## XI.     MATERIALS RELIED UPON

245.     In forming the above opinions, I have relied upon my education, training, experience and documents cited in the text of this report. In my report, I am citing to various articles, patents, and documents, and if called to testify, I will discuss the dates that are on the

116

face of these documents. For the purpose of brevity, in this report I may not repeat or discuss the dates on the face of each article, patent, and document cited to herein.

246.    I reserve the right to rely upon other materials generated in the further discovery proceedings or presented at trial. In connection with my testimony, I may also use certain graphic and/or demonstrative materials to illustrate my testimony at trial, including those materials listed at Exhibit C, and perhaps other demonstratives and graphics that have not yet been prepared and those based on documents identified in this report. I assume copies of these exhibits will be provided to Amgen as required. I reserve the right to rely upon testimony or other materials generated in further discovery proceedings or presented at trial.

247.    In the last four years I have not testified at any trial, deposition or court proceeding.

248.    My fee for consulting with Roche's attorneys during this case is $475 per hour.  I have not testified at trial or by deposition during the last four years.

249.    I declare that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 6, 2007

John Lowe, M.D.

118

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) by email and overnight mail on the below date.

Lloyd R. Day, Jr. (*pro hac vice*)
David A. Madrid (*pro hac vice*)
Linda A. Sasaki-Baxley (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO#542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

William G. Gaede III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
Thomas I. Ross (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN
LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Brooke Borel
April 6, 2007

# EXHIBIT A

CURRICULUM VITAE (Feb. 1, 2006)

## PERSONAL DATA

| | |
|---|---|
| Name: | John Burton Lowe |
| Birth date and birthplace: | June 13, 1953; Sheridan, Wyoming |
| Marital Status: | Married, Kimberly Dawn Lowe |
| Children: | Kathryn (6-5-83) and Hilary (5-9-85) |

## EDUCATION

| | |
|---|---|
| High School: | Diploma, 1971<br>Central High School<br>Cheyenne, Wyoming |
| Undergraduate: | B. A., Mathematics, 1976<br>University of Wyoming<br>Laramie, Wyoming |
| Graduate/<br>Professional: | M.D., 1980<br>University of Utah, College of Medicine<br>Salt Lake City, Utah |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Intern: | July 1, 1980 - June 30, 1981<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Resident: | July 1, 1981 - December 31, 1984<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Chief Resident: | July 1, 1983 - June 30, 1984<br>Barnes Hospital<br>Division of Laboratory Medicine<br>Departments of Pathology and Medicine<br>Washington University School of Medicine<br>St. Louis, Missouri |
| Postdoctoral research fellowship: | July 1, 1981 - June 30, 1983<br>American Cancer Society Postdoctoral Fellowship #PR-2089<br>Dept. of Microbiology and Immunology (Douglas E. Berg, Ph.D.)<br>Dept. of Biological Chemistry (Jeffrey I. Gordon, M.D.)<br>Washington University School of Medicine<br>St. Louis, Missouri |

ACADEMIC APPOINTMENTS

      Assistant Medical Director
            Barnes Hospital Blood Bank
            Barnes Hospital
            St. Louis, Missouri
            January 1, 1985 - October 31, 1986

      Instructor, January 1, 1985 - June 30, 1985
      Assistant Professor, July 1, 1985 - October 31, 1986
            Division of Laboratory Medicine
            Departments of Pathology and Medicine
            Washington University School of Medicine
            St. Louis, Missouri

      Assistant Professor, November 1, 1986 - August 31, 1991
      Associate Professor, September 1, 1991 - August 31, 1995
      Professor, September 1, 1995 - February 28, 2005
            Department of Pathology
            University of Michigan Medical School
            Ann Arbor, Michigan

      Assistant Investigator, November 1, 1986 - August 31, 1992
      Associate Investigator, September 1, 1992 - December 31, 1996
      Investigator, January 1, 1997 - February 28, 2005
            Howard Hughes Medical Institute
            University of Michigan Medical School
            Ann Arbor, Michigan

      Warner-Lambert/Parke-Davis Professor in Medicine, July 1, 1994 - Feb 28, 2005
            University of Michigan Medical School
            Ann Arbor, Michigan

      Research Professor, November 1, 2002 - Feb 28, 2005
            The Life Sciences Institute
            University of Michigan
            Ann Arbor, Michigan

      Professor (Adjunct), July 1, 1996 - present
            The Burnham Institute (formerly the La Jolla Cancer Research Foundation)
            La Jolla, California

      Henry Willson Payne Professor and Chair of Pathology, March 1, 2005 - present
            Case Western Reserve University School of Medicine/University Hospitals of Cleveland
            Cleveland, Ohio

CERTIFICATION AND LICENSURE

      Medical Licensure:      Ohio, 2005, 86058
                           Michigan, 1987, 4301050941
                           Missouri, 1981, R6B86 (inactive)

      Board Certification:     The American Board of Pathology in Clinical Pathology, November 1984

HONORS AND AWARDS

 Phi Beta Kappa, University of Wyoming, 1975

 Medical Student Summer Research Fellowship:  "In vitro translation of avian leukosis virus retroviral mRNA."  University of Utah College of Medicine, Salt Lake City, Utah, 1978

 Warner-Lambert/Parke-Davis Award in Experimental Pathology, 1992

 Howard and Martha Holley Symposium Research Prize in Rheumatology, American College of Rheumatology, 1993

 American Society of Clinical Pathologists Philip Levine Outstanding Research Award, 1997

 Fellow, American Association for the Advancement of Science, 2002

MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

 Member, American Association of Blood Banks, (1985 - present)
 Member, College of American Pathologists, (1986 - present)
 Member, American Association for the Advancement of Science, (1986 - present)
 Member, American Society for Cell Biology, (1987 - present)
 Member, American Association for Investigative Pathology, (1987 - present)
 Member, American Society for Biochemistry and Molecular Biology, (1991 - present)
 Member, Pluto Society (Association of American Pathologists), (1993 - present)
 Board of Directors, Society for Glycobiology, (1993 - 1996)
 Member, American Society for Clinical Investigation (ASCI), (1994 - present)
 President, Society for Glycobiology, (1998)
 Member, American Association of Physicians (AAP), (1999 - present)

ADMINISTRATIVE ACTIVITIES - Case School of Medicine (2005 - present)
 Member, Senior Advisors Committee, Center for AIDS Research Case SOM, (2005 - present)
 Member, Internal Advisory Board, Case Comprehensive Cancer Center, (2005 - present)
 Member, Executive Committee, Case/CCF BioBank, (2005 - present)
 Member, Executive Committee, Skin Diseases Research Center, Dept of Dermatology, Case SOM, (2005 - present)
 Member, Advisory Board, Center Of Research Translation in Psoriasis, Dept of Dermatology, Case SOM, (2005 - present)
 Member, Internal Review Committee, Medical Scientist Training Program (2006 - present)

ADMINISTRATIVE, TEACHING, CLINICAL SERVICE AND COMMITTEE ACTIVITIES - University of Michigan (1986 - 2005)

ADMINISTRATIVE AND COMMITTEE ACTIVITIES

Chair, Biological Sciences Scholars Program (BSSP) Committee, (2001 – 2005)
The 18 member BSSP Committee includes all medical school basic science chairs, 2 central campus basic science chairs, chairs and directors of 4 major clinical departments, and the directors of the Cancer Center, the Mental Health Research Institute, the Life Sciences Institute, and the Biophysics Program. Charge of the Chair; manage faculty recruiting for the Biological Sciences Scholars Program.
Chair, Task Force on Molecular Medicine Recruitment for the Life Sciences Institute, (2002 – 2005)
Charge; identify/recruit new faculty for the U of MI Life Sciences Institute
Member, Program Committee, Dept of Pathology Graduate Program, (1997 - 2005)
Member, Technology Transfer Committee, (1999 - 2005)
Member, Microarray/Microchip Technology Advisory Committee, (1999 - 2005)
Member, Biomedical Research Core Facilities Advisory Committee, (2000 - 2005)
Member, Chair Search Committee, Dept of Microbiology & Immunology, (2002 - 2003)
Member, Life Sciences Institute Advisory Committee, (2002 - 2005)
Member, Immunology Graduate Program, (2002 - 2005)
Member, Executive Committee for the Life Sciences Institute, (2003 - 2005)
Member, Search Committee, Vahlteich Chair in the College of Pharmacy (2003 – 2004)
Member, Search Committee, Ara G. Paul Professorship, College of Pharmacy (2004)
Member, Pathology Resident Selection Committee, University of MI Medical School, (1990 - 1996)
Member, Internal Review Committee, Dept. of Path., Univ. of MI Medical School, (1993 - 1995)
Chair, Research Faculty Search Committee for University of MI Dept. of Pathology, (1993 - 1994)
Co-chair, Unified Graduate Admission Program Task Group, Univ. of MI Med School, (1995 -1996)
Member, University of Michigan Associate Dean Search Committee, (1998 - 1999)
Member, Internal Review Committee, Dept. of Path., Univ. of MI Medical School, (1999)
Member, University of Michigan Medical School Strategic Planning Committee, (1999)
Chair, Univ. of MI Dept of Pathology Neuropathology Faculty Search Committee, (1997 - 2001)
Coordinator, Univ. of MI Dept. of Pathology Research Faculty Search Activity, (1997 - 2001)
Member, Program Committee, Cell and Molecular Biology Graduate Program, (1999 - 2003)
Member, Biological Sciences Scholars Program Committee, (2001)
Member, Medical School Office of Technology Transfer and Corp. Research Review Team, (2003)

TEACHING ACTIVITIES - University of Michigan (1986 - 2005)

Member, Cell and Molecular Biology (CMB) Ph.D. Graduate Program, (1991-1996; 1998 - 2003)
Member, Pathology Ph.D. Graduate Program, (1995 - 2005)
Member, Ph.D. Graduate Program in Immunology, (2002 - 2005)
Oral preliminary exam committee, Department of Pathology Ph.D. Program, (1995 - 2005)
Molecular Medicine Clinical Fellow Summer Course, (1993 - 2005)
Ph.D. Thesis committee member, CMB and Pathology Programs, (21 committees since 1990)
Member, Preliminary Exam Committee, Immunology Graduate Program, (2002 - 2005)

Clinical Pathology Grand Rounds
    Clinical application of the terminal transferase assay, (alternate years 1987 - 1995)
    Genetics of the human H, Se, and Lewis blood groups, (alternate years 1987 - 1995)
Written preliminary exam committee, Cell and Molecular Biology Program, (1991 - 1996)
Course Instructor, Research Colloquium in Experimental Pathology (Path 850), (1994)
Lecturer, University of MI Biochem 576 (Membranes and protein targeting), (1993, 1994)
Lecturer and coordinator, University of MI , Dept. of Pathology, Clinical Pathology
    Grand Rounds series on diagnostic applications of molecular genetics, (1989 - 1992)
Lecturer, University of MI Medicinal Chemistry 635; Molecular Biology of Glycans, (1993)
Lecturer, University of MI Pathology 630 (Pathology for Graduate Students)
    The Atherosclerotic Process I and II, (1988 - 1992)
Lecturer, University of MI Pathology 581, General Pathology for Graduate Students, (1988 - 1991)

