# EXHIBIT 33

Dockets.Justia.com

Anlage _1_
zum Schreiben/Schriftsatz
vom _14 03 91_

# AMGEN
# INC
# 1990
# ANNUAL
# REPORT

R10-000235803



R10-000235804

**Legal Activities**

Amgen did not enjoy as great success in the legal arena as in its scientific, product development and operational activities. The trial of the Company's patent infringement dispute with Chugai Pharmaceuticals, Inc. and Genetics Institute relating to recombinant erythropoietin was concluded in the United States District Court in Boston. Amgen's patent on recombinant erythropoietin was upheld as valid, enforceable and infringed by Genetics Institute. At the same time, however, certain claims of the Genetics Institute patent were found valid and infringed by Amgen.

Both companies have filed appeals of the patent decision with the Court of Appeals for the Federal Circuit (CAFC). The patent appeal process is currently underway with oral arguments expected to be heard later this calendar year. In the meantime, the Company continues to market EPOGEN® to the thousands of dialysis patients who have come to rely on this therapeutic.

On April 10, 1990, the Company announced a decision by the arbitrator in Amgen's license dispute with Ortho Pharmaceutical Corp., a subsidiary of Johnson & Johnson (Ortho). Amgen had granted Ortho certain U.S. rights to Amgen's erythropoietin and worldwide rights to Amgen's Hepatitis B vaccine and Interleukin-2 in a September 1985 license agreement between Amgen and Ortho. In a decision addressing only the U.S. supply and marketing rights for erythropoietin, the arbitrator directed Amgen and Ortho to cooperate in obtaining U.S. FDA approval for Ortho to market erythropoietin produced by Amgen, and to negotiate an agreement to account for sales made by Ortho or Amgen within each other's exclusive fields of use. Discovery for the second phase of the arbitration, which covers Amgen's claims for breach of contract in regard to Ortho's development and commercialization of Hepatitis B and Interleukin-2, began in May 1990.

8

R10-000235812