# EXHIBIT 37

Lowe, John 6/25/2007 9:07:00 AM

```
 1            UNITED STATES DISTRICT COURT
 2            DISTRICT OF MASSACHUSETTS
 3            Civil Action No. 05-12237 WGY
 4
     AMGEN, INC.,          ) DEPOSITION OF
 5                         ) DR. JOHN LOWE
                           )
 6        Plaintiff,       )
                           )
 7        vs.              )**CONFIDENTIAL**
                           )
 8                         )
     F. HOFFMANN-LA ROCHE LTD., a )
 9   Swiss Company, ROCHE        )
     DIAGNOSTICS GmbH, a German  )
10   Company, and HOFFMANN-LA    )
     ROCHE, INC., A New Jersey   )
11   Corporation,         )
                          )
12        Defendants.     )
13
14
          TRANSCRIPT of the stenographic notes of the
15
     proceedings in the above-entitled matter, as taken by
16
     and before LISA FORLANO, RMR, CRR, CSR, CLNR, Notary
17
     Public, held at the offices of Duane, Morris, 1540
18
     Broadway, New York, New York, on Monday, June 25,
19
     2007, commencing at 9:07 a.m.
20
21       (This transcript contains testimony
         designed as per Section 5(c) of the
22       Amended Protective Order.  Please treat the
         entire transcript in accordance with the
23       Protective Order.)
24
25
```

41925-023                                                    Page 1

1     MR. DROZDOFF: It's exactly the same

2     question.

3     THE WITNESS: I think I gave an answer

4     that was -- it was clear to me anyway. I did

5     the best I can with that answer.

6     MR. DROZDOFF: Let's take a break.

7     VIDEO OPERATOR: Going off the record

8     2:52 p.m., end of tape number four.

9     (Brief recess.)

10    VIDEO OPERATOR: Returning to the

11    record 3:02 p.m., beginning of tape number

12    five.

13    BY MR. DAY:

14    Q    Dr. Lowe, are you offering any opinion

15    in this case that it would have been obvious in 1983

16    to clone the EPO gene from a genomic library?

17    A    Yeah, let me look at my expert report

18    to make sure, to address that with certainty.

19         I think that my report indicates that

20    overall it would be obvious based on prior art and

21    so on to clone a genomic fragment of the human EPO

22    gene.

23    Q    To clone the DNA encoding EPO from a

24    genomic library?

25    A    Yeah.

Lowe, John 6/25/2007 9:07:00 AM

1    J U R A T

2

3    I, DR. JOHN LOWE, the witness herein, the

4    foregoing testimony of the pages of this deposition,

5    do hereby certify it to be a true and correct

6    transcript, subject to the corrections, if any,

7    shown on the attached page.

8

9    _____

10

11

12

13

14

15   Subscribed and Sworn to before me

16   this _____ day of    2007.

17   _____

18   Notary Public

19

20

21

22

23

24

25