# EXHIBITS 26, 34 and 35

The filing of these confidential exhibits has been deferred pursuant to the provisions of the Court's Order entered on 02/07/07 [274].