UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO.: 05-12237-WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN CONNECTION WITH AMGEN INC.'S MOTION IN LIMINE NO. 17: TO EXCLUDE ROCHE FROM PRESENTING EVIDENCE TO CHALLENGE THE NON-OBVIOUSNESS OF THE DNA SEQUENCE ENCODING FOR HUMAN ERYTHROPOIETIN IN 1983**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsel at Bromberg & Sunstein LLP and via overnight mail to defense counsel at Kaye Scholer LLP, the following:

- **Confidential Amgen Inc.'s Brief in Support of its Motion in Limine No. 17: to Exclude Roche from Presenting Evidence to Challenge the Non-obviousness of the DNA Sequence Encoding for Human Erythropoietin in 1983**

- **Confidential Exhibits 26, 34 and 35 to the Declaration Of William G. Gaede, III, in Support of Amgen Inc.'s Motion in Limine No. 17: to Exclude Roche from Presenting Evidence to Challenge the Non-obviousness of the DNA Sequence Encoding for Human Erythropoietin in 1983**

These documents contain information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4)

DM1\1180897.1

Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such documents confidential.

Dated: August 27, 2007                     Respectfully Submitted,

                                           AMGEN INC.,
                                           By its attorneys,

Of Counsel:                                */s/ Michael R. Gottfried*
                                           D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                             Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                         Patricia R. Rich (BBO# 640578)
Monique L. Cordray                         DUANE MORRIS LLP
Darrell G. Dotson                          470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                        Boston, MA 02210
Erica S. Olson                             Telephone: (617) 289-9200
AMGEN INC.                                 Facsimile: (617) 289-9201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789               Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000                             DAY CASEBEER, MADRID & BATCHELDER LLP
                                           20300 Stevens Creek Boulevard, Suite 400
                                           Cupertino, CA 95014
                                           Telephone: (408) 873-0110
                                           Facsimile: (408) 873-0220

                                           William Gaede III *(pro hac vice)*
                                           McDERMOTT WILL & EMERY
                                           3150 Porter Drive
                                           Palo Alto, CA 94304
                                           Telephone: (650) 813-5000
                                           Facsimile: (650) 813-5100

                                           Kevin M. Flowers *(pro hac vice)*
                                           MARSHALL, GERSTEIN & BORUN LLP
                                           233 South Wacker Drive
                                           6300 Sears Tower
                                           Chicago, IL 60606
                                           Telephone: (312) 474-6300
                                           Facsimile: (312) 474-0448

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

>                               */s/ Michael R. Gottfried*
>                               Michael R. Gottfried