UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GMBH, and HOFFMANN-LA ROCHE INC., | ) |
| Defendants. | ) |

**ROCHE'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR LEAVE TO SEAL DOCUMENTS CONTAINING ITS TRADE SECRETS SUBMITTED IN CONNECTION WITH AMGEN'S MOTION *IN LIMINE* NO. 13**

Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") respectfully request a three-day extension of time until August 31, 2007, to file a motion to seal documents containing Roche's confidential and trade secret materials, which were submitted for *in camera* review by Amgen in connection with its Motion *In Limine* No. 13. (Docket No. 856).[1]

In support of this motion, Roche states that the documents at issue contain highly confidential trade secret information, but that, in light of the availability of Roche personnel with pertinent information, it requires additional time to prepare its particularized motion and declaration as required by the Court. Roche further states that this extension will not affect the briefing schedule for Roche's opposition on the merits, which is not due until September 5, 2007.

---

[1] The Roche confidential documents at issue correspond to Exhibits 1-5, and 7 to the Declaration of Deborah E. Fishman in Support of Amgen Inc.'s Motion *In Limine* No. 13: Exclude Evidence and Argument Regarding Roche's FDA Filings and Communications that It Withheld Throughout Fact Discovery (Docket No. 858). These Exhibits were submitted to the Court for *in camera* review on August 22, 2007.

Thus, Roche respectfully requests three additional days, until August 31, 2007, to prepare its motion for leave to file under seal documents containing its confidential, trade secret information.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

DATED:   Boston, Massachusetts
         August 28, 2007                    Respectfully submitted,

                                            F. HOFFMANN-LA ROCHE LTD,
                                            ROCHE DIAGNOSTICS GMBH, and
                                            HOFFMANN-LA ROCHE INC.

                                            *By their Attorneys,*

                                            /s/ Keith E. Toms
                                            Lee Carl Bromberg (BBO# 058480)
                                            Julia Huston (BBO# 562160)
                                            Keith E. Toms (BBO# 663369)
                                            Nicole A. Rizzo (BBO # 663853)
                                            Kimberly J. Seluga (BBO# 667655)
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, MA 02110
                                            Tel: (617) 443-9292
                                            ktoms@bromsun.com

                                            Leora Ben-Ami (*pro hac vice*)
                                            Mark S. Popofsky (*pro hac vice*)
                                            Patricia A. Carson (*pro hac vice*)
                                            Thomas F. Fleming (*pro hac vice*)
                                            Howard S. Suh (*pro hac vice*)
                                            Peter Fratangelo (BBO# 639775)
                                            KAYE SCHOLER LLP
                                            425 Park Avenue
                                            New York, NY 10022
                                            Tel: (212) 836-8000

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                         /s/ Keith E. Toms
                                                         Keith E. Toms

03099/00501 730558.1