# EXHIBIT
# 1

Dockets.Justia.com



## AMERICAN HOME PRODUCTS CORPORATION

FIVE GIRALDA FARMS, MADISON, NEW JERSEY 07940, (973) 660-6150, FAX (973) 660-7155, shermaj@ahp.com

JEFFREY S. SHERMAN
ASSOCIATE GENERAL COUNSEL

Via: DHL Express

July 9, 2001

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
Attn:  Mr. Stuart L. Watt

Johnson & Johnson                          F. Hoffman-La Roche LTD
One Johnson & Johnson Plaza                CH4070
New Brunswick, NJ  08933                   Basel, Switzerland
Attn:  Mr. Steven P. Berman                Attn:  Dr. Herbert Fouquet

Dear Gentleman:

    I am pleased to enclose a notification on behalf of Genetics Institute, Inc. and
F. Hoffman-La Roche Ltd of the exercise of the option concerning Australia set forth in
the Option Agreement dated as of June 1, 2001.

Sincerely,

Jeffry L. Sherm

Cc:   L. Stein
      E. Berg
      B. Eisen

Genetics Institute, Inc.
87 Cambridge Park Drive
Cambridge, Mass. 02140
U.S.A.

F. Hoffmann-La Roche Ltd
CH-4070 Basel
Switzerland

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
U.S.A.

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, N.J. 08933
U.S.A.

Attn Mr Stuart L. Watt

Attn Mr Steven P. Berman

---

EPO; Settlement Agreement, Australia

Genetics Institute, Inc. and F. Hoffmann-La Roche Ltd herewith declare that they exercise the
option of the Settlement Agreement dated as of June 1, 2001, Article II, Section 2.11, terms (i),
(ii), (iii), and (iv), concerning Australia.

Genetics Institute, Inc.

F. Hoffmann-La Roche Ltd

Dr. Eric Notegen      Dr. Herbert Fouquet

Date:

Date:  June 28, 2001