# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## DECLARATION OF GEOFFREY M. GODFREY IN SUPPORT OF AMGEN'S MOTION *IN LIMINE* NO. 20: PRECLUDE ROCHE FROM MAKING STATEMENTS REGARDING THE DURATION OF AMGEN'S PATENT PROTECTION

I, Geoffrey M. Godfrey, declare under penalty of perjury as follows:

1. I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of Demonstrative Nos. 100 and 101 from Exhibit C to the April 6, 2007 expert report of Dr. Lowe.

Signed this 28th day of August, 2007.

By:    */s/ Geoffrey M. Godfrey*
               Geoffrey M. Godfrey

771379                                      1

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Michael R. Gottfried*
                                                Michael R. Gottfried