# EXHIBIT
# A

Dockets.Justia.com



