# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05 CV 12237 WGY |
| | ) |
| F. HOFFMANN-LAROCHE LTD., | ) |
| a Swiss Company, ROCHE DIAGNOSTICS | ) |
| GMBH, a German Company, and | ) |
| HOFFMANN LAROCHE INC., a New | ) |
| Jersey Corporation, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 21: EXCLUDE INTRODUCTION OF OPINIONS OR SUPPORTING EVIDENCE NOT PREVIOUSLY IDENTIFIED IN EXPERT REPORTS

Pursuant to FRCP 26(a)(2)(B) and 37(c)(1), Amgen moves to exclude expert opinions that were not contained in Roche's expert reports but rather were disclosed for the first time in declarations filed in connection with summary judgment motions, after the experts were deposed.

Under FRCP 26, an expert report must contain a complete set of opinions about which the expert may testify. By submitting expert declarations containing new opinions after the close of expert discovery, Roche violated its expert discovery responsibilities. Roche provided these brand new expert opinions after Amgen deposed the particular experts, thereby denying Amgen the opportunity to examine the experts as to their new opinions.

Amgen requests an order under Rule 26 and Rule 37 precluding Roche from offering at trial expert opinions that were revealed for the first time in declarations filed after the close of expert discovery.

In support of this motion, Amgen submits a brief.

Respectfully Submitted,

Date: August 29, 2007                AMGEN INC.,

By its attorneys,


_____/s/ Patricia R. Rich_____

Of Counsel:                          D. DENNIS ALLEGRETTI (BBO#545511)

MICHAEL R. GOTTFRIED (BBO#542156)

STUART L. WATT                       PATRICIA R. RICH (BBO#640578)

WENDY A. WHITEFORD                   DUANE MORRIS LLP

MONIQUE L. CORDRAY                   470 Atlantic Avenue, Suite 500

DARRELL G. DOTSON                    Boston, MA 02210

KIMBERLIN L. MORLEY                  Telephone:    (857) 488-4200

ERICA S. OLSON                       Facsimile:    (857) 488-4201

AMGEN INC.

One Amgen Center Drive               LLOYD R. DAY, JR. (*pro hac vice*)

Thousand Oaks, CA   91320-1789       DAY CASEBEER

(805) 447-5000                       MADRID & BATCHELDER LLP

20300 Stevens Creek Boulevard, Suite 400

Cupertino, CA 95014

Telephone:    (408) 873-0110

Facsimile:    (408) 873-0220


WILLIAM GAEDE III (*pro hac vice*)

McDERMOTT WILL & EMERY

3150 Porter Drive

Palo Alto, CA 94304

Telephone:    (650) 813-5000

Facsimile:    (650) 813-5100


KEVIN M. FLOWERS (*pro hac vice*)

MARSHALL, GERSTEIN & BORUN LLP

233 South Wacker Drive

6300 Sears Tower

Chicago IL 60606

Telephone:    (312) 474-6300

Facsimile:    (312) 474-0448

2

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or

narrow the issues presented by this motion and no agreement was reached.

*/s/ Patricia R. Rich*
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF)

system will be sent electronically to the registered participants as identified on the Notice

of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants, on the above date.

*/s/ Patricia R. Rich*
Patricia R. Rich