# EXHIBIT A




## Underwriting

**Amgen**

MAJOR FUNDING FOR WBURs BUSINESS REPORT IS MADE POSSIBLE BY AMGEN. . . AN AMERICAN BIOTECHNOLOGY PIONEER AND A MEMBER OF THE NEW ENGLAND COMMUNITY. SINCE 1980, AMGEN HAS BEEN DISCOVERING AND DELIVERING VITAL MEDICINES TO TREAT SERIOUS ILLNESS. AMGEN IS COMMITTED TO ADVANCING SCIENCE TO DRAMATICALLY IMPROVE PEOPLEs LIVES.

**CONTACT**

ADDRESS
Not Available

PHONE
805-447-1000

WEBSITE

Amgen homepage

### Search the Underwriter Database

Search by name, category or description (e.g. "sales").

[Search]

### View by Industry

| | | |
|---|---|---|
| Accountants \| CPA | Employment \| Outplacement | Other |
| Architects/Construction | Financial Companies | Photography |
| Arts \| Entertainment | Grocery \| Food \| Beverage | Production Companies |
| Auctioneers | Health/Fitness | Publications/Publishers |
| Auto | Home\|Office Design & Construction | Real Estate \| Development Management |
| Banking | Hospitals \| Healthcare \| Homecare | Religious Organizations |
| Biotechnology/Pharmaceutical Companies | Hotels \| Convention Centers | Restaurant \| Catering |
| Books \| Music | Insurance | Retail |
| Business Services | Law Firms | Societies \| Organizations |
| Cleaning Services | Marketing Companies | Sporting Goods \| Events |
| Consultants | Media \| Telecommunications | Technology-Developer \| Consulting\| Telecom |
| Design companies | Moving Services | Telecommunications |
| Education / Universities / PrivateSchools | Museums \| Art Galleries | Travel \| Leisure |
| | Non-profit | |

Electronics/Music Instruments       organizations/foundations

➜ **List all underwriters (current total: 156)**

  

©COPYRIGHT WBUR TRUSTEES OF BOSTON UNIVERSITY : FAQ : CONTACT US : PRIVACY STATEMENT : SITE