# EXHIBIT B

Dockets.Justia.com

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Monday, August 27, 2007 10:19 PM
**To:** Brown, Renee DuBord; Fishman, Deborah
**Cc:** Heckel, Alfred; Carson, Patricia; Lee Carl Bromberg
**Subject:** Amgen's Advertising in Boston


Renee: It has come to Roche's attention that Amgen has sponsored advertisements with the NKF that are airing in Boston on local stations. We demand to know the details behind this advertising to investigate whether this advertising is having a potential prejudicial impact on potential jurors. Among the information we want provided is the agreements relating to this advertising, the persons involved in arranging for it, information about the scope of the advertising program, how much Amgen is paying for or subsidizing this advertising, when it began and how long it is intended to be run. Beyond that, we may seek further discovery. Since the trial is beginning on next Tuesday, we want a response to this email no later than tomorrow close of business.

                              *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati