UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD | ) |
| ROCHE DIAGNOSTICS GmbH | ) |
| and HOFFMANN-LA ROCHE INC. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**[DEFENDANTS' PROPOSED] JURY VERDICT**

As to the disputed issues, we find:

| **VALIDITY AND INFRINGEMENT** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Validity** | | **Literal Infringement** | | **Infringement by Doctrine of Equivalents** | | **Inducement** | |
|  | **Valid** | **Invalid** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **U.S. Patent No. 5,441,868** | | | | | | | | |
| Claim 1 | | | | | | | | |
| Claim 2 | | | | | | | | |
| **U.S. Patent No. 5,618,698** | | | | | | | | |
| Claim 4 | | | | | | | | |
| Claim 5 | | | | | | | | |
| Claim 6 | | | | | | | | |
| Claim 7 | | | | | | | | |
| Claim 8 | | | | | | | | |
| Claim 9 | | | | | | | | |

| VALIDITY AND INFRINGEMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Validity | | Literal Infringement | | Infringement by Doctrine of Equivalents | | Inducement | |
| | Valid | Invalid | Yes | No | Yes | No | Yes | No |
| **U.S. Patent No. 5,756,349** | | | | | | | | |
| Claim 7 | | | | | | | | |
| **U.S. Patent No. 5,547,933** | | | | | | | | |
| Claim 3 | | | | | | | | |
| Claim 7 | | | | | | | | |
| Claim 8 | | | | | | | | |
| Claim 9 | | | | | | | | |
| Claim 11 | | | | | | | | |
| Claim 12 | | | | | | | | |
| Claim 14 | | | | | | | | |
| **U.S. Patent No. 5,955,422** | | | | | | | | |
| Claim 1 | | | | | | | | |

| UNENFORCEABLE FOR INEQUITABLE CONDUCT | | |
|---|---|---|
| | Yes | No |
| **U.S. Patent No. 5,441,868** | | |
| **U.S. Patent No. 5,618,698** | | |
| **U.S. Patent No. 5,756,349** | | |
| **U.S. Patent No. 5,547,933** | | |
| **U.S. Patent No. 5,955,422** | | |

_____
Foreperson

Date _____

03099/00501 726988.3

2