

**EXHIBIT A**

EXHIBIT E

Amgen's List of Witnesses for Trial

**Amgen's list of witnesses who may be called live at trial**

**Fact Witnesses:**

Kenneth Aoki
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Arnold J. Berk, M.D.
1632 Pandora Avenue
Los Angeles, California 90024

Michael Borun
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Jeffrey K. Browne
1244 Calle Aurora
Camarillo, CA 93010

Donald Catlin
Anti-Doping Research
3873 Grand View Blvd.
Los Angeles, Ca. 90066

Joan Egrie
561 Los Vientos Drive
Newbury Park, CA 91320

Steven Elliott
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Dennis Fenton
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Fact Witnesses Continued:**

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637

Anton Haselbeck
c/o Roche

Michael Jarsch
c/o Roche

Steven Kunin
Oblon, Spivak, McClelland, Maier & Neustadt PC
1940 Duke Street
Alexandria, Virginia 22314

Charles Kung
19237 Tramore Lane
Mokena, IL 60448

Fu-Kuen Lin
2491 Chaucer Place
Thousand Oaks, CA 91360

Jiang Liu
c/o Amgen Inc.
One Amgen center Drive
Thousand Oaks, California 91320-1799

Steven Odre
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Fact Witnesses Continued:**

Gary Rogers
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Ralph Smalling
341 Scarborough Street
Thousand Oaks, California 91361

Nancy Spaethe
8320 South East 34th Street
Mercer Island, Washington 98040

Anne Stern
c/o Roche

Thomas Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Helen Torley
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Axel Ullrich
Max Planck Institute of Biochemistry
Dept. of Molecular Biology
Am Klopferspitz 18
82152 Martinsried
Germany

Stuart Watt
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Expert Witnesses:**

Leslie Benet
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Ralph Bradshaw
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Carlos Brugnara
Children's Hospital
Department of Laboratory Medicine
300 Longwood Avenue
Boston, Massachusetts 02115

Glenn Chertow
University of California San Francisco
UCSF Laurel Heights, Suite 430
3333 California Street
San Francisco, CA 94118-1211

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E.58th St.
Chicago, IL 60637

Harvey Lodish
Whitehead Institute, Suite 601
9 Cambridge Center
Cambridge, Massachusetts 02142

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

**EXHIBIT E**
**Amgen's List of Witnesses for Trial**

**Expert Witnesses Continued:**

Vladimir Torchilin
Northeastern University
Mugar Building, Rm 312
360 Huntington Avenue
Boston, Massachusetts 02129

Ajit Varki
University of California San Diego (UCSD)
CMM-East, Rm 1065
9500 Gilman Drive MC 0687
La Jolla, CA 92093-0687

**Exhibit E**
**Amgen's List of Witnesses for Trial**

**Amgen's list of witnesses who may be called via deposition designation**

**ITC Witnesses:**

Jean Pierre Buch
c/o Hoffman La Roche Israel

Cynthia Dinella
c/o Roche Diagnostics GmbH, Penzberg

Adrienna Farid
c/o Hoffman La Roche
Nutley, New Jersey

Joanne Franzino
c/o Hoffman La Roche
Nutley, New Jersey

Robert Joseph
c/o Hoffman La Roche
Nutley, New Jersey

Iris Kingma-Johnson
c/o Hoffman La Roche
Nutley, New Jersey

Marcus Knickmeier
c/o F. Hoffman Roche AG
Switzerland

Chrys Kokino
c/o Roche Pharmaceuticals

Barbara Much
c/o Roche Diagnostics GmbH, Penzberg

Nimish Shah
c/o Hoffman La Roche
Nutley, New Jersey

Axel Schorle
c/o Roche Diagnostics GmbH, Penzberg

**Exhibit E**
**Amgen's List of Witnesses for Trial**

**ITC Witnesses Continued:**

Philippe Van der Auwera
c/o F. Hoffman La Roche Limited
B74 Grenzacher Strasse
CH 4070 Basel, Swizerland

