# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 CV 12237 WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., ) | |
| a Swiss Company, ROCHE DIAGNOSTICS ) | |
| GMBH, a German Company, and ) | |
| HOFFMANN LAROCHE INC., a New ) | |
| Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF AMGEN INC.'S PROPOSED SPECIAL VERDICT FORM

Plaintiff Amgen Inc. respectfully requests that the Court give the attached Special Verdict Form attached hereto as Exhibit A to the jury to assist in their deliberations.[1]

---

[1] As noted in the Joint Pretrial Memorandum (D.I. 807), it is Amgen's position that obviousness-type double patenting is a matter of law purely for the Court to decide. *See In re Metoprolol Succinate Patent Litig.*, 2007 U.S. App. LEXIS 17463, at *10-11 (Fed. Cir. July 23, 2007). Amgen maintains this position, and addresses ODP in the accompanying proposed special verdict form in the alternative, should the Court decide to submit ODP issues to the jury. Amgen reserves the right to contest the submission of ODP issues to the jury.

DM1\1182631.2

Dockets.Justia.com

Respectfully Submitted,

Date:                                                    AMGEN INC.,
                                                         By its attorneys,

                                                              /s/    Patricia R. Rich
Of Counsel:                                              D. DENNIS ALLEGRETTI (BBO#545511)
                                                         MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                           PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD                                       DUANE MORRIS LLP
MONIQUE L. CORDRAY                                       470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                                        Boston, MA  02210
KIMBERLIN L. MORLEY                                      Telephone:    (857) 488-4200
ERICA S. OLSON                                           Facsimile:    (857) 488-4201
AMGEN INC.
One Amgen Center Drive                                   LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789                           DAY CASEBEER
(805) 447-5000                                           MADRID & BATCHELDER LLP
                                                         20300 Stevens Creek Boulevard, Suite 400
                                                         Cupertino, CA  95014
                                                         Telephone:    (408) 873-0110
                                                         Facsimile:    (408) 873-0220

                                                         WILLIAM GAEDE III (*pro hac vice*)
                                                         McDERMOTT WILL & EMERY
                                                         3150 Porter Drive
                                                         Palo Alto, CA 94304
                                                         Telephone:    (650) 813-5000
                                                         Facsimile:    (650) 813-5100

                                                         KEVIN M. FLOWERS (*pro hac vice*)
                                                         MARSHALL, GERSTEIN & BORUN LLP
                                                         233 South Wacker Drive
                                                         6300 Sears Tower
                                                         Chicago IL 60606
                                                         Telephone:    (312) 474-6300
                                                         Facsimile:    (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

>  */s/ Patricia R. Rich*
>  Patricia R. Rich