## EXHIBIT A

## [PROPOSED] SPECIAL VERDICT FORM

## INFRINGEMENT

Q.1.    Considering each claim separately, did Amgen persuade you that it is more likely than not that Roche's MICERA product infringes the following claims of U.S. Patent No. 5,547,933 (the " '933 Patent")?

(a "yes" answer is an answer for Amgen and a "no" answer is an answer for Roche)

Claim 3          Yes_____          No_____

Claim 7          Yes_____          No_____

Claim 9          Yes_____          No_____

Claim 10         Yes_____         No_____

Claim 11         Yes_____          No_____

Claim 14         Yes_____          No_____

Dockets.Justia.com

Q.2.    Considering each claim separately, did Amgen persuade you that it is more likely than not that Roche's MICERA product infringes the following claims of  U.S. Patent No. 5,441,868 (the " '868 Patent")?

(a "yes" answer is an answer for Amgen and a "no" answer is an answer for Roche)

Claim 1        Yes_____                    No_____

Claim 2        Yes_____                    No_____

Q.3.    Considering each claim separately, did Amgen persuade you that it is more likely than not that Roche's MICERA product infringes the following claims of U.S. Patent No. 5,618,698 (the " '698 Patent")?

(a "yes" answer is an answer for Amgen and a "no" answer is an answer for Roche)

Claim 6        Yes_____                    No_____

Claim 7        Yes_____                    No_____

Claim 8        Yes_____                    No_____

Claim 9        Yes_____                    No_____

DM1\1184271.1

Q.4.    Considering each claim separately, did Amgen persuade you that it is more likely than not that Roche's MICERA product infringes the following claims of U.S. Patent No. 5,756,349 (the " '349 Patent")?

(a "yes" answer is an answer for Amgen and a "no" answer is an answer for Roche)


      Claim 7          Yes_____                              No_____

## **INVALIDITY**

### **'422 Patent**


Q.5.  Did Roche prove by clear and convincing evidence that claim 1 of the '422 patent is anticipated and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

      Yes_____                              No_____


Q.6.  Did Roche prove by clear and convincing evidence that claim 1 of the '422 patent is obvious and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


      Yes_____                              No_____

Q.7.  Did Roche prove  by clear and convincing evidence that claim 1 of  the '422 patent is indefinite and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


        Yes_____                        No_____



Q.8.  Did Roche prove by clear and convincing evidence that claim 1 of the '422 patent is not enabled and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


        Yes_____                        No_____


## '933 Patent


Q.9.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of  the '933 patent is anticipated and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


        Claim 3:        Yes_____                No_____


        Claim 7:        Yes_____                No_____


        Claim 9:        Yes_____                No_____


        Claim 10:       Yes_____                No_____


        Claim 11:       Yes_____                No_____


        Claim 14:       Yes_____                No_____


4

DM1\1184271.1

Q.10.  Considering each claim separately, did Roche prove by clear and convincing evidence that

any of the following claims of  the '933 patent is obvious and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


Claim 3:        Yes_____                    No_____

Claim 7:        Yes_____                    No_____

Claim 9:        Yes_____                    No_____

Claim 10:       Yes_____                    No_____

Claim 11:       Yes_____                    No_____

Claim 14:       Yes_____                    No_____

DM1\1184271.1

Q.11.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of the '933 patent is not enabled and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 3:       Yes_____                    No_____

Claim 7:       Yes_____                    No_____

Claim 9:       Yes_____                    No_____

Claim 10:      Yes_____                    No_____

Claim 11:      Yes_____                    No_____

Claim 14:      Yes_____                    No_____

**'349 Patent**

Q.12.  Did Roche prove by clear and convincing evidence that Claim  7 of  the '349 patent is obvious and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Yes_____                    No_____

Q.13.  Did Roche prove by clear and convincing evidence that claim 7 of the '349 patent is indefinite and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

       Yes_____              No_____

Q.14.  Did Roche prove by clear and convincing evidence that claim 7 of the '349 patent fails to meet the written description requirement and is therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

       Yes_____              No_____

Q.15.  Did Roche prove by clear and convincing evidence that claim 7 of '349 patent is not enabled and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

       Yes_____              No_____

## **'868 Patent**

Q.16.   Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of the '868 patent is invalid because of obviousness-type double patenting over any claim of prior U.S. Patent No.  5,703,008?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

       Claim 1:     Yes_____           No_____

       Claim 2:     Yes_____           No_____

Q.17.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of the '868 patent is obvious and therefore invalid?

7

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 1:        Yes_____                    No_____

Claim 2:        Yes_____                    No_____

## **'698 Patent**

Q.18.   Considering each claim separately, did Roche prove  by clear and convincing evidence that any of the following claims of the '698 patent is invalid because of obviousness-type double patenting over any claim of prior U.S. Patent No.  5,703,008?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 6:        Yes_____                    No_____

Claim 7:        Yes_____                    No_____

Claim 8:        Yes_____                    No_____

Claim 9:        Yes_____                    No_____

8

Q.19.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of  the '698 patent is obvious and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 6:        Yes_____                              No_____

Claim 7:        Yes_____                              No_____

Claim 8:        Yes_____                              No_____

Claim 9:        Yes_____                              No_____

Q.20.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims in the '698 patent is indefinite and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 6:        Yes_____                              No_____

Claim 7:        Yes_____                              No_____

Claim 8:        Yes_____                              No_____

Claim 9:        Yes_____                              No_____

Q.21.  Considering each claim separately, did Roche prove by clear and convincing evidence that any of the following claims of the '698 patent fails to meet the written description requirement and is therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 6:        Yes_____                     No_____

Claim 7:        Yes_____                     No_____

Claim 8:        Yes_____                     No_____

Claim 9:        Yes_____                     No_____

Q.22.  Considering each claim separately, did Roche prove  by clear and convincing evidence that any of the following claims of the '698 patent is not enabled and therefore invalid?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Claim 6:        Yes_____                     No_____

Claim 7:        Yes_____                     No_____

Claim 8:        Yes_____                     No_____

Claim 9:        Yes_____                     No_____

DM1\1184271.1

## INEQUITABLE CONDUCT

Q.23.  Did  Roche prove by clear and convincing evidence that the '422 Patent is unenforceable because Amgen engaged in inequitable conduct before the U.S. Patent and Trademark Office?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)


Yes_____                              No_____


Q.24.  Did Roche prove by clear and convincing evidence that the '933 Patent is unenforceable because Amgen engaged in inequitable conduct before the U.S. Patent and Trademark Office?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Yes_____                              No_____


Q.25.  Did Roche prove  by clear and convincing evidence that the '349 Patent is unenforceable because Amgen engaged in inequitable conduct before the U.S. Patent and Trademark Office?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Yes_____                              No_____


Q.26.  Did Roche prove by clear and convincing evidence that the '868 Patent is unenforceable because Amgen engaged in inequitable conduct before the U.S. Patent and Trademark Office?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Yes_____                              No_____

DM1\1184271.1

Q.27.  Did Roche prove by clear and convincing evidence that the '698 Patent is unenforceable because Amgen engaged in inequitable conduct before the U.S. Patent and Trademark Office?

(a "no" answer is an answer for Amgen and a "yes" answer is an answer for Roche)

Yes_____                    No_____

DM1\1184271.1