# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 CV 12237 WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., ) | |
| a Swiss Company, ROCHE DIAGNOSTICS ) | |
| GMBH, a German Company, and ) | |
| HOFFMANN LAROCHE INC., a New ) | |
| Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF AMGEN INC.'S PROPOSED VOIR DIRE QUESTIONS

1. Do you have any formal education or training in a field relating to Biology, Chemistry or Physiology?

2. Have you ever worked in the medical or healthcare field in any capacity?

3. Do you have any children?

4. Have you, or anyone in your family, ever invented something?

5. Have you, or anyone in your family, ever filed for patent protection with the United States Patent Office?

6. Do you hold any opinions positive or negative toward patents or United States Patent Office that might make it difficult for you to serve as a juror in this case?

DM1\1184221.1

Dockets.Justia.com

7. Have you ever served on a jury before?

8. Have you ever been a witness in any type of legal proceeding?

9. Have you ever filed a lawsuit?

10. Have you ever been sued by someone?

11. Do you have any positive or negative feelings or opinions about litigation or companies that go to court to resolve their disputes?

12. Does anyone here have feelings, positive or negative, regarding genetic engineering?

13. Does anyone here have feelings, positive or negative, regarding recombinant DNA research?

14. Has anyone here heard of the defendant Hoffman-La Roche?

15. Has anyone here heard of the drug MIRCERA?

16. Has anyone here heard of the plaintiff Amgen?

17. Has anyone here heard of the drug PROCRIT or EPOGEN?

Respectfully Submitted,

Date:  August 31, 2007

AMGEN INC.,
By its attorneys,

/s/ Patricia R. Rich

Of Counsel:

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
PATRICIA R. RICH (BBO#640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:   (857) 488-4200
Facsimile:    (857) 488-4201

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
DARRELL G. DOTSON
KIMBERLIN L. MORLEY
ERICA S. OLSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA   91320-1789
(805) 447-5000

LLOYD R. DAY, JR. (*pro hac vice*)
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:   (408) 873-0110
Facsimile:    (408) 873-0220

WILLIAM GAEDE III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:   (650) 813-5000
Facsimile:    (650) 813-5100

KEVIN M. FLOWERS (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:   (312) 474-6300
Facsimile:    (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on the above date.

*/s/ Patricia R. Rich*
Patricia R. Rich
