# United States Patent [19]
## Lin

[11] Patent Number: **4,703,008**
[45] Date of Patent: **Oct. 27, 1987**

[54] **DNA SEQUENCES ENCODING ERYTHROPOIETIN**

[75] Inventor: Fu-Kuen Lin, Thousand Oaks, Calif.

[73] Assignee: Kiren-Amgen, Inc., Thousand Oaks, Calif.

[21] Appl. No.: 675,298

[22] Filed: Nov. 30, 1984

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 561,024, Dec. 13, 1983, abandoned, and a continuation-in-part of Ser. No. 582,185, Feb. 21, 1984, abandoned, and a continuation-in-part of Ser. No. 655,841, Sep. 28, 1984.

[51] Int. Cl.[4] .................. C12N 5/00; C12N 15/00; C12N 1/20; C12N 1/00; C12Q 1/68; C07H 15/12
[52] U.S. Cl. ..................... 435/240.2; 435/172.3; 435/253; 435/6; 435/317; 435/320; 536/27; 935/9; 935/10; 935/13; 935/79; 935/80
[58] Field of Search ............ 435/68, 317, 172.3, 435/253, 240; 935/6, 10, 11, 27, 69, 73, 13

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 3,033,753 | 5/1962 | White et al. |
| 3,865,801 | 2/1975 | Chiba et al. |
| 4,237,224 | 12/1980 | Cohen et al. |
| 4,264,731 | 4/1981 | Shine |
| 4,273,875 | 6/1981 | Manis |
| 4,293,652 | 10/1981 | Cohen |
| 4,338,397 | 7/1982 | Gilbert et al. |
| 4,358,535 | 11/1982 | Falkow et al. |
| 4,377,513 | 3/1983 | Sugimoto et al. ............ 260/112 |
| 4,394,443 | 7/1983 | Weissman et al. |
| 4,397,840 | 8/1983 | Takezawa et al. |
| 4,399,216 | 8/1983 | Axel et al. |
| 4,411,994 | 10/1983 | Gilbert et al. |
| 4,442,205 | 4/1984 | Hamer et al. |
| 4,465,624 | 8/1984 | Chiba et al. |
| 4,468,464 | 8/1984 | Cohen et al. ................ 435/317 |
| 4,468,466 | 8/1984 | Cohen et al. |
| 4,503,151 | 3/1985 | Paddock ......................... 435/68 |
| 4,558,005 | 12/1985 | Goldwasser et al. |
| 4,558,006 | 12/1985 | Egrie .............................. 435/70 |
| 4,568,488 | 2/1986 | Lee-Huang |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0070685 | 1/1983 | European Pat. Off. |
| 0070687 | 1/1983 | European Pat. Off. |
| 0077670 | 4/1983 | European Pat. Off. |
| 0093619 | 11/1983 | European Pat. Off. |
| 0123294 | 4/1984 | European Pat. Off. |
| 0116446 | 8/1984 | European Pat. Off. |

(List continued on next page.)

**OTHER PUBLICATIONS**

Bennetzen et al., 1982, "Codon Selection in Yeast", *J. Biol Chem*, vol. 257(6), 3026–3031.
Lewin *Genes*, 1983, John Wiley & Sons, p. 307.

(List continued on next page.)

*Primary Examiner*—Alvin E. Tanenholtz
*Attorney, Agent, or Firm*—Michael F. Borun; Steven M. Odre

[57] **ABSTRACT**

Disclosed are novel polypeptides possessing part or all of the primary structural conformation and one or more of the biological properties of mammalian erythropoietin ("EPO") which are characterized in preferred forms by being the product of procaryotic or eucaryotic host expression of an exogenous DNA sequence. Illustratively, genomic DNA, cDNA and manufactured DNA sequences coding for part or all of the sequence of amino acid residues of EPO or for analogs thereof are incorporated into autonomously replicating plasmid or viral vectors employed to transform or transfect suitable procaryotic or eucaryotic host cells such as bacteria, yeast or vertebrate cells in culture. Upon isolation from culture media or cellular lysates or fragments, products of expression of the DNA sequences display, e.g., the immunological properties and in vitro and in vivo biological activities of EPO of human or monkey species origins. Disclosed also are chemically synthesized polypeptides sharing the biochemical and immunological properties of EPO. Also disclosed are improved methods for the detection of specific single stranded polynucleotides in a heterologus cellular or viral sample prepared from, e.g., DNA present in a plasmid or viral-borne cDNA or genomic DNA "library".

