UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) ) Plaintiff, ) ) v. ) ) F. HOFFMANN-LA ROCHE LTD, ) ROCHE DIAGNOSTICS GmbH, ) and HOFFMANN-LA ROCHE INC. ) ) Defendants. ) ) | ) CIVIL ACTION No.: 05-CV-12237WGY |

**AMGEN CONFIDENTIAL EXHIBIT D TO THE DECLARATION OF KREGG T. BROOKS IN SUPPORT OF ROCHE'S OPPOSITION TO AMGEN'S MOTION IN LIMINE NO. 7**

The filing of this confidential exhibit has been deferred pursuant to the provisions of the

Protective Order entered on 2/7/07 (Docket No. 274).

| | |
|---|---|
| Dated:  August 31, 2007<br>Boston, Massachusetts | Respectfully submitted,<br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>*By their attorneys,*<br><br>/s/  Kregg T. Brooks<br>Lee Carl Bromberg (BBO# 058480)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>Nicole A. Rizzo (BBO# 663853)<br>Kregg T. Brooks (BBO# 667348)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>kbrooks@bromsun.com |

03099/00501 732560.1