# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 1:05-CV-12237 WGY |

### DECLARATION OF WILLIAM G. GAEDE, III IN SUPPORT OF PLAINTIFF AMGEN INC.'S MOTION *IN LIMINE* NO. 22 TO PRECLUDE ROCHE FROM INTRODUCING, INCLUDING IN ITS INVALIDITY OPENING, TESTIMONY, EVIDENCE OR ARGUMENT ON PEGYLATION DURING THE VALIDITY PHASE OF THE TRIAL AND TO EXCLUDE ANY PROFFERED TESTIMONY BY DR. ROBERT LANGER DURING THE TRIAL

I, William G. Gaede, III, declare as follows:

1. I am a partner with McDermott Will & Emery LLP and counsel for Amgen, Inc. in the above-captioned matter.

2. I am submitting this declaration in support of Plaintiff Amgen Inc.'s Motion *in Limine* No. 22 to Preclude Roche from Introducing Testimony, Evidence or Argument on Pegylation During the Validity Phase of the Trial and to Exclude Any Proffered Testimony by Dr. Robert Langer During the Trial.

3. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

4. Attached as Exhibit 1 is a true and correct copy of relevant pages from the Expert Report of Dr. Robert Langer, dated April 6, 2007, submitted on behalf of Roche in this case.

MPK 131658-1.041925.0023       1       GAEDE DECL. RE AMGEN'S M/*LIMINE* RE PEGYLATION DURING VALIDITY PHASE <br> CIVIL ACTION NO. 1:05-CV-12237 WGY

Dockets.Justia.com

5. Attached as Exhibit 2 is a true and correct copy of relevant pages of the June 18, 2007 deposition of Dr. Langer taken in this case.

6. Dr. Langer provided no opinions in his report or deposition relating to infringement or inequitable conduct.

7. Attached as Exhibit 3 is a true and correct copy of relevant pages of the March 28, 2007 deposition of Graham Molineux taken in this case.

8. Attached as Exhibit 4 is a true and correct copy of relevant pages of the March 29, 2007 deposition of Stephen Elliott taken in this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and that this Declaration was completed at Palo Alto, California this 31ST day of August 2007.

/s/William G. Gaede, III
William G. Gaede, III

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

        */s/ Michael R. Gottfried*
        Michael R. Gottfried