Langer, Robert S. (Restricted Access - BLA/IND Material) 6/18/2007 8:15:00 AM

PAGES 1 - 127

EXHS. 1 - 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * *

Amgen, Inc.,　　　　　　　　*

　　　Plaintiff　*

　　　　　　　　　*

v.　　　　　　　*　　Civil Action

　　　　　　　*　No. 05-CV-12237 WGY

F. Hoffmann-LaRoche, Ltd.,　*

Roche Diagnostics GmbH, and *

Hoffmann-LaRoche, Inc.,　　　*

　　　Defendants *

* * * * * * * * * * * * * * *

Restricted Access Roche Confidential

BLA/IND Information

Video Deposition of Robert S. Langer, Sc.D.

Monday, June 18, 2007

McDermott Will & Emery LLP

28 State Street - 34th Floor

Boston, Massachusetts 02109

---------- J. Edward Varallo, RMR, CRR ----------

Registered Professional Reporter

Farmer Arsenault Brock LLC, Boston, Mass.

REPORTING FOR

LiveNote World Service

221 Main Street ~ San Francisco, California 94105

415.321.2311 ~ Fax 415.321.2301

41925-023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

dockets.Justia.com

```
 1      Q.   I am trying to determine whether -- Well,
 2   I think I've established it, actually, but let me
 3   just ask a clarifying question.  So in forming your
 4   opinion, you did not consider whether the patents
 5   enable production of erythropoietin, did you?
 6      A.   Well, what I considered, I considered
 7   everything, but what I'm trying to say is -- So I
 8   considered everything that's in the patent
 9   production, everything that they talked about.  The
10   question, though, that I am specifically addressing
11   is whether the patents gave sufficient information
12   to enable a person of ordinary skill in the art in
13   the '83-84 time frame, information that was
14   sufficient to generate a PEG-modified protein having
15   erythropoietinlike activity that is therapeutically
16   useful with routine experimentation.
17      Q.   Then you do not have an opinion on whether
18   the patents in suit enable production of
19   erythropoietin itself?
20           MR. SAPHIA:  Recombinant erythropoietin?
21   Recombinant?
22           MS. DENNETT:  Recombinant.  I'm sorry.
23   Recombinant erythropoietin.
24      A.   I didn't look at that issue, no.
25      Q.   Did you look at the issue of whether any
```

1    of the patents in suit enable a process for

2    preparing human erythropoietin?

3        A.   Again, I think I've tried to say what I

4    did consider.  In other words, if we're talking

5    about did they give information sufficient to

6    generate PEG-modified protein having in vivo

7    erythropoietinlike activity that is therapeutically

8    useful, that's what I looked at.

9        Q.   Was the scope of your analysis determined

10   by the attorneys for Roche?

11       A.   That's what they asked me to look at.

12   That was the question that they asked me to address.

13       Q.   If we could turn to paragraph 28 of your

14   report.

15       A.   28?

16       Q.   28.  And there you say that PEGylation

17   typically refers to the covalent modification of

18   proteins.  We kind of established this before, I

19   think.  But when you talk about covalent

20   modification, do you consider that chemical

21   modification of the protein?

22       A.   I'm not sure I understand the question.

23       Q.   Well, if you covalently bond PEG to a

24   protein, do you alter the amino acid sequence of the

25   protein?