Amgen Inc. v. F. Hoffmann-LaRoche LTD et al    Doc. 926 Att. 4
Case 1:05-cv-12237-WGY   Document 926-5   Filed 08/31/2007   Page 1 of 16
Molineux, Graham 30(b)(6) (Confidential)  3/28/2007  8:06:00 AM

1   that hinders receptor interaction.  Care must be

2   taken to maximize the benefits of pegylation without

3   compromising therapeutic activity."  Did you write

4   that statement?

5       A.  Yes, I did.

6       Q.  And did you believe it to be accurate at

7   the time you published this paper?

8       A.  Yes, I did.

9       Q.  Did you ever retract anything in this

10  paper?

11      A.  No, I didn't.

12      Q.  Did this paper undergo the internal Amgen

13  review before it was published?

14      A.  Yes, it did.

15      Q.  And this is an article in Anti-Cancer

16  Drugs, is it not?

17      A.  That's correct.

18      Q.  Was this article peer reviewed before it

19  was published?

20      A.  I don't recall.

21      Q.  Do you know what the standards are for

22  publishing papers in Anti-Cancer Drugs?

23          MR. GAEDE:  Objection; calls for

24  speculation.  Vague and ambiguous.

25          THE WITNESS:  No, I don't.

1   Q.   BY MR. JAGOE:  I marked this as Molineux
2   Exhibit 6.  Do you recognize Molineux Exhibit 6 as a
3   scientific publication that you authored?
4        MR. GAEDE:  Should we identify for the
5   record what the title of this is so we know what it
6   is and the pages?  You're not identifying these
7   exhibits for the record.
8        MR. JAGOE:  I think they're going to be
9   exhibits to the transcript.
10        MR. GAEDE:  Well --
11        MR. JAGOE:  You can take your time to
12   identify them later if you want.
13        MR. GAEDE:  You're going to refuse to
14   identify what the exhibit is for the record so the
15   record is going to be vague.
16        MR. JAGOE:  Read my question back, please.
17        MR. GAEDE:  I object to counsel refusing to
18   identify an exhibit for the record.  That's improper
19   questioning.
20             (Question Read)
21        THE WITNESS:  Yes.
22   Q.   BY MR. JAGOE:  You authored it as an Amgen
23   employee?
24   A.   Yes.
25   Q.   Did this undergo the internal Amgen review

1   targeting effects of alpha and epsilon amines on

2   EPO.

3       Q.  BY MR. JAGOE:  But when you wrote the

4   statement in this publication in 2004, you meant it

5   to be accurate, right?

6       A.  Yes, I did.

7       Q.  Was this article peer reviewed?

8       A.  I think it was.

9       Q.  Do you have any of the comments from the

10  peer reviewers in your files?

11      MR. GAEDE:  You may answer that question

12  but again, this is an article on PEG rmetHuG-CSF

13  which is another pegylated compound.  So you may

14  answer the question whether you have comments, but

15  further questioning on this, this is clearly a paper

16  on another compound.

17      THE WITNESS:  No, I don't.

18      Q.  BY MR. JAGOE:  Marked this as Molineux

19  Exhibit 7.  Is Molineux Exhibit 7 a paper that you

20  were co-author on along with other Amgen employees?

21      A.  That's correct, yes.

22      MR. GAEDE:  Just as a cautionary

23  instruction, we will get into specific questions,

24  you can answer some questions, but again, this paper

25  on its face relates to granulocyte colony

1   stimulating factor which is another compound and

2   megakaryocyte growth and development factor which is

3   another compound and it's clearly not an epoetin.

4   And counsel is, of course, aware of that fact. So

5   we'll proceed cautiously here.

6       Q. BY MR. JAGOE: Were you the primary author

7   on this article?

8       A. No.

9       Q. Who was the primary author?

10      A. Dr. Kinstler.

11      Q. Who is Dr. Kinstler?

12      A. Who is he? He's a colleague at Amgen.

13      Q. What is his position at Amgen?

14      A. I'm not familiar with his grade name.

15      Q. Do you know if he's a biologist or chemist

16  or medical doctor?

17      A. I would describe him as a chemist.

18      Q. Is he at a similar level that you are?

19          MR. GAEDE: Objection; vague.

20      Q. BY MR. JAGOE: In chemistry?

21          MR. GAEDE: Objection; vague and ambiguous.

22  Calls for speculation.

23          THE WITNESS: I don't know Olaf's title.

24      Q. BY MR. JAGOE: Did you review this document

25  before it was published?

