Elliott, Steve 3/29/2007 2:31:00 PM

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3
 4
 5   AMGEN INC.,            )
                            )
 6         Plaintiff,       )
                            )
 7         vs.              ) Civil Action
                            )
 8   F. HOFFMANN-LA ROCHE LTD., a Swiss ) No. 05-12237 WGY
     Company, ROCHE DIAGNOSTICS GmbH,   )
 9   a German Company, and HOFFMANN-LA  )
     ROCHE, INC., a New Jersey          )
10   Corporation                        )
                                        )
11         Defendants.      )
     _____)
12
13
14
15
16      DEPOSITION OF STEVEN G. ELLIOTT, Ph.D.
17          Thursday, March 29, 2007
18
19
20            - CONFIDENTIAL -
21
22
23
     REPORTED BY:
24   JUDY SAMSON
     CSR NO. 6916
25
```

1   to be.

2       Q   We're talking about use in humans.

3           So can you know that something is going to

4   work in humans until you do a clinical trial?

5       A   When you say "work," there's different

6   kinds of meaning to the word "work."

7           So can you actually demonstrate that

8   there's the biological effect you want?

9           You know, you might be able to predictably

10  say that's going to be true.

11          Would you have a safety profile associated

12  with it that's acceptable?  You may not know that.

13          So there's different kinds of things that

14  we're doing when we're talking about predictability

15  in humans.

16          There's more that goes into a successful

17  commercial product then merely the biological

18  activity assay.

19          So you could predict with high likelihood

20  the likelihood that you'll see the in vivo response

21  you need, but that does not mean that the threshold

22  for approval by the FDA is going to happen because

23  there's other variables that come into that that

24  have nothing to do with the biology.

25      Q   Are you familiar with any pegylated

1  erythropoietin molecules?

2  A  I'm aware of some, yes.

3  Q  Can you predict whether any of those will

4  work in the clinic before testing?

5      MR. DAY:  Objection.

6      THE WITNESS:  Yeah, let's define what you

7  mean by "work" first.

8      There's work in terms of increased half

9  life, the work in terms of is it safe and effective,

10  are there liabilities associated that would

11  outweigh, you know, make it unapprovable.

12  BY MR. JAGOE:

13  Q  All of these things.

14  A  We don't have an approval for any pegylated

15  erythropoietin yet.

16  Q  Can you predict now whether you will or

17  will not?

18  A  I think that's up to the FDA to decide and

19  the results of the clinical trials that are looking

20  at safety.

21      So I think it's a safety, efficacy, cost.

22  And there's a lot of variables that go into that

23  decision that are beyond the scope of what is

24  happening in the laboratory.

25  Q  So in one of your answers you said, "we

1  don't have an approval for any pegylated

2  erythropoietin yet."

3       When you say "we," who are you referring

4  to? Amgen?

5

6  A  "We," meaning the scientific community.

7       There's, to my knowledge, nobody that has

8  had an approval in the United States or Europe to

9  sell commercially pegylated erythropoietin.

10  Q  And based on what you know, are you able to

11  predict whether there will be a safe and effective

12  pegylated erythropoietin?

13      MR. DAY:  Objection; irrelevant, lacks

14  foundation, calls for expert testimony, beyond the

15  scope of this deposition.

16      THE WITNESS:  Yeah, I would agree with

17  that.

18      There's a lot of variables that go into

19  that that are political, let's say, financial that I

20  could not comment on.

21  BY MR. JAGOE:

22  Q  Based on the science --

23  A  There's legal reason as well, which is why

24  we're sitting here.

25  Q  Based on your understanding of the science,

1  are you able to predict whether a pegylated
2  erythropoietin will be a safe and effective compound
3  for treating anemia?
4      MR. DAY: Same objections.
5      THE WITNESS: Yeah, "safe and effective"
6  are terms that will require, you know, clinical
7  trials.
8      And I think really it's going to come down
9  to a safety issue with, you know, theoretical risks.
10     Whether it will be approved is going to be
11 a consequence of a number of variables including
12 legal ones.
13 BY MR. JAGOE:
14     Q  Are you aware of Amgen clinical data on
15 pegylated erythropoietin?
16     A  That Amgen has done, I am not aware of any.
17     Q  Do you know if Amgen has prepared any
18 pegylated erythropoietin?
