# EXHIBIT A

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

May 9, 2007

**BY FEDEX**

Peter Day
Day, Casebeer, Madrid & Batchelder LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014

Re:   *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Peter:

    Enclosed please find a disk containing supplemental production of documents from Roche in the above-captioned case. The disk contains production numbers R008890734 - R008891093. Also included on the disk are load files containing Full Text (OCR), Beg Bates, End Bates, custodian, author, date, subject, recipient, cc, and bcc metadata for the documents, as applicable and available. The documents have confidentiality designations on the images and in the load file in accordance with the Amended Protective Order entered by the Court on February 7, 2007, and should be treated pursuant to the provisions of that Amended Protective Order.

Very truly yours,

Hank Heckel

Enclosure

cc:   Deborah Fishman, Esq. (via email w/out encl.)
      Michele E. Moreland, Esq. (via email w/out encl.)
      Mark Izraelewicz, Esq. (via email w/out encl.)
      Julia Huston, Esq. (via email w/out encl.)
      Thomas F. Fleming, Esq. (via email w/out encl.)