# EXHIBIT B

# MARSHALL, GERSTEIN & BORUN LLP
ATTORNEYS AT LAW
6300 SEARS TOWER
233 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-6357
(312) 474-6300
FAX: (312) 474-0448

07/27/2007

## FACSIMILE TRANSMISSION SHEET

TO:   Peter Fratangelo

      Kaye Scholer LLP

      +1 (212) 836-8689

FROM:         Jeremy D. Protas

RE:           Amgen's Production dated 27 July 2007

PAGES (INCLUDING THIS PAGE):   2

**********

Jeremy D. Protas
**Marshall, Gerstein & Borun LLP**
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel (main) 312.474.6300
Tel (direct) 312.474.9569
Fax 312.474.0448
jprotas@marshallip.com

*If you do not receive all pages of this fax in good condition, please contact Jeremy Protas at (312) 474-6300.*

********

*This transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this facsimile in error, please notify us by telephone immediately.*

**MARSHALL, GERSTEIN & BORUN LLP**

ATTORNEYS AT LAW

Jeremy D. Protas
jprotas@marshallip.com

July 27, 2007

*Via Courier*
*(Confirmation via facsimile)*

Peter Fratangelo, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

*Re: Amgen Inc. v. F. Hoffmann LaRoche Ltd., et at (05-CV-12237WGY)*

Dear Peter:

      Enclosed with this letter is a supplemental production of Amgen documents. The documents within this production are Bates ranges AM44 2024653 – AM44 2024654 and AM87016859 – AM87016901. This production contains the mutually agreed-upon metadata to the extent that such information exists in Amgen's database, including: Bates Begin, Bates End, Bates Range, Author, Recipient, CC, BCC, Date, Source, Subject, Confidentiality Level, and OCR Text.

Very truly yours,

*Jeremy Protas*

Jeremy D. Protas

cc:    William Gaede, Esq.
        Kevin M. Flowers, Esq.
        Jonathan Loeb, Ph.D, Esq.