- Goldwasser's purified EPO was the key;
- Techniques like Maniatis made cloning of the EPO gene obvious;
- EPO producing cell lines were available prior to Lin patents: Gayliss / Shouval / Fisher;
- Once you the EPO gene, it was fully expected that one could make an in vivo biologically active protein;
- Lin admitted that in vivo biological activity was expected;
- CHO cells were freely available before Lin's invention;
- Amgen already had 17 years of EPO patent protection with its now expired '008 patent;
- Amgen's recombinant EPO is not new because its structure is the same as natural EPO in the body;
- Before Lin, Baron/Goldwasser clinical trial using natural EPO showed that it worked in patients;
- Amgen did not even know the structure of EPO when it filed its patents - Amgen thought it was 166aa when in fact it is 165aa;
- Amgen also did not know how to describe its claims to RIA - too many different standards, too many non-EPO fragments detected by RIA;
- Amgen claimed too much - it claimed EPO made in millions of vertebrate cells when it only knew how to do it in 1 type of cell;
- Amgen did not teach how to make purified EPO for use in a pharmaceutical composition

## Amgen Admits that Units are "Arbitrary" and Do Not Correlate to International Standards

**March 15, 1990**
**Memo from Rathman to Vapnek**

"I think we should be absolutely fastidious in reporting specific activity in arbitrary (Amgen) units until we can establish an excellent correlation with international units. **I do not believe such correlation exists today. I will admit that our own documents are inconsistent in this regard...**

...I think we have also been careless with respect to what is the precision or uncertainty (accuracy) of our data...

...It is absolutely imperative that we learn as early as possible what the international (NICSAC) committee that is conducting round robin studies is finding. My prediction is that the information will be absolute chaos."

AM-ITC 00558618

8



# EPO Producing Cell Lines Were Available Prior To Lin Patents






**1982**

**1983**

November 30, 1982 - Ascensao and Gayliss publish 1411-H Cell line, Ascensao et al, Amer Fed Clin Res. Abstract, 1982

April 1983 - Sherwood and Shouval publish renal carcinoma cell lines, Sherwood et al., Clinical Res. (1983).

August 1983 - Katsuoka and Fisher publish renal carcinoma cells, Katsuoka et al, Gann, 74(4):534–541 (1983)

December 13, 1983 - Amgen files first Lin application





