# EXHIBIT A

Dockets.Justia.com

## National Kidney Foundation
## Missing Half :30 PSA

Dr. Keith Norris (Associate Dean for Research, Charles Drew University): Would you notice if you were missing half of your kidney function?

According to the National Kidney Foundation, 20 million people have chronic kidney disease and 20 million more may be at risk and not even know it.

Anyone with high blood pressure, diabetes or family history of chronic kidney disease is at risk.

Early diagnosis is vitally important. To get the whole story, talk to your doctor and visit the National Kidney Foundation at kidney.org or call for a free brochure.

Because when it comes to chronic kidney disease, you might not know the half of it.