# EXHIBIT B

DVD Containing the Kidney Foundation's

Public Service Announcement

**(delivered by hand to the court on 9/4/07)**