# EXHIBIT C



**CORPORATE PHILANTHROPY GRANTMAKING**

AMGEN FOUNDATION

# Amgen Foundation Launches $25 Million Undergraduate Research Program

Continuing its mission to advance science education, the Amgen Foundation has partnered with 10 of the nation's leading universities to provide hundreds of selected undergraduate students an opportunity to engage in a fully funded, hands-on research experience each summer.

Amgen Scholars is a $25 million, eight-year program that will provide pivotal research experiences for students interested in pursuing a graduate degree and a career in science. For the first phase of the program, which will launch in the summer of 2007 and will last four years, each of the 10 program partners will receive $1 million.

Continuing its mission to advance science education, the Amgen Foundation has partnered with 10 of the nation's leading universities to provide hundreds of selected undergraduate students an opportunity to engage in a fully funded, hands-on research experience each summer.

Amgen Scholars is a $25 million, eight-year program that will provide pivotal research experiences for students interested in pursuing a graduate degree and a career in science. For the first phase of the program, which will launch in the summer of 2007 and will last four years, each of the 10 program partners will receive $1 million.

Eligible students will come from four-year accredited colleges and universities throughout the United States, Puerto Rico and other U.S. territories.

The 10 universities partnering with the Foundation for Phase One are:

- California Institute of Technology (Caltech)
- Columbia University/Barnard College
- Howard University
- Massachusetts Institute of Technology (MIT)
- Stanford University
- University of California, Berkeley
- University of California, Los Angeles
- University of California, San Diego



- University of California, San Francisco
- University of Washington

The summer program also includes a three-day symposium where students will hear firsthand from leading scientists working in industry and academia, and they will have the opportunity to network with other Amgen Scholars from across the nation. Financial support for students is a critical component of the program, and eligible students regardless of their financial status are able to participate. Students will receive a competitive stipend along with room, board and a travel allowance, which includes travel to and from the university and the symposium.

"At Amgen, we believe we have an important responsibility to inspire and prepare the next generation of scientists," said Jean Lim, president, Amgen Foundation. "In partnership with some of our nation's top research universities, we hope to strengthen undergraduate science education by



## CORPORATE PHILANTHROPY
## GRANTMAKING

increasing the number of available research opportunities for students. Our hope is that this program will be a pivotal experience that will encourage students to pursue further education and training in the sciences."

Each university will utilize its grant to institute a new or expand an already-established summer research program. The distinctive programs will allow for approximately 25 Amgen Scholars per university each summer, with each program drawing students from their own institution as well as from schools across the nation.

The Amgen Foundation grants will support efforts, such as the ones described below:

- Scholars at the University of Washington will complete intensive research experiences in fields related to biotechnology and benefit from graduate student, post-doctoral and faculty mentors. In addition, students will attend weekly research seminars focused on current topics in biotechnology-related research and workshops that provide training in research skills and ethics.

- Stanford's Summer Research Program (SSRP) has been in place for more than a decade. With the Foundation's grant, the number of undergraduates participating will increase from 16 to 36 students, and the academic research areas offered will expand to the laboratories of scientists in 12 doctoral programs such as cancer biology, genetics and molecular pharmacology.

- The Amgen Scholars Program at Caltech introduces students to research under the guidance of seasoned research mentors. The program is modeled on the grant-seeking process. Taking on the role of grant applicants, students collaborate with potential faculty mentors to define and develop a project. They then write research proposals for the work and submit them for review by a faculty committee which awards entry into the program.

MIT has been selected as the national program office for the first phase of the Amgen Scholars Program. In this position, the world-class institution will play a leading role in providing coordination, technical oversight and student outreach for the program. The university will receive an additional $1 million grant for its role in supporting the Amgen Scholars Program.

"The experience of hands-on research is an extraordinarily effective way to encourage undergraduates to pursue careers in science," said Susan Hockfield, president of MIT. "By providing access to exciting research programs and dynamic industry leaders, the innovative Amgen Scholars program will engage and inspire young people — at a time when the education of the next generation of scientists is more important than ever."

For more information about Amgen Scholars at any of the institutions as well as eligibility and application information, please visit www.amgenscholars.com.