# EXHIBIT D

*Media Notification*

---

## MASSACHUSETTS STUDENTS SPEND SUMMER VACATION ON THE FOREFRONT OF SCIENTIFIC RESEARCH

### Amgen Scholars Program Provides Students Hands-On Experience with Top Scientists

**Massachusetts Institute of Technology (MIT) Serves as National Program Office**

**CAMBRIDGE, Mass.** – (August 30, 2007) – While many students spent the summer relaxing, eight undergraduate students from Massachusetts spent the summer doing hands-on research projects in some of science's most cutting edge fields as Amgen Scholars at 10 of the nation's premier universities. They were eight of nearly 240 undergraduate students from accredited four-year colleges and universities in the United States, Puerto Rico and other U.S. territories selected to participate in the Amgen Scholars program.

Participating Massachusetts students included:

- **Roman Corfas** from **Brookline** participated at MIT and researched "Screening of Synapse-to-Nucleus Signaling Proteins"
- **Dawn Eriksen** from **Tyngsboro** participated at California Institute of Technology and researched "Computationally Guided Investigation into Cytochrome P450 Biophysics"
- **Shahria Khan** from **North Attleborough** participated at MIT and researched "Localization and Interaction of the Conserved Herpesvirus Deubiquitinating Enzyme"
- **Ian Oldenburg** from **Lexington** participated at the University of California, San Francisco and researched "Distribution and Function of Vesicular Glutamate Transporter 2 in the Spinal Cord"
- **Camille Petri** from **Wayland** participated at the University of Washington and researched "Dry Storage of a Gold Conjuated Secondary Antibody: Fulfilling the Need for Portability in the DxBox Project"

- **Richelle Raagas** from **Framinghan** participated at Stanford University and researched "Engineered RGD-containing Peptide as a Potential Cancer Therapy Treatment"
- **Joseph Wallins** from **Boston** participated at MIT and researched "Amyloid Beta-Endothelial Cell Interactions"
- **Erica Young** from **Sharon** participated at MIT and researched "The Role of Genetic Variation in the Expression of Human Leukocyte Antigen"

The Amgen Scholars program, a $25 million, eight-year initiative, provides students the opportunity to explore their particular area of research beyond what they may be able to do as part of their regular undergraduate education. The program includes partnerships with 10 of the nation's premier universities to host undergraduates from across the nation who undertook research projects with the guidance of faculty mentors in fields ranging from biology to bioengineering to chemistry. MIT, which has long been at the forefront of undergraduate research programming, serves as the national program office and plays a leading role in the coordination, technical oversight and student outreach for the program.

"Our first class of Amgen Scholars includes some of the best and brightest undergraduates who are committed to making the most of their summer research experience," said Jean J. Lim, president of the Amgen Foundation. "The Amgen Foundation is committed to advancing science education and we hope the Amgen Scholars program will help serve as a real catalyst for continued success in their education and careers."

Overall, the 2007 Amgen Scholars represent nearly 100 colleges and universities across 36 states, Puerto Rico, and the U.S. Virgin Islands. The selected Amgen Scholars were given the opportunity to enhance their education by taking part in important university research projects, gain hands-on lab experience and contribute to the advancement of science. Additionally, all of the Amgen Scholars attended a three-day symposium in Lake Tahoe, Calif. to discuss their research projects and hear firsthand from leading scientists in academia and industry, including faculty and staff from MIT, University of California, San Francisco and University of Washington, as well as scientists and researchers from Amgen. Topics presented included the drug development process, discovery research and drug manufacturing. Speakers also gave practical advice to students on effective oral and poster presentations – critical elements to career development.

Financial support for students is a critical component of the program which ensures that eligible students, regardless of their financial status, are able to participate. Students received financial support at each respective university in addition to travel and accommodations at the symposium.

Amgen Foundation's 10 partner universities are California Institute of Technology; Columbia University/Barnard College; Howard University; Massachusetts Institute of Technology; Stanford University; University of California, Berkeley; University of

California, Los Angeles; University of California, San Diego; University of California, San Francisco; and University of Washington.

**About the Amgen Foundation**
The Amgen Foundation (www.amgen.com/citizenship/overview.html) seeks to advance science education; improve patient access to quality care; and strengthen the communities where Amgen staff members live and work. Since 1991, the Foundation has made more than $85 million in grants to local, regional, and national nonprofit organizations that impact society in inspiring and innovative ways. It has also supported disaster relief efforts both domestically and internationally.

For more information about Amgen Scholars, visit www.amgenscholars.com.

###

CONTACT:
Kristen Davis, (805) 447-3008 (media)