# EXHIBIT 1

# Day Casebeer
## Madrid & Batchelder LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

July 30, 2007

Via E-Mail

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*
Civil Action No: 05-12237-WGY

Dear Tom:

Roche has designated as live witnesses Patrick Horber, Bruno Reigner, and Daniel Shouval. Thus per our agreement, Amgen does not expect to receive counterdesignations at this time from Roche for these witnesses. Similarly, Amgen has designated as live trial witnesses Michael Borun, Ralph Bradshaw, Jeffrey Browne, Joan Egrie, Steven Elliott, Eugene Goldwasser, Fu-Kuen Lin, Steven Odre, Thomas Strickland, Helen Torley, Axel Ullrich and Stuart Watt as live trial witnesses, and will not be providing counterdesignations at this time.

However, I would like to meet-and-confer with you regarding the process and timing of providing counterdesignations should one or the other party determine not to call one or more of these witnesses live.

In addition, we should meet-and-confer regarding your proposal on the exchanges of demonstratives, designations, and other materials during trial.

Please let me know if you are available Wednesday, August 1 at 10 am Pacific (1 pm Eastern).
Regards,

Day Casebeer
Madrid & Batchelder LLP

*Renee DuBord Brown*

Renee DuBord Brown

RB:paw

745853