# EXHIBIT 3

# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

July 30, 2007

VIA E-MAIL

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:  *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*
     Civil Action No: 05-12237-WGY

Dear Tom:

For planning purposes, please provide us with a date certain for when you plan to call Joan Egrie at trial. Dr. Egrie has requested this information.

In addition, if you plan to call any other Amgen witnesses in your case-in-chief, please provide us with notice immediately of who you plan to call and when you plan to call them.

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

Renee DuBord Brown

RB:paw

744821