# EXHIBIT 4

## Platt, Rachelle L.

**From:** Fishman, Deborah
**Sent:** Wednesday, August 15, 2007 3:51 PM
**To:** 'TFleming@kayescholer.com'
**Cc:** Alfred Heckel; DuBord Brown, Renee
**Subject:** RE: are you available

Dear Tom,

I don't think we have had a previous conversation on the topic, but I assume you meant to send this to Renee.

Thanks,
Deborah


Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

---

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Wednesday, August 15, 2007 3:48 PM
**To:** Fishman, Deborah
**Cc:** Alfred Heckel
**Subject:** RE: are you available


Deb:  Just to confirm our previous conversation, Roche will require Dr. Lin live for Roche's case on invalidity during the week of 9/4/07.
Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515


| "Fishman, Deborah" <dfishman@daycasebeer.com> | To <TFleming@kayescholer.com> |
|---|---|
| 08/15/2007 06:27 PM | cc "Platt, Rachelle L." <rplatt@daycasebeer.com>; "Wais, Rebecca J." <rwais@daycasebeer.com> |
| | Subject RE: are you available |


Dear Tom,

I understand that the hotel is the New York Marriot at the Brooklyn Bridge. The address is:

New York Marriott® at the Brooklyn Bridge
333 Adams Street
Brooklyn, New York 11201 USA

The Marriot has plenty of availability and is currently holding a conference room for you. You should contact Diana Shapiro in the business office of the Marriot at (718) 222-6521 to provide her with your particulars and to confirm payment. She will be expecting your call.

Thank you,
Deborah

Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

---

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Wednesday, August 15, 2007 9:48 AM
**To:** Fishman, Deborah
**Subject:** RE: are you available

Can you give me the particulars for the Friedman depo on Friday. I assume it is at the Marriott in Brookly on Adams Street, and that you folk have secured a conf room. I need particulars to tell the reporter and videographer.

Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515


"Fishman, Deborah" <dfishman@daycasebeer.com>

08/15/2007 12:37 PM

To <TFleming@kayescholer.com>
cc
Subject RE: are you available


Ok


Deborah Fishman
Day Casebeer Madrid Batchelder, LLP


9/3/2007

fishmand@daycasebeer.com

---

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Wednesday, August 15, 2007 8:46 AM
**To:** Fishman, Deborah
**Subject:** RE: are you available

Actually can we talk later today about 6:30pm NY time?
Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515

| | | |
|---|---|---|
| "Fishman, Deborah" <dfishman@daycasebeer.com> | | |
| 08/14/2007 05:10 PM | To | <TFleming@kayescholer.com> |
| | cc | |
| | Subject | RE: are you available |

Dear Tom,

I got your voicemail. Tomorrow is fine. I wanted to discuss with you a protective order issue concerning Roche's BLA/IND materials. Please let me know your availability for a call tomorrow.

Thanks,
Deborah


Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

---

**From:** TFleming@kayescholer.com [mailto:TFleming@kayescholer.com]
**Sent:** Tuesday, August 14, 2007 1:19 PM
**To:** Fishman, Deborah
**Subject:** Re: are you available

For what?

----- Original Message -----
**From:** "Fishman, Deborah" [dfishman@daycasebeer.com]
**Sent:** 08/14/2007 01:17 PM MST
**To:** Thomas Fleming
**Subject:** are you available

this afternoon?

Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

                                      *   *   *   *

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice contained in this correspondence (including any attachments)
is not intended or written to be used, and cannot be used for the
purpose of (i) avoiding penalties that may be imposed under the U.S.
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
********************************************************************


********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
```

```
immediately by email and delete all copies of the message.
*******************************************************************


                              *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice contained in this correspondence (including any attachments)
is not intended or written to be used, and cannot be used for the
purpose of (i) avoiding penalties that may be imposed under the U.S.
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

*******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*******************************************************************


                              *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice contained in this correspondence (including any attachments)
is not intended or written to be used, and cannot be used for the
purpose of (i) avoiding penalties that may be imposed under the U.S.
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

*******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*******************************************************************




9/3/2007
```

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati

Case 1:05-cv-12237-WGY     Document 964-5     Filed 09/03/2007     Page 7 of 7