Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Case 1:05-cv-12237-WGY   Document 964-7   Filed 09/03/2007   Page 1 of 2
Doc. 964 Att. 6

# EXHIBIT 6

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

August 27, 2007

**VIA FAX AND EMAIL**

Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Deborah:

This will again confirm our earlier conversations and communications regarding Amgen making Dr. Fu-Kuen Lin available to Roche for live testimony at the upcoming trial. As we have repeated told Amgen, Dr. Fu-Kuen Lin should be available all days during the trial week of September 4, 2007, but our expectation is that he will be called by Roche to testify before the jury most probably sometime during the period from September 5, 6 or 7, 2007.

Very truly yours,

Thomas F. Fleming

cc: Mark Izraelewicz
    Julia Huston
    Patricia Carson
    Leora Ben-Ami

31501247.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI