# EXHIBIT 7

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

August 27, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Renee:

Attached are deposition designations by line and page number for nine witnesses which are among those whom Roche intends to offer deposition testimony for at trial, starting on Wednesday, September 5. This list includes Joan Egrie, Eugene Goldwasser, Joseph Baron, Graham Molineux, Steven Elliott, Thomas C. Boone, Leroy Hood, Thomas Strickland, and Por Lai. Roche will provide additional designations for other witnesses when available. According to the parties conversation with Bonnie today, deposition transcripts provided to the Court by Thursday, August 30, 2007, can be used starting on September 5. We expect Amgen objections by tomorrow 3pm EDT and Amgen counter designations by 5pm EDT tomorrow August 28, and we will prepare the final transcripts with highlighting and margin objections for the Judge and submit them on Thursday.

Very truly yours,

*Thomas F. Fleming* /H.H

Thomas F. Fleming

cc: Leora Ben-Ami
    Julia Huston
    Patricia Rich
    Howard Suh

8-27DepoBrownletter.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI