**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GmbH, )<br>and HOFFMANN-LA ROCHE INC. )<br><br>Defendants. ) | ) CIVIL ACTION No.: 05-CV-12237WGY |

**DECLARATION OF KRISHNAN VISWANADHAN IN SUPPORT OF ROCHE'S OPPOSITION TO AMGEN'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS AND COMMUNICATIONS THAT IT WITHHELD THROUGHOUT FACT DISCOVERY**

I, Krishnan Viswanadhan, declare as follows:

1. I am the Director of Drug Regulatory Affairs at Hoffmann-La Roche Inc. ("Roche"). I have been an employee of Roche since 2002. My educational background includes a B.S. in pharmacy and a Pharm.D. from Rutgers University. My duties include acting as a contact with the Food and Drug Administration (the "FDA") regarding the review of Roche's Biologics License Application ("BLA") for MIRCERA and the Investigational New Drug Applications ("IND") in Renal Anemia.

2. I make this declaration based upon my own personal knowledge and company information.

3. I have been asked to provide information regarding: (a) Safety Update: September 1, 2006 Clinical Cutoff; (b) Cardiac Adjudication Report; and (c) Special Safety Report for MIRCERA.

1

4. Each of the above referenced documents includes interim data from two clinical studies that are presently ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August 2007 at Basel, Switzerland.

/s/ Krishnan Viswanadhan
Krishnan Viswanadhan

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and will be delivered to Amgen's trial counsel by electronic mail in the manner requested in the August 29, 2007, letter of Renee DuBord Brown to Thomas F. Fleming. Paper copies will be sent to those indicated as non registered participants on September 4, 2007.

/s/ Keith E. Toms
Keith E. Toms

03099/00501 731027.1