# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br>               Plaintiff, <br><br>    v. <br><br>F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LA ROCHE INC., a New Jersey Corporation, <br><br>               Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05 CV 12237 WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO REPLY IN FURTHER SUPPORT OF ITS MOTION *IN LIMINE* NO. 1: TO EXCLUDE ROCHE FROM REFERRING TO ITS OWN PATENT ON PEGYLATED ERYTHROPOIETIN**

780631_1

Plaintiff Amgen Inc. respectfully moves for leave to reply to Defendants' opposition to Plaintiff's Motion in Limine No. 1 To Exclude Roche From Referring To Its Own Patent On Pegylated Erythropoietin. Amgen Inc.'s proposed reply is attached hereto as Exhibit A.

In support of this motion, Amgen states that its proposed reply brief is limited to the issues raised in Roche's opposition, is concise, and will be of assistance to the Court.

Dated: September 3, 2007                    Respectfully Submitted,

                                            AMGEN INC.,
                                            By its attorneys,


                                            */s/ Michael R. Gottfried*_____
Of Counsel:                                 D.DENNIS ALLEGRETTI (BBO#545511)
                                            MICHAEL R.GOTTFRIED (BBO#542156)
                                            PATRICIA R. RICH  (BBO# 640578)
STUART L. WATT                              DUANE MORRIS LLP
WENDY A. WHITEFORD                          470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                          Boston, MA 02210
DARRELL G. DOTSON                           Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                         Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                  LLOYD R. DAY, JR
One Amgen Center Drive                      DAY CASEBEER
Thousand Oaks, CA   91320-1889              MADRID & BATCHELDER LLP
(805) 447-5000                              20300 Stevens Creek Boulevard, Suite 400
                                            Cupertino, CA 95014
                                            Telephone:    (408) 873-0110
                                            Facsimile:    (408) 873-0220

                                            WILLIAM GAEDE III
                                            McDERMOTT WILL & EMERY
                                            3150 Porter Drive
                                            Palo Alto, CA 94304
                                            Telephone:    (650) 813-5000
                                            Facsimile:    (650) 813-5100

                                            KEVIN M. FLOWERS
                                            MARSHALL, GERSTEIN & BORUN LLP
                                            233 South Wacker Drive
                                            6300 Sears Tower
                                            Chicago IL 60606
                                            Telephone:    (312) 474-6300
                                            Facsimile:    (312) 474-0448

2

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 3, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried