# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No. 05 CV 12237 WGY |

## PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 16: EXCLUDE SOFOCLEOUS TESTIMONY REGARDING THE COMPETENCE OF THE EXAMINATION PROCESS IN THE U.S. PATENT & TRADEMARK OFFICE

Plaintiff Amgen Inc. respectfully moves for leave to file a reply in support of its Motion *In Limine* No. 16: Exclude Sofocleous Testimony Regarding the Competence of the Examination Process in the U.S. Patent & Trademark Office. Amgen's proposed reply is attached hereto as Exhibit A.

In support of this motion, Amgen states that its proposed reply brief is limited to the issues raised in Roche's opposition, is concise, and will be of assistance to the Court.

Dated: September 3, 2007                    Respectfully Submitted,

                                                          AMGEN INC.,
                                                        By its attorneys,

                                                        */s/ Michael R. Gottfried*_____

Of Counsel:                                 D.DENNIS ALLEGRETTI (BBO#545511)
                                                        MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT                              DUANE MORRIS LLP
WENDY A. WHITEFORD                          470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                          Boston, MA 02210
DARRELL G. DOTSON                           Telephone:      (857) 488-4200
KIMBERLIN L. MORLEY                         Facsimile:      (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                  LLOYD R. DAY, JR
One Amgen Center Drive                      DAY CASEBEER
Thousand Oaks, CA   91320-1889              MADRID & BATCHELDER LLP
(805) 447-5000                              20300 Stevens Creek Boulevard, Suite 400
                                                        Cupertino, CA 95014
                                                        Telephone:      (408) 873-0110
                                                        Facsimile:      (408) 873-0220

                                                        WILLIAM GAEDE III
                                                        McDERMOTT WILL & EMERY
                                                        3150 Porter Drive
                                                        Palo Alto, CA 94304
                                                        Telephone:      (650) 813-5000
                                                        Facsimile:      (650) 813-5100

                                                        KEVIN M. FLOWERS
                                                        MARSHALL, GERSTEIN & BORUN LLP
                                                        233 South Wacker Drive
                                                        6300 Sears Tower
                                                        Chicago IL 60606
                                                        Telephone:      (312) 474-6300
                                                        Facsimile:      (312) 474-0448

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 3, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried