# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>) Civil Action No.: 1:05-cv-12237 WGY<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, a )<br>Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LA ROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. ) | |

## AFFIDAVIT OF PATRICIA R. RICH IN SUPPORT OF PLAINTIFF AMGEN INC.'S EMERGENCY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I, Patricia R. Rich, Esq., do hereby depose and state as follows:

1. I am an attorney with the law firm of Duane Morris LLP and am counsel to Plaintiff Amgen Inc.

2. Attached hereto as Exhibit A is a true and accurate copy of a letter dated August 2, 2007, from Lloyd R. Day, Jr., Esq. of the law firm Day CaseBeer Madrid & Batchelder LLP to Leora Ben-Ami, Esq. of the law firm Kaye Scholer LLP.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 3RD OF SEPTEMBER 2007.**

                                                    /s/ Patricia R. Rich
                                                    Patricia R. Rich

DM1\1184571.1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing (ECF) System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                    */s/ Patricia R. Rich*
                    Patricia R. Rich