# EXHIBIT A

## DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Lloyd R. Day, Jr.
(408) 342-4561
lrday@daycasebeer.com

August 2, 2007

VIA FACSIMILE & ELECTRONIC MAIL

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:  *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*
     Civil Action No: 05-12237-WGY

Dear Leora:

Further to my letter of July 27, 2007, Amgen will not assert '698 claims 4 and 5 at trial. Please let me know which defenses or counterclaims Roche will drop.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Lloyd R. Day, Jr.

LRD:sr

750861