## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 CV 12237 WGY |
| ) | |
| F. HOFFMANN-LAROCHE LTD., ) | |
| a Swiss Company, ROCHE DIAGNOSTICS ) | |
| GMBH, a German Company, and ) | |
| HOFFMANN LAROCHE INC., a New ) | |
| Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AMGEN'S MOTION *IN LIMINE* NO. 23:
EXCLUDE TESTIMONY OF DANIEL SHOUVAL REGARDING ERYTHROPOIETIN-
PRODUCING CELL LINES AND HIS WORK ON EPO MRNA**

Plaintiff Amgen Inc. ("Amgen") requests that this Court preclude Defendants F.

Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively

"Roche") from offering the testimony of Dr. Daniel Shouval on the topics of erythropoietin-

producing cell lines and Dr. Shouval's work on EPO mRNA.

Dr. Shouval, one of Roche's experts, opined at length in his expert report on the subjects

of erythropoietin-producing cell lines and his work on EPO mRNA in the 1980s. During his

deposition, however, he refused to answer certain questions regarding erythropoietin-producing

cell lines and his work on EPO mRNA on the grounds that he was foreclosed from doing so as a

result of being a party to a confidentiality agreement with a third party—the Albert Einstein

College of Medicine.

Roche has now re-designated Dr. Shouval as a fact witness at the 11th hour in the belief

that, if he were merely a fact witness—and not an expert testifying on Roche's behalf—his

testimony would be less vulnerable to motions to exclude for failure to answer questions at

Dockets.Justia.com

deposition. Dr. Shouval deliberately foreclosed any discovery into erythropoietin-producing cell lines and his work on EPO mRNA. Roche should now not be permitted to ambush Amgen at trial with such testimony, merely because at the last minute it converted its expert to a fact witness.

Amgen requests that this Court exclude testimony of Daniel Shouval relating to erythropoietin-producing cell lines and his work in connection with EPO mRNA.

In support of this motion, Amgen submits a brief.

Respectfully Submitted,

Date:  September 4, 2007

AMGEN INC.,
By its attorneys,


*/s/ Michael R. Gottfried*

Of Counsel:

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
DARRELL G. DOTSON
KIMBERLIN L. MORLEY
ERICA S. OLSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA   91320-1789
(805) 447-5000

PATRICIA R. RICH (BBO#640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:    (857) 488-4200
Facsimile:    (857) 488-4201

LLOYD R. DAY, JR. (*pro hac vice*)
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:    (408) 873-0110
Facsimile:    (408) 873-0220

WILLIAM GAEDE III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100
KEVIN M. FLOWERS (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:    (312) 474-6300
Facsimile:    (312) 474-0448

3

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or

narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF)

system will be sent electronically to the registered participants as identified on the Notice

of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants, on the above date.

*/s/ Michael R. Gottfried*
Michael R. Gottfried