AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL


### RECEIPT


    The court has received, on August 31, 2007, from Defendant Roche documents for in camera review.


Elizabeth Smith
Deputy Clerk