UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD <br> ROCHE DIAGNOSTICS GmbH <br> and HOFFMANN-LA ROCHE INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION No.: 05-CV-12237WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF KREGG T. BROOKS IN SUPPORT OF ROCHE'S OPPOSITION TO AMGEN'S MOTION *IN LIMINE* NO. 5 [DN 832]: EXCLUDE EXPERT TESTIMONY REGARDING AMGEN'S REPLICATION OF ROCHE'S CELL CULTURE MEDIA**

I, Kregg T. Brooks, hereby declare under penalty of perjury that:

1. I am an attorney admitted to the Bar of the Commonwealth of Massachusetts and I am an associate in the law firm of Bromberg & Sunstein LLP, counsel for Defendants in the above captioned case.

2. I make this declaration in support of Roche's Opposition to Amgen's Motion *In Limine* No. 5: Exclude Expert Testimony Regarding Amgen's Replication of Roche's Cell Culture Media.

3. Exhibit A is a true and correct copy of an email (without attachment) from Denise Lopez to Deborah Fishman dated March 20, 2007.

2

| | |
|---|---|
| Dated: September 4, 2007<br>Boston, Massachusetts | /s/ Kregg T. Brooks<br>Kregg T. Brooks |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Kregg T. Brooks<br>
Kregg T. Brooks

03099/00501 733585.1