# EXHIBIT A



**Denise Lopez/NY/US/KSFHH**
03/20/2007 09:20 PM

To "Fishman, Deborah" <dfishman@daycasebeer.com>
cc "Fishman, Deborah" <dfishman@daycasebeer.com>; "Galvin, Rob" <rgalvin@daycasebeer.com>; Roche Email Repository@KSFHHNotes; Roche Paralegal Team; "Platt,
bcc Roche Email Repository
Subject Re: growth culture conditions

Per Pat Carson's email below, please see attached


R0008886850.pdf


R008886847-849.pdf

_____

Denise F. Lopez
Senior Legal Assistant
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
212-836-7782 Direct Line
212-836-6334 Direct Fax
Patricia Carson/NY/US/KSFHH

**Patricia Carson/NY/US/KSFHH**
03/20/2007 09:02 PM

To "Fishman, Deborah" <dfishman@daycasebeer.com>
cc "Galvin, Rob" <rgalvin@daycasebeer.com>; "Platt, Rachelle L." <rplatt@daycasebeer.com>; Roche Paralegal Team; Roche Email Repository@KSFHHNotes
Subject Re: growth culture conditions

Deborah,

Hans Tschiltsch of World Courier GmbH will be delivering the sample and as you requested, he will delay delivery until 8:30 am. His cellphone number is +49 151 53909273. You will be receiving the pages of the BLA containing the proper growth conditions this evening in a separate e-mail.

Thanks,

Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022

212-836-7466
"Fishman, Deborah" <dfishman@daycasebeer.com>



"Fishman, Deborah"
<dfishman@daycasebeer.com>
03/20/2007 05:19 PM

To  <pcarson@kayescholer.com>
cc  "Platt, Rachelle L." <rplatt@daycasebeer.com>; "Galvin, Rob" <rgalvin@daycasebeer.com>
Subject  growth culture conditions

Dear Pat,

I am waiting to hear back from you on the appropriate growth and culture conditions for Roche's production cell line. If Roche refers Dr. Kolodner to portions of its BLA for the appropriate growth and nutrient conditions, please understand that we will be providing those pages to Dr. Kolodner for his use and reference.

Thank you,
Deborah

Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

```
***************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
***************************************************************
```