# DAY CASEBEER
## MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220

Craig H. Casebeer  
(408) 342-4562  
ccasebeer@daycasebeer.com

September 4, 2007

VIA ELECTRONIC CASE FILING SYSTEM

The Honorable William G. Young  
District Judge for the District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

    Re:   *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*  
           Civil Action No: 05-12237-WGY

Dear Judge Young:

    We write to raise with Your Honor issues that we believe would be useful to consider for trial on Wednesday.

    We request that the Court rule on the following motions prior to opening arguments:

| | |
|---|---|
| **Docket No. 824** | Amgen's Motion *In Limine* No. 1: Exclude Roche from Referring to its Own Patent on Pegylated Erythropoietin |
| **Docket No. 889** | Amgen's Motion *In Limine* No. 18: Exclude Roche from Referring to Government Funding of Dr. Goldwasser's Research and from Arguing that Dr. Goldwasser's Research Should Not Have Been Shared with Amgen |

782629_1

DAY CASEBEER
MADRID & BATCHELDER LLP

The Honorable William G. Young
District Judge for the District of Massachusetts
September 4, 2007
Page 2

During the testimony of Dr. Lowe, Roche's first witness, we believe the following motions may become relevant:

| | |
|---|---|
| **Docket No. 828** | Amgen's Motion *In Limine* No. 4: Exclude Genetech's PLA Filing (Roche Trial Exhibit No. 1072) Because it is Not Prior Art |
| **Docket No. 843** | Amgen's Motion *In Limine* No. 9: Exclude the Testimony of Roche's Experts Kadesch and Lowe Regarding Protein Sequencing Due to Their Lack of Expertise |
| **Docket No. 871** | Amgen's Motion *In Limine* No. 19: Exclude Expert Testimony for Supplementation in Violation of the Parties' June 6, 2007, Agreement |

Thank you for your consideration of these issues.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Craig H. Casebeer

CHC:rlp

782629_1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing (ECF) System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                           */s/ Craig H. Casebeer*
                                           Craig H. Casebeer

781006_2