UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD | ) |
| ROCHE DIAGNOSTICS GmbH | ) |
| and HOFFMANN-LA ROCHE INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF PETER FRATANGELO IN SUPPORT OF
ROCHE'S OPPOSITION TO AMGEN'S EMERGENCY MOTION
FOR ORDER PRECLUDING ROCHE FROM ARGUING THAT THE '933, '422,
AND '349 PATENT CLAIMS ARE INVALID FOR OBVIOUSNESS-TYPE
DOUBLE PATENTING OVER THE '868 AND '698 PATENTS**

I, Peter Fratangelo, declare under penalty of perjury that:

1.      I am an attorney admitted to the Bars of the Commonwealth of Massachusetts and

the State of New York and this Court.  I am an associate at the law firm of Kaye Scholer LLP,

counsel for Defendants in the above-referenced case.

2.      I make this declaration in support of the Roche's Opposition to Amgen's

Emergency Motion for Order Precluding Roche From Arguing That The '933, '422, And '349

Patent Claims Are Invalid For Obviousness-type Double Patenting Over The '868 And '698

Patents.

3.      Exhibit 1 is a true and correct copy of Examiner's Action 198, 7/03/86, in U.S.

patent application serial no. 675,298, R008891908-16.

Dockets.Justia.com

    4.      Exhibit 2 is a true and correct copy of Applicant's Amendment and Reply Under

37 C.F.R. § 1.115, 3/11/87, in U.S. patent application serial no. 675,298, R008892011-38.

Dated:  September 4, 2007
          Boston, Massachusetts

                        /s/ *Peter Fratangelo*
                        Peter Fratangelo (BBO# 639775)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.


/s/ Kregg T. Brooks
Kregg T. Brooks