**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, a )<br>Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LA ROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:05-cv-12237 WGY |

**PLAINTIFF AMGEN INC.'S MOTION *IN LIMINE* NO. 24 TO PRECLUDE EVIDENCE
FOR OBVIOUSNESS THAT VIOLATES 35 U.S.C § 103 PROHIBITION
THAT "PATENTABILITY SHALL NOT BE NEGATIVED BY THE MANNER
IN WHICH THE INVENTION WAS MADE" AND WHICH REFLECTS THE
SUBJECTIVE BELIEFS OF THE INVENTOR**

Plaintiff Amgen Inc. ("Amgen") requests under Federal Rules of Evidence 402 and 403 that this Court preclude Defendants F. Hoffman-La Roche Ltd., Roche Diagnostics GmbH, and Hoffman-La Roche Inc. (collectively "Roche") from referring or introducing evidence for obviousness that would violate the prohibitions of 35 U.S.C. § 103 and case law thereunder interpreting the statute relating to the inadmissibility of the subjective beliefs of the inventor and evidence of conception and reduction to practice to establish obviousness. Roche seeks to introduce such evidence through testimony of its experts, particularly Dr. Lowe, and through the eliciting of such testimony from Amgen witnesses, particularly Dr. Lin.

The last sentence of 35 U.S.C. § 103(a) states: "Patentability shall not be negatived by the manner in which the invention was made." Roche seeks to introduce evidence on the manner in which the invention was made. This evidence would cause the Jury to focus on the wrong persons perspective, to focus on the wrong inquiry, and to assess obviousness at the wrong point in time thereby leading the Jury into reversible legal error.

Further, 35 U.S.C. § 103(c)(1) states that "subject matter developed by another person, which qualifies as prior art only under one or more of subsections (e), (f), and (g) of Section 102 of this title, shall not preclude patentability under this section where the subject matter and the clamed invention were, at the time the claimed invention was made, owned by the same person or subject to an obligation of assignment to the same person."

Accordingly, Amgen requests that this Court preclude Roche from referring to or offering any evidence at trial any evidence for obviousness that violates 35 U.S.C. § 103.

In support of this motion, Amgen submits a brief with an accompanying declaration from William G. Gaede III and exhibits thereto.

DATED:   September 5, 2007

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,

*/s/ Michael R. Gottfried*
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:  (857) 488-4200
Facsimile:  (857) 488-4201

Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:  (408) 873-0220

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

        Kevin M. Flowers (pro hac vice)  
        MARSHALL, GERSTEIN & BORUN LLP  
        233 South Wacker Drive  
        6300 Sears Tower  
        Chicago, IL  60606  
        Telephone:  (312) 474-6300  
        Facsimile:   (312) 474-0448

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

/s/ Michael R. Gottfried
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Michael R. Gottfried
Michael R. Gottfried
