# EXHIBIT 2

U.S. Express Mail No. NB 134 248 235<br>PATENT

EXHIBIT M   MOTION FOR JUDGMENT UNDER 37 CFR § 1.633(a) ON THE GROUND THAT THE CLAIM OF THE PARTY LIN CORRESPONDING TO THE COUNT IS UNPATENTABLE TO LIN UNDER 35 U.S.C. § 102(f)

I. Statement of Precise Relief Requested

The party Fritsch moves for judgment on the ground that the claim of the party Lin that corresponds to the count is unpatentable under 35 U.S.C. §102 (f) in that Lin did not himself invent the subject matter of the count.

II. Statement of Material Facts in
Support of the Motion

1. The party Fritsch et al. states, on information and belief, that the party Lin testified by deposition that he could not recall being involved in the development, at Amgen, of expression systems used to produce biologically active materials (EPO).

2. The basis for this statement is stated in a prehearing statement filed by respondent in the proceeding before the ITC.

3. This statement was submitted to the PTO in support of Amgen's Petition for Access under 37 CFR 1.181, dated September 27, 1988.

4. Page 62 of said statement, which makes reference to this admission, is attached as Exhibit 15 hereof.

5. The party Fritsch et al. do not have access to page 591 of the Lin deposition referred to in the statement because of the constraints of a protective order.

AM 17 000440
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM17000440

AM-ITC 00327487

U.S. Express Mail No. NB 134 248 235
PATENT

6. This testimony constitutes an admission by Lin that he did not invent the expression system of claim 65 of his application corresponding to the count, which is used to produce biologically active EPO.

### III. Statement of the Reasons Why the Relief Requested Should be Granted

The admission which renders the expression system of claim 65 corresponding to the count unpatentable to Lin under the provisions of 35 U.S.C. §102(f).

A person shall be entitled to a patent unless

(f) he did not himself invent the subject matter sought to be patented....

This admission against interest is sufficient in and of itself to bring the count within the statutory proscription against patentability provided in § 102(f).

On the basis of this admission against interest, the party Fritsch respectfully requests judgment against the party Lin on the ground that claim 65 corresponding to the count is unpatentable to Lin under § 102(f).

- 132 -

AM 17 000441
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

AM17000441

AM-ITC 00327488