# EXHIBIT 4

Dockets.Justia.com

9.4.11

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


                                    )
AMGEN, INC.                         )
                                    )
          Plaintiff,                )    Civil Action
                                    )
v.                                  )    No. 87-2617-Y
                                    )
CHUGAI PHARMACEUTICAL CO., LTD.,    )    (Magistrate Saris)
AND GENETICS INSTITUTE, INC.,       )
                                    )
          Defendants.               )
                                    )
                                    )
```

Designated Deposition
Transcript of Takaji Miyake

A 63933

AM-ITC 00110605

COPY

CONFIDENTIAL - SUBJECT TO ITC PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

AMGEN INC.,

    Plaintiff,

v.                                    NO.  Civil Action
                                           87-2617-Y

CHUGAI PHARMACEUTICAL
COMPANY, LTD., and
GENETICS INSTITUTE, INC.,

    Defendants.

DEPOSITION OF DR. TAKAJI MIYAKE

Thursday, October 13, 1988
Friday, October 14, 1988

Santa Barbara, California

REPORTED BY:
SUZANNE GUIMOND
CSR No. 7465

CERTIFIED COPY



Devine-Hall & Associates
—CERTIFIED SHORTHAND REPORTERS—

5450 TELEGRAPH ROAD, SUITE 100 • VENTURA, CA 93003 • (805) 658-2777
2509 EAST THOUSAND OAKS BLVD, SUITE 464 • THOUSAND OAKS, CA 91362 • (805) 496-4044
133 EAST DE LA GUERRA, SUITE 420 • SANTA BARBARA, CA 93101 • (805) 682-6636

A 63960

AM-ITC 00110632

212

1   associated with it.
2       Q    In this letter to Mr. Smurgil, you
3   say that your erythropoietin experiment will
4   begin around the beginning of September 1982.
5   What experiment was that? Was that an attempt to
6   purify erythropoietin that you're referring to?
7       A    We did not have the facilities with
8   which to do purification. And we did not have
9   sufficient staffing.
10      MR. O'TOOLE: I ask the reporter to mark as
11  ~~Plaintiff's Exhibit 1205~~ DX 816 a document bearing
12  production No. 15076. I don't think it is
13  necessary to ask you questions on this, Doctor.
14  I ask the reporter to mark as ~~Plaintiff's~~ DX 983
15  ~~Exhibit 1206~~ a document bearing production
16  No. 15074.
17      Q    Looking at the first paragraph of
18  this letter, ~~1206~~ DX 983, Dr. Miyake, is it true that at
19  this time in the fall of 1982 you were interested
20  in other hematopoietic hormones, but Genetics
21  Institute was interested in EPO?
22      A    Yes, I believe so.
23      Q    Between the fall of 1982 and the
24  fall of 1983, there seems to be a hiatus in
25  activity involving EPO, as far as you and

DEVINE-HALL & ASSOCIATES

A 64130

AM-ITC 00110802

213

```
 1  Genetics Institute are concerned.  Can you tell
 2  me what caused that hiatus?
 3       A    I was very busy back then, but I
 4  can't remember with any clarity any other reason.
 5  If I were to look back into my lab notes I might
 6  be able to tell you a little more.  Granulocyte
 7  and macrophage colony stimulating factors, that
 8  and granulopoietin, and probably -- I think it's
 9  granulopoietin was the stimulating factor.  I
10  think, if I remember correctly.  I was very busy
11  with that kind of research.
12       Q    Would you look at Plaintiff's
13  Exhibit 656 [1037 crossed out] next.  If you look at the last
14  paragraph on the first page, you'll see that
15  Dr. Yang is asking you for a sample of pure EPO.
16  And if you'll turn to the next page of the
17  letter, he refers to a discussion which he had
18  with you.  He says that you said that in your
19  preliminary purification trials, you may already
20  have some EPO samples with fairly high purity.
21  Did you say that to Dr. Yang?
22       A    Now it was in June of '83 that I got
23  the grant, and the research work started in
24  August of '83.  And I think maybe at this point I
25  had gotten some.
```

DEVINE-HALL & ASSOCIATES

```
1       A       When you say this work --
2       Q       The in vitro assay.
3       A       Yes, that is correct.
4       Q       Did you combine fractions one
5    through six on page 84 of your notebook and send
6    a portion of the material to G.I.?
7       A       Combined?
8       Q       Yes.
9       A       I have no recollection of such.
10      Q       Let me see if I can refresh your
11   recollection. Look at Plaintiff's Exhibit 1039, [588]
12   which is Dr. Hewick's laboratory notebook at
13   Genetics Institute, and to page -- do you have
14   it? You'll see on the top of that page a
15   reference to EPO from Miyake. It says, "seven
16   milliliters, total A.U. 0.360." Did you provide
17   information to Genetics Institute with respect to
18   the A.U. value on material that you provided to
19   Genetics Institute in the spring of 1984?
20      A       A.U. of what?
21      THE INTERPRETER: Excuse me, did you say
22   "A.U. value"?
23      MR. O'TOOLE: To the A.U. value.
24      THE WITNESS: At that time I was in Japan
25   in April. At about that time, it is true that
```

DEVINE-HALL & ASSOCIATES

1  much was going on regarding the negotiations for
2  erythropoietin with G.I.  But the negotiations
3  were not being conducted prior to my departure
4  for Japan.  It was in the end of April that I
5  called Dr. Shimizu and told her to send this to
6  G.I.
7           ~~MR. RICHTER:  I need about one minute.~~
8                ~~(Brief recess.)~~
9                ~~(Record read.)~~
10          MR. O'TOOLE:  I ask the reporter to mark as
11  Plaintiff's Exhibit ~~1479~~ 673 a document bearing
12  G.I. production No. 32230.
13      Q      When materials were sent from your
14  laboratory to Genetics Institute in 1984, were
15  they labeled at Wright State in any way?
16      A      Samples of what?
17      Q      Samples of the EPO material.
18      A      Which one of these are you talking
19  about?
20      Q      I'm not talking about any of the
21  materials on Exhibit ~~1479~~ 673 right now, but just
22  generally.
23      A      It was not labeled specifically as
24  EPO.
25      Q      No, but did it have a label with

```
 1   on the vials, but rather this was just simply the
 2   condition of the labels on certain vials which
 3   were located. As to who put the information on
 4   the vials, I cannot say.
 5   BY MR. O'TOOLE:
 6        Q    Was a portion of the materials
 7   reported on page 84 of your notebook sent to
 8   Genetics Institute?
 9        A    Yes.
10        Q    Were the fractions combined or were
11   only some fractions sent to Genetics Institute?
12        A    No, that was not the case. They
13   were not combined. I instructed that
14   fraction two be sent.
15        Q    You didn't have seven milliliters of
16   fraction two, did you, Dr. Miyake, as a result of
17   the purification step reported on page 84 of your
18   notebook?
19        A    I don't know whether I wrote this,
20   but the total A.U. here is correct. If you look
21   on page 85 and on page 86, you see the results of
22   the SDS page.
23        Q    Yes.
24        A    And you see there is no total A.U.
25   which corresponds to this.
```

DEVINE-HALL & ASSOCIATES

A 64156

AM-ITC 00110828