EXHIBIT E



PATENT
Attorney Docket No. 11009/32021

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | For: PRODUCTION OF ERYTHROPOIETIN |
| Fu-Kuen Lin | |
| Serial No.: 08/468,381 | Group Art Unit: 1804 |
| Filed: June 6, 1995 | Examiner: James Martinell, Ph.D. |

TERMINAL DISCLAIMER    RECEIVED
DEC 24 1996
GROUP 1800

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

    Kirin-Amgen, Inc., a Delaware corporation, 1840 DeHavilland Drive, Thousand Oaks, California 91320-1789, is the assignee of the entire right, title, and interest in the above-identified patent application (U.S. Serial No. 08/468,381), as shown by the assignment recorded on January 23, 1985, at Reel 4352, Frame 075 (in grandparent patent application U.S. Serial No. 06/675,298, now issued as U.S. patent No. 4,703,008).

    Assignee hereby disclaims the terminal portion of the term of any patent granted on the above-identified application extending beyond the expiration date of United States Patent No. 5,441,868 and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent and the legal title to United States Patent No. 5,441,868 are commonly owned, this agreement to run with any patent granted on the above-entitled application and to be binding upon assignee and its successors or assigns.

**A 41592**

161

AM670113672    AM-ITC 00898339

Assignee does not disclaim any terminal portion of the term of any patent granted on U.S. Serial No. 08/468,381 prior to the expiration date of the full statutory term of United States Patent No. 5,441,868 in the event that said Patent No. 5,441,868 later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or in part, or is terminally disclaimed under 37 CFR 1.321(a), has all claims canceled by a reexamination certificate, or is otherwise terminated prior to expiration of its statutory term, except for the separation of legal title stated above.

The assignment recorded on January 23, 1985, at Reel 4352, Frame 075 establishes the assignee's chain of title from the inventor for U.S. Patent No. 5,441,868 and for the above-identified application. The said assignment relates to subject matter disclosed in application Serial No. 06/675,298 (which issued as U.S. Patent No. 4,703,008) and subsequent continuation application Serial No. 07/113,179 which issued as U.S. Patent No. 5,441,868. The above-identified application (Serial No. 08/468,556) is a continuation application of Serial No. 07/113,179.

The documents establishing the assignee's chain of title have been reviewed by the undersigned and the undersigned certifies that to the best of his/her knowledge and belief, title is in the assignee.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both,

under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

KIRIN-AMGEN, INC.

By: *Stuart L. Watt*
Stuart Watt

Title: Corporate Secretary

Date: December 20, 1996

- 3 -

**A 41594**

163

AM670113674

AM-ITC 00898341