# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LA ROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN-LA ROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-12237 WGY |

### PLAINTIFF AMGEN INC.'S MOTION *IN LIMINE* NO. 25: EXCLUDE DEPOSITION TESTIMONY FROM A PRIOR LITIGATION OF TAKAJI MIYAKE, A NON-PARTY WITNESS WHOM ROCHE DID NOT PREVIOUSLY DISCLOSE

Pursuant to FED. R. EVID. 804, FED. R. CIV. P. 16, 26 and 32, and Local Rule 16.5, Amgen moves to exclude prior deposition testimony, taken in a prior litigation, of Dr. Takaji Miyake, a non-party witness that Roche failed to disclose in any pretrial exchanges. The introduction of the undisclosed testimony will prejudice Amgen because Amgen had no opportunity to obtain Dr. Miyake's appearance as a witness, nor could Amgen secure rebuttal testimony. Furthermore, Roche has not demonstrated that Dr. Miyake is "unavailable" in accordance with FED. R. EVID. 804 or that his prior testimony is otherwise admissible as an exception to the hearsay rule. Amgen respectfully requests an order excluding Roche's deposition designations of Dr. Takaji Miyake.

In support of this motion, Amgen submits a brief.

783912                                1

Respectfully Submitted,

AMGEN INC.,
By its attorneys,


|  |  |
|---|---|
| Of Counsel: | /s/ Michael R. Gottfried |
|  | D. DENNIS ALLEGRETTI (BBO#545511) |
| STUART L. WATT | MICHAEL R. GOTTFRIED (BBO#542156) |
| WENDY A. WHITEFORD | PATRICIA R. RICH (BBO#640578) |
| MONIQUE L. CORDRAY | DUANE MORRIS LLP |
| DARRELL G. DOTSON | 470 Atlantic Avenue, Suite 500 |
| KIMBERLIN L. MORLEY | Boston, MA  02210 |
| ERICA S. OLSON | Telephone:    (857) 488-4200 |
| AMGEN INC. | Facsimile:    (857) 488-4201 |
| One Amgen Center Drive |  |
| Thousand Oaks, CA   91320-1789 | LLOYD R. DAY, JR. (*pro hac vice*) |
| (805) 447-5000 | DAY CASEBEER |
|  | MADRID & BATCHELDER LLP |
|  | 20300 Stevens Creek Boulevard, Suite 400 |
|  | Cupertino, CA  95014 |
|  | Telephone:    (408) 873-0110 |
|  | Facsimile:    (408) 873-0220 |
|  |  |
|  | WILLIAM GAEDE III (*pro hac vice*) |
|  | McDERMOTT WILL & EMERY |
|  | 3150 Porter Drive |
|  | Palo Alto, CA 94304 |
|  | Telephone:    (650) 813-5000 |
|  | Facsimile:    (650) 813-5100 |
|  |  |
|  | KEVIN M. FLOWERS (*pro hac vice*) |
|  | MARSHALL, GERSTEIN & BORUN LLP |
|  | 233 South Wacker Drive |
|  | 6300 Sears Tower |
|  | Chicago IL 60606 |
|  | Telephone:    (312) 474-6300 |
|  | Facsimile:    (312) 474-0448 |

September 6, 2007

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

                                        /s/ Michael R. Gottfried
                                        Michael R. Gottfried


**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                                        /s/ Michael R. Gottfried
                                        Michael R. Gottfried