# Exhibit 1

## DuBord Brown, Renee

| | |
|---|---|
| **From:** | GPechenik@kayescholer.com |
| **Sent:** | Thursday, August 30, 2007 12:00 AM |
| **To:** | DuBord Brown, Renee; Jordan, Jeremy |
| **Cc:** | DLopez@kayescholer.com; BBorel@kayescholer.com; HHeckel@kayescholer.com; TFleming@kayescholer.com |
| **Subject:** | Amgen v. Roche |
| **Attachments:** | 31530937_V2.DOC |

Dear Renee,

Attached please find Roche's designations of Miyake and Fritsch for use at trial.

We are still awaiting the full transcripts for Dr. Miyake and reserve the right to supplement our designations based on the complete transcripts.

Regards,

Graham Pechenik


31530937_V2.DOC (Depo Designations for Miyake and Fritsch - 31744 bytes)
*(See attached file: 31530937_V2.DOC)*

```
                              *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulati
```

9/5/2007

TRIAL DEPOSITION DESIGNATIONS
AMGEN V. ROCHE

USDC MASS
05-12237

| Witness<br>Takaji Miyake | Date<br>10/13/88 | From (Page:Line) | To (Page:Line) |
|---|---|---|---|
| | | 212:2 | 212:9 |
| | | 213:12 | 213:25 |

| Witness<br>Takaji Miyake | Date<br>10/14/88 | From (Page:Line) | To (Page:Line) |
|---|---|---|---|
| | | 251:10 | 251:22 |
| | | 253:4 | 253:19 |
| | | 253:24 | 254:6 |
| | | 256:6 | 256:9 |

| Witness<br>Edward F. Fritsch | Date<br>12/10/90 | From (Page:Line) | To (Page:Line) |
|---|---|---|---|
| | | 1965:4 | 1965:19 |
| | | 1966:9 | 1966:12 |
| | | 1967:19 | 1967:25 |
| | | 1973:7 | 1973:9 |
| | | 1973:14 | 1973:16 |
| | | 1974:18 | 1974:23 |

| Witness<br>Edward F. Fritsch | Date<br>12/11/90 | From (Page:Line) | To (Page:Line) |
|---|---|---|---|
| | | 2022:12 | 2023:10 |
| | | 2039:2 | 2039:19 |
| | | 2040:2 | 2040:5 |
| | | 2043:7 | 2043:19 |
| | | 2075:5 | 2075:21 |
| | | 2076:3 | 2076:4 |
| | | 2081:18 | 2081:25 |
| | | 2082:7 | 2082:24 |
| | | 2084:18 | 2085:11 |
| | | 2110:7 | 2110:11 |
| | | 2110:15 | 2110:24 |

31530937_V2 (2)