# Exhibit 2

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Renee Dubord Brown
(408) 342-4551
rbrown@daycasebeer.com

August 31, 2007

VIA EMAIL

Thomas Fleming
Kaye Scholer LLP
c/o Metro Meeting Centers-Boston
101 Federal Street, 4th Floor
Boston, MA 02110

Re:   *Amgen, Inc. v. F. Hoffman-La Roche, LTD., et al.*

Dear Tom:

On Monday, August 27, you requested complete copies of Dr. Takaji Miyake's 10/13/1988 and 10/14/1988 prior testimony from *Amgen v. Chugai Pharm. Co.* During the course of discovery, Amgen produced to you the portions of the transcripts that were admitted to the court.

After much effort we have located the complete transcripts. Unfortunately, they are confidential and subject to the Chugai protective order. Please provide us with written consent from Chugai giving you permission to view the entire transcripts and we will immediately produce them to you. If you do not have a written consent, please provide us with the reasons why you are able to give this consent for Chugai.

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

Renee DuBord Brown

RDB:rlp