# Exhibit 3

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

August 27, 2007

**VIA EMAIL & FAX**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

      Re: *Amgen, Inc. v. F. Hoffmann-La Roche, Ltd, et al.,*
           05-CV-12237 WGY, D. Mass.

Dear Renee:

I write to request immediate production of a complete and accurate copy of the deposition transcript of Dr. Takaji Miyake from *Amgen Inc. v. Chugai Pharm. Co.*, Civ. A. No. 87-2617-Y, D. Mass., dated October 13-14, 1988. An incomplete copy of this transcript was produced at the Bates range beginning with AM-ITC 00110632. Please also produce a complete and accurate copy of Dr. Miyake's December 19, 1988 deposition transcript from *Amgen v. Chugai*, which was produced in part at AM-ITC 00110810.

Very truly yours,

Hank Heckel

cc: Julia Huston, Esq.
     Michele Moreland, Esq.
     Mark Izraelewicz, Esq.

31529552

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI