# Exhibit 4

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5
 6   AMGEN INC.,                      )
                                      )
 7                  Plaintiff,        )
                                      )
 8        v.                          )  Civil Action
                                      )  No. 87-2617-Y
 9   CHUGAI PHARMACEUTICAL CO.,       )
     LTD., and GENETICS INSTITUTE,    )
10   INC.,                            )
                                      )
11                  Defendants.       )
     _____)
12
13   CONFIDENTIAL - SUBJECT TO ITC PROTECTIVE ORDER
14
15           Deposition of TAKAJI MIYAKE taken on
16   behalf of Plaintiff at the SECO SUITE of the
17   RED LION INN RESORT, 633 East Cabrillo Boulevard
18   at Calle Puerto Vallarta, Santa Barbara,
19   California, at 9:15 a.m., Thursday, October 13
20   at 8:30 a.m., and Friday, October 14, 1988, before
21   SUZANNE GUIMOND, CSR No. 7465, a Notary Public
22   within and for the County of Ventura, State of
23   California, pursuant to agreement between counsel.
24
25
```

A 63961

DEVINE-HALL & ASSOCIATES