# EXHIBIT A

Bertino, Joseph M.       08/16/2007
CONFIDENTIAL

Page 136

```
 1      Q.   And why is it that those numbers may vary
 2   depending on the individual?
 3           MS. BEN-AMI:  Objection, expert testimony.
 4           THE WITNESS:  I don't know the answer to
 5   that for sure.  Many of these patients have multiple
 6   other illnesses as well, which may influence their
 7   hematocrit, their blood volumes, their performance
 8   status, the function of their end organ like the
 9   heart, et cetera, so that arbitrary numbers don't
10   always predict accurately what the status of the
11   patient's response is.
12   BY MR. MADRID:
13      Q.   If we can take a look at Page 334 of this
14   letter, which would be the next page, there's a
15   sentence in this longer paragraph that carries over
16   from the previous page that reads, the hope is that
17   epo can be given to patients with chronic kidney
18   disease, open paren, like the hormone insulin is
19   given to diabetics, helping them to utilize sugar,
20   closed paren, so that their anemia can be either
21   improved or cured altogether.
22           Do you see that?
23      A.   Yes.
24      Q.   Now, before initiating your three-patient
```

LiveNote World Service    800.548.3668 Ext. 1

Baron, Joseph M.
CONFIDENTIAL

Page 137

1   urinary epo experiment, did you have any hopes as to
2   what that experiment would do for the three patients
3   that were involved in the study?
4       A.   Yes.
5       Q.   And what were those hopes?
6       A.   Those hopes were that there would be
7   significant response of the hematocrit, and in
8   tandem with that would be an improvement in the
9   patient's quality of life and would spare them the
10  need for repetitive blood transfusions.
11      Q.   Do you know whether or not those hopes
12  were fulfilled by the study for those three
13  patients?
14      A.   Again, we will refer to the two parameters
15  that we talk about. The clinical parameters were
16  not fulfilled in terms of sustained significant
17  laboratory change, and there was no significant
18  clinical improvement in terms of performance of
19  these patients.
20      Q.   Was there -- what was their response in
21  the way of hematocrit, the three patients in the
22  urinary epo study?
23      A.   I would have to go through the details
24  that we've done before. I think we've explicated

*Annotations in margin:*
- OBJ: 702, expert testimony (lines 1–4)
- OBJ: 702, expert testimony (lines 6–10)
- OBJ: 702, expert testimony (lines 14–19)

LiveNote World Service    800.548.3668 Ext. 1