# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMGEN INC.'S NOTICE OF INTENT TO PRESENT LIVE TESTIMONY
OF DR. STRICKLAND IN RESPONSE TO ROCHE'S DEPOSITION DESIGNATIONS**

Amgen hereby provides notice of its intent to provide live counter testimony in response to Roche's deposition designations of Dr. Strickland.  The Court has previously held that this procedure is acceptable:

> "[I]f it's an Amgen person, we would like to put the person on, not just read other portions of the deposition.  I like that.  That makes good sense to me. … Of course, you're limited to what they put on in the deposition as the scope of examination of adverse witnesses is always so limited.  But I like that."[1]

Amgen understands this procedure to allow the witness to testify live to lines of questioning that fall within the scope of the direct examination questions posed via deposition.

Amgen hereby withdraws its general objection to Roche's use of deposition testimony for Dr. Strickland.  However, Amgen maintains its specific objections to particular testimony designated by Roche.  Amgen also withdraws its counter-designations for Dr. Strickland.  Amgen presumes that Roche will withdraw its counters to Amgen's counter-designations as well, and will provide Roche with a revised copy of the 3/9/07 Strickland transcript for Roche's review.  After receiving approval from Roche on this revised transcript, Amgen will provide a copy to the Court.

---

[1] 09/04/07 Trial Tr. at 27:18 – 28:7.

783709_1                                                            1

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
DARRELL G. DOTSON
KIMBERLIN L. MORLEY
ERICA S. OLSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA   91320-1789
(805) 447-5000

September 6, 2007

_____
D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
PATRICIA R. RICH (BBO#640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:     (857) 488-4200
Facsimile:     (857) 488-4201

LLOYD R. DAY, JR. (*pro hac vice*)
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:     (408) 873-0110
Facsimile:     (408) 873-0220

WILLIAM GAEDE III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:     (650) 813-5000
Facsimile:     (650) 813-5100

KEVIN M. FLOWERS (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:     (312) 474-6300
Facsimile:     (312) 474-0448

**CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                                  */s/ Michael R. Gottfried*
                                  Michael R. Gottfried