# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., | ) |
|           Plaintiff, | ) |
|   v. | ) Civil Action No. 05 CV 12237 WGY |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, | ) |
|           Defendants. | ) |

**AMGEN'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS EMERGENCY MOTION FOR ORDER PRECLUDING ROCHE FROM ARGUING THAT THE '933, '422 AND '349 PATENT CLAIMS ARE INVALID FOR OBVIOUSNESS-TYPE DOUBLE PATENTING OVER THE '868 AND '698 PATENT CLAIMS**

Plaintiff Amgen Inc. respectfully moves for leave to reply to Roche's Opposition to Amgen's Emergency Motion for Order Precluding Roche from Arguing That the '933, '422 and '349 Patent Claims Are Invalid for Obviousness-Type Double Patenting Over the '868 and '698 Patent Claims. Amgen's proposed reply is attached hereto as Exhibit A.

In support of this motion, Amgen states that its proposed reply is limited to the issues raised in Roche's Opposition, is concise, and will be of assistance to the Court.

Dated: September 6, 2007                                  Respectfully Submitted,

                                                          AMGEN INC.,
                                                          By its attorneys,


                                                          */s/ Patricia R. Rich*
Of Counsel:                                               D.DENNIS ALLEGRETTI (BBO#545511)
                                                          MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT                                            DUANE MORRIS LLP
WENDY A. WHITEFORD                                        470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                        Boston, MA 02210
DARRELL G. DOTSON                                         Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                       Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                                LLOYD R. DAY, JR
One Amgen Center Drive                                    DAY CASEBEER
Thousand Oaks, CA   91320-1889                            MADRID & BATCHELDER LLP
(805) 447-5000                                            20300 Stevens Creek Boulevard, Suite 400
                                                          Cupertino, CA 95014
                                                          Telephone:    (408) 873-0110
                                                          Facsimile:    (408) 873-0220

                                                          WILLIAM GAEDE III
                                                          McDERMOTT WILL & EMERY
                                                          3150 Porter Drive
                                                          Palo Alto, CA 94304
                                                          Telephone:    (650) 813-5000
                                                          Facsimile:    (650) 813-5100

                                                          KEVIN M. FLOWERS
                                                          MARSHALL, GERSTEIN & BORUN LLP
                                                          233 South Wacker Drive
                                                          6300 Sears Tower
                                                          Chicago IL 60606
                                                          Telephone:    (312) 474-6300
                                                          Facsimile:    (312) 474-0448

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

>  */s/ Patricia R. Rich*
>  Patricia R. Rich

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 6, 2007.

>  */s/ Patricia Rich*
>  Patricia R. Rich