AMGEN

V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

    The court has received, on September 6, 2007, from Defendant Roche documents for in camera review.

                                      Elizabeth Smith
                                      Deputy Clerk