NAME _____

Juror Questionnaire

AMGEN   V   HOFFMAN LAROCHE
05CV12237-WGY

This patent case will take from Sept 4 to Oct 17 for the presentation of the evidence.  Trial days will run from 9AM  to 1PM Mon through Fri.  When the case is presented to the jury for deliberations, the deliberations will commence at 9AM  and continue until a verdict is reached or until 5PM  of that day. Jurors will return the following day to continue their deliberations.  We will not sit on weekends. The case will recess for the  Jewish Holiday Rosh Hashanah on Sept 13th. We will not sit on trial the week of Sept 17th , nor will we sit on trial   from Oct 5 to Oct 12.

**Of course, you should realize that mere inconvenience or the usual hardships connected with jury service will not be sufficient reason to excuse a prospective juror, and the Court will not easily excuse jurors. In light of these considerations, would service in this case create an extreme hardship for you?**

( ) **YES**

( ) **NO**

**If you answered yes, please explain.**

_____

_____

_____

_____

_____

_____

_____

_____

_____