**EXHIBIT B**
**to Addition to Bench Memorandum**
**Regarding Relevance and Admissibility of Genentech's PLA**

| | |
|---|---|
| April 7, 1983 | U.S. Patent No. 4,766,075 ("the '075 patent") filed. (Admitted Trial Exhibit 2030) |
| November 9, 1983 | EP 0 093 619 ("the '619 EP application") published. (Admitted Trial Exhibit 2029) |
| December 13, 1983 | Lin Patent Application 561,024 filed. |
| February - July 1984 | Genentech Clinical Study 83-007 "A Controlled Randomized Phase I Trial of Recombinant Tissue-type Plasminogen Activator (rt-PA) in Acute Myocardial Infarction," which included 56 patients. (Trial Exhibit PNT at ROCHE-GNE 01450-51). |
| February 17, 1984 | Genentech Clinical Study 83-007, First heart patient administered recombinant human tPA (Trial Exhibit PNT at ROCHE-GNE 01545) |
| February 21, 1984 | Lin Patent Application 582,185 filed. |
| September 1984-February 5, 1985 | Clinical trial of recombinant human tPA from Genentech conducted by the National Heart, Lung and Blood Institute in cooperation with Genentech as part of the Thrombolysis in Myocardial Infarction (TIMI) research program. (Trial Exhibit PXY at Roche-GNE 00387). |
| September 28, 1984 | Lin Patent Application 655,841 filed. |
| November 2, 1984 | Final Report for Genentech Clinical Study 83-007 "A Controlled Randomized Phase I Trial of Recombinant Tissue-type Plasminogen Activator (rt-PA) in Acute Myocardial Infarction indicating *in vivo* biological activity in heart patients ("recanalization rate is excellent") in heart patients. (Trial Exhibit PNT at ROCHE-GNE 01450-51). |
| November 30, 1984 | Lin Patent Application 675,298 filed. |
| April 4, 1985 | Results of TIMI study with Genentech recombinant tPA published in New England Journal of Medicine (Trial Exhibit PXY at ROCHE-GNE 00390, 00428-432).. |
| April 24, 1986 | Genentech "Product License Application For Activase™" ("Activase™ PLA") submitted to Food and Drug Administration (Trial Exhibit OUX at ROCHE-GNE 03009). |