# EXHIBIT B

Dockets.Justia.com



Deviations from a Protocol are Not Fatal to a Study

Highlighted text: "It appears that a protocol amendment is in order to release them from the requirement that the blood samples must be taken on the same "day" as the EPO is given. This should be reworded to allow the above type of arrangement. I will further explore this while in Seattle."