# DAY CASEBEER
# MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220

Lloyd R. Day  
(408) 342-4561  
lrday@daycasebeer.com

September 11, 2007

VIA HAND DELIVERY & ELECTRONIC CASE
FILING SYSTEM

The Honorable William G. Young  
District Judge for the District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

Re:   *Amgen Inc. v. F. Hoffman-Roche, Ltd., et al.*  
      Civil Action No: 05-12237-WGY

Dear Judge Young:

Last week, the Court advised the parties that it could not hold any further pre-trial conferences immediately prior to the 9:00 AM start of trial, nor would it take up trial matters at that time. Rather, the Court directed the parties to raise all such matters during the afternoon, outside the presence of the jury, when both parties could be heard: 9/6/07 Trial Tr. P. 216:10-16.

For the past two days, Roche has ignored the Court's direction, and instead submitted letter briefs to the Court at 7:30 a.m. each morning asking the Court to rule on various issues presented in its letter prior to 9:00 AM and without any opportunity for Amgen to respond or be heard on the issues.

Amgen objects. Roche's practice not only violates the Court's direct order, but entertainment of this practice by the Court will only invite further abuse, as this morning's letter demonstrates.

Respectfully submitted,

DAY CASEBEER  
MADRID & BATCHELDER LLP

*[signature]*

Lloyd R. Day, Jr.

LRD:sv

786696_1

**DAY CASEBEER**
**MADRID & BATCHELDER LLP**

The Honorable William G. Young
District Judge for the District of Massachusetts
September 11, 2007
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.

/s/ Patricia R. Rich
Patricia R. Rich

786696_1