# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF AARON R. HAND IN SUPPORT OF AMGEN INC.'S BENCH MEMORANDA REGARDING THE AUTHENTICATION OF JAN. 11, 1984 TELEX & JAN. 16, 1984 LETTER**

786694

I, Aaron R. Hand, declare as follows:

1. I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy Amgen Trial Exhibit BAH.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of a document titled Defendants' Joint Appendices to Proposed Findings of Fact And Conclusions of Law, *Amgen Inc. v. Chugai Pharmaceutical Co., Ltd. & Genetics Institute, Inc.*, No. 87-2617-Y (D. Mass.), including Chugai's Response to Amgen's Request No. 90, bearing production numbers AM-ITC 00103950, AM-ITC 00104099.

5. Attached hereto as Exhibit 3 is a true and correct copy of Amgen Trial Exhibit GVC.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document titled "Stipulation Concerning Admitted Exhibits" bearing production numbers AM-ITC 00343658-674.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpted pages from a document titled Volume 36 of the 10/18/89 Trial Transcript of *Amgen v. Chugai Pharmaceutical Co., Ltd. & Genetics Institute, Inc.*, No. 87-2617-Y (D. Mass.), pages 1, 20-24, bearing production numbers AM-ITC 00117304, AM-ITC 00117323-327.

8. Attached hereto as Exhibit 6 is a true and correct copy of Amgen Trial Exhibit FJX.

9. Attached hereto as Exhibit 7 is a true and correct copy of Amgen Trial Exhibit GVK.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated August 3,

2

1988 from Schnurr to Moroz, Re: Amgen v. Chugai, et al., Civil Action No. 87-2617Y, DEFENDANTS' DOCUMENT PRODUCTION, bearing production numbers AM-ITC 00121041-59.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signed this 12th day of September, 2007.

                                                By:    /s/ *Aaron R. Hand*
                                                          Aaron R. Hand

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                              */s/ Patricia R. Rich*
                                                               Patricia R. Rich