# Exhibit 3

Dockets.Justia.com

Exhibit GVC
05-12237-WGY

9.00

0304 EST+
GENETICS INBSN

230948219 GENETICS INBSN

CHUGAI PHARM TOKYO 11TH JAN 1984

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A.NO.87-
2617-Y (D.C.MA.),C.A.NO.87-
07200TJH (D.C.CA.)  GI 45,480

ATTN. MR M. YANG

THANKS FOR YOUR TLX OF 6TH.  THE NEWS " AMGEN-THE FIRST TO CLONE
EPO- WAS RECEIVED HERE WITH A SERIOUS CONCERN BECAUSE WE
CONSIDERED THE FIRST CLONING OF EPO AT YOUR INSTITUTE AS A
CONTINGENT CONDITION TO SPONSOR THE PROJECT.
WE ASSUME THAT AMGEN'S FIRST CLONING OF EPO IS CERTAINLY
PATERNABLE AND IT WILL SERIOUSLY DAMAGE COMMERCIAL INTEREST
OF OTHER EPO PROJECTS INCLUSIVE OF YOURS.
WE URGENTLY NEED TO MAKE A THOROUGH REVIEW OF THE INFORMATION
AND SITUATION.

1) PLS PROVIDE US DETAILED INFORMATION CONCERNING AMGEN'S
   CLOSING OF EPO, TOGETHER WITH THE SOURCE OF NEWS AND ITS
   CREDIBILITY.  IF PUBLISHED, PLS PROCURE A COPY OF THE SAME.

2) PLS LET US KNOW YOUR OPINION/TECHNICAL EVALUATION OF
   AMGEN'S ACHIEVEMENT AND THEIR POSSIBLE PATENT COVERAGE.

3) IS THERE ANY TECHNICAL ALTERNATIVE TO PROCEED YOUR EPO
   PEOJECT AND ENABLE US TO COMMERCIALIZE EPO WITHOUT PATENT
   CONFLICT WITH AMGEN?  GENETICALLY ENGINEERING OF PRO-
   ERYTHROPOIETIN OR ISO-EPO (PLS REFER TO THE FOLLOWING
   LITERATURES) MAY BE ONE OF THE EXAMPLES.

   AB GOULD ET AL, J LAB CLIN MED, VOL 96, 523, 1980
   H OHKUBO ET AL, PROC NATL. ACAD. SCI(USA), VOL 80, 2196, 1983

4) YOU HAVE INITIATED AND CARRIED OUT EPO PROJECT AS SELF-FUNDED
   RESEARCH SO FAR.  WONDER IF YOU FILED PATENT FOR CLONING
   OF EPO.  IS THERE ANY POSSIBILITY THAT YOUR INSTITUTE
   MADE THE FIRST INVENTION (IN TERMS OF U.S. PATENT SYSTEM)
   PRIOR TO CLONING OF EPO BY AMGEN.

5) IN CASE THE ABOVE 3) AND 4) ARE NEGATIVE, IS IT POSSIBLE
   FOR YOU TO MAKE REASONABLE LICENSE ARRANGEMENTS WITH AMGEN
   (WHOSE SPONSOR IS ABBOTT IN OUR UNDERSTANDING) SO AS TO
   ENABLE US TO PROCEED YOUR EPO PROJECT.
   WOULD APPRECIATE YOUR EARLY REPLY.

BEST REGARDS
SADAHIRO

PS:  WILL COMMENT ON YOUR TLX OF 16TH DECEMBER SEPARATELY
+
GENETICS INBSN

REPLY VIA ITT

A 121585

Plaintiff's Exhibit 48



PLAINTIFF'S
EXHIBIT
48

AM-ITC 00168188