# Exhibit 8

Dockets.Justia.com

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL
ATTORNEYS AT LAW

TWO FIRST NATIONAL PLAZA
20 SOUTH CLARK STREET
CHICAGO, ILLINOIS 60603
(312) 346-5750

MICHAEL F. BORUN
DONALD J. BROTT
MADELINE HENRICKS DE-CREUX
ALLEN H. GERSTEIN
JEROME B. KLOSE, P.C.
BASIL P. MANN, P.C.
CARL E. MOORE, JR.
OWEN J. MURRAY
EDWARD H. O'TOOLE
NATL F. SCARPELLI
RICHARD A. SCHNURR
ALVIN D. SHULMAN
JAMES P. ZELLER

OF COUNSEL
ALBERT W. BICKNELL, P.C.

JAMES D. DARNLEY, JR.
ANDRE DAUGAVIETIS
HOWARD S. FUHRMAN
LEWIS S. GRUBER
MARTIN J. HIRSCH
DOUGLASS C. HOCHSTETLER
KEVIN D. HOGG
RICHARD M. LA BARGE
TERRENCE W. MCMILLIN
MAUREEN C. MEINERT
ANTHONY NIMMO
JEFFREY S. SHARP
JEFFRY W. SMITH
ROGER H. STEIN

*CALIFORNIA BAR

FAX (G3) (312) 984-9740
TELEX: 25-3856

August 3, 1988

CONFIRMATION COPY
8/3/88

VIA FACSIMILE

Eugene Moroz, Esq.
Morgan & Finnegan
345 Park Avenue
New York, New York  10154

> Re:  Amgen v. Chugai, et al.
>      Civil Action No. 87-2617Y
>      <u>DEFENDANTS' DOCUMENT PRODUCTION</u>

Dear Eugene:

    We have reviewed the documents produced by
defendants to date in response to Amgen's First Set of
Interrogatories and Amgen's First Request for Production of
Documents.  We feel the document production is incomplete or
incorrect and make the following requests.

    I.   <u>GI Document Production</u>

        A.   <u>Identification of Documents</u>

        1.   The produced documents production numbers
000001-018175 all appear to be documents from GI's files.
Please advise if any other person or party produced
documents within that production number sequence and
identify the party and the documents it produced by
production number.

        2.   The document production does not appear to
comply with F.R.C.P. 34(b), last paragraph.  Defendants have
not identified the source of many of the produced documents
by file name or other identification used in their ordinary
course of business.  Please provide this information for
each file from which GI (or any other party or person)
produced documents by identifying the file name or title,
producing a copy of the file label, identifying the

A 74368

AM-ITC 00121041

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 2

custodian(s) of the file and identifying by production
number(s) the documents originating from each such file.

3.   The cover sheets or identification page for
many of the laboratory notebooks you produced are illegible
or missing.  Please provide legible copies of the covers and
table of contents for all produced laboratory notebooks.
The interior pages of the lab notebooks are also difficult
or impossible to read.  We therefore request that you
provide us with a copy of whatever records are kept of the
persons to whom laboratory notebooks are given or assigned
so that we can identify the author of the produced lab
notebooks.  We also request that the originals of the
produced lab notebooks be made available at the depositions
of defendants' employees and witnesses connected with the
lab notebooks so that we can refer to legible pages and data
such as SDS PAGE gel photos which are illegible on our
copies.

4.   The production numbers assigned by GI are
illegible, missing or partially deleted on many of the
produced documents.  We cannot determine from our copies
whether this is a result of the original numbering by GI or
subsequent photocopying.  If it is the later, please have
one complete set of the documents in production number order
bearing legible production numbers at the August
depositions.  If the original numbers are the problem,
please advise us as to how you will correct the problem.

B.   Missing Groups of Documents and Files

The documents produced to date refer to other
groups of documents and files which appear relevant but were
not produced or identified.  Set forth below is a list of
missing files or groups of documents cross-referenced to the
production number of defendants' produced documents which
evidence the existence of the missing group or file.  Unless
identified in response to paragraph A.2. above as having
been produced, please supply us with copies of the contents
of the following missing files and groups of documents and
identify each such file or group in the manner requested in
paragraph A.2. above.

