# Exhibit B

JEROME G. LEE*
JOHN D. FOLEY*
JOHN A. DIAZ*
THOMAS P. DOWLING*
JOHN C. VASSIL*
WARREN H. ROTERT*
ALFRED P. EWERT
DAVID H. PFEFFER*
HARRY C. MARCUS
ROBERT E. PAULSON
STEPHEN R. SMITH
KURT E. RICHTER
J. ROBERT DAILEY
EUGENE MOROZ
JOHN F. SWEENEY
ARNOLD I. RADY
CHRISTOPHER A. HUGHES
WILLIAM S. FEILER
JANET DORE
JOSEPH A. CALVARUSO
JAMES W. GOULD
RICHARD C. KOMSON
ISRAEL BLUM

*A PROFESSIONAL CORPORATION

JOHN D. MORGAN
1893-1939

HOBART N. DURHAM
1930-1968

# MORGAN & FINNEGAN
ATTORNEYS AT LAW
345 PARK AVENUE
NEW YORK, NEW YORK 10154

TEL. (212) 758-4800

TELEX: 421792

CABLE: FINDURPINE NEWYORK

TELECOPIER: (212) 751-6849

THOMAS M. HAMMOND**
CHRISTOPHER K. HU
BARTHOLOMEW VERDIRAME
MARIA C. H. LIN
ANDREA L. COLBY
JOSEPH A. DEGIROLAMO
DICKERSON M. DOWNING
JOHN C. ANDRES
CHRISTOPHER E. CHALSEN
PATRICIA B. ROCHA
JOSEPH J. BRINDISI
MITCHELL E. RADIN
MICHAEL A. NICODEMA
JOHN R. SCHIFFHAUER
ANDREW M. RIDDLES
MICHAEL P. DOUGHERTY
DAVID M. CARTER
FREDERICK W. PEPPER**
BETH J. ATLAS
PETER DeLUCA
SCOTT GREENBERG
RICHARD B. KLAR
STEVEN P. KODA**
RICHARD S. PARR**
JEAN M. DUVALL
BRUCE A. POKRAS
TANYA G. PULLIN**
MICHAEL N. BERG
JOSEPH M. MANAK
JAMES M. BOGDEN
KAREN L. STAFF

**NOT ADMITTED IN NEW YORK

GEORGE B. FINNEGAN, JR.
GRANVILLE M. PINE*
COUNSEL

August 9, 1988

Richard A. Schnurr, Esq.
Marshall, O'Toole, Gerstein,
  Murray & Bicknell
Two First National Plaza
20 South Clark Street
Chicago, Illinois 60603

  Re: Amgen v. Chugai and Genetics Institute
    C.A. No. 87-2617Y

Dear Mr. Schnurr:

  This is in response to the respective paragraphs of your letter dated August 3, 1988 wherein you had numerous requests regarding Defendants' document production.

  First, while we do intend to investigate the numerous matters addressed in your letter and to make a good faith effort to respond to your inquiries, we cannot and will not promise to have all requested documents and information in your hands by August 12, 1988, bearing in mind that your letter came unannounced on August 3 at 6:00 p.m. Counsel for Amgen has had initial production of documents as to which you are now raising questions and making additional demands since April.

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 2

Accordingly, there is no justification for your frenetic and burdensome demands to supplement discovery within 9 days simply to accommodate your personal schedules.

With respect to your August 9, 1988 letter (also received at 6:00 p.m.), you apparently misapprehend what I stated to you earlier, i.e., that we would respond to your <u>letter</u>. Obviously, none of the information you are now requesting is urgent; otherwise you would not have delayed your requests for months. That information which is presently available is as follow:

I.A.1. Documents bearing production nos. 000001-018382 constitute documents from Genetics Institute's files.

