# MARSHALL, GERSTEIN & BORUN LLP

ATTORNEYS-AT-LAW

Jeremy D. Protas
jprotas@marshallip.com

August 21, 2007

*Via Courier*
*(Confirmation via facsimile)*

Peter Fratangelo, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

*Re: Amgen Inc. v. F. Hoffmann LaRoche Ltd., et at (05-CV-12237WGY)*

Dear Peter:

     Enclosed with this letter is a supplemental production of Amgen documents related to Dennis Fenton. Review of potentially relevant documents is ongoing. However, we anticipate the production of any remaining documents within the next two days. These documents include Bates numbers AM44 2024655 – AM44 2028534. This production contains the mutually agreed-upon metadata to the extent that such information exists in Amgen's database, including: Bates Begin, Bates End, Bates Range, Author, Recipient, CC, BCC, Date, Source, Subject, Confidentiality Level, and OCR Text.

Very truly yours,

*/s/ Jeremy Protas*

Jeremy D. Protas

cc:    Thomas F. Fleming, Esq. (via facsimile)
        William Gaede, Esq. (via e-mail)
        Kevin M. Flowers, Esq. (via e-mail)
        Jonathan Loeb, Ph.D, Esq. (via e-mail)

233 South Wacker Drive  |  6300 Sears Tower  |  Chicago, Illinois 60606-6357  |  T 312-474-6300  |  F 312-474-0448  |  www.marshallip.com

**MARSHALL, GERSTEIN & BORUN LLP**

ATTORNEYS-AT-LAW

Jeremy D. Protas
jprotas@marshallip.com

August 21, 2007

*Via Courier*
*(Confirmation via facsimile)*

Peter Fratangelo, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

***Re: Amgen Inc. v. F. Hoffmann LaRoche Ltd., et at (05-CV-12237WGY)***

Dear Peter:

     Enclosed with this letter is the remainder of the supplemental production of Amgen documents related to Dennis Fenton. These documents include Bates numbers AM44 2028535 – AM44 2031121. This production contains the mutually agreed-upon metadata to the extent that such information exists in Amgen's database, including: Bates Begin, Bates End, Bates Range, Author, Recipient, CC, BCC, Date, Source, Subject, Confidentiality Level, and OCR Text.

Very truly yours,

Jeremy D. Protas

cc:  Thomas F. Fleming, Esq. (via facsimile)
       William Gaede, Esq. (via e-mail)
       Kevin M. Flowers, Esq. (via e-mail)
       Jonathan Loeb, Ph.D, Esq. (via e-mail)