# EXHIBIT 4

Dockets.Justia.com

| From: | **Kevin Flowers** |
|---|---|
| Sent: | Thursday, August 09, 2007 11:58 AM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Cc: | 'LBenAmi@kayescholer.com'; 'Fishman, Deborah' |
| Subject: | FW: Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Howard,

It's now been more than a month since we first sent the attached letter to you regarding Roche's inappropriate designation of Dr. Kadesch's deposition transcript. Given our otherwise courteous relationship, I am surprised and disappointed by your failure to respond in any way to my repeated inquiries. I do not believe Roche can legitimately dispute that Dr. Kadesch's transcript was improperly designated, and it consequently would be a shame to have to involve the Court in this matter, but we cannot let this issue remain pending much longer.

I look forward to your prompt response.

Regards,

Kevin

-----Original Message-----
| From: | Kevin Flowers |
|---|---|
| Sent: | Wednesday, July 25, 2007 2:50 PM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Subject: | FW: Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Howard,

In light of our conversation at the Borun deposition last week, it seems prudent to send you this again.

Regards,

Kevin

-----Original Message-----
| From: | Melanie Greene |
|---|---|
| Sent: | Monday, July 02, 2007 1:23 PM |
| To: | 'Howard Suh (hsuh@kayescholer.com)' |
| Cc: | 'Leora Ben-Ami (lbenami@kayescholer.com)'; 'Deborah Fishman (dfishman@daycasebeer.com)' |
| Subject: | Amgen Inc. v. F. Hoffman LaRoche Ltd., et al. |

Please see the attached correspondence from Kevin Flowers.



07-02-07 Ltr to
Howard Suh.PDF...

Melanie Greene
Assistant to Kevin M. Flowers
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower

Chicago, IL  60606
T: 312.474.6809
F: 312.474-0448
Email: mgreene@marshallip.com