UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
                                              )
AMGEN INC.,                                   )
                                              )
        Plaintiff,                            )
                                              )        **C.A. NO.: 05-12237-WGY**
v.                                            )
                                              )
F. HOFFMANN-LAROCHE                           )
LTD., a Swiss Company, ROCHE                  )
DIAGNOSTICS GmbH, a German                    )
Company and HOFFMANN LAROCHE                  )
INC., a New Jersey Corporation,               )
                                              )
        Defendants.                           )
                                              )
———————————————————————

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS TO BE FILED IN
CONNECTION WITH AMGEN'S MOTION TO REMOVE THE "CONFIDENTIAL"
DESIGNATION FROM THE JUNE 21, 2007 DEPOSITION TRANSCRIPT OF ROCHE'S
EXPERT DR. THOMAS KADESCH**

        The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order

dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense

counsels at Bromberg & Sunstein LLP at Kaye Scholer LLP, the following:

- **Confidential Exhibit 2 to Amgen's Motion to Remove the "Confidential"
  Designation from the June 21, 2007 Deposition Transcript of Roche's Expert
  Dr. Thomas Kadesch**

        This document contains information designated as confidential by the defendants

("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4)

Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem

this document confidential.

Dated: September 13, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER
LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.


*/s/ Michael R. Gottfried*
Michael R. Gottfried

DM1\1190936.1