# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-12237-WGY |
| F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF DANIEL A. CURTO IN SUPPORT OF AMGEN'S BENCH MEMORANDUM THAT IT IS IMPROPER FOR RICHARD A. FLAVELL TO OFFER OPINIONS THAT RESTATE ARGUMENTS REJECTED BY GRANT OF SUMMARY JUDGMENT THAT CLAIM 7 OF THE '349 PATENT IS DEFINITE

I, Daniel A. Curto, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen's Bench Memorandum That it is Improper For Richard A. Flavell To Offer Opinions That Restate Arguments Rejected By Grant of Summary Judgment That Claim 7 of the '349 Patent is Definite.

1. Exhibit A hereto contains true and correct excerpts from the Fourth Expert Statement of Richard A. Flavell, PH.D. in Response to Various Arguments Raised By Amgen's Experts.

Dated September 14, 2007                           */s/ Daniel A. Curto*
                                                    Daniel A. Curto

2

**CERTIFICATE OF SERVICE**

   I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                    */s/ Michael R. Gottfried*
                     Michael R. Gottfried