AMGEN

   V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

     The court has received, on September 13, 2007, from Plaintiff Amgen, Inc. documents for in camera review.

                                    Elizabeth Smith
                                    Deputy Clerk