UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> vs. <br><br> F. HOFFMANN-LA ROCHE LTD; ROCHE DIAGNOSTICS GmbH; and HOFFMANN-LA ROCHE INC. <br><br> Defendants. | CIVIL ACTION No.: 05-CV-12237WGY |

**NOTICE OF FILING WITH CLERK'S OFFICE OF EXHIBITS TO THE DECLARATION OF KRISTA M. RYCROFT IN SUPPORT OF DEFENDANTS' OFFER OF PROOF REGARDING THE TESTIMONY OF MICHAEL SOFOCLEOUS**

Pursuant to CMF/ECF Administrative Procedures Rule M(6) notice is hereby given that the exhibits listed below have been conventionally filed with the Court and are available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

Exhibit 1  *Curriculum Vitae* of Michael Sofocleous (Trial Ex. PIP).

Exhibit 2  Manual of Patent Examining Procedure ("MPEP") (5th ed. Rev. 13, Nov. 1989) (Trial Ex. PKB).

Exhibit 3  MPEP (8th ed. Rev. 5, Aug. 2006) (Trial Ex. PKD).

Exhibit 4  January 3, 1994 IDS submitted in the file history of Amgen's '868 patent (Trial Ex. 2012.951-977).

Exhibit 5  MPEP § 609 (8th ed. Aug. 2001) (Trial Ex. PKC at 600-116-136).

Exhibit 6  "Guidelines for Reexamination of Cases in view of In Re Portola Packaging," 1223 OG 124 (June 1999) (Trial Ex. PZG).

Exhibit 7  MPEP § 609 (5th ed. Rev. 14, Nov. 1992) (Trial Ex. PLX).

Exhibit 8  GAO/RCED-89-120BR, *Biotechnology: Backlog of Patent Applications* (April 1989) (Trial Ex. POZ).

Exhibit 9	Petition to Make Special in the file history for Amgen's '868 Patent (Trial Ex. 2012.179-180).

Exhibit 10	Declaration Accompanying a Petition to Make Special in the file history for the '868 patent (Trial Ex. 2012.126-132).

Exhibit 11	Written decision on a Petition to Make Special in the file history of the '868 patent (Trial Ex. 2012.169).

Exhibit 12	Protest of Inventorship in the file history for the '868 patent (Trial Ex. 2012.796-801).

Exhibit 13	Office action in the file history for the '868 patent (Trial Ex. 2012.907-918).

Exhibit 14	Examiner Interview Summary Record in the file history of the '868 patent (Trial Ex. 2012.449).

Exhibit 15	Decision on Motions from Interference No. 102,096 (Trial Ex. BYJ).

Exhibit 16	Declaration for Patent Application in the file history of the '868 patent (Trial Ex. 2012.112).

| | |
|---|---|
| Dated: September 14, 2007<br>Boston, Massachusetts | Respectfully submitted,<br><br>F. HOFFMANN-LA ROCHE LTD,<br>ROCHE DIAGNOSTICS GMBH, and<br>HOFFMANN-LA ROCHE INC.<br><br>*By their Attorneys*<br><br>/s/ Keith E. Toms<br>Leora Ben-Ami (*pro hac vice*)<br>Mark S. Popofsky *(pro hac vice)*<br>Patricia A. Carson (*pro hac vice*)<br>Thomas F. Fleming (*pro hac vice*)<br>Howard S. Suh (*pro hac vice*)<br>Peter Fratangelo (BBO# 639775)<br>Vladimir Drozdoff (*pro hac vice*)<br>David L. Cousineau (*pro hac vice*)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022<br>Tel. (212) 836-8000<br><br>Lee Carl Bromberg (BBO# 058480)<br>Robert L. Kann (BBO# 258025)<br>Julia Huston (BBO# 562160)<br>Keith E. Toms (BBO# 663369)<br>Nicole A. Rizzo (BBO# 663853)<br>Kregg T. Brooks (BBO# 667348)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 443-9292<br>ktoms@bromsun.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

/s/ Keith E. Toms
Keith E. Toms

3099/501 739786.1

3