```
                                    FILED
                            IN CLERKS OFFICE

                            2007 SEP 14  A 10: 07

                            U.S. DISTRICT COURT
                             DISTRICT OF MASS.
```

AMGEN                                         CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on September 14, 2007, to  MIKE REMONDS  a representative of the plaintiff Amgen, Inc., documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                    Doc. 1081

Elizabeth Smith
Deputy Clerk

Received by: _____