# Exhibit A

**KAYE SCHOLER** LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 12, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

> Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.,* Civ. No. 05-CV-12237WGY, D. Mass

Dear Renee:

Roche expects that for September 14, 2007, Roche will continue the examination of Dr. Bertozzi, read deposition transcripts of Drs. Egrie and Strickland, and conduct the live examination of Dr. Flavell. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

Moreover, as we expect to close our case on Friday, please identify for us today Amgen's witnesses for that day.

Very truly yours,

/s/Thomas F. Fleming

Thomas F. Fleming

TFF/jlm

cc: Leora Ben-Ami
Patricia Carson
Julia Huston
Aaron Hand
Alison Maddeford
Jeremy Jordan
Rachelle Platt
Michael Gottfried

31536863.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI