# Exhibit B

Dockets.Justia.com

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 13, 2007

**VIA EMAIL**
Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

    Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Renee:

    Roche expects that for September 14, 2007, Roche will continue the examination of Dr. Bertozzi. Dr. Bertozzi may rely upon the following exhibits in addition to those previously disclosed: QV, RO, NBF. Dr. Bertozzi may also rely upon the demonstratives attached by email as well as the demonstratives previously disclosed.

    Roche also expects that for September 14, 2007 it will read or play the deposition transcripts of Drs. Egrie and Strickland, and conduct the live examination of Dr. Flavell. Dr. Flavell will rely upon the exhibits listed below and the attached demonstrative slides. We reserve the right to amend or modify this list at anytime, including subsequent notice that may be forwarded tomorrow.

| | | | |
|---|---|---|---|
| 0001 | NJK | OTS | PVA |
| 0004 | NJT | OTT | PVB |
| 0005 | NTY | OUQ | PVD |
| 0007 | NWG | OUT | PVI |
| 2009 | NXP | OUU | PXP |
| 2047 | NZT | OXK | PXR |
| AIY | OHT | OYB | QBU |
| AZY | OHU | PSC | QD |
| BAT | OIV | PSO | YD |
| CYL | OTF | PUT | ZD |
| DJI | OTJ | PUX | |
| DOR | OTP | | |
| NHR | | | |

31532253.DOC

**KAYE SCHOLER** LLP

Renee DuBord Brown, Esq.    2    September 13, 2007

> Very truly yours,
>
> /s/ Thomas F. Fleming
>
> Thomas F. Fleming

TFF/jlm

cc:   Leora Ben-Ami
      Patricia Carson
      Julia Huston
      Aaron Hand
      Alison Maddeford
      Jeremy Jordan
      Rachelle Platt
      Michael Gottfried