# Day Casebeer
## Madrid & Batchelder LLP

1 International Place.
146 Oliver St., Suite 1200
12th Floor
Boston, MA 02110
Telephone: (408) 569-6846
Facsimile: (617) 439-3019

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

September 12, 2007

**VIA EMAIL**

Tom Fleming
Kaye Scholer LLP
c/o Metro Meeting Centers-Boston
101 Federal Street, 4th Floor
Boston, MA 02110

Re:   *Amgen Inc. v. F. Hoffman-La Roche, LTD., et al.*

Dear Tom:

We assume Dr. Bertozzi will continue on the stand Friday for a fair amount of time, given the disclosures you sent us for use during her testimony. In addition, Drs. Kadesch and Flavell remain on your disclosed list of testifying live witnesses, as well as the deposition designations for Drs. Egrie and Strickland. In addition, you have not yet withdrawn deposition designations for Mr. Boone, Mr. Hood, and Dr. Lai.

In light of the number of witnesses to follow Dr. Bertozzi, it is not realistic that Roche's case-in-chief will end on Friday, September 14, and it seems far more likely that Roche's case will continue on Monday, September 24.

Thus, Amgen will not be disclosing witnesses for its case-in-chief today until Roche withdraws sufficient witnesses and deposition designations to warrant commencement of Amgen's case on Friday, and confirms in writing that Roche will rest on Friday in time for Amgen to commence its case.

In addition, we did not appreciate your 8 AM notice this morning that you would not be calling Dr. Lin. As you are well aware, you kept Dr. Lin on your list of disclosed witnesses for the

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
September 12, 2007
Page 2

entirety of your case-in-chief to date. Your gamesmanship in keeping Dr. Lin waiting each day to be called in your case was discourteous and unnecessary. We trust it will not happen again.

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Renee DuBord Brown*

Renee DuBord Brown

RDB:rlp