

**"DuBord Brown, Renee"
\<rbrown@daycasebeer.com\>**

09/14/2007 08:34 AM

To: \<TFleming@kayescholer.com\>; \<HHeckel@kayescholer.com\>

cc: \<dlopez@kayescholer.com\>; \<bborel@kayescholer.com\>; \<dbaker@kayescholer.com\>; \<hsuh@kayescholer.com\>; \<jhuston@bromsun.com\>; "mgottfried"

bcc:

Subject: Roche's case-in-chief

Tom,

In the remote possibility that Roche rests its case today, Amgen may call one or more of Drs. Friedman, Lin, Orkin or Ms. Spaeth. Amgen does not expect to use any documents in their examination today. We reserve the right to amend or modify this list at anytime.

Regards,
Renee

```
*****************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*****************************************************************
```