# EXHIBIT 1
# Part 3 of 14

IND 16,234

JUL 2 1979

Joseph M. Baron, M.D.
Box 420
950 East 59th Street
Chicago, Illinois 60637

Dear Dr. Baron:

This refers to your Notice of Claimed Investigational Exemption for Human Erythropoietin (H-EPO).

We also acknowledge receipt of your additional communication of March 28, 1979.

We have completed the review of this IND and we request the following extraction, manufacturing and controls information:

    (1) Any information you may have regarding the structure of erythropoietin.

    (2) We note that the solution of erythropoietin in normal serum albumin is packaged in vials and sealed. Are vials heat sealed or sealed with a rubber closure?

    (3) You state that the drug product retains its hormonal activity during storage in the frozen state. Please include data that demonstrate the stability of erythropoietin.-

We would appreciate your prompt reply.

                            Sincerely yours,

                            Robert Temple, M.D.
                            Director
                            Division of Cardio-Renal
cc:                           Drug Products
Orig. IND                    Bureau of Drugs
HFD-110
HFD-110/CSO
HFD-110/DPresley/cto/6/27/79
R/D init. by:  RJWolters/6/12/79
              AASolymossy/6/26/79
              JLangston/6/15/79
              NAMorgenstern/6/18/79
              RTemple/6/22/79
INFORMATION REQUEST

HMR 935332

AM670221966

AM-ITC 01006633

THE UNIVERSITY OF CHICAGO
THE DIVISION OF THE BIOLOGICAL SCIENCES
AND
THE PRITZKER SCHOOL OF MEDICINE
BOX 420
950 EAST 59TH STREET
CHICAGO · ILLINOIS 60637

*Department of Medicine*
*Section of Hematology/Oncology*

Telephone
(312) 947- 5813

3/28/79

Natalia A. Morgenstern
Supervisory Consumer Safety Officer
Division of Cardio-Renal Drug Products
Bureau of Drugs

Dear Ms Morgenstern,

Thank you for your letter of 3/22/79 regarding IND 16,234 (Human Erythropoietin). Enclosed are the FD forms 1571 and 1573 requested with my signature. Thank you for the attention to my IND application.

Sincerely yours,

Joseph M. Baron, M.D.
Associate Professor of Medicine



HMR 935333

AM670221967

AM-ITC 01006634

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

Form Approved
OMB No. 57-R0030  /6234/

# NOTICE OF CLAIMED INVESTIGATIONAL EXEMPTION FOR A NEW DRUG

Name of Sponsor __JOSEPH M. BARON, M.D.__

Address __UNIV. OF CHICAGO - 950 E. 59th ST. Chicago, ILL.__

Date __3/28/79__

Name of Investigational Drug __HUMAN ERYTHROPOIETIN (H-EPO)__

To the Secretary of Health, Education and Welfare
For the Commissioner of Food and Drugs
Bureau of Drugs (HFD-106)
5600 Fishers Lane
Rockville, Maryland 20852

Dear Sir:

The sponsor, _____, submits this notice of claimed investigational exemption for a new drug under the provisions of section 505(i) of the Federal Food, Drug, and Cosmetic Act and §312.1 of Title 21 of the Code of Federal Regulations.

Attached hereto in triplicate are:

