# EXHIBIT 1
# Part 4 of 14

Dockets.Justia.com

Page 3
IND 16-234

    8.  Serum H-EPO level (by radioimmunoassay method)

    9.  Urinary H-EPO determinations (in patients with urine output)

Treatment:

All patients will be hospitalized.  H-EPO to be administered by
intermittent slow intravenous infusion of 520 units (in 1.9 ml
volume over 15-20 minutes) every 12 hours.  The dosage is based
on pharmacokinetic considerations.  Its methodology was enclosed
with the submission.  Plasma $T_\frac{1}{2}$ was considered of approximately
12 hours (according to literature).  No loss by dialysis (too
high molecular weight) and lack of significant urinary loss
also was projected.

Treatment to last for 7 days with a subsequent observation period
of 2 weeks.

The dose to be administered is to raise the average serum H-EPO
concentration to 50 mu/ml (approximately 3x the average normal
level of 16.5 mu/ml).

Parameters Monitored:

During and after the treatment period -

1.  CBC, platelets, reticulocyte count on every other day.

2.  Serum H-EPO levels daily with additional determinations
after the first and last injections to evaluate disappearance
time from plasma.

3.  Repeat SMA-17 on days 3, 7 and 21.

4.  Repeat ferrokinetics and bone marrow studies on day 10.

5.  Repeat $Cr^{51}$ red cell mass and blood volume on day 21.

6.  Daily 24 hour urine collection for H-EPO assay (as available).

Evaluation:

From clinical standpoint this special investigation may proceed.  The
investigator is well qualified and the patients will be hospitalized

**HMR 935342**

AM670221976                                              AM-ITC 01006643

Page 4
IND 16-234

during the trial.  H-EPO is a naturally occuring hormone and its use may be of value under the conditions described.

<u>Recommendations</u>:   As stated above.

A.A. Solymossy, M.D.

cc: Orig. IND 16-234
HFD-110
HFD-110/CSO
HFD-110/ASolymossy
F/T:jp/4/3/79

R. Temple 6/22/79

HMR 935343

AM670221977                                                     AM-ITC 01006644

/·/

MAY 2 4 1979

## REVIEW AND EVALUATION OF PHARMACOLOGY
## AND TOXICOLOGY DATA IND 16,234 (3/2/79)

<u>Sponsor</u>:  Joseph M. Baron, M.D.

<u>Drug</u>:  Human Erythropoietin (H-EPO)   276 units/ml

<u>Proposed Dosage</u>:  520 units q. 12 h. (20.8 units/kg/day)

<u>Category</u>:  Human Hormone

<u>Proposed Study</u>:

Three or 4 adults with anemia of chronic renal failure who are
hemodialyzed three times weekly.

<u>Preclinical Toxicology</u>: (U. of Chicago)

Hamsters, 4 controls, 4 treated, given "18 times intended human
dose" (Not quantitatively identified but work sheets show item
25U/0.3 ml/day which is probably 183 to 250U/kg/day) for 22 days.
Injection route not defined.

<u>Results</u>:

No evidence of adverse effect.  Male gonads and spleens are heavier
in treated than control hamsters.

<u>Cited References</u>:

A.  Anagnostou, et. al., Effect of Erythropoietin Therapy on the
Red Cell Volume of Uraemic and Non-uraemic Rats.  Brit. J. Haemat.
37:85-91.1977.

Rats, 200 gram, 30 to 40, partially nephrectomized and a comparable
number of sham-operated controls, divided into 2 groups for saline
and erythropoietin S.Q. injections of 5 units(25 units/kg) 6X weekly
for 13 doses.

Donor female rats received 5 u Ci ($^{59}$Fe) FeCl, i.v..  Blood was
washed, centrifuged and resuspended to a 50% hematocrit which
was utilized, i.v., 0.4 ml to calculate blood volume.

**HMR 935344**

AM670221978                                        AM-ITC 01006645

Page 2

Results:

I.  5 Days Post Injection

|  | Sham Operated | | | Partially Neph. Ect. | | |
|---|---|---|---|---|---|---|
|  | PCV | Blood Urea | Red Cell V. | PCV | Blood Urea | Red Cell V. |
| Before Injection | 44 | - | 4.6 | 42 | - | 3.9 |
| After Injection Saline | 46 | 3.3 | 4.9 | 34 | 19.7 | 3.5 |
| Ep. | 56 | 3.3 | 7.3 | 54 | 16.0 | 6.7 |

II.  21 Days Post Injection

|  | PCV | Blood Urea | Red Cell V. | PCV | Blood Urea | Red Cell V. |
|---|---|---|---|---|---|---|
| Before Injection | 46 |  | 5.0 | 38 |  | 3.7 |
| After Injection Saline | 47 | 3.3 | 5.0 | 44 | 12.5 | 4.2 |
| Ep. | 60 | 3.3 | 7.2 | 56 | 12.5 | 6.5 |

It can be seen that in this model Erythropoietin does increase the
red cell mass in uraemic rats.

