# EXHIBIT 1
# Part 7 of 14

Dockets.Justia.com

JOSEPH MANDEL BARON, M.D.

Curriculum Vitae

BIBLIOGRAPHY:

Articles:

1.  Visek, W.J., Baron, J.M., and Switz, D.M.  Urea Metabolism and
    Intestinal Ureolytic Activity of Rats Fed Antimicrobial Agents.
    Journal of Pharmacology and Experimental Therapeutics. 126(4):
    359-365,1959.

2.  Baron, J.M.  Ureolytic Activity of Mammalian Tissues - M.S.  Thesis.
    Department of Pharmacology, University of Chicago, 1962.

3.  Hamosh, M., Lesch, M., Baron, J.M., and Kaufman, S.  Enhanced
    Protein Synthesis in a Cell-Free System from Hypertrophied Skeletal
    Muscle.  Science 157, No. 3791:935-937, August 25, 1967.

4.  Baron, J.M., Weinshelbaum, E., and Block, G.  Splenic Ruptured
    Associated with Bacterial Endocarditis and Sickle Cell Trait.
    Journal of the American Medical Association. 205:112-114,
    July 8, 1968.

5.  Baron, J.M., Kingdon, H.S., Block, G.E., and Gottschalk, A.
    Splenectomy in a Hemophiliac:  Diagnosis of Occult Rupture,
    Pre-operative Preparation and Post-Operative Support.  Surg.
    Clin. of N. America, Feb. 1970.  Vol. 50, No. 1, pp.205-211.

6.  Baron, J.M., Yachnin, S., Polcyn, R., and Fitch, F.W., and Sturner,
    W.Q.  Accidental Radiogold ($^{198}$Au) Liver Scan Overdose with Fatal
    Outcome.  Symposium on the Handling of Radiation Accidents, Inter-
    national Atomic Energy Agency, May 19-23, 1969.  Semiannual Report
    to The Atomic Energy Commission, March, 1970.

7.  Yacoub, M.H., Baron, J.M., El-Etr, A., and Kittle, C.F.  Aortic
    Homograft Replacement of the Mitral Valve in Sickle Cell Trait.
    J. Thoracic and Cardiovascular Surgery.  Vol. 59:568-573, 1970.

8.  Baron, J.M., M.D., Dan L. Tritch, M.D.  Castor Oil Catharsis in
    Acute Glutethimide Intoxication.  JAMA, Feb. 9,1970.  Vol. 211,
    No. 6., 1012-3.

9.  Kingdon, Henry S., M.D., Ph.D., Joseph M. Baron, M.D., Gerald E.
    Byrne, Jr., M.E., and Henry Rappaport, M.D., F.A.C.P.  Malignant
    Histiocytosis.  Results of Combination Vincristine-Prednisone
    Therapy.  Annals Int Med.  Vol. 72:705-709, May, 1970.

**HMR 935372**

AM-ITC 01006673

AM670222006

BIBLIOGRAPHY: (con't)

Articles:

10. Yachnin, S., Allen, L.W., Baron, J.M. and Svenson, R.  Potentiation of Lymphocyte Transformation by Membrane-Membrane Interaction. In Proc. of Fourth Leukocyte Culture Conference.  O.R. McIntyre, Editor, Appleton-Century Crofts, Inc., New York 37-47, 1971.

11. Stanley Yachnin, Lawrence, W. Allen, Joseph M. Baron and Robert H. Svenson.  The Potentiation of Phytohemagglutinin-Induced Lymphocyte Transformation by Cell-Cell Interaction; A Matrix Hypothesis. Cellular Immunology, Vol. 3, April, 1972.

12. Baron, J.M., Ultmann, J.E.  Chemotherapy of Malignant Neoplasms Ansfield, F.J., Editor, Thomas, C.C.  Springfield, Illinois 1973.

13. Genant, H.K., Baron, J.M., Straus, F., Paloyan, E., Jowsey, J. Osteosclerosis in Primary Hyperparathyroidism, Am. J. of Med., Vol. 59, p. 104-113, July, 1975.

14. Golomb, H.M., Rowley, J.D., Vardiman, J., Baron, J., Locker, G., Krasnow, S.  Partial Deletion of the Long Arm of Chromosome 17; A Specific Abnormality in Acute Promyelocytic Leukemia.  Arch of Int. Med. Arch. Int. Med. 136:825-828, 1976.

15. VanZant, G., Goldwasser, E., Baron, J.  Haematopoietic Micro-environment In Vitro - Nature, 260:609-611, April 15, 1976.

17. Lester, E.P., Miller, J.B., Baron, J.M., Yachnin, S.  Inhibition of Human Lymphocyte Transformation by Human Alpha Fetoprotein (HAFP): Studies on the Mode of HAFP Action and the Role of HAFP Polymorphism.  Immunology 34:189-198, 1978.

18. Martin, P., Rowley, J.D. and Baron, J.M.  The Use of Bone Core Biopsies for Cytogenetic Analysis.  Submitted to Human Genetics, 1978.

