# EXHIBIT 1
# Part 8 of 14

Dockets.Justia.com

GROSS OBSERVATIONS: Summary (Cont'd.)

|  | CONTROL | | | | TREATED | | | |
|---|---|---|---|---|---|---|---|---|
| ANIMAL | A | B | C | D | E | F | G | H |
| SEX | M | F | M | M | F | M | F | M |
| **ORGAN AND DESCRIPTION** | | | | | | | | |
| MUSCLE | +N | +N | +N | +N | +N | +N | +N | +N |
| PANCREAS | +N | +N | +N | +N | +N | +N | +N | +N |
| PERIPHERAL NERVE | +N | +N | +N | +N | +N | +N | +N | +N |
| PITUITARY | +N | +N | +N | +N | +N | +N | +N | +N |
| PROSTATE | +N | NA | +N | +N | NA | +N | NA | +N |
| SALIVARY GLANDS | +N | +N | +N | +N | +N | +N | +N | +N |
| SEMINAL VESICLES | +N | NA | +N | +N | NA | +N | NA | +N |
| SKIN | +N | +N | +N | +N | +N | +N | +N | +N |
| SPINAL CORD | +N | +N | +N | +N | +N | +N | +N | +N |
| SPLEEN | +N | +N | +N | +N | +N | +N | +N | +N |
| STERNUM | +N | +N | +N | +N | +N | +N | +N | +N |
| STOMACH | +N | +N | +N | +N | +N | +N | +N | +N |
| TRACHEA | +N | +N | +N | +N | +N | +N | +N | +N |
| THYMUS | +N | +N | +N | +N | +N | +N | +N | +N |
| THYROID | +N | +N | +N | +N | +N | +N | +N | +N |
| TONGUE | - | +N | +N | +N | +N | +N | - | +N |
| UTERUS | NA | +N | NA | NA | +N | NA | + | NA |
| Congestion | | | | | | | P | |
| THORACIC CAVITY | +N | + | + | + | + | + | + | + |
| Free blood in cavity | | P | P | P | P | P | P | P |
| ABDOMINAL CAVITY | +N | +N | +N | +N | +N | +N | +N | +N |
| EXTERNAL STRUCTURE | +N | +N | +N | +N | +N | +N | +N | +N |

P = Present
N = Within Normal Limits
NA = Not Applicable
+ = Examined

**HMR 935382**

INDIVIDUAL HISTOPATHOLOGY FINDINGS

| ORGAN AND DESCRIPTION: | CONTROLS | | | | TREATED | | | |
|---|---|---|---|---|---|---|---|---|
| | A<br>M | B<br>F | C<br>M | D<br>M | E<br>F | F<br>M | G<br>F | H<br>M |
| ADRENALS | +N | +N | - | + | +N | +N | +N | +N |
| Congestion | | | | 1 | | | | |
| URINARY BLADDER | +N | +N | - | +N | +S1 | +N | +N | +N |
| BONE | +N | +N | - | +N | +N | +N | +N | +N |
| BRAIN | +N | +N | +N | +N | +N | +N | +N | +N |
| CAECUM | + | +N | +S1 | +N | +N | +N | +N | +N |
| Protozoan infestation | P | | | | | | | |
| Necrotic inflammation | 1 | | | | | | | |
| COLON | +N | +N | +N | +N | +N | +N | +N | +N |
| DEODENUM | + | + | +S1 | +N | + | +N | + | +N |
| Protozoan infestation | P | | | | P | | | |
| Chronic enteritis | - | 3 | | | | | 2 | |
| ESOPHAGUS | +N | +N | +N | +N | +N | +N | +N | +N |
| EYE | +N | +N | +N | +N | +N | +N | +N | +N |
| Partial or fragmented section | P | P | P | P | P | | P | |
| GALL BLADDER | - | +A | +N | +A | +N | - | - | - |
| GONADS | + | +N | - | + | - | + | +N | + |
| Testicular degeneration | 3 | | | 2 | | 3 | | 3 |
| HEART | + | + | +S1 | +N | +N | +S1 | +N | + |
| Multifocal chronic myocarditis | 2 | 1 | | | | | | |
| Subepicardial hemosiderosis | | | | | | | | 1 |
| KIDNEYS | +N | + | +N | +N | +N | +N | +N | +N |
| Focal papillar calcification | | P | | | | | | |
| LIVER | + | + | +N | +N | +N | +N | + | +N |
| Multifocal hematopoiesis | 1 | 1 | | | | | | |
| Congestion | | | | | | | 2 | |
| LUNG | +N | + | +N | + | +N | + | +N | +N |
| Multifocal adenomatosis | | 1 | | 2 | | | | |
| Congestion | | | | | | 2 | | |
| LYMPH NODE, Submandibular | - | - | - | +N | - | - | - | - |
| LYMPH NODE, MESENTERIC | - | - | +N | + | + | + | +N | +N |
| Lymphoid hyperplasia | | | | 2 | 2 | | | |
| Histiocytosis | | | | | 1 | | | |
| MUSCLE, SKELETAL | +N | +N | +N | +N | +N | +N | +N | +N |
| OPTIC NERVE | - | - | - | +N | - | - | - | +N |
| PANCREAS | +N | +N | +N | +N | +N | +N | +N | +N |
| PROSTATE | +N | NA | - | +N | NA | +N | NA | +N |
| SALIVARY GLAND | +N | +N | +N | +N | +N | +N | +N | +N |
| SEMINAL VESICLE | +N | NA | - | +N | NA | +N | NA | +N |

