Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Case 1:05-cv-12237-WGY    Document 1092-10    Filed 09/20/2007    Page 1 of 11
Doc. 1092 Att. 9

# EXHIBIT 1
# Part 9 of 14

Dockets.Justia.com

*77-188*                                CONTINUATION PAGE

☐ History   ☐ Necropsy   ☒ Histopath   ☐ Comments

Liver, trace multifocal extramedullary hematopoiesis

Testes – mild multifocal fibrosis, moderate testicular degeneration characterized by maturation arrest and degenerating cells in tubular lumen.

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

HMR 935392

AM670222026                                AM-ITC 01006693

♂ ♀ BORN 6-27-77

Control a TO BLEED

E.Y.

Acc. # 77-788

HMR 935393

AM670222027                                        AM-ITC 01006694

PROJECT LOGBOOK          C 23249

Subject: _Hematology + Clinical Chemistry Determination_  Date 11/22/77 & 11/23/77  Page 95

_for S. Hermetic for Dr. Eugo 2 Week_  Signature _Brian Irvine_

| | | | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|---|
| | Treatment Date | A(BH/11-16) | | | | | | | | |
| | Day in Study | I(BH/17-19) | | | | | | | | |
| HEMATOLOGY | HCT (%) | I(H/20-23) | 46 | 44 | 52 | 50 | 65 | 68 | 68 | T— |
| | HGB (G %) | R(H/24-27) | 16.2 | 13.6 | 18.2 | 17.2 | 21.2 | 22.7 | 22.7 | 19.5 |
| | RBC (10⁶/CUMM) | R(H/28-31) | 8.30 | 8.23 | 8.11 | 7.26 | 8.89 | 8.53 | 9.04 | 8.13× |
| | WBC (10³/CUMM) | R(H/32-35) | 7.1 | 6.6 | 8.4 | 8.0 | 17.2 | 19.0 | 19.7 | 4.2× |
| | RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.8 | 1.5 | 2.3 | 2.4 | 4.1 | 1.5 |
| | Platelets (10³/CUMM) | I(H/40-43) | | | | | | | | |
| Diff. % | Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Neut. M | I(H/46-47) | 3 | 12 | 9 | 16 | 9 | 19 | 17 | 9 |
| | Lympho. | I(H/48-49) | 94 | 86 | 85 | 75 | 88 | 80 | 78 | 85 |
| | Eosino. | I(H/50-51) | 2 | 2 | 3 | 5 | 0 | 0 | 2 | 2 |
| | Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 3 | 4 |
| | Cells Observed (# 100) | I(H/56-58) | NR | NR | NR | NR | NR | NR | NR | NR |
| | NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| BLOOD CHEMISTRY | BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 28 | 37 | 36 | 23 |
| | BS (MG %) | I(B1/24-27) | | | | | | | | |
| | BSP (% RET/15 MIN) | I(B1/28-31) | | | | | | | | |
| | AP (I.U.) | I(B1/32-35) | 37 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
| | SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 38 | 52 | 35 | 51 | 87 | 22 |
| | SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 29 | 39 | 30 | 30 | 41 | 24 |
| | PT (SEC) | R(B1/44-47) | | | | | | | | |
| | Creatinine (MG %) | R(B1/48-51) | | | | | | | | |
| | Bilirubin  T | R(B1/52-55) | | | | | | | | |
| | (MG %)  D | R(B1/56-59) | | | | | | | | |
| | Na (MEQ/L) | I(B1/60-63) | | | | | | | | |
| | K (MEQ/L) | R(B1/64-67) | | | | | | | | |
| | Ca (MEQ/L) | R(B1/68-71) | | | | | | | | |
| | Cl (MEQ/L) | R(B1/72-75) | | | | | | | | |
| | Mg (MEQ/L) | R(B1/76-79) | | | | | | | | |
| Sequence within day | | I(B1/80) | | | | | | | | |
| Weight (KG) | | R(H/61-65) | | | | | | | | |
| Sequence within day | | I(H/75) | | | | | | | | |
| Temperature | | R(H/76-80) | | | | | | | | |

