# EXHIBIT 1
# Part 10 of 14

1 ♀ BORN 6-27-77

↓ 7% BLEED
D
Control

E.Y.

Acc. # 77-789

HMR 935402

AM670222036                                              AM-ITC 01006703

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 90977007908 | MODE: C D E F M N P Q (R) S T | ACC. NO. 77-790 |
|---|---|---|
| Acct# 0001630116 | AGE: NB I YA (AD) | |
| User: OLOKASSER | SEX: (M) F C S U H | |
| | ROOM: FM1 | Hamster C |

Supporting Studies:
___ Micro   ___ Photo
___ Paras   ___ EM
_X_ Hemat   ___ U/A
___ Sp St   _X_ Chem

Specimen:
___ Live Animal
_X_ Carcass
___ Fresh Tiss.
___ Fixed Tiss.

Copy to CM _____
Copy to user _____
Phoned _____
Indexed _____

PRELIMINARY DIAGNOSIS:

COMMENTS:
12-29-77 ordered recvd, 1-4, 6, 8, 12

_____
Prosector         Date

FINAL DIAGNOSIS:

Ward R Richter 3-3-78

**HMR 935403**

77-790                                                LAB REPORTS

| TISSUE LIST | | | DICTATION GUIDE |
|---|---|---|---|
| Pro | WS | Tissue | |
| ✓ | | adipose | EXTERNAL APPEARANCE: hair, eyes, skin, nodes, extremities, rigidity, lividity, scalp, nares, perineum |
| ✓ | | adrenal | |
| ✓ | | aorta | PERITONEAL CAVITY: fat, fluid, adhesions, position of organs, hernias |
| ✓ | | bladder | PLEURAL CAVITIES & MEDIASTINUM: fluid, lung expansion, widening of med. |
| ✓ | | bone | HEART & VESSELS: size, fat, color, smoothness of endo & epicardium, chambers, cordae tend., pap. mus., hemorrhages, thrombi, valves, thickenings, coronary arteries |
| ✓ | | brain | |
| ✓ | | caecum | |
| ✓ | | colon | RESPIRATORY TRACT: nasal cav., sinuses, larynx, trachea, lung consist., crepitation, pleural surfaces, cut surfaces |
| ✓ | | diaphragm | |
| ✓ | | duodenum | ALIMENTARY TRACT: oral cav., sal. glands, pharynx, esophagus, stomach, intestine, colon, anus, contents, serosa, mucosa, scars, Peyer's patches, mesenteric surface, vessels, nodes |
| ✓ | | esophagus | |
| ✓ | | eye | |
| — | | ear (mid) | LIVER: size, shape, color, surface, consistency, veins, arteries |
| ✓ | | gall bladder | BILIARY SYSTEM: patency, size, contents, serosa, mucosa, wall, color |
| ✓ | | gonad | PANCREAS: weight, color, consistency |
| ✓ | | heart | URINARY TRACT: kidney--shape, wt., surface, size of cortex, contents of pelvis, arteries, veins, fat; bladder, urethra & ureter--contents, mucosa, serosa, patency |
| ✓ | | ileum | |
| ✓ | | jejunum | |
| ✓ | | kidney(s) | GENERATIVE ORGANS: prostate, semin. ves., testes, epididymes, vagina, uterus, fall. tubes, ovaries--size, shape, surface, content |
| — | | larynx | |
| ✓ | | liver | SPLEEN: size, color, consistency, cut surface, shape |
| ✓ | | lung | LYMPH NODES: superficial, mediastinal, periaortic, portal pelvic, mesenteric; TONSILS, THYMUS: size, color, consistency |
| ✓ | | lymph node | |
| ✓ | | mammary glnd | BONE MARROW: ribs, vertebra, sternum; color, consistency |
| — | | med. l. node | ENDOCRINE GLANDS: pituitary, thyroid, parathy., adrenals; symmetry, size, color, nodules |
| ✓ | | mes. l. node | |
| ✓ | | muscle | BONES, JOINTS, SYNOVIA: shape, size, contents |
| ✓ | | pancreas | SKELETAL MUSCLES: symmetry, color, fibrosis, measure if a/hypertrophic |
| ✓ | | parathyroid | HEAD: scalp, galea, calvarium |
| ✓ | | pituitary | BRAIN: CSF, color, consistency, dura, vessels |
| ✓ | | prostate | SPINAL CORD: dura, contents of space |
| ✓ | | saliv. glnd | |
| ✓ | | sciatic n. | |
| ✓ | | semin. ves. | SPECIAL GROSS OBSERVATIONS: speculations, deduced conclusions |
| ✓ | | skin | |
| ✓ | | spinal cord | |
| ✓ | | spleen | LABORATORY DETERMINATIONS: |
| ✓ | | stomach | MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine |
| ✓ | | trachea | PARASITOLOGY: fecal flotation |
| ✓ | | thymus | SEROLOGY: |
| ✓ | | thyroid | VIROLOGY: |
| ✓ | | tongue | |
| — | | tonsils | |
| ✓ | | ureters | HISTOLOGIC ADJECTIVES: mild, moderate, severe, generalized, diffuse, focal, multifocal |
| ✓ | | urethra | |
| — | | uterus | |
| — | | vagina | |

