# EXHIBIT 1
# Part 11 of 14

Dockets.Justia.com

77-791                                       LAB REPORTS

| TISSUE LIST | | | DICTATION GUIDE |
|---|---|---|---|
| ro | WS | Tissue | |
| ✓ | ✓ | adipose | **EXTERNAL APPEARANCE**: hair, eyes, skin, nodes, extremities, rigidity, lividity, scalp, nares, perineum |
| ✓ | ✓ | adrenal | **PERITONEAL CAVITY**: fat, fluid, adhesions, position of organs, hernias |
| ✓ | ✓ | aorta | **PLEURAL CAVITIES & MEDIASTINUM**: fluid, lung expansion, widening of med. |
| ✓ | ✓ | bladder | **HEART & VESSELS**: size, fat, color, smoothness of endo & epicardium, |
| ✓ | ✓ | bone | chambers, cordae tend., pap. mus., hemorrhages, thrombi, |
| ✓ | ✓ | brain | valves, thickenings, coronary arteries |
| ✓ | ✓ | caecum | **RESPIRATORY TRACT**: nasal cav., sinuses, larynx, trachea, lung consist., |
| ✓ | ✓ | colon | crepitation, pleural surfaces, cut surfaces |
| ✓ | ✓ | diaphragm | **ALIMENTARY TRACT**: oral cav., sal. glands, pharynx, esophagus, stomach, |
| ✓ | ✓ | duodenum | intestine, colon, anus, contents, serosa, mucosa, scars, |
| ✓ | ✓ | esophagus | Peyer's patches, mesenteric surface, vessels, nodes |
| ✓ | ✓ | eye | **LIVER**: size, shape, color, surface, consistency, veins, arteries |
| — | — | ear (mid) | **BILIARY SYSTEM**: patency, size, contents, serosa, mucosa, wall, color |
| ✓ | ✓ | gall bladder | **PANCREAS**: weight, color, consistency |
| ✓ | ✓ | gonad | **URINARY TRACT**: kidney--shape, wt., surface, size of cortex, contents |
| ✓ | ✓ | heart | of pelvis, arteries, veins, fat; bladder, urethra & |
| ✓ | ✓ | ileum | ureter--contents, mucosa, serosa, patency |
| ✓ | ✓ | jejunum | **GENERATIVE ORGANS**: prostate, semin. ves., testes, epididymes, vagina, |
| ✓ | ✓ | kidney(s) | uterus, fall. tubes, ovaries--size, shape, surface, content |
| ✓ | ✓ | larynx | **SPLEEN**: size, color, consistency, cut surface, shape |
| ✓ | ✓ | liver | **LYMPH NODES**: superficial, mediastinal, periaortic, portal pelvic, mesen- |
| ✓ | ✓ | lung | teric; TONSILS, THYMUS: size, color, consistency |
| ✓ | ✓ | lymph node | **BONE MARROW**: ribs, vertebra, sternum; color, consistency |
| ✓ | ✓ | mammary glnd | **ENDOCRINE GLANDS**: pituitary, thyroid, parathy., adrenals; symmetry, |
| — | — | med. l. node | size, color, nodules |
| ✓ | ✓ | mes. l. node | **BONES, JOINTS, SYNOVIA**: shape, size, contents |
| ✓ | ✓ | muscle | **SKELETAL MUSCLES**: symmetry, color, fibrosis, measure if a/hypertrophic |
| ✓ | ✓ | pancreas | **HEAD**: scalp, galea, calvarium |
| ✓ | ✓ | parathyroid | **BRAIN**: CSF, color, consistency, dura, vessels |
| ✓ | ✓ | pituitary | **SPINAL CORD**: dura, contents of space |
| ✓ | ✓ | prostate | |
| ✓ | ✓ | saliv. glnd | |
| ✓ | ✓ | sciatic n. | |
| ✓ | ✓ | semin. ves. | **SPECIAL GROSS OBSERVATIONS**: speculations, deduced conclusions |
| ✓ | ✓ | skin | |
| ✓ | ✓ | spinal cord | |
| ✓ | ✓ | spleen | **LABORATORY DETERMINATIONS**: |
| ✓ | ✓ | stomach |   MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine |
| ✓ | ✓ | trachea |   PARASITOLOGY: fecal flotation |
| ✓ | ✓ | thymus |   SEROLOGY: |
| ✓ | ✓ | thyroid |   VIROLOGY: |
| ✓ | | tongue | |
| — | — | tonsils | |
| ✓ | ✓ | ureters | **HISTOLOGIC ADJECTIVES**: mild, moderate, severe, generalized, diffuse, |
| — | — | urethra | focal, multifocal |
| — | — | uterus | *Lungs, bladder, bowel, perfused* |
| — | — | vagina | *one eye destroyed* |
| DK | | | |

