# EXHIBIT 1
# Part 12 of 14

Dockets.Justia.com

77-792

# HISTOPATHOLOGIC EVALUATION

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L. | | |
| ADRENALS | ✓ | |
| AORTA | — | |
| BLADDER | ✓ | section poor quality |
| BONE | ✓ | |
| BRAIN | ✓ | |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | + | occasional Giardia-like organisms in lumen |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | fragmented, no retina present |
| GALL BLADDER | ✓ | |
| GONADS | — | |
| HEART | ✓ | |
| ILEUM | — | |
| JEJUNUM | — | |
| KIDNEYS | ✓ | |
| LIVER | ✓ | |
| LUNG | ✓ | |
| LYMPH NODE | — | |
| MES. NODE | + | mild hyperplasia |
| MUSCLE | ✓ | |
| OPTIC NERVE | — | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| PITUITARY | ✓ | |
| PROSTATE | — | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | — | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| SPLEEN | ✓ | |
| STERNUM | + | 100% cellularity, M/E ≃ 4/3 |
| STOMACH | + | focal glandular hyperplasia, mild |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | — | |
| UTERUS | + | section poor, mild cystic endometrial hyperplasia |
| parathyroid | ✓ | |

HMR 935422

☐ cont'd p. 6

77-792

HISTORY AND CLINICAL SUMMARY

ID #

Date____________

✓Euthanized ____

Acct. #

Found dead _____am pm __/__/__

User

Last observed_____am pm __/__/__

D.N.A:

CLINICAL DIAGNOSIS:

HMR 935423

Clinician

☐ cont'd p. 6

AM670222057

AM-ITC 01006724

77-792

CONTINUATION PAGE

☐ History ☐ Necropsy ☐ Histopath ☐ Comments

☐ History ☐ Necropsy ☐ Histopath ☐ Comments

HMR 935424

-6-

AM670222058

AM-ITC 01006725

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] *

[illegible]
[illegible]

[illegible] *

BEST POSSIBLE COPY

[illegible]
[illegible]

[illegible]
[illegible] *
[illegible] *
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] *
[illegible]

HMR 935425

AM670222059

AM-ITC 01006726

BEST POSSIBLE COPY

HMR 935426

AM670222060

AM-ITC 01006727

PROJECT LOGBOOK

C 23249

Subject [illegible handwriting] Date 11/22/77 + 11/23/77

[illegible handwriting] Signature [illegible signature]

Page 15

| | | A* | B | C | D* | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|
| Treatment Date | A(BH/11-16) | | | | | | | | |
| Day in Study | I(BH/17-19) | | | | | | | | |
| **HEMATOLOGY** HCT (%) | I(H/20-23) | 46 | 44 | 52 | 50 | 65 | 68 | 65 | [illegible] |
| HGB (G %) | R(H/24-27) | 15.2 | 15.6 | 18.2 | 17.2 | 21.2 | 22.7 | 22.7 | 17.5 |
| RBC ($10^6$/CUMM) | R(H/28-31) | 9.26 | 8.23 | 8.11 | 7.26 | 9.39 | 8.53 | 9.54 | 8.23 X |
| WBC ($10^3$/CUMM) | R(H/32-35) | 7.1 | 6.6 | 9.4 | 8.0 | 17.7 | 19.0 | 19.7 | 4.2 X |
| RET (% RBC) | R(H/36-39) | 1.3 | 1.0 | 0.8 | 1.5 | 2.3 | 2.4 | 4.1 | 1.5 |
| Platelets ($10^3$/CUMM) | I(H/40-43) | | | | | | | | |
| Diff. % Neut. I | I(H/44-45) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Neut. M | I(H/46-47) | 33 | 12 | 9 | 16 | 9 | 19 | 17 | 7 |
| Lympho. | I(H/48-49) | 64 | 86 | 85 | 75 | 88 | 80 | 78 | 85 |
| Eosino. | I(H/50-51) | 3 | 2 | 3 | 5 | 0 | 0 | 2 | 2 |
| Baso. | I(H/52-53) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mono. | I(H/54-55) | 1 | 0 | 3 | 4 | 3 | 1 | 3 | 4 |
| Cells Observed (≠ 100) | I(H/56-58) | NR | NR | NR | NR | NR | NR | NR | NR |
| NRBC/100 WBC | I(H/59-60) | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 |
| **BLOOD CHEMISTRY** BUN (MG %) | I(B1/20-23) | 25 | 24 | 25 | 22 | 28 | 37 | 56 | 28 |
| BS (MG %) | I(B1/24-27) | | | | | | | | |
| BSP (% RET/15 MIN) | I(B1/28-31) | | | | | | | | |
| AP (I.U.) | I(B1/32-35) | 37 | 58 | 65 | 51 | 49 | 24 | 36 | 27 |
| SGOT (I.U.) | I(B1/36-39) | 36 | 30 | 38 | 52 | 35 | 51 | 87 | 22 |
| SGPT (I.U.) | I(B1/40-43) | 27 | 26 | 27 | 39 | 30 | 30 | 41 | 24 |
| PT (SEC) | R(B1/44-47) | | | | | | | | |
| Creatinine (MG %) | R(B1/48-51) | | | | | | | | |
| Bilirubin T | R(B1/52-55) | | | | | | | | |
| (MG %) D | R(B1/56-59) | | | | | | | | |
| Na (MEQ/L) | I(B1/60-63) | | | | | | | | |
| K (MEQ/L) | R(B1/64-67) | | | | | | | | |
| Ca (MEQ/L) | R(B1/68-71) | | | | | | | | |
| Cl (MEQ/L) | R(B1/72-75) | | | | | | | | |
| Mg (MEQ/L) | R(B1/76-79) | | | | | | | | |
| Sequence within day | I(B1/80) | | | | | | | | |
| Weight (KG) | R(H/61-65) | | | | | | | | |
| Sequence within day | I(H/75) | | | | | | | | |
| Temperature | R(H/76-80) | | | | | | | | |

