# EXHIBIT 1
# Part 13 of 14

Dockets.Justia.com

77-793   HISTOPATHOLOGIC EVALUATION

| TISSUE: | | OBSERVATION |
|---|---|---|
| ✓ = W.N.L. | | |
| ADRENALS | ✓ | |
| AORTA | — | |
| BLADDER | ✓ | |
| BONE | ✓ | |
| BRAIN | ✓ | |
| CAECUM | ✓ | |
| COLON | ✓ | |
| DUODENUM | ✓ | |
| ESOPHAGUS | ✓ | |
| EYE | ✓ | |
| GALL BLADDER | — | |
| GONADS | + | moderate testicular degeneration, bilateral |
| HEART | ✓ | poor section |
| ILEUM | — | |
| JEJUNUM | — | |
| KIDNEYS | ✓ | |
| LIVER | ✓ | |
| LUNG | + | mild congestion |
| LYMPH NODE | — | |
| MES. NODE | + | trace histiocytosis, sinus |
| MUSCLE | ✓ | |
| OPTIC NERVE | — | |
| PANCREAS | ✓ | |
| PERIPHERAL NERVE | ✓ | |
| PITUITARY | ✓ | |
| PROSTATE | ✓ | |
| SALIVARY GLAND | ✓ | |
| SEMINAL VESICLE | ✓ | |
| SKIN | ✓ | small section |
| SPINAL CORD | ✓ | |
| SPLEEN | + | mild extramedullary hematopoiesis |
| STERNUM | + | 100% cellularity M/E ratio ~ 1/1 |
| STOMACH | ✓ | |
| TRACHEA | ✓ | |
| THYMUS | ✓ | |
| THYROID | — | |
| TONGUE | — | |
| UTERUS | — | |

HMR 935432

-4-   ☐ cont'd p. 6

AM670222066   AM-ITC 01006733

| _77-793_ | HISTORY AND CLINICAL SUMMARY | |
|---|---|---|
| ID # | Date _____ | ✓ Euthanized ____ |
| Acct. # | Found dead ____ am pm __/__/__ | |
| User | Last observed ____ am pm __/__/__ | |

*D.N.A.*

CLINICAL DIAGNOSIS:

**HMR 935433**

Clinician _____     -5-

AM670222067                                            AM-ITC 01006734

*77-793*       CONTINUATION PAGE

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

HMR 935434

-6-

AM670222068        AM-ITC 01006735

1 ♂ REC'D 9-8-77 at 8/10 wks
EXPERIMENTAL F ~~M~~ TO BLEED
EPO INJECTION EPO of SPG Pooled I 6-22-77 UM-2
                                                              conc
10/31/77  bled  25u/0.3ml          11/11/77  25u/0.3ml
11/2/77         25u/0.5ml          11/13/77  25u/0.3ml
11/4/77         25u/0.3ml          11/16/77  25u/0.3ml
11/6/77         25u/0.3ml          11/18/77  25u/0.3ml
11/8/77         25u/0.3ml          11/21/77  25u/0.3ml

                                          E.Y. 11/1/77

Acc. # 77-793

HMR 935435

AM670222069                                    AM-ITC 01006736

Comparative Pathology Report Form
## A. J. CARLSON ANIMAL RESEARCH FACILITY
University of Chicago

| ID # 0508 90977007944 | MODE: C D E F M N P Q (R) S T __ | ACC. NO. 77-794 |
|---|---|---|
| Acct #3800016301i6 | AGE: NB I YA AD 6Mo | |
| | SEX: M (F) C S U H __ | |
| User _____ | ROOM: FM1 | Hamster G |

Supporting Studies:    Specimen:                    Copy to CM _____
__Micro  __Photo    __Live Animal              Copy to user _____
__Paras  __EM      ☒Carcass                    Phoned _____
☒Hemat  __U/A     __Fresh Tiss.                Indexed _____
__Sp St  ☒Chem    __Fixed Tiss.

