# EXHIBIT 2
# Part 1 of 3

FORM APPROVED
O.M.B. NO. 68-R0269

| DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLIC HEALTH SERVICE | LEAVE BLANK |||
|---|---|---|---|
| | TYPE | ACTIVITY | NUMBER |
| GRANT APPLICATION | REVIEW GROUP | | FORMERLY |
| FOLLOW INSTRUCTIONS CAREFULLY | COUNCIL-BOARD (Month, year) | | DATE RECEIVED |

1. TITLE OF APPLICATION (Do not exceed 55 typewriter spaces)
Erythropoietin: Purification, Properties, Biogenesis    Supplement

2. RESPONSE TO SPECIFIC PROGRAM ANNOUNCEMENT [x] NO [ ] YES (If "YES," state RFA number and/or announcement title)
4-1-93 - 6-30-93

3. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR

3a. NAME (Last, first, middle)
Goldwasser, Eugene

3b. SOCIAL SECURITY NUMBER
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

3c. MAILING ADDRESS (Street, city, state, zip code)
The University of Chicago
920 East 58th Street
Chicago, Illinois 60637

3d. POSITION TITLE
Professor

3e. DEPARTMENT, SERVICE, LABORATORY OR EQUIVALENT
Biochemistry

3f. TELEPHONE (Area code, number and extension)
(312) 753-4911

3g. MAJOR SUBDIVISION
Biological Sciences Division

4. HUMAN SUBJECTS, DERIVED MATERIALS OR DATA INVOLVED
[ ] NO   [x] YES (If "YES," form PHS 574 required)

5. RECOMBINANT DNA RESEARCH SUBJECT TO NIH GUIDELINES
[x] NO   [ ] YES

6. DATES OF ENTIRE PROPOSED PROJECT PERIOD (This application)
From: 04/01/83   Through: 06/30/85

7. TOTAL DIRECT COSTS REQUESTED FOR PROJECT PERIOD (from page 5)
$ 38,879

8. DIRECT COSTS REQUESTED FOR FIRST 12-MONTH BUDGET PERIOD (from page 4)
$ 10,632

9. PERFORMANCE SITES (Organizations and addresses)
The University of Chicago
920 East 58th Street
Chicago, Illinois 60637

10. INVENTIONS (Competing continuation application only)
Were any inventions conceived or reduced to practice during the course of the project?
[ ] NO   [ ] YES - Previously reported
[ ] YES - Not previously reported

11. APPLICANT ORGANIZATION (Name, address, and congressional district)
The University of Chicago
5801 South Ellis Avenue
Chicago, Illinois 60637
First Congressional District

12. ORGANIZATIONAL COMPONENT TO RECEIVE CREDIT FOR INSTITUTIONAL GRANT (See instructions)
Code [011]   Description: School of Medicine

13. ENTITY IDENTIFICATION NUMBER
1362177139A1

14. TYPE OF ORGANIZATION (See instructions)
[x] Private Nonprofit
[ ] Public (Specify Federal, State, Local):

15. OFFICIAL IN BUSINESS OFFICE TO BE NOTIFIED IF AN AWARD IS MADE (Name, title, address and telephone number)
Donald S. Sigal, Director, Office
of Sponsored Programs
5801 South Ellis Avenue
Chicago, Illinois 60637
312-962-8604

16. OFFICIAL SIGNING FOR APPLICANT ORGANIZATION (Name, title, address and telephone number)
1)
2) Donald S. Sigal, Director, Office of
   Sponsored Programs (312) 962-8604

17. PRINCIPAL INVESTIGATOR PROGRAM DIRECTOR ASSURANCE: I agree to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of this application.

SIGNATURE OF PERSON NAMED IN 3a (In ink. "Per" signature not acceptable)
/s/ Eugene Goldwasser

DATE
8 April 1982

18. CERTIFICATION AND ACCEPTANCE: I certify that the statements herein are true and complete to the best of my knowledge, and accept the obligation to comply with Public Health Service terms and conditions if a grant is awarded as the result of this application. A willfully false certification is a criminal offense. (U.S. Code, Title 18, Section 1001.)

