# EXHIBIT 3
# Part 1 of 5

Dockets.Justia.com

HC21676

Form approved
OMB No. 0925-0001

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE | LEAVE BLANK | | |
|---|---|---|---|
| | TYPE | ACTIVITY | NUMBER |
| GRANT APPLICATION | REVIEW GROUP | | FORMERLY |
| FOLLOW INSTRUCTIONS CAREFULLY | COUNCIL/BOARD (Month, year) | | DATE RECEIVED |

**1. TITLE OF APPLICATION** (Do not exceed 56 typewriter spaces)
Erythropoietin: Purification, Properties, Biogenesis

**2. RESPONSE TO SPECIFIC PROGRAM ANNOUNCEMENT** ☒ NO ☐ YES (If "YES," state RFA number and/or announcement title)

**3. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR**

**3a. NAME** (Last, first, middle)
Goldwasser, Eugene

**3b. SOCIAL SECURITY NUMBER**
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

**3c. POSITION TITLE**
Professor

**3d. MAILING ADDRESS** (Street, city, state, zip code)
The University of Chicago
920 East 58th Street
Chicago, Illinois 60637

**3e. DEPARTMENT, SERVICE, LABORATORY OR EQUIVALENT**
Biochemistry & Molecular Biology

**3f. MAJOR SUBDIVISION**
Biological Sciences Division

**3g. TELEPHONE** (Area code, number and extension)
(312) 962-1348

**4. HUMAN SUBJECTS**
☐ NO ☒ YES
☐ Exemption #_____
OR
☒ Form HHS 596 enclosed

**5. RECOMBINANT DNA**
☐ NO ☒ YES

**6. DATES OF ENTIRE PROPOSED PROJECT PERIOD**
From: 7/1/85   Through: 6/30/90

**7. DIRECT COSTS REQUESTED FOR FIRST 12-MONTH BUDGET PERIOD** (from page 4)
$ 217,437

**8. DIRECT COSTS REQUESTED FOR ENTIRE PROPOSED PROJECT PERIOD** (from page 5)
$ 1,209,325

**9. PERFORMANCE SITES** (Organizations and addresses)
The University of Chicago
920 East 58th Street
Chicago, Illinois 60637

**10. INVENTIONS** (Competing continuation application only)
☒ NO ☐ YES ☐ Previously reported
OR
☐ Not previously reported

**11. APPLICANT ORGANIZATION** (Name, address, and congressional district)
The University of Chicago
5801 South Ellis Avenue
Chicago, Illinois 60637
First Congressional District

**12. TYPE OF ORGANIZATION**
☐ Public, Specify ☐ Federal ☐ State ☐ Local
☒ Private Nonprofit
☐ For Profit (General)
☐ For Profit (Small Business)

**13. ENTITY IDENTIFICATION NUMBER**
1362177139A1

**14. ORGANIZATIONAL COMPONENT TO RECEIVE CREDIT FOR BIOMEDICAL RESEARCH SUPPORT GRANT**
Code ☐☐☐ Description School of Medicine

**15. OFFICIAL IN BUSINESS OFFICE TO BE NOTIFIED IF AN AWARD IS MADE** (Name, title, address and telephone number)
Donald S. Sigal, Director, Office of Sponsored Programs
5801 S. Ellis Avenue
Chicago, Illinois 60637
312-962-8604

**16. OFFICIAL SIGNING FOR APPLICANT ORGANIZATION** (Name, title, address and telephone number)
1)
2) Donald S. Sigal, Director, Office of Sponsored Programs (312) 962-8604

**17. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR ASSURANCE:** I agree to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of this application. Willful provision of false information is a criminal offense (U.S. Code, Title 18, Section 1001).

SIGNATURE OF PERSON NAMED IN 3a *(In ink. "Per" signature not acceptable)*
/s/ Eugene Goldwasser
DATE: 31 August 1984

**18. CERTIFICATION AND ACCEPTANCE:** I certify that the statements herein are true and complete to the best of my knowledge, and accept the obligation to comply with Public Health Service terms and conditions if a grant is awarded as the result of this application. A willfully false certification is a criminal offense (U.S. Code, Title 18, Section 1001).

SIGNATURE OF PERSON NAMED IN 16 *(In ink. "Per" signature not acceptable)*
DATE

PHS 398 (Rev. 5/82)

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER

A 196380
CONFIDENTIAL

TRIAL EXHIBIT
2057
97-10814 WGY

DEFENDANT'S DEPOSITION EXHIBIT 79
10-13-99

AM670206378                    AM-ITC 00991045

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Goldwasser, Eugene__

*Detach and clip this page (unnumbered) to the signed original of the face page of the application. Do not duplicate.*

## PERSONAL DATA ON PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR

The Public Health Service has a continuing commitment to monitoring the operation of its review and award processes to detect—and deal appropriately with—any instances of real or apparent inequities with respect to age, sex, race, or ethnicity of the proposed principal investigator/program director.

