Amgen Inc. v. F. Hoffmann-LaRoche LTD et al  Doc. 1092 Att. 24
Case 1:05-cv-12237-WGY   Document 1092-25   Filed 09/20/2007   Page 1 of 1
Exhibit 2044
05-12237-WGY



GG-8

EXHIBIT
GDX-788

1900 Oak Terrace Lane/Thousand Oaks, California 91320-1789/Telephone 805 499-5725

**AMGen**

July 24, 1984

Dr. Eugene Goldwasser
University of Chicago
Department of Biochemistry
920 East 58th Street
Chicago, IL 60637

**CONFIDENTIAL**
**SUBJECT TO COURT PROTECTIVE ORDER**

Dear Gene:

There is, of course, no problem in including in your grant request any of the information from published abstracts. It could also be stated that we plan to continue our collaboration and that recombinant DNA produced erythropoietin will be made available to you. If you thought it would be useful, I could compose an appropriate letter to include in the grant application.

I do not feel that we can afford to release any protein sequence data at this time. Some of the people who read the grant will obviously be working in the Epo area and will most likely have some industry connection. There is a high risk that information included in the grant, even though it is confidential, will be used by outside groups to try to clone the gene.

I believe that you could write the grant in a way which would not require the release of the protein sequnce. For example, you could refer to the work in a way such as "manuscript in preparation".

The work on the IW32 cells could also be included without giving any protein sequence data. Again, the point could be made that the availability of the Epo clones opens the possibility of studying the Epo gene structure in a wide variety of cell types, disease states, etc.

I feel that you are in a position to submit an extremely strong application to NIH, based on the availability of the cloned Epo gene, without the release of the protein sequence.

Sincerely,

Daniel Vapnek, Ph.D.
Research Director

**CONFIDENTIAL**

DV:pak

CONFIDENTIAL
A 99370