Exhibit 2050
05-12237-WGY



Clinical Study of Purified Human Erythropoietin
(H-EPO)
Physician Sponsored IND
Investigator: Joseph M. Baron, M.D.
Associate Professor of Medicine
Section of Hematology
The University of Chicago
Chicago, Illinois

BARON 00036

CONFIDENTIAL



EXHIBIT
Baron 4
3/16/07

THE UNIVERSITY OF CHICAGO
THE DIVISION OF THE BIOLOGICAL SCIENCES
AND
THE PRITZKER SCHOOL OF MEDICINE

BOX 420
950 EAST 59TH STREET
CHICAGO · ILLINOIS 60637

*Department of Medicine*
*Section of Hematology/Oncology*

Telephone
(312) 962-6114

HARVEY M. GOLOMB, M.D.
*Professor, Chief*

CLIFFORD W. GURNEY, M.D.
*Professor*

LEON O. JACOBSON, M.D.
*Professor*

JANET D. ROWLEY, M.D.
*Professor*

JOHN E. ULTMANN, M.D.
*Professor*

STANLEY YACHNIN, M.D.
*Professor*

JOSEPH M. BARON, M.D.
*Associate Professor*

PHILIP C. HOFFMAN, M.D.
*Assistant Professor*

RICHARD A. LARSON, M.D.
*Assistant Professor*

ERIC P. LESTER, M.D.
*Assistant Professor*

CAROL M. RICHMAN, M.D.
*Assistant Professor*

NICHOLAS J. VOGELZANG, M.D.
*Assistant Professor*

MANUEL O. DIAZ, M.D.
*Research Associate*

MICHELLE M. LEBEAU, Ph.D.
*Research Associate*

MICHAEL W. LOCKNEY, Ph.D.
*Research Associate*

BERNARD LEVIN, M.D.
*Associate Professor*
*Section of Gastroenterology*

February 6, 1984

National Center for Drugs and
 Biologics
HFN-110
5600 Fishers Lane
Rockville, MD 20857

RE: IND 16,234
    Clinical Investigatation of
    Human Erythropoietin

    Progress Report

Attn: Document Control
      Room 16B-45

Dear Sir:

Purified human erythropoietin (H-EPO) has been administered intravenously to 5 individuals since inception of our studies. Three patients with a chronic renal failure on hemodialysis were the first to receive the hormone in 1979 and 1980. Most recently, two normal volunteers received single injections of the hormone (June and July, 1983) to assess pharmacokinetics in comparison with the renal failure patients. The first two patients with chronic renal failure received 20 intravenous doses of the hormone (q 12 hrs for a 10 day period) in the Clinical Research Center at the University of Chicago. The third individual received initial doses as an inpatient and then follow-up injections every 2-3 days immediately following outpatient dialysis over the subsequent three-week period. The two normal individuals received their injections of the hormone in the Clinical Research Center and were monitored as per protocol.

I. Safety

No acute, subacute, or chronic adverse reactions have been noted to date. The three patients with chronic renal failure continue in the dialysis program at the University of Chicago at the present time.

II. Pharmacokinetics

The disappearance curves of erythropoietin after single intravenous doses were complex, with an unexpectedly rapid initial $T-\frac{1}{2}$ (ranging from .11 to .472 hours in the group of 5 individuals with overlap between the normals and the chronic renal failure patients) and a slower secondary decay following a second small peak. Analysis of the second serum peak detected by the radioimmunoassay

**BARON 00040**

CONFIDENTIAL

Page 2.

in one of the individuals with chronic renal failure revealed the presence of smaller molecular weight material (?subunits or breakdown products) than injected erythropoietin. These data were not derived from studies in steady state conditions because of lack of sufficient hormone to achieve this by continuous infusion. Of interest was the similar shape of the curves in the renal failure patients and the two normal volunteers. There was insufficient material under the second peak to assay for bioactivity.

Patients with renal failure had minimal urine outputs, thus eliminating urinary excretion of erythropoietin as a factor in analysis of the serum decay curves. In the two normal volunteers with normal urine outputs, the erythropoietin excretion in the urine did not represent more than a trace amount of injected hormone in each subject.

III. Biological Efficacy

Hematologic parameters in the three patients with chronic renal failure were assessed prior to and following erythropoietin administration as outlined in the submitted protocol. There was no significant increase in the hematocrit observed, however, each patient showed a mild to modest increase in reticulocyte number with peaks noted at days 9, 10, and 11, respectively. Two of the three patients showed increased numbers of nucleated red cells/1000 bone marrow cells and the disappearance of radio-iron from plasma was shortened in two of the three individuals. One of the three patients showed an increase in red cell mass following the treatment program.

