# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO REPLY IN FURTHER SUPPORT OF ITS MOTION *IN LIMINE* NO. 13 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS AND COMMUNICATIONS WITHHELD THROUGHOUT FACT DISCOVERY

Plaintiff Amgen Inc. respectfully moves for leave to reply to Defendants' opposition to Plaintiff's Motion in Limine No. 13: To Exclude Evidence and Argument Regarding Roche's FDA Filings and Communications Withheld Throughout Fact Discovery. Amgen Inc.'s proposed reply is attached hereto as Exhibit A and the proposed declaration in support thereof is attached as Exhibit B.

In support of this motion, Amgen states that its proposed reply brief and supporting declaration is limited to the issues raised in Roche's opposition, is concise, and will be of assistance to the Court.

789319                                                         1

Dated: September 20, 2007                Respectfully Submitted,

                                         AMGEN INC.,
                                         By its attorneys,


                                         */s/ Michael R. Gottfried*_____
Of Counsel:                              D. DENNIS ALLEGRETTI (BBO#545511)
                                         MICHAEL R. GOTTFRIED (BBO#542156)
                                         PATRICIA R. RICH (BBO#640578)
STUART L. WATT                           DUANE MORRIS LLP
WENDY A. WHITEFORD                       470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                       Boston, MA 02210
DARRELL G. DOTSON                        Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                      Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                               LLOYD R. DAY, JR
One Amgen Center Drive                   DAY CASEBEER
Thousand Oaks, CA   91320-1889           MADRID & BATCHELDER LLP
(805) 447-5000                           20300 Stevens Creek Boulevard, Suite 400
                                         Cupertino, CA 95014
                                         Telephone:    (408) 873-0110
                                         Facsimile:    (408) 873-0220

                                         WILLIAM GAEDE III
                                         McDERMOTT WILL & EMERY
                                         3150 Porter Drive
                                         Palo Alto, CA 94304
                                         Telephone:    (650) 813-5000
                                         Facsimile:    (650) 813-5100

                                         KEVIN M. FLOWERS
                                         MARSHALL, GERSTEIN & BORUN LLP
                                         233 South Wacker Drive
                                         6300 Sears Tower
                                         Chicago IL 60606
                                         Telephone:    (312) 474-6300
                                         Facsimile:    (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 20, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried