UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **C.A. NO.: 05-12237-WGY** |
| v. ) | |
| ) | |
| F. HOFFMANN-LAROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LAROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENT TO BE FILED IN CONNECTION WITH AMGEN INC.'S MOTION FOR LEAVE TO REPLY IN FURTHER SUPPORT OF ITS MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS AND COMMUNICATIONS WITHHELD THROUGHOUT FACT DISCOVERY**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it served today, via hand-delivery, upon defense counsels at Bromberg & Sunstein LLP and at Kaye Scholer LLP, the following:

- **Confidential Exhibit 1 to the [Proposed] Declaration Of Aaron R. Hand in Support of Amgen Inc.'s Reply in Further Support of Its Motion in Limine No. 13 to Exclude Evidence and Argument Regarding Roche's FDA Filings and Communications Withheld Throughout Fact Discovery**

This document contains information designated as confidential by the defendants ("Roche"). Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem the document confidential.

DM1\1196809.1

Dated: September 20, 2007								Respectfully Submitted,

									AMGEN INC.,
									By its attorneys,

Of Counsel:								*/s/ Michael R. Gottfried*
									D. Dennis Allegretti (BBO#545511)
Stuart L. Watt								Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford							Patricia R. Rich (BBO# 640578)
Monique L. Cordray							DUANE MORRIS LLP
Darrell G. Dotson							470 Atlantic Avenue, Suite 500
Kimberlin L. Morley							Boston, MA 02210
Erica S. Olson								Telephone: (857) 488-4200
AMGEN INC.								Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789					Lloyd R. Day, Jr. *(pro hac vice)*
(805) 447-5000								DAY CASEBEER, MADRID & BATCHELDER LLP
									20300 Stevens Creek Boulevard, Suite 400
									Cupertino, CA 95014
									Telephone: (408) 873-0110
									Facsimile: (408) 873-0220

									William Gaede III *(pro hac vice)*
									McDERMOTT WILL & EMERY
									3150 Porter Drive
									Palo Alto, CA 94304
									Telephone: (650) 813-5000
									Facsimile: (650) 813-5100

									Kevin M. Flowers *(pro hac vice)*
									MARSHALL, GERSTEIN & BORUN LLP
									233 South Wacker Drive
									6300 Sears Tower
									Chicago, IL 60606
									Telephone: (312) 474-6300
									Facsimile: (312) 474-0448

3

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                    */s/ Michael R. Gottfried*
                    Michael R. Gottfried