# EXHIBIT C

**The New York Times**
nytimes.com

[x] Printer

Exhibit C

September 12, 2007

# F.D.A. Advisory Panel Opposes Curb on Anemia Drugs

By ANDREW POLLACK

A federal advisory committee voted yesterday against imposing a new restriction on the use of anemia drugs to treat patients with kidney disease, offering a rare reprieve to Amgen, the manufacturer of the drugs.

The panel, advising the Food and Drug Administration, voted 14-to-5 against an F.D.A. proposal to set a fairly specific upper range on the drugs' use. Several studies have linked overuse of the drugs to cardiovascular problems and deaths and, when used to treat cancer patients, to a worsening of tumors.

Shares of Amgen, which had fallen sharply since safety concerns about the drug intensified in January, shot up more than 5 percent yesterday, closing at $53.88. The vote was also considered important to kidney dialysis chains like DaVita and Fresenius that, under Medicare rules, profit from the use of the anemia drugs.

Some panel members seemed swayed by testimony from Amgen and from some outside kidney specialists and patient representatives that setting too strict an upper limit would mean that many patients would be undertreated, leaving them with debilitating anemia or needing risky and inconvenient blood transfusions.

"Such an approach alone would undoubtedly return us to the days of frequent blood transfusions," Dr. Allen R. Nissenson, a nephrologist at the University of California, Los Angeles, told the committee, speaking on Amgen's behalf.

Still, while yesterday's vote made it less likely that there would be drastic restrictions on the use of the drugs in kidney patients, the levels of use are unlikely to return to those common before the safety concerns took hold. Even while rejecting the F.D.A.'s proposed ceiling, most panel members recommended a treatment target lower than what some dialysis clinics and kidney specialists previously used.

Moreover, the F.D.A. said it was proposing to remove assertions on labels that the drugs improved the quality of life for patients, saying the data to support such claims was inadequate.

Amgen has proposed keeping some, but not all, the claims. The committee was not asked to vote on the matter.

The panel's outcome was "not as benign as the initial vote," Jim Birchenough, a Lehman Brothers analyst, wrote in a note to clients.

The drug most affected by the committee's vote was Epogen, an Amgen medication used to treat nearly all the roughly 350,000 dialysis patients in the United States. It had sales of $2.5 billion last year.

Johnson & Johnson sells the same drug under license as Procrit. Both Procrit and another Amgen drug called Aranesp are used primarily to treat cancer patients and kidney disease patients who are not undergoing dialysis.

Yesterday's panel, which met in Gaithersburg, Md., was far easier on Amgen than one in May that considered the safety of the drugs for use by cancer patients. After that meeting, Medicare sharply reduced its reimbursement for cancer use. The Medicare action resulted in a drop in sales that contributed to Amgen's decision last month to cut its work force by 12 to 14 percent.

The drugs work by raising the level of the body's red blood cells, which carry oxygen to tissues. Epogen, first approved for dialysis patients in 1989, has become a mainstay for such patients.

But safety issues arose when researchers tried to use the drugs not merely to correct severe anemia but also to try to raise kidney patients' levels of hemoglobin — the oxygen-carrying component of red cells — to 13.5 or 14 grams for each deciliter of blood, nearly the level of a healthy person.

Two clinical trials, one in dialysis and one in predialysis patients, showed that patients given additional quantities of the drugs to raise their hemoglobin to those levels suffered more heart problems and deaths than those treated with a hemoglobin goal of 10 or 11 grams a deciliter.

In March, the F.D.A. changed the labels to say that the drugs should be used as sparingly as necessary to avoid blood transfusions and that hemoglobin levels should not exceed 12 grams a deciliter.

But yesterday it proposed setting an upper target of about 11. The committee — in two 14-to-5 votes, one for dialysis and one for predialysis patents — rejected that idea, saying somewhat more flexibility was needed.

Malazia Y. Scott, a kidney patient from Tuscaloosa, Ala., the patient representative on the

panel, said, "At 11, I'm not in the bed, but I think most of the day is spent in bed."

Some panel members favored a range of 10 to 12 grams, which had also been proposed by Amgen. Still, that was lower than the 11-to-13 range that had been suggested by some kidney treatment guidelines.

Many panel members said there was not enough data to distinguish the effects of 11 grams compared with 12 grams.

The committee's chairman, Dr. Richard Platt, decried the lack of data, saying it was "extraordinary" that 18 years after Epogen was first approved, doctors still did not know how to best use the drugs. He said the drugs' developers should have conducted more thorough clinical trials.

"As individuals and society," said Dr. Platt, a professor at Harvard Medical School, "we should demand much better evidence much earlier on. We are in a very difficult situation here being asked to advise in the absence of data."

Copyright 2007 The New York Times Company

Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map