# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>F. HOFFMANN-LA ROCHE, LTD, a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation,<br><br>    Defendants. | Civil Action No. 05-12237 WGY |

## ROCHE'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF PROPOSED AMGEN WITNESS NANCY SPAETH BASED ON ADDITIONAL EVIDENCE

Leora Ben-Ami (*pro hac vice*)  
Patricia A. Carson (*pro hac vice*)  
Thomas F. Fleming (*pro hac vice*)  
Howard S. Suh (*pro hac vice*)  
Peter Fratangelo (BBO# 639775)  
Kaye Scholer LLP  
425 Park Avenue  
New York, New York 10022  
Tel. (212) 836-8000  

Lee Carl Bromberg (BBO# 058480)  
Timothy M. Murphy (BBO# 551926)  
Julia Huston (BBO# 562160)  
Keith E. Toms (BBO# 663369)  
Nicole A. Rizzo (BBO# 663853)  
Bromberg & Sunstein LLP  
125 Summer Street  
Boston, MA 02110  
Tel. (617) 443-9292  

*Counsel for Defendants*  
*F. Hoffmann-La Roche, Ltd,*  
Dated: Boston, Massachusetts    *Roche Diagnostics GmbH, and*  
   September 24, 2007      *Hoffmann-La Roche Inc.*

744383_1

The defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. respectfully request that Amgen's proposed fact witness Nancy Spaeth be precluded from testifying at trial pursuant to Fed. R. Evid. 602, 402, and 403 for at least the following reasons:

    (i)    Ms. Spaeth's recently obtained August 29, 2007 deposition testimony confirms that her testimony would violate Fed. R. Evid. 602 and 402, in that she does not know what drug, if any, she received from Dr. Eschbach in 1987 or 1988, and cannot say that she even received recombinant human erythropoietin.

    (ii)    Ms. Spaeth also confirmed at deposition that she does not know what inventions are claimed in the patents-in-suit and cannot give any relevant testimony regarding those claimed inventions.

    (iii)    Amgen's opening statement to the jury further confirms that even if Ms. Spaeth could give any relevant testimony (which she cannot as all she can discuss is her own personal health history), it is completely duplicative of the proposed testimony of other Amgen witnesses.

    (iv)    Any other testimony that Ms. Spaeth might offer concerning her personal health battles is irrelevant to any issue in the case and unfairly prejudicial to Roche.

In support of this motion, Roche submits the accompanying memorandum of law and declaration of Peter Fratangelo.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

744383_1

DATED:   Boston, Massachusetts
         September 24, 2007                Respectfully submitted,

                                           F. HOFFMANN-LA ROCHE LTD,
                                           ROCHE DIAGNOSTICS GMBH, and
                                           HOFFMANN-LA ROCHE INC.

                                           *By their Attorneys,*

                                           /s/ Keith E. Toms
                                           Lee Carl Bromberg (BBO# 058480)
                                           Julia Huston (BBO# 562160)
                                           Keith E. Toms (BBO# 663369)
                                           Nicole A. Rizzo (BBO # 663853)
                                           Kimberly J. Seluga (BBO# 667655)
                                           ROMBERG & SUNSTEIN LLP
                                           125 Summer Street
                                           Boston, MA 02110
                                           Tel: (617) 443-9292
                                           ktoms@bromsun.com

                                           Leora Ben-Ami (*pro hac vice*)
                                           Mark S. Popofsky (*pro hac vice*)
                                           Patricia A. Carson (*pro hac vice*)
                                           Thomas F. Fleming (*pro hac vice*)
                                           Howard S. Suh (*pro hac vice*)
                                           Peter Fratangelo (BBO# 639775)
                                           KAYE SCHOLER LLP
                                           425 Park Avenue
                                           New York, NY 10022
                                           Tel: (212) 836-8000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                           /s/ Keith E. Toms
                                           Keith E. Toms

3099/501 744382.1