UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | ) |
| Plaintiff, ) | ) |
| v. ) | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, ) ROCHE DIAGNOSTICS GmbH, ) and HOFFMANN-LA ROCHE INC. ) | ) |
| Defendants. ) | ) |

**CONFIDENTIAL EXHIBIT A
TO ROCHE'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF PROPOSED
AMGEN WITNESS NANCY SPAETH BASED ON ADDITIONAL EVIDENCE**

The filing of this confidential exhibit has been deferred pursuant to the provisions of the

Protective Order entered on 2/7/07 (Docket No. 274).


Dated: September 24, 2007            Respectfully submitted,
Boston, Massachusetts                F. HOFFMANN-LA ROCHE LTD,
                                     ROCHE DIAGNOSTICS GMBH, and
                                     HOFFMANN-LA ROCHE INC.

                                     *By their attorneys,*

                                     /s/  Keith E. Toms
                                     Lee Carl Bromberg (BBO# 058480)
                                     Julia Huston (BBO# 562160)
                                     Keith E. Toms (BBO# 663369)
                                     Nicole A. Rizzo (BBO# 663853)
                                     Kimberly J. Seluga (BBO# 667655)
                                     BROMBERG & SUNSTEIN LLP
                                     125 Summer Street
                                     Boston, MA 02110
                                     Tel. (617) 443-9292
                                     ktoms@bromsun.com

03099/00501 732560.1