# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | *Leave to file granted 9/24/07* |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF AARON R. HAND IN SUPPORT OF AMGEN'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE NO. 13: TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ROCHE'S FDA FILINGS AND COMMUNICATIONS WITHHELD THROUGHOUT FACT DISCOVERY**

I, Aaron R. Hand, declare as follows:

1.  I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2.  I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the May 22, 2007 Deposition of Dr. Jeffrey Borer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 20th day of September, 2007.

By:   /s/ *Aaron R. Hand*

Aaron R. Hand

795708

1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                */s/ Michael R. Gottfried*
                                                Michael R. Gottfried