UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE LTD, )<br>ROCHE DIAGNOSTICS GMBH, and )<br>HOFFMANN-LA ROCHE INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-CV-12237WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Emily J. Schaffer of Bromberg & Sunstein LLP for defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH and Hoffmann-La Roche Inc., in the above-captioned case.

Dated: Boston, Massachusetts
September 24, 2007

/s/ Emily J. Schaffer
Emily J. Schaffer (BBO # 653752)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004
Email: eschaffer@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

/s/ Emily J. Schaffer
Emily J. Schaffer

03099/00501 745334.1