# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-12237 WGY |
| F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

**PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO FILE A DECLARATION IN SUPPORT OF ITS OPPOSITION TO DEFENDANT ROCHE'S MOTION TO PRECLUDE THE DEPOSITION TESTIMONY OF DR. EDWARD EVERETT HARLOW**

Plaintiff Amgen Inc. respectfully moves for leave to file a supplemental declaration in support of its opposition to Defendant's Motion to Preclude the Deposition Testimony of Dr. Edward Everett Harlow.  Amgen Inc.'s proposed declaration is attached hereto as Exhibit A and includes Amgen's proposed designations for Harlow. In support of this motion, Amgen states that its proposed supplemental declaration is concise, and will be of assistance to the Court.

The proposed designations will assist the Court in assessing their relevance. As those designations in the attached Exhibit 1 make clear, the proffered testimony of Roche's expert, Dr. Harlow, is relevant to Roche's invalidity allegations made before the jury in this case. As set forth in Amgen Inc.'s Opposition to Roche's Motion to Preclude the Deposition Testimony of Dr. Edward Everett Harlow (D.N. 1104), Dr. Harlow's statements are admissions of Roche and as such should be admitted into evidence.

Further, the parties are at an impasse because Roche refuses to provide counters or objections to Amgen's designations of Dr. Harlow until the underlying motions are ruled on and Amgen therefore respectfully requests the Court to rule on the underlying motions so that Amgen can submit Harlow's designated transcript to the Court in a timely fashion.

Dated: September 24, 2007          Respectfully Submitted,

AMGEN INC.,
By its attorneys,

*/s/ Michael R. Gottfried*_____

Of Counsel:

D.DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R.GOTTFRIED (BBO#542156)

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
DARRELL G. DOTSON
KIMBERLIN L. MORLEY
ERICA S. OLSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA   91320-1889
(805) 447-5000

DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone:     (857) 488-4200
Facsimile:      (857) 488-4201

LLOYD R. DAY, JR
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone:     (408) 873-0110
Facsimile:      (408) 873-0220

WILLIAM GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

KEVIN M. FLOWERS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:     (312) 474-6300
Facsimile:      (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 24, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried