# Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] DECLARATION OF DEBORAH FISHMAN IN SUPPORT OF AMGEN INC.'S OPPOSITION TO DEFENDANT ROCHE'S MOTION TO PRECLUDE THE DEPOSITION TESTIMONY OF DR. EDWARD EVERETT HARLOW**

I, Deborah Fishman, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of Amgen's trial designations from the deposition of Edward Everett Harlow dated June 20, 2007, designated as "Confidential".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 24th day of September, 2007.

By: */s/ Deborah Fishman*

Deborah Fishman

1

Dated: September 24, 2007                    Respectfully Submitted,

                                                     AMGEN INC.,
                                                   By its attorneys,

                                                 */s/ Michael R. Gottfried*_____

Of Counsel:                              D.DENNIS ALLEGRETTI (BBO#545511)
                                                 MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT                           DUANE MORRIS LLP
WENDY A. WHITEFORD                       470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                       Boston, MA 02210
DARRELL G. DOTSON                        Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                      Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                               LLOYD R. DAY, JR
One Amgen Center Drive                   DAY CASEBEER
Thousand Oaks, CA   91320-1889           MADRID & BATCHELDER LLP
(805) 447-5000                           20300 Stevens Creek Boulevard, Suite 400
                                               Cupertino, CA 95014
                                             Telephone:    (408) 873-0110
                                             Facsimile:    (408) 873-0220

                                             WILLIAM GAEDE III
                                             McDERMOTT WILL & EMERY
                                             3150 Porter Drive
                                             Palo Alto, CA 94304
                                             Telephone:    (650) 813-5000
                                             Facsimile:    (650) 813-5100

                                             KEVIN M. FLOWERS
                                             MARSHALL, GERSTEIN & BORUN LLP
                                             233 South Wacker Drive
                                             6300 Sears Tower
                                             Chicago IL 60606
                                             Telephone:    (312) 474-6300
                                             Facsimile:    (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 24, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

# EXHIBIT 1

This exhibit was filed *in camera* with the court on September 25, 2007, pursuant to the provisions of the Court's Order entered on 02/07/07 [274].