UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    **C.A. NO.: 05-12237-WGY** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENT RELATED TO AMGEN'S MOTION FOR LEAVE TO FILE A DECLARATION OF DEBORAH FISHMAN IN SUPPORT OF ITS OPPOSITION TO ROCHE'S MOTION TO PRECLUDE THE DEPOSITION TESTIMONY OF DR. EDWARD EVERETT HARLOW**

The Plaintiff, Amgen Inc. ("Amgen"), hereby certifies, pursuant to the Protective Order dated February 7, 2007 [Docket No. 274], that it will serve, via hand-delivery on September 25, 2007, upon defense counsel at Bromberg & Sunstein LLP and at Kaye Scholer LLP, the following:

> **Confidential Exhibit 1 to the Declaration of Deborah Fishman in Support of Amgen's Opposition to Roche's Motion to Preclude Deposition Testimony of Dr. Edward Everett Harlow**

This document contains information designated as confidential by the Roche defendants. Accordingly, pursuant to paragraph 14 of the Protective Order, Roche has four (4) Court days to seek leave of Court pursuant to Local Rule 7.2 if they seek to have the Court deem such document confidential.

DM1\1198390.1

Dated: September 24, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

*/s/ Michael R. Gottfried*
D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (857) 488-4200
Facsimile: (857) 488-4201

Lloyd R. Day, Jr. *(pro hac vice)*
DAY CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William Gaede III *(pro hac vice)*
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers *(pro hac vice)*
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

DM1\1198390.1

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Michael R. Gottfried*
                                                  Michael R. Gottfried