Exhibit A
Amgen's Response to Documents Roche Claims As Prior Art (Category A)

| Exhibit Letter | DOC_DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| VF | 00/00/1983 | Ascensao et al, "Erythropoietin Production by a Human Testicular Germ Cell Line," Blood 62(5): 1132-34 (1983) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| VI | 00/00/1981 | Babel et al, "Amino Acid Sequence Determination of the ADP, ATP Carrier from Beet Heart Mitochondria - The Sequence of the C-Terminal Acidolytic Fragment," Biochimica et Biophysica Acta 670: 176-180 (1981) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; • Offered during examination of Dr. Lowe but court denied request to admit because it was not in Lowe's report |
| VP | 00/00/1981 | Beaucage et al. (1981) "Deoxynucleoside Phosphoramidites—A new Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, 22(20), 1859-1862 (1981) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; |
| CVM - QGE | 00/00/1983 | Farber and Zanjani, "Translation of mRNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," Blood 62(5) (Supp. 1):122a, Abstract No. 392 (1983). | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| NAY | 8/20/1981 | Edge et al, "Total synthesis of a human leukocyte interferon gene," Nature 292(5825): 756-62 (1981) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| NAZ | 00/00/1983 | Edge, M.D., et al. (1983) "Chemical synthesis of a human interferon-alpha 2 gene and its expression in Escherichia coli," Nucleic Acids Res. 11(18):6419-35 (1983) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| NCS | 07/00/1983 | Farber and Zanjani, "Translation of mRNA from Human Kidneys into Biologically Active Erythropoietin Following Microinjection into Xenopus Laevis Oocytes," Exp Hematol. 11 (S14): 57 (1983) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| NFC | 00/00/1983 | Glanville et al, "Completion of the amino acid sequence of the al chain from type I calf skin collagen," The Biochem. J. 215: 183-189 (1983) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| NYW | 9/10/1981 | Thomas et al, "The Amino Acid Sequence of the γ-Subunit of Mouse Submaxillary Gland 7 S Nerve Growth Factor", The Journal of Biological Chemistry 256(17): 9156-9166 (1981) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; • Not identified by Roche under 35 U.S.C. § 282 as a notice of prior art. |
| PRX | 10/17/1983 | Erythropoietin Presentation to Chugai Pharmaceutical Company, Genetics Institute, October 17, 1983 | • The document is a random presentation and there is no foundation as to how it relates to the claims of validity and therefore the exhibit is confusing and prejudicial; not identified by Roche under 35 U.S.C. §282 as a notice of prior art. |

1

Exhibit A
Amgen's Response to Documents Roche Claims As Prior Art (Category A)

| Exhibit Letter | DOC_DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| QCG | 8/14/2001 | U.S. Patent 6,274,335 | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. Also, not identified by Roche under 35 U.S.C. 282 as a notice of prior art. |
| QCH | 8/30/2005 | U.S. Patent 6,936,695 | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. Also, not identified by Roche under 35 U.S.C. 282 as a notice of prior art. |
| NMY | 12/00/1978 | Lawn et al. (1978) "The Isolation and Characterization of Linked.delta.- and.beta.-Globin Genes from a Cloned Library of Human DNA," Cell, 15, 1157-1174 (Dec. 1978) | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; not identified by Roche under 35 U.S.C. §282 as a notice of prior art |
| NZR | 7/1/1980 | Urlaub and Chasin, "Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity," PNAS 77: 4216-4220 (1980) | No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Not identified by Roche under 35 U.S.C. §282 as a notice of prior art |
| PPK | | (Fritsch Deposition Ex. 188) Collaboration Agreement between T. Miyake and Genetics Institute (signed) | No objection. |
| QCU | 9/24/2002 | U.S. Patent 6,455,275 | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. Also, not identified by Roche under 35 U.S.C. 282 as a notice of prior art. |
| OFD | | Handwritten notes (Fritsch deposition ex. 194) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore confusing and prejudicial; • the document is a handwritten note not authored by the deponent and accordingly cannot be authenticated. |

2

Exhibit A
Amgen's Response to Documents Roche Claims As Prior Art (Category A)

| Exhibit Letter | DOC_DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| OHV | 12/14/1983 | Notebook 193 (Edward Fritsch) (Fritsch deposition ex. 48) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial |
| QEI | | (Fritsch Depo Ex. 5) Memorandum from K. Smith to Genetics Institute Distribution List re: EPO Clone/Chugai (Fritsch deposition ex. 5) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; • not properly authenticated by deposition testimony; • not disclosed on Roche Exhibit List |
| OJC | 00/00/1985 | Notebook(redacted) (Fritsch deposition ex. 55) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; • Not properly authenticated by deponent because it is not clear that notebook is his. |
| QEJ | | (Fritsch Depo Ex. 12) Cover Letter from Katherine Smith to Misao Aihara with attached EPO Quarterly Report | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial    • Not disclosed on Roche Exhibit List; Letter not authored by deponent and not authenticated by deponent |
| OIC | 7/16/1984 | Notebook 316 (Richard Wright) (Fritsch deposition ex. 222 part 1) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial   • Witness did not authenticate lab notebook of Richard Wright. |
| QEK | | (Fritsch Depo Ex. 222 part 2) Notebook 316 (Richard Wright) | • See Amgen's MIL, Docket Number 1034, which reflects that this document is not prior 102(g) art; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial • Witness did not authenticate lab notebook of Richard Wright; Not Disclosed on Roche Exhibit List |
| PJY | 4/20/1988 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | • Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser;   • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial |

3

Exhibit A
Amgen's Response to Documents Roche Claims As Prior Art (Category A)

| Exhibit Letter | DOC_DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| PVJ-1 | | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser. • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PJY-2 | 4/00/1983 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PJY-3 | 4/00/1982 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser. • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PJY-4 | 03/00/1981 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser. • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PJY-5 | 4/00/1980 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PJY-6 | 8/00/1979 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| PVJ-7 | 00/00/1978 | Goldwasser Grant Application re Erythropoietin: Purification Properties Biogenesis | Not 102(g) prior art; • Roche did not attempt to authenticate through testimony of Eugene Goldwasser; • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial; Unnecessary subset of PJY. |
| RO | 1/5/1999 | US Patent 5,856,298 | • No foundation as to how exhibit relates to Roche's claims of invalidity and therefore confusing and prejudicial. Also, not identified by Roche under 35 U.S.C. 282 as a notice of prior art. |

4

1198355