# AMGEN'S OBJECTIONS TO ROCHE'S CLAIMS THAT EXHIBITS ARE ADMISSIONS
## (CATEGORY B)

| EXHIBIT LETTER | DOC DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| BBB | 11/00/1985 | Cloning and Expression of the human erythropoietin gene, Proc. Nat'l. Acad. Sci. Vol. 82 pp.7580-7584 | No Objection |
| NBE | 10/2/1984 | Egrie et al, "Characterization of Recombinant Human and Monkey Erythropoietin" Abstract from 10th Annual Fredrick Stohlman Memorial Symposium on Stem Cell Physiology, Boston, MA (1984) | No Objection |
| NZT | 00/00/1988 | Vapnek et al, "Comparative Studies of Natural and Recombinant Human Erythropoietin," 241-256 (1988) | No Objection |
| POF | 9/27/1985 | Amgen Inc.'s September 27, 1985 Notice of Claimed Investigational Exemption for Recombinant-Human Erythropoietin (EXCERPTS); | No Objection |
| OVL | 11/14/1986 | Letter to E. Esber from L. Johnson re: Recombinant CHO cells | No Objection |
| PZV (excerpt of 2057) | | Section 9 of Amgen's Product License Application for Recombinant Human Erythropoietin (r-HuEPO) | No Objection |
| ODC | | Handwritten Notes | The document is a handwritten note with an unknown author and accordingly cannot be authenticated; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial |
| OFM | | Handwritten Telephone Notes and Comments | The document is a handwritten note with an unknown author and accordingly cannot be authenticated; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial |
| OID (dupe of CBZ, admitted as 2071) | 9/9/1983 | Notebook 448 (Joan Egrie) | No Objection |
| PVF | 9/17/1984 | Memorandum to J. Fenno and N. Stebbing from D. Vapnek RE: IND for EPO | The exhibit is irrelevant because how Amgen plans to conduct clinical trials is irrelevant to invalidity; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |

AMGEN'S OBJECTIONS TO ROCHE'S CLAIMS THAT EXHIBITS ARE ADMISSIONS
(CATEGORY B)

| EXHIBIT LETTER | DOC DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| OSR (dupe of OST) | 12/3/1984 | Memorandum to Distribution from J. Egrie and J. Fenno RE: Summary of EPO Clinical Panel Meeting | Exhibit Already Admitted No. 2066 |
| OTI | 3/25/1985 | Letter to E. Goldwasser from M. Downing RE: draft of first clinical study protocol | The exhibit is irrelevant because the exhibit is dated after the invention date and is therefore not relevant to validity; there is no evidence of derivation; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| OTV | 7/16/1985 | Memo from J. Browne et al. Re: Selection of the EPO Phase I study site, recommendation of; Seattle | The exhibit is irrelevant because the exhibit is dated afer the invention date and therefore the exhibit is not relevant to validity. No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| OVY | 4/6/1987 | Memorandum to J. Browne/Distribution from D. Tajiri RE: Absence of Arginine at the C-terminus of r-huEPO | The exhibit is not on official letterhead so it is not a proper business record; the exhibit is not relevant; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| OUN | 1/19/1986 | Amgen's submission for obtaining designation of Recombinant Human Erythropoietin as an Orphan Drug. | No Objection |
| OUV | 4/7/1986 | Memorandum to M. Downing from S. Kradjian RE: U. Washington EPO Clinical Study | The exhibit is irrelevant and misleading because the facts are not capable of verification; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| OYF | 10/31/1990 | Memorandum to J. Browne, E. Gabriel, S. Hershenson, S. Odre, T. Strickland from J. Egrie RE: Materials from Dr. Goldwasser Related to HSA Use in EPO Formula | Exhibit already Admitted No. 2067 |

**AMGEN'S OBJECTIONS TO ROCHE'S CLAIMS THAT EXHIBITS ARE ADMISSIONS**
**(CATEGORY B)**

| EXHIBIT LETTER | DOC DATE | DESCRIPTION | AMGEN'S POSITION |
|---|---|---|---|
| ORZ | 9/17/1984 | Memorandum to J. Fenno, N. Stebbing from D. Vapnek RE: IND | The exhibit is irrelevant because how Amgen plans to conduct clinical trials is irrelevant to invalidity; No foundation as to how exhibit relates to Roche's claims of invalidity and therefore the exhibit is confusing and prejudicial. |
| PVN | 10/26/1984 | Vapnek, "Molecular Cloning and Characterization of the Gene Encoding Erythropoietin," | No Objection |
| NWG | 6/25/1979 | Judith M. Sherwood and Eugene Goldwasser | No Objection |