AMGEN

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has received, on September 24, 2007, from Defendant Roche documents for in camera review.

                              Elizabeth Smith
                              Deputy Clerk