# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## AMGEN INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(a)

Amgen hereby moves for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50 (a) with respect to the following defenses asserted by Roche:

1. '933 Patent, claims 3, 7, 8, 9, 11, 12 and 14: obviousness, anticipation, lack of written description and indefiniteness
2. '422 Patent, claim 1: obviousness, anticipation, lack of written description
3. '349 Patent, claim 7: obviousness, anticipation, lack of written description, indefiniteness
4. '868 Patent, claims 1 and 2: obviousness, lack of written description and indefiniteness
5. '698 Patent, claims 6-9: obviousness and lack of written description

This motion is made on the grounds set forth in the accompanying Memorandum, and in particular on the grounds that Roche has failed, as to each defense, to present prima facie evidence from which a reasonable jury, applying a clear and convincing standard of proof, could find in favor of Roche on each such defense.

800490_1

Dockets.Justia.com

| | |
|---|---|
| September 25, 2007 | Respectfully Submitted, |
| | |
| | AMGEN INC., |
| | By its attorneys, |
| | |
| | /s/ Patricia R. Rich |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511) |
| | MICHAEL R. GOTTFRIED (BBO#542156) |
| STUART L. WATT | PATRICIA R. RICH (BBO#640578) |
| WENDY A. WHITEFORD | DUANE MORRIS LLP |
| MONIQUE L. CORDRAY | 470 Atlantic Avenue, Suite 500 |
| DARRELL G. DOTSON | Boston, MA  02210 |
| KIMBERLIN L. MORLEY | Telephone:    (857) 488-4200 |
| ERICA S. OLSON | Facsimile:     (857) 488-4201 |
| AMGEN INC. | |
| One Amgen Center Drive | LLOYD R. DAY, JR. (*pro hac vice*) |
| Thousand Oaks, CA   91320-1789 | DAY CASEBEER |
| (805) 447-5000 | MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Boulevard, Suite 400 |
| | Cupertino, CA  95014 |
| | Telephone:    (408) 873-0110 |
| | Facsimile:     (408) 873-0220 |
| | |
| | WILLIAM GAEDE III (*pro hac vice*) |
| | McDERMOTT WILL & EMERY |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| | Telephone:    (650) 813-5000 |
| | Facsimile:     (650) 813-5100 |
| | |
| | KEVIN M. FLOWERS (*pro hac vice*) |
| | MARSHALL, GERSTEIN & BORUN LLP |
| | 233 South Wacker Drive |
| | 6300 Sears Tower |
| | Chicago IL 60606 |
| | Telephone:    (312) 474-6300 |
| | Facsimile:     (312) 474-0448 |

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.

                                          /s/ Patricia R. Rich
                                             Patricia R. Rich