# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No. 05 CV 12237 WGY |

## PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to L.R. 7.1, Amgen Inc. respectfully moves this Court for leave to file a thirty-nine page brief in support of its Motion For Judgment As a Matter of Law ("JMOL motion").

As grounds for this motion, Amgen states that it has made a good faith attempt to address all factual and legal bases for is JMOL motion within the twenty page limit set by L.R. 7.1(b)(4). Amgen's JMOL motion is directed at five different defenses raised by Roche and because of the number of issues involved and their complexity, Amgen respectfully submits that exceeding the page limit is reasonable under the circumstances. A copy of the brief is attached hereto as exhibit A.

Dated: September 25, 2007　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　AMGEN INC.,
　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia R. Rich*
Of Counsel:　　　　　　　　　　　　　　　　　D.DENNIS ALLEGRETTI (BBO#545511)
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL R.GOTTFRIED (BBO#542156)
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA R. RICH (BBO#640578)
STUART L. WATT　　　　　　　　　　　　　　　DUANE MORRIS LLP
WENDY A. WHITEFORD　　　　　　　　　　　　470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY　　　　　　　　　　　　Boston, MA 02210
DARRELL G. DOTSON　　　　　　　　　　　　　Telephone:　(857) 488-4200
KIMBERLIN L. MORLEY　　　　　　　　　　　　Facsimile:　(857) 488-4201
ERICA S. OLSON
AMGEN INC.　　　　　　　　　　　　　　　　　LLOYD R. DAY, JR
One Amgen Center Drive　　　　　　　　　　　DAY CASEBEER
Thousand Oaks, CA   91320-1889　　　　　　　MADRID & BATCHELDER LLP
(805) 447-5000　　　　　　　　　　　　　　　20300 Stevens Creek Boulevard, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Cupertino, CA 95014
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(408) 873-0110
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(408) 873-0220

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM GAEDE III
　　　　　　　　　　　　　　　　　　　　　　　McDERMOTT WILL & EMERY
　　　　　　　　　　　　　　　　　　　　　　　3150 Porter Drive
　　　　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(650) 813-5000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(650) 813-5100

　　　　　　　　　　　　　　　　　　　　　　　KEVIN M. FLOWERS
　　　　　　　　　　　　　　　　　　　　　　　MARSHALL, GERSTEIN & BORUN LLP
　　　　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　6300 Sears Tower
　　　　　　　　　　　　　　　　　　　　　　　Chicago IL 60606
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(312) 474-6300
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Patricia R. Rich*
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 25, 2007.

*/s/ Patricia R. Rich*
Patricia R. Rich