FILED
IN CLERKS OFFICE

2007 SEP 25  A 10: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMGEN                                          CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

## RECEIPT

The court has returned, on September 25, 2007, to _MIKE REMOND_ a representative of the plaintiff Amgen, Inc., documents that were submitted for in camera review.

Elizabeth Smith
Deputy Clerk

Received by: _____