UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F. HOFFMANN-LA ROCHE, LTD; )<br>ROCHE DIAGNOSTICS GmbH; and )<br>HOFFMANN-LA ROCHE INC. )<br>)<br>Defendants. )<br>) | CIVIL ACTION No.: 05-CV-12237WGY |

**DECLARATION OF EMILY J. SCHAFFER IN SUPPORT OF
ROCHE'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF DR. ADRIAN
KATZ OBTAINED BY AMGEN THROUGH DURESS AND SUBTERFUGE FOR LACK
OF COMPETENCE AND IMPROPER EXPERT TESTIMONY FROM A FACT
WITNESS**

I, Emily J. Schaffer, declare under penalty of perjury that:

1. I am an attorney admitted to the Bars of the Commonwealth of Massachusetts and the State of New York and this Court. I am an associate at the law firm of Bromberg & Sunstein LLP, counsel for Defendants in the above-referenced case.

2. I make this declaration in support of Roche's Motion *in Limine* to Exclude the Testimony of Dr. Adrian Katz Obtained by Amgen Through Duress and Subterfuge for Lack of Competence and Improper Expert Testimony From a Fact Witness.

4. Exhibit A is a true and correct copy of an excerpt from the deposition testimony of Dr. Katz dated March 30, 2007.

5. Exhibit B is a true and correct segment of the videotape of the deposition testimony of Dr. Katz dated March 30, 2007.

745394_1

Dated: Boston, Massachusetts
      September 25, 2007        /s/ Emily J. Schaffer
                                       Emily J. Schaffer (BBO # 653752)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                                    /s/ Emily J. Schaffer
                                                    Emily J. Schaffer

03099/00501 745394.1