Exhibit A
part 1 of 2

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMGEN, INC.                        )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )  No. 05-12237 WGY
                                   )
F. HOFFMANN-LA ROCHE LTD., a       )
Swiss Company, ROCHE               )
DIAGNOSTICS GmbH, a German         )
Company, and HOFFMANN-LA           )
ROCHE INC., a New Jersey           )
Corporation,                       )
                                   )
          Defendants.              )

          The confidential videotaped

deposition of DR. ADRIAN I. KATZ called by the

Defendants for examination, taken pursuant to

the Federal Rules of Civil Procedure of the

United States District Courts pertaining to the

taking of depositions, taken before Marianne

Nee, a Certified Shorthand Reporter of the State

of Illinois, CSR License No. 84-2341, taken at

5801 South Ellis Avenue, Chicago, Illinois, on

the 30th day of March, 2007, at 2:39 p.m.

(This transcript contains testimony designated

confidential as per Section 5(c) of the Amended

Protective Order.  Please treat the entire

transcript in accordance with the protective

order.)

Dockets.Justia.com

Katz, Adrian I.                3/30/2007
CONFIDENTIAL

Page 20

1    of chronic kidney disease?

2         MR. McFARLANE:  Objection; calls for

3    expert testimony.

4    BY MR. FLOWERS:

5         Q    So do you recall prior to the

6    approval of recombinant human erythropoietin in

7    the United States for treating the anemia of

8    chronic kidney disease what therapies were

9    available, what therapies --

10        A    I remember, I remember --

11             MR. McFARLANE:  I object.  I object.

12   It calls for expert testimony.

13   BY MR. FLOWERS:

14        Q    You can answer.

15        A    I can continue?

16        Q    Yes.

17        A    I remember one or two which are

18   somewhat similar and they work in a similar way.

19   One is -- was discussed from male hormone and

20   the other was an anabolic steroid, Durabolin,

21   Decadurabulin.  It was a deposit.

22             THE COURT REPORTER:  I'm going to

23   need you to repeat that for you.

24

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 21

1    BY THE WITNESS:

2       A     Durabolin is D-u-r-a-b-o-l-i-n.  This

3    is the brand name.  I'm trying to remember what

4    was the chemical name.  I know it was an

5    anabolic steroid.  Actually it was used much

6    more than the male hormone because it has

7    qualities of the male hormone.

8    BY MR. FLOWERS:

9       Q     Do you recall observing any side

10   effects that patients may have experienced after

11   the administration of decadurabulin?

12            MR. McFARLANE:  Objection; it calls

13   for expert testimony.

14   BY THE WITNESS:

15      A     I don't recall very well.  It's 30

16   years from now then.  If I were to say yes, I

17   would tell you what recently I know from [Redacted]

18   [Redacted] and other people who are using them, but I

19   don't recall now what happened in 1980 or '70, I

20   mean in terms of side effect.

21   BY MR. FLOWERS:

22      Q     Do you recall, do you recall that

23   there were any adverse side effects associated

24   with the treatment of or treatment with

1   increase in hemoglobin of half a gram percent or

2   some such, maybe one gram occasionally, but this

3   is hazy memories, you know.  Over 20 years I

4   cannot vouch for them.

5              MR. McFARLANE:  And I move to strike

6   that whole answer as being nonresponsive and

7   also calling for expert testimony.

8   BY MR. FLOWERS:

9       Q     Dr. Katz, prior to the introduction

10  of recombinant human erythropoietin in the

11  United States, was there an effective treatment

12  for the anemia of chronic kidney disease?

13             MR. McFARLANE:  Objection; expert.

14  BY THE WITNESS:

15      A     No.

16  BY MR. FLOWERS:

17      Q     And what do you base that answer on?

18             MR. McFARLANE:  Objection; expert

19  testimony.

20  BY THE WITNESS:

21      A     On the experience that I've just

22  described and also people didn't live that long.

23  The dialysis was also in its infancy and anemia

24  was not corrected.

Katz, Adrian I.                                    3/30/2007
CONFIDENTIAL

                                                    Page 25

1    other reasons but also principally because of

2    this anemia.

