**Exhibit A,
part 2 of 2**

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 66

1    BY MR. FLOWERS:

2        Q      What do you recall?

3               THE COURT REPORTER:  I didn't hear an

4    answer.

5    BY THE WITNESS:

6        A      My answer is vaguely that he was of

7    the same opinion as I was.

8    BY MR. FLOWERS:

9        Q      And what was that opinion?

10              MR. McFARLANE:  Objection; calls for

11   hearsay.

12   BY THE WITNESS:

13       A      That the study was inconclusive.

14   BY MR. FLOWERS:

15       Q      Did you ever discuss the results of

16   the study with Dr. Baron?

17       A      Not the results of the study, but I

18   think as he was injecting one patient and

19   another and all that, as we were meeting in our

20   common conference room, he was kind of giving me

21   a report that he has done a patient and he has

22   lined up another patient and the patients were

23   lined up by Dr. Emmanouel who was I think it was

24   chief of biology at the time.

Dockets.Justia.com

Katz, Adrian I.                          3/30/2007
CONFIDENTIAL

Page 67

1      Q      So do you recall ever discussing the

2   results of the experiment with Dr. Baron?

3      A      No.  You don't need to discuss -- I

4   recall the general disappointment.  Let's put it

5   this way.  We didn't sit down and analyze it

6   because it's quite obvious he told me one

7   hemoglob -- we measured I think hematocrit --

8   sorry -- reticulocytes and one went up half a

9   percent or something like that and one didn't

10  change and one went down half a percent.  That's

11  what I recall.

12             MR. McFARLANE:  Move to strike for

13  speculation, lack of firsthand knowledge.

14  BY MR. FLOWERS:

15     Q      Do you recall actually seeing the

16  data from the three-subject experiment?

17     A      No.

18     Q      Just to back up, did you play any

19  role at all in designing the experiment?

20     A      No, very little, and if you press me

21  to tell you what was that little, I don't know.

22             I think all was provided the urine

23  and the expertise regarding the amount that he

24  has and I think he did the iodination.  No, I'm

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 68

1    sorry.  That wasn't with iodination.  In

2    patients you cannot use radioactive, and

3    Dr. Emmanouel scheduled the nitty-gritty part of

4    asking the patients to volunteer and to give

5    them the material.

6         Q     Did you have an opportunity to

7    provide input into the design of the experiment

8    before it was conducted?

9         A     No, I don't think -- I didn't think

10   it was necessary.

11        Q     Why?

12        A     I thought that with Goldwasser such

13   an authority and Dimitri Emmanouel very expert

14   in both nephrology and dialysis, dealing with

15   dialysis patients and knowing who among the

16   dialysis patients -- in those days the units

17   were very small, we had 20 or 30 patients all

18   together -- would volunteer and his skills with

19   injecting stuff, he was very skilled manually,

20   that my input was not necessary.

21        Q     Before the three-subject urinary EPO

22   experiment was conducted, did you have any hopes

23   about the outcome?

24        A     Well, you know, a scientist doesn't

LiveNote World Service    800.548.3668 Ext. 1

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 72

1   BY THE WITNESS:

2       A     I don't think so.  I think they

3   received the EPO, and I'm not quite sure how you

4   can blind that so somebody else will receive

5   saline.  I mean, we didn't need that kind of

6   control to know that blood picture doesn't

7   improve by itself.  These three patients could

8   have been their own controls before or after the

9   experiment.

10  BY MR. FLOWERS:

11      Q     How would that have been done?

12      A     Just --

13            MR. McFARLANE:  Sorry.  Objection;

14  calls for expert testimony.

15  BY THE WITNESS:

16      A     Just looking at their previous curves

17  of hemoglobin, reticulocytes, hematocrit in the

18  period closest to the experiment or in the

19  period some weeks after the experiment.

20  BY MR. FLOWERS:

21      Q     Do you know whether that was done in

22  regard to this experiment?

23            MR. McFARLANE:  Objection; lacks

24  firsthand knowledge.

Katz, Adrian I.                3/30/2007
CONFIDENTIAL

Page 73

1    BY THE WITNESS:

2        A     I have no idea.

3    BY MR. FLOWERS:

4        Q     Let me ask, do you know where

5    Dimitrios Emmanouel is today?

6        A     Yes.

7        Q     Where is he?

8        A     Under the soil of Greece.

9        Q     So he passed away?

10       A     Yes.

11       Q     How long ago did he pass away?

12       A     He passed away in 2002 or '3.

13       Q     Do you know how the patients who --

14   the three subjects that were administered the

15   urinary EPO in this study, do you know how they

16   came to be a part of the study?

