UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, | ) |
| ROCHE DIAGNOSTICS GmbH, | ) |
| and HOFFMANN-LA ROCHE INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONFIDENTIAL EXHIBIT B**
**TO DECLARATION OF EMILY J. SCHAFFER IN SUPPORT OF**
**ROCHE'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF**
**DR. ADRIAN KATZ OBTAINED BY AMGEN THROUGH DURESS AND**
**SUBTERFUGE FOR LACK OF COMPETENCE AND IMPROPER EXPERT**
**TESTIMONY FROM A FACT WITNESS**

The filing of this confidential exhibit has been deferred pursuant to the provisions of the

Protective Order entered on 2/7/07 (Docket No. 274).

Dated:  September 25, 2007            /s/ Emily J. Schaffer
Boston, Massachusetts                 Lee Carl Bromberg (BBO# 058480)
                                       Julia Huston (BBO# 562160)
                                       Keith E. Toms (BBO# 663369)
                                       Nicole A. Rizzo (BBO# 663853)
                                       Kimberly J. Seluga (BBO# 667655)
                                       Emily J. Schaffer (BBO# 653752)
                                       BROMBERG & SUNSTEIN LLP
                                       125 Summer Street
                                       Boston, MA 02110
                                       Tel. (617) 443-9292
                                       eschaffer@bromsun.com

03099/00501 745383.1