EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. HOFFMANN-LA ROCHE LTD, a<br>Swiss Company, ROCHE<br>DIAGNOSTICS GmbH, a German<br>Company, and HOFFMANN-LA ROCHE<br>INC., a New Jersey Corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  05-12237 WGY

## <u>DEFENDANTS' SEVENTH NOTICE OF DEPOSITION</u>

To:　　Deborah Fishman (*pro hac vice*)　　　　Patricia R. Rich
　　　　DAY CASEBEER MADRID　　　　　　　DUANE MORRIS LLP
　　　　& BATCHELDER LLP　　　　　　　　　470 Atlantic Avenue, Suite 500
　　　　20300 Stevens Creek Boulevard, Suite 400　Boston, MA 02210
　　　　Cupertino, CA 95014

AND ALL PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE THAT Defendants F. HOFFMANN-LA ROCHE LTD,

a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and

HOFFMANN-LA ROCHE INC., a New Jersey Corporation, by its attorneys, will take

the deposition upon oral examination before a notary public, or any other officer

authorized to administer oaths, at Kaye Scholer, LLP, 1999 Avenue of the Stars, Suite

1700, Los Angeles, CA 90067-6048, or at a place mutually agreed upon by counsel,

commencing at 9:00 a.m. on the date set forth below, pursuant to Rule 30 of the Federal

Rules of Civil Procedure, of the following listed persons on the date indicated below:

1.      Jeffrey K. Browne      April 2, 2007
2.      Ralph Smalling         April 2, 2007

In accordance with Rule 30(b)(2) of the Federal Rules of Civil Procedure, the

testimony will be recorded by videotape, or other electronic or digital medium, and

stenographic means or both.  The depositions will continue from day to day until

concluded.  You are invited to attend and cross-examine.

DATED:        March 16, 2007

                                        Respectfully submitted,

                                        F. HOFFMANN-LA ROCHE LTD,
                                        ROCHE DIAGNOSTICS GMBH,
                                        and
                                        HOFFMANN-LA ROCHE INC.

                                        By its attorneys,

                                        /s/ Patricia A. Carson
                                        Leora Ben-Ami (*pro hac vice*)
                                        Patricia A. Carson (*pro hac vice*)
                                        Thomas F. Fleming (*pro hac vice*)
                                        Howard Suh (*pro hac vice*)
                                        Peter Fratangelo (BBO# 639775)
                                        KAYE SCHOLER LLP
                                        425 Park Avenue
                                        New York, NY 10022
                                        Tel: (212) 836-8000

                                        Lee Carl Bromberg (BBO# 058480)
                                        Julia Huston (BBO# 562160)
                                        Keith E. Toms (BBO# 663369)
                                        BROMBERG & SUNSTEIN LLP
                                        125 Summer Street
                                        Boston, MA 02110
                                        Tel. (617) 443-9292

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) by facsimile on the above date.


Lloyd R. Day, Jr. (*pro hac vice*)
David A. Madrid (*pro hac vice*)
Linda A. Sasaki-Baxley (*pro hac vice*)
Deborah Fishman (*pro hac vice*)
DAY CASEBEER MADRID &
BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220


William G. Gaede III (*pro hac vice*)
Michele E. Moreland (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

D. Dennis Allegretti (BBO#545511)
Michael R. Gottfried (BBO#542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9200
Facsimile: (617) 289-9201


Kevin M. Flowers (*pro hac vice*)
Thomas I. Ross (*pro hac vice*)
Mark Izraelewicz (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448


/s/ Brooke Borel___
Brooke Borel