EXHIBIT C

Thomas Fleming/NY/US/KSFHH

03/28/2007 10:26 AM

To "Fishman, Deborah" <dfishman@daycasebeer.com>
cc
Subject RE: USDC - Fishman to Fleming re anticipated relevance of Dr. Katz's deposition testimony (3-27-07) Link

Deb:  You told me yesterday you were not successful in getting dates for Browne and Smalling.  This is to inform you that we definitely want Browne and most likely Smalling.  We want Amgen to secure dates and let us know .

Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515