# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMAN-LA ROCHE LTD., a Swiss )<br>Company, ROCHE DIAGNOSTICS GmbH, a )<br>German Company, and HOFFMAN-LA ROCHE )<br>INC., a New Jersey Corporation )<br>)<br>Defendants. )<br>) | C.A. No. 05-12237-WGY |

### DECLARATION OF DANIEL A. CURTO IN SUPPORT OF AMGEN'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF BENCH MEMORANDA REGARDING: (1) AUTHENTICATION OF JANUARY 16, 1984 LETTER; AND (2) AUTHENTICATION OF JAN. 11, 1984 TELEX.

I, Daniel A. Curto, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen's Supplemental Memorandum In Support Of Amgen's Supplemental Memorandum In Support Of Bench Memoranda Regarding: (1) Authentication Of January 16, 1984 Letter; And (2) Authentication Of Jan. 11, 1984 Telex..

1.  Exhibit A hereto contains a true and correct copy of the Affidavit of Ian Crawford, Esq.

Dated September 25, 2007          */s/ Daniel A. Curto*
                                  Daniel A. Curto

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Michael R. Gottfried*
                                                    Michael R. Gottfried