UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

## AFFIDAVIT OF IAN CRAWFORD, ESQ.

I, Ian Crawford, Esq., hereby depose and state:

1. I have been a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts since 1985. Presently, I am a partner at Todd & Weld LLP in Boston.

2. From 1984 to 1991, I worked as an associate, and then partner, at Hale and Dorr LLP in Boston. While at Hale and Dorr, I was one of the attorneys who represented Genetics Institute ("GI") in Amgen Inc. v. Chugai Pharmaceutical Co., Ltd., et al. (C.A. No. 87-2617-Y), which was tried before then Magistrate Judge Patricia B. Saris. Among my responsibilities, were to help oversee the review and production of GI documents.

3. Attached as Exhibit A is an authentic copy of a January 11, 1984 telex from Dr. R. Sadahiro of Chugai to Man-chui Yang of GI. I originally reviewed this document during

the Chugai litigation and remember reviewing a copy at GI's offices. Because this document received attention during the case, I have a specific memory of it.

4. Attached as Exhibit B is an authentic copy of a January 16, 1984 letter from Man-chui Yang of GI, responding to Exhibit A.

5. Attached as Exhibit C is a redacted copy of Exhibit B. I have specific memory of Exhibits B and C, among other reasons, because I participated in redacting Exhibit B and creating Exhibit C.

6. If subpoenaed to testify at the trial of <u>Amgen Inc. v. F. Hoffmann-LaRoche, et al.</u> (C.A. No. 05-12237 WGY), I believe I could testify so as to authenticate Exhibits A, B and C under Fed. R. Evid. 901.

Signed under the pains and penalties of perjury, this 25th day of September, 2007.

_____
Ian Crawford, Esq.

# EXHIBIT A

0304 EST+
GENETICS INBSN

230948219 GENETICS INBSN

CHUGAI PHARM TOKYO 11TH JAN 1984

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER C.A.NO.87-
2617-Y (D.C.MA.),C.A.NO.87-
07200TJH (D.C.CA.)  GI 45,480

ATTN. MR M. YANG

THANKS FOR YOUR TLX OF 6TH. THE NEWS " AMGEN-THE FIRST TO CLONE
EPO- WAS RECEIVED HERE WITH A SERIOUS CONCERN BECAUSE WE
CONSIDERED THE FIRST CLONING OF EPO AT YOUR INSTITUTE AS A
CONTINGENT CONDITION TO SPONSOR THE PROJECT.
WE ASSUME THAT AMGEN'S FIRST CLONING OF EPO IS CERTAINLY
PATERNABLE AND IT WILL SERIOUSLY DAMAGE COMMERCIAL INTEREST
OF OTHER EPO PROJECTS INCLUSIVE OF YOURS.
WE URGENTLY NEED TO MAKE A THOROUGH REVIEW OF THE INFORMATION
AND SITUATION.

1) PLS PROVIDE US DETAILED INFORMATION CONCERNING AMGEN'S
   CLOSING OF EPO, TOGETHER WITH THE SOURCE OF NEWS AND ITS
   CREDIBILITY. IF PUBLISHED, PLS PROCURE A COPY OF THE SAME.

2) PLS LET US KNOW YOUR OPINION/TECHNICAL EVALUATION OF
   AMGEN'S ACHIEVEMENT AND THEIR POSSIBLE PATENT COVERAGE.

3) IS THERE ANY TECHNICAL ALTERNATIVE TO PROCEED YOUR EPO
   PEOJECT AND ENABLE US TO COMMERCIALIZE EPO WITHOUT PATENT
   CONFLICT WITH AMGEN? GENETICALLY ENGINEERING OF PRO-
   ERYTHROPOIETIN OR ISO-EPO (PLS REFER TO THE FOLLOWING
   LITERATURES) MAY BE ONE OF THE EXAMPLES.

   AB GOULD ET AL, J LAB CLIN MED, VOL 96, 523, 1980
   H OHKUBO ET AL, PROC NATL. ACAD. SCI(USA), VOL 80, 2196, 1983

4) YOU HAVE INITIATED AND CARRIED OUT EPO PROJECT AS SELF-FUNDED
   RESEARCH SO FAR. WONDER IF YOU FILED PATENT FOR CLONING
   OF EPO. IS THERE ANY POSSIBILITY THAT YOUR INSTITUTE
   MADE THE FIRST INVENTION (IN TERMS OF U.S. PATENT SYSTEM)
   PRIOR TO CLONING OF EPO BY AMGEN.

