Amgen Inc. v. F. Hoffmann-LaRoche LTD et al Doc. 1164 Att. 5


# EXHIBIT E

Dockets.Justia.com

Thromb Haemostas
THHADQ 46 (3) 575–672 (1981) October 30, 1981

E 21922 F
ISSN 0340-6245

# Thrombosis and Haemostasis

LIBRARY
U.C. SAN FRANCISCO
DEC 14 1981

Journal of the International Society on Thrombosis and Haemostasis

Editor: F. Duckert, Switzerland

Editorial Board:

U. Abildgaard, Norway
E. A. Beck, Switzerland
J. P. Cazenave, France
P. J. Gaffney, UK
A. Henschen, FRG
T. B. L. Kirkwood, UK
J. M. McDonagh, USA
S. Magnusson, Denmark
A. J. Marcus, USA
V. J. Marder, USA
D. Ménaché-Aronson, USA
M. A. Packham, Canada
C. R. Rizza, UK
H. J. Weiss, USA
M. B. Zucker, USA

F. K. Schattauer Verlag · Stuttgart – New York

# Thrombosis and Haemostasis

No. 3 · Vol. 46
October 30, 1981

formerly Thrombosis et Diathesis Haemorrhagica
founded by R. Jürgens, E. Deutsch and F. Koller

Editor:
F. Duckert, Basel

Journal of the International Society on Thrombosis and Haemostasis


## Contents


**Original Articles**

Stratta P, Canavese C, Valmaggia P, Rotunno M, Levi E, Bulla A, Vercellone A, Coagulation and Fibrinolysis Study in Systemic Lupus erythematosus: Haematological, Urinary and Tissue Parameters ... 575
Del Principe D, Strappini P M, Del Vecchio S, Menichelli A, Biancini G, Cosmi E V, Bastianon V, D'Arcangelo C, The In Vitro Inhibitory Effect on Thrombin by 2,3-Diphosphoglycerate ... 581
Wörner P, Arachidonic Acid-Induced Chemiluminescence of Human Platelets: Contribution of the Prostaglandin and Lipoxygenase Pathways ... 584
Lee H, Paton R C, Ruan C, Caen J P, The In Vitro Effect of Ticlopidine on Fibrinogen and Factor VIII Binding to Human Platelets ... 590
Knight L C, Budzynski A Z, Olexa S A, Radiolabeling of Fibrinogen Using the Iodogen Technique ... 593
Prowse C V, Griffin B, Pepper D S, Dickson A J, McQuillan T A, Dickson I H, Foster P R, Changes in Factor VIII Complex Activities During the Production of a Clinical Intermediate Purity Factor VIII Concentrate ... 597
Bessler H, Notti I, Djaldetti M, The Effect of Partial Splenectomy on Platelet Production in Mice ... 602
Brox J H, Killie J-E, Gunnes S, Nordøy A, The Effect of Cod Liver Oil and Corn Oil on Platelets and Vessel Wall in Man ... 604
Schmitz-Huebner U, Balleisen L, Asbeck F, Loo J van de, In Vivo Studies on the Inhibition of Coagulation by Fractionated Heparin and by a Heparin Analogue. I. Effects of Heparin Fractions ... 612
Schmitz-Huebner U, Asbeck F, Loo J van de, In Vivo Studies on the Inhibition of Coagulation by Fractionated Heparin and by a Heparin Analogue. II. Effects of a Heparin Analogue ... 617
Rodeghiero F, Morbin M, Barbui T, Subunit A of Factor XIII Regulates Subunit B Plasma Concentration ... 621
Boneu B, Bouissou F, Abbal M, Sie P, Caranobe C, Barthe P, Comparison of Progressive Antithrombin Activity and the Concentration of Three Thrombin Inhibitors in Nephrotic Syndrome ... 623
Gomperts E D, Malekzadeh M H, Fine R N, Dialysis and Renal Transplant in a Hemophiliac ... 626
Barrowcliffe T W, Gray E, Studies of Phospholipid Reagents Used in Coagulation I: Some General Properties and Their Sensitivity to Factor VIII ... 629
Barrowcliffe T W, Gray E, Studies of Phospholipid Reagents Used in Coagulation II: Factors Influencing Their Sensitivity to Heparin ... 634
Hanna W T, Madigan R R, Miles M A, Lange R D, Activated Factor IX Complex in Treatment of Surgical Cases of Hemophilia A with Inhibitors ... 638
Bykowska K, Rijken D C, Collen D, Purification and Characterization of the Plasminogen Activator Secreted by a Rat Brain Tumor Cell Line in Culture ... 642
Orchard M A, Robinson C, Stability of Prostacyclin in Human Plasma and Whole Blood: Studies on the Protective Effect of Albumin ... 645
Grignani G, Gamba G, Geroldi D, Pacchiarini L, Solerte B, Ferrari E, Ascari E, Enhanced Antithrombotic Mechanisms in Patients with Maturity-Onset Diabetes mellitus without Thromboembolic Complications ... 648
Lockner D, Paul C, Hedlund B, Schulman S, Nyman D, Thermography in the Diagnosis of DVT ... 652
Watanabe Y, Soda M, Kobayashi B, Enhancement of Thrombin-Induced Degradation of Phosphatidylcholine in Reserpinized Rabbit Platelets ... 655
Korninger C, Stassen J M, Collen D, Turnover of Human Extrinsic (Tissue-Type) Plasminogen Activator in Rabbits ... 658
Korninger C, Collen D, Neutralization of Human Extrinsic (Tissue-Type) Plasminogen Activator in Human Plasma: No Evidence for a Specific Inhibitor ... 662

