# EXHIBIT F

Dockets.Justia.com

ISSN 0036-553X

# SCANDINAVIAN JOURNAL OF Haematology

LANE MEDICAL LIBRARY
AUG 1 3 1984
STANFORD UNIVERSITY

EDITOR-IN-CHIEF: AA. VIDEBÆK - COPENHAGEN

ASSOCIATE EDITORS:
J. Ellegaard, Århus – R. Gräsbeck, Helsinki – L. Hallberg, Gothenburg – M. Harboe, Oslo

### EDITORIAL BOARD

- L. Antonsson, Helsinki
- A. Bøyum, Kjeller
- A. de la Chapelle, Helsinki
- Christine Cornell, London
- B. Egelund Christensen, Odense
- W. L. Ford, Manchester
- G. Gahrton, Huddinge
- H. Carlos, Odense
- H. C. Godal, Oslo
- S. Halvorsen, Oslo

- Douglas Higgs, Oxford
- M. Hjelm, Lon don
- A. Killander, Linköping
- J. M. Nielsen, Aarhus
- L. Olsson, Lund
- D. Roelofsen, Utrecht
- E. Simes, Helsinki
- A. Svejgaard, Copenhagen
- A. Weinfeld, Gothenburg

MUNKSGAARD · Copenhagen                        Volume 33 · No. 1 · July 1984

LANE LIBRARY, STANFORD UNIVERSITY

# THE SCANDINAVIAN JOURNAL OF HAEMATOLOGY
## Volume 33  No. 1  1984
*Issued July 1984*

## Contents

| | | |
|---|---|---|
| The use of monoclonal antibodies in clinical haematology – The art of limitation | 5 | P. Hokland |
| An abnormal fibrinogen (Copenhagen II) with increased sialic acid content associated with thrombotic tendency and normal liver function | 9 | M. Sandbjerg Hansen & I. Schousboe |
| Abnormalities of chromosome 13 in myelofibrosis | 15 | G. H. Borgström, S. Knuutila, T. Ruutu, A. Pakkala, R. Lahtinen & A. de la Chapelle |
| Staging and survival in multiple myeloma | 22 | A. Wahlin |
| The great majority of childhood lymphoblastic leukaemias are identified by monoclonal antibodies as neoplasias of the B-cell progenitor compartment | 27 | H. Melsom, S. Funderud, S. O. Lie & T. Godal |
| Haemolytic anaemia in previously healthy adult patients with CMV infections: Report of two cases and an evaluation of subclinical haemolysis in CMV mononucleosis | 35 | C. A. Horwitz, K. Skradski, E. Reece, F. Bruce Lewis, B. Schwartz, R. Kelty & H. Polesky |
| Increased ferritin synthesis and iron uptake in inflammatory mouse macrophages | 43 | G. Birgegård & J. Caro |
| In vivo metabolism of human tissue-type plasminogen activator | 49 | T. Nilsson, P. Wallén & G. Mellbring |
| A family with sickle cell trait and hereditary spherocytosis | 54 | M. A. Babiker & F. A. R. A. El Seed |
| Biochemical markers in non-Hodgkin's lymphoma stages III and IV and prognosis: A multivariate analysis | 59 | H. Hagberg, B. Glimelius, S. Gronowitz, A. Killander, C. Källander & T. Schröder |
| Interpretation of measured red cell mass and plasma volume in males with elevated venous PCV values | 68 | T. C. Pearson, C. A. Botterill, U. H. Glass & G. Wetherley-Mein |
| Myeloperoxidase-deficient polymorphonuclear leucocytes. (III): Relation to incidence of infection in acute myeloid leukaemia | 75 | H. Kaspersen Nielsen & K. Bendix-Hansen |
| Defective intrinsic fibrinolytic activity in a patient with severe factor XII-deficiency and myocardial infarction | 80 | S. Lodi, L. Isa, E. Pollini, A. F. Bravo & A. Scalvini |
| Decrease of Fcγ and C3b receptor-bearing granulocytes and of T lymphocytes in myelomatosis | 83 | A. Næss, G. Hopen & C. O. Solberg |
| Platelet glyoxalases in thrombocytosis | 91 | G. Leoncini, M. Maresca, F. Balestrero, U. Armani & A. Piana |
| Malignant (acute) myelosclerosis – a clinical and pathological study in 6 patients | 95 | J. Thiele, R. Krech, K. F. Vykoupil & A. Georgii |
| Books | 110 | |
| Announcements | 111 | |

MUNKSGAARD · COPENHAGEN

AM-LOD-ERB000870

Notice: This material may be protected by copyright law (Title 17 U.S. Code).

