# EXHIBIT G

Thromb Haemostas
THHADQ 54 (3) 563-734 (1985) October 30, 1985

E 21922 F
ISSN 0340-6245

# Thrombosis and Haemostasis

NOV 08 1985
STANFORD UNIVERSITY

Indexed in Index Medicus
Current Contents
Medline and Medlar
Biological Abstracts
Pascal/CNRS and
Nutrition Abstracts
and Reviews

Journal of the International Society on Thrombosis and Haemostasis

Editor: F. Duckert, Switzerland

Editorial Board:

U. Abildgaard, Norway
E. A. Beck, Switzerland
J. P. Cazenave, France
P. J. Gaffney, UK
A. Henschen, FRG
T. B. L. Kirkwood, UK
J. M. McDonagh, USA
S. Magnusson, Denmark

A. J. Marcus, USA
V. J. Marder, USA
D. Ménaché-Aronson, USA
M. A. Packham, Canada
C. R. Rizza, UK
H. J. Weiss, USA
M. B. Zucker, USA

Schattauer
Stuttgart – New York

AM-BER-ERB000544

# Thrombosis and Haemostasis

formerly Thrombosis et Diathesis Haemorrhagica
founded by R. Jürgens, E. Deutsch and F. Koller

Journal of the International Society on Thrombosis and Haemostasis

No. 3 · Vol. 54
October 30, 1985

Editor:
F. Duckert, Basel

## Contents

### Original Articles

Salo M K, Vartiainen E, Puska P, Nikkari T, Platelet Aggregation in Finnish Men and Its Relation to Fatty Acids in Platelets, Plasma and Adipose Tissue .................................................. 563

Veth G, Meuwissen O J A Th, van Houwelingen H C, Sixma J J, Prevention of Postoperative Deep Vein Thrombosis by a Combination of Subcutaneous Heparin with Subcutaneous Dihydroergotamine or Oral Sulphinpyrazone .................................................. 570

Hols H, Sixma J J, Leunissen-Bijvelt J, Verkley A, Freeze-Fracture Studies of Human Blood Platelets Activated by Thrombin Using Rapid Freezing .................................................. 574

Ishihara N, Nagao K, Kobayashi B, Tyrosine Phosphorylation of Platelet Protein Induced by Phorbol Ester .................................................. 579

Nordfang O, Ezban M, Favaloro J M, Dahl H H M, Hansen J J, Specificity of Monoclonal Antibodies to Factor VIII:C .................................................. 586

Setle H, Hughes R D, Langley P G, Gimson A E S, Williams R, Heparin Response and Clearance in Acute and Chronic Liver Disease .................................................. 591

Peters A M, Saverymuttu S H, Malik F, Ind P W, Lavender J P, Intrahepatic Kinetics of Indium-111-Labelled Platelets .................................................. 595

Allienc-Gelas M L, Aiach M, Gorenflot A, Andreux J P, Antithrombin III Antigen in Human Platelets .................................................. 599

Legrand C, Nurden A T, Studies on Platelets of Patients with Inherited Platelet Disorders Suggest that Collagen-Induced Fibrinogen Binding to Membrane Receptors Requires Secreted ADP but Not Released α-Granule Proteins .................................................. 603

Morrison R, Crawford J, MacPherson M, Heptinstall S, Platelet Behaviour in Normal Pregnancy, Pregnancy Complicated by Essential Hypertension and Pregnancy-Induced Hypertension .................................................. 607

Carter A J, Heptinstall S, Platelet Aggregation in Whole Blood: The Role of Thromboxane $A_2$ and Adenosine Diphosphate .................................................. 612

Kirchheimer J C, Huber K, Polterauer P, Binder B R, Urokinase Antigen in Plasma of Patients with Liver Cirrhosis and Hepatoma .................................................. 617

Reyers I, Hennissen A, Donati M B, Hornstra G, de Gaetano G, Aspirin and the Prevention of Experimental Arterial Thrombosis: Difficulty in Establishing Unequivocal Effectiveness .................................................. 619

Blamey S L, Lowe G D O, Bertina R M, Kluft C, Sue-Ling H M, Davies J A, Forbes C D, Protein C Antigen Levels in Major Abdominal Surgery: Relationships to Deep Vein Thrombosis, Malignancy and Treatment with Stanozolol .................................................. 622

Meyer M, Herrmann F H, Diversity of Glycoprotein Deficiencies in Glanzmann's Thrombasthenia .................................................. 626

Dawes J, Prowse C V, Pepper D S, The Measurement of Heparin and Other Therapeutic Sulphated Polysaccharides in Plasma, Serum and Urine .................................................. 630

Sié P, Dupouy D, Pichon J, Boneu B, Turnover Study of Heparin Cofactor II in Healthy Man .................................................. 635

