# EXHIBIT E

## Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's July 3, 1986 Restriction Requirement

| Restriction Group | Claims of '298 Application |
|---|---|
| Group I: "Polypeptide" | 1. A purified and isolated polypeptide having part or all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin and characterized by being the product of prokaryotic or eukaryotic expression of an exogenous DNA sequence.<br><br>2. A polypeptide according to claim 1 further characterized by being free of association with any mammalian protein.<br><br>3. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a cDNA sequence.<br><br>4. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a manufactured DNA sequence.<br><br>5. A polypeptide according to claim 1 wherein the exogenous DNA sequence is a genomic DNA sequence.<br><br>6. A polypeptide according to claim 1 wherein the exogenous DNA sequence is carried on an autonomous replicating circular DNA plasmid or viral vector.<br><br>7. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of human erythropoietin as set forth in Table VI or any naturally occurring allelic variant thereof.<br><br>8. A polypeptide according to claim 1 possessing part or all of the primary structural conformation of monkey erythropoietin as set forth in Table V or any naturally occurring allelic variant thereof.<br><br>9. A polypeptide according to claim 1 which has the immunological properties of naturally-occurring erythropoietin.<br><br>10. A polypeptide according to claim 1 which has the *in vivo* biological activity of naturally-occurring erythropoietin.<br><br>11. A polypeptide according to claim 1 which has the in vitro biological activity of naturally-occurring erythropoietin.<br><br>12. A polypeptide according to claim 1 further characterized by being covalently associated with a detectable label substance.<br><br>13. A polypeptide according to claim 12 wherein said detectable label is a radiolabel.<br><br>16. A polypeptide product of the expression of a DNA sequence of claim 14 in a prokaryotic or eukaryotic host.<br><br>39. A polypeptide product of the expression in a prokaryotic or eukaryotic host cell of a DNA sequence according to claims 17 or 34.<br><br>40. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate |

788241

- 1 -

**Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's July 3, 1986 Restriction Requirement**

| Restriction Group | Claims of '298 Application |
|---|---|
| (Group I: "Polypeptide," cont.) | composition which differs from that of naturally-occurring erythropoietin.<br><br>41. A glycoprotein product having a primary structural conformation sufficiently duplicative of that of a naturally-occurring human erythropoietin to allow possession of one or more of the biological properties thereof and having an average carbohydrate composition which differs from that of naturally-occurring human erythropoietin.<br><br>47. A synthetic polypeptide having part of all of the amino acid sequence as set forth in Table V and having one or more of the *in vivo* or *in vitro* biological activities of naturally-occurring monkey erythropoietin.<br><br>48. A synthetic polypeptide having part of all of the amino acid sequence as set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, and having a biological property of naturally-occurring human erythropoietin.<br><br>49. A synthetic polypeptide having part of all of the secondary conformation of part or all of the amino acid sequence set forth in Table VI, other than a sequence of residues entirely within the sequence numbered 1 through 20, having a biological property of naturally-occurring human erythropoietin.<br><br>50. A process for the production of a polypeptide having part of all of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said process comprising: growing, under suitable nutrient conditions, prokaryotic or eukaryotic host cells transformed or transfected with a DNA vector according to claim 37, and isolating desired polypeptide products of the expression of DNA sequences in said vector.<br><br>51. An antibody substance characterized by immunoreactivity with erythropoietin and with a synthetic polypeptide having a primary structural conformation substantially duplicative of a continuous sequence of amino acid residues extant in naturally-occurring erythropoietin except for any polypeptide comprising a sequence of amino acid residues entirely comprehended within sequence, A-P-P-R-L-I-C-D-S-R-V-L-E-R-Y-L-L-E-A-K.<br><br>52. An antibody according to claim 51, which is a monoclonal antibody.<br><br>53. An antibody according to claim 51, which is a polyclonal antibody.<br><br>54. An antibody according to claim 51, which is immunoreactive with erythropoietin and a synthetic polypeptide having eh sequence selected from the sequences: V-P-D-T-K-V-N-F-Y-A-W-K-R-M-E-V-G; K-E-A-I-S-P-P-D-A-A-S-A-A; V-Y-S-N-F-L-R-G-K-L-K-L-Y-T-G-E-A-C-R-T-G-D-R.<br><br>59. A polypeptide product of the expression of a DNA sequence according to claim 58 in a prokaryotic or eukaryotic host cell. |

**Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's July 3, 1986 Restriction Requirement**

| Restriction Group | Claims of '298 Application |
|---|---|
| Group II: "DNA" | 14. A DNA sequence for use in securing expression in a prokaryotic or eukaryotic host cell of a polypeptide product having at least a part of the primary structural conformation and one or more of the biological properties of naturally-occurring erythropoietin, said DNA sequence selected from among: (a) the DNA sequence set out in Tables V and VI or their complementary strands; (b) DNA sequences which hybridize to the DNA sequences defined in (a) or fragments thereof; and (c) DNA sequences which, but for the degeneracy of the genetic code, would hybridize to the DNA sequences defined in (a) or (b).<br><br>15. A prokaryotic or eukaryotic host cell transformed or transfected with a DNA sequence according to claim 14 in a manner allowing the host cell to express said polypeptide product.<br><br>17. A purified and isolated DNA sequence coding for prokaryotic or eukaryotic host expression of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of erythropoietin.<br><br>18. A cDNA sequence according to claim 17.<br><br>19. A monkey species erythropoietin coding DNA sequence according to claim 18.<br><br>20. A DNA sequence according to claim 19 and including the protein coding region set forth in Figure 5.<br><br>21. A genomic DNA sequence according to claim 17.<br><br>22. A human species erythropoietin coding DNA sequence according to claim 21.<br><br>23. A DNA sequence according to claim 22 and including the protein coding region set forth in Figure 6.<br><br>24. A manufactured DNA sequence according to claim 17.<br><br>25. A manufactured DNA sequence according to claim 24 and including one or more codons preferred for expression in *E. coli* cells.<br><br>26. A manufactured DNA sequence according to claim 25, coding for expression of human species erythropoietin.<br><br>27. A manufactured DNA sequence according to claim 26 including the protein coding region set forth in Figure 7.<br><br>28. A manufactured DNA sequence according to claim 24 and including one or more codons preferred for expression in yeast cells.<br><br>29. A manufactured DNA sequence according to claim 28, coding for expression of human species erythropoietin.<br><br>30. A manufactured DNA sequence according to claim 29 including the protein coding region set forth in Figure 8. |

**Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's
July 3, 1986 Restriction Requirement**

| Restriction Group | Claims of '298 Application |
|---|---|
| (Group II: "DNA," cont.) | 31. A DNA sequence according to claim 17 covalently associated with a detectable label substance.<br><br>32. A DNA sequence according to claim 31 wherein the detectable label is a radiolabel.<br><br>33. A single-strand DNA sequence according to claim 31.<br><br>34. A purified and isolated DNA sequence coding for a polypeptide fragment or polypeptide analog of naturally-occurring erythropoietin.<br><br>35. A DNA sequence coding for $[Phe^{15}]_{hEPO}$, $[Phe^{49}]_{hEPO}$, $[Phe^{145}]_{hEPO}$, $[His^{7}]_{hEPO}$, $[Asn^{2}$ des- $Pro^{2}$ through $Ile^{6}]_{hEPO}$, $[des-Thr^{163}$ through $Arg^{166}]_{hEPO}$, or $[\Delta 27\text{-}55]_{hEPO}$.<br><br>36. A DNA sequence according to claim 34 which is a manufactured sequence.<br><br>58. A purified and isolated DNA sequence as set out in Figure 5 or 6 or a fragment thereof or the complementary strand of such a sequence or fragment.<br><br>61. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 14.<br><br>62. A prokaryotic or eukaryotic host cell stably transformed or transfected with a DNA vector according to claim 61.<br><br>63. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 17.<br><br>64. A prokaryotic or eukaryotic host cell stably transformed or transfected with a DNA vector according to claim 63.<br><br>65. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 34.<br><br>66. A prokaryotic or eukaryotic host cell stably transformed or transfected with a DNA vector according to claim 65.<br><br>67. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to claim 35.<br><br>68. A prokaryotic or eukaryotic host cell stably transformed or transfected with a DNA vector according to claim 67.<br><br>69. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of naturally-occurring erythropoietin, said process comprising: growing, under suitable nutrient conditions, prokaryotic or eukaryotic host cells transformed or transfected with a DNA vector according to claim 62, and isolating desired polypeptide products of the expression of DNA sequences in said vector.<br><br>70. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of naturally- |

**Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's
July 3, 1986 Restriction Requirement**

| Restriction Group | Claims of '298 Application |
|---|---|
| (Group II: "DNA," cont.) | occurring erythropoietin, said process comprising: growing, under suitable nutrient conditions, prokaryotic or eukaryotic host cells transformed or transfected with a DNA vector according to claim 63, and isolating desired polypeptide products of the expression of DNA sequences in said vector.<br><br>71. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of naturally-occurring erythropoietin, said process comprising: growing, under suitable nutrient conditions, prokaryotic or eukaryotic host cells transformed or transfected with a DNA vector according to claim 65, and isolating desired polypeptide products of the expression of DNA sequences in said vector.<br><br>72. A process for the production of a polypeptide having part or all of the primary structural conformation and one or more of the biological activities of naturally-occurring erythropoietin, said process comprising: growing, under suitable nutrient conditions, prokaryotic or eukaryotic host cells transformed or transfected with a DNA vector according to claim 67, and isolating desired polypeptide products of the expression of DNA sequences in said vector. |
| Group III: "Plasmid" | 37. A biologically functional circular plasmid or viral DNA vector including a DNA sequence according to either of claims 14, 17, 34 or 35.<br><br>38. A prokaryotic or eukaryotic host cell stably transformed or transfected with a DNA vector according to claim 37. |
| Group IV: "Cells" | 42. Vertebrate cells which can be propagated *in vitro* continuously and which upon growth in culture are capable of producing in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunoassay.<br><br>43. Vertebrate cells according to claim 42 capable of producing in excess of 500 U erythropoietin per $10^6$ cells in 48 hours.<br><br>44. Vertebrate cells according to claim 42 capable of producing in excess of 1,000 U erythropoietin per $10^6$ cells in 48 hours.<br><br>45. Vertebrate cells according to claim 42 which are mammalian or avian cells.<br><br>46. Vertebrate cells according to claim 45 which are COS-1 cells or CHO cells. |
| Group V: "Pharmaceutical Composition" | 55. A pharmaceutical composition comprising an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41 and a pharmaceutically acceptable diluent, adjuvant or carrier.<br><br>56. A method for providing erythropoietin therapy to a mammal comprising administering an effective amount of a polypeptide according to claims 1, 16, 39, 40 or 41.<br><br>57. A method according to claim 56 wherein the therapy comprises enhancing hematocrit levels. |

### Claims of U.S. Patent Application No. 06/675,298, Grouped According To PTO's July 3, 1986 Restriction Requirement

| Restriction Group | Claims of '298 Application |
|---|---|
| Group VI: "Assay" | 60. An improvement in the method for detection of a specific single stranded polynucleotide of unknown sequence in a heterogeneous cellular or viral sample including multiple single-stranded polynucleotides wherein:<br><br>(a) a mixture of labeled single-stranded polynucleotide probes is prepared having uniformly varying sequences of bases, each of said probes being potentially specifically complementary to a sequence of bases which is putatively unique to the polynucleotide to be detected;<br><br>(b) the sample is fixed to a solid substrate;<br><br>(c) the substrate having the sample fixed thereto is treated to diminish further binding of polynucleotides thereto except by way of hybridization to polynucleotides in said sample;<br><br>(d) the treated substrate having the sample fixed thereto is transitorily contacted with said mixture of labeled probes under conditions facilitative of hybridization only between totally complementary polynucleotides; and<br><br>(e) the specific polynucleotide is detected by monitoring for the presence of a hybridization reaction between it and a totally complementary probe within said mixture of labeled probes, as evidenced by the presence of a higher density of labeled material on the substrate at the locus of the specific polynucleotide in comparison to a background density of labeled material resulting from non-specific binding of labeled probes to the substrate,<br><br>said improvement comprising using in excess of 32 mixed probes and performance of one or more of the following:<br><br>(1) employing a nylon-based paper as said solid substrate;<br><br>(2) treating with a protease in step (c);<br><br>(3) employing individual labeled probe concentrations of approximately 0.025 picomoles; and<br><br>(4) employing as one of the hybridization conditions in step (d) stringent temperatures approaching to with 4°C away from the lowest calculated Td of any of the probes employed. |