# EXHIBIT I

Dockets.Justia.com

32/3/1
05830031   86131031
Recombinant vaccinia viruses as new live vaccines.
Smith GL; Mackett M; Moss B
Biotechnol Genet Eng Rev   1984, 2 p383-407, ISSN 0264-8725
Journal Code: ADG


32/3/2
05810567   86111567
Interleukin-2 receptor expression in retrovirus associated adult T-cell leukemia.
Waldmann TA; Leonard WJ; Depper JM; Kronke M; Goldman CK; Oh T; Greene WC
Int Symp Princess Takamatsu Cancer Res Fund   1984, 15 p259-68,
Journal Code: HHI


32/3/3
05581413   85197413
Structure and expression of androgen-regulated genes in mouse kidney.
Watson CS; Salomon D; Catterall JF
Ann NY Acad Sci   1984, 438 p101-14, ISSN 0077-8923   Journal Code: 5NM
Contract/Grant No.: HD-13541


32/3/4
05566896   85182896
Cloned human teratoma cells differentiate into neuron-like cells and other cell types in retinoic acid.
Thompson S; Stern PL; Webb M; Walsh FS; Engstrom W; Evans EP; Shi WK; Hopkins B; Graham CF
J Cell Sci   Dec 1984, 72 p37-64, ISSN 0021-9533   Journal Code: HNK


32/3/5
05540173   85156173
T-cell-lymphokines and the production and function of accessory cells.
Schrader JW; Clark-Lewis I; Wong GH
Immunobiology   Dec 1984, 168 (3-5) p425-40, ISSN 0171-2985
Journal Code: GH3


32/3/6
05507282   85123282
[Experimental study of cancer metastasis]
Etude experimentale des metastases des cancers.
Poupon MF; Becker M; Pauwels C; Moczar E; Korach S
Bull Cancer (Paris)   1984, 71 (5) p453-63, ISSN 0007-4551
Journal Code: BDZ


32/3/7
05484663   85100663
Reichert's membrane as a model for studying the biosynthesis and assembly of basement membrane components.


Hogan BL; Barlow DP; Kurkinen M

AM 27 014695

AM-ITC 00454631

Ciba Found Symp  1984, 108 p60-74, ISSN 0300-5208  Journal Code: D7X

32/3/8
05470257   85086257
Characterization of a steroid hormone receptor gene and mRNA in wild-type
and mutant cells.
Miesfeld R; Okret S; Wikstrom AC; Wrange O; Gustafsson JA; Yamamoto KR
Nature   Dec 20-1985 Jan 2 1984,  312 (5996) p779-81, ISSN 0028-0836
Journal Code: NSC

32/3/9
05470244   85086244
Human  tumour  necrosis  factor:  precursor  structure,  expression  and
homology to lymphotoxin.
Pennica  D;  Nedwin GE; Hayflick JS; Seeburg PH; Derynck R; Palladino MA;
Kohr WJ; Aggarwal BB; Goeddel DV
Nature   Dec 20-1985 Jan 2 1984,  312 (5996) p724-9, ISSN 0028-0836
Journal Code: NSC

X

32/3/10
05460570   85076570
Expression  of a human alpha-globin/fibronectin gene hybrid generates two
mRNAs by alternative splicing.
Vibe-Pedersen K; Kornblihtt AR; Baralle FE
EMBO J   Nov 1984,  3 (11) p2511-6, ISSN 0261-4189   Journal Code: EMB

32/3/11
05458506   85074506
Expression  of  the transferrin receptor on murine peritoneal macrophages
is modulated by in vitro treatment with interferon gamma.
Hamilton TA; Gray PW; Adams DO
Cell Immunol   Dec 1984,  89 (2) p478-88, ISSN 0008-8749
Journal Code: CO9
Contract/Grant No.: CA29589; CA16784; ESO2922

32/3/12
05456628   85072628
[Immunochemotherapy of human gliomas transplanted into nude mice]
Hori  T;  Adachi  S;  Anno Y; Numata H; Hokama Y; Muraoka Y; Matsutani M;
Matsui T
No To Shinkei   Sep 1984, 36 (9) p881-8, ISSN 0006-8969
Journal Code: AR5

32/3/13
05454969   85070969
Looking for epilepsy genes.
White R
Ann Neurol   1984, 16 Suppl pS12-7, ISSN 0364-5134   Journal Code: 6AE

32/3/14
05449766   85065766
Nucleotide  sequences  of  the  human and mouse atrial natriuretic factor
genes.

AM 27 014696

AM-ITC  00454632

Seidman CE; Bloch KD; Klein KA; Smith JA; Seidman JG
Science   Dec 7 1984,  226 (4679) p1206-9,  ISSN 0036-8075
Journal Code: UJ7
  Contract/Grant No.: HL-070208; AI-18436


  32/3/15
  05447780   85063780
  Characterization  of  epidermal growth factor receptor gene expression in
malignant and normal human cell lines.
  Xu YH; Richert N; Ito S; Merlino GT; Pastan I
  Proc Natl Acad Sci USA   Dec 1984,  81 (23) p7308-12,  ISSN 0027-8424
Journal Code: PV3


  32/3/16
  05447758   85063758
  Protection  from  rabies  by  a vaccinia virus recombinant containing the
rabies virus glycoprotein gene.
  Wiktor TJ; Macfarlan RI; Reagan KJ; Dietzschold B; Curtis PJ; Wunner WH;
Kieny MP; Lathe R; Lecocq JP; Mackett M; et al
  Proc Natl Acad Sci USA   Nov 1984,  81 (22) p7194-8,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: AI-09706; AI-18883                                          X


  32/3/17
  05445505   85061505
  Expression  of  rabies  virus  glycoprotein  from  a recombinant vaccinia
virus.
  Kieny  MP; Lathe R; Drillien R; Spehner D; Skory S; Schmi  D; Wiktor T;
Koprowski H; Lecocq JP
  Nature   Nov 8-14 1984,  312 (5990) p163-6,  ISSN 0028-083                      X
Journal Code: NSC
  Contract/Grant No.: AI-09706


  32/3/18
  05440508   85056508
  Purification of recombinant glycosylated human gamma interferon expressed
in transformed Chinese hamster ovary cells.
  Devos R; Opsomer C; Scahill SJ; Van der Heyden J; Fiers W                       X
  J Interferon Res   Fall 1984,  4 (4) p461-8,  ISSN 0197-8357
Journal Code: IJI


  32/3/19
  05439131   85055131
  Mutations  of  the  Rous sarcoma virus env gene that affect the transport
and subcellular location of the glycoprotein products.
  Wills JW; Srinivas RV; Hunter E
  J Cell Biol   Dec 1984,  99 (6) p2011-23,  ISSN 0021-9525
Journal Code: HMV
  Contract/Grant No.: CA-29884; CA-07396; CA-00685


  32/3/20
  05435302   85051302
  Sequencing  of  laminin  B  chain cDNAs  reveals  C-terminal  regions of
coiled-coil alpha-helix.

AM 27 014697

AM-ITC 00454633

Barlow DP; Green NM; Kurkinen M; Hogan BL
EMBO J   Oct 1984, 3 (10) p2355-62,  ISSN 0261-4189   Journal Code: EMB


32/3/21
05430503   85046503
  Partial cDNA sequence of the gamma subunit of transducin.
  Van Dop C; Medynski D; Sullivan K; Wu AM; Fung BK; Bourne HR
  Biochem  Biophys  Res Commun   Oct 15 1984,  124 (1) p250-5,  ISSN
0006-291X   Journal Code: 9Y8
  Contract/Grant No.: GM-27800; GM-28310


32/3/22
05430483   85046483
  Isolation of an evolutionarily conserved epidermal growth factor receptor
cDNA from human A431 carcinoma cells.
  Simmen FA; Gope ML; Schulz TZ; Wright DA; Carpenter G; O'Malley BW
  Biochem  Biophys  Res Commun   Oct 15 1984,  124 (1) p125-32,  ISSN
0006-291X   Journal Code: 9Y8
  Contract/Grant No.: RR-05425; CA 24071; CA 16672


32/3/23
05422581   85038581
  Synthesis  and  glycosylation  of  the  common  alpha  subunit  of  human
glycoprotein hormones in mouse cells.
  Ramabhadran TV; Reitz BA; Tiemeier DC
  Proc Natl Acad Sci USA   Nov 1984,  81 (21) p6701-5,  ISSN 0027-8424
Journal Code: PV3


32/3/24
05420635   85036635
  A  third  rearranged  and  expressed  gene  in  a  clone  of  cytotoxic  T
lymphocytes.
  Saito H; Kranz DM; Takagaki Y; Hayday AC; Eisen HN; Tonegawa S
  Nature   Nov 1-7 1984,  312 (5989) p36-40,  ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: CA-28900-04; CA-28900; CA-14051


32/3/25
05420634   85036634
  A third type of murine T-cell receptor gene.
  Chien Y; Becker DM; Lindsten T; Okamura M; Cohen DI; Davis MM
  Nature   Nov 1-7 1984,  312 (5989) p31-5,  ISSN 0028-0836
Journal Code: NSC


32/3/26
05417299   85033299
  Biological properties of human tissue-type plasminogen activator obtained
by expression of recombinant DNA in mammalian cells.
  Collen D; Stassen JM; Marafino BJ Jr; Builder S; De Cock F; Ogez J;
Tajiri D; Pennica D; Bennett WF; Salwa J; et al
  J Pharmacol Exp Ther   Oct 1984,  231 (1) p146-52,  ISSN 0022-3565
Journal Code: JP3


AM 27 014698

AM-ITC 00454634

32/3/27
05415790    85031790
  Immunologic   differentiation   between   E.  coli  and  CHO  cell-derived
recombinant and natural human beta-interferons.
  Colby CB; Inoue M; Thompson M; Tan YH
  J  Immunol   Dec 1984,  133 (6) p3091-5,  ISSN 0022-1767   Journal Code:
IFB


32/3/28
05408898    85024898
  The  human  LDL  receptor:  a  cysteine-rich  protein  with  multiple Alu
sequences in its mRNA.
  Yamamoto T;  Davis CG;  Brown MS; Schneider WJ; Casey ML; Goldstein JL;
Russell DW
  Cell   Nov 1984,  39 (1) p27-38,  ISSN 0092-8674   Journal Code: C04
  Contract/Grant No.: HL20948; HL31346; HD11149; +


32/3/29
05408894    85024894
  Antigenic  variation  in  African  trypanosomes  by  gene  replacement or
activation of alternate telomeres.
  Myler PJ; Allison J; Agabian N; Stuart K
  Cell   Nov 1984,  39 (1) p203-11,  ISSN 0092-8674   Journal Code: C04
  Contract/Grant No.: AI17375; AI17309


32/3/30
05406629    85022629
  Expression  of  the  cDNA  for  alpha  1-acid  glycoprotein, a rat plasma
protein, in Escherichia coli.
  Birch HE; Nagashima M; Simpson RJ; Schreiber G
  Biochem  Int   May 1983,  6 (5) p653-61,  ISSN 0158-5231   Journal Code:
9Y9


32/3/31
05400660    85016660
  Regulation  of  a  hybrid  gene  by  glucose  and  temperature in hamster
fibroblasts.
  Attenello JW; Lee AS
  Science   Oct 12 1984,  226 (4671) p187-90,  ISSN 0036-8075
Journal Code: UJ7
  Contract/Grant No.: CA-27607


32/3/32
05398884    85014884
  Thyrotropin controls transcription of the thyroglobulin gene.
  Van Heuverswyn B; Streydio C; Brocas H; Refetoff S; Dumont J; Vassart G
  Proc Natl Acad Sci USA   Oct 1984,  81 (19) p5941-5,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: AM 21732; AM 15070


32/3/33
05393844    85009844
  Mapping and expression of a human cytomegalovirus major viral protein.
  Davis MG; Mar EC; Wu YM; Huang ES

AM 27 014699

AM-ITC 00454635

J Virol   Oct 1984, 52 (1) p129-35,   ISSN 0022-538X   Journal Code: KCV

32/3/34
05387895   85003895
Isolation and characterization of intraspecific cybrids. Effect of mitochondrial DNA on their cellular properties.
Hayashi J; Tagashira Y; Higashida H; Hirai S; Yoshida MC; Sekiguchi T
Exp Cell Res   Oct 1984,   154 (2) p357-66,   ISSN 0014-4827
Journal Code: EPB

