```
AN  CA99(15):117107a
TI  Molecular cloning of human haptoglobin cDNA:  evidence for a single
    mRNA coding for .alpha.2 and .beta. chains
AU  Vander Straten, A.; Herzog, A.; Jacobs, P.; Cabezon, T.; Bollen, A.
CS  Lab. Genet., Univ. Brussels
LO  Rhode-St-Genese B-1640, Belg.
SO  EMBO J., 2(6), 1003-7
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  EMJODG
IS  0261-4189
PY  1983
LA  Eng
AN  CA99(15):117107a
```

AB  Human haptoglobin (Hp) is a plasma glycoprotein composed of .alpha.
    and .beta. polypeptide chains that are covalently assocd. by
    disulfide bonds.  It has been suggested that .alpha. and .beta.
    polypeptides could be synthesized via a common precursor polypeptide.
    The DNA complementary to human Hp mRNA was cloned.  One of the
    clones, pULB1148, carries a full-length copy that codes for both
    .alpha.2 and .beta. polypeptides.  In vitro translation of human
    liver mRNA hybridizing with this cDNA gives a protein of 49,000
    daltons.  The sequence of the .alpha.2.beta. cDNA shows a single
    arginine residue between glutamine-142 of the .alpha.2 chain and
    isoleucine-1 of the .beta. chain.  With a few minor exceptions, the
    DNA sequence fits the previously published amino acid sequences.  The
    differences are: the presence of an aspartic acid residue at position
    52 of .alpha.2 instead of asparagine, the existence in .beta. of only
    1 lysine residue between glycine-65 and the following glutamine, the
    presence of serine and cysteine at positions 218-219 instead of
    cysteine-serine, and of aspartic acid residues at positions 205 and
    235 instead of asparagine.

L25 ANSWER 30 OF 49

```
AN  CA99(13):100263a
TI  Association between transplantation antigens and a viral membrane
    protein synthesized from a mammalian expression vector
AU  Paabo, S.; Weber, F.; Kaempe, O.; Schaffner, W.; Peterson, P. A.
CS  Dep. Cell Res., Wallenberg Lab.
LO  Uppsala S-751 22, Swed.
SO  Cell (Cambridge, Mass.), 33(2), 445-53
SC  3-4 (Biochemical Genetics)
SX  10, 15
DT  J
CO  CELLB5
IS  0092-8674
PY  1983
LA  Eng
AN  CA99(13):100263a
```

AB  Cells infected or transformed by adenovirus-2 express complexes of
    the viral E19 protein and class I transplantation antigens.  To
    eliminate the complication of the numerous metabolic changes in
    adenovirus-infected and -transformed cells, the E19 gene was detached
    from its viral background by the construction of transient expression
    vectors in which the E19 coding sequence is flanked by the SV40 early
    promoter and the 3' region of the rabbit .beta.-globulin gene.  E19
    prodn. was assayed 2 days after transfection of monkey COS or human
    HeLa cells with vector DNA.  Efficient E19 gene expression depends on

AM 27 014769

AM-ITC 00454705

Dockets.Justia.com

the presence of an intron (the 2nd .beta.-globin intron), and the E19
protein is properly processed and anchored in the plasma membrane of
transfected cells.  The vector-synthesized E19 protein is also
assocd. with class I transplantation antigens in human cells, since a
fraction of it is copptd. both with antiserum against HLA antigens
and with monoclonal antibodies against .beta.2-microglobulin.


L25 ANSWER 31 OF 49

AN   CA99(9):65254z
TI   Isolation and characterization of cDNA clones for human and bovine
     fibronectins
AU   Kornblihtt, Alberto R.; Vibe-Pedersen, Karen; Baralle, Francisco E.
CS   Sir William Dunn Sch. Pathol., Univ. Oxford
LO   Oxford OX1 3RE, UK
SO   Proc. Natl. Acad. Sci. U. S. A., 80(11), 3218-22
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   PNASA6
IS   0027-8424
PY   1983
LA   Eng
AN   CA99(9):65254z
AB   A bovine fibronectin (FN) cDNA clone (pFB1) was isolated by screening
     a cDNA library of calf testis fibroblasts with a synthetic
     oligonucleotide probe.  The probe was a mixt. of 8 14-base-long
     oligonucleotides designed from the amino acid sequence
     Glu-Cys-Phe-Met-Pro present in the 3000-mol.-wt. C-terminal fragment
     of bovine plasma FN.  Plasmid pFB1 contained a 1000-base-pair (bp)
     insert comprising the complete 3' noncoding region (690 bp) and
     .apprx.300 bp of the coding region.  Clone pFB1 was used as a
     radioactive probe in the screening of a human cell line (Hs 578T)
     cDNA library.  Eleven pos. cDNA clones were detected; 1 (pFH1)
     contained a 2000-bp insert comprising the complete 3' noncoding
     region (693 bp) and .apprx.1300 bp of the coding region of human FN.
     The sequences of the clone pFB1 insert and of the homologous region
     in clone pFH1 were detd.  The nucleotide sequences were 90%
     homologous.  Six amino acid changes were found, clustered in an area
     connecting 2 structural domains described in bovine plasma FN.
     Furthermore, the 204 C-terminal amino acid sequence of bovine FN was
     completed by overlapping 2 peptide fragments (mol. wts. 3000 and
     23,000).  Clone pFH1 was used in estg. the size of human fibronectin
     mRNA (7900 bases) through blot hybridization anal.  Southern blot
     studies suggest that human FN is coded by a unique gene.


L25 ANSWER 32 OF 49

AN   CA99(3):17450p
TI   Nucleotide sequence of a cDNA for the common .alpha. subunit of the
     bovine pituitary glycoprotein hormones.  Conservation of nucleotides
     in the 3'-untranslated region of bovine and human pre-.alpha. subunit
     mRNAs
AU   Nilson, John H.; Thomason, Arlen R.; Cserbak, Marian T.; Moncman,
     Carole L.; Woychik, Richard P.
CS   Sch. Med., Case Western Reserve Univ.
LO   Cleveland, OH 44106, USA
SO   J. Biol. Chem., 258(8), 4679-82
SC   3-3 (Biochemical Genetics)
SX   2, 13

AM 27 014770

AM-ITC 00454706

DT  J
CO  JBCHA3
IS  0021-9258
PY  1983
LA  Eng
AN  CA99(3):17450p
AB  A cDNA clone for the pre-.alpha. subunit of the pituitary glycoprotein hormones was isolated from a bovine pituitary cDNA library with a pool of synthetic oligodeoxynucleotide probes. This clone, designated p8.alpha., contains a 564-base-pair insert which includes a portion of the signal sequence, the entire coding sequence of the mature protein, and 224 base pairs of the 3'-untranslated sequence. The nucleotide and amino acid sequences for the mature bovine .alpha. subunit were homologous to the sequences reported for humans and rodents, with the most extensive homol. occurring between cattle and rodents (85-90%). However, a comparison of the 3'-untranslated regions of pre-.alpha. subunit mRNA from 3 different mammalian species indicated that in cattle and rat, or in human and rat, these sequences have rapidly diverged, and showed resp. homologies of 21 and 36%. In contrast, the sequence homol. obsd. between the 3'-untranslated regions of cattle and human was 79%, which approaches the level of homol. shared by their coding sequences. Thus, the conservation of the 3'-untranslated sequence in bovine and human pre-.alpha. subunit mRNA might indicate that this region is functionally significant in these 2 species.

L25 ANSWER 33 OF 49

AN  CA99(1):1181r
TI  The human thyroglobulin gene contains two 15-17 kb introns near its 3'-end
AU  Van Ommen, Gert Jan B.; Arnberg, Annika C.; Baas, Frank; Brocas, Huguette; Sterk, Andre; Tegelaers, Wil H. H.; Vassart, Gilbert; De Vijlder, Jan J. M.
CS  Dep. Pediatr. Endocrinol., Acad. Med. Cent.
LO  Amsterdam 1105 AZ, Neth.
SO  Nucleic Acids Res., 11(8), 2273-85
SC  3-3 (Biochemical Genetics)
SX  2, 13
DT  J
CO  NARHAD
IS  0305-1048
PY  1983
LA  Eng
AN  CA99(1):1181r
AB  Overlapping segments of the human thyroglobulin gene were cloned from a genomic cosmid library. Restriction mapping and electron microscopy show that a region of 38 kilobases (kb) at or near the 3'-end of this gene encodes only 850 nucleotides or 10% of the mRNA sequence. The region contains 5 exons of 130-210 nucleotides, split by introns of 1 to 15-17 kg. This represents the lowest ratio of coding to noncoding DNA (2.2%) found to date in any eukaryotic gene. Blot hybridization under nonstringent conditions shows the presence of only 1 copy of this gene in the human genome and the absence of other closely related sequences.

L25 ANSWER 34 OF 49

AN  CA98(19):155863f
TI  Molecular cloning of human genes for serum amyloid A

AM 27 014771

AM-ITC 00454707

```
AU  Sack, George H., Jr.
CS  Sch. Med., Johns Hopkins Univ.
LO  Baltimore, MD 21205, USA
SO  Gene, 21(1-2), 19-24
SC  3-4 (Biochemical Genetics)
DT  J
CO  GENED6
IS  0378-1119
PY  1983
LA  Eng
AN  CA98(19):155863f
AB  Three human DNA fragments hybridizing to a mouse cDNA plasmid for the
    acute phase protein amyloid A were isolated from the human .lambda.
    Charon 4A phage library.  Two of these recombinants, GSAA1 [12.8
    kilobase (kb) insert] and GSAA 2 (15.9 kb insert), share an
    apparently identical internal region of 9.7 kb, whereas the 3rd,
    GSAA3 (15.95 kb insert), shows different restriction enzyme
    fragments.  Hybridization studies localize the coding region to
    single HindIII fragments and suggest that all coding information is
    present in these recombinants; these fragments were subcloned into
    pBR322 and mapped for further study.
```

L25 ANSWER 35 OF 49

```
AN  CA98(13):102082u
TI  Cloning of several cDNA segments coding for human liver proteins
AU  Costanzo, F.; Castagnoli, L.; Dente, L.; Arcari, P.; Smith, M.;
    Costanzo, P.; Raugei, G.; Izzo, P.; Pietropaolo, T. C.; et al.
CS  Eur. Mol. Biol. Lab.
LO  Heidelberg D-6900, Fed. Rep. Ger.
SO  EMBO J., 2(1), 57-61
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  EMJODG
PY  1983
LA  Eng
AN  CA98(13):102082u
AB  A human cDNA library was constructed with phage M13 deriv. vectors.
    The simple and rapid procedures for sequencing single-stranded DNA by
    the dideoxy chain termination method allowed a screening of
    individual clones directly by DNA sequence anal.  Some of these
    clones were identified as coding for serum albumin,
    .alpha.1-antitrypsin [9041-92-3], retinol-binding protein,
    prothrombin [9001-26-7], haptoglobin, and metallothionein.
    Furthermore, a clone coding for aldolase B [9024-52-6] was
    tentatively identified on the basis of high sequence homol. with
    rabbit muscle aldolase.
```

