Case 1:05-cv-12237-WGY   Document 1166   Filed 09/26/2007   Page 1 of 1

AMGEN

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

      The court has received, on September 25, 2007, from Defendant Roche documents for in camera review.

      Elizabeth Smith
Deputy Clerk