# EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC.,<br><br>                Plaintiff,<br><br>v.<br><br>F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation<br><br>                Defendants. | C.A. No.: 05-12237 WGY |

**AMGEN'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Amgen hereby provides the following disclosures:

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT AMGEN MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES:**

As can be determined from information reasonably available to Amgen and based on its present understanding of such disputed facts as can be discerned from the allegations of the parties' respective pleadings prior to this date, the following individuals may have discoverable information.

    A. **Research and development leading to the inventions described and claimed in Amgen's patents-in-suit**

        Dr. Jeffrey K. Browne
        c/o Amgen Inc.
        One Amgen Center Drive
        Thousand Oaks, California 91320-1799
        (805) 447 1000

| Pleadings, submissions, exhibits, and decisions from prior litigation involving one or more of Amgen's patents-in-suit | Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, California |
|---|---|

### III. COMPUTATION OF DAMAGES

Amgen is currently not seeking damages in this equitable action for declaratory relief. Amgen may seek costs and expenses of suit and any further relief the Court deems proper in this equitable action. These costs, expenses, and further relief cannot be computed until the conclusion of this suit.

### IV. INSURANCE

Amgen is presently unaware of any insurance agreement under which any insurer may be liable to satisfy all or part of any judgment that might be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

November 6, 2006

Of Counsel:

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
MARYSUSAN HOWARD
KIMBERLIN L. MORLEY
DARRELL G. DOTSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
Telephone: (805) 447-5000

AMGEN INC.,
By its attorneys,

/s/ Lloyd R. Day, Jr.

LLOYD R. DAY, JR.
DAVID M. MADRID
LINDA A. SASAKI-BAXLEY
DEBORAH E. FISHMAN
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

D. DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephones: (617) 289-9200
Facsimile: (617) 289-9201

WILLIAM G. GAEDE III
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000

KEVIN M. FLOWERS
THOMAS I. ROSS
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone: (312) 474-6300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon the attorneys of record for the plaintiff (as listed below) via federal express overnight delivery and electronic mail on November 6, 2006.

>Leora Ben-Ami, Esd.
>Patricia A. Carson, Esq.
>Thomas F. Fleming, Esq.
>Howard Suh, Esq.
>Peter Fratangelo, Esq.
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022
>Tel: (212) 836-8000
>Emails: lbenami@kayescholer.com
>pcarson@kayescholer.com
>tfleming@kayescholer.com
>hsuh@kayescholer.com
>pfrantangelo@kayescholer.com

>and

>Lee Carl Bromberg, Esq.
>Julia Huston, Esq.
>Keith E. Toms, Esq.
>BROMBERG & SUNSTEIN LLP
>125 Summer Street
>Boston, MA 02110
>Tel. (617) 443-9292
>Emails: lbromberg@bromsun.com
>jhuston@bromsun.com
>ktoms@bromsun.com

Irasema Virrueta