# EXHIBIT

# 2

Dockets.Justia.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AMGEN INC.,                                )
                                           )
    Plaintiff,          )
                                           )    Civil Action No.: 05-12237 WGY
v.                                         )
                                           )
                                           )
F. HOFFMANN-LA ROCHE                       )
LTD., a Swiss Company, ROCHE               )
DIAGNOSTICS GmbH, a German                 )
Company and HOFFMANN LA ROCHE              )
INC., a New Jersey Corporation,            )
                                           )
    Defendants.         )
_____)

## JOINT PRETRIAL MEMORANDUM

       Amgen, Inc. ("Amgen") and F. Hoffmann-La Roche Ltd., Roche Diagnostics GmbH, and

Hoffmann La Roche Inc., (collectively, "Roche") offer the following Joint Pretrial

Memorandum.

## XI.    LIST OF PROPOSED EXHIBITS

As a result of ongoing disputes that require resolution, the parties have agreed to postpone the submission of exhibit lists to the Court. The parties will submit a list of exhibits identified in accordance with the Court's Order in advance of trial.


Respectfully Submitted,

AMGEN INC.,
By its attorneys,


August 10, 2007

Of Counsel:
Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

/s/ Michael R. Gottfried
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:  (857) 488-4200
Facsimile:  (857) 488-4201


Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:  (408) 873-0220

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.,
By its attorneys,

*/s/ Thomas F. Fleming*
Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Christopher T. Jagoe (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

Tel. (212) 836- 8000

tfleming@kayescholer.com

Lee Carl Bromberg (BBO# 058480)
Timothy M. Murphy (BBO# 551926)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292

EXHIBIT E

## Amgen's List of Witnesses for Trial

### Amgen's list of witnesses who may be called live at trial

**Fact Witnesses:**

Kenneth Aoki
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Arnold J. Berk, M.D.
1632 Pandora Avenue
Los Angeles, California 90024

Michael Borun
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Jeffrey K. Browne
1244 Calle Aurora
Camarillo, CA 93010

Donald Catlin
Anti-Doping Research
3873 Grand View Blvd.
Los Angeles, Ca. 90066

Joan Egrie
561 Los Vientos Drive
Newbury Park, CA 91320

Steven Elliott
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Dennis Fenton
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

**EXHIBIT F**
## ROCHE'S LIST OF POTENTIAL WITNESSES

| ROCHE TRIAL WITNESS | TYPE OF TESTIMONY (Live or Deposition) | WITNESS TYPE |
|---|---|---|
| **WITNESSES TO BE CALLED LIVE** | | |
| Lars E. Birgerson<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Custodian of Records from the University of Chicago | LIVE | FACT |
| Custodian of Records from Biogen IDEC | LIVE | FACT |
| Custodian of Records from Amgen | LIVE | FACT |
| Custodian of Records from Roche | LIVE | FACT |
| Custodian of Records from Genetics Institute/Wyeth | LIVE | FACT |
| Markus Dembowski<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Joan Egrie, Ph.D.<br>561 Los Vientos Drive<br>Newbury Park, CA 91320 | LIVE | FACT |
| Adrienne Farid<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Patrick Horber<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel<br>Switzerland | LIVE | FACT |
| George Johnston<br>Hoffmann-La Roche Inc.<br>340 Kingsland Street<br>Nutley, New Jersey 07110 | LIVE | FACT |
| Hans Koll, Ph. D.<br>Roche Diagnostics GmbH<br>Nonnenwald 2<br>D-82377 Penzberg, Germany | LIVE | FACT |
| Bruno Reigner<br>F. Hoffmann-La Roche Ltd<br>Grenzacherstrasse 124<br>CH-4070 Basel | LIVE | FACT |

By agreement of the parties, this preliminary list of trial witnesses may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for witnesses identified during trial, as appropriate) or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## Roche's Preliminary List of Trial Witnesses

| | | |
|---|---|---|
| Robert Brenner<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Richard Cummings<br>5215 North Santa Fe Ave.<br>Edmond, OK | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeffrey K. Browne<br>1244 Calle Aurora<br>Camarillo, CA 93010 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Robert D. Weist<br>3525 Bridgeford Drive<br>Westlake Village, CA 91360 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Kevin Sharer<br>Amgen, Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Howard Green<br>Department of Cell Biology<br>Harvard Medical School<br>240 Longwood Avenue<br>Boston, MA 02115 | DEPOSITION or<br>PRIOR TESTIMONY | FACT/<br>ADMISSIONS |
| Jeri Lou Lane<br>1636 Cross Bridge<br>Thousand Oaks, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Carlton Paul<br>324 Sylvia Way<br>San Rafael, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Martin J. Cline<br>441 Alma Real Drive<br>Pacific Palisades, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Gary M. Fox<br>11 Dorrit Court<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Harry F. Hixson<br>1690 East Altadena Drive<br>Altadena, CA 91001 | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Por-Hsiung Lai<br>4306 Drownfield Court<br>Westlake Village, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Chi-Hwei Lin<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Sidney Von Suggs<br>Newbury Park, CA | DEPOSITION or<br>PRIOR TESTIMONY | FACT |
| Michael Heartlein | DEPOSITION or | FACT |

8