# EXHIBIT 3

Thomas Fleming/NY/US/KSFHH

04/02/2007 05:10 PM

To "Fishman, Deborah" <dfishman@daycasebeer.com>
cc
Subject Re: Jeff Browne Link

Deb: We will continue the subpoena until we resolve how to proceed. We understand that he will not appear and I will inform my people accordingly. Since your firm will represent him, we will communicate through you.
Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515

"Fishman, Deborah"
<dfishman@daycasebeer.com>

04/02/2007 05:04 PM

To <TFleming@kayescholer.com>
cc "Platt, Rachelle L." <rplatt@daycasebeer.com>; "Gaede, William" <wgaede@mwe.com>
Subject Jeff Browne

Dear Tom,

We have been contacted by Jeff Browne who tells us that he received a subpoena on Friday night from Roche for deposition today. I have not seen the subpoena, have not received a courtesy copy of it, and don't know what time Roche has put down for the deposition. Needless to say, he will not be appearing for deposition today.

It is my understanding that we will be representing him and we should discuss how to proceed.

Thanks,
Deborah

Deborah Fishman
Day Casebeer Madrid Batchelder, LLP
fishmand@daycasebeer.com

```
***************************************************************
***
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
***************************************************************
***
```