# EXHIBIT 1

This exhibit was filed *in camera* with the court on September 25, 2007, pursuant to the provisions of the Court's Order entered on 02/07/07 [274].