Amgen Inc. v. F. Hoffmann-LaRoche LTD et al | Doc. 1173 Att. 1
Case 1:05-cv-12237-WGY   Document 1173-2   Filed 09/26/2007   Page 1 of 4

9/26/2007  9/26/2007 Trial Day 11

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-12237-WGY
 4   * * * * * * * * * * * * * * * *
                                     *
 5   AMGEN, INC.,                    *
                                     *
 6             Plaintiff,            *
                                     * DAILY TRANSCRIPT
 7   v.                              * OF THE EVIDENCE
                                     *    (Volume 11)
 8   F. HOFFMANN-LA ROCHE LTD,       *
     ROCHE DIAGNOSTICS GmbH and      *
 9   HOFFMANN-LA ROCHE, INC.,        *
                                     *
10             Defendants.           *
                                     *
11   * * * * * * * * * * * * * * * *
12
13
14             BEFORE:  The Honorable William G. Young,
                         District Judge, and a Jury
15
16
17
18
19
20
21
22
23
                                     1 Courthouse Way
24                                   Boston, Massachusetts
25                                   September 26, 2007
```

```
 1                A P P E A R A N C E S
 2
              DUANE MORRIS LLP (By D. Dennis Allegretti,
 3    Esq. and Michael R. Gottfried, Esq.), 470 Atlantic
      Avenue, Suite 500, Boston, Massachusetts 02210
 4         - and -
              DAY CASEBEER MADRID & BATCHELDER, LLP (By
 5    Lloyd R. Day, Jr., Esq., David M. Madrid, Esq. and
      Robert M. Galvin, Esq.) 20300 Stevens Creek
 6    Boulevard, Suite 400, Cupertino, California 95014
           - and -
 7            McDERMOTT WILL & EMERY (By Michael Kendall,
      Esq.), 28 State Street, Boston, Massachusetts
 8    02109
           - and -
 9            McDERMOTT WILL & EMERY (By William G.
      Gaede, III, Esq.), 3150 Porter Drive, Palo Alto,
10    California 94304
           - and -
11            MARSHALL, GERSTEIN & BORUN LLP (By Kevin M.
      Flowers, Esq.), 6300 Sears Tower, 233 S. Wacker
12    Drive, Chicago, Illinois 60606-6402
           - and -
13            STUART L. WATT and WENDY A. WHITEFORD, Of
      Counsel, Amgen, Inc., One Amgen Center Drive,
14    Thousand Oaks, California 91320-1789, on behalf of
      the Plaintiff
15
              BROMBERG & SUNSTEIN LLP (By Lee Carl
16    Bromberg, Esq. and Julia Huston, Esq.), 125 Summer
      Street, Boston, Massachusetts 02110
17         - and -
              KAYE SCHOLER LLP (By Leora Ben-Ami, Thomas
18    F. Fleming, Esq., Patricia Carson, Esq.,
      Christopher Jagoe, Esq. and Howard Suh, Esq.),
19    425 Park Avenue, New York, New York 10022, on
      behalf of the Defendants
20
21
22
23
24
25
```

```
 1              MS. FISHMAN:  -- may I make one point?
 2              THE COURT:  Yes.
 3              MS. FISHMAN:  And not to get crosswise with
 4    anything.  But we disclosed Mr. Browne more than two months
 5    ago in our pretrial memo, and at no time that I'm aware of,
 6    and I've searched my documents pretty extensively, has Roche
 7    ever followed up and requested a date for his deposition.
 8              THE COURT:  Well, they are now.  And --
 9              MS. FISHMAN:  Okay.
10              THE COURT:  -- it's difficult.  If they want to
11    talk to him first, they can talk to him.  Then you can put
12    him on the stand.  The deposition is not to exceed seven
13    hours and he can be called.
14              MR. GOTTFRIED:  Your Honor, in light of our case
15    schedule, we would want to make him available either this
16    evening or tomorrow afternoon so we could call him in our
17    case.
18              THE COURT:  Absolutely.  And, I mean, I know -- I
19    do the best I can.  He can be made -- if you'll make him
20    available, they're to take it this evening, no more than
21    three hours, because I want him fresh, and another four
22    tomorrow, and then you can call him the next day.
23              MR. GOTTFRIED:  On Thursday.
24              THE COURT:  Or, or seven hours tomorrow.  It's one
25    seven hour deposition.  But I expect cooperation on getting
```

```
 1    a court reporter -- in getting a stenographer on short
 2    notice so his deposition can be taken.
 3              Yes?
 4              MR. GOTTFRIED:  Thank you, your Honor.
 5              MR. FLEMING:  If I could just say one thing.  I
 6    hope this procedure commends itself to the Court because it
 7    seems so much more productive for the jury's time to have
 8    these discussions about witnesses in the afternoon rather
 9    than at side bar in front of the jury.
10              THE COURT:  I must say I've invited it.  And I
11    don't know what more I can do in being transparent.  Ms.
12    Smith and I are talking among ourselves and saying, boy,
13    they're really picking up on it now.  Now I get these bench
14    memoranda that are real time, they have something to do with
15    the case that I'm about to be wrestling with.  And, yes,
16    I've got piles of things which I'm still working through,
17    and you get these odd orders at odd times which means that
18    something's surfaced in my consciousness and I think I'm
19    able to rule on it.  I've said I was available in the
20    afternoon.  But don't think that all of these things warrant
21    oral hearing.  This is about the most you are going to get.
22              MR. FLEMING:  Your Honor, if --
23              THE COURT:  Though I've whetted Mr. Fleming's
24    appetite, because I was going to deny it and now I've given
25    him something.
```