| | |
|---|---|
| From: | "DuBord Brown,Renee" <rbrown@daycasebeer.com> |
| To: | "Thomas Fleming" <TFleming@kayescholer.com> |
| cc: | <mgottfried@duanemorris.com>, "Curto,Daniel A." <dcurto@mwe.com>, "Platt,Rachelle L." <rplatt@daycasebeer.com>, "Gaede,William" <wgaede@mwe.com>, <DLopez@kayescholer.com>, <BBorel@kayescholer.com>, <dbaker@kayescholer.com>, "Howard Suh" <HSuh@kayescholer.com>, <jhuston@bromsun.com> |
| Date: | Wednesday, September 26, 2007 04:44 PM |
| Subject: | Deposition of Browne |

Tom,

We've arranged for a videographer and stenographer for 7 to 10 pm this evening at Duane Morris, 470 Atlantic Avenue for Dr. Browne. This deposition will continue at 9:30 am Thursday morning in the same location.

As Mike Gottfried indicated to you, the Judge's preference was that the witness be deposed for 3 hours this evening and 4 hours tomorrow  However, you told Mike that you believed that you could defer the deposition and do the full 7 hours tomorrow. Mike asked Bonnie for clarification from the Judge, and Bonnie stated that she was not going to bother the Judge, but she heard that his preference was for 3 hours this evening, and 4 hours tomorrow. She added that Mike should tell you that she did not think that Judge Young would be happy that after you pressed for the deposition you were stalling.

Please confirm that you have a lawyer available to take his deposition at 7 pm. If not, our position is that we will seek at protective order from the Court for any more than 4 hours of deposition tomorrow.

Regards,
Renee

******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it. If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
******************************************************************