**From:** &lt;clare.foley@thomson.com&gt;
**To:** &lt;rplatt@daycasebeer.com&gt;, &lt;jill@livenote.com&gt;, &lt;clare@livenote.com&gt;, &lt;video@livenote.com&gt;
**cc:** &lt;vlweeks@duanemorris.com&gt;, &lt;mrgottfried@duanemorris.com&gt;, &lt;wgaede@mwe.com&gt;, &lt;dfishman@daycasebeer.com&gt;, &lt;vpena@daycasebeer.com&gt;, &lt;dcurto@mwe.com&gt;, &lt;ws@livenote.com&gt;

**Date:** Wednesday, September 26, 2007 05:38 PM
**Subject:** RE: Confirmation - court reporter and video confirmed for Browne deposition

Perfect! Thanks Rachelle!

So to be clear!

**For 7pm tonight** we will provide a **Videographer only**. How will we get access to the Duane Morris office at 6.00pm – 6.15pm ??

**For tomorrow morning 9.30am** we will have a Reporter and Videographer onsite at Duane Morris

**The transcript and video will be an immediate rush to get delivered as soon as humanly possible unless we are told otherwise.**

What is your **Witnesses name and may we have an expert report** if you have one?

Also if you can have your Reporter from this evening, please send the rough to us this evening at ws@livenote.com so Jill can forward it to our Reporter tonight in case there is anything helpful for the morning.

Thanks to all for a great team effort!

Clare

*Clare Foley | Director*
*LiveNote World Service, a Thomson business 221 Main Street, Suite # 1250*
*San Francisco*
*CA 94105   Office (415) 321-2311   Cell (415) 254-9938 Fax (415) 618-0743*

**www.livenoteworldservice.com**

  

Worldwide deposition services and support that hit the mark every time.
Contact LiveNote World Service.

---

**From:** Platt, Rachelle L. [mailto:rplatt@daycasebeer.com]
**Sent:** Wednesday, September 26, 2007 2:34 PM
**To:** Micheli, Jill (LiveNote); Foley, Clare (LiveNote)
**Cc:** Weeks, Virginia; Gottfried, Michael; Gaede, William; Fishman, Deborah; Pena, Veronica; Curto, Daniel A.
**Subject:** Confirmation - court reporter and video confirmed for Browne deposition

Just to confirm, we've got video and steno confirmed for Browne's deposition tonight.

**Tonight - 7 pm to 10 pm**
Video - provided by Livenote
Steno - provided by boston local company (Virgina's contact)

Tomorrow - 9:30 am - 1:30 pm
Video and Steno - provided by LiveNote

The depo will go forward at Duane Morris Boston, in conference room A.

Thanks everyone!

Rachelle

```
*******************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it. If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*******************************************************************
```