# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 97-10814-WGY
 4   * * * * * * * * * * * * * * * * *
                                      *
 5   AMGEN, INC.,                     *
                                      *
 6              Plaintiff,            *
                                      *
 7   v.                               *   DAILY TRANSCRIPT
                                      *   OF THE EVIDENCE
 8   HOECHST MARION ROUSSEL, INC.     *      (Volume 7)
        and                           *
 9   TRANSKARYOTIC THERAPIES, INC.,   *
                                      *
10              Defendants.           *
                                      *
11   * * * * * * * * * * * * * * * *
12            BEFORE:  The Honorable William G. Young,
                              District Judge
13
14   APPEARANCES:
15
             DAY CASEBEER MADRID & BATCHELDER, LLP (By Lloyd R.
16      Day, Jr., Esq., Stuart Watt, Esq. and Rob Galvin, Esq.)
        20400 Stevens Creek Blvd., Suite 750, Cupertino,
17      California 95014
                - and -
18           MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BORUN (By
        Edward M. O'Toole, Esq. and Michael F. Borun, Esq.),
19      6300 Sears Tower, 233 S. Wacker Drive, Chicago,
        Illinois 60606-6402P
20              - and -
             DUANE, MORRIS & HECKSCHER, LLP (By D. Dennis
21      Allegretti, Esq.), One International Place, Boston,
        Massachusetts 02110-2600, on behalf of the Plaintiff
22
23
                                         1 Courthouse Way
24                                       Boston, Massachusetts
25                                       June 7, 2000
```

1    too.

2    Q.  Did there come a time, to your knowledge, when any

3    clinical testing of the material you made was conducted?

4    A.  Yes.  Amgen recombinant human erythropoietin was tested

5    in -- was tested in a clinical trial in December 1981 --

6    I'm sorry, December 1985, that's for the combined

7    Phase I, II trial.  And have a Phase III trial in

8    September 1986.

9              MR. SCHWARTZ:  Your Honor?

10             THE COURT:  Mr. Schwartz?

11             MR. SCHWARTZ:  I think we're into hearsay now as

12   to what went on in clinical trials.  I didn't hear anything

13   suggesting the witness had personal knowledge.  I move to

14   strike the rest of that.

15             MR. ALLEGRETTI:  That --

16             THE COURT:  Please, please, always talk to me.

17   We'll let him try to fill that in.  It sounds like hearsay

18   to me.

19             MR. ALLEGRETTI:  I asked him if he had any

20   personal knowledge of that, your Honor.

21             THE COURT:  Did you do these clinical trials?

22             THE WITNESS:  I did not.  But we have --

23             THE COURT:  Who did them?

24             THE WITNESS:  This Joe Eschbach, nephrologist at

25   University of Washington.

1     THE COURT: How did you know about them?
2     THE WITNESS: Oh, I know him. Because we, for the
3  clinical trial, initially, we have potential clinicians
4  before we started.
5     THE COURT: And you selected him?
6     THE WITNESS: He was one of them.
7     THE COURT: He did the trials?
8     THE WITNESS: Yes, he was one Amgen selected.
9     THE COURT: But he's the one who did these trials?
10    THE WITNESS: That's right, yes. Correct.
11    THE COURT: He reported the results to you?
12    THE WITNESS: No. He reported result in the
13 journal.
14    THE COURT: In a journal?
15    THE WITNESS: Yes.
16    THE COURT: And then you read the journal?
17    THE WITNESS: That's correct, yes.
18    THE COURT: And used the information?
19    THE WITNESS: That's correct, yes.
20    THE COURT: Motion to strike's allowed.
21 Q.  Dr. Lin, do you have any personal knowledge of what
22 the -- when the FDA approved an EPO product of Amgen?
23    MR. SCHWARTZ: Same objection, your Honor.
24    THE COURT: Yeah, sustained. I'm a little at sea
25 here. We've changed gears now in the trial, and I guess

```
 1            THE CLERK:  All rise.
 2            (Adjournment.)
 3
 4
 5                    C E R T I F I C A T E
 6
 7
 8       We, Donald E. Womack and Cheryl B. Palanchian,
 9  Official Court Reporters for the United States District
10  Court for the District of Massachusetts, do hereby certify
11  that the foregoing pages are a true and accurate
12  transcription of our shorthand notes taken in the
13  aforementioned matter to the best of our skill and ability.
14
15
16
17
18            _____
19
              _____
20
                     DONALD E. WOMACK
21                 CHERYL B. PALANCHIAN
                  Official Court Reporters
22              1 Courthouse Way, Suite 5510
                Boston, Massachusetts 02210
23                    (617) 439-8877
24
25
```