# EXHIBIT C

Page 284

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

    Plaintiff,

    v.                                    Civil Action No.
                                                              05-CV-12237-WGY

F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.

VOLUME II, PAGES 284 THROUGH 401

WESTLAKE VILLAGE, CALIFORNIA

MARCH 29, 2007

(This transcript contains testimony designated confidential as per Section 5(c) of the Amended Protective Order.  Please treat the entire transcript in accordance with the protective order.)

Reported by: Harry Alan Palter, C.S.R. NO. 7708

Case 1:05-cv-12237-WGY    Document 1175-4    Filed 09/27/2007    Page 3 of 4

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume II   3/29/2007
CONFIDENTIAL

Page 377

```
 1   the EPO you were producing would be
 2   therapeutically effective in humans?
 3            MR. MADRID:  Objection.
 4            Outside the scope of the 30(b)(6)
 5   designation.
 6            Calls for expert-opinion testimony
 7   and calls for a legal conclusion.
 8            And the words of the question are
 9   vague and ambiguous.
10            THE WITNESS:  We -- from those data,
11   we would expect that it would work in the --
12   the human -- the clinical setting.
13   BY MS. BEN-AMI:
14       Q    Did you do any work on formulating
15   pharmaceutical composition for EPO?
16       A    No, I did not.
17            Those people who had to involve in
18   doing the clinical trial, they would know how
19   to formulate it, yeah.
20       Q    Do you have a consulting arrangement
21   with Amgen, Doctor?
22       A    Yes, I do.
23            MS. BEN-AMI:  Could you mark this,
24   please.
25            THE REPORTER:  23.
```

```
 1            DECLARATION UNDER PENALTY OF PERJURY
 2
 3         I, Fu-Kuen Lin, Ph.D., do hereby
 4   certify under penalty of perjury that I have
 5   read the foregoing transcript of my deposition
 6   taken March 29, 2007; that I have made such
 7   corrections as appear noted herein, in ink,
 8   initialed by me; that my testimony as contained
 9   herein, as corrected, is true and correct.
10         DATED this   4th   day of
11   _May_____, 20_07_, at _Somis_____,
12   California.
13
14
15                  [signature]    May 4, 2007
16         Fu-Kuen Lin, Ph.D.
```