# EXHIBIT D

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I 3/28/2007
CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

       Plaintiff,

    v.                                    Civil Action No.
                                          05-CV-12237-WGY
F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.

VOLUME I

WESTLAKE VILLAGE, CALIFORNIA

MARCH 28, 2007


(This transcript contains
testimony designated confidential
as per Section 5(c) of the
Amended Protective Order.  Please
treat the entire transcript in
accordance with the protective
order.)


Reported by: Harry Alan Palter, C.S.R. NO. 7708

Page 260

```
 1              THE WITNESS:  Yes.  That's correct.
 2    BY MS. BEN-AMI:
 3        Q    Radioimmunoassays were Dr. Egrie's
 4    group?
 5              MR. MADRID:  Same objection.
 6    BY MS. BEN-AMI:
 7        Q    Right?
 8        A    Hmm-hmm -- yes.
 9        Q    Okay.
10              So I don't know that we need to go
11    through this word by word, and go through
12    paragraph by paragraph.
13              So who did the purification work?
14              MR. MADRID:  Objection.
15              Vague.
16              THE WITNESS:  In terms of
17    purification of erythropoietin?
18    BY MS. BEN-AMI:
19        Q    Yes.
20        A    Okay.
21              Was done by Tom Strickland's group.
22        Q    Who did the purification work to
23    enable the human EPO to be pure enough to be
24    used as a therapeutic drug?
25              MR. MADRID:  Objection.
```

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I    3/28/2007
CONFIDENTIAL

```
 1    DECLARATION UNDER PENALTY OF PERJURY
 2
 3         I, Fu-Kuen Lin, Ph.D., do hereby
 4    certify under penalty of perjury that I have
 5    read the foregoing transcript of my deposition
 6    taken March 28, 2007; that I have made such
 7    corrections as appear noted herein, in ink,
 8    initialed by me; that my testimony as contained
 9    herein, as corrected, is true and correct.
10         DATED this 4th day of
11    May, 2007, at Somis,
12    California.
13
14
15    _____ May 4, 2007
16    Fu-Kuen Lin, Ph.D.
```

LiveNote World Service    800.548.3668 Ext. 1