# EXHIBIT B

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

       Plaintiff,

       v.                          Civil Action No.
                                    05-CV-12237-WGY

F. HOFFMANN-LA ROCHE, LTD.,
a Swiss Company, ROCHE
DIAGNOSTICS GmbH, a German
Company, and HOFFMANN-LA
ROCHE, INC., a New Jersey
Corporation,

       Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF FU-KUEN LIN, PH.D.

VOLUME I

WESTLAKE VILLAGE, CALIFORNIA

MARCH 28, 2007


      (This transcript contains
testimony designated confidential
as per Section 5(c) of the
Amended Protective Order.  Please
treat the entire transcript in
accordance with the protective
order.)


Reported by: Harry Alan Palter, C.S.R. NO. 7708

```
 1       A    After we had purify the E.coli EPO --
 2   I believe E.Coli EPO has also assay in the
 3   in vivo system, it have some activity.
 4       Q    And who did that work?
 5       A    That I believe was -- in vivo assay
 6   would have been done through Joan Egrie's
 7   group --
 8       Q    Okay.
 9       A    -- or maybe someone else.
10            If it's not by her, it would be by
11   someone else outside.  Because I think, at the
12   time, we had -- EPO assay -- part of EPO assay
13   -- part is carried out outside.
14       Q    Now, if you continue looking down on
15   this column, we're still on this column, it
16   says -- it's line -- the line numbers don't
17   always match up perfectly, so I'll give you my
18   best understanding, which is line 58 or 59.  It
19   talks about vertebrate cells being mammalian
20   and avian?
21            Do you see that?
22       A    Yes.
23       Q    How many different vertebrate cells
24   did Amgen use to produce biologically active
25   human EPO by November 30, 1984?
```

Page 198

```
 1   which one?
 2            Could you read again?
 3   BY MS. BEN-AMI:
 4        Q   The whole -- the section -- the RIA
 5   for EPO, that section --
 6        A   The whole section?
 7        Q    -- where it says, "The Procedures";
 8   right?
 9        A   What do you -- the very beginning,
10   "Radioimmunoassay procedures"?
11        Q   Yes.
12        A   Could I read through the whole thing
13   before I answer you?
14        Q   Sure.  Of course.
15        A   (Examining document).
16            (Brief pause)
17        A   Yes.
18        Q   Okay.
19            My question was:  Those procedures
20   described in column 17 under the RIA were
21   created by Dr. Egrie; is that correct?
22        A   I cannot tell you it's created by her
23   or not.  I don't know.
24            That's the procedure that she use.
25        Q   Okay.
```

Page 199

```
 1              Did you tell her to use that
 2   procedure?
 3      A    No, I did not.
 4      Q    Okay.
 5              In the -- at line 34, it says, "An
 6   erythropoietin standard was incubated."
 7              Do you see that?
 8      A    Yes.
 9      Q    What was that standard?
10      A    I cannot speak for her.
11              I don't know which standard that she
12   use.
13      Q    Okay.
14              In column 18, where it talks about
15   the monkey cDNA library construction -- do you
16   see that?
17      A    Yes.
18      Q    Who did that work?
19      A    Yes, I did.
20      Q    You did that work?
21      A    Yes.
22      Q    Okay.
23              And then column -- the same column,
24   18, B, "Colony hybridization procedures for
25   screening monkey cDNA library" -- do you see
```

```
 1              You're talking about example 7 --
 2    second part of example 7, or are you --
 3         Q    Okay.
 4              Were you on example 7, second part?
 5         A    Yeah.
 6         Q    Because --
 7         A    Oh --
 8              (Simultaneous discussion interrupted
 9              by the reporter)
10              MS. BEN-AMI:  Okay.
11    BY MS. BEN-AMI:
12         Q    Are you now looking at example 7-B?
13         A    Yes.
14         Q    Okay.
15              Who did that work?
16         A    I believe it was Jeff Browne's group.
17         Q    Okay.
18              And now let's get back to example 8.
19              Who did that work?
20         A    (Examining document) I believe this
21    is done by Joan Egrie's group.
22         Q    Okay.
23              And did you tell her how to do this
24    work that's in example 8?
25         A    Molecular biology for doing the
```

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I 3/28/2007
CONFIDENTIAL

Page 239

```
 1   radioimmunoassay, they would know how to carry
 2   out radioimmunoassay.
 3           I don't have to tell her how to do
 4   it, unless she have problem, come to me, or
 5   have problem arise -- any problem raise.
 6       Q   Did you say "raise"?
 7       A   Yes.
 8       Q   "Raise."
 9           Sorry.
10       A   So for doing the immunoassay, any
11   associate or scientist can do it.
12       Q   Okay.
13           So that was in the common knowledge
14   at the time?
15           MR. MADRID:  Objection.
16           Outside the scope of the 30(b)(6).
17           Calls for expert testimony.
18           THE WITNESS:  Radioimmunoassay is
19   commonly employed.
20   BY MS. BEN-AMI:
21       Q   Okay.
22           So example 9, who did that work?
23           That's a short one.
24       A   The question again?
25       Q   Who did the work in example 9?
```

