# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF RENEE DUBORD BROWN IN SUPPORT OF AMGEN'S OPPOSITION TO ROCHE'S MOTION IN LIMINE TO EXCLUDE DEPOSITION TESTIMONY OF DR. LEROY HOOD

800929

I, Renee DuBord Brown, declare as follows:

1. I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email I sent on July 28, 2007 to Mr. Tom Fleming of Kaye Scholer LLP, enclosing two pdf documents, identified as "Exhibit A – Amgen's list of witnesses who may be called live at trial" and "Exhibit B – Amgen's Deposition Designations for Witnesses who may be called by Designation."

4. Attached hereto as Exhibit 2 is a true and correct copy of an email I received on August 4, 2007 from Ms. Donna Baker of Kaye Scholer LLP, enclosing a pdf document identified as "Roche's Counter Designations and Objections to Amgen's Designations."

5. Attached hereto as Exhibit 3 is a true and correct copy of a February 22, 2007 letter from Mr. Gasper J. LaRosa of Kaye Scholer LLP to Ms. Deborah Fishman of Day Casebeer Madrid & Batchelder LLP, enclosing a subpoena addressed to Dr. Leroy Hood and dated February 16, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of the cover page of the April 2, 2007 deposition of Dr. Leroy Hood.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 27th day of September, 2007.

By:   /s/ *Renee DuBord Brown*
         Renee DuBord Brown

2

**CERTIFICATE OF SERVICE**

   I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                               */s/ Patricia R. Rich*
                               Patricia R. Rich