# Exhibit 1

Dockets.Justia.com

## DuBord Brown, Renee

| | |
|---|---|
| **From:** | DuBord Brown, Renee |
| **Sent:** | Saturday, July 28, 2007 8:35 PM |
| **To:** | 'TFleming@kayescholer.com' |
| **Cc:** | Alfred Heckel; dlopez@kayescholer.com |
| **Subject:** | Pretrial exchanges |
| **Attachments:** | USDC - Exhibit A to 7-28-07 Ltr to Fleming.pdf; USDC - Exhibit B to 7-28-07 Ltr to Fleming.pdf |

Dear Tom,

Please see attached. As you have now changed our agreed-upon deal on the exhibit list, and have refused to provide author and prior exhibit identification, a revised exhibit list from Amgen will be transmitted shortly.

Also, you have sent your exhibit list in pdf format only. Amgen will not provide its exhibit list in the agreed-upon excel format until we receive yours in the agreed upon format. If I do not receive your exhibit list in excel, I will send you a pdf.

Regards,
Renee Brown


****************************************************
Renee DuBord Brown
Day Casebeer Madrid and Batchelder LLP

Phone: 408-342-4551
Email: rbrown@daycasebeer.com
****************************************************
Attorney Privileged and Confidential Communication

9/25/2007

**EXHIBIT A**
**Amgen's list of witnesses who may be called live at trial**

**Fact witnesses**

Kenneth Aoki
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Arnold J. Berk, M.D.
1632 Pandora Avenue
Los Angeles, California 90024

Michael Borun
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Jeffrey K. Browne
1244 Calle Aurora
Camarillo, CA 93010

Joan Egrie
561 Los Vientos Drive
Newbury Park, CA 91320

Steven Elliott
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Dennis Fenton
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E. 58th Street
Chicago, Illinois 60637

**EXHIBIT A**
**Amgen's list of witnesses who may be called live at trial**

Anton Haselbeck
c/o Roche

Michael Jarsch
c/o Roche

Steven Kunin
Oblon, Spivak, McClelland, Maier & Neustadt PC
1940 Duke Street
Alexandria, Virginia 22314

Charles Kung
19237 Tramore Lane
Mokena, IL 60448

Fu-Kuen Lin
2491 Chaucer Place
Thousand Oaks, CA 91360

Steven Odre
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

Gary Rogers
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Ralph Smalling
341 Scarborough Street
Thousand Oaks, California 91361

Nancy Spaethe
8320 South East 34th Street
Mercer Island, Washington 98040

Anne Stern
c/o Roche

## EXHIBIT A
### Amgen's list of witnesses who may be called live at trial

Thomas Strickland
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Helen Torley
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799

Axel Ullrich
Max Planck Institute of Biochemistry
Dept. of Molecular Biology
Am Klopferspitz 18
82152 Martinsried
Germany

Stuart Watt
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, California 91320-1799


### Expert witnesses

Leslie Benet
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Ralph Bradshaw
University of California, San Francisco
533 Parnassus Avenue
San Francisco, CA 94143-0446

Carlos Brugnara
Children's Hospital
Department of Laboratory Medicine
300 Longwood Avenue
Boston, Massachusetts 02115

Glenn Chertow
University of California San Francisco
UCSF Laurel Heights, Suite 430
3333 California Street
San Francisco, CA 94118-1211

## EXHIBIT A
### Amgen's list of witnesses who may be called live at trial

Eli Friedman
Downstate Medical Center
450 Clarkson Ave.
Brooklyn, New York 11203-2056

Eugene Goldwasser
University of Chicago
920 E.58th St.
Chicago, IL 60637

Harvey Lodish
Whitehead Institute, Suite 601
9 Cambridge Center
Cambridge, Massachusetts 02142

Stuart Orkin
Howard Hughes Medical Institute
Children's Hospital
300 Longwood Avenue
Boston, MA 02115

Vladimir Torchilin
Northeastern University
Mugar Building, Rm 312
360 Huntington Avenue
Boston, Massachusetts 02129

Ajit Varki
University of California San Diego (UCSD)
CMM-East, Rm 1065
9500 Gilman Drive MC 0687
La Jolla, CA 92093-0687

