**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 42:9 | 42:20 |
| | 56:1 | 56:15 |
| | 72:5 | 73:7 |
| | 78:25 | 81:10 |
| | 111:4 | 113:8 |
| | 120:23 | 122:3 |
| | 123:18 | 124:11 |
| | 144:5 | 145:16 |
| Bailon, Pascal | 5:13 | 8:23 |
| | 9:7 | 14:2 |
| | 20:11 | 20:22 |
| | 21:15 | 23:8 |
| | 25:18 | 27:21 |
| | 28:21 | 29:16 |
| | 29:17 | 46:8 |
| | 46:9 | 47:5 |
| | 47:14 | 48:18 |
| | 49:8 | 51:21 |
| | 51:22 | 57:19 |
| | 61:15 | 65:22 |
| | 68:10 | 69:5 |
| | 76:6 | 86:20 |
| | 87:5 | 88:11 |
| | 88:21 | 96:17 |
| | 96:24 | 102:23 |
| | 103:10 | 107:22 |
| | 108:17 | 124:12 |
| | 125:7 | 145:17 |
| | 146:4 | 152:12 |
| | 154:12 | 162:18 |
| | 163:4 | 189:21 |
| | 195:22 | 199:19 |
| | 199:20 | 200:23 |
| | 203:25 | 206:18 |
| | 211:8 | 213:11 |
| | 222:18 | 224:13 |
| | 227:4 | 227:10 |
| | 231:21 | 231:24 |
| Baron, Joseph | 25:16 | 28:6 |
| | 34:8 | 35:5 |
| | 35:15 | 37:1 |
| | 42:23 | 43:10 |
| | 47:12 | 48:21 |
| | 52:1 | 52:9 |
| | 72:14 | 73:11 |
| | 85:1 | 85:6 |
| | 128:5 | 128:13 |
| | 133:7 | 134:8 |
| | 136:24 | 137:19 |
| | 138:11 | 139:9 |
| | 139:24 | 141:2 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 141:10 | 141:17 |
| | 142:2 | 142:24 |
| | 155:6 | 155:12 |
| | 159:1 | 160:10 |
| | 169:8 | 170:5 |
| | 171:17 | 172:19 |
| | 173:6 | 173:24 |
| | 174:5 | 174:16 |
| | 175:23 | 274:1 |
| | 180:3 | 180:20 |
| | 181:24 | 182:9 |
| | 185:22 | 186:24 |
| | 192:6 | 193:9 |
| | 196:4 | 197:2 |
| | 200:8 | 201:8 |
| | 202:14 | 204:3 |
| | 206:1 | 209:16 |
| | 210:4 | 212:19 |
| | 214:1 | 215:11 |
| | 221:1 | 221:10 |
| | 225:11 | 228:24 |
| | 237:17 | 238:24 |
| | 239:5 | 239:18 |
| | 240:22 | 242:2 |
| | 242:22 | 243:12 |
| | 244:13 | 244:24 |
| | 245:1 | 245:13 |
| | 248:17 | 248:24 |
| | 249:4 | 252:21 |
| | 254:7 | 256:23 |
| | 262:4 | 262:15 |
| | 266:6 | 269:7 |
| | 269:11 | 270:23 |
| | 272:9 | 272:23 |
| | 274:1 | 275:13 |
| | 283:1 | 283:13 |
| | 285:21 | 286:1 |
| | 292:1 | 297:5 |
| | 297:22 | 299:23 |
| | 304:8 | 304:23 |
| | 315:22 | 317:3 |
| | 319:6 | 321:5 |
| | 321:20 | 322:6 |
| Beimfohr, Sonders | 5:9 | 5:23 |
| | 6:20 | 7:3 |
| | 21:13 | 21:19 |
| | 23:14 | 24:20 |
| | 27:17 | 27:23 |
| | 28:12 | 28:25 |
| | 29:5 | 30:9 |
| | 33:10 | 34:18 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 69:21 | 70:8 |
| | 70:16 | 70:23 |
| | 91:6 | 92:5 |
| | 174:2 | 175:9 |
| Blobel, Guenter | 11:20 | 15:3 |
| | 21:2 | 23:8 |
| | 24:25 | 26:23 |
| | 36:5 | 38:3 |
| | 39:22 | 49:20 |
| | 53:1 | 53:14 |
| | 121:23 | 124:10 |
| | 133:11 | 140:10 |
| | 142:5 | 147:17 |
| | 149:8 | 154:2 |
| | 154:24 | 157:5 |
| | 161:8 | 161:12 |
| | 162:20 | 164:21 |
| | 175:20 | 176:3 |
| | 179:14 | 180:17 |
| | 187:4 | 187:13 |
