**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|   |   |   |
|---|---|---|
|   | 131:14 | 131:17 |
|   | 131:20 | 132:7 |
|   | 133:6 | 134:11 |
|   | 138:13 | 139:11 |
|   | 139:12 | 141:3 |
|   | 144:16 | 145:1 |
|   | 145:3 | 145:10 |
|   | 145:13 | 145:19 |
|   | 145:22 | 145:24 |
|   | 146:13 | 146:22 |
|   | 146:25 | 148:18 |
|   | 148:22 | 148:25 |
|   | 149:14 | 151:12 |
|   | 156:3 | 157:5 |
|   | 157:8 | 157:9 |
|   | 157:19 | 157:24 |
|   | 158:4 | 158:13 |
|   | 158:16 | 160:14 |
|   | 160:19 | 160:25 |
|   | 161:8 | 161:15 |
|   | 166:9 | 166:10 |
|   | 166:13 | 166:21 |
|   | 166:24 | 167:4 |
|   | 167:10 | 167:25 |
|   | 168:2 | 168:14 |
|   | 168:17 | 170:3 |
|   | 170:7 | 170:10 |
|   | 170:13 | 172:17 |
|   | 172:18 | 173:11 |
|   | 173:16 | 173:23 |
|   | 173:25 | 174:9 |
|   | 174:11 | 174:15 |
|   | 174:19 | 175:8 |
|   | 175:11 | 175:18 |
|   | 175:22 | 176:22 |
|   | 179:14 | 180:7 |
|   | 180:10 | 180:14 |
|   | 180:16 | 180:21 |
|   | 182:9 | 182:16 |
|   | 182:23 | 182:25 |
|   | 183:5 | 183:19 |
|   | 183:23 | 184:10 |
|   | 184:14 | 184:19 |
|   | 184:22 | 185:5 |
|   | 185:11 | 185:20 |
|   | 186:3 | 186:7 |
|   | 186:10 | 186:16 |
|   | 186:19 | 187:2 |
|   | 187:6 | 187:14 |
|   | 187:17 | 187:20 |
|   | 190:24 | 191:8 |
|   | 191:13 | 192:12 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | | |
|---|---|---|---|
| | | 195:17 | 195:20 |
| | | 196:2 | 196:4 |
| | | 198:17 | 199:4 |
| | | 199:7 | 200:10 |
| | | 200:11 | 203:2 |
| | | 203:5 | 203:11 |
| | | 203:12 | 203:16 |
| | | 203:20 | 204:4 |
| | | 204:8 | 204:14 |
| | | 204:18 | 204:25 |
| | | 205:3 | 205:8 |
| | | 205:8 | 205:25 |
| | | 206:2 | 206:23 |
| | | 208:14 | 209:18 |
| | | 210:6 | 210:10 |
| | | 210:15 | 210:25 |
| | | 211:2 | 211:2 |
| | | 211:5 | 211:13 |
| | | 211:17 | 211:19 |
| | | 211:22 | 212:10 |
| | | 212:14 | 225:14 |
| Duncan, Suzann | | 4:15 | 5:10 |
| | | 5:16 | 6:12 |
| | | 7:13 | 13:12 |
| | | 13:23 | 30:19 |
| | | 31:18 | 31:19 |
| | | 31:22 | 32:14 |
| | | 32:24 | 34:7 |
| | | 34:10 | 36:15 |
| | | 37:9 | 38:6 |
| | | 38:24 | 40:10 |
| | | 40:16 | 42:3 |
| | | 43:10 | 45:3 |
| | | 45:6 | 45:18 |
| | | 45:22 | 45:23 |
| | | 46:20 | 47:11 |
| | | 48:22 | 52:7 |
| | | 52:11 | 54:2 |
| | | 54:14 | 55:8 |
| | | 55:22 | 56:21 |
| | | 58:14 | 60:11 |
| | | 60:14 | 61:24 |
| | | 62:3 | 62:9 |
