**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| Witness | From | To |
|---|---|---|
| Gaylis, Franklin | 12:12 | 12:18 |
| | 14:25 | 15:2 |
| | 22:18 | 23:12 |
| | 23:13 | 26:1 |
| | 29:21 | 32:13 |
| | 33:21 | 34:2 |
| | 39:16 | 39:25 |
| | 40:1 | 40:3 |
| | 47:12 | 48:17 |
| | 49:8 | 50:19 |
| | 51:20 | 53:17 |
| | 57:18 | 58:6 |
| | 58:12 | 60:17 |
| | 63:24 | 64:21 |
| | 68:11 | 71:4 |
| | 79:19 | 80:16 |
| | 81:17 | 81:24 |
| | 82:11 | 83:11 |
| | 97:14 | 98:16 |
| | 99:24 | 100:1 |
| | 100:12 | 100:15 |
| | 100:16 | 100:23 |
| | 102:12 | 102:25 |
| | 103:2 | 103:15 |
| | 104:23 | 106:1 |
| | 107:18 | 108:3 |
| | 108:18 | 109:4 |
| | 111:20 | 111:24 |
| | 113:22 | 114:5 |
| | 115:10 | 116:2 |
| | 119:6 | 119:9 |
| | 119:10 | 120:2 |
| | 130:18 | 132:9 |
| | 132:10 | 132:20 |
| | 133:7 | 133:16 |
| | 133:17 | 134:5 |
| | 134:6 | 134:20 |
| | 134:21 | 136:11 |
| | 139:6 | 141:5 |
| | 141:12 | 141:22 |
| | 147:19 | 148:2 |
| | 148:4 | 148:8 |
| | 148:10 | 148:20 |
| | 148:22 | 148:6 |
| | 151:20 | 152:4 |
| | 152:5 | 153:6 |
| | 153:7 | 154:7 |
| | 155:3 | 155:15 |
| | 156:20 | 157:24 |
| | 160:4 | 162:20 |
| | 162:21 | 163:3 |
| | 164:2 | 165:4 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  | | |
|---|---|---|
| | 167:22 | 168:18 |
| | 169:16 | 170:3 |
| | 170:4 | 170:17 |
| | 170:23 | 171:5 |
| | 171:6 | 171:21 |
| | 171:22 | 172:4 |
| | 173:22 | 174:8 |
| | 174:9 | 174:14 |
| | 174:25 | 175:5 |
| | 180:17 | 180:24 |
| | 181:10 | 182:11 |
| | 183:6 | 184:8 |
| | 186:11 | 186:21 |
| | 186:22 | 187:6 |
| | 187:18 | 190:23 |
| | 198:14 | 198:25 |
| | 205:9 | 206:14 |
| | 207:11 | 208:15 |
| | 208:16 | 208:18 |
| | 210:11 | 210:13 |
| | 216:3 | 217:3 |
| | 217:4 | 217:11 |
| | 218:12 | 219:4 |
| | 219:25 | 221:14 |
| | 221:15 | 224:10 |
| | 224:11 | 224:18 |
| | 225:18 | 226:1 |
| | 226:20 | 227:11 |
| | 230:19 | 230:24 |
| | 233:22 | 234:8 |
| | 235:4 | 235:16 |
| | 236:23 | 238:2 |
| | 246:2 | 247:4 |
| | 248:12 | 249:2 |
| | 250:1 | 250:22 |
| | 251:10 | 252:13 |
| | 254:11 | 254:19 |
| | 263:7 | 263:12 |
| | 266:23 | 267:9 |
| | 268:12 | 268:18 |
| | 269:5 | 269:13 |
| | 274:12 | 275:12 |
| | 283:2 | 283:9 |
| | 289:14 | 291:10 |
| | 291:11 | 292:24 |
| | 294:23 | 295:3 |
| | 295:22 | 297:14 |
| | 298:22 | 299:5 |
| | 301:16 | 303:14 |
| | 303:22 | 304:5 |
| | 304:6 | 304:14 |
| | 305:18 | 307:5 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 309:17 | 310:3 |
| | 320:22 | 320:25 |
| | 321:12 | 321:19 |
| | 351:7 | 351:12 |
| | 354:16 | 355:1 |
| | 357:3 | 357:19 |
| | 364:19 | 365:2 |
| Graf, Susan | 6:15 | 6:21 |
| | 7:13 | 9:4 |
| | 13:18 | 13:24 |
| | 40:25 | 42:6 |
