## EXHIBIT B
### Amgen's Deposition Designations for Witnesses who may be called by Designation

|  |  |  |
|---|---|---|
|  | 29:22 | 30:17 |
|  | 34:7 | 37:21 |
|  | 38:22 | 40:12 |
|  | 40:18 | 44:5 |
|  | 44:6 | 44:20 |
|  | 48:21 | 49:10 |
|  | 55:5 | 55:19 |
|  | 56:5 | 57:6 |
|  | 59:23 | 61:5 |
|  | 62:21 | 64:2 |
|  | 65:8 | 65:25 |
|  | 67:24 | 72:9 |
|  | 72:21 | 73:20 |
|  | 74:11 | 74:24 |
|  | 78:8 | 79:8 |
|  | 79:20 | 80:24 |
|  | 81:15 | 83:2 |
|  | 83:11 | 84:8 |
|  | 88:16 | 90:8 |
| Mayersohn, Michael | 8:1 | 9:1 |
|  | 9:18 | 10:2 |
|  | 10:3 | 10:9 |
|  | 18:5 | 18:13 |
|  | 22:1 | 23:6 |
|  | 23:14 | 25:3 |
|  | 26:5 | 27:2 |
|  | 31:11 | 31:21 |
|  | 32:24 | 33:6 |
|  | 35:8 | 36:3 |
|  | 45:17 | 47:1 |
|  | 66:4 | 67:5 |
|  | 77:5 | 77:8 |
|  | 10:08 | 108:20 |
|  | 120:19 | 120:25 |
|  | 122:3 | 123:8 |
|  | 133:25 | 135:23 |
|  | 141:7 | 141:12 |
|  | 200:23 | 201:8 |
| Reigner, Bruno | 10:6 | 10:20 |
|  | 11:3 | 11:18 |
|  | 21:24 | 22:22 |
|  | 24:2 | 24:23 |
|  | 25:16 | 26:13 |
|  | 30:4 | 30:21 |
|  | 41:7 | 41:21 |
|  | 43:20 | 43:22 |
|  | 43:25 | 44:11 |
|  | 45:6 | 45:13 |
|  | 55:25 | 56:11 |
|  | 56:17 | 57:24 |
|  | 58:17 | 59:16 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 63:19 | 64:8 |
| | 65:25 | 66:10 |
| | 68:6 | 70:14 |
| | 71:7 | 72:7 |
| | 74:22 | 74:24 |
| | 75:10 | 78:5 |
| Schuepbach, Peter | 10:4 | 10:22 |
| | 11:6 | 11:11 |
| | 11:13 | 11:15 |
| | 11:16 | 11:19 |
| | 11:22 | 11:22 |
| | 11:24 | 12:9 |
| | 12:11 | 12:13 |
| | 12:14 | 12:19 |
| | 13:6 | 13:7 |
| | 13:9 | 13:9 |
| | 13:11 | 13:18 |
| | 15:14 | 15:16 |
| | 15:18 | 15:22 |
| | 15:23 | 16:1 |
| | 16:2 | 16:4 |
| | 16:20 | 17:21 |
| | 17:23 | 17:23 |
| | 17:25 | 18:2 |
| | 18:8 | 19:17 |
| | 21:1 | 21:13 |
| | 21:16 | 21:17 |
| | 22:1 | 22:4 |
| | 22:6 | 22:7 |
| | 22:9 | 23:2 |
| | 23:4 | 23:4 |
| | 23:6 | 23:17 |
| | 23:23 | 24:1 |
| | 24:3 | 24:4 |
| | 24:9 | 24:25 |
| | 25:2 | 25:4 |
| | 25:8 | 25:19 |
| | 26:15 | 26:17 |
| | 26:19 | 26:19 |
| | 26:21 | 26:22 |
| | 26:24 | 27:1 |
| | 27:3 | 27:5 |
| | 27:14 | 27:14 |
| | 27:16 | 27:16 |
| | 27:18 | 27:18 |
| | 27:20 | 27:21 |
| | 27:24 | 27:24 |
| | 28:1 | 28:2 |
| | 28:4 | 28:5 |
| | 28:7 | 28:7 |
| | 28:9 | 28:13 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 28:15 | 28:15 |
|  | 28:17 | 28:24 |
|  | 29:1 | 29:4 |
|  | 29:6 | 29:8 |
|  | 29:11 | 29:13 |
|  | 29:15 | 29:18 |
|  | 29:21 | 30:3 |
|  | 30:5 | 30:7 |
|  | 30:9 | 30:11 |
|  | 30:11 | 31:15 |
|  | 32:15 | 32:25 |
|  | 33:2 | 33:3 |
|  | 33:5 | 33:11 |
|  | 33:14 | 33:14 |
|  | 34:2 | 34:5 |
|  | 34:8 | 34:12 |
|  | 35:6 | 35:22 |
|  | 38:13 | 38:15 |
|  | 38:17 | 38:17 |
|  | 38:19 | 38:21 |
|  | 38:22 | 38:23 |
|  | 38:25 | 39:6 |
|  | 39:19 | 39:22 |
|  | 40:4 | 41:1 |
|  | 41:3 | 41:6 |
|  | 42:3 | 42:6 |
|  | 42:8 | 42:9 |
|  | 43:3 | 43:4 |
|  | 43:8 | 43:9 |
|  | 43:11 | 43:13 |
|  | 44:19 | 44:20 |
|  | 44:22 | 44:22 |
|  | 44:24 | 45:1 |
|  | 45:4 | 45:8 |
|  | 45:10 | 45:13 |
|  | 45:15 | 45:17 |
|  | 45:19 | 45:21 |
|  | 45:23 | 45:24 |
|  | 49:23 | 50:9 |
|  | 50:15 | 51:5 |
|  | 51:7 | 51:8 |
|  | 52:20 | 53:6 |
|  | 53:10 | 53:14 |
|  | 53:17 | 53:19 |
| Shouval, Daniel | 85:13 | 86:4 |
|  | 86:13 | 87:11 |
|  | 88:17 | 90:11 |
|  | 95:19 | 97:16 |
