# Exhibit 2

## DuBord Brown, Renee

| | |
|---|---|
| From: | DBaker@kayescholer.com |
| Sent: | Saturday, August 04, 2007 7:53 PM |
| To: | DuBord Brown, Renee; Jordan, Jeremy |
| Cc: | TFleming@kayescholer.com; HHeckel@kayescholer.com; HSuh@kayescholer.com; AElefano@kayescholer.com; DLopez@kayescholer.com; ReHenry@kayescholer.com |
| Subject: | Roche's Counter Designations and Objections to Amgen's Designations |
| Attachments: | Roche Counter Designations and Objections.pdf |

Dear Counsel,

Attached please find Roche's Counter Designations and Objections to Amgen's Designations.

Thank you.

*(See attached file: Roche Counter Designations and Objections.pdf)*

Donna U. Baker
Senior Legal Assistant
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598
(212) 836-7954 (direct line)
(212) 836-8689 (main fax)
dbaker@kayescholer.com

9/26/2007

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN DESIGNATIONS

### EXHIBIT B
### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| **ITC** | | | | | |
| Buch, Jean Pierre | 85:9 | 87:1 | O | 54:2 | 54:10 |
| | | | | 88:2 | 88:19 |
| | | | | | |
| Dinella, Cynthia | 9:16 | 40:19 | O | 81:13 | 82:6 |
| | 42:24 | 49:13 | O | 96:23 | 97:2 |
| | 49:20 | 58:5 | O | 108:16 | 109:25 |
| | 58:21 | 61:14 | O | 191:18 | 192:11 |
| | 62:5 | 63:14 | | 235:4 | 235:22 |
| | 64:24 | 66:22 | | 277:17 | 278:4 |
| | 67:6 | 68:16 | O | 280:12 | 280:17 |
| | 75:14 | 78:18 | O | | |
| | 79:14 | 81:9 | | | |
| | 94:19 | 96:22 | O | | |
| | 98:3 | 98:7 | | | |
| | 98:12 | 103:25 | O | | |
| | 113:15 | 114:10 | O | | |
| | 117:4 | 119:20 | O | | |
| | 190:25 | 191:15 | O | | |
| | 193:21 | 194:12 | | | |
| | 221:23 | 224:16 | O | | |
| | 226:11 | 227:13 | O | | |
| | 234:10 | 235:3 | | | |
| | 272:4 | 273:13 | O | | |
| | 277:3 | 277:16 | O | | |
| | | | | | |
| Franzino, Joanne | 9:12 | 15:25 | O | 16:1 | 16:25 |
| | 63:5 | 65:16 | O | 122:2 | 122:9 |
| | 79:7 | 83:21 | O | 122:12 | 122:13 |
| | | | | 122:24 | 123:4 |
| | | | | 123:7 | |
| | | | | 123:15 | 123:20 |
| | | | | 123:23 | 124:7 |
| | | | | 125:2 | 125:12 |
| | | | | 125:15 | 126:2 |
| | | | | | |
| Joseph, Robert | 12:21 | 13:17 | O | 16:24 | 16:25 |
| | 14:13 | 14:25 | | 23:19 | 23:21 |
| | 16:3 | 16:23 | O | 25:5 | 25:12 |
| | 17:24 | 18:5 | O | 34:4 | 34:12 |
| | 19:11 | 20:21 | | 53:21 | 53:23 |

