**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 178:6 | 179:24 | O | | |
| | 180:3 | 180:20 | O | | |
| | 181:11 | 184:9 | O | | |
| | 185:22 | 186:24 | O | | |
| | 187:7 | 187:15 | O | | |
| | 188:8 | 189:15 | O | | |
| | 192:6 | 193:9 | O | | |
| | 194:17 | 197:2 | O | | |
| | 197:10 | 198:24 | O | | |
| | 200:8 | 204:22 | O | | |
| | 206:1 | 209:16 | O | | |
| | 209:21 | 212:19 | O | | |
| | 214:1 | 215:11 | O | | |
| | 216:8 | 217:20 | O | | |
| | 221:1 | 221:10 | O | | |
| | 225:11 | 228:24 | O | | |
| | 235:6 | 237:3 | O | | |
| | 237:10 | 238:24 | O | | |
| | 239:5 | 239:18 | O | | |
| | 240:11 | 243:12 | O | | |
| | 244:13 | 244:24 | O | | |
| | 245:1 | 245:13 | O | | |
| | 246:16 | 247:2 | O | | |
| | 248:17 | 248:24 | O | | |
| | 249:4 | 252:21 | O | | |
| | 253:19 | 254:19 | O | | |
| | 254:7 | 256:23 | O | | |
| | 261:8 | 262:15 | O | | |
| | 266:6 | 270:23 | O | | |
| | 272:9 | 272:23 | O | | |
| | 274:1 | 275:13 | O | | |
| | 276:2 | 277:5 | O | | |
| | 279:3 | 279:16 | O | | |
| | 283:1 | 283:13 | O | | |
| | 285:7 | 286:1 | O | | |
| | 286:12 | 287:22 | O | | |
| | 288:2 | 289:20 | O | | |
| | 291:11 | 297:5 | O | | |
| | 297:22 | 299:23 | O | | |
| | 300:1 | 303:11 | O | | |
| | 304:8 | 304:23 | O | | |
| | 305:9 | 307:16 | O | | |
| | 308:1 | 308:18 | O | | |
| | 315:22 | 317:3 | O | | |

Page 8 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
EXHIBIT B
Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 319:6 | 321:5 | O | | |
| | 321:12 | 322:6 | O | | |
| | 327:20 | 328:8 | O | | |
| | 328:13 | 332:12 | O | | |
| | 333:5 | 334:16 | O | | |
| | 337:22 | 338:21 | O | | |
| Carillo, Frank | 7:21 | 8:14 | | 10:11 | 10:24 |
| | 10:22 | 10:24 | O | 12:25 | 13:17 |
| | 11:18 | 12:24 | O | 15:15 | 15:16 |
| | 13:18 | 16:9 | O | 16:10 | 20:15 |
| | 20:16 | 20:22 | O | 20:1 | 21:3 |
| | 21:4 | 21:8 | | 23:4 | 23:11 |
| | 21:20 | 23:3 | O | 24:10 | 24:25 |
| | 23:12 | 24:9 | O | 25:15 | 25:18 |
| | 26:3 | 26:4 | O | 27:17 | 28:18 |
| | 26:7 | 27:16 | O | 35:12 | 35:23 |
| | 30:13 | 30:22 | O | 36:7 | 38:12 |
| | 34:22 | 35:11 | O | 38:21 | 40:5 |
| | 35:24 | 36:6 | O | 43:14 | 43:17 |
| | 38:13 | 38:20 | O | 44:10 | 44:11 |
| | 43:7 | 43:13 | O | 50:3 | 50:5 |
| | 43:18 | 44:7 | O | 50:9 | |
| | 44:8 | 44:15 | O | 50:12 | |
| | 49:19 | 50:2 | O | | |
| | 50:6 | 50:14 | O | | |
| Cords, Sven-Michael | 1:1 | 1:25 | | 11:5 | 11:11 |
| | 5:9 | 5:23 | | 28:21 | 29:8 |
| | 7:5 | 7:8 | | 30:20 | 31:12 |
| | 8:7 | 11:4 | | 32:1 | 32:9 |
| | 12:20 | 13:8 | | 33:15 | |
| | 16:18 | 16:23 | | 56:1 | 56:13 |
| | 20:3 | 21:17 | | 59:7 | 59:11 |
| | 28:18 | 28:20 | | 63:24 | 64:8 |
| | 29:17 | 30:1 | | 65:11 | 66:3 |
| | 30:5 | 30:20 | | 67:12 | |
| | 32:16 | 32:19 | | 72:11 | |
| | 33:11 | 33:14 | | 75:12 | |
| | 33:16 | 33:22 | | 75:19 | |
| | 34:15 | 35:13 | | 77:12 | 78:12 |
| | 36:2 | 36:24 | | 78:15 | |
| | 37:7 | 37:11 | | 81:5 | 81:7 |
| | 38:1 | 38:18 | | 81:19 | 81:22 |

