ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
EXHIBIT B
Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 72:7 | 76:17 | O | 138:7 | 138:13 |
| | 81:6 | 81:20 | O | 190:11 | 190:25 |
| | 86:18 | 87:7 | | | |
| | 87:8 | 87:23 | O | | |
| | 88:14 | 90:3 | O | | |
| | 94:25 | 96:2 | O | | |
| | 99:19 | 100:25 | O | | |
| | 101:2 | 105:10 | O | | |
| | 106:4 | 111:22 | O | | |
| | 115:3 | 115:18 | O | | |
| | 119:21 | 123:7 | O | | |
| | 123:8 | 124:17 | O | | |
| | 131:11 | 133:5 | O | | |
| | 155:23 | 158:9 | O | | |
| | 171:22 | 172:14 | O | | |
| | 186:6 | 188:15 | O | | |
| | 189:3 | 189:15 | O | | |
| | 190:2 | 190:10 | | | |
| | 191:23 | 193:13 | O | | |
| | 195:8 | 196:4 | O | | |
| | 201:10 | 212:6 | O | | |
| | 212:16 | 242:23 | O | | |
| Hood, Leroy | 5:17 | 6:9 | | 100:24 | 101:19 |
| | 7:8 | 8:8 | | 106:24 | |
| | 8:23 | 9:15 | | 107:24 | 108:20 |
| | 10:20 | 12:25 | | | |
| | 14:6 | 14:14 | | | |
| | 14:20 | 15:4 | | | |
| | 18:11 | 21:17 | | | |
| | 21:18 | 22:7 | | | |
| | 24:10 | 25:23 | | | |
| | 28:20 | 29:21 | | | |
| | 33:6 | 33:14 | | | |
| | 55:1 | 59:20 | | | |
| | 61:5 | 63:5 | | | |
| | 80:20 | 81:24 | | | |
| | 84:13 | 88:5 | | | |
| | 88:15 | 97:11 | O | | |
| | 98:23 | 100:22 | O | | |
| | 102:4 | 105:15 | | | |
| | 105:24 | 106:23 | | | |
| Jarsch, Michael | 10:6 | 11:21 | O | 14:6 | 14:14 |

Page 22 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 12:16 | 13:8 | | 20:6 | 20:11 |
| | 15:3 | 15:10 | O | 30:1 | 30:4 |
| | 16:19 | 19:6 | O | 50:16 | 50:23 |
| | 24:5 | 24:11 | | 51:24 | 52:9 |
| | 24:25 | 25:11 | | 63:8 | 63:12 |
| | 25:19 | 29:18 | O | 63:23 | 64:7 |
| | 33:6 | 44:24 | O | 107:20 | 108:14 |
| | 46:14 | 47:7 | O | 109:20 | 110:13 |
| | 47:15 | 49:24 | O | 159:3 | 159:11 |
| | 51:3 | 51:15 | O | 163:25 | 164:4 |
| | 53:3 | 54:1 | O | 185:23 | 186:7 |
| | 54:18 | 55:11 | O | 186:13 | 186:24 |
| | 55:20 | 57:5 | O | 194:3 | 194:13 |
| | 57:19 | 59:8 | O | | |
| | 61:8 | 63:7 | O | | |
| | 65:1 | 65:4 | | | |
| | 65:17 | 101:6 | O | | |
| | 101:16 | 102:24 | O | | |
| | 103:3 | 107:19 | O | | |
| | 108:15 | 108:24 | O | | |
| | 112:19 | 124:9 | O | | |
| | 125:10 | 139:8 | O | | |
| | 141:20 | 156:9 | O | | |
| | 157:6 | 158:10 | O | | |
| | 159:12 | 163:14 | O | | |
| | 164:12 | 181:23 | O | | |
| | 183:4 | 185:22 | O | | |
| | 190:20 | 192:2 | O | | |
| Katz, Adrian | 7:21 | 9:5 | O | 8:18 | 8:23 |
| | 10:1 | 10:24 | | 10:1 | 14:4 |
| | 12:1 | 16:2 | | | |
| | 16:1 | 19:7 | O | 16:19 | 17:24 |
| | 19:8 | 19:20 | | 20:5 | 21:20 |
| | 20:5 | 23:4 | O | 33:2 | 34:13 |
| | 23:5 | 23:24 | O | 49:24 | 51:7 |
| | 25:5 | 26:6 | O | 52:6 | 52:17 |
| | 34:1 | 39:13 | O | 54:9 | 56:24 |
| | 41:1 | 45:2 | O | 58:7 | 59:7 |
| | 46:6 | 49:20 | O | 61:6 | 61:12 |
| | 53:1 | 54:3 | | 67:15 | 67:17 |
| | 61:13 | 63:12 | O | 68:6 | 68:20 |
| | 64:15 | 65:15 | O | 71:19 | 72:19 |
| | 66:2 | 66:13 | O | 73:4 | 73:12 |

