# Exhibit 4

```
 1            UNITED STATES DISTRICT COURT
 2            DISTRICT OF MASSACHUSETTS
 3   _____
 4   AMGEN INC.,                       )
                                       )
 5        Plaintiff(s),                )
                                       )
 6        vs.              ) 05-CV-12237-WGY
                                       )
 7   F. HOFFMAN-LAROCHE LTD., a        )
     Swiss Company, ROCHE DIAGNOSTICS  )
 8   GmbH, a German Company and        )
     HOFFMAN LAROCHE INC., a New       )
 9   Jersey Corporation,               )
                                       )
10        Defendant(s).                )
     _____

11
                   CONFIDENTIAL
12   VIDEOTAPE DEPOSITION UPON ORAL EXAMINATION OF
                    LEROY HOOD
13   _____
14
                    9:10 A.M.
15              APRIL 2, 2007
           1420 FIFTH AVENUE, SUITE 3010
16              SEATTLE, WASHINGTON
17
18   (This transcript contains testimony
     designated confidential as per Section
19   5(c) of the Amended Protective Order.
     Please treat the entire transcript in
20   accordance with the protective order.)
21
22
23
24
25   REPORTED BY: DIANE M. MILLS, CCR 2399
```