UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> F. HOFFMANN-LA ROCHE LTD; ) <br> ROCHE DIAGNOSTICS GmbH; and ) <br> HOFFMANN-LA ROCHE INC. ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION No.: 05-CV-12237WGY |

**DECLARATION OF ALFRED H. HECKEL IN SUPPORT OF DEFENDANTS'
MOTION TO PRECLUDE DR. GOLDWASSER FROM RELYING ON AYS
DECLARATION OF THOMAS HECKLER**

I, Alfred H. Heckel, declare under penalty of perjury that:

1. I am an attorney admitted to the Bar of the State of New York and before this Court (*pro hac vice*). I am an attorney at the law firm of Kaye Scholer LLP, counsel for Defendants in the above-referenced case.

2. I make this declaration in support of Defendants' Motion to Motion to Preclude Dr. Goldwasser from Relying on AYS Declaration of Thomas Heckler, dated September 27, 2007.

3. Attached hereto as Exhibit A is a true and correct copy of Trial Exhibit AYS, Declaration of Thomas Heckler..

31544291.DOC

Dockets.Justia.com

2

Executed this 27th day of September 2007 at Boston, MA.

                                                *s/ Alfred H. Heckel*
                                                lfred H. Heckel

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on the date above through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Thomas F. Fleming*
                                                Thomas F. Fleming