FIG. 3. Sephadex G-100 Chromatography.



G-100 pool

AF 54504

AM-ITC 00315581
Dockets.Justia.com

FIG. 4. Hydroxylapatite Chromatography



AF 54505

AM-ITC 00315582

Figure 5. 12.5% SDS-PAGE of r-HuEPO Samples



A  Low Molecular Weight Marker
B  Crude CDM
C  Post Phenol Extraction
D  Post Ethanol Fractionation
E  Post DEAE BioGel A
F  Post sulfopropyl-Sephadex
G  Post Sephadex G-100
H  Post Hydroxylapatite (0.5 mM phosphate)
I  r-HuEPO Standard
J  Low Molecular Weight Marker

AF 54506

AM-ITC 00315583

Figure 6.   IEF Analysis of Miyake Process Samples



A   pI Std. Markers
B   r-Hu EPO Reference Standard
C   r-HuEPO CDM
D   Post Phenol
E   Post Ethanol Fractionation
F   Post DEAE BioGel A
G   Post Sulfopropyl-Sephadex
H   Post Sephadex G-100
I   Post Hydroxylapatite (0.5 mM)
J   r-HuEPO Standard
K   pI Std. Markers

AF 54507

AM-ITC 00315584

Figures 7a-e.  Vydac C4 RP-HPLC Analysis of Miyake Process Samples

    Fig. 7a.  Crude Cell Culture Conditioned Medium

    Fig. 7b.  DEAE-Agarose Load

    Fig. 7c.  Sp-Sephadex Load

    Fig. 7d.  Post Hydroxylapatite Pool
               (0.5 mM sodium phosphate)

    Fig. 7e.  r-HuEPO Ref. Std.

AF 54508

AM-ITC 00315585



Figure 7a: Crude Cell Culture Conditioned Medium

AF 54509

AM-ITC 00315586



Figure 7b: DEAE-agarose Load

AF 54510

AM-ITC 00315587



Figure 7C: SP-Sephadex Load

AF 54511

AM-ITC 00315588



Figure 7d:

Post-hydroxylapatite pool
0.5 mM sodium phosphate

AF 54512

AM-ITC 00315589

Chromatogram

FileName   : c:\2700\data1\PR00024.raw                    Date : 5/6/92  11:31 PM           Page 1 of 1
Start Time : 0.00 min      End Time : 30.00 min           Low Point : 30.00 mV              High Point : 1030.00 mV
Scale Factor: 0             Plot Offset: 30 mV            Plot Scale: 1000 mV

Figure 7e:

EPO Ref. Std.

18.37

+P

EPO

Time (min)

AF 54513

AM-ITC 00315590