```
                                                    FILED
                                              IN CLERKS OFFICE

                                              2007 SEP 26  P 3:07

                                              U.S. DISTRICT COURT
                                              DISTRICT OF MASS.
```

AMGEN                                              CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

RECEIPT

The court has returned, on September 26, 2007, to __Colin Hoyle__ a representative of the defendant Roche, documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                    Doc. 1185

Elizabeth Smith
Deputy Clerk

Received by: _[signature]_