# EXHIBIT A

# DAY CASEBEER
## MADRID & BATCHELDER LLP

1 International Place.
146 Oliver St., Suite 1200
12th Floor
Boston, MA 02110
Telephone: (408) 569-6846
Facsimile: (617) 439-3019

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

September 27, 2007

**VIA EMAIL**

Tom Fleming
Kaye Scholer LLP
c/o Metro Meeting Centers-Boston
101 Federal Street, 4th Floor
Boston, MA 02110

Re:   *Amgen Inc. v. F. Hoffman-La Roche, LTD., et al.*

Dear Tom:

Amgen gives notice that Dr. Harlow's deposition testimony will continue tomorrow, and Dr. Lin's testimony will continue tomorrow (cross and rebuttal, if any) followed by Dr. Browne, and Dr. Goldwasser. If time permits, depending on the length of the examination and your cross-examination, we may also get to Dr. Kung and Dr. Brugnara, and are disclosing their exhibits in an abundance of caution. The order of these two witnesses will depend upon the time remaining, if any. Amgen reserves the right to play the deposition of Dr. Hood depending on completion time of other examinations. Amgen hereby discloses exhibits and demonstratives to be used with these witnesses. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

Dr. Lin's exhibits are the same as previously disclosed.

Dr. Browne exhibits are the same as previously disclosed, with these additions: ASB, CGQ, CGW, ASA, CHS, CIC, CHU, CHP, CAT, CIA, CHO, PVZ, CGQ, OJQ, CHN, CHR, CIB.

Dr. Goldwasser's exhibits are the same as previously disclosed.

Dr. Brugnara may rely upon the exhibits listed below and the attached demonstrative slides in PDF color copy.

| 0001  | 2053 | CXW | DXM |
|-------|------|-----|-----|
| 0005  | ARR  | DEJ | DYR |
| 0020  | CRK  | DHN | FIG |
| 2002  | CSX  | DJW | FKU |
| 2049  | CTI  | DLG | FSW |
| 2049A | CUL  | DNJ | GLL |
| 2050  | CUT  | DPF | GLO |

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
September 27, 2007
Page 2

| 2051 | CUX | DUE | GSK |
|------|-----|-----|-----|
| 2052 | CVS | DVC |     |

Mr. Kung may rely upon the exhibits listed below:

| BAP | CFA | CMU | CZS |
|-----|-----|-----|-----|
| DHE | DKV | DOK | DOS |
| 2002 | DZT | FKM | FUZ |
| FVA | FVB | FVC | FVD |
| FVE | FVF | FVG | FVH |
| FVI | FVJ | FVK | FVL |
| GRO |     |     |     |

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

Renee DuBord Brown

RDB:rlp