# EXHIBIT B

# DAY CASEBEER
## MADRID & BATCHELDER LLP

1 International Place.
146 Oliver St., Suite 1200
12th Floor
Boston, MA 02110
Telephone: (408) 569-6846
Facsimile: (617) 439-3019

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

September 27, 2007

**VIA EMAIL**

Tom Fleming
Hank Heckel
Kaye Scholer LLP
c/o Metro Meeting Centers-Boston
101 Federal Street, 4th Floor
Boston, MA 02110

Re: *Amgen Inc. v. F. Hoffman-La Roche, LTD., et al.*

Dear Tom and Hank:

Depending on how much time is taken by the Lin and Browne examinations, we may move Mr. Kung up in the witness order. We expect his testimony to be very short.

In addition, we intend to move the following laboratory notebooks into evidence tomorrow, either during testimony or an evidentiary hearing. Please let us know if you object to the introduction of any of the following exhibits:

CBP, CEV, CFA, CBQ, CDA, CFA

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

*/s/ Renee DuBord Brown*

Renee DuBord Brown

RDB:rlp