# EXHIBIT C



"DuBord Brown, Renee" <rbrown@daycasebeer.com>

09/27/2007 01:04 PM

To "Thomas Fleming" <TFleming@kayescholer.com>; "Curto, Daniel A." <dcurto@mwe.com>
cc <BBorel@kayescholer.com>; <cjensen@bromsun.com>; <dbaker@kayescholer.com>; <DLopez@kayescholer.com>; <hsuh@kayescholer.com>; <jhuston@bromsun.com>;
bcc

Subject RE: USDC - Brown to Fleming enclosing Amgen's witness disclosures for Sept. 28 (9-26-07)

History:    🔁 This message has been forwarded.

Dear Tom,

We do not understand your basis for requesting a deposition of Mr. Kung. Amgen will not agree.

**From:** Thomas Fleming [mailto:TFleming@kayescholer.com]
**Sent:** Wednesday, September 26, 2007 6:07 PM
**To:** DuBord Brown, Renee; Curto, Daniel A.
**Cc:** BBorel@kayescholer.com; cjensen@bromsun.com; dbaker@kayescholer.com; DLopez@kayescholer.com; hsuh@kayescholer.com; jhuston@bromsun.com; Peter Fratangelo
**Subject:** Re: USDC - Brown to Fleming enclosing Amgen's witness disclosures for Sept. 28 (9-26-07)

Dear Renee: In Amgen's Second Supplemental Rule 26 disclosures dated May 7, 2007 (over 1 month after close of fact discovery), Charles Kung was listed under both "Urinary Erythropoietin" and "State of the Erythropoietin Art as of the Date of Lin's Inventions." He was just listed by name with no address provided. We want a deposition of Mr. Kung before he testifies. If Amgen refuses, we will move to preclude Mr. Kung's testimony. We are prepared to take his deposition starting anytime tomorrow after 2:30pm. Please advise as to his availability.

Thank You,

Tom Fleming
tfleming@kayescholer.com
212-836-7515


"Platt, Rachelle L." <rplatt@daycasebeer.com>

09/26/2007 05:04 PM

To <TFleming@kayescholer.com>
cc <DLopez@kayescholer.com>; <BBorel@kayescholer.com>; <dbaker@kayescholer.com>; <hsuh@kayescholer.com>; <jhuston@bromsun.com>; <cjensen@bromsun.com>
Subject USDC - Brown to Fleming enclosing Amgen's witness disclosures for Sept. 28 (9-26-07)

Please see attached correspondence. Thank you.

<<USDC - Brown to Fleming enclosing Amgen's witness disclosures for Sept. 28 (9-26-07).PDF>>

Rachelle Platt
**Day Casebeer Madrid & Batchelder LLP**
Tel. (408) 569-6846
rplatt@daycasebeer.com

```
*****************************************************************
***
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*****************************************************************
***
```

                                        *   *   *   *

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice contained in this correspondence (including any
attachments) is not intended or written to be used, and cannot be
used for the purpose of (i) avoiding penalties that may be
imposed under the U.S. Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or
matter addressed herein.


*****************************************************************
***
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
*****************************************************************
***
```