# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>  Defendants. )<br>) | Civil Action No. 05 CV 12237 WGY |

### PLAINTIFF AMGEN INC.'S MOTION REQUESTING AN INSTRUCTION TO THE JURY REGARDING THE FACT THAT DR. HARLOW'S STATEMENTS, AS ROCHE'S AGENT, ARE ADMISSIONS

Amgen seeks a fair and balanced instruction to the jury with respect to the designated deposition testimony of Dr. Harlow. As the Court has held earlier, "the statement of an agent made during the course of the agency about the business is admissible. That's the federal rule."[1] Dr. Harlow, as the Court held, is an agent of Roche. Accordingly, the statements made by Dr. Harlow at his expert deposition in this case, which are being presented to the jury, are admissions of Roche.

Due to the fact that Dr. Harlow's testimony is being presented via deposition transcript, Amgen is seeking to have the Court provide the jury with a balanced instruction as the one the Court provided to the jury with respect to Roche's reading of the deposition testimony of Dr. Strickland. Specifically, at the start of that presentation, the Court informed the jury that Dr. Strickland was Amgen's 30(b)(6) witness, its agent, and that "[h]e's making admissions on

---

[1] Trial Transcript, 9/26/2007, p. 1629, ll. 7-9.

780631_1
**Error! Unknown document property name.**

1

behalf of the company. It's evidence. You treat it like any other evidence."[2] Amgen's proposed corresponding instruction is: Dr. Harlow is Roche's expert, its agent, and he is making admissions on behalf of Roche. It is evidence. You treat it like any other evidence.

Just as the Court's instruction with respect to Dr. Strickland's deposition testimony gave the jury the legal import of that testimony, the same instruction provided with respect to Dr. Harlow would also aid the jury and appropriately differentiate Dr. Harlow's testimony from third-party witnesses that the jury has seen by deposition video, such as Dr. Baron. To do otherwise would be prejudicial to Amgen, and would be confusing for the jury who will not have the context in which the testimony is being presented.

Based on the foregoing, Amgen respectfully requests that the Court provide the jury with an appropriate instruction advising that Dr. Harlow was testifying as Roche's expert, is Roche's agent, and is proffered as admissions by Roche.

---

[2] Trial Testimony, 9/25/2007, p. 1374_, ll. 13-15.

Dated: September 26, 2007                     Respectfully Submitted,


                                              AMGEN INC.,
                                              By its attorneys,


                                              */s/ Patricia R. Rich*
Of Counsel:                                   D. DENNIS ALLEGRETTI (BBO#545511)
                                              MICHAEL R. GOTTFRIED (BBO#542156)
                                              PATRICIA R. RICH (BBO#640578)
STUART L. WATT                                DUANE MORRIS LLP
WENDY A. WHITEFORD                            470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                            Boston, MA 02210
DARRELL G. DOTSON                             Telephone:     (857) 488-4200
KIMBERLIN L. MORLEY                           Facsimile:     (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                    LLOYD R. DAY, JR
One Amgen Center Drive                        DAY CASEBEER
Thousand Oaks, CA   91320-1889                MADRID & BATCHELDER LLP
(805) 447-5000                                20300 Stevens Creek Boulevard, Suite 400
                                              Cupertino, CA 95014
                                              Telephone:     (408) 873-0110
                                              Facsimile:     (408) 873-0220

                                              WILLIAM GAEDE III
                                              McDERMOTT WILL & EMERY
                                              3150 Porter Drive
                                              Palo Alto, CA 94304
                                              Telephone:     (650) 813-5000
                                              Facsimile:     (650) 813-5100

                                              KEVIN M. FLOWERS
                                              MARSHALL, GERSTEIN & BORUN LLP
                                              233 South Wacker Drive
                                              6300 Sears Tower
                                              Chicago IL 60606
                                              Telephone:     (312) 474-6300
                                              Facsimile:     (312) 474-0448

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 28, 2007.

*/s/ Patricia R. Rich*
Patricia R. Rich
