# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMAN-LA ROCHE LTD., a Swiss )<br>Company, ROCHE DIAGNOSTICS GmbH, a )<br>German Company, and HOFFMAN-LA ROCHE )<br>INC., a New Jersey Corporation )<br>)<br>Defendants. )<br>) | C.A. No. 05-12237-WGY |

### DECLARATION OF DANIEL A. CURTO IN SUPPORT OF
### AMGEN INC.'S MOTION TO AUTHENTICATE BY DECLARATION
### IN LIEU OF THE LIVE TESTIMONY OF CHARLES KUNG

I, Daniel A. Curto, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen Inc.'s Motion To Authenticate By Declaration In Lieu of the Live Testimony of Charles Kung.

1. Exhibit A hereto contains a true and correct copy of the Declaration of Charles Kung, dated September 28, 2007.

Dated September 28, 2007                    */s/ Daniel A. Curto*
                                            Daniel A. Curto

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Michael R. Gottfried*
                                              Michael R. Gottfried