# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LA ROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN-LA ROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

## DECLARATION OF GEOFFREY M. GODFREY IN SUPPORT OF AMGEN'S MOTION TO QUASH SUBPOENA AD TESTIFICANDUM SERVED ON THIRD PARTY DR. FU-KUEN LIN

I, Geoffrey M. Godfrey, declare under penalty of perjury as follows:

1. I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit A is a true and correct copy of the September 26, 2007 subpoena served on Dr. Lin.

4. Attached hereto as Exhibit B are true and correct copies of letters from Roche designating Dr. Lin as a witness to appear in Roche's validity case-in-chief.

5. Attached hereto as Exhibit C is a true and correct copy of an email from Roche's counsel, dated September 12, 2007, withdrawing Dr. Lin as a witness who will testify before the

787644                                                           1

jury.

    Signed this 28th day of September, 2007.

                                               By:  */s/ Geoffrey M. Godfrey*
                                                     Geoffrey M. Godfrey