# EXHIBIT B

Dockets.Justia.com

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

August 27, 2007

**VIA FAX AND EMAIL**

Deborah E. Fishman, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Deborah:

This will again confirm our earlier conversations and communications regarding Amgen making Dr. Fu-Kuen Lin available to Roche for live testimony at the upcoming trial. As we have repeated told Amgen, Dr. Fu-Kuen Lin should be available all days during the trial week of September 4, 2007, but our expectation is that he will be called by Roche to testify before the jury most probably sometime during the period from September 5, 6 or 7, 2007.

Very truly yours,

Thomas F. Fleming

cc: Mark Izraelewicz
    Julia Huston
    Patricia Carson
    Leora Ben-Ami

31501247.DOC

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 3, 2007

**BY FAX and EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014
Fax: 408-873-0220
Email: rdubord@daycasebeer.com

      Re:    *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass

Dear Renee:

Roche expects that it may call Fu-Kuen Lin and Leroy Hood as witnesses beginning September 5, 2007. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

Very truly yours,

Hank Heckel

cc:    Patricia Carson
        Julia Huston
        Thomas F. Fleming

31532320.DOC

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 4, 2007

**BY FAX and EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

    Re:    *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, <u>and</u>*
           *Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Renee:

    Roche expects that it may call Fu-Kuen Lin, Leroy Hood and Joseph Barun as witnesses on September 5, 2007. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

                                         Very truly yours,

                                         Hank Heckel

cc:    Leora Ben-Ami
       Patricia Carson
       Julia Huston
       Aaron Hand
       Alison Maddeford
       Jeremy Jordan
       Rachelle Platt
       Michael Gottfried

31532699.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 5, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass*

Dear Renee:

Defendants give notice that Dr. Lowe is continued to testify tomorrow, September 5, 2007. Defendants also expect that time permitting, they will call as adverse witnesses, Dr. Hood by video and/or Dr. Lin live. Defendants expect that Dr. Lowe may rely upon additional exhibits below, as well as those identified in our letter of September 4 attached:

| | |
|---|---|
| PRZ | OFM |
| PXT | QCN |
| PXU | OID |
| PVK | 2005 |
| PVL | |
| PXS | |
| NWK | |
| OBU | |
| PRX | |

Moreover, there is a correction to demonstratives JL-16, JL-18, and JL-19. "Woods September 1983" should be "Woods September 1982" instead.

Very truly yours,

/s/ Thomas F. Fleming

Thomas F. Fleming

31533245_V1.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

KAYE SCHOLER LLP

Renee DuBord Brown, Esq.     2     September 5, 2007

cc:   Leora Ben-Ami
      Patricia Carson
      Julia Huston
      Aaron Hand
      Alison Maddeford
      Jeremy Jordan
      Rachelle Platt
      Michael Gottfried

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 5, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass

Dear Renee:

Roche expects that it may call any of Drs. Goldwasser, Lin, Kadesch, and/or Bertozzi live, or present depositions of Drs. Baron, Miyake, and/or Fritsch on September 7, 2007. We reserve the right to amend or modify this list at anytime time, including subsequent notice that may be forwarded tomorrow.

Very truly yours,

/s/ Thomas F. Fleming

Thomas F. Fleming

TFF/jlm

cc: Leora Ben-Ami
    Patricia Carson
    Julia Huston
    Aaron Hand
    Alison Maddeford
    Jeremy Jordan
    Rachelle Platt
    Michael Gottfried

31533247_V1.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

# KAYE SCHOLER LLP

Thomas F. Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 8, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

Re:  *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass

Dear Renee:

Roche expects that it may call Dr. Goldwasser (continued), Dr. Baron by video, and Drs. Bruce Spinowitz and Fu-Kuen Lin to testify on September 10, 2007. We reserve the right to amend or modify this list at anytime time, including subsequent notice that may be forwarded tomorrow.

Very truly yours,

Thomas F. Fleming

TFF/jlm

cc:  Leora Ben-Ami
     Patricia Carson
     Julia Huston
     Aaron Hand
     Alison Maddeford
     Jeremy Jordan
     Rachelle Platt
     Michael Gottfried

31534824.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**KAYE SCHOLER** LLP

Thomas Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 9, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

      Re:   *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass.

