# EXHIBIT C

Dockets.Justia.com

## DuBord Brown, Renee

**From:** TFleming@kayescholer.com
**Sent:** Wednesday, September 12, 2007 8:21 AM
**To:** DuBord Brown, Renee
**Cc:** LBenAmi@kayescholer.com; Day, Rusty; Gottfried, Michael; Carson, Patricia
**Subject:** Re: Dr. Lin

Renee: Roche will not be calling dr. Lin to testify live in front of the jury during its validity case. But we will call him for evidence live regarding double patenting in front of the court.