**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DECLARATION OF AARON R. HAND IN SUPPORT OF AMGEN INC.'S MOTION TO PRECLUDE THE TESTIMONY OF DR. THOMAS KADESCH**

803561

Dockets.Justia.com

I, Aaron R. Hand, declare as follows:

1. I am an attorney at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all of the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of letter from Patricia Carson to Renée DuBord Brown dated September 29, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the Supplemental Expert Report of Dr. Thomas Kadesch dated May 1, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of Roche's Offer of Proof Regarding Claims of U.S. Patent No. 5,441,868 and No. 5,618,698 That Invalidate Claims of U.S. Patent No. 5,547,933, No.5,756,349, and No. 5,955,422 Regarding Obviousness-Type Double Patenting, filed by Roche on September 7, 2007 as Docket Number 1020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 30th day of September, 2007.

By: ___/s/ *Aaron R. Hand*_____
       Aaron R. Hand

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                            */s/ Michael R. Gottfried*
                                                            Michael R. Gottfried