# Exhibit 1

# KAYE SCHOLER LLP

Patricia A. Carson
212 836-7466
Fax 212 836-8689
pcarson@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 29, 2007

**VIA EMAIL**

Renee DuBord Brown, Esq.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California 95014

>    Re:    *Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH,
>           and Hoffmann-LaRoche Inc.*, Civ. No. 05-CV-12237WGY, D. Mass

Dear Renee:

      Defendants give notice that Dr. Thomas Kadesch is expected to testify on October 1, 2007 during the afternoon hearing on obviousness type double patenting.

      Very truly yours,

      /s/ Patricia A. Carson

      Patricia A. Carson

PAC/jlm

cc:    Leora Ben-Ami
       Thomas Fleming
       Julia Huston
       Aaron Hand
       Alison Maddeford
       Jeremy Jordan
       Rachelle Platt
       Michael Gottfried