# EXHIBIT C

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE, Ltd., ROCHE DIAGNOSTICS GmbH, and HOFFMANN-LA ROCHE INC., <br><br> Defendants. | Civil Action No. 05-12237 WGY <br><br> U.S. District Judge Young |

**DECLARATION OF WYETH REGARDING PRODUCED DOCUMENTS**

I, Christopher Chung, declare:

    1.    I am employed as a Senior Patent Attorney by WYETH. My office address is 87 Cambridge Park Drive, MA.

    2.    I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

    3.    In response to a subpoena for documents in this case, a search for documents at WYETH (which is the successor to Genetics Institute, Inc.) was conducted, resulting in documents that were produced pursuant to the subpoena.

    4.    The document produced in response to the subpoena bear production numbers W00306-W00316 ("the Document").

    5.    The Document is a true and correct copy of a document dated October 17, 1983, entitled Erythropoietin, which was discovered in WYETH's offices in the files of WYETH's legal department, which is the place, where if authentic, I would expect this document to be

found.

6. This document, as discovered in the files of WYETH's legal department, was found in a file in such a condition as to create no suspicion concerning its authenticity.

7. The date on the face of the Document indicates that the Document was in existence for more than twenty years.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED:   September 6, 2007

By: _____
Name: Christopher Chung
Title: Senior Patent Attorney

2