UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> vs. <br><br> F. HOFFMANN-LA ROCHE, LTD; ROCHE DIAGNOSTICS GmbH; and HOFFMANN-LA ROCHE INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CIVIL ACTION No.: 05-CV-12237WGY |

**DECLARATION OF JULIA HUSTON IN SUPPORT OF
EMERGENCY MOTION TO PRECLUDE AMGEN FROM PUBLICLY DISCLOSING
ROCHE'S TRADE SECRETS WITHOUT PRIOR NOTICE TO ROCHE**

I, Julia Huston, declare under penalty of perjury that:

1) I am an attorney admitted to the Bars of the Commonwealth of Massachusetts and this Court. I am a partner at the law firm of Bromberg & Sunstein LLP, counsel for Defendants in the above-referenced case.

2) I make this declaration in support of Roche's Emergency Motion to Preclude Amgen from Publicly Disclosing Roche's Trade Secrets Without Prior Notice to Roche.

3) Exhibit A is a true and correct copy of a letter dated September 29, 2007 from Renee DuBord Brown, counsel for Amgen, to Tom Fleming, counsel for Roche.

4) Exhibit B is a true and correct copy of a letter dated September 30, 2007 from Tom Fleming, counsel for Roche, to Renee DuBord Brown, counsel for Amgen.

748561_1.DOC

Dockets.Justia.com

5) Exhibit C is a true and correct copy of a excerpt from the September 27, 2007, trial transcript.

6) Exhibit D is a true and correct copy of a letter dated January 31, 2007, from Deborah E. Fishman, counsel for Amgen, to Julia Huston, counsel for Roche.

Dated: Boston, Massachusetts
October 1, 2007

/s/ Julia Huston
Julia Huston (BBO# 562160)

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

/s/ Julia Huston
Julia Huston

03099/00501 748561.1