DAY CASEBEER
MADRID & BATCHELDER LLP

EXHIBIT A

1 International Place.
146 Oliver St., Suite 1200
12th Floor
Boston, MA 02110
Telephone: (408) 569-6846
Facsimile: (617) 439-3019

Renee DuBord Brown
(408) 342-4551
rbrown@daycasebeer.com

September 29, 2007

VIA EMAIL

Tom Fleming
Kaye Scholer LLP
c/o Metro Meeting Centers-Boston
101 Federal Street, 4th Floor
Boston, MA 02110

Re:   *Amgen Inc. v. F. Hoffman-La Roche, LTD., et al.*

Dear Tom:

In light of the Court's statement that "[e]verything further in this trial is on the record" (9/27/07 Trial Tr. at 1656:23) we hereby notify you that Amgen may discuss and use excerpts from Roche's BLA and/or IND in its infringement opening statement as well as the rest of our case-in-chief on infringement. Of course, we will not publish any patient-identifying data.

Regards,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Renee DuBord Brown*

Renee DuBord Brown

RDB:rlp