EXHIBIT C

1642

```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                             Civil Action
 3                                           No. 05-12237-WGY

 4   * * * * * * * * * * * * * * * * *
                                      *
 5   AMGEN, INC.,                     *
                                      *
 6             Plaintiff,             *
                                      *   DAILY TRANSCRIPT
 7   v.                               *   OF THE EVIDENCE
                                      *     (Volume 12)
 8   F. HOFFMANN-LA ROCHE LTD,        *
     ROCHE DIAGNOSTICS GmbH and       *
 9   HOFFMANN-LA ROCHE, INC.,         *
                                      *
10             Defendants.            *
                                      *
11   * * * * * * * * * * * * * * * * *

12

13

14             BEFORE:  The Honorable William G. Young,
                         District Judge, and a Jury
15

16

17

18

19

20

21

22

23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     September 27, 2007
```

1643

```
 1              A P P E A R A N C E S

 2
             DUANE MORRIS LLP (By D. Dennis Allegretti,
 3     Esq. and Michael R. Gottfried, Esq.), 470 Atlantic
```

```
 4           Avenue, Suite 500, Boston, Massachusetts 02210
                  - and -
             DAY CASEBEER MADRID & BATCHELDER, LLP (By
 5           Lloyd R. Day, Jr., Esq., David M. Madrid, Esq. and
             Robert M. Galvin, Esq.) 20300 Stevens Creek
 6           Boulevard, Suite 400, Cupertino, California 95014
                  - and -
 7           McDERMOTT WILL & EMERY (By Michael Kendall,
             Esq.), 28 State Street, Boston, Massachusetts
 8           02109
                  - and -
 9           McDERMOTT WILL & EMERY (By William G.
             Gaede, III, Esq.), 3150 Porter Drive, Palo Alto,
10           California 94304
                  - and -
11           MARSHALL, GERSTEIN & BORUN LLP (By Kevin M.
             Flowers, Esq.), 6300 Sears Tower, 233 S. Wacker
12           Drive, Chicago, Illinois 60606-6402
                  - and -
13           STUART L. WATT and WENDY A. WHITEFORD, Of
             Counsel, Amgen, Inc., One Amgen Center Drive,
14           Thousand Oaks, California 91320-1789, on behalf of
             the Plaintiff
15
             BROMBERG & SUNSTEIN LLP (By Lee Carl
16           Bromberg, Esq. and Julia Huston, Esq.), 125 Summer
             Street, Boston, Massachusetts 02110
17                - and -
             KAYE SCHOLER LLP (By Leora Ben-Ami, Thomas
18           F. Fleming, Esq., Patricia Carson, Esq.,
             Christopher Jagoe, Esq. and Howard Suh, Esq.),
19           425 Park Avenue, New York, New York 10022, on
             behalf of the Defendants
20

21

22

23

24
```

***

1656

```
 1   on this?

 2         THE COURT:  You may.

 3   SIDEBAR CONFERENCE, AS FOLLOWS:

 4         THE COURT:  You people have daily copy.  You may
```

```
 5    ask her, Ms. Ben-Ami asked you and would you like to explain
 6    your answer, and you answered whatever, would you like to
 7    explain that answer.  Yes, you can.  That's it.
 8              MR. FLOWERS:  Your Honor, Dr. Orkin was identified
 9    as a fact witness in this case and in fact a motion was --
10              THE COURT:  We've had your direct.  We've had your
11    direct.
12              MR. FLOWERS:  Is he allowed to testify as a fact
13    witness at all on redirect?
14              THE COURT:  I don't give advisory opinions.  We'll
15    see.  But that's outside the scope.  That calls -- what
16    you're asking for there calls for expertise.  As a matter of
17    fact, this is so technical that most of this calls for
18    expertise.  So I don't think there's much along that line.
19              Now, something else.  This business about the
20    Harlow deposition.  I take grave umbrage to the fact that a
21    deposition was designated confidential.  And this business
22    of giving me confidential documents stops right now.
23    Everything further in this trial is on the record.
24              (Whereupon the sidebar conference concluded.)
25
```