# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05 CV 12237 WGY |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

## PLAINTIFF AMGEN INC.'S MOTION TO ADMIT EXHIBIT BWZ INTO EVIDENCE

Plaintiff Amgen Inc. ("Amgen") respectfully moves to have Exhibit BWZ moved into evidence in this case for the reasons set forth below.[1]

Exhibit BWZ consists of an argument made by defendant Roche Diagnostics GmbH ("Roche") in a European patent proceeding. This submission in the patent proceeding was authored by representatives or employees of Roche. Accordingly, as this Court stated previously, the statements made in this document are admissions of Roche and as such, pursuant to Fed. R. Evid. 801(d)(2) they do not constitute hearsay.[2] Following similar reasoning as this

---

[1] Copies of the document will be filed manually with the Court on Monday, October 1, 2007.

[2] *See* Trial Transcript, 9/04/2007, p. 6:14-19:

> Well, foreign proceedings, they may be admissions if they're, if they're admissions of fact. I don't see how the jury would be confused. But foreign proceedings are under a different legal framework.

DM1\1200662.1

Court, other courts have found that submissions in foreign patent proceedings are admissions by party opponents.[3]

Pursuant to Fed. R. Evid. 801(d)(2), this document is "being offered against a party and is (1) the party's own statement, in either an individual or a representative capacity or . . . (D) a statement by the party's agent or servant concerning a matter within the scope of the agency or employment made during the existence of the relationship." Admissions by party opponents are excluded from the category of hearsay.[4] Parties are not prejudiced by the admission into evidence of their own statements since the parties may take the stand and contradict the statement if they so choose.[5]

This document is relevant because Roche makes statements in it that directly undercut both Roche's current argument that it would have been obvious to clone the EPO gene in 1983/1984 using cDNA cloning and its implied assumption today that a suitable source of EPO mRNA existed in 1983/1984. Specifically, Roche states in this document that (1) cDNA cloning requires a suitable source of EPO mRNA and (2) no suitable source of EPO mRNA was known by 1983/1984.

For the reasons set forth above, Amgen requests that Exhibit BWZ be moved into evidence in this matter.

---

[3] *See Pfizer, Inc. v. Teva Pharms. USA, Inc.*, 2006 U.S. Dist. LEXIS 77970 (D.N.J. Oct. 26, 2006) *citing Hearsay Handbook* § 35:3 at 35-25 (4th ed.) (court finding that expert affidavits submitted to the European Patent Office were admissions under 801(d)(2)).

[4] *See* Fed. R. Evid. 801(d)(2).

[5] *See Globe Sav. Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 94-95 (2004), judgment entered 65 Fed. Cl. 330 (2005), *aff'd in part, rev'd in part on other grounds*, 189 Fed. Appx. 964 (Fed. Cir. 2006).

Dated: October 1, 2007                                Respectfully Submitted,


                                                      AMGEN INC.,
                                                      By its attorneys,


                                                      */s/ Michael R. Gottfried*
Of Counsel:                                           D. DENNIS ALLEGRETTI (BBO#545511)
                                                      MICHAEL R. GOTTFRIED (BBO#542156)
                                                      PATRICIA R. RICH (BBO#640578)
STUART L. WATT                                        DUANE MORRIS LLP
WENDY A. WHITEFORD                                    470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                    Boston, MA 02210
DARRELL G. DOTSON                                     Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                   Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                            LLOYD R. DAY, JR
One Amgen Center Drive                                DAY CASEBEER
Thousand Oaks, CA   91320-1889                        MADRID & BATCHELDER LLP
(805) 447-5000                                        20300 Stevens Creek Boulevard, Suite 400
                                                      Cupertino, CA 95014
                                                      Telephone:    (408) 873-0110
                                                      Facsimile:    (408) 873-0220

                                                      WILLIAM GAEDE III
                                                      McDERMOTT WILL & EMERY
                                                      3150 Porter Drive
                                                      Palo Alto, CA 94304
                                                      Telephone:    (650) 813-5000
                                                      Facsimile:    (650) 813-5100

                                                      KEVIN M. FLOWERS
                                                      MARSHALL, GERSTEIN & BORUN LLP
                                                      233 South Wacker Drive
                                                      6300 Sears Tower
                                                      Chicago IL 60606
                                                      Telephone:    (312) 474-6300
                                                      Facsimile:    (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 1, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried