# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No. 05 CV 12237 WGY |

### DECLARATION OF PATRICIA R. RICH IN SUPPORT OF AMGEN INC.'S MOTION TO STREAMLINE AND EXPEDITE THE LIVE TESTIMONY OF DR. THOMAS STRICKLAND

I, Patricia R. Rich, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts and this Court and am a partner at the law firm of Duane Morris LLP, counsel for Plaintiff Amgen Inc. in the above-captioned case.  I submit this declaration to accompany Amgen Inc.'s Motion Pursuant To F.R.E. 902(11) To Authenticate By Declaration Business Records Under F.R.E. 803(6) To Streamline And Expedite The Live Testimony Of Dr. Thomas Strickland.

1.  Exhibit A hereto is a true and correct copy of the Declaration of Thomas Strickland, Ph.D., dated September 30, 2007.

Date: October 1, 2007

*/s/ Patricia R. Rich*
Patricia R. Rich

DM1\1200691.1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 1, 2007.

                                                      */s/ Patricia R. Rich*
                                                      Patricia R. Rich