# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 05 Civ. 12237 WGY |
| v. | ) |
| | ) |
| F. HOFFMANN-LAROCHE LTD., | ) |
| ROCHE DIAGNOSTICS GMBH, and | ) |
| HOFFMANN LAROCHE INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF THOMAS STRICKLAND, PH.D.**

1.  I am employed as a Principal Scientist by AMGEN INC. ("Amgen"). I have been employed at Amgen for over 19 years. My office address is 4000 Nelson Road in Longmont, Colorado.

2.  I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3.  I am familiar with Amgen's policies regarding maintaining laboratory notebooks. It is Amgen's policy to maintain laboratory notebooks in the office files of the recording research scientist until such time as the recording is complete, when the record is transferred to a central repository, where it is maintained thereafter.

4.  I have reviewed Exhibit CBP, which is a true and correct copy of my laboratory notebook, which was created and maintained pursuant to Amgen's policies regarding laboratory notebooks. Exhibit CBP contains a record of scientific experiments I performed from January 4, 1988 through August 24, 1988. I created this notebook as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CBP. Exhibit CBP was maintained in the ordinary course of Amgen's regularly conducted business activity.

5.  I have reviewed Exhibit CFA, which is a true and correct copy of my laboratory notebook, which was created and maintained pursuant to Amgen's policies regarding laboratory notebooks. Exhibit CFA contains a record of scientific experiments I performed from March 27, 1991 through October 1, 1991. I created this notebook as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CFA. Exhibit CFA was maintained in the ordinary course of Amgen's regularly conducted business activity.

6. I have reviewed Exhibit CBQ, which is a true and correct copy of pages from my laboratory notebook, which was created and maintained pursuant to Amgen's policies regarding laboratory notebooks. Exhibit CBQ contains a record of scientific experiments I performed from July, 16, 1993 through September 30, 1993. I created this notebook as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CBQ. Exhibit CBQ was maintained in the ordinary course of Amgen's regularly conducted business activity.

7. I have reviewed Exhibit CDA, which is a true and correct copy of my laboratory notebook, which was created and maintained pursuant to Amgen's policies regarding laboratory notebooks. Exhibit CDA contains a record of scientific experiments I performed from July, 31, 1990 through March 6, 1995. I created this notebook as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CDA. Exhibit CDA was maintained in the ordinary course of Amgen's regularly conducted business activity.

8. I have reviewed Exhibit CFC, which is a true and correct copy of pages from my laboratory notebook, which was created and maintained pursuant to Amgen's policies regarding laboratory notebooks. Exhibit CFC contains a record of scientific experiments I performed from June 14, 1989 through June 19, 1990. I created this notebook as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CFC. Exhibit CFC was maintained in the ordinary course of Amgen's regularly conducted business activity.

2

9. I am familiar with Amgen's policy regarding maintaining presentation slides and posters reporting scientific research. It is Amgen's policy to maintain such records for a period of twenty-five years from the date the slides or posters are presented at the scientific meeting.

10. I have reviewed Exhibit CEW, which is a true and correct copy of a poster presentation that I prepared in collaboration with Gary Rogers, Ph.D., and that was used at a scientific meeting that took place in March of 1992 in Park City, Utah. As part of my work, I regularly created poster presentations, including Exhibit CEW. I prepared Exhibit CEW as part of my regular job responsibilities at or near the time of the occurrence of the matters reflected in Exhibit CEW.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signed this 30th day of September, 2007.

By: *Thomas W. Strickland*
Name: Thomas Strickland, Ph.D.
Title: Principal Scientist

3