# ATTACHMENT 1

Dockets.Justia.com

# THE FEDERAL CIRCUIT BAR ASSOCIATION

# MODEL PATENT JURY INSTRUCTIONS

**Committee**

Mark J. Abate
Philip S. Beck
Denise L. Loring
Robert C. Morgan
Matthew D. Powers
Joseph J. Richetti
Harry J. Roper
William C. Steffin

## 8.11    INFRINGEMENT AND IMPROVEMENTS TO PATENTED INVENTION

[Defendant] has presented evidence that its [product or process] accused of infringement represents an improvement of the invention described in the ___ patent claims.  Proof of this fact does not necessarily mean that the accused [product or process] does not infringe [plaintiff's] patent claims.  The tests for infringement remain as I have instructed you.  As long as you find that [defendant's] accused [product or process] includes all of the limitations of at least one of the ___ patent claims, either literally or under the doctrine of equivalents, then you must find that the ___ patent claims are infringed by [defendant's] accused [product or process], despite defendant's improvements.

## AUTHORITIES

*Nat'l Presto Indus., Inc.* v. *W. Bend Co.*, 76 F.3d 1185, 1191-92 (Fed. Cir. 1996); *Zygo Corp.* v. *Wyko Corp.*, 79 F.3d 1563, 1570 (Fed. Cir. 1996); *Hoechst Celanese Corp.* v. *BP Chems. Ltd.*, 78 F.3d 1575, 1582 (Fed. Cir. 1996); *Stiftung* v. *Renishaw, PLC*, 945 F.2d 1173, 1179 (Fed. Cir. 1991); *Marsh-McBirney, Inc.* v. *Montedoro-Whitney Corp.*, 882 F.2d 498, 504 (Fed. Cir. 1989); *Atlas Powder Co.* v. *E. I. Du Pont de Nemours & Co.*, 750 F.2d 1569, 1580-81 (Fed. Cir. 1984).