## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 1:05-cv-12237 WGY |

## AMGEN'S BENCH MEMORANDUM TO PRECLUDE ROCHE FROM ARGUING OR PRESENTING EVIDENCE THAT MIRCERA DOES NOT CONTAIN "HUMAN ERYTHROPOIETIN"

Both the law of the case doctrine and Fed. R. Civ. P. 56(d) bar Roche from arguing or presenting evidence to the Jury during the infringement phase that MIRCERA® does not contain "human erythropoietin." On August 28, 2007, the Court adjudicated that as a matter of law that MIRCERA® meets this limitation.[1] Roche's opening statement graphics served last night at 5:00 p.m. show that Roche is planning to present argument and evidence that MIRCERA does not factually comprise "human erythropoietin. In the alternative, if Roche is permitted to contest the undisputed fact that MIRCERA contains a protein that is human erythropoietin, Amgen should be permitted to inform the Jury of the Court's adjudication to the contrary.

---

[1] August 28, 2007 Order.

The Court's adjudication that Roche's MIRCERA® meets this limitation is the law of the case.[2] Further, Rule 56(d) specifies that where there has been a partial adjudication of "facts that appear without substantial controversy . . . . Upon the trial of the actions, ***the fact so specified shall be deemed established, and the trial shall be conducted accordingly.***"[3]

The Court's adjudication that MIRCERA® comprises "human erythropoietin" is factually established in this case and the trial should be conducted accordingly. The Court has construed "human erythropoietin" to mean *"a protein having the amino acid sequence of human EPO, such as the amino acid sequence of EPO isolated from human urine."*[4] Thus, the Court determined as a matter of law that the MIRCERA® composition comprises a protein having the amino acid sequence of human EPO.

Roche's graphics for its opening argument show that it is plainly intending to argue that MIRCERA does not comprise human EPO, *i.e.*, a protein having the amino acid sequence of human EPO. Roche is precluded from contradicting the Court's factual determination as a matter of law that MIRCERA® comprises "human erythropoietin." Thus, the trial should be conducted such that Roche may not present any argument, evidence, or witness testimony that MIRCERA® does not contain "human erythropoietin," including the argument (1) that MIRCERA® has a different amino acid sequence than human erythropoietin or (2) that MIRCERA® does not comprise a protein, or (3) that MIRCERA® does not contain a protein having the amino acid sequence of human EPO.

---

[2] *United States v. Medina,* 219 Fed. Appx. 20, 21-22 (1st Cir. 2007) (Under the relevant branch of the law of the case doctrine, "a legal decision made at one stage of a civil or criminal proceeding . . . remain[s] the law of that case throughout the litigation, unless and until the decision is modified or overruled by a higher court.") (citing *United States v. Moran*, 393 F. 3d 1, 7 (1st Cir. 2004)).

[3] Fed. R. Civ. P. 56(d) (emphasis added).

[4] *Amgen Inc., v. F.Hoffman-La Roche Ltd.*, 494 F. Supp. 2d 54, 64 (D. Mass. 2007) (the Court's Claim Construction Order). *See also id.* (confirming that "human erythropoietin" is "open" and contemplates that additional molecules may be attached).

If Roche is permitted to present evidence that MIRCERA does not contain a protein having the amino acid sequence of natural EPO, Amgen should be permitted to inform the Jury of the Court's adjudication to the contrary.

DATED:     October 2, 2007                    Respectfully Submitted,

Of Counsel:                                    AMGEN INC.,

Stuart L. Watt
Wendy A. Whiteford                             /s/ Michael R. Gottfried
Monique L. Cordray                             D. Dennis Allegretti (BBO# 545511)
Darrell G. Dotson                              Michael R. Gottfried (BBO# 542156)
Kimberlin L. Morley                            Patricia R. Rich (BBO# 640578)
Erica S. Olson                                 DUANE MORRIS LLP
AMGEN INC.                                     470 Atlantic Avenue, Suite 500
One Amgen Center Drive                         Boston, MA  02210
Thousand Oaks, CA 91320-1789                   Telephone:  (857) 488-4200
(805) 447-5000                                 Facsimile:   (857) 488-4201

Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:   (408) 873-0220

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:   (650) 813-5100

Kevin M. Flowers (pro hac vice)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606
Telephone:  (312) 474-6300
Facsimile:   (312) 474-0448

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                 */s/ Michael R. Gottfried*

                                                  Michael R. Gottfried

MPK 133098-1.041925.0023