**Attachment A**

*Amgen v. Roche*
05-cv-12237WGY

## MOTION TO ADMIT ROCHE ADMISSIONS

| Tab | Ex. | Date | Description | Relevance |
|---|---|---|---|---|
| 1. | BEG | 11/17/2003 | CERA Investor Telephone Conf., November 17, 2003 | Infringement |
| 2. | CQX | 11/00/1998 | **[Roche does not object]** Bailon et al., "Polyethylene Glycol-Conjugated Pharmaceutical Proteins," PSTT Vol. 1, No. 8, Nov. 1998. | Infringement |
| 3. | EOE | 08/20/2003 | B. Bethell e-mail to M. Huber, Subject: SEP Phase I SAD Study, dated August 20, 2003 | Infringement |
| 4. | EOI | 6/28/1995 | Certified English Translation of Memo from Koll to Scherhag re Cangene - Pegyliertes EPO | Infringement |
| 5. | EOJ | 08/22/2001 | Comments to CMC of SEP 1-B51 | Infringement |
| 6. | EOM | 10/27/1999 | Email from Bailon to Kim re Expert Opinion on Genotox Test Requirement for PEG-EPO | Infringement |
| 7. | EPH | 8/17/2001 | Report No. 1005851 Regulatory Document, "Long-Lasting Forms of Polyethyleneglycol Conjugated Erythropoietin (PEG-EPO)" | Infringement |
| 8. | EPI | | SEP Project RDC 1- 06/13/2002 | Infringement |
| 9. | EPV | 9/26/2005 | An Investigation into the Signaling Pathways Activated by Continuous Erythropoiesis Receptor Activator (CERA) Progress Report #1, September 26, 2005 | Infringement |
| 10. | ESU | 06/28/1995 | Memo from Koll to Scherhag re Cangene - Pegyliertes EPO | Infringement |
| 11. | ETO | 09/22/2006 | Email from Jarsch to Haselbeck re: Module 4: Non Clinical, Question No. 55: Non Clinical Pharmacology | Infringement |
| 12. | EVI | 2/21/2001 | **[Roche does not object]** Patient Informed Consent Form, Roche Protocol No. BA 16260 (Version A) | Infringement |
| 13. | EWU | 1/26/2006 | Email from Jarsch to Escrig re CERA MOA Abstract for EDTA | Infringement |
| 14. | EXI | 01/22/2005 | Pre-Clinical Studies on Mode of Action: Summary of Advisory Board, Jan, 22 NY | Infringement |
| 15. | EZC | | CERA Modelling Penzberg | Infringement |
| 16. | EZD | | CERA Physical and Chemical Characterization | Infringement |

**Attachment A**

| Tab | Ex. | Date | Description | Relevance |
|---|---|---|---|---|
| 17. | EZH | 11/4/1999 | Email from Bailon to Farid re Description of PEG-EPO | Infringement |
| 18. | EZL | 02/03/2004 | Email from Haselbeck to Escrig re: Slide for Macdougall about the EPO and CERA and EPO-R | Infringement |
| 19. | FGN | 2/18/2002 | Email from Bailon to Ehrlich re EPO & PEG-EPO | Infringement |
| **BLA/IND** | | | | |
| 20. | GXE | 4/18/2006 | Letter Submitting BLA for MIRCERA, Form 356h, Table of Contents and Roadmap of BLA | Infringement |
| 21. | GXF | | Information for Patients and Caregivers, MIRCERA pegserepoetin alfa FOR INJECTION | Infringement |
| 22. | EAZ-1 | | Drug Substance – R00503821<br>• ITC-R-BLA 00004024 – 4032<br>• ITC-R-BLA 00004232 – 4244<br>• ITC-R-BLA 00004324 – 4330 | Infringement |
| 23. | EBA-1 | | Drug Substance – EPO Starting Material<br>• ITC-R-BLA 00004651 – 4662<br>• ITC-R-BLA 00004667 – 4669<br>• ITC-R-BLA 00004722 – 4740<br>• ITC-R-BLA 00004803 – 4857<br>• ITC-R-BLA 00004987 – 4988<br>• ITC-R-BLA 00005073 – 5074<br>• ITC-R-BLA 00005580 – 5581<br>• ITC-R-BLA 00005616 – 5619 | Infringement |
| 24. | GXB | | Section 2.7.2 of Roche's BLA - Summary of Clinical Pharmacology Studies | Infringement |
| 25. | GXD | 8/16/2004 | Report No. 1012588, Regulatory Document, RO0503821-000: In vivo stability and tissue localization of RO0503821 after single (IV or SC) or multiple (IV) dose administration to rats (Study Nos. D01017 and D02001) | Infringement |
| 26. | GXC | | Investigational New Drug Application, Form 1571 for Ro 50-3821, and Letter Submitting IND | Infringement |