UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION No.: 05-CV-12237WGY |
| ) | |
| F. HOFFMANN-LA ROCHE, LTD; ) | |
| ROCHE DIAGNOSTICS GmbH; and ) | |
| HOFFMANN-LA ROCHE INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF JULIA HUSTON IN SUPPORT OF ROCHE'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY BY DR. LODISH ON AMGEN'S VALIDITY CASE ON MATTERS THAT ARE OF NO RELEVANCE TO THIS CASE

I, Julia Huston, declare under penalty of perjury that:

1. I am an attorney admitted to the Bars of the Commonwealth of Massachusetts and this Court. I am a partner at the law firm of Bromberg & Sunstein LLP, counsel for Defendants in the above-referenced case.

2. I make this declaration in support of Roche's Motion *in Limine* to Preclude Testimony by Dr. Lodish on Amgen's Validity Case on Matters that are of no Relevance to this Case.

3. Exhibit A is a true and correct copy of an excerpt from the June 6, 2007, hearing transcript.

5. Exhibit B is a true and correct copy of a letter dated June 6, 2007, from Krista Carter, counsel for Amgen, to Tom Fleming, counsel for Roche.

2

Dated: Boston, Massachusetts
October 2, 2007                                /s/ Julia Huston
                                               Julia Huston (BBO# 562160)


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                                /s/ Julia Huston
                                                Julia Huston


03099/00501 749549.1

2