# Exhibit B

Dockets.Justia.com

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Krista M. Carter
(408) 342-4534
kcarter@daycasebeer.com

June 6, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:  *Amgen Inc. v. F. Hoffmann –La Roche Ltd., et al. (05-CV-12237WGY)*

Dear Tom:

Per today's case management conference with Judge Young, it is our understanding that expert discovery has been extended and the parties have agreed to a calendar for the exchange of additional expert reports. To this end, we understand that Roche will be serving up to eight additional expert reports on June 13 from Drs. Klibanov, Langer, Flavell, Longmore, Lowe, Bertozzi, Sofocleous *or* Adelman, and an unnamed protein expert. Amgen will then have the right to submit up to three additional expert reports in response to Roche's June 13 Reports on or before June 20.

It is our further understanding that all expert depositions will be completed by June 30. In order to facilitate deposition scheduling, please confirm as soon as possible that the Roche experts identified above will in fact be submitting supplemental reports so that we can schedule or reschedule depositions for each of those experts on dates reasonably after June 13 but before June 30.

Regarding the depositions of Amgen's experts, Amgen is unable to inform Roche which of its experts will be submitting supplemental reports until Amgen has the opportunity to review the issues raised and opinions offered in Roche's supplemental reports or until Roche identifies which Amgen reports its experts will be rebutting on June 13.

Notwithstanding this request, in view of the general areas of specialty for the eight Roche experts identified as likely submitting a supplemental report on June 13, Amgen postpones the impending depositions of the experts that may be impacted by new supplemental reports, including at least the depositions of Drs. Torchilin, Katre, and Varki. Mr. Kunin's deposition had already been postponed per Roche's request.

688837_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
June 6, 2007
Page 2

Finally, please also identify as soon as possible each Amgen expert report that Roche's unnamed protein expert will be addressing, as this may warrant postponing additional depositions.

Truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Krista M. Carter/rlp*

Krista M. Carter

cc: Michele Moreland
   William Gaede
   Hank Heckel
   Kevin Flowers
   Mike Kendall
   Pat Carson

688837_1