# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-12237-WGY<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DANIEL A. CURTO IN SUPPORT OF AMGEN INC.'S MOTION TO STRIKE EVIDENCE REGARDING ROCHE'S ALLEGATION THAT CLAIM 7 OF THE '349 PATENT IS NOT ENABLED BECAUSE ROCHE DID NOT PREVIOUSLY IDENTIFY SUCH DEFENSE IN INTERROGATORY RESPONSES

I, Daniel A. Curto, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen Inc.'s Motion To Strike Evidence Regarding Roche's Allegation That Claim 7 Of The '349 Patent Is Not Enabled Because Roche Did Not Previously Identify Such Defense In Interrogatory Responses.

    1.    Exhibit A hereto contains true and correct excerpts from Defendants' Responses to Amgen's Interrogatories to Defendants.

Dated October 2, 2007                                */s/ Daniel A. Curto*
                                                                                Daniel A. Curto

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                    */s/ Michael R. Gottfried*
                                    Michael R. Gottfried