# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a German Company, and HOFFMAN-LA ROCHE INC., a New Jersey Corporation<br><br>    Defendants. | C.A. No. 05-12237-WGY |

**DECLARATION OF DANIEL A. CURTO IN SUPPORT OF
AMGEN INC.'S MOTION *IN LIMINE* TO PRECLUDE ROCHE FROM
CLAIMING DURING THE INFRINGEMENT CASE THAT
(1) MIRCERA® DOES NOT COMPRISE HUMAN EPO, IN CONTRADICTION OF
THIS COURT'S FINDING OF INFRINGEMENT ON CLAIM 1 OF THE
'422 PATENT AND (2) THAT EUROPEAN REGULATORY APPROVAL HAS ANY
RELEVANCE TO THE CLAIMS IN THIS LAWSUIT.**

I, Daniel A. Curto, hereby declare under penalty of perjury that I am an attorney admitted to practice in the Commonwealth of Massachusetts, and am a partner at the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Amgen, Inc. in the above-captioned case. I submit this affidavit to accompany Amgen Inc.'s Motion *In Limine* To Preclude Roche From Claiming During The Infringement Case That (1) Mircera® Does Not Comprise Human Epo, In Contradiction Of This Court's Finding Of Infringement On Claim 1 Of The '422 Patent And (2) That European Regulatory Approval Has Any Relevance To The Claims In This Lawsuit..

1.      Exhibit A hereto contains true and correct excerpts from Roche's Responses and Objections to Amgen's First Set of Requests for Production of Documents and Things (Nos. 1 to 224).

2

Dated October 2, 2007    /s/ Daniel A. Curto
                         Daniel A. Curto

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                         /s/ Michael R. Gottfried
                         Michael R. Gottfried