# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No. 05 CV 12237 WGY |

## NOTICE OF MANUAL FILING

Notice is hereby given that the trial exhibit referenced in Docket Number 1218 has been filed manually with the Court on this 2nd day of October, 2007.

Dated: October 2, 2007

Respectfully Submitted,

AMGEN INC.,
By its attorneys,

Of Counsel:

STUART L. WATT
WENDY A. WHITEFORD
MONIQUE L. CORDRAY
DARRELL G. DOTSON
KIMBERLIN L. MORLEY
ERICA S. OLSON
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA   91320-1889
(805) 447-5000

/s/ Patricia R. Rich
D.DENNIS ALLEGRETTI (BBO#545511)
MICHAEL R. GOTTFRIED (BBO#542156)
PATRICIA R. RICH (BBO#640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone:   (857) 488-4200
Facsimile:   (857) 488-4201

LLOYD R. DAY, JR
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone:   (408) 873-0110
Facsimile:   (408) 873-0220

DM1\1200798.1

2

>WILLIAM GAEDE III
>McDERMOTT WILL & EMERY
>3150 Porter Drive
>Palo Alto, CA 94304
>Telephone:    (650) 813-5000
>Facsimile:    (650) 813-5100
>
>KEVIN M. FLOWERS
>MARSHALL, GERSTEIN & BORUN LLP
>233 South Wacker Drive
>6300 Sears Tower
>Chicago IL 60606
>Telephone:    (312) 474-6300
>Facsimile:    (312) 474-0448

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 2, 2007.

                                                          /s/ *Patricia R. Rich*
                                                          Patricia R. Rich