# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC.,  )  <br>   )  <br>  Plaintiff, )  <br>   )  <br> v.   )  <br>   )  <br> F. HOFFMANN-LA ROCHE )  <br> LTD., a Swiss Company, ROCHE )  <br> DIAGNOSTICS GmbH, a German )  <br> Company and HOFFMANN-LA ROCHE )  <br> INC., a New Jersey Corporation, )  <br>   )  <br>  Defendants. )  <br> _____) | Civil Action No.: 05-12237 WGY |

### AMGEN INC.'S MOTION TO STRIKE THE ODP TESTIMONY OF ROCHE'S EXPERT THOMAS KADESCH THAT WAS NOT PREVIOUSLY DISCLOSED IN ANY OF HIS THREE EXPERT REPORTS

In support of its obviousness-type double patenting case, Roche offered the expert testimony of Dr. Thomas Kadesch. Although he submitted three expert reports on behalf of Roche, Dr. Kadesch's ODP Hearing testimony was not contained within any of those reports. Amgen therefore moves to strike Dr. Kadesch's previously undisclosed expert testimony. In accordance with the Court's request that Amgen file a brief containing its objections, Amgen requests that at least the following testimony be stricken:[1]

| CITE | BASIS FOR STRIKING TESTIMONY |
|---|---|
| 7:9-12 | Not disclosed in expert report(s). |
| 10:18-19 | Not disclosed in expert report(s). |
| 11:1-4 | Not disclosed in expert report(s). |
| 11:13-21 | Not disclosed in expert report(s). |
| 12:24 – 13:16 | Not disclosed in expert report(s). |
| 18:25 – 19:18 | Not disclosed in expert report(s). |

---

[1] 10/1/07 Daily Tr. of Hr'g in re Obviousness-Type/Double Patenting (Vol. 1), attached hereto as Ex. 1.

Dated: October 2, 2007                                         Respectfully Submitted,

                                                               AMGEN INC.,
                                                               By its attorneys,


                                                               */s/ Michael R. Gottfried*
Of Counsel:                                                    D.DENNIS ALLEGRETTI (BBO#545511)
                                                               MICHAEL R.GOTTFRIED (BBO#542156)
STUART L. WATT                                                 DUANE MORRIS LLP
WENDY A. WHITEFORD                                             470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                             Boston, MA 02210
DARRELL G. DOTSON                                              Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                            Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                                     LLOYD R. DAY, JR
One Amgen Center Drive                                         DAY CASEBEER
Thousand Oaks, CA   91320-1889                                 MADRID & BATCHELDER LLP
(805) 447-5000                                                 20300 Stevens Creek Boulevard, Suite 400
                                                               Cupertino, CA 95014
                                                               Telephone:    (408) 873-0110
                                                               Facsimile:    (408) 873-0220

                                                               WILLIAM GAEDE III
                                                               McDERMOTT WILL & EMERY
                                                               3150 Porter Drive
                                                               Palo Alto, CA 94304
                                                               Telephone:    (650) 813-5000
                                                               Facsimile:    (650) 813-5100

                                                               KEVIN M. FLOWERS
                                                               MARSHALL, GERSTEIN & BORUN LLP
                                                               233 South Wacker Drive
                                                               6300 Sears Tower
                                                               Chicago IL 60606
                                                               Telephone:    (312) 474-6300
                                                               Facsimile:    (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

 I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

<em>/s/ Michael R. Gottfried</em><br>
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

 I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 2, 2007.

<em>/s/ Michael R. Gottfried</em><br>
Michael R. Gottfried