# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. )<br>) | Civil Action No. 05 CV 12237 WGY |

### AMGEN'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO ADMIT DOCUMENTS

Amgen moves pursuant to L.R. 7.1, for leave of court to file a brief memorandum, attached as Exhibit A, in support of its Motion to Admit Documents . As grounds for this motion, Amgen states that its brief reply will clarify issues raised in Roche's Opposition and Amgen believes it will be of assistance to the Court in ruling on the Motion.

Dated: October 3, 2007                    Respectfully Submitted,


                                          AMGEN INC.,
                                          By its attorneys,

Of Counsel:                               /s/ Michael R. Gottfried_____
                                          D. Dennis Allegretti (BBO#545511)
Stuart L. Watt                            Michael R. Gottfried (BBO# 542156)
Wendy A. Whiteford                        Patricia R. Rich (BBO# 640578)
Monique L. Cordray                        DUANE MORRIS LLP
Darrell G. Dotson                         470 Atlantic Avenue, Suite 500
Kimberlin L. Morley                       Boston, MA 02210
Erica S. Olson                            Telephone: (857) 488-4200
AMGEN INC.                                Facsimile: (857) 488-4201
One Amgen Center Drive
Thousand Oaks, CA 91320-1789              Lloyd R. Day, Jr. (*pro hac vice*)
(805) 447-5000                            DAY CASEBEER, MADRID &
                                          BATCHELDER LLP
                                          20300 Stevens Creek Boulevard, Suite 400
                                          Cupertino, CA 95014
                                          Telephone: (408) 873-0110
                                          Facsimile: (408) 873-0220

                                          Michael Kendall (BBO#544866)
                                          Daniel A. Curto (BBO #639883)
                                          McDERMOTT WILL & EMERY
                                          28 State Street
                                          Boston, MA 02109
                                          Telephone: (617) 535-4000
                                          Facsimile: (617) 535-3800

                                          Kevin M. Flowers (*pro hac vice*)
                                          MARSHALL, GERSTEIN & BORUN LLP
                                          233 South Wacker Drive
                                          6300 Sears Tower
                                          Chicago, IL 60606
                                          Telephone: (312) 474-6300
                                          Facsimile: (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

/s/ Michael R. Gottfried
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 3, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried