# EXHIBIT B

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile:  (408) 873-0220  

Robert M. Galvin  
(408) 342-4578  
galvinrm@daycasebeer.com

April 20, 2007

**VIA EMAIL & FEDEX**

Tom Fleming  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-LaRoche Ltd., et al.*  
      Civil Action No. 05-CV-12237 WGY

Dear Tom:

We understand that you would like Amgen to produce to you a copy, in native format, of the data files used to generate the three-dimensional representations of EPO, the EPO receptor, and peg-EPO that are attached to Dr. Lodish's report. We are happy to produce the data files to you on the condition that Roche will reciprocally produce, in native format, a copy of data files used to generate any graphics attached to or relied on in its expert reports. A copy of the data files in Protein Data Base (PDB) format is enclosed. If you do not intend to make a reciprocal production, please return the enclosed data files and all copies immediately.

Pursuant to the parties' stipulation regarding expert discovery, we are providing only those data files used to generate the final versions of graphics submitted as part of Dr. Lodish's 4/6/07 report.

No scientific tests were performed in connection with or in furtherance of this action by, for, or behalf of Dr. Lodish or Amgen in connection with the generation of the graphics attached to Dr. Lodish's report. The graphics were generated using data from the Protein Data Bank under accession numbers 1 BLW (subsequently renamed 1CN4) and 1EER in the manner described in Dr. Lodish's report. As described by Dr. Lodish, the representation of the attached carbohydrate and peg moities are not based on any x-ray crystallography data, but are illustrations to explain certain concepts.

652156_1.doc

DAY CASEBEER
MADRID & BATCHELDER LLP

Tom Fleming
April 20, 2007
Page 2


We still have not received any response to our repeated inquiries about Roche producing electronic files for three-dimensional graphics and animations relating to CERA. You have indicated on at least two instances that you were investigating the issue and would promptly inform us of Roche's position. Please let us know as soon as possible if it will be necessary to seek relief from the Court on this issue.

Sincerely,

DAY CASEBEER
MADRID & BATCHELDER LLP

Robert M. Galvin

RMG:vp

Enclosure

cc:   Michele Moreland, Esq.
      Mark H. Izraelewicz, Esq.
      Julia Huston, Esq. (w/o enclosures)
      Patricia Carson, Esq. (w/o enclosures)