| | |
|---|---|
| 01/03/2007 | Judge William G. Young : Electronic ORDER entered re 170 Motion to Compel. "Motion Denied as to Requests 20, 33-35, 58-59, 70, 105-112. The Case Involves EPO, Including Pegylated EPO, Not Other Pegylated Compounds. In View of Amgen's Proffer as to Aranesp, The Motion is Otherwise Denied Without Prejudice to its Renewal Should That Discovery Not Be Sufficiently Comprehensive. The Documents Submitted by Amgen In Camera Shall Be Returned to it." (Paine, Matthew) (Entered: 01/03/2007) |