# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMGEN, INC.,

        Plaintiff,

   v.

F. HOFFMANN-LA ROCHE, LTD.,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE, INC.

        Defendants.

Civil Action No. 05-CV-12237 WGY

## ROCHE'S MEMORANDUM IN OPPOSITION TO AMGEN'S MOTION TO ADMIT LIST OF EXHIBITS INTO EVIDENCE FOR INFRINGEMENT PHASE OF TRIAL

Amgen's motion (D.I. 1239) seeking preadmission of a large collection of documents purportedly relating to the infringement phase of trial should be rejected as yet another attempt by Amgen to avoid using its trial time to properly lay foundation through testifying witnesses for documents it wishes to enter into evidence. Especially in the context of technical documents, which may be misinterpreted by the lay juror, evidentiary rules provide an important safeguard against admission of irrelevant and potentially misleading or confusing information.  It is therefore especially important in that proper foundation be established before any such document is admitted into evidence.

Roche generally objects to preadmission as Amgen has not established that any of these documents is relevant and therefore admissible under Fed. R. Evid. 402, and there is no certainty that Amgen will be able to do so.   Additionally, there are specific

Dockets.Justia.com

reasons for why each of these documents should not be admissible at trial.  Roche appends hereto a chart setting forth its specific objections to each document, and addresses some of these reasons in more detail below.

**Amgen Cannot Proffer Exhibits It Failed To Properly Identify on its Exhibit List**

Specifically, Roche objects to the admission of exhibits GXB, GXC, GXD , GXD, GXE and GXF on the grounds that they were not previously identified on Amgen's exhibit list.  Therefore this proffer is in violation of the Court's pretrial procedures pursuant to Local Rule 16.5.

**Documents for which Amgen Has Not Established a Nexus to Its Infringement Contentions**

While this objection applies generally to all the documents that Amgen wishes to proffer (as detailed in the attached exhibit chart), additionally, it should not be presumed that documents falling into any particular category are necessarily relevant.  Amgen must articulate specific reasons why a particular document is relevant.

For example, Roche objects under Fed. R. Evid. 402 to the admission of exhibits which constitute "regulatory documents," for example, GXB, GXD, EPH, EPV, EVI . Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Roche's extensive regulatory filings include many documents on diverse topics.  Amgen has not demonstrated a nexus between any of these documents and issues of infringement.

Roche further objects to the admission of documents relating to various scientific studies relating to other compounds, and which have no information relating to either the accused product or to the purified epoetin beta starting reagent used in the manufacture of

CERA, as irrelevant under Fed. R. Evid. 402. Such documents include EOE, EOI, EOJ, EPI, EXI, ESU Additionally, no foundation has been established for why EZC, an "artistic view" of a molecule, which the document on its face indicates was not based on EPO, but on a molecule with three changed amino acids, has any relevance to the accused product or issue of infringement. Similarly, Amgen has not articulated any specific ground for the relevance of various e-mails, including EOM, ETO, EZH, EZL and FGN.

Roche also objects to Amgen's admission of any evidence relating to pegylation of non-EPO compounds (exhibit CQX) for the reasons set forth in Roche's Bench Memorandum to Preclude Amgen from Introducing Testimony Related to Pegylation of Non-EPO Compounds (D.I. 1260), including relevance under Fed. R. Evid. 402. Briefly, Amgen refused to provide discovery into Amgen's work involving pegylation of any non-EPO molecule as irrelevant to infringement and not at issue in this case. Consistent with this Court's ruling that "no witness may rely on evidence withheld from discovery," Amgen should be barred now from raising this evidence before the jury.

**Irrelevant Information Relating to Cell Lines Used by Chugai or GI**

In addition to any other applicable objection, Roche specifically objects to the admission of exhibits EAZ-1 and EBA-1 to the extent there is reference to any relationship between the cell lines used by Roche and either Chugai or GI for the reasons set forth in Roche's Motion *In Limine* To Preclude Amgen Expert Harvey Lodish From Giving irrelevant Testimony Related To Cell Lines (D.I. 1244).

