# EXHIBIT A

Exhibit BWZ-a
05-12237-WGY

IN THE HIGH COURT OF JUSTICE
CHANCERY DIVISION
PATENTS COURT

CH 1993-K-No. 937
CH 1993-B-No. 4552

In the matter of European Patents (UK) Nos. 148,605 and 411,678 and in the matter of actions for infringement and counterclaims for revocation thereof by inter alia Kirin-Amgen Incorporated, Janssen-Cilag Limited and Roche Diagnostics GmbH

HC 1999 No. 02916
HC 1999 No. 02917
HC 1999 No. 03241

In the matter of European Patents (UK) No. 148605 and in the matter of a claim for revocation and a claim for a declaration of non-infringement thereof by inter alia Transkaryotic Therapies Inc and an action for infringement by inter alia Kirin-Amgen Inc.

# S

### SKELETON ARGUMENTS

TAYLOR
JOYNSON
GARRETT

Carmelite
50 Victoria Embankment
Blackfriars
London EC4Y 0DX
Telephone 020-7300 7000
Facsimile 020-7300 7100
DX 41 London

# S
## Skeleton Arguments

| TAB | DESCRIPTION | PAGES |
|---|---|---|
| 1. | Kirin-Amgen Parties' Opening Submissions | 1 - 103 |
| 2. | Roche Parties' Opening Submissions on the '605 Patent | 104 - 141 |
| 3. | Roche Parties' Opening Submissions on the '678 Patent | 142 - 155 |
| 4. | HMR/TKT Parties' Opening Submissions | 156 - 204 |

<u>**AMGEN v. ROCHE**</u>

<u>**THE ROCHE PARTIES' SKELETON ARGUMENT**</u>

<u>**ON THE 605 PATENT**</u>

**INTRODUCTION**

Redacted

104

AM670273133                                                                                    AM-ITC 01057749

## COMMON GENERAL KNOWLEDGE

**The addressee of the 605 patent**

Redacted

**DNA aspects**

17. The Roche parties submit that the following was common general knowledge in 1983/84. (We have not included a considerable amount of basic information which is included in the primer or otherwise appears to be uncontroversial.)



> Redacted

- The major problem facing a skilled person who wanted to obtain human EPO DNA was the absence of a suitable tissue source of human EPO mRNA from which a cDNA library could be constructed. The Roche parties submit that it was common general knowledge that no suitable tissue source had been identified.

> Redacted

110

AM670273139                                                                 AM-ITC 01057755