# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE, LTD, ROCHE DIAGNOSTICS GmbH, HOFFMANN-LA ROCHE INC., <br><br> Defendants. | Civil Action No. 05-12237 WGY <br><br> U.S. District Judge Young |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT IN SUPPORT OF ITS MOTION FOR A DIRECTED VERDICT OF INVALIDITY

Defendants F. Hoffmann-La Roche, Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") respectfully request pursuant to Local Rule 7.1 for leave to file a 45 page memorandum in support of its motion for a directed verdict. A copy of Roche's proposed memorandum is attached hereto as Exhibit A.

Roche has made a good-faith effort to address its request for a directed verdict in the space allotted by the local rules. Given the complexity of the legal issues, however, and the sheer volume of evidence that Roche must address to adequately support its motion and respond to Amgen's renewed motion, Roche respectfully submits that it is reasonable under the circumstance to exceed the 20 page limit set by Local Rule 7.1(b)(4). Also, in order to maintain parity between the parties, Roche's motion should be allowed because Amgen was given leave to file a thirty-nine page memorandum in support of judgment as a matter of law. Thus, Roche respectfully requests that the Court grant it leave to exceed the page limit.

Dockets.Justia.com

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that no agreement could be reached.

Dated: October 4, 2007
Boston, Massachusetts

      Respectfully submitted,

      F. HOFFMANN-LA ROCHE LTD,
      ROCHE DIAGNOSTICS GMBH, and
      HOFFMANN-LA ROCHE INC.

      *By their Attorneys,*

      /s/ Nicole A. Rizzo
      Lee Carl Bromberg (BBO# 058480)
      Robert L. Kann (BBO# 258025)
      Julia Huston (BBO# 562160)
      Keith E. Toms (BBO# 663369)
      Nicole A. Rizzo (BBO# 663853)
      Kimberly J. Seluga (BBO# 667655)
      BROMBERG & SUNSTEIN LLP
      125 Summer Street
      Boston, MA 02110
      Tel. (617) 443-9292
      nrizzo@bromsun.com

      Leora Ben-Ami (*pro hac vice*)
      Mark S. Popofsky (*pro hac vice*)
      Patricia A. Carson (*pro hac vice*)
      Thomas F. Fleming (*pro hac vice*)
      Howard S. Suh (*pro hac vice*)
      Peter Fratangelo (BBO# 639775)
      Vladimir Drozdoff (*pro hac vice*)
      David L. Cousineau (*pro hac vice*)
      KAYE SCHOLER LLP
      425 Park Avenue
      New York, New York 10022
      Tel. (212) 836-8000

3

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                                    /s/ Nicole A. Rizzo  
                                                  Nicole A. Rizzo

03099/00501 751135.1