# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

### AMGEN'S OPPOSITION TO ROCHE'S MOTION IN LIMINE
### TO PRECLUDE AMGEN'S EXPERT WITNESS DR. LESLIE BENET FROM
### OFFERING TESTIMONY ON INFRINGEMENT

As Roche's proposed jury instructions acknowledge, "[t]o determine material change [under § 271(g)], one must look to the substantiality of the change between the product of the patented process and the imported product."[1] There is no dispute that a product of Dr. Lin's claimed processes is recombinant human erythropoietin.[2] As such, an appropriate analysis to determine whether the EPO component of Roche's peg-EPO product, CERA, is materially changed from the product of Dr. Lin's claimed process is to compare recombinant human erythropoietin and the EPO component of peg-EPO. This is especially true here, where Roche squarely put at issue in its opening statement whether differences between EPO and peg-EPO are material, referring to so-called differences between the two products' pharmacokinetic

---

[1] D.I. 917 at 53.

[2] Recombinant human erythropoietin is also referred to as "epoetin."

807747

properties, including differences in the two products' half-lives, association and dissociation rates, and the like.[3]

Despite providing a grossly incomplete and inaccurate description of the substance of Dr. Benet's three reports, Roche's motion acknowledges that Dr. Benet's reports address the comparison that Roche asserts is relevant:

> Benet provides a general pharmacokinetic comparison between Roche's CERA and recombinant human EPO.[4]

As such, Dr. Benet should be allowed to offer opinions that are consistent with his reports and provide the bases for his opinion, including discussion about the pharmacokinetic properties of Roche's peg-EPO as compared to EPO, whether Roche's peg-EPO acts like a pro-drug, and the pharmacokinetic and hemoglobin variability of peg-EPO, as compared to EPO.

Having raised these issues, Roche should not be allowed to preclude Amgen from presenting evidence that directly contradicts Roche's position.

October 4, 2007                               Respectfully Submitted,

                                              AMGEN INC.,

                                              By its attorneys,

                                              */s/ Patricia R. Rich*
Of Counsel:                                   D. DENNIS ALLEGRETTI (BBO#545511)
                                              MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD                            DUANE MORRIS LLP
MONIQUE L. CORDRAY                            470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                             Boston, MA  02210
KIMBERLIN L. MORLEY                           Telephone:    (857) 488-4200
ERICA S. OLSON                                Facsimile:    (857) 488-4201
AMGEN INC.

---

[3] *See e.g.,* 10/3/07 Tr. at 2375:22-2378:20.  Notably, Roche has asserted that the appropriate analysis is to compare the whole of Roche's peg-EPO product, CERA, and EPO.  Amgen disagrees.  The appropriate analysis focuses on whether the EPO component of peg-EPO is materially changed from EPO.

[4] D.I. 1261 at 2.

One Amgen Center Drive
Thousand Oaks, CA   91320-1789
(805) 447-5000

LLOYD R. DAY, JR. (*pro hac vice*)
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:     (408) 873-0110
Facsimile:      (408) 873-0220

WILLIAM GAEDE III (*pro hac vice*)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

KEVIN M. FLOWERS (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago IL 60606
Telephone:     (312) 474-6300
Facsimile:      (312) 474-0448

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.

                                            */s/ Patricia R. Rich*
                                              Patricia R. Rich