## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GmbH, a HOFFMANN German Company, and HOFFMANN-LA ROCHE INC., a New Jersey Corporation, <br><br> Defendants. | Civil Action No.: 05-12237 WGY |

### AMGEN INC.'S OPPOSITION TO
### DEFENDANTS' MOTION TO ADMIT TRIAL EXHIBIT "NUK" INTO EVIDENCE

Roche's motion to admit "NUK" is a motion for reconsideration in disguise—Roche merely rehashes an argument that has already been denied.[1] Roche argued that exhibit "NUK," an article directed at amplification, was relevant to claims 4 and 5 of the '698 patent—which do not address amplification. Roche's motion does not meet the high standard required for reconsideration, and should be denied.

The exhibit is still irrelevant. The article, which addresses amplification, is unrelated to the claims for which it was offered because those claims do not address amplification.[2] While Federal Circuit precedent may permit a Court to consider relevant prior art in the context of an ODP inquiry, clearly any "prior art" to be considered must be *relevant*.

Because Exhibit NUK is not relevant to this Court's ODP inquiry, and Roche's motion does not meet the heightened standard for reconsideration, Amgen respectfully requests that the Court deny Roche's Motion (Docket No. 1276).

---

[1] 10/1/07 Tr. of Hr'g in re Obviousness-Type Double Patenting (vol. 1) 18:10 – 18:12.

[2] *Id.* at 15:14 – 16:4.

Dockets.Justia.com

Dated: October 4, 2007                              Respectfully Submitted,


                                                    AMGEN INC.,
                                                    By its attorneys,


                                                    */s/ Michael R. Gottfried*
Of Counsel:                                         D. DENNIS ALLEGRETTI (BBO#545511)
                                                    MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                      DUANE MORRIS LLP
WENDY A. WHITEFORD                                  470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                  Boston, MA 02210
DARRELL G. DOTSON                                   Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                 Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                          LLOYD R. DAY, JR
One Amgen Center Drive                              DAY CASEBEER
Thousand Oaks, CA   91320-1889                      MADRID & BATCHELDER LLP
(805) 447-5000                                      20300 Stevens Creek Boulevard, Suite 400
                                                    Cupertino, CA 95014
                                                    Telephone:    (408) 873-0110
                                                    Facsimile:    (408) 873-0220

                                                    WILLIAM GAEDE III
                                                    McDERMOTT WILL & EMERY
                                                    3150 Porter Drive
                                                    Palo Alto, CA 94304
                                                    Telephone:    (650) 813-5000
                                                    Facsimile:    (650) 813-5100

                                                    KEVIN M. FLOWERS
                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                    233 South Wacker Drive
                                                    6300 Sears Tower
                                                    Chicago IL 60606
                                                    Telephone:    (312) 474-6300
                                                    Facsimile:    (312) 474-0448

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 4, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried
