# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>F. HOFFMANN-LA ROCHE, LTD, ROCHE DIAGNOSTICS GmbH, HOFFMANN-LA ROCHE INC.,<br><br>                Defendants. | Civil Action No. 05-12237 WGY<br><br>U.S. District Judge Young |

## DECLARATION OF PATRICIA A. CARSON IN SUPPORT OF ROCHE'S MOTION *IN LIMINE* TO PRECLUDE INFRINGEMENT TESTIMONY BY DR. LODISH WHICH IS IRRELEVANT AND BEYOND HIS EXPERTISE

I, PATRICIA A. CARSON, hereby declare under penalty of perjury that:

      1.     I am an attorney admitted to the Bar of the State of New York and am an associate in the law firm of Kaye Scholer LLP, counsel for Defendants in the above captioned case.

      2.     I make this declaration in support of Roche's Motion *in Limine* to Preclude Infringement Testimony By Dr. Lodish Which Is Irrelevant And Beyond His Expertise.

      3.     Attached hereto as Exhibit 1 is a true and correct copy of portions of the April 6, 2007 Rebuttal Expert Report of Dr. Lodish.

      4.     Attached hereto as Exhibit 2 is a true and correct copy of portions of the June 4, 2007 Expert Report of Dr. Lodish.

Dockets.Justia.com

DATED: October 4, 2007
Boston, Massachusetts

/s/ *Patricia A. Carson*
Patricia A. Carson

Dated: October 4, 2007
Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

/s/ Nicole A. Rizzo
Lee Carl Bromberg (BBO# 058480)
Robert L. Kann (BBO# 258025)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kimberly J. Seluga (BBO# 667655)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
nrizzo@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Mark S. Popofsky (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
Peter Fratangelo (BBO# 639775)
Vladimir Drozdoff (*pro hac vice*)
David L. Cousineau (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                                    /s/ Nicole A. Rizzo
                                                    Nicole A. Rizzo

03099/00501 751138.1