# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |

## AMGEN'S RESPONSE TO ROCHE'S BENCH MEMORANDUM TO PRECLUDE AMGEN FROM INTRODUCING BELATEDLY PRODUCED DOCUMENTS RELATING TO ITS EXPERIMENTS WITH PEGYLATION

Roche's accusations of discovery misconduct are unfounded and unprofessional. Amgen fully complied with its discovery obligations, producing documents in its possession regarding the pegylation of EPO at Amgen and, when documents were generated after the fact discovery cut-off, supplementing its document production with those documents as well.

The Federal Rules provide for the ongoing supplementation of relevant materials.[1] Amgen fully complied with these rules to meet its ongoing discovery obligations. As Amgen became aware of additional relevant materials, it supplemented its production. Similarly, as additional relevant documents were created by Amgen relating to ongoing experimentation, it supplemented its production. Such supplementation is entirely proper.

Amgen conducts a great deal of ongoing research, and Roche's suggestion that Amgen deliberately delayed certain experiments is baseless and unwarranted. Roche cites to an email

808257_1                                                     1

from one of Amgen's scientists urging that work on a particular project proceed more quickly than was actually achieved, and somehow makes the illogical and unfounded leap to conclude that Amgen deliberately delayed the project because of this ongoing litigation. Roche's argument is pure fantasy.

Finally, Roche's memorandum[2] is also unnecessary because Amgen does not intend to rely at trial upon experiments related to NM 385, in documents Bates numbered AM44 2024375-2024517 and AM87 16859-16917.[3]

## CONCLUSION

Roche's memorandum to preclude Amgen is moot in light of the points raised above.

---

[1] Fed. R. Civ. P. 26(e).
[2] *See* Roche's Bench Memorandum to Preclude Amgen from Introducing Belatedly Produced Documents Relating to its Experiments with Pegylation and COS-EPO as Untimely and Prejudicial (Docket No. 1257).
[3] There is no dispute that evidence of earlier PEG-EPO experiments that were produced prior to fact discovery cut-off may be relied upon by Amgen at trial.

Dated October 4, 2007

                          Respectfully Submitted,

                          AMGEN INC.,
                          By its attorneys,

                            /s/ *Patricia R. Rich*

Of Counsel:                   D. DENNIS ALLEGRETTI (BBO#545511)
                          MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT             PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD      DUANE MORRIS LLP
MONIQUE L. CORDRAY      470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON        Boston, MA  02210
KIMBERLIN L. MORLEY      Telephone:     (857) 488-4200
ERICA S. OLSON             Facsimile:       (857) 488-4201
AMGEN INC.
One Amgen Center Drive     LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789   DAY CASEBEER
(805) 447-5000              MADRID & BATCHELDER LLP
                          20300 Stevens Creek Boulevard, Suite 400
                          Cupertino, CA  95014
                          Telephone:     (408) 873-0110
                          Facsimile:       (408) 873-0220

                          WILLIAM GAEDE III (*pro hac vice*)
                          McDERMOTT WILL & EMERY
                          3150 Porter Drive
                          Palo Alto, CA 94304
                          Telephone:     (650) 813-5000
                          Facsimile:       (650) 813-5100

                          KEVIN M. FLOWERS (*pro hac vice*)
                          MARSHALL, GERSTEIN & BORUN LLP
                          233 South Wacker Drive
                          6300 Sears Tower
                          Chicago IL 60606
                          Telephone:     (312) 474-6300
                          Facsimile:       (312) 474-0448

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                               */s/ Patricia R. Rich*

                                                             Patricia R. Rich