# EXHIBIT 1

Dockets.Justia.com

CONFIDENTIAL

# Suggested Elimination Pathways of CERA in CKD Patients

(Nov. 7, 2005)

Kiyo Nakai
Clin. Pharmacol. Dept.
Chugai Clinical Research Center
Tokyo, Japan

1

# Contents

1. Proposal to Roche
2. Special Remarks
3. Elimination Pathways of EPO & PEG
4. Suggested Elimination Pathways of CERA
5. Points-to-Consider
6. Proposal to Roche

2

EXHIBIT
19
MB  3.27.07

1

R11-000445588

## Elimination Pathways of EPO & PEG

5

## Elimination Pathways of EPO

- **Major Elimination Pathways** are within the "Bone Marrow & Spleen" that include,
  - EPO Receptor-mediated Internalization, and
  - Proteolysis

- **Those minors** are within the "Kidney & Liver" that include,
  - Glomerular Filtrations in the Kidney, and
  - Peptidase-mediated Catabolism in the Liver

(Adopted from Jelkmann. W., Eur. J. Hematol., 69 (2002) 265-274)

6

R11-000445589

CONFIDENTIAL



R11-000445590

CONFIDENTIAL



### Bone Marrow SDS-PAGE Patterns in Rats
(aspirates obtained from the CERA treated rats)

Bone marrow cell supernatant from an RO0503821 treated rat and an untreated rat (control).

**Note that intact CERA is detected in the bone marrow**

(Adopted from RO0503821, Study No. D01017 & D02001 Report No. 1012588)




### Immuno-histochemical staining of PEG Moiety within the CERA Structure in the Bone Marrow Cells in Rats
(tissues obtained from the CERA treated rats)

**30 Min. Post Dose**
At 30 min. post dose, heavy staining appears at the periphery of specific cells.

**24 Hr. Post Dose**
Twenty-four hours later, stained cells had moved out of the marrow and into the blood stream. Some of the staining appeared inside the cell membrane.

**Note that intact CERA reaches and binds the cells within the bone marrow**

(Adopted from RO0503821, Study No. D01017 & D02001 Report No. 1012588)

R11-000445591

CONFIDENTIAL



R11-000445592

## Urinary Excretion of CERA in Healthy Volunteers (HVs)

➤ **Routes of CERA Administrations**
S.C. administrations of CERA (3.2 $\mu$ g/kg) to the HVs., and the urine was collected at an interval of every 12 hours for successive 3 days after the dosing.

➤ **Results**
No CERA was apparently detected in the HVs urine
(No data available on the PEG moiety elimination patterns)

21

(Adopted from RO0503821, Protocol No. BP16198 Report No. 1004598)

## The immune system related to CERA elimination in Human

➤ **Clinical Data**
No Anti-CERA Antibodies detected in the Serum of CERA Treated HVs and Pts.
The concentrations of TNF-a and IL-6, which are cytokines reflecting activated macrophage, in the serum showed no relationship to AUC in CERA Treated HVs

➤ **Speculative Synthesis**
The immune system per se dose not seem to play crucial roles in the elimination of CERA

22

(Adopted from RO0503821 all clinical studies and Protocol No.BP17570, Report No.1017562)

## Summary of Clinical DMPK Results

1) Intact CERA detected in the serum.

2) No intact CERA was apparently detected in the HVs urine.

3) No Anti-CERA Antibodies was detected in the Serum of CERA Treated HVs and Pts.

4) No distinct relationship shown between AUC and kidney/liver functions.

25

## Speculative Diagrams (HVs)

26

R11-000445594

CONFIDENTIAL

## Glomerular Filtrations vs. Hemodialysis

- **Glomerular Filtrations**

  ➤ 30 kDa of PEG is filtrated via glomerular apparatus within the kidney.

  ➤ 30 kDa of PEG has a diameter of about *8 nm*, whereas the pore size of the glomerular basement membrane is within the range of *3-5 nm*.

