# EXHIBIT 3

Dockets.Justia.com

# Overview of R&D Activities

CHUGAI PHARMACEUTICAL CO.,LTD.
Vice President
General Manager of Strategic Planning Dept.
for Strategic Marketing Unit
Satoshi Miki

August 5, 2005





# Forward Looking Statements

This presentation may include forward looking statements pertaining to the business and prospects of Chugai Pharmaceutical Co., Ltd. (the "Company"). These statements reflect the Company's current analysis of existing information and trends. Actual results may differ from expectations based on risks and uncertainties that may affect the Company's businesses.




# Current R&D Portfolio

Increased productivity and diversity in our research portfolio

Research Portfolio
- others 1
- metabolic 6
- oncology 19
- cardiovascular 4
- renal 4
- bone & joint 10

44 Projects

Development Portfolio
- oncology 7
- others 3
- immunology & infection 2
- metabolic 1
- cardiovascular 1
- renal 1
- bone & joint 3

18 NMEs
Including projects currently being prepared for the clinical phase

As of June 2005

3

# Projects under Development (as of July 2005)



| | Phase I | Phase II | Phase III | Filed |
|---|---|---|---|---|
| **Oncology** | R435 *(Avastin)*<br>R1273*(Omnitarg)*<br>CHC12103<br>CAL (HM) | MRA (MM)<br>CAL (BM)<br>*Xeloda (mCRC)*<br>*R1415 (Tarceva NSCLC)*<br>R744 ( CERA) | *Herceptin (Adj. BC)*<br>Epogin | CGS20267 |
| **Bone & Joint** | | *R484 (Bonviva oral)*<br>*R484 (Bonviva iv)*<br>CHS13340 | MRA (RA)<br>MRA (soJIA)<br>ED-71 | |
| **Renal** | | *R744 (CERA)* | | |
| **Transplant, Immunology Infection** | MRA (SLE)<br>MRA (CA) | MRA (CD) | | MRA (CA);Launched<br>*R964(Copegus)* |
| **Others** | R483 | GM-611<br>VAL (inj.)<br>VAL (oral) | | AVS<br>Sigmart (heart failure)<br>Epogin<br>(autologous transfusion)<br>(premature infants) |

(*Italics*: Roche projects, Underlined: Projects for global development)

4



# Chugai's Oncology Portfolio

| Product | Category | Indication | Phase |
|---|---|---|---|
| CGS20267 (Femara®) | Aromatase inhibitor | Breast cancer | Filed |
| EPOGIN® | Epoetin beta | Chemotherapy-induced anemia | Preparing for filing |
| HERCEPTIN® | Anti-HER2 Mab | Breast cancer (adjuvant) | P3 |
| XELODA® | Oral FU | Colorectal cancer | P2 completed |
| | | Gastric cancer | P2 |
| R1415 (Tarceva®) | Tyrosine kinase inhibitor | NSCLC | P2 |
| MRA | Anti-IL-6 receptor Mab | Multiple myeloma | P2(France) |
| R744(CERA) | Continuous Erythropoiesis Receptor Activator | Chemotherapy-induced anemia | P2 |
| CHC12103 | Polyglutamate-TXL | Solid tumors | P1 completed |
| CAL | Anti-PTHrP Mab | Bone metastasis | P1/2(US) |
| | | Hypercalcemia of malignancy | P1 completed |
| R435 (Avastin®) | Anti-VEGF Mab | Colorectal cancer | P1/2 |
| R1273 (Omnitarg™) | Anti-HER Dimerization Mab | Solid tumors | P1 |

5



# January-July 2005 R&D Topics – (1)

- **Jan**  MRA: started overseas phase III study for rheumatoid arthritis under co-development with Roche
- **Mar**  Closed Tsukuba Research Laboratories
- **Mar**  FS-69: discontinued clinical development
- **Apr**  Relocated Chugai Pharma USA to New Jersey
- **Apr**  MRA: approved for Castleman's Disease in Japan
- **Apr**  Established Forerunner Pharma Research Co., Ltd.
- **Apr**  VAL(oral): started phase II study for decompensated cirrhosis
- **Apr**  R212: discontinued clinical development

6



## January-July 2005 R&D Topics – (2)

- **June** EPOCH: completed phase III study for chemotherapy-induced anemia
- **June** MRA: completed phase III study for rheumatoid arthritis in Japan
- **June** R744: started phase II study for chemotherapy-induced anemia
- **June** R964: filed for chronic hepatitis C in combination with Pegasys®
- **June** MRA: launched for Castleman's disease
- **June** R484(oral): started phase II for osteoporosis
- **July** PB-94: launched in Taiwan
- **July** GM-611: started preparation for phase III
- **July** R435: requested by the MHLW "Investigational Committee for Usage of Unapproved Drugs" to conduct Safety Confirmation Study

7




# Conclusions from the Fifth Investigational Committee for Usage of Unapproved Drugs (held on July 22)

| Generic Name<br>Description<br>Indication | › Approval status<br>· Conclusions from review (excerpt) |
|---|---|
| **Bevacizumab**<br>Antitumor drug (injection)<br>Colorectal cancer | › US/EU (metastatic colorectal cancer)<br>· As the clinical usefulness is assumed to be proven from overseas data, early application should be made upon completion of the phase I study conducted in Japan, based on the available overseas & domestic clinical data.<br>· Safety Confirmation Study under FOLFOX4+BV regimen should be conducted while Chugai prepares for filing and while the review process takes place after filing until approval, to collect clinical data consistent with the expected usage after launch in Japan. |
| **Erlotinib**<br>Antitumor drug (Oral)<br>Non-small cell lung cancer | › US (locally advanced or metastatic NSCLC after failure of at least one prior chemotherapy regimen)<br>· Attention needed to safety such as acute lung injury and interstitial lung disease, as incidences of interstitial pneumonia were observed in phase I clinical trial.<br>· As phase II clinical trial is ongoing in Japan with NSCLC patients previously treated with chemotherapy, the usage of this drug should be continued through the current study, while closely watching the situation. |

9



# Planned R&D topics for 2005

- EPOCH: file for chemotherapy-induced anemia
- R435: start Safety Confirmation Study for colorectal cancer
  - : start preparation for filing

* CAL: completed phase II for bone metastases; *future plan to be decided*
* R340: filing for expanded indication of colorectal cancer; *how to proceed to be discussed with the authority*

10



# Major Projected Submissions (Post PoC*)

Filings planned each year

| Filed | 2005 | 2006 | 2007 | 2008-2010 | 2011- |
|---|---|---|---|---|---|
| COPEGUS | | XELODA CRC / XELODA CRC | AVASTIN | GM-611 | CERA Cancer anemia |
| FEMARA | EPOGIN Cancer anemia | MRA RA | MRA RA/Overseas | HERCEPTIN AdjBC | CHS13340 |
| | | TARCEVA | | CERA Renal | BONVIVA |
| | | | | ED-71 | |

Legend: NMEs | Additional Indications | licensed from Roche

\* PoC = Proof of Concept: (Verifies that the development concept shows efficacy in humans)
\*\* To be consulted with the authority

11



Contacts: Corporate Communications

Investor Relations Group

Tel: +81 (0)3-3273-0554  Fax: +81 (0)3-3281-6607
e-mail: ir@chugai-pharm.co.jp

Mac Uchida, Kae Maeda, Yusuke Tokita