Amgen Inc. v. F. Hoffmann-LaRoche LTD et al
Case 1:05-cv-12237-WGY  Document 1304-5  Filed 10/04/2007  Page 1 of 5
Doc. 1304 Att. 4

# EXHIBIT
# 4

CHUGAI PHARMACEUTICAL CO., LTD.

News Releases | Investors' Information | Corporate Information | Home | Contact | Site map

Investor Updates | Financial Information | Shareholder Information | IR Calendar

Development Pipeline | Presentations | IR Kit | E-mail Alert

# Development Pipeline

Japanese

Development Pipeline (as of July 31, 2007)
[ PDF 108KB ]

Oncology | Bone and Joint | Renal diseases | Cardio/Cerebro-vascular diseases | Transplant, Immunology and Infectious diseases | Other diseases

| Oncology | | | | | |
|---|---|---|---|---|---|
| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
| EPOCH | Chemotherapy-induced anemia # | Filed Dec.05 | epoetin beta Epogin Injection | In-house | Recombinant human erythropoietin |
| R435 | Colorectal cancer | Launched Jun.07 | bevacizumab Avastin Injection | Roche / Genentech Avastin | Anti-VEGF (Vascular Endothelial Growth Factor) humanized monoclonal antibody |
| | Colon cancer (adjuvant) # | Phase III Multinational study | | | |
| | Non-small cell lung cancer # | Phase II | | | |
| | Breast cancer # | Phase II | | | |
| R1415 | Non-small cell lung cancer | Filed Apr.06 | erlotinib Tarceva Oral | OSI / Genentech/ Roche Tarceva | Epidermal growth factor receptor (EGFR/HER1) tyrosine kinase inhibitor |
| | Pancreatic cancer | Phase II | | | |
| R340 | Colon cancer (adjuvant) # | Filed Mar.06 | capecitabine Xeloda Oral | Roche Xeloda | Antimetabolite, 5-FU derivative |
| | Colorectal cancer # | Phase II | | | |
| | Gastric cancer # | Phase II | | | |
| R597 | Breast cancer (adjuvant) # | Filed Nov.06 | trastuzumab Herceptin Injection | Roche / Genentech Herceptin | Anti-HER2 humanized monoclonal antibody |
| | Gastric cancer # | Phase III Multinational study | | | |
| MRA | Multiple myeloma | Phase II Overseas | tocilizumab Actemra Injection | In-house (Roche) | Humanized anti-human IL-6 receptor monoclonal antibody |
| R744 | Chemotherapy-induced anemia | Phase II | | Roche Mircera | C.E.R.A. (Continuous erythropoietin receptor |

| Development code | Indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| | | | Injection | | activator) |
| R1273 | Non-small cell lung cancer | Phase I | pertuzumab Injection | Roche / Genentech | HER dimerization inhibitory humanized monoclonal antibody |
| TP300 | Colorectal cancer | Phase I Overseas | Injection | In-house | Topoisomerase I inhibitor |

### Bone and Joint

| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| MRA | Rheumatoid arthritis # | Filed Apr.06 Japan | tocilizumab Actemra Injection | In-house | Humanized anti-human IL-6 receptor monoclonal antibody |
| | | Phase III Overseas | tocilizumab Actemra Injection | In-house (Roche) | |
| | Systemic onset juvenile idiopathic arthritis (sJIA) # | Filed Apr.06 Japan | tocilizumab Actemra Injection | In-house | |
| | | Phase III Overseas | tocilizumab Actemra Injection | In-house (Roche) | |
| ED-71 | Osteoporosis | Phase III | Oral | In-house | Activated Vitamin D derivative |
| R484 | Osteoporosis | Phase II / III | ibandronate sodium hydrate Injection | Roche Boniva in US / Bonviva in EU (Taisho Pharmaceutical) | Bisphosphonate |
| | | Phase II | ibandronate sodium hydrate Oral | | |

### Renal diseases

| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| R744 | Renal anemia | Phase III | Injection | Roche Mircera | C.E.R.A. (Continuous erythropoietin receptor activator) |

### Cardio/Cerebro-vascular diseases

| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| SG-75 | Acute heart failure # | Filed Jun.03 | nicorandil Sigmart Injection | In-house | Potassium channel opener |
| AVS | Subarachnoidal hemorrhage | Filed Apr.95 | nicaraven Antevas Injection | In-house | Hydroxyl radical scavenger |

### Transplant, Immunology and Infectious diseases

| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| R964 | Chronic hepatitis C | Launched Mar.07 | ribavirin Copegus Oral | Roche Copegus | Anti-viral agent in combination with Pegasys |
|  | Compensated liver cirrhosis caused by hepatitis C virus # | Phase II / III |  |  |  |
| R442 |  |  | Peginterferon alfa-2a Pegasys Injection | Roche Pegasys | Peginterferon alfa-2a agent (recombinant) |
|  | Chronic hepatitis B # | Phase II / III |  |  |  |
| MRA | Crohn's disease # | Phase II | tocilizumab Actemra Injection | In-house | Humanized anti-human IL-6 receptor monoclonal antibody |
|  | Castleman's disease | Phase I Overseas | tocilizumab Actemra Injection | In-house (Roche) |  |
|  | Systemic lupus erythematosus (SLE) | Phase I Overseas |  |  |  |

### Other diseases

| Development code | Indication # Additional indication | Stage (date) | Generic name Product name Dosage form | Origin Overseas name (Collaborator) | Mode of Action |
|---|---|---|---|---|---|
| EPOCH | Predeposit of autologous blood transfusion # | Filed Mar.02 | epoetin beta Epogin Injection | In-house | Recombinant human erythropoietin |
| VAL | Post-hepatectomy/ Liver transplantation | Phase II Completed | valine Injection | In-house | Recovery of liver function |
|  | Decompensated cirrhosis | Phase II | valine Oral |  |  |
| GM-611 | Diabetic gastroparesis | Phase I Completed Japan | mitemcinal Oral | In-house | Motilin agonist Recovery of gastrointestinal motility |
|  |  | Phase II Overseas |  |  |  |
|  | Irritable bowel syndrome (IBS) | Phase II Overseas |  |  |  |
| R1678 | Schizophrenia | Phase I | Oral | Roche | - |

[ PageTop ]

| Terms and Conditions of Website Use | Disclosure Policy | Website Privacy Policy

Copyright © Chugai Pharmaceutical Co., Ltd. All rights reserved.