# EXHIBIT 5



Home > Investors > Pharma Pipeline >

### Roche Pharma Pipeline
### Product Development

| Compound/ Generic name | Trade name/ Temp. name | Proj. type | Molecule type | Mechanism of action | Indication | Phase | Proj. filing date | Partner |
|---|---|---|---|---|---|---|---|---|
| **Haematology and Nephrology** | | | | | | | | |
| **R744** | Mircera / CERA | NME | therapeutic protein | continuous erythropoietin receptor activator | renal anemia | filed US / EU | | Chugai |
| **Oncology** | | | | | | | | |
| **R340** capecitabine | Xeloda | AI | small molecule | oral fluoropyrimidine | mCRC (1st line) combo | filed US / EU | | Chugai |
| **R340** capecitabine | Xeloda | AI | small molecule | oral fluoropyrimidine | mCRC (2nd line) combo | filed US / EU | | |
| **R435** bevacizumab | Avastin | AI | monoclonal antibody | anti-VEGF monoclonal antibody | NSCLC (1st line) | filed EU / Approved US | | Genentech |
| **R435** bevacizumab | Avastin | AI | monoclonal antibody | anti-VEGF monoclonal antibody | mBC (1st line) combo taxol | filed US / approved EU | | Genentech |
| **R435** bevacizumab | Avastin | AI | monoclonal antibody | anti-VEGF monoclonal antibody | mCRC (1st line) combo oxaliplatin | filed EU | | Genentech |
| **R435** bevacizumab | Avastin | AI | monoclonal antibody | anti-VEGF monoclonal antibody | RCC | filed | | Genentech |
| **Participation Through Chugai** | | | | | | | | |
| **AVS** nicaraven | Antevas | NME | small molecule | radical scavenger | subarachnoid hemorrhage | filed Jp | | |
| **EPOCH** epoetin beta | Epogin | AI | therapeutic protein | ESA | chemotherapy induced anemia | filed Jp | | |
| **SG-75** nicorandil | Sigmart | AI | small molecule | agonist | acute heart failure | filed Jp | | |

Note: For competitive reasons, some projects may not have been identified in this document.

**Legend:**
AI              Additional Indication

| | |
|---|---|
| AMD | Age-related Macular Degeneration |
| ANCA | Antineutrophil Cytoplasmic Antibodies |
| APO2L/TRAIL | APO-2 Ligand / TNF-Related Apoptosis Inducing Ligand |
| BC | Breast Cancer |
| CETP | Cholesteryl-Ester-Transfer-Protein |
| CHD | Coronary Heart Disease |
| CLL | Chronic Lymphocytic Leukemia |
| CRC | Colorectal Cancer |
| DMARD | Diesease-Modifying Anti-Rheumatic Drug |
| EGFR | Epidermal Growth Factor Receptor |
| EU | European Union |
| GLP-1 | Glucagon-Like Peptid 1 |
| GPCR | G-Protein Coupled Receptor |
| HER | Human Epidermal Growth Factor Receptor |
| IBS | Irritable Bowel Syndrome |
| mBC | Metastatic Breast Cancer |
| mCRC | Metastatic Colorectal Cancer |
| MS | Multiple Sclerosis |
| NL | Lupus Nephritis |
| NME | New Molecular Entity |
| NSCLC | Non-Small Cell Lung Cancer |
| PDE4 | Phosphodiesterase Type 4 |
| RA | Rheumatoid Arthritis |
| RCC | Renal Cell Carcinoma |
| SLE | Systemic Lupus Erythematodes |
| SoJIA | Systemic Onset of Juvenile Idiopathic arthritis |
| TNF | Tumor Necrosis Factor |
| US | United States |
| VEGF | Vascular Endothelial Growth Factor |

print this page    26.3.2004    © 1996-2007 F.Hoffmann-La Roche Ltd

This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any valid legal process, regulation, registration or usage in the country of your origin.