## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:05-CV-12237 WGY |
| v. ) | |
| ) | |
| F. HOFFMANN-LA ROCHE LTD, a ) | |
| Swiss Company, ROCHE DIAGNOSTICS ) | |
| GMBH, a German Company, and ) | |
| HOFFMANN LA ROCHE INC., a New ) | |
| Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE AMGEN'S EXPERT DR. TORCHILIN FROM OFFERING TESTIMONY ON LITERAL INFRINGEMENT OR INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

Roche cannot preclude Dr. Torchilin from testifying on the opinions in his First, Third and Fourth Reports which address Roche's infringement of the Lin process patents under 35 U.S.C. §271(g). Dr. Torchilin's three reports opine on the material change requirement for infringement under Section 271(g), and Roche admits it cannot preclude these infringement opinions from Dr. Torchilin's three reports.

Roche's motion to preclude Dr. Torchilin from testifying regarding literal infringement and infringement under the doctrine of equivalents is also moot because Dr. Torchilin will testify within the scope of his First, Third, and Fourth Expert Reports, and within the scope of his Second Expert Report to the extent that Report was specifically incorporated by reference into his Third and Fourth Reports. As such, Dr. Torchilin will confine his opinions to scope of his expert reports on infringement.

MPK 133345-1.041925.0023                     1                     OPPOSITION TO DEFTS M/LIMINE RE
                                                                   TORCHILIN INFRINGEMENT TESTIMONY
                                                                   CIVIL ACTION NO. 1:05-CV-12237 WGY

Dockets.Justia.com

## CONCLUSION

For the foregoing reasons, Roche's motion to preclude Dr. Torchilin from offering opinions on infringement should be denied.

| | |
|---|---|
| DATED:   October 4, 2005 | Respectfully Submitted, |
| Of Counsel: | AMGEN INC., |
| Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>Kimberlin L. Morley<br>Erica S. Olson<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | /s/ Michael R. Gottfried<br>D. Dennis Allegretti (BBO# 545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:  (857) 488-4200<br>Facsimile:   (857) 488-4201<br><br>Lloyd R. Day, Jr. (pro hac vice)<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  (408) 873-0110<br>Facsimile:   (408) 873-0220<br><br>William G. Gaede III (pro hac vice)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5000<br>Facsimile:   (650) 813-5100<br><br>Kevin M. Flowers (pro hac vice)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL  60606<br>Telephone:  (312) 474-6300<br>Facsimile:   (312) 474-0448 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*/s/ Michael R. Gottfried*
Michael R. Gottfried
