# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GmbH, a German Company and HOFFMANN )<br>LAROCHE INC., New Jersey Corporation, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-CV-12237 WGY |

### AMGEN INC.'S OPPOSITION TO ROCHE'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY BY DR. VLADIMIR TORCHILIN REGARDING ISSUES PERTAINING STRICTLY TO INVALIDITY

Despite its title, Roche's Motion *in Limine* to preclude Dr. Torchilin from providing testimony regarding issues pertaining *strictly* to invalidity, in fact, seeks much more. Roche attempts to preclude Dr. Torchilin from testifying on anything and everything mentioned in his Second Report, merely because the statements are contained in the report.[1] Roche's motion would improperly and prejudicially preclude Dr. Torchilin from testifying with respect to information relevant to infringement contained in his First and Third Reports

For matters of convenience, Dr. Torchilin incorporated by reference in his Third Report limited sections of his Second Report related to general principles of pegylation and pegylation technologies.[2] This information is directly related to whether Roche's peg-EPO is materially

---

[1] Roche's motion states that "the Court should preclude Dr. Torchilin from offering any testimony regarding the opinions set forth in his Second Expert Report of May 1, 2007."

[2] Paragraph 5 of Dr. Torchilin's Third Report states "I incorporate by reference into this report all of my First Expert Report and exhibits hereto, as well as paragraphs 10-29, 46-58, and 60-64 (and exhibits thereto) of my Second expert Report that discuss the state of the art of pegylation and technologies, as well as the demonstrative exhibits that are cited to in both Expert Reports. I reserve the right to use the documents and opinions of these paragraphs for any new issues or facts raised by Roche LTD in support of its noninfringement positions that were not disclosed until May 11, 2007."

MPK 133344-1.041925.0023                1                PLAINTIFF'S OPP TO DEFT'S MIL TO
                                                         EXCLUDE TESTIMONY PERTAINING
                                                         STRICTLY TO INVALIDITY
                                                         CIVIL ACTION NO. 1:05-cv-12237 WGY

Dockets.Justia.com

changed from EPO. Dr. Torchilin should not be precluded from testifying on these issues merely because the information was contained in his Second Report as well as his Third Report.

Roche also asks the Court to preclude Dr. Torchilin from using several demonstratives, including VT38, because they allegedly are cited only in his validity reports. Contrary to Roche's representations, demonstrative VT38 is a screen shot from an animation specifically referenced in paragraph 58 of Dr. Torchilin's First Report and explained in detail in that report.[3] The animation is also incorporated by reference in paragraph 5 of Dr. Torchilin's Third Report.[4] Demonstrative VT38 concerns comparing EPO to Roche's peg-EPO, an issue directly related to infringement. Dr. Torchilin should not be precluded from using VT38 in his testimony.

## CONCLUSION

Pursuant to the foregoing, Amgen respectfully requests Roche's Motion *in Limine* To Preclude Testimony by Dr. Vladimir Torchilin Regarding Issues Pertaining Strictly to Invalidity be denied.

DATED:   October 4, 2007                         Respectfully Submitted,

Of Counsel:                                      AMGEN INC.,

Stuart L. Watt
Wendy A. Whiteford                               /s/ Michael R. Gottfried
Monique L. Cordray                               D. Dennis Allegretti (BBO# 545511)
Darrell G. Dotson                                Michael R. Gottfried (BBO# 542156)
Kimberlin L. Morley                              Patricia R. Rich (BBO# 640578)
AMGEN INC.                                       DUANE MORRIS LLP
One Amgen Center Drive                           470 Atlantic Avenue, Suite 500
Thousand Oaks, CA 91320-1789                     Boston, MA  02210
(805) 447-5000                                   Telephone:  (857) 488-4200
                                                 Facsimile:   (857) 488-4201

---

[3] Paragraph 58 of Dr. Torchilin's April 6, 2007 expert report states "Roche's attachment of a 30 kDa PEG molecule to the amino group at EPO's N-Terminus or at certain Lysines does not materially change the amino acid sequence, the secondary structure, the tertiary structure, or the carbohydrate structure of EPO. I have attached two animations to my report which show PEG attached to EPO, and a comparison of EPO to peg-EPO. (Exs. 136 and 137,01 8W A_O.mov; 014wa_l-h264.mov 4/3/2007.) These animations are representations of the general spatial behavior of PEG and EPO."

[4] As mentioned above, paragraph 5 of Dr. Torchilin's Third Report states "I incorporate by reference into this report all of my First Expert Report and exhibits hereto."

Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Kevin M. Flowers (pro hac vice)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                              */s/ Michael R. Gottfried*
                                              Michael R. Gottfried