## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| F. HOFFMANN-LA ROCHE LTD, a | ) | Civil Action No.: 1:05-cv-12237 WGY |
| Swiss Company, ROCHE DIAGNOSTICS | ) | |
| GMBH, a German Company, and | ) | |
| HOFFMANN LA ROCHE INC., a New | ) | |
| Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### AMGEN INC.'S OPPOSITION TO AMGEN'S MOTION IN LIMINE TO PRECLUDE DRS. LODISH AND TORCHILIN FROM PRESENTING ANIMATIONS NOT DISCUSSED IN THEIR EXPERT REPORTS

Roche's motion[1] should be denied because both Drs. Lodish and Torchilin disclosed and discussed in their expert reports the animations of which Roche now complains.

As discussed previously in Amgen's Bench Memorandum That It Is Appropriate for Dr. Lodish To Use Computer-Modeled Demonstratives That Will Assist the Jury in Understanding His Infringement Testimony,[2] Dr. Lodish's expert reports fully explained the basis for his use of the animation model,[3] and explained in detail the relevance, methodology and data sources for the depictions in the animation.[4] Thus, Dr. Lodish should be allowed to testify as to all these topics.

Roche has no basis for its assertion that Dr. Torchilin did not discuss animations attached as exhibits in his expert report. Contrary to Roche's mis-citation of Dr. Torchilin's expert report,

---

[1] Roche's Motion at Docket No. 1290.

[2] Docket No. 1267.

[3] *See* 10/03/07 Declaration of Daniel A. Curto, Ex. A (Docket No. 1268) Expert Report of Harvey F. Lodish, Ph.D. Regarding Infringement, ¶ 102).

[4] *See* 10/03/07 Curto Decl., Ex. A, ¶¶ 102-104.

PLAINTIFF'S OPP TO DEFENDANT'S MIL TO
EXCLUDE TESTIMONY RE: ANIMATIONS
CIVIL ACTION NO. 1:05-CV-12237 WGY

Dockets.Justia.com

in paragraph 58 of his April 6, 2007 Expert Report, Dr. Torchilin made specific references to the attached animations and offered a detailed explanation of their contents.[5]  Dr. Torchilin also incorporated by reference all previous graphics and demonstratives in paragraph 5 of his June 1, 2007 Expert Report.  Testimony at trial from Dr. Torchilin regarding these animations is squarely within the metes and bounds of his expert reports.  As such, the Court should not preclude Dr. Torchilin from presenting these animations by either visual or narrative means, or from referring to screen-shots from these animations.

DATED:    ___October 4, 2007___

Of Counsel:

Stuart L. Watt
Wendy A. Whiteford
Monique L. Cordray
Darrell G. Dotson
Kimberlin L. Morley
Erica S. Olson
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-5000

Respectfully Submitted,

AMGEN INC.,

_/s/ Michael R. Gottfried_____
D. Dennis Allegretti (BBO# 545511)
Michael R. Gottfried (BBO# 542156)
Patricia R. Rich (BBO# 640578)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
Telephone:  (857) 488-4200
Facsimile:  (857) 488-4201

Lloyd R. Day, Jr. (pro hac vice)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA  95014
Telephone:  (408) 873-0110
Facsimile:  (408) 873-0220

---

[5] Paragraph 58 of Dr. Torchilin's April 6, 2007 expert report states "Roche's attachment of a 30 kDa PEG molecule to the amino group at EPO's N-Terminus or at certain Lysines does not materially change the amino acid sequence, the secondary structure, the tertiary structure, or the carbohydrate structure of EPO. I have attached two animations to my report which show PEG attached to EPO, and a comparison of EPO to peg-EPO. (Exs. 136 and 137,01 8W A_O.mov; 014wa_l-h264.mov 4/3/2007.) These animations are representations of the general spatial behavior of PEG and EPO."

William G. Gaede III (pro hac vice)
McDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Kevin M. Flowers (pro hac vice)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*/s/ Michael R. Gottfried*

Michael R. Gottfried

MPK 133343-1.041925.0023