## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05 CV 12237 WGY |
| F. HOFFMANN-LAROCHE LTD., | ) | |
| a Swiss Company, ROCHE DIAGNOSTICS | ) | |
| GMBH, a German Company, and | ) | |
| HOFFMANN LAROCHE INC., a New | ) | |
| Jersey Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF AMGEN INC.'S MOTION TO CORRECT THE FILE HISTORY
## OF THE '868 PATENT BY ADDING A DOCUMENT THAT WAS MISSING

Plaintiff respectfully requests that this Court allow it to correct the file history of the '868

Patent by adding as Exhibit 2012A a document that was part of the file history but was missing

from the version of the file history admitted into evidence (Tr. Exhibit 2012).[1]  Exhibit 2012A is

a computerized search report of prior art conducted by prosecution counsel for Amgen Inc. and

provided to the Patent Office as an attachment to Amgen Inc.'s Second Preliminary Amendment

(the "Amendment").[2]

---

[1] Roche acknowledged that Amgen reserved its right to introduce additional prosecution –related
documents and that it did not stipulate that the file histories put on the numbered exhibit list were
complete or the only existing versions of the file histories.

[2] *See* Affidavit of Steven M. Odre filed herewith, at ¶¶ 4 and 5 and Exhibit 3 thereto.

In connection with prosecuting the '868 Patent, on or about May 24, 1988, Amgen Inc. provided the Amendment to the Patent Office.  The Amendment is stamped received by the Patent Office on June 1, 1988.[3]

Thereafter, on or about July 27, 1988, the Patent Office issued an Office Action, which among other things, indicated that the Patent Office did not have Exhibit E (the search report) in its file.[4]  Upon receiving this Office Action, Amgen Inc. submitted a Reply Under 37 C.F.R. 1.111.[5]  Amgen Inc. attached a copy of Exhibit E to its Reply.[6]  The Reply was stamped received by the Patent Office on September 27, 1988, indicating it received the Reply with Exhibit E..[7] Accordingly, Exhibit E was part of the file history of the '868 Patent and should be added to Exhibit 2012 as Exhibit 2012A.

Based on the foregoing, the Court should allow Amgen to correct the '868 file history by adding a copy of Exhibit E.

---

[3] *See* Declaration of Odre at ¶ 4 and Exhibit 1.  This document is contained within Tr. Exhibit 2012.

[4] *See* Odre Dec. at ¶6 and Exhibit 2, p. 3.

[5] *See* Odre Dec. at ¶8 and Exhibit 4. A copy of Exhibit 4 is contained within TR. Exhibit 2012.

[6] *See*  Odre Dec. at ¶8 and Exhibit 4, p. 3.

[7] *See*  Odre Dec. at ¶8 and Exhibit 3.

Dated: October 4, 2007                     Respectfully Submitted,

                                           AMGEN INC.,
                                           By its attorneys,

                                           */s/ Michael R. Gottfried*
Of Counsel:                                D. DENNIS ALLEGRETTI (BBO#545511)
                                           MICHAEL R. GOTTFRIED (BBO#542156)
                                           PATRICIA R. RICH (BBO#640578)
STUART L. WATT                             DUANE MORRIS LLP
WENDY A. WHITEFORD                         470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                         Boston, MA 02210
DARRELL G. DOTSON                          Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                        Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                 LLOYD R. DAY, JR
One Amgen Center Drive                     DAY CASEBEER
Thousand Oaks, CA   91320-1889             MADRID & BATCHELDER LLP
(805) 447-5000                             20300 Stevens Creek Boulevard, Suite 400
                                           Cupertino, CA 95014
                                           Telephone:    (408) 873-0110
                                           Facsimile:    (408) 873-0220

                                           WILLIAM GAEDE III
                                           McDERMOTT WILL & EMERY
                                           3150 Porter Drive
                                           Palo Alto, CA 94304
                                           Telephone:    (650) 813-5000
                                           Facsimile:    (650) 813-5100

                                           KEVIN M. FLOWERS
                                           MARSHALL, GERSTEIN & BORUN LLP
                                           233 South Wacker Drive
                                           6300 Sears Tower
                                           Chicago IL 60606
                                           Telephone:    (312) 474-6300
                                           Facsimile:    (312) 474-0448

DM1\1202430.1

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 4, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

DM1\1202430.1