# EXHIBIT 3

Dockets.Justia.com

32/3/1
05830031    86131031
  Recombinant vaccinia viruses as new live vaccines.
  Smith GL; Mackett M; Moss B
  Biotechnol Genet Eng Rev    1984,  2 p383-407,  ISSN 0264-8725
Journal Code: ADG


32/3/2
05810567    86111567
  Interleukin-2 receptor expression in retrovirus associated adult T-cell
leukemia.
  Waldmann TA; Leonard WJ; Depper JM; Kronke M; Goldman CK; Oh T; Greene WC
  Int Symp Princess Takamatsu Cancer Res Fund    1984,  15 p259-68,
Journal Code: HHI


32/3/3
05581413    85197413
  Structure and expression of androgen-regulated genes in mouse kidney.
  Watson CS; Salomon D; Catterall JF
  Ann NY Acad Sci    1984,  438 p101-14,  ISSN 0077-8923    Journal Code: 5NM
. Contract/Grant No.: HD-13541


32/3/4
05566896    85182896
  Cloned human teratoma cells differentiate into neuron-like cells and
other cell types in retinoic acid.
  Thompson S; Stern PL; Webb M; Walsh FS; Engstrom W; Evans EP; Shi WK;
Hopkins B; Graham CF
  J Cell Sci  Dec 1984,  72 p37-64,  ISSN 0021-9533    Journal Code: HNK


32/3/5
05540173    85156173
  T-cell-lymphokines and the production and function of accessory cells.
  Schrader JW; Clark-Lewis I; Wong GH
  Immunobiology   Dec 1984,  168 (3-5) p425-40,  ISSN 0171-2985
Journal Code: GH3


32/3/6
05507282    85123282
  [Experimental study of cancer metastasis]
  Etude experimentale des metastases des cancers.
  Poupon MF; Becker M; Pauwels C; Moczar E; Korach S
  Bull Cancer (Paris)   1984,  71 (5) p453-63,  ISSN 0007-4551
Journal Code: BDZ


32/3/7
05484663    85100663
Reichert's membrane as a model for studying the biosynthesis and assembly
of basement membrane components.


  Hogan BL; Barlow DP; Kurkinen M

AM 27 014695


AM-ITC 00454631

Ciba Found Symp   1984,  108 p60-74,  ISSN 0300-5208   Journal Code: D7X

32/3/8
05470257   85086257
Characterization of a steroid hormone receptor gene and mRNA in wild-type and mutant cells.
Miesfeld R; Okret S; Wikstrom AC; Wrange O; Gustafsson JA; Yamamoto KR
Nature   Dec 20-1985 Jan 2 1984,  312 (5996) p779-81,  ISSN 0028-0836
Journal Code: NSC

32/3/9
05470244   85086244
Human  tumour  necrosis  factor:  precursor  structure,  expression  and homology to lymphotoxin.
Pennica  D;  Nedwin GE; Hayflick JS; Seeburg PH; Derynck R; Palladino MA; Kohr WJ; Aggarwal BB; Goeddel DV
Nature   Dec 20-1985 Jan 2 1984,  312 (5996) p724-9,  ISSN 0028-0836
Journal Code: NSC

32/3/10
05460570   85076570
Expression  of a human alpha-globin/fibronectin gene hybrid generates two mRNAs by alternative splicing.
Vibe-Pedersen K; Kornblihtt AR; Baralle FE
EMBO J   Nov 1984,  3 (11) p2511-6,  ISSN 0261-4189   Journal Code: EMB

32/3/11
05458506   85074506
Expression  of  the transferrin receptor on murine periton l macrophages is modulated by in vitro treatment with interferon gamma.
Hamilton TA; Gray PW; Adams DO
Cell Immunol   Dec 1984,  89 (2) p478-38,  ISSN 0008-8749
Journal Code: CO9
Contract/Grant No.: CA29589; CA16784; ES02922

32/3/12
05456628   85072628
[Immunochemotherapy of human gliomas transplanted into nude mice]
Hori  T;  Adachi  S;  Anno Y; Numata H; Hokama Y; Muraoka K; Matsutani M; Matsui T
No To Shinkei   Sep 1984,  36 (9) p381-8,  ISSN 0006-8969
Journal Code: AR5

32/3/13
05454969   85070969
Looking for epilepsy genes.
White R
Ann Neurol   1984,  16 Suppl p512-7,  ISSN 0364-5134   Journal Code: 6AE

32/3/14
05449766   85065766
Nucleotide  sequences  of  the  human and mouse atrial natriuretic factor genes.

AM 27 014696

AM-ITC 00454632

Seidman CE; Bloch KD; Klein KA; Smith JA; Seidman JG
Science  Dec 7 1984, 226 (4679) p1206-9, ISSN 0036-8075
Journal Code: UJ7
  Contract/Grant No.: HL-070208; AI-18436


32/3/15
05447780   85063780
  Characterization of epidermal growth factor receptor gene expression in
malignant and normal human cell lines.
  Xu YH; Richert N; Ito S; Merlino GT; Pastan I
  Proc Natl Acad Sci USA  Dec 1984, 81 (23) p7308-12, ISSN 0027-8424
Journal Code: PV3


32/3/16
05447758   85063758
  Protection from rabies by a vaccinia virus recombinant containing the
rabies virus glycoprotein gene.
  Wiktor TJ; Macfarlan RI; Reagan KJ; Dietzschold B; Curtis PJ; Wunner WH;
Kieny MP; Lathe R; Lecocq JP; Mackett M; et al
  Proc Natl Acad Sci USA  Nov 1984, 81 (22) p7194-8, ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: AI-09706; AI-18883


32/3/17
05445505   85061505
  Expression of rabies virus glycoprotein from a recombinant vaccinia
virus.
  Kieny MP; Lathe R; Drillien R; Spehner D; Skory S; Schmitt D; Wiktor T;
Koprowski H; Lecocq JP
  Nature  Nov 8-14 1984, 312 (5990) p163-6, ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: AI-09706


32/3/18
05440508   85056508
  Purification of recombinant glycosylated human gamma interferon expressed
in transformed Chinese hamster ovary cells.
  Devos R; Opsomer C; Scahill SJ; Van der Heyden J; Fiers W
  J Interferon Res  Fall 1984, 4 (4) p461-8, ISSN 0197-8357
Journal Code: IJI


32/3/19
05439131   85055131
  Mutations of the Rous sarcoma virus env gene that affect the transport
and subcellular location of the glycoprotein products.
  Wills JW; Srinivas RV; Hunter E
  J Cell Biol  Dec 1984, 99 (6) p2011-23, ISSN 0021-9525
Journal Code: HMV
  Contract/Grant No.: CA-29884; CA-07396; CA-00685


32/3/20
05435302   85051302
  Sequencing of laminin B chain cDNAs reveals C-terminal regions of
coiled-coil alpha-helix.

AM 27 014697

AM-ITC 00454633

Barlow DP; Green NM; Kurkinen M; Hogan BL
EMBO J    Oct 1984, 3 (10) p2355-62, ISSN 0261-4189    Journal Code: EMB


32/3/21
05430503    85046503
  Partial cDNA sequence of the gamma subunit of transducin.
  Van Dop C; Medynski D; Sullivan K; Wu AM; Fung BK; Bourne HR
  Biochem  Biophys  Res Commun  Oct 15 1984, 124 (1) p250-5, ISSN
0006-291X    Journal Code: 9Y8
  Contract/Grant No.: GM-27800; GM-28310


32/3/22
05430483    85046483
  Isolation of an evolutionarily conserved epidermal growth factor receptor
cDNA from human A431 carcinoma cells.
  Simmen FA; Gope ML; Schulz TZ; Wright DA; Carpenter G; O'Malley BW
  Biochem  Biophys  Res Commun  Oct 15 1984, 124 (1) p125-32, ISSN
0006-291X    Journal Code: 9Y8
  Contract/Grant No.: RR-05425; CA 24071; CA 16672


32/3/23
05422581    85038581
  Synthesis and  glycosylation of the  common  alpha  subunit of  human
glycoprotein hormones in mouse cells.
  Ramabhadran TV; Reitz BA; Tiemeier DC
  Proc Natl Acad Sci USA  Nov 1984, 81 (21) p6701-5, ISSN 0027-8424
Journal Code: PV3

X


32/3/24
05420635    85036635
  A third rearranged and expressed  gene in a clone of cytotoxic T
lymphocytes.
  Saito H; Kranz DM; Takagaki Y; Hayday AC; Eisen HN; Tonegawa S
  Nature  Nov 1-7 1984, 312 (5989) p36-40, ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: CA-28900-04; CA-28900; CA-14051


32/3/25
05420634    85036634
  A third type of murine T-cell receptor gene.
  Chien Y; Becker DM; Lindsten T; Okamura M; Cohen DI; Davis MM
  Nature  Nov 1-7 1984, 312 (5989) p31-5, ISSN 0028-0836
Journal Code: NSC


32/3/26
05417299    85033299
  Biological properties of human tissue-type plasminogen activator obtained
by expression of recombinant DNA in mammalian cells.
  Collen D; Stassen JM; Marafino BJ Jr; Builder S; De Cock F; Ogez J;
Tajiri D; Pennica D; Bennett WF; Salwa J; et al
  J Pharmacol Exp Ther  Oct 1984, 231 (1) p146-52, ISSN 0022-3565
Journal Code: JP3

X


AM 27 014698


AM-ITC 00454634

32/3/27
05415790    85031790
Immunologic   differentiation   between   E.   coli   and   CHO   cell-derived
recombinant and natural human beta-interferons.
Colby CB; Inoue M; Thompson M; Tan YH
J  Immunol  Dec 1984,  133 (6) p3091-5,  ISSN 0022-1767   Journal Code:
IFB

32/3/28
05408898    85024898
The  human  LDL  receptor:  a  cysteine-rich  protein  with  multiple Alu
sequences in its mRNA.
Yamamoto  T;  Davis  CG;  Brown MS;  Schneider WJ;  Casey ML;  Goldstein JL;
Russell DW
Cell   Nov 1984, 39 (1) p27-38, ISSN 0092-8674  Journal Code: CQ4
Contract/Grant No.: HL20948; HL31346; HD11149; +

32/3/29
05408894    85024894
Antigenic  variation  in  African  trypanosomes  by  gene  replacement or
activation of alternate telomeres.
Myler PJ; Allison J; Agabian N; Stuart K
Cell   Nov 1984, 39 (1) p203-11, ISSN 0092-8674  Journal Code: CQ4
Contract/Grant No.: AI17375; AI17309

32/3/30
05406629    85022629
Expression  of  the  cDNA  for  alpha  1-acid  glycoprotein, a rat plasma
protein, in Escherichia coli.
Birch HE; Nagashima M; Simpson RJ; Schreiber G
Biochem  Int  May 1983,  6 (5) p653-61,  ISSN 0158-5231   Journal Code:
9Y9

32/3/31
05400660    85016660
Regulation  of  a  hybrid  gene  by  glucose  and  temperature in hamster
fibroblasts.
Attenello JW; Lee AS
Science   Oct 12 1984,  226 (4671) p187-90,  ISSN 0036-8075
Journal Code: UJ7
Contract/Grant No.: CA-27607

