Journal Code: HIV
  Contract/Grant No.: R01 CA08759; HL 20948; 5 T32 HD07103
  Languages: ENGLISH
  Journal Announcement: 8404
    In human fibroblasts, the receptor for low density lipoprotein (LDL) is
synthesized as a precursor of apparent Mr = 120,000 which is converted to a
mature form of apparent Mr = 160,000, as determined by migration in sodium
dodecyl sulfate (SDS)-polyacrylamide gels (Tolleshaug, H., Goldstein, J.
L., Schneider, W. J., and Brown, M. S. (1982) Cell 30, 715-724). The
current paper describes the relationship of N- and O-glycosylation to this
post-translational modification. Oligosaccharides were analyzed from
precursor and mature forms of LDL receptors that had been
immunoprecipitated from cells grown in media containing radioactive sugars.
In human epidermoid carcinoma A-431 cells, the receptor precursor appears
to contain one N-linked high mannose oligosaccharide and approximately 6-9
N-acetylgalactosamine residues linked O-glycosidically to Ser/Thr residues.
In the mature receptor, the O-linked oligosaccharides are mono- and
disialylated species having the core structure of galactose leads to
N-acetylgalactosamine leads to Ser/Thr. The single N-linked oligosaccharide
of the mature receptor can either be a tri- or tetraantennary complex-type
species. Similar results were obtained with normal human fibroblast
receptor except that the O-linked oligosaccharides on the precursor are
neutral disaccharides, of which one component is GalNAc and the N-linked
complex type unit on the mature receptor is less branched. Since the
addition of GalNAc residues to Ser/Thr residues precedes the conversion of
N-linked high mannose-type oligosaccharides to complex-type structures, the
transfer of N-acetylgalactosamine must occur prior to the entry of
glycoproteins into the region of the Golgi containing the processing enzyme
alpha-mannosidase I. We also studied the receptor from tunicamycin-treated
cells and after treatment with neuraminidase. In addition, we analyzed the
receptor synthesized by a lectin-resistant clone of Chinese hamster ovary
cells that is deficient in adding galactose


  22/7,JA,LA/17
05106747  84030747
    Supplementary factors required for serum-free culture of rat kidney cells
of line NRK-49F.
    Bradshaw GL; Dubes GR
    In Vitro   Oct 1983,  19  (10) p735-42,  ISSN 0073-5655   Journal Code:
GHD
    Languages: ENGLISH
    Journal Announcement: 8402
    Factors required as supplements to basal tissue culture medium for the
multiplication of cells of the cloned rat fibroblast line called normal rat
kidney 49F (NRK-49F) were identified as epidermal growth factor,
fibronectin, insulin, and retinoic acid. The requirement for fibronectin
was manifested on a clean glass surface but not on the polystyrene plastic
surface tested. This set of required factors differs substantially from the
factor sets required by the Madin-Darby canine kidney (MDCK) and LLC-PK1
pig kidney lines of epithelial cells and the baby hamster kidney 21
(BHK-21) line of fibroblasts. The serum-free medium supplemented with the
four factors supported rapid growth of NRK-49F cells when the initial cell
population density was about 8,000 cells/cm2 or greater. At lower initial
densities, cell multiplication was markedly increased by adding serum-free
medium that had been conditioned by NRK-49F cells. Cell growth rate in the
defined serum-free medium stayed high through two serial passages but
declined in the third serial passage unless the cell-conditioned medium was
added.


                                              AM 27 014731


                                    AM-ITC 00454667

                                                    Dockets.Justia.com

22/7,JA,LA/18
05102233    84026233
Hybrid, sialylated N-glycans accumulate in a ricin-resistant mutant of baby hamster kidney BHK cells.
Hughes RC; Mills G; Stojanovic D
Carbohydr Res    Aug 16 1983,    120 p215-34,    ISSN 0008-6215
Journal Code: CNY
Languages: ENGLISH
Journal Announcement: 8402

Glycoproteins synthesized in a ricin-resistant mutant of BHK cells, clone RICR21, were labelled by growth of the cells in radioactive D-mannose, D-glucosamine, or L-fucose. Glycopeptides obtained from disrupted cells by exhaustive digestion with Pronase were fractionated into components binding to concanavalin A-Sepharose and nonbinding components. The binding components eluted with methyl alpha-D-mannopyranoside were separated by gel filtration on Bio-Gel P-4 into two main subfractions: an oligomannosidic fraction that was susceptible to Jack bean alpha-D-mannosidase and a fraction that became totally degraded only in the additional presence of neuraminidase, beta-D-galactosidase, and N-acetyl-beta-D-glucosaminidase. Further analysis of the latter fraction by exoglycosidase digestion together with consideration of the known pathways for the biosynthesis of asparagine-linked sugar chains of glycoproteins was consistent with a "hybrid" structure containing a NeuAc leads to Gal leads to GlcNAc sequence linked to the alpha-D-mannosyl-(1 leads to 3) residue of the core sequence, and a terminal alpha-D-mannosyl group linked to the alpha-(1 leads to 6) branch of the core sequence. The hybrid fraction was labelled after growth of the cells in radioactive L-fucose and was adsorbed to a lentil lectin-Sepharose column indicating the presence of core fucosylation. The novel structure represented about 30-35% of the total cellular glycopeptides of RICR21 cells and was not present in the glycopeptides of normal, ricin-sensitive BHK cells. Conversely, double-branched (biantennary) complex N-glycans, a prominent constituent of BHK cell glycoproteins, were absent in RICR21 cells, and analysis of the nonbinding fraction obtained from concanavalin A-Sepharose indicated that triple- and quadruple-branched (tri- and tetra-antennary), complex N-glycans present in normal BHK cell glycoproteins were also absent.

22/7,JA,LA/19
05067018    83300018
Amphotericin B selection of mutant Chinese hamster cells with defects in the receptor-mediated endocytosis of low density lipoprotein and cholesterol biosynthesis.
Krieger M; Martin J; Segal M; Kingsley D
Proc Natl Acad Sci USA    Sep 1983,    80 (18) p5607-11,    ISSN 0027-8424
Journal Code: PV3
Contract/Grant No.: GM30243
Languages: ENGLISH
Journal Announcement: 8312

This paper describes a rapid and efficient two-step procedure for the isolation of mutant cells with defects in receptor-mediated endocytosis. The procedure takes advantage of two fungal metabolites, compactin (ML236B), a potent inhibitor of cholesterol biosynthesis, and amphotericin B, a polyene antibiotic that forms toxic complexes with sterols in membranes. Mutagen-treated Chinese hamster ovary cells were preincubated overnight in a medium containing mevalonate, low density lipoprotein (LDL), and compactin (Mev/LDL/Com). At the end of the preincubation period, wild-type cells were cholesterol replete while mutant cells that could not utilize the cholesterol in LDL were cholesterol deficient. Subsequent

incubation with amphotericin B for 6 hr killed most of the wild-type cells. After a second round of Mev/LDL/Com-amphotericin B selection, endocytosis-defective clones appeared at a frequency of approximately equal to 2.6 X 10(-5). Some of these clones expressed LDL receptor-defective phenotypes and fell into one of two previously defined classes of mutation. Sensitivity of the mutants to infection by vesicular stomatitis virus suggested that the mutations do not disrupt the coated pit-coated vesicle pathway of endocytosis. Minor modifications in the Mev/LDL/Com-amphotericin B selection permit the isolation of cholesterol auxotrophs and might allow the isolation of conditional-lethal mutations. Because LDL can be coupled to ligands that bind to receptors other than the LDL receptor, Mev/LDL/Com-amphotericin B selection may permit the isolation of mutant cells with defects that specifically disrupt other endocytic pathways.


22/7,JA,LA/20
05061700    83294700
    Synthesis of hepatitis B surface antigen in mammalian cells: expression of the entire gene and the coding region.
    Laub O; Rall LB; Truett M; Shaul Y; Standring DN; Valenzuela P; Rutter WJ
    J Virol  Oct 1983,  48 (1) p271-80,  ISSN 0022-538X    Journal Code: KCV
    Languages: ENGLISH
    Journal Announcement: 8312
    We have constructed two simian virus 40 early replacement recombinants that have the coding sequences for hepatitis B virus surface antigen (HBsAg). One construction, LSV-HBsAg, has the coding region for HBsAg but not the portion encoding the putative pre-surface antigen leader. Transformed monkey kidney cells (COS) infected with this recombinant express large quantities of the characteristic partially glycosylated HBsAg molecule, which are assembled into 22-nm particles that appear similar to those produced by human liver cells infected with hepatitis B virus. This result indicates that the pre-surface antigen sequences are not required for the synthesis of HBsAg or its assembly into particulate structures. The second recombinant, LSV-HBpresAg, has the entire surface antigen gene, including the putative promoter and pre-surface antigen region. COS cells infected with this recombinant plasmid produce 40- to 50-fold less HBsAg than those infected with the LSV-HBsAg recombinant plasmid. RNA mapping studies suggest that the transcription of the HBsAg gene is initiated at more than one site, or alternatively, that RNA splicing of transcripts occurs in the pre-surface antigen region.


22/7,JA,LA/21
05040674    83273674
    Expression and characterization of the product of a human immune interferon cDNA gene in Chinese hamster ovary cells.
    Scahill SJ; Devos R; Van der Heyden J; Fiers W
    Proc Natl Acad Sci USA  Aug 1983,  80 (15) p4654-8,  ISSN 0027-8424
Journal Code: PV3
    Languages: ENGLISH
    Journal Announcement: 8311
    Cotransformation with two plasmids, one [pSV2-IFN-gamma] encoding human immune interferon (Hu IFN-gamma) and the other [pAdD26SV(A)-3] encoding mouse dihydrofolate reductase, has been used to establish Chinese hamster ovary (CHO) cell lines that secrete high levels of Hu IFN-gamma. Hu IFN-gamma production by the transformed CHO cell lines E-108 and E-10C reached approximately 50,000 units/ml of culture medium, which compares favorably with that of stimulated lymphocytes. Furthermore, as the Hu IFN-gamma cDNA gene used in these studies is under the transcriptional control of the simian virus 40 early promoter, Hu IFN-gamma production is

AM 27 014733

AM-ITC 00454669

constitutive and thus does not require induction. CHO-produced Hu IFN-gamma migrates as two bands corresponding to molecular weights of 25,000 and 21,000 on NaDodSO4/polyacrylamide gels. These two species are shown to be the products of a single gene. As the molecular weight of native Hu IFN-gamma is around 55,000, it is likely to be a dimer. We have shown that the subunits of such a dimer cannot be linked by a disulfide bridge(s). Hu IFN-gamma from CHO cells is likely to be glycosylated and this should now permit comparison of the biological activities of glycosylated and nonglycosylated (bacterially produced) Hu IFN-gamma in animal studies.