CLINICAL SERVICE ACTIVITIES - University of Michigan (1986 - 2005)

University of Michigan Hospitals, Clinical Immunology Laboratory test sign out (serum and urine protein electrophoresis, immunofixation, and immunoelectrophoresis), (1987 - 2005)

ADMINISTRATIVE/COMMITTEE ACTIVITIES and GRANT REVIEW PANELS  - national

       Member, American Board of Pathology Test Committee for Molecular Pathology, (1986-1988)
       Member, Rowe Chair External Advisory Committee, UC Davis Medical School, (January 1994)
       Member, Transfusion Medicine SCOR Special Study Section, NIH, (March 1995)
       Member, Pathobiochemistry Study Section, Div. Res. Grants, NIH, (1993 - 1998)
       Reviewer's Reserve, Pathobiochemistry Study Section, Div. Res. Grants, NIH, (1998 - present)
       Member, Scientific Advisory Board, The Ara Parseghian Medical Research Foundation (Niemann-
            Pick disease type C), (1994 - present)
       Member, Howard Hughes Med. Inst. International Scholars Program Grant Review Committee, (2000)
       External Referee, Transfusion Medicine SCOR Special Study Section, NIH, (June 2000)

EDITORIAL ACTIVITIES

       Member, Editorial Board of the Journal of Biological Chemistry, (1991 - 1995)
       Member, Editorial Board of Archives of Biochemistry and Biophysics, (1996 - 1997)
       Member, Editorial Board of Glycobiology, (1996 - 1999)
       Deputy Editor, the Journal of Clinical Investigation, (1997 - 2002)
       Member, Editorial Board of the Federation European Biochemistry Society Journal, (2000 - present)
       Member, Editorial Board of Molecular Medicine, (2002 - 2006)
       Member, Editorial Board of the American Journal of Pathology, (2004 - present)

       Consulting Reviewer for Cell, Science, Immunity, Nature Immunology, American Journal of
       Pathology, Developmental Cell, EMBO Journal, Proc Natl Acad Sci USA, Nature Genetics, J Clin
       Invest, J Biol Chem, Biochemistry, J Cell Biol, J Exp Med, Eur  J Immunol, Nature Biotechnology,
       Blood, J Immunol, Biochemistry, Eur J Biochem, J Am Chem Soc, J Histochem Cytochem,
       Glycoconjugate J, Transfusion, J Neuroscience

CURRENT SCIENTIFIC RESEARCH SUPPORT

       "Carbohydrate-dependent adhesion of normal and tumor cells"
       Principle Investigator, Project 2:  "The $\alpha(1,3)$fucosyltransferase genes and selectin ligand expression"
       Inclusive dates of funding:  03/01/02 - 02/28/07; Project 2 current total direct costs: $778,839.00
       Source of award:  National Institutes of Health 1P01CA71932

SELECTED PAST SCIENTIFIC RESEARCH SUPPORT

Principle Investigator, "Glycoconjugate function in mammals"
Inclusive dates of funding: 11/01/1986 - 5/31/2005 (resigned)
Source of award: Howard Hughes Medical Institute

Consortium for functional genomics.
Principle Investigator, Bridging Project: "Fucosylated glycan structure and function"
Inclusive dates of funding: 09/30/01 - 08/31/06 Total direct costs: $318,459.00
Source of award: National Institutes of Health Grant GM 62116

Sponsor, Fellow to Faculty Transition Award, number 0275023N, for Jon W. Homeister (P.I.)
"T cell- and monocyte-specific alpha (1,3)-fucosyltransferase-dependent selectin ligand contributions to atherogenesis."
Inclusive dates of funding: 07/01/02 - 06/31/07; Total direct costs: $593,000.00
            Source of award: American Heart Association

"Oligosaccharides as Anti-Inflammatory Agents"; NIH Program Project Grant 1P01AI33189
P. I., Project 1: "Synthesis and Structure of Glycoconjugate Selectin Ligands"
Inclusive dates of funding: 10/01/96 - 09/30/2000; Project 1 total direct costs: $647,684.00

Principle Investigator, "Molecular biology of the human H and Se blood group genes".
Inclusive dates of funding: 08/01/92 - 06/30/97; Total direct costs: $276,544.00.
Source of award: National Institutes of Health 1R01HL48859

Principle Investigator, "Molecular biology of human $\alpha(1,3)$fucosyltransferase genes".
Inclusive dates of funding: 05/01/92-04/30/97; Total direct costs: $286,925.00.
Source of award: National Institutes of Health 1R01GM47455

U.S. PATENTS

U.S. Patent number 5,324,663. "Methods and products for the synthesis of oligosaccharide structures
    on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,595,900. "Methods and products for the synthesis of oligosaccharide structures
    on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,955,347. "Methods and products for the synthesis of oligosaccharide structures
    on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 6,268,193. "Methods and products for the synthesis of oligosaccharide structures
    on glycoproteins, glycolipids, or as free molecules"
Inventor: John B. Lowe

U.S. Patent number 5,646,248. "E-selection binding soluble lamp-1 polypeptide"
Inventors: Ritsuo Sawada, John B. Lowe, and Minoru Fukuda

U.S. Patent number 5,691,180. "DNA sequence encoding N-acetyl-galactosamine transferase
    products"
Inventors: John B. Lowe and Peter L. Smith

U.S. Patent number 5,770,420. "Methods and products for the synthesis of oligosaccharide structures
    on glycoproteins, glycolipids, or as free molecules"

Inventor: <u>John B. Lowe</u> and Daniel J. Legault

U.S. Patent number 5,807,732.  "GDP-L-fucose beta-D-galactoside 2-alpha-L-fucosyltransferases, DNA sequences encoding the same, method for producing the same, and a method for genotyping a person"
Inventors: <u>John B. Lowe</u>, Gregory G. Lennon, Robert J. Kelly, Silvie Rouquier, and Dominique Giorgi

U.S Patent number 6,693,183.  "Murine alpha(1,3)fucosyltransferase Fuc-TVII, DNA encoding the same, method for preparing the same, antibodies recognizing the same, immunoassays for detecting the same, plasmids containing such DNA, and cells containing such a plasmid.
Inventors: <u>John B. Lowe</u>, Shunji Natsuka, and Kevin M. Gersten

FOREIGN PATENTS

Australian Patent number 609083.  "Cloning and expression of a human alpha(1,3)fucosyltransferase, Fuc-TVI."
Inventor: <u>John B. Lowe</u>

New Zealand Patent number 314254.  "Cloning and expression of a human alpha(1,3)fucosyltransferase, Fuc-TVI."
Inventor: <u>John B. Lowe</u>

BIOTECHNOLOGY/PHARMACEUTICAL ACTIVITIES

Co-founder, Glycogen, Inc.            (1990 - 1992; purchased by Cytel Corporation)
South San Francisco, CA

Co-founder, Eos Biotechnology, Inc.   (1997 - 2003; purchased by Protein Design Labs, Inc.)
South San Francisco, CA

Member, Scientific Advisory Board, Thios Pharmaceuticals      (2002 - 2005)
Emeryville, CA

Member, Scientific Advisory Board, Abaron Biosciences, Inc.   (1999 - present)
San Diego, CA

Member, Scientific Advisory Board, Velcura Therapeutics, Inc. (2002 - present)
Ann Arbor, MI

BIBLIOGRAPHY

Scientific articles and invited reviews

1.   Sasakawa C, <u>Lowe JB</u>, McDivitt L, Berg DE.  Control of Tn5 transposition in E. coli.  Proc Natl Acad
     Sci USA 79:7450-7454. 1982.

2.   <u>Lowe JB</u>, Berg DE.  A product of the Tn5 transposase gene inhibits transposition.  Genetics 103:605-
     615, 1983.

3.   Berg DE, Egner C, <u>Lowe JB</u>.  Mechanism of F factor-enhanced excision of transposon Tn5.  Gene
     22:1-7, 1983.

4.   Berg DE, Schmandt MA, <u>Lowe JB</u>.  Specificity of transposon Tn5 insertion.  Genetics 105:813-828,
     1983.

5.   <u>Lowe JB</u>, Strauss AW, Gordon JI.  Expression of a mammalian fatty acid-binding protein in
     Escherichia coli. J Biol Chem 259:12696-12704, 1984.

6.   Gordon JI, Elshourbagy N, <u>Lowe JB</u>, Liao WS, Alpers DH, Taylor JM.  Tissue specific expression and
     developmental regulation of two rat fatty acid binding protein genes.  J Biol Chem 260:1995-1998,
     1985.

7.   <u>Lowe JB</u> Boguski MS, Sweetser DA, Elshourbagy NA, Taylor JM, Gordon JI.  Human liver fatty acid
     binding protein:  Isolation of a full length cDNA and comparative sequence analysis of orthologous
     and paralogous proteins.  J Biol Chem 260:3413-3417, 1985.

8.   Gordon JI, <u>Lowe JB</u>.  Analyzing the structures, functions, and evolution of two abundant
     gastrointestinal fatty acid binding proteins with recombinant DNA and computational techniques.
     Chemistry and Physics of Lipids 38:137-158, 1985.

9.   Sweetser DA, <u>Lowe JB</u>, Gordon JI.  The nucleotide sequence of the rat liver fatty acid-binding protein
     gene:  Evidence that exon 1 encodes an oligopeptide domain shared by a family of proteins which bind
     hydrophobic ligands.  J Biol Chem 261:5553-5561, 1986.

10.  <u>Lowe JB</u>.  Clinical applications of gene probes in human genetic disease, malignancy, and infectious
     disease.  Clin Chim Acta 157:1-32, 1986.

11.  Sacchettini JC, Meininger TA, <u>Lowe JB</u>, Gordon JI, Banaszak LJ.  Crystallization of rat intestinal fatty
     acid binding protein:  Preliminary X-ray data obtained from protein expressed in E. coli.  J Biol Chem
     262:5428-5430, 1987.

12.  <u>Lowe JB</u>, Sacchettini JC, Laposata M, McQuillan JJ, Gordon JI.  Expression of rat intestinal fatty acid
     binding protein in E. coli:  Purification and comparison of its ligand binding characteristics with that
     of E. coli derived liver fatty acid binding protein.  J Biol Chem 262:5931-5937, 1987.

13.  Keren DF, Warren JS, <u>Lowe JB</u>.  Strategy to diagnose monoclonal gammopathies in serum; high
     resolution electrophoresis, immunofixation and L/K quantification. Clin Chem 34:2196-2201, 1988.

14.  Ernst L, Rajan VP, Larsen R, Ruff M, <u>Lowe JB</u>.  Stable expression of blood group H determinants and
     GDP-L-fucose:β-D-Galactoside 2-α-L-fucosyltransferase in mouse cells after transfection with human
     DNA.  J Biol Chem 264:3436-3447, 1989.