Peter Veng-Pedersen
c/o University of Iowa


**USDC Witnesses:**

George Abercrombie
c/o Hoffman LaRoche, Incorporated

Pascal Bailon
21 Woodbine Road
Florham Park, New Jersey

Joseph Baron
5841 South Maryland Avenue
Chicago, Illinois

Sonders Beimfohr
c/o Hoffman LaRoche, Incorporated

Guenter Blobel
1100 Park Avenue
New York, New York

Jeffrey Borer
c/o Kaye Scholer

Frank Carillo
ECG, Inc.
350 Grand Avenue
Englewood, New Jersey

Shaun Collard
c/o DaVita Pharmaceuticals

Sven-Michael Cords
c/o Kaye Scholer

Frank Dougherty
c/o Hoffman La Roche
Basel, Switzerland

**Exhibit E**
**Amgen's List of Witnesses for Trial**

## USDC Witnesses Continued:

Suzann Duncan
c/o Roche Pharmaceuticals

James Fisher
c/o Kaye Scholer

Wayne Flintoff
c/o Kay Scholer

Michael Fromm
2540 Woods Crest Avenue
Lincoln, Nebraska 68502

Franklin Gaylis
c/o Kaye Scholer

Susan Graf
c/o Roche Pharmaceuticals

Edward Harlow
c/o Kaye Scholer

Richard Hinson
c/o Roche Pharmaceuticals

Leroy Hood
Institute for Systems Biology

Patrick Horber
c/o Hoffman La Roche Limited

Adrian Katz
1125 E. 53rd Street
Chicago, Illinois 60615

John Keefe
c/o Roche Pharmaceuticals

Kenneth Lieberman
c/o Kaye Scholer

Lori Martin (Hickman)
c/o Roche Pharmaceuticals

Michael Mayersohn
c/o Kaye Scholer

**Exhibit E**
**Amgen's List of Witnesses for Trial**

## USDC Witnesses Continued:

Bruno Reigner
c/o Hoffman La Roche Limited
Basel, Switzerland

Peter Shuepbach
c/o Hoffman La Roche

Daniel Shouval
c/o Kaye Scholer

Joachim Vollmar
c/o Kaye Scholer

Charles Zaroulis
c/o Kaye Scholer

## AMGEN v. HMR/TKT Trial Testimony:

Alan Erslev

# EXHIBIT F
# ROCHE'S LIST OF POTENTIAL WITNESSES

| ROCHE TRIAL WITNESS | TYPE OF TESTIMONY (Live or Deposition) | WITNESS TYPE |
|---|---|---|
| **WITNESSES TO BE CALLED LIVE** | | |
| Lars E. Birgerson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Custodian of Records from the University of Chicago | LIVE | FACT |
| Custodian of Records from Biogen IDEC | LIVE | FACT |
| Custodian of Records from Amgen | LIVE | FACT |
| Custodian of Records from Roche | LIVE | FACT |
| Custodian of Records from Genetics Institute/Wyeth | LIVE | FACT |
| Markus Dembowski<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Joan Egrie, Ph.D.<br>561 Los Vientos Drive<br>Newbury Park, CA 91320 | LIVE | FACT |
| Adrienne Farid<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Patrick Horber<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland | LIVE | FACT |
| George Johnston<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Hans Koll, Ph. D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Bruno Reigner<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel | LIVE | FACT |

By agreement of the parties, this preliminary list of trial witnesses may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for witnesses identified during trial, as appropriate) or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Switzerland | | |
| Daniel Shouval<br>Professor of Medicine<br>Director, Liver Unit<br>P. O. Box 1200<br>11-91120 Jerusalem Israel | LIVE | FACT |
| Michael Sofocleous<br>Law Office of Michael Sofocleous<br>9717 Ceralene Drive<br>Fairfax, VA 22032 | LIVE | FACT |
| Anne Stern<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Phillipe Van der Auwera<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Fu-Kuen Lin, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Michael F. Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357 | LIVE | FACT |
| Eugene Goldwasser, Ph.D.<br>5656 South Dorchester Avenue, Apt. 2<br>Chicago, IL 60637-1706 | LIVE | FACT |
| Thomas Strickland, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Stuart Watt<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Steven M. Odre<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| Helen Torley<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | LIVE | FACT |
| **EXPERT WITNESSES** | | |