**31 Claims, 21 Drawing Figures**

```
Translation of Monkey EPO cDNA

Sau3A
GATCCCGCGCCCCCTGGACAGCCGCCCTCTCCTCCAGGCCCGTGGGGCTGGCCCTGCCC

CGCTGAACTTCCCGGGATGAGGACTCCCGGTGTGGTCACCGCGCGCCTAGGTCGCTGAG

                                      -27                    -20
                                      Met Gly Val His Glu Cys Pro Ala Trp
GGACCCCGGCCAGGCGCGGAGATG GGG GTG CAC GAA TGT CCT GCC TGG
                                             -10
Leu Trp Leu Leu Leu Ser Leu Val Ser Leu Pro Leu Gly Leu Pro
CTG TGG CTT CTC CTG TCT CTC GTG TCG CTC CCT CTG GGC CTC CCA
       -1 +1                                         10
Val Pro Gly Ala Pro Pro Arg Leu Ile Cys Asp Ser Arg Val Leu
GTC CCG GGC GCC CCA CCA CGC CTC ATC TGT GAC AGC CGA GTC CTG
                              20
Glu Arg Tyr Leu Leu Glu Ala Lys Glu Ala Glu Asn Val Thr Met
GAG AGG TAC CTC TTG GAG GCC AAG GAG GCC GAG AAT GTC ACG ATG
         30                         •          40
Gly Cys Ser Glu Ser Cys Ser Leu Asn Glu Asn Ile Thr Val Pro
GGC TGT TCC GAA AGC TGC AGC TTG AAT GAG AAT ATC ACC GTC CCA
```

4,703,008

39

in the context of mammalian cell expression of DNA inserted in a hybrid vector of bacterial plasmid and viral genomic origins, a wide variety of expression systems are within the contemplation of the invention. Conspicuously comprehended are expression systems involving vectors of homogeneous origins applied to a variety of bacterial, yeast and mammalian cells in culture as well as to expression systems not involving vectors (such as calcium phosphate transfection of cells). In this regard, it will be understood that expression of, e.g., monkey origin DNA in monkey host cells in culture and human host cells in culture, actually constitute instances of "exogenous" DNA expression inasmuch as the EPO DNA whose high level expression is sought would not have its origins in the genome of the host. Expression systems of the invention further contemplate these practices resulting in cytoplasmic formation of EPO products and accumulation of glycosylated and nonglycosylated EPO products in host cell cytoplasm or membrances (e.g., accumulation in bacterial periplasmic spaces) or in culture medium supernatants as above illustrated, or in rather uncommon systems such as *P. aeruginosa* expression systems (described in Gray, et al., *Biotechnology*, 2, pp. 161–165 (1984).

Improved hybridization methodologies of the invention, while illustratively applied above to DNA/DNA hybridization screenings are equally applicable to RNA/RNA and RNA/DNA screening. Mixed probe techniques as herein illustrated generally constitute a number of improvements in hybridization processes allowing for more rapid and reliable polynucleotide isolations. These many individual processing improvements include: improved colony transfer and maintenance procedures; use of nylon-based filters such as GeneScreen and GeneScreen Plus to allow reprobing with same filters and repeated use of the filter, application of novel protease treatments. [compared, e.g., to Taub, et al. *Anal. Biochem.*, 126, pp. 222–230 (1982)]; use of very low individual concentrations (on the order of 0.025 picomole) of a large number of mixed probes (e.g., numbers in excess of 32); and, performing hybridization and post-hybridization steps under stringent temperatures closely approaching (i.e., within 4° C. and preferably within 2° C. away from) the lowest calculated dissociation temperature of any of the mixed probes employed. These improvements combine to provide results which could not be expected to attend their use. This is amply illustrated by the fact that mixed probe procedures involving 4 times the number of probes ever before reported to have been successfully used in even cDNA screens on messenger RNA species of relatively low abundancy were successfully applied to the isolation of a unique sequence gene in a genomic library screening of 1,500,000 phage plaques. This feat was accomplished essentially concurrently with the publication of the considered opinion of Anderson, et al., supra, that mixed probe screening methods were ". . . impractical for isolation of mammalian protein genes when corresponding RNA's are unavailable.