1   A.  Yes.

2   Q.  And did it go through the Amgen internal

3   review process before it was published?

4   A.  Yes.

5   Q.  And do you believe the contents of this

6   article to be accurate?

7   A.  Yes.

8   Q.  Molineux Exhibit 8.

9   MR. GAEDE:  Since counsel refuses to do so,

10  the title of Molineux Exhibit 8 is PEG rHuMGDF

11  Promotes Multilineage Hematopoietic Recovery in

12  Myelosuppressed Mice and, therefore, on its face is

13  clearly referring to a different compound.

14  Q.  BY MR. JAGOE:  Doctor, is Molineux Exhibit

15  8 a publication that you co-authored as an Amgen

16  employee?

17  A.  Yes, it is.

18  Q.  It was published in Experimental Hematology

19  in 1999?

20  A.  Yes, it was.

21  Q.  And at the time you wrote this, did you

22  believe it to be accurate?

23  A.  Yes, I did.

24  Q.  Did you -- did this publication undergo

25  internal Amgen review before it was published?

1   is vague and ambiguous. Calls for expert witness

2   testimony. Assumes facts not in evidence.

3         THE WITNESS: Are you asking me does it

4   stimulate hemoglobin?

5      Q. BY MR. JAGOE: I'm asking you if it has any

6   similar structural -- functional characteristics as

7   erythropoietin, to your knowledge?

8         MR. GAEDE: Objection. The question is

9   vague and ambiguous.

10        THE WITNESS: To the best of my knowledge,

11  it has nothing in common with EPO.

12     Q. BY MR. JAGOE: Does it stimulate the

13  formation of certain types of cells?

14     A. Yes, it does.

15     Q. What types of cells does it stimulate the

16  formation of?

17     A. Primarily, megakaryocytes.

18        MR. JAGOE: We have to change the tape. Go

19  off the record.

20        THE VIDEOGRAPHER: This marks the end of

21  Videotape No. 1, Volume I in the deposition of

22  Dr. Graham Molineux, we're going off the record.

23  The time is 11:09 A.M.

24        (Recess taken.)

25        THE VIDEOGRAPHER: This marks the beginning

```
 1   of Videotape No. 2, Volume I in the deposition of
 2   Dr. Graham Molineux and the time is 11:20 A.M.
 3       Q.  BY MR. JAGOE:  I hand you a document marked
 4   as Molineux Exhibit 9.
 5       A.  Thank you.
 6       Q.  Is this a scientific publication you made
 7   in the Journal of Experimental Hematology in 1999?
 8           MR. GAEDE:  For the record, the title of
 9   the scientific publication is "The prolonged
10   hematologic effects of a single injection of
11   PEG-rHuMGDF in normal and thrombocytopenic mice."
12           THE WITNESS:  Yes, it is.
13       Q.  BY MR. JAGOE:  And you were an Amgen
14   employee when you submitted this?
15       A.  Yes, I was.
16       Q.  And did this undergo internal Amgen review
17   prior to publication?
18       A.  Yes, it did.
19           MR. GAEDE:  Again, this article is on a
20   specific compound other than pegylated EPO on the
21   face of the document and, questioning with respect
22   to this article is improper under the Court's order.
23           THE WITNESS:  Yes, it did.
24       Q.  BY MR. JAGOE:  Was this article peer
25   reviewed prior to publication?
```

1      MR. GAEDE: Objection; calls for

2  speculation.

3      THE WITNESS: I think all manuscripts

4  submitted to this journal are peer reviewed.

5      Q. BY MR. JAGOE: Did you, at the time you

6  submitted it, intend it to be accurate and honest?

7      A. Yes.

8      MR. JAGOE: Am I correct that you're not

9  going to let me ask him any questions about the

10 specific pegylation technology used in this paper?

11     MR. GAEDE: That is correct, because as the

12 court said on January 3rd in denying your motion to

13 compel for discovery of material specifically that

14 relate to this compound in particular as well, the

15 case involves EPO including pegylated EPO, not other

16 pegylated compounds, and your motion to compel in

17 that respect was denied.