19     A  We have made preparation of pegylated NESP.
20     There may have been early experiments to
21 look at pegylated EPO.
22     Q  Were you involved in any of the work on
23 preparing pegylated EPO?
24     A  Preparing pegylated EPO -- if you mean did
25 I help construct or manufacture or make peg EPO, no,

1  I didn't do that.

2    Q  Were you involved in any testing or

3  analyzing of peg EPO?

4    A  I don't recall specifically whether I

5  tested preparations.

6    I may have.

7    Q  What type of testing would you -- may you

8  have done?

9    A  If I did any, I might have done some

10 receptor binding studies and/or in vitro studies or

11 helped coordinate getting some samples into a mouse

12 bioassay.

13    I recall doing something with a pegylated

14 molecule. I'm not sure exactly what the preparation

15 was.

16    Q  What time frame are we talking about when

17 you may have done those experiments?

18    A  I don't recall exactly. This was a number

19 of years ago.

20    Q  Within the last five years?

21    A  Probably before that.

22    Q  And were you involved in the pegylation of

23 NESP?

24    A  I wasn't involved directly in making the

25 preparations. I was aware of the project.

1  else to say.

2      Q  Is there any way to predict whether a novel

3  protein will be immunogenic in a human before

4  testing it?

5      A  It depends.

6          MR. DAY:  Again, I'll object.  It calls for

7  expert testimony, lacks foundation.

8  BY MR. JAGOE:

9      Q  What does it depend on?

10     A  It depends on what else you know about the

11  history of the molecule, and what you've done.

12         Sometimes you can make a change and there

13  would be -- you would not predict that there would

14  be antibodies; other times you would say there's a

15  theoretical risk.

16     Q  Do you know whether putting a peg molecule

17  onto erythropoietin creates a potential risk of

18  immunogenicity?

19         MR. DAY:  Same objections.

20         THE WITNESS:  Again, this depends on what

21  kind of manipulation you're doing with pegs.

22         So peg, in general, putting on, it might.

23         Peg -- certain peg specific modifications

24  to a specific kind of erythropoietin might not.

25         I'd have to know more.

1  way via expression from the NESP gene.

2       MR. JAGOE: I'm going to mark the next

3  exhibit as Elliott Exhibit 10.

4       (Defendants' Exhibit 10 was marked for

5       identification by the deposition

6       reporter and is attached hereto.)

7  BY MR. JAGOE:

8    Q  Can you identify Elliott Exhibit 10 for the

9  record.

10   A  Yes, this is an article I wrote for a book

11 that I was one of the editors of.

12   Q  And is it "Erythropoietin and

13 Erythropoiesis"?

14   A  Oh, the title -- yes, "Erythropoietin and

15 Erythropoiesis."

16   Q  And it was published in 2003?

17   A  Yes.

18   Q  And the title of your chapter is "new

19 Molecules and Formulations -- sorry. "New Molecules

20 and Formulations of Recombinant Human

21 Erythropoietin"?

22   A  Yes, that's the title.

23   Q  And you're the sole author?

24   A  Yes.

25   Q  And you wrote this as an employee of Amgen?

1   A   I wrote this while I was at Amgen.

2   Q   And did this undergo internal Amgen review

3   prior to the publication?

4   A   I had people that read it, and it was

5   approved, yes.

6   Q   Okay. On page 246 of your chapter there's

7   a section called "Pegylation."

8   A   Yes.

9   Q   The second sentence says:

10         "Pegylation involves chemical

11      attachment of the polymer, polyethylene

12      glycol (PEG), to reactive regions of

13      proteins or carbohydrates."

14         Did I read that correctly?

15   A   You read that correctly.

16   Q   What did you mean by "chemical attachment

17   of the polymer, polyethylene glycol, to reactive

18   regions of proteins"?

19   A   This is a chemical reaction whereby one

20   would -- using an appropriate subtract and chemical

21   environment -- allow the attachment of a peg to a

22   particular reactive atom.

23   Q   What types of atoms are reactive in

24   proteins that you're aware?

25   A   Well, it kind of depends on the chemistry

1   that you use. So there's different polyethylene
2   glycol chemistries.
3       You can target any number of chemistry or
4   reactive intermediaries depending on where and how
5   you want to do the attachment.