1.   Missing File                       P.N. Reference

(a)  "Miyake File"                      015082, 015071,
                                        015091

A 74369

AM-ITC 00121042

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 3

B.    Missing Groups of Documents and Files (Cont.)

(b)    "EPO Patent File"                           013374

(c)    "EPO File"                                   011354, 007933-38

(d)    "EPO-Foster"                                 012618-28

(e)    "EPO Activity Plans"                         015710-14, 012718-39

(f)    "Amgen File"                                 017067-71

(g)    "EPO Full Activity Plans"                    015710-14, 102718-39

(h)    "EPO-Chugai file"                            008091, 8070-73
       or "Chugai File" (if the
       "EPO" portion refers only
       to (c) above)

(i)    "F-BM" file                                  016352

(j)    "F-EPO" file (if different                   011344-48
       than (c) above)

(k)    "EPO-Amgen" file                             013211

(l)    "Chugai telex file"                          0142__
       (except for "Jan.-August"                    11 June 86
       file)

2.     Missing Groups of Documents               P.N. Reference

(a)    GI Quarterly Reports for                     013040-76, ¶2.5
       all quarters except                          017851
       1st quarter 1985                             16199-16200
                                                    13869, etc.

(b)    GI Benchmark reports                         16199-16200

(c)    GI Project Summaries                         016201
                                                    27 Dec. 84
                                                    K. Smith memo

(d)    summary reports for                          see K. Smith
       quarterly reports                            24 June 85 memo
                                                    (P.N. illegible),
                                                    017139-43

A 74370

AM-ITC 00121043

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 4

B.   Missing Groups of Documents and Files (Cont.)

| | | |
|---|---|---|
| (e) | EPO Team Meeting Overheads (for all team meetings) | 013835-56, 013820 |
| (f) | S.O.P.'s (for EPO) | See 014166-67 Schmidt 3 Aug. 85 telex |
| (g) | log book samples | See 014166-67 |
| (h) | log book lists | See 014166-67 |
| (i) | EPO Executive Summaries (for all trips, meetings re EPO) | 012795-814 |
| (j) | Seminar Room Meeting Reports | 018040 |
| (k) | EPO Tickler List, notes, memos, etc. | 012585-97 |
| (l) | purification batch reports | 014208-12 |
| (m) | EPO batch record release files | See M. Bertolini 2 Sept. 87 memo (P.N. illegible) |

C.   Missing Specific Documents

        The following specific documents were not
produced, although referenced in defendants' produced
documents.  Please produce copies of these documents and
identify them and their source file(s), custodians, etc. in
the manner requested in paragraph A.2. above.  We also
request that you review the source files and produce any
other documents requested by plaintiff to be produced or
identified and supplement your interrogatory answers as
required consistent with the Federal Rules of Civil
Procedure.

A 74371

AM-ITC 00121044

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 5

C.    Missing Specific Documents

| Missing Specific Documents | P.N. Reference |
|---|---|
| 1.  Blood, 64:341-47 article | 01574_<br>1 Nov. 84 Yang telex* |
| 2.  Murine EPO article | 01574_<br>1 Nov. 84 Yang telex |
| 3.  agenda excerpts from agreement re technology transfer | 01574_<br>1 Nov. 84 Yang telex |
| 4.  patent drafts | 016199-200 |
| 5.  GI/Chugai documents re patent procedures | 016199-200 |
| 6.  Snowbird and/or Amgen documents | 016199-200 |
| 7.  attached IBA correspondence | 20 Nov. 84<br>Neway memo |
| 8.  figs. for EPO paper, poster | 013869 |
| 9.  notes of meeting | 012851-52 |
| 10. notes of meeting, presentations | 0157__<br>11 Jan. 85<br>K. Smith/A. Mufson<br>memo to Distribution |
| 11. patent application | 0157__<br>11 Jan. 85<br>K. Smith/A. Mufson<br>memo to Distribution |

---

\*    Blanks indicate illegible production numbers.

A 74372

AM-ITC 00121045

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 6

C.  Missing Specific Documents

| 12. | EPO paper | 0157__ |
| | | 11 Jan. 85 |
| | | K. Smith/A. Mufson |
| | | memo to Distribution |
| 13. | Man Chui's memo | 01612_ |
| | | 15 Jan. 85 |
| | | K. Smith telex |
| | | to Yamamoto |
| 14. | Yamamoto telex | 016223 |
| 15. | Chugai/Yamamoto notes | 016223 |
| 16. | Nature article | 016186, 016184-85 |
| 17. | Miyake slide and | _____ |
| | Goldwasser presentation | 3 Apr. 85 |
| | | K. Smith memo to |
| | | K. Yamamoto re |
| | | Kawaguchi visit, |
| | | Miyake, C & F |
| 18. | 3 June 85 Kawaguchi letter | 014177 |
| 19. | Eisen response re patent | 014177 |
| | matters | |
| 20. | Kawaguchi U-EPO | 013837-44 |
| | purification procedure | |
| 21. | 6 June 85 K. Smith telex* | 013923 |
| 22. | 21 June 85 Kawaguchi telex | 0139_5 |
| | | 24 June 85 |
| | | Smith telex |

_____

*    Also called "telefax" in some produced documents,
     referred to hereinafter as "telex."