2. With very few exceptions, the documents were produced as they are kept in the usual course of business, in accordance with Fed. R. Civ. P. 34(b) last paragraph. Those which were not so produced, were later located and are therefore out of numerical order for that reason alone. Laboratory notebooks were produced as a group for convenience. The following is a correlation between document production numbers (not including laboratory notebooks which are listed in response to paragraph (3) of your letter) and custodians of those documents:

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 3

| Document Number | Custodian |
|---|---|
| 007767-007780 | R. Kamen |
| 007781-007895 | R. Kamen |
| 007896-007930 | R. Kamen |
| 007931-007963 | R. Kamen |
| 007964-007999 | R. Kamen |
| 008000-008069 | R. Kamen |
| 008070-008090 | R. Kamen |
| 008091-008099 | R. Kamen |
| 008100-008179 | M. Recny |
| 008180-008501 | M. Recny |
| 008502-008508 | M. Recny |
| 008509-008676 | M. Recny |
| 008677-008704 | M. Recny |
| 008705-008706 | M. Recny |
| 008707-008708 | M. Recny |
| 008709-008717 | M. Recny |
| 008718-008744 | M. Recny |
| 008745-008748 | M. Recny |
| 008749-008797 | M. Recny |
| 008798-009070 | M. Recny |
| 009071-009098 | M. Recny |
| 009099-009121 | M. Recny |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 4

| Document Number | Custodian |
|---|---|
| 009122-009195 | M. Recny |
| 009196-009301 | M. Recny |
| 009302-009314 | M. Recny |
| 009315-009320 | M. Recny |
| 009321-009341 | M. Recny |
| 009342-009344 | M. Recny |
| 009345-009360 | M. Recny |
| 009361-009464 | M. Recny |
| 009465-010148 | M. Recny |
| 010149-010719 | M. Recny |
| 010720-010884 | M. Recny |
| 010885-011327 | M. Recny |
| 011328 | G. Christensen |
| 011329-011358 | G. Christensen |
| 011359-011386 | G. Christensen |
| 011387-011388 | G. Christensen |
| 011389-011481 | S. Wurgler |
| 011482-011521 | S. Wurgler |
| 011522-011793 | S. Wurgler |
| 011794-012048 | S. Wurgler |
| 012049-012092 | S. Wurgler |
| 012093-012098 | S. Wurgler |

**MORGAN & FINNEGAN**

Richard A. Schnurr, Esq.
August 9, 1988
Page 5

| Document Number | Custodian |
| --- | --- |
| 012099-012116 | S. Wurgler |
| 012117 | S. Wurgler |
| 012118-012121 | S. Wurgler |
| 012122-012225 | S. Wurgler |
| 012226-012228 | S. Wurgler |
| 012229-012235 | S. Wurgler |
| 012236-012244 | S. Wurgler |
| 012245-012257 | S. Wurgler |
| 012258-012270 | S. Wurgler |
| 012271-012285 | S. Wurgler |
| 012286-012355 | S. Wurgler |
| 012356-012404 | S. Wurgler |
| 012405-012421 | S. Wurgler |
| 012422-012425 | S. Wurgler |
| 012426-012470 | S. Wurgler |
| 012471-012474 | S. Wurgler |
| 012475-012487 | S. Wurgler |
| 012488-012511 | S. Wurgler |
| 012512-012521 | S. Wurgler |
| 012522-012533 | S. Wurgler |
| 012534-012550 | S. Wurgler |
| 012551-012630 | K. Smith |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 6

| Document Number | Custodian |
|---|---|
| 012631-012633 | K. Smith |
| 012634-012637 | K. Smith |
| 012638-012664 | K. Smith |
| 012665-012674 | K. Smith |
| 012675-012686 | K. Smith |
| 012687-012689 | K. Smith |
| 012690-012717 | K. Smith |
| 012718-012739 | K. Smith |
| 012740-012745 | K. Smith |
| 012746-012748 | K. Smith |
| 012749-012760 | K. Smith |
| 012761-012768 | K. Smith |
| 012769-012770 | K. Smith |
| 012771-012774 | K. Smith |
| 012775-012794 | K. Smith |
| 012795-012813 | K. Smith |
| 012814-012817 | K. Smith |
| 012818-012834 | K. Smith |
| 012835-012862 | K. Smith |
| 012863-012972 | K. Smith |
| 012973-012976 | K. Smith |
| 012977-013020 | K. Smith |
| 013021-013129 | K. Smith |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 7