1. The best available descriptive name of the drug, including to the extent known the chemical name and structure of any new-drug substance, and a statement of how it is to be administered. (If the drug has only a code name, enough information should be supplied to identify the drug.)
2. Complete list of components of the drug, including any reasonable alternates for inactive components.
3. Complete statement of quantitative composition of drug, including reasonable variations that may be expected during the investigational stage.
4. Description of source and preparation of, any new-drug substances used as components, including the name and address of each supplier or processor, other than the sponsor, of each new-drug substance.
5. A statement of the methods, facilities, and controls used for the manufacturing, processing, and packing of the new drug to establish and maintain appropriate standards of identity, strength, quality, and purity as needed for safety and to give significance to clinical investigations made with the drug.
6. A statement covering all information available to the sponsor derived from preclinical investigations and any clinical studies and experience with the drug as follows:
    a. Adequate information about the preclinical investigations, including studies made on laboratory animals, on the basis of which the sponsor has concluded that it is reasonably safe to initiate clinical investigations with the drug: Such information should include identification of the person who conducted each investigation; identification and qualifications of the individuals who evaluated the results and concluded that it is reasonably safe to initiate clinical investigations with the drug and a statement of where the investigations were conducted and where the records are available for inspection; and enough details about the investigations to permit scientific review. The preclinical investigations shall not be considered adequate to justify clinical testing unless they give proper attention to the conditions of the proposed clinical testing. When this information, the outline of the plan of clinical pharmacology, or any progress report on the clinical pharmacology, indicates a need for full review of the preclinical data before a clinical trial is undertaken, the Department will notify the sponsor to submit the complete preclinical data and to withhold clinical trials until the review is completed and the sponsor notified. The Food and Drug Administration will be prepared to confer with the sponsor concerning this action.
    b. If the drug has been marketed commercially or investigated (e.g. outside the United States), complete information about such distribution or investigation shall be submitted, along with a complete bibliography of any publications about the drug.
    c. If the drug is a combination of previously investigated or marketed drugs, an adequate summary of preexisting information from preclinical and clinical investigations and experience with its components, including all reports available to the sponsor suggesting side-effects, contraindications, and ineffectiveness in use of such components: Such summary should include an adequate bibliography of publications about the components and may incorporate by reference any information concerning such components previously submitted by the sponsor to the Food and Drug Administration. Include a statement of the expected pharmacological effects of the combination.
    d. If the drug is a radioactive drug, sufficient data must be available from animal studies or previous human studies to allow a reasonable calculation of radiation absorbed dose upon administration to a human being.
7. A total (one in each of the three copies of the notice) of all informational material, including label and labeling, which is to be supplied to each investigator: This shall include an accurate description of the prior investigations and experience and their results pertinent to the safety and possible usefulness of the drug under the conditions of the investigation. It shall not represent that the safety or usefulness of the drug has been established for the purposes to be investigated. It shall describe all relevant hazards, contraindications, side-effects, and precautions suggested

FD FORM 1571 (11/75)          PREVIOUS EDITIONS OBSOLETE          HMR 935334

AM670221968                                                              AM-ITC 01006635

by prior investigations and experience with the drug under investigation and related drugs, for the information of clinical investigators.

8. The scientific training and experience considered appropriate by the sponsor to qualify the investigators as suitable experts to investigate the safety of the drug, bearing in mind what is known about the pharmacological action of the drug and the phase of the investigational program that is to be undertaken.

9. The names and a summary of the training and experience of each investigator and of the individual charged with monitoring the progress of the investigation and evaluating the evidence of safety and effectiveness of the drug as it is received from the investigators, together with a statement that the sponsor has obtained from each investigator a completed and signed form, as provided in subparagraph (12) or (13) of this paragraph, and that the investigator is qualified by scientific training and experience as an appropriate expert to undertake the phase of the investigation outlined in section 10 of the "Notice of Claimed Investigational Exemption for a New Drug." (In crucial situations, phase 3 investigators may be added and this form supplemented by rapid communication methods, and the signed form FD-1573 shall be obtained promptly thereafter.)

10. An outline of any phase or phases of the planned investigations and a description of the institutional review committee, as follows:

a. Clinical pharmacology. This is ordinarily divided into two phases: Phase 1 starts when the new drug is first introduced into man—only animal and in vitro data are available—with the purpose of determining human toxicity, metabolism, absorption, elimination, and other pharmacological action, preferred route of administration, and safe dosage range; phase 2 covers the initial trials on a limited number of patients for specific disease control or prophylaxis purposes. A general outline of these phases shall be submitted, identifying the investigator or investigators, the hospitals or research facilities where the clinical pharmacology will be undertaken, any expert committees or panels to be utilized, the maximum number of subjects to be involved, and the estimated duration of these early phases of investigation. Modification of the experimental design on the basis of experience gained need be reported only in the progress reports on these early phases, or in the development of the plan for the clinical trial, phase 3. The first two phases may overlap and, when indicated, may require additional animal data before these phases can be completed or phase 3 can be undertaken. Such animal tests shall be designed to take into account the expected duration of administration of the drug to human beings, the age groups and physical status, as for example, infants, pregnant women, premenopausal women, of those human beings to whom the drug may be administered, unless this has already been done in the original animal studies. If a drug is a radioactive drug, the clinical pharmacology phase must include studies which will obtain sufficient data for dosimetry calculations. These studies should evaluate the excretion, whole body retention, and organ distribution of the radioactive material.

b. Clinical trial. This phase 3 provides the assessment of the drug's safety and effectiveness and optimum dosage schedules in the diagnosis, treatment, or prophylaxis of groups of subjects involving a given disease or condition. A reasonable protocol is developed on the basis of the facts accumulated in the earlier phases, including completed and submitted animal studies. This phase is conducted by separate groups following the same protocol (with reasonable variations and alternatives permitted by the plan) to produce well-controlled clinical data. For this phase, the following data shall be submitted:

i. The names and addresses of the investigators. (Additional investigators may be added.)