B.  Urabe, Akio, et. al, Response of Uraemic Bone Marrow Cells to
Erythropoietin In Vitro. Scand. J. Haematol 17:335-340. 1976.

Authors demonstrated that plasma from uraemic patients inhibited, in a
dose dependent way, the response of normal bone marrow cells to erythro-
poietin.

C.  Van Stone, J.C., and Paul Max, The effect of erythropoietin on the
Anemia of Uremia.  Abstract, American Society of Nephrology 1978.

Rats, 5/group, 4 groups, 2 surgically anephric, 2 sham operated, one
of each given saline or EPO, 2 units/day/12 days.  Peritoneally dialyzed
daily.  (About 10 units/kg).

**HMR 935345**

AM670221979                                      AM-ITC 01006646

Page 3

Results:

|  | NTX | NTX+EPO | C | C+EPO |
|---|---|---|---|---|
| Bun (mg/dl) | 107 | 100 | 25 | 16 |
| PIT (mg/kg/day) | 1.01 | 1.84 | 1.56 | 1.92 |
| RBC $Fe^{59}$ uptake (%) | 48 | 71 | 74 | 70 |
| Nucleated RBC/ FEMUR (X10) | 0.64 | 2.52 | 2.22 | 2.65 |
| HCT (%) | 19 | 30 | 42 | 48 |
| RBC Mass (ml/kg) | 14.0 | 21.4 | 24.0 | 31.4 |

Authors conclude that EPO completely corrects the marked bone marrow
depression and significantly reduces the anemia in rats.

Comments:

The hamster dose is said to be 18X the human clinical dose which
could then be 374 units/kg/day, but this is not stated in the
report.  Item 25U/0.3 ml may be dosage, or 183 to 250 U/kg/day.

In other experiments, cited by reference, the rat dosages were 25
and 10 units/kg/day.  The proposed clinical dosage is 21 units/kg/day.

Recommendations:

It would seem that the preclinical studies support the clinical safety
of this preparation, but the hamster dose should be identified, because
none of the rat doses achieve the proposed clinical dosage with normal
safety margin multiples.

William WanArsdel 3rd

cc: Orig. IND 16,234
   HFD-110
   HFD-110/CSO
   HFD-110/WVanArsdel
   HFD-110/R/Dinit:JBurns/5/18/79
   F/T:jp/5/24/79

**HMR 935346**



**IND ASSIGNMENT AND SAFETY REVIEW TRANSMITTAL**

| 1. IND NO. | 2. DATE RECEIVED | 3. NAME OF SPONSOR |
|---|---|---|
| 16234 | 3-13-79 | JM BARON, MD |

4. NAME OF DRUG

Human ERYTHROPOIETIN (H-E-

5. PHARMACOLOGIC CATEGORY/INDICATION

Blood FORMATION Stimulant (Fi...)

Deliver to the last addressee indicated below; cross through your name before forwarding to the next addressee!

| HFD- 110 | Management Technician | SAFETY REVIEW DUE DATE |
|---|---|---|

GROUP CONSUMER SAFETY OFFICER

WAIVER REQUESTED
☐ YES  ☐ NO

GROUP LEADER/SUPERVISOR

REVIEWER

PRELIMINARY SAFETY REVIEW

DATE ASSIGNED

GROUP LEADER/SUPERVISOR

GROUP CONSUMER SAFETY OFFICER

FORM FDH 2773 (6/75)

**HMR 935347**

AM670221981                                        AM-ITC 01006648

*Parsley*

DIVISION OF CARDIO-RENAL DRUG PRODUCTS
CHEMIST'S REVIEW #1

MAR 3 0 1979

Date Completed: March 23, 1979

A.  1.  <u>IND #</u>:  16-234

        <u>Sponsor</u>:  Joseph M. Baron, M.D.
                  University of Chicago
                  The Pritzker School of Medicine
                  Chicago, Illinois  60637

        <u>AF #</u>:  None

    2.  <u>Product Name(s)</u>:

        <u>Proprietary</u>:  None

        <u>Non-proprietary</u>:  Human Erythropoietin

        <u>USAN</u>:  None

        <u>Compendium</u>:  None

        <u>Code name and/or number</u>:  None

    3.  <u>Dosage Form(s) and Route(s) of Administration</u>:

        Injectable, 276 units per ml.