19. V. Petras, Tokars, R., Griem, S.F., Variakojis, Baron, J.M. and Griem, M.L.  The Analysis of the Treatment of Mycosis Fungoides with Radiation and Chemotherapy.  Submitted to Cancer.  1978.

HMR 935373

AM670222007

AM-ITC 01006674

-12-

8. Names and Addresses of other Investigators Responsible to the
   Principal Investigator

   (a) 1) Dimitrios Emmanouel, M.D.   –   Assistant Professor, Department of
                                          Medicine, Section of Nephrology,
                                          University of Chicago

       2) Eugene Goldwasser, Ph.D.    –   Professor, Department of Biochemistry,
                                          University of Chicago

       3) Adrian Katz, M.D.           –   Professor and Head, Section of Nephrology,
                                          Department of Medicine, University of
                                          Chicago

9. Institutional Review

   The University of Chicago Clinical Investigation Committee (General
   Assurance #G1626) has approved this project (Protocol #2822).

**HMR 935374**

AM670222008

AM-ITC 01006675

Pyrogenicity;
sterility;

**HMR 935375**

AM670222009

AM-ITC 01006676



# Tox Monitor Laboratories, Inc.
112 North 10th Avenue
Melrose Park, Illinois 60160
(312) 345-6970

PYROGEN TEST FOR: University of Chicago, Chicago, IL    QUALITY CONTROL REPORT
PRODUCT: Human Urinary Erythropoietin in Albumen Solution    LOT NO._____    DILUTION:_____

TEST NO. PS 2478    TEST DATE: 11-15-78

| RABBIT NO. 86 | RABBIT NO. 74 | RABBIT NO. 75 |
|---|---|---|
| WEIGHT: 2.6 K GMS. | WEIGHT: 3.2 K GMS. | WEIGHT: 3.1 K GMS. |
| 39.5 C CONTROL | 39.8 C CONTROL | 39.6 C CONTROL |
| TIME: 10:00 | TIME: 10:00 | TIME: 10:00 |
| 1.5 Ml/Rabbit | 1.5 Ml/Rabbit | 1.5 Ml/Rabbit |

| TIME | TEMP. | VAR. | TIME | TEMP. | VAR. | TIME | TEMP. | VAR. |
|---|---|---|---|---|---|---|---|---|
| 11:00 | 39.5 C | C | 11:00 | 39.9 C | C | 11:00 | 39.6 C | C |
| 12:00 | 39.3 C | C | 12:00 | 39.8 C | C | 12:00 | 39.9 C | C |
| 1:00 | 39.8 C | C | 1:00 | 39.7 C | C | 1:00 | 40.0 C | C |
| TOTAL TEMP.VAR. | | 0.3 C | TOTAL TEMP.VAR. | | 0.1 C | TOTAL TEMP.VAR. | | 0.4 C |

RESULTS:        FAIL:_____    RERUN:_____    PASS: X

TECHNOLOGIST:_____

DATE:        November 15, 1978

**HMR 935376**

Officers: Thomas J. Welsh, D.V.M., Ph.D. — President ● Michael W. Kukulinski, B.S., L.A.T. — Vice-President Operations ● Robert F. Locke, Jr., M.S., L.A.T. — Vice-President Marketing

AM670222010

AM-ITC 01006677

PEDIATRICS MICROBIOLOGY LABORATORY

| ORIGIN OF SPECIMEN | EXAMINATION REQUESTED |
|---|---|
| DIAGNOSIS | STERILITY |
| | PHYSICIAN | PT'S AGE |
| NO B. HEM. STREP. | |
| B. HEM. STREP. GR. A | LESS THAN 10,000 COL./ML |
| B. HEM. STREP. NOT GR. A | NORMAL FLORA |
| HEMOPHILUS INFLUENZA | NO PATHOGENS FOUND |
| STREP PNEUMONIAE | NO SALM., SHIG., OR ENT PATH E. COLI. |
| STAPH AUREUS | GRAM STAIN: |
| NO GROWTH | ✓ |

HOSP. NO.

ALBUMIN 5% Sol'n
119110        (Human)

PHARMACY      11-03-75

DATE 11-3-78      ANTIBIOTIC

ANTIMICROBIAL-SUSCEPT.

3° SENSITIVITY
R/ RESISTANCE

AMIKACIN | AMPICILLIN | CARBENICILLIN | CEPHALOTHIN | CHLORAMPHENICOL | CLINDAMYCIN | COLISTIN | ERYTHROMYCIN | GENTAMICIN | KANAMYCIN | METHICILLIN | METH/OXACILL | NITROFURANT. | PENICILLIN | SISTOBACO 3 | TETRACYCLINE | TOBRAMYCIN | SULF/TRIMETH.