**HMR 935383**

AM670222017    AM-ITC 01006684

INDIVIDUAL HISTOPATHOLOGY FINDINGS (Cont'd.)

| ORGAN AND DESCRIPTION | CONTROLS | | | | TREATED | | | |
|---|---|---|---|---|---|---|---|---|
| | A<br>M | B<br>F | C<br>M | D<br>M | E<br>F | F<br>M | G<br>F | H<br>M |
| SKIN | +N | +N | +N | +N | +N | +S1 | +S1 | +N |
| SPINAL CORD | +N | +N | - | +N | +N | +N | +S1 | +N |
| SPLEEN | + | + | - | + | +N | + | +N | + |
|   Congestion | 3 | 3 | | 3 | | | | |
|   Hematopoiesis | 3 | 2-3 | | 3 | | 2 | | 2 |
|   Follicular hyperplasia | | | | 3 | | | | |
| STERNUM AND MARROW | +N | +N | +N | +N | +N | +N | +N | +N |
| STOMACH | +N | +N | +N | +N | + | +N | +N | +N |
|   Focal glandular hyperplasia | | | | | 2 | | | |
| TRACHEA | +N | +N | +N | +N | +N | +N | +N | +N |
| THYMUS | +N | +N | +N | +N | +N | +N | - | +N |
| THYROID | +S1 | +N | +N | +N | +N | - | +N | +N |
| UTERUS | NA | +N | - | - | + | NA | + | NA |
|   Cystic endometrial hyperplasia | | | | | 2 | | | |
|   Hemosiderosis (old hemorrhage) | | | | | | | 4 | |
| PARATHYROID | - | +N | - | - | +N | - | +N | - |
| DIAPHRAGM | - | - | - | + | - | - | - | - |
|   Chronic myositis | | | | 2 | | | | |

CODES:

- + = Present and Examined
- - = Tissue missing
- N = Within Normal Limits
- S1 = Section Incomplete
- M = Male
- F = Female
- P = Present
- NA = Not Applicable
- A = Autolysis too severe for diagnosis
- 1 = Trace
- 2 = Mild
- 3 = Moderate
- 4 = Severe

**HMR 935384**

BODY WEIGHTS
AND
SELECTED ORGAN WEIGHTS
IN GRAMS

| | CONTROL | | | | TREATED | | | |
|---|---|---|---|---|---|---|---|---|
| Animal | A | B | C | D | E | F | G | H |
| Sex | M | F | M | M | F | M | F | M |
| Body Weight | 136.5 | 127.0 | 122.0 | 144.0 | 100.0 | 132.0 | 111.0 | 125.0 |
| Adrenal | 0.0004 | 0.0002 | 0.0003 | 0.0005 | 0.0002 | 0.0004 | 0.0003 | 0.0004 |
| Brain | 0.8186 | 0.8907 | 0.9308 | 0.8590 | 0.8312 | 0.8489 | 0.8590 | 0.9095 |
| Gonads | 0.3242 | * | 0.4858 | 0.3444 | * | 0.5168 | * | 0.7483 |
| Heart | 0.440 | 0.3540 | 0.4147 | 0.5055 | 0.5360 | 0.525 | 0.5055 | 0.4440 |
| Kidneys | 0.6474 | 0.5969 | 0.6575 | 0.7283 | 0.6474 | 0.6676 | 0.8091 | 0.5878 |
| Liver | 4.70 | 3.530 | 3.560 | 6.5643 | 3.350 | 6.4045 | 4.60 | 4.7750 |
| Lung | 1.0106 | ** | 1.0206 | 1.2631 | 1.2025 | 1.3743 | 1.3237 | 1.3541 |
| Spleen | 0.0611 | 0.0812 | 0.040 | 0.0914 | 0.0915 | 0.1213 | 0.1622 | 0.1212 |

\* = Organ too small to weigh.
\*\* = Organ perfused prior to weighing; weight inaccurate.