X — denotes duplicately run sample
\* — denotes slightly clotted sample

HMR 935394

Read and Understood by me   Signature _Dan X T._   Date _11/2/__

AM670222028

AM-ITC 01006695

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| | | |
|---|---|---|
| ID # 9097700789 1 | MODE: C D E F M N P Q (R) S T ___ | ACC. NO. 77-789 |
| Acct 380001635116 | AGE: NB I YA AD 5m | |
| | SEX: M (F) C S U H ___ | |
| User COLDMATTER | ROOM: FM1 | Hamster B |

Supporting Studies:     Specimen:                        Copy to CM _____
___Micro  ___Photo      ___Live Animal _____            Copy to user_____
___Paras  ___EM         X Carcass                        Phoned _____
X Hemat   ___U/A        ___Fresh Tiss.                   Indexed _____
___Sp St  X Chem        ___Fixed Tiss.

PRELIMINARY DIAGNOSIS:                    COMMENTS:

_[signature]_ Joanne _____ DVM
Prosector            Date

FINAL DIAGNOSIS:

**HMR 935395**

_Ward R Richter_ 3-3-78

77-789                           LAB REPORTS

| TISSUE LIST | | DICTATION GUIDE |
|---|---|---|
| 'ro. | WS | Tissue | |
| ✓ | | adipose | **EXTERNAL APPEARANCE**: hair, eyes, skin, nodes, extremities, rigidity, lividity, scalp, nares, perineum |
| ✓ | ✓ | adrenal | |
| ✓ | ✓ | aorta | **PERITONEAL CAVITY**: fat, fluid, adhesions, position of organs, hernias |
| ✓ | ✓ | bladder | **PLEURAL CAVITIES & MEDIASTINUM**: fluid, lung expansion, widening of med. |
| ✓ | | bone | **HEART & VESSELS**: size, fat, color, smoothness of endo & epicardium, |
| ✓ | | brain | chambers, cordae tend., pap. mus., hemorrhages, thrombi, |
| ✓ | ✓ | caecum | valves, thickenings, coronary arteries |
| ✓ | ✓ | colon | **RESPIRATORY TRACT**: nasal cav., sinuses, larynx, trachea, lung consist., |
| ✓ | | diaphragm | crepitation, pleural surfaces, cut surfaces |
| ✓ | ✓ | duodenum | **ALIMENTARY TRACT**: oral cav., sal. glands, pharynx, esophagus, stomach, |
| – | | esophagus | intestine, colon, anus, contents, serosa, mucosa, scars, |
| ✓ | ✓ | eye | Peyer's patches, mesenteric surface, vessels, nodes |
| – | | ear (mid) | **LIVER**: size, shape, color, surface, consistency, veins, arteries |
| – | ✓ | gall bladder | **BILIARY SYSTEM**: patency, size, contents, serosa, mucosa, wall, color |
| – | ✓ | gonad | **PANCREAS**: weight, color, consistency |
| – | ✓ | heart | **URINARY TRACT**: kidney--shape, wt., surface, size of cortex, contents |
| – | | ileum | of pelvis, arteries, veins, fat; bladder, urethra & |
| – | ✓ | jejunum | ureter--contents, mucosa, serosa, patency |
| – | ✓ | kidney(s) | **GENERATIVE ORGANS**: prostate, semin. ves., testes, epididymes, vagina, |
| – | | larynx | uterus, fall. tubes, ovaries--size, shape, surface, content |
| – | ✓ | liver | **SPLEEN**: size, color, consistency, cut surface, shape |
| – | | lung | **LYMPH NODES**: superficial, mediastinal, periaortic, portal pelvic, mesen- |
| – | ✓ | lymph node | teric; **TONSILS, THYMUS**: size, color, consistency |
| – | | mammary glnd | **BONE MARROW**: ribs, vertebra, sternum; color, consistency |
| – | | med. l. node | **ENDOCRINE GLANDS**: pituitary, thyroid, parathy., adrenals; symmetry, |
| – | | mes. l. node | size, color, nodules |
| – | ✓ | muscle | **BONES, JOINTS, SYNOVIA**: shape, size, contents |
| – | ✓ | pancreas | **SKELETAL MUSCLES**: symmetry, color, fibrosis, measure if a/hypertrophic |
| – | ✓ | parathyroid | **HEAD**: scalp, galea, calvarium |
| – | ✓ | pituitary | **BRAIN**: CSF, color, consistency, dura, vessels |
| – | | prostate | **SPINAL CORD**: dura, contents of space |
| – | ✓ | saliv. glnd | |
| – | | sciatic n. | |
| – | | semin. ves. | **SPECIAL GROSS OBSERVATIONS**: speculations, deduced conclusions |
| – | | skin | |
| – | | spinal cord | |
| – | | spleen | **LABORATORY DETERMINATIONS**: |
| – | ✓ | stomach | MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine |
| – | ✓ | trachea | PARASITOLOGY: fecal flotation |
| – | ✓ | thymus | SEROLOGY: |
| – | ✓ | thyroid | VIROLOGY: |
| – | | tongue | |
| – | | tonsils | |
| – | | ureters | **HISTOLOGIC ADJECTIVES**: mild, moderate, severe, generalized, diffuse, |
| – | | urethra | focal, multifocal |
| – | ✓ | uterus | |
| – | ✓ | vagina | *lungs perfused* |
| | | | *bowel perfused* |
| | | | *bladder perfused* |
| DK | | | *axillary tissue - sep.* |