*Lungs, bowel, bladder perfused*
*mediastinal tissue - (A) (B)*

**HMR 935404**

-2-

## 77-790 NECROPSY REPORT

Post mortem interval: 55 to 70 min    ♂    Weight: 122 (g) kg
ORGAN:    OBSERVATION

✓ = W.N.L.

| Organ | ✓ | Weight | Notes |
|---|---|---|---|
| • ADRENALS | ✓ | R. 0.0001g, L. 0.0002g | Trace of free blood in pleural cavity. |
| AORTA | ✓ | | |
| BLADDER | ✓ | | |
| BONE | ✓ | | |
| • BRAIN | ✓ | 0.9308g | |
| CAECUM | ✓ | | |
| COLON | ✓ | | |
| DUODENUM | ✓ | | |
| ESOPHAGUS | ✓ | | |
| EYE | ✓ | | |
| GALL BLADDER | ✓ | | |
| • GONADS | ✓ | R. 0.2530g, L. 0.2328g | |
| • HEART | ✓ | 0.4147g | |
| ILEUM | ✓ | | |
| JEJUNUM | ✓ | | |
| • KIDNEYS | ✓ | R. 0.3237g, L. 0.3338g | |
| • LIVER | ✓ | 3.56g | |
| • LUNG | ✓ | 1.0206g | |
| LYMPH NODE | ✓ | | |
| MES. NODE | ✓ | | |
| MUSCLE | ✓ | | |
| OPTIC NERVE | ✓ | | |
| PANCREAS | ✓ | | |
| PERIPHERAL NERVE | ✓ | | |
| ? PITUITARY | ✓ | too small to weigh | |
| PROSTATE | ✓ | | |
| SALIVARY GLAND | ✓ | | |
| SEMINAL VESICLE | ✓ | | |
| SKIN | ✓ | | |
| SPINAL CORD | ✓ | | |
| • SPLEEN | ✓ | 0.0400g | |
| STERNUM | ✓ | | |
| STOMACH | ✓ | | |
| TRACHEA | ✓ | | |
| THYMUS | ✓ | | |
| THYROID | ✓ | | |
| TONGUE | ✓ | | |
| UTERUS | — | | |

HMR 935405

-3-    ☐ cont'd p. 6

77-790      HISTOPATHOLOGIC EVALUATION

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L. | | |
| ADRENALS | — | |
| AORTA | — | |
| BLADDER | — | |
| BONE | — | |
| BRAIN | ✓ | |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | small section |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | shattered section |
| GALL BLADDER | ✓ | |
| GONADS | — | |
| HEART | ✓ | small section |
| ILEUM | — | |
| JEJUNUM | — | |
| KIDNEYS | ✓ | |
| LIVER | ✓ | |
| LUNG | ✓ | 5 lobes |
| LYMPH NODE | — | |
| MES. NODE | ✓ | |
| MUSCLE | ✓ | |
| OPTIC NERVE | — | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | — | |
| PITUITARY | — | |
| PROSTATE | — | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | — | |
| SKIN | ✓ | |
| SPINAL CORD | — | |
| SPLEEN | — | |
| STERNUM | ✓ | % cellularity difficult to estimate, M/E ~ 3/2 |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | — | |
| UTERUS | — | |

Tissues were not fixed or embedded well. Missing tissues occurred because entire block was unsuccessfully cut to obtain section. Cause of technical failure not known.