**HMR 935412**

AM670222046                                                    AM-ITC 01006713

# 77-791 NECROPSY REPORT

Post mortem interval: 60 to 80 Min ♂    Weight: 144 (g) kg
ORGAN:    OBSERVATION

| ✓ = W.N.L | | |
|---|---|---|
| • ADRENALS | ✓ | L.0.0003g, R.0.0002g |
| AORTA | ✓ | |
| BLADDER | ✓ | |
| ... | ✓ | |
| • ... | ✓ | 0.8590g |
| ... | ✓ | |
| ... | ✓ | |
| ... | ✓ | |
| ... | ✓ | |
| ... | ✓ | |
| • ... | ✓ | R.0.1722g, L.0.1722g |
| ... | ✓ | 0.5055g |
| ... | ✓ | |
| ... | ✓ | |
| • KIDNEYS | ✓ | L.0.3743g, R.0.3540g |
| • LIVER | + | 6.5643g |
| • LUNG | + | 1.2631g |
| LYMPH NODES | ✓ | |
| ... | ✓ | |
| ... | ✓ | |
| ... | ✓ | |
| PANCREAS | ✓ | |
| PERICARDIUM | ✓ | |
| ? PITUITARY | ✓ | too small to weigh |
| PROSTATE | ✓ | |
| SALIVARY GLANDS | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| • SPLEEN | ✓ | 0.0914g |
| STERNUM | ✓ | |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | ✓ | |
| UTERUS | — | |

Liver enlarged and extends 3 cm. beyond sternum at midline.

Lung. ½ cm × ½ cm dark spot at the apex of left diaphragmatic lobe.

Thoracic cavity much free blood, clot found free in thoracic cavity.

HMR 935413

-3-

☐ cont'd p. 6

**77-791**    HISTOPATHOLOGIC EVALUATION

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L. | | |
| ADRENALS | + | congestion, trace |
| AORTA | — | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | |
| (illegible) | ✓ | section fragmented |
| (illegible) | ✓ | |
| (illegible) | ✓ | |
| (illegible) | ✓ | shattered sections, lens present |
| (illegible) | ✓ | autolysis |
| GONADS | + | mild testicular degeneration, bilateral |
| (illegible) | ✓ | |
| ILEUM | — | |
| JEJUNUM | — | |
| KIDNEYS | ✓ | |
| LIVER | ✓ | |
| LUNG | + | mild multifocal pulmonary adenomatosis |
| LYMPH NODE | ✓ | |
| MES. NODE | + | mild lymphoid hyperplasia |
| MUSCLE | ✓ | |
| OPTIC NERVE | ✓ | one examined |
| PANCREAS | ✓ | |
| PERITONEAL TISSUE | ✓ | |
| PITUITARY | ✓ | |
| PROSTATE | ✓ | |
| SALIVARY GLANDS | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | + | Moderate follicular hyperplasia, congestion + intramedullary hematopoiesis |
| STERNUM | + | 90% cellularity ME ~ 5/3 |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | — | |
| UTERUS | — | |
| diaphragm | + | mild chronic myositis |

HMR 935414

☐ cont'd p. 6

AM670222048    AM-ITC 01006715

_77-791_                    HISTORY AND CLINICAL SUMMARY

ID #                        Date_____                    ✓ Euthanized ____

Acct. #                     Found dead ___ am pm / /

User                        Last observed ___ am pm / /

_D.N.A._

CLINICAL DIAGNOSIS:

HMR 935415

Clinician _____                    -5-

AM670222049                                         AM-ITC 01006716

*77-791*  CONTINUATION PAGE

☐ History  ☐ Necropsy  ☐ Histopath  ☐ Comments

☐ History  ☐ Necropsy  ☐ Histopath  ☐ Comments

**HMR 935416**

-6-

AM670222050

AM-ITC 01006717

Subject: _Hematology & Clinical Chemistry Determination_   Date: 11/22/77 & 11/23/77   Page 35