X - denotes duplicately run sample

* - denotes slightly clotted sample

HMR 935427

Read and Signature ______ Date ______

AM670222061

AM-ITC 01006728

[illegible] 5-8-77 [illegible] **BLEED**

[illegible]MENTAL E

[illegible] 6 15 77 [illegible]

| | | | |
|---|---|---|---|
| [illegible] | [illegible] ml | [illegible] | [illegible] ml |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | 21% [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] ml | [illegible] | [illegible] |

E.Y. [illegible]

Acc. # 77-792

HMR 935428

AM670222062 AM-ITC 01006729

Comparative Pathology Report Form
A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 0908 90977007935 | MODE: C D E F M N P Q (R) S T ___ | ACC. NO. 77-793 |
|---|---|---|
| Acct # 380001630116 | AGE: NB I YA (AD) ___ | |
| User [illegible] | SEX: (M) F C S U H ___ | |
| | ROOM: FM1 | Hamster F |

Supporting Studies:
___ Micro ___ Photo
___ Paras ___ EM
X Hemat ___ U/A
___ Sp St X Chem

Specimen:
___ Live Animal
X Carcass
___ Fresh Tiss.
___ Fixed Tiss.

Copy to CM ________
Copy to user ________
Phoned ________
Indexed ________

PRELIMINARY DIAGNOSIS:

COMMENTS:

[signature] D.V.M.
Prosector Date

FINAL DIAGNOSIS:

HMR 935429

Ward R Richter 3-3-78

AM670222063

AM-ITC 01006730

77-793

LAB REPORTS

TISSUE LIST

| Pro | WS | Tissue |
|---|---|---|
| ✓ | / | adipose |
| ✓ | / | adrenal |
| ✓ | | aorta |
| ✓ | / | bladder |
| ✓ | / | bone |
| ✓ | / | brain |
| ✓ | / | caecum |
| ✓ | / | colon |
| ✓ | / | diaphragm |
| ✓ | / | duodenum |
| ✓ | / | esophagus |
| ✓ | / | eye |
| — | | ear (mid) |
| ✓ | / | gall bladder |
| ✓ | / | gonad |
| ✓ | / | heart |
| ✓ | | ileum |
| ✓ | | jejunum |
| ✓ | / | kidney(s) |
| ✓ | | larynx |
| ✓ | / | liver |
| ✓ | / | lung |
| ✓ | | lymph node |
| ✓ | | mammary glnd |
| — | | med. l. node |
| ✓ | / | mes. l. node |
| ✓ | / | muscle |
| ✓ | / | pancreas |
| ✓ | | parathyroid |
| ✓ | / | pituitary |
| ✓ | | prostate |
| ✓ | / | saliv. glnd |
| ✓ | / | sciatic n. |
| ✓ | / | semin. ves. |
| ✓ | / | skin |
| ✓ | / | spinal cord |
| ✓ | / | spleen |
| ✓ | / | stomach |
| ✓ | / | trachea |
| ✓ | / | thymus |
| ✓ | / | thyroid |
| ✓ | | tongue |
| — | | tonsils |
| ✓ | | ureters |
| ✓ | | urethra |
| — | | uterus |
| — | | vagina |
| | JR | |