PRELIMINARY DIAGNOSIS:            COMMENTS:


_[signature]_ Jeanne _____ D.V.M.
Prosector          Date

FINAL DIAGNOSIS:

**HMR 935436**

_[signature]_ Ward R Richter  3-3-78

AM670222070                                                AM-ITC 01006737

*77-794*                                    LAB REPORTS

| TISSUE LIST | | | DICTATION GUIDE |
|---|---|---|---|
| ro | WS | Tissue | |
| ✓ | ✓ | adipose | **EXTERNAL APPEARANCE**: hair, eyes, skin, nodes, extremities, rigidity, lividity, scalp, nares, perineum |
| ✓ | ✓ | adrenal | |
| ✓ | | aorta | **PERITONEAL CAVITY**: fat, fluid, adhesions, position of organs, hernias |
| ✓ | ✓ | bladder | **PLEURAL CAVITIES & MEDIASTINUM**: fluid, lung expansion, widening of med. |
| ✓ | ✓ | bone | **HEART & VESSELS**: size, fat, color; smoothness of endo & epicardium, |
| ✓ | ✓ | brain | chambers, cordae tend., pap. mus., hemorrhages, thrombi, |
| ✓ | | caecum | valves, thickenings, coronary arteries |
| ✓ | ✓ | colon | **RESPIRATORY TRACT**: nasal cav., sinuses, larynx, trachea, lung consist., |
| ✓ | ✓ | diaphragm | crepitation, pleural surfaces, cut surfaces |
| ✓ | | duodenum | **ALIMENTARY TRACT**: oral cav., sal. glands, pharynx, esophagus, stomach, |
| ✓ | ✓ | esophagus | intestine, colon, anus, contents, serosa, mucosa, scars, |
| ✓ | | eye | Peyer's patches, mesenteric surface, vessels, nodes |
| — | | ear (mid) | **LIVER**: size, shape, color, surface, consistency, veins, arteries |
| ✓ | ✓ | gall bladder | **BILIARY SYSTEM**: patency, size, contents, serosa, mucosa, wall, color |
| ✓ | ✓ | gonad | **PANCREAS**: weight, color, consistency |
| ✓ | ✓ | heart | **URINARY TRACT**: kidney--shape, wt., surface, size of cortex, contents |
| ✓ | | ileum | of pelvis, arteries, veins, fat; bladder, urethra & |
| ✓ | | jejunum | ureter--contents, mucosa, serosa, patency |
| ✓ | ✓ | kidney(s) | **GENERATIVE ORGANS**: prostate, semin. ves., testes, epididymes, vagina, |
| ✓ | | larynx | uterus, fall. tubes, ovaries--size, shape, surface, content |
| ✓ | ✓ | liver | **SPLEEN**: size, color, consistency, cut surface, shape |
| ✓ | ✓ | lung | **LYMPH NODES**: superficial, mediastinal, periaortic, portal pelvic, mesen- |
| ✓ | | lymph node | teric; **TONSILS, THYMUS**: size, color, consistency |
| ✓ | | mammary glnd | **BONE MARROW**: ribs, vertebra, sternum; color, consistency |
| — | | med. l. node | **ENDOCRINE GLANDS**: pituitary, thyroid, parathy., adrenals; symmetry, |
| ✓ | ✓ | mes. l. node | size, color, nodules |
| ✓ | | muscle | **BONES, JOINTS, SYNOVIA**: shape, size, contents |
| ✓ | | pancreas | **SKELETAL MUSCLES**: symmetry, color, fibrosis, measure if a/hypertrophic |
| | | parathyroid | **HEAD**: scalp, galea, calvarium |
| ✓ | ✓ | pituitary | **BRAIN**: CSF, color, consistency, dura, vessels |
| — | | prostate | **SPINAL CORD**: dura, contents of space |
| ✓ | ✓ | saliv. glnd | |
| ✓ | ✓ | sciatic n. | |
| — | | semin. ves. | **SPECIAL GROSS OBSERVATIONS**: speculations, deduced conclusions |
| ✓ | | skin | |
| ✓ | ✓ | spinal cord | |
| ✓ | | spleen | **LABORATORY DETERMINATIONS**: |
| ✓ | | stomach | MICROBIOLOGY: blood, organs, exudate, pul. nodes, CSF, stool, urine |
| ✓ | ✓ | trachea | PARASITOLOGY: fecal flotation |
| ✓ | ✓ | thymus | SEROLOGY: |
| ✓ | ✓ | thyroid | VIROLOGY: |
| ✓ | | tongue | |
| — | | tonsils | |
| ✓ | | ureters | **HISTOLOGIC ADJECTIVES**: mild, moderate, severe, generalized, diffuse, |
| ✓ | | urethra | focal, multifocal |
| ✓ | ✓ | uterus | |
| ✓ | | vagina | |
| JK | | | *lungs, bowel, bladder perfused.* |