SIGNATURE OF PERSON NAMED IN 16 (In ink. "Per" signature not acceptable)

DATE

PHS-398
Rev. 5/80

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

DEFENDANT'S DEPOSITION EXHIBIT 67 10-13-99

EXHIBIT Goldwasser 21 pw 2/14/07

A 196318
CONFIDENTIAL

AM670142342   Confidential Subject to Protective Order   AM-ITC 00927009

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE | LEAVE BLANK |
|---|---|
| ABSTRACT OF RESEARCH PLAN | PROJECT NUMBER |

NAME AND ADDRESS OF APPLICANT ORGANIZATION (Same as Item 11, page 1)

The University of Chicago, 5801 S. Ellis Avenue, Chicago, Illinois 60637

TITLE OF APPLICATION (Same as Item 1, page 1)

Erythropoietin: Purification, Properties, Biogenesis

Name, Title and Department of all professional personnel engaged on project, beginning with Principal Investigator/Program Director

Eugene Goldwasser, SS # 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, Department of Biochemistry
Fung-Fang Wang,   SS # 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, Department of Biochemistry

ABSTRACT OF RESEARCH PLAN: Concisely describe the application's specific aims, methodology and long-term objectives, making reference to the scientific disciplines involved and the health-relatedness of the project. The abstract should be self-contained so that it can serve as a succinct and accurate description of the application when separated from it. DO NOT EXCEED THE SPACE PROVIDED.

We propose to continue study of the glycoprotein hormone, erythropoietin. Purification methods will be improved with the use of affinity, chromatography based on the newly developed monoclonal, antibody. We plan to prepare different hybridomas as a means of finding antibodies directed against different domains. We will continue the study of erythropoietin primary structure, both of the protein and carbohydrate portions. The chemical and biological properties of fragments of erythropoietin found in sera and urine will be determined. We will continue to search for a system in which to study the biogenesis of erythropoietin and its regulation. An improved radioimmunoassay, based on the use of the monoclonal antibody, will also be developed.

A 196319
CONFIDENTIAL

LABORATORY ANIMALS INVOLVED. Identify by common names. If none, state "none"

Yes, mice, rats, rabbits.

PHS-398
Rev. 5/80

PAGE 2

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

Confidential
Subject to Protective Order
AM670142343                                     AM-ITC 00927010

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: Eugene Goldwasser

# TABLE OF CONTENTS

*Number pages consecutively at the bottom throughout the application. Do not use suffixes such as 5a, 5b. Type the name of the Principal Investigator/Program Director at the top of each printed page and each continuation page.*

SECTION 1.                                                                                        PAGE NUMBERS

Face Page, Abstract, Table of Contents................................................ 1-3
Detailed Budget for First 12 Month Budget Period .................................. 4
Budget Estimates for All Years of Support............................................. 5-6
Biographical Sketch-Principal Investigator/Program Director (Not to exceed two pages)..... 7-8
Other Biographical Sketches (Not to exceed two pages for each)........................ 9
Other Support........................................................................ 10
Resources and Environment .......................................................... 11

SECTION 2.

Introduction (Excess pages; revised and supplemental applications) ................. ——
Research Plan
    A. Specific Aims (Not to exceed one page) ....................................... 12
    B. Significance (Not to exceed three pages)..................................... 12
    C. Progress Report/Preliminary Studies (Not to exceed eight pages) .............. 12-14
    D. Methods ..................................................................... 15-17
    E. Human Subjects, Derived Materials or Data.................................... 18
    F. Laboratory Animals .......................................................... ——
    G. Consultants................................................................. ——
    H. Consortium Arrangements or Formalized Collaborative Agreements .............. ——
    I. Literature Cited ............................................................ 
Checklist ........................................................................... 19

SECTION 3. Appendix (Six sets) (No page numbering necessary for Appendix)

    Number of publications: _____        Number of manuscripts: _____
    Other items (list):

Application Receipt Record, form PHS 3830
Form HHS 596 If Item 4, page 1, is checked

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

PHS 398
Rev. 5/80                                           PAGE 3                              A 196320
                                                                                      CONFIDENTIAL

AM670142344           Confidential
              Subject to Protective Order          AM-ITC 00927011


PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: Eugene Goldwasser

**DETAILED BUDGET FOR FIRST 12 MONTH BUDGET PERIOD — DIRECT COSTS ONLY**

FROM 4/1/83 THROUGH 6/30/83

DOLLAR AMOUNT REQUESTED (Omit cents)

| PERSONNEL (Applicant organization only) | TIME/EFFORT | | | | |
|---|---|---|---|---|---|
| NAME | TITLE OF POSITION | % | Hours per Week | SALARY | FRINGE BENEFITS | TOTALS |
| Eugene Goldwasser | Principal Investigator | 15 | | -0- | -0- | -0- |
| Anthony Kittler | Instrument Designer | | 2.5 | $450 | $82 | $532 |
| Fung-Fang Wang | Research Assoc. | 100 | | 0 | 0 | 0 |
| | SUBTOTALS | | | $450 | $82 | $532 |