To provide the PHS with the information it needs for this important task, the principal investigator/program director is requested to complete the form below and attach a single copy to the signed face page of the application.

Upon receipt and assignment of the application by the PHS, this form will be detached from the application. It will NOT be duplicated and will NOT be a part of the review process. Data will be confidential, and will be maintained in Privacy Act record system 09-25-0036, "Grants: IMPAC (Grant Contract Information)." All analyses conducted on the data will report aggregate statistical findings only and will not identify individuals.

If you decline to provide this information, it will in no way affect consideration of your application.

Your cooperation will be appreciated.

| DATE OF BIRTH (month/day/year) | SEX |
|---|---|
| 10/14/22 | ☐ Female   [XX] Male |

RACE AND/OR ETHNIC ORIGIN (check one)

☐ American Indian or Alaskan Native

☐ Asian or Pacific Islander

☐ Black, not of Hispanic origin

☐ Hispanic

[XX] White, not of Hispanic origin

**CONFIDENTIAL — SUBJECT TO COURT PROTECTIVE ORDER**

NOTE: The category that most closely reflects the individual's recognition in the community should be used for purposes of reporting mixed racial and/or ethnic origins. Definitions are as follows:

<u>American Indian or Alaskan Native:</u> A person having origins in any of the original peoples of North America, and who maintains cultural identification through tribal affiliation or community recognition.

<u>Asian or Pacific Islander:</u> A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands. This area includes, for example, China, India, Japan, Korea, the Philippine Islands and Samoa.

<u>Black, not of Hispanic origin:</u> A person having origins in any of the black racial groups of Africa.

<u>Hispanic:</u> A person of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race.

<u>White, not of Hispanic origin:</u> A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

PHS 398 (Rev. 5/82)

A 196381
CONFIDENTIAL

Goldwasser, Eugene

## ABSTRACT OF RESEARCH PLAN

| Name | Title | Department |
|---|---|---|
| Eugene Goldwasser | Professor | Biochem. & Molec. Biol.<br>The University of Chicago |
| Fung-Fang Wang | Research Associate (Instructor) | Biochem. & Molec. Biol.<br>The University of Chicago |
| Phillip Maples | Post-doctoral trainee | Biochem. & Molec. Biol.<br>The University of Chicago |

**CONFIDENTIAL**
**SUBJECT TO COURT PROTECTIVE ORDER**

The salient features of this proposal are: The study of those structural features of human erythropoietin that may be directly involved with its biological activity on hemopoietic precursor cells; the study of the primary structure of the active site; the determination of oligosaccharide side chain structure; the isolation and characterization of specific cellular receptors for erythropoietin from cells infected with the anemia strain of the Friend virus; the extension of receptor studies to normal mouse cells and to apply the methods developed for that purpose to the study of human cellular receptors. Once isolated the erythropoietin receptor will be cloned and the gene for the receptor used to test an hypothesis regarding erythroid cell differentiation. Mouse erythropoietin will also be cloned and the DNA used for the study of the regulation of expression of the erythropoietin gene as well as for the study of erythropoietin biogenesis and secretion. Another aim is to develop a solid-phase radioimmunoassay using monoclonal anti-epo with the intention of improving the sensitivity of analysis by an order of magnitude. The same monoclonal anti-epo will be used as the basis for an improved immunoaffinity purification method.

VERTEBRATE ANIMALS INVOLVED: mice, rats

PAGE 2

A 196382
CONFIDENTIAL

AM670206380    AM-ITC 00991047

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: Goldwasser, Eugene

# TABLE OF CONTENTS

*Number pages consecutively at the bottom throughout the application. Do not use suffixes such as 5a, 5b. Type the name of the Principal Investigator/Program Director at the top of each printed page and each continuation page.*

SECTION 1.                                                                                                          PAGE NUMBERS

    Face Page, Abstract, Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1-3
    Detailed Budget for First 12 Month Budget Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
    Budget for Entire Proposed Project Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5-6
    Budgets Pertaining to Consortium/Contractual Arrangements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   —
    Biographical Sketch-Principal Investigator/Program Director *(Not to exceed two pages)* . . . . . . . . . . . . . . . .   7-8
    Other Biographical Sketches *(Not to exceed two pages for each)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-10
    Other Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   11
    Resources and Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12