IV. Summary

Purified erythropoietin has been studied in five individuals to date without adverse effects. Similarly rapid initial disappearance rates followed by slower secondary decay of serum radioimmunoassay detectable erythropoietin levels was seen in two normal volunteers and in three patients with chronic renal failure. In each instance a second peak of radioactivity was seen during the plasma disappearance curve studies and in one individual this was shown to contain material of smaller molecular weight than the initial injected erythropoietin. Definite evidence of erythroid marrow stimulation was detected, but no dramatic hematologic effect could be documented during the relatively short treatment.

V. Comment

In view of the extensive renal osteodystrophic changes seen in the bone marrows of the individuals with chronic renal disease, it is not surprising that no further

BARON 00041

CONFIDENTIAL

Page 3.

stimulatory effect was observed during the short treatment. This observation is consistent with the prolonged time course for erythroid marrow recovery seen with the use of androgens (usually three to five months or more) or following successful renal transplantation (correction of anemia, when it occurs, at 6 to 12 weeks following successful transplantation).

Pending availability of sufficient amounts of purified hormone in preparation, we intend to conduct further studies which would permit steady state estimates of erythropoietin pharmacokinetics and permit the more prolonged therapy needed to adequately assess the potential role of erythropoietin administration in the therapy of anemia of chronic renal disease.

Respectfully submitted,

*Joseph M. Baron*

Joseph M. Baron, M.D.
Associate Professor
Department of Medicine
Section of Hematology/Oncology

JMB/ajt

BARON 00042

CONFIDENTIAL

# THE UNIVERSITY OF CHICAGO
## THE PRITZKER SCHOOL OF MEDICINE

University of Chicago  
Medical Center  

5841 S. Maryland Ave., Box 420  
Chicago, Illinois 60637  
(312) 962-6114  

Michael Reese Hospital  
and Medical Center  

Lake Shore Drive at 31st Street  
Chicago, Illinois 60616  
(312) 791-  

October 2, 1985

Department of Medicine  
Joint Section of  
Hematology/Oncology  

*Director and Professor*  
Harvey M. Golomb, M.D.  

*Professors*  
Clifford W. Gurney, M.D.  
Leon O. Jacobson, M.D.  
Janet D. Rowley, M.D.  
John E. Ultmann, M.D.  
Stanley Yachnin, M.D.  

*Associate Professors*  
Joseph Baron, M.D.  
Jacob Bitran, M.D.  
Juan Chediak, M.D.  
Mabel Koshy, M.D.  
Margaret C. Telfer, M.D.  

*Assistant Professors*  
Julia Ashenhurst, M.D.  
Ellen R. Gaynor, M.D.  
Philip C. Hoffman, M.D.  
Richard Larson, M.D.  
Richard L. Schilsky, M.D.  
Nicholas J. Vogelzang, M.D.  
Carol A. Westbrook, M.D., Ph.D.  

*Research Associates*  
Bernard H. Brownstein, Ph.D.  
Manuel O. Diaz, M.D.  
Harriet Davidson, Ph.D.  
Michelle M. LeBeau, Ph.D.  
Denise Oleske, Ph.D.  
Joseph A. Sinkule, Pharm.D.  

*Clinical Faculty*  
Arthur Billings, M.D.  
Charles Shapiro, M.D.  
Richard Desser, M.D.  
Peter Friedell, M.D.  
Mark Kozloff, M.D.  
Erwin Robin, M.D.  

Natalia A. Morgenstern  
Supervisory Consumer Safety Officer  
Division of Cardio-Renal Products  
Office of Drug Research and Review  
Center for Drugs and Biologics  
Department of Health  
 and Human Services  
Food and Drug Administration  
Rockville, Maryland 20857  

Dear Ms. Morgenstern:

Thank you for your letter of September 12, 1985, regarding IND #16,234. There have been no further studies performed under this claimed investigational exemption since our last report to you. These follow-up studies have been delayed because of lack of availability of sufficient amounts of purified human urinary erythropoietin to permit us to carry out the investigations. We expect that adequate amounts of the hormone will be forthcoming within the next several months and that we will be able to continue studies undertaken as described in earlier reports to you. We have not discontinued our study and we wish to have the IND continued until such time as we will be able to complete the intended investigations.

Thank you very much for your help in this regard.

Sincerely yours,

Joseph M. Baron, M.D.  
Associate Professor of Medicine  
Section of Hematology/Oncology  

JMB:ss

BARON 00046

CONFIDENTIAL