3              MR. McFARLANE:  Move to strike.

4    BY MR. FLOWERS:

5        Q      Based on your observation during your

6    career of chronic kidney-diseased patients who

7    suffered from anemia, did you feel that there

8    was a long-felt need for an effective therapy

9    for that anemia?

10             MR. McFARLANE:  Objection; expert

11   testimony.  Objection to form.

12   BY THE WITNESS:

13       A      Well, yes, of course.  I mean, sure,

14   any symptom or any manifestations that we

15   couldn't repair better.

16   BY MR. FLOWERS:

17       Q      Did you ever find a drug that

18   satisfied that need for an effective therapy?

19       A      No.

20             MR. McFARLANE:  Objection; expert

21   testimony.

22   BY THE WITNESS:

23       A      No.

24

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 26

1    BY MR. FLOWERS:

2         Q     Okay   Was recombinant -- was or is

3    recombinant human EPO an effective therapy for

4    the anemia of chronic kidney disease in your

5    experience as a clinician?

6         A     Yes.

7              MR. McFARLANE:  Objection; asked and

8    answered.  Objection for expert testimony and to

9    form, compound.

10   BY MR. FLOWERS:

11        Q     Let's go back to Dr. Goldwasser.  We

12   were discussing Dr. Goldwasser before.

13             Did you ever interact with

14   Dr. Goldwasser regarding EPO?

15        A     Yes.  We worked on a paper in -- was

16   it rats or mice?  I don't remember.  In animals,

17   some rodent -- in which we tried to explain why

18   it's not found in the urine in bigger quantities

19   than it is.

20             If normal animals or normal people

21   produce normal amounts of EPO, then a good part

22   of it should appear in the urine if it behaves

23   like other hormones and we didn't quite

24   understand.  I don't think we understood after

Page 34

1   BY MR. FLOWERS:

2       Q      Was that important in order to allow

3   you to understand the results that you obtained

4   from the experiment?

5       A      No.

6              MR. McFARLANE:  Objection; calls for

7   expert testimony and leading.

8   BY THE WITNESS:

9       A      Not only it wasn't important in my

10  opinion, but this is a premiere peer-reviewed

11  journal and it wasn't important in their

12  opinion, at least it wasn't important enough not

13  to publish it.

14  BY MR. FLOWERS:

15      Q      Generally in the research that you

16  conducted throughout your career -- and I don't

17  know whether you can generalize, but I'll ask

18  the question that way.  Generally did you find

19  that it was important in the experiments you

20  conducted to have controls?

21      A      Yes.

22             MR. McFARLANE:  Objection; leading.

23  BY MR. FLOWERS:

24      Q      Why?

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 35

1          MR. McFARLANE:  Objection; expert

2     testimony.

3     BY THE WITNESS:

4          A     Every experiment, to the extent

5     possible, should have the relevant control.  At

6     the same time that we were doing this study, we

7     did studies of other hormones, some of them not

8     that dissimilar from EPO and by the same method,

9     so we probably thought that that's sufficient.

10         I don't recall without rereading the

11    whole thing what exactly we did and why, but if

12    you did radioiodinated EPO to a rat, there are

13    many controls that you can do.  You can do by

14    giving radioiodinated something else, but there

15    are problems there because the iodine may not

16    stick to the molecule and so on.  Just that the

17    two molecules are similar in size doesn't make a

18    good control, so that's probably why.

19         MR. McFARLANE:  Move to strike.

20    BY MR. FLOWERS:

21         Q     Where controls were feasible in your

22    research, did you generally try to use controls?

23         A     Sure.

24         MR. McFARLANE:  Objection; expert

Page 36

1    testimony and leading.

2    BY MR. FLOWERS:

3        Q      If I could direct you on the same

4    second page, it's Page 169 of the article, on

5    the right-hand column on Page 169, the second

6    full paragraph, it's just above Materials and

7    Analytical Methods, there is a sentence, the

8    last sentence in that paragraph says, "All

9    experiments were carried out in duplicate, and

10   the percentage of labeled hormone degraded was

11   expressed as the change in the TCA-soluble

12   radioactivity compared with that in control

13   tubes incubated without renal tissue."