17            MR. McFARLANE:   Objection; it lacks

18   foundation.

19   BY THE WITNESS:

20       A     No.  I think they were amenable to be

21   recruited because patients in general, you tell

22   them we would like to do something new that

23   nobody has done, they say, Well, count me out.

24   So I suppose they were people that had --

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 74

1    Dr. Emmanouel had more of a relationship with

2    and pressured them to participate, but that's

3    the case.

4    BY MR. FLOWERS:

5        Q     You don't know one way or the other?

6        A     No.

7        Q     Do you know whether any of the

8    patients that were under your care, whether any

9    of those three subjects were under your care at

10   that time?

11              MR. McFARLANE:  Objection; lacks

12   firsthand knowledge.

13   BY THE WITNESS:

14       A     I don't recall.

15   BY MR. FLOWERS:

16       Q     Okay.  You don't remember.

17              MR. FLOWERS:  If I can mark as the

18   next exhibit -- I'll ask the reporter to mark as

19   the next exhibit a document bearing production

20   numbers AM-ITC 00949333 through 335.

21                          (Katz Exhibit No. 3 was

22                           marked for ID.)

23   BY MR. FLOWERS:

24       Q     My first question, Doctor, is just

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 76

1   BY THE WITNESS:

2        A     I don't.

3   BY MR. FLOWERS:

4        Q     Going back to the three-subject

5   urinary EPO experiment, did you make any

6   personal observations as to whether the overall

7   condition of any of those subjects improved as a

8   result of receiving the urinary EPO?

9              MR. McFARLANE:  Objection; calls for

10  expert testimony, firsthand knowledge.

11  BY THE WITNESS:

12       A     No.

13  BY MR. FLOWERS:

14       Q     Did you make any personal

15  observations as to whether or not the anemia of

16  any of those three subjects was corrected as a

17  result of receiving the urinary EPO?

18             MR. McFARLANE:  Objection; expert

19  testimony and firsthand knowledge.

20  BY THE WITNESS:

21       A     No.

22  BY MR. FLOWERS:

23       Q     As his chief would you have been --

24  as his chief were you aware of Dr. Emmanouel's

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 78

1    which data generated in the three-subject human

2    urinary EPO experiment were recorded?

3                MR. McFARLANE:  Objection; lacks

4    firsthand knowledge.

5    BY THE WITNESS:

6        A    I believe vaguely that they showed me

7    these results that I mentioned to you once in

8    which one went up and one went down and one

9    stayed the same.  That's based on me seeing I

10   believe the reticulocyte count.

11   BY MR. FLOWERS:

12       Q    And do you recall when you saw that

13   data?

14               MR. McFARLANE:  Objection; no

15   firsthand knowledge, calls for speculation.

16   BY THE WITNESS:

17       A    No.  Actually I -- those dates are so

18   remote that even my own article I didn't realize

19   was published in '80, something '80.  I thought

20   it was in '77.  So if you ask me when was this

21   study done, I have no idea what year, what date.

22   BY MR. FLOWERS:

23       Q    Do you remember the format in which

24   you were presented with the data from this

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 79

1    study?

2              MR. McFARLANE:  Objection; calls for

3    speculation, no firsthand knowledge, and also

4    hearsay and mischaracterizes his testimony.

5    BY THE WITNESS:

6         A    No.

7              MR. FLOWERS:  I'd like to mark as --

8    ask the court reporter to mark as Katz Exhibit 4

9    a document bearing the production number Baron

10   00651A.

11                        (Katz Exhibit No. 4 was

12                         marked for ID.)

13   BY THE WITNESS:

14        A    This is -- I'm sorry.  You didn't ask

15   me any question.

16   BY MR. FLOWERS:

17        Q    Well, my first question is do you

18   recognize this document?

19        A    Not the document itself, but I

20   recognize it -- his handwriting, that it's

21   written by him, by Dimitrios Emmanouel.

22        Q    So in 1979 and 1980 were you familiar

23   with Dr. Emmanouel's handwriting?

24              MR. McFARLANE:  Objection.  Move to

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 80

1    strike.  It calls for expert testimony.

2    BY THE WITNESS:

3        A    Yes, very.

4    BY MR. FLOWERS:

5        Q    How?  How did you come to be familiar

6    with his handwriting?