5) IN CASE THE ABOVE 3) AND 4) ARE NEGATIVE, IS IT POSSIBLE
   FOR YOU TO MAKE REASONABLE LICENSE ARRANGEMENTS WITH AMGEN
   (WHOSE SPONSOR IS ABBOTT IN OUR UNDERSTANDING) SO AS TO
   ENABLE US TO PROCEED YOUR EPO PROJECT.
   WOULD APPRECIATE YOUR EARLY REPLY.

BEST REGARDS
SADAHIRO

PS: WILL COMMENT ON YOUR TLX OF 16TH DECEMBER SEPARATELY
+
GENETICS INBSN

REPLY VIA ITT


PLAINTIFF'S EXHIBIT 682

A 139883

# EXHIBIT B

# Genetics Institute

January 16, 1984

Dr. R. Sadahiro
Deputy Senior Manager
Ethical Product Planning Dept.
R&D Division
Chugai Pharmaceutical Co. Ltd.
1-9, Kyobashi 2-chome, Chuo-ku
Tokyo 104
JAPAN

**CONFIDENTIAL**

Dear Dr. Sadahiro,

After receiving your telex of January 11, 1984, we had a serious discussion among the management and scientific staff at Genetics Institute. We came to the conclusion that although we missed the chance to be the first one to clone EPO, we will continue to pursue this project aggressively, for the following two major reasons:

1) The patent situation

First we do not know whether patents on naturally-occuring proteins will withstand judicial scrutiny. There are many other incidences that we are not detained from our research work just because other people have cloned the proteins first. One such example is tissue plasminogen activator.

If necessary, we believe that we will be able to modify the protein to make it non-infringing through protein engineering. With the fast pace of technological advancement and our continuing development of proprietary

225 Longwood Avenue
Boston, Massachusetts 02115
Telephone 617 232-6888
Telex 94A219



A 139884

Dr. Sadahiro
January 16, 1984
Page 2

**CONFIDENTIAL**

know-how, we believe that our chance of developing a proprietary product is extremely high, although there can be no assurance.

In addition, from our experience, it will be several months to a year before we see the technical publication of Amgen's work on EPO if they choose to publish it. It may take several years before the content of the patent is known. Valuable time could be lost if we wait until all the facts are known.

2) Development of commercializable product

It is our business strategy to be among the front runners in all the product areas we choose to work on. Cloning is only part of the research work needed to develop a therapeutic protein drug. Expression, scale-up, process development and purification are all important steps for successful product development. Genetics Institute already has extensive experience in these ~~mid-stream and downstream~~ developmental ~~works~~ technologies.

Since EPO is a heavily glycosylated protein, mammalian expression system may be the choice for the production of therapeutically useful EPO. We have a very strong mammalian expression team, which has successfully expressed glycosylated proteins in high yields (50-100 mg/l). Because of these existing in-house technologies, we believe we

[handwritten margin note: "yes?"]

A 139885

Dr. Sadahiro
January 16, 1984
Page 3

**CONFIDENTIAL**

still have a good chance to introduce a EPO product (*et*) the marketplace ahead of Amgen together with our partners.

Regarding to the specific points in your telex, I have reviewed it with Dr. Fritsch and the management staffs of GI. Following are Dr. Fritsch's answers:

1) To clone EPO Amgen used new sequence information obtained from tryptic fragments of EPO obtained from Dr. Goldwasser. They also claim to use novel hybridization technology which allowed them to use oligos of high degeneracy. We are using nucleic acid technology which has the same sensitivity. We are currently in the process of purifying more protein. We hope to purify enough to get additional N-terminal sequence and potentially some internal sequence.

   We are uncertain as to whether they obtained a baboon cDNA or a human genomic DNA clone first - we have heard conflicting reports. However, with this information they can certainly predict the human cDNA sequence and synthesize it easily.

2) If Amgen obtained a genomic clone first using synthetic oligonucleotides then our approaches could be similar. Whether they are or not depends on the exact nucleic

A 139886

Dr. Sadahiro
January 16, 1984
Page 4

**CONFIDENTIAL**

    acid technology used and the description in the patent. However, our use of a human kidney carcinoma cell line as a source of EPO RNA is different and outside the scope of a process patent which they could file.