**Letters to the Editor**

Consolidation of Platelet Aggregates by Fibrin Despite Heparin Anticoagulation (Wurzinger L J, Blasberg P, Schmid-Schönbein H) ... 666
Adsorption of Human Factor VIII to Barium Sulfate (McCarroll D, Trent D, Chen J, Lange R) ... 667
Effects of Various Agents on Ristocetin-Willebrand Factor Activity in Long-Term Cultures of von Willebrand and Normal Human Umbilical Vein Endothelial Cells (Booyse F M, Osikowicz G, Feder S) ... 668
Bidimensional Immunoelectrophoresis Abnormal Migration of Serum Antithrombin III in Coumarin-Treated Patients (Girolami A, Patrassi G M, Cappellato G, Pengo V) ... 669
Antiprothrombinase and Factor II Deficiency in a Non SLE Patient (Follea G, Coiffier B, Viale J P, Dechavanne M D) ... 670

**Announcements** ... 671

**Erratum** ... 672

Thromb Haemostas (Stuttgart) 46 (3) 658–661 (1981)

Notice: This material may be protected by copyright law (Title 17 U.S. Code).

# Turnover of Human Extrinsic (Tissue-Type) Plasminogen Activator in Rabbits

C. Korninger, J. M. Stassen, and D. Collen

From the Center for Thrombosis and Vascular Research, Department of Medical Resesarch, University of Leuven, Belgium

**Key words**

Extrinsic (tissue-type) plasminogen activator – Turnover in rabbits – Clearance mechanism – Inactivation

**Summary**

The turnover of highly purified human extrinsic plasminogen activator (EPA) (one- and two-chain form) was studied in rabbits. Following intravenous injection, EPA-activity declined rapidly. The disappearance rate of EPA from the plasma could adequately be described by a single exponential term with a t $^1/_2$ of approximately 2 min for both the one-chain and two-chain forms of EPA.

The clearance and organ distribution of EPA was studied by using $^{125}$I-labeled preparations. Following intravenous injection of $^{125}$I-labeled EPA the radioactivity disappeared rapidly from the plasma also with a t $^1/_2$ of approximately 2 min down to a level of 15 to 20 percent, followed by a small rise of blood radioactivity. Gel filtration of serial samples revealed that the secondary increase of the radioactivity was due to the reappearance of radioactive breakdown products in the blood. Measurement of the organ distribution of $^{125}$I at different time intervals revealed that EPA was rapidly accumulated in the liver, followed by a release of degradation products in the blood.

Experimental hepatectomy markedly prolonged the half-life of EPA in the blood. Blocking the active site histidine of EPA had no effect on the half-life of EPA in blood nor on the gel filtration patterns of $^{125}$I in serial plasma samples.

It is concluded that human EPA is rapidly removed from the blood of rabbits by clearance and degradation in the liver. Recognition by the liver does not require a functional active site in the enzyme. Neutralization in plasma by protease inhibitors does not represent a significant pathway of EPA inactivation in vivo.

## Introduction

Plasminogen activation by extrinsic (vascular or tissue) plasminogen activators (EPA) represents a major pathway in the initiation of fibrinolysis in vivo. Some properties of EPA have been studied, such as their distribution in body tissues (1), release mechanisms (2) and biological significance (3).