Scand J Haematol 1984;33:49–53

Key words: liver clearance - tissue plasminogen activator - turnover in humans

# In vivo metabolism of human tissue-type plasminogen activator

Torbjörn Nilsson,[1] Per Wallén[2] & Göran Mellbring[3]

Departments of Clinical Chemistry[1] and Surgery,[3] Umeå University Hospital, and Department of Physiological Chemistry,[2] Umeå University, Umeå, Sweden

The turnover of human tissue-type plasminogen activator (t-PA), purified from cell culture fluids and radiolabelled with $^{125}$I, was studied in 2 healthy males. After injection, the plasma radioactivity initially disappeared with a half-life of about 3 min, but after 30 min reached a plateau level which persisted for several hours. The radioactive material had then already been converted to forms soluble in 10 % trichloroacetic acid (TCA). Surface counting rates indicated a rapid uptake in the liver during the first 10 min after injection, followed by a rapid release from the liver, beginning already at 25 min, which coincided with the appearance of the TCA-soluble radioactive material. After 18 h, about 80 % of the injected dose had already been excreted in the urine. We conclude that, in humans, injected t-PA is rapidly cleared from the circulation, mainly by the liver, and within 30 min metabolized to low molecular weight forms which ultimately (within 1 d) appear in the urine.

Accepted for publication January 11, 1984

The fibrinolytic enzyme systems in human plasma play an important role in protection against thromboembolic incidents (1). By employing newly-developed specific assay methods for tissue-type plasminogen activator (t-PA) on a clinical material of young patients with idiopathic thromboembolic diseases, we were recently able to show that a reduced activity in the extrinsic fibrinolytic system is characteristic of these patients (2). Therefore, the possible use of t-PA as a therapeutic agent in thrombotic conditions seems to be physiologically attractive (3, 4). However, the turnover characteristics of t-PA in humans have not been studied so far. In this article we report our recent investigations on this subject.

## Material and methods

*Human tissue-type plasminogen activator* (single-chain form) was prepared from melanoma cell cultures (5) and labelled with $^{125}$I by the iodogen method (6). Free $^{125}$I was removed by chromatography on anti-t-PA IgG covalently coupled to Sepharose 4B (5). Two different radiolabelled preparations were used. They were characterized by a clot lysis activity assay (7) and by an enzyme-linked immunosorbent assay (2), and were found to retain their full activity within experimental error. The incorporation of $^{125}$I amounted to 0.7 and 2.2 atoms of iodine per t-PA molecule, respectively. For the turnover studies, 9 µg and 4 µg of the two preparations,

AM-LOD-ERB000871

Case 1:05-cv-12237-WGY    Document 1164-7    Filed 09/26/2007    Page 5 of 8

respectively, in volumes of 0.2 ml, were injected intravenously, yielding an injected dose of 1.2–1.5 MBq.

The labelled material was free of pyrogens when tested in rabbits.

Two healthy males aged 27 and 38 volunteered for the study (two of the authors). Thyroid uptake of iodine was blocked by a daily dose of 150 mg KI orally, starting the day before injection. During the first 2 h of the turnover experiments, the subjects were kept resting in a seated position.

*Plasma samples* were obtained by drawing 9 volumes of blood, taken by venepuncture, into 1 volume of 0.13 mol/l sodium citrate in siliconized Vacutainer tubes (Becton Dickinson, Stockholm, Sweden). After centrifugation at 2000 g for 10 min, 1 ml plasma was pipetted off and counted for radioactivity in a Multigamma counter (LKB, Stockholm, Sweden). Then the plasma was precipitated by 10% TCA, and again centrifuged. The clear supernatant was pipetted off and its radioactivity was compared to that of the pellet.

*Surface radioactivity counting* was performed by a scintillation counter (Thrombograph 11, Novo, Hadsund, Denmark). Countings were performed over the heart, liver, right kidney and spleen consecutively for 10 sec each, every 2 min. For optimal results, the exact positions of these organs were visualized by X-rays prior to injection of label.