Gilboa N, Kaplan J E, Plasma Fibronectin Enhances Fibrinolytic System In Vitro .................................................. 639

Pipili E, Platelet Membrane Potential: Simultaneous Measurement of $diSC_{3(5)}$ Fluorescence and Optical Density .................................................. 645

Mertens K, van Wijngaarden A, Bertina R M, Veltkamp J J, The Functional Defect of Factor VIII Leiden, a Genetic Variant of Coagulation Factor VIII .................................................. 650

Mertens K, van Wijngaarden A, Bertina R M, The Role of Factor VIII in the Activation of Human Blood Coagulation Factor X by Activated Factor IX .................................................. 654

Emeis J J, van den Hoogen C M, Jense D, Hepatic Clearance of Tissue-Type Plasminogen Activator in Rats .................................................. 661

Rodeghiero F, Castaman G C, Chisesi T, de Rossi A, dalla Gassa O, del Mistro A, Dini E, Castronovo S, Pornaro E, Chieco-Bianchi L, One Year Follow-Up Study of T-Cell Subsets and Incidence of Seropositivity for HTLV-I- and HTLV-III-Antibodies in Patients Treated "On Demand" or Sporadically with Clotting Concentrates .................................................. 665

Aznar J, Santos T, Vallés J, "Ex Vivo" Influence of Fatty Acids from Plasma Cholesterol and Triglycerides on the Fatty Acid Pattern of Platelets .................................................. 669

Barrowcliffe T W, Curtis A D, Tomlinson T P, Hubbard A R, Johnson E A, Thomas D P, Standardization of Low Molecular Weight Heparins: A Collaborative Study .................................................. 675

Steen V M, Holmsen H, Synergism between Thrombin and Epinephrine in Human Platelets: Different Dose-Response Relationships for Aggregation and Dense Granule Secretion .................................................. 680

Holvoet P, Cleemput H, Collen D, Assay of Human Tissue-Type Plasminogen Activator (t-PA) with an Enzyme-Linked Immunosorbent Assay (ELISA) Based on Three Murine Monoclonal Antibodies to t-PA .................................................. 684

Angles-Cano E, Rondeau E, Delarue F, Hagege J, Sultan Y, Sraer J D, Identification and Cellular Localization of Plasminogen Activators from Human Glomeruli .................................................. 688

Langley P G, Hughes R D, Williams R, Increased Factor VIII Complex in Fulminant Hepatic Failure .................................................. 693

Batlle J, del Río F, López Fernández M F, Martin R, López Borrasca A, Effect of Dextran on Factor VIII/von Willebrand Factor Structure and Function .................................................. 697

Lowe G D O, Machado S G, Krol W F, Barton B A, Forbes C D, White Blood Cell Count and Haematocrit as Predictors of Coronary Recurrence after Myocardial Infarction .................................................. 700

Han Y, Lawson W B, Dodds W J, Lawrence C E, Prothrombin Time Proficiency Testing: A Robust Grading Method .................................................. 704

Alving B M, Baldwin P E, Richards R L, Jackson B J, The Dilute Phospholipid APTT: A Sensitive Assay for Verification of Lupus Anticoagulants .................................................. 709

Páramo J A, Alfaro M J, Rocha E, Postoperative Changes in the Plasmatic Levels of Tissue-Type Plasminogen Activator and Its Fast-Acting Inhibitor – Relationship to Deep Vein Thrombosis and Influence of Prophylaxis .................................................. 713

Ding Y A, MacIntyre D E, Kenyon C J, Semple P F, Potentiation of Adrenaline-Induced Platelet Aggregation by Angiotensin II .................................................. 717

Balleisen L, Assmann G, Bailey J, Epping P H, Schulte H, van de Loo J, Epidemiological Study on Factor VII, Factor VIII and Fibrinogen in an Industrial Population – II. Baseline Data on the Relation to Blood Pressure, Blood Glucose, Uric Acid, and Lipid Fractions .................................................. 721

### Letters to the Editor

A Protein S Deficient Family with Portal Vein Thrombosis (Sas G, Blaskó G, Pető I, Griffin J H) .................................................. 724

Plasminogen Activator Inhibitor (PA-Inhibitor) Activity in the Blood of Patients with Deep Vein Thrombosis (Paramo J A, de Boer A, Colucci M, Jonker J J C, Collen D) .................................................. 725

Problems on t-PA Specific Inhibitor Determination in Human Plasma (Samama M, Nguyen G, Szwarcer E, Conard J) .................................................. 726

High Fibrinopeptide A Levels Modified by Heparin in Acute Nonlymphocytic Leukemia (Pogliani E M, Cofrancesco E, Salvatore M, Boschetti C, Cortellaro M) .................................................. 727

Homozygous Hemophilia A in a Female (Sié P, Caranobe C, Benalioua M, Boneu B) .................................................. 728

Does Plasma Urokinase Antigen Reflect Tumor Urokinase in Prostatic Carcinoma? (Kirchheimer J C, Binder B R, Pflueger H, Hienert G) .................................................. 729

Fibrinolysis in Degos' Disease (Rocha Hernando E) .................................................. 730

Sex and Bleeding Time (Parkin J D, Smith I L) .................................................. 731

**Announcements** .................................................. 732

**Erratum** .................................................. 734

Thrombosis a[n...]