32/3/35
05387735   85003735
New plasma membrane proteins expressed by a high metastatic variant of a chemically induced tumor.
Altevogt P; Schirrmacher V
Eur J Cancer Clin Oncol   Sep 1984,   20 (9) p1155-62,   ISSN 0277-5379
Journal Code: ENW

32/3/36
05387605   85003605
Modulation of enhancer activity by the hormone responsive regulatory element from mouse mammary tumor virus.
Ostrowski MC; Huang AL; Kessel M; Wolford RG; Hager GL
EMBO J   Aug 1984,   3 (8) p1891-9,   ISSN 0261-4189   Journal Code: EMB

32/3/37
05366683   84290683
Biologic properties of interleukin 3. II. Serologic comparison of 20-alpha-SDH-inducing activity, colony-stimulating activi , and WEHI-3 growth factor activity by using an antiserum against IL 3.
Bowlin TL; Scott AN; Ihle JN
J Immunol   Oct 1984,   133 (4) p2001-6,   ISSN 0022-1767   Journal Code: IFB
Contract/Grant No.: C01-CO-23909

32/3/38
05366655   84290655
NK recognition of target structures: is the transferrin receptor the NK target structure?
Newman RA; Warner JF; Dennert G
J Immunol   Oct 1984,   133 (4) p1841-5,   ISSN 0022-1767   Journal Code: IFB
Contract/Grant No.: CA 15881; CA 19334; CA 34787

32/3/39
05359576   84283576
Factors affecting the growth and differentiation of haemopoietic cells in culture.
Stanley ER; Jubinsky PT
Clin Haematol   Jun 1984,   13 (2) p329-48,   ISSN 0308-2261
Journal Code: DE7
Contract/Grant No.: CA 32551; CA 26504; GM 7288

AM 27 014700

AM-ITC 00454636

32/3/40
05358712    84282712
 Human   transforming   growth   factor-alpha:   precursor   structure   and
expression in E. coli.
 Derynck R; Roberts AB; Winkler ME; Chen EY; Goeddel DV
 Cell   Aug 1984, 38 (1) p287-97,  ISSN 0092-8674   Journal Code: CO4


32/3/41
05348258    84272258
 Human fibronectin: cell   specific   alternative   mRNA splicing generates
polypeptide chains differing in the number of internal repeats.
 Kornblihtt AR; Vibe-Pedersen K; Baralle FE
 Nucleic Acids Res   Jul 25 1984,  12 (14) p5853-68,  ISSN 0305-1048
Journal Code: 08L


32/3/42
05344001    84268001
 Evidence  for  translational regulation of herpes simplex virus type 1 gD
expression.
 Johnson DC; Spear PG
 J Virol   Aug 1984, 51 (2) p389-94,  ISSN 0022-538X   Journal Code: KCV
 Contract/Grant No.: CA 21776; CA 19264


32/3/43
05340655    84264655
 Monoclonal   antibodies against the human epidermal growth factor receptor
from  A431 cells. Isolation, characterization, and use in the purification
of active epidermal growth factor receptor.
 Parker PJ; Young S; Gullick WJ; Mayes EL; Bennett P; Waterfield MD
 J Biol Chem   Aug 10 1984,  259 (15) p9906-12,  ISSN 0021-258
Journal Code: HIV


32/3/44
05339971    84263971
 Effects of low dose rate irradiation on plateau phase bone marrow stromal
cells in vitro: demonstration  of  a new form of non-lethal, physiologic
damage to support of hematopoietic stem cells.
 Greenberger JS; Klassen V; Kase K; Shadduck RK; Sakakeeny MA
 Int   J Radiat Oncol Biol Phys   Jul 1984, 10 (7) p1027-37,  ISSN
0360-3016  Journal Code: G97
 Contract/Grant No.: CA12662; CA25412


32/3/45
05339407    84263407
 Tissue and gene specificity of mouse renin expression.
 Field LJ; McGowan RA; Dickinson DP; Gross KW
 Hypertension   Jul-Aug 1984, 6 (4) p597-603,  ISSN 0914-911X
Journal Code: GK7
 Contract/Grant No.: GM 30248; GM 19521; GM 33159; +


32/3/46
05335336    84259336
 Conversion of a secretory protein into a transmembrane protein results in
its transport to the Golgi complex but not to the cell surface.

**AM 27 014701**

**AM-ITC 00454637**

Guan JL; Rose JK
Cell   Jul 1984, 37 (3) p779-87,  ISSN 0092-8674   Journal Code: CQ4

32/3/47
05335167   84259167
  Presence of transforming growth factors in human breast cancer cells.
  Salomon DS; Zwiebel JA; Bano M; Losonczy I; Fehnel P; Kidwell WR
  Cancer Res   Sep 1984, 44 (9) p4069-77,  ISSN 0008-5472   Journal Code:
CNF


32/3/48
05315772   84239772
  Modulation  of  human  interferon-alpha  receptor  expression  by  human
interferon-gamma.
  Hannigan GE; Fish EN; Williams BR
  J Biol Chem   Jul 10 1984, 259 (13) p8084-6,  ISSN 0021-9258
Journal Code: HIV


32/3/49
05295729   84219729
  Human  epidermal  growth  factor  receptor  cDNA  sequence  and  aberrant
expression of the amplified gene in A431 epidermoid carcinoma cells.
  Ullrich A; Coussens L; Hayflick JS; Dull TJ; Gray A; Tam AW; Lee J;
Yarden Y; Libermann TA; Schlessinger J; et al
  Nature   May 31-Jun 6 1984, 309 (5967) p418-25,  ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: CA 25820


32/3/50
05295433   84219433
  The mouse Lyt-2/3 antigen complex--I. Mode of association of the subunits
with the membrane.
  Luescher B; Naim HY; MacDonald HR; Bron C
  Mol  Immunol   Apr 1984, 21 (4) p329-36,  ISSN 0161-5890   Journal Code:
NG1


32/3/51
05287166   84211166
  Genetic and functional diversity of interferons in man.
  Revel M
  Interferon   1983, 5 p205-39,  ISSN 0276-1076   Journal Code: GPD


32/3/52
05285392   84209392
  Retinoic  acid  induces  neuronal  differentiation  of  a  cloned  human
embryonal carcinoma cell line in vitro.
  Andrews PW
  Dev Biol   Jun 1984, 103 (2) p285-93,  ISSN 0012-1606   Journal Code:
E7T
  Contract/Grant No.: CA-29894


32/3/53
05283920   84207920


AM 27 014702

AM-ITC 00454638

Glucocorticoid receptors recognize DNA sequences in and around murine mammary tumour virus DNA.
Geisse S; Scheidereit C; Westphal HM; Hynes NE; Groner B; Beato M
EMBO J   1982,  1 (12) p1613-9,  ISSN 0261-4189   Journal Code: EMB

32/3/54
05282531   84206531
The regulation of acetylcholine receptor expression in mammalian muscle.
Merlie JP; Sebbane R; Gardner S; Olson E; Lindstrom J
Cold Spring Harbor Symp Quant Biol  1983, 48 Pt 1 p135-46,  ISSN 0091-7451   Journal Code: DMT

32/3/55
05281666   84205666
Gene transfer, expression, and molecular cloning of the human transferrin receptor gene.
Kuhn LC; McClelland A; Ruddle FH
Cell   May 1984,  37 (1) p95-103,  ISSN 0092-8674   Journal Code: CQ4
Contract/Grant No.: GM09966

32/3/56
05273317   84197317
Cell surface properties of spontaneously metastasizing rat mammary adenocarcinoma cell clones.
Steck PA; Nicolson GL
.Transplant Proc   Apr 1984,  16 (2) p355-60,  ISSN 0041-1345
Journal Code: WE9
Contract/Grant No.: R01-CA28844; F32-CA07224

32/3/57
05270003   84194003
NH2-terminal hydrophobic region of influenza virus neuraminidase provides the signal function in translocation.
Bos TJ; Davis AR; Nayak DP
Proc Natl Acad Sci USA   Apr 1984,  81 (8) p2327-31,  ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: ROI AI-16348; ROI AI-12749; GM-07104

32/3/58
05267325   84191325
Genomic organization of Trypanosoma brucei variant antigen gene families in sequential parasitemias.
Parsons M; Nelson RG; Newport G; Milhausen M; Stuart K; Agabian N
Mol Biochem Parasitol   Nov 1983,  9 (3) p255-69,  ISSN 0166-6851
Journal Code: NOR
Contract/Grant No.: AI 17309; AI17375

32/3/59
05267324   84191324
Molecular characterization of initial variants from the IsTat I serodeme of Trypanosoma brucei.
Milhausen M; Nelson RG; Parsons M; Newport G; Stuart K; Agabian N
Mol Biochem Parasitol   Nov 1983,  9 (3) p241-54,  ISSN 0166-6851
Journal Code: NOR

AM 27 014703

AM-ITC 00454639

Contract/Grant No.: AI 17309; AI 17375

32/3/60
05256376    84180376
   A  new  murine  model system for the in vitro development of thymoma cell
heterogeneity.
   MacLeod CL; Hays EF; Hyman R; Bourgeois S
   Cancer  Res   May 1984,  44 (5) p1784-90,  ISSN 0008-5472   Journal Code:
CNF
   Contract/Grant No.: CA06932; CA12386; CA13287; +


32/3/61
05242327    84166327
   Glucocorticoid  hormone  interactions  with  cloned proviral DNA of mouse
mammary tumor virus.
   Groner B; Ponta H; Rahmsdorf U; Herrlich P; Pfahl M; Hynes NE
   J Steroid Biochem   Jan 1984,  20 (1) p95-8,  ISSN 0022-4731
Journal Code: K70


32/3/62
05228271    84152271
   Applications of genetic engineering to the pharmaceutical industry.
   Konrad M
   Ann NY Acad Sci   1983,  413 p12-22,  ISSN 0077-8923   Journal Code: 5NM


32/3/63
05224403    84148403
   Infection  of  a  restrictive  cell  line  (XC  cells)  by  intratypic
recombinants  of  HSV-1:  relationship between penetration of the virus and
relative amounts of glycoprotein C.
   Epstein AL; Jacquemont B; Machuca I
   Virology   Jan 30 1984,  132 (2) p315-24,  ISSN 0042-6822
Journal Code: XEA


32/3/64
05218230    84142230
   Expression  and  regulation of human low-density lipoprotein receptors in
Chinese hamster ovary cells.
   Sege RD; Kozarsky K; Nelson DL; Krieger M
   Nature   Feb 23-29 1984,  307 (5953) p742-5,  ISSN 0028-0836
Journal Code: NSC
   Contract/Grant No.: GM07753


32/3/65
05217870    84141870
   Glycosylation and surface expression of the influenza virus neuraminidase
requires the N-terminal hydrophobic region.
   Markoff L; Lin BC; Sveda MM; Lai CJ
   Mol  Cell  Biol   Jan 1984,  4 (1) p8-16,  ISSN 0270-7306   Journal Code:
NGY


32/3/66
05217852    84141852

AM 27 014704

AM-ITC 00454640

Inducible expression of amplified human beta interferon genes in CHO cells.
McCormick F; Trahey M; Innis M; Dieckmann B; Ringold G
Mol Cell Biol   Jan 1984,  4 (1) p166-72,  ISSN 0270-7306
Journal Code: NGY

32/3/67
05210581   84134581
SV40 immortalization of adult human mesenchymal cells from neuroretina. Biological, functional and molecular characterization.
Daya-Grosjean L; Azzarone B; Maunoury R; Zaech P; Elia G; Zaniratti S; Benedetto A
Int J Cancer   Mar 15 1984,  33 (3) p319-29,  ISSN 0020-7136
Journal Code: GQU

32/3/68
05204064   84128064
Alpha 1- and beta 2-adrenergic receptors co-expressed on cloned MDCK cells are distinct glycoproteins.
Meier KE; Sternfeld DR; Insel PA
Biochem Biophys Res Commun   Jan 13 1984,  118 (1) p73-81,  ISSN 0006-291X   Journal Code: 9Y8
Contract/Grant No.: GM 31987; HL 25457