L25 ANSWER 36 OF 49

```
AN  CA98(5):32063n
TI  Enamel extracellular matrix: differentiation specific gene products
    and the control of their synthesis and accumulation during
    development
AU  Slavkin, Harold C.; Zeichner-David, Margarita; Siddiqui, M. A. Q.
CS  Lab. Dev. Biol., Univ. South. California
LO  Los Angeles, CA, USA
SO  Int. Congr. Ser. - Excerpta Med., 589(Curr. Adv. Skeletogenesis),
    24-33
```

AM 27 014772

AM-ITC 00454708

```
SC  13-3 (Mammalian Biochemistry)
SX  3
DT  J
CO  EXMDA4
IS  0531-5131
PY  1982
LA  Eng
AN  CA98(5):32063n
AB  The major fetal rabbit enamel protein is a 70,000-mol.-wt. acidic
    glycoprotein, termed enamelin (I).  I has an amino acid compn.
    dissimilar to that previously published for mammalian enamel matrix
    amelogenins.  Rabbit anti-fetal rabbit enamel protein antisera were
    used to localize protein synthesis and secretion during cap stage
    molar organogenesis in serumless medium.  Whereas the Trowell method
    for organ culture and serumless medium was permissive for odontoblast
    and ameloblast differentiation, no mineralization was obsd.  These
    observations suggest that during rabbit tooth development in vitro,
    morphogenesis, and tissue-specific differentiation are not dependent
    upon serum-derived humoral factors.  Dentin mineralization is not
    required for subsequent epithelial differentiation into ameloblasts.
    Recent tech. advances in the isolation of enamel mRNAs enable the
    construction of fetal rabbit enamel cDNA clones and the future
    investigation of gene expression during amelogenesis.
```

L25  ANSWER 37 OF 49

```
AN  CA97(23):193983g
TI  Construction of recombinant plasmids containing rat thyroglobulin
    mRNA sequences
AU  Di Lauro, Roberto; Obici, Silvana; Acquaviva, Angela M.; Alvino,
    Claudio G.
CS  Fac. Med. Chir., Univ. Napoli
LO  Naples 80131, Italy
SO  Gene, 19(1), 117-25
SC  3-4 (Biochemical Genetics)
DT  J
CO  GENED6
IS  0378-1119
PY  1982
LA  Eng
AN  CA97(23):193983g
AB  Two plasmids contg. rat thyroglobulin cDNA sequences were constructed
    and characterized.  A plasmid with a 500-base-pair (bp) insert (pRT6)
    was isolated and identified as thyroglobulin-specific on the basis of
    the tissue specificity of the inserted sequence and of its ability to
    retain thyroglobulin mRNA on a nitrocellular filter.  The cDNA insert
    in pRT6 was subsequently used to screen rat thyroid cDNA library
    constructed with large cDNA.  A plasmid was found contg. a 1700-bp
    insert.  The polarity and the fidelity of the insert was demonstrated
    by S1 mapping.
```

L25  ANSWER 38 OF 49

```
AN  CA97(13):108150r
TI  Kinetics of induction of .alpha.1-acid glycoprotein
AU  Ricca, George A.; McLean, John W.; Taylor, John M.
CS  Milton S. Hershey Med. Cent., Pennsylvania State Univ.
LO  Hershey, PA 17033, USA
SO  Ann. N. Y. Acad. Sci., 389(C-React. Protein Plasma Protein Response
    Tissue Inj.), 88-105
```

AM 27 014773

AM-ITC  00454709

```
SC  14-11 (Mammalian Pathological Biochemistry)
SX  3
DT  J
CO  ANYAA9
IS  0077-8923
PY  1982
LA  Eng
AN  CA97(13):108150r
AB  This investigation describes the cloning of rat .alpha.1-acid
    glycoprotein (.alpha.1-AGP) double-stranded cDNA, the development of
    a new method for the synthesis of a radiolabeled cDNA hybridization
    probe directly from the cloned DNA, the utilization of this
    hybridization probe to demonstrate that acute inflammation causes an
    increased accumulation of .alpha.1-AGP mRNA that is responsible for
    the increased plasma concn. of this protein, and the complete
    nucleotide sequence of rat .alpha.1-AGP mRNA.


L25 ANSWER 39 OF 49

AN  CA97(11):86287m
TI  Expression of the structural proteins of Semliki Forest virus from
    cloned cDNA microinjected into the nucleus of baby hamster kidney
    cells
AU  Kondor-Koch, Claudia; Riedel, Heimo; Soederberg, Kathy; Garoff,
    Henrik
CS  Eur. Mol. Biol. Lab.
LO  Heidelberg, Fed. Rep. Ger.
SO  Proc. Natl. Acad. Sci. U. S. A., 79(15), 4525-9
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  PNASA6
IS  0027-8424
PY  1982
LA  Eng
AN  CA97(11):86287m
AB  The 3 structural proteins of Semliki Forest virus (the capsid, p62,
    and E1 proteins) were expressed in baby hamster kidney cells from
    cloned DNA transcribed from the virus-specific 4.1-kilobase mRNA.
    The cDNA was engineered into an expression vector downstream from the
    simian virus 40 early promoter and was introduced into cell nuclei by
    microneedle injection.  Immunofluorescence anal. of injected cells
    showed that the capsid protein was located in the cytoplasm, whereas
    the membrane proteins were assocd. with cellular membranes.  The p62
    protein was transport from the rough endoplasmic reticulum to the
    plasma membrane, whereas the E1 protein remained in the rough
    endoplasmic reticulum.


L25 ANSWER 40 OF 49

AN  CA96(23):194358y
TI  Isolation and characterization of a fragment of rat thyroglobulin
    gene
AU  Christophe, D.; Pohl, V.; Van Heuverswijn, B.; De Martynoff, G.;
    Brocas, H.; Dumont, J. E.; Pasteels, J. L.; Vassart, G.
CS  Inst. Rech. Interdiscip., Hop. Erasme
LO  Brussels 1070, Belg.
SO  Biochem. Biophys. Res. Commun., 105(3), 1166-75
SC  3-3 (Biochemical Genetics)
SX  13
```

AM 27 014774

AM-ITC 00454710

```
DT  J
CO  BBRCA9
IS  0006-291X
PY  1982
LA  Eng
AN  CA96(23):194358y
AB  A rat genomic library was screened for thyroglobulin gene clones with
    recombinant plasmids contg. rat thyroglobulin complementary DNA
    inserts.  Two identical recombinant phages were found.  A map of the
    inserted genomic sequence established by restriction and blotting
    expts., and electron microscopy revealed that this fraction of the
    gene was extensively split.  Exons were .ltoreq.200 base pair long
    whereas the introns represented 93% of the insert.  A fragment
    subcloned in plasmid pBR322 contained repetitive sequences when used
    in Southern blot expts. with rat total genomic DNA.
```

L25  ANSWER 41 OF 49

```
AN  CA96(13):98744a
TI  Rat alpha1-acid glycoprotein:  cloning and nucleotide sequence of
    double-stranded cDNA and induction of mRNA levels following acute
    inflammation
AU  Ricca, George A.
CS  Pennsylvania State Univ.
LO  University Park, PA, USA
SO  86 pp.  Avail. Univ. Microfilms Int., Order No. 8129205
    From: Diss. Abstr. Int. B 1981, 42(7), 2815-16
SC  3-4 (Biochemical Genetics)
SX  13
DT  D
PY  1981
LA  Eng
AN  CA96(13):98744a
AB  Unavailable
```

L25  ANSWER 42 OF 49

```
AN  CA95(19):166589k
TI  Rat .alpha.1-acid glycoprotein mRNA.  Cloning of double-stranded cDNA
    and kinetics of induction of mRNA levels following acute inflammation
AU  Ricca, George A.; Hamilton, Robert W.; McLean, John W.; Conn, Ardell;
    Kalinyak, Judith E.; Taylor, John M.
CS  Milton S. Hershey Med. Cent., Pennsylvania State Univ.
LO  Hershey, PA 17033, USA
SO  J. Biol. Chem., 256(20), 10362-8
SC  14-1 (Mammalian Pathological Biochemistry)
DT  J
CO  JBCHA3
IS  0021-9258
PY  1981
LA  Eng
AN  CA95(19):166589k
AB  Messenger RNA prepns. from the livers of normal rats and those with
    acute inflammation were translated in a mRNA-dependent cell-free
    protein-synthesizing system.  Immunopptn. of the translation products
    with a specific antibody prepd. against purified rat plasma
    .alpha.1-acid glycoprotein (.alpha.1-AGP) detected an abundant 23,000
    mol. wt. peptide induced by inflammation.  In order to examine the
    regulation of this acute-phase protein, a double-stranded
    complementary (c) DNA to partially purified rat .alpha.1-AGP mRNA was
```

AM 27 014775

AM-ITC 00454711

synthesized, inserted into the Pst I site of the plasmid pBR322 by a
GC-tailing technique, and used to transform Escherichia coli RR1.  A
recombinant plasmid contg. a 740-base pair insert with a contiguous
poly(dA) segment was identified as contg. .alpha.1-AGP cDNA sequences
by partial DNA sequence anal., and by specific hybrid selection of
mRNA followed by in vitro translation and immunopptn.  The cloned
double-stranded cDNA isolated from the recombinant pBR322 vector was
recloned in the single-stranded DNA bacteriophage M13mp7 in order to
develop a specific hybridization probe for mRNA quantitation.  The
.alpha.1-AGP-specific cDNA probe was used to examine .alpha.1-AGP
mRNA levels in total liver RNA during a period of 48 h following the
induction of acute inflammation by the administration of turpentine.
In normal rat liver, .alpha.1-AGP mRNA comprised about 0.0006% of
total cellular RNA.  An increase in the amt. of .alpha.1-AGP mRNA was
first detected 4 h after the onset of inflammation, and it reached a
max. level of induction at 36 h following the administration of the
inflammatory agent.  At this point, .alpha.1-AGP mRNA comprised about
0.053% of total cellular RNA, representing a 90-fold increase over
its normal level.  This induction was assocd. with a substantial
increase in the circulating plasma concn. of .alpha.1-AGP, as
measured by quant. rocket immunoelectrophoresis.  Apparently, acute
inflammation causes an increased accumulation of a specific mRNA
which is responsible for the increased plasma concn. of .alpha.1-AGP.