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I 3/28/2007
CONFIDENTIAL

Page 240

```
 1      A    For the in vitro assay -- again, I
 2   think -- I believe it's done by Joan Egrie's
 3   group.
 4           For the in vivo assay, I don't know
 5   at the time we already set our own in vivo
 6   system -- it's a system in-house or not.  It
 7   could be done by outside consultant.
 8           I think we, at one time -- some of
 9   the assay was carried out by Peter Dukes' group
10   at the children hospital.
11      Q    So did you tell anybody how to do the
12   work that was in example 9?
13      A    Oh, we know -- how to do this.  I
14   don't have to tell them.  This is individual
15   who -- in charge of setting up this assay.
16   They know how to do it.  I don't have to tell
17   them what to do.
18      Q    These in vitro and in vivo assays
19   that are described in example 9, those were
20   assays that were commonly known at the time;
21   right?
22      A    Yes.
23           MR. MADRID:  Objection.
24           Outside of the scope of the 30(b)(6)
25   notice.
```

Page 246

1    from Dr. Browne?
2        A   This is known at the time, when you
3    want to select cells which -- let me put it
4    this way:  This methotrexate is long -- is
5    known -- is known   to -- to inhibit
6    dihydrofolate reductase.  This is known.  This
7    is the way the people use to amplify the DHFR
8    gene, which is known at the time.
9        Q   So now, the next paragraph, which is
10   column 27, line 62 to column 28, line 23.
11           Can you read that to yourself, and
12   we'll have the same --
13       A   From where?
14       Q   The next paragraph.
15           It goes from the bottom of column 27
16   around line 62 to column 28, line 24 or so --
17   23.
18       A   (Examining document) Could you
19   rephrase the question, again?
20       Q   Yeah.
21           For this paragraph that we just
22   looked at, column 27, line 62 through column
23   28, line 23, who did that work?
24       A   The assay aspect was carried out by
25   Joan Egrie's groups.

```
 1   line 44, through column 29, line 15?
 2       A    I think, again, this is done -- had
 3   to be done -- this is done by Jeff Browne's
 4   group.
 5       Q    Okay.
 6            And the next paragraph relates to
 7   doing RIAs and in vivo assays.
 8            And that part was done by Dr. Egrie's
 9   group and Dr. Dukes?
10       A    Could I read it --
11       Q    Sure.
12       A     -- to be certain?
13            Where do you -- where are you?
14       Q    Column 29, line 16 through 22 up
15   until where it says, "Amino acid sequencing."
16       A    (Examining document) Yes.
17            The question again?
18       Q    That work was done by Dr. Egrie's
19   group and Dr. Dukes'?
20       A    The in vitro assay -- I think is done
21   by -- it's carried out by Jeff -- I mean Joan
22   Egrie's group.
23            In terms of in vivo, I think it's
24   carried out -- still at the time carried out by
25   Peter Dukes' group, I believe.
```

```
 1       Q    Okay.
 2            And then it talks about the amino
 3   acid sequencing that followed?  Who did that?
 4       A    You mean, the sentence that follow?
 5       Q    Yes.
 6       A    Okay.
 7            Let me read it.
 8            This one is -- in terms of sequencing
 9   was done by Por Lai's group.
10       Q    So isn't it fair, Doctor, that
11   whenever there's protein sequencing, it's Por
12   Lai's group; is that right?
13       A    Yes, that's correct.
14       Q    And whenever it's gene-expression
15   work, it's Dr. Browne's group -- Jeff Browne's
16   group?
17       A    Yes, at the time for this project.
18       Q    Yes.
19            And whenever it's in vitro assays --
20   whenever it is bioassays, whether it's in vitro
21   or in vivo, it's either Dr. Egrie's group or
22   Peter Dukes' group?
23       A    At the time for EPO assay.
24            I'm not talking about any other
25   assay.
```

30(b)(6) Deposition of Fu-Kuen Lin, Ph.D. -Volume I 3/28/2007
CONFIDENTIAL

Page 253

```
 1      Q    Right.
 2           We're just talking about --
 3      A    For EPO assay, it's Joan Egrie's
 4   group.
 5           And in vivo assay at the time, I
 6   believe, was carried out by -- only by Peter
 7   Dukes' group.
 8      Q    So the work that your group did was
 9   creating the DNA probes -- right? -- creating
10   the DNA probes to probe for the human genomic
11   sequence?
12      A    No.
13           My group --
14           MR. MADRID:  Objection.
15           Objection.
16           Vague.
17           Go ahead.
18           THE WITNESS:  My group is to find a
19   way to isolate the gene; develop the
20   methodology to isolate the gene.  So it's not
21   just create a probe, only.
22   BY MS. BEN-AMI:
23      Q    Oh, I wasn't --
24      A    The probe alone will not give you the
25   gene; it's to develop a technology which allow
```

```
 1         DECLARATION UNDER PENALTY OF PERJURY
 2
 3         I, Fu-Kuen Lin, Ph.D., do hereby
 4    certify under penalty of perjury that I have
 5    read the foregoing transcript of my deposition
 6    taken March 28, 2007; that I have made such
 7    corrections as appear noted herein, in ink,
 8    initialed by me; that my testimony as contained
 9    herein, as corrected, is true and correct.
10         DATED this  4th  day of
11     May    , 20 07 , at  Semis          ,
12    California.
13
14
15    _____  May 4, 2007
16         Fu-Kuen Lin, Ph.D.
17
18
19
20
21
22
23
24
25
```

LiveNote World Service    800.548.3668 Ext. 1

Page 282