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| AMGEN DEPOSITION DESIGNATIONS | | |
|---|---|---|
| | FROM | TO |
| **ITC WITNESSES** | | |
| Buch, Jean Pierre | 85:9 | 87:1 |
| Dinella, Cynthia | 9:16 | 40:19 |
| | 42:24 | 49:13 |
| | 49:20 | 58:5 |
| | 58:21 | 61:14 |
| | 62:5 | 63:14 |
| | 64:24 | 66:22 |
| | 67:6 | 68:16 |
| | 75:14 | 78:18 |
| | 79:14 | 81:9 |
| | 94:19 | 96:22 |
| | 98:3 | 98:7 |
| | 98:12 | 103:25 |
| | 113:15 | 114:10 |
| | 117:4 | 119:20 |
| | 190:25 | 191:15 |
| | 193:21 | 194:12 |
| | 221:23 | 224:16 |
| | 226:11 | 227:13 |
| | 234:10 | 235:3 |
| | 272:4 | 273:13 |
| | 277:3 | 277:16 |
| Farid, Adrienna | 9:3 | 14:3 |
| | 182:23 | 185:7 |
| Franzino, Joanne | 9:12 | 15:25 |
| | 63:5 | 65:16 |
| | 79:7 | 83:21 |
| Joseph, Robert | 12:21 | 13:17 |
| | 14:13 | 14:25 |
| | 16:3 | 16:23 |
| | 17:24 | 18:5 |
| | 19:11 | 20:21 |
| | 22:21 | 23:8 |
| | 23:13 | 23:18 |
| | 23:22 | 25:4 |
| | 26:5 | 26:24 |
| | 27:14 | 27:25 |
| | 28:8 | 28:12 |
| | 34:20 | 35:5 |
| | 37:11 | 39:8 |
| | 53:3 | 53:20 |
| | 58:3 | 59:6 |
| | 61:6 | 63:9 |
| | 63:24 | 64:13 |
| | 64:21 | 65:14 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 74:19 | 76:5 |
| | 76:14 | 78:24 |
| | 79:12 | 83:4 |
| | 85:22 | 86:7 |
| | 86:13 | 86:22 |
| | 87:21 | 88:17 |
| | 96:20 | 96:22 |
| | 96:25 | 97:17 |
| | 97:23 | 98:3 |
| | 98:8 | 98:13 |
| | 98:22 | 100:3 |
| | 100:6 | 100:12 |
| | 102:23 | 103:10 |
| | 108:6 | 108:20 |
| | 110:3 | 111:6 |
| | 112:18 | 114:7 |
| | 115:4 | 115:7 |
| | 118:3 | 118:18 |
| | 119:5 | 119:10 |
| | 128:11 | 128:15 |
| | 128:22 | 130:14 |
| | 130:24 | 131:16 |
| | 142:12 | 144:17 |
| | 149:20 | 150:6 |
| | 150:15 | 150:18 |
| | 151:2 | 151:18 |
| | 152:5 | 152:12 |
| | 157:2 | 157:13 |
| | 158:24 | 160:21 |
| | 160:25 | 161:10 |
| | 173:3 | 173:18 |
| | 181:2 | 181:7 |
| Kingma-Johnson, Iris | 7:23 | 10:12 |
| | 16:12 | 16:18 |
| | 177:10 | 177:24 |
| | 193:4 | 197:21 |
| Knickmeier, Marcus | 75:21 | 76:11 |
| | 84:22 | 85:20 |
| | 86:11 | 89:9 |
| | 120:23 | 121:20 |
| | 122:25 | 125:16 |
| | 125:18 | 126 ;2 |
| | 126:5 | 126:13 |
| | 126:18 | 127:19 |
| | 129:2 | 129:7 |
| | 129:9 | 129:11 |
| | 129:13 | 131:12 |
| | 137:11 | 140:22 |
| Kokino, Chrys | 7:24 | 9:20 |
| | 160:4 | 161:9 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| Witness | | | |
|---|---|---|---|
| | 184:19 | | 185:24 |
| | 186:7 | | 186:15 |
| | 218:4 | | 218:13 |
| | 223:7 | | 223:22 |
| | 225:17 | | 227:20 |
| | 243:21 | | 244:11 |
| | 245:18 | | 246:22 |
| | 247:18 | | 250:2 |
| | 251:18 | | 254:16 |
| | 263:17 | | 265:22 |
| | 266:9 | | 266:17 |
| | 274:9 | | 274:23 |
| | 283:10 | | 284:5 |
| | 285:3 | | 286:25 |
| Much, Barbara | 7:3 | | 7:13 |
| | 22:12 | | 22:15 |
| Shah, Nimish | 7:20 | | 8:10 |
| | 9:19 | | 9:23 |
| | 10:3 | | 10:19 |
| | 11:4 | | 11:13 |
| | 37:8 | | 37:11 |
| | 37:13 | | 37:13 |
| | 37:17 | | 38:4 |