| | 189:4 | 190:25 |
| | 196:13 | 199:4 |
| | 201:21 | 202:16 |
| | 209:25 | 213:9 |
| | 214:6 | 215:11 |
| | 230:23 | 232:8 |
| | 258:15 | 261:12 |
| | 281:2 | 281:10 |
| | 281:25 | 282:18 |
| Borer, Jeffrey | 8:15 | 9:4 |
| | 18:12 | 19:10 |
| | 20:1 | 20:20 |
| | 24:15 | 24:22 |
| | 46:11 | 47:22 |
| | 48:8 | 48:11 |
| | 65:23 | 67:5 |
| | 68:2 | 68:8 |
| | 71:6 | 72:1 |
| | 74:21 | 76:24 |
| | 82:23 | 84:14 |
| | 104:6 | 106:14 |
| | 107:16 | 108:15 |
| Carillo, Frank | 7:21 | 8:14 |
| | 10:22 | 10:24 |
| | 11:18 | 12:24 |
| | 13:18 | 16:9 |
| | 20:16 | 20:22 |
| | 21:4 | 21:8 |
| | 21:20 | 23:3 |
| | 23:12 | 24:9 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | | |
|---|---|---|---|
| | | 26:3 | 26:4 |
| | | 26:7 | 27:16 |
| | | 30:13 | 30:22 |
| | | 34:22 | 35:11 |
| | | 35:24 | 36:6 |
| | | 38:13 | 38:20 |
| | | 43:7 | 43:13 |
| | | 43:18 | 44:7 |
| | | 44:8 | 44:15 |
| | | 49:19 | 50:2 |
| | | 50:6 | 50:14 |
| Collard, Shaun | | 8:8 | 9:5 |
| | | 14:2 | 15:3 |
| | | 18:24 | 19:8 |
| | | 23:17 | 23:21 |
| | | 59:20 | 61:10 |
| Cords, Sven-Michael | | 1:1 | 1:25 |
| | | 5:9 | 5:23 |
| | | 7:5 | 7:8 |
| | | 8:7 | 11:4 |
| | | 12:20 | 13:8 |
| | | 16:18 | 16:23 |
| | | 20:3 | 21:17 |
| | | 28:18 | 28:20 |
| | | 29:17 | 30:1 |
| | | 30:5 | 30:20 |
| | | 32:16 | 32:19 |
| | | 33:11 | 33:14 |
| | | 33:16 | 33:22 |
| | | 34:15 | 35:13 |
| | | 36:2 | 36:24 |
| | | 37:7 | 37:11 |
| | | 38:1 | 38:18 |
| | | 47:2 | 47:7 |
| | | 51:1 | 52:6 |
| | | 54:10 | 54:16 |
| | | 55:23 | 55:25 |
| | | 56:14 | 57:24 |
| | | 58:16 | 59:6 |
| | | 59:25 | 60:15 |
| | | 61:2 | 62:4 |
| | | 63:1 | 63:23 |
| | | 64:9 | 64:15 |
| | | 66:14 | 67:1 |
| | | 67:6 | 67:11 |
| | | 67:13 | 68:3 |
| | | 68:10 | 70:1 |
| | | 70:15 | 70:23 |
| | | 71:13 | 72:10 |
| | | 72:12 | 75:11 |
| | | 75:13 | 75:18 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 75:20 | 76:1 |
|  | 76:12 | 77:11 |
|  | 78:13 | 78:14 |
|  | 78:16 | 81:4 |
|  | 81:8 | 81:18 |
|  | 81:23 | 82:8 |
|  | 82:19 | 82:23 |
|  | 90:16 | 91:11 |
|  | 92:22 | 93:10 |
|  | 93:19 | 94:5 |
|  | 94:7 | 94:20 |
|  | 94:22 | 94:23 |
|  | 95:6 | 96:10 |
|  | 97:3 | 98:19 |
|  | 101:14 | 101:19 |
|  | 105:18 | 106:2 |
|  | 112:12 | 114:12 |
|  | 119:16 | 120:13 |
|  | 120:19 | 122:16 |
|  | 122:23 | 126:13 |
|  | 126:19 | 127:15 |
|  | 127:21 | 128:18 |
|  | 128:20 | 129:5 |
|  | 129:10 | 129:24 |
|  | 130:1 | 131:12 |
|  | 131:19 | 134:4 |
|  | 136:3 | 136:23 |
|  | 137:1 | 138:19 |
|  | 139:3 | 139:5 |
|  | 139:7 | 139:11 |
|  | 139:14 | 140:16 |
|  | 140:22 | 141:24 |
|  | 142:1 | 142:11 |
|  | 142:15 | 150:1 |
|  | 150:13 | 150:15 |
|  | 150:21 | 151:18 |
|  | 151:20 | 151:25 |
|  | 152:4 | 154:16 |
|  | 155:4 | 159:13 |