| | | 62:23 | 64:10 |
| | | 64:14 | 66:12 |
| | | 66:15 | 67:19 |
| | | 68:2 | 69:17 |
| | | 70:25 | 72:7 |
| | | 72:8 | 73:6 |
| | | 74:21 | 75:6 |
| | | 75:17 | 76:6 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  | | |
|---|---|---|
| | 79:25 | 80:12 |
| | 91:24 | 92:3 |
| | 92:5 | 92:8 |
| | 96:19 | 98:2 |
| | 98:7 | 99:3 |
| | 99:7 | 100:11 |
| | 100:15 | 100:24 |
| | 122:2 | 123:5 |
| | 124:5 | 124:25 |
| | 157:3 | 157:12 |
| | 157:14 | 157:23 |
| | 159:9 | 159:18 |
| | 160:18 | 161:8 |
| | 162:18 | 163:14 |
| | 163:25 | 167:8 |
| | 169:8 | 169:10 |
| | 169:12 | 170:7 |
| | 172:5 | 172:25 |
| | 173:25 | 175:2 |
| | 179:25 | 180:22 |
| | 185:17 | 186:10 |
| | 186:13 | 188:17 |
| | 189:4 | 190:5 |
| | 194:3 | 194:15 |
| | 195:4 | 196:4 |
| | 198:5 | 198:11 |
| | 198:20 | 198:23 |
| | 199:8 | 200:10 |
| | 201:16 | 202:3 |
| | 204:21 | 205:12 |
| | 205:22 | 206:5 |
| | 209:5 | 210:4 |
| | 211:7 | 211:13 |
| | 213:11 | 213:15 |
| | 214:3 | 214:16 |
| | 215:3 | 215:13 |
| | 225:22 | 226:25 |
| | 242:2 | 242:8 |
| | 242:21 | 244:18 |
| | 272:7 | 273:8 |
| | 274:19 | 275:7 |
| | 275:12 | 277:13 |
| | 277:16 | 278:9 |
| | 278:12 | 279:21 |
| | 279:25 | 280:10 |
| | 281:23 | 286:13 |
| | 286:18 | 287:11 |
| | 287:15 | 289:17 |
| | 290:9 | 292:13 |
| | 292:23 | 293:12 |
| Fisher, James | 24:11 | 25:16 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 29:7 | 30:21 |
| | 33:3 | 37:3 |
| | 39:14 | 40:4 |
| | 40:17 | 41:4 |
| | 42:3 | 43:1 |
| | 48:8 | 49:5 |
| | 49:25 | 50:17 |
| | 51:10 | 52:1 |
| | 53:15 | 54:12 |
| | 55:4 | 56:7 |
| | 60:12 | 62:12 |
| | 65:7 | 67:20 |
| | 67:22 | 68:22 |
| | 69:3 | 69:21 |
| | 70:8 | 71:15 |
| | 73:12 | 74:3 |
| | 75:2 | 75:18 |
| | 76:14 | 78:20 |
| | 85:11 | 85:22 |
| | 86:9 | 86:16 |
| | 86:25 | 87:5 |
| | 88:14 | 89:1 |
| | 91:1 | 92:16 |
| | 93:22 | 94:14 |
| | 94:16 | 95:22 |
| | 99:11 | 99:14 |
| | 103:19 | 103:25 |
| | 104:1 | 104:8 |
| | 107:14 | 107:20 |
| | 108:7 | 110:4 |
| | 110:14 | 112:1 |
| | 112:15 | 113:9 |
| | 116:24 | 118:8 |
| | 118:10 | 119:2 |
| | 120:13 | 120:19 |
| | 120:23 | 121:14 |
| | 122:23 | 124:25 |
| | 125:21 | 125:25 |
| | 127:24 | 128:9 |
| | 129:12 | 131:6 |
| | 132:14 | 132:24 |
| | 134:13 | 134:24 |
| | 135:12 | 137:1 |
| | 137:11 | 140:24 |
| | 141:1 | 143:4 |
| | 146:2 | 146:15 |
| | 147:5 | 148:8 |
| | 149:22 | 150:4 |
| | 150:20 | 151:7 |