| | 144:16 | 145:15 |
| | 148:15 | 149:19 |
| | 150:2 | 151:10 |
| Harlow, Edward | 6:9 | 6:13 |
| | 26:15 | 26:18 |
| | 27:4 | 27:10 |
| | 31:18 | 31:22 |
| | 48:25 | 49:20 |
| | 58:25 | 59:7 |
| | 60:12 | 60:17 |
| | 87:20 | 87:25 |
| | 97:6 | 97:24 |
| | 108:18 | 108:22 |
| | 109:17 | 109:23 |
| | 110:3 | 110:8 |
| | 119:15 | 119:19 |
| | 133:12 | 134:8 |
| | 134:14 | 134:21 |
| | 137:17 | 138:23 |
| | 159:2 | 159:14 |
| | 163:16 | 164:4 |
| | 164:11 | 164:16 |
| | 168:19 | 168:22 |
| | 177:5 | 177:15 |
| | 178:5 | 179:1 |
| | 191:18 | 192:4 |
| | 193:3 | 194:14 |
| | 195:22 | 197:1 |
| | 197:4 | 197:14 |
| | 197:25 | 198:11 |
| | 199:1 | 199:5 |
| | 201:11 | 203:12 |
| | 205:13 | 205:23 |
| | 206:14 | 208:19 |
| | 209:13 | 209:19 |
| | 210:4 | 211:9 |
| | 216:9 | 216:24 |
| | 225:17 | 225:22 |
| | 226:15 | 227:5 |
| | 232:21 | 233:3 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 233:19 | 237:1 |
|  | 237:17 | 237:21 |
|  | 238:5 | 238:15 |
|  | 238:24 | 239:12 |
|  | 241:1 | 241:7 |
|  | 241:15 | 242:1 |
|  | 242:13 | 243:14 |
|  | 245:5 | 246:20 |
|  | 249:19 | 249:19 |
|  | 249:24 | 250:7 |
|  | 251:5 | 251:17 |
|  | 252:11 | 252:23 |
|  | 258:14 | 258:17 |
|  | 261:12 | 261:21 |
|  | 262:16 | 262:23 |
|  | 267:23 | 268:1 |
|  | 271:20 | 272:3 |
|  | 274:6 | 274:13 |
|  | 274:24 | 275:12 |
| Hinson, Richard | 7:3 | 7:6 |
|  | 17:5 | 19:17 |
|  | 19:18 | 22:7 |
|  | 25:2 | 27:5 |
|  | 41:4 | 45:7 |
|  | 65:13 | 66:3 |
|  | 124:19 | 126:6 |
| Hood, Leroy | 5:17 | 6:9 |
|  | 7:8 | 8:8 |
|  | 8:23 | 9:15 |
|  | 10:20 | 12:25 |
|  | 14:6 | 14:14 |
|  | 14:20 | 15:4 |
|  | 18:11 | 21:17 |
|  | 21:18 | 22:7 |
|  | 24:10 | 25:23 |
|  | 28:20 | 29:21 |
|  | 33:6 | 33:14 |
|  | 55:1 | 59:20 |
|  | 61:5 | 63:5 |
|  | 80:20 | 81:24 |
|  | 84:13 | 88:5 |
|  | 88:15 | 97:11 |
|  | 98:23 | 100:22 |
|  | 102:4 | 105:15 |
|  | 105:24 | 106:23 |
| Horber, Patrick | 5:22 | 6:14 |
|  | 6:20 | 7:19 |
|  | 7:21 | 7:22 |
|  | 18:16 | 19:13 |
|  | 21:18 | 22:14 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| Witness | Start | End |
|---|---|---|
| | 23:18 | 24:10 |
| | 24:13 | 24:14 |
| | 25:18 | 26:3 |
| | 26:9 | 27:4 |
| | 27:7 | 27:18 |
| | 28:14 | 29:23 |
| | 29:25 | 31:3 |
| | 36:9 | 36:12 |
| | 36:24 | 36:25 |
| | 37:2 | 37:6 |
| | 37:9 | 37:25 |
| | 38:7 | 38:11 |
| | 40:2 | 40:5 |
| | 40:7 | 40:15 |
| | 41:3 | 41:5 |
| | 41:6 | 42:12 |
| | 43:24 | 44:6 |
| | 44:24 | 45:11 |
| | 65:20 | 66:4 |
| | 66:12 | 66:24 |
| | 68:9 | 68:15 |
| | 68:18 | 68:21 |
| | 68:23 | 69:12 |
| | 69:14 | 70:7 |
| | 76:8 | 76:14 |
| | 76:20 | 76:23 |
| | 77:20 | 77:24 |
| | 78:3 | 78:8 |
| | 78:25 | 79:10 |