|  | 98:18 | 98:21 |
|  | 99:7 | 99:18 |
|  | 101:18 | 103:22 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |
|---|---|---|
|  | 104:2 | 104:13 |
|  | 107:20 | 108:24 |
|  | 139:17 | 141:21 |
|  | 172:19 | 173:19 |
|  | 194:9 | 195:11 |
|  | 195:16 | 196:2 |
|  | 197:2 | 201:13 |
|  | 209:4 | 210:2 |
|  | 211:8 | 212:19 |
|  | 220:17 | 221:23 |
|  | 222:10 | 224:4 |
|  | 224:22 | 226:13 |
|  | 230:2 | 230:5 |
|  | 231:22 | 233:7 |
|  | 233:18 | 234:17 |
|  | 236:5 | 236:23 |
|  | 237:20 | 238:19 |
|  | 246:13 | 246:20 |
|  | 247:20 | 247:22 |
|  | 248:15 | 252:21 |
|  | 260:10 | 260:13 |
|  | 260:18 | 261:3 |
|  | 263:25 | 265:16 |
|  | 287:25 | 292:20 |
|  | 293:11 | 293:22 |
|  | 296:19 | 299:7 |
|  | 305:2 | 305:24 |
|  | 313:3 | 314:16 |
|  | 330:14 | 331:10 |
|  | 376:12 | 377:10 |
|  | 384:7 | 387:7 |
|  | 387:22 | 388:6 |
|  | 389:17 | 390:10 |
|  | 391:3 | 391:25 |
|  | 392:2 | 393:14 |
| Vollmar, Joachim | 9:4 | 9:8 |
|  | 21:19 | 22:3 |
|  | 22:16 | 23:6 |
|  | 30:21 | 31:10 |
|  | 32:21 | 33:15 |
|  | 33:20 | 34:11 |
|  | 35:7 | 36:21 |
|  | 51:21 | 53:21 |
|  | 66:21 | 67:20 |
|  | 110:3 | 111:6 |
|  | 116:17 | 116:22 |
|  | 119:6 | 119:13 |
|  | 129:14 | 130:2 |
|  | 130:17 | 133:18 |
|  | 138:14 | 139:7 |
|  | 147:7 | 148:24 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | |
|---|---|---|
| | 151:8 | 151:24 |
| | 158:16 | 159:6 |
| | 173:20 | 174:11 |
| | 191:3 | 191:21 |
| Zaroulis, Charles | 32:7 | 32:15 |
| | 58:20 | 58:23 |
| | 60:16 | 62:18 |
| | 63:2 | 63:8 |
| | 68:20 | 70:23 |
| | 72:25 | 73:10 |
| | 78:13 | 78:24 |
| | 81:9 | 81:13 |
| | 84:12 | 85:3 |
| | 90:6 | 90:20 |
| | 92:4 | 92:11 |
| | 96:7 | 96:12 |
| | 96:13 | 98:17 |
| | 102:8 | 102:12 |
| | 116:10 | 116:18 |
| | 116:23 | 117:20 |
| | 117:22 | 119:3 |
| | 119:5 | 121:6 |
| | 121:23 | 122:5 |
| | 123:3 | 123:11 |
| | 125:22 | 128:24 |
| | 129:7 | 130:11 |
| | 130:13 | 130:25 |
| | 131:2 | 131:8 |
| | 133:18 | 134:2 |
| | 136:14 | 136:19 |
| | 137:4 | 137:11 |
| | 140:25 | 142:17 |
| | 143:11 | 145:11 |
| | 149:13 | 151:12 |
| | 153:16 | 153:21 |
| | 155:18 | 156:8 |
| | 157:3 | 157:9 |
| | 157:10 | 157:22 |
| | 162:2 | 165:13 |
| | 165:21 | 169:20 |
| | 171:6 | 171:25 |
| | 172:13 | 173:2 |
| | 181:15 | 182:19 |
| | 182:20 | 183:25 |
| | 191:15 | 191:24 |
| | 192:11 | 195:21 |
| | 209:10 | 209:25 |
| | 212:24 | 215:23 |
| | 216:8 | 217:6 |
| | 219:18 | 220:25 |
| | 223:6 | 223:10 |

**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | FROM | TO |
|---|---|---|
| | 230:15 | 231:10 |
| | 234:17 | 236:16 |
| | 245:11 | 250:16 |
| | 262:9 | 262:19 |
| | 265:12 | 265:20 |
| Amgen v. HMR/TKT: Trial Testimony: 6/14/2000 and 7/5/2000 | | |
| | FROM | TO |
| Erslev, Alan | 1652:1 | 1652:14 |
| | 1652:25 | 1653:9 |
| | 1658:4 | 1659:1 |
| | 1666:5 | 1666:25 |
| | 1672:19 | 1673:3 |
| | 1673:14 | 1673:21 |
| | 1675:12 | 1675:33 |
| | 1668:6 | 1668:10 |
| | 1668:20 | 1668:25 |
| | 1669:14 | 1669:19 |
| | 1671:25 | 1672:18 |
| | 1716:14 | 1716:25 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

**AMGEN INC.'S MOTION OPPOSITION TO ROCHE'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DR. ADRIAN KATZ OBTAINED BY AMGEN THROUGH DURESS AND SUBTERFUGE FOR LACK OF COMPETENCE AND IMPROPER EXPERT TESTIMONY FROM A FACT WITNESS**