Page 1 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 22:21 | 23:8 | O | 86:9 | 86:12 |
| | 23:13 | 23:18 | | 96:23 | 96:24 |
| | 23:22 | 25:4 | O | 97:18 | 97:22 |
| | 26:5 | 26:24 | O | 111:7 | 111:20 |
| | 27:14 | 27:25 | | 114:8 | 114:12 |
| | 28:8 | 28:12 | O | 115:21 | 116:8 |
| | 34:20 | 35:5 | O | 118:19 | 119:4 |
| | 37:11 | 39:8 | O | 127:13 | 127:25 |
| | 53:3 | 53:20 | O | 151:19 | 152:5 |
| | 58:3 | 59:6 | O | 164:3 | 164:16 |
| | 61:6 | 63:9 | O | 172:7 | 173:2 |
| | 63:24 | 64:13 | O | 178:12 | 178:25 |
| | 64:21 | 65:14 | O | | |
| | 74:19 | 76:5 | O | | |
| | 76:14 | 78:24 | O | | |
| | 79:12 | 83:4 | O | | |
| | 85:22 | 86:7 | | | |
| | 86:13 | 86:22 | | | |
| | 87:21 | 88:17 | | | |
| | 96:20 | 96:22 | | | |
| | 96:25 | 97:17 | O | | |
| | 97:23 | 98:3 | | | |
| | 98:8 | 98:13 | | | |
| | 98:22 | 100:3 | O | | |
| | 100:6 | 100:12 | | | |
| | 102:23 | 103:10 | | | |
| | 108:6 | 108:20 | O | | |
| | 110:3 | 111:6 | O | | |
| | 112:18 | 114:7 | O | | |
| | 115:4 | 115:7 | | | |
| | 118:3 | 118:18 | O | | |
| | 119:5 | 119:10 | O | | |
| | 128:11 | 128:15 | O | | |
| | 128:22 | 130:14 | O | | |
| | 130:24 | 131:16 | | | |
| | 142:12 | 144:17 | | | |
| | 149:20 | 150:6 | O | | |
| | 150:15 | 150:18 | | | |
| | 151:2 | 151:18 | O | | |
| | 152:5 | 152:12 | O | | |
| | 157:2 | 157:13 | O | | |
| | 158:24 | 160:21 | O | | |
| | 160:25 | 161:10 | | | |
| | 173:3 | 173:18 | | | |

Page 2 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
#### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 181:2 | 181:7 | | | |
| Kingma-Johnson, Iris | 7:23 | 10:12 | | 177:17 | 177:18 |
| | 16:12 | 16:18 | | 194:13 | 194:14 |
| | 177:10 | 177:24 | O | 195:6 | 195:7 |
| | 193:4 | 197:21 | O | 195:25 | 196:2 |
| | | | | 196:13 | 196:14 |
| | | | | 196:25 | 197:2 |
| | | | | 197:10 | 197:11 |
| | | | | 197:18 | 197:19 |
| Knickmeier, Marcus | 75:21 | 76:11 | | 16:14 | 17:8 |
| | 84:22 | 85:20 | O | 17:11 | 17:12 |
| | 86:11 | 89:9 | O | 85:13 | 85:15 |
| | 120:23 | 121:20 | | 87:10 | |
| | 122:25 | 125:16 | O | 88:15 | |
| | 125:18 | 126:2 | O | 89:6 | |
| | 126:5 | 126:13 | O | 125:17 | |
| | 126:18 | 127:19 | O | 126:3 | 126:4 |
| | 129:2 | 129:7 | | 126:14 | 126:17 |
| | 129:9 | 129:11 | | 130:13 | 130:14 |
| | 129:13 | 131:12 | O | 130:20 | 130:21 |
| | 137:11 | 140:22 | O | 130:25 | |
| | | | | 140:18 | 140:20 |
| Much, Barbara | 7:3 | 7:13 | O | 22:7 | 22:11 |
| | 22:12 | 22:15 | O | | |
| Shah, Nimish | 7:20 | 8:10 | | 37:12 | |
| | 9:19 | 9:23 | | 37:14 | 37:16 |
| | 10:3 | 10:19 | | 38:5 | 39:13 |
| | 11:4 | 11:13 | | 39:17 | 39:18 |
| | 37:8 | 37:11 | O | 40:23 | 40:24 |
| | 37:13 | 37:13 | | 45:11 | 45:13 |
| | 37:17 | 38:4 | | 45:20 | 45:21 |
| | 38:7 | 39:16 | | 87:21 | 87:22 |
| | 39:19 | 40:22 | O | 87:24 | 88:4 |
| | 44:25 | 45:8 | | 90:19 | 90:20 |
| | 45:9 | 45:10 | | 105:18 | 105:21 |
| | 45:14 | 45:19 | | 109:20 | 109:22 |
| | 45:22 | 45:24 | | 110:11 | 110:12 |
| | 87:7 | 87:20 | O | 111:16 | 111:18 |
| | 87:23 | 87:23 | | 111:22 | 111:23 |
| | 88:18 | 88:23 | O | 114:24 | 115:3 |