Page 9 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 47:2 | 47:7 | | 82:9 | 82:17 |
| | 51:1 | 52:6 | | 93:11 | 93:17 |
| | 54:10 | 54:16 | | 94:6 | |
| | 55:23 | 55:25 | | 94:21 | |
| | 56:14 | 57:24 | | 96:11 | 96:12 |
| | 58:16 | 59:6 | | 96:17 | 96:22 |
| | 59:25 | 60:15 | | 129:6 | 129:7 |
| | 61:2 | 62:4 | | 129:25 | |
| | 63:1 | 63:23 | | 139:12 | |
| | 64:9 | 64:15 | | 141:25 | |
| | 66:14 | 67:1 | | 142:12 | |
| | 67:6 | 67:11 | | 151:19 | |
| | 67:13 | 68:3 | | 159:14 | |
| | 68:10 | 70:1 | | 160:17 | |
| | 70:15 | 70:23 | | 161:13 | |
| | 71:13 | 72:10 | | 163:16 | |
| | 72:12 | 75:11 | | 164:19 | 164:20 |
| | 75:13 | 75:18 | | | |
| | 75:20 | 76:1 | | | |
| | 76:12 | 77:11 | | | |
| | 78:13 | 78:14 | | | |
| | 78:16 | 81:4 | | | |
| | 81:8 | 81:18 | | | |
| | 81:23 | 82:8 | | | |
| | 82:19 | 82:23 | | | |
| | 90:16 | 91:11 | | | |
| | 92:22 | 93:10 | | | |
| | 93:19 | 94:5 | | | |
| | 94:7 | 94:20 | | | |
| | 94:22 | 94:23 | | | |
| | 95:6 | 96:10 | | | |
| | 97:3 | 98:19 | | | |
| | 101:14 | 101:19 | | | |
| | 105:18 | 106:2 | | | |
| | 112:12 | 114:12 | | | |
| | 119:16 | 120:13 | | | |
| | 120:19 | 122:16 | | | |
| | 122:23 | 126:13 | | | |
| | 126:19 | 127:15 | | | |
| | 127:21 | 128:18 | | | |
| | 128:20 | 129:5 | | | |
| | 129:10 | 129:24 | | | |
| | 130:1 | 131:12 | | | |
| | 131:19 | 134:4 | | | |

Page 10 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 136:3 | 136:23 | | | |
| | 137:1 | 138:19 | | | |
| | 139:3 | 139:5 | | | |
| | 139:7 | 139:11 | | | |
| | 139:14 | 140:16 | | | |
| | 140:22 | 141:24 | | | |
| | 142:1 | 142:11 | | | |
| | 142:15 | 150:1 | | | |
| | 150:13 | 150:15 | | | |
| | 150:21 | 151:18 | | | |
| | 151:20 | 151:25 | | | |
| | 152:4 | 154:16 | | | |
| | 155:4 | 159:13 | | | |
| | 159:15 | 160:16 | | | |
| | 160:18 | 161:2 | | | |
| | 161:4 | 161:12 | | | |
| | 161:14 | 161:18 | | | |
| | 161:19 | 163:15 | | | |
| | 163:17 | 164:18 | | | |
| | 164:23 | 165:3 | | | |
| | 165:21 | 168:19 | | | |
| | 171:24 | 172:5 | | | |
| Dougherty, Frank | 7:4 | 15:19 | O | 10:22 | |
| | 19:5 | 19:25 | O | 12:14 | |
| | 22:16 | 23:16 | O | 14:5 | |
| | 24:22 | 24:25 | O | 14:21 | 14:22 |
| | 25:2 | 25:2 | O | 15:13 | |
| | 26:4 | 26:14 | O | 15:18 | |
| | 26:16 | 26:18 | O | 19:10 | 19:11 |
| | 27:21 | 28:2 | O | 19:21 | 19:22 |
| | 28:11 | 28:15 | O | 20:2 | 20:10 |
| | 28:23 | 29:3 | O | 22:22 | |
| | 29:15 | 29:23 | O | 23:9 | 23:11 |
| | 30:4 | 30:6 | | 25:7 | |
| | 30:7 | 30:21 | O | 25:15 | |
| | 30:24 | 32:3 | O | 28:3 | 28:10 |
| | 35:23 | 36:17 | O | 28:16 | |
| | 37:6 | 42:8 | O | 29:3 | 29:6 |
| | 42:20 | 44:24 | O | 29:24 | 29:25 |
| | 45:13 | 45:19 | O | 30:2 | 30:3 |
| | 45:21 | 46:3 | O | 30:22 | 30:23 |
| | 46:5 | 46:8 | O | 31:10 | |
| | 46:10 | 46:23 | O | 31:23 | 31:24 |