Page 23 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 67:1 | 67:11 | O | 74:5 | 74:14 |
| | 68:21 | 70:16 | O | 74:16 | 75:18 |
| | 71:1 | 72:9 | O | 76:4 | 76:21 |
| | 73:13 | 74:3 | O | 81:9 | 81:14 |
| | 79:7 | 81:7 | O | 86:13 | 86:16 |
| | 81:15 | 82:15 | O | 87:16 | 87:21 |
| | 84:5 | 86:16 | O | 93:2 | 93:16 |
| | 86:24 | 87:15 | | 97:3 | 97:19 |
| | 87:22 | 88:23 | O | 100:17 | 100:23 |
| | 89:3 | 89:23 | O | 103:11 | 104:1 |
| | 90:1 | 92:24 | O | 109:24 | 110:17 |
| | 93:17 | 96:14 | O | 111:3 | 112:24 |
| | 99:15 | 100:16 | | 114:7 | 144:20 |
| | 101:23 | 102:22 | O | | |
| | 111:3 | 113:19 | | | |
| Schuepbach, Peter | 10:4 | 10:22 | | 11:12 | |
| | 11:6 | 11:11 | O | 11:20 | |
| | 11:13 | 11:15 | | 11:23 | |
| | 11:16 | 11:19 | | 12:10 | |
| | 11:22 | 11:22 | | 13:8 | |
| | 11:24 | 12:9 | | 15:17 | |
| | 12:11 | 12:13 | | 16:1 | |
| | 12:14 | 12:19 | | 18:3 | 18:7 |
| | 13:6 | 13:7 | | 19:19 | 19:25 |
| | 13:9 | 13:9 | | 20:1 | 20:2 |
| | 13:11 | 13:18 | | 21:14 | 21:15 |
| | 15:14 | 15:16 | O | 22:5 | |
| | 15:18 | 15:22 | | 23:3 | |
| | 15:23 | 16:1 | | 27:17 | |
| | 16:2 | 16:4 | O | 27:25 | |
| | 16:20 | 17:21 | O | 28:6 | |
| | 17:23 | 17:23 | | 30:8 | |
| | 17:25 | 18:2 | | 30:21 | |
| | 18:8 | 19:17 | | 31:1 | |
| | 21:1 | 21:13 | O | 31:7 | |
| | 21:16 | 21:17 | | 33:12 | 33:13 |
| | 22:1 | 22:4 | O | 33:20 | 34:1 |
| | 22:6 | 22:7 | O | 34:6 | 34:7 |
| | 22:9 | 23:2 | O | 38:15 | 38:16 |
| | 23:4 | 23:4 | O | 39:19 | 39:24 |
| | 23:6 | 23:17 | O | 40:17 | 40:19 |
| | 23:23 | 24:1 | | 41:1 | 41:2 |
| | 24:3 | 24:4 | O | 41:7 | 41:10 |