Dear Renee:

    Roche expects that, depending on the progress of the case, it may call Dr. Fu Kuen Lin (if not previously called), Dr. Carolyn Bertozzi, and Dr. Thomas Kadesch to testify on September 11, 2007. The order of Drs. Bertozzi and Kadesch will depend on how much time is remaining on Tuesday. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

Very truly yours,

Thomas F. Fleming

TFF/jlm

cc: Leora Ben-Ami
    Patricia Carson
    Julia Huston
    Aaron Hand
    Alison Maddeford
    Jeremy Jordan

31534877.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**KAYE SCHOLER** LLP

Renee DuBord Brown, Esq.        2        September 9, 2007

Rachelle Platt
Michael Gottfried

# KAYE SCHOLER LLP

Thomas Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 10, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

    Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass.

  Defendants give notice that Dr. Baron (by video), Dr. Spinowitz, Stuart Watt, and Dr. Lin (as adverse witness) are expected to testify tomorrow, September 11, 2007. Dr. Spinowitz may rely upon exhibits:

| 0001 | 0005 | 2002 | 2004 | 2006 |
|------|------|------|------|------|
| 2032 | ZQ   | BMH  | CUZ  | CYS  |
| GTY  | JL   | NBY  | NBZ  | NCF  |
| NCJ  | NCL  | NID  | NJT  | NNS  |
| OFK  | OLH  | OMX  | OMY  | OOZ  |
| OQU  | OST  | OTI  | OTW  | OUN  |
| OUV  | OUY  | OUZ  | OVQ  | OVZ  |
| OWA  | OXY  | OYC  | OYF  | OZT  |
| OZU  | OZY  | OZZ  | PAB  | PAD  |
| PAE  | PJP  | PJS  | PPE  | PPH  |
| PPU  | PRJ  | PWA  | PYY  | PZJ  |
| QAJ  | QCC  | QCJ  | QCL  | QDZ  |
| TRX  | UA   | GMH  |      |      |

  Dr. Spinowitz may also rely upon the demonstratives that Defendants have enclosed yesterday by email attachment in PDF color copies.

  Additionally, we reserve the right for Dr. Spinowitz in his trial testimony to rely on any of the deposition or trial testimony cited in any of Dr. Spinowitz's expert reports.

# KAYE SCHOLER LLP

Thomas Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 10, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

> Re: *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass.

Dear Renee:

Roche expects that it may call Dr. Lin (continued), Dr. Kadesch, Dr. Bertozzi, Dr. Strickland (by deposition), Dr. Egrie (by deposition), and Dr. Flavell (time permitting) on September 12, 2007. We reserve the right to amend or modify this list at any time, including subsequent notice that may be forwarded tomorrow.

Very truly yours,

Thomas F. Fleming

TFF/jlm

cc: Leora Ben-Ami
    Patricia Carson
    Julia Huston
    Aaron Hand
    Alison Maddeford
    Jeremy Jordan
    Rachelle Platt
    Michael Gottfried

# KAYE SCHOLER LLP

Thomas Fleming
212 836-7515
Fax 212 836-6345
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 11, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

      Re:    *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass.*

    Defendants give notice that Dr. Spinowitz (continued) and Dr. Lin (as adverse witness) are expected to testify tomorrow, September 12, 2007 and/or Dr. Bertozzi, Dr. Egrie (by deposition), and Dr. Strickland (by deposition) depending on time available.

| | | |
|---|---|---|
| 0001 | PSM | PXR |
| NYG | 2032 | NBD |
| 0005 | PWQ | WV |
| NZV | 2033 | NVN |
| 0013 | PXP | VR |
| PCT | BAN | NWW |
| 2002 | | |

    Dr. Bertozzi may also rely upon the demonstratives that Defendants enclose by email attachment in PDF color copies.

    Additionally, we reserve the right for Dr. Bertozzi in her trial testimony to rely on any of the deposition or trial testimony cited in any of Dr. Bertozzi's expert reports.

    We reserve the right to amend or modify the list of exhibits and demonstratives included herein at anytime, including subsequent notice that may be forwarded tomorrow.

                            Very truly yours,

                            /s/ Thomas F. Fleming

                            Thomas F. Fleming

**KAYE SCHOLER** LLP

Renee DuBord Brown, Esq.                2                September 11, 2007

Enclosures

cc:    Leora Ben-Ami
       Patricia Carson
       Julia Huston
       Aaron Hand
       Alison Maddeford
       Jeremy Jordan
       Rachelle Platt
       Michael Gottfried