**<u>Documents Containing Multiple Levels of Hearsay</u>**

Exhibits BEG, EXI, EZC and EZD are PowerPoint-type presentations of unidentified authorship, which contain statements as to the content of various studies or articles.  Moreover, in view of the lack of context, there is no indication as to how these documents are relevant.  Similarly, exhibits EOI, EOM, ESU, ETO, EWU, EZH, EZL and FGN, are assorted pieces of correspondence, which include statements as to the content of other documents or conversations.  Although the Court has held these documents themselves as admissions, Amgen has not established that all hearsay statements contained within each these documents also constitute admissions under Fed. R. Evid. 801(d)(2).  Any such statement not within the scope of 801(d)(2) is inadmissible hearsay.

Roche reserves the right to offer additional objections at a later time.

DATED:      October 3, 2007
            Boston, Massachusetts

                                    Respectfully submitted,

                                    F. HOFFMANN-LA ROCHE LTD,
                                    ROCHE DIAGNOSTICS GMBH,
                                    and
                                    HOFFMANN-LA ROCHE INC.
                                    By its attorneys,

                                    */s/ Thomas F. Fleming*
                                    Leora Ben-Ami (*pro hac vice*)
                                    Patricia A. Carson (*pro hac vice*)
                                    Thomas F. Fleming (*pro hac vice*)
                                    Howard S. Suh (*pro hac vice*)
                                    Christopher T. Jagoe (*pro hac vice*)
                                    Vladimir Drozdoff (*pro hac vice*)
                                    Peter Fratangelo (BBO# 639775)
                                    KAYE SCHOLER LLP
                                    425 Park Avenue
                                    New York, New York  10022
                                    Tel. (212) 836-8000

and

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Tel. (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

*/s/ Thomas F. Fleming*
Thomas F. Fleming

# EXHIBIT CHART WITH DEFENDANTS' OBJECTIONS

# NON-INFRINGEMENT EXHIBITS AMGEN SEEKS FOR PREADMISSION (D.I. 1239)

| Ex. | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|
| BEG | | CERA Investor Telephone Conf., November 17, 2003 | FRE 402, 801/802<br><br>Amgen has not shown that this document is relevant to infringement, contains nested hearsay. |
| CQX | 11/00/1998 | Bailon et al., "Polyethylene Glycol-Conjugated Pharmaceutical Proteins," PSTT Vol. 1, No. 8, 1998. | FRE 402/403, 801/802<br><br>This review article, published before Roche developed CERA, has no discussion of EPO or pegylation of EPO. Amgen should be precluded from introducing this document for the reasons summarized in Roche's Bench memorandum (DI 1260), contains nested hearsay. |
| EOE | 8/20/2003 | B. Bethell e-mail to M. Huber, Subject: SEP Phase 1 SAD Study, dated August 20, 2003 | FRE 402<br><br>Amgen has not shown this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement |
| EOI | 6/28/1995 | Certified English Translation of Memo from Koll to Scherhag re Cangene - Pegyliertes EPO | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement |
| EOJ | 8/22/2001 | Comments to CMC of SEP 1-B51 | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement |
| EOM | 10/27/1999 | Email from Bailon to Kin re Expert Opinion on Genotox Test Requirement for PEG-EPO | FRE 802, 402<br><br>Contains nested hearsay, Amgen has not shown that this document is relevant to infringement |
| EPH | 8/17/2001 | Report No. 1005851 Regulatory Document, "Long-Lasting Forms of Polyethyleneglycol Conjugated Erythropoietin (PEG-EPO)" | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement or that the information in the document relates to the actual product Amgen accuses of infringement |