  ➤ Nevertheless, the PEG flexibility and deformability together with its rod-like conformation allow for the filtration of PEG.

  (Adopted from Nakaoka R. et. al., *J. Control. Release* 46 (1997) 253-262)

- **Hemodialysis**

  

  Blood   Membrane   Filtrate

  5 nm
  Usual pore size

  ➤ The usual pore size of the HD membrane is similar to that of the glomerular basement membrane.
  ➤ However, the pore size of all dialysis membranes are not always available.

29

## PEG Elimination in Hemodialysis Patients

- **The PEG moiety of 30 kDa is thought to be filtrated through the dialysis membrane possessing the usual pore size.**

- **As to the elimination of the PEG moiety, if the dialysis membrane whose pore size is smaller than that of the glomerular basement membrane were to be employed, however the contribution of the hepatic metabolism and the fecal excretion of PEG would be much greater.**

30

15

R11-000445595

CONFIDENTIAL

## Summary of Suggested Elimination Pathways of CERA

- CERA is noticeably taken up by the EPO receptor localizing the bone marrow cells.

- The EPO moiety within the CERA structure is undergone by the proteolytic reactions in the bone marrow cells, resulting in PEG moiety formation.

- The residual PEG moiety within the CERA structure predominantly is excreted into the urine.

- The residual PEG moiety within the CERA structure is suggested to cross the dialysis membrane of the normal pore size employed for the dialysis patients.

- If the dialysis membrane whose pore size is smaller than that of the glomerular basement membrane were to be employed, however the contribution of the metabolism and the fecal excretion would be much greater in the elimination of the PEG moiety.

33

## Points-to-Consider

- We have suggested several elimination pathways of CERA based on the circumstantial evidences reported by EPO & PEG.

- While showing the suggested elimination pathways of CERA to the regulatory agency is important, the agency may require the study data in which CERA is employed.

- Therefore, the willingness of Chugai is that a small scale additional PK studies after administrations of CERA will have to be done.

- The rationale behind this idea is that the urinay excretion and the filtration of PEG are thought to be dependent upon the disease status, i.e., PreD, HD or CAPD, and upon the pore size of hemodialysis membrane.

34

17

R11-000445596

## Proposal to Roche

- To investigate the metabolism and excretion patterns of $^{14}C$-CERA in nephrectomized rats.

- " The mass-balance studies using $^{14}C$-CERA" to be performed in PreD patients & HV's.

35

## "Thank you for your attention"

*Kiyo*

36

R11-000445597

## Speculative Diagrams (HD)

31



16

CONFIDENTIAL



### Suggested Elimination Pathways of CERA & PEG in Healthy Volunteers

(27)

### Why do we concern about the elimination of PEG in Hemodialysis Patients?

- The major target population of CERA is CKD patients undergoing hemodialysis.

- In both EU and US, the average hemodialysis period is known to be 2- or 3-years, because kidney transplantations are being frequently carried out for the patients.

- Unfortunately, however, as far as the medical practices in Japan are concerned, the kidney transplantations are rarely done, and consequently the hemodialysis period is longer than 10-years.

(28)

R11-000445599

CONFIDENTIAL





R11-000445600

### Suggested Elimination Pathways of CERA & PEG in Rats (Summary)

[Diagram showing elimination pathways with CERA and PEG flow between compartments, Kidney, CERA + PEG (Proteolysis), PEG + PEG metabolites (hydroxylation & fragmentations); arrows labeled (5) CERA, PEG, CERA (2), CERA ↓ PEG (6) Urinary Excretion (3,4), PEG & PEG metabolites (1) Biliary / Fecal Excretion (2,3); legend: ◄— Data available on CERA, ◄······ No data available on CERA]

19

### Part 2
### Elimination Patterns of CERA in Human

20

10

R11-000445601

## Summary of Non Clinical DMPK Results

1) Only intact CERA detected in the serum.

2) Radioactivities detected in the bile and the liver.