32/3/32
05398884    85014884
Thyrotropin controls transcription of the thyroglobulin gene.
Van Heuverswyn B; Streydio C; Brocas H; Refetoff S; Dumont J; Vassart G
Proc Natl Acad Sci USA   Oct 1984,  81 (19) p5941-5,  ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: AM 21732; AM 15070

32/3/33
05393844    85009844
Mapping and expression of a human cytomegalovirus major viral protein.
Davis MG; Mar EC; Wu YM; Huang ES

AM 27 014699

AM-ITC 00454635

J Virol   Oct 1984,  52 (1) p129-35,  ISSN 0022-538X   Journal Code: KCV

32/3/34
05387895   85003895
  Isolation  and  characterization  of  intraspecific  cybrids.  Effect  of
mitochondrial DNA on their cellular properties.
  Hayashi J; Tagashira Y; Higashida H; Hirai S; Yoshida MC; Sekiguchi T
  Exp Cell Res  Oct 1984, 154 (2) p357-66,  ISSN 0014-4827
Journal Code: EPB

32/3/35
05387735   85003735
  New  plasma membrane proteins expressed by a high metastatic variant of a
chemically induced tumor.
  Altevogt P; Schirrmacher V
  Eur J Cancer Clin Oncol  Sep 1984,  20 (9) p1155-62,  ISSN 0277-5379
Journal Code: ENW

32/3/36
05387605   85003605
  Modulation  of  enhancer  activity  by  the hormone responsive regulatory
element from mouse mammary tumor virus.
  Ostrowski MC; Huang AL; Kessel M; Wolford RG; Hager GL
  EMBO J  Aug 1984,  3 (8) p1891-9,  ISSN 0261-4189   Journal Code: EMB

32/3/37
05366683   84290683
  Biologic  properties  of  interleukin  3.  II.  Serologic  comparison of
20-alpha-SDH-inducing  activity,  colony-stimulating  activi ,  and WEHI-3
growth factor activity by using an antiserum against IL 3.
  Bowlin TL; Scott AN; Ihle JN
  J Immunol  Oct 1984,  133 (4) p2001-6,  ISSN 0022-1767   Journal Code:
IFB
  Contract/Grant No.: C01-CO-23909

32/3/38
05366655   84290655
  NK  recognition  of target structures: is the transferrin receptor the NK
target structure?
  Newman RA; Warner JF; Dennert G
  J  Immunol  Oct 1984,  133 (4) p1841-5,  ISSN 0022-1767   Journal Code:
IFB
  Contract/Grant No.: CA 15881; CA 19334; CA 34787

32/3/39
05359576   84283576
  Factors affecting the growth and differentiation of haemopoietic cells in
culture.
  Stanley ER; Jubinsky PT
  Clin Haematol  Jun 1984, 13 (2) p329-48,  ISSN 0308-2261
Journal Code: DE7-
  Contract/Grant No.: CA 32551; CA 26504; GM 7288

AM 27 014700

AM-ITC 00454636

32/3/40
05358712    84282712
  Human   transforming   growth   factor-alpha:   precursor  structure  and
expression in E. coli.
  Derynck R; Roberts AB; Winkler ME; Chen EY; Goeddel DV
  Cell   Aug 1984,  38 (1) p287-97,  ISSN 0092-8674   Journal Code: CQ4


32/3/41
05348258    84272258
  Human  fibronectin:  cell  specific  alternative  mRNA splicing generates
polypeptide chains differing in the number of internal repeats.
  Kornblihtt AR; Vibe-Pedersen K; Baralle FE
  Nucleic Acids Res   Jul 25 1984,  12 (14) p5853-68,  ISSN 0305-1048
Journal Code: O8L


32/3/42
05344001    84268001
  Evidence  for  translational regulation of herpes simplex virus type 1 gD
expression.
  Johnson DC; Spear PG
  J Virol   Aug 1984,  51 (2) p389-94,  ISSN 0022-538X   Journal Code: KCV
  Contract/Grant No.: CA 21776; CA 19264


32/3/43
05340655    84264655
  Monoclonal  antibodies against the human epidermal growth factor receptor
from  A431  cells. Isolation, characterization, and use in the purification
of active epidermal growth factor receptor.
  Parker PJ; Young S; Gullick WJ; Mayes EL; Bennett P; Waterfield MD
  J Biol Chem   Aug 10 1984,  259 (15) p9906-12,  ISSN 0021-258
Journal Code: HIV


32/3/44
05339971    84263971
  Effects of low dose rate irradiation on plateau phase bone marrow stromal
cells in vitro: demonstration of  a new form of non-lethal, physiologic
damage to support of hematopoietic stem cells.
  Greenberger JS; Klassen V; Kase K; Shadduck RK; Sakakeeny MA
  Int   J  Radiat  Oncol  Biol  Phys   Jul 1984,  10  (7)  p1027-37,  ISSN
0360-3016   Journal Code: G97
  Contract/Grant No.: CA12662; CA25412


32/3/45
05339407    84263407
  Tissue and gene specificity of mouse renin expression.
  Field LJ; McGowan RA; Dickinson DP; Gross KW
  Hypertension   Jul-Aug 1984,  6 (4) p597-603,  ISSN 0914-911X
Journal Code: GK7
  Contract/Grant No.: GM 30248; GM 19521; GM 33159; +


32/3/46
05335336    84259336
  Conversion of a secretory protein into a transmembrane protein results in
its transport to the Golgi complex but not to the cell surface.

AM 27 014701

AM-ITC 00454637

Guan JL; Rose JK
Cell   Jul 1984,  37 (3) p779-87,  ISSN 0092-8674   Journal Code: C04


32/3/47
05335167   84259167
  Presence of transforming growth factors in human breast cancer cells.
  Salomon DS; Zwiebel JA; Bano M; Losonczy I; Fehnel P; Kidwell WR
  Cancer  Res   Sep 1984,  44 (9) p4069-77,  ISSN 0008-5472   Journal  Code:
CNF


32/3/48
05315772   84239772
  Modulation  of  human  interferon-alpha  receptor  expression  by   human
interferon-gamma.
  Hannigan GE; Fish EN; Williams BR
  J Biol Chem   Jul 10 1984,  259 (13) p8084-6,  ISSN 0021-9258
Journal Code: HIV


32/3/49
05295729   84219729
  Human  epidermal  growth  factor  receptor  cDNA  sequence  and  aberrant
expression of the amplified gene in A431 epidermoid carcinoma cells.
  Ullrich A; Coussens L; Hayflick JS; Dull TJ; Gray A; Tam AW; Lee J;
Yarden Y; Libermann TA; Schlessinger J; et al
  Nature   May 31-Jun 6 1984,  309 (5967) p418-25,  ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: CA 25820


32/3/50
05295433   84219433
  The mouse Lyt-2/3 antigen complex--I. Mode of association of the subunits
with the membrane.
  Luescher B; Naim HY; MacDonald HR; Bron C
  Mol Immunol   Apr 1984,  21 (4) p329-36,  ISSN 0161-5890   Journal  Code:
NG1


32/3/51
05287166   84211166
  Genetic and functional diversity of interferons in man.
  Revel M
  Interferon  1983,  5 p205-39,  ISSN 0276-1076   Journal Code: GPD


32/3/52
05285392   84209392
  Retinoic  acid  induces  neuronal  differentiation  of  a  cloned  human
embryonal carcinoma cell line in vitro.
  Andrews PW
  Dev Biol   Jun 1984,  103 (2) p285-93,  ISSN 0012-1606 . Journal Code:
E7T
  Contract/Grant No.: CA-29894


32/3/53
05283920   84207920

AM 27 014702

AM-ITC 00454638

Glucocorticoid receptors recognize DNA sequences in and around murine mammary tumour virus DNA.
   Geisse S; Scheiderelt C; Westphal HM; Hynes NE; Groner B; Beato M
   EMBO J  1982, 1 (12) p1613-9, ISSN 0261-4189  Journal Code: EMB


   32/3/54
05282531   84206531
   The regulation of acetylcholine receptor expression in mammalian muscle.
   Merlie JP; Sebbane R; Gardner S; Olson E; Lindstrom J
   Cold Spring Harbor Symp Quant Biol  1983, 48 Pt 1 p135-46,  ISSN 0091-7451  Journal Code: DMT


   32/3/55
05281666   84205666
   Gene transfer, expression, and molecular cloning of the human transferrin receptor gene.
   Kuhn LC; McClelland A; Ruddle FH
   Cell  May 1984, 37 (1) p95-103, ISSN 0092-8674   Journal Code: CQ4
   Contract/Grant No.: GM09966


   32/3/56
05273317   84197317
   Cell surface properties of spontaneously metastasizing rat mammary adenocarcinoma cell clones.
   Steck PA; Nicolson GL
   Transplant Proc  Apr 1984, 16 (2) p355-60,  ISSN 0041-1345  Journal Code: WE9
   Contract/Grant No.: R01-CA28844; F32-CA07224


   32/3/57
05270003   84194003
   NH2-terminal hydrophobic region of influenza virus neuraminidase provides the signal function in translocation.
   Bos TJ; Davis AR; Nayak DP
   Proc Natl Acad Sci USA  Apr 1984, 81 (8) p2327-31, ISSN 0027-8424  Journal Code: PV3
   Contract/Grant No.: R0I AI-16348; R0I AI-12749; GM-07104


   32/3/58
05267325   84191325
   Genomic organization of Trypanosoma brucei variant antigen gene families in sequential parasitemias.
   Parsons M; Nelson RG; Newport G; Milhausen M; Stuart K; Agabian N
   Mol Biochem Parasitol  Nov 1983, 9 (3) p255-69, ISSN 0166-6851  Journal Code: NOR
   Contract/Grant No.: AI 17309; AI17375


   32/3/59
05267324   84191324
   Molecular characterization of initial variants from the IsTat I serodeme of Trypanosoma brucei.
   Milhausen M; Nelson RG; Parsons M; Newport G; Stuart K; Agabian N
   Mol Biochem Parasitol  Nov 1983, 9 (3) p241-54, ISSN 0166-6851  Journal Code: NOR

AM 27 014703


AM-ITC 00454639

Contract/Grant No.: AI 17309; AI 17375

32/3/60
05256376    84180376
A  new  murine  model system for the in vitro development of thymoma cell
heterogeneity.
  MacLeod CL; Hays EF; Hyman R; Bourgeois S
  Cancer  Res   May 1984,  44 (5) p1784-90,  ISSN 0008-5472   Journal Code:
CNF
  Contract/Grant No.: CA06932; CA12386; CA13287; +

32/3/61
05242327    84166327
  Glucocorticoid hormone  interactions  with  cloned proviral DNA of mouse
mammary tumor virus.
  Groner B; Ponta H; Rahmsdorf U; Herrlich P; Pfahl M; Hynes NE
  J Steroid Biochem   Jan 1984,  20 (1) p95-8,  ISSN 0022-4731
Journal Code: K70

32/3/62
05228271    84152271
  Applications of genetic engineering to the pharmaceutical industry.
  Konrad M
  Ann NY Acad Sci   1983,  413 p12-22,  ISSN 0077-8923   Journal Code: 5NM