22/7,JA,LA/22
05031556  83264556
Fibronectin and anchorage-independent and anchorage-dependent growth of benign and malignant cell lines.
  Dodson MG; Gelder FB; Slota J; Lange C
  Int J Cancer  Aug 15 1983, 32 (2) p211-7,  ISSN 0020-7136
Journal Code: GGU
  Contract/Grant No.: RR-00350
  Languages: ENGLISH
  Journal Announcement: 8311
  The presence of fibronectin in three "malignant" (AU-471, AU-436, LT-2) and two "benign" (BHK-21, WI-38) cell lines was demonstrated with a fluorescent antibody technique; two malignant (AU-471, AU-436) cell lines were fibronectin-negative and one (LT-2) retained fibronectin expression. One "benign" cell line (WI-38) expressed fibronectin, the other (BHK-21) did not. Anchorage-independent soft agar (AISA) growth correlated better with loss of fibronectin than with malignant potential. All three fibronectin-negative cell lines (benign and malignant) grew anchorage-independently (AU-471, AU-436, BHK-21), and both fibronectin-positive cell lines were anchorage-dependent (LT-2, WI-38). Surprisingly, the addition of Clg to anchorage-independent cells increased their anchorage-independent soft-agar cloning efficiency, but had no effect on anchorage-dependent cell lines. Anti-Clg antibodies decreased AISA growth. The effect of Clg on anchorage-independent growth varied with the concentration, and also between cell lines, and a variation in effect was noted between anchorage-independent (AISA) and anchorage-dependent (in flasks) growth even in the same cell line.


22/7,JA,LA/23
05026031  83259031
  Daunorubicin-resistant Chinese hamster ovary cells expressing multidrug resistance and a cell-surface P-glycoprotein.
  Kartner N; Shales M; Riordan JR; Ling V
  Cancer Res  Sep 1983, 43 (9) p4413-9,  ISSN 0008-5472  Journal Code: CNF
  Languages: ENGLISH
  Journal Announcement: 8311
  Independent lines of Chinese hamster ovary cells resistant to the antineoplastic drug, daunorubicin, were obtained by clonal isolation in increasing drug concentrations. A single daunorubicin-resistant phenotype typified by reduced cellular drug accumulation was observed. These mutants displayed a complex phenotype of resistance to a variety of unrelated drugs. Such properties are similar to those of membrane-altered colchicine-resistant lines (V. Ling and L.H. Thompson, J. Cell. Physiol., 83: 103-116, 1974). Analysis of the plasma membrane components of the daunorubicin-resistant clones by gel electrophoresis revealed a prominent cell surface glycoprotein with a molecular weight of about 170,000. This component was immunologically cross-reactive with the cell surface

AM 27 014734

AM-ITC 00454670

P-glycoprotein of about the same molecular weight, previously identified in colchicine-resistant cells. Thus, it appears that the mechanism of resistance characterized by P-glycoprotein expression could be the basis of many drug-resistant phenotypes.


22/7,JA,LA/24
04999877   83232877
    Complementation  of  mutations  in  the  LDL pathway of receptor-mediated endocytosis  by  cocultivation  of  LDL receptor-defective hamster cell mutants.
    Krieger M
    Cell    Jun 1983,  33 (2) p413-22,  ISSN 0092-8674    Journal Code: C04
    Contract/Grant No.: KO4-HL00960; RO1-GM30243
    Languages: ENGLISH
    Journal Announcement: 8310
    We have previously isolated Chinese hamster ovary (CHO) cell mutants that do not express low density lipoprotein (LDL) receptors. When one mutant clone was cocultivated with other receptor-defective clones, it was induced to express receptors that could mediate normal endocytosis. These LDL receptor-defective clones defined two classes of mutations: cbc (complemented by cocultivation) and icc (inducer cells in cocultivation). The induction and short-term (18 hr) stability of LDL receptors in cbc cells did not require protein synthesis by icc cells. Receptor activity could not be induced by DMSO, 5-azacytidine, phosphatidylcholine liposomes, dibutyryl cAMP, compactin, soybean trypsin inhibitor, low temperature (30 degrees C), or conditioned medium, but could be induced by cocultivation with parental CHO cells and normal and LDL receptor-negative human fibroblasts. Complementation by cocultivation only occurred when the cbc and inducing cells were in close proximity, suggesting that an unstable diffusible factor or intimate cell-to-cell association was required for complementation.


22/7,JA,LA/25
04935895   83168895
    Constitutive,  long-term production of human interferons by hamster cells containing multiple copies of a cloned interferon gene.
    Haynes J; Weissmann C
    Nucleic Acids Res    Feb 11 1983,  11 (3) p687-706,  ISSN 0301-5610
    Journal Code: 08L
    Languages: ENGLISH
    Journal Announcement: 8307
    Hybrid plasmids containing the mouse dihydrofolate reductase (dhfr) and a human interferon (either IFN-alpha 5 or IFN-gamma) coding sequence under the control of viral promoters were transfected into dhfr- Chinese hamster ovary (CHO) cells. dhfr+ colonies produced IFN at 10-1000 units X ml-1 X day-1. Clones selected in methotrexate had a 20-50-fold increase in the IFN-alpha 5 and dhfr DNA and mRNA content and secreted IFN at 20,000-100,000 units X ml-1 X day-1. SDS-polyacrylamide gel electrophoresis of partially purified 35S-HuIFN-gamma from CHO cells showed a multiple of labeled bands with a mobility corresponding to 22,400 to 23,400 daltons which was absent in the supernatants of non-transformed CHO cells. The higher apparent molecular weight of human IFN-gamma from CHO cells as compared to that of human IFN-gamma from E. coli (about 18,800) suggests that the former was glycosylated.


22/7,JA,LA/26
04927745   83160745

AM 27 014735

AM-ITC 00454671

The human fibroblast interferon gene(s) and their expression in heterologous cells.
Fiers W; Degrave W; Derynck R; Devos R; Gheysen D; Remaut E; Stanssens P; Tavernier J; Content J; De Clercq E
Int Symp Princess Takamatsu Cancer Res Fund   1982,   12 p227-36,
Journal Code: HHI
  Languages: ENGLISH
  Journal Announcement: 8307
  A clone has been identified which contains the genetic information specifying human fibroblast interferon (beta 1) and which was derived from a messenger RNA population. On the basis of the nucleotide sequence the complete amino acid sequence (166 residues) of human fibroblast interferon was deduced. It is preceded by a 21 amino acids long signal sequence. Also, a genomic clone was isolated and characterized in detail; on this basis we can conclude that the interferon beta 1 gene does not contain introns. The nucleotide sequence of the putative promoter region was deduced and compared with other eukaryotic promoters. So far, no evidence has been obtained for other human interferons of the fibroblast type. The interferon beta 1 was expressed in the mature form of Escherichia coli without glycosylation. Fully processed interferon was obtained by transfection of monkey CV1-cells with an SV40-derivative, in which the interferon gene replaced the major structural protein VP1.


  22/7,JA,LA/27
  04820132   83053132
  The ovary: a target organ for 1,25-dihydroxyvitamin D3.
  Dokoh S; Donaldson CA; Marion SL; Pike JW; Haussler MR
  Endocrinology   Jan 1983,   112 (1) p200-6,   ISSN 0013-7227
Journal Code: EGZ
  Contract/Grant No.: AM-15781
  Languages: ENGLISH
  Journal Announcement: 8303
  Using both clonal Chinese hamster ovary (CHO) cells in culture and the hen ovary, we have searched for the presence of specific 1,25-dihydroxyvitamin D3 [1,25-(OH)2D3] receptors. Receptor analyses were carried out on high salt cytosols of CHO cells and high salt extracts of hen ovarian nuclei that were originally isolated in low salt buffer. Both CHO and hen ovary contain a specific high affinity 1,25-(OH)2D3 receptor (Kd = 10(-10) - 10(-11) M), which sediments (3.3S) in high salt sucrose gradients identically to the chick intestinal receptor for 1,25-(OH)2D3. This 3.3S macromolecule from both sources absorbed to DNA-cellulose at 0.1 M KCl and eluted during a linear salt gradient at 0.2-0.22 M KCl, a property characteristic of the 1,25-(OH)2D3 receptor. Saturation analysis indicated that there are approximately 2000 copies of the receptor molecule per CHO cell. We also investigated the effect of 1,25-(OH)2D3 on ovarian cell growth in monolayer culture of CHO cells. Significant inhibition of CHO cell growth (up to 60%) was observed in the presence of physiological (100 pM) levels of 1,25-(OH)2D3 in the culture medium. This inhibition of growth was dose dependent and was accompanied by a parallel decrease in total cell protein. Concentrations of 25-hydroxyvitamin D3 and 24,25-dihydroxyvitamin D3 as high as 1 nM did not affect CHO cell growth, indicating that, like receptor binding, cell proliferation is selectively influenced by 1,25-(OH)2D3 over other vitamin D metabolites. These data demonstrate that ovarian cells in mammals and birds possess the 1,25-(OH)2D3 receptor which may play a role in the effect of 1,25-(OH)2D3 on the growth of these cells in culture.


  22/7,JA,LA/28


AM 27 014736

AM-ITC 00454672

04728815    82271815
    Selection of mutant Chinese hamster ovary cells altered glycoproteins by
means of tritiated fucose suicide.
    Hirschberg CB; Baker RM; Perez M; Spencer LA; Watson D
    Mol Cell Biol    Oct 1981, 1 (10) p902-9,  ISSN 0270-7306
Journal Code: NGY
    Contract/Grant No.: GM 30365; GM 21665; CA 26712; +
    Languages: ENGLISH
    Journal Announcement: 8212
    Mutant Chinese hamster ovary cells altered in glycoproteins have been
isolated by selecting for ability to survive exposure to [6-3H]fucose.
Mutagenized wild-type cells were permitted to incorporate [3H]fucose to
approximately 1 cpm of trichloroacetic acid-insoluble radioactivity per
cell and then frozen for several days to accumulate radiation damage. The
overall viability of the population was reduced by 5- to 50-fold. Four
consecutive selection cycles were carried out. The surviving cells were
screened by replica plating-fluorography for clones showing decreased
incorporation of fucose into trichloroacetic acid-insoluble macromolecules.
Considerable  enrichment  for  cells  deficient  in  fucose  uptake  or
incorporation into proteins (or both) was found in populations surviving
the later selection cycles. Two mutant clones isolated after the fourth
selection cycle had the same doubling time as the wild type, but contained
only 30 to 40% as much fucose bound to proteins as the wild type. Sialic
acid contents of the mutants and the wild type were similar. The mutants
differed quantitatively and qualitatively from the wild type and from each
other with respect to total glycoprotein profiles as visualized by sodium
dodecyl sulfate gel electrophoresis. Differences were also found in
resistances to cytotoxicity of lectins such as concanavalin A and wheat
germ agglutinin.