15.  Yabkowitz R, <u>Lowe JB</u>, Dixit VM.  Expression and initial characterization of a recombinant human
     thrombospondin heparin binding domain.  J Biol Chem 264:10888-10896, 1989.

16.    Rajan VP, Larsen RD, Ajmera S, Ernst LK, <u>Lowe JB</u>.  A cloned human DNA restriction fragment determines expression of a GDP-L-fucose:β-D-galactoside 2-α-L-fucosyltransferase in transfected cells.  Evidence for isolation and transfer of the human H blood group locus.  J Biol Chem 264:11158-11167, 1989.

17.    Zhu XX, Kozarsky K, Strahler JR, Eckerskorn C, Lottspeich F, Melhem R, <u>Lowe J</u>, Fox DA, Hanash SM, Atweh GF.  Molecular cloning of a novel human leukemia associated gene: evidence of conservation in animal species.  J Biol Chem 264:14556-14560, 1989.

18.    Larsen RD, Rajan VP, Ruff MM, Kukowska-Latallo J, Cummings RD, <u>Lowe JB</u>.  Isolation of a cDNA encoding a murine UDP-Gal:β-D-Gal(1,4)-D-GlcNAc α(1,3)-galactosyltransferase; expression cloning by gene transfer.  Proc Natl Acad Sci USA 86:8227-8231, 1989.

19.    Smith DF, Larsen RD, Mattox S, <u>Lowe JB</u>, Cummings RD.  Transfer and expression of a murine UDP-Gal:β-D-Gal α1,3galactosyltransferase gene in transfected Chinese hamster ovary cells: Competition reactions between the α1,3galactosyltransferase and the endogenous α2,3 sialyltransferase.  J Biol Chem 265:6225-6234, 1990.

20.    Larsen RD, Rivera-Marrero CA, Ernst LK, Cummings RD, <u>Lowe JB</u>.  Frameshift and nonsense mutations in a human genomic sequence homologous to a murine UDP-Gal-β-D-Gal (1,4)-D-GlcNAc alpha(1,3)-galactosyltransferase χDNA.  J Biol Chem 265:7055-7061, 1990.

21.    Jefferson JR, Powell DN, Rymaszewski Z, Kukowska-Latallo JF, <u>Lowe JB</u>, Schroeder F.  Altered membrane structure in transfected mouse L-cell fibroblasts expressing rat liver fatty acid binding protein.  J Biol Chem 265:11062-11068, 1990.

22.    Kukowska-Latallo JF, Larsen RD, Rajan VP, <u>Lowe JB</u>.  A cloned human cDNA determines expression of a mouse stage-specific embryonic antigen and the Lewis blood group α1,3/1,4fucosyltransferase.  Genes and Development 4:1288-1303, 1990.

23.    Larsen RD, Ernst LK, Rajan VP, <u>Lowe JB</u>.  Molecular cloning, sequence, and expression of human GDP-L-fucose:β-D-galactose 2-α-L-fucosyltransferase cDNA that can form the H blood group antigen.  Proc Natl Acad Sci USA 87:6674-6678, 1990.

24.    <u>Lowe JB</u>, Stoolman LM, Nair RJ, Larsen RD, Berhend T, Marks RM.  ELAM-1-dependent cell adhesion to vascular endothelium determined by a transfected human fucosyltransferase cDNA.  Cell 63:475-484, 1990.

25.    Nemecz G, Hubbel T, Jefferson JR, <u>Lowe JB</u>, Schroeder F.  Interaction of fatty acids with rat intestinal and liver fatty acid binding proteins expressed in E. coli.  Arch Biochem Biophys 286:300-309, 1991.

26.    <u>Lowe JB</u>, Kukowska-Latallo JF, Nair RP, Larsen RD, Marks RM, Macher BA, Kelly RJ, Ernst LK.  Molecular cloning of a human fucosyltransferase gene that determines expression of the Lewis x and VIM-2 epitopes but not ELAM-1-dependent cell adhesion.   J Biol Chem 266:17467-17477, 1991.

27.    Dumas DP, Ichikawa Y, Wong C-H, <u>Lowe JB</u>, Nair RP.  Enzymatic synthesis of sialyl Le$^x$ and derivatives based on a recombinant fucosyltransferase.  Bio Med Lett 1:425-428, 1991.

28.    <u>Lowe JB</u>, Stoolman LM, Nair RP, Larsen RD, Behrend TL, Marks RM.  A transfected human fucosyltransferase cDNA determines biosynthesis of oligosaccharide ligand(s) for endothelial-leukocyte adhesion molecule 1.  Biochem Soc Trans 19:649-653, 1991.

29.    <u>Lowe JB</u>.  Molecular cloning, expression, and uses of mammalian glycosyltransferases.  Semin Cell Biol 2:289-307, 1991.

30. Weston BW, Nair R, Larsen, RD, <u>Lowe JB</u>. Isolation of a novel human α(1,3)fucosyltransferase gene and molecular comparison to the human Lewis blood group α(1,3/1,4)fucosyltransferase gene. Syntenic, homologous, non-allelic genes encoding enzymes with distinct acceptor substrate specificities. J Biol Chem 267:4152-4160, 1992.

31. Ball GE, O'Neill R, Schultz JE, <u>Lowe JB</u>, Weston BW, Nagy JO, Brown EG, Hobbs C, Bednarski MD. Synthesis and structural analysis using 2-D NMR of sialyl Lewis X (SLe$^X$) and Lewis X (Le$^x$) oligosaccharides: ligands related to E-selectin (ELAM-1) binding. J Am Chem Soc 114:5449-5451, 1992.

32. Wong CH, Dumas DP, Ichikawa Y, Koseki K, Danishefsky SJ, Weston BW, <u>Lowe JB</u>. Specificity, inhibition and synthetic utility of a recombinant human α1,3fucosyltransferase. J Am Chem Soc 114:5449-5451, 1992.

33. Weston BW, Smith PL, Kelly RJ, <u>Lowe JB</u>. Molecular cloning of a fourth member of a human α(1,3)fucosyltransferase gene family: multiple homologous sequences that determine expression of the Lewis x, sialyl Lewis x, VIM-2, and difucosyl sialyl Lewis x epitopes. J Biol Chem 267:24575-24584, 1992.

34. Sawada R, <u>Lowe JB</u>, and Fukuda M. E-selectin-dependent adhesion efficiency of colonic carcinoma cells is increased by genetic manipulation of their cell surface lysosomal membrane glycoprotein-1 expression levels. J Biol Chem 268:12675-12681, 1993.

35. Mulligan MS, Paulson JC, De Frees S, Zheng Z-L, <u>Lowe JB</u>, and Ward PA. Protective effects of oligosaccharides in P-selectin-dependent lung injury. Nature 364:149-151, 1993.

36. Mulligan MS, <u>Lowe JB</u>, Larsen RD, Paulson JC, Walker L, Maemura K, Fukuda M, and Ward PA. Protective effects of sialylated oligosaccharides in immune complex-induced acute lung injury. J Exp Med 178:623-631, 1993.

37. Yago K, Zenita K, Ginya H, Sawada M, Ohmori K, Okuma M, Kannagi R, and <u>Lowe JB</u>. Expression of α(1,3)fucosyltransferases which synthesize sialyl Lewis x and sialyl Lewis a, the carbohydrate ligands for E- and P-selectins in human malignant cell lines. Cancer Res 53:5559-5565, 1993.

38. Reguigne I, James MR, Richard III CW, Mollicone R, Seawright A, <u>Lowe JB</u>, Oriol R, and Couillin P. The gene of the myeloid α-3-fucosyltransferase (FUT4) is located between D11S388 and D11S919 on 11q21. Cytogenet Cell Genetics 66:104-106, 1994.

39. Mollicone R, Reguigne I, Fletcher A, Aziz A, Rustam M, Weston BW, Kelly RJ, <u>Lowe JB</u>, and Oriol R. Molecular basis for plasma α(1,3)fucosyltransferase deficiency (FUT6). J Biol Chem 269:12662-12671, 1994.

40. Mollicone R, Reguigne I, Kelly RJ, Fletcher A, Watt J, Chatfield S, Aziz A, Cameron HS, Weston BW, <u>Lowe JB</u>, and Oriol R. Molecular basis for Lewis α(1,3/1,4)fucosyltransferase gene deficiency (FUT3) found in Lewis-negative Indonesian pedigrees. J Biol Chem 269:20987-20994, 1994.

41. Natsuka S, and <u>Lowe JB</u>. Enzymes involved in mammalian oligosaccharide biosynthesis. Current Biology 4:683-691, 1994.

42. Smith PL, and <u>Lowe JB</u>. Molecular cloning of a murine N-acetylgalactosaminyltransferase cDNA that determines expression of the T-lymphocyte-specific CT oligosaccharide differentiation antigen. J Biol Chem 269:15162-15171, 1994.

43. Natsuka S, Gersten KM, Zenita K, Kannagi R, and <u>Lowe JB</u>. Molecular cloning of a cDNA encoding a novel human leukocyte α(1,3)fucosyltransferase capable of synthesizing the sialyl Lewis x determinant. J Biol Chem 269:16789-16794, 1994.

44.   Kelly RJ, Ernst LK, Larsen RD, Bryant JG, Robinson JD, and Lowe JB. Molecular basis for H blood group deficiency in Bombay (O$_h$) and para-Bombay individuals. Proc Natl Acad Sci USA 91:5843-5847, 1994.

45.   Sueyoshi S, Tsuboi S, Sawada-Hirai R, Dang U-CN, Lowe JB, and Fukuda M: Expression of distinct fucosylated oligosaccharides and carbohydrate-mediated adhesion efficiency directed by two different $\alpha$1,3-fucosyltransferases; Comparison of E- and L-selectin-mediated adhesion. J Biol Chem 269:32342-32350, 1994.

46.   Rouquier S, Lowe JB, Fertitta AL, Kelly RJ, Lennon GG, and Giorgi D. Molecular cloning of a human genomic region containing the H blood group $\alpha$(1,2)fucosyltransferase gene and two H locus-related DNA restriction fragments. Isolation of a candidate for the human Secretor blood group locus. J Biol Chem 270:4632-4639, 1995.

47.   Kelly RJ, Rouquier S, Giorgi D, Lennon GG, and Lowe JB. Sequence and expression of a candidate for the human Secretor blood group $\alpha$(1,2)fucosyltransferase gene (FUT2); homozygosity for an enzyme-inactivating nonsense mutation commonly correlates with the non-secretor phenotype. J Biol Chem 270:4640-4649, 1995.

48.   Masteller E, Larsen RD, Carlson LM, Pickel JM, Nickoloff B, Lowe J, Thompson CB, and Lee KP: Chicken B Cells undergo discrete developmental changes in surface carbohydrate structure that appear to play a role in directing lymphocyte migration during embryogenesis. Development 121:1657-1667, 1995.

49.   Reguigne-Arnould I, Couillin P, Mollicone R, Faure S, Fletcher A, Kelly RJ, Lowe JB, and Oriol R: Relative positions of two clusters of human $\alpha$-L-fucosyltransferases in 19q (FUT1-FUT2) and 19p (FUT6-FUT3-FUT5) within the microsatellite genetic map of chromosome 19. Cytogenet Cell Genet, 71:158-162, 1995.