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Carolyn Bertozzi<br>Departments of Chemistry and Molecular and Cell Biology<br>University of California<br>Berkeley, CA 94720-1460 | LIVE | EXPERT |
| Steven Fishbane<br>Winthrop University Hospital<br>200 Old Country Road, Suite 135<br>Mineola, NY 11501 | LIVE | EXPERT |
| Richard Flavell<br>Section of Immunobiology<br>Howard Hughes Medical Institute<br>Yale University Medical Center<br>300 Cedar Street, TAC-S569<br>New Haven, CT 06520-8011 | LIVE | EXPERT |
| Edward E. Harlow, Jr.<br>Dept. of Biological Chemistry and Molecular Pharmacology<br>Harvard Medical School<br>240 Longwood Ave, C1-213<br>Boston, MA 02155 | LIVE | EXPERT |
| William L. Jorgenson<br>Department of Chemistry<br>Yale University<br>225 Prospect Street<br>New Haven, CT 06520-8118 | LIVE | EXPERT |
| Thomas R. Kadesh<br>Department of Genetics<br>University of Pennsylvania<br>School of Medicine<br>Philadelphia, PA 19104-6145 | LIVE | EXPERT |
| Alexander M. Klibanov<br>Department of Chemistry<br>Massachusetts Institute of Technology<br>77 Massachusetts Avenue<br>Room 56-579<br>Cambridge, MA 02139-4307 | LIVE | EXPERT |
| Robert Langer<br>Massachusetts Institute of Technology<br>77 Massachusetts Avenue<br>Room E25-342<br>Cambridge, MA 02139-4307 | LIVE | EXPERT |
| Gregory Longmore<br>Washington University School of Medicine<br>660 South Euclid Ave., Campus Box 8125<br>St. Louis, MO 63110 | LIVE | EXPERT |

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| John B. Lowe<br>Case Western Reserve University School of Medicine<br>Cleveland, OH 44106 | LIVE | EXPERT |
| Bruce Spinowitz<br>New York Hospital Queens<br>56 45 Main Street<br>Flushing, NY 11355 | LIVE | EXPERT |
| **POSSIBLE OTHER EXPERTS** | | |
| Martin J. Adelman<br>George Washington University Law School<br>700 20th St., N.W.<br>Washington, D.C. 20052 | LIVE | AS PER COURT |
| Gunter Blobel<br>The Rockefeller University<br>1230 York Avenue<br>New York, NY 10021 | LIVE | EXPERT |
| Jeffrey S. Borer<br>Cornell Weill Medical Center<br>525 East 68th Street<br>Suite F-467<br>New York, NY 10021 | LIVE | EXPERT |
| Wayne F. Flintoff<br>Department of Microbiology and Immunology<br>University of Western Ontario<br>Room 3006B, Dental Science Building<br>1151 Richmond St., Suite 2<br>London, Ontario, Canada N6A 5B8 | LIVE | EXPERT |
| Michael E. Fromm<br>The Beadle Center, 19th and Vine<br>Lincoln, NE 68588-0665 | LIVE | EXPERT |
| Barbara Imperiali<br>Dept. of Chemistry and Dept. of Biology<br>Massachusetts Institute of Technology<br>Cambridge, MA 02139 | LIVE | EXPERT |
| Rodney E. Kellems<br>University of Texas - Houston Medical School<br>P.O. Box 20708<br>Houston, TX 77225 | LIVE | EXPERT |
| Kenneth V. Lieberman<br>Hackensack University Medical Center<br>30 Prospect Avenue<br>Hackensack, NJ 07601 | LIVE | EXPERT |

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Michael Mayersohn<br>College of Pharmacy<br>The University of Arizona<br>Tucson, AZ 85721 | LIVE | EXPERT |
| Joachim Vollmar<br>190 Del Mar Shores Terrace, Unit 40<br>Solana Beach, CA 92075 | LIVE | EXPERT |
| Charles G. Zaroulis<br>Department of Medicine<br>Division of Hematology and Oncology<br>Staten Island University Hospital<br>475 Seaview Avenue<br>Staten Island, NY 10305 | LIVE | EXPERT |
| **TO BE CALLED BY DEPOSITION OR PRIOR TESTIMONY:**[1] | | |
| Amgen 30(b)(6) witnesses | DEPOSITION or PRIOR TESTIMONY | FACT |
| Joseph M. Baron, MD<br>Department of Medicine<br>University of Chicago Hospital<br>5801 South Ellis Ave<br>Chicago, IL 60637 | DEPOSITION or PRIOR TESTIMONY | FACT |
| Michael F. Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357 | DEPOSITION or PRIOR TESTIMONY | FACT |
| Ralph A. Bradshaw<br>Department of Physiology and Biophysics<br>at University of California Irvine<br>D237, D224 Med Sci I<br>Mail Code: 4560<br>Irvine, CA 92697 | DEPOSITION or PRIOR TESTIMONY | FACT/ ADMISSIONS |
| Sven-Michael Cords<br>Bioassay GmbH<br>Im Neuenheimer Feld 515<br>69120 Heidelberg<br>Germany | DEPOSITION or PRIOR TESTIMONY | FACT |
| Steve Elliott, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or PRIOR TESTIMONY | FACT |

---

[1] At the pretrial conference, the Court ordered that for any witness which Amgen intends to bring live to trial, Roche has the right to also call them live. Accordingly, Roche reserves the right to call live any witness which Amgen indicates it will bring live.