What is claimed is:

1. A purified and isolated DNA sequence encoding erythropoietin, said DNA sequence selected from the group consisting of:
   (a) the DNA sequences set out in FIGS. 5 and 6 or their complementary strands; and
   (b) DNA sequences which hybridize under stringent conditions to the DNA sequences defined in (a).

40

2. A purified and isolated DNA sequence consisting essentially of a DNA sequence encoding human erythropoietin.

3. A purified and isolated DNA sequence consisting essentially of a DNA sequence encoding monkey erythropoietin.

4. A procaryotic or eucaryotic host cell transformed or transfected with a DNA sequence according to claim 1, 2 or 3 in a manner allowing the host cell to express erythropoietin.

5. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 1, 2, or 3.

6. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector according to claim 5.

7. A purified and isolated DNA sequence consisting essentially of a DNA sequence encoding a polypeptide having an amino acid sequence sufficiently duplicative of that of erythropoietin to allow possession of the biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells, and to increase hemoglobin synthesis or iron uptake.

8. A cDNA sequence according to claim 7.

9. A monkey species erythropoietin coding DNA sequence according to claim 8.

10. A DNA sequence according to claim 9 and including the protein coding region set forth in FIG. 5.

11. A genomic DNA sequence according to claim 7.

12. A human species erythropoietin coding DNA sequence according to claim 11.

13. A DNA sequence according to claim 12 and including the protein coding region set forth in FIG. 6.

14. A DNA sequence according to claim 7 and including one or more codons preferred for expression in *E.coli* cells.

15. A DNA sequence according to claim 14, coding for expression of human species erythropoietin.

16. A DNA sequence according to claim 15 including the protein coding region set forth in FIG. 7.

17. A DNA sequence according to claim 7 and including one or more codons preferred for expression in yeast cells.

18. A DNA sequence according to claim 17, coding for expression of human species erythropoietin.

19. A DNA sequence according to claim 18 including the protein coding region set forth in FIG. 8.

20. A DNA sequence according to claim 7 covalently associated with a detectable label substance.

21. A DNA sequence according to claim 20 wherein the detectable label is a radiolabel.

22. A single-strand DNA sequence according to claim 20.

23. A procaryotic or eucaryotic host cell transformed or transfected with a DNA sequence according to claim 7, 8, or 11 in a manner allowing the host cell to express said polypeptide.

24. A transformed or transfected host cell according to claim 23 which host cell is capable of glycosylating said polypeptide.

25. A transformed or transfected mammalian host cell according to claim 24.

26. A transformed or transfected COS cell according to claim 25.

27. A transformed or transfected CHO cell according to claim 25.

28. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 7.

29. A procaryotic or eucaryotic host cell stably transformed or transfected with a DNA vector according to claim 28.

30. A DNA sequence according to claim 7 coding for [Phe$^{15}$]hEPO, [Phe$^{49}$]hEPO, [Phe$^{145}$]hEPO, [His$^{7}$]hEPO, [Asn$^{2}$des-Pro$^{2}$ through Ile$^{6}$]hEPO, [des-Thr$^{163}$ through Arg$^{166}$hEPO, or [Δ27-55]hEPO.

31. A purified and isolated DNA sequence as set out in FIGS. 5 or 6 or the complementary strand of such a sequence.

* * * * *