18     MR. JAGOE: I think that I should be able

19 to ask him general questions about the pegylation

20 technology used as long it doesn't go specifically

21 to a different pegylated compound.

22     MR. GAEDE: If you want to tie it to

23 PEG-EPO which is what you are permitted to do and

24 you tie it to PEG-EPO in your questioning, that's

25 fine. But you refuse to tie things to PEG-EPO and

1   you are speaking about pegylation technology in

2   respect to an article that on its face refers to

3   other pegylated compounds.

4       MR. JAGOE:  But portions of the article are

5   general and not specific to any compound, PEG-EPO or

6   any other --

7       MR. GAEDE:  We've been taking this on a

8   question-by-question basis.  You can ask all the

9   questions you want.  We have all day.  If I believe

10  you're stepping across the lines of the Court's

11  order -- and I've given you great leeway here today

12  as well.  You know, ask your question.  I'm not

13  prohibiting you from asking any question you choose

14  to.

15      MR. JAGOE:  You're instructing him not to

16  answer.

17      MR. GAEDE:  Well, as appropriate because

18  you insist on questioning him on an article on a

19  different compound.  Is there something unclear

20  about different compound?  You're not going to ask

21  any more questions on Exhibit 9?

22      MR. JAGOE:  No.

23      Q.  BY MR. JAGOE:  We're on Exhibit 10.

24  Dr. Molineux, is this a scientific publication that

25  you made in Experimental Hematology in 1999?

1    MR. GAEDE: For the record, the title of
2    this article is "A new form of Filgrastim with
3    sustained duration in vivo and enhanced ability to
4    mobilize PBPC in both mice and humans," and on its
5    face refers to a different compound.
6    THE WITNESS: Yes, it is.
7    Q. BY MR. JAGOE: And this is in the same
8    journal that the previous publication was made and
9    you said that was peer reviewed, correct?
10   A. That's correct.
11   Q. And was this publication made while you
12   were an Amgen employee?
13   A. Yes, it was.
14   Q. And did you review this article before it
15   was submitted?
16   A. Yes, I did.
17   Q. Did you believe it to be accurate at the
18   time you submitted it?
19   A. Yes, I did.
20   Q. Did it undergo internal Amgen review prior
21   to publication?
22   A. Yes, it did.
23   Q. And in the introduction, there is a
24   paragraph that says "studies have shown that
25   modification of various proteins by chemical

```
 1    addition of polyethylene glycol can alter the
 2    pharmacokinetic and pharmacodynamic properties of
 3    the protein to significantly increase the time the
 4    modified protein remains effective in the
 5    circulation."
 6         MR. GAEDE: I'm sorry. Where are you,
 7    Counsel?
 8         MR. JAGOE: In the introduction on the
 9    third paragraph.
10         MR. GAEDE: I'm sorry. When you say
11    introduction and you just start reading, there is
12    five paragraphs. It's helpful if you just tell us
13    where we are so we can move along faster. We're on
14    the third paragraph. Okay.
15    Q. BY MR. JAGOE: Did you write that
16    statement?
17    A. Yes, I did.
18    Q. What did you mean by "modification of
19    various proteins by the chemical addition of
20    polyethylene glycol"?
21         MR. GAEDE: Again, I understand this is
22    questioning that is relevant to PEG erythropoietin.
23    You may answer the question.
24         THE WITNESS: In the specific case of EPO,
25    I can't answer the specific question. This was a
```

1  generic comment about adding PEG by chemical means

2  to various proteins.

3      Q.  BY MR. JAGOE:  I just want to know what you

4  mean generically in your publication, what you meant

5  by the chemical addition?

6      A.  I see.

7          MR. GAEDE:  You may answer.

8          THE WITNESS:  By chemically attaching the

9  polyethylene glycol to a mature protein.

10     Q.  BY MR. JAGOE:  By chemically attaching it,

11  that means there is a chemical reaction that goes

12  on?

13     A.  Yes.

14     Q.  Chemical reaction breaks bonds and creates

15  new bonds?

16         MR. GAEDE:  Objection; vague and ambiguous.

17  Calls for expert witness testimony.

18         THE WITNESS:  It's my understanding

19  chemical reaction involves the making and breaking

20  of chemical bonds, yes.

21     Q.  BY MR. JAGOE:  Is the product of a chemical

22  reaction a new chemical?

23         MR. GAEDE:  Objection; calls for expert

24  witness testimony.  Incomplete hypothetical.

25  Assumes facts not in evidence.  Lacks foundation.

1   Vague and ambiguous.

2   THE WITNESS: The product of the reaction

3   could be said to have not existed before, but that

4   doesn't mean it's new or novel.

5   Q.  It's new compared to the starting

6   materials?

7   A.  It's different.

8   Q.  Different compared to the starting

9   materials used in the chemical reaction?

10  A.  So salt is not the same as sodium and

11  chloride. That's absolutely true.

12  Q.  When a protein is modified by the chemical

13  addition of polyethylene glycol, that protein is

14  changed, right?

15  MR. GAEDE: Objection; vague and ambiguous.

16  Assumes facts not in evidence. Calls for expert

17  witness testimony. Incomplete hypothetical.

18  THE WITNESS: Chemically conjugating a

19  protein would in general change its properties.

20  Q.  BY MR. JAGOE: Would change the chemical

21  structure?

22  MR. GAEDE: Same objections. Go ahead.

23  THE WITNESS: Not of the protein itself.

24  You wouldn't alter the amino acid structure. You

25  would add something onto the side.

1    Q.   BY MR. JAGOE: There would also be

2    something missing, right?

3         MR. GAEDE: Objection; vague and ambiguous.

4    Incomplete hypothetical. Calls for speculation.

5    Calls for expert witness testimony.

6         THE WITNESS: There could be something as

7    minor as a proton missing, yes.

8    Q.   BY MR. JAGOE: There would have to be at

9    least something missing, right?

10   A.   I don't know.

11   Q.   This is Molineux Exhibit 11.

12   A.   Thank you.

13   Q.   Is Molineux Exhibit 11 an article that you

14   published in Clinical Cancer Research in July of

15   2001?

16        MR. GAEDE: Again, since counsel refuses to

17   identify exhibits for the record, it is entitled

18   "Kinetics of Neutrophil Production in Normal and

19   Neutropenic Animals During the Response to

20   Filgrastim, r-metHu G-CSF or Filgrastim SD/01,

21   PEG-r-metHu G-CSF. Therefore, the document on its

22   face calls for another compound, a different

23   compound than EPO or pegylated EPO.

24        THE WITNESS: I was a co-author on that

25   paper, yes, the first author was Brian Lord.

1   Q. BY MR. JAGOE: Who is Brian Lord?

2   A. Brian Lord is an investigator at the

3 institute where I used to work.

4   Q. You were collaborating with him on this

5 paper?

6   A. That's correct, yes.

7   Q. Did this paper undergo internal Amgen

8 review?

9   A. Yes, it did.

10   Q. And was this article peer reviewed before

11 it was published?

12   A. Yes, it was.

13   Q. And did you -- did you believe it to be

14 accurate at the time that you submitted it for

15 publication?

16   A. Yes, I did.

17   Q. This will be Molineux Exhibit 12.

18   A. Thank you.

19      MR. GAEDE: Exhibit 12, since I assume

20 counsel won't identify it, is an article entitled

21 "Efficient mobilization of haemotopoietic

22 progenitors after a single injection of pegylated

23 recombinant human granulocyte colony-stimulating

24 factor in mouse strains with distinct marrow-cell

25 pool sizes."

1    Q.  BY MR. JAGOE:  Is this a publication that

2  you made in the British Journal of Hematology in

3  2000?

4    A.  I was a co-author on this paper. Gerald

5  Haan was the first author.

6    Q.  You were an employee of Amgen at the time?

7    A.  Yes, I was.

8    Q.  You collaborated with these other authors

9  on the work that's described here?

10   A.  That's correct, yeah.

11   Q.  Did this paper undergo internal Amgen

12 review before it was published?

13   A.  Yes, it did.

14   Q.  Was this article peer reviewed?

15   A.  Yes, it was.

16   Q.  And at the time that you wrote this

17 article, did you believe it to be a correct and

18 accurate representation of what's disclosed?

19   A.  Yes, I did.

20   Q.  Do you have any knowledge of the effects of

21 pegylation on erythropoietin?

22       MR. GAEDE:  Objection.  The question as

23 phrased is vague and ambiguous.

24       THE WITNESS:  I've seen reports from Roche

25 on the claimed differences, yes.