6       So there's different way of putting peg
7   onto erythropoietin.
8       Q  Are all ways equivalent?
9       MR. DAY: Objection; lacks foundation,
10  calls for speculation, expert opinion.
11      THE WITNESS: Yeah, let's talk about
12  equivalent can mean many things.
13      So when you say "equivalent," what do you
14  mean?
15  BY MR. JAGOE:
16      Q  Can you chose any one of those chemistries
17  to put on peg and end up with a molecule that has
18  equivalent function?
19      A  Again this depends. It depends.
20      I need to know more about the particular
21  chemistry that you're talking about in order to make
22  a conclusion about that.
23      Q  On the next page you say that -- in the
24  second paragraph:
25      "The current chemistries typically

1      target the reactive amino groups on

2      lysine --"

3   A  Where are you reading that?

4   Q  The second paragraph starts --

5   A  247.

6   Q  "One issue with drugs."

7   A  Yes, I see.

8   Q  And, then, in the middle of the paragraph

9  there's a sentence:

10     "The current chemistries typically

11     target the reactive amino groups on

12     lysine or the amino terminal amine."

13  A  Yes, I see that.

14  Q  Then you say:

15     "Recombinant human EPO has eight

16     lysines, some of which are part of the

17     active site."

18     Right?

19  A  Yes, that's what it says.

20  Q  So if a peg group were attached to one of

21  the eight lysines of human erythropoietin as opposed

22  to another lysine of human erythropoietin, would you

23  expect a difference in the biological activity of

24  the product?

25  A  There's several different kinds of

1  activities we are referring to.
2      So, you know, all things being equal,
3  looking at a particular assay, you could see a
4  differential effect of adding peg at one position
5  than another one.
6      The properties that would be changed would
7  depend on which assay we're talking about.
8      Q  So if you're talking about an in vivo
9  assay?
10     A  Which one?
11     Q  One that measure the ability of a compound
12 to increase reticular sites in red blood cells in
13 the body.
14     A  So your question is if you had an assay
15 where you're asking about increasing red blood cell
16 formation, would you see what?
17     Q  Differences depending on where a peg
18 molecule were attached.
19     A  Would I see differences in a given assay
20 with polyethylene glycol attached at different
21 positions, would I see a different relative amount
22 of activity?
23     I think the answer is likely yes, you would
24 see, under those specific conditions, a different
25 relative activity.

1   Q   And some would be relative to recombinant
2   human erythropoietin, and some could have
3   more activity than recombinant human erythropoietin
4   and some could have less activity than recombinant
5   human erythropoietin?
6       A   Depending --
7           MR. DAY:  Excuse me.  Objection; lacks
8   foundation.  It's ambiguous and calls for expert
9   opinion.
10  BY MR. JAGOE:
11      Q   Now you can answer.
12      A   Okay.  Can you rephrase the question.
13          MR. JAGOE:  Can you read it back.
14          (The record was read back.)
15          MR. JAGOE:  Let me try it again.
16  BY MR. JAGOE:
17      Q   You agree that there are eight reactive
18  lysines on human erythropoietin.
19      A   There are eight lysines.
20          The reactivity would depend on the context.
21      Q   Right.
22          Do you know whether a peg molecule could be
23  attached to any one of those lysines?
24      A   It depends on the chemistry and on the
25  folding status of a given molecule.  And these are

1  probabilities.
2     Can you define a chemistry that would add
3  peg to all of the lysines?  You could find
4  conditions that would do that.
5     Q  So if you were able to make eight
6  individual preparations, differing on where the peg
7  was attached to the erythropoietin, each being
8  attached to one of the eight lysines, you would
9  expect a range of activities in an in vivo assay;
10 correct?
11    MR. DAY:  I'll object; lacks foundation,
12 calls for an expert opinion.
13    THE WITNESS:  Yeah, this experiment has
14 never been done.
15 BY MR. JAGOE:
16    Q  To your knowledge.
17    A  To my knowledge, that experiment has not
18 been done.
19    Q  Would you be able to predict the result of
20 such an experiment based on your work in studying
21 the function-structure relationship of the amino
22 acid in erythropoietin?
23    A  Predict which result?
24    Q  The results of the experiment that you say
25 has not been done.

1   A   There's a lot of experiments that haven't
2   been done.
3   Q   No, but you know we're talking about a
4   particular experiment.
5   A   No, we're not.
6   We're talking about in vivo activity, and
7   there's a whole bunch of different kinds of assays
8   that one could do.
9   So none of those experiments, to my
10  knowledge, have been done in any assay.
11  So now we're getting into specifics.  The
12  result would depend on which assay we're doing.
13  Q   Okay.  Based on your work studying the
14  structure and function of the amino acids of
15  erythropoietin, are you able to predict the effect
16  of adding a peg molecule to lysine 45 of human
17  erythropoietin?
18  MR. DAY:  Objection; vague and ambiguous,
19  compound.
20  THE WITNESS:  That is true.  It's a pretty
21  vague and ambiguous question because we have to
22  define what we mean by activity and what experiment
23  and for what use and how did you do it really
24  depends on what the result is.
25  So how you add the peg has an impact on

1    this.
2        There's a whole bunch of different
3    chemistries that one could do.  And if you do a
4    chemistry that inactivates the molecule, then you're
5    going to lose in vivo activity.
6        If you do it differently, you might get a
7    different result.
8        I can't answer the question without knowing
9    more detail about it.
10   BY MR. JAGOE:
11   Q   In your book chapter, you refer to current
12   chemistries that are typical for targeting the amino
13   groups on lysine; right?
14   A   There are chemistries that use that -- that
15   target the amino groups.
16   Q   And what are those chemistries?
17   A   I don't have the specifics of the
18   particular chemistries and what they involve.
19       But I merely know that it's a reactive
20   polyethylene glycol that would target an amino
21   group.
22       Beyond that, I don't have the specific
23   detail.
24   Q   Would attaching a polyethylene glycol
25   polymer to a lysine effect that equilibrium of

1          "Peg is thought to be relatively

2     inert and non-immunogenic by itself, so

3     it is a suitable starting material for

4     protein-conjugate therapeutics."

5     A  I'm not sure where that is so --

6     Q  247.

7     A  Yes.

8     Q  We talked about the paragraph that starts

9  with "One issue."

10    A  Yes.

11    Q  The paragraph just above that ends with the

12  sentence, "peg is thought."

13    A  Ends with the sentence -- the sentence of

14  that paragraph I'm seeing begins with "other peg

15  related EPO molecules."

16       Are we going down further?

17       Oh, the paragraph above. I'm sorry.

18       Okay. Yes, I see the sentence.

19       What's your question?

20    Q  Is that true, that peg molecules are

21  relatively inert and non-immunogenic?

22    A  It depends.

23       As a global statement, immunogenicity in a

24  particular person can vary, and the peg molecule

25  itself may or may not be immunogenic.

1  But to speak further than that, to say

2  whether you add peg to a molecular, whether that

3  molecule would be immunogenic, would depend on what

4  molecule that is and how you measured it.

5  And then it also might depend on how long

6  you wait to actually assess immunogenicity, because

7  immunogenicity in a short term might show you

8  something or may not show you an effect.

9  But if you wait long enough and have a

10 large enough population of people, you might

11 actually see some immune reaction against it.

12 Q   So this would be another instance where you

13 just have to do the test, the trial and see what

14 happens?

15 A   With a given molecule, looking at the

16 variable nature of the human population and what we

17 know, if we're going to speak about erythropoietin

18 specifically --

19 Q   Yes.

20 A   -- we know that there's a potential for

21 immunogenicity which is caused by whole bunch of

22 variables, some of which have to do with

23 manufacturing processes.

24 And so one could imagine that if you were

25 to do pegylation of EPO, there might be some

1  conditions under which you pegylate that would
2  result in immunogenicity and other conditions where
3  it might be less likely to get immunogenicity.
4      It's a combination not only of whether peg
5  is there or not, but also how you make the protein.
6      So because of all of these variables, one
7  would need to do an experiment to find out.
8      And, then, even when you do the experiment,
9  it's not necessarily conclusive because you might
10 only have a limited number of samples or time that
11 is involved in the experiment.
12     MR. JAGOE: I'm going to mark the next
13 exhibit as -- Elliott Exhibit 11 is the PCT
14 publication WO 95/05465.
15     (Defendants' Exhibit 11 was marked for
16     identification by the deposition
17     reporter and is attached hereto.)
18 BY MR. JAGOE:
19  Q  Earlier this morning you spoke of a patent
20 application on NESP.
21     Do you recall that?
22  A  Yes.
23  Q  Is this the patent application that
24 discloses NESP?
25  A  I'd have to look and see if NESP is