A 74373

AM-ITC 00121046

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 7

C.    Missing Specific Documents

| 23. | E. Coli EPO purification procedure | 25 June 85 K. Smith telex to Kawaguchi re EPO shipment |
|---|---|---|
| 24. | 22 Oct. 84 article | 017073-78 |
| 25. | time lines mentioned in 20 Aug. 85 telex as "attached" | 013758 |
| 26. | Kawaguchi 4 Sept. 85 telex | 015015 |
| 27. | missing pages 014855-56 from 7 Sept. 85 report | 014845-54 |
| 28. | data referred to in Kawaguchi telex | 008646-51 |
| 29. | attached record of discussion with Sadahiro | 015116 |
| 30. | B. Foster report | 015116 |
| 31. | attached details of GI assays | 015861 |
| 32. | attached details of Caro assays | 015861 |
| 33. | attached details of Dr. Nathan assays | 015861 |
| 34. | Tsuji/Chugai HPLC purification steps | 008635-37 |
| 35. | 13 Sept. 85 fax | 015662-64 |
| 36. | 13 Sept. 85 K. Smith telex | 015888 |
| 37. | 30 Sept. 84 telex ¶1.1.a-copy of what was "sent" | 007924-26 |

A 74374

AM-ITC 00121047

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 8


C.   Missing Specific Documents

38.   25 Sept. 85 Chugai telex                 007924-26

39.   "see attached"-copy of                   0177__
      information                               30 Sept. 85
                                                Fritsch memo,
                                                See 017666-67

40.   notes concerning meeting                 014863

41.   copy of cited publication                008615

42.   quality reports                          014870

43.   summaries                                014870

44.   attached telex                           015213 or 015218

45.   24 Oct. 85 telex                          008578-79

46.   11 Oct. 85-page(s) appear                008615
      to be missing

47.   documents concerning                     008076-77
      comparison of GI, Amgen
      EPO and U-EPO

48.   Caro specific assay                      008076-77
      fractions-related documents

49.   selective purification                   008076-77
      documents

50.   documents concerning Amgen,              015625-26
      Amgen R-EPO

51.   Caro tests of TFA                        008561-64

52.   missing pages of telex                   015993-98

53.   Chugai 22 Nov. 85 telex                  015242
      and attached 22 Oct. 85
      telex

54.   complete copy of GI telex                015242
      including new pages


A 74375

AM-ITC 00121048

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 9

C.    Missing Specific Documents

| # | Description | Number |
|---|---|---|
| 55. | 26 Nov. 86 Chugai telex | 015263 |
| 56. | 22 Nov. 85 protocol | 013612 |
| 57. | missing pages 8-12 of telex | 014933-39 |
| 58. | RIA protocols | 013614 or 013615 |
| 59. | missing pages 3-5 of telex | 008702-717 |
| 60. | royalty schedules | 013084 |
| 61. | benchmark schedules | 013084 |
| 62. | attached Agenda | 014954 |
| 63. | Yamamoto 22 Feb. 86 telex | 015564-65 |
| 64. | documents forwarded re attainment of benchmarks | 007802 |
| 65. | documents supporting attainment of benchmarks | 014915 |
| 66. | attached Nagashima telex | 014820 |
| 67. | 19 March 86 telex | 014208-212 |
| 68. | 26 March 86 telex | 008049-50 |
| 69. | page 2 of telex missing | 014994-95 |
| 70. | Chugai telex 10 June 86 | 0142__ 11 June 86 Ohta telex |
| 71. | list of GI documents (and copies of those documents) "provided with r-EPO | 012770 |
| 72. | Recny manuscript | 014249 |

A 74376

AM-ITC 00121049

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 10

C.   Missing Specific Documents

| 73. | Sato 7/2/87, 6/3/87 telex | 017611-13 |
| 74. | the "three PCT applications" referred to in letter | 017687-88 |
| 75. | "EPO documentation" | 014260-61 |
| 76. | copy of documents concerning Kirin presentation, notes, etc. | 017596-97 |
| 77. | 21 June 87 telex | 014832-34 |
| 78. | Sasaki paper | 008746-48 |
| 79. | comments re Sasaki paper | 008746-48 |
| 80. | CM-CFS paper | 008746-48 |
| 81. | Science advertisement | 008746-48 |
| 82. | 22 March 82 letter | 017108 |
| 83. | "proposal" | 015076 |
| 84. | "EPO tests" documents | 015791 |
| 85. | Chugai documents re "success" on EPO project | 01585_ 6. Dec. 1983 Schmergel telex to Yang |
| 86. | GI patent application reports and documents concerning same | 016357 |
| 87. | reports to Chugai by GI | 016357 |
| 88. | documents concerning GI/ Chugai agreement on EPO project | 010370-72 |
| 89. | Golde documents concerning EPO | 016370-72 |

A 74377

AM-ITC 00121050

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 11

C.   Missing Specific Documents

| | | |
|---|---|---|
| 90. | 21 Dec. 82 Golde letter | 016370-72 |
| 91. | telex to Ogawa from Yang re Amgen | 10 Jan. 84 Yang telex to Sadahiro |
| 92. | 11 Jan. 84 telex | 017806-10 |
| 93. | 20 Jan. 84 telex | 01577_ 23 Jan. 84 Y. Hibino telex |
| 94. | information sent 23 Jan. 84 | 01577_ 23 Jan. 84 Y. Hibino telex |
| 95. | documents concerning research, patents and/or revised proposal discussed at visit | 015778 015780 |
| 96. | 14 Feb. 84 letter | 015777 |
| 97. | 14 Feb. 84 letter or telex | 017835 |
| 98. | documents re Chugai review of proposal and Amgen | 017887 |
| 99. | telex of agenda, specifics of discussions, etc. | 015783 |
| 100. | Chugai manuscript | 015783 |
| 101. | EPO contracts | 015767 |
| 102. | Revised EPO contracts | 017834 |
| 103. | 12 Mar. 84 telex/letter Yang | 017834 |
| 104. | Chugai 3 Apr. 84 Board meeting notes, minutes, etc. | 017834 |

A 74378

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 12

C.    Missing Specific Documents

| | | |
|---|---|---|
| 105. | letter concerning revised paragraph cDNA | 017834 |
| 106. | 13 Mar. 84 letter | 015071 |
| 107. | agreement sent to Miyake | 015071 |
| 108. | "consulting agreement" | 015071 |
| 109. | documents concerning "tests" done | 017867 |
| 110. | 28 Mar. 84 telex | 017833 |
| 111. | Chugai counter-proposal | 017833 |
| 112. | draft contract | 017833 |
| 113. | 13 Mar. 84 letter | 017833 |
| 114. | 16 Mar. 84 telex | 017833 |
| 115. | 29 Mar. 84 letter | 017833 |
| 116. | letter agreements re EPO project | 017833 |
| 117. | consulting agreement | 015084 |
| 118. | royalties paid to Miyake | |
| 119. | Miyake 10 Apr. 84 letter | 15 May 84<br>Schmergel letter to Miyake |
| 120. | 14 May 84 letter agreement | 15 May 84<br>Schmergel letter to Miyake |
| 121. | copy of attached proposal and Miyake purification procedure | 15 May 84<br>Schmergel letter to Miyake |

A 74379

AM-ITC 00121052

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 13

C.    Missing Specific Documents

| | | |
|---|---|---|
| 122. Schedule D | 013040-76 |
| 123. press release | 015764 |
| 124. "core" bibliography | 015704 |
| 125. 31 Aug. 84 telex | 015754 |
| 126. draft patent application | 015754 |
| 127. draft patent specification for GI patent applications | 013385 |
| 128. "GI prospective comments on potential value" of patent specifications | 013385 |
| 129. GI comments "how closely" patent specification "may relate to EPO production technology" | 013385 |
| 130. GI plans for foreign applications | 013385 |
| 131. Chugai "recommendations" and "suggestions" concerning patent application | 013385 |
| 132. claims of applications, documents concerning "value to EPO project" | 013389 |
| 133. foreign filings | 013389 |
| 134. EPO paper | 017861 or 017864 |
| 135. Chugai 14 Sept. 84 telex | 017854 |
| 136. Chugai 20 Sept. 84 telex | 017854 |
| 137. Chugai 21 Sept. 84 telex | 017854 |

A 74380

AM-ITC 00121053

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 14

D.  Illegible Documents

Many produced documents are illegible in part or
in whole.  Please provide legible copies of the following
documents including the notes appearing on the documents.

Production Number(s)

1.   01286_ or 01288_
     (1 Nov. 84 K. Smith memo
     to Distribution, 2 pages)

2.   012953-57(?)
     (8 Nov. 84 memo K. Smith
     to Distribution,
     notes illegible)

3.   012958

4.   013784-87

5.   016221

6.   013358

7.   016210-11

8.   013616-17

9.   016179-81

10.  013780-82

11.  014458-66

12.  13788-798

13.  012815

14.  012821-25

15.  012745-747

16.  013811-17

17.  012835-44

A 74381

AM-ITC 00121054

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 15

D.   Illegible Documents (Cont.)

18.   012741-44

19.   014175

20.   013818-19

21.   008667-68

22.   015555

23.   008096

24.   008662-64

25.   014164

26.   012795-814

27.   015525-27

28.   013760-62

29.   012166-72

30.   015015

31.   008655

32.   014845-57

33.   008645

34.   015644-45

35.   015901-04

36.   014864-65

37.   013783 or 85 or 87

38.   015909-11

39.   008622-33

40.   014450-51

A 74382

AM-ITC 00121055

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 16

D.   Illegible Documents (Cont.)

41.   008592-8607

42.   013212

43.   12278-87

44.   008553-54

45.   008549-52

46.   016021-24

47.   014900

48.   012225-28
      (gel photos)

49.   013963 or 013983
      15 April 86 notes
      EPO Steering Committee

50.   012768

51.   014838

52.   016202

53.   012618-28

54.   013040

55.   013040-76
      ¶3.9 (notes illegible)

56.   013866

57.   0130_4
      10 July 84 (K. Smith memo
      to Distribution
      (notes illegible)

A 74383

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 17

D.     Illegible Documents (Cont.)

58.    01574_
       4 Sept. 84 telex
       (notes illegible)

59.    017886

60.    012963

61.    012961-63

62.    017858

63.    014202

64.    014198

65.    012581-84

66.    13788-98

67.    017847

68.    013380-82

69.    017019-22

70.    013279-342
       (page numbers illegible)

        E.   Deletions

       Defendants have produced numerous documents with
portions deleted.  We assume this was primarily a deliberate
"masking" pursuant to paragraph 3 of the Stipulation and
Protective Order entered in this case.  Pursuant to
paragraph 4 of the Stipulation and Protective Order, we
request access to inspect the original unmasked documents
listed below prior to the depositions set to begin
August 16, 1988.  Please advise us as to whether you will
provide us with copies at our offices in Chicago.  If there
are listed documents which you did not intend to mask,
please provide complete copies to us.

A 74384

AM-ITC 00121057

MARSHALL O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 3

E.   Deletions (Cont.)

Production Number(s)

1.   015741-49

2.   015731-32

3.   016980-82

4.   012958

5.   015722-23

6.   014918-19

7.   016121-24

8.   008665

9.   013946

10.  014206

11.  013758

12.  013760-62

13.  015901-04

14.  012679-86

15.  007785

16.  017703

17.  017605-06

18.  _____
     21 Sept. 87
     K. Smith memo
     EPO Steering Committee

19.  014838

20.  013861-62

A 74385

AM-ITC 00121058

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BICKNELL

Eugene Moroz, Esq.
August 3, 1988
Page 19

E.   Deletions (Cont.)

21.  017100

22.  017101

23.  012618-28

24.  017886

25.  013858-59

26.  013632-748
     (p. 17-19 "purification",
     p. 013962, p. 13727)

27.  015092-98
     (p. 4-6 "purification",
     p. 15098)

28.  016936-958
     (p. 13, 19-23, 24, 26)

29.  007803-7905
     (Sections 2-4(a) missing)

30.  013279-342
     (pages 65-99 missing)

        Please advise us on Friday, August 5, 1988 as to
when we will receive the above-requested documents and
information. We wish to have them no later than August 12,
1988 so they can be reviewed prior to the August 16
depositions.

        If you have any questions concerning the above,
please do not hesitate to contact me.

                        Very truly yours,


                        Richard A. Schnurr


RAS:kjf
cc:  Robert D. Weist, Esq.


                                             A 74386