| Document Number | Custodian |
|---|---|
| 013130-013150 | K. Smith |
| 013151-013193 | K. Smith |
| 013194-013209 | K. Smith |
| 013210-013340 | K. Smith |
| 013341-013343 | K. Smith |
| 013344-013347 | K. Smith |
| 013348-013373 | K. Smith |
| 013374-013399 | K. Smith |
| 013400-013410 | K. Smith |
| 013411-013541 | K. Smith |
| 013542-013544 | K. Smith |
| 013545-013546 | K. Smith |
| 013547-013553 | K. Smith |
| 013554-013576 | K. Smith |
| 013577-013617 | K. Smith |
| 013618-013628 | K. Smith |
| 013629-013748 | K. Smith |
| 013749-013751 | K. Smith |
| 013752-013769 | K. Smith |
| 013770-013829 | K. Smith |
| 013830-013834 | K. Smith |
| 013835-013870 | K. Smith |
| 013871-013904 | K. Smith |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 8

| Document Number | Custodian |
|---|---|
| 013905-013909 | K. Smith |
| 013910-013946 | K. Smith |
| 013947-013950 | D. Gates |
| 013951-013952 | D. Gates |
| 013953 | D. Gates |
| 013954-013956 | D. Gates |
| 013957-013960 | D. Gates |
| 013961-013963 | D. Gates |
| 013964-014063 | B. O'Connell |
| 014153-014159 | K. Smith |
| 014160-014206 | K. Smith |
| 014207-014243 | K. Smith |
| 014244-014250 | K. Smith |
| 014251-014263 | K. Smith |
| 014264-014268 | K. Smith |
| 014269-014290 | K. Smith |
| 014302-014449 | |
| 014450-014730 | Murtha |
| 014731-014818 | Schendel |
| 014819 | C. Shoemaker |
| 014820-014825 | C. Shoemaker |
| 014826-014837 | C. Shoemaker |
| 014838-014932 | C. Shoemaker |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 9

| Document Number | Custodian |
|---|---|
| 014933-015091 | C. Shoemaker |
| 015092-05315 | C. Shoemaker |
| 015316-015355 | R. Hewick |
| 015356-015523 | G. Amphlett |
| 015524-015549 | G. Amphlett |
| 015550-015685 | G. Amphlett |
| 015686-015766 | M.C. Yang |
| 015767-015807 | M.C. Yang |
| 015808-015809 | M.C. Yang |
| 015810-015859 | M.C. Yang |
| 015860-015961 | A. Mufson |
| 015969-016055 | A. Mufson |
| 016056-016075 | A. Mufson |
| 016076-016097 | A. Mufson |
| 016103-016163 | A. Mufson |
| 016164-016258 | A. Mufson |
| 016259-016305 | G. Schmergel |
| 016306-016387 | T. Ha-Ngoc |
| 016388-016444 | R. Kriz |
| 016445-016567 | R. Hewick |
| 016568-016717 | R. Hewick |
| 016718-016725 | R. Hewick |
| 016726-016785 | |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 10

| Document Number | Custodian |
|---|---|
| 016786-016862 | E. Fritsch |
| 016863-016891 | E. Fritsch |
| 016892-016917 | E. Fritsch |
| 016918-016958 | E. Fritsch |
| 016959-016976 | E. Fritsch |
| 016977-016979 | E. Fritsch |
| 016980-016984 | E. Fritsch |
| 016985-017017 | E. Fritsch |
| 017018-017044 | E. Fritsch |
| 017045-017080 | E. Fritsch |
| 017081-017110 | E. Fritsch |
| 017111-017144 | E. Fritsch |
| 017145-017247 | E. Fritsch |
| 017248-017266 | E. Fritsch |
| 017267-017302 | E. Fritsch |
| 017303-017389 | E. Fritsch |
| 017390-017590 | E. Fritsch |
| 017591-017636 | E. Fritsch |
| 017637-017683 | E. Fritsch |
| 017684-017691 | E. Fritsch |
| 017692-017756 | E. Fritsch |
| 017757-017770 | E. Fritsch |
| 017771-017785 | E. Fritsch |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 11

| Document Number | Custodian |
|---|---|
| 017786-017798 | E. Fritsch |
| 017799-017803 | E. Fritsch |
| 017804-017805 | E. Fritsch |
| 017806-017885 | E. Fritsch |
| 017886-017962 | E. Fritsch |
| 017963-017966 | E. Fritsch |
| 017967-017977 | E. Fritsch |
| 017978-017995 | R. Steininger |
| 017996-018018 | R. Steininger |
| 018019-018024 | R. Steininger |
| 018025-018045 | R. Steininger |
| 018046-018050 | F. Bader |
| 018051-018054 | F. Bader |
| 018055-018175 | E. Louie |
| 018202-018203 | K. Smith |
| 018204 | K. Henson |

3. With respect to laboratory notebooks, the following is a correlation between all produced pages of laboratory notebooks and the authors thereof:

| Document Number | Author | LNB # |
|---|---|---|
| 000001-000026 | P. Szklut | LNB #254 |

**MORGAN & FINNEGAN**

Richard A. Schnurr, Esq.
August 9, 1988
Page 12

| | | |
|---|---|---|
| 000027-000158 | Y. Kim | LNB #689 |
| 000159-000357 | Y. Kim | LNB #788 |
| 000358-000544 | Y. Kim | LNB #576 |
| 000545-000565 | P. Szklut | LNB #572 |
| 000566-000614 | C. Hendry | LNB #739 |
| 000615-000851 | L. Hahn | LNB #384 |
| 000852-001004 | L. Hahn | LNB #541 |
| 001005-001039 | D. Roger | LNB #261 |
| 001040-001112 | R. Kriz | LNB #368 |
| 001113-001116 | R. Kriz | LNB #270 |
| 001117-001189 | C. McGrath | LNB #428 |
| 001190-001199 | J. Aghajanian | LNB #654 |
| 001200-001411 | J. Aghajanian | LNB #552 |
| 001412-001626 | J. Aghajanian | LNB #470 |
| 001627-001838 | J. Aghajanian | LNB #387 |
| 001839-001907 | J. Aghajanian | LNB #308 |
| 001908-001934 | E. Louie | LNB #479 |
| 001935-001994 | E. Louie | LNB #583 |
| 001995-002016 | C. Shoemaker | LNB #132 |
| 002017-002096 | S. Neill | LNB #191 |
| 002097-002188 | C. Shoemaker | LNB #416 |
| 002184-002217 | E. Fritsch | LNB #193 |
| 002218-002250 | E. Fritsch | LNB #101 |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 13

| | | |
|---|---|---|
| 002251-002276 | E. Orr | LNB #64 |
| 002277-002302 | E. Orr | LNB #96 |
| 002303-002439 | E. Orr | LNB #68 |
| 002440-002616 | M. Schaeffer | LNB #33 |
| 002617-002622 | E. Orr | LNB #360 |
| 002623-002660 | P. Safer | LNB #348 |
| 002661-002777 | S. Gossell | LNB #802 |
| 002778-002992 | S. Gossell | LNB #455 |
| 002993-003211 | S. Gossell | LNB #379 |
| 003212-003511 | S. Spielberg | LNB #719 |
| 003512-003706 | S. Spielberg | LNB #535 |
| 003707-003911 | S. Spielberg | LNB #353 |
| 003912-004098 | B. O'Connell | LNB #491 |
| 004099-004309 | B. O'Connell | LNB #584 |
| 004310-004512 | B. O'Connell | LNB #682 |
| 004513-004627 | B. O'Connell | LNB #767 |
| 004628-004692 | B. O'Connell | LNB #895 |
| 004693-004724 | B. O'Connell | LNB #915 |
| 004725-004775 | B. O'Connell | LNB #1008 |
| 004776-004847 | P. Murtha | LNB #289 |
| 004848-004905 | P. Murtha | LNB #437 |
| 004906-004955 | P. Murtha | LNB #651 |
| 004956-004974 | B. Murray | LNB #589 |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 14

| | | |
|---|---|---|
| 004975-005172 | B. Murray | LNB #468 |
| 005173-005372 | B. Murray | LNB #383 |
| 005373-005454 | B. Murray | LNB #206 |
| 005455-005464 | G. Brown | LNB 77 |
| 005465-005467 | G. Brown | LNB 3 |
| 005468-005469 | G. Brown | LNB 6 |
| 005470-005477 | G. Brown | LNB 152 |
| 005478-005487 | G. Brown | LNB 207 |
| 005488-005556 | K. Jacobs | LNB #135 |
| 005557-005586 | K. Jacobs | LNB #138 |
| 005587-005676 | R. Rudersdorf | LNB #148 |
| 005677-005706 | T. Gesner | LNB #417 |
| 005707-005747 | T. Gesner | LNB #282 |
| 005748-005858 | T. Gesner | LNB #532 |
| 005859-005902 | T. Gesner | LNB #597 |
| 005903-006026 | S. Neil | LNB #129 |
| 006027-006206 | E. Fritsch | LNB #45 |
| 006207-006387 | E. Fritsch | LNB #65 |
| 006388-006457 | M. Recny | LNB #336 |
| 006458-006566 | M. Recny | LNB #531 |
| 006567-006748 | M. Recny | LNB #704 |
| 006749-006797 | R. Hewick | LNB #240 |
| 006798-006890 | G. Amphlett | LNB #496 |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 15

| | | |
|---|---|---|
| 006891-006921 | G. Yotch | LNB #394 & 392 |
| 006922-006943 | J. Rao | LNB #630 |
| 006944-006968 | J. Voriganti | LNB #753 |
| 006969-006981 | S. Wurgler | LNB #412 |
| 006982-007019 | S. Wurgler | LNB #495 |
| 007020-007029 | S. Wurgler | LNB #569 |
| 007030-007035 | S. Wurgler | LNB #672 |
| 007036-007067 | D. Kelly | LNB #317 |
| 007068-007084 | D. Kelly | LNB #309 |
| 007085-007184 | D. Kelly | LNB #399 |
| 007185-007316 | R. Wright | LNB #316 |
| 007317-007493 | R. Wright | LNB #386 |
| 007494-007580 | R. Wright | LNB #498 |
| 007581-007642 | R. Wright | LNB #611 |
| 007643-007750 | T. Loh | LNB #304 |
| 007751-007766 | T. Loh | LNB #456 |
| 014291-014301 | M. Recny | LNB #269 |
| 014064-014152 | R. Zollner | LNB #623 |
| 018176-018194 | E. Fritsch | LNB #341 |
| 018195-018200 | E. Fritsch | LNB #705 |
| 018202-018203 | K. Henson | LNB #358 |
| 018303-018316 | K. Henson | LNB #292 |
| 018317-018382 | K. Henson | LNB #356 |

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 16

All original lab notebooks as identified in your letters dated August 2, 1988 belonging to scheduled deponents which correspond to this list will be available at the August depositions; however, your inspection of those notebooks will be limited to the pages of which copies were produced.

4. We do not understand why all your copies of documents do not bear legible production numbers. Our copies appear to have complete and legible production numbers. Perhaps the problem was caused by reproduction at your end, nevertheless, if you send us copies of the documents in question, we will endeavor to ascertain the cause of the problem and, if we have erred, to provide corresponding pages with legible production numbers.

B&C. Referring to the 11 pages of allegedly "missing" files and documents in item "B" of your letter, we will need to make a thorough review in order to provide any kind of meaningful response. This cannot be done on such short notice; therefore, we will do what we can to check into the "missing" documents and, to the extent the relevant "missing" documents are found, they will be produced expeditiously. It is unlikely, however, that that task will be completed prior to the scheduled depositions.

MORGAN & FINNEGAN

Richard A. Schnurr, Esq.
August 9, 1988
Page 17

    D.    We are currently collecting clear copies of all documents which are purported to be illegible. We will provide you with legible copies as soon as practicable.

    E.    We are undertaking to retrieve and review unmasked documents and produce them for inspection. However, paragraph 4 of the Stipulation and Protective Order provides that the receiving party must give <u>reasonable notice</u> to inspect the original unmasked documents solely for the purpose of determining whether to challenge the masking. They will be made available on August 16, 1988 at the deposition.

                Very truly yours,

                *Valerie M. Fedowich*

                Valerie M. Fedowich

VMF:ddm

cc:  Kurt E. Richter
      Eugene Moroz