ii. The specific nature of the investigations to be conducted, together with information or case report forms to show the scope and detail of the planned clinical observations and the clinical laboratory tests to be made and reported.

iii. The approximate number of subjects (a reasonable range of subjects is permissible and additions may be made), and criteria proposed for subject selection by age, sex, and condition.

iv. The estimated duration of the clinical trial and the intervals, not exceeding 1 year, at which progress reports showing the results of the investigations will be submitted to the Food and Drug Administration.

c. Institutional review committee.—If the phases of clinical study as described under 10a and b above are conducted on institutionalized subjects or are conducted by an individual affiliated with an institution which agrees to assume responsibility for the study, assurance must be given that an institutional review committee is responsible for initial and continuing review and approval of the proposed clinical study. The membership must be comprised of sufficient members of varying background, that is, lawyers, clergymen, or laymen as well as scientists, to assure complete and adequate review of the research project. The membership must possess not only broad competence to comprehend the nature of the project, but also other competencies necessary to judge the acceptability of the project or activity in terms of institutional regulations, relevant law, standards of professional practice, and community acceptance. Assurance must be presented that neither the sponsor nor the investigator has participated in selection of committee members; that the review committee does not allow participation in its review and conclusions by any individual involved in the conduct of the research activity under review (except to provide information to the committee); that the investigator will report to the committee for review any emergent problems, serious adverse reactions, or proposed procedural changes which may affect the status of the investigation and that no such change will be made without committee approval except where necessary to eliminate apparent immediate hazards; that reviews of the study will be conducted by the review committee at intervals appropriate to the degree of risk, but not exceeding 1 year, to assure that the research project is being conducted in compliance with the committee's understanding and recommendations; that the review committee is provided all the information on the research project necessary for its complete review of the project; and that the review committee maintains adequate documentation of its activities and develops adequate procedures for reporting its findings to the institution. The documents maintained by the committee are to include the names and qualifications of committee members, records of information provided to subjects in obtaining informed consent, committee discussion on substantive issues and their resolution, committee recommendations, and dated reports of successive reviews as they are performed. Copies of all documents are to be retained for a period of 3 years past the completion or discontinuance of the study and are to be made available upon request to duly authorized representatives of the Food and Drug Administration. (Favorable recommendations by the committee are subject to further appropriate review and rejection by institution officials. Unfavorable recommendations, restrictions, or conditions may not be overruled by the institution officials.) Procedures for the organization and operation of institutional review committees are contained in guidelines issued pursuant to Chapter 1-40 of the Grants Administration Manual of the U.S. Department of Health, Education, and Welfare, available from the U.S. Government Printing Office. It is recommended that these guidelines be followed in establishing institutional review committees and that the committees function according to the procedures described therein. A signing of the Form FD-1571 will be regarded as providing the above necessary assurances. If the institution, however, has on file with the Department of Health, Education, and Welfare, Division of Research Grants, National Institutes of Health, an "accepted general assurance," and the same committee is to review the proposed study using the same

procedures, this is acceptable in lieu of the above assurances and a statement to this effect should be provided with the signed FD-1571. (In addition to sponsor's continuing responsibility to monitor the study, the Food and Drug Administration will undertake investigations in institutions periodically to determine whether the committees are operating in accord with the assurances given by the sponsor.)

(The notice of claimed investigational exemption may be limited to any one or more phases, provided the outline of the additional phase or phases is submitted before such additional phases begin. This does not preclude continuing a subject on the drug from phase 2 to phase 3 without interruption while the plan for phase 3 is being developed.)

Ordinarily, a plan for clinical trial will not be regarded as reasonable unless, among other things, it provides for more than one independent competent investigator to maintain adequate case histories of an adequate number of subjects, designed to record observations and permit evaluation of any and all discernible effects attributable to the drug in each individual treated, and comparable records on any individuals employed as controls. These records shall be individual records for each subject maintained to include adequate information pertaining to each, including age, sex, conditions treated, dosage, frequency of administration of the drug, results of all relevant clinical observations and laboratory examinations made, adequate information concerning any other treatment given and a full statement of any adverse effects and useful results observed, together with an opinion as to whether such effects or results are attributable to the drug under investigation

11. A statement that the sponsor will notify the Food and Drug Administration if the investigation is discontinued, and the reason therefor.

12. A statement that the sponsor will notify each investigator if a new-drug application is approved, or if the investigation is discontinued.

13. If the drug is to be sold, a full explanation why sale is required and should not be regarded as the commercialization of a new drug for which an application is not approved.

14. A statement that the sponsor assures that clinical studies in humans will not be initiated prior to 30 days after the date of receipt of the notice by the Food and Drug Administration and that he will continue to withold or to restrict clinical studies if requested to do so by the Food and Drug Administration prior to the expiration of such 30 days. If such request is made, the sponsor will be provided specific information as to the deficiencies and will be afforded a conference on request. The 30-day delay may be waived by the Food and Drug Administration upon a showing of good reason for such waiver; and for investigations subject to institutional review committee approval as described in item 10c above, an additional statement assuring that the investigation will not be initiated prior to approval of the study by such committee.

- 15. When requested by the agency, an environmental impact analysis report pursuant to § 6.1 of this chapter.

Very truly yours,

| SPONSOR | PER |
|---|---|
| *Joseph M. Bauan, MD* 3/28/79 | INDICATE AUTHORITY |

(This notice may be amended or supplemented from time to time on the basis of the experience gained with the new drug. Progress reports may be used to update the notice.)

**ALL NOTICES AND CORRESPONDENCE SHOULD BE SUBMITTED IN TRIPLICATE.**

3

**HMR 935336**

AM670221970     AM-ITC 01006637

| DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>5600 FISHERS LANE<br>ROCKVILLE, MARYLAND 20852 | STATEMENT OF INVESTIGATOR | 16,234<br>Form Approved<br>OMB No. 57-R0039 |
|---|---|---|
| TO: SUPPLIER OF DRUG (Name and address, include Zip Code) | NAME OF INVESTIGATOR (Print or Type)<br>JOSEPH M. BARON, M.D. | |
| | DATE<br>3/28/79 | |
| | NAME OF DRUG<br>HUMAN ERYTHROPOIETIN (H-EPO) | |

Dear Sir:

The undersigned, __JOSEPH M. BARON, M.D.,__ submits this statement as required by section 505(i) of the Federal Food, Drug, and Cosmetic Act and § 312.1 of Title 21 of the Code of Federal Regulations as a condition for receiving and conducting clinical investigations with a new drug limited by Federal (or United States) law to investigational use.

1. **STATEMENT OF EDUCATION AND EXPERIENCE**

   a. COLLEGES, UNIVERSITIES, AND MEDICAL OR OTHER PROFESSIONAL SCHOOLS ATTENDED, WITH DATES OF ATTENDANCE, DEGREES, AND DATES DEGREES WERE AWARDED

   b. POSTGRADUATE MEDICAL OR OTHER PROFESSIONAL TRAINING (Indicate dates, names of institutions, and nature of training)

   c. TEACHING OR RESEARCH EXPERIENCE (Indicate dates, institutions, and brief description of experience)

   d. EXPERIENCE IN MEDICAL PRACTICE OR OTHER PROFESSIONAL EXPERIENCE (Indicate dates, institutional affiliations, nature of practice, or other professional experience)

   e. REPRESENTATIVE LIST OF PERTINENT MEDICAL OR OTHER SCIENTIFIC PUBLICATIONS (Indicate titles of articles, names of publications and volume, page number, and date)

**HMR 935337**

FD FORM 1573 (7/75)   PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.

2a. If the investigation is to be conducted on institutionalized subjects or is conducted by an individual affiliated with an institution which agrees to assume responsibility for the study, assurance must be given that an Institutional review committee is responsible for initial and continuing review and approval of the proposed clinical study. The membership must be comprised of sufficient members of varying background, that is, lawyers, clergymen, or laymen as well as scientists, to assure complete and adequate review of the research project. The membership must possess not only broad competence to comprehend the nature of the project, but also other competencies necessary to judge the acceptability of the project or activity in terms of institutional regulations, relevant law, standards of professional practice, and community acceptance. Assurance must be presented that the investigator has not participated in the selection of committee members; that the review committee does not allow participation in its review and conclusions by any individual involved in the conduct of the research activity under review (except to provide information to the committee); that the investigator will report to the committee for review any emergent problems, serious adverse reactions, or proposed procedural changes which may affect the status of the investigation and that no such change will be made without committee approval except where necessary to eliminate apparent immediate hazards; that reviews of the study will be conducted by the review committee at intervals appropriate to the degree of risk, but not exceeding 1 year, to assure that the research project is being conducted in compliance with the committee's understanding and recommendations; that the review committee is provided all the information on the research project necessary for its complete review of the project; and that the review committee maintains adequate documentation of its activities and develops adequate procedures for reporting its findings to the institution. The documents maintained by the committee are to include the names and qualifications of committee members, records of information provided to subjects in obtaining informed consent, committee discussion on substantive issues and their resolution, committee recommendations, and dated reports of successive reviews as they are performed. Copies of all documents are to be retained for a period of 3 years past the completion or discontinuance of the study and are to be made available upon request to duly authorized representatives of the Food and Drug Administration. (Favorable recommendations by the committee are subject to further appropriate review and rejection by institution officials. Unfavorable recommendations, restrictions, or conditions may not be overruled by the institution officials.) Procedures for the organization and operation of institutional review committees are contained in guidelines issued pursuant to Chapter 1-40 of the Grants Administration Manual of the U.S. Department of Health, Education, and Welfare, available from the U.S. Government Printing Office. It is recommended that these guidelines be followed in establishing institutional review committees and that the committees function according to the procedures described therein. A signing of the Form FD 1573 will be regarded as providing the above necessary assurances; however, if the institution has on file with the Department of Health, Education, and Welfare, Division of Research Grants, National Institutes of Health, an "accepted general assurance," and the same committee is to review the proposed study using the same procedures, this is acceptable in lieu of the above assurances and a statement to this effect should be provided with the signed FD 1573. (In addition to sponsor's continuing responsiblity to monitor the study, the Food and Drug Administration will undertake investigations in institutions periodically to determine whether the committees are operating in accord with the assurances given by the sponsor.)

b. A description of any clinical laboratory facilities that will be used. (If this information has been submitted to the sponsor and reported by him on Form FD 1571, reference to the previous submission will be adequate).

*3. The investigational drug will be used by the undersigned or under his supervision in accordance with the plan of investigation described as follows: (Outline the plan of investigation including approximation of the number of subjects to be treated with the drug and the number to be employed as controls, if any; clinical uses to be investigated; characteristics of subjects by age, sex and condition; the kind of clinical observations and laboratory tests to be undertaken prior to, during, and after administration of the drug; the estimated duration of the investigation; and a description or copies of report forms to be used to maintain an adequate record of the observations and test results obtained. This plan may include reasonable alternates and variations and should be supplemented or amended when any significant change in direction or scope of the investigation is undertaken.)*

**HMR 935338**

AM670221972        AM-ITC 01006639

4. THE UNDERSIGNED UNDERSTANDS THAT THE FOLLOWING CONDITIONS, GENERALLY APPLICABLE TO NEW DRUGS FOR INVESTIGATIONAL USE, GOVERN HIS RECEIPTS AND USE OF THIS INVESTIGATIONAL DRUG:

a. The sponsor is required to supply the investigator with full information concerning the preclinical investigations that justify clinical trials, together with fully informative material describing any prior investigations and experience and any possible hazards, contraindications, side-effects, and precautions to be taken into account in the course of the investigation.

b. The investigator is required to maintain adequate records of the disposition of all receipts of the drug, including dates, quantities, and use by subjects, and if the investigation is terminated, suspended, discontinued, or completed, to return to the sponsor any unused supply of the drug. If the investigational drug is subject to the Comprehensive Drug Abuse Prevention and Control Act of 1970, adequate precautions must be taken including storage of the investigational drug in a securely locked, substantially constructed cabinet, or other securely locked substantially constructed enclosure, access to which is limited, to prevent theft or diversion of the substance into illegal channels of distribution.

c. The investigator is required to prepare and maintain adequate and accurate case histories designed to record all observations and other data pertinent to the investigation on each individual treated with the drug or employed as a control in the investigation.

d. The investigator is required to furnish his reports to the sponsor of the drug who is responsible for collecting and evaluating the results obtained by various investigators. The sponsor is required to present progress reports to the Food and Drug Administration at appropriate intervals not exceeding 1 year. Any adverse effect that may reasonably be regarded as caused by, or probably caused by, the new drug shall be reported to the sponsor promptly, and if the adverse effect is alarming, it shall be reported immediately. An adequate report of the investigation should be furnished to the sponsor shortly after completion of the investigation.

e. The investigator shall maintain the records of disposition of the drug and the case histories described above for a period of 2 years following the date a new-drug application is approved for the drug; or if the application is not approved, until 2 years after the investigation is discontinued. Upon the request of a scientifically trained and properly authorized employee of the Department, at reasonable times, the investigator will make such records available for inspection and copying. The subjects' names need not be divulged unless the records of particular individuals require a more detailed study of the cases, or unless there is reason to believe that the records do not represent actual cases studied, or do not represent actual results obtained.

f. The investigator certifies that the drug will be administered only to subjects under his personal supervision or under the supervision of the following investigators responsible to him.

_____

_____

and that the drug will not be supplied to any other investigator or to any clinic for administration to subjects.

g. The investigator certifies that he will inform any subjects including subjects used as controls, or their representatives, that drugs are being used for investigational purposes, and will obtain the consent of the subjects, or their representatives, except where this is not feasible or, in the investigator's professional judgment, is contrary to the best interests of the subjects.

h. The investigator is required to assure the sponsor that for investigations involving institutionalized subjects, the studies will not be initiated until the institutional review committee has reviewed and approved the study. (The organization and procedure requirements for such a committee should be explained to the investigator by the sponsor as set forth in Form FD 1571, division 10, unit c.

Very truly yours,

_Joseph M. Baum, MD_
(Name of Investigator)

_950 E. 59th St._
(Address)

_Chicago, Ill. 60637_

HMR 935339

*(This form should be supplemented or amended from time to time if new subjects are added or if significant changes are made in the plan of investigation.)*

AM670221973    AM-ITC 01006640

MAY 8 1979

MEDICAL OFFICER'S REVIEW OF IND 16-234

Date: 3/29/79

Sponsor: Joseph M. Baron, M.D.
Associate Professor of Medicine (Hematology)
University of Chicago

Address: Box 420
950 East 59th Street
Chicago, Illinois 60637

Name of Drug: Human Erythropoietin (H-EPO)

Category or Use of Drug: Regulator of normal red blood cell differentiation

Date of IND: March 2, 1979

Investigational Proposal: To study the pharmacology and efficacy of H-EPO as a stimulant of erythropoiesis in man.

Investigator: Dr. Baron is well qualified according to his curriculum vitae to conduct this investigation.

Outline of Project:

Background:

Erythropoietin is an acidic glycoprotein that is present at a very low concentration in plasma under normal conditions. Under anemic or anoxic stress, it is found in relatively large amounts in the plasma and is also excreted in the urine. One unit of erythropoietin is defined as the biological activity present in one-tenth of the contents of an ampule of the International Reference Preparation distributed by the World Health Organization.

For this study H-EPO has been prepared from the urine of patients with aplastic anemia. The hormone is diluted in Normal Serum Albumin, USP at a concentration of 276 units/ml (80,000 units/mg) H-EPO glycoprotein) to maintain stability and permit appropriate volume for administration.

A toxicity study in a single species (hamsters) at a daily dose level of approximately 18 times the intended human daily per kg test dose over a 22-day period revealed no adverse effect.

HMR 935340

AM670221974                                                    AM-ITC 01006641

Page 2
IND 16-234

### Rationale of Investigation:

Initially a small number of patients with renoprival anemia will participate. It it believed that lack of EPO is the single most significant cause of this condition. In addition, these patients have lower baseline EPO levels than those with comparable degrees of anemia due to other causes (like iron deficiency). Recent rodent data and in vitro studies, published in literature, support the conception of H-EPO efficacy in stimulating erythropoiesis in human subjects with renoprival anemia.

### Patient Population:

At the start of the investigation 3-4 patients with anemia of chronic renal failure will participate. These are hemodialyzed 3x weekly and are hematologically stable. Patients of either sex with or without kidneys are candidates. Ideally they will not have a red cell transfusion requirement or to be taking androgens to stimulate erythropoiesis.

Prior to H-EPO administration other contributing causes of anemia will be excluded, conditions which might preclude response to H-EPO corrected, and the pre-treatment state of erythropoiesis surveyed.

### Baseline Determinations:

1. Serial CBC, platelets, reticulocyte count and differential.

2. Stools for blood

3. Bone marrow aspiration and biopsy for cellularity, status of iron stores, number of normoblasts/1000 nucleated marrow cells.

4. Serum folic acid, $B_{12}$, serum iron, TIBC, serum ferritin, Coombs' and T4/FTI.

5. $Cr^{51}$ red cell mass and blood volume.

6. Ferrokinetics, including plasma iron turnover and incorporation of $Fe^{59}$ into red cells (% Fe utilization).

7. EKG, Chest X-ray, SMA-17, prothrombin time and PTT.

HMR 935341

AM670221975                                                              AM-ITC 01006642