    4.  <u>Pharmacological Category and/or Principal Indications</u>:

        Regulation of normal red blood cells.

    5.  <u>Structural Formula and Chemical Name(s)</u>:

        Human eythropoietin is a protein extracted from the urine
        of patients with aplastic anemia.

B.  <u>Initial Submission</u>:  March 2, 1979.  Received Bureau of Drugs,
    March 13, 1979.

**HMR 935348**

AM670221982                                              AM-ITC 01006649

Page 2

C.  Remarks. Erythropoiten is considered to be the hormonal plasma
    factor which stimulates red cell production.  The Notice proposes
    to study the efficacy erythropoietin.

D.  Conclusions and/or Recommendations:  From a chemistry, manufac-
    turing and controls standpoint, the study may proceed.  However,
    there are some minor deficiencies that should be corrected.  See
    "Draft of Chemist's Part of Letter to Applicant."


_____
Robert J. Wolters

CC:
Orig. IND
HFD-110
HFD-110/CSO
HFD-102/Dr. Kumkumian
HFD-110/RJWolters/cto/3/27/79
R/D init. by:  JLangston/3/23/79


**HMR 935349**

AM670221983                                        AM-ITC 01006650

Page 3

E.    Review Notes:

    1. & 2.    Components & Composition:

    Ingredients:

    Human Erythropoietin 276 units
    Normal Serum Albumin (Human) qs 1 ml

    Sealed in vials containing 1.9 ml (520 units) approximately 6.5
    microgram per vial.

    3. & 4.    Facilities and Personnel:

    The purification and assay have been performed in the University
    of Chicago, Department of Biochemistry Laboratory.  Sterilization
    and packaging at the University of Chicago, Department of Pharmacy.
    Additional information is not considered necessary at this time.

    5.    Synthesis:

    Erythropoietin is extracted from human urine of patients with
    aplastic anemia.  The urine is pooled and deionized on a Sephadex
    column.  Cellulose is added, filtered, dialyzed and lyophilized.
    The crude urine concentrate is purified by ion exchange chroma-
    tography, ethanol precipitation, gel filtration, and absorption
    chromatography with a 21% yield.  The procedure is described in
    a reprint included in the Notice.  Erythropoietin is an acidic
    glycoprotein of unknown structure with a molecular weight of
    39,000.  Request the Sponsor submit any information he may have
    regarding the structure of erythropoietin.

    6.    Raw Material Controls:

    A reprint is included which describes the assay of erythropoietin.
    The method is based on the amount of labelled ferric ion uptake
    due to the biosynthesis of hemoglobin in calf serum produce when
    erythropoietin is added.  This amount is compared to a control
    without erythropoietin.

    The method has the disadvantage of detecting a form of erythropoietin
    which has no in vivo activity.  This method is apparently the best
    method currently available.  Acceptable.

**HMR 935350**

AM670221984                                              AM-ITC 01006651

Page 4

7.  Other Firms:

Tox Monitor Laboratories, Melrose Park, Illinois conducts pyrogen testing in rabbits.

8.  Manufacturing and Processing:

The new drug substance is diluted with normal human serum albumin and 1.9 ml (520 units) is packaged into vials and sealed. The solution was sterilized by filtration. The product is then frozen. Acceptable.

9.  Container:

The product is packaged into glass vials. It is not clear if the vial is an ampul or has a rubber closure. Request clarification.

10. Laboratory Controls:

The product is assayed and the bulk solution is tested for pyrogens by the Limulus lysate method. The packaged product is tested for pyrogens by the USP rabbit method, sterility, and assayed. Satisfactory.

11. Control Numbers:

Not considered necessary as only one batch has been made.

12. Stability:

The Sponsor states that the activity is maintained during storage in the frozen state. Request supportive data.

13. & 14. Samples and Results:

Not considered necessary at this time.

14. Labeling:

A copy of the label is included. Satisfactory.

15. & 16. Establishment Inspection and Registration:

Not considered necessary at this time.

17. From 1571, Parts 11, 12, & 13:

These parts were not included. Form 1571 was also missing. Request this information since it was not included in the original copy.

**HMR 935351**

AM670221985

AM-ITC 01006652