FORM 62.08-706-3

OTHER RESULTS
TH10 Only

DAPLER RESULTS
11-10

CONTROL — 3

HMR 935377

AM-ITC 01006678

AM670222011

Animal Studies

**HMR 935378**

AM670222012

AM-ITC 01006679

DATE: January 5, 1979

TO:    Drs. J. M. Baron and E. Goldwasser

FROM:  Dr. Ward R. Richter

        We have completed a pathologic evaluation, gross and microscopic,
of the eight (8) hamsters submitted by you on November 22, 1977.  Four (4)
animals identified as A, B, C, D were controls and four (4) animals
identified as E, F, G, H were treated with test material.  The animals
were submitted dead in a plastic bag and identified with tape attached
to a leg.  Dr. Joanne Kopplin completed a post mortem examination of the
eight (8) animals and collected tissue for microscopic examination.  Tissue
was fixed in 10% formalin, dehydrated, embedded in paraffin, sectioned at
6-8 microns and stained with hematoxylin and eosin.  Histopathologic
evaluation was done by Joanne R. Kopplin and Ward R. Richter.

        The results are reported in the appended individual pathology
forms and the gross and histopathologic observations and selected weights
are presented in separate tables.  Copies of hematology and blood chemistry
data submitted to us by Barry S. Levine of I.I.T.R.I. are appended.  This
report  dated November 22, 1977 covers blood samples which you obtained
and submitted directly to I.I.T.R.I.

        Gross Observations:  The pericardial blood clots and free blood
in the thoracic cavity were of recent origin (minutes to hours), were
compatible with intracardial puncture, and were observed in control as
well as treated animals.  The liver was enlarged in two (2) animals,
one (1) control male (D) and one (1) treated female (D).  Liver weights
on both animals were greater than the other six animals.  There was no
histologic abnormality in either of these animals and there is no apparent
relationship to treatment with the test material.  The congestion and
mottling of the liver in several treated animals was not accompanied by
any histologic observation and these observations are usually related to
the degree of exsanguination of animals and the amount of terminal congestion
of the liver.  They do not appear to be related to treatment.  There were
no other treatment related gross observations in these eight (8) animals.

        Microscopic Observations:  The individual histopathology findings
are presented in the appended table.  All of the lesions described are
common spontaneous observations in hamsters and they are not related to
treatment with the test material and there is no evidence of exacerbation
of spontaneous disease by the experimental procedure.  In some cases
tissues were not examined because they were small, parathyroid etc., and
did not pass through the plane of section.  In several other tissues, the
sections were inadequate or incomplete because they were small or were
improperly infiltrated in the embedding process.

**HMR 935379**

AM670222013

AM-ITC 01006680

To: Drs. J. M. Baron and E. Goldwasser
January 5, 1978
Page 2

**Summary**: There were no gross or microscopic observations or lesions which could be attributed to the test material in this series of four (4) control and four (4) treated hamsters.

*Ward R. Richter*

Ward R. Richter, D.V.M.,
Diplomate, American College
of Veterinary Pathologists

WRR/mbn

**HMR 935380**

AM670222014

AM-ITC 01006681

## GROSS OBSERVATIONS

### Summary

| | CONTROL | | | | TREATED | | | |
|---|---|---|---|---|---|---|---|---|
| ANIMAL | A | B | C | D | E | F | G | H |
| SEX | M | F | M | M | F | M | F | M |
| ORGAN AND DESCRIPTION | | | | | | | | |
| ADRENAL | +N | +N | +N | +N | +N | +N | +N | +N |
| AORTA | +N | +N | +N | +N | +N | +N | +N | +N |
| BLADDER | +N | +N | +N | +N | +N | +N | +N | +N |
| BONE | +N | +N | +N | +N | +N | +N | +N | +N |
| BRAIN | +N | +N | +N | +N | +N | +N | +N | +N |
| CAECUM | +N | +N | +N | +N | +N | +N | +N | +N |
| COLON | +N | +N | +N | +N | +N | +N | +N | +N |
| DUODENUM | +N | +N | +N | +N | +N | +N | +N | +N |
| ESOPHAGUS | +N | +N | +N | +N | +N | +N | +N | +N |
| EYE | +N | +N | +N | +N | +N | +N | +N | +N |
| GALL BLADDER | +N | +N | +N | +N | +N | +N | +N | +N |
| GONADS | +N | +N | +N | +N | +N | +N | +N | +N |
| HEART<br>  Pericardial blood clots | +<br>P | +<br>P | +N | +N | +N | +N | +<br>P | +<br>P |
| ILEUM | +N | +N | +N | +N | +N | +N | +N | +N |
| JEJUNAM | +N | +N | +N | +N | +N | +N | +N | +N |
| KIDNEYS | +N | +N | +N | +N | +N | +N | +N | +N |
| LIVER<br>  Enlarged<br>  Congestion<br>  Mottled | +N | +N | +N | +<br>P | +<br><br><br>P | +<br>P<br>P | +N | +<br><br><br>P |
| LUNG<br>  Congestion<br>  Collapsed<br>  Dark spot, single lobe | +<br>P<br>P | +<br><br>P | +N | +<br><br><br>P | +N | +N | +N | +N |
| LYMPH NODE | +N | +N | +N | +N | +N | +N | +N | +N |

**HMR 935381**

AM670222015

AM-ITC 01006682