HMR 935385

AM670222019    AM-ITC 01006686

PROJECT LOGBOOK

C 23249

Subject: _Comparing of Clinical Chemistry Determinations_ Date: 11/22/77 + 11/23/77  Page **35**

_for 5 Hematocrits for Dr. Eugene Goldwasser_  Signature: _Gary Lurie_

| | | | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|---|
| | Treatment Date | A(BH/11-16) | | | | | | | | |
| | Day in Study | I(BH/17-19) | | | | | | | | |
| HEMATOLOGY | HCT (%) | I(H/20-23) | 46 | 44 | 50 | 50 | 65 | 68 | 65 | -- |
| | HGB (G %) | R(H/24-27) | 15.2 | 15.6 | 16.2 | 17.2 | 21.2 | 22.7 | 22.1 | 19.8 |
| | RBC (10⁶/CUMM) | R(H/28-31) | 8.20 | 8.23 | 8.11 | 7.26 | 8.89 | 8.59 | 9.54 | 8.76 X |
| | WBC (10³/CUMM) | R(H/32-35) | 7.1 | 6.6 | 8.4 | 8.0 | 17.7 | 19.0 | 13.7 | 4.2* |
| | RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.8 | 1.5 | 2.3 | 2.9 | 4.1 | 1.6 |
| | Platelets (10³/CUMM) | I(H/40-43) | | | | | | | | |
| | Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Neut. M | I(H/46-47) | 5 | 12 | 9 | 16 | 9 | 19 | 17 | 9 |
| Diff. % | Lympho. | I(H/48-49) | 94 | 86 | 85 | 75 | 88 | 80 | 78 | 85 |
| | Eosino. | I(H/50-51) | 3 | 2 | 3 | 5 | 0 | 0 | 2 | 2 |
| | Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 3 | 4 |
| | Cells Observed (# 100) | I(H/56-58) | N2 | N2 | N2 | N2 | N2 | N2 | N2 | N2 |
| | NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| BLOOD CHEMISTRY | BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 28 | 57 | 56 | 28 |
| | BS (MG %) | I(B1/24-27) | | | | | | | | |
| | BSP (% RET/15 MIN) | I(B1/28-31) | | | | | | | | |
| | AP (I.U.) | I(B1/32-35) | 57 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
| | SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 38 | 52 | 35 | 51 | 87 | 22 |
| | SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 29 | 39 | 30 | 30 | 41 | 24 |
| | PT (SEC) | R(B1/44-47) | | | | | | | | |
| | Creatinine (MG %) | R(B1/48-51) | | | | | | | | |
| | Bilirubin  T | R(B1/52-55) | | | | | | | | |
| | (MG %)  D | R(B1/56-59) | | | | | | | | |
| | Na (MEQ/L) | I(B1/60-63) | | | | | | | | |
| | K (MEQ/L) | R(B1/64-67) | | | | | | | | |
| | Ca (MEQ/L) | R(B1/68-71) | | | | | | | | |
| | Cl (MEQ/L) | R(B1/72-75) | | | | | | | | |
| | Mg (MEQ/L) | R(B1/76-79) | | | | | | | | |
| Sequence within day | | I(B1/80) | | | | | | | | |
| Weight (KG) | | R(H/61-65) | | | | | | | | |
| Sequence within day | | I(H/75) | | | | | | | | |
| Temperature | | R(H/76-80) | | | | | | | | |

X - denotes duplicately run sample
* - denotes slightly clotted sample



Read and Understood by me

Signature: _Gary S. Lurie_   Date: 11/29/77

HMR 935386
AM670222020
AM-ITC 01006687

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 9097700788 2 | MODE: C D E F M N P Q (R) S T ___ | ACC. NO. 77-788 |
| --- | --- | --- |
| Acct # 3*0001*3C1 *6 | AGE: NB I YA AD *5m.* | |
| User COLLECTOR | SEX: (M) F C S U H ___ | |
| | ROOM: *FM1* | *Hamster A* |

Supporting Studies:       Specimen:                       Copy to CM _____
___ Micro  ___ Photo       ___ Live Animal ___ _____     Copy to user _____
___ Paras  ___ EM          ☒ Carcass                      Phoned _____
☒ Hemat   ___ U/A          ___ Fresh Tiss.                Indexed _____
___ Sp St  ☒ *Chem*         ___ Fixed Tiss.

PRELIMINARY DIAGNOSIS:                    COMMENTS:




*[signature]* Joanne Toppler DVM
Prosector                    Date

FINAL DIAGNOSIS:







**HMR 935387**

*[signature]* Ward R Richter, 3-3-78
Pathologist               Date                         ☐ cont'd p 6

*77-78f*                                       LAB REPORTS

| TISSUE LIST | | | DICTATION GUIDE |
|---|---|---|---|
| Pro | WS | Tissue | |
| ✓ | ✓ | adipose | **EXTERNAL APPEARANCE:** hair, eyes, skin, nodes, extremities, rigidity, |
| ✓ | ✓ | adrenal | lividity, scalp, nares, perineum |
| ✓ | ✓ | aorta | **PERITONEAL CAVITY:** fat, fluid, adhesions, position of organs, hernias |
| ✓ | ✓ | bladder | **PLEURAL CAVITIES & MEDIASTINUM:** fluid, lung expansion, widening of med. |
| ✓ | ✓ | bone | **HEART & VESSELS:** size, fat, color; smoothness of endo & epicardium, |
| ✓ | ✓ | brain | chambers, cordae tend., pap. mus., hemorrhages, thrombi, |
| ✓ | ✓ | caecum | valves, thickenings, coronary arteries |
| ✓ |   | colon | **RESPIRATORY TRACT:** nasal cav., sinuses, larynx, trachea, lung consist., |
| ✓ | ✓ | diaphragm | crepitation, pleural surfaces, cut surfaces |
| ✓ | ✓ | duodenum | **ALIMENTARY TRACT:** oral cav., sal. glands, pharynx, esophagus, stomach, |
| ✓ | ✓ | esophagus | intestine, colon, anus, contents, serosa, mucosa, scars, |
| ✓ | ✓ | eye | Peyer's patches, mesenteric surface, vessels, nodes |
| ✓ | ✓ | ear (mid) | **LIVER:** size, shape, color, surface, consistency, veins, arteries |
| ✓ | ✓ | gall bladder | **BILIARY SYSTEM:** patency, size, contents, serosa, mucosa, wall, color |
| ✓ | ✓ | gonad | **PANCREAS:** weight, color, consistency |
| ✓ | ✓ | heart | **URINARY TRACT:** kidney--shape, wt., surface, size of cortex, contents |
| ✓ |   | ileum | of pelvis, arteries, veins, fat; bladder, urethra & |
| ✓ |   | jejunum | ureter--contents, mucosa, serosa, patency |
| ✓ | ✓ | kidney(s) | **GENERATIVE ORGANS:** prostate, semin. ves., testes, epididymes, vagina, |
| ✓ |   | larynx | uterus, fall. tubes, ovaries--size, shape, surface, content |
| ✓ | ✓ | liver | **SPLEEN:** size, color, consistency, cut surface, shape |
| ✓ | ✓ | lung | **LYMPH NODES:** superficial, mediastinal, periaortic, portal pelvic, mesen- |
| ✓ |   | lymph node | teric; **TONSILS, THYMUS:** size, color, consistency |
| ✓ | ✓ | mammary glnd | **BONE MARROW:** ribs, vertebra, sternum; color, consistency |
|   |   | med. l. node | **ENDOCRINE GLANDS:** pituitary, thyroid, parathy., adrenals; symmetry, |
|   |   | mes. l. node | size, color, nodules |
| ✓ | ✓ | muscle | **BONES, JOINTS, SYNOVIA:** shape, size, contents |
| ✓ |   | pancreas | **SKELETAL MUSCLES:** symmetry, color, fibrosis, measure if a/hypertrophic |
| ✓ | ✓ | parathyroid | **HEAD:** scalp, galea, calvarium |
| ✓ | ✓ | pituitary | **BRAIN:** CSF, color, consistency, dura, vessels |
| ✓ |   | prostate | **SPINAL CORD:** dura, contents of space |
| ✓ | ✓ | saliv. glnd | |
| ✓ | ✓ | sciatic n. | |
| ✓ | ✓ | semin. ves. | **SPECIAL GROSS OBSERVATIONS:** speculations, deduced conclusions |
| ✓ | ✓ | skin | |
| ✓ | ✓ | spinal cord | |
| ✓ | ✓ | spleen | **LABORATORY DETERMINATIONS:** |
| ✓ | ✓ | stomach | **MICROBIOLOGY:** blood, organs, exudate, pul. nodes, CSF, stool, urine |
| ✓ | ✓ | trachea | PARASITOLOGY: fecal flotation |
| ✓ | ✓ | thymus | SEROLOGY: |
| ✓ | ✓ | thyroid | VIROLOGY: |
| ✓ | ✓ | tongue | |
| — |   | tonsils | |
| ✓ |   | ureters | **HISTOLOGIC ADJECTIVES:** mild, moderate, severe, generalized, diffuse, |
| ✓ |   | urethra | focal, multifocal |
| — |   | uterus | *lungs perfused* |
| — |   | vagina | *bladder - perfused* |
| | g.k. | | *bowel - perfused* |

**HMR 935388**

-2-

__77-788__                                    NECROSPY REPORT

Post mortem interval: __55__ to __70 min__.           Weight: __136.5__ g kg
ORGAN:      OBSERVATION

| ✓ = W.N.L. | | |
|---|---|---|
| ADRENALS | ✓ | L .0002g ; R .0002g |
| AORTA | ✓ | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| • BRAIN | ✓ | .8186g |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | |
| GALL BLADDER | ✓ | |
| • GONADS | ✓ | R .1722g ; .1520g |
| • HEART | (circled) | 0.4110g |
| ILEUM | ✓ | |
| JEJUNUM | ✓ | |
| • KIDNEYS | ✓ | R. 0.3338g , L 0.3136g |
| • LIVER | ✓ | 4.7g |
| • LUNG | | 1.0106g |
| LYMPH NODE | ✓ | |
| MES. NODE | | |
| MUSCLE | ✓ | |
| OPTIC NERVE | | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| ? PITUITARY | ✓ | too small to weigh |
| PROSTATE | ✓ | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| • SPLEEN | ✓ | 0.0611g |
| STERNUM | ✓ | |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | · | |
| UTERUS | — | |

Free blood in thoracic and pericardial cavities, clot on surface of left ventricle

Lungs - congested, only partially collapsed on opening chest.

-3-

HMR 935389

☐ cont'd p. 6

AM670222023                                                AM-ITC 01006690

**77-788**  HISTOPATHOLOGIC EVALUATION

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L | | |
| ADRENALS | ✓ | |
| AORTA | — | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | |
| CAECUM | + | infestation by protozoans, mild necrotic inflammation |
| COLON | ✓ | |
| DUODENUM | + | mild to moderate infestation with giardia-like protozoan |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | lens not in sections, retina missing in one section |
| GALL BLADDER | — | |
| GONADS | + | see page 6 |
| HEART | + | mild multifocal chronic myocarditis |
| ILEUM | — | |
| JEJUNUM | — | |
| KIDNEYS | ✓ | |
| LIVER | + | see page 6 |
| LUNG | ✓ | 4 lobes |
| LYMPH NODE | — | |
| MES. NODE | — | |
| MUSCLE | ✓ | |
| OPTIC NERVE | — | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | small section |
| PITUITARY | ✓ | |
| PROSTATE | ✓ | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | | moderate congestion + extramedullary hematopoiesis |
| STERNUM | + | 100% cellularity, estimated M/E = 5/1 |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | section fragmented |
| THYROID | ✓ | small area examined |
| TONGUE | ✓ | |
| UTERUS | — | |

-4-

☒ cont'd p. 6

HMR 935390

AM670222024

AM-ITC 01006691

**97-788**                    HISTORY AND CLINICAL SUMMARY
ID #                          Date_____              ✓Euthanized _____
Acct. #                       Found dead ____ am pm _/_/__
User                          Last observed____am pm _/_/__

                    *D.N.A.*

CLINICAL DIAGNOSIS:

                                                        **HMR 935391**

Clinician_____        -5-          ☐ cont'd p. 6

AM670222025                                        AM-ITC 01006692