**HMR 935396**

# NECROPSY REPORT

**72-789**

Post mortem interval: __55__ to __70 min__    ♀    Weight: __127.0__ (g) kg

ORGAN:        OBSERVATION

✓ = W.N.L.

| Organ | ✓ | Weight/Notes |
|---|---|---|
| ADRENALS | ✓ | R.0.000dg; L.0.000dg |
| AORTA | ✓ | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | 0.8907g |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | |
| GALL BLADDER | ✓ | |
| GONADS | ✓ | too small and fat laden to weigh |
| HEART | ✓ | 0.3540g |
| ILEUM | ✓ | |
| JEJUNUM | ✓ | |
| KIDNEYS | ✓ | L.0.2934g, R.0.3035g |
| LIVER | ✓ | 3.5300g |
| LUNG | ✓ | perfusion began before weighing |
| LYMPH NODE | ✓ | |
| MES. NODE | — | |
| MUSCLE | ✓ | |
| OPTIC NERVE | ✓ | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| ? PITUITARY | ✓ | too small to weigh |
| PROSTATE |  | w.r.r |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | — | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | ✓ | 0.0812g |
| STERNUM | ✓ | |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | ✓ | |
| UTERUS | ✓ | |

Free blood in thorax and pericardial cavity.

Lungs: collapsed upon opening chest, perfusion began before weight taken, lungs were WNL

**HMR 935397**

☐ cont'd p. 6

-3-

## HISTOPATHOLOGIC EVALUATION

77-789

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L. | | |
| ADRENALS | ✓ | |
| AORTA | — | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | + | moderate chronic enteritis |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | shattered section, no lens present |
| GALL BLADDER | + | autolyzed |
| GONADS | ✓ | one ovary examined |
| HEART | ✓ | trace, chronic multifocal myocarditis |
| ILEUM | — | WNL |
| JEJUNUM | — | WNL |
| KIDNEYS | ✓ | focal papillary calcification |
| LIVER | + | trace, extramedullary hematopoiesis |
| LUNG | + | occasional free alveolar cells in lumen, 5 lobes |
| LYMPH NODE | — | |
| MES. NODE | — | |
| MUSCLE | ✓ | |
| OPTIC NERVE | — | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| | ✓ | |
| PITUITARY | — | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | — | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | + | mild congestion, mild to moderate extramedullary hematopoiesis |
| STERNUM | + | 80% cellularity, M/E ~ 3/2 |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | | |
| UTERUS | ✓ | |
| parathyroid | ✓ | one |
| ___ | — | |

-4-

☐ cont'd p. 6

HMR 935398

AM670222032   AM-ITC 01006699

| 77-789 | HISTORY AND CLINICAL SUMMARY | |
|---|---|---|
| ID # | Date_____ | ✓ Euthanized _____ |
| Acct. # | Found dead ____ am pm _/_/_ | |
| User | Last observed ____ am pm _/_/_ | |

D.N.A.

CLINICAL DIAGNOSIS:

**HMR 935399**

Clinician _____  -5-  ☐ cont'd p. 6

AM670222033       AM-ITC 01006700

77-789                          CONTINUATION PAGE

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

HMR 935400

-6-

PROJECT LOGBOOK    C  23249

Subject: _[handwritten]_ Date: 11/22/77 + 11/23/77    Page 95

Signature: _[handwritten]_

|  |  |  | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|---|
| Treatment Date | | A(BH/11-16) | | | | | | | | |
| Day in Study | | I(BH/17-19) | | | | | | | | |
| HEMATOLOGY | HCT (%) | I(H/20-23) | 46 | 44 | 58 | 50 | 65 | 68 | 65 | — |
| | HGB (G%) | R(H/24-27) | 16.2 | 13.6 | 18.2 | 17.2 | 21.2 | 22.7 | 22.7 | 19.5 |
| | RBC (10⁶/CUMM) | R(H/28-31) | 5.20 | 3.23 | 8.11 | 7.26 | 5.89 | 8.53 | 9.04 | 8.13✗ |
| | WBC (10³/CUMM) | R(H/32-35) | 7.1 | 6.6 | 8.4 | 8.0 | 17.2 | 19.0 | 19.7 | 4.2✗ |
| | RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.8 | 1.5 | 2.3 | 2.4 | 4.1 | 1.6 |
| | Platelets (10³/CUMM) | I(H/40-43) | | | | | | | | |
| | Diff. % Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Neut. M | I(H/46-47) | 53 | 12 | 9 | 16 | 9 | 19 | 17 | 9 |
| | Lympho. | I(H/48-49) | 94 | 86 | 85 | 75 | 88 | 60 | 78 | 85 |
| | Eosino. | I(H/50-51) | 3 | 2 | 3 | 5 | 0 | 0 | 2 | 2 |
| | Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 3 | 4 |
| | Cells Observed (# 100) | I(H/56-58) | N2 | N2 | N2 | N2 | N2 | N2 | N2 | N2 |
| | NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| BLOOD CHEMISTRY | BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 29 | 37 | 56 | 23 |
| | BS (MG %) | I(B1/24-27) | | | | | | | | |
| | BSP (% RET/15 MIN) | I(B1/28-31) | | | | | | | | |
| | AP (I.U.) | I(B1/32-35) | 37 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
| | SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 39 | 52 | 35 | 51 | 87 | 22 |
| | SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 27 | 39 | 30 | 30 | 41 | 14 |
| | PT (SEC) | R(B1/44-47) | | | | | | | | |
| | Creatinine (MG %) | R(B1/48-51) | | | | | | | | |
| | Bilirubin T (MG %) | R(B1/52-55) | | | | | | | | |
| | D | R(B1/56-59) | | | | | | | | |
| | Na (MEQ/L) | I(B1/60-63) | | | | | | | | |
| | K (MEQ/L) | R(B1/64-67) | | | | | | | | |
| | Ca (MEQ/L) | R(B1/68-71) | | | | | | | | |
| | Cl (MEQ/L) | R(B1/72-75) | | | | | | | | |
| | Mg (MEQ/L) | R(B1/76-79) | | | | | | | | |
| Sequence within day | | I(B1/80) | | | | | | | | |
| Weight (KG) | | R(H/61-65) | | | | | | | | |
| Sequence within day | | I(H/75) | | | | | | | | |
| Temperature | | R(H/76-80) | | | | | | | | |

✗ - denotes duplicately run sample
\* - denotes slightly clotted sample

HMR 935401

Read and Understood by: _____  Signature: _____  Date: _____