HMR 935406

-4-                     ☐cont'd p. 6

AM670222040                                    AM-ITC 01006707

__77-790__                HISTORY AND CLINICAL SUMMARY

ID #                Date_____              X Euthanized _____
Acct. #             Found dead ___ am pm _/_/_
User                Last observed ___ am pm _/_/_

                         *D.N.A.*

CLINICAL DIAGNOSIS:

**HMR 935407**

Clinician _____          -5-          ☐ cont'd p. 6

AM670222041                                    AM-ITC 01006708

*77-790*                                  CONTINUATION PAGE

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

---

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

**HMR 935408**

-6-

AM670222042                                               AM-ITC 01006709

PROJECT LOGBOOK                     C  23249

Subject _____ Date 11/22/77 & 11/23/77   Page 35

Signature _____

| | | | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|---|
| Treatment Date | | A(BH/11-16) | | | | | | | | |
| Day in Study | | I(BH/17-19) | | | | | | | | |
| HEMATOLOGY | HCT (%) | I(H/20-23) | 46 | 44 | 52 | 50 | 65 | 68 | 68 | — |
| | HGB (G %) | R(H/24-27) | 16.2 | 15.6 | 15.2 | 17.2 | 21.2 | 22.7 | 22.7 | 19.5 |
| | RBC (10⁶/CUMM) | R(H/28-31) | 9.30 | 9.23 | 8.11 | 7.26 | 5.89 | 8.53 | 9.04 | 8.16X |
| | WBC (10³/CUMM) | R(H/32-35) | 7.1 | 6.6 | 8.4 | 8.0 | 17.8 | 19.0 | 19.7 | 4.2X |
| | RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.6 | 1.5 | 2.3 | 2.9 | 4.1 | 1.6 |
| | Platelets (10⁵/CUMM) | I(H/40-43) | | | | | | | | |
| | Diff. % Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Neut. M | I(H/46-47) | 13 | 12 | 9 | 16 | 9 | 19 | 17 | 9 |
| | Lympho. | I(H/48-49) | 94 | 86 | 85 | 75 | 88 | 60 | 78 | 85 |
| | Eosino. | I(H/50-51) | 3 | 2 | 3 | 5 | 0 | 0 | - | 2 |
| | Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 |
| | Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 3 | 4 |
| | Cells Observed (# 100) | I(H/56-58) | NR | NR | NR | NR | NR | NR | NR | NR |
| | NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| BLOOD CHEMISTRY | BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 28 | 37 | 36 | 28 |
| | BS (MG %) | I(B1/24-27) | | | | | | | | |
| | BSP (% RET/15 MIN) | I(B1/28-31) | | | | | | | | |
| | AP (I.U.) | I(B1/32-35) | 37 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
| | SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 38 | 52 | 35 | 51 | 87 | 22 |
| | SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 29 | 39 | 30 | 30 | 41 | 24 |
| | PT (SEC) | R(B1/44-47) | | | | | | | | |
| | Creatinine (MG %) | R(B1/48-51) | | | | | | | | |
| | Bilirubin T | R(B1/52-55) | | | | | | | | |
| | (MG %) D | R(B1/56-59) | | | | | | | | |
| | Na (MEQ/L) | I(B1/60-63) | | | | | | | | |
| | K (MEQ/L) | R(B1/64-67) | | | | | | | | |
| | Ca (MEQ/L) | R(B1/68-71) | | | | | | | | |
| | Cl (MEQ/L) | R(B1/72-75) | | | | | | | | |
| | Mg (MEQ/L) | R(B1/76-79) | | | | | | | | |
| Sequence within day | | I(B1/80) | | | | | | | | |
| Weight (KG) | | R(H/61-65) | | | | | | | | |
| Sequence within day | | I(H/75) | | | | | | | | |
| Temperature | | R(H/76-80) | | | | | | | | |

X - denotes duplicately run sample
* - denotes slightly clotted sample

Read and Understood by me    Signature _____  Date _____

HMR 935409

I. AM T.,
control c    ε/σ.l
T.'s SEPT-1977  TO BLEED
E. YANG

Acc. # 77-790

HMR 935410

AM670222044                    AM-ITC 01006711

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 8908   90977007917 | MODE: C D E F M N P Q (R) S T ___ | ACC. NO. 77-791 |
| --- | --- | --- |
| Acct 58000163C116 | AGE: NB 1 YA (AD) | |
| User GOLDWASSER | SEX: (M) F C S U H | Hamster  D |
| | ROOM: FM1 | |

Supporting Studies:  Specimen:                         Copy to CM _____
 ___Micro  ___Photo      ___Live Animal _____         Copy to user _____
 ___Paras  ___EM         X Carcass                    Phoned _____
 X Hemat  ___U/A         ___Fresh Tiss.                Indexed _____
 ___Sp St  X Chem        ___Fixed Tiss.

PRELIMINARY DIAGNOSIS:        COMMENTS:
                              12-29-77 ordered recut
                              #7 + #9 ok
                              find testes slide

[signature] Jeanne E. ___ DVM
Prosector          Date
FINAL DIAGNOSIS:

                                                              HMR 935411

[signature] Ward R. Richter  3-3-78
Pathologist         Date

AM670222045                                                AM-ITC 01006712