for S. Thomsecke Dr. Eugen Goldwasser   Signature: _[signature]_

|  |  |  | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Treatment Date | A(BH/11-16) |  |  |  |  |  |  |  |  |
|  | Day in Study | I(BH/17-19) |  |  |  |  |  |  |  |  |
| HEMATOLOGY | HCT (%) | I(H/20-23) | 46 | 44 | 52 | 50 | 65 | 68 | 65 |  |
|  | HGB (G %) | R(H/24-27) | 16.2 | 13.6 | 18.2 | 17.2 | 21.2 | 22.7 | 22.7 | 19.5 |
|  | RBC (10⁶/CUMM) | R(H/28-31) | 8.20 | 8.23 | 8.11 | 7.26 | 8.59 | 8.53 | 9.54 | 8.18* |
|  | WBC (10³/CUMM) | R(H/32-35) | 7.1 | 6.6 | 8.4 | 8.0 | 17.2 | 19.0 | 15.7 | 4.2* |
|  | RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.8 | 1.5 | 2.3 | 2.9 | 4.1 | 1.6 |
|  | Platelets (10³/CUMM) | I(H/40-43) |  |  |  |  |  |  |  |  |
|  | Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Neut. M | I(H/46-47) | 53 | 12 | 9 | 16 | 9 | 19 | 17 | 9 |
|  | Lympho. | I(H/48-49) | 44 | 86 | 85 | 75 | 88 | 80 | 78 | 85 |
|  | Eosino. | I(H/50-51) | 3 | 2 | 3 | 5 | 0 | 0 | 3 | 2 |
|  | Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 2 | 4 |
|  | Cells Observed (≠ 100) | I(H/56-58) | NL | NL | NL | NL | NL | NL | NL | NL |
|  | NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| BLOOD CHEMISTRY | BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 28 | 37 | 36 | 28 |
|  | BS (MG %) | I(B1/24-27) |  |  |  |  |  |  |  |  |
|  | BSP (% RET/15 MIN) | I(B1/28-31) |  |  |  |  |  |  |  |  |
|  | AP (I.U.) | I(B1/32-35) | 57 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
|  | SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 39 | 52 | 35 | 51 | 87 | 22 |
|  | SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 27 | 39 | 30 | 30 | 41 | 24 |
|  | PT (SEC) | R(B1/44-47) |  |  |  |  |  |  |  |  |
|  | Creatinine (MG %) | R(B1/48-51) |  |  |  |  |  |  |  |  |
|  | Bilirubin T | R(B1/52-55) |  |  |  |  |  |  |  |  |
|  | (MG %) D | R(B1/56-59) |  |  |  |  |  |  |  |  |
|  | Na (MEQ/L) | I(B1/60-63) |  |  |  |  |  |  |  |  |
|  | K (MEQ/L) | R(B1/64-67) |  |  |  |  |  |  |  |  |
|  | Ca (MEQ/L) | R(B1/68-71) |  |  |  |  |  |  |  |  |
|  | Cl (MEQ/L) | R(B1/72-75) |  |  |  |  |  |  |  |  |
|  | Mg (MEQ/L) | R(B1/76-79) |  |  |  |  |  |  |  |  |
| Sequence within day |  | I(B1/80) |  |  |  |  |  |  |  |  |
| Weight (KG) |  | R(H/61-65) |  |  |  |  |  |  |  |  |
| Sequence within day |  | I(H/75) |  |  |  |  |  |  |  |  |
| Temperature |  | R(H/76-80) |  |  |  |  |  |  |  |  |

X — denotes duplicately run sample
* — denotes slightly clotted sample

HMR 935417

Read and Understood by me   Signature: _D. X. L._   Date: _____

AM670222051     AM-ITC 01006718

1 ∂ HAMSTER S/renks
REC'D
Control d    9/8/77
TO BLEED
                E.Y.

Acc. # 77-791

HMR 935418

AM670222052                                AM-ITC 01006719

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 90977007926 | MODE: C D E F M N P Q (R) S T | ACC. NO. 77-79 |
|---|---|---|
| Acc # a0018sc116 | AGE: NB I YA AD 6m | |
| User: | SEX: M (F) C S U H | |
| | ROOM: FM1 | Hamster E |

Supporting Studies:       Specimen:                          Copy to CM _____
  ___Micro  ___Photo        ___Live Animal                   Copy to user _____
  ___Paras  ___EM           X Carcass                        Phoned _____
  X Hemat   ___U/A          ___Fresh Tiss.                   Indexed _____
  ___Sp St  X Chem          ___Fixed Tiss.

PRELIMINARY DIAGNOSIS:                    COMMENTS:

*[signature]* D.V.M.
Prosector                Date
FINAL DIAGNOSIS:

**HMR 935419**

*Ward R. Richter 3-3-78*
Pathologist

AM-ITC 01006720
AM670222053

*77-792*

LAB REPORTS

| TISSUE LIST | | | DICTATION GUIDE |
|---|---|---|---|
| Pro | WS | Tissue | |
| ✓ | | adipose | **EXTERNAL APPEARANCE**: hair, eyes, skin, nodes, extremities, rigidity, |
| ✓ | | adrenal | lividity, scalp, nares, perineum |
| ✓ | | aorta | **PERITONEAL CAVITY**: fat, fluid, adhesions, position of organs, hernias |
| ✓ | | bladder | **PLEURAL CAVITIES & MEDIASTINUM**: fluid, lung expansion, widening of med. |
| ✓ | | bone | **HEART & VESSELS**: size, fat, color, smoothness of endo & epicardium, |
| ✓ | | brain | chambers, cordae tend., pap. mus., hemorrhages, thrombi, |
| ✓ | | caecum | valves, thickenings, coronary arteries |
| ✓ | | colon | **RESPIRATORY TRACT**: nasal cav., sinuses, larynx, trachea, lung consist., |
| ✓ | | diaphragm | crepitation, pleural surfaces, cut surfaces |
| ✓ | | duodenum | **ALIMENTARY TRACT**: oral cav., sal. glands, pharynx, esophagus, stomach, |
| ✓ | | esophagus | intestine, colon, anus, contents, serosa, mucosa, scars, |
| ✓ | | eye | Peyer's patches, mesenteric surface, vessels, nodes |
| — | | ear (mid) | **LIVER**: size, shape, color, surface, consistency, veins, arteries |
| ✓ | | gall bladder | **BILIARY SYSTEM**: patency, size, contents, serosa, mucosa, wall, color |
| ✓ | | gonad | **PANCREAS**: weight, color, consistency |
| ✓ | | heart | **URINARY TRACT**: kidney--shape, wt., surface, size of cortex, contents |
| ✓ | | ileum | of pelvis, arteries, veins, fat; bladder, urethra & |
| ✓ | | jejunum | ureter--contents, mucosa, serosa, patency |
| ✓ | | kidney(s) | **GENERATIVE ORGANS**: prostate, semin. ves., testes, epididymes, vagina, |
| ✓ | | larynx | uterus, fall. tubes, ovaries--size, shape, surface, content |
| ✓ | | liver | **SPLEEN**: size, color, consistency, cut surface, shape |
| ✓ | | lung | **LYMPH NODES**: superficial, mediastinal, periaortic, portal pelvic, mesen- |
| ✓ | | lymph node | teric; TONSILS, THYMUS. size, color, consistency |
| ✓ | | mammary glnd | **BONE MARROW**: ribs, vertebra, sternum; color, consistency |
| — | | med. l. node | **ENDOCRINE GLANDS**: pituitary, thyroid, parathy., adrenals; symmetry, |
| ✓ | | mes. l. node | size, color, nodules |
| ✓ | | muscle | **BONES, JOINTS, SYNOVIA**: shape, size, contents |
| ✓ | | pancreas | **SKELETAL MUSCLES**: symmetry, color, fibrosis, measure if a/hypertrophic |
| ✓ | | parathyroid | **HEAD**: scalp, galea, calvarium |
| ✓ | | pituitary | **BRAIN**: CSF, color, consistency, dura, vessels |
| — | | prostate | **SPINAL CORD**: dura, contents of space |
| ✓ | | saliv. glnd | |
| ✓ | | sciatic n. | |
| — | | semin. ves. | **SPECIAL GROSS OBSERVATIONS**: speculations, deduced conclusions |
| ✓ | | skin | |
| ✓ | | spinal cord | |
| ✓ | | spleen | **LABORATORY DETERMINATIONS**: |
| ✓ | | stomach | MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine |
| ✓ | | trachea | PARASITOLOGY: fecal flotation |
| ✓ | | thymus | SEROLOGY: |
| ✓ | | thyroid | VIROLOGY: |
| ✓ | | tongue | |
| — | | tonsils | |
| ✓ | | ureters | **HISTOLOGIC ADJECTIVES**: mild, moderate, severe, generalized, diffuse, |
| — | | urethra | focal, multifocal . |
| ✓ | | uterus | |
| ✓ | | vagina | |

**HMR 935420**

-2-

# NECROPSY REPORT

**77-792**

Post mortem interval: _____ to **3 hrs**    ♀    Weight: **100.0 (g)** kg

ORGAN:    OBSERVATION

✓ = W.N.L.

| Organ | ✓ | Weight |
|---|---|---|
| ADRENALS | ✓ | R. 0.0006g, L. 0.0004g |
| AORTA | ✓ | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | 0.8312g |
| CECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | |
| GALL BLADDER | ✓ | |
| GONADS | ✓ | too small and fat to weigh |
| HEART | ✓ | 0.5360g |
| ILEUM | ✓ | |
| JEJUNUM | ✓ | |
| KIDNEYS | ✓ | R. 0.3136g, L. 0.3338g |
| LIVER | ± | 3.350g |
| LUNG | ± | 1.2025g |
| LYMPH NODE | ✓ | |
| MES. NODE | ✓ | |
| MUSCLE | ✓ | |
| OPTIC NERVE | ✓ | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| ? PITUITARY | ✓ | too small to weigh |
| PROSTATE | — | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | — | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | ✓ | 0.0915g |
| STERNUM | ✓ | |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | ✓ | |
| UTERUS | ✓ | |

Liver: slightly mottled
Lungs: trace of free blood in the pleural cavity

**HMR 935421**

-3-    ☐ cont'd p. 6

AM670222055    AM-ITC 01006722