DICTATION GUIDE

EXTERNAL APPEARANCE: hair, eyes, skin, nodes, extremities, rigidity, lividity, scalp, nares, perineum

PERITONEAL CAVITY: fat, fluid, adhesions, position of organs, hernias

PLEURAL CAVITIES & MEDIASTINUM: fluid, lung expansion, widening of med.

HEART & VESSELS: size, fat, color, smoothness of endo & epicardium, chambers, cordae tend., cap. mus., hemorrhages, thrombi, valves, thickenings, coronary arteries

RESPIRATORY TRACT: nasal cav., sinuses, larynx, trachea, lung consist., crepitation, pleural surfaces, cut surfaces

ALIMENTARY TRACT: oral cav., sal. glands, pharynx, esophagus, stomach, intestine, colon, anus, contents, serosa, mucosa, scars, Peyer's patches, mesenteric surface, vessels, nodes

LIVER: size, shape, color, surface, consistency, veins, arteries

BILIARY SYSTEM: patency, size, contents, serosa, mucosa, wall, color

PANCREAS: weight, color, consistency

URINARY TRACT: kidney--shape, wt., surface, size of cortex, contents of pelvis, arteries, veins, fat; bladder, urethra & ureter--contents, mucosa, serosa, patency

GENERATIVE ORGANS: prostate, semin. ves., testes, epididymes, vagina, uterus, fall. tubes, ovaries--size, shape, surface, content

SPLEEN: size, color, consistency, cut surface, shape

LYMPH NODES: superficial, mediastinal, periaortic, portal pelvic, mesenteric; TONSILS, THYMUS: size, color, consistency

BONE MARROW: ribs, vertebra, sternum; color, consistency

ENDOCRINE GLANDS: pituitary, thyroid, parathy., adrenals; symmetry, size, color, nodules

BONES, JOINTS, SYNOVIA: shape, size, contents

SKELETAL MUSCLES: symmetry, color, fibrosis, measure if a/hypertrophic

HEAD: scalp, galea, calvarium

BRAIN: CSF, color, consistency, dura, vessels

SPINAL CORD: dura, contents of space

SPECIAL GROSS OBSERVATIONS: speculations, deduced conclusions

LABORATORY DETERMINATIONS:
MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine
PARASITOLOGY: fecal flotation
SEROLOGY:
VIROLOGY:

HISTOLOGIC ADJECTIVES: mild, moderate, severe, generalized, diffuse, focal, multifocal

lung, bowel, bladder perfused.

HMR 935430

77-793

NECROPSY REPORT

Post mortem interval: 3.5 to 4.0 hrs ♂ Weight: 132 (g) kg

ORGAN: OBSERVATION

| ✓ = N.M.L. | | |
|---|---|---|
| • ADRENALS | ✓ | R.0.0002g, L.0.0002g |
| AORTA | ✓ | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| • BRAIN | ✓ | 0.8489g |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | |
| GALL BLADDER | ✓ | |
| • GONADS | ✓ | R.0.2732g, L.0.2436g |
| • HEART | ✓ | 0.5257g |
| ILEUM | ✓ | |
| JEJUNUM | ✓ | |
| • KIDNEYS | ✓ | L.0.3439g, R. 0.3237g |
| • LIVER | + | 6.4045g |
| • LUNG | ✓ | 1.3743g |
| LYMPH NODE | ✓ | |
| MES. NODE | ✓ | |
| MUSCLE | ✓ | |
| OPTIC NERVE | ✓ | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| ? PITUITARY | ✓ | too small to weigh |
| PROSTATE | ✓ | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | |
| SPINAL CORD | ✓ | |
| • SPLEEN | ✓ | 0.1213g |
| STERNUM | ✓ | |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | ✓ | |
| TONGUE | ✓ | |
| UTERUS | — | |

Liver, congested, dark red, extends 2 cm past sternum at the midline.

Free blood in thoracic and pericardial cavity.

HMR 935431

☐ cont'd p. 6