HMR 935437

77-794   NECROPSY REPORT

Post mortem interval: 4.5 to 5.0 hrs   ♀   Weight: 111 (g) kg
ORGAN:   OBSERVATION

✓ = W.N.L.

| Organ | ✓ | Weight | Observation |
|---|---|---|---|
| ADRENALS | ✓ | L.0.0002g, R.0.0001g | Marked congestion of uterine vessels. |
| AORTA | ✓ | | |
| BLADDER | ✓ | | |
| BONE | ✓ | | |
| BRAIN | ✓ | 0.8590 g | Free blood in pleural and pericardial spaces. |
| CAECUM | ✓ | | |
| COLON | ✓ | | |
| DUODENUM | ✓ | | |
| ESOPHAGUS | ✓ | | |
| EYE | ✓ | | |
| GALL BLADDER | ✓ | | |
| GONADS | ✓ | too small and fat to weigh | |
| HEART | ✓ | 0.5055 g | |
| ILEUM | ✓ | | |
| JEJUNUM | ✓ | | |
| KIDNEYS | ✓ | L.0.3945g, R.0.4146g | |
| LIVER | ✓ | 4.60 g | |
| LUNG | ✓ | 1.3237 g | |
| LYMPH NODE | ✓ | | |
| MES. NODE | ✓ | | |
| MUSCLE | ✓ | | |
| OPTIC NERVE | ✓ | | |
| PANCREAS | ✓ | | |
| PERIPHERAL NERVE | ✓ | | |
| ? PITUITARY | ✓ | too small to weigh | |
| PROSTATE | — | | |
| SALIVARY GLAND | ✓ | | |
| SEMINAL VESICLE | — | | |
| SKIN | ✓ | | |
| SPINAL CORD | ✓ | | |
| SPLEEN | ✓ | 0.1622 g | |
| STERNUM | ✓ | | |
| STOMACH | ✓ | | |
| TRACHEA | ✓ | | |
| THYMUS | ✓ | | |
| THYROID | ✓ | | |
| TONGUE | — | | |
| UTERUS | + | | |

HMR 935438

-3-   ☐ cont'd p. 6

AM670222072   AM-ITC 01006739

77-794                HISTOPATHOLOGIC EVALUATION

TISSUE:         OBSERVATION

| | ✓ = W.N.L |
|---|---|
| ADRENALS | ✓ |
| AORTA | — |
| BLADDER | ✓ |
| BONE | ✓ |
| BRAIN | ✓ |
| CAECUM | ✓ |
| COLON | ✓ |
| DUODENUM | ± mild chronic enteritis |
| ESOPHAGUS | ✓ |
| EYE | ✓ fragmented section |
| GALL BLADDER | — |
| GONADS | ✓ one examined |
| HEART | ✓ |
| ILEUM | — |
| JEJUNUM | — |
| KIDNEYS | ✓ |
| LIVER | ± mild congestion |
| LUNG | ✓ |
| LYMPH NODE | — |
| MES. NODE | ✓ |
| MUSCLE | ✓ |
| OPTIC NERVE | — |
| PANCREAS | ✓ |
| PERIPHERAL NERVE | — |
| PITUITARY | — |
| PROSTATE | — |
| SALIVARY GLAND | ✓ |
| SEMINAL VESICLE | — |
| SKIN | ✓ small section |
| SPINAL CORD | — |
| SPLEEN | ✓ |
| STERNUM | ± M/E ratio ≃ 2/3 |
| STOMACH | ✓ |
| TRACHEA | ✓ |
| THYMUS | — |
| THYROID | ✓ |
| TONGUE | — |
| UTERUS | + severe hemosiderosis |
| parathyroid | ✓ one examined |

-4-

HMR 935439

☐ cont'd p. 6

AM670222073                                              AM-ITC 01006740

## HISTORY AND CLINICAL SUMMARY

*77-794*

ID #                                  Date_____                    ✔ Euthanized _____

Acct. #                               Found dead ____am pm _/_/_

User                                  Last observed____am pm _/_/_

*D.N.A:*

CLINICAL DIAGNOSIS:

**HMR 935440**

Clinician _____          -5-                    ☐ cont'd p. 6

AM670222074                                                              AM-ITC 01006741

*77-794*                       CONTINUATION PAGE

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

☐ History   ☐ Necropsy   ☐ Histopath   ☐ Comments

**HMR 935441**

-6-

AM670222075                                       AM-ITC 01006742