CONSULTANT COSTS: 0

EQUIPMENT (Itemize): 0

SUPPLIES (Itemize by category):
HPLC columns and hardware, $3000; spectral grade reagents, $400; isotopes ($^{14}C$, $^{3}H$, $^{125}I$,), $1500; culture media, $700; fetal calf serum, $800; disposable sterile culture ware, $1400; antibodies and protein A, $500; high purity gas for G-C, $300.
$8,600

TRAVEL — DOMESTIC: 0
TRAVEL — FOREIGN: 0

PATIENT CARE COSTS — INPATIENT: 0
PATIENT CARE COSTS — OUTPATIENT: 0

ALTERATIONS AND RENOVATIONS: 0

CONTRACTUAL OR THIRD PARTY COSTS: 0

OTHER EXPENSES (Itemize by category):
Maintenance contracts, $1500
$1,500

A 196321
CONFIDENTIAL

TOTAL DIRECT COSTS (Also enter on page 7, Item 8): $10,632

PHS-398
Rev. 5/80                    PAGE 4

**CONFIDENTIAL**
SUBJECT TO COURT PROTECTIVE ORDER

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Eugene Goldwasser__

### BUDGET ESTIMATES FOR ALL YEARS OF SUPPORT REQUESTED
### DIRECT COSTS ONLY

| BUDGET CATEGORY TOTALS | | 1st BUDGET PERIOD (from page 4) | ADDITIONAL YEARS SUPPORT REQUESTED | | | |
|---|---|---|---|---|---|---|
| | | | 2nd | 3rd | 4th | 5th |
| PERSONNEL (Salary and fringe benefits) (Applicant organization only) | | $ 532* | $ 2,341 | $ 2,575 | | |
| CONSULTANT COSTS | | | | | | |
| EQUIPMENT | | | | | | |
| SUPPLIES | | 8,600 | 9,460 | 10,406 | | |
| TRAVEL | DOMESTIC | | | | | |
| | FOREIGN | | | | | |
| PATIENT CARE COSTS | INPATIENT | | | | | |
| | OUTPATIENT | | | | | |
| ALTERATIONS AND RENOVATIONS | | | | | | |
| CONTRACTUAL OR THIRD PARTY COSTS | | | | | | |
| OTHER EXPENSES | | 1,500 | 1,650 | 1,815 | | |
| TOTAL DIRECT COSTS | | $10,632 | $ 13,451 | $14,796 | | |

TOTAL FOR ENTIRE PROPOSED PROJECT PERIOD (Also enter on page 1, Item 7) ⟶ $ 38,879

JUSTIFICATION (Use continuation pages if necessary): Briefly describe the specific functions of the personnel and consultants. For all years, justify any costs for which the need may not be obvious, such as equipment, foreign travel, alterations and renovations, and contractual or third party costs. For future years, justify any significant increases in any category. In addition, for COMPETING CONTINUATION applications, justify any significant increases over current level of support. If a recurring annual increase in personnel costs is anticipated, give percentage.

#### Justification:
The 2.5 hours of an instrument designer's time are included in this project because the machine shop is involved in a) repair and maintenance of equipment not covered by maintenance contracts and b) construction of laboratory items not available from commercial sources, such as microelectrophoresis apparatus, which have become vital to the research in progress.
   This request for supplemental funds is justifiable by the greatly increased cost of contemporary research. Our work on the structural properties of erythropoietin and the biological and clinical aspects of its activity would be materially impeded by not being able to use state-of-the-art methods such as HPLC, affinity chromatography and gas chromatography. Our experience over the past two years makes it quite clear that even with great care in regulating expenditures, the amount available to us is inadequate. We have managed to make good progress because funds were made available that were, otherwise, in a restricted category, but it would be preferable to have the flexibility inherent in no restrictions.

A 196322
CONFIDENTIAL

**CONFIDENTIAL**
SUBJECT TO COURT PROTECTIVE ORDER

PHS-398
Rev. 5/80
PAGE  5

AM670142346          Confidential
          Subject to Protective Order          AM-ITC 00927013

| Name of PI/PC/Program Coordinator or Candidate (Last, first initial) | Social Security Number |
|---|---|
| Goldwasser, Eugene | ###-##-#### |

\* The wages for the instrument designer are calculated for the 3 months, 1 April 1983 to 30 June 1983 in the 1st year. After that the full year is used. Cost are increased by 10% per year. No change in percent effort of P.I. is involved.

I have included a modest amount ($1500) for maintenance contracts which is intended to supplement that already committed to keeping sophisticated instruments in operation. The most critical maintenance contracts are for the gamma counters, the liquid scintillation counter and the high-speed centrifuges. These are items of equipment in constant use and downtime would impede our work. These contracts (also paid for by another grant) include preventive maintenance which does help keep the operation going. Because of the excessive expense we do not have maintenance contracts on the gas chromatograph or the HPLC; this is a calculated risk.

DO NOT TYPE IN THIS SPACE—BINDING MARGIN

PHS-395
Rev. 5/80

6

**CONFIDENTIAL**
SUBJECT TO COURT PROTECTIVE ORDER

A 196323
CONFIDENTIAL

AM670142347   Confidential Subject to Protective Order   AM-ITC 00927014

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Eugene Goldwasser__

## BIOGRAPHICAL SKETCH

Give the following information for key professional personnel listed on page 2, beginning with the Principal Investigator/Program Director. Photocopy this page for each person.

| NAME | TITLE | BIRTHDATE (Mo., Day, Yr.) |
|---|---|---|
| Eugene Goldwasser | Professor of Biochemistry | 10-14-22 |

EDUCATION (Begin with baccalaureate training and include postdoctoral)

| INSTITUTION AND LOCATION | DEGREE | YEAR CONFERRED | FIELD OF STUDY |
|---|---|---|---|
| The University of Chicago, Chicago, IL | S.B. | 1943 | Biochemistry |
| The University of Chicago, Chicago, IL | Ph.D. | 1950 | Biochemistry |

RESEARCH AND/OR PROFESSIONAL EXPERIENCE: Concluding with present position, list in chronological order previous employment, experience, and honors. Include present membership on any Federal Government Public Advisory Committee. List, in chronological order, the titles and complete references to recent representative publications, especially those most pertinent to this application. Do not exceed 2 pages.

Positions:
Research Associate:  Department of Biochemistry, University of Chicago    1952 - 1961
Associate Professor of Biochemistry:  University of Chicago               1962 - 1963
Professor of Biochemistry, University of Chicago                          1963 - present
Chairman, Committee on Developmental Biology, University of Chicago       1976 - present

Honors
Guggenheim Fellowship Oxford University, U.K.                             1966 - 1967

Publications: (Selected from 102 papers since 1947):
Heints, R., and Goldwasser, E. The persistence of Hemopoietic stem cells $\underline{in}$ vitro
    J. Cell Biol. $\underline{56}$: 429 (1973).
Chang, C.S., and Goldwasser, E. On the mechanism of erythropoietin-induced differentiation XIII. A cytoplasmic protein mediating induced nuclear RNA synthesis.
    Dev. Biol. $\underline{34}$: 246 (1973).
Chang, S.C.-S., Sikkema, D., and Goldwasser, E. Evidence for an erythropoietin receptor protein on rat bone marrow cells. Biochem. Biophys. Res. Commun. $\underline{57}$: 399 (1974).
Goldwasser, E., Kung, C.K.-H., and Eliason, J.F. On the mechanism of erythropoietin-induced differentiation XIV, the role of sialic acid in erythropoietin action.
    J. Biol. Chem. 249: 4202 (1974).
Goldwasser, E., Eliason, J.F., and Sikkema, D. An assay for erythropoietin $\underline{in}$ vitro at the milliunit level. Endocrinology $\underline{97}$: 315 (1975).
Goldwasser, E. Erythropoietin and the differentiation of red blood cells. Fed. Proc. $\underline{34}$: 2285 (1975).
Bedard, D.L., and Goldwasser, E. On the mechanism of erythropoietin-induced differentiation. XV. Induced transcription restricted by cytosine arabinoside.
    Exp. Cell Res. $\underline{102}$: 376 (1976)
Van Zant, G., and Goldwasser, E. The effects of erythropoietin $\underline{in}$ $\underline{vitro}$ on spleen colony-forming cells. J. Cell Physiol. $\underline{90}$: 241 (1977).
Miyake, T., Kung, C.K.-H., and Goldwasser, E. Purification of human erythropoietin.
    J. Biol. Chem. $\underline{252}$: 5558 (1977).
Van Zant, G., and Goldwasser, E. The simultaneous effects of erythropoietin and colony stimulating factor on bone marrow cells. Science $\underline{198}$: 733 (1977).
Sherwood, J.B., and Goldwasser, E. Extraction of erythropoietin from normal kidneys. Endocrinology $\underline{103}$: 866 (1978).

**CONFIDENTIAL**
SUBJECT TO COURT PROTECTIVE ORDER

PHS-398
Rev. 10/78                                PAGE   7

A 196324
CONFIDENTIAL

AM670142348    Confidential
Subject to Protective Order    AM-ITC 00927015

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

**Publications (con't)**

Goldwasser, E., and Inana, G. Molecular aspects of the initiation of erythropoiesis in hemopoietic cell differentiation. Eds. D.W. Golde, M.J. Cline, D. Metcalf, and C.F. Fox, pp. 15-28, Academic Press, 1978.

Van Zant, G., and Goldwasser, E. Suppression of erythroid differentiation by colony-stimulating factor. Exp. Hematol. Today, eds. S.J. Baum & G.D. Ledney, pp63-71, Springer-Verlag, New York Inc.

Van Zant, G., and Goldwasser, E. Competition between erythropoietin and colony-stimulating factor for target cells in mouse marrow. Blood 53: 946 (1979).

Eliason, J.F., Van Zant, G., and Goldwasser, E. The relationship of hemoglobin synthesis to erythroid colony and burst formation. Blood 53: 935 (1979).

Sherwood, J.B., and Goldwasser, E. Radioimmunoassay for erythropoietin. Blood 54: 885 (1979).

Eliason, J.F., and Goldwasser, E. Evidence for cellular cooperativity in hemoglobin synthesis by erythroid bursts. Exp. Hematol. 8: 219 (1980).

Terasawa, T., Ogawa, M., Porter, P.N., Golde, D.W. and Goldwasser, E. Effect of burst-promoting activity (BPA) and erythropoietin on hemoglobin biosynthesis in culture. Blood 56, 1105 (1980).

Koeffler, H.P. and Goldwasser, E. Erythropoietin radioimmunoassay in evaluating patients with polycythemia. Ann. Int. Med. 94: 44 (1981).

Weiss, TL and Goldwasser E. The biological properties of endotoxin-free human erythropoietin. Biochem J 98, 17 (1981)

Goldwasser E. Erythropoietin and red cell differentiation. In Control of Cellular Division and Development p 487 Eds D Cunningham, E Goldwasser, D Watson and CF Fox. 1981

Goldwasser E and Sherwood JB Radioimmunoassay of erythropoietin. Brit J Haematol 98, 359 (1981)

Tong BD and Goldwasser E. The formation of erythrocyte membrane proteins during erythropoietin-induced differentiation. J Biol Chem 256, 12666 (1981)

Nijhof W, Wierenga P and Goldwasser E. The regeneration of stem cells after a bone marrow depression induced by thiamphenicol. Exp Hematol 10, 36-43 (1982)

8

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

A 196325
CONFIDENTIAL

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Eugene Goldwasser__

# OTHER SUPPORT
*(USE CONTINUATION PAGES IF NECESSARY)*

For each of the professionals named on page 2, list, in three separate groups: (1) active support; (2) applications pending review and/or funding; (3) applications planned or being prepared for submission. Include all Federal, non-Federal, and institutional grant and contract support. If none, state "NONE." For each item give the source of support, identifying number, project title, name of principal investigator/program director, time or percent of effort on the project by professional named, annual direct costs, and entire period of support. (If part of a larger project, provide the titles of both the parent grant and the subproject and give the annual direct costs for each.) Briefly describe the contents of each item listed. If any of these overlap, duplicate, or are being replaced or supplemented by the present application, justify and delineate the nature and extent of the scientific and budgetary overlaps or boundaries.

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR:
(1) ACTIVE SUPPORT:

1. NIH: Grant HL 21676-05  Erythropoietin, Purification, Properties, Biogenesis, P.I. Eugene Goldwasser(15%), annual direct costs 07/01/81-06/30/82, $153,751, period of support 07/01/77 to 06/30/85. Dr. F. F. Wang does not have any independent research support. She devotes 100% of her time to HL 21676.

   NIH: Grant CA 18375  Hemopoietic Stem Cells and Induced Differentiation, P.I. Eugene Goldwasser (20%), annual direct costs 07/01/81 to 06/30/82 $75,154, period of support 07/01/78 to 06/30/83. This project is devoted to the cell biology of erythropoietin and the relationships between erythropoietin-responsive cells and pluripotent stem cells.

   NIH: Grant HL 16005, Comprehensive Center for Sickle Cell Research, project period 04/01/74 to 03/31/83, P.I. J. E. Bowman: Subproject; studies of erythropoiesis in vitro, P.I. Eugene Goldwasser (10%) & M. Gross, annual direct cost 05/01/82 to 04/31/83, $89,724 (approximately one-half of this amount is for Dr. Gross' lab). This project is devoted to study of transcription induced by erythropoietin, to the regulation of heme synthesis and to the specific expression of mouse globin genes.

2. Application pending:  NIH HL 21676-06, Erythropoietin, Purification, Properties, Biogenesis, annual direct cost 07/01/82 to 06/30/83, $164,023, period of support, 07/01/77 to 06/30/85.

3. Application planned:  Program project on Sickle Cell Biology

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

PHS-398
Rev. 5/80                          PAGE 10

A 196326
CONFIDENTIAL

AM670142350          Confidential
          Subject to Protective Order          AM-ITC 00927017

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: Eugene Goldwasser

## RESOURCES AND ENVIRONMENT

FACILITIES: Mark the facilities to be used and briefly indicate their capacities, pertinent capabilities, relative proximity and extent of availability to the project. Use "other" to describe facilities at other performance sites listed in Item 9, page 1, and at sites for field studies. Using continuation pages if necessary, include a description of the nature of any collaboration with other organizations and provide further information in the RESEARCH PLAN.

[X] Laboratory: Approx. 1500 sq. ft: fully operating, including culture labs, and needed equipment

[X] Clinical: When needed, the clinical Research Center can be made available. It can be used for any further clinical testing.

[X] Animal: Carlson Animal Research Facility is used to house all lab animals and to maintain them in a healthy state for experimental purposes.

[ ] Computer:

[ ] Office: There are separate offices for the P.I. and the secretary.

[ ] Other (_____):

MAJOR EQUIPMENT: List the most important equipment items already available for this project, noting the location, and pertinent capabilities of each.

HPLC, Gas chromatograph, culture hoods, incubators, centrifuges, monitors, counters and spectrophotometers are all within the lab.

ADDITIONAL INFORMATION: Provide any other information describing the environment for the project. Identify support services such as consultants, secretarial, machine shop, and electronics shop, and the extent to which they will be available to the project.

Secretarial service within the lab; the machine shop is an important adjunct as noted in the budget justification.

**CONFIDENTIAL**
SUBJECT TO COURT PROTECTIVE ORDER

PHS-398
Rev. 5/80

PAGE 11

A 196327
CONFIDENTIAL

                   Subject to Protective Order        AM-ITC 00927018

Case 1:05-cv-12237-WGY   Document 1092-16   Filed 09/20/2007   Page 11 of 13

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Eugene Goldwasser__

## BIOGRAPHICAL SKETCH

Give the following information for key professional personnel listed on page 2, beginning with the Principal Investigator/Program Director. Photocopy this page for each person.

| NAME | TITLE | BIRTHDATE (Mo., Day, Yr.) |
|---|---|---|
| Fung-Fang, Wang | Research Associate | 05/05/48 |

EDUCATION (Begin with baccalaureate training and include postdoctoral)

| INSTITUTION AND LOCATION | DEGREE | YEAR CONFERRED | FIELD OF STUDY |
|---|---|---|---|
| National Taiwan (Univ.) | B.S. | 1970 | Agricultural Chem. |
| Rutgers University | | 1971-73 | Biochemistry |
| Indiana University | Ph.D. | 1973-77 | Biochemistry |

RESEARCH AND/OR PROFESSIONAL EXPERIENCE: Concluding with present position, list in chronological order previous employment, experience, and honors. Include present membership on any Federal Government Public Advisory Committee. List, in chronological order, the titles and complete references to recent representative publications, especially those most pertinent to this application. Do not exceed 2 pages.

Professional Experience:
Univ. of Chicago (1981-Present), Research Associate
   1. Structural and Functional Studies of Colony stimulating factor
   2. Structural studies of erythropoietin
Univ. of Chicago (1979-1980), Post Doctoral Trainee
   Purification of human urinary colony stimulating factor
City of Hope Medical Center (1977-1978), Junior Research Scientist
   1. Interaction of detergents with fibronectin
   2. Protein sequence studies of fibronectin
University of Chicago (1979-1980): Post doctoral trainee, purification of human urinary colony stimulating factor

City Hope National Medical Center (1977-78): Junior Research Scientist.

Publications:
1. Pietrusako, R and Chen FF. (1976) Biochem Pharmacol 25, 2721.
2. Wang FFC, and Hirs CHW, (1977) J Biol Chem 252, 8358, Influence of the Hetero-saccharides in porcine pancreatic ribonuclease on the conformation and stability of the protein.
3. Wang FFC, and Hirs CHW, (1979) J Biol Chem 254, 1090. A comparison by 220 MHz NMR of Histidine $H^+$ ion titration in porcine ribonuclease and an extensively deglycosylated derivative.
4. Wang FFC and Goldwasser E. Purification of Human urinary CSF (in preparation).
5. Wang FFC and Goldwasser E. Irrelevance of the carbohydrate moiety of human urinary CSF for activity. In preparation.

PHS-398
Rev. 5/80
PAGE 9

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

A 196328
CONFIDENTIAL

AM670142352    Confidential Subject to Protective Order    AM-ITC 00927019

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Eugene Goldwasser__

## BIOGRAPHICAL SKETCH

Give the following information for key professional personnel listed on page 2, beginning with the Principal Investigator/Program Director. Photocopy this page for each person.

| NAME | TITLE | BIRTHDATE (Mo., Day, Yr.) |
|---|---|---|
| Fung-Fang, Wang | Research Associate | 05/05/48 |

EDUCATION (Begin with baccalaureate training and include postdoctoral)

| INSTITUTION AND LOCATION | DEGREE | YEAR CONFERRED | FIELD OF STUDY |
|---|---|---|---|
| National Taiwan (Univ.) | B.S. | 1970 | Agricultural Chem. |
| Rutgers University | | 1971-73 | Biochemistry |
| Indiana University | Ph.D. | 1973-77 | Biochemistry |

RESEARCH AND/OR PROFESSIONAL EXPERIENCE: Concluding with present position, list in chronological order previous employment, experience, and honors. Include present membership on any Federal Government Public Advisory Committee. List, in chronological order, the titles and complete references to recent representative publications, especially those most pertinent to this application. Do not exceed 2 pages.

Professional Experience:
Univ. of Chicago (1981-Present), Research Associate
   1. Structural and Functional Studies of Colony stimulating factor
   2. Structural studies of erythropoietin
Univ. of Chicago (1979-1980), Post Doctoral Trainee
   Purification of human urinary colony stimulating factor
City of Hope Medical Center (1977-1978), Junior Research Scientist
   1. Interaction of detergents with fibronectin
   2. Protein sequence studies of fibronectin
University of Chicago (1979-1980): Post doctoral trainee, purification of human urinary colony stimulating factor

City Hope National Medical Center (1977-78): Junior Research Scientist.

Publications:
1. Pietrusako, R and Chen FF. (1976) Biochem Pharmacol 25, 2721.
2. Wang FFC, and Hirs CHW, (1977) J Biol Chem 252, 8358, Influence of the Heterosaccharides in porcine pancreatic ribonuclease on the conformation and stability of the protein.
3. Wang FFC, and Hirs CHW, (1979) J Biol Chem 254, 1090. A comparison by 220 MHz NMR of Histidine H$^+$ ion titration in porcine ribonuclease and an extensively deglycosylated derivative.
4. Wang FFC and Goldwasser E. Purification of Human urinary CSF (in preparation).
5. Wang FFC and Goldwasser E. Irrelevance of the carbohydrate moiety of human urinary CSF for activity. In preparation.

PHS-398
Rev. 5/80              PAGE ___

**CONFIDENTIAL**
**SUBJECT TO COURT PROTECTIVE ORDER**

A 196329
CONFIDENTIAL

AM670142353    Confidential Subject to Protective Order    AM-ITC 00927020