SECTION 2. Research Plan

    Introduction *(Excess pages; revised applications; supplemental applications)* . . . . . . . . . . . . . . . . . . . . .   —
    A. Specific Aims *(Not to exceed one page)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13
    B. Significance *(Not to exceed three pages)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13-14
    C. Progress Report/Preliminary Studies *(Not to exceed eight pages)* . . . . . . . . . . . . . . . . . . . . . . . .   15-20
    D. Experimental Design and Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21-24
    E. Human Subjects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   30
    F. Vertebrate Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   —
    G. Consultants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   —
    H. Consortium Arrangements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   —
    I. Literature Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   31-32
    Checklist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33

SECTION 3. Appendix *(Six sets) (No page numbering necessary for Appendix)*

    Number of publications: __16__      Number of manuscripts: __6__
    Other items *(list)*:
    Letter from Dr. Krantz
    Letter from Dr. Rowley
    Table I
    Figure 1
    Figure 2
    Distribution sheets

☒ Application Receipt Record, Form PHS 3830
☒ Form HHS 596 if Item 4, page 1, is checked "YES" and no exemptions are designated.

**CONFIDENTIAL — SUBJECT TO COURT PROTECTIVE ORDER**

PHS 398 (Rev. 5/82)          PAGE 3          A 196383
CONFIDENTIAL

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: Goldwasser, Eugene

**DETAILED BUDGET FOR FIRST 12 MONTH BUDGET PERIOD DIRECT COSTS ONLY**

FROM 7/1/85 THROUGH 6/30/86

DOLLAR AMOUNT REQUESTED (Omit cents)

PERSONNEL (Applicant organization only)

| NAME | POSITION TITLE | % | Hours per Week | SALARY | FRINGE BENEFITS | TOTALS |
|---|---|---|---|---|---|---|
| Eugene Goldwasser | Principal Investigator | 20 | | 13,090 | 2,605 | 15,695 |
| Fung-Fang Wang | Res. Assoc (Instr) | 100 | | 23,881 | 4,752 | 28,633 |
| Charles K.-H. Kung | Res. Technologist | | 40 | 31,686 | 6,464 | 38,150 |
| Annette Gardner | Res. Technician | | 40 | 23,026 | 4,697 | 27,723 |
| Carol Sims | Res. Technician | | 40 | 18,589 | 3,792 | 22,381 |
| Catherine Fowler | Lab Assistant | | 40 | 17,607 | 3,592 | 21,199 |
| Yvonne Price | Secretary | | 20 | 9,459 | 1,930 | 11,389 |
| Anthony Kittler | Instrument Designer | | 2.5 | 2,053 | 419 | 2,472 |
| SUBTOTALS | | | | 139,391 | 28,251 | 167,642 |

**CONSULTANT COSTS**

**EQUIPMENT** (Itemize)
Rotary Incubator

3,500

**SUPPLIES** (Itemize by category)
200 rats @ $5.82 ea. = $1,164; 300 mice @ $3.75 ea. = $1,125; 100 nude mice @ $60 ea = $6,000; isotopes $3,945; chemicals $6,480; media $5,000; glass and plastic ware $4,000; HPLC columns $6,000; film $1,000; enzymes $1,656;

36,370

| TRAVEL | DOMESTIC one relevant trip for PI and Res. Assoc. | 2,000 |
|---|---|---|
| | FOREIGN | 0 |
| PATIENT CARE COSTS | INPATIENT | 0 |
| | OUTPATIENT | 0 |

**ALTERATIONS AND RENOVATIONS** (Itemize by category)

0

**CONSORTIUM/CONTRACTUAL COSTS**

0

**CONFIDENTIAL — SUBJECT TO COURT PROTECTIVE ORDER**

**OTHER EXPENSES** (Itemize by category) animal care $960; (4,000 mouse days @ 0.12 = $480; 2,000 rat days @ 0.24=$480); maintenance contracts, $3,750; radiation protection, $1,250; long distance phone, $200; book and journals $100; publication costs, $1,300; (page charges $500; reprints $800); copying $200; postage $165.

7,925

**TOTAL DIRECT COSTS** (Also enter on page 1, item 7) — $217,437

PHS 398 (Rev. 5/82)    PAGE 4

A 196384
CONFIDENTIAL

AM670206382    AM-ITC 00991049

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: __Goldwasser, Eugene__

## BUDGET FOR ENTIRE PROPOSED PROJECT PERIOD
### DIRECT COSTS ONLY

| BUDGET CATEGORY TOTALS | | 1st BUDGET PERIOD (from page 4) | ADDITIONAL YEARS SUPPORT REQUESTED | | | |
|---|---|---|---|---|---|---|
| | | | 2nd | 3rd | 4th | 5th |
| PERSONNEL (Salary and fringe benefits.) (Applicant organization only) | | 167,642 | 177,701 | 188,363 | 199,665 | 211,645 |
| CONSULTANT COSTS | | - | - | - | - | - |
| EQUIPMENT | | 3,500 | 5,000 | 0 | 0 | 0 |
| SUPPLIES | | 36,370 | 38,189 | 40,098 | 42,103 | 44,208 |
| TRAVEL | DOMESTIC | 2,000 | 2,100 | 2,205 | 2,315 | 2,431 |
| | FOREIGN | | | | | |
| PATIENT CARE COSTS | INPATIENT | | | | | |
| | OUTPATIENT | | | | | |
| ALTERATIONS AND RENOVATIONS | | | | | | |
| CONSORTIUM/ CONTRACTUAL COSTS | | | | | | |
| OTHER EXPENSES | | 7,925 | 8,321 | 8,737 | 9,174 | 9,633 |
| TOTAL DIRECT COSTS | | 217,437 | 231,311 | 239,403 | 253,257 | 267,917 |

TOTAL FOR ENTIRE PROPOSED PROJECT PERIOD (Also enter on page 1, item 8) ⟶ $ 1,209,325

JUSTIFICATION (Use continuation pages if necessary): Describe the specific functions of the personnel and consultants. If a recurring annual increase in personnel costs is anticipated, give the percentage. For all years, justify any costs for which the need may not be obvious, such as equipment, foreign travel, alterations and renovations, and consortium/contractual costs. For any additional years of support requested, justify any significant increases in any category over the first 12 month budget period. In addition, for COMPETING CONTINUATION applications, justify any significant increases over the current level of support.

"The inclusion of faculty salary in this budget is a policy of the Division of the Biological Sciences and The Pritzker School of Medicine. If an award is made in a reduced amount, the Principal Investigator will be asked to retain an appropriate amount of faculty salary support in the budget.

Most appointments in the Division of the Biological Sciences and The Pritzker School of Medicine are on a full-time, 12 month basis. Although salaries are assured on this basis, it is expected that investigators will recover reasonable and appropriate salary support from research grants and contracts proportionate to the fraction of their time and effort devoted to the research."

PHS 398 (Rev. 5/82)    PAGE 5

A 196385
CONFIDENTIAL

CONFIDENTIAL SUBJECT TO COURT PROTECTIVE ORDER

AM670206383    AM-ITC 00991050

| PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR OR AWARD CANDIDATE (Last, first, middle) | SOCIAL SECURITY NUMBER |
|---|---|
| Goldwasser, Eugene | 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 |

Personnel: The budget for the first period is 11.1% greater than the current budget due to increased effort of the P.I. and to mandated increases in non-academic salaries. The percent effort of the P.I. has been increased from 15 to 20, a desirable increase, but reflected in the increased budget. Dr. Wang is a full-time Research Associate (Instructor) who is responsible for structural studies of both epo and epo-receptors. She will also work on receptor cloning as results permit. Mr. Kung is the pivotal person in this lab; as the chief Research Technologist he is responsible for purification procedures, studies of labeling techniques, analysis and preparation by HPLC and immunoaffinity methods. He also will be responsible for blotting techniques (Southern, Northern and Western). Ms. Gardner is responsible for routine RIA and work on new RIA methods, as well as assay result bookkeeping. Ms. Sims is responsible for marrow culture assays, for some work on purification and for maintenance of cell lines. Ms. Fowler is a lab assistant who is responsible for dishwashing, sterilization, lab orderliness and copying. Ms. Price, as secretary takes care of ordering, logging in received orders, typing of manuscripts and reports, and some bookkeeping. Mr. Kittler is needed for minor repair work, instrument design and construction. Some of the work to be done will be carried out by graduate students and post-doctoral fellows who are not, at this time, carried as personnel on this project.

Equipment: In the first period we request funds for a rotary incubator to be used to grow bacterial cells on DNA cloning. At present we have to borrow the use of one already heavily used on another floor. We need this incubator for growing cells with plasmids for cloning the mouse epo gene and for the receptor gene. In the second period we request funds for a low temperature freezer; at present we share (1/3) one and the capacity is clearly too small for our needs. Many of our RNA and DNA supplies require ultra low temperature storage and this type of freezer is required.

Other expenses: We have a sizable budget item for maintenance contracts; this includes partial costs of maintaining the following: two gamma counters, a liquid scintillation spectrometer, three Sorvall centrifuges, a Beckman L5-65 and an autoclave. We are convinced that there is a saving involved since everyone of these is essential and we would have to pay premium prices to get repairs without such contracts.

Personnel costs have been projected to increase at 6% per year, all other costs at 5% per year. Except as indicated above, and for the equipment requested, the budgetary increment over the present grant is about 5%.

CONFIDENTIAL
SUBJECT TO COURT PROTECTIVE ORDER