14           Do you see that?

15       A      Yes.

16       Q      If you can recall, why did you carry

17   out all of the experiments in duplicate?

18           MR. McFARLANE:  Objection; expert

19   testimony.

20   BY THE WITNESS:

21       A      That's basic Biology 101.  Everything

22   -- if you can carry it in quintuplicate, it's

23   better, but one can be a fluke, so at least if

24   you have the possibility -- not always

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 37

1    possible -- you should do it in duplicate so

2    that one is the control of the other.  If

3    they're too dissimilar, then there is something

4    wrong with one of them, and you don't know with

5    which one, so you do a third one.

6              MR. McFARLANE:  Move to strike.

7    BY MR. FLOWERS:

8        Q    So was it your experience as a

9    researcher that when conducting experiments and

10   generating data it was important or was it

11   important, was it relevant at all -- let me

12   start over.

13             In your research over your career

14   what significance was there to carrying out

15   experiments in duplicate?

16             MR. McFARLANE:  Objection; calls for

17   expert testimony.

18   BY THE WITNESS:

19       A    It's routine.  It's done.  You can do

20   one experiment but generally nobody will be

21   impressed with it because there is always show

22   it to me one more time.  Maybe it happened by

23   chance.  So if you're doing duplicate and the

24   results are similar in particular, that's very

Katz, Adrian I.                  3/30/2007
CONFIDENTIAL

                                           Page 38

1   good.

2   BY MR. FLOWERS:

3       Q    So if you don't do the experiment in

4   duplicate or at least in duplicate, does it cast

5   doubt on the validity of the findings?

6            MR. McFARLANE:  Objection; expert

7   testimony and leading.

8   BY THE WITNESS:

9       A    It depends on the nature of the

10  experiment.  If you have a very complicated

11  series of experiments like you have here and you

12  do not have a good -- I'm sorry.  I thought

13  we're talking about controls.  You're talking

14  about duplicates.

15           Duplicate is better than single

16  experiment and triplicate is better than

17  duplicate and 20 animals is better than any of

18  these and it depends on the nature of the

19  experiment and on the statistics you're going to

20  do, how many animals or people you're going to

21  study.

22           MR. McFARLANE:  Move to strike.

23  BY MR. FLOWERS:

24      Q    And when you say statistics, what do

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 39

1   you mean by that?

2            MR. McFARLANE:  Objection; expert

3   testimony.

4   BY THE WITNESS:

5       A       Results that -- any results of any

6   scientific paper except case reports or

7   something like this uses statistics to measure

8   the significance of the difference or the lack

9   of difference measured between the two groups,

10  the controls and the study group or multiple

11  groups, so statistics today is vital for

12  practically every publication and every branch

13  of science.

14  BY MR. FLOWERS:

15      Q       In this paper that we've been looking

16  at, Katz Exhibit 1, did you and your colleagues

17  conduct any statistics on the results?

18           MR. McFARLANE:  Objection; the

19  document speaks for itself, no firsthand

20  knowledge.

21  BY THE WITNESS:

22      A       I don't recall.

23  BY MR. FLOWERS:

24      Q       Could you look back on the first page

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 41

1    that just in the abstract?

2        A      Sure.  The plasma half life was 3.5

3    plus or minus 0.2 hours in normal rats and was

4    prolonged to 4.4 plus/minus 0.3 hours in animals

5    with whatever we did, and this was statistically

6    significant at the level given of 0.05.

7        Q      So are you referring to P less than

8    0.05 in that sentence?

9        A      Right, right.

10       Q      What does that refer to?

11       A      That's the degree of probability.

12   It's an agreed upon number by the scientific

13   community, and it may not be 0.05 but in 99.9

14   percent of studies it's 0.05.  Some studies

15   demand higher accuracy of 0.01.

16           That means that this result by chance

17   could not have appeared, arisen in more than

18   five out of 100 experiments.  Some people want

19   no more than one.  Some people want ten, less

20   than ten is sufficient, so -- and there are

21   tables that tell you how much.

22       Q      In this research was it possible to

23   tell whether a result you obtained in the

24   experimental animal was actually different from

Katz, Adrian I.                     3/30/2007
CONFIDENTIAL

Page 42

1    the result you obtained in the control without

2    doing statistical analysis?

3                MR. McFARLANE:  Objection; calls for

4    speculation and expert testimony.

5    BY THE WITNESS:

6        A     Depends -- I mean, the question has

7    to be finessed down to what kind of experiment,

8    but by and large if you don't have statistical

9    analysis, there is a question about the result.

10               If the experiment lends itself to

11   using more, more animals, there are studies that

12   have a yes or a no answer.  So you cannot have

13   -- you have only -- even then you have a

14   statistical difference between zero and what you

15   found.  It's called a null hypothesis.  It's

16   impossible to go over that much of a subject in

17   the time that we have.  We can talk a week about

18   statistics.  Null hypothesis, n-u-l-l.

19               THE COURT REPORTER:  Thank you.

20   BY MR. FLOWERS:

21       Q     I understand.  Earlier in response to

22   one of my questions you mentioned that

23   statistics -- I'm paraphrasing.  I think you

24   said statistics were important or statistical

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 43

1   analysis was important except in case reports.

2           The record will reflect what you

3   actually said, but I think you said something to

4   that effect.  Do you recall that?

5       A    Yes.

6       Q    What did you mean when you said case

7   reports?

8       A    Case reports mean when a physician or

9   group of physicians describe a patient who has a

10  series -- a condition or a complex of conditions

11  that hasn't been seen before or it's very rare

12  and has no numbers really.  It's just a

13  description of symptoms and signs.

14          That is a case report, and a case

15  report can have -- most of the time it has one

16  case, but it can have more than one.  It's a

17  descriptive as opposed to a quantitative

18  endeavor.

19      Q    And not to mix metaphors, but what is

20  the significance of statistical analysis to

21  quantitative endeavors, as you put it, as

22  opposed to case reports?

23          MR. McFARLANE:  Objection; expert

24  testimony.

Katz, Adrian I.                        3/30/2007
CONFIDENTIAL

Page 44

1    BY THE WITNESS:

2        A    You cannot have statistics for a case

3    report.  What are you comparing?  There is a

4    person who has a rash on the face and an ingrown

5    toenail.  There is no comparison to make.

6    That's why it's a case report.

7            Now, if you have -- all other

8    research that starts with a hypothesis has to

9    have some control, and your hypothesis is that

10   this is bigger than that or this is longer than

11   that or this is different.  That type of

12   research has to have some statistics.  Sometimes

13   it's more solid, sometimes it's more feeble, but

14   some statistics.

15           MR. FLOWERS:  Can we go off the

16   record?

17           THE VIDEOGRAPHER:  Going off the

18   record at 3:30 p.m.

19                       (Brief interruption.)

20           THE VIDEOGRAPHER:  Going back on the

21   record at 3:31 p.m.  Please proceed.

22   BY MR. FLOWERS:

23       Q    Dr. Katz, this publication that we've

24   marked as Katz Exhibit 1, was this work

Page 46

1    your career I take it obviously that you

2    reviewed scientific journals and the articles

3    published in them?

4         A    Yes.

5              MR. McFARLANE:  Objection; leading.

6    BY MR. FLOWERS:

7         Q    Let me ask it again.  During your

8    career did you review articles published in

9    scientific journals?

10        A    Yes.

11        Q    Did that include articles published

12   in peer reviewed journals?

13        A    Of course.

14        Q    Did that include articles published

15   in non-peer reviewed journals?

16        A    I don't recall.  As I said, there are

17   very few of these, and if there are, they don't

18   advertise it very much.  They have an editorial

19   board but practically one person did it or makes

20   the decision.  These are journals that have a

21   lower circulation and they are cutting corners

22   so that they can publish, come up with an issue

23   on time.

24        Q    Do you recall during your career as a

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 47

1    researcher whether you considered scientific

2    results reported in peer reviewed journals to be

3    more or less reliable than experimental results

4    published in non-peer reviewed works?

5            MR. McFARLANE:  Objection; leading.

6    BY THE WITNESS:

7        A    Of course, yes.

8    BY MR. FLOWERS:

9        Q    Yes what?

10       A    Yes, I considered that they are more

11   credible in peer reviewed journals than in

12   non-peer reviewed journals if that was the

13   question.

14       Q    Yes.  And it may be a dumb question,

15   but why?

16           MR. McFARLANE:  Objection; calls for

17   expert testimony.

18   BY THE WITNESS:

19       A    I just said two questions ago that

20   there is an assurance of quality when -- your

21   peers are not your friends.  Your peers are

22   there to make your life miserable, and if other

23   people look at this and they say great work,

24   it's different than when nobody looks at it or

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 48

1    only one person who has an interest in

2    publishing.

3            But as I said, I think there are very

4    few, if any -- today any journals other than the

5    New York Times science page which is, with all

6    due respect, but it has a science editor that

7    doesn't, he doesn't review the articles -- any

8    professional journals that are not peer

9    reviewed, I don't believe there are.

10   BY MR. FLOWERS:

11       Q    Other than the work with

12   erythropoietin reported in this article which

13   we've marked as Katz Exhibit No. 1, did you

14   participate in any way in any other studies

15   related to erythropoietin with Dr. Goldwasser?

16       A    Well, there was one abortive -- one

17   study that I was more peripherally involved in

18   which some patients were involved with receiving

19   this erythropoietin.

20       Q    And when was that?

21       A    Sometime at the end of the '70s.

22       Q    And when you say this erythropoietin,

23   what were you referring to?

24            MR. McFARLANE:  Objection; lack of

Katz, Adrian I.                          3/30/2007
CONFIDENTIAL

Page 49

1   firsthand knowledge.

2   BY THE WITNESS:

3      A     The erythropoietin that

4   Dr. Goldwasser had by the sweat of his brow

5   purified from human urine.

6   BY MR. FLOWERS:

7      Q     Okay.  So can I refer to that as

8   human urinary EPO?

9      A     Well, it's something very close to

10  EPO.  It's not -- if it's not recombinant, it's

11  harder to say that -- it has certain impurities.

12  It wasn't -- the term that biochemists use is

13  purified to -- cleaned to total purity or half

14  purity or something like that.  And not every

15  substance used that is not made, you know, by a

16  genetic mechanism and you know what genes you

17  put in and you know what you get out.  They are

18  different degrees of purity.  According to

19  Dr. Goldwasser, he was very proud of his, but he

20  never claimed that his preparation was pure.

21         MR. McFARLANE:  Move to strike for

22  nonresponsive expert testimony and also hearsay.

23  BY MR. FLOWERS:

24     Q     So are you aware of an experiment in

Katz, Adrian I.                           3/30/2007
CONFIDENTIAL

Page 50

1   which Dr. Goldwasser's human urinary EPO was

2   administered to human subjects?

3              MR. McFARLANE:  Objection; leading.

4   BY THE WITNESS:

5       A    Yes.  Yes, I became aware.

6   BY MR. FLOWERS:

7       Q    Okay.  How did you become aware?

8       A    When I got the subpoena saying that

9   you participated in a clinical study and I don't

10  know what clinical study is, I called my friend

11  Dr. Goldwasser, and he says, Yeah, yeah, you

12  remember.  We gave this to a handful of

13  patients.  So I wasn't sure if I should continue

14  with him, but I said, Oh, well.  I get it out of

15  all the recesses of my brain and I -- he juggled

16  my memory.  I wouldn't have remembered.

17      Q    How else did he juggle your memory?

18      A    He didn't say anything other than

19  that.  He says, You remember the stuff we did

20  with Dimitri 25 years ago, whenever.  And then I

21  remembered that we used his purified --

22  partially purified, quote, unquote, EPO in very

23  few patients.

24              Again, I wasn't -- this was a project

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 54

1    Dr. Baron.  You will allow me that 30 years is

2    good enough time not to remember things that

3    were not a landmark in your career.

4        Q      I understand.

5        A      So I'm doing my best to answer your

6    questions.  This one I don't even understand

7    what -- would you repeat that question, the last

8    question?

9        Q      Well, if you turn back to the first

10   page of the document.  I'm getting ahead of

11   myself.

12       A      I see it's a letter from Dr. Baron to

13   somebody that I don't know.

14              Okay.  It says on the first page,

15   Dear Dr. Baron -- "Dear Dr. Temple:  I am

16   submitting the enclosed materials for a

17   Physician-Sponsored IND for Human Erythropoietin

18   (H-EPO)."  And this letter appears to be from

19   Dr. Baron to Dr. Temple at the Bureau of Drugs

20   and it bears the date March 2, 1979.  So let's

21   start here.

22              Do you recall whether a

23   physician-sponsored IND for human erythropoietin

24   was submitted --

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 55

1      A    No.

2      Q    -- in or about March 1979?

3      A    No.  Actually I'm surprised.  I don't

4  recall that it has.

5      Q    If you turn to the second page of the

6  document at the top it says "Clinical Study of

7  Purified Human Erythropoietin, Physician

8  Sponsored IND, Investigator Joseph M. Baron."

9           Do you see that?

10     A    Yes.

11     Q    Do you recall Dr. Baron having

12  submitted any papers to the government?

13     A    No.

14          MR. McFARLANE:  Objection; lacks

15  firsthand knowledge.

16  BY MR. FLOWERS:

17     Q    Your answer was no?

18     A    My answer is no.

19     Q    Do you recall whether in regard to a

20  study using urinary EPO in human subjects at the

21  University of Chicago, whether your name or

22  whether you were identified to anyone as an

23  investigator in such a study?

24          MR. McFARLANE:  Objection; lacks

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 56

1    firsthand knowledge.

2    BY THE WITNESS:

3        A    I don't recall but I see it here, so

4    I suppose it was on the last page.

5    BY MR. FLOWERS:

6        Q    Okay.  But do you recall anyone

7    submitting any papers to the government, for

8    example, about that study?

9            MR. McFARLANE:  Same objection.

10   BY THE WITNESS:

11       A    I don't.

12   BY MR. FLOWERS:

13       Q    Do you recall in that study how many

14   human subjects were involved?

15           MR. McFARLANE:  Objection; lacks

16   firsthand knowledge.

17   BY THE WITNESS:

18       A    I believe that there were two that

19   were studied more or less well and one that was

20   just incipient and withdrew or died or

21   something.  It was a total of three, but not all

22   three were studied.  As a matter of fact, I

23   don't know about the first two details.

24

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 60

1      Q      So were you familiar with

2    Dr. Emmanouel's research experience up to and

3    including 1979?

4      A      Yes.

5      Q      And how would you characterize his

6    research experience up to 1979?

7             MR. McFARLANE:  Objection; asks for

8    expert testimony and hearsay.

9    BY THE WITNESS:

10     A      Most of the work actually it was

11   together with me.  That does not include this

12   little protocol, I mean, despite what it says

13   because I didn't think it amounted to anything

14   in the first place.  But -- so we did a number

15   of studies in which we looked systematically at

16   other hormones and what the kidney is doing, and

17   we also looked at some models of kidney failure

18   in rats, specifically one model of kidney

19   failure in which the kidneys are attacked.  So

20   this is one other.

21            MR. McFARLANE:  Move to strike.

22   BY MR. FLOWERS:

23     Q      Prior to 1979 had you participated in

24   any clinical studies with Dr. Emmanouel?

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 61

1           MR. McFARLANE:  Objection; asked and

2      answered.

3      BY THE WITNESS:

4           A    No.

5      BY MR. FLOWERS:

6           Q    Prior to 1979 had you participated in

7      any clinical studies with Dr. Baron?

8           MR. McFARLANE:  Objection; asked and

9      answered.

10     BY THE WITNESS:

11          A    I never participated with Dr. Baron

12     since or before.

13     BY MR. FLOWERS:

14          Q    Okay.  In an earlier answer you said

15     that you didn't think that the -- I'll call it

16     the three-subject urinary EPO experiment, so

17     that's how I'm going to refer to that study in

18     1979 and 1980 with the three subjects.  You said

19     earlier that that three-subject urinary EPO

20     experiment, you didn't think it amounted to

21     anything in the first place.  Why do you say

22     that?

23          MR. McFARLANE:  Objection;

24     mischaracterizes earlier testimony and lacks

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 62

1    firsthand knowledge.

2    BY THE WITNESS:

3        A    The results were inconclusive and,

4    therefore, not publishable and they weren't --

5    and I don't remember if we didn't continue

6    because of this fact or because Dr. Goldwasser

7    has a very limited supply of the human -- urine

8    EPO, human EPO, and he didn't have enough to

9    continue to try other patients.

10            As I said, at the time when I got the

11   first subpoena I didn't remember anything about

12   this whole thing, but now I know this.  And then

13   I -- juggling my memory I remembered what I just

14   said, that it was inconclusive.

15   BY MR. FLOWERS:

16       Q    Did you believe it was inconclusive

17   as a result of looking at the data that was

18   generated in this experiment?

19       A    Yes.

20            MR. McFARLANE:  Objection; leading.

21   BY THE WITNESS:

22       A    Yes.

23   BY MR. FLOWERS:

24       Q    Why did you determine it was

LiveNote World Service    800.548.3668 Ext. 1

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 63

1   inconclusive?

2       A    Well, first of all, I could have

3   guessed it will be inconclusive because it had

4   only three patients, and again I'm not sure

5   there are three, I think there were two and a

6   half.  But -- so I didn't think it's going to

7   end so fast.  That's No. 1.

8           And No. 2, the results were -- I

9   remembered that one patient seemed to respond

10  moderately and one patient went in the opposite

11  direction and one patient didn't change and,

12  therefore, my conclusion then was inconclusive.

13          MR. McFARLANE:  Move to strike.

14  BY MR. FLOWERS:

15      Q    Did the -- did you understand that

16  there were only three subjects in the study?

17          MR. McFARLANE:  Objection.

18          MR. FLOWERS:  Are you done?

19          THE COURT REPORTER:  I'm not getting

20  what you're saying.

21          MS. BEN-AMI:  I know.

22          MR. FLOWERS:  I can't tell you

23  whether you're objecting before I start my

24  question or not, Leora.

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 64

```
 1              MS. BEN-AMI:  I'm sorry.  I was
 2   talking to my colleague.
 3   BY MR. FLOWERS:
 4       Q     Was it your understanding that only
 5   three subjects were administered the human
 6   urinary EPO in this study?
 7              MR. McFARLANE:  Objection.
 8   BY THE WITNESS:
 9       A     With the correction now.
10              MS. BEN-AMI:  You have to let him
11   object please, and you can put your objection on
12   the record.
13              MR. McFARLANE:  Objection; leading,
14   no firsthand knowledge.
15   BY MR. FLOWERS:
16       Q     What relevance, if any, did the fact
17   that there were only three subjects in the study
18   have to your conclusions about the study?
19              MR. McFARLANE:  Objection; calls for
20   expert testimony, calls for speculation,
21   leading, no firsthand knowledge.
22   BY THE WITNESS:
23       A     Three patients is not enough in any
24   study.  Even as a pilot today, even a pilot
```

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 65

1    study you need to use 10, 15 patients, so as I

2    said, I was peripherally involved in that, just

3    as Dimitri Emmanouel's boss, but I won't deny I

4    have an interest in it, but I didn't do anything

5    with the patients; to select them, to inject

6    them.  I don't recall.

7              I'm sorry.  I lost my train of

8    thought, why three would be.  But I didn't know

9    how many they were going to have, and when they

10   told -- I think the conclusion was reached by

11   Dr. Goldwasser or Emmanouel or both that this is

12   inconclusive and they cannot go on.  I don't

13   remember the cause, that they didn't have

14   material or they thought that the results were

15   disappointing.

16             MR. McFARLANE:  Move to strike for

17   lack of firsthand knowledge.

18   BY MR. FLOWERS:

19      Q    Do you recall Dr. Emmanouel telling

20   you anything about his conclusions regarding the

21   experiment?

22             MR. McFARLANE:  Objection for

23   hearsay.

24

LiveNote World Service     800.548.3668 Ext. 1