7             MR. McFARLANE:  Objection.

8    BY THE WITNESS:

9        A    Because he was always taking the

10   notes from our experiments with animals and we

11   would go over them periodically or regularly,

12   every week.

13   BY MR. FLOWERS:

14       Q    In that time period 1979 and 1980,

15   did you personally observe Dr. Emmanouel writing

16   notes?

17       A    Yes.

18       Q    Is that how you became familiar with

19   his handwriting?

20       A    I knew -- he would report to me.  He

21   would give me his handwritten stuff, even drafts

22   of articles to publish in longhand.  We didn't

23   have computers.  We had an IBM ball and even

24   that didn't work.

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 81

1      Q      So do you recognize the handwriting

2   on Katz Exhibit 4 as Dr. Emmanouel's?

3      A      Yes.

4             MR. McFARLANE:  Objection; calls for

5   expert testimony and speculation.

6   BY THE WITNESS:

7      A      Yes, I do.

8   BY MR. FLOWERS:

9      Q      Beyond that do you recognize this

10  document?

11            MR. McFARLANE:  Objection; asked and

12  answered.

13  BY THE WITNESS:

14     A      No.

15            MR. FLOWERS:  Okay.  I'd like to ask

16  the court reporter to mark as the next exhibit a

17  document bearing the production No. Baron

18  00906A.

19                          (Katz Exhibit No. was 5

20                          marked for ID.)

21  BY MR. FLOWERS:

22     Q      And the same question, Doctor.  Do

23  you recognize this document?

24     A      Same answer.  Not the document but

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 82

1   the handwriting.

2       Q    You recognize the handwriting on this

3   document?

4       A    Yes.

5           MR. McFARLANE:  Objection; calls for

6   speculation.

7   BY THE WITNESS:

8       A    Yes, I do.

9   BY MR. FLOWERS:

10      Q    And whose handwriting do you believe

11  this to be?

12          MR. McFARLANE:  Objection; calls for

13  expert testimony and speculation.

14  BY THE WITNESS:

15      A    Dr. Dimitrios Emmanouel.

16  BY MR. FLOWERS:

17      Q    Is there any aspect of the writing on

18  this -- any particular aspect of the handwriting

19  on this document that leads you to believe it's

20  Dr. Emmanouel's?

21          MR. McFARLANE:  Objection.

22  BY THE WITNESS:

23      A    I know his handwriting like mine.

24  Also the length of these pages was some

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 83

1  particularity of his that many people copied

2  because it was useful to put the whole package

3  of data that otherwise -- when you didn't have

4  computers I mean.  This is I think double width.

5          I don't know what the original is,

6  but double width of line and then he made it for

7  four times so you can look horizontally and see

8  from Noah's flood until today.

9          THE COURT REPORTER:  I'm sorry.  You

10  can see it from?

11          MR. FLOWERS:  From Noah's flood until

12  today.

13          MR. McFARLANE:  And move to strike.

14          MR. FLOWERS:  Just the Noah's flood

15  part?

16          MS. BEN-AMI:  I think your tape is

17  running out.

18          MR. FLOWERS:  Why don't we just go

19  ahead and switch the tape?

20          THE VIDEOGRAPHER:  This marks the end

21  of Tape 1 Volume 1 in the deposition of

22  Dr. Adrian I. Katz.  Going off the record.  The

23  time is now 4:21 p.m.

24                          (Recess had.)

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 85

1   BY MR. FLOWERS:

2       Q     Doctor, the court reporter has marked

3   this document as Katz Exhibit 7.  I have the

4   same question for you, whether you recognize the

5   document.

6       A     The same answer.  I recognize the

7   handwriting -- the author of the handwriting.

8       Q     And who is that?

9       A     Dr. Dimitrios Emmanouel.

10      Q     Other than recognizing the

11  handwriting, do you recognize the document?

12      A     I mean, I recognize the data written.

13  I don't recall seeing this document before.

14      Q     You said you recognize the data

15  that's written.  What did you mean?

16      A     There are a number of dates and there

17  are a number of measurements on each date.  I

18  don't know what -- in what order they are and

19  what exactly they mean.  That's not your

20  question anyway.

21      Q     That's correct.  Do you recognize

22  this data on Katz Exhibit 7 as data from the

23  three-subject urinary EPO experiment?

24              MR. McFARLANE:  Objection; calls for

Katz, Adrian I.                3/30/2007
CONFIDENTIAL

Page 86

1    speculation, leading, and lack of firsthand

2    knowledge.

3    BY THE WITNESS:

4        A    So far I have trouble.  I see here a

5    Redacted .  I assume this is one patient.  I have

6    trouble seeing three patients here, but I

7    suppose I have a bunch of dates and their

8    sequential, and I don't know.  To me they seem

9    like one patient unless they are averages.  I'm

10   sorry.  This continues.  It's the same thing.

11   It seems to me to be from one patient.

12   BY MR. FLOWERS:

13       Q    Were you aware of the names of the

14   three patients or the three subjects who

15   participated in this study in 1979?

16       A    No.

17            MR. McFARLANE:  Objection; lacks

18   foundation, lack of firsthand knowledge.

19   BY THE WITNESS:

20       A    No.  Now I saw some names, but

21   different --

22   BY MR. FLOWERS:

23       Q    Okay.  I'll put that to the side.

24            MR. FLOWERS:  I'd like the court

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 88

1    production number Baron 00018A.

2                         (Katz Exhibit No. 9 was

3                         marked for ID.)

4    BY MR. FLOWERS:

5        Q    Doctor, the court reporter has marked

6    this document as Katz Exhibit 9.  I have the

7    same question for you.  Do you recognize this

8    document?

9        A    Same answer.  I don't recognize the

10   document, but I recognize Dr. Dimitrios

11   Emmanouel as its author or its writer.

12       Q    Do you recognize the handwriting on

13   the document?

14            MR. McFARLANE:  Objection; expert

15   testimony.

16   BY THE WITNESS:

17       A    Yes.

18   BY MR. FLOWERS:

19       Q    And whose handwriting do you

20   recognize it as being?

21            MR. McFARLANE:  Same objection.

22   BY THE WITNESS:

23       A    Dr. Dimitrios Emmanouel.

24

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

                                                      Page 89

1    BY MR. FLOWERS:

2         Q     Okay.  You can put that to the side.

3             MR. FLOWERS:  I'll ask the court

4    reporter to mark as the next exhibit Katz

5    Exhibit 10 a document bearing the Bates No.

6    Baron 00889A.

7                         (Katz Exhibit No. 10

8                         was marked for ID.)

9    BY MR. FLOWERS:

10        Q     Dr. Katz, the court reporter has

11   handed you a document which has been marked as

12   Katz Exhibit 10 and I have the same question, do

13   you recognize this document?

14        A     No.

15        Q     Do you recall ever seeing this

16   document before?

17        A     No.

18        Q     Do you recognize the handwriting on

19   the document?

20        A     Yes.

21        Q     And whose handwriting do you

22   recognize it as being?

23        A     Dr. Dimitrios Emmanouel.

24        Q     You can put that to the side as well.

Katz, Adrian I.                3/30/2007
CONFIDENTIAL

Page 90

1              Dr. Katz, do you recall ever drawing

2      any conclusions from the results of the

3      three-subject human urinary EPO experiment as to

4      whether those results were statistically

5      significant in any way?

6              MR. McFARLANE:  Objection; asked and

7      answered, expert testimony, calls for

8      speculation.

9      BY THE WITNESS:

10        A     No.  No statistics were done or

11     possible.

12     BY MR. FLOWERS:

13        Q     Why?

14        A     Because --

15        Q     First of all, why weren't any

16     statistics done?

17        A     I don't know.

18              MR. McFARLANE:  Objection; lack of

19     foundation.

20     BY MR. FLOWERS:

21        Q     And why weren't statistics possible

22     on those results?

23              MR. McFARLANE:  Objection; calls for

24     expert testimony.

LiveNote World Service    800.548.3668 Ext. 1

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 91

1    BY THE WITNESS:

2       A      Because with an N number of N equal

3    3, it's very difficult, if not impossible, to do

4    any decent statistics.

5              MR. McFARLANE:  Move to strike for

6    expert testimony.

7    BY MR. FLOWERS:

8       Q      Earlier you had mentioned today

9    reticulocytes.  I wanted to ask you what are

10   reticulocytes?

11             MR. McFARLANE:  Objection; calls for

12   expert testimony.

13   BY THE WITNESS:

14      A      Reticulocytes are the precursors of

15   the mature red cells that we have in the

16   circulating blood.

17   BY MR. FLOWERS:

18      Q      How are reticulocytes made in a human

19   being?

20             MR. McFARLANE:  Objection; calls for

21   expert testimony.

22   BY THE WITNESS:

23      A      They are made from precursors of

24   their own which are populating the bone marrow.

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 92

1    BY MR. FLOWERS:

2        Q    And when reticulocytes are introduced

3    into the human bloodstream, what happens to

4    them?

5            MR. McFARLANE:  Objection; calls for

6    expert testimony.

7    BY THE WITNESS:

8        A    Some of them live for awhile and then

9    they die, and I don't remember what's the half

10   life, and some of them turn into red cells.

11   BY MR. FLOWERS:

12       Q    By 1979 had you made any observations

13   either in your clinical practice or in your

14   research as to whether or not the level of

15   reticulocytes in the bloodstream of any of your

16   own patients varied over time in any way?

17           MR. McFARLANE:  Objection; it's

18   compound, calls for expert testimony, calls for

19   speculation.

20   BY THE WITNESS:

21       A    They do vary over time, but within a

22   miserable range.  They're low but they're not

23   every day the same thing and that may be

24   laboratory variation, maybe.

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 93

1    BY MR. FLOWERS:

2        Q      In 1979 were you familiar with the

3    range of variation that was inherent in

4    measurements of reticulocytes in a clinical

5    laboratory?

6            MR. McFARLANE:  Objection; calls for

7    expert testimony, calls for speculation.

8    BY THE WITNESS:

9        A      Sometime about that time they came

10   out with automated machines that were measuring,

11   and I don't recall if my experience is from

12   before that when they were counted by hand or

13   after there was this what's called a Coulter

14   counter, C-o-u-l-t-e-r with a capital C, Coulter

15   counter, but the variation is generally less

16   than one half of one percent.

17   BY MR. FLOWERS:

18       Q      Going back to the variation in the

19   level of reticulocytes in the human bloodstream,

20   why does the level of reticulocytes in the human

21   bloodstream vary over time?

22           MR. McFARLANE:  Objection; calls for

23   expert testimony, speculation, lack of firsthand

24   knowledge.

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 94

1    BY THE WITNESS:

2         A    Well, one I mentioned is the

3    laboratory error.  The second is that their

4    release from the bone marrow is not steady.

5    It's periodic.  Sometimes the bone marrow puts

6    out more and sometimes they put out less.

7    Thirdly -- I take that back because -- I take

8    that back.  That was in error.  It's also the

9    rate that they are consumed.  They can be

10   consumed faster or slower, mostly in the

11   generation of the mature red cells.  That's what

12   comes to mind.

13             MR. McFARLANE:  Move to strike as

14   nonresponsive.

15   BY MR. FLOWERS:

16        Q    Prior to the introduction of the

17   Coulter counter, do you recall what the level of

18   experimental error was in hand counting

19   reticulocytes in human blood samples?

20             MR. McFARLANE:  Objection; calls for

21   expert testimony, calls for speculation, no

22   firsthand knowledge, lack of foundation.

23   BY THE WITNESS:

24        A    I don't.  I don't even know if the

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 95

1    number I gave you is after the Coulter or not,

2    but if we're talking about day-to-day

3    variations, 0.5 percent is very common I think

4    today when we have the Coulter for decades.

5              Before it probably since -- with

6    humans it probably was bigger.  I cannot give

7    you exact number.  They look very specific under

8    the microscope.  It's hard to confuse them with

9    something else, but there aren't many, so you

10   have to look through a lot of fields to find one

11   or two.  So that's the source of the error when

12   it is done by hand.

13   BY MR. FLOWERS:

14        Q    Do you recall whether reticulocyte

15   counts were done in the three-subject human

16   urinary EPO experiment in 1979, 1980?

17             MR. McFARLANE:  Objection; lacks

18   personal knowledge.

19   BY THE WITNESS:

20        A    I do.

21   BY MR. FLOWERS:

22        Q    How do you know that?

23        A    Because I think this is what we

24   looked at when I concluded that it was

Page 96

1    inconclusive.

2              MR. McFARLANE:  Move to strike.  The

3    witness has already testified that he did not

4    conclude anything from the data.

5    BY MR. FLOWERS:

6       Q    Do you recall how the reticulocyte

7    counts were determined in the three-subject

8    human urinary EPO experiment?

9              MR. McFARLANE:  Objection; lacks

10   foundation, lacks personal knowledge.

11   BY THE WITNESS:

12      A    No.  They were performed by a central

13   laboratory, but the method by which they did it

14   I don't remember.  I don't know.  I never knew.

15   BY MR. FLOWERS:

16      Q    In your clinical practice as of 1979

17   did you ascribe any significance to the level of

18   normal variation in the number of reticulocytes

19   in the human bloodstream?

20             MR. McFARLANE:  Objection; calls for

21   expert testimony, calls for speculation, no

22   firsthand knowledge.

23   BY THE WITNESS:

24      A    I didn't have occasion to do serial

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 97

1    measurements or need for, so I cannot answer

2    that.

3               MR. FLOWERS:  Let me mark as the next

4    exhibit what I believe is the subpoena served by

5    the Roche defendants on Dr. Katz in this action.

6                          (Katz Exhibit No. 11

7                          was marked for ID.)

8    BY MR. FLOWERS:

9        Q    So let me just ask you, Dr. Katz.

10   The court reporter has marked this document as

11   Katz Exhibit 11 and on the last two pages -- let

12   me start at the right place.

13              First of all, do you recognize this

14   document?

15       A    Yes.

16       Q    And what is it?

17       A    It's a subpoena.

18       Q    And was this document served on you?

19       A    Yes.

20       Q    And the last two pages of the

21   document at the top of the next to last page it

22   says Schedule B Document Requests and it has a

23   series of paragraphs there, No. 1 through 8, and

24   I wanted to ask you did you look at this

Katz, Adrian I.                        3/30/2007
CONFIDENTIAL

Page 98

1    Schedule B when the subpoena was served upon

2    you?

3        A    I think I may have, but at that point

4    I was so confused as to why am I served with

5    this that -- anyway, I didn't have the data so I

6    didn't think any action is called on my part.

7        Q    I won't go through each of these

8    separate eight paragraphs in the document

9    request, but did you look for any documents

10   relating to the three-subject human urinary EPO

11   experiment after you were served with this

12   subpoena?

13       A    No.  I have an extraordinary memory.

14   I know what I have and I know what I don't, and

15   I don't have data that somebody else has

16   reported 30 years ago that led to no

17   publication.  So to be frank, I didn't

18   understand this whole business why I am

19   subpoenaed and so forth, but that's another

20   matter.

21       Q    So is it your belief that you don't

22   have any documents that relate to --

23       A    It's not my belief.  It's my

24   certainty.

Page 103

```
 1              MS. BEN-AMI:  So would you mind if I

 2      take your seat?

 3              MR. FLOWERS:  Sure.

 4              MS. BEN-AMI:  Just because otherwise

 5      I'm far away.

 6                            (Brief interruption.)

 7                            (Discussion had off the

 8                            record.)

 9                      EXAMINATION

10      BY MS. BEN-AMI:

11          Q    Good afternoon, Doctor.  My name is

12      Leora Ben-Ami and I represent the other side,

13      Roche, and I really have very few questions for

14      you, but I do need to ask you a few things.

15              You said that you -- you don't need

16      to look at it.  This is your subpoena and it's

17      dated in early February of this year.

18              Do you remember that?

19          A    Yes.  I remember.

20          Q    Okay.  And you said before that when

21      you received it you didn't remember the

22      three-patient clinical study at all, right?

23          A    I didn't remember anything of what I

24      said today.
```

Page 104

```
 1      Q      And then you spoke to Dr. Goldwasser,

 2  right?

 3      A      Yes.

 4      Q      And after that somehow you met

 5  Mr. Flowers, right?

 6      A      Yes.

 7      Q      How did you meet him?

 8      A      I don't know.

 9      Q      Well, how did you -- did you call him

10  as a lawyer or did he call you?

11      A      No.  He called me and explained that

12  his firm works with the university counsel and

13  can he ask me a few questions.  I believe that

14  was the sequence.

15      Q      He said that his firm works with the

16  university?

17      A      On this particular case.

18      Q      Okay.

19      A      But when he called, I also expressed

20  my puzzlement about why do I get this.  I mean,

21  I don't remember anything, and if Goldwasser

22  wouldn't have told me, to this today I wouldn't

23  have remembered.

24      Q      Okay.  Good.  So Mr. Flowers told you
```

Katz, Adrian I.                3/30/2007
CONFIDENTIAL

Page 105

1    that his firm was working with the university,

2    is that --

3          A     I believe that.

4          Q     Okay.  And so you used to work for

5    the university, right?

6          A     Yes.

7          Q     And so you naturally spoke to

8    Mr. Flowers?

9          A     Right.

10         Q     Okay.  And did you actually meet with

11   him at some point?

12         A     Yes.

13         Q     Prior to today?

14         A     Yes.

15         Q     How many times did you meet with him?

16         A     Once.

17         Q     And where was it?

18         A     In my home.

19         Q     And how long did the meeting take?

20         A     Well, if we don't count the time that

21   we're waiting for the taxi, about an hour and a

22   half.

23         Q     Okay.  And during that time he showed

24   you these documents that you saw today?

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 106

```
 1      A     No.  No, he didn't.

 2      Q     Didn't you during a break say, Isn't

 3   there a third one of these, to Mr. Flowers?

 4      A     Pardon me?

 5      Q     During the break when I was sitting

 6   here didn't you say, Isn't there a third one of

 7   these, to Mr. Flowers?

 8      A     A third one?

 9      Q     Yeah.  You had seen two of these

10   documents and you said --

11      A     Well, the third came, he had it in

12   his bag.  We were talking about three patients.

13   That's why I asked.

14      Q     Okay.  So you had a conversation with

15   Mr. Flowers about the clinical studies, right?

16      A     I was mostly asking him how did I get

17   into this and he gave me the background that

18   there is a lawsuit going on between the two

19   companies and that my deposition is important.

20   I said, But my deposition, I can finish in ten

21   minutes.  I have no recollection of anything.

22            And he said, Yeah, that's nice, but I

23   don't think it's going to be enough.

24      Q     And you know that after Roche found
```

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 107

1    out that you really didn't know anything about

2    this Roche said, Well, let's not have the

3    deposition?  Did Mr. Flowers tell you that?

4         A    No.

5         Q    So you understand that he subpoenaed

6    you?

7         A    He did.

8         Q    He forced you to come here?

9         A    He sent the subpoena.

10        Q    Right.

11        A    Or his firm.

12        Q    So Roche understood from Dr. Baron

13   that you probably wouldn't have any information

14   and, therefore, Roche said, Let's not do the

15   deposition and then Mr. Flowers and his

16   colleagues said, No, we want to do the

17   deposition anyway.  Was that your understanding?

18        A    No.  I didn't think he said, We want

19   a deposition, but my understanding was that he

20   thought or said that it's inevitable, that even

21   if I don't have a good recollection, a

22   deposition is important.

23        Q    So even if you don't remember, you

24   still have to give testimony?

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 108

1      A     Yes.

2      Q     So --

3      A     I must say by then he asked me what

4   do you remember or don't, and I said I just

5   remember what I've asked Dr. Goldwasser and he

6   told me about these three patients.

7      Q     Dr. Goldwasser told you about the

8   three patients?

9      A     Just that there were three because I

10  asked him, I said, Eugene, I didn't do clinical

11  research in my life, and that was a phone call

12  way at night I think after I received the

13  subpoena from them.

14     Q     So is Mr. Flowers being paid by you

15  to be your attorney?

16     A     No.

17     Q     And are you being paid by anyone?

18     A     No.

19     Q     No?

20     A     That's something else I need to talk

21  to you about.  No.

22     Q     What do you want to talk about?

23     A     No, no.  I'm kidding.  I'm not paid

24  except the checks for the sandwiches, whatever

Katz, Adrian I.                    3/30/2007
CONFIDENTIAL

Page 113

1      Q      And you respect that he understood

2  what the results were, correct?

3      A      These are two different issues.  I

4  respect him as a scientist.  I don't know what

5  he -- about what you're speaking, what the --

6      Q      I'm sorry?  I'm speaking what?

7      A      Never mind.  -- what made him write

8  these statements, and for all I know they may be

9  correct.  And if they're not correct, I might

10  tell you -- what's the term in law, under the

11  table, sub rosa --

12      Q      You can't be sub rosa when there is a

13  video camera on you.

14      A      -- sub rosa that people embellish a

15  bit their grants.  Everybody does, and even

16  respectable people, but that has nothing to do

17  with that.  I'm willing -- if I had this data,

18  I'm willing to look at them again.  He doesn't

19  say he published them anywhere.

20      Q      No.  He just says under pain and

21  penalty of perjury that he says this is accurate

22  on the first page.

23      A      Well, what we have here are all these

24  big tables.  Somebody should be able to decide.