3) If the Amgen patent holds, the only alternative to commercialization without conflict would be to try to make a modified EPO with superior properties. Thus we could try to do base specific mutagenesis to change the primary amino acid sequence of EPO and change properties such as stability, antigenicity, or efficacy. This would be a major research effort. However, we suspect the Amgen patent will not present a problem since it is a natural product.

4) We have filed no patent on our cloning process for EPO. A patent has been filed on the cell line by the investigator (my consultants), who developed it. The original application was rejected but is being considered for refiling.

5) It is unlikely Amgen would give license to GI.

    Enclosed please find a copy of the announcement made by Amgen and a news report from McGraw-Hill's Biotechnology Newswatch. As you may already be aware, in the biotechnology race there are

A 139887

Dr. Sadahiro
January 16, 1984
Page 5

**CONFIDENTIAL**

usually many runners going after the same goal. Amgen may be the front runner at this moment, the goal is still miles away and the race far from finished. We sincerely hope Chugai will join us in this race.

Sincerely yours,

Man-chui Yang

enclosure

cc: G. Schmergel

A 139888

# EXHIBIT C

Confidential Subject to Protective Orders,
C.A. No. 87-2617-Y(D.C.MA) C.A. No. 87-07200-TJH(D.C.CA)



# Genetics Institute

January 16, 1984

Dr. R. Sadahiro
Deputy Senior Manager
Ethical Product Planning Dept.
R&D Division
Chugai Pharmaceutical Co. Ltd.
1-9, Kyobashi 2-chome, Chuo-ku
Tokyo 104
JAPAN

Dear Dr. Sadahiro,

After receiving your telex of January 11, 1984, we had a serious discussion among the management and scientific staff at Genetics Institute. We came to the conclusion that although we missed the chance to be the first one to clone EPO, we will continue to pursue this project aggressively, for the following two major reasons:

1) The patent situation

725 Longwood Avenue
Boston, Massachusetts 02115
Telephone 617 732 0800
Telex 951219

GI 0078210

Confidential Subject to Protective Orders,
C.A. No. 87-2617-Y(D.C.MA) C.A. No. 87-07200-TJH(D.C.CA)

Dr. Sadahiro
January 16, 1984
Page 2

2) Development of commercializable product

It is our business strategy to be among the front runners in all the product areas we choose to work on. Cloning is only part of the research work needed to develop a therapeutic protein drug. Expression, scale-up, process development and purification are all important steps for successful product development. Genetics Institute already has extensive experience in these ~~mid-stream and downstream~~ developmental ~~works.~~ technologies.

Since EPO is a heavily glycosylated protein, mammalian expression system may be the choice for the production of therapeutically useful EPO. We have a very strong mammalian expression team, which has successfully expressed glycosylated proteins in high yields (50-100 mg/l). Because of these existing in-house technologies, we believe we

[handwritten margin note: yeast?]

Confidential Subject to Protective Orders,
C.A. No. 87-2617-Y(D.C.MA) C.A. No. 87-07200-TJH(D.C.CA)

Dr. Sadahiro,
January 16, 1984
Page 3

still have a good chance to introduce a EPO product at the marketplace ahead of Amgen together with our partners.

Regarding to the specific points in your telex, I have reviewed it with Dr. Fritsch and the management staffs of GI. Following are Dr. Fritsch's answers:

1)

2) If Amgen obtained a genomic clone first using synthetic oligonucleotides then our approaches could be similar. Whether they are or not depends on the exact nucleic

Confidential Subject to Protective Orders,
C.A. No. 87-2617-Y(D.C.MA) C.A. No. 87-07200-YJN(D.C.CA)

Dr. Sadahiro
January 16, 1984
Page 4

in the patent.

3)

4)

5)

Enclosed please find a copy of the announcement made by Amgen and a news report from McGraw-Hill's Biotechnology Newswatch. As you may already be aware, in the biotechnology race there are

Confidential Subject to Protective Orders,
C.A. No. 87-2617-Y(D.C.MA) C.A. No. 87-07200-TJB(D.C.CA)

Dr. Sadahiro
January 16, 1984
Page 5

usually many runners going after the same goal.

                Sincerely yours,

                Man-chui Yang

enclosure

cc: G. Schmergel