Plasminogen activators have been highly purified from both human plasma (4) and human or animal tissues (5–7), but detailed biochemical and biological investigations have been hampered by the small amounts of purified material obtained. Recently, plasminogen activator has been purified in mg quantities from the culture fluid of a human melanoma cell line (8).

Correspondence to: Dr. Collen, Center for Thrombosis and Vascular Research, Department Medical Research, Gasthuisberg – K. U. Leuven, Herestraat 49, 3000 Leuven, Belgium

Two different forms of EPA have been purified (8, 9). One-chain EPA is presumably identical with the vascular or blood plasminogen activator, whereas the two-chain form represents a proteolytic breakdown product of the single-chain activator (8, 9). The availability of sufficient amounts of EPA has enabled us to initiate a series of studies on its biochemical (8–10), biological (11, 12) and thrombolytic (13, 14) properties. In the present study we report data on the turnover of this activator in rabbits.

## Materials and Methods

*One-chain and two-chain extrinsic plasminogen activator* (EPA) was highly purified from the culture fluid of a human melanoma cell line by a method described elsewhere (8). The activity was expressed in international units (IU) of urokinase by comparison of its fibrinolytic activity on plasminogen-enriched bovine fibrin films, as previously described (8). The activator solutions were kept frozen in 0.15 M NaCl, containing 10 µl Tween 80 per liter. Both one-chain and two-chain EPA were labeled with $^{125}$I according to McFarlane (15). Free $^{125}$I was then removed by affinity chromatography on zinc chelate-sepharose. Further purification of the $^{125}$I-labeled EPA was achieved by gel filtration on Ultrogel AcA 34, whereby radioactive aggregates and breakdown products were removed and only the main radioactive peak with a $M_r$ of ~ 70,000 was recovered. The $^{125}$I-labeled EPA preparations contained approximately 1 atom of iodine per molecule, had a specific activity of 100 IU/µg and appeared to be unaltered as evidenced by their specific activity, electrophoretic mobility, size distribution and binding to fibrin.

Irreversible blocking of the active site histidine of $^{125}$I-EPA was achieved by incubation (10 min room temperature) with $10^{-4}$ M (final concentration) of D-Phe-Pro-Arg-$CH_2Cl$ (16), a synthetic peptide chloromethylketone, which inhibits two-chain EPA with a rate constant of 5,000 $M^{-1}s^{-1}$ and one-chain EPA with a rate constant of 300 $M^{-1}s^{-1}$ (unpublished observations).

*Gel filtration* was performed at 4°C, on 2.5 × 40 cm Ultrogel AcA 34 (LKB, Bromma, Sweden) columns, equilibrated with 1 M NaCl, 0.1 M Tris, 0.01 M Na-Citrate, pH 7.4, containing 10 µl Tween 80 per liter. 3 ml fractions were collected at a flow rate of 25 ml/hr. Plasma samples of 1 ml were applied to the columns.

### *Turnover of Unlabeled One-Chain and Two-Chain EPA*

New Zealand White rabbits with a bodyweight of about 3 kg were anesthesized with "Hypnorm®" (0.5 ml, i. m.) and pentobarbital (0.3 ml, i. v.). A catheter was introduced in the superficial femoral vein for blood sampling (Portex-white, Portex, Hythe, U. K.). Unlabeled one-chain and two-chain EPA (20,000 IU in 3 ml) were injected in one rabbit each. At fixed time intervals up to 30 min, 4 ml blood samples were collected in trisodium-citrate (final concentration 0.01 M), immediately transferred to an ice bath and centrifuged at 0°C. The euglobulins of the plasma were precipitated at pH 5.8 and dissolved in the same volume of gelatin-buffer (0.05 M Na-barbital-0.1 M barbituric acid pH 7.75 containing 2.5 mg calf skin gelatin per ml). The euglobulin fibrinolytic activity was measured on plasminogen-enriched bovine fibrin films as described elsewhere (8).




*Fig. 1* Turnover of unlabeled EPA in rabbits. The disappearance rate of the euglobulin fibrinolytic activity from plasma was measured following intravenous injection of 20,000 IU EPA. A: two-chain EPA, B: one-chain EPA




*Fig. 4* Organ distribution of radioactivity after injection of $^{125}$I-labeled EPA. A: unblocked two-chain EPA, B: unblocked one-chain EPA. The animals were sacrificed 20 min, 90 min or 300 min after injection.




*Fig. 2* Turnover of $^{125}$I-labeled EPA in rabbits. The blood radioactivity after injection of $^{125}$I-labeled EPA was measured and expressed in percent of the radioactivity in the first sample. A. two-chain EPA (n = 6), B. two-chain EPA, active site blocked (n = 3), C. one-chain EPA (n = 3), D. one-chain EPA, active site blocked (n = 1). The data represent mean values. The S. E. M. were less than 5 percent of the mean values.




*Fig. 3* Gel filtration patterns of $^{125}$I in plasma samples following injection of $^{125}$I-labeled EPA. A: two-chain EPA; B: one-chain EPA, 1:0.5 min, 2:20 min and 3:120 min after injection of EPA. 19 S, 7 S and 4.2 S: elution position of macroglobulins, IgG and albumin, respectively.

*Turnover of $^{125}$I-Labeled EPA*

$^{125}$I-labeled EPA was injected in 13 rabbits. The turnover of the following $^{125}$I-labeled materials was studied: one-chain EPA (3 rabbits), one-chain EPA with the active site blocked (1 rabbit), two-chain EPA (6 rabbits) and blocked two-chain EPA (3 rabbits). In order to prevent thyroid uptake of $^{125}$I, 1 ml of a 1 percent solution of NaI was given intravenously 30 min before injection. Approximately 2μCi $^{125}$I-EPA (500 ng protein) was administered by a single bolus injection via a marginal ear vein. At fixed time intervals, 4 ml blood samples were collected in citrate. 20 μl D-Phe-Pro-Arg-$CH_2Cl$ $10^{-2}$ M was immediately added to the blood samples in order to prevent reaction with plasmatic inhibitors in vitro. After radioisotope counting, the blood samples were centrifuged and the plasma was stored at −20°C for further analysis. At 20 min, 90 min or 300 min after $^{125}$I-EPA injection the animals were sacrificed and the $^{125}$I content of liver, lungs, kidneys and urine was determined.

One-chain $^{125}$I-EPA was injected in two rabbits which were functionally hepatectomized by ligating the hepatic artery and the portal vein. The disappearance rate of $^{125}$I from the blood was followed for 45 min after which the animals were sacrificed and the $^{125}$I content of different organs measured.

## Results

*Turnover of Unlabeled One-Chain and Two-Chain EPA*

Fig. 1 illustrates the disappearance rate of the fibrinolytic activity in the euglobulin fraction of rabbit plasma following injection of 20,000 IU EPA (one-chain and two-chain). The euglobulin fibrinolytic activity increased to approximately 100 IU/ml after the injection of EPA. Assuming a plasma volume of 40 ml/kg this represents a recovery of approximately 60 percent of the injected EPA activity. The euglobulin fibrinolytic activity declined rapidly, with a half-life of about 3 min for one-chain EPA and of 2 min for two-chain EPA.

*Turnover of $^{125}$I-Labeled EPA*

Fig. 2 shows the plasma disappearance curves of $^{125}$I after injection of $^{125}$I-labeled EPA. Very similar curves were obtained for the one-chain EPA (3 experiments) and the two-chain EPA (6 experiments) preparations as well as for preparations with blocked or unblocked active center. The blood radioactivity initially declined very rapidly with a t $^{1}/_{2}$ of about 2.5 min. Subsequently a slight rise in blood radioactivity was followed by a very slow decline over a few hrs.

*Gel Filtration of Plasma Samples*

Fig. 3 shows typical elution patterns on Ultrogel AcA 34 of plasma samples obtained at different time intervals following injection of $^{125}$I-EPA.

Thirty seconds after injection of $^{125}$I-labeled two-chain EPA (Fig. 3A1) the radioactivity elutes as a small peak (5–10 percent of total) in the void volume and a main peak in the 4.2 S region, corresponding to unchanged EPA with a $M_r$ of ~ 70,000. The elution patterns of later samples (Fig. 3A2, 3A3) are characterized by disappearance of the small peak at the void volume, by a progressive decrease of the activity eluting in the 4.2 S region and by the appearance of a new peak in the total volume of the column, corresponding to radioactive breakdown products.

The radioactive component corresponding to intact EPA initially disappeared with a t $^1/_2$ between 2 and 3 min both for unblocked and blocked $^{125}$I-labeled two-chain EPA. A small amount of radioactive material (less than 5 percent of the initial radioactivity) however was still found in the position of $^{125}$I-EPA after 120 min. This component may represent a labeled contaminant with a much longer t $^1/_2$ than EPA.

Thirty seconds after injection of $^{125}$I-labeled one-chain EPA (Fig. 3B1) the radioactivity elutes as a minor peak at the void volume and two main peaks, one in the 7 S region and one in the 4.2 S region. Identical patterns were obtained after injection of blocked or unblocked $^{125}$I-EPA. These results suggest either dimerisation of one-chain EPA, or binding to another plasma protein with a $M_r$ of ~ 70,000. Since the active site of EPA seems not to be required for the generation of the component with an apparent $M_r$ of 150,000, complex formation with an inhibitor of EPA in plasma cannot explain this phenomenon. In later samples (Fig. 3B2, 3B3) the radioactivity eluting in the void volume, the 7 S region and the 4.2 S region decreases rapidly. Concomitantly, a new peak probably representing small breakdown products appears at the total volume of the column.

The t $^1/_2$ of the component eluting in the 4.2 S region was between 2 and 3 min both for unblocked and blocked $^{125}$I-EPA. Again a small amount of radioactive material, eluting in the position of $^{125}$I-EPA persisted after 120 min.

The evolution of the blood radioactivity after injection of $^{125}$I-labeled one-chain EPA was followed in two hepatectomized rabbits. No significant disappearance of plasma radioactivity occurred within 45 min. Gel chromatography on Ultrogel AcA 34 revealed the lack of $^{125}$I-EPA fragmentation, as no additional radioactive peak at the total volume was formed (not shown).

*Organ Distribution of $^{125}$I Following Injection of $^{125}$I-Labeled EPA*

The organ distribution of radioactivity in rabbits sacrificed 20, 90 or 300 min after injection of $^{125}$I-EPA is represented in Fig. 4. The results were very similar for one-chain and two-chain EPA, whether unblocked or blocked (not shown). Twenty min after injection, about 60 percent of the injected radioactivity was found in the liver, after 90 min roughly 20 percent and after 300 min about 6 percent. Little radioactivity (2 to 3 percent) was found in the kidneys, urine and lungs. The blood radioactivity reached a plateau at about 25 percent of the injected amount.

## Discussion

With the recent development of a purification method for human extrinsic plasminogen activator yielding milligram amounts of highly purified material (8) it has become possible to investigate its thrombolytic properties (11, 13, 14). Since EPA appears to induce specific thrombolysis in animals with experimental thrombosis, we have initiated a series of studies aiming at the development of EPA into a new thrombolytic drug. In order to devise possible therapeutic schemes we have in the present study investigated the turnover of EPA and its mechanisms of clearance from the blood.

Our findings indicate that the t $^1/_2$ of unlabeled purified EPA in plasma is 2–3 min in rabbits. This is in agreement with earlier reports (17, 18) that the t $^1/_2$ of activator released into the blood in humans is 10–15 min, considering that the turnover rates of plasma proteins in different species are inversely proportional to the bodyweight. We found no difference in t $^1/_2$ between one-chain and two-chain EPA suggesting that the partial proteolytic degradation does not significantly alter the turnover properties of EPA.

The t $^1/_2$ of $^{125}$I-labeled one-chain and two-chain EPA was similar to that of unlabeled EPA and no difference was observed between EPA with a free or an irreversibly blocked active site. This observation indicates that a functional active site is not important for the life span of EPA in the blood and that the neutralization of the activator in the blood stream does not occur by enzymatic inhibition. These findings also suggest that reversible blocking of the active site of EPA with active site titrants such as p-anisic acid (19) will not prolong its biological half-life.

The use of $^{125}$I-labeled EPA also allowed to study its mechanisms of clearance from the blood. After injection of $^{125}$I-EPA a rapid accumulation of tracer was found in the liver (about 60 percent of the injected amount after 20 min) followed by a progressive appearance of small degradation products in the blood. The rate of uptake of EPA by the liver was similar for one-chain and two-chain activator, either with blocked or unblocked active site. This indicates that the liver contains receptor(s) for EPA but that these receptor(s) do not interact with the active site of the enzyme.

The predominant role of the liver in the clearance of EPA from the blood was confirmed by our observation that its half-life became very long in rabbits with a functional hepatectomy.

Gel filtration of serial plasma samples in a 1 M NaCl containing buffer also revealed that the two-chain EPA circulates as an uncomplexed molecule with an apparent $M_r$ of 70,000 whereas the single-chain EPA, whether blocked or unblocked elutes in two peaks, one with $M_r \simeq 70,000$ and one with $M_r \simeq 150,000$. Whereas the former peak probably represents monomeric EPA, the latter may represent either dimerized EPA or a complex with a carrier protein of similar molecular weight. Since a functional active site is not required for formation of the $M_r$ 150,000 component, complex formation with an inhibitor cannot explain this phenomenon.

In conclusion our study indicates that EPA has a short half-life in the blood (2–3 min in rabbits), due to rapid clearing by the liver. The disappearance of activator from the blood is very similar for the intact one-chain form and for its proteolytically degraded two-chain form and blocking of the active site of the enzyme does not change its turnover rate. These findings suggest that application of plasminogen activator for thrombolysis in vivo will probably require its continuous infusion.

*Acknowledgements*

During this study C. K. was recipient of a fellowship of the Austrian-Belgian Cultural Agreement. This study was supported by grants from the Geconcerteerde Onderzoeksacties (project 80/85–3).

## References

1 Astrup T. Tissue activators of plasminogen. Fed Proc 1966; 25: 42–51.

2 Cash J D. Control mechanisms of activator release. In: "Progress in Chemical Fibrinolysis and Thrombolysis, Vol. 3" (Davidson J F,

Rowan R M, Samama M M, Desnoyers P C, eds). Raven Press, New York 1978; p 65–75.

3 Pandolfi M, Isacson S, Nilsson I M. Low fibrinolytic activity in the walls of veins of patients with thrombosis. Acta Med Scand 1969; 186: 1–5.

4 Binder B R, Spragg J. Purification of a plasminogen activator from venous occlusion plasma. Thromb Haemostas 1979; 42: 362 (abstract).

5 Rijken D C, Wijngaards G, Zaal-de Jong M, Welbergen J. Purification and partial characterization of plasminogen activator from human uterine tissue. Biochim Biophys Acta 1979; 580: 140–153.

6 Cole E R, Bachmann F W. Purification and properties of a plasminogen activator from pig heart. J Biol Chem 1977; 252: 3729–3737.

7 Kok P, Astrup T. Isolation and purification of a tissue plasminogen activator and its comparison with urokinase. Biochemistry 1969; 8: 79–86.

8 Rijken D C, Collen D. Purification and characterization of the plasminogen activator secreted by human melanoma cells in culture. J Biol Chem 1981; 256: 7035–7041.

9 Wallén P, Ranby M. Tissue plasminogen activator. Its properties and mechanism of action. In: "Protides of the Biological Fluids", 28th annual colloquium, Brussels, Belgium, 1980 (abstract).

10 Hoylaerts M, Rijken D C, Lijnen H R, Collen D. Kinetics of plasminogen activation by tissue plasminogen activator. Role of fibrin. Thromb Haemostas 1981; 46: 162 (abstract).

11 Matsuo O, Rijken D C, Collen D. Comparison of the relative fibrinogenolytic, fibrinolytic and thrombolytic properties of tissue plasminogen activator in vitro. Thromb Haemostas 1981; 45: 225–229.

12 Korninger C, Collen D. Inhibition of human tissue plasminogen activator by human plasma: No evidence for a specific antiactivator. Thromb Haemostas 1981; 46: 280 (abstract).

13 Matsuo O, Rijken D C, Collen D. Thrombolysis by human tissue plasminogen activator and urokinase in rabbits with experimental pulmonary embolus. Nature 1981; 291: 590–591.

14 Korninger C, Matsuo O, Suy R, Stassen J M, Collen D. Thrombolytic properties of purified human tissue plasminogen activator in a dog femoral vein thrombosis model. Thromb Haemostas 1981; 46: 209 (abstract).

15 McFarlane A G. Efficient trace-labelling of proteins with iodine. Nature 1958; 182: 53.

16 Kettner C, Shaw E. D-Phe-Pro-Arg-$CH_2Cl$, a selective affinity label for thrombin. Thromb Res 1979; 14: 969–972.

17 Fletcher A P, Biederman O, Moore D, Alkjaersig N, Sherry S. Abnormal plasminogen-plasmin system activity (fibrinolysis) in patients with hepatic cirrhosis: its cause and consequences. J Clin Invest 1964; 43: 681–695.

18 Tytgat G, Collen D, De Vreker R, Verstraete M. Investigations on the fibrinolytic system in liver cirrhosis. Acta haematol 1968; 40: 256–274.

19 Smith R A G, Dupe R J, English P D, Green J. Fibrinolysis with acyl-enzymes: a new approach to thrombolytic therapy. Nature 1981; 290: 505–508.

Received June 3, 1981 Accepted September 3, 1981