## Results

### Turnover of human tissue-type plasminogen activator in plasma

Figure 1 shows the plasma radioactivity disappearance curves for the $^{125}$I-labelled t-PA in 2 healthy males. For the first 10 min, the disappearance is approximately exponential, with half-lives of 3 and 4 min, respectively. After 20 min, when about 10% of the injected dose remains in the circulation, the radioactivity starts to rise again slightly. As seen from the figure, this rise is accounted for by the appearance of TCA-soluble radioactive material in the plasma.

### Surface counting

In Figure 2, the results from the surface countings are shown relative to the heart count, which is defined as 100% at each time point. As seen, there is a rapid increase in activity over the liver during the first 10 min after injection of label, then a plateau at 700% and 1000% of the heart activity, respectively, is reached, and at 25 min a rapid drop in the liver activity begins. At 60 min, the liver activity has already leveled off to roughly equal the heart activity. There are also small increases in activity over the kidney and spleen during the first 10 min. After about 20 min, significant activity also appears over the bladder, indicating that a build-up of label in the urine has started.

### Total body radioactivity

The clearance of the injected radioactivity from the body was studied by measuring volumes and radioactivities of the voided urine portions during the first 18 h after injection of label. As seen from Figure 3, 80% of the injected dose is excreted from the body already after the first 18 h.

## Discussion

We have injected 9 μg and 4 μg, respectively, of two $^{125}$I-labelled t-PA preparations into 2 healthy males. This leads to an initial plasma concentration of about 4 ng/ml and 1 ng/ml, respectively, of the injected protein. This should be compared to the normal resting value of 4 ng/ml which we recently established utilizing a new ELISA for t-PA (2). Therefore, the injected amounts of t-PA fall in the physiological concentration range of this protein.

We have demonstrated that injected $^{125}$I-labelled t-PA is cleared from the the circulation with a half-life of 3–4 min, and is probably mainly taken up by the liver. The degradation in the liver takes about 15 min, and subsequently the TCA-soluble end products are expelled from the liver,





AM-LOD-ERB000872

ice of TCA-soluble
ma.

e surface countings
rt count, which is
e point. As seen
tivity over the liver
injection of label
000 % of the heart
ed, and at 25 min
begins. At 60 min
eled off to roughly
ere are also small
kidney and spleen
er about 20 min
s over the bladder
label in the urine

radioactivity from
uring volumes and
ine portions during
label. As seen from
d dose is excreted
first 18 h.

g, respectively, of
ions into 2 healthy
plasma concentra
g/ml, respectively
ould be compared
4 ng/ml which we
a new ELISA for
ected amounts of
oncentration range

injected $^{125}$I-label
circulation with
ably mainly taken
ation in the liver
quently the TCA
led from the liver



Figure 1. Turnover of $^{125}$I-labelled t-PA in 2 healthy male subjects. Plasma radioactivity (●) is expressed as a fraction (%) of the injected dose. The fraction of the plasma radioactivity which is soluble in 10 % trichloroacetic acid is also given (○).



Figure 2. Organ distribution of injected $^{125}$I-labelled t-PA. Surface counting was performed over heart, liver (●), spleen (○), right kidney (×) and the bladder (△). All values are expressed relative to the heart activity, which is defined as 100 % at each time point.

AM-LOD-ERB000873



Figure 3. Remaining total body radioactivity after injection of $^{125}$I-labelled t-PA. The difference between injected dose and cumulative urinary excretion of label, I-$\Sigma U_f$, is plotted against time after injection.

leading to the unusual increase in the plasma radioactivity curve seen between 30 and 60 min (Figure 1) instead of the expected continuous exponential decline. Simultaneously, the label begins to appear in the urine (Figure 2). Within 18 h, 80% of the injected dose has been excreted in the urine (Figure 3).

The turnover of human t-PA has been studied previously in rabbits (8). The results were very similar to our findings in humans, both with respect to the organ distribution and the plasma radioactivity half-life of 2–3 min, compared to 3–4 min in humans. This is remarkable, since usually the turnover rates of a plasma protein in different species are inversely proportional to the bodyweight (8), and furthermore, previous studies have implicated t-PA half-lives in humans of 10–15 min (2, 9). However, using a new specific activity assay for t-PA, a value of about 5 min was estimated (10).

Our finding of the very short in vivo half-life of injected purified t-PA in humans may therefore explain the limited success so far in the attempts to use t-PA as a thrombolytic agent in humans, or as a probe for the scintigraphic detection of deep vein thrombosis (11).

## Acknowledgements

This work was supported by grants from the Medical Faculty, Umeå University, the Medical Research Council (13X 3906), and the Swedish National Association against Heart and Lung Disease.

## References

1. Hedner U, Nilsson IM. The role of fibrinolysis. Clin Haematol 1981;10:327–42.
2. Bergsdorf N, Nilsson T, Wallén P. An enzyme linked immunosorbent assay for determination of tissue plasminogen activator applied to patients with thromboembolic disease. Thromb Haemost 1983;50:770-4.
3. Matsuo O, Rilken DC, Collen D. Thrombolysis by human tissue plasminogen activator and urokinase in rabbits with experimental pulmonary embolus. Nature 1981;291:590–1.
4. Korninger C, Matsuo O, Suy R, Stassen JM, Collen D. Thrombolysis with human extrinsic (tissue-type) plasminogen activator in dogs with femoral vein thrombosis. J Clin Invest 1982;69:573–80.
5. Wallén P, Pohl G, Bergsdorf N, Rånby M, Ny T, Jörnvall H. Purification and characterization of a melanoma cell plasminogen activator. Eur J Biochem 1983;132:681–6.
6. Salacinski PRP, McLean C, Sykes JEC, Clement-Jones VV, Lowry PJ. Iodination of proteins, glycoproteins, and peptides using a solid-phase oxidizing agent, 1,3,4,6-tetrachloro-3α,6α-diphenyl glycoluril (iodogen). Anal Biochem 1981;117:136–46.
7. Wallén P, Bergsdorf N, Rånby M. Purification and identification of two structural variants of porcine tissue plasminogen activator by affinity adsorption on fibrin. Biochim Biophys Acta 1982;719:318–28.
8. Korninger C, Stassen JM, Collen D. Turnover of human extrinsic (tissue-type) plasminogen activator in rabbits. Thromb Haemost 1981;46:658–61.
9. Tytgat G, Collen D, De Vreker R, Verstraete M. Investigations on the fibrinolytic system in liver cirrhosis. Acta Haematol (Basel) 1968;40:256–74.
10. Wiman B, Me release during new specific as:
11. de Boer AC, 99mTc-labelled deep vein thro stract 0494).

AM-LOD-ERB000874

alf-lives in humans
, using a new spe-
ι value of about 5

: in vivo half-life of
ans may therefore
far in the attempts
gent in humans, or
: detection of deep

' grants from the
:rsity, the Medical
, and the Swedish
eart and Lung Dis-

e of fibrinolysis. Clin

P. An enzyme linked
ination of tissue plas
ts with thromboembolic
70–4.
Thrombolysis by human
·okinase in rabbits with
·ature 1981;291:590–1.
Stassen JM, Collen D
(tissue-type) plasmino
vein thrombosis. J Clin

inby M, Ny T, Jörnvall
in of a melanoma cell
m 1983;132:681–6.
is JEC, Clement-Jones
:ins, glycoproteins, and
:ng agent, 1,3,4,6-tetra
,dogen). Anal Biochem

Purification and iden
of porcine tissue plas
»tion on fibrin. Biochim

D. Turnover of human
ı activator in rabbits

Verstraete M. Investiga
n liver cirrhosis. Acta

10. Wiman B, Mellbring G, Rånby M. Plasminogen activator release during venous stasis and exercise as determined by a new specific assay. Clin Chim Acta 1983;127:279–88.
11. de Boer AC, Paulusma-de Waal JH, Cox PH, Collen D. 99mTc-labelled plasminogen activator for the diagnosis of deep vein thrombosis. Thromb Haemost 1983;50:159 (abstract 0494).

Correspondence to:
Dr Torbjörn Nilsson
Department of Clinical Chemistry
Umeå University Hospital
S-90185 Umeå, Sweden

AM-LOD-ERB000875