Key words

Platelet agg[regation]
Arachidonic ac[id]

Summary

Platelet aggr[egation] of platelets, pl[atelet] randomly select[ed] of Finland (eas[tern] in the IHD rate[...]. There were n[o] aggregation ind[uced by] induced platele[t] ve association [(]r = –0.26 – [...] ω6 ratios, but si[gnificant] 18:2 in adipose [...](r = 0.29). Ef[fect...] tively with 20:5 and TG (r = – [...]) saturated fatty a[cids] correlations wit[h] aggregation con[...] tissue (r = –0.25 [to] –0.27) and free [...] adipose tissue 1[8:2] phospholipids (I[...]. The percenta[ge] 20:3ω6, 20:4ω6 [...] acids in plasma [...] Platelet 20:5ω 3 [...] the percentage [...] fractions (r = – [...]. These results [show] relatively small [...] and platelets ma[y] aggregation, and [...] the diet may no[t be] accompanied by [...]

Introduction

Platelets play [...] sclerosis and its c[...] has been reporte[d...] (3), in diseases [...] among populatio[ns] platelet reactivity[...]

Correspondence[...]
Sciences, Universit[y...]
Finland

Thrombosis and Haemostasis – © F. K. Schattauer Verlag GmbH (Stuttgart) 54 (3) 661–664 (1985)

# Hepatic Clearance of Tissue-Type Plasminogen Activator in Rats

J. J. Emeis, C. M. van den Hoogen and D. Jense

From the TNO Gaubius Institute for Cardiovascular Research, Leiden, The Netherlands

Notice: This material may be protected by copyright law (Title 17 U.S. Code).

**Key words**

Rat – Tissue-type plasminogen activator – Clearance – Liver – Carbohydrate – Tunicamycin

## Summary

The clearance of tissue-type plasminogen activator (t-PA) was studied, in rats, by use of a functional assay for t-PA. Half-lives in the circulation were about one minute both for human (melanoma cell-derived) t-PA and for the rat's own t-PA. The clearance of t-PA required an intact liver blood flow. In isolated liver perfusion experiments the hepatic extraction of t-PA did not require any plasma proteins, including fast-acting t-PA inhibitor. Competition experiments, using monosaccharides, suggested that known hepatic glycoprotein receptors were not involved in hepatic t-PA extraction.

## Introduction

The blood level of tissue-type plasminogen activator (t-PA) is determined by the rate of its release into the blood, and by its clearance from the circulation. Apart from these factors regulating the blood level of t-PA (antigen), the activity of t-PA in blood is influenced by the presence of a fast-acting inhibitor of t-PA (1–5). Of the cellular systems involved in t-PA metabolism, the vascular endothelium is thought to be the major source of circulating t-PA (6–8).

The involvement of the liver in the regulation of fibrinolysis was first recognized by Nolf (9), who described increased blood fibrinolytic activity in dogs after hepatectomy. Von Kaulla and co-workers (10, 11) demonstrated increased spontaneous fibrinolytic activity, as well as the delayed clearance of carbachol-induced fibrinolytic activity (e. g., t-PA,. ref 12) in rats and pigs with portocaval shunts. Finally, Korninger et al. (13) and Nilsson et al. (14, 15) demonstrated that intravenously injected purified human t-PA is rapidly cleared from the blood by the liver.

In this paper we document the rapid hepatic clearance of both exogenous human t-PA and endogenous rat t-PA in rats, in vivo as well as in a perfused liver system. Hepatic clearance of t-PA did not require the presence of other plasma components, and appeared not to involve known hepatic glycoprotein receptor systems. Part of this work has been presented previously in abstract form (16).

## Materials and Methods

*Animals.* All experiments were performed using male Wistar rats (200–250 g; Centraal Proefdierenbedrijf TNO, Zeist, the Netherlands), anaesthetized with Nembutal (60 mg/kg i. p.).

*Human t-PA* (17, 18; two-chain) was obtained from Bowes melanoma cells (kindly provided by Dr. D. B. Rifkin, New York University Medical Centre, New York, U.S.A.). In all liver perfusion experiments serum-free medium was used, conditioned for 24 h by Bowes melanoma cells, and containing 60 IU/ml of t-PA. Cells were cultured in Dulbecco's modification of Eagle's medium, supplemented with antibiotics, glutamine (2 mM), sodium bicarbonate (20 mM), and bovine serum albumin (0.3 mg/ml). Conditioned medium from tunicamycin-treated melanoma cells was obtained by pre-incubating the cells in the above medium, containing 2.0 μg/ml tunicamycin, for 3 h, followed by a 48 h incubation in fresh medium containing the same concentration of tunicamycin. Concentrations of t-PA were determined by the spectrophotometric rate assay described by Verheijen et al. (19). Concentrations are expressed in International Units, as defined by the International Standard of t-PA (20).

*Other materials.* Bovine thrombin and heparin (Leo Pharmaceutical Products, Denmark); polybrene (Aldrich-Europe, Belgium); bradykinin, bovine serum albumin, tunicamycin, α-L(−) fucose, α-methyl-D-mannoside, D(+) galactose, N-acetyl-D-glucosamine (Sigma, U.S.A.); cell culture reagents (Flow Laboratories, U. K.). The reagents used in the spectrophotometric t-PA assay have been detailed elsewhere (19).

*Dilute blood clot (DBC) lysis time assay (21, 22).* Rat blood (0.2 ml) was diluted with 1.7 ml sodium acetate (0.12 M, pH = 7.4, 4° C) containing 0.3 mM trisodium citrate, clotted with 0.1 ml thrombin (20 NIH Units/ml), and incubated at 37° C. Lysis times were read in minutes. When blood from heparinized (12.5 units/100 g) rats was used, polybrene (final concentration: 5 μg/ml) was added to the acetate/citrate solution in order to neutralize the effect of heparin on DBC lysis times. At this concentration, polybrene itself had no effect on DBC lysis time determinations (data not shown).

To determine the effect of t-PA on DBC lysis times, human t-PA was added in vitro to diluted rat blood (final concentration 1–10 IU/ml blood), and DBC lysis times were measured as described. As can be seen in Fig. 1, DBC lysis times were linearly related to t-PA concentrations between 2 and 10 IU/ml blood.

*In vivo clearance of t-PA.* A cannula was inserted into the carotid artery of heparinized (12.5 units/100 g) rats. After taking two control blood samples, rats were rapidly (within 5 sec) injected through the vein of the penis with t-PA (45 IU/100 g); then blood samples were obtained at 1, 2, 3 and 4 min.

In some experiments the liver blood flow was interrupted by ligation of the hepatic artery and the portal vein. In these rats, control blood samples were taken prior to, and at 2 min after ligation. Subsequently, t-PA was injected and two min later a third blood sample was obtained; the ligatures were removed, and further blood samples obtained at 0, 1, 2 and 3 min after removal. In some rats (see Results) the liver ligatures were not removed, but blood samples were taken during ligation at one minute intervals for 5 min after the injection of t-PA.

Release of endogenous rat t-PA was induced by the i. v. injection of bradykinin (5 μg/100 g; refs 12,22).

*Calculation of t-PA half-life.* Half-life of t-PA was calculated in individual rats by linear regression of ln [t-PA] against time. The half-life (t/2) was calculated from the formula $t/2 = \dfrac{\ln 0.5}{s}$, s being the slope of the regression line.

*Clearance of t-PA by perfused rat liver.* Rat liver was perfused through the portal vein by means of a roller pump at constant flow (1 ml/gram liver per minute). After a 10 min preperfusion with oxygenated, protein-free, Tyrode's balanced salt solution (pH = 7.4; 37° C), the liver was perfused for 10 min with oxygenated, t-PA containing (60 IU/ml), conditioned medium from Bowes melanoma cells (pH = 7.4; 37° C), which contained bovine serum albumin (0.3 mg/ml). Samples were obtained at 30 sec intervals from an outflow cannula in the hepatic vein. These samples were analyzed for protein concentration by the method of Lowry et al. (23), and for t-PA content by the spectrophotometric rate assay described by Verheijen et al. (19).

---

Correspondence to: Dr. J. J. Emeis, Gaubius Institute TNO, Herenstraat 5d, 2313 AD Leiden, The Netherlands



*Fig. 1* Effects of in vitro addition of human (melanoma cell-derived) t-PA on dilute rat blood clot lysis. Shown are the mean values (± standard deviation) of 6–18 determinations for every t-PA concentration. Conditions as described in Materials and Methods.



*Fig. 2* Clearance of human t-PA (45 IU/100 g) in the absence of liver ligation (n = 9; ●), and during continuous liver ligation (i. e. no clearance of t-PA; n = 5; ▼). The clearance of endogenous rat t-PA induced by liver ligation, is shown as well (n = 12; ■). For the corresponding t/2's, see Table 1.

## Results

*Dilute blood clot (DBC) lysis.* To be able to measure, in rats, the blood clearance of both injected exogenous human t-PA and endogenously released rat t-PA, a functional assay is needed, requiring small volumes of blood. As shown in Figure 1, the DBC lysis assay is very sensitive to changes in t-PA content, and highly reproducible in inbred animals. As the relation between lysis time and t-PA concentration is linear between 2 and 10 IU of t-PA/ml blood (lysis time: 80–20 min), t-PA concentrations in blood can be calculated from DBC lysis times ranging between 20 and 80 min (Fig. 1). Antibodies against human uterine t-PA completely quenched the effects of both added human t-PA and of rat t-PA released by bradykinin (data not shown; compare ref. 24).

*In vivo clearance of human t-PA.* Intravenously injected human (melanoma-derived) t-PA (45 IU/100 g) was cleared exponentially from rat blood (Fig. 2), with a half-life of 53 ± 10 sec (mean ± SEM; n = 9). In rats with interrupted liver blood flow, t-PA concentrations remained stable after injecting human t-PA (Fig. 2), suggesting that t-PA clearance is liver-mediated. Blood t-PA concentrations in liver-ligated rats (10.7 IU/ml) were slightly higher than those in non-ligated rats (8.2 IU/ml), due to an increase in rat t-PA induced by ligation of the liver (see Fig. 2). In control experiments (t-PA solvent only), this endogenous rat t-PA was cleared, following the loosening of the ligatures, with a half-life of 54 ± 12 sec (n = 12); see Table 1 and Fig. 2.

Injection of human t-PA into liver-ligated animals, followed by restoration of liver blood flow, gave a half-life for t-PA of 66 ± 7 sec (n = 20); slightly, but not significantly, longer than the half-life of t-PA in non-ligated rats (53 ± 10 sec): Table 1.

At a higher dose of t-PA (90 IU/ml), its half-life was increased significantly (Table 2), although the disappearance was still semilogarithmic.

The clearance of t-PA was not significantly influenced in the presence of various monosaccharides (Table 3). The amount of monosaccharide injected (200 µmol/100 g) suffices for the prolongation of carbohydrate-mediated liver clearance of glycoproteins (25). Human t-PA obtained from a melanoma cell culture treated with tunicamycin (which compound inhibits the formation of N-glycosidic bonds in glycoproteins, ref 26, 27) was cleared at the same rate as glycosylated t-PA obtained from control cell cultures (Table 3). The effectiveness of tunicamycin treatment was evidenced by the strongly reduced binding of t-PA from tunicamycin-treated cultures to a concanavalin A-sepharose column and by the suppression of mannose incorporation into secreted protein (38).

*In vivo clearance of endogenous rat t-PA.* Release of endogenous rat t-PA was induced by injecting bradykinin (5 µg/100 g) intravenously into liver-ligated rats (12, 22). After restoration of the liver blood flow, this endogenous rat t-PA had a half-life of 61 ± 10 sec (n = 5). In nonligated rats, clearance was apparently slower (half-life: 124 ± 22 sec; n = 4), presumably due to a continuing release of t-PA during the 4 min blood sampling period. This continuing release did not occur during the 3 min sampling period in liver-ligated rats, presumably due to inactivation of the circulating bradykinin by kininases during the ligation period.

*Liver perfusion.* To make sure that the clearance of t-PA was mediated by the liver, and to decide if plasma proteins were needed for this clearance, rat livers were perfused with conditioned medium from Bowes melanoma cells (t-PA concentration: 60 IU/ml). This medium was chosen in order to compare control t-PA with t-PA from tunicamycin-treated cell cultures. Perfusion with conditioned medium (protein content 0.3 mg/ml) was started after a 10 min pre-perfusion with (protein-free) Tyrode's solution, and the effluent analysed for protein and t-PA concentration. Due to mixing inside the liver, the protein content of the effluent fractions reached 100% of the inflow value only after 2–3 min (Fig. 3). At 3 min, the t-PA concentration of the effluent was 15 IU/ml (i. e., 25% of the inflow value), increasing

*Table 1* Half-life (t/2) of tissue-type plasminogen activator species in rats

| t-PA source | Dosage and experimental conditions | t/2 (sec) | Number of determinations |
|---|---|---|---|
| Human melanoma cells | 45 IU/100 g; no liver ligation | 53 ± 10* | 9 |
| Human melanoma cells | 45 IU/100 g; after release of liver ligation | 66 ± 7 | 20 |
| Rat's own | t-PA induced by liver ligation | 54 ± 12 | 12 |
| Rat's own | t-PA induced by bradykinin (5 µg/100 g i.v.) | 61 ± 10 | 5 |

\* Mean ± SEM

AM-BER-ERB000547

slowly over the next minutes to 25 IU/ml (i. e., 40%) at 10 min (Fig. 3). Thus, between 3 and 10 min, one gram of liver removed approximately 250 IU of t-PA from the perfusate. The addition of fucose, glucose, galactose, α-methylmannoside, or N-acetylglucosamine (final concentration 10 mM) to the perfusion fluid did not affect the hepatic removal of t-PA (Fig. 4). Tunicamycin-treated t-PA was removed slightly less efficiently; differences between control and tunicamycin-treated t-PA were significant between 2 and 5 min (Fig. 4).

## Discussion

Fast hepatic clearance of t-PA, already suggested by previous studies (9–11), was demonstrated, using radiolabelled t-PA, a) in rabbits ($t/2 = 1.5$–2 min) by Korninger et al. (13) and S. Nilsson et al. (14), and b) in humans ($t/2 = 3$–4 min) by T. Nilsson et al. (15). Our data confirm these observations for rats ($t/2 = 1$ min).

In this study a functional assay for t-PA was used, in order to compare the clearance of (unlabelled) injected human t-PA with that of the rat's own t-PA. In the intact animal, half-lives of approximately one minute were found for both species of t-PA. The slightly lower value of $t/2$ in rats, compared to humans and rabbits, can presumably be ascribed to the higher liver/body weight ratio and the shorter circulation time of rats. Fast hepatic clearance of a (glyco)protein is in most cases due to uptake mediated by hepatic glycoprotein receptors, present on parenchymal and/or sinusoidal lining cells (28, 29, 30), although exceptions to this rule have been described (e. g. 31, 32, 33). No evidence for the involvement of glycoprotein receptors in t-PA clearance was found in this study, using competition experiments with monosaccharides both in vivo and in liver perfusion experiments. As the in vivo clearance of (non-N-glycosylated) t-PA from tunicamycin-treated cell cultures proved not significantly different from the in vivo clearance of control t-PA, our experiments suggest that the carbohydrate side chains of t-PA are not essential for t-PA clearance. This conclusion is supported by the report that periodate-treated t-PA has a half-life in rats of about one minute, similar to that of control t-PA (34). The slightly slower clearance of tunicamycin-treated t-PA in the in vitro liver perfusion experiments remains, however, unexplained.

Recently, the presence of a fast-acting inhibitor of t-PA in human plasma was described (1–5). As this inhibitor is also present in rats (24, and manuscript in preparation), the disappearance from the circulation of functional t-PA might be due to the formation of fibrinolytically inactive complexes between t-PA and its fast-acting inhibitor(s). However, only a minor decrease (of about 8 IU/100 g body weight) in inhibitor concentration was found in rat plasma, 5 min after injecting 45 IU of t-PA/100 g (manuscript in preparation).

In the liver perfusion experiments, t-PA was cleared in the absence of plasma proteins (i. e. of t-PA inhibitor). Besides, no release of t-PA inhibitor into the perfusate was found in identically performed liver perfusion experiments, using t-PA-free

*Table 2* Half-life ($t/2$) in rats of varying amounts of human t-PA

| t-PA injected (IU/100 g) | $t/2$ (sec) | Number of determinations |
|---|---|---|
| 22.5 | 57 ± 8[1] | 4 |
| 45.0 | 66 ± 7 | 20 |
| 90.0 | 103 ± 12[2] | 10 |

[1]Mean ± SEM. [2]Significantly different from values for 22.5 and 45.0 IU/100 g (p <0.01; F-test).
Human (melanoma-derived) t-PA was injected into liver-ligated rats, and the blood clearance of t-PA measured after the restoration of the liver blood flow. Calculation of $t/2$ as described in Materials and Methods.

*Table 3* Half-life ($t/2$) in rats of human melanoma cell-derived t-PA in the presence of monosaccharides

| Cell source of t-PA | Monosaccharides added (0.2 mmol/100 g) | $t/2$ (sec) | Number of determinations |
|---|---|---|---|
| Normal cells | none | 66 ± 7* | 20 |
| Normal cells | fucose | 70 ± 10 | 6 |
| Normal cells | galactose | 84 ± 12 | 6 |
| Normal cells | α-methylmannoside | 79 ± 9 | 6 |
| Normal cells | N-acetylglucosamine | 54 ± 7 | 5 |
| Tunicamycin-treated cells | none | 62 ± 8 | 4 |

* Mean ± SEM.
Amount of t-PA injected: 45 IU/100 g. Experimental conditions as described in Table 2. For tunicamycin-treatment of cell cultures, see Materials and Methods. The sugars were dissolved in the t-PA preparation to be injected, and so injected simultaneously. No significant differences between the various groups (F-test).

perfusion medium (unpublished observations). Thus, complex formation with a fast-acting inhibitor or other plasma proteins is not required for hepatic clearance of t-PA. This is in agreement with the observation of Korninger et al. (13), that t-PA in which the functional site had been blocked, preventing interaction with its inhibitor (35, 36), showed the same half-life as native t-PA.

The very high capacity of the liver for the removal of t-PA from the circulation (far in excess of 250 IU/g liver in rats) presents a serious problem for the effective use of t-PA in thrombolytic therapy. Further studies to delineate the determinants involved in hepatic t-PA clearance are therefore indicated.

After completion of this paper, Fuchs et al. (37) published data showing that in mice t-PA is cleared by liver parenchymal cells, and that said clearance is not influenced by asialoorosomucoid.

*Acknowledgement*

This study was supported by a grant from the "Preventiefonds", project 28–813.



*Fig. 3* Liver perfusion with melanoma cell-conditioned medium (t-PA; 60 IU/ml). Abscissa indicates minutes after the change of pre-perfusion fluid to t-PA-containing medium. Ordinates indicate protein content of effluent (▲), and t-PA concentration of effluent (■), both expressed as percentages of the inflow concentration. Data shown are mean ± SEM of 6 experiments. For the sake of clarity, only whole minute data points are indicated.

AM-BER-ERB000548



Fig. 4 Hepatic extraction of t-PA during liver perfusion; effects of added monosaccharides and tunicamycin-treatment. Abscissa indicates minutes after change of pre-perfusion fluid to t-PA containing medium. Ordinate: concentration of t-PA in effluent (as percentage of inflow concentration). 1. control, no sugar added (n = 6); cf. Fig. 3; 2. fucose added (final concentration 10 mM), n = 3; 3. galactose (n = 3); 4. glucose (n = 3); 5. α-methylmannoside (n = 3); 6. N-acetylglucosamine (n = 3); 7. tunicamycin-treated conditioned medium (n = 4). For reasons of clarity, individual data points are given for graph 7 only (■). *: significantly different from control ($p < 0.05$; t-test).

## References

1 Chmielewska J, Rånby M, Wiman S. Evidence for a rapid inhibitor to tissue plasminogen activator in plasma. Thromb Res 1983; 31: 427–36.
2 Verheijen J H, Chang G T G, Kluft C. Evidence for the occurrence of a fast-acting inhibitor for tissue-type plasminogen activator in human plasma. Thromb Haemostas 1984; 51: 392–5.
3 Krüithof E K O, Tran-Thang C, Ransijn A, Bachmann F. Demonstration of a fast-acting inhibitor of plasminogen activators in human plasma. Blood 1984; 64: 907–13.
4 Wiman B, Chmielewska J, Rånby M. Inactivation of tissue plasminogen activator in plasma. Demonstration of a complex with a new rapid inhibitor. J Biol Chem 1984; 259: 3644–7.
5 Thorsen S, Philips M. Isolation of tissue-type plasminogen activator-inhibitor complexes from human plasma. Biochim Biophys Acta 1984; 802: 111–8.
6 Rijken D C, Wijngaards G, Welbergen J. Relationship between uterine tissue plasminogen activator and the activators in blood and vascular wall. Thromb Res 1980; 18: 815–30.
7 Kristensen P, Larssen L I, Nielsen L S, Grøndahl-Hansen J, Andreasen P A, Danø K. Human endothelial cells contain one type of plasminogen activator. FEBS Letters 1984; 168: 33–7.
8 Markwardt G. Gefäßwand und Fibrinolyse. Arzneimittelforschung/Drug Research 1983; 33: 1370–4.
9 Nolf P. Les modifications de la coagulation du sang chez le chien après l'extirpation du foie. Arch Int Physiol 1905; 3: 1–43.
10 Wasantapruek S, Von Kaulla K N. A serial micro-fibrinolysis test and its use in rats with liver bypass. Thrombos Diathes Haemorrh 1966; 15: 284–93.
11 Von Kaulla K N, Von Kaulla E, Wasantapruek S. Rapid increase of fibrinolytic activity in pig and rat after exclusion of the liver from the circulation and its control by various organs. Acta Hepato-Gastroenterol 1979; 26: 4–8.
12 Emeis J J. Perfused rat hindlegs. A model to study plasminogen activator release. Thromb Res 1983; 30: 195–203.
13 Korninger C, Stassen J M, Collen D. Turnover of human extrinsic (tissue-type) plasminogen activator in rabbits. Thromb Haemostas 1981; 46: 658–61.
14 Nilsson S, Matsson Ch, Häggroth L. The elimination and the thrombolytic effect of the plasminogen activator in normal and hepatectomized rabbits. Thromb Haemostas 1983; 50: 296 (Abstr.).
15 Nilsson T, Wallén P, Mellbring G. In vivo metabolism of human tissue-type plasminogen activator. Scand J Haematol 1984; 33: 49–53.
16 Emeis J J. Hepatic clearance of tissue-type plasminogen activator in rats. Thromb Haemostas 1983; 50: 295 (Abstr).
17 Rijken D C, Collen D. Purification and characterization of the plasminogen activator secreted by human melanoma cells in culture. J Biol Chem 1981; 256: 7035–41.
18 Kluft C, Van Wezel A L, Van der Velden C A M, Emeis J J, Verheijen J H, Wijngaards G. Large-scale production of extrinsic (tissue-type) plasminogen activator from human melanoma cells. In: Advances in biotechnological processes. Mizrahi A, Van Wezel A L (Eds). A R Liss Inc, New York 1983; 2: 97–110.
19 Verheijen J H, Mullaart E, Chang G T G, Kluft C, Wijngaards G. A simple, sensitive spectrophotometric assay for extrinsic (tissue-type) plasminogen activator applicable to measurements in plasma. Thromb Haemostas 1982; 48: 266–9.
20 Gaffney P J, Curtis A D. A collaborative study of a proposed international standard for tissue plasminogen activator (t-PA). Thromb Haemostas 1985; 53: 134–6.
21 Gallimore M J. Effect of diluents on blood clot lysis. J Clin Path 1967; 20: 234–8.
22 Emeis J J. Platelets and the dilute blood clot lysis. In: Haemostasis and Thrombosis. Neri Serneri G G, Prentice C R M (Eds). Academic Press, New York 1979; 769–72.
23 Lowry O H, Rosebrough N J, Farr A L, Randall R J. Protein measurement with the folin phenol reagent. J Biol Chem 1951; 193: 265–75.
24 Emeis J J, Kluft C. PAF-acether-induced release of tissue-type plasminogen activator from vessel walls. Blood 1985; 66: 86–91.
25 Achord D T, Brot F E, Bell C E, Sly W S. Human β-glucuronidase: in vivo clearance and in vitro uptake by a glycoprotein recognition system on reticuloendothelial cells. Cell 1978; 15: 269–78.
26 Tkacz J S, Lampen J O. Tunicamycin inhibition of polyisoprenyl N-acetyl-glucosaminyl pyrophosphate formation in calf liver microsomes. Biochem Biophys Res Comm 1975; 65: 248–57.
27 Takatsuki A, Kohno K, Tamura G. Inhibition of biosynthesis of polyisoprenol sugars in chick embryo microsomes by tunicamycin. Agr Biol Chem 1975; 39: 2089–91.
28 Ashwell G, Morell A G. The role of surface carbohydrates in the hepatic recognition and transport of circulating glycoproteins. Adv Enzymol 1974; 41: 99–128.
29 Steer C J, Clarenburg R. Unique distribution of glycoprotein receptors on parenchymal and sinusoidal cells of rat liver. J Biol Chem 1979; 254: 4457–61.
30 Prieels J-P, Pizzo S V, Glasgow L R, Paulson J C, Hill R L. Hepatic receptor that specifically binds oligosaccharides containing fucosyl α1 → 3 N-acetylglucosamine linkages. Proc Natl Acad Sci USA 1978; 75: 2215–9.
31 Toth C A, Thomas P, Broitwan S A, Zamcheck N. A new Kupffer cell receptor mediating plasma clearance of carcinoembryonic antigen by the rat. Biochem J 1982; 204: 377–81.
32 Imber M J, Pizzo S V. Clearance and binding of native and defucosylated lactoferrin. Biochem J 1983; 212: 249–57.
33 Fuchs H E, Shifman M A, Michalopoulos G, Pizzo S V. Hepatocyte receptors for antithrombin III-proteinase complexes. J Cell Biochem 1984; 24: 197–206.
34 Robinson J H. Enzyme derivatives and their use in the treatment of thrombosis. Int Patent Application PCT/GB 83/00273; 1983.
35 Levin E G. Latent tissue plasminogen activator produced by human endothelial cells in culture: evidence for an enzyme-inhibitor complex. Proc Natl Acad Sci USA 1983; 80: 6804–8.
36 Philips M, Juul A G, Thorsen S. Human endothelial cells produce a plasminogen activator inhibitor and a tissue-type plasminogen activator-inhibitor complex. Biochim Biophys Acta 1984; 802: 99–110.
37 Fuchs H E, Berger H, Pizzo S V. Catabolism of human tissue plasminogen activator in mice. Blood 1985; 65: 539–44.
38 Rijken D C, Emeis J J, Gerwig G J. On the composition and function of the carbohydrate moiety of tissue-type plasminogen activator from human melanoma cells. Thromb Haemostas 1985 (in press).

Received April 26, 1985   Resubmitted July 15, 1985
Accepted July 31, 1985

AM-BER-ERB000549