32/3/69
05195494   84119494
Chimeric influenza virus hemagglutinin containing either the NH2 terminus or the COOH terminus of G protein of vesicular stomatitis virus is defective in transport to the cell surface.
McQueen NL; Nayak DP; Jones LV; Compans RW
Proc Natl Acad Sci USA   Jan 1984,  81 (2) p395-9,  ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: R01 AI2749; R01 AI16348; R01 AI12680; +

32/3/70
05184983   84108983
Cytotoxic T lymphocyte recognition of class I H-2 antigens after DNA-mediated gene transfer.
Reiss CS; Evans GA; Murre C; Margulies DH; Seidman JG; Burakoff SJ
Fed Proc   Feb 1984,  43 (2) p271-5,  ISSN 0014-9446   Journal Code: EUV
Contract/Grant No.: AI17258; GM19148; AI18083

32/3/71
05184928   84108928
Expression of human alpha 1-antitrypsin in Escherichia coli.
Bollen A; Loriau R; Herzog A; Herion P
FEBS Lett   Jan 23 1984,  166 (1) p67-70,  ISSN 0014-5793
Journal Code: EUH

32/3/72
05169621   84093621
Human hepatitis B vaccine from recombinant yeast.
McAleer WJ; Buynak EB; Maigetter RZ; Wampler DE; Miller WJ; Hilleman MR
Nature   Jan 12-18 1984,  307 (5947) p178-80,  ISSN 0028-0836

AM 27 014705

AM-ITC 00454641

Journal Code: NSC

32/3/73
05169132    84093132
Differentiation in vitro of human-mouse teratocarcinoma hybrids.
Benham FJ; Wiles MV; Goodfellow PN
Mol Cell Biol   Dec 1983,  3 (12) p2259-70,  ISSN 0270-7306
Journal Code: NGY


32/3/74
05158091    84082091
Fibronectin  modulation  of  cell  shape and lipogenic gene expression in
3T3-adipocytes.
Spiegelman BM; Ginty CA
Cell   Dec 1983,  35  (3 Pt 2) p657-66,  ISSN 0092-8674    Journal Code:
CQ4
Contract/Grant No.: AM 31405


32/3/75
05158067    84082067
Three  different  fibronectin  mRNAs arise by alternative splicing within
the coding region.
Schwarzbauer JE; Tamkun JW; Lemischka IR; Hynes RO
Cell   Dec 1983,  35  (2 Pt 1) p421-31,  ISSN 0092-8674    Journal Code:
CQ4


32/3/76
05146785    84070785
Construction  and  characterization  of  an  infectious  vaccinia  virus
recombinant  that  expresses  the  influenza hemagglutinin gene and induces
resistance to influenza virus infection in hamsters.
Smith GL; Murphy BR; Moss B
Proc Natl Acad Sci USA   Dec 1983,  80 (23) p7155-9,  ISSN 0027-8424
Journal Code: PV3


32/3/77
05144125    84068125
Functional expression of a transfected murine class II MHC gene.
Germain RN; Norcross MA; Margulies DH
Nature   Nov 10-16 1983,  306 (5939) p190-4,  ISSN 0028-0836
Journal Code: NSC


32/3/78
05137934    84061934
Membrane  association  and  defective  transport  of spleen focus-forming
virus glycoproteins.
Srinivas RV; Compans RW
J Biol Chem   Dec 10 1983,  258 (23) p14718-24,  ISSN 0021-9258
Journal Code: HIV
Contract/Grant No.: CA 18611


32/3/79
05133691    84057691

AM 27 014706

Repression of glycoprotein synthesis and release of surface coat during
transformation of Trypanosoma brucei.
Overath P; Czichos J; Stock U; Nonnengaesser C
EMBO J  1983, 2 (10) p1721-8,  ISSN 0261-4189   Journal Code: EMB


32/3/80
05132704  84056704
Regulation of mouse mammary tumor virus gene expression by glucocorticoid
hormones.
Ringold GM
Curr Top Microbiol Immunol  1983, 106 p79-103,  ISSN 0070-217X
Journal Code: DWQ


32/3/81
05129727  84053727
Carbohydrate antigen profiles of human erythroleukemia cell lines HEL and
K562.
Kannagi R; Papayannopoulou T; Nakamoto B; Cochran NA; Yokochi T;
Stamatoyannopoulos G; Hakomori S
Blood  Dec 1983, 62 (6) p1230-41,  ISSN 0006-4971   Journal Code: A8G
Contract/Grant No.: AM 31232; CA 20026; CA 19224; +


32/3/82
05128561  84052561
Identification of thyroglobulin mRNA sequences in the nucleus and the
cytoplasm of cultured thyroid cells: a post-transcriptional effect of
thyrotropin.
Tosta Z; Chabaud O; Chebath J
Biochem Biophys Res Commun  Oct 14 1983, 116 (1) p54-61,  ISSN
0006-291X  Journal Code: 9Y8


32/3/83
05119838  84043838
Expression of cloned growth hormone and metallothionein genes in
heterologous cells.
Pavlakis GN; Hamer DH
Recent Prog Horm Res  1983, 39 p353-85,  ISSN 0079-9963
Journal Code: R1D


32/3/84
05117513  84041513
Molecular cloning and nucleotide sequence of a human renin cDNA fragment.
Soubrier F; Panthier JJ; Corvol P; Rougeon F
Nucleic Acids Res  Oct 25 1983, 11 (20) p7181-90,  ISSN 0305-1048
Journal Code: O8L


32/3/85
05106931  84030931
Properties of reticulum cell sarcomas in SJL/J mice. VIII. Prominent role
of RCS cell I-A antigens in the stimulation of syngeneic T cells.
Brown PH; Mathis D; Cone RE; Jones PP; Ponzio NM; Thorbecke GJ
Immunogenetics  1983, 18 (4) p399-413,  ISSN 0093-7711   Journal Code:
GI4
Contract/Grant No.: CA-14462; CA-14216

32/3/86
05100633    84024633
   Nucleotide sequence of cloned complementary deoxyribonucleic acid for the
alpha subunit of bovine pituitary glycoprotein hormones.
   Erwin CR; Croyle ML; Donelson JE; Maurer RA
   Biochemistry   Sep 27 1983,  22 (20) p4856-60,  ISSN 0006-2960
Journal Code: AOG
   Contract/Grant No.: AM 25295; AM 00841; GM07091


32/3/87
05067084    83300084
   Construction  and  characterization  of  Moloney  murine  leukemia  virus
mutants unable to synthesize glycosylated gag polyprotein.
   Fan H; Chute H; Chao E; Feuerman M
   Proc Natl Acad Sci USA   Oct 1983,  80 (19) p5965-9,  ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: CA32455; CA32454; GM07311


32/3/88
05067037    83300037
   Isolation  of  cDNA  clones  for  the p33 invariant chain associated with
HLA-DR antigens.
   Long EO; Strubin M; Wake CT; Gross N; Carrel S; Goodfellow P; Accolla RS;
Mach B
   Proc Natl Acad Sci USA   Sep 1983,  80 (18) p5714-8,  ISSN 0027-8424
Journal Code: PV3


32/3/89
05061700    83294700
   Synthesis  of  hepatitis B surface antigen in mammalian cells: expression
of the entire gene and the coding region.
   Laub O; Rall LB; Truett M; Shaul Y; Standring DN; Valenzuela P; Rutter WJ
   J Virol   Oct 1983,  48 (1) p271-80,  ISSN 0022-538X   Journal Code: KCV


32/3/90
05058291    83291291
   Regulation of mouse haptoglobin synthesis.
   Baumann H; Jahreis GP
   J Cell Biol   Sep 1983,  97 (3) p728-36,  ISSN 0021-9525   Journal Code:
HMV
   Contract/Grant No.: CA-24122


32/3/91
05058282    83291282
   Expression  of  Semliki  Forest  virus proteins from cloned complementary
DNA.  II.  The  membrane-spanning  glycoprotein E2 is transported to the cell
surface without its normal cytoplasmic domain.
   Garoff H; Kondor-Koch C; Pettersson R; Burke B
   J Cell Biol   Sep 1983,  97 (3) p652-8,  ISSN 0021-9525   Journal Code:
HMV


32/3/92

AM 27 014708


AM-ITC 00454644

05058281    83291281
Expression of Semliki Forest virus proteins from cloned complementary DNA. I. The fusion activity of the spike glycoprotein.
Kondor-Koch C; Burke B; Garoff H
J Cell Biol    Sep 1983, 97 (3) p644-51,  ISSN 0021-9525    Journal Code: HMV


32/3/93
05057960    83290960
The rabbit uteroglobin gene. Structure and interaction with the progesterone receptor.
Bailly A; Atger M; Atger P; Cerbon MA; Alizon M; Vu Hai MT; Logeat F; Milgrom E
J Biol Chem    Sep 10 1983,  258 (17) p10384-9,  ISSN 0021-9258
Journal Code: HIV


32/3/94
05057929    83290929
Molecular cloning and nucleotide sequence of a cDNA clone coding for the cell attachment domain in human fibronectin.
Oldberg A; Linney E; Ruoslahti E
J Biol Chem    Sep 10 1983,  258 (17) p10193-6,  ISSN 0021-9258
Journal Code: HIV
Contract/Grant No.: CA 30199; CA 29169; CA 28896


32/3/95
05052341    83285341
Secretion of a transplantation-related antigen.
Kress M; Cosman D; Khoury G; Jay G
Cell    Aug 1983,  34 (1) p189-96,  ISSN 0092-8674    Journal Code: CG4


32/3/96
05050409    83283409
Isolation, properties, and androgen regulation of a 20-kilodalton protein from rat ventral prostate.
Chamberlin LL; Mpanias OD; Wang TY
Biochemistry    Jun 21 1983,  22 (13) p3072-7,  ISSN 0006-2960
Journal Code: AOG
Contract/Grant No.: HD-09443


32/3/97
05040674    83273674
Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells.
Scahill SJ; Devos R; Van der Heyden J; Fiers W
Proc Natl Acad Sci USA    Aug 1983,  80 (15) p4654-8,  ISSN 0027-8424
Journal Code: PV3


32/3/98
05038541    83271541
Selection and properties of a mouse L-cell transformant expressing human transferrin receptor.
Newman R; Domingo D; Trotter J; Trowbridge I
Nature    Aug 18-24 1983,  304 (5927) p643-5,  ISSN 0028-0836

AM 27 014709

AM-ITC 00454645

Journal Code: NSC
  Contract/Grant No.: CA34787


  32/3/99
  05031556   83264556
  Fibronectin  and  anchorage-independent and anchorage-dependent growth of
benign and malignant cell lines.
  Dodson MG; Gelder FB; Slota J; Lange C
  Int J Cancer   Aug 15 1983,  32 (2) p211-7,  ISSN 0020-7136
Journal Code: GOU
  Contract/Grant No.: RR-00350


  32/3/100
  05014400   83247400
  Active  influenza  virus  neuraminidase is expressed in monkey cells from
cDNA cloned in simian virus 40 vectors.
  Davis AR; Bos TJ; Nayak DP
  Proc Natl Acad Sci USA   Jul 1983,  80 (13) p3976-80,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: AI-16348; AI-12749; GM-07104
?t32/3/101-178


  32/3/101
  04999884   83232884
  DNA  sequences  bound  specifically  by  glucocorticoid receptor in vitro
render a heterologous promoter hormone responsive in vivo.
  Chandler VL; Maler BA; Yamamoto KR
  Cell   Jun 1983,  33 (2) p489-99,  ISSN 0092-8674   Journal Code: CQ4
  Contract/Grant No.: CA20535


  32/3/102
  04999879   83232879
  Influenza  virus  hemagglutinin expression is polarized in cells infected
with recombinant SV40 viruses carrying cloned hemagglutinin DNA.
  Roth MG; Compans RW; Giusti L; Davis AR; Nayak DP; Gething MJ; Sambrook J
  Cell   Jun 1983,  33 (2) p435-43,  ISSN 0092-8674   Journal Code: CQ4
  Contract/Grant No.: GM-07104; AI 07150; AI 12680; +


  32/3/103
  04995094   83228094
  Expression  of  a  mutant androgen receptor in cloned fibroblasts derived
from a heterozygous carrier for the syndrome of testicular feminization.
  Elawady MK; Allman DR; Griffin JE; Wilson JD
  Am J Hum Genet   May 1983,  35 (3) p376-84,  ISSN 0002-9297
Journal Code: 3IM
  Contract/Grant No.: AM03892


  32/3/104
  04988687   83221687
  Analysis  of  cell  surface proteins delineates a differentiation pathway
linking endocrine and nonendocrine human lung cancers.
  Goodwin G; Shaper JH; Abeloff MD; Mendelsohn G; Baylin SB
  Proc Natl Acad Sci USA   Jun 1983,  80 (12) p3807-11,  ISSN 0027-8424

AM 27 014710

AM-ITC  00454646

Journal Code: PV3
  Contract/Grant No.: CA-18404


  32/3/105
  04988636   83221636
  Defects  in  functional  expression  of  an influenza virus hemagglutinin
  lacking the signal peptide sequences.
    Sekikawa K; Lai CJ
    Proc Natl Acad Sci USA   Jun 1983,  80 (12) p3563-7,  ISSN 0027-8424
  Journal Code: PV3


  32/3/106
  04987783   83220783
  The uteroglobin gene region: hormonal regulation, repetitive elements and
  complete nucleotide sequence of the gene.
    Suske G; Wenz M; Cato AC; Beato M
    Nucleic Acids Res   Apr 25 1983,  11 (8) p2257-71,  ISSN 0301-5610
  Journal Code: O8L


  32/3/107
  04980648   83213648
  Epithelial-mesenchymal   interactions   in   prostatic   development.  II.
  Biochemical  observations  of  prostatic  induction  by  urogenital  sinus
  mesenchyme in epithelium of the adult rodent urinary bladder.
    Neubauer BL; Chung LW; McCormick KA; Taguchi O; Thompson TC; Cunha GR
    J  Cell Biol  Jun 1983,  96 (6) p1671-6,  ISSN 0021-9525   Journal Code:
  HMV
    Contract/Grant No.: AM-25266; CA-27418; AM-06225-01


  32/3/108
  04980412   83213412
  Correlation  between  nuclear  glucocorticoid  receptor  levels  and casein
  gene expression in murine mammary gland in vitro.
    Majumder PK; Joshi JB; Banerjee MR
    J Biol Chem  Jun 10 1983,  258 (11) p6793-8,  ISSN 0021-9258
  Journal Code: HIV
    Contract/Grant No.: CA11058; CA25304


  32/3/109
  04976795   83209795
  Molecular characterization of a nonsecreting myeloma mutant.
    Argon Y; Burrone OR; Milstein C
    Eur J Immunol   Apr 1983,  13 (4) p301-5,  ISSN 0014-2980
  Journal Code: EN5


  32/3/110
  04975615   83208615
  Mammary tumor formation and hormonal control of mouse mammary tumor virus
  expression.
    Hynes NE; Groner B
    Curr Top Microbiol Immunol   1982,  101 p51-74,  ISSN 0070-217X
  Journal Code: DWQ

32/3/111
04969701    83202701
[Structure and expression of thyroglobulin gene]
Structure et expression du gene de la thyroglobuline.
Vassart G; Brocas H; Christophe D; de Martynoff G; Leriche A; Mercken L;
Pohl V; Van Heuverswyn B
Ann Endocrinol (Paris)   Oct-Nov 1982, 43 (5) p404-14,  ISSN 0003-4266
Journal Code: 540


32/3/112
04955274    83188274
New approaches to the study of human dystrophic muscle cells in culture.
Yasin R; Walsh FS; Landon DN; Thompson EJ
J Neurol Sci   Mar 1983, 58 (3) p315-34,  ISSN 0022-510X
Journal Code: JBJ


32/3/113
04951459    83184459
Structural  comparison  of  I-A  antigens  produced  by  a  cloned  murine T
suppressor cell line with B-cell-derived I-A.
Koch N; Arnold B; Hammerling GJ; Heuer J; Kolsch E
Immunogenetics  1983,  17 (5) p497-505, ISSN 0093-7711   Journal Code:
GI4


32/3/114
04936924    83169924
Structure and regulated expression of the uteroglobin gene.
Suske G; Menne C; Cato A; Wenz M; Beato M
Prog Clin Biol Res  1982, 102 pt A p139-46,  ISSN 0361-7742
Journal Code: PZ5


32/3/115
04929312    83162312
Recombinant interferon-gamma increases HLA-DR synthesis and expression.
Basham TY; Merigan TC
J Immunol   Apr 1983,  130 (4) p1492-4,  ISSN 0022-1767   Journal Code:
IFB
Contract/Grant No.: AI-05629


32/3/116
04928375    83161375
Production of growth factors by type 5 adenovirus transformed rat embryo
cells.
Fisher PB; Boersig MR; Graham GM; Weinstein IB
J Cell Physiol  Mar 1983, 114 (3) p365-70,  ISSN 0021-9541
Journal Code: HNB


32/3/117
04927745    83160745
The  human  fibroblast  interferon  gene(s)  and  their  expression  in
heterologous cells.
Fiers W; Degrave W; Derynck R; Devos R; Gheysen D; Remaut E; Stanssens P;
Tavernier J; Content J; De Clercq E
Int Symp Princess Takamatsu Cancer Res Fund  1982, 12 p227-36,

AM 27 014712

AM-ITC  00454648

Journal Code: HHI


32/3/118
04924105    83157105
Hormonally  regulated  mammalian  gene expression: steady-state level and
nucleotide sequence of rabbit uteroglobin mRNA.
    Chandra T; Bullock DW; Woo SL
    DNA   1981,  1 (1) p19-26,  ISSN 0198-0238   Journal Code: EAW
    Contract/Grant No.: HD-09378; HD-07495


32/3/119
04885858    83118858
    [Thyroglobulin  gene  expression in cultured thyroid cells: regulation by
thyrotropin]
    Expression  du  gene de thyroglobuline dans les cellules thyroidiennes en
culture: regulation par la thyrotropine.
    Chabaud O; Chebath J; Mauchamp J
    Reprod  Nutr Dev   1981,  21 (2) p237-45,  ISSN 0181-1916   Journal Code:
R57


32/3/120
04884818    83117818
    Modulation of adenovirus transformation by thyroid hormone.
    Fisher PB; Guernsey DL; Weinstein IB; Edelman IS
    Proc Natl Acad Sci USA   Jan 1983,  80 (1) p196-200,  ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: CA-26056; CA-22376


32/3/121
04884747    83117747
    Development  of hybridomas secreting monoclonal antibodies to the chicken
intestinal 1 alpha,25-dihydroxyvitamin D3 receptor.
    Pike JW; Donaldson CA; Marion SL; Haussler MR
    Proc Natl Acad Sci USA   Dec 1982,  79 (24) p7719-23,  ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: AM 15781; AM 06249


32/3/122
04882224    83115224
    Human  class  II major histocompatibility antigen beta-chains are derived
from at least three loci.
    Bohme J; Owerbach D; Denaro M; Lernmark A; Peterson PA; Rask L
    Nature   Jan 6 1983,  301 (5895) p82-4,  ISSN 0028-0836   Journal Code:
NSC


32/3/123
04876308    83109308
    Multiple  specific binding sites for purified glucocorticoid receptors on
mammary tumor virus DNA.
    Payvar F; Firestone GL; Ross SR; Chandler VL; Wrange O; Carlstedt-Duke J;
Gustafsson JA; Yamamoto KR
    J  Cell  Biochem   1982,  19 (3) p241-7, ISSN 0730-2312   Journal Code:
HNF

32/3/124
04874411    83107411
    Pharmacogenetics and human cancer.
    Nebert DW
    IARC Sci Publ    1982,    (39) p365-80,    Journal Code: GKU


32/3/125
04872266    83105266
    Expression of transformation markers and suppression of tumorigenicity in
human cell hybrids.
    Larizza L; Tenchini ML; Mottura A; De Carli L; Colombi M; Barlati S
    Eur J Cancer Clin Oncol    Sep 1982,    18 (9) p845-51,    Journal Code: ENW


32/3/126
04871975    83104975
    Hormonal regulation of rabbit uteroglobin gene transcription.
    Shen XZ; Tsai MJ; Bullock DW; Woo SL
    Endocrinology    Mar 1983,    112 (3) p871-6,    ISSN 0013-7227
Journal Code: EGZ
    Contract/Grant No.: HD-09378


32/3/127
04832596    83065596
    Structure and expression of human IFN-alpha genes.
    Weissmann C; Nagata S; Boll W; Fountoulakis M; Fujisawa A; Fujisawa JI;
Haynes J; Henco K; Mantei N; Ragg H; Schein C; Schmid J; Shaw G; Streuli M;
Taira H; Todokoro K; Weidle U
    Philos Trans R Soc Lond [Biol]    Sep 24 1982,    299 (1094) p7-28,    ISSN
0080-4622    Journal Code: P5Z


32/3/128
04832590    83065590
    The human fibroblast and human immune interferon genes and their
expression in homologous and heterologous cells.
    Fiers W; Remaut E; Devos R; Cheroutre H; Contreras R; Gheysen D; Degrave
W; Stanssens P; Tavernier J; Taya Y; Content J
    Philos Trans R Soc Lond [Biol]    Sep 24 1982,    299 (1094) p29-38,    ISSN
0080-4622    Journal Code: P5Z


32/3/129
04829934    83062934
    Haemagglutinin of influenza virus expressed from a cloned gene promotes
membrane fusion.
    White J; Helenius A; Gething MJ
    Nature    Dec 16 1982,    300 (5893) p658-9,    ISSN 0028-0836
Journal Code: NSC
    Contract/Grant No.: CA13106; AI18599


32/3/130
04825033    83058033
    Differential expression of Ia glycoprotein complexes in F1 hybrid mice
detected with alloreactive cloned T cell lines.
    Conrad PJ; Lerner EA; Murphy DB; Jones PP; Janeway CA Jr


AM 27 014714

J  Immunol  Dec 1982,  129 (6) p2616-20,  ISSN 0022-1767  Journal Code:
IFB
Contract/Grant No.: AI-14579; CA-16359; AI-14349


32/3/131
04799108  83032108
[Structure and expression of the cloned genes for human interferon]
Taniguchi T
Seikagaku  1982, 54 (6) p363-77, ISSN 0037-1017  Journal Code: ILZ


32/3/132
04781990  83014990
Isolation  and  structure  of  the  gene  for  the  progesterone-inducible
protein uteroglobin.
Menne C; Suske G; Arnemann J; Wenz M; Cato AC; Beato M
Proc Natl Acad Sci USA  Aug 1982, 79 (16) p4853-7, ISSN 0027-8424
Journal Code: PV3


32/3/133
04781905  83014905
Clonal  analysis of human cytotoxic T lymphocytes: T4+ and T8+ effector T
cells  recognize  products  of  different  major histocompatibility complex
regions.
Meuer SC; Schlossman SF; Reinherz EL
Proc Natl Acad Sci USA  Jul 1982, 79 (14) p4395-9, ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: CA 19589


32/3/134
04724645  82267645
Nonfunctional  thyroglobulin  messenger  RNA in goats with hereditary
congenital goiter.
de Vijlder JJ; van Ommen GJ; van Voorthuizen WF; Koch CA; Arnberg AC;
Vassart G; Dinsart C; Flavell RA
J  Mol  Appl  Genet  1981, 1 (1) p51-9, ISSN 0271-6801  Journal Code:
IZT
Contract/Grant No.: AM 21732


32/3/135
04724643  82267643
The gene encoding the common alpha subunit of the four human glycoprotein
hormones.
Fiddes JC; Goodman HM
J  Mol  Appl  Genet  1981, 1 (1) p3-18, ISSN 0271-6801  Journal Code:
IZT
Contract/Grant No.: CA14026


32/3/136
04714735  82257735
Changes  in  cell  surface  antigen  expression during hemopoietic
differentiation.
Sieff C; Bicknell D; Caine G; Robinson J; Lam G; Greaves MF
Blood  Sep 1982, 60 (3) p703-13, ISSN 0006-4971  Journal Code: A8G


AM 27 014715

32/3/137
04697913    82240913
  Inducible expression of insulin receptors on T lymphocyte clones.
  Braciale VL; Gavin JR 3d; Braciale TJ
  J Exp Med    Aug 1 1982,  156 (2) p664-9,  ISSN 0022-1007    Journal Code:
I2V
  Contract/Grant No.: AI-15608; AM 20579


  32/3/138
04692926    82235926
  Different  expression  of  Lyt  differentiation antigens and cell surface
glycoproteins  by  a  murine  T  lymphoma  line  and  its highly metastatic
variant.
  Altevogt P; Kurnick JT; Kimura AK; Bosslet K; Schirrmacher V
  Eur J Immunol    Apr 1982,  12 (4) p300-7,  ISSN 0014-2980
Journal Code: EN5
  Contract/Grant No.: AI 17411


  32/3/139
04679266    82222266
  Immunoglobulin heavy chain gene rearrangement and transcription in murine
T cell hybrids and T lymphomas.
  Zuniga MC; D'Eustachio P; Ruddle NH
  Proc Natl Acad Sci USA   May 1982,  79 (9) p3015-9,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: CA16885; GM09966; 1 T32 AI-07098


  32/3/140
04671055    82214055
  alpha  Subunit  of rat pituitary glycoprotein hormones. Primary structure
of the precursor determined from the nucleotide sequence of cloned cDNAs.
  Godine JE; Chin WW; Habener JF
  J Biol Chem   Jul 25 1982,  257 (14) p8368-71,  ISSN 0021-9258
Journal Code: HIV
  Contract/Grant No.: AM25532; HD14809


  32/3/141
04656142    82199142
  Isolation  and characterization of a human fibroblast interferon gene and
its expression in Escherichia coli.
  Derynck R; Devos R; Remaut E; Saman E; Stanssens P; Tavernier J;
Volckaert G; Content J; De Clercq E; Fiers W
  Rev Infect Dis   Nov-Dec 1981,  3 (6) p1186-95,  ISSN 0162-0886
Journal Code: SXN


  32/3/142
04654610    82197610
  Gene for a major cell surface glycoprotein of mouse macrophages and other
phagocytic cells is on chromosome 2.
  Colombatti A; Hughes EN; Taylor BA; August JT
  Proc Natl Acad Sci USA   Mar 1982,  79 (6) p1926-9,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: RO1 CA19471; CA 09243; GM18684


AM 27 014716

AM-ITC 00454652

32/3/143
04654469    82197469
   Human influenza virus hemagglutinin is expressed in monkey cells using
simian virus 40 vectors.
   Hartman JR; Nayak DP; Fareed GC
   Proc Natl Acad Sci USA   Jan 1982,  79 (2) p233-7,  ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: RO1 CA-20794; RO1-AI-12749; RO1-AI-16348

X

32/3/144
04624818    82167818
   Control  of  growth and normal differentiation in leukemic cells:
regulation  of  the  developmental  program  and  restoration of the normal
phenotype in myeloid leukemia.
   Sachs L
   J Cell Physiol [Suppl]   1982,  1 p151-64,  ISSN 0737-1462
Journal Code: HNC

32/3/145
04617936    82160936
   Inhibitors of protein glycosylation inhibit the differentiation of Friend
erythroleukemia cells.
   Bosman GJ; Boer P; Steyn-Parve EP
   Biochim Biophys Acta   Mar 29 1982,  696 (3) p285-9,  ISSN 0006-3002
Journal Code: AOW

32/3/146
04601282    82144282
   Specificity  studies  on  cytolytic T lymphocytes directed against murine
leukemia  virus-induced  tumors.  Analysis of monoclonal cytolytic T
lymphocytes.
   Plata F
   J Exp Med   Apr 1 1982,  155 (4) p1050-62,  ISSN 0022-1007
Journal Code: I2V

32/3/147
04600707    82143707
   Two distinct  human cloned T cell lines that exhibit natural killer-like
and anti-human effector activities.
   Sugamura K; Tanaka Y; Hinuma Y
   J Immunol   Apr 1982,  128 (4) p1749-52,  ISSN 0022-1767   Journal Code:
IFB

32/3/148
04592750    82135750
   Differing responses of globin and glycophorin gene expression to hemin in
the human leukemia cell line K562.
   Tonkonow BL; Hoffman R; Burger D; Elder JT; Mazur EM; Murnane MJ; Benz EJ
Jr
   Blood   Apr 1982,  59 (4) p738-46,  ISSN 0006-4971   Journal Code: A8G
   Contract/Grant No.: HL24385; CA22697; AM00638

32/3/149

AM 27 014717

AM-ITC 00454653

04572033    82115033
Block in the expression of differentiation markers of rat thyroid
epithelial cells by transformation with Kirsten murine sarcoma virus.
Fusco A; Pinto A; Tramontano D; Tajana G; Vecchio G; Tsuchida N
Cancer Res  Feb 1982, 42 (2) p618-26,  ISSN 0008-5472    Journal Code:
CNF
Contract/Grant No.: RO1-AM-21689-02; CA 22701


32/3/150
04549358    82092358
Human trophoblasts: cellular source of colony-stimulating activity in
placental tissue.
Ruscetti FW; Chou JY; Gallo RC
Blood  Jan 1982, 59 (1) p86-90,  ISSN 0006-4971    Journal Code: A8G


32/3/151
04517272    82060272
Functional expression in primate cells of cloned DNA coding for the
hemagglutinin surface glycoprotein of influenza virus.
Sveda MM; Lai CJ
Proc Natl Acad Sci USA  Sep 1981, 78 (9) p5488-92,  ISSN 0027-8424
Journal Code: PV3


32/3/152
04517125    82060125
Induction of hepatic synthesis of serum amyloid A protein and actin.
Morrow JF; Stearman RS; Peltzman CG; Potter DA
Proc Natl Acad Sci USA  Aug 1981, 78 (8) p4718-22,  ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: CA16519; GM26557


32/3/153
04510036    82053036
Mosaic structure and mRNA precursors of uteroglobin, a hormone-regulated
mammalian gene.
Snead R; Day L; Chandra T; Mace M Jr; Bullock DW; Woo SL
J Biol Chem  Nov 25 1981, 256 (22) p11911-6,  ISSN 0021-9258
Journal Code: HIV
Contract/Grant No.: HD-09378; HD-07495


32/3/154
04467875    82010875
Wild mouse ecotropic murine leukemia virus infection of inbred mice:
dual-tropic virus expression precedes the onset of paralysis and lymphoma.
Hoffman PM; Davidson WF; Ruscetti SK; Chused TM; Morse HC 3d
J Virol  Aug 1981, 39 (2) p597-602,  ISSN 0022-538X    Journal Code: KCV


32/3/155
04466494    82009494
A cell surface antigen of the mouse related to xenotropic MuLv defined by
naturally occurring antibody and monoclonal antibody. Relation to Gix
G(rada1), G(aks12) systems of MuLV-related antigens.
Obata Y; Stockert E; DeLeo AB; O'Donnell PV; Snyder HW Jr; Old LJ
J Exp Med  Sep 1 1981, 154 (3) p659-75,  ISSN 0022-1007

AM 27 014718

AM-ITC 00454654

Journal Code: I2V
   Contract/Grant No.: N01-CP8-1054; CA-08748


  32/3/156
04462085   82005085
  Further  characterization  of a thermosensitive transformation variant of
mouse fibroblasts.
  Liaw WS; Andoh T
  Gann   Dec 1980,  71 (6) p775-83,  ISSN 0016-450X   Journal Code: FGJ


  32/3/157
04459208   82002208
  Establishment  of  continuous  cultures of thy1.2+, Lyt1+, 2-T cells with
purified interleukin 3.
  Hapel AJ; Lee JC; Farrar WL; Ihle JN
  Cell   Jul 1981,  25 (1) p179-86,  ISSN 0092-8674   Journal Code: CQ4


  32/3/158
04387675   81215675
  Estradiol-independent  growth  of  a subline of MCF-7 human breast cancer
cells in culture.
  Nawata H; Chong MT; Bronzert D; Lippman ME
  J Biol Chem  Jul 10 1981,  256 (13) p6895-902,  ISSN 0021-9258
Journal Code: HIV


  32/3/159
04371567   81199567
  Detection  of a recombinant murine leukemia virus-related glycoprotein on
virus-negative thymoma cells.
  Fischinger PJ; Thiel HJ; Ihle JN; Lee JC; Elder JH
  Proc Natl Acad Sci USA  Mar 1981,  78 (3) p1920-4,  ISSN 0027-8424
Journal Code: PV3


  32/3/160
04347157   81175157
  Transcripts  of  the  immunoglobulin  C  mu  gene  vary  in structure and
splicing during lymphoid development.
  Kemp DJ; Harris AW; Adams JM
  Proc Natl Acad Sci USA  Dec 1980,  77 (12) p7400-4,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: R01 CA12421


  32/3/161
04345083   81173083
  alpha-Lactalbumin  is  not  a  marker  of  human hormone-dependent breast
cancer.
  Hall L; Craig RK; Davies MS; Ralphs DN; Campbell PN
  Nature   Apr 16 1981,  290 (5807) p602-4,  ISSN 0028-0836
Journal Code: NSC


  32/3/162
04342758   81170758
  Involvement  of a high-molecular-weight polyprotein translational product

AM 27 014719

AM-ITC 00454655

of Snyder-Theilen Feline sarcoma virus in malignant transformation.
   Reynolds FH Jr; Van de Ven WJ; Blomberg J; Stephenson JR
   J Virol   Feb 1981,  37 (2) p643-53,  ISSN 0022-538X   Journal Code: KCV
   Contract/Grant No.: N01-CO-75380


   32/3/163
   04338487   81166487
   Roles of influenza virus infectivity and glycosylation of viral antigen
for recognition of target cells by cytolytic T lymphocytes.
   Ertl H; Ada GL
   Immunobiology   1981,  158 (3) p239-53,   Journal Code: GH3


   32/3/164
   04246991   81074991
   Expression of H-2, laminin and SV40 T and TASA on differentiation of
transformed murine teratocarcinoma cells.
   Knowles BB; Pan S; Solter D; Linnenbach A; Croce C; Huebner K
   Nature   Dec 11 1980,  288 (5791) p615-8,  ISSN 0028-0836
Journal Code: NSC


   32/3/165
   04200301   81028301
   Plasma membrane glycoproteins encoded by cloned Rauscher and Friend
spleen focus-forming viruses.
   Ruta M; Kabat D
   J Virol   Sep 1980,  35 (3) p844-53,  ISSN 0022-538X   Journal Code: KCV
   Contract/Grant No.: CA2302; CA25810


   32/3/166
   04187443   81015443
   Mapping of heavy chain genes for mouse immunoglobulins M and D.
   Liu CP; Tucker PW; Mushinski JF; Blattner FR
   Science   Sep 19 1980,  209 (4463) p1348-53,  ISSN 0036-8075
Journal Code: UJ7


   32/3/167
   04143521   80254521
   Expression of cloned beta-endorphin gene sequences by Escherichia coli.
   Shine J; Fettes I; Lan NC; Roberts JL; Baxter JD
   Nature   Jun 12 1980,  285 (5765) p456-63,  ISSN 0028-0836
Journal Code: NSC


   32/3/168
   04139863   80250863
   Expression of leukemogenic recombinant viruses associated with a
recessive gene in HRS/J mice.
   Green N; Hiai H; Elder JH; Schwartz RS; Khiroya RH; Thomas CY; Tsichlis
PN; Coffin JM
   J Exp Med   Aug 1 1980,  152 (2) p249-64,  ISSN 0022-1007
Journal Code: I2V


   32/3/169
   04123693   80234693

Establishment of a fetal rat liver cell line that retains differentiated
liver functions.
  Schlegel-Haueter SE; Schlegel W; Chou JY
  Proc Natl Acad Sci USA   May 1980, 77 (5) p2731-4, ISSN 0027-8424
Journal Code: PV3


  32/3/170
  04072866   80183866
  Amplified env and gag products on AKR cells. Origin from different murine
leukemia virus genomes.
  Tung JS; Fleissner E
  J Exp Med  Apr 1 1980, 151 (4) p975-9, ISSN 0022-1007   Journal Code:
I2V


  32/3/171
  04072481   80183481
  Serological and immunochemical studies of H-2 allospecificities on K36, a
syngeneic tumour of AKR.
  Schmidt W; Festenstein H
  J Immunogenet  Feb 1980, 7 (1) p7-17, ISSN 0305-1811   Journal Code:
IF2


  32/3/172
  03935703   80046703
  Synthesis and characterization of a DNA complementary to pre-uteroglobin
mRNA.
  Arnemann J; Heins B; Beato M
  Eur J Biochem  Sep 1979, 99 (2) p361-7, ISSN 0014-2956
Journal Code: EMZ


  32/3/173
  03901840   80012840
  Modulation of thyroglobulin messenger RNA level by thyrotropin in
cultured thyroid cells.
  Chebath J; Chabaud O; Mauchamp J
  Nucleic Acids Res  Jul 25 1979, 6 (10) p3353-67, ISSN 0301-5610
Journal Code: O8L


  32/3/174
  03818734   79195734
  Expression of xenotropic murine leukemia viruses as cell-surface gp70 in
genetic crosses between strains DBA/2 and C57BL/6.
  Morse HC 3d; Chused TM; Hartley JW; Mathieson BJ; Sharrow SO; Taylor BA
  J Exp Med  May 1 1979, 149 (5) p1183-96, ISSN 0022-1007
Journal Code: I2V


  32/3/175
  03818210   79195210
  T100: a new murine cell surface glycoprotein detected by anti-Lyt-2.1
serum.
  Durda PJ; Boos SC; Gottlieb PD
  J Immunol  Apr 1979, 122 (4) p1407-12, ISSN 0022-1767   Journal Code:
IFB


AM 27 014721

32/3/176
03476626   78110626
   Genetic control of endotoxic responses in mice.
   Watson J; Largen M; McAdam KP
   J  Exp Med   Jan 1 1978,  147 (1) p39-49,  ISSN 0022-1007   Journal Code:
I2V


32/3/177
03389884   78023884
   Reverse transcription of thyroglobulin 33-S mRNA.
   Dinsart C; Van Voorthuizen F; Vassart G
   Eur J Biochem   Aug 15 1977,  78 (1) p175-81,  ISSN 0014-2956
Journal Code: EMZ


32/3/178
03165782   77067782
   The ia antigens.
   Sachs DH
   Contemp Top Mol Immunol   1976,  5 p1-33,  ISSN 0090-8800
Journal Code: DQO
?


AM 27 014722

AM-ITC 00454658

| Set | Items | Description |
|-----|-------|-------------|
| S1 | 66204 | RECOMBINAN? OR RDNA OR CDNA OR GENETIC?(2N)ENGINEER??? OR |
|    |       | CLON??? OR CLONING()MOLECULAR OR MRNA OR BIOTECHNOLOG? |
| S2 | 7 | REPO OR RERYTHROPOIETIN |
| S3 | 1 | R()ERYTHROPOIETIN |
| S4 | 135002 | DC=D12.776.543? OR DC=D12.776.395? |
| S5 | 7853 | GLYCOSYLAT???? OR CARBOHYDRATE? ?(2N)STRUCTUR?? OR |
|    |       | CARBOHYDRATE? ?(N)CONFORMATION? ? |
| S6 | 564 | S4 AND PROTEIN()PROCESSING()POST()TRANSLATIONAL/DE |
| S7 | 5693 | (S1 OR S3) AND (S4 OR S5 OR S6) |
| S8 | 341 | CHO()CELL? ?/TI |
| S9 | 3333 | CHO OR CHINESE()HAMSTER()OVARY |
| S10 | 1541 | CV1 OR BSC1 OR BHK |
| S11 | 228 | COS AND (CELL()LINE OR CELLS()CULTURED) |
| S12 | 149 | S7 AND (S8 OR S9 OR S11) |
| S13 | 2480 | RECOMBINANT()PROTEINS |
| S14 | 2 | DNA()BI |
| S15 | 133 | DNA()BIOSYNTHESIS |
| S16 | 0 | S15 AND (S4 OR S5 OR S6) AND (S8 OR S9 OR S10 OR S11) |
| S17 | 87 | S12/1985:1988 |
| S18 | 62 | S12 NOT S17 |
| S19 | 0 | S12 AND (UD=8501 OR UD=8502 OR UD=8503) |
| S20 | 22375 | JA="8501" |
| S21 | 62 | (S12 AND S20) OR S18 |
| S22 | 62 | (S12 AND JA=8502) OR S18 |
| ? | | |

AM 27 014723

AM-ITC 00454659

22/7,JA,LA/1
05456238   85072238
  Phosphorylation of membrane proteins in monensin-resistant mutant of
Chinese hamster ovary cell with altered insulin-receptor activity.
  Ono M; Takahashi K; Sato Y; Kuwano M
  Biochem Int   Sep 1984, 9 (3) p369-77, ISSN 0158-5231   Journal Code:
9Y9
  Languages: ENGLISH
  Journal Announcement: 8503
  A Chinese hamster ovary (CHO) cell mutant resistant to the Na+/K+
ionophoric antibiotic, monensin, is partly defective in insulin-receptor
activity. Growth of the monensin-resistant mutant required higher dose of
insulin in defined medium than the parental CHO cell. Membrane proteins of
CHO and a monensin-resistant clone, MonR-31, were compared for their
capacity to be phosphorylated by endogenous phosphorylation enzyme in vitro
in the absence or presence of insulin. Several membrane proteins of CHO
were more highly phosphorylated as compared with MonR-31 in either the
absence or presence of insulin.


22/7,JA,LA/2
05440508   85056508
  Purification of recombinant glycosylated human gamma interferon expressed
in transformed Chinese hamster ovary cells.
  Devos R; Opsomer C; Scahill SJ; van der Heyden J; Fiers W
  J Interferon Res   Fall 1984, 4 (4) p461-8, ISSN 0197-2177
Journal Code: IJI
  Languages: ENGLISH
  Journal Announcement: 8503
  Human IFN-gamma was produced in cultures of a Chinese hamster ovary (CHO)
cell line transformed with a combination of plasmids encoding HuIFN-gamma
cDNA and mouse DHFR cDNA and subsequently selected for growth in the
presence of methotrexate. Confluent monolayers of these cells
constitutively secrete HuIFN-gamma into the medium reaching a concentration
of 2-5 micrograms/ml; the supernatant of the monolayer could be harvested
daily for a period of more than 10 days. IFN-gamma was purified by passing
the filtered CHO cell culture medium directly through a phosphocellulose
column followed by elution and adsorption on a Con A-Sepharose column.
Further concentration on an AMICON PM 10 filter and removal of high mw
contaminating proteins with DEAE-Sephacel resulted in a IFN-gamma
preparation of more than 99% purity (specific activity of about 10(8)
International units per mg of protein). Each liter of CHO conditioned
culture medium yielded 1-2 mg pure HuIFN-gamma. Its molecular weight, as
determined by gel filtration, is about 50 kD and corresponds to a dimer
structure. SDS-polyacrylamide gel electrophoresis indicated the presence of
a 21 kD and a 25 kD polypeptide as compared with 17 kD for unglycosylated,
bacterially made HuIFN-gamma and consistent with the two glycosylated forms
of HuIFN-gamma produced in mitogen-stimulated human lymphocyte cultures.


22/7,JA,LA/3
05432951   85048951
  Reconstitution of the transport of protein between successive
compartments of the Golgi measured by the coupled incorporation of
N-acetylglucosamine.
  Balch WE; Dunphy WG; Braell WA; Rothman JE

AM 27 014724

AM-ITC 00454660

Cell  Dec  1984,  39  (2  Pt  1)  p405-16,  ISSN 0092-8674  Journal Code:
CO4

Contract/Grant No.: AM 27044
Languages: ENGLISH
Journal Announcement: 8503

Transport  of  the VSV-encoded glycoprotein (G protein) between successive
compartments  of  the Golgi has been reconstituted in a cell-free system and
is  measured,  in  a  rapid  and  sensitive  new  assay,  by  the  coupled
incorporation of 3H-N-acetylglucosamine (GlcNAc). This glycosylation occurs
when  G  protein  is  transported during mixed incubations from the "donor"
compartment  in  Golgi  from VSV-infected CHO clone 15B cells (missing a key
Golgi  GlcNAc  transferase)  to  the  next,  successive  "acceptor"  compartment
(containing  the  GlcNAc  transferase)  in  Golgi from wild-type CHO cells.
Golgi  fractions  used  in  this  assay  have  been extensively purified, and
account  for  all  of the donor and acceptor activity in the cells. Together
with  several  other  lines  of evidence, this indicates that the cell-free
system  is  highly  specific,  measuring  only transport between sequential
compartments  in  the  Golgi  stack. Transport in vitro is almost as efficient
as  in  the  cell,  and  requires ATP and the cytosol fraction in addition to
protein components on the cytoplasmic surface of the Golgi membranes.


22/7,JA,LA/4
05432939  85048939
Translocation  across Golgi vesicle membranes: a CHO glycosylation mutant
deficient in CMP-sialic acid transport.
Deutscher SL; Nuwayhid N; Stanley P; Briles EI; Hirschberg CB
Cell  Dec  1984,  39  (2 Pt 1) p295-9, ISSN 0092-8674  Journal Code: CO4
Contract/Grant No.: CA-30345; GM 30365
Languages: ENGLISH
Journal Announcement: 8503

Golgi  vesicle  membranes  from  the  Lec2 CHO glycosylation mutant
translocate  CMP-sialic acid at only 2% the rate of vesicles from wild-type
CHO cells.  The deficiency is specific, because vesicles from Lec2 cells can
translocate UDP-N-acetylglucosamine, adenosine 3'-phosphate 5'-phosphosulfa
te,  and  UDP-galactose  at  rates  comparable  to  those  of  vesicles from
wild-type  cells. Complementation analyses show that Lec2 mutants belong to
the  same  genetic  complementation  group  as  clone 1021, a CHO mutant of
similar  phenotype.  Both  mutants have previously been shown to have a 90%
reduction  in  the  sialylation  of glycoproteins and gangliosides compared
with  wild-type  cells. However, 1021 cells appear to have normal levels of
CMP-sialic  acid,  sialyltransferase activity, and endogenous acceptors for
sialylation. It seems likely that the primary defect in Lec2 and 1021 cells
is  their  inability  to  translocate  CMP-sialic acid across Golgi vesicle
membranes.


22/7,JA,LA/5
05415790  85031790
Immunologic  differentiation  between  E.  coli  and  CHO  cell-derived
recombinant and natural human beta-interferons.
Colby CB; Inoue M; Thompson M; Tan YH
J  Immunol  Dec  1984,  133 (6) p3091-5, ISSN 0022-1767  Journal Code:
IFB
Languages: ENGLISH
Journal Announcement: 8502

The  products  of  the  human IFN-beta gene expressed in E. coli, Chinese
hamster ovary  (CHO) cells, and human fibroblasts appear similar when
purified  on  a  monoclonal  antibody column and analyzed by reverse-phase
HPLC,  indicating  little  difference in their hydrophobic nature. SDS-PAGE

X

AM 27 014725

AM-ITC 00454661

differentiates E. coli-rHuIFN-beta ser (Mr = 17,000) from CHO-rHuIFN-beta
and HuIFN-beta (Mr = 23,000), with glycosylation accounting for 26% of the
apparent m.w. of the latter two proteins. CHO-rHuIFN-beta is preferentially
neutralized by mouse monoclonal and monospecific rabbit polyclonal
anti-HuIFN-beta antibodies, whereas E. coli-rHuIFN-beta ser is
preferentially neutralized by goat polyclonal anti-E. coli-rHuIFN-beta
antibodies. Adsorption measurements by a sensitive radioimmunoassay
indicate that the binding of the three proteins to anti-HuIFN-beta
antibodies is similar. The results show that all three molecules can be
differentiated by the heteroclitic cross-reactivities of anti-HuIFN-beta
and anti-E. coli-rHuIFN-beta antibodies to the antigens.


22/7,JA,LA/6
05408898    85024898
    The human LDL receptor: a cysteine-rich protein with multiple Alu
sequences in its mRNA.
    Yamamoto T; Davis CG; Brown MS; Schneider WJ; Casey ML; Goldstein JL;
Russell DW
    Cell   Nov 1984, 39 (1) p27-38, ISSN 0092-8674    Journal Code: CQ4
    Contract/Grant No.: HL20948; HL31346; HD11149; +
    Languages: ENGLISH
    Journal Announcement: 8502
    The nucleotide sequence of a cloned 5.3 kilobase cDNA for the human low
density lipoprotein receptor revealed five domains in the 839 amino acid
protein: 322 NH2-terminal amino acids, extremely rich in disulfide-bonded
cysteine residues (15%) and including an 8-fold repeat of 40 residues that
may contain the LDL binding site; 350 residues homologous to the precursor
of mouse epidermal growth factor; a region immediately outside the plasma
membrane, rich in serine and threonine and the site of O-linked
glycosylation; 22 hydrophobic amino acids, spanning the plasma membrane;
and 50 COOH-terminal amino acids, projecting into the cytoplasm. The mRNA
for the receptor contains a 3' untranslated region of 2.5 kilobases that
includes multiple copies of the Alu family of repetitive DNA. Transfection
of simian COS cells with the human LDL receptor cDNA linked to the SV40
early promoter resulted in expression of functional cell surface receptors.


22/7,JA,LA/7
05393844    85009844
    Mapping and expression of a human cytomegalovirus major viral protein.
    Davis MG; Mar EC; Wu YM; Huang ES
    J Virol   Oct 1984, 52 (1) p129-35, ISSN 0022-538X    Journal Code: KCV
    Languages: ENGLISH
    Journal Announcement: 8501
    We constructed a DNA fragment map of low-passage Towne strain
cytomegalovirus by analyzing cross-blot hybridization and hybridizations of
isolated recombinant clones. The abundant late transcripts were located on
this map by hybridization of labeled total RNA of virus-infected cells to
blotted DNA fragments. The most abundant late transcript, carried by the
11.7-kilobase EcoRI fragment (EcoRI-G), was precisely mapped. The EcoRI
fragment was fragmented and subcloned in a plasmid carrying simian virus 40
sequences (pSV-OH, constructed by Chi-Bom Chae, Department of Biochemistry,
University of North Carolina, Chapel Hill). One resulting recombinant
plasmid, pHD713SV2, was transferred to simian virus 40-transformed monkey
kidney cells (COS-1) by DNA transfection. Synthesis of a
cytomegalovirus-specific 67-kilodalton protein was detected in these cells
by reaction of blotted proteins with virus-specific monoclonal antibody.
The 67-kilodalton protein is a major phosphorylated protein found in
virions; it is not glycosylated. The location of the gene for this

AM 27 014726

67-kilodalton protein is therefore assigned to the center of the L-unique region of human cytomegalovirus, at 0.37 to 0.39 map units.


22/7,JA,LA/8
05288790   84212790
   Mouse myeloma cells that make short immunoglobulin heavy chains: pleiotropic effects on glycosylation and chain assembly.
   Kenter AL; Warren T; Shields D; Birshtein BK
   J Cell Biol  Jun 1984, 98 (6) p2215-21, ISSN 0021-9525
Journal Code: HMV
   Contract/Grant No.: AI 13509; AI 10702
   Languages: ENGLISH
   Journal Announcement: 8409
   Two variants in immunoglobulin heavy chain production, derived from the MPC 11 mouse myeloma cell line, make short heavy (H) chains with identical precise deletions of the CH3 domain. The CH3 domain is expressed in the H chain mRNA from both variants. Although in vitro translation of this mRNA produces one H chain species, deleted heavy chains are secreted as heavy-light (HL) and H2L2 moieties in contrast to MPC 11, which secretes only H2L2 . The heavy chains of HL apparently contain more carbohydrate (CHO+) than do the H chains of H2L2 , and inhibition of N-linked glycosylation results in the secretion of relatively more H2L2 . Here we present evidence suggesting that (a) the absence of the CH3 domain has led to conformational changes in these molecules, (b) these changes permit posttranslational glycosylation, and (c) unrestrained glycosylation can frequently yield unusual CHO+ structures that make complete assembly unlikely.


22/7,JA,LA/9
05270003   84194003
   NH2-terminal hydrophobic region of influenza virus neuraminidase provides the signal function in translocation.
   Bos TJ; Davis AR; Nayak DP
   Proc Natl Acad Sci USA  Apr 1984, 81 (8) p2327-31, ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: ROI AI-16348; ROI AI-12749; GM-07104
   Languages: ENGLISH
   Journal Announcement: 8408
   Influenza virus neuraminidase (NA), unlike the majority of integral membrane proteins, does not contain a cleavable signal sequence. It contains an NH2-terminal hydrophobic domain that functions as an anchor. We have investigated the signal function for translocation of this NH2-terminal hydrophobic domain of NA by constructing chimeric cDNA clones in which the DNA coding for the first 40 NH2-terminal hydrophobic amino acids of NA was joined to the DNA coding for the signal-minus hemagglutinin (HA) of influenza virus. The chimeric HA (N40H) containing the NH2 terminus of NA was expressed in CV1 cells by using a simian virus 40 late-expression vector. The chimeric HA is synthesized, translocated into the rough endoplasmic reticulum, and glycosylated, whereas HA lacking the signal sequence is present only in small amounts and is unglycosylated. These results clearly show that the NH2 terminus of NA, in addition to its anchor function, also provides the signal function in translocation. However, the acquisition of complex oligosaccharides and the transport of N40H to the cell surface are greatly retarded. To determine if the presence of two anchor sequences, one provided by NA at the NH2 terminus and the other provided by HA at the COOH terminus of N40H, was responsible for the slow transport, the NH2 terminus of NA was fused to an "anchorless" HA. The resulting chimeric HA (N40H482) contains the hydrophobic domain of NA at

AM 27 014727

AM-ITC 00454663

the NH2 terminus but lacks the HA anchor at the COOH terminus. N40H482 was synthesized and glycosylated; however, as with N40H, the acquisition of complex oligosaccharides and the migration to the cell surface are greatly retarded. Immunofluorescence data also support that, compared to the native HA, only a small amount of chimeric HA proteins is transported to the cell surface. Thus, the hydrophobic NH2 terminus of NA, although capable of providing the signal function in translocation across the rough endoplasmic reticulum, interferes with the tra

22/7,JA,LA/10
05261856      84185856
`Chinese hamster ovary cell variants resistant to monensin, an ionophoric antibiotic. II. Growth requirement for insulin and altered insulin-receptor activity.
  Sato Y; Ono M; Takaki R; Kuwano M
  J Cell Physiol   May 1984,  119 (2) p204-10,  ISSN 0021-9541
Journal Code: HNB
  Languages: ENGLISH
  Journal Announcement: 8408
  From the Chinese hamster ovary (CHO) cell, genetic variants (MonR-31 and MonR-32) relatively resistant to monensin, an ionophoric antibiotic, have been isolated. Growth of both MonR-31 and MonR-32 clones required higher doses of serum than CHO. Addition of insulin to media containing a low dose of serum restored full colony formation, but growth of MonR-31 or MonR-32 cells required more insulin than CHO cells. Specific binding of [125I]insulin was observed in these cell lines. The two MonR clones bound about one-half or less the [125I]insulin bound by CHO cells. Scatchard analysis for [125I]insulin binding at 4 degrees C and 37 degrees C showed altered number of binding sites, but not insulin affinity: The number of binding sites in the MonR cell was about a half or less that of the parental CHO cell. Down-regulation of insulin receptor was assayed when both CHO and MonR cells were incubated with 1 microgram/ml insulin. A 50-60% decrease in levels of insulin surface binding capacities was observed in CHO after exposure to insulin, whereas there was no decrease in MonR cell. The cellular uptake of 2-[3H]deoxyglucose into CHO cells was significantly enhanced in the presence of insulin, but only slight, if any, increase was observed in MonR cells.

22/7,JA,LA/11
05256761      84180761
  BHK cell variant with defective fibronectin receptor function.
  Oppenheimer-Marks N; Border B; Grinnell F
  Cell Biol Int Rep   Feb 1984,  8 (2) p171-8,  ISSN 0309-1651
Journal Code: CRC
  Contract/Grant No.: CA14609
  Languages: ENGLISH
  Journal Announcement: 8408
  Baby     hamster     kidney     cells     were     mutagenized     with N-methyl-N'-nitro-N-nitrosoguanidine and selected to obtain a population of non-attaching cells. The cell variant FN-1 was cloned from the non-attaching cell population, recloned, and tested for cell adhesive interactions using four different assays of fibronectin (pFN) receptor function: cell attachment and spreading on culture dishes and cell binding and phagocytosis of latex beads. On pFN-coated culture dishes, FN-1 cells had decreased attachment compared to parental cells and were unable to spread. With pFN-coated beads, only one third as many pFN-bead binding sites could be detected on FN-1 cells as on the parental cells, and the FN-1 cells were unable to phagocytose the pFN-coated beads. In other

AM 27 014728

AM-ITC 00454664

studies, the variant cells were able to attach normally and spread partially on substrata coated with polycationic ferritin, concanavalin A, or anti-BHK cell surface antibody. The results suggest that the pFN-receptor function of FN-1 cells is defective.


22/7,JA,LA/12
05232538    84156538
   Microinjection of mRNA coding for an anti-Golgi antibody inhibits intracellular transport of a viral membrane protein.
   Burke B; Warren G
   Cell    Apr 1984, 36 (4) p847-56, ISSN 0092-8674    Journal Code: C04
   Languages: ENGLISH
   Journal Announcement: 8407
   Messenger RNA was prepared from a hybridoma cell line secreting a monoclonal antibody (53FC3) directed against a luminal epitope of a Golgi membrane protein (Mr = 135 kd) found in rodent cells. When this mRNA was microinjected into the cytoplasm of BHK cells, mouse IgG was seen to accumulate in the Golgi complex after 5-6 hr of incubation. No accumulation was seen in 3T3 cells which lack the epitope recognized by 53FC3. When microinjected BHK cells were infected with vesicular stomatitis virus, surface expression of the viral G protein was considerably reduced when compared with neighboring noninjected cells.


22/7,JA,LA/13
05218230    84142230
   Expression and regulation of human low-density lipoprotein receptors in Chinese hamster ovary cells.
   Sege RD; Kozarsky K; Nelson DL; Krieger M
   Nature    Feb 23-29 1984, 307 (5953) p742-5, ISSN 0028-0836
Journal Code: NSC
   Contract/Grant No.: GM07753
   Languages: ENGLISH
   Journal Announcement: 8406
   Low-density lipoprotein (LDL), the major cholesterol transport component of human plasma, delivers cholesterol to mammalian cells via the LDL pathway of receptor-mediated endocytosis. LDL receptor activity and cholesterol biosynthesis are coordinately regulated by cholesterol-mediated feedback suppression. We have developed methods for the isolation of mutant and revertant (M.K., unpublished data) Chinese hamster ovary (CHO) cells having alterations in cholesterol biosynthesis and in the receptor-mediated endocytosis of LDL. The defective locus of one LDL receptor-negative CHO mutant (clone 7a-1) is apparently the structural gene for the LDL receptor (D. Kingsley, M. Segal and M.K., unpublished data). Here we have transfected 7a-1 cells with human DNA and selected colonies which synthesize functional human LDL receptors whose expression is regulated normally. This selection may prove useful for cloning genes required for the receptor-mediated endocytosis of LDL and other ligands and thus for elucidating the molecular defects responsible for familial hypercholesterolaemia, one of the most common genetic diseases in humans.


22/7,JA,LA/14
05217852    84141852
   Inducible expression of amplified human beta interferon genes in CHO cells.
   McCormick F; Trahey M; Innis M; Dieckmann B; Ringold G
   Mol Cell Biol    Jan 1984, 4 (1) p166-72, ISSN 0270-7306
Journal Code: NGY

AM 27 014729

AM-ITC 00454665

Languages: ENGLISH
Journal Announcement: 8406

Plasmid DNA containing the human beta-interferon (IFN-beta) gene and mouse dihydrofolate reductase cDNA was transfected into dihydrofolate reductase-negative Chinese hamster ovary cells. Dihydrofolate reductase-positive transformants were obtained, and cells containing amplified copies of mouse dihydrofolate reductase were selected by exposure to increasing methotrexate concentrations. These cells were found to express high levels of human IFN-beta after polyriboinosinic acid-polyribocytidylic acid superinduction or NDV infection; this was a result of coamplification of the IFN-beta gene. Levels of expression of 1 U/cell per day were achieved on superinduction, giving corresponding titers of up to 10(10) U/liter medium in culture supernatants. Constitutive production of IFN-beta rates of about 0.5% of superinduced rates was observed; cells producing these levels of IFN-beta had acquired resistance to cytotoxic antiviral effects of IFN-beta. Two forms of human IFN-beta were produced; a major glycosylated 23,000-dalton form and an unglycosylated 18,500-dalton form. The latter had greatly reduced antiviral activity. IFN-beta production was very sensitive to cellular growth rate; the highest levels were produced by density-arrested cultures. Regulation of IFN-beta production by polyriboinosinic acid-polyribocytidylic acid or by cell density effects required the presence of DNA sequences 5' to the IFN-beta-coding sequences; replacement of these sequences with the simian virus 40 early promoter resulted in uninducible, density-independent production of IFN-beta.


22/7,JA,LA/15
05195494   84119494
   Chimeric influenza virus hemagglutinin containing either the NH2 terminus or the COOH terminus of G protein of vesicular stomatitis virus is defective in transport to the cell surface.
   McQueen NL; Nayak DP; Jones LV; Compans RW
   Proc Natl Acad Sci USA   Jan 1984,  81 (2) p395-9,  ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: RO1 AI2749; RO1 AI16348; RO1 AI12680; +
   Languages: ENGLISH
   Journal Announcement: 8405
   Chimeric cDNA clones of influenza virus hemagglutinin (HA) were constructed in which the DNA encoding either the NH2 terminus or the COOH terminus of HA was replaced with that of a vesicular stomatitis virus G protein. The chimeric cDNAs (GHA or HAG) were expressed in CV1 cells using the simian virus 40 late replacement promoter. Both chimeric proteins are synthesized, glycosylated, and transported to the rough endoplasmic reticulum. These results show that the NH2-terminal sequences of vesicular stomatitis virus G protein can provide a signal function for translocation and the COOH-terminal sequences can provide the anchor function for the influenza virus HA, When substituted for similar sequences. However, the chimeric glycoproteins were not transported to the Golgi complex or the plasma membrane. The implication of these results in translocation, sorting, and transport processes is discussed.


22/7,JA,LA/16
05193936   84087936
   Biosynthesis of N- and O-linked oligosaccharides of the low density lipoprotein receptor.
   Cummings RD; Kornfeld S; Schneider WJ; Hobgood KK; Tolleshaug H; Brown MS; Goldstein JL
   J Biol Chem   Dec 25 1983,  258 (24) p15261-73,  ISSN 0021-9258


**AM 27 014730**

**AM-ITC 00454666**

Journal Code: HIV
Contract/Grant No.: RO1 CA08759; HL 20948; 5 T32 HD07103
Languages: ENGLISH
Journal Announcement: 8404

In human fibroblasts, the receptor for low density lipoprotein (LDL) is synthesized as a precursor of apparent Mr = 120,000 which is converted to a mature form of apparent Mr = 160,000, as determined by migration in sodium dodecyl sulfate (SDS)-polyacrylamide gels (Tolleshaug, H., Goldstein, J. L., Schneider, W. J., and Brown, M. S. (1982) Cell 30, 715-724). The current paper describes the relationship of N- and O-glycosylation to this post-translational modification. Oligosaccharides were analyzed from precursor and mature forms of LDL receptors that had been immunoprecipitated from cells grown in media containing radioactive sugars. In human epidermoid carcinoma A-431 cells, the receptor precursor appears to contain one N-linked high mannose oligosaccharide and approximately 6-9 N-acetylgalactosamine residues linked O-glycosidically to Ser/Thr residues. In the mature receptor, the O-linked oligosaccharides are mono- and disialylated species having the core structure of galactose leads to N-acetylgalactosamine leads to Ser/Thr. The single N-linked oligosaccharide of the mature receptor can either be a tri- or tetraantennary complex-type species. Similar results were obtained with normal human fibroblast receptor except that the O-linked oligosaccharides on the precursor are neutral disaccharides, of which one component is GalNAc and the N-linked complex type unit on the mature receptor is less branched. Since the addition of GalNAc residues to Ser/Thr residues precedes the conversion of N-linked high mannose-type oligosaccharides to complex-type structures, the transfer of N-acetylgalactosamine must occur prior to the entry of glycoproteins into the region of the Golgi containing the processing enzyme alpha-mannosidase I. We also studied the receptor from tunicamycin-treated cells and after treatment with neuraminidase. In addition, we analyzed the receptor synthesized by a lectin-resistant clone of Chinese hamster ovary cells that is deficient in adding galactose

22/7,JA,LA/17
05106747    84030747
Supplementary factors required for serum-free culture of rat kidney cells of line NRK-49F.
Bradshaw GL; Dubes GR
In Vitro   Oct 1983,  19  (10) p735-42,  ISSN 0073-5655    Journal Code: GHD
Languages: ENGLISH
Journal Announcement: 8402

Factors required as supplements to basal tissue culture medium for the multiplication of cells of the cloned rat fibroblast line called normal rat kidney 49F (NRK-49F) were identified as epidermal growth factor, fibronectin, insulin, and retinoic acid. The requirement for fibronectin was manifested on a clean glass surface but not on the polystyrene plastic surface tested. This set of required factors differs substantially from the factor sets required by the Madin-Darby canine kidney (MDCK) and LLC-PK1 pig kidney lines of epithelial cells and the baby hamster kidney 21 (BHK-21) line of fibroblasts. The serum-free medium supplemented with the four factors supported rapid growth of NRK-49F cells when the initial cell population density was about 8,000 cells/cm2 or greater. At lower initial densities, cell multiplication was markedly increased by adding serum-free medium that had been conditioned by NRK-49F cells. Cell growth rate in the defined serum-free medium stayed high through two serial passages but declined in the third serial passage unless the cell-conditioned medium was added.

AM 27 014731

AM-ITC 00454667

22/7,JA,LA/18
05102233    84026233
   Hybrid, sialylated N-glycans accumulate in a ricin-resistant mutant of
baby hamster kidney BHK cells.
   Hughes RC; Mills G; Stojanovic D
   Carbohydr Res    Aug 16 1983,  120 p215-34,  ISSN 0008-6215
Journal Code: CNY
   Languages: ENGLISH
   Journal Announcement: 8402
   Glycoproteins synthesized in a ricin-resistant mutant of BHK cells, clone
RICR21, were labelled by growth of the cells in radioactive D-mannose,
D-glucosamine, or L-fucose. Glycopeptides obtained from disrupted cells by
exhaustive digestion with Pronase were fractionated into components binding
to concanavalin A-Sepharose and nonbinding components. The binding
components eluted with methyl alpha-D-mannopyranoside were separated by gel
filtration on Bio-Gel P-4 into two main subfractions: an oligomannosidic
fraction that was susceptible to Jack bean alpha-D-mannosidase and a
fraction that became totally degraded only in the additional presence of
neuraminidase, beta-D-galactosidase, and N-acetyl-beta-D-glucosaminidase.
Further analysis of the latter fraction by exoglycosidase digestion
together with consideration of the known pathways for the biosynthesis of
asparagine-linked sugar chains of glycoproteins was consistent with a
"hybrid" structure containing a NeuAc leads to Gal leads to GlcNAc sequence
linked to the alpha-D-mannosyl-(1 leads to 3) residue of the core sequence,
and a terminal alpha-D-mannosyl group linked to the alpha-(1 leads to 6)
branch of the core sequence. The hybrid fraction was labelled after growth
of the cells in radioactive L-fucose and was adsorbed to a lentil
lectin-Sepharose column indicating the presence of core fucosylation. The
novel structure represented about 30-35% of the total cellular
glycopeptides of RICR21 cells and was not present in the glycopeptides of
normal, ricin-sensitive BHK cells. Conversely, double-branched
(biantennary) complex N-glycans, a prominent constituent of BHK cell
glycoproteins, were absent in RICR21 cells, and analysis of the nonbinding
fraction obtained from concanavalin A-Sepharose indicated that triple- and
quadruple-branched (tri- and tetra-antennary), complex N-glycans present in
normal BHK cell glycoproteins were also absent.


22/7,JA,LA/19
05067018    83300018
   Amphotericin B selection of mutant Chinese hamster cells with defects in
the receptor-mediated endocytosis of low density lipoprotein and
cholesterol biosynthesis.
   Krieger M; Martin J; Segal M; Kingsley D
   Proc Natl Acad Sci USA   Sep 1983,  80 (18) p5607-11,  ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: GM30243
   Languages: ENGLISH
   Journal Announcement: 8312
   This paper describes a rapid and efficient two-step procedure for the
isolation of mutant cells with defects in receptor-mediated endocytosis.
The procedure takes advantage of two fungal metabolites, compactin
(ML236B), a potent inhibitor of cholesterol biosynthesis, and amphotericin
B, a polyene antibiotic that forms toxic complexes with sterols in
membranes. Mutagen-treated Chinese hamster ovary cells were preincubated
overnight in a medium containing mevalonate, low density lipoprotein (LDL),
and compactin (Mev/LDL/Com). At the end of the preincubation period,
wild-type cells were cholesterol replete while mutant cells that could not
utilize the cholesterol in LDL were cholesterol deficient. Subsequent

AM 27 014732

AM-ITC 00454668

incubation with amphotericin B for 6 hr killed most of the wild-type cells. After a second round of Mev/LDL/Com-amphotericin B selection, endocytosis-defective clones appeared at a frequency of approximately equal to 2.6 X 10(-5). Some of these clones expressed LDL receptor-defective phenotypes and fell into one of two previously defined classes of mutation. Sensitivity of the mutants to infection by vesicular stomatitis virus suggested that the mutations do not disrupt the coated pit-coated vesicle pathway of endocytosis. Minor modifications in the Mev/LDL/Com-amphotericin B selection permit the isolation of cholesterol auxotrophs and might allow the isolation of conditional-lethal mutations. Because LDL can be coupled to ligands that bind to receptors other than the LDL receptor, Mev/LDL/Com-amphotericin B selection may permit the isolation of mutant cells with defects that specifically disrupt other endocytic pathways.


22/7,JA,LA/20
05061700  83294700
   Synthesis of hepatitis B surface antigen in mammalian cells: expression of the entire gene and the coding region.
   Laub O; Rall LB; Truett M; Shaul Y; Standring DN; Valenzuela P; Rutter WJ
   J Virol  Oct 1983,  48 (1) p271-80,  ISSN 0022-538X   Journal Code: KCV
   Languages: ENGLISH
   Journal Announcement: 8312
   We have constructed two simian virus 40 early replacement recombinants that have the coding sequences for hepatitis B virus surface antigen (HBsAg). One construction, LSV-HBsAg, has the coding region for HBsAg but not the portion encoding the putative pre-surface antigen leader. Transformed monkey kidney cells (COS) infected with this recombinant express large quantities of the characteristic partially glycosylated HBsAg molecule, which are assembled into 22-nm particles that appear similar to those produced by human liver cells infected with hepatitis B virus. This result indicates that the pre-surface antigen sequences are not required for the synthesis of HBsAg or its assembly into particulate structures. The second recombinant, LSV-HBpresAg, has the entire surface antigen gene, including the putative promoter and pre-surface antigen region. COS cells infected with this recombinant plasmid produce 40- to 50-fold less HBsAg than those infected with the LSV-HBsAg recombinant plasmid. RNA mapping studies suggest that the transcription of the HBsAg gene is initiated at more than one site, or alternatively, that RNA splicing of transcripts occurs in the pre-surface antigen region.


22/7,JA,LA/21
05040674  83273674
   Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells.
   Scahill SJ; Devos R; Van der Heyden J; Fiers W
   Proc Natl Acad Sci USA  Aug 1983,  80 (15) p4654-8,  ISSN 0027-8424  Journal Code: PV3
   Languages: ENGLISH
   Journal Announcement: 8311
   Cotransformation with two plasmids, one [pSV2-IFN-gamma] encoding human immune interferon (Hu IFN-gamma) and the other [pAdD26SV(A)-3] encoding mouse dihydrofolate reductase, has been used to establish Chinese hamster ovary (CHO) cell lines that secrete high levels of Hu IFN-gamma. Hu IFN-gamma production by the transformed CHO cell lines E-10B and E-10C reached approximately 50,000 units/ml of culture medium, which compares favorably with that of stimulated lymphocytes. Furthermore, as the Hu IFN-gamma cDNA gene used in these studies is under the transcriptional control of the simian virus 40 early promoter, Hu IFN-gamma production is

X

AM 27 014733

AM-ITC 00454669