L25  ANSWER 43 OF 49

AN   CA95(17):146928s
TI   Genomes of murine leukemia viruses isolated from wild mice
AU   Chattopadhyay, Sisir K.; Oliff, Allen I.; Linemeyer, David L.;
     Lander, Marilyn R.; Lowy, Douglas R.
CS   Dermatol. Branch, Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   J. Virol., 39(3), 777-91
SC   10-4 (Microbial Biochemistry)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1981
LA   Eng
AN   CA95(17):146928s
AB   The genomes of murine leukemia viruses (MuLV) isolated from wild mice
     were studied.  Detailed restriction endonuclease maps of the
     8.8-kilobase (kb) unintegrated linear viral DNAs were derived for 5
     ecotropic and 5 amphotropic MuLVs from California field mice, for
     Friend MuLV, and for 1 ecotropic and 1 xenotropic MuLV from Mus
     musculus castaneus.  In general, the California MuLVs were similar in
     their leftward 6 kb (corresponding to the leftward long terminal
     repeat [LTR], gag, and pol) and rightward 1 kb (7.8-8.8 kb,
     corresponding to p15E and the rightward LTR).  For the region
     spanning 6.0-7.7 kb (which includes the sequences that encode gp70)
     the amphotropic MuLVs shared few enzyme sites with the ecotropic
     MuLVs, although the California ecotropic MuLVs were highly related to
     each other in this region, as were the amphotropic MuLVs.
     Cross-hybridization studies between amphotropic and California
     ecotropic MuLV DNAs indicated that they were not homologous in the
     region 6.3-7.6 kb; the California ecotropic viral DNAs
     cross-hybridized in this region to AKR ecotropic MuLV.  When the
     California viral DNAs were compared with AKR ecotropic viral DNA,
     many differences in enzyme sites were noted throughout the genome.
     The U3 regions of the wild mouse LTRs showed partial homol. to this

AM 27 014776

AM-ITC 00454712

region in AKR MuLV.  The LTR of Moloney MuLV was highly related to
that of the California MuLVs, whereas the LTR of Friend MuLV appeared
to be a recombinant between the 2 types of LTRs.  The M. musculus
castaneus isolates were most closely related to ecotropic and
xenotropic MuLVs isolated from inbred mice.  One amphotropic MuLV DNA
was cloned in pBR322 from supercoiled viral DNA at its unique EcoRI
site.  Viral DNAs with 1 and 2 LTRs were isolated.  After digestion
with EcoRI, DNAs of both types were infectious.  It is concluded that
ecotropic and amphotropic MuLVs differ primarily in the region which
encodes gp70.


L25 ANSWER 44 OF 49

```
AN   CA94(1):1929n
TI   Molecular cloning of Pst I fragments from rat double-stranded
     thyroglobulin complementary DNA
AU   Scherberg, Neal; Vassart, Gilbert
CS   Fac. Med., Univ. Libre Bruxelles
LO   Brussels 1000, Belg.
SO   Biochem. Biophys. Res. Commun., 96(4), 1785-92
SC   10-4 (Microbial Biochemistry)
DT   J
CO   BBRCA9
IS   0006-291X
PY   1980
LA   Eng
AN   CA94(1):1929n
AB   Thyroglobulin mRNA was prepd. from thyroid glands of rats treated
     with propylthiouracil.  The double-stranded complementary DNA was
     synthesized using avian myeloblastosis virus reverse transcriptase
     and subjected to restriction with the endonuclease Pst I.  The
     restriction fragments were ligated into the unique Pst I site of the
     plasmid pBR 322 and the resulting recombinant DNA was used to
     transform Escherichia coli to tetracycline resistance.  The colonies
     harboring recombinant plasmids (42 out of 1852) could be classified
     into 3 categories contg., resp., 320, 550, and 640 base pair inserts.
     One clone from each size class was selected and the ability of their
     plasmid DNA to bind functional-active rat thyroglobulin mRNA was
     demonstrated in a pos. translation assay.  Altogether, the 3 cloned
     DNA fragments represent .apprx.20% of the thyroglobulin structural
     gene sequence.
```


L25 ANSWER 45 OF 49

```
AN   CA93(25):233074n
TI   Molecular cloning of bovine thyroglobulin complementary DNA.
     Characterization of 2500-base-pair and 1900-base-pair fragments
AU   Christophe, Daniel; Brocas, Huguette; Gannon, Frank; De Martynoff,
     Guy; Pays, Etienne; Vassart, Gilbert
CS   Fac. Med., Univ. Libre Bruxelles
LO   Brussels, Belg.
SO   Eur. J. Biochem., 111(2), 419-23
SC   6-2 (General Biochemistry)
DT   J
CO   EJBCAI
IS   0014-2956
PY   1980
LA   Eng
AN   CA93(25):233074n
AB   Double-stranded thyroglobulin complementary DNA (cDNA) was
```

AM 27 014777

AM-ITC  00454713

synthesized from purified 33 S bovine thyroglobulin mRNA. This
synthetic structural gene has previously been shown to contain 3
sites for the restriction endonuclease HindIII, yielding 2 internal
fragments of 1900 and 2500 base pairs, resp. Recombinant mols. were
prepd. by ligating the HindIII-restricted cDNA to the plasmid pBR322
which had been linearized by the same enzyme. When Escherichia coli
was transformed with this mixt., it yielded 2 kinds of colonies each
harboring recombinant plasmids contg. 1 of the 2 cDNA fragments.
Both recombinant mols. hybridized specifically to translatable
thyroglobulin mRNA. Sequence homol. between the 2 cloned DNAs could
not be detected by cross-hybridization expts.; this argues against
the existence of internal structural repetition in thyroglobulin
subunits. Together, the 2 cloned DNA fragments represent 55% of the
8000-base-pair double-stranded thyroglobulin DNA.


L25 ANSWER 46 OF 49

AN  CA93(21):200835h
TI  Molecular dissection of Rauscher virus gp70 by using monoclonal
    antibodies:  Localization of acquired sequences of related envelope
    gene recombinants
AU  Niman, Henry L.; Elder, John H.
CS  Dep. Cell. Dev. Immunol., Res. Inst. Scripps Clin.
LO  La Jolla, CA 92037, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 77(8), 4524-8
SC  10-4 (Microbial Biochemistry)
SX  15
DT  J
CO  PNASA6
IS  0027-8424
PY  1980
LA  Eng
AN  CA93(21):200835h
AB  Using hybridoma-specific immune pptns. of fragments derived from
    Rauscher virus glycoprotein gp70, coupled with peptide patterns
    (fingerprinting) and partial amino acid sequence analyses, a linear
    map of Rauscher gp70 was generated.  A panel of 56 hybridomas derived
    from the fusion of the drug-selected SP-2 myeloma line with spleen
    cells from either a 129 GIX+ or a GIX- mouse immunized with purified
    Rauscher virus gp70 were used.  By natural breakdown, gp70 splits
    into predominant fragments of Mr 45,000 (P45), 34,000 (P34), and
    32,000 (P32).  Peptide fingerprinting of these as well as overlapping
    fragments coupled with partial amino acid sequence analyses allowed
    to align the fragments into the linear arrangement NH2-P45-P32-CO2H,
    with p34 being an N-terminal degrdn. product of P45.  Of the 56
    hybridomas, 20 immunopptd. both P45 and P34; 18 immunopptd. only P45;
    and 18 immunopptd. only P32.  The hybridomas thus define 3 domains of
    the mol. as NH2-P45/P34, P45 only, and P32-CO2H.  Allowing these
    hybridomas to react with 2 Rauscher-derived envelope gene recombinant
    viruses yielded the following results: all 20 P45/34 reactors bound
    to the 2 Rauscher recombinants; of 18 P45-only hybridomas, 10
    reacted; and only 1 of 18 P32 reactors bound to the Rauscher
    recombinants.  This last hybridoma reacted with various murine
    retroviruses, indicating that it was directed at conserved
    determinants of gp70.  Peptide fingerprinting of Rauscher gp70, the
    recombinant gp70s, and their resp. breakdown products confirmed the
    homologies and nonhomologies defined by the hybridomas.  Furthermore,
    peptide patterns showed that these acquired sequences on the
    C-terminal portion of the recombinant gp70s are related to xenotropic
    virus gp70s.

AM 27 014778

AM-ITC  00454714

L25 ANSWER 47 OF 49

```
AN   CA90(3):20606p
TI   Purification and characterization of a murine tumor cell surface
     glycoprotein of 75,000 daltons that is related to the major envelope
     glycoprotein of murine leukemia virus
AU   McLellan, W. L.; Ihle, J. N.
CS   Frederick Cancer Res. Cent., Natl. Cancer Inst.
LO   Frederick, Md., USA
SO   Virology, 89(2), 547-59
SC   15-2 (Immunochemistry)
SX   6, 10
DT   J
CO   VIRLAX
IS   0042-6822
PY   1978
LA   Eng
AN   CA90(3):20606p
AB   An antigen, p 30, which competes with murine C-type viral
     glycoprotein in an interspecies radioimmunocompetition assay was
     purified from the surface of EL-4 tumor cells, which are virus
     particle neg.  The amt. of p30 was extremely low, confirming that the
     tumor cell was not expressing a murine oncornavirus.  A glycoprotein
     similar but not identical to Rauscher virus glycoprotein antigen gp71
     was also detected on the surface of the tumor cell.  The gp71
     crossreactive antigen was purified by Li diiodosalicylate extn. and
     chromatog.  It is a glycoprotein, named gp75, of .apprx.75,000
     daltons which was pptd. by various broadly reactive antisera to
     murine gp71s and antiserums to murine virus.  Purified gp75 was not
     related to Rauscher gp71, but did compete in an assay using BALB/2
     xenotropic gp71 and anti-C57/L virus serum.  It also competed in an
     assay using Moloney virus gp71 and anti-Moloney virus serum, but not
     in a more type-specific assay using 125I-Moloney virus gp71 and
     anti-Moloney gp71 serum.  Tryptic peptide maps of iodinated proteins
     were prepd. and gp75 was compared with various gp71 antigens of
     different origins; the antigen was not very similar to any viral
     gp71.  The differences in the structures of the various viral gp71s
     are consistent with the idea that the env genes of murine viruses
     which code for gp71s are sites of frequent recombinational events.
     Recombination between different endogenous viral sequences or between
     viral and host allelic genomes may have resulted in many immunol.
     related proteins on viruses, cell surfaces, and mouse serum.  The
     antigens are immunol. related, have similar mol. wts.
     (.apprx.70,000), but have divergent structure.
```

L25 ANSWER 48 OF 49

```
AN   CA89(11):87056g
TI   Structural analysis of the surface glycoproteins (gp70's) of
     recombinant murine C-type viruses:  evidence for envelope gene
     recombination
AU   Elder, John H.; Jensen, Fred C.; Gautsch, James W.; Lerner, Richard
     A.; Vogt, Marguerite
CS   Scripps Clin. Res. Found.
LO   La Jolla, Calif., USA
SO   Adv. Comp. Leuk. Res., Proc. Int. Symp., 8th, Meeting Date 1977,
     156-9.  Edited by: Bentvelzen, Peter; Hilgers, Jo; Yohn, David S.
     Elsevier: Amsterdam, Neth.
SC   10-4 (Microbial Biochemistry)
```

AM 27 014779

AM-ITC 00454715

```
    DT   C
    CO   38PCAA
    PY   1978
    LA   Eng
    AN   CA89(11):87056g
    AB   Tryptic peptide anal. of the surface glycoprotein gp70 isolated from
         several recombinant murine C-type viruses with the gp70 of parental
         viruses showed that the recombinants tested are the progeny of
         recombination between endogenous ectotropic and xenotropic C-type
         viruses, and further, that the recombination has occurred within the
         envelope gene encoding gp70.  The possible consequences of such
         recombinations relative to the oncogenic potential of these viruses
         are discussed.
```

```
    L25 ANSWER 49 OF 49
```

```
    AN   CA87(25):197155e
    TI   Biochemical evidence that MCF murine leukemia viruses are envelope
         (env) gene recombinants
    AU   Elder, John H.; Gautsch, James W.; Jensen, Fred C.; Lerner, Richard
         A.; Hartley, Janet W.; Rowe, Wallace P.
    CS   Dep. Cell. Dev. Immunol., Scripps Clin. Res. Found.
    LO   La Jolla, Calif., USA
    SO   Proc. Natl. Acad. Sci. U. S. A., 74(10), 4676-80
    SC   10-4 (Microbial Biochemistry)
    DT   J
    CO   PNASA6
    PY   1977
    LA   Eng
    AN   CA87(25):197155e
    AB   By tryptic peptide anal., the surface glycoproteins (gp70) of 4
         isolates of mink cell focus-inducing strains (MCF) of murine type C
         viruses were compared with the gp70 of various possible parental
         viruses.  In addn., the tryptic peptides of the gag gene products p30
         and p15 from several of these viruses were compared.  The results
         allow the following conclusions: (i) the gp70 of the MCF are not
         identical to one another and are different from the gp70 of the
         possible parental viruses tested; (ii) the MCF gp70 have tryptic
         peptides in common with xenotropic virus gp70 as well as with
         ecotropic virus gp70; and (iii) the gag region protein, p30, of MCF
         is identical to p30 of AKR ecotropic virus (Akv-1 or Akv-2) and
         distinct from p30 of xenotropic viruses, suggesting that the 5' end
         of the recombinant viruses is of Akv origin.  The findings are
         discussed with respect to the possible role a recombinant virus might
         play in leukemogenesis in AKR mice.
```

```
    =) dis his
```

```
                      (FILE HOME)
```

```
                      FILE CA
    L1      19741 S RECOMBINATION(W)GENETIC OR MOLECULAR(W)CLONIN
    L2       4887 S CDNA OR BIOTECHNOLOG?
    L3      30134 S (MEMBRANE OR SURFACE)(W)PROTEIN? OR GLYCOPROT
    L4        497 S (L1 OR L2) AND L3
    L5        350 S L4  RAN=(1985,1988)
    L6        147 S L4 NOT L5
    L7      55592 S ESCHERICIHA OR COLI
    L8      56636 S L7 OR ESCHERICHIA
```

AM 27 014780

AM-ITC 00454716

```
L9        102  S  L6 NOT L8
L10      6673  S  CLATHRIN OR FIBRONECTIN? OR LAMININ# OR DRUG(
L11      5229  S  AMYLOID# OR ASIALOGLYCOPROTEIN# OR AVIDIN# OR
L12      8103  S  COLONY(W)STIMULATI? OR MUCOPROTEIN# OR PEPTID
L13      4191  S  THROMBOPOIETIN OR THYROGLOBULIN# OR ERYTHROPO
L14      4669  S  GLYCOSYLAT? OR CARBOHYDRATE#(2A)(STRUCTUR? OR
L15       756  S  (L1 OR L2) AND (L3 OR L10 OR L11 OR L12 OR L1
L16       543  S  L15  RAN=(1985,1988)
L17       213  S  L15 NOT L16
L18       148  S  L17 NOT (ESCHERICHIA OR COLI OR BACTERIA#)
L19     27285  S  BACILLUS OR SUBTILIS OR DROSOPHILA OR MELANOG
L20       146  S  L18 NOT L19
L21         5  S  TRYPANOSMA(W)BRUCEI
L22       795  S  TRYPANOSOMA(W)BRUCEI
L23       114  S  L20 NOT (L21 OR L22)
L24    486245  S  HUMAN# OR MAMMAL? OR BOVINE OR MURINE OR RAT
L25        49  S  L23 AND (L24 OR BHK OR COS)

=)
```

AM 27 014781

AM-ITC 00454717

"recombinant" × "glycosylation"/"membrane proteins"

L20 ANSWER 1 OF 146

```
AN   CA101(25):223888a
TI   Apparent discontinuous transcription of Trypanosoma brucei variant
     surface antigen genes
AU   Campbell, David A.; Thornton, Deborah A.; Boothroyd, John C.
CS   Sch. Med., Stanford Univ.
LO   Stanford, CA 94305, USA
SO   Nature (London), 311(5984), 350-5
SC   3-3 (Biochemical Genetics)
SX   10
DT   J
CO   NATUAS
IS   0028-0836
PY   1984
LA   Eng
```

L20 ANSWER 2 OF 146

```
AN   CA101(25):223801s
TI   Characterization of a cDNA coding for human protein C
AU   Foster, Donald; Davie, Earl W.
CS   Dep. Biochem., Univ. Washington
LO   Seattle, WA 98195, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 81(15), 4766-70
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   PNASA6
IS   0027-8424
PY   1984
LA   Eng
```

L20 ANSWER 3 OF 146

```
AN   CA101(21):185170a
TI   Comparison of different eukaryotic vectors for the expression of
     hemagglutinin glycoprotein of influenza virus
AU   Gething, Mary Jane; Sambrook, Joseph F.; Braciale, Thomas J.; Brand,
     Colin M.
CS   Cold Spring Harbor Lab.
LO   Cold Spring Harbor, NY 11724, USA
SO   Mod. Approaches Vaccines:  Mol. Chem. Basis Virus Virulence
     Immunogenicity, [Pap. Conf.], Meeting Date 1983, 263-8.  Edited by:
     Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
     Cold Spring Harbor, N. Y.
SC   3-4 (Biochemical Genetics)
DT   C
CO   52CRA4
PY   1984
LA   Eng
```

L20 ANSWER 4 OF 146

```
AN   CA101(21):185138w
TI   Isolation of cDNA clones for the chicken neural cell adhesion
     molecule (N-CAM)
```

AM 27 014782

AM-ITC 00454718

```
AU  Murray, Ben A.; Hemperly, John J.; Gallin, Warren J.; MacGregor, John
    S.; Edelman, Gerald M.; Cunningham, Bruce A.
CS  Rockefeller Univ.
LO  New York, NY 10021, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(17), 5584-8
SC  3-3 (Biochemical Genetics)
SX  12
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng


L20 ANSWER 5 OF 146


AN  CA101(21):18510Dc
TI  Rat major acute-phase protein:  biosynthesis and characterization of
    a cDNA clone
AU  Anderson, Kathleen P.; Martin, Anna D.; Heath, Edward C.
CS  Coll. Med., Univ. Iowa
LO  Iowa City, IA 52242, USA
SO  Arch. Biochem. Biophys., 233(2), 624-35
SC  3-3 (Biochemical Genetics)
SX  13, 14
DT  J
CO  ABBIA4
IS  0003-9861
PY  1984
LA  Eng


L20 ANSWER 6 OF 146


AN  CA101(21):184943t
TI  Telomeric DNA rearrangements and antigenic variation in African
    trypanosomes
AU  Pays, Etienne; Steinert, Maurice
CS  Dep. Biol. Mol., Univ. Libre Bruxelles
LO  Rhode Saint Genese 8164D, Belg.
SO  Horm. Cell Regul., 8, 289-308
SC  3-0 (Biochemical Genetics)
SX  15
DT  J
CO  HCREDN
IS  0166-0969
PY  1984
LA  Eng


L20 ANSWER 7 OF 146


AN  CA101(21):184919q
TI  Eukaryotic expression of cloned cDNA coding for influenza viral
    glycoproteins using an SV40 vector:  use of recombinant DNA mutants
    to study structure-function relationships
AU  Bos, Timothy J.; McQueen, Nancy L.; Davis, Alan R.; Nayak, Debi P.
CS  Sch. Med., UCLA
LO  Los Angeles, CA 90024, USA
SO  Segmented Negat. Strand Viruses:  Arenaviruses, Bunyaviruses,
    Orthomyxoviruses, [Proc. Symp. Mol. Biol. Negat. Strand Viruses],
    Meeting Date 1983, 125-30.  Edited by: Compans, Richard W.; Bishop,
    David H. L.  Academic: Orlando, Fla.
```

AM 27 014783

AM-ITC 00454719

```
SC  3-0 (Biochemical Genetics)
DT  C
CO  52EJA0
PY  1984
LA  Eng
```

L20 ANSWER 8 OF 146

```
AN  CA101(19):164715s
TI  Cloning and physical mapping of a gene fragment coding for a
    64-kilodalton major late antigen of human cytomegalovirus
AU  Pande, Hema; Baak, Steven W.; Riggs, Arthur D.; Clark, Brian R.;
    Shively, John E.; Zaia, John A.
CS  Div. Immunol., Beckman Res. Inst. City of Hope
LO  Duarte, CA 91010, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(15), 4965-9
SC  3-4 (Biochemical Genetics)
SX  15
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
```

L20 ANSWER 9 OF 146

```
AN  CA101(19):164631m
TI  Nucleotide sequence of rat haptoglobin cDNA.  Characterization of the
    .alpha..beta.-subunit junction region of prohaptoglobin
AU  Goldstein, Leslie A.; Heath, Edward C.
CS  Coll. Med., Univ. Iowa
LO  Iowa City, IA 52242, USA
SO  J. Biol. Chem., 259(14), 9212-17
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  JBCHA3
IS  0021-9258
PY  1984
LA  Eng
```

L20 ANSWER 10 OF 146

```
AN  CA101(17):145013v
TI  Molecular cloning of cDNA encoding a murine hematopoietic growth
    regulator, granulocyte-macrophage colony stimulating factor
AU  Gough, Nicholas M.; Gough, Jill; Metcalf, Donald; Kelso, Anne; Grail,
    Dianne; Nicola, Nicos A.; Burgess, Antony W.; Dunn, Ashley R.
CS  Melbourne Tumour Biol. Branch, Ludwig Inst. Cancer Res.
LO  Melbourne 3050, Australia
SO  Nature (London), 309(5971), 763-7
SC  3-3 (Biochemical Genetics)
SX  13, 15
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng
```

L20 ANSWER 11 OF 146

AM 27 014784

AM-ITC 00454720

```
AN   CA101(15):128828x
TI   Production of an HSV subunit vaccine by genetically engineered
     mammalian cell lines
AU   Lasky, Laurence A.; Dowbenko, Donald; Simonsen, Christian; Berman,
     Phillip W.
CS   Dep. Vaccine Dev., Genentech, Inc.
LO   South San Francisco, CA 94080, USA
SO   Mod. Approaches Vaccines:  Mol. Chem. Basis Virus Virulence
     Immunogenicity, [Pap. Conf.], Meeting Date 1983, 189-94.   Edited by:
     Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
     Cold Spring Harbor, N. Y.
SC   16-6 (Fermentation and Bioindustrial Chemistry)
SX   3, 63
DT   C
CO   52CRA4
PY   1984
LA   Eng


L20  ANSWER 12 OF 146


AN   CA101(15):124127v
TI   Construction of live recombinant vaccines using genetically
     engineered poxviruses
AU   Paoletti, Enzo; Panicali, Dennis; Lipinskas, Bernard R.; Mercer,
     Susan; Wright, Marilyn; Samsonoff, Carol
CS   Cent. Lab. Res., New York State Dep. Health
LO   Albany, NY 12201, USA
SO   Mod. Approaches Vaccines:  Mol. Chem. Basis Virus Virulence
     Immunogenicity, [Pap. Conf.], Meeting Date 1983, 295-9.  Edited by:
     Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
     Cold Spring Harbor, N. Y.
SC   3-4 (Biochemical Genetics)
SX   15, 63
DT   C
CO   52CRA4
PY   1984
LA   Eng


L20  ANSWER 13 OF 146


AN   CA101(15):124052s

TI   Evolution of haptoglobin:  comparison of complementary DNA encoding
     Hp.alpha.1S and Hp.alpha.2FS
AU   Brune, Jill L.; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.
CS   Health Sci. Cent., Univ. Texas
LO   San Antonio, TX 78284, USA
SO   Nucleic Acids Res., 12(11), 4531-8
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   NARHAD
IS   0305-1048
PY   1984
LA   Eng


L20  ANSWER 14 OF 146


AN   CA101(13):108577m
TI   Characterization of influenza virus glycoproteins expressed from
```

X

AM 27 014785

AM-ITC 00454721

```
       cloned cDNAs in prokaryotic and eukaryotic cells
AU  Nayak, Debi P.; Davis, Alan R.; Ueda, Masahiro; Bos, Timothy J.;
       Sivasubramanian, Natarajan
CS  Sch. Med., UCLA
LO  Los Angeles, CA 90024, USA
SO  Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
       Immunogenicity, [Pap. Conf.], Meeting Date 1983, 165-72.  Edited by:
       Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
       Cold Spring Harbor, N. Y.
SC  15-0 (Immunochemistry)
DT  C
CO  52CRA4
PY  1984
LA  Eng


L20  ANSWER 15 OF 146


AN  CA101(13):104538b
TI  Conversion of a secretory protein into a transmembrane protein
       results in its transport to the Golgi complex but not to the cell
       surface
AU  Guan, Jun Lin; Rose, John K.
CS  Mol. Biol. Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  Cell (Cambridge, Mass.), 37(3), 779-87
SC  2-5 (Mammalian Hormones)
SX  3, 6
DT  J
CO  CELLB5
IS  0092-8674
PY  1984
LA  Eng


L20  ANSWER 16 OF 146


AN  CA101(11):87038u
TI  Acquisition of host cell genetic information by avian sarcoma virus
       rescued from rat cells transformed by B77 virus
AU  Kotler, M.; Salmon, Sarah; Olshevsky, U.
CS  Hadassah Med. Sch., Hebrew Univ.
LO  Jerusalem, Israel
SO  Arch. Virol., 80(4), 249-64
SC  10-1 (Microbial Biochemistry)
DT  J
CO  ARVIDF
IS  0304-8608
PY  1984
LA  Eng


L20  ANSWER 17 OF 146


AN  CA101(11):84730c
TI  Sequence homology between human and animal rotavirus
       serotype-specific glycoproteins
AU  Dyall-Smith, Michael L.; Holmes, Ian H.
CS  Dep. Microbiol., Univ. Melbourne
LO  Parkville 3052, Australia
SO  Nucleic Acids Res., 12(9), 3973-82
SC  3-2 (Biochemical Genetics)
DT  J
```

AM 27 014786

AM–ITC 00454722

```
CO  NARHAD
IS  0305-1048
PY  1984
LA  Eng
```

L20 ANSWER 18 OF 146

```
AN  CA101(9):69206t
TI  Characterization of two recombination-complementation groups of
    Uukuniemi virus temperature-sensitive mutants
AU  Gahmberg, Nina
CS  Recombinant DNA Lab., Univ. Helsinki
LO  Helsinki 00380/38, Finland
SO  J. Gen. Virol., 65(6), 1079-90
SC  10-4 (Microbial Biochemistry)
DT  J
CO  JGVIAY
IS  0022-1317
PY  1984
LA  Eng
```

L20 ANSWER 19 OF 146

```
AN  CA101(9):66892c
TI  Fluidity of a retrovirus genome
AU  Clark, Stephen P.; Mak, Tak W.
CS  Ontario Cancer Inst., Univ. Toronto
LO  Toronto, ON M4X 1K9, Can.
SO  J. Virol., 50(3), 759-65
SC  3-2 (Biochemical Genetics)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1984
LA  Eng
```

L20 ANSWER 20 OF 146

```
AN  CA101(7):52947n
TI  Method to map antigenic determinants recognized by monoclonal
    antibodies:  localization of a determinant of virus neutralization on
    the feline leukemia virus envelope protein gp70
AU  Nunberg, J. H.; Rodgers, G.; Gilbert, J. H.; Snead, R. M.
CS  Dep. Mol. Biol. Res., Cetus Corp.
LO  Emeryville, CA 94608, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(12), 3675-9
SC  15-1 (Immunochemistry)
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
```

L20 ANSWER 21 OF 146

```
AN  CA101(7):51539u
TI  Antigenic variation in Trypanosoma brucei analyzed by electrophoretic
    separation of chromosome-sized DNA molecules
AU  Van der Ploeg, Lex H. T.; Schwartz, David C.; Cantor, Charles R.;
    Borst, Piet
```

AM 27 014787

AM-ITC 00454723

```
CS  Dep. Mol. Biol., Netherlands Cancer Inst.
LO  Amsterdam 1066 CX, Neth.
SO  Cell (Cambridge, Mass.), 37(1), 77-34
SC  10-4 (Microbial Biochemistry)
DT  J
CO  CELLB5
IS  0092-8674
PY  1984
LA  Eng


L20 ANSWER 22 OF 146


AN  CA101(5):34033g
TI  Duplication within the haptoglobin Hp2 gene
AU  Maeda, Nobuyo; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.;
    Smithies, Oliver
CS  Lab. Genet., Univ. Wisconsin
LO  Madison, WI 53706, USA
SO  Nature (London), 309(5964), 131-5
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng


L20 ANSWER 23 OF 146


AN  CA101(5):34005z
TI  Two mechanisms of expression of a predominant variant antigen gene of
    Trypanosoma brucei
AU  Myler, Peter; Nelson, Richard G.; Agabian, Nina; Stuart, Kenneth
CS  Issaquah Health Res. Inst.
LO  Issaquah, WA 98027, USA
SO  Nature (London), 309(5965), 282-4
SC  3-2 (Biochemical Genetics)
SX  15
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng


L20 ANSWER 24 OF 146


AN  CA101(3):19864k
TI  Analytical and animal [test methods]
AU  Maelicke, Alfred
LO  Fed. Rep. Ger.
SO  Nachr. Chem., Tech. Lab., 32(4), 295-7
SC  9-0 (Biochemical Methods)
DT  J
CO  NCTLDI
IS  0341-5163
PY  1984
LA  Ger


L20 ANSWER 25 OF 146
```

AM 27 014788

AM-ITC 00454724

AN  CA101(3):19716p
TI  Nucleotide sequence of 3-hydroxy-3-methyl-glutaryl coenzyme A
    reductase, a glycoprotein of endoplasmic reticulum
AU  Chin, Daniel J.; Gil, Gregorio; Russell, David W.; Liscum, Laura;
    Luskey, Kenneth L.; Basu, Sandip K.; Okayama, Hiroto; Berg, Paul;
    Goldstein, Joseph L.; Brown, Michael S.
CS  Southwest. Med. Sch., Univ. Texas
LO  Dallas, TX 75235, USA
SO  Nature (London), 308(5960), 613-17
SC  7-5 (Enzymes)
SX  3
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng

=)

AM 27 014789

AM-ITC 00454725

```
L26 ANSWER 11 OF 65

AN  CA100(23):186652a
TI  Molecular cloning of cDNAs from androgen-independent mRNA species of
    DBA/2 mouse submaxillary glands
AU  Windass, J. D.; Mullins, J. J.; Beecroft, L. J.; George, H.; Meacock,
    P. A.; Williams, B. R. G.; Brammar, W. J.
CS  Dep. Biochem., Univ. Leicester
LO  Leicester LE1 7RH, UK
SO  Nucleic Acids Res., 12(3), 1361-76
SC  3-4 (Biochemical Genetics)
SX  2, 13
DT  J
CO  NARHAD
IS  0305-1048
PY  1984
LA  Eng


L26 ANSWER 12 OF 65

AN  CA100(19):151950u
TI  Isolation of cDNA clones encoding T cell-specific membrane-associated
    proteins
AU  Hedrick, Stephen M.; Cohen, David I.; Nielsen, Ellen A.; Davis, Mark
    M.
CS  Lab. Immunol., NIAID
LO  Bethesda, MD 20205, USA
SO  Nature (London), 308(5955), 149-53
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng


L26 ANSWER 13 OF 65

AN  CA100(13):97607x
TI  Construction of live vaccines using genetically engineered
    poxviruses:  biological activity of vaccinia virus recombinants
    expressing the hepatitis B virus surface antigen and the herpes
    simplex virus glycoprotein D
AU  Paoletti, Enzo; Lipinskas, Bernard R.; Samsonoff, Carol; Mercer,
    Susan; Panicali, Dennis
CS  Cent. Lab. Res., New York Dep. Health
LO  Albany, NY 12201, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(1), 193-7
SC  3-4 (Biochemical Genetics)
SX  63
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng


L26 ANSWER 14 OF 65
```

AM 27 014790

AM-ITC 00454726

```
AN   CA100(13):97592p
TI   Molecular cloning of the temperature-inducible outer membrane protein
     1 of Yersinia pseudotuberculosis
AU   Boelin, Ingrid; Wolf-Watz, Hans
CS   Dep. Microbiol., Natl. Def. Res. Inst.
LO   Umea S-901 82, Swed.
SO   Infect. Immun., 43(1), 72-8
SC   3-4 (Biochemical Genetics)
SX   10, 14
DT   J
CO   INFIBR
IS   0019-9567
PY   1984
LA   Eng


L26  ANSWER 15 OF 65


AN   CA100(9):62671m
TI   Glycosylation and surface expression of the influenza virus
     neuraminidase requires the N-terminal hydrophobic region
AU   Markoff, L.; Lin, B. C.; Sveda, M. M.; Lai, C. J.
CS   Lab. Infectious Dis., Natl. Inst. Allergy Infectious Dis.
LO   Bethesda, MD 20205, USA
SO   Mol. Cell. Biol., 4(1), 8-16
SC   3-2 (Biochemical Genetics)
SX   10
DT   J
CO   MCEBD4
IS   0270-7306
PY   1984
LA   Eng


L26  ANSWER 16 OF 65


AN   CA100(9):62647h
TI   Clone bank of Nicotiana tabacum chloroplast DNA: mapping of the
     alpha, beta and epsilon subunits of the ATPase coupling factor, the
     large subunit of ribulose bisphosphate carboxylase, and the 32-kDal
     membrane protein
AU   Fluhr, Robert; Fromm, Hillel; Edelman, Marvin
CS   Dep. Plant Genet., Weizmann Inst. Sci.
LO   Rehovot 76100, Israel
SO   Gene, 25(2-3), 271-80
SC   3-2 (Biochemical Genetics)
SX   11
DT   J
CO   GENED6
IS   0378-1119
PY   1983
LA   Eng


L26  ANSWER 17 OF 65


AN   CA100(7):46277g
TI   The control of variant surface antigen synthesis in trypanosomes
AU   Borst, Piet; Bernards, Andre; Van der Ploeg, Lex H. T.; Michels, Paul
     A. M.; Liu, Alvin Y. C.; De Lange, Titia; Kooter, Jan M.
CS   Nederlands Kanker Inst., Univ. Amsterdam
LO   Amsterdam NL-1066-CX, Neth.
```

AM 27 014791

AM-ITC 00454727

```
SO  Eur. J. Biochem., 137(3), 383-9
SC  3-3 (Biochemical Genetics)
SX  10, 15
DT  J
CO  EJBCAI
IS  0014-2956
PY  1983
LA  Eng
```

L26 ANSWER 18 OF 65

```
AN  CA100(7):46133g
TI  Identification and characterization of genes for polypeptides of the
    thylakoid membrane
AU  Herrmann, R. G.; Westhoff, P.; Alt, J.; Winter, P.; Tittgen, J.;
    Bisanz, C.; Sears, B. B.; Nelson, N.; Hurt, E.; et al.
CS  Bot. Inst., Univ. Duesseldorf
LO  Duesseldorf, Fed. Rep. Ger.
SO  NATO Adv. Sci. Inst. Ser., Ser. A, 63(Struct. Funct. Plant Genomes),
    143-53
SC  3-2 (Biochemical Genetics)
SX  11
DT  J
CO  NALSDJ
PY  1983
LA  Eng
```

L26 ANSWER 19 OF 65

```
AN  CA100(3):18714d
TI  Cloning of SA11 rotavirus genes:  gene structure and polypeptide
    assignment for the type-specific glycoprotein
AU  Both, G. W.; Mattick, J.; Siegman, L.; Atkinson, P. H.; Weiss, S.;
    Bellamy, A. R.; Street, J. E.; Metcalf, P.
CS  Mole. Cell. Biol. Unit, CSIRO
LO  North Ryde 2113, Australia
SO  Double-Stranded RNA Viruses, Proc. Int. Symp., 1st, Meeting Date 1982
    , 73-82.  Edited by: Compans, Richard W.; Bishop, David H. L.  Elsevier:
    New York, N. Y.
SC  3-4 (Biochemical Genetics)
DT  C
CO  5OLHA7
PY  1983
LA  Eng
```

L26 ANSWER 20 OF 65

```
AN  CA99(25):207346g
TI  Isolation of cDNA clones specific for collagen IV and laminin from
    mouse teratocarcinoma cells
AU  Wang, Sho Ya; Gudas, Lorraine J.
CS  Div. Cancer Genet., Dana-Farber Cancer Inst.
LO  Boston, MA 02115, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 80(19), 5880-4
SC  3-4 (Biochemical Genetics)
SX  13, 14
DT  J
CO  PNASA6
IS  0027-8424
PY  1983
```

AM 27 014792

AM-ITC 00454728

LA Eng

L26 ANSWER 21 OF 65

AN  CA99(23):188856e
TI  Gene conversion as a mechanism for antigenic variation in
    trypanosomes
AU  Pays, Etienne; Van Assel, Suzanne; Laurent, Monique; Darville,
    Martine; Vervoort, Tony; Van Meirvenne, Nestor; Steinert, Maurice
CS  Dep. Biol. Mol., Univ. Libre Bruxelles
LO  St. Genesius-Rode, Belg.
SO  Cell (Cambridge, Mass.), 34(2), 371-81
SC  3-3 (Biochemical Genetics)
SX  10, 15
DT  J
CO  CELLB5
IS  0092-8674
PY  1983
LA  Eng

L26 ANSWER 22 OF 65

AN  CA99(23):188855d
TI  At least two transposed sequences are associated in the expression
    site of a surface antigen gene in different trypanosome clones
AU  Pays, Etienne; Van Assel, Suzanne; Laurent, Monique; Dero, Brigitte;
    Michiels, Frank; Kronenberger, Peter; Matthyssens, Gaston; Van
    Meirvenne, Nestor; Le Ray, Dominique; Steinert, Maurice
CS  Dep. Biol. Mol., Univ. Libre Bruxelles
LO  St. Genesius-Rode, Belg.
SO  Cell (Cambridge, Mass.), 34(2), 359-69
SC  3-3 (Biochemical Genetics)
DT  J
CO  CELLB5
IS  0092-8674
PY  1983
LA  Eng

L26 ANSWER 23 OF 65

AN  CA99(21):170625u
TI  Modified vaccinia virus and its use
AU  Paoletti, Enzo; Panicali, Dennis
CS  Health Research, Inc.
LO  USA
PI  Eur. Pat. Appl. EP 83286 A2, 6 Jul 1983, 175 pp.  Designated States:
    AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE
AI  Appl. 82/402380, 23 Dec 1982; US Appl. 334456, 24 Dec 1981; US Appl.
    446824, 8 Dec 1982
CL  C12N15/00, C12N7/00, A61K39/00, C12R1/91-, A61K39/145-, A61K39/245-,
    A61K39/285-, A61K39/29-
SC  3-4 (Biochemical Genetics)
SX  63
DT  P
CO  EPXXDW
PY  1983
LA  Eng

L26 ANSWER 24 OF 65

AM 27 014793

AM-ITC 00454729

```
AN   CA99(19):153192h
TI   Expression of Semliki Forest virus proteins from cloned complementary
     DNA.  I.  The fusion activity of the spike glycoprotein
AU   Kondor-Koch, Claudia; Burke, Brian; Garoff, Henrik
CS   Eur. Mol. Biol. Lab.
LO   Heidelberg 6900, Fed. Rep. Ger.
SO   J. Cell Biol., 97(3), 644-51
SC   3-4 (Biochemical Genetics)
SX   10
DT   J
CO   JCLBA3
IS   0021-9525
PY   1983
LA   Eng
```

X

```
L26 ANSWER 25 OF 65

AN   CA99(15):116992y
TI   Sequence analysis of two mutants of Sindbis virus defective in the
     intracellular transport of their glycoproteins
AU   Arias, Carlos; Bell, John R.; Lenches, Edith M.; Strauss, Ellen G.;
     Strauss, James H.
CS   Div. Biol., California Inst. Technol.
LO   Pasadena, CA 91125, USA
SO   J. Mol. Biol., 168(1), 87-102
SC   3-2 (Biochemical Genetics)
SX   10
DT   J
CO   JMOBAK
IS   0022-2836
PY   1983
LA   Eng
```

```
L26 ANSWER 26 OF 65

AN   CA99(13):100167x
TI   Genesis of a new spleen focus-forming virus:  possible role of MCF
     viruses
AU   Barbieri-Weill, D.; Mathieu-Mahul, D.; Gay, F.; Robert-Lezenes, J.;
     Moreau-Gachelin, F.; Wendling, F.; Lacombe, C.; Casadevall, N.;
     Tambourin, P.; Larsen, C. J.
CS   Inst. Gustave-Roussy
LO   Villejuif 94800, Fr.
SO   Virology, 128(1), 234-9
SC   3-2 (Biochemical Genetics)
SX   10, 14
DT   J
CO   VIRLAX
IS   0042-6822
PY   1983
LA   Eng
```

```
L26 ANSWER 27 OF 65

AN   CA99(9):65350c
TI   Repetitive sequences scattered throughout the genome of Trypanosoma
     cruzi
AU   Frasch, Alberto C. C.; Carrasco, Andres E.; Goijman, Silvia G.;
     Sanchez, Daniel O.
CS   Inst. Quim. Biol., Fac. Med.
```

AM 27 014794

AM-ITC  00454730

```
LO  Buenos Aires, Argent.
SO  Mol. Biochem. Parasitol., 8(3), 227-39
SC  3-4 (Biochemical Genetics)
DT  J
CO  MBIPDP
IS  0166-6851
PY  1983
LA  Eng


L26 ANSWER 28 OF 65


AN  CA99(9):65333z
TI  Structure of three spliced mRNAs from region E3 of adenovirus type 2
AU  Staalhandske, Per; Persson, Haakan; Perricaudet, Michel; Philipson,
    Lennart; Pettersson, Ulf
CS  Biomed. Cent., Uppsala Univ.
LO  Uppsala S-751 23, Swed.
SO  Gene, 22(2-3), 157-65
SC  3-4 (Biochemical Genetics)
SX  10
DT  J
CO  GENED6
IS  0378-1119
PY  1983
LA  Eng


L26 ANSWER 29 OF 65


AN  CA99(3):17468a
TI  Antics of the elusive trypanosome
AU  Turner, Mervyn
CS  Molteno Inst., Univ. Cambridge
LO  Cambridge CB2 3EE, UK
SO  Nature (London), 303(5914), 202-3
SC  3-3 (Biochemical Genetics)
SX  10, 15
DT  J
CO  NATUAS
IS  0028-0836
PY  1983
LA  Eng


L26 ANSWER 30 OF 65


AN  CA99(1):1206c
TI  Nascent polypeptide chains exit the ribosome in the same relative
    position in both eukaryotes and prokaryotes
AU  Rubenstein, John L. R.; Chappell, Thomas G.
CS  Dep. Biochem., Stanford Univ.
LO  Stanford, CA 94305, USA
SO  J. Cell Biol., 96(5), 1464-70
SC  3-4 (Biochemical Genetics)
SX  6, 10
DT  J
CO  JCLBA3
IS  0021-9525
PY  1983
LA  Eng


L26 ANSWER 31 OF 65
```

AM 27 014795

AM-ITC 00454731

```
AN   CA98(21):174135m
TI   Comparison of the cloned H-2Kbm1 variant gene with the H-2Kb gene
     shows a cluster of seven nucleotide differences
AU   Schulze, Dan H.; Pease, Larry R.; Geier, Steven S.; Reyes, Antonio
     A.; Sarmiento, L. A.; Wallace, R. Bruce; Nathenson, Stanley G.
CS   Dep. Microbiol. Immunol., Albert Einstein Coll. Med.
LO   Bronx, NY 10461, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 80(7), 2007-11
SC   3-4 (Biochemical Genetics)
SX   13, 15
DT   J
CO   PNASA6
IS   0027-8424
PY   1983
LA   Eng


L26 ANSWER 32 OF 65


AN   CA98(21):174111a
TI   Characterization of the herpes simplex virus type 1 glycoprotein D
     mRNA and expression of this protein in Xenopus oocytes
AU   Watson, Roger J.; Colberg-Poley, Anamaris M.; Marcus-Sekura, Carol
     J.; Carter, Barrie J.; Enquist, Lynn W.
CS   Mol. Genet., Inc.
LO   Minnetonka, MN 55343, USA
SO   Nucleic Acids Res., 11(5), 1507-22
SC   3-4 (Biochemical Genetics)
SX   6
DT   J
CO   NARHAD
IS   0305-1048
PY   1983
LA   Eng


L26 ANSWER 33 OF 65


AN   CA98(21):174101x
TI   Nucleotide sequence of a cDNA clone encoding the entire glycoprotein
     from the New Jersey serotype of vesicular stomatitis virus
AU   Gallione, Carol J.; Rose, John K.
CS   Mol. Biol. Virol. Lab., Salk Inst.
LO   San Diego, CA 92138, USA
SO   J. Virol., 46(1), 162-9
SC   3-4 (Biochemical Genetics)
SX   10
DT   J
CO   JOVIAM
IS   0022-538X
PY   1983
LA   Eng


L26 ANSWER 34 OF 65


AN   CA98(9):68390f
TI   Analysis of red blood cell differentiation
AU   Harrison, P. R.; Affara, N.; Goldfarb, P. S.; Kasturi, K.; Yang, Q.
     S.; Lyons, A.; O'Prey, J.; Fleming, J.; Black, E.; Nichols, R.
CS   Beatson Inst. Cancer Res.
LO   Glasgow G61 1BD, UK
```

AM 27 014796

AM-ITC  00454732

```
    SO  Adv. Exp. Med. Biol., 158(Stab. Switching Cell. Differ.), 81-8
    SC  9-10 (Biochemical Methods)
    SX  13, 15
    DT  J
    CO  AEMBAP
    IS  0065-2598
    PY  1982
    LA  Eng
```

L26 ANSWER 35 OF 65

```
    AN  CA98(9):66407t
    TI  Use of Trypanosoma equiperdum infected rabbits as a source of splenic
        mRNA; construction of cDNA clones and identification of a rabbit .mu.
        heavy chain clone
    AU  Bernstein, Kenneth E.; Pavirani, Andrea; Alexander, Cornelius;
        Jacobsen, Frederick; Fitzmaurice, Leona; Mage, Rose
    CS  Lab. Immunol., Natl. Inst. Allergy Infect. Dis.
    LO  Bethesda, MD 20205, USA
    SO  Mol. Immunol., 20(1), 89-99
    SC  3-4 (Biochemical Genetics)
    SX  13, 14, 15
    DT  J
    CO  MOIMD5
    IS  0161-5890
    PY  1983
    LA  Eng
```

=) dis l26 36-60 bib

L26 ANSWER 36 OF 65

```
    AN  CA98(7):47950y
    TI  Spliced and unspliced messenger RNAs synthesized from cloned
        influenza virus M DNA in an SV40 vector:  expression of the influenza
        virus membrane protein (M1)
    AU  Lamb, Robert A.; Lai, Ching Juh
    CS  Rockefeller Univ.
    LO  New York, NY 10021, USA
    SO  Virology, 123(2), 237-56
    SC  3-4 (Biochemical Genetics)
    DT  J
    CO  VIRLAX
    IS  0042-6822
    PY  1982
    LA  Eng
```

L26 ANSWER 37 OF 65

```
    AN  CA98(5):28811n
    TI  Genetic analysis of temperature-sensitive mutants which define the
        gene for the major herpes simplex virus type 1 DNA-binding protein
    AU  Weller, Sandra K.; Lee, Kathryn J.; Sabourin, Dennis J.; Schaffer,
        Priscilla A.
    CS  Lab. Tumor Virus Genet., Sidney Farber Cancer Inst.
    LO  Boston, MA 02115, USA
    SO  J. Virol., 45(1), 354-66
    SC  3-2 (Biochemical Genetics)
    SX  10
```

AM 27 014797

AM-ITC 00454733

```
CO  JOVIAM
IS  0022-538X
PY  1983
LA  Eng
```

L26 ANSWER 38 OF 65

```
AN  CA98(5):28750s
TI  Nucleotide sequences of herpes simplex virus type 1 (HSV-1) affecting
    virus entry, cell fusion, and production of glycoprotein gB (VP7)
AU  DeLuca, Neal; Bzik, David J.; Bond, Vincent C.; Person, Stanley;
    Snipes, Wallace
CS  Mol. Cell Biol. Prog., Pennsylvania State Univ.
LO  University Park, PA 16802, USA
SO  Virology, 122(2), 411-23
SC  3-2 (Biochemical Genetics)
SX  10
DT  J
CO  VIRLAX
IS  0042-6822
PY  1982
LA  Eng
```

L26 ANSWER 39 OF 65

```
AN  CA98(3):12358j
TI  Molecular cloning of biologically active proviral DNA of the
    anemia-inducing strain of spleen focus-forming virus
AU  Kaminchik, Joseph; Hankins, W. David; Ruscetti, Sandra K.; Linemeyer,
    David L.; Scolnick, Edward M.
CS  Tumor Virus Genet. Lab., Natl. Cancer Inst.
LO  Bethesda, MD 20205, USA
SO  J. Virol., 44(3), 922-31
SC  3-4 (Biochemical Genetics)
SX  10
DT  J
CO  JOVIAM
IS  0022-538X
PY  1982
LA  Eng
```

L26 ANSWER 40 OF 65

```
AN  CA98(3):12326x
TI  Expression from cloned cDNA of cell-surface secreted forms of the
    glycoprotein of vesicular stomatitis virus in eukaryotic cells
AU  Rose, John K.; Bergmann, John E.
CS  Tumor Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  Cell (Cambridge, Mass.), 30(3), 753-62
SC  3-4 (Biochemical Genetics)
DT  J
CO  CELLB5
IS  0092-8674
PY  1982
LA  Eng
```

L26 ANSWER 41 OF 65

AM 27 014798

AM-ITC 00454734

```
AN   CA97(21):177069h
TI   Haptoglobin: the evolutionary product of duplication, unequal
     crossing over, and point mutation
AU   Bowman, Barbara H.; Kurosky, Alexander
CS   Med. Branch, Univ. Texas
LO   Galveston, TX, USA
SO   Adv. Hum. Genet., 12, 189-261, 453-4
SC   6-0 (General Biochemistry)
SX   13
DT   J
CO   ADHGA8
IS   0065-275X
PY   1982
LA   Eng
```

L26  ANSWER 42 OF 65

```
AN   CA97(15):123700p
TI   The isolation and characterization of mutants of herpes simplex virus
     type 1 that induce cell fusion
AU   Bond, Vincent C.; Person, Stanley; Warner, Susan C.
CS   618 Mueller Lab., Pennsylvania State Univ.
LO   University Park, PA 16802, USA
SO   J. Gen. Virol., 61(2), 245-54
SC   10-4 (Microbial Biochemistry)
DT   J
CO   JGVIAY
IS   0022-1317
PY   1982
LA   Eng
```

L26  ANSWER 43 OF 65

```
AN   CA97(11):86276g
TI   Sequence of the long terminal repeat and adjacent segment of the
     endogenous avian virus Rous-associated virus 0
AU   Hughes, Stephen H.
CS   Cold Spring Harbor Lab.
LO   Cold Spring Harbor, NY 11724, USA
SO   J. Virol., 43(1), 191-200
SC   3-4 (Biochemical Genetics)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1982
LA   Eng
```

L26  ANSWER 44 OF 65

```
AN   CA97(7):50587v
TI   Envelope gene sequences which encode the gp52 protein of spleen
     focus-forming virus are required for the induction of erythroid cell
     proliferation
AU   Linemeyer, David L.; Menke, John G.; Ruscetti, Sandra K.; Evans,
     Leonard H.; Scolnick, Edward M.
CS   Lab. Tumor Virus Genet., Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   J. Virol., 43(1), 223-33
SC   3-4 (Biochemical Genetics)
SX   14
```

AM 27 014799

AM-ITC 00454735

```
DT  J
CO  JOVIAM
IS  0022-538X
PY  1982
LA  Eng


L26 ANSWER 45 OF 65

AN  CA97(3):18348g
TI  Nucleotide sequence of the Akv env gene
AU  Lenz, Jack; Crowther, Robert; Straceski, Anthony; Haseltine, William
CS  Sidney Farber Cancer Inst., Harvard Med. Sch.
LO  Boston, MA 02115, USA
SO  J. Virol., 42(2), 519-29
SC  3-4 (Biochemical Genetics)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1982
LA  Eng


L26 ANSWER 46 OF 65

AN  CA97(1):1569g
TI  Cloning and characterization of DNA complementary to the measles
    virus mRNA encoding hemagglutinin and matrix protein
AU  Rozenblatt, Shmuel; Gesang, Cila; Lavie, Vered; Neumann, Felicia S.
CS  Dep. Virol., Weizmann Inst. Sci.
LO  Rehovot, Israel
SO  J. Virol., 42(3), 790-7
SC  3-4 (Biochemical Genetics)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1982
LA  Eng


L26 ANSWER 47 OF 65

AN  CA97(1):1443m
TI  The nucleotide sequence coding for major outer membrane protein OmpA
    of Shigella dysenteriae
AU  Braun, Gabi; Cole, Stewart T.
CS  Max-Planck-Inst. Biol.
LO  Tuebingen D-7400, Fed. Rep. Ger.
SO  Nucleic Acids Res., 10(7), 2367-78
SC  3-2 (Biochemical Genetics)
DT  J
CO  NARHAD
IS  0305-1048
PY  1982
LA  Eng


L26 ANSWER 48 OF 65

AN  CA96(25):212568y
TI  Cell membrane proteins
AU  Yokoyama, Kazushige; Tsuji, Tsutomu; Osawa, Toshiaki
CS  Coll. Pharma, Tokyo Univ.
LO  Tokyo, Japan
```

AM 27 014800

AM-ITC 00454736

```
SO  Tanpakushitsu Kakusan Koso, 27(6), 985-1004
SC  6-0 (General Biochemistry)
SX  3, 15
DT  J
CO  TAKKAJ
IS  0039-9450
PY  1982
LA  Japan


L26 ANSWER 49 OF 65


AN  CA96(25):211780z
TI  Differential expression of the members of the discoidin I multigene
    family during growth and development of Dictyostelium discoideum
AU  Devine, Joan M.; Tsang, Adrian S.; Williams, Jeffrey G.
CS  Mill Hill Lab., Imp. Cancer Res. Fund
LO  London NW7 1AD, UK
SO  Cell (Cambridge, Mass.), 28(4), 793-800
SC  3-3 (Biochemical Genetics)
SX  10
DT  J
CO  CELLB5
IS  0092-8674
PY  1982
LA  Eng


L26 ANSWER 50 OF 65


AN  CA96(21):175147n
TI  Structure of the glycoprotein gene in rabies virus
AU  Anilionis Algis; Wunner, William H.; Curtis, Peter J.
CS  Wistar Inst. Anat. Biol.
LO  Philadelphia, PA 19104, USA
SO  Nature (London), 294(5838), 275-8
SC  3-2 (Biochemical Genetics)
DT  J
CO  NATUAS
IS  0028-0836
PY  1981
LA  Eng


L26 ANSWER 51 OF 65


AN  CA96(11):80751r
TI  Cloned DNA sequences complementary to mRNAs encoding precursors to
    the small subunit of ribulose-1,5-bisphosphate carboxylase and a
    chlorophyll a/b binding polypeptide
AU  Broglie, Richard; Bellemare, Guy; Bartlett, Sue G.; Chua, Nam Hai;
    Cashmore, Anthony R.
CS  Rockefeller Univ.
LO  New York, NY 10021, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 78(12), 7304-8
SC  3-4 (Biochemical Genetics)
SX  11
DT  J
CO  PNASA6
IS  0027-8424
PY  1981
LA  Eng
```

AM 27 014801

AM-ITC 00454737

L26 ANSWER 52 OF 65

```
AN  CA96(5):29346k
TI  Genetics of the Bunyamwera complex
AU  Iroegbu, C. U.; Pringle, Craig R.
CS  MRC Virol. Unit, Inst. Virol.
LO  Glasgow G11 5JR, UK
SO  Dev. Cell Biol. (Amsterdam), 7(Replication Negat. Strand Viruses),
    159-65
SC  3-2 (Biochemical Genetics)
SX  10
DT  J
CO  DCBIDD
IS  0165-2265
PY  1981
LA  Eng
```

L26 ANSWER 53 OF 65

```
AN  CA96(5):29327e
TI  Amino acid composition and terminal sequence analysis of the rabies
    virus glycoprotein:  identification of the reading frame on the cDNA
    sequence
AU  Lai, C. Y.; Dietzschold, B.
CS  Roche Inst. Mol. Biol.
LO  Nutley, NJ 07110, USA
SO  Biochem. Biophys. Res. Commun., 103(2), 536-42
SC  3-2 (Biochemical Genetics)
SX  6
DT  J
CO  BBRCA9
IS  0006-291X
PY  1981
LA  Eng
```

L26 ANSWER 54 OF 65

```
AN  CA95(19):164067q
TI  Nucleotide sequences of the mRNA's encoding the vesicular stomatitis
    virus G and M proteins determined from cDNA clones containing the
    complete coding regions
AU  Rose, John K.; Gallione, Carol J.
CS  Tumor Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  J. Virol., 39(2), 519-28
SC  6-2 (General Biochemistry)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1981
LA  Eng
```

L26 ANSWER 55 OF 65

```
AN  CA95(13):111559v
TI  Expression of the syncytial (syn) phenotype in HSV-1, strain KOS:
    genetic and phenotypic studies of mutants in two syn loci
AU  Little, Sheila P.; Schaffer, Priscilla A.
CS  Sidney Farber Cancer Inst., Harvard Med. Sch.
LO  Boston, MA 02115, USA
```

AM 27 014802

AM-ITC 00454738

```
SO   Virology, 112(2), 686-702
SC   10-4 (Microbial Biochemistry)
DT   J
CO   VIRLAX
IS   0042-6822
PY   1981
LA   Eng


L26  ANSWER 56 OF 65


AN   CA94(21):170909m
TI   Biological activity of the spleen focus-forming virus is encoded by a
     molecularly cloned subgenomic fragment of spleen focus-forming virus
     DNA
AU   Linemeyer, David L.; Ruscetti, Sandra K.; Scolnick, Edward M.; Evans,
     Leonard H.; Duesberg, Peter H.
CS   Lab. Tumor Virus Genet., Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 78(3), 1401-5
SC   10-4 (Microbial Biochemistry)
DT   J
CO   PNASA6
IS   0027-8424
PY   1981
LA   Eng


L26  ANSWER 57 OF 65


AN   CA94(17):134323g
TI   Nucleotide sequence of cDNA coding for Semliki Forest virus membrane
     glycoproteins
AU   Garoff, Henrik; Frischauf, Anne Marie; Simons, Kai; Lehrach, Hans;
     Delius, Hajo
CS   Eur. Mol. Biol. Lab.
LO   Heidelberg 6900, Fed. Rep. Ger.
SO   Nature (London), 288(5788), 236-41
SC   6-2 (General Biochemistry)
DT   J
CO   NATUAS
IS   0028-0836
PY   1980
LA   Eng


L26  ANSWER 58 OF 65


AN   CA94(15):117632q
TI   Characterization of molecularly cloned spleen focus-forming virus DNA
AU   Linemeyer, David L.; Ruscetti, Sandra K.; Menke, John G.; Scolnick,
     Edward M.
CS   Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   ICN-UCLA Symp. Mol. Cell. Biol., 18(Anim. Virus Genet.), 473-82
SC   10-4 (Microbial Biochemistry)
DT   J
CO   IUSMDJ
IS   0097-9023
PY   1980
LA   Eng


L26  ANSWER 59 OF 65
```

AM 27 014803

AM-ITC 00454739

```
AN   CA93(7):63766v
TI   Reverse transcription of thyroglobulin mRNA into a 11,000-base
     full-length cDNA
AU   De Martynoff, G.; Vassart, G.
CS   Fac. Med., Univ. Libre Bruxelles
LO   Brussels B-1000, Belg.
SO   Arch. Int. Physiol. Biochim., 88(2), 876-877
SC   6-1 (General Biochemistry)
DT   J
CO   AIPBAY
IS   0003-9799
PY   1980
LA   Eng


L26 ANSWER 60 OF 65

AN   CA93(5):41107d
TI   Intertypic recombinants of herpes simplex viruses
AU   Halliburton, I. W.
CS   Dep. Microbiol., Univ. Leeds
LO   Leeds LS2 9JT, Engl.
SO   J. Gen. Virol., 48(1), 1-23
SC   10-0 (Microbial Biochemistry)
DT   J
CO   JGVIAY
IS   0022-1317
PY   1980
LA   Eng

=) dis 126 61-65 bib


L26 ANSWER 61 OF 65

AN   CA92(23):194270f
TI   Evidence from recombinant bunyavirus studies that the M RNA gene
     products elicit neutralizing antibodies
AU   Gentsch, Jon R.; Rozhon, Edward J.; Klimas, Richard A.; El Said,
     Laila H.; Shope, Robert E.; Bishop, David H. L.
CS   Med. Cent., Univ. Alabama
LO   Birmingham, AL 35294, USA
SO   Virology, 102(1), 190-204
SC   10-4 (Microbial Biochemistry)
SX   15
DT   J
CO   VIRLAX
IS   0042-6822
PY   1980
LA   Eng


L26 ANSWER 62 OF 65

AN   CA92(19):160384f
TI   Evolution of pandemic influenza virus strains
AU   Scholtissek, C.
CS   Inst. Virol., Justus-Liebig-Univ. Giessen
LO   Giessen 6300, Fed. Rep. Ger.
SO   Philos. Trans. R. Soc. London, Ser. B, 288(1029), 307-12
SC   10-4 (Microbial Biochemistry)
```

AM 27 014804

AM-ITC 00454740

```
        DT  J
        CO  PTRBAE
        IS  0080-4622
        PY  1980
        LA  Eng


        L26 ANSWER 63 OF 65


        AN  CA91(17):137021f
        TI  Correlation of pathogenicity and gene constellation of influenza A
            viruses.   III.   Non-pathogenic recombinants derived from highly
            pathogenic parent strains
        AU  Rott, R.; Orlich, M.; Scholtissek, C.
        CS  Inst. Virol., Justus-Liebig-Univ.
        LO  Giessen, Fed. Rep. Ger.
        SO  J. Gen. Virol., 44(2), 471-7
        SC  10-4 (Microbial Biochemistry)
        SX  12
        DT  J
        CO  JGVIAY
        IS  0022-1317
        PY  1979
        LA  Eng


        L26 ANSWER 64 OF 65


        AN  CA88(13):85656h
        TI  Glycoproteins of avian tumor virus recombinants:  evidence for
            intragenic crossing-over
        AU  Galehouse, Donna M.; Duesberg, Peter H.
        CS  Dep. Mol. Biol., Univ. California
        LO  Berkeley, Calif., USA
        SO  J. Virol., 25(1), 86-96
        SC  10-1 (Microbial Biochemistry)
        DT  J
        CO  JOVIAM
        IS  0022-538X
        PY  1978
        LA  Eng


        L26 ANSWER 65 OF 65


        AN  CA87(9):65182b
        TI  Differences in the glycoproteins of avian tumor virus recombinants:
            evidence for intragenic crossing over
        AU  Galehouse, D. M.; Duesberg, Peter H.
        CS  Dep. Mol. Biol., Univ. California
        LO  Berkeley, Calif., USA
        SO  ICN-UCLA Symp. Mol. Cell. Biol., 4(Anim. Virol.), 227-36
        SC  10-4 (Microbial Biochemistry)
        DT  J
        CO  IUSMDJ
        PY  1976
        LA  Eng


        =>
```

AM 27 014805

AM-ITC 00454741