| | 38:7 | | 39:16 |
| | 39:19 | | 40:22 |
| | 44:25 | | 45:8 |
| | 45:9 | | 45:10 |
| | 45:14 | | 45:19 |
| | 45:22 | | 45:24 |
| | 87:7 | | 87:20 |
| | 87:23 | | 87:23 |
| | 88:18 | | 88:23 |
| | 88:25 | | 89:11 |
| | 89:12 | | 89:24 |
| | 90:8 | | 90:18 |
| | 90:21 | | 90:24 |
| | 90:25 | | 91:2 |
| | 109:4 | | 109:19 |
| | 110:3 | | 110:10 |
| | 110:13 | | 110:13 |
| | 111:10 | | 111:15 |
| | 111:19 | | 111:21 |
| | 111:24 | | 111:25 |
| Schorle, Axel | 6:15 | | 7:13 |
| | 11:4 | | 11:20 |
| | 15:11 | | 15:19 |
| | 17:21 | | 20:2 |
| | 26:6 | | 27:1 |
| Van der Auwera, Philippe | 7:18 | | 8:10 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 8:16 | 8:18 |
|  | 9:5 | 9:11 |
|  | 9:15 | 10:3 |
|  | 10:5 | 13:21 |
|  | 14:15 | 14:18 |
|  | 14:20 | 15:10 |
|  | 15:17 | 15:17 |
|  | 16:9 | 16:14 |
|  | 16:17 | 17:12 |
|  | 17:15 | 18:9 |
|  | 24:9 | 24:17 |
|  | 24:20 | 25:4 |
|  | 39:10 | 40:11 |
|  | 41:2 | 41:8 |
|  | 41:15 | 42:6 |
|  | 42:10 | 43:6 |
|  | 43:13 | 44:2 |
|  | 80:5 | 81:4 |
|  | 81:14 | 81:16 |
|  | 83:15 | 83:20 |
|  | 87:19 | 87:25 |
|  | 88:5 | 88:9 |
|  | 105:11 | 105:14 |
|  | 105:17 | 105:18 |
|  | 105:19 | 105:24 |
|  | 107:8 | 107:12 |
|  | 107:15 | 107:21 |
|  | 107:23 | 107:23 |
|  | 108:1 | 108:9 |
|  | 108:24 | 109:5 |
|  | 109:8 | 109:13 |
|  | 109:16 | 110:4 |
|  | 110:9 | 111:2 |
|  | 111:9 | 111:18 |
|  | 111:24 | 111:25 |
|  | 112:14 | 114:5 |
|  | 117:2 | 117:5 |
|  | 117:8 | 117:11 |
|  | 117:16 | 117:16 |
|  | 117:21 | 118:3 |
|  | 118:5 | 118:13 |
|  | 119:4 | 120:5 |
|  | 120:8 | 121:16 |
|  | 121:25 | 122:2 |
|  | 124:9 | 124:18 |
|  | 125:5 | 125:9 |
|  | 125:11 | 125:20 |
|  | 128:22 | 130:2 |
|  | 130:5 | 130:6 |
|  | 135:2 | 135:22 |
|  | 135:25 | 138:10 |
|  | 138:22 | 139:22 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 154:1 | 156:9 |
| | 157:6 | 157:10 |
| | 157:12 | 157:12 |
| | 157:15 | 157:15 |
| | 158:3 | 158:5 |
| | 158:9 | 158:11 |
| | 158:12 | 158:16 |
| | 159:5 | 171:13 |
| | 189:8 | 189:8 |
| | 192:18 | 193:3 |
| | 193:16 | 193:18 |
| | 193:21 | 194:18 |
| | 194:20 | 195:1 |
| | 196:4 | 197:11 |
| | 199:3 | 199:12 |
| | 199:22 | 200:9 |
| | 200:13 | 200:14 |
| | 200:16 | 200:17 |
| | 200:18 | 200:21 |
| | 200:22 | 201:24 |
| Veng-Pedersen, Peter | 5:6 | 5:13 |
| | 7:24 | 15:3 |
| | 15:24 | 18:9 |
| | 19:17 | 20:14 |
| | 26:19 | 27:22 |
| | 34:16 | 42:1 |
| | 42:8 | 45:18 |
| | 45:24 | 48:4 |
| | 49:14 | 51:2 |
| | 69:17 | 71:20 |
| | 85:10 | 89:8 |
| | 101:4 | 105:11 |
| | 118:15 | 128:7 |
| | 145:17 | 153:4 |
| | 159:17 | 166:18 |
| | 170:24 | 172:7 |
| | 175:20 | 178:17 |
| | 214:5 | 214:20 |
| | 214:21 | 220:16 |
| | 220:17 | 232:4 |
| | 234:2 | 236:1 |
| | 246:3 | 246:8 |
| | 250:1 | 250:13 |
| | 295:10 | 302:15 |
| **USDC CASE** | | |
| Abercrombie, George | 6:6 | 6:9 |
| | 7:13 | 7:20 |
| | 22:14 | 23:6 |
| | 32:19 | 33:2 |
| | 34:14 | 35:5 |
| | 36:18 | 38:9 |