|  | 159:15 | 160:16 |
|  | 160:18 | 161:2 |
|  | 161:4 | 161:12 |
|  | 161:14 | 161:18 |
|  | 161:19 | 163:15 |
|  | 163:17 | 164:18 |
|  | 164:23 | 165:3 |
|  | 165:21 | 168:19 |
|  | 171:24 | 172:5 |
| Dougherty, Frank | 7:4 | 15:19 |
|  | 19:5 | 19:25 |
|  | 22:16 | 23:16 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 24:22 | 24:25 |
|  | 25:2 | 25:2 |
|  | 26:4 | 26:14 |
|  | 26:16 | 26:18 |
|  | 27:21 | 28:2 |
|  | 28:11 | 28:15 |
|  | 28:23 | 29:3 |
|  | 29:15 | 29:23 |
|  | 30:4 | 30:6 |
|  | 30:7 | 30:21 |
|  | 30:24 | 32:3 |
|  | 35:23 | 36:17 |
|  | 37:6 | 42:8 |
|  | 42:20 | 44:24 |
|  | 45:13 | 45:19 |
|  | 45:21 | 46:3 |
|  | 46:5 | 46:8 |
|  | 46:10 | 46:23 |
|  | 46:25 | 47:8 |
|  | 47:17 | 48:9 |
|  | 48:14 | 48:14 |
|  | 48:17 | 48:22 |
|  | 49:3 | 49:3 |
|  | 49:7 | 49:18 |
|  | 50:23 | 50:25 |
|  | 51:2 | 52:8 |
|  | 52:13 | 52:14 |
|  | 52:16 | 53:11 |
|  | 53:13 | 53:22 |
|  | 53:24 | 54:1 |
|  | 54:2 | 54:7 |
|  | 54:10 | 54:23 |
|  | 55:3 | 55:13 |
|  | 55:17 | 56:12 |
|  | 56:15 | 56:17 |
|  | 57:13 | 57:16 |
|  | 57:21 | 58:1 |
|  | 58:2 | 58:9 |
|  | 61:15 | 61:24 |
|  | 62:5 | 62:12 |
|  | 62:14 | 62:17 |
|  | 62:19 | 62:19 |
|  | 62:23 | 63:12 |
|  | 63:18 | 64:5 |
|  | 64:9 | 64:15 |
|  | 64:22 | 64:24 |
|  | 64:25 | 65:6 |
|  | 65:10 | 65:13 |
|  | 67:14 | 67:24 |
|  | 67:25 | 68:12 |
|  | 68:16 | 69:3 |
|  | 69:6 | 69:18 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |  |
|---|---|---|---|
|  | 73:20 |  | 73:22 |
|  | 74:9 |  | 74:16 |
|  | 74:18 |  | 74:20 |
|  | 75:17 |  | 75:21 |
|  | 75:23 |  | 76:3 |
|  | 76:6 |  | 76:19 |
|  | 76:23 |  | 77:2 |
|  | 77:4 |  | 77:6 |
|  | 77:8 |  | 77:17 |
|  | 77:21 |  | 77:25 |
|  | 78:2 |  | 78:3 |
|  | 79:22 |  | 80:5 |
|  | 80:8 |  | 80:12 |
|  | 80:14 |  | 80:24 |
|  | 81:14 |  | 82:3 |
|  | 82:5 |  | 82:10 |
|  | 82:12 |  | 82:17 |
|  | 82:19 |  | 82:25 |
|  | 83:5 |  | 83:15 |
|  | 83:18 |  | 84:4 |
|  | 84:8 |  | 84:14 |
|  | 84:16 |  | 84:24 |
|  | 85:2 |  | 85:10 |
|  | 85:12 |  | 85:22 |
|  | 85:24 |  | 86:3 |
|  | 86:5 |  | 86:5 |
|  | 101:24 |  | 102:9 |
|  | 102:22 |  | 102:24 |
|  | 103:4 |  | 103:7 |
|  | 103:10 |  | 103:25 |
|  | 104:2 |  | 105:13 |
|  | 105:14 |  | 106:8 |
|  | 106:12 |  | 106:22 |
|  | 106:25 |  | 107:3 |
|  | 107:17 |  | 108:5 |
|  | 108:16 |  | 109:3 |
|  | 109:7 |  | 109:19 |
|  | 109:21 |  | 110:1 |
|  | 110:3 |  | 110:8 |
|  | 110:10 |  | 110:14 |
|  | 110:15 |  | 110:19 |
|  | 110:23 |  | 111:2 |
|  | 111:3 |  | 111:12 |
|  | 111:16 |  | 112:8 |
|  | 112:21 |  | 112:24 |
|  | 112:25 |  | 113:6 |
|  | 113:9 |  | 113:11 |
|  | 113:13 |  | 113:17 |
|  | 113:21 |  | 118:7 |
|  | 123:21 |  | 124:7 |
|  | 125:7 |  | 125:25 |
|  | 126:2 |  | 127:11 |