| | 151:19 | 151:23 |
| | 152:14 | 153:5 |
| | 155:24 | 157:1 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 158:2 | 158:16 |
|  | 159:23 | 160:14 |
|  | 161:3 | 163:24 |
|  | 167:12 | 168:23 |
|  | 170:23 | 171:17 |
|  | 173:2 | 173:25 |
|  | 175:23 | 177:21 |
|  | 180:3 | 180:22 |
|  | 182:20 | 184:7 |
|  | 185:12 | 187:9 |
|  | 187:10 | 188:15 |
|  | 193:3 | 193:14 |
|  | 197:19 | 198:7 |
|  | 199:16 | 200:8 |
|  | 201:7 | 201:21 |
|  | 204:2 | 205:5 |
|  | 206:5 | 206:22 |
|  | 210:1 | 212:1 |
|  | 224:20 | 225:15 |
|  | 225:19 | 228:6 |
|  | 229:23 | 231:20 |
|  | 232:2 | 232:18 |
|  | 238:20 | 239:6 |
|  | 252:19 | 253:15 |
|  | 254:8 | 255:12 |
|  | 256:7 | 257:2 |
| Flintoff, Wayne | 17:4 | 22:20 |
|  | 24:25 | 27:7 |
|  | 40:22 | 41:23 |
|  | 58:6 | 60:2 |
|  | 64:6 | 64:19 |
|  | 117:22 | 118:13 |
|  | 119:21 | 121:22 |
|  | 123:3 | 125:8 |
|  | 125:20 | 126:24 |
|  | 129:16 | 129:23 |
|  | 130:7 | 130:24 |
|  | 133:17 | 134:7 |
|  | 136:9 | 138:25 |
|  | 137:21 | 138:3 |
|  | 156:21 | 161:25 |
|  | 162:5 | 163:21 |
|  | 165:21 | 166:21 |
|  | 167:15 | 169:12 |
|  | 200:5 | 200:8 |
|  | 221:13 | 223:14 |
|  | 226:2 | 232:20 |
|  | 238:18 | 239:19 |
|  | 243:17 | 243:21 |
|  | 244:1 | 245:19 |
|  | 246:16 | 248:6 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 250:1 | 255:22 |
|  | 257:12 | 257:14 |
|  | 257:16 | 258:9 |
|  | 258:24 | 261:15 |
|  | 262:8 | 264:3 |
|  | 269:17 | 271:15 |
| Fromm, Michael | 1:1 | 1:25 |
|  | 15:19 | 16:1 |
|  | 16:4 | 17:7 |
|  | 17:9 | 17:15 |
|  | 19:3 | 19:19 |
|  | 22:22 | 22:25 |
|  | 23:11 | 23:14 |
|  | 53:5 | 53:7 |
|  | 45:6 | 54:9 |
|  | 54:11 | 55:10 |
|  | 55:12 | 55:13 |
|  | 59:4 | 59:9 |
|  | 59:15 | 60:5 |
|  | 61:5 | 61:13 |
|  | 62:3 | 62:5 |
|  | 65:4 | 65:22 |
|  | 66:17 | 67:1 |
|  | 67:18 | 67:23 |
|  | 68:6 | 68:18 |
|  | 72:17 | 73:7 |
|  | 74:25 | 75:23 |
|  | 75:25 | 76:19 |
|  | 76:23 | 76:24 |
|  | 78:18 | 79:3 |
|  | 89:24 | 80:22 |
|  | 82:21 | 82:23 |
|  | 82:25 | 83:3 |
|  | 83:5 | 83:10 |
|  | 85:11 | 86:11 |
|  | 87:21 | 88:10 |
|  | 88:12 | 88:13 |
|  | 89:7 | 89:11 |
|  | 94:10 | 95:1 |
|  | 101:6 | 101:11 |
|  | 102:25 | 103:11 |
|  | 109:24 | 110:14 |
|  | 112:15 | 113:5 |
|  | 119:4 | 119:8 |
|  | 119:10 | 119:10 |
|  | 124:8 | 124:20 |
|  | 135:15 | 135:25 |
|  | 136:2 | 136:25 |
|  | 140:2 | 140:25 |
|  | 157:18 | 158:23 |