| | 79:14 | 79:21 |
| | 79:23 | 81:15 |
| | 81:19 | 82:5 |
| Katz, Adrian | 7:21 | 9:5 |
| | 10:1 | 10:24 |
| | 12:1 | 16:2 |
| | 16:1 | 19:7 |
| | 19:8 | 19:20 |
| | 20:5 | 23:4 |
| | 23:5 | 23:24 |
| | 25:5 | 26:6 |
| | 34:1 | 39:13 |
| | 41:1 | 45:2 |
| | 46:6 | 49:20 |
| | 53:1 | 54:3 |
| | 61:13 | 63:12 |
| | 64:15 | 65:15 |
| | 66:2 | 66:13 |
| | 67:1 | 67:11 |
| | 68:21 | 70:16 |
| | 71:1 | 72:9 |
| | 73:13 | 74:3 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 79:7 | 81:7 |
| | 81:15 | 82:15 |
| | 84:5 | 86:16 |
| | 86:24 | 87:15 |
| | 87:22 | 88:23 |
| | 89:3 | 89:23 |
| | 90:1 | 92:24 |
| | 93:17 | 96:14 |
| | 99:15 | 100:16 |
| | 101:23 | 102:22 |
| | 111:3 | 113:19 |
| Keefe, John | 18:11 | 18:21 |
| | 22:17 | 23:5 |
| | 23:10 | 24:5 |
| | 25:9 | 25:14 |
| | 26:13 | 26:21 |
| | 29:21 | 30:1 |
| | 35:25 | 38:10 |
| | 42:25 | 43:15 |
| | 47:24 | 49:10 |
| | 99:2 | 99:12 |
| | 103:20 | 104:2 |
| | 105:25 | 107:3 |
| | 150:22 | 153:2 |
| | 153:24 | 154:14 |
| Kokino, Chrys | 80:2 | 80:21 |
| | 84:22 | 85:12 |
| | 85:15 | 86:2 |
| | 86:15 | 86:25 |
| | 198:17 | 200:5 |
| | 200:25 | 200:25 |
| | 204:11 | 205:1 |
| | 208:7 | 209:4 |
| | 218:11 | 219:23 |
| | 220:22 | 220:25 |
| | 221:13 | 221:18 |
| | 222:9 | 226:10 |
| | 230:18 | 235:23 |
| | 239:20 | 242:10 |
| | 242:14 | 247:12 |
| Lieberman, Kenneth | 6:19 | 6:22 |
| | 7:6 | 8:13 |
| | 9:21 | 11:25 |
| | 12:20 | 13:2 |
| | 14:18 | 15:4 |
| | 15:8 | 18:4 |
| | 19:5 | 20:23 |
| | 21:12 | 25:2 |
| | 25:4 | 28:19 |
| | 29:5 | 34:4 |

EXHIBIT B
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 34:8 | 35:21 |
| | 35:25 | 37:9 |
| | 38:23 | 39:24 |
| | 41:7 | 42:8 |
| | 43:3 | 43:16 |
| | 49:25 | 70:16 |
| | 72:3 | 75:14 |
| | 75:14 | 75:25 |
| | 79:14 | 80:7 |
| | 82:19 | 84:11 |
| | 84:17 | 86:22 |
| | 88:6 | 88:11 |
| | 94:6 | 94:24 |
| | 96:6 | 97:7 |
| | 97:17 | 108:6 |
| | 108:25 | 112:23 |
| | 117:8 | 119:3 |
| | 122:4 | 128:22 |
| | 129:11 | 133:3 |
| | 136:9 | 137:14 |
| | 180:9 | 183:13 |
| | 187:25 | 199:8 |
| | 199:9 | 200:10 |
| | 201:17 | 205:12 |
| | 205:16 | 206:17 |
| | 210:2 | 212:12 |
| | 212:17 | 219:6 |
| | 220:5 | 224:24 |
| | 225:18 | 230:21 |
| | 233:3 | 235:20 |
| | 237:5 | 238:16 |
| | 238:17 | 240:20 |
| | 264:8 | 266:9 |
| | 266:10 | 278:12 |
| | 279:20 | 281:8 |
| | 284:2 | 284:20 |
| | 287:5 | 289:4 |
| | 296:2 | 297:19 |
| | 302:24 | 303:14 |
| Martin (Hickman), Lori | 9:10 | 9:12 |
| | 9:21 | 10:6 |
| | 10:13 | 11:3 |
| | 12:13 | 12:21 |
| | 14:15 | 14:20 |
| | 15:6 | 16:24 |
| | 21:2 | 21:16 |
| | 22:4 | 24:9 |
| | 24:15 | 25:13 |
| | 25:23 | 26:6 |
| | 27:13 | 28:23 |
| | 29:9 | 29:12 |