Page 3 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 88:25 | 89:11 | | | |
| | 89:12 | 89:24 | | | |
| | 90:8 | 90:18 | O | | |
| | 90:21 | 90:24 | O | | |
| | 90:25 | 91:2 | | | |
| | 109:4 | 109:19 | | | |
| | 110:3 | 110:10 | | | |
| | 110:13 | 110:13 | | | |
| | 111:10 | 111:15 | | | |
| | 111:19 | 111:21 | | | |
| | 111:24 | 111:25 | | | |
| Schorle, Axel | 6:15 | 7:13 | O | 24:5 | 26:5 |
| | 11:4 | 11:20 | O | | |
| | 15:11 | 15:19 | O | | |
| | 17:21 | 20:2 | O | | |
| | 26:6 | 27:1 | O | | |
| Van der Auwera, Philippe | 7:18 | 8:10 | | 14:2 | 14:3 |
| | 8:16 | 8:18 | | 14:19 | |
| | 9:5 | 9:11 | | 15:14 | 15:15 |
| | 9:15 | 10:3 | | 16:15 | 16:16 |
| | 10:5 | 13:21 | | 17:13 | 17:14 |
| | 14:15 | 14:18 | O | 81:5 | 81:12 |
| | 14:20 | 15:10 | | 105:15 | 105:16 |
| | 15:17 | 15:17 | | 107:13 | 107:14 |
| | 16:9 | 16:14 | | 107:22 | |
| | 16:17 | 17:12 | | 107:24 | 107:25 |
| | 17:15 | 18:9 | | 109:6 | 109:7 |
| | 24:9 | 24:17 | | 109:14 | 109:15 |
| | 24:20 | 25:4 | | 110:5 | 110:8 |
| | 39:10 | 40:11 | | 111:23 | |
| | 41:2 | 41:8 | | 118:4 | |
| | 41:15 | 42:6 | | 118:14 | 118:20 |
| | 42:10 | 43:6 | | 120:6 | 120:7 |
| | 43:13 | 44:2 | | 121:17 | 121:23 |
| | 80:5 | 81:4 | | 125:9 | |
| | 81:14 | 81:16 | | 130:3 | 130:4 |
| | 83:15 | 83:20 | | 136:3 | |
| | 87:19 | 87:25 | | 136:18 | 136:19 |
| | 88:5 | 88:9 | | 137:3 | |
| | 105:11 | 105:14 | | 138:1 | |
| | 105:17 | 105:18 | | 139:11 | |

Page 4 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 105:19 | 105:24 | | 154:5 | |
| | 107:8 | 107:12 | | 154:13 | |
| | 107:15 | 107:21 | | 155:17 | 155:18 |
| | 107:23 | 107:23 | | 157:13 | 157:14 |
| | 108:1 | 108:9 | | 159:19 | |
| | 108:24 | 109:5 | | 160:2 | |
| | 109:8 | 109:13 | | 160:19 | |
| | 109:16 | 110:4 | | 162:8 | |
| | 110:9 | 111:2 | | 164:1 | |
| | 111:9 | 111:18 | | 164:25 | 165:2 |
| | 111:24 | 111:25 | | 165:8 | 165:9 |
| | 112:14 | 114:5 | | 165:21 | 165:24 |
| | 117:2 | 117:5 | | 166:14 | |
| | 117:8 | 117:11 | | 167:13 | 167:15 |
| | 117:16 | 117:16 | | 171:8 | 171:9 |
| | 117:21 | 118:3 | O | 193:19 | 193:20 |
| | 118:5 | 118:13 | | 194:19 | |
| | 119:4 | 120:5 | | 200:10 | 200:12 |
| | 120:8 | 121:16 | | 200:14 | 200:15 |
| | 121:25 | 122:2 | | 200:21 | |
| | 124:9 | 124:18 | | | |
| | 125:5 | 125:9 | O | | |
| | 125:11 | 125:20 | | | |
| | 128:22 | 130:2 | | | |
| | 130:5 | 130:6 | | | |
| | 135:2 | 135:22 | | | |
| | 135:25 | 138:10 | O | | |
| | 138:22 | 139:22 | O | | |
| | 154:1 | 156:9 | O | | |
| | 157:6 | 157:10 | | | |
| | 157:12 | 157:12 | | | |
| | 157:15 | 157:15 | | | |
| | 158:3 | 158:5 | | | |
| | 158:9 | 158:11 | | | |
| | 158:12 | 158:16 | | | |
| | 159:5 | 171:13 | O | | |
| | 189:8 | 189:8 | | | |
| | 192:18 | 193:3 | O | | |
| | 193:16 | 193:18 | | | |
| | 193:21 | 194:18 | O | | |
| | 194:20 | 195:1 | | | |
| | 196:4 | 197:11 | O | | |
| | 199:3 | 199:12 | | | |
| | 199:22 | 200:9 | | | |

Page 5 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
#### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 200:13 | 200:14 | | | |
| | 200:16 | 200:17 | O | | |
| | 200:18 | 200:21 | | | |
| | 200:22 | 201:24 | O | | |
| Veng-Pedersen, Peter | 5:6 | 5:13 | | 15:11 | 15:23 |
| | 7:24 | 15:3 | | 27:23 | 30:19 |
| | 15:24 | 18:9 | | 51:23 | 52:18 |
| | 19:17 | 20:14 | | 89:16 | 90:20 |
| | 26:19 | 27:22 | | 102:13 | 110:4 |
| | 34:16 | 42:1 | O | 153:5 | 153:16 |
| | 42:8 | 45:18 | O | 243:18 | 246:2 |
| | 45:24 | 48:4 | O | 267:4 | 267:23 |
| | 49:14 | 51:2 | O | | |
| | 69:17 | 71:20 | | | |
| | 85:10 | 89:8 | O | | |
| | 101:4 | 105:11 | | | |
| | 118:15 | 128:7 | O | | |
| | 145:17 | 153:4 | | | |
| | 159:17 | 166:18 | O | | |
| | 170:24 | 172:7 | | | |
| | 175:20 | 178:17 | | | |
| | 214:5 | 214:20 | O | | |
| | 214:21 | 220:16 | O | | |
| | 220:17 | 232:4 | O | | |
| | 234:2 | 236:1 | O | | |
| | 246:3 | 246:8 | | | |
| | 250:1 | 250:13 | | | |
| | 295:10 | 302:15 | | | |
| **USDC CASE** | | | | | |
| Bailon, Pascal | 5:13 | 8:23 | | 96:18 | 97:9 |
| | 9:7 | 14:2 | | 97:18 | 100:4 |
| | 20:11 | 20:22 | | 154:11 | 157:3 |
| | 21:15 | 23:8 | O | 206:17 | 206:18 |
| | 25:18 | 27:21 | O | 224:14 | 225:3 |
| | 28:21 | 29:16 | O | | |
| | 29:17 | 46:8 | O | | |
| | 46:9 | 47:5 | O | | |
| | 47:14 | 48:18 | O | | |
| | 49:8 | 51:21 | O | | |
| | 51:22 | 57:19 | O | | |
| | 61:15 | 65:22 | | | |
| | 68:10 | 69:5 | O | | |
| | 76:6 | 86:20 | O | | |

Page 6 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 87:5 | 88:11 | O | | |
| | 88:21 | 96:17 | O | | |
| | 96:24 | 102:23 | O | | |
| | 103:10 | 107:22 | O | | |
| | 108:17 | 124:12 | O | | |
| | 125:7 | 145:17 | O | | |
| | 146:4 | 152:12 | O | | |
| | 154:12 | 162:18 | O | | |
| | 163:4 | 189:21 | O | | |
| | 195:22 | 199:19 | O | | |
| | 199:20 | 200:23 | O | | |
| | 203:25 | 206:18 | O | | |
| | 211:8 | 213:11 | | | |
| | 222:18 | 224:13 | | | |
| | 227:4 | 227:10 | | | |
| | 231:21 | 231:24 | | | |
| Baron, Joseph | 25:16 | 28:6 | | 171:8 | 171:16 |
| | 28:16 | 29:2 | | 174:1 | 174:4 |
| | 29:10 | 29:16 | | | |
| | 34:8 | 35:5 | | | |
| | 35:15 | 37:1 | | | |
| | 42:23 | 43:10 | O | | |
| | 52:1 | 52:9 | | | |
| | 59:7 | 59:13 | O | | |
| | 59:16 | 63:20 | | | |
| | 72:14 | 73:11 | | | |
| | 75:21 | 76:5 | | | |
| | 85:1 | 85:6 | | | |
| | 125:3 | 125:16 | O | | |
| | 128:5 | 128:13 | | | |
| | 130:16 | 131:7 | | | |
| | 133:7 | 134:8 | O | | |
| | 136:24 | 137:19 | O | | |
| | 138:11 | 139:9 | | | |
| | 139:24 | 141:2 | O | | |
| | 142:10 | 142:17 | O | | |
| | 155:6 | 155:12 | | | |
| | 159:1 | 160:10 | | | |
| | 169:8 | 170:5 | | | |
| | 171:17 | 172:19 | O | | |
| | 173:6 | 173:24 | O | | |
| | 174:5 | 174:16 | O | | |
| | 175:23 | 176:1 | O | | |

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.