Page 11 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
#### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 46:25 | 47:8 | O | 36:3 | 36:4 |
| | 47:17 | 48:9 | O | 36:7 | |
| | 48:14 | 48:14 | O | 36:15 | 36:16 |
| | 48:17 | 48:22 | O | 37:9 | |
| | 49:3 | 49:3 | | 38:6 | 38:7 |
| | 49:7 | 49:18 | | 38:15 | |
| | 50:23 | 50:25 | | 39:2 | 39:22 |
| | 51:2 | 52:8 | O | 40:2 | |
| | 52:13 | 52:14 | O | 40:5 | 40:20 |
| | 52:16 | 53:11 | O | 41:2 | 41:3 |
| | 53:13 | 53:22 | O | 41:13 | 41:14 |
| | 53:24 | 54:1 | | 41:21 | 41:22 |
| | 54:2 | 54:7 | O | 42:9 | 42:10 |
| | 54:10 | 54:23 | O | 43:14 | 43:15 |
| | 55:3 | 55:13 | O | 45:19 | |
| | 55:17 | 56:12 | O | 46:4 | |
| | 56:15 | 56:17 | | 46:24 | |
| | 57:13 | 57:16 | O | 47:9 | 47:16 |
| | 57:21 | 58:1 | | 48:10 | 48:13 |
| | 58:2 | 58:9 | | 48:15 | 48:16 |
| | 61:15 | 61:24 | O | 48:23 | 48:24 |
| | 62:5 | 62:12 | O | 49:4 | 49:6 |
| | 62:14 | 62:17 | O | 52:9 | 52:12 |
| | 62:19 | 62:19 | | 52:15 | |
| | 62:23 | 63:12 | O | 53:12 | |
| | 63:18 | 64:5 | O | 53:23 | |
| | 64:9 | 64:15 | | 54:8 | 54:9 |
| | 64:22 | 64:24 | | 54:24 | 54:25 |
| | 64:25 | 65:6 | O | 55:14 | 55:16 |
| | 65:10 | 65:13 | | 56:13 | 56:14 |
| | 67:14 | 67:24 | | 57:17 | 57:20 |
| | 67:25 | 68:12 | O | 61:10 | 61:11 |
| | 68:16 | 69:3 | O | 61:25 | 62:4 |
| | 69:6 | 69:18 | O | 62:13 | |
| | 73:20 | 73:22 | O | 62:18 | |
| | 74:9 | 74:16 | O | 62:20 | 62:21 |
| | 74:18 | 74:20 | O | 63:7 | 63:8 |
| | 75:17 | 75:21 | O | 63:13 | 63:14 |
| | 75:23 | 76:3 | O | 64:6 | 64:8 |
| | 76:6 | 76:19 | O | 64:16 | 64:21 |
| | 76:23 | 77:2 | O | 65:7 | 65:9 |
| | 77:4 | 77:6 | O | 68:7 | |
| | 77:8 | 77:17 | O | 68:13 | 68:15 |
| | 77:21 | 77:25 | | 68:18 | |

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 78:2 | 78:3 | | 69:4 | 69:5 |
| | 79:22 | 80:5 | O | 69:19 | 69:25 |
| | 80:8 | 80:12 | O | 73:23 | 73:25 |
| | 80:14 | 80:24 | | 74:17 | |
| | 81:14 | 82:3 | O | 74:21 | |
| | 82:5 | 82:10 | O | 75:22 | |
| | 82:12 | 82:17 | O | 76:4 | |
| | 82:19 | 82:25 | O | 76:20 | 76:22 |
| | 83:5 | 83:15 | O | 77:3 | |
| | 83:18 | 84:4 | O | 77:6 | 77:7 |
| | 84:8 | 84:14 | O | 77:18 | 77:20 |
| | 84:16 | 84:24 | O | 80:6 | 80:7 |
| | 85:2 | 85:10 | O | 80:13 | 80:24 |
| | 85:12 | 85:22 | O | 82:4 | |
| | 85:24 | 86:3 | O | 82:10 | 82:11 |
| | 86:5 | 86:5 | | 82:18 | |
| | 101:24 | 102:9 | O | 83:2 | 83:3 |
| | 102:22 | 102:24 | O | 83:16 | 83:17 |
| | 103:4 | 103:7 | O | 84:5 | 84:7 |
| | 103:10 | 103:25 | O | 84:15 | |
| | 104:2 | 105:13 | O | 84:25 | |
| | 105:14 | 106:8 | O | 85:4 | |
| | 106:12 | 106:22 | O | 85:11 | |
| | 106:25 | 107:3 | | 85:23 | |
| | 107:17 | 108:5 | O | 86:3 | 86:4 |
| | 108:16 | 109:3 | O | 102:10 | |
| | 109:7 | 109:19 | O | 102:25 | |
| | 109:21 | 110:1 | O | 103:2 | |
| | 110:3 | 110:8 | O | 103:8 | 103:9 |
| | 110:10 | 110:14 | | 103:21 | 103:22 |
| | 110:15 | 110:19 | O | 104:7 | |
| | 110:23 | 111:2 | | 104:15 | |
| | 111:3 | 111:12 | O | 104:22 | 104:23 |
| | 111:16 | 112:8 | O | 105:6 | 105:7 |
| | 112:21 | 112:24 | O | 105:10 | |
| | 112:25 | 113:6 | O | 106:9 | 106:11 |
| | 113:9 | 113:11 | O | 106:16 | |
| | 113:13 | 113:17 | O | 106:22 | 106:24 |
| | 113:21 | 118:7 | O | 108:6 | 108:14 |
| | 123:21 | 124:7 | O | 109:4 | 109:6 |
| | 125:7 | 125:25 | | 109:20 | |
| | 126:2 | 127:11 | O | 110:2 | |
| | 131:14 | 131:17 | O | 110:9 | |
| | 131:20 | 132:7 | O | 110:20 | 110:22 |

Page 13 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
#### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 133:6 | 134:11 | O | 111:13 | |
| | 138:13 | 139:11 | O | 112:9 | 112:20 |
| | 139:12 | 141:3 | O | 113:7 | 113:8 |
| | 144:16 | 145:1 | O | 113:12 | 113:20 |
| | 145:3 | 145:10 | O | 114:21 | 114:25 |
| | 145:13 | 145:19 | O | 115:2 | |
| | 145:22 | 145:24 | | 116:3 | |
| | 146:13 | 146:22 | O | 116:5 | |
| | 146:25 | 148:18 | O | 116:11 | |
| | 148:22 | 148:25 | | 117:3 | 117:4 |
| | 149:14 | 151:12 | O | 117:11 | 117:13 |
| | 156:3 | 157:5 | O | 117:20 | 117:21 |
| | 157:8 | 157:9 | | 118:4 | 118:5 |
| | 157:19 | 157:24 | O | 124:3 | 124:4 |
| | 158:4 | 158:13 | O | 127:3 | |
| | 158:16 | 160:14 | O | 131:18 | 131:19 |
| | 160:19 | 160:25 | O | 132:5 | 132:6 |
| | 161:8 | 161:15 | | 133:13 | 133:15 |
| | 166:9 | 166:10 | O | 134:9 | 134:10 |
| | 166:13 | 166:21 | O | 138:17 | |
| | 166:24 | 167:4 | O | 139:5 | 139:6 |
| | 167:10 | 167:25 | | 140:18 | 140:20 |
| | 168:2 | 168:14 | O | 140:25 | |
| | 168:17 | 170:3 | O | 145:2 | |
| | 170:7 | 170:10 | O | 145:11 | 145:12 |
| | 170:13 | 172:17 | O | 145:20 | 145:21 |
| | 172:18 | 173:11 | O | 146:23 | 146:24 |
| | 173:16 | 173:23 | O | 147:12 | 147:13 |
| | 173:25 | 174:9 | O | 148:3 | |
| | 174:11 | 174:15 | O | 148:7 | 148:8 |
| | 174:19 | 175:8 | O | 148:11 | |
| | 175:11 | 175:18 | O | 148:19 | 148:20 |
| | 175:22 | 176:22 | O | 149:20 | 149:21 |
| | 179:14 | 180:7 | O | 150:17 | 150:18 |
| | 180:10 | 180:14 | O | 150:21 | 150:22 |
| | 180:16 | 180:21 | | 151:8 | 151:9 |
| | 182:9 | 182:16 | O | 156:20 | |
| | 182:23 | 182:25 | O | 156:23 | 156:24 |
| | 183:5 | 183:19 | O | 157:6 | 157:7 |
| | 183:23 | 184:10 | O | 157:25 | 158:3 |
| | 184:14 | 184:19 | O | 158:14 | 158:15 |
| | 184:22 | 185:5 | O | 159:8 | |
| | 185:11 | 185:20 | O | 159:17 | 159:18 |
| | 186:3 | 186:7 | O | 160:2 | 160:3 |

Page 14 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.