Page 24 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
#### Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 24:9 | 24:25 | O | 42:6 | |
| | 25:2 | 25:4 | O | 43:5 | 43:6 |
| | 25:8 | 25:19 | O | 43:10 | |
| | 26:15 | 26:17 | O | 44:21 | |
| | 26:19 | 26:19 | O | 45:2 | 45:3 |
| | 26:21 | 26:22 | O | 45:13 | 45:14 |
| | 26:24 | 27:1 | O | 45:21 | 45:22 |
| | 27:3 | 27:5 | O | 51:22 | 52:4 |
| | 27:14 | 27:14 | O | 52:12 | 52:18 |
| | 27:16 | 27:16 | O | | |
| | 27:18 | 27:18 | O | | |
| | 27:20 | 27:21 | O | | |
| | 27:24 | 27:24 | O | | |
| | 28:1 | 28:2 | O | | |
| | 28:4 | 28:5 | O | | |
| | 28:7 | 28:7 | O | | |
| | 28:9 | 28:13 | O | | |
| | 28:15 | 28:15 | O | | |
| | 28:17 | 28:24 | O | | |
| | 29:1 | 29:4 | O | | |
| | 29:6 | 29:8 | O | | |
| | 29:11 | 29:13 | O | | |
| | 29:15 | 29:18 | O | | |
| | 29:21 | 30:3 | O | | |
| | 30:5 | 30:7 | O | | |
| | 30:9 | 30:11 | O | | |
| | 30:11 | 31:15 | O | | |
| | 32:15 | 32:25 | O | | |
| | 33:2 | 33:3 | O | | |
| | 33:5 | 33:11 | O | | |
| | 33:14 | 33:14 | O | | |
| | 34:2 | 34:5 | O | | |
| | 34:8 | 34:12 | O | | |
| | 35:6 | 35:22 | O | | |
| | 38:13 | 38:15 | O | | |
| | 38:17 | 38:17 | O | | |
| | 38:19 | 38:21 | O | | |
| | 38:22 | 38:23 | O | | |
| | 38:25 | 39:6 | O | | |
| | 39:19 | 39:22 | O | | |
| | 40:4 | 41:1 | O | | |
| | 41:3 | 41:6 | O | | |
| | 42:3 | 42:6 | O | | |
| | 42:8 | 42:9 | O | | |

Page 25 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

## ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS
### EXHIBIT B
Amgen's Deposition Designations for Witnesses who may be called by Designation

| WITNESSES | AMGEN DEPOSITION DESIGNATIONS | | OBJECTIONS ("O") | ROCHE COUNTER DESIGNATIONS | |
|---|---|---|---|---|---|
| | FROM | TO | | FROM | TO |
| | 43:3 | 43:4 | O | | |
| | 43:8 | 43:9 | O | | |
| | 43:11 | 43:13 | O | | |
| | 44:19 | 44:20 | O | | |
| | 44:22 | 44:22 | O | | |
| | 44:24 | 45:1 | O | | |
| | 45:4 | 45:8 | O | | |
| | 45:10 | 45:13 | O | | |
| | 45:15 | 45:17 | O | | |
| | 45:19 | 45:21 | O | | |
| | 45:23 | 45:24 | O | | |
| | 49:23 | 50:9 | O | | |
| | 50:15 | 51:5 | O | | |
| | 51:7 | 51:8 | O | | |
| | 52:20 | 53:6 | | | |
| | 53:10 | 53:14 | | | |
| | 53:17 | 53:19 | | | |

## Amgen v. HMRITKT: Trial Testimony: 6/14/2000 and 7/5/2000

| Witnesses | FROM | TO | OBJECTIONS | FROM | TO |
|---|---|---|---|---|---|
| Erslev 6-14-2000 | 1652:1 | 1652:14 | O | 1540:17 | 1545:25 |
| | 1652:25 | 1653:9 | O | 1547:5 | 1547:8 |
| | 1658:4 | 1659:1 | O | 1548:1 | 1548:23 |
| | 1666:5 | 1666:25 | O | 1549:7 | 1549:22 |
| | 1672:19 | 1673:3 | O | 1550:13 | 1550:16 |
| | 1673:14 | 1673:21 | O | 1550:23 | 1550:25 |
| | 1675:12 | 1675:33 | O | 1551:5 | 1553:25 |
| | 1668:6 | 1668:10 | O | 1555:20 | 1556:9 |
| | 1668:20 | 1668:25 | O | 1556:14 | 1557:7 |
| | 1669:14 | 1669:19 | O | 1557:10 | 1557:20 |
| | 1671:25 | 1672:18 | O | 1558:15 | 1558:19 |
| | 1716:14 | 1716:25 | | 1558:22 | 1559:9 |
| | | | | 1560:7 | 1560:15 |
| | | | | 1560:19 | 1561:10 |
| | | | | 1562:2 | 1563:10 |
| | | | | 1565:23 | 1565:25 |
| | | | | 1566:6 | 1566:12 |
| | | | | 1566:19 | 1567:18 |
| | | | | 1568:2 | 1568:13 |

Page 26 of 28

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1569:15 | 1569:16 |
| | | | | 1569:19 | 1569:25 |
| | | | | 1570:3 | 1570:16 |
| | | | | 1570:22 | 1571:6 |
| | | | | 1571:9 | 1571:14 |
| | | | | 1571:25 | |
| | | | | 1572:7 | 1572:20 |
| | | | | 1573:2 | |
| | | | | 1573:5 | 1573:10 |
| | | | | 1573:17 | 1573:23 |
| | | | | 1574:22 | |
| | | | | 1575:2 | 1575:15 |
| | | | | 1576:3 | 1576:21 |
| | | | | 1577:24 | 1577:25 |
| | | | | 1578:1 | 1578:19 |
| | | | | 1579:1 | 1579:12 |
| | | | | 1579:18 | 1579:25 |
| | | | | 1580:6 | 1580:9 |
| | | | | 1580:13 | 1580:23 |
| | | | | 1588:12 | 1588:18 |
| | | | | 1589:5 | 1589:24 |
| | | | | 1594:24 | 1595:19 |
| | | | | 1597:7 | 1597:9 |
| | | | | 1597:13 | 1597:21 |
| | | | | 1600:9 | 1600:13 |
| | | | | 1602:19 | 1603:4 |
| | | | | 1603:10 | 1603:13 |
| | | | | 1605:4 | 1605:8 |
| | | | | 1605:17 | 1605:25 |
| | | | | 1607:23 | 1608:12 |
| | | | | 1608:21 | 1609:20 |
| | | | | 1610:13 | 1611:9 |
| | | | | 1611:25 | 1612:7 |
| | | | | 1612:12 | 1613:2 |
| | | | | 1613:5 | 1614:5 |
| | | | | 1614:21 | 1615:12 |
| | | | | 1615:16 | 1616:10 |
| | | | | 1619:7 | 1619:15 |
| | | | | 1626:4 | 1627:1 |
| | | | | 1629:23 | 1630:9 |
| | | | | 1630:21 | 1631:7 |
| | | | | 1631:10 | 1631:14 |
| | | | | 1631:21 | 1632:9 |
| | | | | 1632:13 | 1632:22 |
| | | | | 1634:3 | 1634:14 |
| | | | | 1635:17 | 1636:13 |
| | | | | 1636:18 | 1636:21 |

Page 27 of 28
By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.

**ROCHE'S COUNTER DESIGNATIONS AND OBJECTIONS TO AMGEN'S DESIGNATIONS**
**EXHIBIT B**
**Amgen's Deposition Designations for Witnesses who may be called by Designation**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | 1637:20 | 1638:7 |
|  |  |  |  | 1638:25 | 1639:5 |
|  |  |  |  |  |  |
| Erslev 7-5-2000 |  | 1716:14 | 1716:25 | 1756:16 | 1759:5 |
|  |  |  |  |  |  |

By agreement of the parties, this preliminary list of deposition designations may be modified, supplemented and/or amended, up to and including the time of final submission to the Court (or later for materials or witnesses identified during trial, as appropriate), or based on any materials (exhibits, witnesses or the like) identified by Amgen in its portions of this Pretrial Memorandum.