| Ex. | Date | Description | Objections |
|---|---|---|---|
| EPI | | SEP Project RDC 1-06/13/2002 | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement; authorless document provides no context for relevance |
| EPV | 9/26/2005 | An Investigation into the Signaling Pathways Activated by Continuous Erythropoiesis Receptor Activator (CERA) Progress Report #1, September 26, 2005 | FRE 402, 801/802<br><br>Amgen has not shown that this document is relevant to infringement, contains nested hearsay |
| ESU | 6/28/1995 | Memo from Koll to Scherhag re Cangene - Pegyliertes EPO | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement |
| ETO | 9/22/2006 | Email from Jarsch to Haselbeck re Module 4: Non Clinical, Question No. 55:  Non Clinical Pharmacology | FRE 402, 801/802<br><br>Amgen has not shown that this document is relevant to infringement, contains nested hearsay. |
| EVI | 2/21/2001 | Patient Informated Consent Form, Roche Protocol No. BA 16260 (Version A) | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement |
| EWU | 1/26/2006 | Email from Jarsch to Escrig re CERA MOA Abstract for EDTA | FRE 402<br><br>Amgen has not shown that this document is relevant to infringement |
| EXI | 1/22/2005 | Pre-Clinical Studies on Mode of Action:  Summary of Advisory Board, Jan, 22, NY | FRE 801/802, 402<br><br>Amgen has not shown that this document is relevant to infringement, contains nested hearsay. |
| EZC | | CERA Modelling Penzberg | FRE 801/802, 402<br><br>Amgen has not shown that this document is relevant to infringement, information in the document does not relate to the product Amgen accuses of infringement; contains nested hearsay. |
| EZD | | CERA Physical and Chemical Characterization | FRE 801/802, 402<br><br>Contains nested hearsay with no particular declarant identified;  Amgen has not shown that this document is relevant to infringement. |

| Ex. | Date | Description | Objections |
|---|---|---|---|
| EZH | 11/4/1999 | Email from Bailon to Farid re Description of PEG-EPO | FRE 402, 801/802<br><br>Contains nested hearsay with no particular declarant identified;  Amgen has not shown that this document is relevant to infringement. |
| EZL | 2/3/2004 | Email from Haselbeck to Escrig re Slide for Macdougall about the EPO and CERA and EPO-R | FRE 402, 801/802<br><br>Contains nested hearsay with no particular declarant identified;  Amgen has not shown that this document is relevant to infringement. |
| FGN | 2/18/2002 | Email from Bailon to Ehrlich re EPO & PEG-EPO | FRE 402, 801/802<br><br>Contains nested hearsay with no particular declarant identified;  Amgen has not shown that this document is relevant to infringement. |
| **BLA/IND** | | | |
| GXE | 4/18/2006 | Letter Submitting BLA for MIRCERA, Form 356h, Table of Contents and Roadmap of BLA | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Not timely disclosed on Amgen's exhibit list. |
| GXF | | Information for Patients and Caregivers, MIRCERA pegserepoetin alfa FOR INJECTION | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Not timely disclosed on Amgen's exhibit list. |
| EAZ-1 | | Drug Substance - R00503821<br>• ITC-R-BLA 00004024 - 4032<br>• ITC-R-BLA 00004232 - 4244<br>• ITC-R-BLA 0000 4324 - 4330 | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Roche specifically objects to the admission of exhibits EAZ-1 and EBA-1 to the extent there is reference to any relationship between the cell lines used by Roche and either Chugai or GI |
| EBA-1 | | Drug Substance - EPO Starting Material<br>• ITC-R-BLA 00004651 - 4662<br>• ITC-R-BLA 00004667 - 4669<br>• ITC-R-BLA 00004722 - 4740<br>• ITC-R-BLA 00004803 - 4857<br>• ITC-R-BLA 00004987 - 4988<br>• ITC-R-BLA 00005073 - 5074<br>• ITC-R-BLA 00005580 - 5581<br>• ITC-R-BLA 00005616 - 5619 | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Roche specifically objects to the admission of exhibits EAZ-1 and EBA-1 to the extent there is reference to any relationship between the cell lines used by Roche and either Chugai or GI |

| Ex. | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|
| GXB | | Section 2.7.2 of Roche's BLA - Summary of Clinical Pharmacology Studies | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Not timely disclosed on Amgen's exhibit list. |
| GXD | 8/16/2004 | Report No. 1012588, Regulatory Document, RO0503821-000: *In vivo* stability and tissue localization of RO050381 after single (IV or SC) or multiple (IV) dose administration to rats (Study Nos. D01017 and D02001) | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Not timely disclosed on Amgen's exhibit list. |
| GXC | | Investigational New Drug Application, Form 1571 for RO50-3821, and Letter Submitting IND | FRE 402<br><br>Relevance cannot be presumed merely because a document was included in Roche's regulatory filings.  Not timely disclosed on Amgen's exhibit list. |