3) In both urine and the feces, radioactivities also detected.

4) Both intact CERA and PEG moiety within the CERA structure detected in the urine.

5) Intact CERA reaches and binds cells in the bone marrow.

15

## Speculative Diagrams (Rats)

16

8

R11-000445602

### Distribution & Excretion Patterns of CERA after Single IV Injection to Rats
(data obtained from studies using radioactive CERA)

➤ **Tissues with high radioactivities examined were,**
  blood, bile, adrenal grand medulla, lymph nodes, lung, testis, and adrenal gland

➤ **% radioactivities detected after CERA administrations were,**
  urine (58 %), feces (8.6 %), and carcass (33 %), respectively.
  (% of CERA administered)

11

(Adopted from RO0503821, Study No. 08223 Report No. 1014641)

---

### Urine SDS-PAGE Patterns in Rats
(urine obtained from the CERA treated rats & iodine staining of PEG-moiety within the CERA structure)

| MWM Protein | | MWM PEO | |
|---|---|---|---|
| 191 | Standards Single Multiple Control 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 | 120 | 1. Pre-stained MWM |
| 97 | | 73 | 2. 200 ng EPO Stands* |
| 64 | | 50 | 3. 67 ng EPO Stands |
| 51 | | 35 | 4. 22 ng EPO Stands |
| 39 | | | 5. Stands Blank |
| 28 | | 18 | 6. Single Dose Rat F14 |
| 19 | | | 7. Single Dose Rat F15 |
| 14 | | 10 | 8. Single Dose Rat F16 |
| | | | 9. Magic Mark MWM |
| | | | 10. Multi Dose Rat J25 |
| | | | 11. Multi Dose Rat J26 |
| | | | 12. Multi Dose Rat J27 |
| | | | 13. Rat A1 Control |
| | | | 14. Rat A2 Control |
| | | | 15. PEO MWM |

PEG in Urine (iodine Stain)   EPO Stands, CERA+PEG

2, 90 kDa Di-pegylated EPO (a by-product of CERA)
1, 60 kDa CERA
3, 30 kDa PEG
4, 30 kDa EPO

**Note that both intact CERA and 30kDa PEG are detected in the urine**

12

(Adopted from RO0503821, Study No. D01017 & D02001 Report No. 1012588)

CONFIDENTIAL

## Elimination Pathways of PEG

- **Major Elimination Pathways** are within the "Kidney & Immune System" that includes,
  - Glomerular Filtrations in the kidney, and
  - Phagocytosis via the Immune System, particularly in the case of PEG m.w. is over 100 kDa

- **That minor** is within the "Liver" that include,
  - Metabolisms, i.e., Hydroxylation and Fragmentations, in the Liver, followed by
  - Biliary Excretion

(Adopted from Caliceti P. et. al., Advanced Drug Delivery Reviews., 55 (2003) 1261-1277 and in house report in Chugai)

7

## Suggested Elimination Pathways of CERA

1. Rats
2. Healthy volunteers
3. Hemodialysis patients

8

4

R11-000445604

## Proposal to Roche

- *To investigate the metabolism and excretion patterns of $^{14}$C-CERA in nephrectomized rats.*

- *"The mass-balance studies using $^{14}$C-CERA" to be performed in PreD patients & HVs.*

3

## Special Remarks

- As far as the protein-based medicines are concerned, the Japanese Agency has never ever requested the metabolism patterns of the substance *per se* at the time of submissions.

- Essentially the same conditions can be applied to those in overseas.

- In the case of CERA, however, not a few investigators reported that the major elimination pathway of PEG is via an urinary excretion at least in the healthy volunteers (HVs).

- Due to the hypouresis manifested in CKD, it seems very likely that the PEG cannot be efficiently excreted into the urine.

- Therefore, the Japanese Agency will request the elimination patterns of the PEG moiety in CERA to Chugai.

- We believe it quite reasonable to prepare the answers as to the elimination patterns of CERA from the body.

4