X

32/3/63
05224403    84148403
  Infection  of  a  restrictive  cell  line  (XC cells)  by  intratypic
recombinants of  HSV-1:  relationship between penetration of the virus and
relative amounts of glycoprotein C.
  Epstein AL; Jacquemont B; Machuca I
  Virology   Jan 30 1984,  132 (2) p315-24,  ISSN 0042-6822
Journal Code: XEA

32/3/64
05218230    84142230
  Expression  and  regulation of human low-density lipoprotein receptors in
Chinese hamster ovary cells.
  Sege RD; Kozarsky K; Nelson DL; Krieger M
  Nature   Feb 23-29 1984,  307 (5953) p742-5,  ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: GM07753

32/3/65
05217870    84141870
  Glycosylation and surface expression of the influenza virus neuraminidase
requires the N-terminal hydrophobic region.
  Markoff L; Lin BC; Sveda MM; Lai CJ
  Mol  Cell  Biol   Jan 1984,  4 (1) p8-16,  ISSN 0270-7306   Journal Code:
NGY

X

32/3/66
05217852    84141852

AM 27 014704

AM-ITC 00454640

Inducible expression of amplified human beta interferon genes in CHO cells.
   McCormick F; Trahey M; Innis M; Dieckmann B; Ringold G
   Mol Cell Biol   Jan 1984, 4 (1) p166-72, ISSN 0270-7306
Journal Code: NGY

X

32/3/67
05210581   84134581
   SV40 immortalization of adult human mesenchymal cells from neuroretina.
Biological, functional and molecular characterization.
   Daya-Grosjean L; Azzarone B; Maunoury R; Zaech P; Elia G; Zaniratti S;
Benedetto A
   Int J Cancer   Mar 15 1984, 33 (3) p319-29, ISSN 0020-7136
Journal Code: GOU

32/3/68
05204064   84128064
   Alpha 1- and beta 2-adrenergic receptors co-expressed on cloned MDCK
cells are distinct glycoproteins.
   Meier KE; Sternfeld DR; Insel PA
   Biochem Biophys Res Commun Jan 13 1984, 118 (1) p73-81, ISSN
0006-291X   Journal Code: 9Y8
   Contract/Grant No.: GM 31987; HL 25457

X

32/3/69
05195494   84119494
   Chimeric influenza virus hemagglutinin containing either the NH2 terminus
or the COOH terminus of G protein of vesicular stomatitis virus is
defective in transport to the cell surface.
   McQueen NL; Nayak DP; Jones LV; Compans RW
   Proc Natl Acad Sci USA   Jan 1984, 81 (2) p395-9, ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: R01 AI2749; R01 AI16348; R01 AI12680; +

32/3/70
05184983   84108983
   Cytotoxic T lymphocyte recognition of class I H-2 antigens after
DNA-mediated gene transfer.
   Reiss CS; Evans GA; Murre C; Margulies DH; Seidman JG; Burakoff SJ
   Fed Proc   Feb 1984, 43 (2) p271-5, ISSN 0014-9446   Journal Code: EUV
   Contract/Grant No.: AI17258; GM19148; AI18083

32/3/71
05184928   84108928
   Expression of human alpha 1-antitrypsin in Escherichia coli.
   Bollen A; Loriau R; Herzog A; Herion P
   FEBS Lett   Jan 23 1984, 166 (1) p67-70, ISSN 0014-5793
Journal Code: EUH

32/3/72
05169621   84093621
   Human hepatitis B vaccine from recombinant yeast.
   McAleer WJ; Buynak EB; Maigetter RZ; Wampler DE; Miller WJ; Hilleman MR
   Nature   Jan 12-18 1984, 307 (5947) p178-80, ISSN 0028-0836

AM 27 014705

AM-ITC 00454641

Journal Code: NSC

32/3/73
05169132    84093132
Differentiation in vitro of human-mouse teratocarcinoma hybrids.
Benham FJ; Wiles MV; Goodfellow PN
Mol Cell Biol    Dec 1983,  3 (12) p2259-70,  ISSN 0270-7306
Journal Code: NGY

32/3/74
05158091    84082091
Fibronectin  modulation  of  cell  shape and lipogenic gene expression in
3T3-adipocytes.
Spiegelman BM; Ginty CA
Cell    Dec 1983,  35  (3  Pt 2) p657-66,  ISSN 0092-8674    Journal Code:
C04
Contract/Grant No.: AM 31405

32/3/75
05158067    84082067
Three  different  fibronectin  mRNAs arise by alternative splicing within
the coding region.
Schwarzbauer JE; Tamkun JW; Lemischka IR; Hynes RO
Cell    Dec 1983,  35  (2 Pt 1) p421-31,  ISSN 0092-8674    Journal Code:
C04

32/3/76
05146785    84070785
Construction  and  characterization  of  an  infectious  vaccinia  virus
recombinant  that  expresses  the  influenza hemagglutinin gene and induces
resistance to influenza virus infection in hamsters.
Smith GL; Murphy BR; Moss B
Proc Natl Acad Sci USA    Dec 1983,  80 (23) p7155-9,  ISSN 0027-8424
Journal Code: PV3

32/3/77
05144125    84068125
Functional expression of a transfected murine class II MHC gene.
Germain RN; Norcross MA; Margulies DH
Nature    Nov 10-16 1983,  306 (5939) p190-4,  ISSN 0028-0836
Journal Code: NSC

32/3/78
05137934    84061934
Membrane  association  and  defective  transport  of spleen focus-forming
virus glycoproteins.
Srinivas RV; Compans RW
J Biol Chem    Dec 10 1983,  258 (23) p14718-24,  ISSN 0021-9258
Journal Code: HIV
Contract/Grant No.: CA 18611

32/3/79
05133691    84057691

AM 27 014706

AM-ITC 00454642

Repression of glycoprotein synthesis and release of surface coat during transformation of Trypanosoma brucei.
Overath P; Czichos J; Stock U; Nonnengaesser C
EMBO J  1983, 2 (10) p1721-8, ISSN 0261-4189    Journal Code: EM B

32/3/80
05132704  84056704
Regulation of mouse mammary tumor virus gene expression by glucocorticoid hormones.
Ringold GM
Curr Top Microbiol Immunol  1983, 106 p79-103, ISSN 0070-217X
Journal Code: DWQ

32/3/81
05129727  84053727
Carbohydrate antigen profiles of human erythroleukemia cell lines HEL and K562.
Kannagi R; Papayannopoulou T; Nakamoto B; Cochran NA; Yokochi T; Stamatoyannopoulos G; Hakomori S
Blood  Dec 1983, 62 (6) p1230-41, ISSN 0006-4971    Journal Code: A8G
Contract/Grant No.: AM 31232; CA 20026; CA 19224; +

32/3/82
05128561  84052561
Identification of thyroglobulin mRNA sequences in the nucleus and the cytoplasm of cultured thyroid cells: a post-transcriptional effect of thyrotropin.
Tosta Z; Chabaud O; Chebath J
Biochem Biophys Res Commun  Oct 14 1983, 116 (1) p54-61, ISSN 0006-291X  Journal Code: 9Y8

32/3/83
05119838  84043838
Expression of cloned growth hormone and metallothionein genes in heterologous cells.
Pavlakis GN; Hamer DH
Recent Prog Horm Res  1983, 39 p353-85, ISSN 0079-9963
Journal Code: R1D

32/3/84
05117513  84041513
Molecular cloning and nucleotide sequence of a human renin cDNA fragment.
Soubrier F; Panthier JJ; Corvol P; Rougeon F
Nucleic Acids Res  Oct 25 1983, 11 (20) p7181-90, ISSN 0305-1048
Journal Code: O8L

32/3/85
05106931  84030931
Properties of reticulum cell sarcomas in SJL/J mice. VIII. Prominent role of RCS cell I-A antigens in the stimulation of syngeneic T cells.
Brown PH; Mathis D; Cone RE; Jones PP; Ponzio NM; Thorbecke GJ
Immunogenetics  1983, 18 (4) p399-413, ISSN 0093-7711    Journal Code: GI4
Contract/Grant No.: CA-14462; CA-14216

AM 27 014707

AM-ITC 00454643

32/3/86
05100633    84024633
  Nucleotide sequence of cloned complementary deoxyribonucleic acid for the
alpha subunit of bovine pituitary glycoprotein hormones.
  Erwin CR; Croyle ML; Donelson JE; Maurer RA
  Biochemistry    Sep 27 1983, 22 (20) p4856-60,  ISSN 0006-2960
Journal Code: AOG
  Contract/Grant No.: AM 25295; AM 00841; GM07091


32/3/87
05067084    83300084
  Construction  and  characterization  of  Moloney  murine  leukemia  virus
mutants unable to synthesize glycosylated gag polyprotein.
  Fan H; Chute H; Chao E; Feuerman M
  Proc Natl Acad Sci USA   Oct 1983, 80 (19) p5965-9,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: CA32455; CA32454; GM07311


32/3/88
05067037    83300037
  Isolation  of  cDNA  clones  for  the  p33  invariant  chain  associated  with
HLA-DR antigens.
  Long EO; Strubin M; Wake CT; Gross N; Carrel S; Goodfellow P; Accolla RS;
Mach B
  Proc Natl Acad Sci USA   Sep 1983, 80 (18) p5714-8,  ISSN 0027-8424
Journal Code: PV3


32/3/89
05061700    83294700
  Synthesis  of  hepatitis  B  surface  antigen  in  mammalian  ce ls:  expression
of the entire gene and the coding region.
  Laub O; Rall LB; Truett M; Shaul Y; Standring DN; Valenzuela P; Rutter WJ
  J Virol   Oct 1983, 48 (1) p271-80,  ISSN 0022-538X   Journal Code: KCV


32/3/90
05058291    83291291
  Regulation of mouse haptoglobin synthesis.
  Baumann H; Jahreis GP
  J  Cell Biol   Sep 1983, 97 (3) p728-36,  ISSN 0021-9525   Journal Code:
HMV
  Contract/Grant No.: CA-24122


32/3/91
05058282    83291282
  Expression  of  Semliki  Forest  virus proteins from cloned complementary
DNA. II. The membrane-spanning glycoprotein E2 is transported to the cell
surface without its normal cytoplasmic domain.
  Garoff H; Kondor-Koch C; Pettersson R; Burke B
  J  Cell Biol   Sep 1983, 97 (3) p652-8,  ISSN 0021-9525   Journal Code:
HMV


32/3/92

AM-ITC 00454644

05058281    83291281
   Expression of Semliki Forest virus proteins from cloned complementary
DNA. I. The fusion activity of the spike glycoprotein.
   Kondor-Koch C; Burke B; Garoff H
   J Cell Biol  Sep 1983, 97 (3) p644-51,  ISSN 0021-9525  Journal Code:
HMV


   32/3/93
05057960    83290960
   The rabbit uteroglobin gene. Structure and interaction with the
progesterone receptor.
   Bailly A; Atger M; Atger P; Cerbon MA; Alizon M; Vu Hai MT; Logeat F;
Milgrom E
   J Biol Chem  Sep 10 1983,  258 (17) p10384-9,  ISSN 0021-9258
Journal Code: HIV


   32/3/94
05057929    83290929
   Molecular cloning and nucleotide sequence of a cDNA clone coding for the
cell attachment domain in human fibronectin.
   Oldberg A; Linney E; Ruoslahti E
   J Biol Chem  Sep 10 1983,  258 (17) p10193-6,  ISSN 0021-9258    .
Journal Code: HIV
   Contract/Grant No.: CA 30199; CA 29169; CA 28896


   32/3/95
05052341    83285341
   Secretion of a transplantation-related antigen.
   Kress M; Cosman D; Khoury G; Jay G
   Cell  Aug 1983,  34 (1) p189-96,  ISSN 0092-8674   Journal Code: CO4


   32/3/96
05050409    83283409
   Isolation, properties, and androgen regulation of a 20-kilodalton protein
from rat ventral prostate.
   Chamberlin LL; Mpanias OD; Wang TY
   Biochemistry  Jun 21 1983,  22 (13) p3072-7,  ISSN 0006-2960
Journal Code: AOG
   Contract/Grant No.: HD-09443


   32/3/97
05040674    83273674
   Expression and characterization of the product of a human immune
interferon cDNA gene in Chinese hamster ovary cells.
   Scahill SJ; Devos R; Van der Heyden J; Fiers W
   Proc Natl Acad Sci USA  Aug 1983,  80 (15) p4654-8,  ISSN 0027-8424
Journal Code: PV3


   32/3/98
05038541    83271541
   Selection and properties of a mouse L-cell transformant expressing human
transferrin receptor.
   Newman R; Domingo D; Trotter J; Trowbridge I
   Nature  Aug 18-24 1983,  304 (5927) p643-5,  ISSN 0028-0836

AM 27 014709

AM-ITC 00454645

Journal Code: NSC
  Contract/Grant No.: CA34787


  32/3/99
05031556    83264556
  Fibronectin and anchorage-independent and anchorage-dependent growth of
benign and malignant cell lines.
  Dodson MG; Gelder FB; Slota J; Lange C
  Int J Cancer   Aug 15 1983, 32 (2) p211-7,  ISSN 0020-7136
Journal Code: GOU
  Contract/Grant No.: RR-00350


  32/3/100
05014400    83247400
  Active influenza virus neuraminidase is expressed in monkey cells from
cDNA cloned in simian virus 40 vectors.
  Davis AR; Bos TJ; Nayak DP
  Proc Natl Acad Sci USA   Jul 1983, 80 (13) p3976-80,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: AI-16348; AI-12749; GM-07104
?t32/3/101-178


  32/3/101
04999884    83232884
  DNA sequences bound specifically by glucocorticoid receptor in vitro
render a heterologous promoter hormone responsive in vivo.
  Chandler VL; Maler BA; Yamamoto KR
  Cell   Jun 1983, 33 (2) p489-99,  ISSN 0092-8674   Journal Code: CQ4
  Contract/Grant No.: CA20535


  32/3/102
04999879    83232879
  Influenza virus hemagglutinin expression is polarized in cells infected
with recombinant SV40 viruses carrying cloned hemagglutinin DNA.
  Roth MG; Compans RW; Giusti L; Davis AR; Nayak DP; Gething MJ; Sambrook J
  Cell   Jun 1983, 33 (2) p435-43,  ISSN 0092-8674   Journal Code: CQ4
  Contract/Grant No.: GM-07104; AI 07150; AI 12680; +


  32/3/103
04995094    83228094
  Expression of a mutant androgen receptor in cloned fibroblasts derived
from a heterozygous carrier for the syndrome of testicular feminization.
  Elawady MK; Allman DR; Griffin JE; Wilson JD
  Am J Hum Genet   May 1983, 35 (3) p376-84,  ISSN 0002-9297
Journal Code: 3IM
  Contract/Grant No.: AM03892


  32/3/104
04988687    83221687
  Analysis of cell surface proteins delineates a differentiation pathway
linking endocrine and nonendocrine human lung cancers.
  Goodwin G; Shaper JH; Abeloff MD; Mendelsohn G; Baylin SB
  Proc Natl Acad Sci USA   Jun 1983, 80 (12) p3807-11,  ISSN 0027-8424


AM 27 014710

AM-ITC 00454646

Journal Code: PV3
    Contract/Grant No.: CA-18404


  32/3/105
04988636    83221636
    Defects in functional expression of an influenza virus hemagglutinin
lacking the signal peptide sequences.
    Sekikawa K; Lai CJ
    Proc Natl Acad Sci USA    Jun 1983,  80 (12) p3563-7,  ISSN 0027-8424
Journal Code: PV3


  32/3/106
04987783    83220783
    The uteroglobin gene region: hormonal regulation, repetitive elements and
complete nucleotide sequence of the gene.
    Suske G; Wenz M; Cato AC; Beato M
    Nucleic Acids Res   Apr 25 1983,  11 (8) p2257-71,  ISSN 0301-5610
Journal Code: O8L


  32/3/107
04980648    83213648
    Epithelial-mesenchymal   interactions   in   prostatic   development.  II.
Biochemical   observations   of   prostatic   induction   by   urogenital   sinus
mesenchyme in epithelium of the adult rodent urinary bladder.
    Neubauer BL; Chung LW; McCormick KA; Taguchi O; Thompson TC; Cunha GR
    J  Cell Biol   Jun 1983,  96 (6) p1671-6,  ISSN 0021-9525   Journal Code:
HMV
    Contract/Grant No.: AM-25266; CA-27418; AM-06225-01


  32/3/108
04980412    83213412
    Correlation  between  nuclear  glucocorticoid  receptor  levels  and  casein
gene expression in murine mammary gland in vitro.
    Majumder PK; Joshi JB; Banerjee MR
    J Biol Chem   Jun 10 1983,  258 (11) p6793-8,  ISSN 0021-9258
Journal Code: HIV
    Contract/Grant No.: CA11058; CA25304


  32/3/109
04976795    83209795
    Molecular characterization of a nonsecreting myeloma mutant.
    Argon Y; Burrone OR; Milstein C
    Eur J Immunol   Apr 1983,  13 (4) p301-5,  ISSN 0014-2980
Journal Code: EN5


  32/3/110
04975615    83208615
    Mammary tumor formation and hormonal control of mouse mammary tumor virus
expression.
    Hynes NE; Groner B
    Curr Top Microbiol Immunol   1982,  101 p51-74,  ISSN 0070-217X
Journal Code: DWO


AM 27 014711

AM-ITC 00454647

```
  32/3/111
04969701   83202701
  [Structure and expression of thyroglobulin gene]
  Structure et expression du gene de la thyroglobuline.
  Vassart G; Brocas H; Christophe D; de Martynoff G; Leriche A; Mercken L;
Pohl V; Van Heuverswyn B
  Ann Endocrinol (Paris)   Oct-Nov 1982, 43 (5) p404-14,  ISSN 0003-4266
Journal Code: 540


  32/3/112
04955274   83188274
  New approaches to the study of human dystrophic muscle cells in culture.
  Yasin R; Walsh FS; Landon DN; Thompson EJ
  J Neurol Sci  Mar 1983, 58 (3) p315-34,  ISSN 0022-510X
Journal Code: JBJ


  32/3/113
04951459   83184459
  Structural comparison of I-A antigens produced by a cloned murine T
suppressor cell line with B-cell-derived I-A.
  Koch N; Arnold B; Hammerling GJ; Heuer J; Kolsch E
  Immunogenetics  1983, 17 (5) p497-505,  ISSN 0093-7711  Journal Code:
GI4


  32/3/114
04936924   83169924
  Structure and regulated expression of the uteroglobin gene.
  Suske G; Menne C; Cato A; Wenz M; Beato M
  Prog Clin Biol Res  1982, 102 pt A p139-46,  ISSN 0361-7742
Journal Code: PZ5


  32/3/115
04929312   83162312
  Recombinant interferon-gamma increases HLA-DR synthesis and expression.
  Basham TY; Merigan TC
  J Immunol  Apr 1983, 130 (4) p1492-4,  ISSN 0022-1767  Journal Code:
IFB
  Contract/Grant No.: AI-05629


  32/3/116
04928375   83161375
  Production of growth factors by type 5 adenovirus transformed rat embryo
cells.
  Fisher PB; Boersig MR; Graham GM; Weinstein IB
  J Cell Physiol  Mar 1983, 114 (3) p365-70,  ISSN 0021-9541
Journal Code: HNB


  32/3/117
04927745   83160745
  The human fibroblast interferon gene(s) and their expression in
heterologous cells.
  Fiers W; Degrave W; Derynck R; Devos R; Gheysen D; Remaut E; Stanssens P;
Tavernier J; Content J; De Clercq E
  Int Symp Princess Takamatsu Cancer Res Fund  1982, 12 p227-36,
```

AM 27 014712

AM-ITC 00454648

Journal Code: HHI


32/3/118
04924105    83157105
    Hormonally  regulated  mammalian  gene expression: steady-state level and
nucleotide sequence of rabbit uteroglobin mRNA.
    Chandra T; Bullock DW; Woo SL
    DNA   1981,  1 (1) p19-26,  ISSN 0198-0238   Journal Code: EAW
    Contract/Grant No.: HD-09378; HD-07495


32/3/119
04885858    83118858
    [Thyroglobulin  gene  expression in cultured thyroid cells: regulation by
thyrotropin]
    Expression  du  gene de thyroglobuline dans les cellules thyroidiennes en
culture: regulation par la thyrotropine.
    Chabaud O; Chebath J; Mauchamp J
    Reprod Nutr Dev  1981,  21 (2) p237-45,  ISSN 0181-1916   Journal Code:
R57


32/3/120
04884818    83117818
    Modulation of adenovirus transformation by thyroid hormone.
    Fisher PB; Guernsey DL; Weinstein IB; Edelman IS
    Proc Natl Acad Sci USA   Jan 1983,  80 (1) p196-200,  ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: CA-26056; CA-22376


32/3/121
04884747    83117747
    Development  of hybridomas secreting monoclonal antibodies to the chicken
intestinal 1 alpha,25-dihydroxyvitamin D3 receptor.
    Pike JW; Donaldson CA; Marion SL; Haussler MR
    Proc Natl Acad Sci USA   Dec 1982,  79 (24) p7719-23,  ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: AM 15781; AM 06249


32/3/122
04882224    83115224
    Human  class  II major histocompatibility antigen beta-chains are derived
from at least three loci.
    Bohme J; Owerbach D; Denaro M; Lernmark A; Peterson PA; Rask L
    Nature   Jan 6 1983,  301 (5895) p82-4,  ISSN 0028-0836   Journal Code:
NSC


32/3/123
04876308    83109308
    Multiple  specific binding sites for purified glucocorticoid receptors on
mammary tumor virus DNA.
    Payvar F; Firestone GL; Ross SR; Chandler VL; Wrange O; Carlstedt-Duke J;
Gustafsson JA; Yamamoto KR
    J  Cell  Biochem  1982,  19 (3) p241-7,  ISSN 0730-2312   Journal Code:
HNF


AM 27 014713

AM-ITC 00454649

32/3/124
04874411    83107411
  Pharmacogenetics and human cancer.
  Nebert DW
  IARC Sci Publ   1982,   (39) p365-80,   Journal Code: GKU


32/3/125
04872266    83105266
  Expression of transformation markers and suppression of tumorigenicity in
human cell hybrids.
  Larizza L; Tenchini ML; Mottura A; De Carli L; Colombi M; Barlati S
  Eur J Cancer Clin Oncol   Sep 1982, 18 (9) p845-51,   Journal Code: ENW


32/3/126
04871975    83104975
  Hormonal regulation of rabbit uteroglobin gene transcription.
  Shen XZ; Tsai MJ; Bullock DW; Woo SL
  Endocrinology   Mar 1983,  112 (3) p871-6,  ISSN 0013-7227
Journal Code: EGZ
  Contract/Grant No.: HD-09378


32/3/127
04832596    83065596
  Structure and expression of human IFN-alpha genes.
  Weissmann C; Nagata S; Boll W; Fountoulakis M; Fujisawa A; Fujisawa JI;
Haynes J; Henco K; Mantei N; Ragg H; Schein C; Schmid J; Shaw G; Streuli M;
Taira H; Todokoro K; Weidle U
  Philos Trans R Soc Lond [Biol]   Sep 24 1982, 299 (109.) p7-28,   ISSN
0080-4622   Journal Code: P5Z


32/3/128
04832590    83065590
  The human fibroblast and human immune interferon genes and their
expression in homologous and heterologous cells.
  Fiers W; Remaut E; Devos R; Cheroutre H; Contreras R; Gheysen D; Degrave
W; Stanssens P; Tavernier J; Taya Y; Content J
  Philos Trans R Soc Lond [Biol]   Sep 24 1982, 299 (1094) p29-38,   ISSN
0080-4622   Journal Code: P5Z


32/3/129
04829934    83062934
  Haemagglutinin of -influenza virus expressed from a cloned gene promotes
membrane fusion.
  White J; Helenius A; Gething MJ
  Nature   Dec 16 1982,  300 (5893) p658-9,   ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: CA13106; AI18599


32/3/130
04825033    83058033
  Differential expression of Ia glycoprotein complexes in F1 hybrid mice
detected with alloreactive cloned T cell lines.
  Conrad PJ; Lerner EA; Murphy DB; Jones PP; Janeway CA Jr

AM 27 014714

J Immunol  Dec 1982, 129 (6) p2616-20, ISSN 0022-1767  Journal Code:
IFB
  Contract/Grant No.: AI-14579; CA-16359; AI-14349


  32/3/131
04799108  83032108
  [Structure and expression of the cloned genes for human interferon]
  Taniguchi T
  Seikagaku  1982, 54 (6) p363-77, ISSN 0037-1017  Journal Code: ILZ


  32/3/132
04781990  83014990
  Isolation and structure of the gene for the progesterone-inducible
protein uteroglobin.
  Menne C; Suske G; Arnemann J; Wenz M; Cato AC; Beato M
  Proc Natl Acad Sci USA  Aug 1982, 79 (16) p4853-7, ISSN 0027-8424
Journal Code: PV3


  32/3/133
04781905  83014905
  Clonal analysis of human cytotoxic T lymphocytes: T4+ and T8+ effector T
cells recognize products of different major histocompatibility complex
regions.
  Meuer SC; Schlossman SF; Reinherz EL
  Proc Natl Acad Sci USA  Jul 1982, 79 (14) p4395-9, ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: CA 19589


  32/3/134
04724645  82267645
  Nonfunctional thyroglobulin messenger RNA in goats with hereditary
congenital goiter.
  de Vijlder JJ; van Ommen GJ; van Voorthuizen WF; Koch CA; Arnberg AC;
Vassart G; Dinsart C; Flavell RA
  J Mol Appl Genet  1981, 1 (1) p51-9, ISSN 0271-6801  Journal Code:
IZT
  Contract/Grant No.: AM 21732


  32/3/135
04724643  82267643
  The gene encoding the common alpha subunit of the four human glycoprotein
hormones.
  Fiddes JC; Goodman HM
  J Mol Appl Genet  1981, 1 (1) p3-18, ISSN 0271-6801  Journal Code:
IZT
  Contract/Grant No.: CA14026


  32/3/136
04714735  82257735
  Changes in cell surface antigen expression during hemopoietic
differentiation.
  Sieff C; Bicknell D; Caine G; Robinson J; Lam G; Greaves MF
  Blood  Sep 1982, 60 (3) p703-13, ISSN 0006-4971  Journal Code: A8G


AM 27 014715

AM-ITC 00454651

32/3/137
04697913    82240913.
  Inducible expression of insulin receptors on T lymphocyte clones.
  Braciale VL; Gavin JR 3d; Braciale TJ
  J Exp Med   Aug 1 1982,  156 (2) p664-9,  ISSN 0022-1007   Journal Code:
I2V
  Contract/Grant No.: AI-15608; AM 20579


32/3/138
04692926    82235926
  Different expression of Lyt differentiation antigens and cell surface
glycoproteins by a murine T lymphoma line and its highly metastatic
variant.
  Altevogt P; Kurnick JT; Kimura AK; Bosslet K; Schirrmacher V
  Eur J Immunol   Apr 1982,  12 (4) p300-7,  ISSN 0014-2980
Journal Code: EN5
  Contract/Grant No.: AI 17411


32/3/139
04679266    82222266
  Immunoglobulin heavy chain gene rearrangement and transcription in murine
T cell hybrids and T lymphomas.
  Zuniga MC; D'Eustachio P; Ruddle NH
  Proc Natl Acad Sci USA   May 1982,  79 (9) p3015-9,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: CA16885; GM09966; 1 T32 AI-07098


32/3/140
04671055    82214055
  alpha Subunit of rat pituitary glycoprotein hormones. Primary structure
of the precursor determined from the nucleotide sequence of cloned cDNAs.
  Godine JE; Chin WW; Habener JF
  J Biol Chem   Jul 25 1982,  257 (14) p8368-71,  ISSN 0021-9258
Journal Code: HIV
  Contract/Grant No.: AM25532; HD14809


32/3/141
04656142    82199142
  Isolation and characterization of a human fibroblast interferon gene and
its expression in Escherichia coli.
  Derynck R; Devos R; Remaut E; Saman E; Stanssens P; Tavernier J;
Volckaert G; Content J; De Clercq E; Fiers W
  Rev Infect Dis   Nov-Dec 1981,  3 (6) p1186-95,  ISSN 0162-0886
Journal Code: SXN


32/3/142
04654610    82197610
  Gene for a major cell surface glycoprotein of mouse macrophages and other
phagocytic cells is on chromosome 2.
  Colombatti A; Hughes EN; Taylor BA; August JT
  Proc Natl Acad Sci USA   Mar 1982,  79 (6) p1926-9,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: R01 CA19471; CA 09243; GM18684


AM 27 014716

AM-ITC 00454652

32/3/143
04654469    82197469
  Human  influenza  virus  hemagglutinin  is  expressed  in  monkey  cells  using
simian virus 40 vectors.
  Hartman JR; Nayak DP; Fareed GC
  Proc Natl Acad Sci USA   Jan 1982,  79 (2) p233-7,  ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: RO1 CA-20794; RO1-AI-12749; RO1-AI-16348

32/3/144
04624818    82167818
  Control   of   growth  and  normal  differentiation  in  leukemic   cells:
regulation  of  the  developmental  program  and  restoration  of  the  normal
phenotype in myeloid leukemia.
  Sachs L
  J Cell Physiol [Suppl]  1982,  1 p151-64,  ISSN 0737-1462
Journal Code: HNC

32/3/145
04617936    82160936
  Inhibitors of protein glycosylation inhibit the differentiation of Friend
erythroleukemia cells.
  Bosman GJ; Boer P; Steyn-Parve EP
  Biochim Biophys Acta  Mar 29 1982,  696 (3) p285-9,  ISSN 0006-3002
Journal Code: AOW

32/3/146
04601282    82144282
  Specificity  studies  on  cytolytic T lymphocytes directed against murine
leukemia  virus-induced  tumors.  Analysis  of  monoclonal  cytolytic  T
lymphocytes.
  Plata F
  J Exp Med   Apr 1 1982,  155 (4) p1050-62,  ISSN 0022-1007
Journal Code: I2V

32/3/147
04600707    82143707
  Two  distinct  human cloned T cell lines that exhibit natural killer-like
and anti-human effector activities.
  Sugamura K; Tanaka Y; Hinuma Y
  J Immunol   Apr 1982,  128 (4) p1749-52,  ISSN 0022-1767   Journal Code:
IFB

32/3/148
04592750    82135750
  Differing responses of globin and glycophorin gene expression to hemin in
the human leukemia cell line K562.
  Tonkonow BL; Hoffman R; Burger D; Elder JT; Mazur EM; Murnane MJ; Benz EJ
Jr
  Blood   Apr 1982,  59 (4) p738-46,  ISSN 0006-4971   Journal Code: A8G
  Contract/Grant No.: HL24385; CA22697; AM00638

32/3/149

AM 27 014717

AM-ITC 00454653

04572033    82115033
  Block in the expression of differentiation markers of rat thyroid
epithelial cells by transformation with Kirsten murine sarcoma virus.
  Fusco A; Pinto A; Tramontano D; Tajana G; Vecchio G; Tsuchida N
  Cancer Res   Feb 1982, 42 (2) p618-26, ISSN 0008-5472   Journal Code:
CNF
  Contract/Grant No.: R01-AM-21689-02; CA 22701


  32/3/150
04549358    82092358
  Human trophoblasts: cellular source of colony-stimulating activity in
placental tissue.
  Ruscetti FW; Chou JY; Gallo RC
  Blood   Jan 1982, 59 (1) p86-90, ISSN 0006-4971   Journal Code: A8G


  32/3/151
04517272    82060272
  Functional expression in primate cells of cloned DNA coding for the
hemagglutinin surface glycoprotein of influenza virus.
  Sveda MM; Lai CJ
  Proc Natl Acad Sci USA   Sep 1981, 78 (9) p5488-92, ISSN 0027-8424
Journal Code: PV3


  32/3/152
04517125    82060125
  .Induction of hepatic synthesis of serum amyloid A protein and actin.
  Morrow JF; Stearman RS; Peltzman CG; Potter DA
  Proc Natl Acad Sci USA   Aug 1981, 78 (8) p4718-22, ISSN 0027-8424
Journal Code: PV3
  Contract/Grant No.: CA16519; GM26557


  32/3/153
04510036    82053036
  Mosaic structure and mRNA precursors of uteroglobin, a hormone-regulated
mammalian gene.
  Snead R; Day L; Chandra T; Mace M Jr; Bullock DW; Woo SL
  J Biol Chem   Nov 25 1981, 256 (22) p11911-6, ISSN 0021-9258
Journal Code: HIV
  Contract/Grant No.: HD-09378; HD-07495


  32/3/154
04467875    82010875
  Wild mouse ecotropic murine leukemia virus infection of inbred mice:
dual-tropic virus expression precedes the onset of paralysis and lymphoma.
  Hoffman PM; Davidson WF; Ruscetti SK; Chused TM; Morse HC 3d
  J Virol   Aug 1981, 39 (2) p597-602, ISSN 0022-538X   Journal Code: KCV


  32/3/155
04466494    82009494
  A cell surface antigen of the mouse related to xenotropic MuLv defined by
naturally occurring antibody and monoclonal antibody. Relation to Gix
G(rada1), G(aks12) systems of MuLV-related antigens.
  Obata Y; Stockert E; DeLeo AB; O'Donnell PV; Snyder HW Jr; Old LJ
  J Exp Med   Sep 1 1981, 154 (3) p659-75, ISSN 0022-1007


AM 27 014718

AM-ITC 00454654

Journal Code: I2V
   Contract/Grant No.: N01-CP8-1054; CA-08748


   32/3/156
   04462085    82005085
   Further characterization of a thermosensitive transformation variant of
mouse fibroblasts.
   Liaw WS; Andoh T
   Gann   Dec 1980,  71 (6) p775-83,  ISSN 0016-450X   Journal Code: FGJ


   32/3/157
   04459208    82002208
   Establishment of continuous cultures of thy1.2+, Lyt1+, 2-T cells with
purified interleukin 3.
   Hapel AJ; Lee JC; Farrar WL; Ihle JN
   Cell   Jul 1981, 25 (1) p179-86,  ISSN 0092-8674   Journal Code: CQ4


   32/3/158
   04387675    81215675
   Estradiol-independent growth of a subline of MCF-7 human breast cancer
cells in culture.
   Nawata H; Chong MT; Bronzert D; Lippman ME
   J Biol Chem   Jul 10 1981,  256 (13) p6895-902,  ISSN 0021-9258
Journal Code: HIV


   32/3/159
   04371567    81199567
   Detection of a recombinant murine leukemia virus-related glycoprotein on
virus-negative thymoma cells.
   Fischinger PJ; Thiel HJ; Ihle JN; Lee JC; Elder JH
   Proc Natl Acad Sci USA   Mar 1981, 78 (3) p1920-4,  ISSN 0027-8424
Journal Code: PV3


   32/3/160
   04347157    81175157
   Transcripts of the immunoglobulin C mu gene vary in structure and
splicing during lymphoid development.
   Kemp DJ; Harris AW; Adams JM
   Proc Natl Acad Sci USA   Dec 1980, 77 (12) p7400-4,  ISSN 0027-8424
Journal Code: PV3
   Contract/Grant No.: R01 CA12421


   32/3/161
   04345083    81173083
   alpha-Lactalbumin is not a marker of human hormone-dependent breast
cancer.
   Hall L; Craig RK; Davies MS; Ralphs DN; Campbell PN
   Nature   Apr 16 1981, 290 (5807) p602-4,  ISSN 0028-0836
Journal Code: NSC


   32/3/162
   04342758    81170758
   Involvement of a high-molecular-weight polyprotein translational product

AM 27 014719

AM-ITC 00454655

of Snyder-Theilen Feline sarcoma virus in malignant transformation.
  Reynolds FH Jr; Van de Ven WJ; Blomberg J; Stephenson JR
  J Virol  Feb 1981, 37 (2) p643-53, ISSN 0022-538X  Journal Code: KCV
  Contract/Grant No.: N01-CO-75380


  32/3/163
04338487   81166487
  Roles  of  influenza virus infectivity and glycosylation of viral antigen
for  recognition of target cells by cytolytic T lymphocytes.
  Ertl H; Ada GL
  Immunobiology  1981, 158 (3) p239-53,  Journal Code: GH3


  32/3/164
04246991   81074991
  Expression of  H-2,  laminin and SV40 T and TASA on differentiation of
transformed murine teratocarcinoma cells.
  Knowles BB; Pan S; Solter D; Linnenbach A; Croce C; Huebner K
  Nature  Dec 11 1980, 288 (5791) p615-8, ISSN 0028-0836
Journal Code: NSC


  32/3/165
04200301   81028301
  Plasma membrane  glycoproteins  encoded  by  cloned  Rauscher and Friend
spleen focus-forming viruses.
  Ruta M; Kabat D
  J Virol  Sep 1980, 35 (3) p844-53, ISSN 0022-538X  Journal Code: KCV
  Contract/Grant No.: CA2302; CA25810


  32/3/166
04187443   81015443
  Mapping of heavy chain genes for mouse immunoglobulins M and D.
  Liu CP; Tucker PW; Mushinski JF; Blattner FR
  Science  Sep 19 1980, 209 (4463) p1348-53, ISSN 0036-8075
Journal Code: UJ7


  32/3/167
04143521   80254521
  Expression of cloned beta-endorphin gene sequences by Escherichia coli.
  Shine J; Fettes I; Lan NC; Roberts JL; Baxter JD
  Nature  Jun 12 1980,  285 (5765) p456-63, ISSN 0028-0836
Journal Code: NSC


  32/3/168
04139863   80250863
  Expression  of  leukemogenic  recombinant  viruses  associated  with  a
recessive gene in HRS/J mice.
  Green  N;  Hiai H; Elder JH; Schwartz RS; Khiroya RH; Thomas CY; Tsichlis
PN; Coffin JM
  J Exp Med  Aug 1 1980,  152 (2) p249-64, ISSN 0022-1007
Journal Code: I2V


  32/3/169
04123693   80234693

AM 27 014720

AM-ITC 00454656

Establishment of a fetal rat liver cell line that retains differentiated
liver functions.
  Schlegel-Haueter SE; Schlegel W; Chou JY
  Proc Natl Acad Sci USA  May 1980, 77 (5) p2731-4,  ISSN 0027-8424
Journal Code: PV3


  32/3/170
04072866   80183866
  Amplified env and gag products on AKR cells. Origin from different murine
leukemia virus genomes.
  Tung JS; Fleissner E
  J Exp Med  Apr 1 1980, 151 (4) p975-9,  ISSN 0022-1007   Journal Code:
I2V


  32/3/171
04072481   80183481
  Serological and immunochemical studies of H-2 allospecificities on K36, a
syngeneic tumour of AKR.
  Schmidt W; Festenstein H
  J  Immunogenet  Feb 1980,  7 (1) p7-17,  ISSN 0305-1811   Journal Code:
IF2


  32/3/172
03935703   80046703
  Synthesis and characterization of a DNA complementary to pre-uteroglobin
mRNA.
  Arnemann J; Heins B; Beato M
  Eur J Biochem  Sep 1979,  99 (2) p361-7,  ISSN 0014-2956
Journal Code: EMZ


  32/3/173
03901840   80012840
  Modulation of thyroglobulin messenger RNA level by thyrotropin in
cultured thyroid cells.
  Chebath J; Chabaud O; Mauchamp J
  Nucleic Acids Res  Jul 25 1979,  6 (10) p3353-67,  ISSN 0301-5610
Journal Code: O8L


  32/3/174
03818734   79195734
  Expression of xenotropic murine leukemia viruses as cell-surface gp70 in
genetic crosses between strains DBA/2 and C57BL/6.
  Morse HC 3d; Chused TM; Hartley JW; Mathieson BJ; Sharrow SO; Taylor BA
  J Exp Med  May 1 1979, 149 (5) p1183-96,  ISSN 0022-1007
Journal Code: I2V


  32/3/175
03818210   79195210
  T100: a new murine cell surface glycoprotein detected by anti-Lyt-2.1
serum.
  Durda PJ; Boos SC; Gottlieb PD
  J  Immunol  Apr 1979, 122 (4) p1407-12,  ISSN 0022-1767   Journal Code:
IFB


AM 27 014721

AM-ITC 00454657

32/3/176
03476626    78110626
   Genetic control of endotoxic responses in mice.
   Watson J; Largen M; McAdam KP
   J  Exp Med   Jan 1 1978,  147 (1) p39-49,  ISSN 0022-1007   Journal Code:
I2V


32/3/177
03389884    78023884
   Reverse transcription of thyroglobulin 33-S mRNA.
   Dinsart C; Van Voorthuizen F; Vassart G
   Eur J Biochem   Aug 15 1977,  78 (1) p175-81,  ISSN 0014-2956
Journal Code: EMZ


32/3/178
03165782    77067782
   The ia antigens.
   Sachs DH
   Contemp Top Mol Immunol   1976,  5 p1-33,  ISSN 0090-8800
Journal Code: DQO
?

AM 27 014722

```
Set    Items   Description
S1     66204   RECOMBINAN? OR RDNA OR CDNA OR GENETIC?(2N)ENGINEER??? OR
               CLON??? OR CLONING()MOLECULAR OR MRNA OR BIOTECHNOLOG?
S2         7   REPO OR RERYTHROPOIETIN
S3         1   R()ERYTHROPOIETIN
S4    135002   DC=D12.776.543? OR DC=D12.776.395?
S5      7853   GLYCOSYLAT???? OR CARBOHYDRATE? ?(2N)STRUCTUR?? OR
               CARBOHYDRATE? ?(N)CONFORMATION? ?
S6       564   S4 AND PROTEIN()PROCESSING()POST()TRANSLATIONAL/DE
S7      5693   (S1 OR S3) AND (S4 OR S5 OR S6)
S8       341   CHO()CELL? ?/TI
S9      3333   CHO OR CHINESE()HAMSTER()OVARY
S10     1541   CV1 OR BSC1 OR BHK
S11      228   COS AND (CELL()LINE OR CELLS()CULTURED)
S12      149   S7 AND (S8 OR S9 OR S10 OR S11)
S13     2480   RECOMBINANT()PROTEINS
S14        2   DNA()BI
S15      133   DNA()BIOSYNTHESIS
S16        0   S15 AND (S4 OR S5 OR S6) AND (S8 OR S9 OR S10 OR S11)
S17       87   S12/1985:1988
S18       62   S12 NOT S17
S19        0   S12 AND (UD=8501 OR UD=8502 OR UD=8503)
S20    22375   JA="8501"
S21       62   (S12 AND S20) OR S18
S22       62   (S12 AND JA=8502) OR S18
?
```

AM 27 014723

AM-ITC 00454659

22/7,JA,LA/1
05456238    85072238
   Phosphorylation of membrane proteins in monensin-resistant mutant of
Chinese hamster ovary cell with altered insulin-receptor activity.
   Ono M; Takahashi K; Sato Y; Kuwano M
   Biochem Int   Sep 1984, 9 (3) p369-77,  ISSN 0158-5231   Journal Code:
9Y9
   Languages: ENGLISH
   Journal Announcement: 8503
   A Chinese hamster ovary (CHO) cell mutant resistant to the Na+/K+
ionophoric antibiotic, monensin, is partly defective in insulin-receptor
activity. Growth of the monensin-resistant mutant required higher dose of
insulin in defined medium than the parental CHO cell. Membrane proteins of
CHO and a monensin-resistant clone, MonR-31, were compared for their
capacity to be phosphorylated by endogenous phosphorylation enzyme in vitro
in the absence or presence of insulin. Several membrane proteins of CHO
were more highly phosphorylated as compared with MonR-31 in either the
absence or presence of insulin.


   22/7,JA,LA/2
05440508    85056508
   Purification of recombinant glycosylated human gamma interferon expressed
in transformed Chinese hamster ovary cells.
   Devos R; Opsomer C; Scahill SJ; Van der Heyden J; Fiers W
   J Interferon Res   Fall 1984,  4 (4) p461-8,  ISSN 0197-2177
Journal Code: IJI
   Languages: ENGLISH
   Journal Announcement: 8503
   Human IFN-gamma was produced in cultures of a Chinese hamster ovary (CHO)
cell line transformed with a combination of plasmids encoding HuIFN-gamma
cDNA and mouse DHFR cDNA and subsequently selected for growth in the
presence of methotrexate. Confluent monolayers of these cells
constitutively secrete HuIFN-gamma into the medium reaching a concentration
of 2-5 micrograms/ml; the supernatant of the monolayer could be harvested
daily for a period of more than 10 days. IFN-gamma was purified by passing
the filtered CHO cell culture medium directly through a phosphocellulose
column followed by elution and adsorption on a Con A-Sepharose column.
Further concentration on an AMICON PM 10 filter and removal of high mw
contaminating proteins with DEAE-Sephacel resulted in a IFN-gamma
preparation of more than 99% purity (specific activity of about 10(8)
International units per mg of protein). Each liter of CHO conditioned
culture medium yielded 1-2 mg pure HuIFN-gamma. Its molecular weight, as
determined by gel filtration, is about 50 kD and corresponds to a dimer
structure. SDS-polyacrylamide gel electrophoresis indicated the presence of
a; 21 kD and a 25 kD polypeptide as compared with 17 kD for unglycosylated,
bacterially made HuIFN-gamma and consistent with the two glycosylated forms
of HuIFN-gamma produced in mitogen-stimulated human lymphocyte cultures.


   22/7,JA,LA/3
05432951    85048951
   Reconstitution of the transport of protein between successive
compartments of the Golgi measured by the coupled incorporation of
N-acetylglucosamine.
   Balch WE; Dunphy WG; Braell WA; Rothman JE

                                                        AM 27 014724

AM-ITC 00454660

Cell   Dec 1984,  39  (2 Pt 1) p405-16,   ISSN 0092-8674   Journal Code:
CQ4

Contract/Grant No.: AM 27044
Languages: ENGLISH
Journal Announcement: 8503

Transport  of the VSV-encoded glycoprotein (G protein) between successive
compartments of the Golgi has been reconstituted in a cell-free system and
is  measured, in  a  rapid  and  sensitive  new assay, by the coupled
incorporation of 3H-N-acetylglucosamine (GlcNAc). This glycosylation occurs
when  G  protein  is `transported during mixed incubations from the "donor"
compartment  in  Golgi from VSV-infected CHO clone 15B cells (missing a key
Golgi  GlcNAc  transferase)  to the next, successive "acceptor" compartment
(containing  the  GlcNAc  transferase)  in  Golgi from wild-type CHO cells.
Golgi  fractions  used  in  this  assay  have been extensively purified, and
account  for  all of the donor and acceptor activity in the cells. Together
with  several  other  lines  of  evidence,  this indicates that the cell-free
system  is  highly  specific,  measuring  only transport between sequential
compartments  in the Golgi stack. Transport in vitro is almost as efficient
as  in  the  cell,  and requires ATP and the cytosol fraction in addition to
protein components on the cytoplasmic surface of the Golgi membranes.


22/7,JA,LA/4
05432939   85048939
Translocation  across Golgi vesicle membranes: a CHO glycosylation mutant
deficient in CMP-sialic acid transport.

Deutscher SL; Nuwayhid N; Stanley P; Briles EI; Hirschberg CB
Cell   Dec 1984,  39 (2 Pt 1) p295-9,  ISSN 0092-8674   Journal Code: CQ4
Contract/Grant No.: CA-30345; GM 30365
Languages: ENGLISH
Journal Announcement: 8503

Golgi  vesicle  membranes  from  the  Lec2 CHO glycosylation mutant
translocate  CMP-sialic acid at only 2% the rate of vesicles from wild-type
CHO cells. The deficiency is specific, because vesicles from Lec2 cells can
translocate  UDP-N-acetylglucosamine, adenosine 3'-phosphate 5'-phosphosulfa
te,  and  UDP-galactose  at  rates  comparable  to  those  of vesicles from
wild-type  cells. Complementation analyses show that Lec2 mutants belong to
the  same  genetic  complementation  group  as  clone 1D21, a CHO mutant of
similar  phenotype.  Both  mutants have previously been shown to have a 90%
reduction  in  the  sialylation  of glycoproteins and gangliosides compared
with  wild-type  cells. However, 1D21 cells appear to have normal levels of
CMP-sialic  acid,  sialyltransferase activity, and endogenous acceptors for
sialylation.  It  seems  likely  that the primary defect in Lec2 and 1D21 cells
is  their  inability  to  translocate  CMP-sialic acid across Golgi vesicle
membranes.


22/7,JA,LA/5
05415790   85031790
Immunologic  differentiation  between  E.  coli and  CHO  cell-derived
recombinant and natural human beta-interferons.

Colby CB; Inoue M; Thompson M; Tan YH
J Immunol  Dec 1984, 133 (6) p3091-5, ISSN 0022-1767   Journal Code:
IFB

Languages: ENGLISH
Journal Announcement: 8502

X

The  products  of  the  human IFN-beta gene expressed in E. coli, Chinese
hamster  ovary  (CHO)  cells,  and  human  fibroblasts  appear similar when
purified  on  a  monoclonal  antibody column and analyzed by reverse-phase
HPLC,  indicating  little  difference in their hydrophobic nature. SDS-PAGE

AM 27 014725


AM-ITC 00454661

differentiates E. coli-rHuIFN-beta ser (Mr = 17,000) from CHO-rHuIFN-beta and HuIFN-beta (Mr = 23,000), with glycosylation accounting for 26% of the apparent m.w. of the latter two proteins. CHO-rHuIFN-beta is preferentially neutralized by mouse monoclonal and monospecific rabbit polyclonal anti-HuIFN-beta antibodies, whereas E. coli-rHuIFN-beta ser is preferentially neutralized by goat polyclonal anti-E. coli-rHuIFN-beta antibodies. Adsorption measurements by a sensitive radioimmunoassay indicate that the binding of the three proteins to anti-HuIFN-beta antibodies is similar. The results show that all three molecules can be differentiated by the heteroclitic cross-reactivities of anti-HuIFN-beta and anti-E. coli-rHuIFN-beta antibodies to the antigens.


22/7,JA,LA/6
05408898    85024898
  The human LDL receptor: a cysteine-rich protein with multiple Alu
sequences in its mRNA.
  Yamamoto T; Davis CG; Brown MS; Schneider WJ; Casey ML; Goldstein JL;
Russell DW
  Cell   Nov 1984, 39 (1) p27-38, ISSN 0092-8674   Journal Code: CQ4
  Contract/Grant No.: HL20948; HL31346; HD11149; +
  Languages: ENGLISH
  Journal Announcement: 8502
  The nucleotide sequence of a cloned 5.3 kilobase cDNA for the human low
density lipoprotein receptor revealed five domains in the 839 amino acid
protein: 322 NH2-terminal amino acids, extremely rich in disulfide-bonded
cysteine residues (15%) and including an 8-fold repeat of 40 residues that
may contain the LDL binding site; 350 residues homologous to the precursor
of mouse epidermal growth factor; a region immediately outside the plasma
membrane, rich in serine and threonine and the site of O-linked
glycosylation; 22 hydrophobic amino acids, spanning the p.asma membrane;
and 50 COOH-terminal amino acids, projecting into the cytoplasm. The mRNA
for the receptor contains a 3' untranslated region of 2.5 kilobases that
includes multiple copies of the Alu family of repetitive DNA. Transfection
of simian COS cells with the human LDL receptor cDNA linked to the SV40
early promoter resulted in expression of functional cell surface receptors.


22/7,JA,LA/7
05393844    85009844
. Mapping and expression of a human cytomegalovirus major viral protein.
  Davis MG; Mar EC; Wu YM; Huang ES
  J Virol   Oct 1984, 52 (1) p129-35, ISSN 0022-538X   Journal Code: KCV
  Languages: ENGLISH
  Journal Announcement: 8501
  We constructed a DNA fragment map of low-passage Towne strain
cytomegalovirus by analyzing cross-blot hybridization and hybridizations of
isolated recombinant clones. The abundant late transcripts were located on
this map by hybridization of labeled total RNA of virus-infected cells to
blotted DNA fragments. The most abundant late transcript, carried by the
11.7-kilobase EcoRI fragment (EcoRI-G), was precisely mapped. The EcoRI
fragment was fragmented and subcloned in a plasmid carrying simian virus 40
sequences (pSV-OH, constructed by Chi-Bom Chae, Department of Biochemistry,
University of North Carolina, Chapel Hill). One resulting recombinant
plasmid, pHD713SV2, was transferred to simian virus 40-transformed monkey
kidney cells (COS-1) by DNA transfection. Synthesis of a
cytomegalovirus-specific 67-kilodalton protein was detected in these cells
by reaction of blotted proteins with virus-specific monoclonal antibody.
The 67-kilodalton protein is a major phosphorylated protein found in
virions; it is not glycosylated. The location of the gene for this

67-kilodalton protein is therefore assigned to the center of the L-unique region of human cytomegalovirus, at 0.37 to 0.39 map units.


22/7,JA,LA/8
05288790   84212790
    Mouse myeloma cells that make short immunoglobulin heavy chains: pleiotropic effects on glycosylation and chain assembly.
    Kenter AL; Warren T; Shields D; Birshtein BK
    J Cell Biol   Jun 1984, 98 (6) p2215-21,  ISSN 0021-9525
Journal Code: HMV
    Contract/Grant No.: AI 13509; AI 10702
    Languages: ENGLISH
    Journal Announcement: 8409
    Two variants in immunoglobulin heavy chain production, derived from the MPC 11 mouse myeloma cell line, make short heavy (H) chains with identical precise deletions of the CH3 domain. The CH3 domain is expressed in the H chain mRNA from both variants. Although in vitro translation of this mRNA produces one H chain species, deleted heavy chains are secreted as heavy-light (HL) and H2L2 moieties in contrast to MPC 11, which secretes only H2L2 . The heavy chains of HL apparently contain more carbohydrate (CHO+) than do the H chains of H2L2 , and inhibition of N-linked glycosylation results in the secretion of relatively more H2L2 . Here we present evidence suggesting that (a) the absence of the CH3 domain has led to conformational changes in these molecules, (b) these changes permit posttranslational glycosylation, and (c) unrestrained glycosylation can frequently yield unusual CHO+ structures that make complete assembly unlikely.


22/7,JA,LA/9
05270003   84194003
    NH2-terminal hydrophobic region of influenza virus neuraminidase provides the signal function in translocation.
    Bos TJ; Davis AR; Nayak DP
    Proc Natl Acad Sci USA   Apr 1984, 81 (8) p2327-31,  ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: ROI AI-16348; ROI AI-12749; GM-07104
    Languages: ENGLISH
    Journal Announcement: 8408
    Influenza virus neuraminidase (NA), unlike the majority of integral membrane proteins, does not contain a cleavable signal sequence. It contains an NH2-terminal hydrophobic domain that functions as an anchor. We have investigated the signal function for translocation of this NH2-terminal hydrophobic domain of NA by constructing chimeric cDNA clones in which the DNA coding for the first 40 NH2-terminal hydrophobic amino acids of NA was joined to the DNA coding for the signal-minus hemagglutinin (HA) of influenza virus. The chimeric HA (N40H) containing the NH2 terminus of NA was expressed in CV1 cells by using a simian virus 40 late-expression vector. The chimeric HA is synthesized, translocated into the rough endoplasmic reticulum, and glycosylated, whereas HA lacking the signal sequence is present only in small amounts and is unglycosylated. These results clearly show that the NH2 terminus of NA, in addition to its anchor function, also provides the signal function in translocation. However, the acquisition of complex oligosaccharides and the transport of N40H to the cell surface are greatly retarded. To determine if the presence of two anchor sequences, one provided by NA at the NH2 terminus and the other provided by HA at the COOH terminus of N40H, was responsible for the slow transport, the NH2 terminus of NA was fused to an "anchorless" HA. The resulting chimeric HA (N40H482) contains the hydrophobic domain of NA at

AM 27 014727

AM-ITC 00454663

the NH2 terminus but lacks the HA anchor at the COOH terminus. N4OH482 was
synthesized and glycosylated; however, as with N4OH, the acquisition of
complex oligosaccharides and the migration to the cell surface are greatly
retarded. Immunofluorescence data also support that, compared to the native
HA, only a small amount of chimeric HA proteins is transported to the cell
surface. Thus, the hydrophobic NH2 terminus of NA, although capable of
providing the signal function in translocation across the rough endoplasmic
reticulum, interferes with the tra

22/7,JA,LA/10
05261856    84185856
Chinese hamster ovary cell variants resistant to monensin, an ionophoric
antibiotic. II. Growth requirement for insulin and altered insulin-receptor
activity.
   Sato Y; Ono M; Takaki R; Kuwano M
   J Cell Physiol    May 1984,  119 (2) p204-10,  ISSN 0021-9541
Journal Code: HNB
   Languages: ENGLISH
   Journal Announcement: 8408
   From  the Chinese hamster ovary (CHO) cell, genetic variants (MonR-31 and
MonR-32)  relatively  resistant to monensin, an ionophoric antibiotic, have
been  isolated.  Growth  of both MonR-31 and MonR-32 clones required higher
doses of serum than CHO. Addition of insulin to media containing a low dose
of  serum  restored  full colony formation, but growth of MonR-31 or MonR-32
cells    required    more    insulin  than  CHO  cells.  Specific  binding of
[125I]insulin  was  observed in these cell lines. The two MonR clones bound
about  one-half  or  less  the  [125I]insulin bound by CHO cells. Scatchard
analysis  for  [125I]insulin binding at 4 degrees C and 37 degrees C showed
altered  number  of  binding sites, but not insulin affinity: The number of
binding  sites  in  the  MonR  cell  was  about  a half or less that of the
parental  CHO  cell.  Down-regulation of insulin receptor was assayed when
both  CHO  and  MonR  cells  were  incubated with 1 microgram/ml insulin. A
50-60%  decrease  in  levels  of  insulin surface binding capacities was
observed  in  CHO after exposure to insulin, whereas there was no decrease in
MonR cell.  The  cellular  uptake of 2-[3H]deoxyglucose into CHO cells was
significantly enhanced in the presence of insulin, but only slight, if any,
increase was observed in MonR cells.

22/7,JA,LA/11
05256761    84180761
   BHK cell variant with defective fibronectin receptor function.
   Oppenheimer-Marks N; Border B; Grinnell F
   Cell Biol Int Rep    Feb 1984,  8 (2) p171-8,  ISSN 0309-1651
Journal Code: CRC
   Contract/Grant No.: CA14609
   Languages: ENGLISH
   Journal Announcement: 8408
   Baby     hamster     kidney     cells     were     mutagenized     with
N-methyl-N'-nitro-N-nitrosoguanidine and selected to obtain a population of
non-attaching  cells.  The  cell  variant  FN-1 was cloned from the
non-attaching  cell  population,  recloned,  and  tested for cell adhesive
interactions  using  four  different assays of fibronectin (pFN) receptor
function:  cell attachment and spreading on culture dishes and cell binding
and  phagocytosis  of latex beads. On pFN-coated culture dishes, FN-1 cells
had  decreased  attachment compared to  parental cells and were unable to
spread.  With  pFN-coated  beads,  only  one third as many pFN-bead binding
sites  could  be  detected  on FN-1 cells as on the parental cells, and the
FN-1  cells  were  unable  to  phagocytose  the  pFN-coated beads. In other

AM 27 014728

AM-ITC 00454664

studies, the variant cells were able to attach normally and spread partially on substrata coated with polycationic ferritin, concanavalin A, or anti-BHK cell surface antibody. The results suggest that the pFN-receptor function of FN-1 cells is defective.


22/7,JA,LA/12
05232538    84156538
  Microinjection of mRNA coding for an anti-Golgi antibody inhibits intracellular transport of a viral membrane protein.
  Burke B; Warren G
  Cell    Apr 1984,  36 (4) p847-56,  ISSN 0092-8674    Journal Code: CO4
  Languages: ENGLISH
  Journal Announcement: 8407
  Messenger RNA was prepared from a hybridoma cell line secreting a monoclonal antibody (53FC3) directed against a luminal epitope of a Golgi membrane protein (Mr = 135 kd) found in rodent cells. When this mRNA was microinjected into the cytoplasm of BHK cells, mouse IgG was seen to accumulate in the Golgi complex after 5-6 hr of incubation. No accumulation was seen in 3T3 cells which lack the epitope recognized by 53FC3. When microinjected BHK cells were infected with vesicular stomatitis virus, surface expression of the viral G protein was considerably reduced when compared with neighboring noninjected cells.


22/7,JA,LA/13
05218230    84142230
  Expression and regulation of human low-density lipoprotein receptors in Chinese hamster ovary cells.
  Sege RD; Kozarsky K; Nelson DL; Krieger M
  Nature   Feb 23-29 1984,  307 (5953) p742-5,  ISSN 0028-0836
Journal Code: NSC
  Contract/Grant No.: GM07753
  Languages: ENGLISH
  Journal Announcement: 8406
  Low-density lipoprotein (LDL), the major cholesterol transport component of human plasma, delivers cholesterol to mammalian cells via the LDL pathway of receptor-mediated endocytosis. LDL receptor activity and cholesterol biosynthesis are coordinately regulated by cholesterol-mediated feedback suppression. We have developed methods for the isolation of mutant and revertant (M.K., unpublished data) Chinese hamster ovary (CHO) cells having alterations in cholesterol biosynthesis and in the receptor-mediated endocytosis of LDL. The defective locus of one LDL receptor-negative CHO mutant (clone 7a-1) is apparently the structural gene for the LDL receptor (D. Kingsley, M. Segal and M.K., unpublished data). Here we have transfected 7a-1 cells with human DNA and selected colonies which synthesize functional human LDL receptors whose expression is regulated normally. This selection may prove useful for cloning genes required for the receptor-mediated endocytosis of LDL and other ligands and thus for elucidating the molecular defects responsible for familial hypercholesterolaemia, one of the most common genetic diseases in humans.


22/7,JA,LA/14
05217852    84141852
  Inducible expression of amplified human beta interferon genes in CHO cells.
  McCormick F; Trahey M; Innis M; Dieckmann B; Ringold G
  Mol Cell Biol   Jan 1984,  4 (1) p166-72,  ISSN 0270-7306
Journal Code: NGY

AM 27 014729

AM-ITC 00454665

Languages: ENGLISH
Journal Announcement: 8406
    Plasmid DNA containing the human beta-interferon (IFN-beta) gene and
mouse dihydrofolate reductase cDNA was transfected into dihydrofolate
reductase-negative Chinese hamster ovary cells. Dihydrofolate
reductase-positive transformants were obtained, and cells containing
amplified copies of mouse dihydrofolate reductase were selected by exposure
to increasing methotrexate concentrations. These cells were found to
express high levels of human IFN-beta after polyriboinosinic
acid-polyribocytidylic acid superinduction or NDV infection; this was a
result of coamplification of the IFN-beta gene. Levels of expression of 1
U/cell per day were achieved on superinduction, giving corresponding titers
of up to 10(10) U/liter medium in culture supernatants. Constitutive
production of IFN-beta rates of about 0.5% of superinduced rates was
observed; cells producing these levels of IFN-beta had acquired resistance
to cytotoxic antiviral effects of IFN-beta. Two forms of human IFN-beta
were produced; a major glycosylated 23,000-dalton form and an
unglycosylated 18,500-dalton form. The latter had greatly reduced antiviral
activity. IFN-beta production was very sensitive to cellular growth rate;
the highest levels were produced by density-arrested cultures. Regulation
of IFN-beta production by polyriboinosinic acid-polyribocytidylic acid or
by cell density effects required the presence of DNA sequences 5' to the
IFN-beta-coding sequences; replacement of these sequences with the simian
virus 40 early promoter resulted in uninducible, density-independent
production of IFN-beta.


  22/7,JA,LA/15
05195494    84119494
    Chimeric influenza virus hemagglutinin containing either the NH2 terminus
or the COOH terminus of G protein of vesicular stomatitis virus is
defective in transport to the cell surface.
    McQueen NL; Nayak DP; Jones LV; Compans RW
    Proc Natl Acad Sci USA   Jan 1984, 81 (2) p395-9,   ISSN 0027-8424
Journal Code: PV3
    Contract/Grant No.: R01 AI2749; R01 AI16348; R01 AI12680; +
    Languages: ENGLISH
    Journal Announcement: 8405
    Chimeric cDNA clones of influenza virus hemagglutinin (HA) were
constructed in which the DNA encoding either the NH2 terminus or the COOH
terminus of HA was replaced with that of a vesicular stomatitis virus G
protein. The chimeric cDNAs (GHA or HAG) were expressed in CV1 cells using
the simian virus 40 late replacement promoter. Both chimeric proteins are
synthesized, glycosylated, and transported to the rough endoplasmic
reticulum. These results show that the NH2-terminal sequences of vesicular
stomatitis virus G protein can provide a signal function for translocation
and the COOH-terminal sequences can provide the anchor function for the
influenza virus HA, when substituted for similar sequences. However, the
chimeric glycoproteins were not transported to the Golgi complex or the
plasma membrane. The implication of these results in translocation,
sorting, and transport processes is discussed.


  22/7,JA,LA/16
05163936    84087936
    Biosynthesis of N- and O-linked oligosaccharides of the low density
lipoprotein receptor.
    Cummings RD; Kornfeld S; Schneider WJ; Hobgood KK; Tolleshaug H; Brown MS
; Goldstein JL
    J Biol Chem   Dec 25 1983, 258 (24) p15261-73,   ISSN 0021-9258

AM 27 014730


AM-ITC 00454666