    22/7,JA,LA/29
    04721222    82264222
    Attachment of gonococcal pili to lectin-resistant clones of Chinese
hamster ovary cells.
    Gubish ER Jr; Chen KC; Buchanan TM
    Infect Immun    Jul 1982, 37 (1) p189-94,  ISSN 0019-9567
Journal Code: G07
    Contract/Grant No.: 1-AI-52535; 1-AI-13149
    Languages: ENGLISH
    Journal Announcement: 8212
    Pili facilitate the attachment of virulent Neisseria gonorrhoeae to host
cells. Isolated pili and peptides from pili obtained by cyanogen bromide
cleavage were used in attachment assays to Chinese hamster ovary cells and
their lectin-resistant clones. Pili and the largest cyanogen bromide
fragment (CNBrI) from the amino-terminal portion of the pilin molecule
attached to a greater degree to the parent cell and showed 40 to 75%
reduced attachment to clones deficient in cell surface oligosaccharides.
The CNBrI fragment, with a molecular weight of approximately 10,000, bound
specifically to host proteins with subunit molecular weights of 14,000 to
16,000 that were electrophoretically transferred onto nitrocellulose sheets
from polyacrylamide gel patterns of host cells. Periodate or galactosidase
treatment of pili or the CNBrI fragment markedly reduced attachment,
suggesting the importance of galactose residues on pili for their
attachment function. Similarly, highly purified exoglycosidase or trypsin
treatment of the parent cell reduced attachment, suggesting that
oligosaccharide moieties of cell surface components (glycoproteins or
glycolipids or both) were receptors for pili attachment. This study
indicated that the portion of the pilin molecule involved in attachment
resides on the CNBrI fragment and that sugar moieties, both on pili and on

AM 27 014737

AM-ITC 00454673

the host cell, were required for optimal attachment.


22/7,JA,LA/30
04696563   82239563
    Autoradiographic detection and characterization of a Chinese hamster
ovary cell mutant deficient in fucoproteins.
    Hirschberg CB; Perez M; Snider M; Hanneman WL; Esko J; Raetz CR
    J Cell Physiol   Jun 1982, 111 (3) p255-63,  ISSN 0021-9541
Journal Code: HNB
    Contract/Grant No.: CRIC 77015; GM 30365; AM 21722; +
    Languages: ENGLISH
    Journal Announcement: 8211
    Autoradiography of colony replicas immobilized on filter paper was used
to isolate a Chinese hamster ovary cell line deficient in incorporation of
radiolabeled fucose into a trichloroacetic acid-insoluble fraction. This
cell line, called 62.1, has the same growth rate at 37 degrees C as
wild-type cells, but incorporates five times less fucose into
acid-insoluble radioactivity. Chemical analysis of fucose bound to
macromolecules also showed a fivefold reduction in the mutant. The
fucoproteins of the mutant cell line differ qualitatively from those of
wild-type cells as visualized by SDS gel electrophoresis fluorography; no
differences were detected between total proteins as visualized by coomassie
blue staining. The macromolecular sialic acid content of the mutant was
somewhat higher than the wild type (20%). Studies of the synthesis of the
glycoprotein of vesicular stomatitis virus in mutant and wild-type cells
showed that the mutant is unable to synthesize complex-type N-linked
oligosaccharides. Enzyme assays show that this defect in the mutant is due
to reduction in UDP-N-acetylglucosamine-glycoprotein N-acetyl-glucosaminylt
ransferase, a key enzyme in the assembly of complex glycopeptides.
Hybridization studies have shown that mutant 62.1 has common mutations
belonging to the same complementation group as mutant PhaR1-1. This latter
mutant was previously isolated using lectin resistance by Stanley et al.
(1975) and was also deficient in the above
N-acetyl-glucosaminyltransferase.
    ?t22/7,la/31-62



22/7,LA/31
04696408   82239408
    Increase of a surface glycoprotein by cyclic AMP in Chinese hamster ovary
cells. Dependence on cell-cell interaction.
    Imada S; Imada M
    J Biol Chem   Aug 10 1982, 257 (15) p9108-13,  ISSN 0021-9258
Journal Code: HIV
    Contract/Grant No.: CA-15823; CA-22096
    Languages: ENGLISH
    Cell surface proteins and glycoproteins of the CHO-K1 clone of Chinese
hamster ovary cells were radiolabeled by surface-specific reactions as well
as by metabolic incorporation of glycoprotein precursors. After the
proteins were separated by two-dimensional gel electrophoresis, they were
quantified according to the amount of radioactivity which was associated
with individual proteins spots. A glycoprotein of 133,000 daltons (P133-11)
wa found to increase severalfold by the elevation of the cytoplasmic level
of adenosine 3':5'-cyclic monophosphate. In this paper, we report that the
increase of P133-11 was more efficient in dense cultures than in sparse
cultures. The use of conditioned medium or frequent medium changes during
the treatment with the cyclic nucleotide did not influence the efficiency
of the increase of the glycoprotein, indicating that the enrichment or

AM 27 014738

AM-ITC 00454674

exhaustion of diffusible materials was not responsible for this density-dependent phenomenon. The same conclusion was drawn from an experiment in which the amount of P133-11 was compared between homogeneously plated sparse cultures and cultures containing the same number of cells in the form of colonies with well contacted cells at an average density of 400 cells/colony. The increase of the protein was higher in the latter type of cell cultures. We, therefore, propose that the interaction of surface components upon cell-cell contact plays a role in the expression of P133-11 surface glycoprotein.


22/7,LA/32
04601418    82144418
   Sulphated glycoproteins induced by herpes simplex virus.
   Hope RG; Palfreyman J; Suh M; Marsden HS
   J Gen Virol    Feb 1982, 58 (Pt 2) p399-415,  ISSN 0022-1317
Journal Code: I9B
   Languages: ENGLISH
   BHK cells infected with strain 17 syn+ (HSV-1) or HG52 (HSC-2) incorporated inorganic sulphate into polypeptides which co-migrated on SDS-polyacrylamide gels with virus-induced glycoproteins. The major sulphated glycoprotein was glycoprotein E. In addition, less-intense sulphated bands co-migrated with glycoprotein D and HSV-1 glycoprotein A/B/C. Sulphate label co-migrating with HSV-2 glycoprotein A/B/C was occasionally observed. We have investigated which sulphated polypeptides are excreted from infected cells. Major ones of apparent mol. wt. 32000, 34000 and 35000 were excreted from cells infected with syn+. In addition, polypeptides which migrated in the vicinity of glycoprotein D were often excreted from cells infected with either 17 syn+ or HG52. The 32K, 34K and 35K polypeptides were antigenically related to glycoprotein D and over 95% of the total amount synthesized was excreted. Analysis of intracellular sulphated polypeptides using intertypic recombinants mapped glycoprotein E to between 0.832 and 0.950 units of the HSV genome.


22/7,LA/33
04488059    82031059
   Transient activity of Golgi-like membranes as donors of vesicular stomatitis viral glycoprotein in vitro.
   Fries E; Rothman JE
   J Cell Biol    Sep 1981, 90 (3) p697-704,  ISSN 0021-9525
Journal Code: HMV
   Contract/Grant No.: AM-27044
   Languages: ENGLISH
   Previous reports demonstrated that the vesicular stomatitis viral glycoprotein (G protein), initially present in membranes of a Chinese hamster ovary mutant cell line (clone 15B) that is incapable of terminal glycosylation, can be transferred in vitro to exogenous Golgi membranes and there glycosylated (E. Fries and J. E. Rothman, 1980, Proc. Natl. Acad. Sci., U. S. A. 77:3870-3874; and J. E. Rothman and E. Fries, 1981, J. Cell Biol. 89:162-168). Here we present evidence that Golgi-like membranes serve as donors of G protein in this process. Pulse-chase experiments revealed that the donor activity of membranes is greatest at approximately 10 min of chase, a time when G protein has been shown to have arrived in Golgi stacks (J. E. Bergmann, K. T. Tokuyasu, and S. J. Singer, 1981, Proc. Natl. Acad. Sci. U. S. A. 78:1746-1750). Additional evidence that the G protein that is transferred to exogenous Golgi membranes in vitro had already entered the Golgi membranes in vivo was provided by observations that its oligosaccharides had already been trimmed, and that its distribution in a sucrose density gradient was coincident with that of enzymatic markers of

AM 27 014739

AM-ITC 00454675

Golgi membranes. The capacity of this Golgi-like membrane to serve as donor is transient, declining within 5 min after "trimming" in vivo as the G protein enters a "nontransferable" pool. The rapidity of the process suggests that both the "transferable" and "nontransferable" pools of G protein reside in Golgi-like membranes.


22/7,LA/34
04387419   81215419
 Selective stimulation of the synthesis of an 80,000-dalton protein by calcium ionophores.
  Wu FS; Park YC; Roufa D; Martonosi A
  J Biol Chem   Jun 10 1981, 256 (11) p5309-12, ISSN 0021-9258
Journal Code: HIV
 Contract/Grant No.: AM 18117; AM 26545
 Languages: ENGLISH
 Brief exposure of cultured chicken pectoralis muscle cells to ionomycin or A23187 selectively increases the rate of incorporation of [35S]methionine into an 80,000-dalton protein was also observed upon cell-free translation of poly(A)-enriched RNA isolated from ionomycin-treated, as compared with control, cultures. These observations suggest that ionomycin selectively increases the cellular concentration of mRNA, which codes for the 80,000-dalton protein. The effect is probably mediated through an increase in cytoplasmic [Ca2+] caused by the ionophore. A similar effect of ionomycin was observed in cultured fibroblasts, HeLa cells, mouse LSP cells, and monkey kidney CV1 cells.


22/7,LA/35
04320812   81148812
 Two distinct mechanisms of fibroblast adhesion.
  Harper PA; Juliano RL
  Nature   Mar 12 1981, 290 (5802) p136-8, ISSN 0028-0836
Journal Code: NSC
 Languages: ENGLISH
 The adhesion of cells to the connective tissue matrix is commonly thought to be governed by fibronectin, a pericellular glycoprotein with binding sites for cell surfaces, collagen and glycosaminoglycans. Here we report evidence that Chinese hamster ovary (CHO) cells possess an alternative mechanism for adhesion which is independent of fibronectin. Cells of a variant CHO clone called ADvF11 are defective in their ability to adhere to fibronectin-coated substrata, but can adhere to a substratum coated with SAM (substrate-attached material), a pericellular material produced by fibroblasts. The adhesion of wild-type CHO cells to fibronectin-coated substrate and adhesion of ADvF11 cells to SAM-coated substrata are differentially sensitive to proteolytic treatment. This suggests that there are two distinct adhesion mechanisms for CHO cells, only one of which is dependent on fibronectin.


22/7,LA/36
04289490   81117490
 Isolation and characterization of Chinese hamster ovary cell variants defective in adhesion to fibronectin-coated collagen.
  Harper PA; Juliano RL
  J Cell Biol   Dec 1980, 87 (3 Pt 1) p755-63, ISSN 0021-9525
Journal Code: HMV
 Languages: ENGLISH
 Variant clones of Chinese hamster ovary (CHO) cells were selected for reduced adhesion to serum-coated tissue culture plates. These clones also

AM 27 014740

AM-ITC 00454676

displayed reduced adhesion to substrata composed of collagen layers coated with bovine serum or with fibronectin (cold-insoluble globulin). Wild-type (WT) and adhesion variant (ADv) cells grew at comparable rates in suspension culture, but the adhesion variants could not be grown in monolayer culture because of their inability to attach to the substratum. The adhesion deficit in these cells was not corrected by raising the concentration of divalent cations or of serum to levels 10-fold greater than those normally utilized in cell culture. However, both WT and ADv clones could adhere, spread, and attain a normal CHO morphology on substrata coated with concanavalin A or poly-L-lysine. In addition, the adhesion variants could attach to substrata coated with "footpad" material (substratum-attached material) derived from monolayers of human diploid fibroblasts or WT CHO cells. These observations suggest that the variant clones may have a cell surface defect that prevents them from utilizing exogeneous fibronectin as an adhesion-promoting ligand; however the variants seem to have normal cytoskeletal and metabolic capacities that allow them to attach and spread on substrata coated with alternative ligands. These variants should be extremely useful in studying the molecular basis of cell adhesion.


22/7,LA/37
04242014   81070014
Inhibition of fibronectin-mediated adhesion of hamster fibroblasts to substratum: effects of tunicamycin and some cell surface modifying reagents.
Butters TD; Devalia V; Aplin JD; Hughes RC
J Cell Sci   Aug 1980, 44 p33-58, ISSN 0021-9533 · Journal Code: HNK
.Languages: ENGLISH
Using baby hamster kidney (BHK) fibroblasts we have studied the effect of tunicamycin, a specific inhibitor of protein glycosylation, on the ability of trypsinized cells to attach and spread onto fibronectin. Tunicamycin inhibited mannose incorporation into total acid-precipitable glycoproteins by at least 95% while glucosamine and leucine incorporation were less or hardly inhibited. Hydrolysis and analysis of [3H]glucosamine-labelled glycoproteins showed that radioactivity incorporated into cells exposed to tunicamycin was present predominantly as galactosamine, presumably present in O-glycosidically linked glycan chains whose assembly is insensitive to the drug. Treated cells exhibit reduced amounts of surface-associated fibronectin and adhere relatively poorly to plastic or collagen surfaces pre-coated with plasma or BHK cell-derived fibronectins at the minimum concentrations required to induce nearly quantitative attachment and spreading of untreated cells. Drug-treated cells do adhere and spread into a bipolar configuration on surfaces saturated with fibronectin. Cells treated with tunicamycin and then grown in the absence of the drug revert to a more normal behaviour, indicating that under certain conditions the effects of the drug are reversible. Fibronectin-mediated spreading of trypsinized BHK cells is also inhibited by pre-treatment of cells with several non-penetrating reagents reactive with cell surface amino groups, namely pyridoxal phosphate, trinitrobenzene sulphonate and fluorescein 5-isothiocyanate. Analysis of surface substitution indicates a strong correlation between the extent of amino group substitution and inability of treated cells to interact with a fibronectin lattice. While the extent of attachment under these conditions is normal, cells pretreated with a specific non-penetrating thiol reagent, p-chloromercuribenzenesulphonate fail to attach to fibronectin-coated culture dishes in a dose-dependent fashion, indicating that a biochemical di


22/7,LA/38


AM 27 014741

AM-ITC 00454677

04241863    81069863
Synthesis of the N-linked oligosaccharides of glycoproteins. Assembly of the lipid-linked precursor oligosaccharide and its relation to protein synthesis in vivo.

Hubbard SC; Robbins PW

J Biol Chem   Dec 25 1980,  255 (24) p11782-93,  ISSN 0021-9258
Journal Code: HIV
Contract/Grant No.: CA14142; CA14051; 1-F32-CA06114-01
Languages: ENGLISH

The asparagine-linked oligosaccharides of chick embryo fibroblast glycoproteins were previously shown to derive from a common lipid-linked precursor, Glc3Man9GlcNAc2. The formation of this precursor oligosaccharide was examined in intact chick embryo fibroblasts, NIL-8 cells, and Chinese hamster ovary cells. The labeling kinetics and compositions of the lipid-linked oligosaccharides were examined, and the results indicate that lipid-linked Man5GlcNAc2 is rapidly assembled (< 1.5 min) and then extended (< 2.5 min) to Glc3Man9GlcNAc2 via the intermediate Man8GlcNAc2. Chain elongation from Man5GlcNAc2- to Man8GlcNAc2-lipid probably occurs by addition of single mannose residues. The pool of lipid-linked Glc3Man9GlcNAc2 turns over with a half-time of 3.5 to 6 min; since there is little if any degradation (the mannose residues do not turn over), this reflects the rate at which completed chains are transferred to acceptor proteins. The same intermediates and similar kinetics were observed in all three cell types. Oligosaccharide-lipid assembly was also examined in cells in which protein synthesis was decreased (using actinomycin D to depress levels of mRNA) or abolished (using cycloheximide). The results indicate that the rate of oligosaccharide-lipid synthesis is proportional to the rate of protein synthesis. The regulated step is prior to the Man5GlcNAc2 stage, and we suggest that the most likely control mechanism is limitation of available oligosaccharide carrier lipid.


22/7,LA/39
04193772    81021772
Induction of surface glycoprotein expression by cyclic AMP in Chinese hamster ovary cells.

Imada M; Imada S; Weiss D

Biochim Biophys Acta   Sep 17 1980,  632 (1) p47-57,  ISSN 0006-3002
Journal Code: A0W
Contract/Grant No.: CA-22096; CA-15823
Languages: ENGLISH

Surface expression of a membrane glycoprotein of 135,000 molecular weight (P135) was inducible by adenosine 3',5'-cyclic monophosphate in Chinese hamster ovary cells, CHO-K1 clone. Cells were cultured in the presence or absence of cyclic AMP derivatives, chemicals influencing cytoplasmic cyclic AMP levels, or inhibitors of protein or RNA synthesis. Surface proteins wre radiolabeled by a lactoperoxidase-catalyzed iodination reaction and analyzed by two-dimensional polyacrylamide gel electrophoresis. Surface expression of P135 increased 3---5-fold inthe presence of N6,02'-dibutyryl cyclic AMP or 8-parachlorophenylthio cyclic AMP. Induction was also observed after treatment with prostaglandins E1 and F2 alpha, but not with sodium butyrate. Phosphodiesterase inhibitor, Roche compound Ro20-1724, enhanced the effect of N6,02'-dibutyryl cyclic AMP. Metabolic incorporation of [35S]methionine into P135 was increased by N6,02'-dibutyryl cyclic AMP. The induction was sensitive to inhibitors of protein and RNA biosynthesis. These results are consistent with a proposal that cyclic AMP controls the synthesis of this protein. Metabolic incorporation of a radioactive precursor suggested that P135 was a glucos-amine-containing glycoprotein. P135 appeared to be strongly associated with cell membrane because it was resistant to extraction of

AM 27 014742

AM-ITC 00454678

plasma membrane by cole 0.1 N NaOH.


22/7,LA/40
04111946   80222946
    Hormonal requirements of baby hamster kidney cells in culture.
    Maciag  T; Kelley B; Cerundolo J; Ilsley S; Kelley PR; Gaudreau J; Forand R
    Cell Biol Int Rep   Jan 1980,  4 (1) p43-50,   Journal Code: CRC
    Languages: ENGLISH
    Baby  hamster kidney cells (BHK) were able to proliferate in the complete
absence   of   serum   in   synthetic   medium  supplemented  with  insulin,
transferrin,  fibroblast  growth factor and epidermal growth factor on cell
culture dishes coated with fibronectin. Although the addition of individual
supplements  had little or no effect on cell growth, the combination of the
supplements  resulted  in  a  significant  synergistic  effect. The defined
medium was also capable of supporting the clonal growth of BHK cells in the
absence  of serum. Studies on the effect of hormonal supplementation in the
presence  of  low  concentrations  of  fetal  calf  serum suggest that the
function of serum is to supply hormones and growth factors for cell growth.


22/7,LA/41
04075102   80186102
    Production of monoclonal antibodies against a cell surface concanavalin A
binding glycoprotein.
    Starling JJ; Simrell CR; Klein PA; Noonan KD
    J Supramol Struct   1979,  11 (4) p563-77,  ISSN 0091-7419
Journal Code: K75
    Languages: ENGLISH
    Concanavalin A-binding (Con-A)-binding  cell surface glyoproteins were
isolated,  via Con A-affinity chromatography, from Triton X-100-solubilized
Chinese hamster  ovary  (CHO)  cell plasma membranes. The Con A binding
glycoproteins isolated in this manner displayed a significantly different
profile  on  sodium  dodecyl  sulfate--polyacrylamide gels than did the
Triton-soluble   surface   components,   which  were  not  retarded  by the
Con-A-Sepharose column.  [125I]-Con A overlays of the pooled column
fractions    displayed    on    sodium    dodecyl   sulfate--polyacrylamide gel
electro-phoresis (SDS-PAGE) demonstrated that there were virtually no Con A
receptors  associated  with  the  unretarded  peak  released by the· Con
A-Sepharose column,  whereas the material which was bound and specifically
eluted   from   the   Con   A-Sepharose   column   with the sugar hapten
alpha-methyl-D-mannopyranoside  contained at least 15 prominent bands which
bound  [125I]-Con A.  In  order  to  produce monoclonal antibodies against
various  cell  surface Con A receptors, Balb/c mice were immunized with the
pooled Con A receptor fraction. Following immunization spleens were excised
from  the. animals and single spleen cell suspensions were fused with mouse
myeloma P3/X63-Ag8  cells. Numerous  hybridoma clones were subsequently
picked  on  the basis of their ability to secrete antibody which could bind
to  both  live  and  glutaraldehyde-fixed CHO cells as well as to the
Triton-soluble  fraction  isolated  from  the CHO plasma membrane fraction.
Antibody  from  two  of  these..clones  was able to precipitate a single
[125I]-labeled CHO surface component of approximately 265,000 daltons.


22/7,LA/42
04049173   80160173
    Isolation  and  characterization  of  tunicamycin  resistant mutants from
Chinese hamster ovary cells.
    Sudo T; Onodera K


AM 27 014743

AM-ITC 00454679

J Cell Physiol   Oct 1979, 101 (1) p149-56, ISSN 0021-9541
Journal Code: HNB
    Languages: ENGLISH
    Stable clones selected for resistance to tunicamycin (TM) have been
isolated from Chinese Hamster Ovary (CHO) cells. The TMR phenotype is
stable for more than nine months in the absence of the drug. The morphology
of TMR mutant varies from epitheloid to abnormally elongate. The mutants do
not display cross-resistance for ConA but are slightly cross-resistant to
PHA. Biochemically labeled membrane proteins and glycoprotein of Vesicular
stomatitis virus (VSV) grown in the TMR mutants revealed that the
incorporation of radioactive glucosamine was markedly reduced in the
mutants. The results indicate that TMR cells are a novel type of membrane
mutant.


  22/7,LA/43
  03862609   79239609
    Characteristics of concanavalin A-resistant Chinese hamster ovary cells
and certain revertants.
    Cifone MA; Hynes RO; Baker RM
    J Cell Physiol   Jul 1979, 100 (1) p39-54, ISSN 0021-9541
Journal Code: HNB
    Languages: ENGLISH
    Clones of Chinese hamster ovary (CHO) cells were isolated by single-step
selection for resistance to killing Concanavalin A (ConA) and certain
cellular and membrane properties were examined. The ConA-resistant isolates
were only about 2-fold more resistant than wild type cells to the selecting
lectin, but exhibited pleiotropic temperature-sensitivity for growth,
markedly altered morphology and adherence, and significant difference in
susceptibility to other agents such as colchicine. Two revertants to full
temperature-resistance were isolated from different ConA-resistant mutants.
One revertant clone had reacquired wild type sensitivity to ConA while the
other revertant remained ConA-resistant. The two series of wild typed,
ConA-resistant, and temperature revertant clones were analyzed for altered
mobility of cell surface glycoproteins using lactoperoxidase/125I and
galactose oxidase/(3H) borohydride labelling procedures. The ConA-resistant
clones showed increased mobility on polyacrylamide gels of three classes of
labelled proteins, in the molecular weight ranges 225,000, 200,000, and
130,000 daltons. These changes persisted in the temperature-revertant that
remained ConA-resistant, while two of the altered protein classes were
restored to wild type mobility in the revertant that regained
ConA-sensitivity. Cell hybridization experiments indicated that the
temperature-sensitivity phenotypes of different ConA-resistant isolates are
recessive and noncomplementing, implying that the same gene is affected in
each case. The reversions to temperature resistance appear to be recessive
suppressor mutation in different genes.


  22/7,LA/44
  03768482   79145482
    An analysis of concanavalin A-mediated agglutination in two Chinese
hamster ovary subclones whose surface phenotypes respond to maintenance in
medium supplemented with dibutyryl cyclic AMP. V. Biochemical composition
of the plasma membrane.
    Noonan KD
    Biochim Biophys Acta   Feb 20 1979, 551 (1) p22-43, ISSN 0006-3002
Journal Code: AOW
    Languages: ENGLISH
    We have used two Chinese hamster ovary subclones whose surface phenotype
has been extensively investigated with regard concanavalin A-mediated

AM 27 014744

cell-cell agglutination and concanavalin A-induced receptor site clustering to investigate what changes in membrane composition, if any, can be correlated with the concanavalin A-detected changes in surface phenotype. These cell clones are uniquely disposed for this purpose since maintenance of the cells under different growth conditions produces changes in agglutinability and receptor site mobility in one cell clone (H-7W) but not the other (K-1). After extensive characterization of the surface membranes of these two subclones we have been unable to identify any change in the membrane peptides, glycopeptide, cholesterol, or fatty acid composition which can be directly correlated with the concanavalin A-detected surface phenotypes. It is of particular interest to note that we have been unable to correlate the presence or absence of the large external transformation-sensitive glycoprotein with the relative mobility of the lectin receptors or with the degree of concanavalin A-mediated cell agglutination. Furthermore we have been unable, in this system, to corroborate earlier data suggesting a role for cholesterol in determining the relative mobility of the lectin receptors. Thus using a cell system consisting of genetically matched cell clones, we have been unable to identify any changes in the biochemical composition of the plasma membrane which might be associated with the surface phenotypes detected by concanavalin A.

22/7,LA/45
03747757  79124757
   Studies of a large transformation-increased membrane protein in the BHK21 cell system.
   Lage-Davila A; Montagnier L
   Biochim Biophys Acta  Feb 2 1979,  550 (3) p435-59,  ISSN 0006-3002
Journal Code: AOW
   Languages: ENGLISH
   We have recently described in BHK cells a plasma membrane protein of molecular weight 177,000, which is significantly increased in Hamster Sarcoma Virus-transformed cells (Lage-Davila, A. and Montagnier, L. (1977) Biochem. Biophys. Res. Commun. 79, 577--584). We present now a study of proteins from purified plasma membrane fractions in the same pair of clones. Solubilization conditions, cross-linking experiments, metabolic labelling and enzymatic radioiodination allow to characterize this 177,000 transformation-increased protein as an integral membrane glycoprotein partially exposed at the outer cell surface. Additional information on other membrane proteins in this system is also given.

22/7,LA/46
03726882  79103882
   Two-dimensional electrophoresis of surface glycoproteins of normal BHK cells and ricin resistant mutants.
   Pena SD; Mills G; Hughes RC
   Biochim Biophys Acta  Jan 5 1979,  550 (1) p100-9,  ISSN 0006-3002
Journal Code: AOW
   Languages: ENGLISH
   The surface glycoproteins of baby hamster kidney (BHK) cells were iodinated by lactoperoxidase and submitted to a two-dimensional electrophoresis procedure involving isoelectric focusing in the first dimension and SDS gel electrophoresis in the second dimension. After autoradiography a complex but reproducible pattern was obtained. The technique was then applied to the study of three ricin-resistant mutant clones with reduced rates of cell-cell and/or cell-substratum adhesion. Abnormal patterns were observed in all three mutant clones indicating different mechanisms of ricin resistance and identifying glycoproteins

AM 27 014745

which may be involved in cellular interactions.


22/7,LA/47
03608347    78242347
    Structure of the altered oligosaccharide present in glycoproteins from a
clone   of   Chinese   hamster   ovary   cells   deficient   in
N-acetylglucosaminyltransferase activity.
    Li E; Kornfeld S
    J Biol Chem   Sep 25 1978,   253 (18) p6426-31,   ISSN 0021-9258
Journal Code: HIV
    Languages: ENGLISH
    Clone 15B cells, derived from Chinese hamster ovary cells and deficient
in a specific UDP-N-acetylglucosamine:glycoprotein N-acetylglucosaminyltran
sferase activity, synthesize glycoproteins with altered oligosaccharide
units. Glycopeptides prepared from these glycoproteins contain large
quantities of a glycopeptide with the composition (Man)5(GlcNAc)2-Asn
whereas parent cells have only small amounts of this glycopeptide. The
structure of the glycopeptide was determined by the combination of
methylation analysis, acetolysis, Smith periodate degradation, and alpha-
and beta-mannosidase digestion. Its complete structure is Manalpha 1 leads
to 6[Manalpha1 leads to 3]-Manalpha1 leads to 6[Manalpha 1 leads to
3]-Manbeta1 leads to 4 GlcNAcbeta1 leads to 4 GlcNAc leads to Asn-peptide.
The structures of two other glycopeptides found in smaller quantities in
clone 15B but not detected in the parent cells were determined and are
Manalpha 1 leads to 6 [Manalpha 1 leads to 3]-Manalpha1 leads to 6Manbeta 1
leads to 4 GlcNAcbeta 1 leads to 4GlcNAc-Asn-peptide and Manalpha 1 leads
to 3 Manalpha 1 leads to 6[Manalpha 1 leads to 3] Manbeta 1 leads to
4GlcNAcbeta 1 leads to 4GlcNAc-Asn-peptide. It is proposed that the
(Man)5(GlcNAc)2-Asn unit is the physiologic acceptor for the particular
N-acetylglucosaminyltransferase which is deficient in clone 15B cells and
that this reaction is necessary for complex oligosacchari-e .iosynthesis.


22/7,LA/48
03570567    78204567
    Dominance of colchicine resistance in hybrid CHO cells.
    Ling V; Baker RM
    Somatic Cell Genet   Mar 1978,   4 (2) p193-200,   ISSN 0098-0366
Journal Code: VAJ
    Languages: ENGLISH
    Intraspecific hybrids of colchicine-sensitive with colchicine-resistant
(CHR) Chinese hamster ovary cells were constructed, using six different
colchicine-resistant clones from two independent series. In each instance,
colchicine resistance was expressed in an incompletely dominant manner.
Some hybrid clones were examined further for the expression of the
pleiotropic CHR phenotype and for the cell surface P glycoprotein. These
features of the colchicine-resistant phenotype were also expressed
coordinately.


22/7,LA/49
03419248    78053248
    The role of plasma membrane and intracellular microskeletal elements in
determining the lectin agglutinability of two CHO sub-clones.
    Noonan KD; van Veen J; Roberts RM
    Prog Clin Biol Res   1977,   17 p521-30,   ISSN 0361-7742   Journal Code:
PZ5
    Languages: ENGLISH


AM 27 014746

22/7,LA/50
03416502    78050502
   Intracellular development of membrane protein of influenza virus.
   Maeno K; Yoshii S; Yoshida T; Iinuma M; Kawamoto Y
   Microbiol Immunol    1977,  21 (8) p427-38,  ISSN DMX7-0000
Journal Code: MX7
   Languages: ENGLISH
   The  intracellular  development  of  membrane protein (MP) of influenza A
virus  was  investigated  by  immunofluorescent  staining.  Monospecific
antiserum  was  prepared  by  immunizing  rabbits  with  MP  eluted  from
SDS-polyacrylamide  gels  of  SDS-disrupted  NWS virions. In the productive
infection  in  clone  1-5C-4  cells,  MP antigen was first detected over the
whole  cell  at  4 hr after infection, concomitantly with the appearance of
hemagglutinin  (HA)   antigen   in   the  cytoplasm,  and  bright  nuclear
fluorescence  was then observed. Nucleoprotein (NP) antigen was detected in
the  nucleus  prior  to  the  appearance  of fluorescence of MP antigen and
thereafter  the  cytoplasmic fluorescence developed. Late in infection, all
of  these  three antigens were observed predominantly in the cytoplasm with
stronger  fluorescence  at  the  cell surface. Essentially similar findings
were  obtained  in  the  abortive  infections in L cells and BHK cells. The
above  results  suggest  that  the membrane protein of influenza A virus is
present in the nucleus as well as in the cytoplasm of infected cells.


22/7,LA/51
03213768    77115768
   Properties  of  a baby-hamster-kidney cell line with increased resistance
of 2-deoxy-D-glucose.
   Meager A; Nairin R; Hughes RC
   Eur J Biochem   Jan 1977,  72 (2) p275-81,  ISSN 0014-2956
Journal Code: EMZ
   Languages: ENGLISH
   A  cultured  cell line with increased resistance to 2-deoxy-D-glucose was
obtained  from  cloned  baby  hamster kidney fibroblasts, BHK 21/C13, after
repeated  exposure  to high concentrations of 2-deoxyglucose. The increased
resistance  could  not  be attributed to a decreased permeability of
deoxysugar.    The    resistant    cell    line    incorporated  radioactive
2-deoxy-Dglucose  in  glycoproteins  at a similar rate as parental BHK 21C13
cells.  Incorporation  of  radioactive glucosamine, galactose and to lesser
extent  mannose into cellular glycoproteins was inhibited by 2-deoxyglucose
to  similar  extents  in the resistant cells and parental BHK 21/C13 cells.
Changes induct cells were detected by altered to toxic plant lectins and by
surface  labelling  as described for parental cells in the preceding paper.
It  is  suggested  that  the  toxicity of  2-deoxy-D-glucose to  normal
fibroblasts  is  not  mediated through effects on glycosylation of cellular
glycoproteins.


22/7,LA/52
03143648    77045648
   A  surface  glycoprotein  modulating drug permeability in Chinese hamster
ovary cell mutants.
   Juliano RL; Ling V
   Biochim Biophys Acta   Nov 11 1976,  455 (1) p152-62,  ISSN 0006-3002
Journal Code: AOW
   Languages: ENGLISH
   Chinese hamster ovary cells selected for resistance to colchicine display
pleiotropic  cross-resistance  to  a  wide  range of amphiphilic drugs. The
drug-resistant  phenotype is due to a membrane alteration which reduces the

AM 27 014747

rate of drug permeation. Surface labelling studies reveal that drug-resistant Chinese hamster ovary cell membranes possess a carbohydrate-containing component of 170 000 daltons apparent molecular weight which is not observed in wild type cells. Through studies of the metabolic incorporation of carbohydrate and protein precursors, and through the use of selective proteolysis, this component is shown to be a cell surface glycoprotein. Since this glycoprotein appears unique to mutant cells displaying altered drug permeability, we have designated it the P glycoprotein. The relative amount of surface labelled P glycoprotein correlates with the degree of drug resistance in a number of independent mutant and revertant clones. A similar high molecular weight glycoprotein is also present in drug-resistant mutants from another hamster cell line. Observations on the molecular basis of pleiotropic drug resistance are interpreted in terms of a model wherein certain surface glycoproteins control drug permeation by modulating the properties of hydrophobic membrane regions...

22/7,LA/53
03032463   76213463
An analysis of lectin-initiated cell agglutination in a series of CHO subclones which respond morphologically to growth in dibutyryl cyclic AMP.
van Veen J; Roberts RM; Noonan KD
J Cell Biol   Jul 1976, 70 (1) p204-16, ISSN 0021-9525   Journal Code: HMV
Languages: ENGLISH
We have investigated the molecular basis of the agglutinability of CHO subclones which respond differentially in terms of morphology and surface architecture in the presence of dB-cAMP in the medium. We have demonstrated that the agglutinability of these subclones with both wheat germ agglutinin (WGA) and concanavalin A (Con A) probably depends on the free lateral mobility of the lectin receptor sites in the plane of the membrane. The nonagglutinable surface architecture seems to depend on the presence in the membrane of a protease-labile peptide(s), which appears to be distinct from the lectin receptors, as well as on continuous protein and RNA synthesis. This dependence on continuous transcription and translation may be related to the maintenance of the protease-labile peptide(s) in such a state as to restrict mobility of the lectin receptors. The surface architecture defined as nonagglutinable also depends on the state of polymerization of the intracellular microtubules and microfilaments. It is suggested that these microskeletal elements serve to anchor the lectin receptors in such a manner as to restrict their mobility and thereby reduce the relative agglutinability of a cell line. We suggest that control of the free mobility of both the Con A and WGA receptor sites is dependent on two constraints, one applied by protease-labile ("surface") membrane components and the other by components of the intracellular microskeletal system.

22/7,LA/54
02985578   76166578
Selection and characterization of Chinese hamster ovary cells resistant to the cytotoxicity of lectins.
Stanley P; Siminovitch L
In Vitro   Mar 1976, 12 (3) p208-15, ISSN 0073-5655   Journal Code: GHD
Languages: ENGLISH
Chinese hamster ovary (CHO) cells selected in a single step for resistance to the cytotoxicity of the lectin from red kidney beans (PHA) behave as authentic somatic cell mutants. The PHA-resistant (Phar) phenotype is stable in the absence of selection; its frequency in a sensitive-population is increased several-fold by mutagenesis; and it

AM 27 014748

AM-ITC 00454684

behaves recessively in somatic cell hybrids. The activity of a specific glycosyl transferase which transfers N-acetylglucosamine (GlcNAc) to terminal alpha-mannose residues is dramatically reduced (less than or equal to 5% of the activity detected in wild-type CHO cells) in several independent PhaR clones. These clones also exhibit (a) a decreased ability to bind [125I]-PHA; (b) a marked resistance to the cytotoxicity of wheat germ agglutinin (WGA), Ricin (RIC) and Lens culinaris agglutinin (LCA); (c) a 4- to 5-fold increased sensitivity to the cytoxocity of concanavalin A (Con A); (d) an increased ability to bind 125I-Con A; and (e) decreased surface galactose residues - all properties consistent with the specific loss of the GlcNAc transferase activity. The lectins WGA, RIC, LCA and Con A have also been used to select, in a single step, resistance closes from each of two complementary CHO auxitrophic lines. These lectin-resistant clones have been characterized by their ability to survive cytotoxic doses of PHA, Con A, WGA, RIC, or LCA, and 4-5 "lectin-resistance" phenotypes have been demonstrated. Complementation data is being sought by somatic cell hybridization. Preliminary results show that two phenotypically-distinct Con AR mutants are complementary in that hybrid cells formed between them exhibit wild-type sensitivity to Con A.


22/7,LA/55
02909027   76090027
  Drug resistance and membrane alteration in mutants of mammalian cells.
  Ling V
  Can J Genet Cytol   Dec 1975, 17 (4) p503-15,  ISSN 0008-4093
Journal Code: CID
  Languages: ENGLISH
  Independent colchicine-resistant (CHR) mutants of Chinese hamster ovary cells displaying reduced permeability to colchicine have been isolated. A distinguishing feature of these membrane-altered mutants is their pleiotropic cross-resistance to a variety of unrelated compounds. Genetic characterization of the CHR lines indicate that colchicine resistance and cross-resistance to other drugs are of a dominant nature in somatic cell hybrids. Revertants of CHR have been isolated which display decreased resistance to colchicine and a corresponding decrease in resistance to other drugs. These results strongly suggest that colchicine resistance and the pleiotropic cross-resistance are the result of the same mutation(s). Biochemical studies indicate that although colchicine is transported into our cells by passive diffusion, no major alterations in the membrane lipids could be detected in mutant cells. However, there appears to be an energy-dependent process in these cells which actively maintains a permeability barrier against colchicine and other drugs. The CHR cells might be altered in this process. A new glycoprotein has been identified in mutant cell membranes which is not present in parental cells, and is greatly reduced in revertant cells. A model for colchicine-resistance is proposed, which suggests that certain membrane proteins such as the new glycoprotein of CHR cells, are modulators of membrane fluidity (mmf proteins) whose molecular conformation regulates membrane permeability to a variety of compounds and that the CHR mutants are altered in their mmf proteins. The possible importance of the CHR cells as models for investigating aspects of chemotherapy related to drug resistance is discussed.


22/7,LA/56
02872113   76053113
  Chinese hamster ovary cells selected for resistance to the cytotoxicity of phytohemagglutinin are deficient in a UDP-N-acetylglucosamine--glycoprotein N-acetylglucosaminyltransferase activity.

AM 27 014749

AM-ITC 00454685

Stanley P; Narasimhan S; Siminovitch L; Schachter H
Proc Natl Acad Sci USA  Sep 1975, 72 (9) p3323-7, ISSN 0027-8424
Journal Code: PV3
   Languages: ENGLISH
   Several clones of Chinese hamster ovary cells resistant to the
cytotoxicity of the phytohemagglutinin from Phaseolus vulgaris show
decreased binding of 125I-labeled phytohemagglutinin and contain decreased
levels of a UDP-N-acetylglucosamine--glycoprotein N-acetylglucosaminyltrans
ferase (EC 2.4.1.51; UDP-2-acetamido-2-deoxy-D-glucose:glycoprotein
2-acetamido-2-deoxy-D-glucosyltransferase) activity when compared to
wild-type cells. The decrease in transferase activity varies from 45% to
96%, depending on the exogenous acceptor used in the enzyme assay. No
differences between lectin-resistant and wild-type cells were noted for
several other glycosyltransferases. The absence of a particular
N-acetylglucosaminyltransferase in the lectin-resistant cells apparently
results in defective glycosylation of lectin-binding glycoproteins on the
cell surface. A phytohemagglutinin-resistant clone which shows decreased
binding of 125I-labeled phytohemagglutinin but does not exhibit the enzyme
deficiency has also been isolated.


 22/7,LA/57
02860743  76041743
   Selection and characterization of eight phenotypically distinct lines of
lectin-resistant Chinese hamster ovary cell.
   Stanley P; Caillibot V; Siminovitch L
   Cell  Oct 1975, 6 (2) p121-8, ISSN 0092-8674  Journal Code: CQ4
   Languages: ENGLISH
   Clones resistant to the lectins phytohemagglutinin (PHA), wheat germ
agglutinin (WGA), the agglutinin(s) from Lens culinaris (LCA), and ricin
(RIC) have been selected from parental auxotrophic Chinese hamster ovary
(CHO) cells. The sensitivity to other lectins of these cells and of CHO
cells resistant to concanavalin A (ConA) has been determined, and their
activity of UDP-N-acetyl-glucosamine glycoprotein N-acetyl-glucosaminyltran
sferase (GlcNAc-T) has been measured. At least 8 different phenotypes have
been identified on the basis of this analysis, and complementation between
2 of them demonstrated.


 22/7,LA/58
02824589  76005589
   Site of synthesis of membrane and nonmembrane proteins of vesicular
stomatitis virus.
   Morrison TG
   J Biol Chem  Sep 10 1975, 250 (17) p6955-62, ISSN 0021-9258
Journal Code: HIV
   Languages: ENGLISH
   Upon infection of Chinese hamster ovary cells (CHO), vesicular stomatitis
(VSV) virus synthesizes two membrane proteins (the VSV glycoprotein and the
VSV matrix or membrane (M) protein) and three nonmembrane proteins (the VSV
nucleocapsid, the viral transcriptase, and an NS protein). We have used the
VSV-infected cell as a model system for the study of the site of synthesis
of these membrane and nonmembrane proteins. We have isolated VSV mRNA from
free polyribosomes, membrane-bound polyribosomes, and the postribosomal
supernatant, and identified the individual species of VSV mRNA present in
each fraction. The mRNA which encodes the VSV glycoprotein is found
exclusively on membrane-bound polyribosomes, while the mRNAs which encode
the VSV, M, N, and NS proteins are found in free polyribosomes, in the
membrane fraction of the cell, and in the postribosomal supernatant. Our
results suggest that the VSV glycoprotein is synthesized exclusively on

AM 27 014750

AM-ITC 00454686

membrane polyribosomes, while at least some of the M, N, and NS proteins
are made on free polyribosomes.

22/7,LA/59
02726570   75133570
   Deficient uridine diphosphate-N-acetylglucosamine:glycoprotein N-acetylgl
ucosaminyltransferase activity in a clone of Chinese hamster ovary cells
with altered surface glycoproteins.
   Gottlieb C; Baenziger J; Kornfeld S
   J Biol Chem  May 10 1975,  250 (9) p3303-9,  ISSN 0021-9258
Journal Code: HIV
   Languages: ENGLISH
   We have reported the isolation of a clone (termi(f@PZ)NO CARRIER

AM 27 014751

AM-ITC 00454687

22/7,LA/59
02726570  75133570
Deficient uridine diphosphate-N-acetylglucosamine:glycoprotein N-acetylgl ucosaminyltransferase activity in a clone of Chinese hamster ovary cells with altered surface glycoproteins.
Gottlieb C; Baenziger J; Kornfeld S
J Biol Chem  May 10 1975,  250 (9) p3303-9,  ISSN 0021-9258
Journal Code: HIV
Languages: ENGLISH
We have reported the isolation of a clone (termed 15B) of Chinese hamster ovary (CHO) cells which are deficient in certain plant lectin-binding sites and have decreased amounts of sialic acid, galactose, and N-acetylglucosamine in its membranes (Gottlieb et al. (1974) Proc. Natl. Acad. Sci. U.S.A. 71, 1078-1082). This study demonstrates that extracts of 15B cells, in contrast to the parent cell line, do not transfer N-acetylglucosamine residues from UDP-GlcNAc to certain glycopeptide and glycoprotein acceptors containing terminal nonreducing alpha-linked mannose residues. The decreased enzyme activity could not be accounted for by the presence of inhibitors, altered pH, or Mn2+ requirements of the glycosyltransferase or increased N-acetylglucosaminidase activity in the extracts. The finding that the 15B cell extracts have significant but reduced N-acetylglucosaminyltransferase activity toward a degraded orosomucoid acceptor suggests that these cells have a selective loss of one of several specific N-acetylglucosaminyltransferases which are present in the parent CHO cells. The sialyl- and galactosyltransferase activities of 15B and parent CHO cells are comparable. Parent CHO and 15B cells were grown in radioactive glucosamine to label the membrane glycoproteins. Solubilization of these glycoproteins and passage over a ricinus communis agglutinin I (RCA I) Sepharose affinity column revealed that no labeled 15B glycoprotein material bound, whereas 50 percent of the CHO membrane glycoproteins bound and could be eluted with the haptene lactose, demonstrating that 15B cells are virtually devoid of membrane oligosacharides capable of binding to the RCA I lectin. The 15B membrane glycoproteins exhibited a marked shift toward glycoprotein species of lower molecular weight when examined by gel electrophoresis in sodium dodecyl sulfate. It is proposed that this shift in the mobility of the 15B membrane glycoproteins results from a decreased glycosylation of a number of membra

22/7,LA/60
02709807  75116807
Translation and identification of the viral mRNA species isolated from subcellular fractions of vesicular stomatitis virus-infected cells.
Both GW; Moyer SA; Banerjee AK
J Virol  Apr 1975, 15 (4) p1012-9, ISSN 0022-538X  Journal Code: KCV
Languages: ENGLISH
The cytoplasm of vesicular stomatitis virus (VSV)-infected BHK cells has been separated into a fraction containing the membrane-bound polysomes and the remaining supernatant fraction. Total poly(A)-containing RNA was isolated from each fraction and purified. A 17S class of VSV mRNA was found associated almost exclusively with the membrane-bound polysomes, whereas 14,5S and 12S RNAs were found mostly in the postmembrane cytoplasmic supernatant. Poly(A)-containing VSV RNA synthesized in vitro by purified virus was resolved into the same size classes. The individual RNA fractions isolated from VSV-infected cells or synthesized in vitro were translated in cell-free extracts of wheat germ, and their polypeptide products were

AM 27 014752

AM-ITC 00454688

compared by sodium dodecyl sulfate-polyacrylamide slab gel electrophoresis. The corresponding in vivo and in vitro RNA fractions qualitatively direct the synthesis of the same viral polypeptides and therefore appear to contain the same mRNA species. By tryptic peptide analysis of their translation products, the in vivo VSV mRNA species have been identified. The 17S RNA, which is compartmentalized on membrane-bound polysomes, codes for a protein of molecular weight 63,000 (P-63) which is most probably a nonglycosylated form of the viral glycoprotein, G. Of the viral RNA species present in the remaining cytoplasmic supernatant, the 14.5S RNA codes almost exclusively for the N protein, whereas the 12S RNA codes predominantly for both the NS and M proteins of the virion.

 22/7,LA/61
02382513   74100513
  Reduced permeability in CHO cells as a mechanism of resistance to colchicine.
  Ling V; Thompson LH
  J  Cell  Physiol (United  States)  Feb  1974, 83  (1)  p103-16,  ISSN 0021-9541   Journal Code: HNB
 ·Languages: ENGLISH


 22/7,LA/62
01388623   70233623
  Effect of collagen and acid polysaccharides on the growth of BHK-21 cells in semi-solid media.
  Sanders FK; Smith JD
  Nature (England)  Aug 1 1970,  227 (257) p513-5,  ISSN 0028-0836 Journal Code: NSC
  Languages: ENGLISH
  ?

AM 27 014753

AM-ITC 00454689

*Chem Abs 1963 - 1984*

*"recombinant" x "glycosylation/membrane proteins" x mammals*

L25 ANSWER 1 OF 49

```
AN  CA101(25):223801s
TI  Characterization of a cDNA coding for human protein C
AU  Foster, Donald; Davie, Earl W.
CS  Dep. Biochem., Univ. Washington
LO  Seattle, WA 98195, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(15), 4766-70
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
AN  CA101(25):223801s
AB  Protein C is a precursor to a serine protease that is present in
    mammalian plasma.  In its activated form (blood coagulation factor
    XIVa  [42617-41-4]) it readily inactivates factor Va and factor
    VIIIa, 2 proteins that participate as cofactors in the blood
    coagulation cascade.  A .lambda.gt11 library contg. cDNA inserts
    prepd. from human liver mRNA was screened with an antibody to human
    protein C.  Seven pos. clones were isolated from 2 .times. 106 phage
    and were plaque-purified.  The cDNA inserts of 2 of these phage were
    sequenced and shown to code for human protein C.  Each cDNA insert
    coded for a portion of the light chain of the mol., a connecting
    region, the heavy chain, a stop codon, a 3'-noncoding region, and a
    poly(A) tail.  The length of the noncoding sequence on the 3' end
    differed in the 2 clones, but each contained a processing or
    polyadenylylation signal that was followed by a poly(A) tail.  The
    amino acid sequence, as detd. from the cDNA, indicates that protein C
    is synthesized as a single-chain polypeptide contg. the light chain
    and the heavy chain connected by a dipeptide of Lys-Arg.  The
    single-chain mol. is then converted to the light and heavy chains by
    cleavage of .gtoreq.2 internal peptide bonds.  In plasma, the heavy
    and light chains of protein C are linked together by a disulfide
    bond.  The amino acid sequence of human protein C shows a high degree
    of homol. with that of the bovine mol.  The DNA sequence coding for
    the catalytic region near the active site serine in human protein C
    also showed a high degree of DNA and amino acid sequence identity
    with prothrombin, factor IX, and factor X, 3 of the other vitamin
    K-dependent serine proteases that are present in plasma.
```

L25 ANSWER 2 OF 49

```
AN  CA101(21):185170a
TI  Comparison of different eukaryotic vectors for the expression of
    hemagglutinin glycoprotein of influenza virus
AU  Gething, Mary Jane; Sambrook, Joseph F.; Braciale, Thomas J.; Brand,
    Colin M.
CS  Cold Spring Harbor Lab.
LO  Cold Spring Harbor, NY 11724, USA
SO  Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
    Immunogenicity, [Pap. Conf.], Meeting Date 1983, 263-8.  Edited by:
    Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.;
    Cold Spring Harbor, N. Y.
SC  3-4 (Biochemical Genetics)
```

X

AM 27 014754

AM-ITC 00454690

```
DT  C
CO  52CRA4
PY  1984
LA  Eng
AN  CA101(21):185170a
AB  Several vectors can be used to express the hemagglutinin (HA) gene of
    influenza virus in eukaryotic cells: (1) HA-carrying plasmids that
    become integrated into the chromosomes of the cells; (2) bovine
    papilloma virus-HA recombinants that are maintained as episomes in
    the cells; and (3) SV40 virus-HA recombinants that express HA during
    lytic infection of the cells.  A cDNA copy of the RNA gene coding for
    HA from the A/Japan/305/57 strain of influenza virus was expressed in
    eukaryotic cells by using different vector systems.  In all cases,
    the HA produced was identical in its antigenic and immunogenic
    properties to that produced in cells infected with influenza virus.


L25 ANSWER 3 OF 49


AN  CA101(21):185100c
TI  Rat major acute-phase protein:  biosynthesis and characterization of
    a cDNA clone
AU  Anderson, Kathleen P.; Martin, Anna D.; Heath, Edward C.
CS  Coll. Med., Univ. Iowa
LO  Iowa City, IA 52242, USA
SO  Arch. Biochem. Biophys., 233(2), 624-35
SC  3-3 (Biochemical Genetics)
SX  13, 14
DT  J
CO  ABBIA4
IS  0003-9861
PY  1984
LA  Eng
AN  CA101(21):185100c
AB  A cDNA clone specific for the major acute-phase protein of rat serum
    (.alpha.1-MAP) was isolated.  The recombinant was pos. identified by
    hybrid selection procedures and contained a 1.55-kilobase insert.
    Partial sequence anal. of the primary translation product indicated
    the distribution of leucine, isoleucine, cysteine, and methionine in
    the N-terminal region of this protein.  To relate the location of
    these amino acids to the nucleotide sequence, the cDNA was analyzed
    by the method of Maxam and Gilbert.  Apparently, the cDNA insert
    contained the 3' poly(A) tail, and alignment of the 5' end of the
    cDNA with the available amino acid sequence of the primary
    translation product corroborated that the insert encodes the entire
    .alpha.1-MAP protein, except for the 1st 4 amino acids of the signal
    peptide.


L25 ANSWER 4 OF 49


AN  CA101(21):184919q
TI  Eukaryotic expression of cloned cDNA coding for influenza viral
    glycoproteins using an SV40 vector: use of recombinant DNA mutants
    to study structure-function relationships
AU  Bos, Timothy J.; McQueen, Nancy L.; Davis, Alan R.; Nayak, Debi P.
CS  Sch. Med., UCLA
LO  Los Angeles, CA 90024, USA
SO  Segmented Negat. Strand Viruses: Arenaviruses, Bunyaviruses,
    Orthomyxoviruses, [Proc. Symp. Mol. Biol. Negat. Strand Viruses],
    Meeting Date 1983, 125-30.  Edited by: Compans, Richard W.; Bishop,
    David H. L.  Academic: Orlando, Fla.
```

AM 27 014755

AM-ITC 00454691

```
SC  3-O (Biochemical Genetics)
DT  C
CO  52EJAO
PY  1984
LA  Eng
AN  CA101(21):184919q
AB  A review and discussion with 13 refs.
```

L25 ANSWER 5 OF 49

```
AN  CA101(19):164715s
TI  Cloning and physical mapping of a gene fragment coding for a
    64-kilodalton major late antigen of human cytomegalovirus
AU  Pande, Hema; Baak, Steven W.; Riggs, Arthur D.; Clark, Brian R.;
    Shively, John E.; Zaia, John A.
CS  Div. Immunol., Beckman Res. Inst. City of Hope
LO  Duarte, CA 91010, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(15), 4965-9
SC  3-4 (Biochemical Genetics)
SX  15
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
AN  CA101(19):164715s
AB  A clone was isolated that contains a gene fragment for a 64-kildalton
    (kd) glycoprotein that is the major late antigen of human
    cytomegalovirus (HCMV). On the basis of the amino acid sequence of a
    tryptic peptide of this glycoprotein (HCMV gp64), 2 sets of
    mixed-sequence probes, 1 that consisted of a mixt. of 16
    heptadecadeoxyribonucleotides, and the other, a mixt. of 32
    icosadeoxyribonucleotides, were synthesized. A subgenomic library of
    HCMV (Towne strain) DNA was constructed in plasmid pBR327, and
    transformants were screened with 32P-labeled aliquots of these
    synthetic oligodeoxyribonucleotide probes. Two clones of 15,000 gave
    strong pos. signals. Plasmid DNA was isolated from the pos. clones
    and characterized by restriction mapping and Southern blot anal. with
    both probes. The plasmid DNA contained a 2.3-kilobase insert, which
    yielded an 800-base-pair (bp) and a 1500-bp fragment after Sau3A
    digestion. Only the 800-bp fragment hybridized to the mixed probes,
    and DNA sequence anal. revealed that it contains nucleotide sequences
    compatible with amino acid sequences of tryptic peptides of HCMV
    gp64. Restriction mapping studies of HCMV DNA using this
    32P-labeled, 800-bp cloned DNA allowed the localization of this gene
    fragment in the long unique region of HCMV (Towne strain) genome at
    .apprx.0.5-0.51 map unit.
```

L25 ANSWER 6 OF 49

```
AN  CA101(19):164631m
TI  Nucleotide sequence of rat haptoglobin cDNA. Characterization of the
    .alpha..beta.-subunit junction region of prohaptoglobin
AU  Goldstein, Leslie A.; Heath, Edward C.
CS  Coll. Med., Univ. Iowa
LO  Iowa City, IA 52242, USA
SO  J. Biol. Chem., 259(14), 9212-17
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
```

```
CO   JBCHA3
IS   0021-9258
PY   1984
LA   Eng
AN   CA101(19):164631m
AB   The biosynthesis of rat haptoglobin, a hetrotetrameric glycoprotein
     (.alpha.2.beta.2), requires the post-translational cleavage of its
     glycosylated primary translation product (prohaptoglobin) into
     .alpha.- and .beta.-subunits.  To elucidate the site(s) at which
     proteolytic cleavage occurs in prohaptoglobin, a recombinant plasmid
     was isolated whose cDNA insert encodes for the carboxyl terminus of
     the .alpha.-subunit, the .alpha..beta.-subunit junction, and the
     .beta.-subunit region, and also the entire 3'-untranslated region
     [142 base pairs (bp)] and poly(A) tail (55 bp) of the mRNA.  A single
     arginine residue was found at the .alpha..beta. subunit junction
     region -Val-Gln-Arg-Ile-Ile-Gly-Gly- of prohaptoglobin.  The sequence
     homol. of this region with serine protease precursors suggests that
     post-translational processing of prohaptoglobin involves cleavage of
     the Arg-Ile bond and extn. of the Arg residue.  The rat
     .beta.-subunit shows a high degree (.apprx.80%) of sequence homol.
     with its human counterpart, although it possesses only 2 of the 4
     N-glycosylation sites present in human haptoglobin .beta.-subunit.


L25 ANSWER 7 OF 49

AN   CA101(17):145013v
TI   Molecular cloning of cDNA encoding a murine hematopoietic growth
     regulator, granulocyte-macrophage colony stimulating factor
AU   Gough, Nicholas M.; Gough, Jill; Metcalf, Donald; Kelso, Anne; Grail,
     Dianne; Nicola, Nicos A.; Burgess, Antony W.; Dunn, Ashley R.
CS   Melbourne Tumour Biol. Branch, Ludwig Inst. Cancer Res.
LO   Melbourne 3050, Australia
SO   Nature (London), 309(5971), 763-7
SC   3-3 (Biochemical Genetics)
SX   13, 15
DT   J
CO   NATUAS
IS   0028-0836
PY   1984
LA   Eng
AN   CA101(17):145013v
AB   CDNA clones specifying the murine granulocyte-macrophage colony-
     inducing factor  [62683-29-8] have been isolated.  This hematopoietic
     growth factor is encoded by a unique gene specifying a mRNA of 1200
     nucleotides and a polypeptide of 118 amino acids.  It bears no
     structural similarity to the functionally related factor,
     interleukin-3, described recently.
```



```
L25 ANSWER 8 OF 49

AN   CA101(15):128828x
TI   Production of an HSV subunit vaccine by genetically engineered
     mammalian cell lines
AU   Lasky, Laurence A.; Dowbenko, Donald; Simonsen, Christian; Berman,
     Phillip W.
CS   Dep. Vaccine Dev., Genentech, Inc.
LO   South San Francisco, CA 94080, USA
SO   Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
     Immunogenicity, [Pap. Conf.], Meeting Date 1983, 189-94.  Edited by:
     Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
```

```
          Cold Spring Harbor, N. Y.
   SC     16-6 (Fermentation and Bioindustrial Chemistry)
   SX     3, 63
   DT     C
   CO     52CRA4
   PY     1984
   LA     Eng
   AN     CA101(15):128828x
   AB     A subunit vaccine against herpes simplex virus infection was produced
          using genetically engineered mammalian cells.  A truncated gene of
          glycoprotein D was cloned in Chinese hamster ovary cells using a
          plasmid vector derived from pJ2-9.  These cell lines produced a
          glycoprotein D that is glycosylated and transported to the
          extracellular medium and is antigenically similar to the native
          glycoprotein D of herpes simplex viruses.


   L25 ANSWER 9 OF 49

   AN     CA101(15):124052s
   TI     Evolution of haptoglobin:  comparison of complementary DNA encoding
          Hp.alpha.1S and Hp.alpha.2FS
   AU     Brune, Jill L.; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.
   CS     Health Sci. Cent., Univ. Texas
   LO     San Antonio, TX 78284, USA
   SO     Nucleic Acids Res., 12(11), 4531-8
   SC     3-3 (Biochemical Genetics)
   SX     13
   DT     J
   CO     NARHAD
   IS     0305-1048
   PY     1984
   LA     Eng
   AN     CA101(15):124052s
   AB     Haptoglobn is a transport glycoprotein which removes free Hb from the
          circulation of vertebrates.  In human populations, haptoglobin is
          polymorphic as a result of 3 alleles: Hp.alpha.1F, Hp.alpha.1S, and
          Hp.alpha.2.  The Hp.alpha.2 allele is roughly twice the length of the
          Hp.alpha.1 alleles and is the product of a partial gene duplication
          that possibly results from an unequal crossover event in a
          heterozygous genotype Hp.alpha.1F/Hp.alpha.1S.  The cDNA encoding
          Hpa1S is compared to that encoding Hp.alpha.2FS.  Both have a leader
          sequence that is followed by the genotypic .alpha. chain sequence, a
          .beta. sequence, and an untranslated sequence in the 3' end.  The
          cDNA encoding Hp.alpha.2FS is composed of .alpha.1F and .alpha.1S
          domains that differ by 4 nucleotide replacements.  Hp.alpha.1S cDNA
          contains the same replacement site mutations found in the .alpha.1S
          domain of Hp.alpha.2FS, which indicate that this coding region has
          sustained few, if any, mutations since its incorporation into the
          Hp.alpha.2FS gene.


   L25 ANSWER 10 OF 49

   AN     CA101(13):104538b
   TI     Conversion of a secretory protein into a transmembrane protein
          results in its transport to the Golgi complex but not to the cell
          surface
   AU     Guan, Jun Lin; Rose, John K.
   CS     Mol. Biol. Virol. Lab., Salk Inst.
   LO     San Diego, CA 92138, USA
   SO     Cell (Cambridge, Mass.), 37(3), 779-87
```

AM 27 014758

AM-ITC 00454694