50.   Legault DJ, Kelly RJ, Natsuka Y, and Lowe JB. Human $\alpha$(1,3/1,4)fucosyltransferases discriminate between different oligosaccharide acceptor substrates through a discrete peptide fragment. J Biol Chem 270:20987-20996, 1995.

51.   Thall AD, Maly P, and Lowe JB. Oocyte Gal$\alpha$1,3Gal epitopes implicated in sperm adhesion to the zona pellucida glycoprotein ZP3 are not required for fertilization in the mouse. J Biol Chem 270:21437-21440, 1995.

52.   Scheidegger EP, Sternberg LR, Roth J, and Lowe JB. A human STX cDNA confers polysialic acid expression in mammalian cells. J Biol Chem 270:22685-22688, 1995.

53.   Gersten KM, Natsuka S, Trinchera M, Petryniak B, Kelly RJ, Hiraiwa N, Jenkins NA, Gilbert DJ, Copeland NG, and Lowe JB. Molecular cloning, expression chromosomal assignment, and tissue-specific expression of a murine $\alpha$(1,3)fucosyltransferase locus corresponding to the human ELAM-1 Ligand Fucosyl Transferase (ELFT/Fuc-TIV). J Biol Chem 270:25047-25056, 1995

54.   Henry S, Mollicone R, Lowe JB, Samuelsson B, and Larson G. A second non-secretor allele of the blood group $\alpha$(1,2)fucosyltransferase (FUT2). Vox Sang 70:21-25, 1996.

55.   Smith PL, Gersten KM, Petriniak B, Kelly RJ, Rogers C, Natsuka Y, Alford JA III, Natsuka S, and Lowe JB. Expression of the $\alpha$(1,3)fucosyltransferase Fuc-TVII in lymphoid aggregate high endothelial venular endothelial cells correlates with expression of L-selectin ligands. J Biol Chem 271:8250-8259, 1996.

56.   Knibbs RN, Craig RA, Natsuka S, Chang A, Cameron M, Lowe JB, and Stoolman LM. The fucosyltransferase Fuc-TVII regulates E-selectin ligand synthesis in human T-cells. J Cell Biol 133:911-920, 1996.

57.    Thall AD, Murphy H, and <u>Lowe JB</u>. α(1,3)Galactosyltransferase deficient mice produce naturally occurring cytotoxic anti-Gal antibodies. Transplantation Proc. 28:556-557, 1996.

58.    Wagers AJ, <u>Lowe JB</u>, and Kansas GS. An important role for the α1,3fucosyltransferase Fuc-TVII in leukocyte adhesion to E-selectin. Blood 88:2125-2132, 1996.

59.    Fuhlbrigge RC, Alon R, Puri KD, <u>Lowe JB</u>, and Springer TA. Sialylated, fucosylated ligands for L-selectin expressed on leukocytes mediate tethering and rolling adhesions in physiologic flow conditions. J Cell Biol 135:837-848, 1996.

60.    Maly P, Thall AD, Petryniak B, Rogers CE, Smith PL, Marks RM, Kelly RJ, Gersten KM, Cheng G, Saunders TL, Camper SA, Camphausen RT, Sullivan FX, Isogai Y, Hindsgaul O, von Adrian UH, and <u>Lowe JB</u>. The α(1,3)fucosyltransferase Fuc-TVII controls leukocyte trafficking through an essential role in L-, E-, and P-selectin ligand expression. Cell 86:643-653, 1996.

61.    Dohi T, Yuyama Y, Natori Y, Smith PL, <u>Lowe JB</u>, and Oshima M. Detection of N-acetylgalactosaminyltransferase mRNA which determines expression of the Sda blood group carbohydrate structure in human gastrointestinal mucosa and cancer. Int J Cancer 67: 626-631, 1996.

62.    Lee KP. Carlson LM, Woodcock JB, Ramachandra N, Schultz TL, Davis TA, <u>Lowe JB</u>, Thompson CB and Larsen RD. Molecular cloning and characterization of CFT1, a developmentally regulated avian alpha-1,3-fucosyltransferase gene. J Biol Chem 271: 32960-32967, 1996.

63.    Prieto PA, Larsen RD, Rivera HN, Shilatifardi A, <u>Lowe JB</u>, Cummings RD, and Smith DF. Expression of the human H-type α1,2fucosyltransferase encoding for blood group H(O) antigen in Chinese hamster ovary cells: evidence for potential fucosylation and truncation of polylactosamine sequences. J Biol Chem 272: 2089-2097, 1997.

64.    <u>Lowe JB</u> and Ward PA. Therapeutic inhibition of carbohydrate-protein interactions in vivo. J Clin Invest 99: 822-826, 1997.

65.    Domino S, Hiraiwa N, and <u>Lowe JB</u>. Molecular cloning, chromosomal assignment and tissue specific expression of a murine alpha(1,2)fucosyltransferase expressed in thymic and epididymal epithelial cells. Biochem J 327:105-115, 1997.

66.    <u>Lowe JB.</u> Selectin ligands, leukocyte trafficking, and fucosyltransferase genes. Kidney Intl 51:1418-1426, 1997.

67.    Frenette PS, Moyna C, Hartwell DQ, <u>Lowe JB</u>, Hynes RO, and Wagner DD. Platelet-endothelial interactions in inflamed mesenteric venules. Blood 91:1318-1324, 1998.

68.    Niemela R, Natunen J, Majuri M-L, Maaheimo H, Helin J, <u>Lowe JB</u>, Renkonen O, and Renkonen R. Complementary acceptor and site specificities of Fuc-TIV and Fuc-TVII allow effective biosynthesis of sialyl-triLex and related polylactosamines present on glycoprotein counterreceptors of selectins. J Biol Chem 273:4021-4026, 1998.

69.    Mulligan MS, Warner RL, <u>Lowe JB</u>, Suzuki Y, Miyasaka M, Yamaguchi S, Ohta Y, Tsukada Y, Kiso M, Hasegawa A, and Ward PA. "In vitro and in vivo selectin-blocking activities of sulfated lipids and sulfated sialyl compounds". Int Immunol 10:569-575, 1998.

70.    Ohyama C, Smith PL, Angata K, Fukuda MN, <u>Lowe JB</u>, and Fukuda M. Molecular cloning and expression of GDP-D-mannose-4,6-dehydratase, a key enzyme for fucose metabolism defective in Lec13 cells. J Biol Chem 273:14582-14587, 1998.

71.    Homeister JW, Zhang M, Frenette PS, Hynes RO, Wagner DD, <u>Lowe JB</u>, and Marks RM. Overlapping functions of E- and P-selectin in neutrophil recruitment during acute inflammation. Blood 92:2345-2352, 1998.

72.  Wolber FM, Curtis JL, Maly P, Kelly RJ, Smith P, Yednock TA, Lowe JB, and Stoolman LM.
     Endothelial selectins and α4 integrins regulate independent pathways of T-lymphocyte recruitment in
     the pulmonary immune response.  J Immunol 161:4396-4404, 1998.

73.  Swarte VVR, Joziasse DH, Van den Eijnden DH, Petryniak B, Lowe JB, Kraal G, and Mebius RE.
     Regulation of fucosyltransferase-VII expression in peripheral lymph node high endothelial venules.
     Eur J Immunol, 28:3040-3047, 1998.

74.  Knibbs RN, Craig RA, Maly P, Thall AD, Smith PL, Wolber F, Lowe JB, and Stoolman LM.
     Fucosyltransferase Fuc-TVII-dependent synthesis of P-selectin ligands on cultured T lymphoblasts.  J
     Immunol 161:6305-6315, 1998.

75.  Ellies LG, Tsuboi S, Petryniak B, Lowe JB, Fukuda M, and Marth JD.  Core 2 oligosaccharide
     biosynthesis distinguishes between selectin ligands essential for leukocyte homing and inflammation.
     Immunity 9:881-890, 1998.

76.  Mohlke KL, Purkayastha AA, Westrick RJ, Smith PL, Petryniak B, Lowe JB, and Ginsburg D.  *Mvwf*,
     a dominant modifier of von Willebrand factor, results from altered lineage-specific expression of a
     glycosyltransferase. Cell 96:111-120, 1999.

77.  Roberts AW, Kim C, Zhen L, Lowe JB, Kapur R, Petryniak B, Spaetti A, Pollock J, Borneo JB,
     Bradford GB, Atkinson SJ, Dinauer MC, and Williams DA.  Deficiency of the hematopoietic cell-
     specific Rho-family GTPase, Rac2, is characterized by multiple abnormalities in neutrophil function
     and impaired host defense.  Immunity 10:183-196, 1999.

78.  Hiraoka N, Tsuboi S, Suzuki M, Petryniak B, Nakayama J, Izawa D, Tanaka T, Miyasaka M,  Lowe
     JB, and Fukuda M.  A novel, high endothelial venule-specific sulfotransferase directs expression of 6-
     sulfo sialyl Lewis x, an L-selectin ligand displayed by CD34.  Immunity 11:79-89, 1999.

79.  Becker DJ, and Lowe JB.  Leukocyte Adhesion Deficiency Type II.  Biochem Biophys Acta
     1455:193-204, 1999.

80.  Weninger W, Ulfman LH, Cheng G, Lowe JB, and von Andrian UH.  Specialized contributions by
     alpha(1,3)-fucosyltransferase-IV and FucT-VII during leukocyte rolling in dermal microvessels.
     Immunity 12:665-676, 2000.

81.  Williams DA, Tao W, Yang F, Kim C, Gu Y, Mansfield P, Levine JE,  Bronia Petryniak, B, Derrow
     CW, Harris C,  Jia B, Zheng Y, Ambruso D, Lowe JB, Atkinson SJ, Dinauer MC, and Boxer L,
     Dominant negative mutation of the hematopoietic-specific Rho GTPase, Rac 2, is associated with a
     human phagocyte immunodeficiency.  Blood 96:1646-1654, 2000.

82.  Huang M-C, Zollner O, Moll T, Maly P, Thall AD, Lowe JB, and Vestweber D.  P-selectin
     glycoprotein ligand-1 and E-selectin ligand-1 are differentially modified by FucT-IV and FucT-VII in
     mouse neutrophils. J Biol Chem 275:31353-31360, 2000.

83.  Misra AK, Ding Y, Lowe JB, and Hindsgaul O.  A concise synthesis of the 6-O- and 6'-O-sulfated
     analogues of the sialyl Lewis X tetrasaccharide.  Bioorg Med Chem Lett 10:1505-1509, 2000.

84.  Pykari M, Toivonen S, Natunen J, Niemela R, Salminen H, Aitio O, Ekstrom M, Parmanne P,
     Valimaki M, Alais J, Auge C, Lowe JB, Renkonen O, and Renkonen R.  The acceptor and site
     specificity of alpha3Fucosyltransferase V. high reactivity of the proximal and low of the distal
     Galbeta1-4GlcNAc unit in i-type polylactosamines.  J Biol Chem 275:40057-40063, 2000.

85.  Lowe JB.  Glycosylation, Immunity, and Autoimmunity.  Cell 104:809-812, 2001.

86.     Domino S, Zhang L, and Lowe JB. Molecular cloning, genomic mapping, and expression of two Secretor blood group α(1,2)fucosyltransferase genes differentially regulated in mouse uterine epithelium and gastrointestinal tract. J Biol Chem 276:23748-23756, 2001.

87.     Yeh J-C, Hiraoka N, Petryniak B, Nakayama J, Ellies LG, Rabuka D, Hindsgaul O, Marth JD, Lowe JB, and Fukuda M. Novel sulfated lymphocyte homing receptors and their control by a new core 1 extension β1,3-N-acetylglucosaminyltransferase. Cell 105:957-969, 2001.

88.     Homeister JH, Thall A, Petryniak B, Maly P, Rogers CE, Smith PL, Kelly RJ, Gersten KM, Misra A, Cheng G, Askari S, Smithson G, Marks RM, Hindsgaul O, von Adrian UH, and Lowe JB. The α(1,3)fucosyltransferases Fuc-TIV and Fuc-TVII exert collaborate control over selectin-dependent leukocyte recruitment and lymphocyte homing. Immunity 15:115-126, 2001.

89.     Smithson G, Rogers CE, Smith PL, Scheidegger EP, Petryniak B, Myers JT, Kim DSL, Homeister JW, and Lowe JB. Fuc-TVII is required for Th1 and Tc1 lymphocyte selectin ligand expression and recruitment in inflammation, and together with Fuc-TIV regulates naïve T cell trafficking to lymph nodes. J Exp Med 194:601-614, 2001.

90.     Domino SE, Zhang L, Gillespie PJ, Saunder TL, and Lowe JB. Deficiency of reproductive tract α(1,2)fucosylated glycans and normal fertility in mice with targeted deletions of the FUT1 or FUT2 α(1,2)fucosyltransferase loci. Mol Cell Biol 21:8336-8345, 2001.

91.     Pendl GG, Robert C,Steinert M, Thanos R, Eytner R, Borge E, Fuhlbrigge RC, Kupper TS, Lowe JB, Vestweber D, and Grabbe S. Immature mouse dendritic cells enter inflamed tissue, a process that requires E- and P-selectin, but not PSGL-1. Blood 99:946-956, 2002.

92.     Erdmann I, Scheidegger EP, Koch FK, Heinzerling L, Odermatt B, Burg G, Lowe JB, and Kundig TM. Fucosyltransferase-VII deficient mice with defective E-, P- and L-selectin ligands show impaired CD4+ and CD8+ T cell migration into the skin but normal extravasation into visceral organs. J Immunol 168:2139-2146, 2002.

93.     Mazo IB, Quackenbush EJ, Lowe JB, and von Andrian UH. Total body irradiation causes profound changes in endothelial traffic molecules for hematopoietic progenitor cell recruitment to bone marrow. Blood 99:4182-4191, 2002.

94.     Chervin SM, Lowe JB, and Koreeda M. Synthesis and biological evaluation of a new sialyl Lewis x mimetic derived from lactose. J Org Chem 67:5654-5662, 2002.

95.     Smith PL, Myers JT, Rogers CE, Zhou L, Petryniak B, Becker DJ, Homeister JW. and Lowe JB. Conditional control of selectin ligand expression and global fucosylation events in mice with a targeted mutation at the FX locus. J Cell Biol 158:801-815, 2002.

96.     Lowe JB. Glycosylation in the control of selectin counter-receptor structure and function. Immunol Rev 186:19-36, 2002.

97.     Thomsson KA, Hinojosa-Kurtzberg M, Axelsson KA, Domino SE, Lowe JB, Gendler SJ, and Hansson GC. Intestinal mucins from cystic fibrosis mice shown increased fucosylation due to an induced Fucα1-2 glycosyltransferase. Biochem J 367(Pt 3):609-616, 2002.

98.     Becker DJ, Myers JT, Ruff MM, Smith PL, Gillespie BW, Ginsburg D, and Lowe JB. Strain-specific modification of lethality in fucose-deficient mice. Mammalian Genome 14:130-139, 2003.

99.     Mitoma J, Petryniak B, Hiraoka N, Yeh J-C, Lowe JB, and Fukuda M. Extended core 1 and core 2 branched O-glycans differentially modulate sialyl Lewis x-type L-selectin ligand activity. J Biol Chem 278:9953-9961, 2003.

100.    Becker DJ and <u>Lowe JB</u>. Fucose: Biosynthesis and biological function in mammals. Glycobiology 13:41R-53R, 2003.

101.    <u>Lowe JB</u> and Marth JD. Genetic approaches to glycan function in mammals. Annu Rev Biochem 72:643-691, 2003.

102.    <u>Lowe JB</u>. Glycan-dependent leukocyte adhesion and recruitment in inflammation Curr Opin Cell Biol 15:531-538, 2003.

103.    M'Rini C, Chang G, Schweitzer C, Cavanagh LL, Palframan RT, Warnock RA, <u>Lowe JB</u>, Quackenbush EJ, and von Andrian UH. A novel endothelial L-selectin ligand in lymph node medulla that is regulated by $\alpha(1,3)$-Fucosyltransferase-IV. J Exp Med 198:1301-1312, 2003.

104.    Hiraoka N, Kawashima H, Petryniak B, Nakayama J, Mitoma J, Marth JD, <u>Lowe JB</u>, and Fukuda M. Core 2 branching $\beta1,6$-N-Acetylglucosaminyltransferase and HEV-Restricted sulfotransferase collaboratively control lymphocyte homing. J Biol Chem 279:3058-3067, 2004.

105.    Haltiwanger RS and <u>Lowe JB</u>. The role of glycosylation in development. Annu Rev Biochem 73:491-537, 2004.

106.    Homeister JW, Daugherty A and <u>Lowe JB</u>. $\alpha(1,3)$Fucosyltransferases IV and VII control susceptibility to atherosclerosis in ApolipoproteinE(-/-) mice. Arterioscler Thromb Vasc Biol. 24:1897-1903, 2004.

107.    Piccio L, Rossi B, Colantonio L, Grenningloh R, Gho A, Ottoboni L, Homeister JW, Scarpini E, Martinello M, Laudanna C, D'Ambrosio D, <u>Lowe JB</u>, and Constantin G.. Efficient recruitment of lymphocytes in inflamed brain venules requires expression of cutaneous lymphocyte antigen (CLA) and fucosyltransferase-VII. J Immunol 174:5805-5813, 2005.

108.    <u>Lowe JB</u>. Does Notch take the sweet road to success? Science 307:1570-1572, 2005.

109.    Siegmund K, Feuerer M, Siewert C, Ghani S, Haubold U, Dankof A, Krenn V, Schon MP, Scheffold A, <u>Lowe JB</u>, Hamann A, Syrbe U, and Huehn J. Migration matters: regulatory T cell compartmentalization determines suppressive activity in vivo. Blood 106:3097-3104, 2005.

110.    Satoh T, Kanai Y, Wu Ming-Hua, Yokozeki H, Kannagi R, <u>Lowe JB</u> and Nishioka K. Synthesis of $\alpha(1,3)$ fucosyltransferase IV and VII-dependent eosinophil selectin ligand and recruitment to the skin. Am J Pathol. 167: 787-796, 2005.

111.    Kawashima H, Petryniak P, Hiraoka N, Mitoma J, Huckaby V, Nakayama J, Uchimura K, Kadomatsu K, Muramatsu T, <u>Lowe JB</u>, and Fukuda M. N-acetylglucosamine-6-O-sulfotransferase-1 and -2 cooperatively control lymphocyte homing through L-selectin ligand biosynthesis in high endothelial venules. Nature Immunol. 6:1096-1104, 2005.

112.    Chen S, Kawashima H, <u>Lowe JB</u>, Lanier LL, and Fukuda M. L-selectin-mediated NK cell recruitment to lymph nodes in mice. J Exp Med 202:1679-1689, 2005.

113.    Schreiber T, Ehlers S, Holscher A, Aly S, <u>Lowe JB</u>, and Holscher C. Roles of fucosyltransferase-modified selectin ligands for T cell responses to airborne tuberculosis. J Immunol 176:1131-1140, 2006.

<u>Book Chapters and Symposia Proceedings:</u>

1.    Berg DE, <u>Lowe JB</u>, Sasakawa C, McDivitt L. The mechanism and control of Tn5 transposition. In: Stadler Genetics Symposium, Vol. 14 pp 5-28, Redei, G., Editor. St Louis: University of Missouri Press, 1982.

2.    Lodge J, Weston-Hafer K, <u>Lowe JB</u>, Dodson KW, Berg DE.  Determinants of Tn5 insertion specificity.  In:  Genome Rearrangement (Proceedings of the UCLA Symposium on Molecular and Cellular Biology) Vol. 20, pp 37-42.  New York:  Alan Liss, Inc., 1984.

3.    Schroeder F, Butko P, Nemecz G, Jefferson JR, Powell D, Rymaszewski Z, Dempsey ME, Kukowska-Latallo J, <u>Lowe JB</u>.  Sterol carrier protein; ubiquitous protein in search of a function.  In: Bioengineered Molecules: Basic and Clinical Aspects, Vol. 1, pp 29-45.  Verna R, Blumenthal R, Frati L, Editors,  Serono Symposia Series, Raven Press, 1989.

4.    <u>Lowe JB</u>.  Red Cell Membrane Antigens.  *The Molecular Basis of Blood Diseases.* Stamatoyannopoulos G, Nienhuis AW, Majerus PW, and Varmus H (eds.).  W. B. Saunders Company, Orlando, Florida, 1993.

5.    <u>Lowe JB</u>.  The blood group-specific human glycosyltransferases.  *Red cell membrane and red cell antigens*.  In: Baillière's Clinical Haematology International Practice and Research.  Tanner MJA, and Anstee DJ (eds).  Baillière Tindall, W.B. Saunders Company, London, 1993, 6(2) 465-    492.

6.    <u>Lowe JB</u>.  Carbohydrate-associated blood group antigens: The ABO, H/Se, and Lewis loci.  In: Immunobiology of Transfusion Medicine.  Garratty G (ed).  Marcel Dekker, Inc., New York, NY, 1993.

7.    <u>Lowe JB</u>.  Molecular Biology: Basic Concepts.  *Clinical Laboratory Medicine*, KD McClatchey (ed.) Williams & Wilkins, Baltimore, MD, 1994.

8.    <u>Lowe JB</u>.  Specificity and expression of carbohydrate ligands.  *Handbook of Immunopharmacology - Adhesion Molecules*.  CP Page (ed.) Academic Press, London, 1994.

9.    <u>Lowe JB</u>.  Oligosaccharide-dependent mechanisms of leukocyte adhesion.  *Homing Mechanisms and Cellular Targetting*.  BR Zetter (ed.) JAI Press, New York, 1994.

10.   <u>Lowe JB</u>.  Carbohydrate recognition in cell-cell interaction.  Molecular Glycobiology.  In: *Frontiers in Molecular Biology*.  Fukuda M (ed).  Oxford University Press, Oxford, UK, 1994.

11.   <u>Lowe JB</u>.  Biochemistry and Biosynthesis of ABH and Lewis antigens.  Characterization of blood group specific glycosyltransferases.  Molecular basis of major blood group antigens, In: Blood cell biochemistry, Volume 6.  J-P Cartron and P Rouger (eds.) Plenum Press, London, 1995.

12.   <u>Lowe JB</u>.  The carbohydrate components of selectin ligands.  In "The selectins: initiators of leukocyte endothelial adhesion."  Vestweber D (ed).  Harwood Academic Publishers, Reading, UK, 1996.

13.   <u>Lowe JB</u> and Marth J.  Structures Common to Different Types of Oligosaccharides. IN *Essentials of Glycobiology*.  Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds).  Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

14.   <u>Lowe JB</u> and Varki A.:  Glycosyltransferases.  IN *Essentials of Glycobiology*.  Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds).  Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

15.   <u>Lowe JB</u> and Freeze H.  Genetic Disorders of Glycosylation in Intact Animals. IN *Essentials of Glycobiology*.  Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds).  Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

16.   Cummings RD and <u>Lowe JB</u>.  The Selectins. IN *Essentials of Glycobiology*.  Varki A, Esko J, Cummings R, Freeze HH, Hart GW, and Marth J. (eds).  Cold Spring Harbor Laboratory Press, Plainview, NY, 1999.

17.     Homeister JW and <u>Lowe JB</u>.  Carbohydrate recognition in leukocyte-endothelial cell interaction. Molecular Glycobiology.  In:  *Frontiers in Molecular Biology*.  Fukuda M (ed).  Oxford University Press, Oxford, UK, 2000.

18.     <u>Lowe JB</u>.  Red Cell Membrane Antigens., pp. 314-361, IN *The Molecular Basis of Blood Diseases, 3rd Edition*.  Stamatoyannopoulos G, Nienhuis AW, Majerus PW, and Varmus H (eds.).  W. B. Saunders Company, Orlando, Florida, 2001.

19.     <u>Lowe JB</u>.  Glycosyltransferases and glycan structures contributing to the adhesive activities of L-, E-, and P-selectin counter-receptors.  Biochem Soc Symp 33-45, 2002.

20.     Hart GW, <u>Lowe JB</u>, and Sathyamoorthy N. Glycobiology and Cancer: Meeting Summary and Future Directions. Cancer Biol Ther. 3:233-237, 2004.

<u>Short Editorials:</u>

1.     Weiss SJ, Ginsburg D, and <u>Lowe JB</u>.  An unvarnished truth.  J Clin Invest 104:1642-1644, 1999.

2.     <u>Lowe JB</u>.  Fucose-dependent repair of LADII.  Inside Blood.  Blood 97:2, 2001.

<u>Selected Manuscripts Submitted or in Preparation:</u>

1.     Becker DJ, Smith PL, Petryniak B, Kelly RJ, Myers JT, Wu B, Wang PG, and <u>Lowe JB</u>.  Glycan-dependent regulation of GDP-mannose 4,6-dehydratase activity.  In revision.

2.     Man Y, Chervin S, Smith PL, Rogers CE, Petryniak B, Myers JT, and <u>Lowe JB</u>. Notch O-fucosylation in common lymphoid progenitors is an essential pre-thymic checkpoint for mammalian thymopoiesis. In preparation.

3.     Kim DL, Adams K, Ghosh D, Rogers CE, and <u>Lowe JB</u>.  Global analysis of migration-induced changes in Langerhans cells gene expression.  In preparation.

4.     Deurloo D, Smith PL, Rogers CE, Myers JT, Petryniak B, and <u>Lowe JB</u>.  Dysregulated expression of selectin ligands on fetal thymocytes in mice with a targeted disruption of the Galgt2 GalNAc transferase locus.  In preparation.

5.     Hiraiwa N, Domino S, Saunders T, and <u>Lowe JB</u>.  Dominant pre-implantation lethality in mice directed by aberrant expression of an $\alpha(1,2)$fucosyltransferase cDNA.  In preparation.

6.     Legault DJ, Kelly RJ, Smith PL, and <u>Lowe JB</u>.  Glycan epitope recovery defines amino acid sequence requirements for $\alpha(1,3/1,4)$fucosyltransferase acceptor substrate specificity.  In preparation.

INVITED LECTURES AND SEMINARS (since 1993)

Academic Institutions

Structure and function of mammalian genes that determine terminal glycosylation events. University of Toronto, Toronto, Ontario, Canada, January 1993.

Mammalian genes that determine terminal glycosylation events.  La Jolla Cancer Research Foundation, La Jolla, CA, February 1993.

Molecular genetics of mammalian glycosyltransferase genes.  University of Notre Dame, South Bend, IN, March 1993.

Mammalian genes that determine glycosylation phenotype.  Case Western Reserve University, Cleveland, OH, May 1993.

Mammalian genes that determine cell surface glycosylation phenotype.  University of Alabama, Birmingham, AL, January 1994.

Mammalian genes that determine cell surface glycosylation phenotype.  University of California at San Diego, San Diego, CA, April 1994.

Genes that determine mammalian oligosaccharide expression.  HHMI Research Scholars Program. Bethesda, MD, September 1995.

Defective selectin ligand expression in mice with targeted deletions of fucosyltransferase genes.  Center for Blood Research, Harvard Medical School, Cambridge, MA, December 1995.

Deletion of selectin ligand expression by fucosyltransferase gene ablation in the mouse.  University of California at San Diego, San Diego, CA, January 1996.

Fucosyltransferases required for selectin ligand expression.  University of Michigan Department of Medicinal Chemistry and Pharmaceutics Ann Arbor, MI, May 1996.

Defective leukocyte recruitment, lymphocyte homing, and E-, P-, and L-selectin ligand expression, in mice deficient in the $\alpha(1,3)$fucosyltransferase Fuc-TVII.  University of Michigan Division of Rheumatology, Ann Arbor, MI, May 1996.

Leukocyte trafficking defects in fucosyltransferase mutant mice.  University of Chicago, Chicago, IL. March 1998.

Immune defects in fucosyltransferase mutant mice.  St. Mark's Hospital, MRC Glycobiology, UK, July 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice.  Northwestern University Medical School, Chicago, IL, October 1998.

Selectin ligand defects in glycosylation mutant mice.  University of Toronto, Toronto, Ontario, Canada, September 1999

Control of leukocyte trafficking by glycosylation loci.  Hematology Grand Rounds.  Mt. Sinai Medical School.  New York City, NY, April 2000.

<u>Academic Institutions</u> (cont.)

Glycosylation loci that determine selectin-dependent leukocyte trafficking events. Department of Molecular and Cell Biology, Boston University Goldman School of Dental Medicine, Center for Advanced Biomedical Research. Boston.  September 2000.

Leukocyte-endothelial cell adhesion events determined by mammalian glycosylation pathways. Cardiovascular Research Center Symposium.  Department of Cardiology, University of Michigan Medical School.  September 2000.

Glycosylation loci that determine selectin-dependent leukocyte trafficking events.  Oklahoma Medical Research Foundation. Oklahoma City, OK. November 2000.

Requirements for selectin ligands for lymphocyte trafficking to lymph nodes and sites of inflammation. The Scripps Research Institute.  La Jolla, CA. March 2001.

Leukocyte adhesion defects in glycosylation-deficient mice.  University of Georgia, Athens, GA, November 2001.

Glycosylation loci that control leukocyte adhesion and myelopoiesis.  University of California at San Diego, La Jolla, CA.  March, 2002.

Glycosylation loci that control selectin-dependent leukocyte biology.  University of Verona.  Verna, Italy. September 2002.

Control of selectin ligands that dictate leukocyte recruitment.  University of Insubria, Varese, Italy, September 2002.

Glycosylation loci that control leukocyte biology.  Washington University Medical School Department of Pathology.  St. Louis, MO. March 2003.

Glycosylation loci that control leukocyte biology.  Department of Biochemistry, University of Arkansas School of Medicine.  Little Rock, AK. April 2003.

Glycosylation loci that control leukocyte biology.  Department of Pathology. University of Michigan Medical School.  June 2003.

Glycosylation in the control of leukocyte biology.  Brigham and Women's Hospital Vascular Biology Program, Harvard Medical School, Boston, MA.  April 2003.

Glycosylation loci that control leukocyte biology.  Center for Organogenesis. University of Michigan Medical School.  June 2003.

Glycosylation loci that control leukocyte biology.  Division of Hematology, Bone Marrow Transplant Conference. University of Michigan Medical School.  June 2003.

Glycosylation loci that control leukocyte biology.  UCSD School of Medicine, San Diego, CA.  July 2003.

Glycan-dependent control of leukocyte biology.  Case Western Reserve University School of Medicine. Cleveland, OH June 2004.

Glycan-dependent control of leukocyte biology.  Pfizer Series in Medicinal Chemistry.  Department of Medicinal Chemistry, University of Michigan.  Ann Arbor, MI. October 2004.

The Dean's Lecture.  Sticky cells & signals: Glycan-dependent cell adhesion and signal transduction in immunity. University of Michigan Medical School.  Ann Arbor, MI.  October 2004.

Glycan-dependent control of leukocyte biology. UCSF Immunology Series. UCSF Medical School. San Francisco, CA. February 2005.

Academic Institutions (cont.)

Glycan-dependent control of innate and adaptive immunity. Keynote speaker, Annual Retreat of the Lerner Research Institute of the Cleveland Clinic Foundation, Cleveland, OH. September 2005.

Conditional control of Notch signaling in T lymphocyte ontogeny. Department of Pathology, Emory University School of Medicine. January 2006.

National and International Meetings

Structure and function of mammalian glycosyltransferase genes. 1993 Gordon Conference on Glycoproteins and Glycolipids. Ventura, CA, February 1993.

Oligosaccharide-dependent leukocyte adhesion in inflammation. Howard and Martha Holley Symposium Research Prize in Rheumatology. American College of Rheumatology Southeast Regional Meeting. Arlington, VA, March 1993.

Mammalian glycosyltransferase genes - molecular cloning, structure, regulation, and utility. COMETT Summerschool on Glycobiology and Glycochemistry. Lausanne, Switzerland, June 1993.

Human fucosyltransferase genes and selectin-dependent cell adhesion in inflammation. National Institutes of Health. Glycobiology: New perspectives on human disease. Bethesda, MD, September 1993.

Structure and function of mammalian glycosyltransferase genes. Rinsho-Ken International Conference. Tokyo, Japan, September 1993.

Structure and function of mammalian glycosyltransferases. 22nd Annual Meeting of the Society for Complex Carbohydrates. San Juan, PR, November 1993.

Molecular genetics of mammalian glycosyltransferases. 9th Annual Symposium on Biotechnology. The New Biology of Carbohydrates. University College London Medical School. London, England, December 1993.

Molecular genetics of mammalian glycosyltransferases. Keystone Symposia on Molecular and Cellular Biology. Frisco, CO, March 1994.

"Glycoconjugates: structure, metabolism and molecular biology" Conférences Jacques Monod. Londe-les-Maures, France, April 1994.

Brook Lodge Conference on Adhesion Molecule Biology. Kalamazoo, MI, June 1994.

Phenotypic consequences of glycosyltransferase gene ablation in the mouse. 1995 Gordon Conference on Glycoproteins and Glycolipids. Oxnard, CA, February 1995.

Fucosyltransferases and selectin ligand expression. Cambridge Healthtech Institute symposium on Advances in Glycotechnology, San Diego, CA, May 1995.

Ablation of murine glycosyltransferase genes. Federation of the European Biochemical Societies, Basel, Switzerland, August 1995.

Ablation of murine glycosyltransferase genes. Phillipe Laudat Conference on Glycoconjugates. Aix-les-Bains, France, October 1995.

Keynote Lecture. Structure and function of glycosyltransferases. 1996 Keystone Symposium: The extracellular matrix of plants. Tamarron, CO, March 1996.

National and International Meetings (continued)

Selectin-carbohydrate Interactions.  Symposium on Cytokines and Adhesion Molecules.  Snowbird, UT, September 1996.

Selectin ligand defects in fucosyltransferase mutant mice.  Society for Glycobiology, Boston, MA, November 1996.

Selectin ligand-deficient mice. Glycobiology of cell communication. Helsinki, Finland, December 1996.

Leukocyte adhesion defects in fucosyltransferase-mutant mice.  1997 Gordon Conference on Glycobiology.  Ventura, CA, February 1997.

Selectin-dependent immune deficiencies in fucosyltransferase deficient mice.   International Symposium on Glycosyltransferases and Cellular Communications. Osaka, Japan,  March 1997.

Selectin-dependent immune deficiencies in fucosyltransferase deficient mice.  2nd Carbohydrate Bioengineering Meeting, La Rochelle, France, April 1997.

Selectin ligand defects in fucosyltransferase mutant mice.  1997 Gordon Conference on Epithelial Differentiation and Keratinization. Tilton, NH, July 1997.

Exploring mammalian oligosaccharide function through targeted ablation of glycosyltransferase genes. 17th International Congress of Biochemistry and Molecular Biology.  San Francisco, CA, August 1997.

Leukocyte trafficking defects in fucosyltransferase-mutant mice.  Max Planck Institute Conference on the Molecular Mechanisms in Leukocyte Traffic.  Ringberg, Germany, September 1997.

Immune defects in glycosyltransferase knock out mice.  The San Diego Glycobiology Symposium, La Jolla, CA, January 1998.

Fucosyltransferases and selectin ligands.  Keystone Symposium on Mechanisms of Leukocyte Trafficking. Lake Tahoe, CA, March 1998.

Phenotypic consequences of glycan alterations via glycosyltransferase gene ablation in the mouse. International Glycobiotechnology Meeting.  Braunschweig, Germany, May 1998.

Immune deficiencies and selectin ligand defects in glycosyltransferase-mutant mice.  Finnish Medical Society Duodecim International Symposium on Cellular Interactions in Inflammation and Cancer. Helsinki, Finland, June 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice.  Advances in inflammatory bowel disease. Bath, England, July 1998.

Graded L-selectin ligand activities in fucosyltransferase mutant mice. US-Japan meeting in San Diego on Histochemistry.  La Jolla, CA, July 1998.

Immune defects in fucosyltransferase-deficient mice.  The 19th International Carbohydrate Symposium. San Diego, CA, August 1998.

Immune deficiencies and selectin ligand defects in fucosyltransferase-mutant mice.  Glycostructures in Biological Systems. Hamburg, Germany,  December 1998.

Developmental consequences of GDP-fucose deficiency in FX-null mice.  1999 Gordon Conference on Glycobiology.  Ventura, CA, February 1999.

Selectin ligand deficiency in fucosylation-deficient mice. The San Diego Glycobiology Symposium, La Jolla, CA, January 2000.

National and International Meetings (cont.)

Immune compromise in mice with selectin ligand deficiencies.  The Second International Glycosyltransferase Symposium.  Toronto, Canada.  May 2000.

Glycosylation loci that control selectin ligand activity.  Current Topics in Glycobiology.  University of Helsinki.  Helsinki, Finland. June 2000.

Molecular approaches to understanding mammalian glycosylation.  Glycoconjugates in Biological Systems.  Karolinska Institute. Stockholm, Sweden.  October 2000.

Molecular determinants of L-selectin-dependent lymphocyte adhesion. 11th International Congress of Immunology, Stockholm, Sweden, July, 2001.

Glycosylation and the adaptive immune response.  Society for Glycobiology, San Francisco, CA, November, 2001.

Fucosyltransferases and blood group antigens. Glycogenomics: the Impact of Genomics and Informatics in Glycobiology.  York, UK. December 2001.

Glycosylation and the adaptive immune response.  The San Diego Glycobiology Symposium, La Jolla, CA, January 2002.

Fucosylation and selectin ligands.  Molecular Mechanisms of Leukocyte Trafficking. Keystone Symposium.  April 2002.

Genetic control of glycan dependent events required for leukocyte adhesion and function. Symposium: Regulation of development and immunity by glycoconjugates. FASEB, New Orleans, LA.  April 2002.

Glycosylation in the control of leukocyte recruitment. Max Planck Institute Conference on Leukocyte Trafficking. Ringberg, Germany, September 2002.

Keynote Address: Mechanisms that control leukocyte recruitment and lymphocyte homing.  Ernst Schering Foundation Workshop on Leukocyte Migration.  Berlin, Germany, October 2002.

Glycosylation loci that control selectin-dependent leukocyte trafficking.  Ernst Schering Foundation Workshop on Leukocyte Migration.  Berlin, Germany, October 2002.

Glycosylation loci that control selectin-dependent leukocyte biology.  Society for Glycobiology, Boston, MA. November 2002.

The Biology and biochemistry of fucosylation.  2003 Gordon Research Conference on Glycobiology. Ventura, CA.  March 2003.

Fucosylation and the control of hematopoietic cell trafficking and differentiation.  America Society for Biochemistry and Molecular Biology, San Diego, CA. April 2003.

Fucosylation in the control of leukocyte biology.  Society for Glycobiology, San Diego, CA. December 2003.

Control of leukocyte biology by fucosylation. Symposium on Glycostructures in Biological Systems - Synthesis and Function. Hamburg, Germany, October 2004

Joint Weizmann Institute/LSI Symposium - Rehovot, Israel, November 2004

The control of leukocyte biology by glycosylation loci. Plenary Session: Genetics of Connective Tissues, American Society for Matrix Biology, San Diego, CA. November 2004.

National and International Meetings (cont.)

Glycan-dependent control of leukocyte biology. Keystone Meeting; Leukocyte Trafficking: Cellular and Molecular Mechanisms. Taos, NM. March 2005

Regulation of thymus development by protein O-fucosylation. Glycobiology Gordon Conference. Ventura, CA. March 2005

Glycan-dependent control of leukocyte biology. American Society for Biochemistry and Molecular Biology, San Diego, CA. April 2005.

Corporations

Mammalian glycosyltransferase genes: structure, function, and utility. Cambridge Healthtech Institute, San Francisco, CA, May 1993.

Molecular genetics of mammalian glycosyltransferases. Glaxo Group Research Limited. Greenford, Middlesex, United Kingdom, December 1993.

Deletion of selectin ligand expression by fucosyltransferase gene ablation in the mouse. Genzyme Corporation. Cambridge, MA. September 1995.

Mammalian fucosyltransferase genes and selectin ligands. Genetics Institute, Cambridge, MA. March 1995.

Selectin ligands and fucosyltransferases. Eos Biotechnology, Inc. South San Francisco, CA. October 1997.

Selectin ligand defects in fucosyltransferase deficient mice. Boehringer-Ingelheim, Ridgeway, CT. September 1999.

Selectin ligand defects in glycosylation-deficient mice. Genentech, Inc. South San Francisco, CA. October 1999.

Selectin ligand defects in glycosylation-deficient mice. Roche Biosciences, Inc. Palo Alto, CA, November 1999.

Glycan-mediated, selectin-dependent leukocyte recruitment in innate and adaptive immunity. Boehringer-Ingelheim, Ridgeway, CT. August 2002.

Glycan-dependent control of leukocyte biology. Genentech, Inc. South San Francisco, CA. February 2005.

Selected scheduled presentations:

Glycan-dependent control of leukocyte biology. Lerner Research Institute, Department of Cell Biology, Cleveland OH. March 2006.

Fucosylation and T cell ontogeny. Case Western Reserve University School of Medicine, Department of Biochemistry, Cleveland OH. March 2006.

# EXHIBIT B

# Documents Considered by John Lowe

| DESCRIPTION | DATE |
|---|---|
| Depositon of Fu-Kuen Lin | 3/28/07 |
| Deposition o f Fu-Kuen Lin . | (3/29/07) |
| Deposition of Eugene Goldwasser | 2/14/2007 |
| Deposition of Joan Egrie | 3/27/07 |
| Suggs SV, "Use of Synthetic Oligonucleotides as hybridization probes:Isolation of cloned cDNA" sequences for human b2-microglubin" | |
| Humphrey-Smith, A human proteome project with a beginning and an end, Proteomics | 2004 |
| Hewick, "A solid phase Peptide and Protein Sequenator" | 1981 |
| Hunkapiller, Protein Sequence Anaylsis: Automated Microsequencing | 1981 |
| Seki, Isolation of a genomic Clone Containing structural information..." | |
| Sherwood and Shouval, Continuous production of erythropoietin by an established human reanl carcinoma cell line: Development of the cell line", | |
| Sherwood and Shouval, Clinical Res. 31: | 1986 |
| Shouval et al, Cancer Res 48:3430-3434, Erythropoietin-induced polycythemia in Athymic mice following transplantation of a human renal carcinoma cell line | |
| Zanzani et al.  J. Clin. Invest. 67, 1183-8 | 1988 |
| Varki, Glycobiology | 1993 |
| Fried W., Blood 40, 671-7 | 1981 |
| Gruber et al.  Exp. Hematol. 5, 392-8, Identification of Erythropoietin producing cells in fetal mouse liver cultures" | 1972 |
| Congote LF  J. Steroid Biochem. 8, 423-8, "beta -Fetoprotein production and erythropoiesis in cell cultures of human fetal liver" | 1977 |
| Congote and Solomon  Endocrinol. Res. Commun. 1, 495-504, "On the Site of origin of Erythropoietic factors in human fetal tissues" | 1977 |
| Jacobs K, ,. Isolation and characterization of genomic and cDNA clones of human erythropoietin. Nature 313, 806 - 810, | 1974 |
| Aden et al.  Nature 282, 615-6, Controlled synthesis of HbsAg in a differentiated human liver carcinoma derived cell line | |
| Knowles et al. (1980) Science 209, 497-9 | 1979 |
| Okazaki et al.  Acta Hepato-Gastroenterol.26, 248-252, heptacellular Carcinoma associated with Erythrocytosis A Nine Year survival after successful chemotherapy and Left Lateral Hepatectomy | |
| Goldberg et al.  Proc. Natl. Acad. Sci. 84, 7972-6 | |
| Nielsen et al.  Blood 70, 1904-Regulation of Erythropoietin in a Human Hepatoblastoma cell line | 1987 |
| Itakura et al, Science 198, Expression in Escherichia coli of a | |

| | |
|---|---|
| chemically synthesized gene for the hormone somatostatin | |
| Goeddel et al, PNAS 76:106-110 , Expression in Escherichia Coli of chemically synthesized genes for human insulin | 1977 |
| Martial et al, Science 205:602-607 | 1979 |
| Marston FA. The purification of eukaryotic polypeptides synthesized in Escherichia coli. Biochem J. 240:1-12, | 1979 |
| Merril et al. Nature 233:398 | 1986 |
| Willecke et al, PNAS 75:1274-1278 (1976) | 1971 |
| Wullems et al Somatic Cell Genetics 2:155-164, Expression of human hypoxanthine Phosphoribosyl transferase in Chinese hamster cells treated with isolated human chromosomes | |
| Pellicer et al., Cell 14:133-141 (1978) | 1976 |
| Graf et al, Cell Genetics 5: 1031-1044 (1979) | |
| Canaani , Regulated expression of human interferon B1 gene after transduction into cultured mouse and rabbit cells | |
| Gething , Cell-surface expression of influenza haemagglutinin from a cloned DNA copy of the RNA gene | 1982 |
| Scahill , Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells | 1981 |
| Sveda , Functional expression in primate cells of cloned DNA coding for the hemagglutin surface glycoprotein of influenza virus | 1983 |
| Zinn , Regulated expression of an extrachromosomal human B-interferon gene in mouse cells | 1981 |
| Kaufman, Amplification and expression of sequences cotransfected with a modular dihydrofolate reductase | |
| Wigler, Transfer of Purified herpes virus thymidine kinase gene  to Cultured Mouse cells, | 1982 |
| Amgen Response to Interrogatory No. 21, at 34, 37 | |
| *Amgen, Inc. v. Chugai Pharma.*, 1989 WL 169006 (D. Mass. 1989 | |
| AM-ITC 00174527 | |
| AM-ITC  00113058-60 | 1983 |
| AM-ITC  00148954 | |
| AM-ITC 00784965-67 | |
| AM-ITC  00414984-85 | |
| AM-ITC  00145916-18 | |
| AM-ITC  00211739-40 | |
| AM-ITC  00874937-45 | |
| AM-ITC  00172320-24 | |
| AM-ITC  00138784-90 | |
| AM-ITC  00239491-99 | |
| AM-ITC  00347087-094 | |
| AM-ITC  00168239-481 | |
| AM-ITC  00138942-45 | |
| AM-ITC  00050916-22 | |
| AM-ITC  00841410 | |

| | |
|---|---|
| AM-ITC  00148961-81 | |
| AM-ITC  00113349-50 | |
| AM-ITC  00113651-54 | |
| AM-ITC 00148971 | |
| AM-ITC 0013655-72 | |
| AM-ITC 00074296 | |
| AM-ITC00981800 | |
| AM-ITC 00168239-481 | |
| AM-ITC 00113064-66 | |
| AM-ITC 00347087-94 | |
| AM-ITC 00113067 | |
| AM-ITC 00932121 | |
| AM44 1508568 | |
| AM-ITC 0033097 | |
| AM-ITC  00113058-60 | |
| AM-ITC 00113673 | |
| AM-ITC 00051976-1135 | |
| AM-ITC 00057704 | |
| AM-ITC 00057723 | |
| AM-ITC 00057735 | |
| AM-ITC 00057708-18 | |
| AM-ITC 0057689-701 | |
| AM-ITC 00057687 | |
| AM-ITC 00057688 | |
| AM-ITC 00050918 | |
| AM-ITC 00050919 | |
| AM-ITC 00784956 | |
| AM-ITC 00174334 | |
| AM-ITC 00953205-225 | |
| AM-ITC 00953210 | |
| AM-ITC 00953223 | |
| AM-ITC 00953277 | |
| AM-ITC 00953214 | |
| AM-ITC 00953221 | 1984 |
| AM-ITC 00953222 | |
| AM-ITC 00953233 | |
| AM-ITC 00953699-700 | |
| AM-ITC 00873694-95 | |
| AM-ITC 00873748 | |
| AM-ITC 00052045 | |
| AM-ITC 00057704 | |
| AM-ITC 00057723 | |
| AM-ITC 00057735 | |
| AM-ITC 00057708-18 | |
| AM-ITC 00057689-701 | |

3

| | |
|---|---|
| AM-ITC 00057687 | |
| AM-ITC 00057688 | |
| AM-ITC 00265548 | 1992 |
| AM-ITC 00410931-411088 | |
| AM-ITC 00410960-61 | |
| AM-ITC 00410964 | |
| AM-ITC 00368663 | 1977 |
| AM-ITC 00364221 | |
| AM-ITC 00378667 | |
| AM-ITC 00378249 | |
| AM-ITC 00368801 | |
| AM-ITC 00364235-36 | |
| AM-ITC 00376971 | |
| AM-ITC 00378117-75 | |
| AM-ITC 00376852 | |
| AM-ITC 00368681 | |
| AM-ITC 00373324 | |
| AM-ITC 00364798 | |
| AM-ITC 00373325 | |
| AM-ITC 00373326 | |
| AM-ITC 00364799-800 | |
| AM-ITC 00366019-21 | |
| AM-ITC 00373328 | |
| AM-ITC 00373329 | |
| AM-ITC 00374434 | |
| AM-ITC 00364802 | |
| AM-ITC 00373330-35 | |
| AM-ITC 00364800 | |
| AM-ITC 00364847-60 | |
| AM-ITC 00364863-71 | |
| AM-ITC 00372067-228 | |
| AM-ITC 00327555 | |
| AM-ITC 00364871-72 | |
| AM-ITC 00364892-96 | |
| AM-ITC 00364901 | |
| AM-ITC 00373596 | |
| AM-ITC 00364905-08 | |
| AM-ITC 00378687 | |
| AM-ITC 00364927-29 | |
| AM-ITC 00365005-06 | |
| AM-ITC 00364941-42 | |
| AM-ITC 00373601-737 | |

| | |
|---|---|
| AM-ITC 00364951 | |
| AM-ITC 00364944-45 | |
| AM-ITC 00364944-47 | |
| AM-ITC 00364947-50 | |
| AM-ITC 00370545-667 | |
| AM-ITC 00364977 | |
| AM-ITC 00364979 | |
| AM-ITC 00364979-81 | |
| AM-ITC 00364985-86 | |
| AM-ITC 00373738-42 | |
| AM-ITC 00364951-53 | |
| AM-ITC 00364953-54 | |
| AM-ITC 00369667-847 | |
| AM-ITC 00367293 | |
| AM-ITC 00364956-58 | |
| AM-ITC 00364959 | |
| AM-ITC 00364959-60 | |
| AM-ITC 00364959 | |
| AM-ITC 00364971-72 | |
| AM-ITC 00373793 | |
| AM-ITC 00370295 | |
| AM-ITC 00367237-38 | |
| AM-ITC 00367241-42 | |
| Goldwasser US Pat. 4,558,005 | 1979 |
| Egrie US Pat. 4,558,006 | |
| US Pat. Nos. 4,766,075 -Human Tissue Plasminogen Activator | 1982 |
| US Pat 4,966,843 | 8/23/1988 |
| US Pat. App. 438,991 | |
| US Pat. Nos. 4,741,901- Preparation of Polypeptides in vertebrate cell culture | 1977; |
| US Pat No 4,757,006 -Human factor VIII-C Gene and recombinant methods for production | 5/3/1988 |
| Chang | 07/12/1988 |
| McBride , Transfer of Genetic Information by Purified Metaphase Chromosomes | 1976 |
| Shimke, Amplified dihydrofolate reductase genes are localized to a homogenously staining region in a single chromosome in a methotrexate-resistant Chinese hamster ovary cell line 1978 | 1973 |
| Urlaub, Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity | |
| Wigler 1979 | 1980 |
| Gluzman, SV40 -transformed Simian cells support the replication of early SV40 mutants | |
| Gray, Cloning and expression of murine immune interferon cDNA | 1981 |

5

| | |
|---|---|
| Higashi, Structure and expression of a cloned cDNA for Mouseinterferon-B | 1983, |
| Sveda and Lai, PNAS 78: 5488-5492 , Functional expression in primate cells of cloned DNA coding for the hemaggluttin surface glycoprotein of influenza virus | 1983 |
| Gething and Sambrook, Cell surface expression of influenza haemaggllutinin from a cloned DNA copy of the RNA gene | 1981 |
| Taniguchi et al. Nature 302: 305-310 , Structure and expression of a cloned cDNA for human interleukin-2 | 1981 |
| Higashi et al. J. Biol. Chem. 258: 9522-29, Structure and expression of acloned cDNA for mouse interferon | 1983 |
| US Patent No 4399216 - Processes for inserting DNA into Eucaryotic cells and for producing proteinaceous materials | 1983 |
| Urlaub et al. PNAS 77: 4461(1980) | 8/16/1983 |
| Hayes 1983 | |
| McCormick, Inducible expression of amplified human beta interferon genes in CHO cells, | |
| Euro. Pat. App. EP0088540 | 1984 |
| Yip et al. PNAS 78:1601-05 | |
| Graham, A new technique for the Assay of Infectivity of Human Adenovirus 5 DNA | 1981 |
| Kaufman 1983 | 1973 |
| Subramani, Expression of the mouse dihydrofolate reductase complementary deoxyribonucleic acid in simian virus 40 | |
| Haynes and Weissmann, Nucl. Acid Res. 1983, Constitutive, long-term production of human interferons by hamster cells containing multiple copies of a cloned interferon gene | 1981 |
| Collen, J. Pharm & Expt Therapeutics, 231, 146-152, Biological Properties of Human tissue-type plasminogen activator obtained by expression of recombinant DNA in mammalian cells | |
| Mark et al. 1984 at 5662. | 1983 |
| Miyake, J. Biol Chem Vol 252, No. 15 pp. 5558-64 | |
| US Patent Serial Number 06/675,298 issued as 4,703,008 | |
| Goldwasser, "Purification of Erythropoietin. Proc Natl Acad Sci USA 68: 697-698 | |
| Eschbach, "The Anemia of Chronic Renal Failure in Sheep J. Clin Invest 74: 434-441 | 1971 |
| Lai, Structural Characterization of Human Erythropoietin, J. Biol Chem 261: 3116-3121 | 1984 |
| Goeddel US Patent '075 | 1986 |
| Gasson, "Isolation and expression of cDNA and genomic clones for human EPO. Nature | |
| Fritsch v. Lin, 21 USPQ2d 1737 | 1992 |