5

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Joseph W. Eschbach<br>515 Minor Ave, #300<br>Seattle WA 98104 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| James Fisher<br>Department of Pharmacology SL83<br>Tulane University School of Medicine<br>1430 Tulane Avenue<br>New Orleans, LA 70112-2699 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Franklin Gaylis<br>Sharp Health Care<br>8851 Center Drive #501<br>La Mesa, CA 91942 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Eugene Goldwasser, Ph.D.<br>5656 South Dorchester Avenue, Apt. 2<br>Chicago, IL 60637-1706 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Leroy Hood, Ph. D.<br>Institute for Systems Biology<br>1441 North 34th St.<br>Seattle, WA 98103-8904 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Dennis Kogod<br>DaVita, Inc.<br>601 Hawaii St.<br>El Segundo, CA 90245 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Fu-Kuen Lin, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert J. McGorty<br>Fresenius Medical Care North America<br>920 Winter Street<br>Waltham, MA 02451-1457 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Anthony Messana<br>St. Joseph Dialysis Center<br>1100 West Stewart Drive<br>Orange, California | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Maureen Michael<br>Central Florida Kidney Center<br>203 Ernestine Street<br>Orlando, FL 32801 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Leslie Mirani<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Graham Molineux<br>Amgen, Inc.<br>One Amgen Center Drive | DEPOSITION or<br>PRIOR TESTIMONY | FACT |

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Thousand Oaks, CA | | |
| Tracy Mooney<br>Independent Dialysis Foundation, Inc.<br>840 Hollins St.<br>Baltimore, MD 21201 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Steven M. Odre<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| George Rathmann<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Ralph Smalling<br>341 Scarborough Street<br>Thousand Oaks, CA 91361 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Thomas Strickland, Ph.D.<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Helen Torley<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Daniel Vapnek, Ph.D.<br>Avigen, Inc.<br>1301 Harbor Bay Parkway<br>Alameda, CA 94502 USA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Randolph Wall<br>Department of Microbiology, Immunology and Molecular Genetics<br>University of California Los Angeles<br>School of Medicine<br>Boyer 539A; Box 174718<br>Los Angeles, CA 90095 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Stuart Watt<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Peter Dukes<br>3647 Shannon Rd.<br>Los Angeles, CA 90027 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Thomas C. Boone<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |

# Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Robert Brenner<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Richard Cummings<br>5215 North Santa Fe Ave.<br>Edmond, OK | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeffrey K. Browne<br>1244 Calle Aurora<br>Camarillo, CA 93010 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert D. Weist<br>3525 Bridgeford Drive<br>Westlake Village, CA 91360 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Kevin Sharer<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Howard Green<br>Department of Cell Biology<br>Harvard Medical School<br>240 Longwood Avenue<br>Boston, MA 02115 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeri Lou Lane<br>1636 Cross Bridge<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Carlton Paul<br>324 Sylvia Way<br>San Rafael, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Martin J. Cline<br>441 Alma Real Drive<br>Pacific Palisades, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Gary M. Fox<br>11 Dorrit Court<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Harry F. Hixson<br>1690 East Altadena Drive<br>Altadena, CA 91001 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Por-Hsiung Lai<br>4306 Drownfield Court<br>Westlake Village, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Chi-Hwei Lin<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Sidney Von Suggs<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Michael Heartlein | DEPOSITION or | FACT |

**Roche's Preliminary List of Trial Witnesses**

| | | |
|---|---|---|
| 167 Reed Farm Rd<br>Boxborough, MA 01719 | PRIOR TESTIMONY | |
| Richard F. Selden<br>Wellesley, MA 02457 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert D. Christensen<br>University of South Florida<br>College of Medicine<br>13301 Bruce B. Downs Blvd, MHC1129<br>Tampa, FL | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Thomas Scott Foster<br>University of Kentucky<br>Chandler Medical Center<br>337 College of Pharmacy Building<br>Lexington, KY 40536-0082 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robin Ohls<br>University of New Mexico<br>UNM Children's Hospital<br>Department of Pediatrics/Neonatology<br>ACC-3W<br>Albuquerque, NM 87131-5313 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Edward Fritsch<br>Genetics Institute<br>15 Mildred Circle<br>Concord, MA 01742 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Julian E. Davies<br>132 Boulevard du Montparnasse<br>Paris<br>France | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Axel Ullrich<br>Max Planck Institute of Biochemistry<br>Dept. of Molecular Biology<br>Am Klopferspitz 18<br>82152 Martinsried<br>Germany | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |