```
SO   Nucleic Acids Res., 12(9), 3973-82
SC   3-2 (Biochemical Genetics)
DT   J
CO   NARHAD
IS   0305-1048
PY   1984
LA   Eng
AN   CA101(11):84730c
AB   The double-stranded RNA gene segment coding for the major outer shell
     glycoprotein of a human rotavirus (Hu/Australia/5/77, serotype 2) was
     reverse transcribed into DNA and cloned into the PstI site of the
     plasmid pBR322.  The cloned gene was sequenced and was of 1062 base
     pairs with 1 long open reading frame capable of coding for a protein
     of 326 amino acids.  When this gene sequence was compared to the
     published sequences of the corresponding genes of 2 animal
     rotaviruses, SA11 (simian) and UK (bovine), all 3 were closely
     related (74-78%).  The predicted amino acid sequences of the 3 genes
     were also highly conserved (75-86%), despite the fact that the 3
     viruses belong to different serotypes.


L25 ANSWER 13 OF 49


AN   CA101(5):34033g
TI   Duplication within the haptoglobin Hp2 gene
AU   Maeda, Nobuyo; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.;
     Smithies, Oliver
CS   Lab. Genet., Univ. Wisconsin
LO   Madison, WI 53706, USA
SO   Nature (London), 309(5964), 131-5
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   NATUAS
IS   0028-0836
PY   1984
LA   Eng
AN   CA101(5):34033g
AB   DNA sequencing shows that the intragenic duplication within the human
     haptoglobin Hp2 allele was formed by a nonhomologous, probably
     random, crossing-over within different introns of 2 Hp1 genes,
     probably in an Hp1F/Hp1S heterozygote.


L25 ANSWER 14 OF 49


AN   CA101(3):18358m
TI   Characterization of human haptoglobin cDNAs coding for
     .alpha.2FS.beta. and .alpha.1S.beta. variants
AU   Van der Straten, Ariane; Herzog, Albert; Cabezon, Teresa; Bollen,
     Alex
CS   Lab. Genet., Univ. Brussels
LO   Rhode-St-Genese B-1640, Belg.
SO   FEBS Lett., 168(1), 103-7
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   FEBLAL
IS   0014-5793
PY   1984
LA   Eng
AN   CA101(3):18358m
```

AM 27 014760

AM-ITC 00454696

Dockets.Justia.com

A human liver library, derived from a heterozygous (Hp2-1) donor, was used to isolate cDNA clones coding for the haptoglobin (Hp) .alpha.1S.beta. and .alpha.2FS.beta. variants.  DNA sequencing showed that the 2 variants are identical except for the .alpha.F duplicated segment in Hp .alpha.2FS.beta..  Four nucleotide changes were found between the phenotypically different F and S regions of the Hp .alpha.2 gene, resulting in an Asp, Lys/Asn, Glu substitution.

ANSWER 15 OF 49

CA100(23):186671f
Production of a glycosylated human protein by recombinant DNA technology
Haynes, Joel; Weissmann, Charles
Inst. Molekularbiol. I, Univ. Zurich
Zurich CH-8093, Switz.
Humoral Factors Host Def., [Proc. Takeda Sci. Found. Symp. Biosci.], 1st, Meeting Date 1982, 111-29.  Edited by: Yamamura, Yuichi.
Academic: Tokyo, Japan.
3-4 (Biochemical Genetics)
13, 15
C
51INAF
1983
Eng
CA100(23):186671f
Hybrid plasmids contg. the mouse dihydrofolate reductase (dhfr) and a human interferon (either IFN-.alpha.5 or IFN-.gamma.) coding sequence under the control of viral promoters were transfected into dhfr- CHO cells.  The dhfr+ colonies produced IFN at 10-1000 units/mL/day.  Clones selected in methotrexate had a 20-50-fold increase in the IFN-.alpha.5 and dhfr DNA and mRNA content and secreted IFN at 20,000-100,000 units/mL/day.  SDS-polyacrylamide gel electrophoresis of partially purified 35S-HuIFN-.gamma. from CHO cells showed a multiplet of labeled bands with a mobility corresponding to 22,400-23,400 daltons that was absent in the supernatants of nontransformed CHO cells.  The higher apparent mol. wt. of human IFN-.gamma. from CHO cells as compared to that of human IFN-.gamma. from Escherichia coli (.apprx.18,800) suggests that the former is glycosylated.

L25 ANSWER 16 OF 49

AN  CA100(23):186661c
TI  Expression of viral membrane proteins from cloned cDNA by microinjection into eukaryotic cell nuclei
AU  Timm, Beate; Kondor-Koch, Claudia; Lehrach, Hans; Riedel, Heimo; Edstroem, Jan Erik; Garoff, Henrik
CS  Eur. Mol. Biol. Lab.
LO  Heidelberg D-6900, Fed. Rep. Ger.
SO  Methods Enzymol., 96(Biomembranes, Pt. J), 496-511
SC  3-4 (Biochemical Genetics)
DT  J
CO  MENZAU
IS  0076-6879
PY  1983
LA  Eng
AN  CA100(23):186661c
AB  A discussion is given on a cDNA expression system for viral membrane proteins of viruses such as Semliki Forest virus (SFV).  The system

AM 27 014761

AM-ITC 00454697

involves (1) insertion of the cDNA into a eukaryotic expression
vector; (2) cloning of the recombinant DNA in Escherichia coli; (3)
extn. of the plasmid mols. from the bacteria; (4) microinjection of
the DNA into the cell nucleus; and (5) anal. for viral proteins using
indirect immunofluorescence.  For the SFV cDNA injected into BHK
cells, the capsid protein was seen as a diffuse cytoplasmic stain in
the cell cytoplasm, whereas the membrane proteins were assocd. with
the endoplasmic reticulum, Golgi complex, and the plasma membrane.

L25 ANSWER 17 OF 49

AN   CA100(23):186650y
TI   An approach to the cloning of cell surface protein genes. Selection
     by cell sorting of mouse L-cells that express HLA or 4F2 antigens
     after transformation with total human DNA
AU   Kuehn, Lukas C.; Barbosa, James A.; Kamarck, Michael E.; Ruddle,
     Frank H.
CS   Dep. Biol., Yale Univ.
LO   New Haven, CT 06511, USA
SO   Mol. Biol. Med., 1(3), 335-52
SC   3-4 (Biochemical Genetics)
SX   13, 15
DT   J
CO   MBIMDG
IS   0735-1313
PY   1983
LA   Eng
AN   CA100(23):186650y
AB   An approach to the cloning of cell surface proteins is described that
     is independent of mRNA isolation.  Mouse LtK- cells are cotransformed
     with the thymidine kinase gene from herpes simplex virus and total
     human DNA.  Transformants expressing the human surface antigens of
     interest are isolated by 2 selection steps, which consist of
     treatment with hypoxanthine, aminopterin, and thymidine and
     fluorescence-activated cell sorting.  By this procedure, 7
     transformants were isolated that express HLA-A,B,C antigens and 12
     transformants that express the 4F2 antigen.  No OKT-10
     antigen-expressing L-cell transformants were found.  Three
     independent secondary 4F2 transformants were obtained after identical
     cotransformation of fresh Ltk- cells with DNA from primary
     transformants.  Hybridization of their genomes with human DNA
     revealed a shared set of human restriction fragments in all 3 cell
     lines.  This 32 .times. 103-base-pair segment of DNA codes for the
     human 4F2 antigen; this offers the opportunity to clone the gene.
     The 7 HLA-expressing cell lines were examd. and all of them had
     acquired an HLA-coding sequence concomitant to its expression.

L25 ANSWER 18 OF 49

AN   CA100(23):186500z
TI   Expression of proteins on the cell surface using mammalian vectors
AU   Sambrook, Joe; Gething, Mary Jane
CS   Cold Spring Harbor Lab.
LO   Cold Spring Harbor, NY, USA
SO   Exp. Manipulation Gene Expression, 225-46.  Edited by: Inouye,
     Masayori.  Academic: New York, N. Y.
SC   3-0 (Biochemical Genetics)
SX   13
DT   C
CO   51I0AI

AM 27 014762

AM-ITC 00454698

```
PY  1983
LA  Eng
AN  CA100(23):186500z
AB  A review with 105 refs., including a discussion of the hemagglutinin
    gene of influenza virus and its expression in animal cells
    transformed with recombinant virus vectors.


L25 ANSWER 19 OF 49

AN  CA100(15):115813t
TI  Construction and expression of a recombinant DNA gene encoding a
    polyomavirus middle-size tumor antigen with the carboxyl terminus of
    the vesicular stomatitis virus glycoprotein G
AU  Templeton, Dennis; Voronova, Anna; Eckhart, Walter
CS  Mol. Biol. Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  Mol. Cell. Biol., 4(2), 282-9
SC  3-4 (Biochemical Genetics)
DT  J
CO  MCEBD4
IS  0270-7306
PY  1984
LA  Eng
AN  CA100(15):115813t
AB  A mol. clone encoding the N-terminal 379 amino acids of the
    polyomavirus middle-size tumor antigen, followed by the C-terminal 60
    amino acids of the vesicular stomatitis virus glycoprotein G was
    constructed.  This hybrid gene contained the coding region for the
    C-terminal hydrophobic membrane-spanning domain of the G protein in
    place of the C-terminal hydrophobic domain of the middle-size tumor
    antigen.  The hybrid gene was expressed in COS-1 cells under the
    control of the SV40 virus late promoter.  The hybrid protein was
    located in cell membranes and was assocd. with a tyrosine-specific
    protein kinase activity, as was the middle-size tumor antigen.
    Plasmids encoding the hybrid protein failed to transform mouse NIH
    3T3 or rat F2408 cells.


L25 ANSWER 20 OF 49

AN  CA100(13):97556e
TI  Human fibronectin:  molecular cloning evidence for two mRNA species
    differing by an internal segment coding for a structural domain
AU  Kornblihtt, A. R.; Vibe-Pedersen, K.; Baralle, F. E.
CS  Sir William Dunn Sch. Pathol., Univ. Oxford
LO  Oxford OX1 3RE, UK
SO  EMBO J., 3(1), 221-6
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  EMJODG
IS  0261-4189
PY  1984
LA  Eng
AN  CA100(13):97556e
AB  Two different fibronectin (FN) mRNA species were detected in the
    human cell line Hs578T.  One species, mRNA I, contains an addnl.
    270-nucleotide insert (ED) that encodes exactly 1 of the internally
    repeated structural domains of the protein.  The 90-amino acid extra
    domain belongs to the so-called type III homol., and it is located in
    the C-terminal half of FN, between the cell attachment and the
```

AM 27 014763

AM-ITC 00454699

heparin-binding sites of the protein.  The evidence of 2 mRNAs is
provided by the isolation and characterization of 4 independent cDNA
clones from a library prepd. with a synthetic oligonucleotide primer,
and it was confirmed by S1 nuclease anal. of cDNA-mRNA hybrids.  This
kind of anal. also showed that in the human cell line, mRNA I is
present at a lower level than mRNA II (the mRNA species without the
ED), whereas in human liver, mRNA I is virtually undetectable.  Since
liver tissue is reported to be the source of plasma FN, the presence
of the ED insert could be a particular feature of cellular FN.

L25 ANSWER 21 OF 49

AN   CA99(25):207279n
TI   Identification and characterization of human haptoglobin cDNA
AU   Yang, Funmei; Brune, Jill L.; Baldwin, W. David; Barnett, Don R.;
     Bowman, Barbara H.
CS   Health Sci. Cent., Univ. Texas
LO   San Antonio, TX 78284, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 80(19), 5875-9
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   PNASA6
IS   0027-8424
PY   1983
LA   Eng
AN   CA99(25):207279n
AB   Recombinant plasmids contg. human cDNA encoding haptoglobin, a plasma
     protein that binds free Hb, were isolated by screening an adult human
     liver library with a mixed oligonucleotide probe.  Four cDNA clones
     contg. inserts were obtained that span 1218 nucleotides of the
     haptoglobin coding sequence, including the 3' end of the haptoglobin
     cDNA.  The cDNA sequence included a leader sequence followed by
     .alpha.2-chain and .beta.-chain sequences.  An arginine residue was
     deduced between the human .alpha.- and .beta.-chain sequences.  This
     is a probable site of limited proteolysis leading to the formation of
     the .alpha. and .beta. polypeptides in mature haptoglobin.  A
     comparison of the haptoglobin .alpha.-.beta. junction region and the
     heavy-light-chain junction of tissue-type plasminogen activator
     strengthens the evolutionary homol. found in haptoglobin and the
     serine proteases.  The Hp.alpha.2 gene, which is a partial
     duplication produced by unequal crossing over between Hp.alpha.1
     genes, was impossible to align by protein characterization.  The cDNA
     sequence establishes the alignment of Hp.alpha.2FS in the Hp.alpha.2
     gene studied.

L25 ANSWER 22 OF 49

AN   CA99(25):207277k
TI   Sequence of human haptoglobin cDNA: evidence that the .alpha. and
     .beta. subunits are coded by the same mRNA
AU   Raugei, G.; Bensi, G.; Colantuoni, V.; Romano, V.; Santoro, C.;
     Costanzo, F.; Cortese, R.
CS   Eur. Mol. Biol. Lab.
LO   Heidelberg 6900, Fed. Rep. Ger.
SO   Nucleic Acids Res., 11(17), 5811-19
SC   3-3 (Biochemical Genetics)
SX   13
DT   J
CO   NARHAD

AM 27 014764

AM-ITC  00454700

```
IS  0305-1048
PY  1983
LA  Eng
AN  CA99(25):207277k
AB  A cDNA clone coding for human haptoglobin was isolated and sequenced.
    Haptoglobin is probably synthesized as a single polypeptide chain
    which is then cleaved at an arginine residue to generate its 2
    characteristic .alpha. and .beta. subunits.  Southern blot anal.
    suggests that there are .gtoreq.2 copies of the haptoglobin
    gene/haploid genome.
```

L25 ANSWER 23 OF 49

```
AN  CA99(21):170553u
TI  Identification of glucocorticoid-induced genes in rat hepatoma cells
    by isolation of cloned cDNA sequences
AU  Feinberg, Ronald F.; Sun, Lee Hwei; Ordahl, Charles P.; Frankel, Fred
    R.
CS  Sch. Med., Univ. Pennsylvania
LO  PA 19104, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 80(16), 5042-6
SC  3-3 (Biochemical Genetics)
SX  2, 13
DT  J
CO  PNASA6
IS  0027-8424
PY  1983
LA  Eng
AN  CA99(21):170553u
AB  The expression of specific cellular genes in M1.19 rat hepatoma cells
    involves glucocorticoid regulation by mechanisms that are not well
    understood.  To approach this problem, cDNA prepd. from dexamethasone
    [50-02-2]-induced poly(A)-RNA was cloned and a comparative colony
    hybridization method was used to identify recombinant clones contg.
    hormone-regulated sequences.  Two cDNA clones, p1394 and p255,
    hybridize to a homogeneous RNA species of 900 nucleotides that is
    present in high abundance in 24-h-induced cells but is undetectable
    in uninduced cells.  This RNA can be seen as early as 1 h after
    dexamethasone stimulation.  Inhibition of protein synthesis with
    cycloheximide significantly reduces the accumulation of the RNA but
    does not abolish the induction response.  In normal adult rat liver,
    the RNA is abundant, and this RNA is induced by dexamethasone in
    adrenalectomized rats.  Plasmids p1394 and p255 contain sequences
    that are homologous to the mRNA coding for the acute-phase reactant
    protein .alpha.1-acid glycoprotein.  Two other cDNA clones, p655 and
    p333, hybridize to a more heterogeneous RNA species of 200-400
    nucleotides with a lower induction response to dexamethasone.
    Southern blot anal. of M1.19 genomic DNA indicates that p1394 and
    p255 are complementary to a single DNA fragment, whereas p655 and
    p333 are complementary to repetitive sequences in the M1.19 genome.
    Apparently, the genetic domain of glucocorticoid control in M1.19 rat
    hepatoma cells involves low copy no. genes such as .alpha.1-acid
    glycoprotein as well as repetitive sequence elements.
```

L25 ANSWER 24 OF 49

```
AN  CA99(21):170484x
TI  Nucleotide sequencing of an apparent proviral copy of env mRNA
    defines determinants of expression of the mouse mammary tumor virus
    env gene
```

AM 27 014765

AM-ITC 00454701

AU  Majors, John E.; Varmus, Harold E.
CS  Dep. Microbiol. Immunol., Univ. California
LO  San Francisco, CA 94143, USA
SO  J. Virol., 47(3), 495-504
SC  3-2 (Biochemical Genetics)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1983
LA  Eng
AN  CA99(21):170484x
AB  The nucleotide sequences of large regions of a cloned mouse mammary
    tumor virus strain C3H provirus that appear to be a DNA copy of env
    mRNA were detd.  In conjunction with the anal. of several addnl.
    clones of integrated and unintegrated mouse mammary tumor virus DNAs,
    several conclusions were drawn.  The mRNA for env is generated by
    splicing mechanisms that recognize conventional eukaryotic signals at
    donor and acceptor sites with a leader of .gtoreq.289 bases.  The 1st
    of 3 possible initiation codons for translation of env follows the
    splice junction by a single nucleotide and produces a signal peptide
    of 98 amino acids.  The N terminal sequence of the major virion
    glycoprotein gp52env is confirmed by nucleotide sequencing and is
    encoded by a sequence beginning 584 nucleotides from the 5' end of
    env mRNA.  The final 17 amino acids at the C terminus of the primary
    product of env are encoded within the long terminal repeat by the 51
    bases at the 5' end of the U3 domain, and bases 2-4 at the 5' end of
    the long terminal repeat constitute an initiation codon that
    commences an open reading frame capable of directing the synthesis of
    a 36-kilodalton protein.

L25 ANSWER 25 OF 49

AN  CA99(19):156646v
TI  Isolation of cDNA clones for the p33 invariant chain associated with
    HLA-DR antigens
AU  Long, E. O.; Strubin, M.; Wake, C. T.; Gross, N.; Carrel, S.;
    Goodfellow, P.; Accolla, R. S.; Mach, B.
CS  Med. Sch., Univ. Geneva
LO  Geneva 1205, Switz.
SO  Proc. Natl. Acad. Sci. U. S. A., 80(18), 5714-18
SC  15-7 (Immunochemistry)
DT  J
CO  PNASA6
IS  0027-8424
PY  1983
LA  Eng
AN  CA99(19):156646v
AB  An invariant glycoprotein of mol. wt. 33,000 (DRp33) is assocd.
    intracellularly with HLA-DR antigens.  A cDNA clone for DRp33, called
    33-10, was isolated.  Because no amino acid sequence has been detd.
    for DRp33, the identification of cDNA clone 33-10 was based on
    selection of mRNA by hybridization, subsequent translation in a
    rabbit reticulocyte lysate supplemented with microsomes, and
    translation in microinjected Xenopus oocytes followed by immunopptn.
    with an anti-DR antiserum.  The translation products assembled with
    DR .alpha. and .beta. chains in oocytes coinjected with all 3 mRNAs.
    Assembly of DR .alpha. and .beta. chains was also obsd. in the
    absence of DRp33 mRNA.  When compared with DRp33 immunopptd. from a
    human B-cell line, translation products of the hybrid-selected mRNA
    showed (i) identical migration in 2-dimensional gel electrophoresis,

AM 27 014766

```
            (ii) identical apparent mol. wt. in the absence of N-linked
            glycosylation, and (iii) a very similar 2-dimensional peptide map.
            Transcription of the DRp33 gene into a mRNA 1,400 nucleotides long
            was obsd. in B cells but was undetectable in T-cell lines. Thus,
            DRp33 appears to be coordinately expressed with DR .alpha. and .beta.
            chains. Hybridization to DNA of mouse-human somatic cell hybrids
            showed that DRp33 is encoded by a gene that is located outside the
            major histocompatibility complex.

        =) dis 125 26-49 bibi abs abss


        L25 ANSWER 26 OF 49

        AN  CA99(19):153188m
        TI  Molecular cloning and nucleotide sequence of a cDNA clone coding for
            the cell attachment domain in human fibronectin
        AU  Oldberg, Ake; Linney, Elwood; Ruoslahti, Erkki
        CS  Cancer Res. Cent., La Jolla Cancer Res. Found.
        LO  La Jolla, CA 92037, USA
        SO  J. Biol. Chem., 258(17), 10193-6
        SC  3-4 (Biochemical Genetics)
        SX  13
        DT  J
        CO  JBCHA3
        IS  0021-9258
        PY  1983
        LA  Eng
        AN  CA99(19):153188m
        AB  A cDNA clone coding for the cell-attachment domain in human
            fibronectin was isolated with synthetic oligonucleotides. Three sets
            of mixed tetradecamer oligonucleotides were synthesized on the basis
            of published amino acid sequences in the 108-amino-acid
            cell-attachment domain. One of these sets was made complementary to
            amino acids located near the C terminus of the cell-attachment domain
            and synthesized as a mixt. of 24 sequences. This oligonucleotide
            mixt. was used to prime cDNA synthesis with mRNA prepd. from a human
            fibrosarcoma as a template. A cDNA library was constructed with the
            oligonucleotide-primed sequences in the vector pBR322. Colonies that
            hybridized with the primer were isolated from the library and further
            identified by hybridization with oligonucleotides deduced from an
            amino acid sequence located 45 amino acid residues N-terminal of the
            primer sequence. One clone, which hybridized to both probes, was
            characterized in detail. The insert was 380 base pairs, and its
            nucleotide sequence agreed completely with the corresponding amino
            acid sequence of human plasma fibronectin, which shows that the
            sequences for this region are identical in plasma fibronectin and
            fibronectin from a cell line. This clone should be useful for
            studies of the expression of fibronectins and may also allow for the
            prodn. of the biol. active cell-attachment domains of fibronectin in
            bacteria.

        L25 ANSWER 27 OF 49

        AN  CA99(15):118770y
        TI  Quantitative in situ hybridization of 3H-labeled complementary
            deoxyribonucleic acid (cDNA) to the messenger ribonucleic acid of
            thyroglobulin in human thyroid tissues
        AU  Berge-Lefranc, Jean Louis; Cartouzou, Guy; Bignon, Christophe;
            Lissitzky, Serge
```

AM 27 014767

AM-ITC 00454703

```
CS   Inst. Natl. Sante Rech. Med., Fac. Med.
LO   Marseille 13385, Fr.
SO   J. Clin. Endocrinol. Metab., 57(3), 470-6
SC   9-8 (Biochemical Methods)
SX   14
DT   J
CO   JCEMAZ
IS   0021-972X
PY   1983
LA   Eng
AN   CA99(15):118770y
AB   Thyroglobulin-specifying mRNA (Tgb mRNA) content was studied in human
     thyroid tissues by using liq. hybridization and in-situ
     hybridization. Liq. hybridization revealed no differences in mRNA
     content, except in the case of colloid adenoma in which a lower amt.
     of Tgb mRNA was found. Conditions for the quant. in-situ
     hybridization of [3H]DNA complementary to the mRNA of Tgb are
     described. In-situ hybridization allowed correlation of the morphol.
     and functional state of the follicles and their content of Tgb mRNA.
```

L25 ANSWER 28 OF 49

```
AN   CA99(15):117128h
TI   Nucleotide sequence of cloned complementary deoxyribonucleic acid for
     the .alpha. subunit of bovine pituitary glycoprotein hormones
AU   Erwin, Christopher R.; Croyle, Michelle L.; Donelson, John E.;
     Maurer, Richard A.
CS   Dep. Biochem., Univ. Iowa
LO   Iowa City, IA 52242, USA
SO   Biochemistry, 22(20), 4856-60
SC   3-4 (Biochemical Genetics)
SX   2, 13
DT   J
CO   BICHAW
IS   0006-2960
PY   1983
LA   Eng
AN   CA99(15):117128h
AB   Recombinant DNA plasmids contg. sequences coding for the .alpha.
     subunit of the bovine pituitary glycoprotein hormones were isolated.
     The nucleotide sequences of 3 different cDNA clones were detd. The
     largest .alpha.-subunit cDNA clone contained 713 bases, which
     included 77 nucleotides from the 5'-untranslated region, 72
     nucleotides coding for a precursor segment, 288 nucleotides coding
     for the mature .alpha. subunit, and 276 nucleotides from the
     3'-untranslated region of the mRNA followed by a poly(A) segment.
     This cDNA likely represents most of the bovine .alpha.-subunit mRNA
     sequence. Nucleotide sequences were obtained from the cDNA inserts
     of 2 other .alpha.-subunit clones, and several differences among the
     3 cDNA sequences were detected. These differences in nucleotide
     sequence might represent either individual variation in genomic
     sequence or cloning artifacts. The comparison of the bovine
     .alpha.-subunit cDNA sequence with those of human, rat, and mouse
     .alpha.-subunit cDNAs reveals that the bovine sequence has >70%
     homol. with the other cDNAs. The cloned .alpha.-subunit cDNA should
     provide a useful probe for further studies of the structure and
     expression of this interesting gene.
```

L25 ANSWER 29 OF 49

AM 27 014768

AM-ITC 00454704

AN   CA99(15):117107a
TI   Molecular cloning of human haptoglobin cDNA:  evidence for a single
     mRNA coding for .alpha.2 and .beta. chains
AU   Vander Straten, A.; Herzog, A.; Jacobs, P.; Cabezon, T.; Bollen, A.
CS   Lab. Genet., Univ. Brussels
LO   Rhode-St-Genese B-1640, Belg.
SO   EMBO J., 2(6), 1003-7
SC   3-4 (Biochemical Genetics)
SX   13
DT   J
CO   EMJODG
IS   0261-4189
PY   1983
LA   Eng
AN   CA99(15):117107a
AB   Human haptoglobin (Hp) is a plasma glycoprotein composed of .alpha.
     and .beta. polypeptide chains that are covalently assocd. by
     disulfide bonds.  It has been suggested that .alpha. and .beta.
     polypeptides could be synthesized via a common precursor polypeptide.
     The DNA complementary to human Hp mRNA was cloned.  One of the
     clones, pULB1148, carries a full-length copy that codes for both
     .alpha.2 and .beta. polypeptides.  In vitro translation of human
     liver mRNA hybridizing with this cDNA gives a protein of 49,000
     daltons.  The sequence of the .alpha.2.beta. cDNA shows a single
     arginine residue between glutamine-142 of the .alpha.2 chain and
     isoleucine-1 of the .beta. chain.  With a few minor exceptions, the
     DNA sequence fits the previously published amino acid sequences.  The
     differences are: the presence of an aspartic acid residue at position
     52 of .alpha.2 instead of asparagine, the existence in .beta. of only
     1 lysine residue between glycine-65 and the following glutamine, the
     presence of serine and cysteine at positions 218-219 instead of
     cysteine-serine, and of aspartic acid residues at positions 205 and
     235 instead of asparagine.


L25  ANSWER 30 OF 49

AN   CA99(13):100263a
TI   Association between transplantation antigens and a viral membrane
     protein synthesized from a mammalian expression vector
AU   Paabo, S.; Weber, F.; Kaempe, O.; Schaffner, W.; Peterson, P. A.
CS   Dep. Cell Res., Wallenberg Lab.
LO   Uppsala S-751 22, Swed.
SO   Cell (Cambridge, Mass.), 33(2), 445-53
SC   3-4 (Biochemical Genetics)
SX   10, 15
DT   J
CO   CELLB5
IS   0092-8674
PY   1983
LA   Eng
AN   CA99(13):100263a
AB   Cells infected or transformed by adenovirus-2 express complexes of
     the viral E19 protein and class I transplantation antigens.  To
     eliminate the complication of the numerous metabolic changes in
     adenovirus-infected and -transformed cells, the E19 gene was detached
     from its viral background by the construction of transient expression
     vectors in which the E19 coding sequence is flanked by the SV40 early
     promoter and the 3' region of the rabbit .beta.-globulin gene.  E19
     prodn. was assayed 2 days after transfection of monkey COS or human
     HeLa cells with vector DNA.  Efficient E19 gene expression depends on

the presence of an intron (the 2nd .beta.-globin intron), and the E19 protein is properly processed and anchored in the plasma membrane of transfected cells. The vector-synthesized E19 protein is also assocd. with class I transplantation antigens in human cells, since a fraction of it is copptd. both with antiserum against HLA antigens and with monoclonal antibodies against .beta.2-microglobulin.

L25 ANSWER 31 OF 49

AN  CA99(9):65254z
TI  Isolation and characterization of cDNA clones for human and bovine fibronectins
AU  Kornblihtt, Alberto R.; Vibe-Pedersen, Karen; Baralle, Francisco E.
CS  Sir William Dunn Sch. Pathol., Univ. Oxford
LO  Oxford OX1 3RE, UK
SO  Proc. Natl. Acad. Sci. U. S. A., 80(11), 3218-22
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  PNASA6
IS  0027-8424
PY  1983
LA  Eng
AN  CA99(9):65254z
AB  A bovine fibronectin (FN) cDNA clone (pFB1) was isolated by screening a cDNA library of calf testis fibroblasts with a synthetic oligonucleotide probe. The probe was a mixt. of 8 14-base-long oligonucleotides designed from the amino acid sequence Glu-Cys-Phe-Met-Pro present in the 3000-mol.-wt. C-terminal fragment of bovine plasma FN. Plasmid pFB1 contained a 1000-base-pair (bp) insert comprising the complete 3' noncoding sequence (690 bp) and .apprx.300 bp of the coding region. Clone pFB1 was used as a radioactive probe in the screening of a human cell line (Hs 578T) cDNA library. Eleven pos. cDNA clones were detected; 1 (pFH1) contained a 2000-bp insert comprising the complete 3' noncoding region (693 bp) and .apprx.1300 bp of the coding region of human FN. The sequences of the clone pFB1 insert and of the homologous region in clone pFH1 were detd. The nucleotide sequences were 90% homologous. Six amino acid changes were found, clustered in an area connecting 2 structural domains described in bovine plasma FN. Furthermore, the 204 C-terminal amino acid sequence of bovine FN was completed by overlapping 2 peptide fragments (mol. wts. 3000 and 23,000). Clone pFH1 was used in estg. the size of human fibronectin mRNA (7900 bases) through blot hybridization anal. Southern blot studies suggest that human FN is coded by a unique gene.

L25 ANSWER 32 OF 49

AN  CA99(3):17450p
TI  Nucleotide sequence of a cDNA for the common .alpha. subunit of the bovine pituitary glycoprotein hormones. Conservation of nucleotides in the 3'-untranslated region of bovine and human pre-.alpha. subunit mRNAs
AU  Nilson, John H.; Thomason, Arlen R.; Cserbak, Marian T.; Moncman, Carole L.; Woychik, Richard P.
CS  Sch. Med., Case Western Reserve Univ.
LO  Cleveland, OH 44106, USA
SO  J. Biol. Chem., 258(8), 4679-82
SC  3-3 (Biochemical Genetics)
SX  2, 13

AM 27 014770

AM-ITC 00454706

DT  J
CO  JBCHA3
IS  0021-9258
PY  1983
LA  Eng
AN  CA99(3):17450p
AB  A cDNA clone for the pre-.alpha. subunit of the pituitary
    glycoprotein hormones was isolated from a bovine pituitary cDNA
    library with a pool of synthetic oligodeoxynucleotide probes. This
    clone, designated p8.alpha., contains a 564-base-pair insert which
    includes a portion of the signal sequence, the entire coding sequence
    of the mature protein, and 224 base pairs of the 3'-untranslated
    sequence. The nucleotide and amino acid sequences for the mature
    bovine .alpha. subunit were homologous to the sequences reported for
    humans and rodents, with the most extensive homol. occurring between
    cattle and rodents (85-90%). However, a comparison of the
    3'-untranslated regions of pre-.alpha. subunit mRNA from 3 different
    mammalian species indicated that in cattle and rat, or in human and
    rat, these sequences have rapidly diverged, and showed resp.
    homologies of 21 and 36%. In contrast, the sequence homol. obsd.
    between the 3'-untranslated regions of cattle and human was 79%,
    which approaches the level of homol. shared by their coding
    sequences. Thus, the conservation of the 3'-untranslated sequence in
    bovine and human pre-.alpha. subunit mRNA might indicate that this
    region is functionally significant in these 2 species.


L25 ANSWER 33 OF 49


AN  CA99(1):1181r
TI  The human thyroglobulin gene contains two 15-17 kb introns near its
    3'-end
AU  Van Ommen, Gert Jan B.; Arnberg, Annika C.; Baas, Frank; Brocas,
    Huguette; Sterk, Andre; Tegelaers, Wil H. H.; Vassart, Gilbert; De
    Vijlder, Jan J. M.
CS  Dep. Pediatr. Endocrinol., Acad. Med. Cent.
LO  Amsterdam 1105 AZ, Neth.
SO  Nucleic Acids Res., 11(8), 2273-85
SC  3-3 (Biochemical Genetics)
SX  2, 13
DT  J
CO  NARHAD
IS  0305-1048
PY  1983
LA  Eng
AN  CA99(1):1181r
AB  Overlapping segments of the human thyroglobulin gene were cloned from
    a genomic cosmid library. Restriction mapping and electron
    microscopy show that a region of 38 kilobases (kb) at or near the
    3'-end of this gene encodes only 850 nucleotides or 10% of the mRNA
    sequence. The region contains 5 exons of 130-210 nucleotides, split
    by introns of 1 to 15-17 kg. This represents the lowest ratio of
    coding to noncoding DNA (2.2%) found to date in any eukaryotic gene.
    Blot hybridization under nonstringent conditions shows the presence
    of only 1 copy of this gene in the human genome and the absence of
    other closely related sequences.


L25 ANSWER 34 OF 49


AN  CA98(19):155863f
TI  Molecular cloning of human genes for serum amyloid A

AM 27 014771

AM-ITC 00454707

```
AU  Sack, George H., Jr.
CS  Sch. Med., Johns Hopkins Univ.
LO  Baltimore, MD 21205, USA
SO  Gene, 21(1-2), 19-24
SC  3-4 (Biochemical Genetics)
DT  J
CO  GENED6
IS  0378-1119
PY  1983
LA  Eng
AN  CA98(19):155863f
AB  Three human DNA fragments hybridizing to a mouse cDNA plasmid for the
    acute phase protein amyloid A were isolated from the human .lambda.
    Charon 4A phage library. Two of these recombinants, GSAA1 [12.8
    kilobase (kb) insert] and GSAA 2 (15.9 kb insert), share an
    apparently identical internal region of 9.7 kb, whereas the 3rd,
    GSAA3 (15.95 kb insert), shows different restriction enzyme
    fragments. Hybridization studies localize the coding region to
    single HindIII fragments and suggest that all coding information is
    present in these recombinants; these fragments were subcloned into
    pBR322 and mapped for further study.
```

L25 ANSWER 35 OF 49

```
AN  CA98(13):102082u
TI  Cloning of several cDNA segments coding for human liver proteins
AU  Costanzo, F.; Castagnoli, L.; Dente, L.; Arcari, P.; Smith, M.;
    Costanzo, P.; Raugei, G.; Izzo, P.; Pietropaolo, T. C.; et al.
CS  Eur. Mol. Biol. Lab.
LO  Heidelberg D-6900, Fed. Rep. Ger.
SO  EMBO J., 2(1), 57-61
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  EMJODG
PY  1983
LA  Eng
AN  CA98(13):102082u
AB  A human cDNA library was constructed with phage M13 deriv. vectors.
    The simple and rapid procedures for sequencing single-stranded DNA by
    the dideoxy chain termination method allowed a screening of
    individual clones directly by DNA sequence anal. Some of these
    clones were identified as coding for serum albumin,
    .alpha.1-antitrypsin [9041-92-3], retinol-binding protein,
    prothrombin [9001-26-7], haptoglobin, and metallothionein.
    Furthermore, a clone coding for aldolase B [9024-52-6] was
    tentatively identified on the basis of high sequence homol. with
    rabbit muscle aldolase.
```

L25 ANSWER 36 OF 49

```
AN  CA98(5):32063n
TI  Enamel extracellular matrix: differentiation specific gene products
    and the control of their synthesis and accumulation during
    development
AU  Slavkin, Harold C.; Zeichner-David, Margarita; Siddiqui, M. A. Q.
CS  Lab. Dev. Biol., Univ. South. California
LO  Los Angeles, CA, USA
SO  Int. Congr. Ser. - Excerpta Med., 589(Curr. Adv. Skeletogenesis),
    24-33
```

AM 27 014772

AM-ITC 00454708

```
     SC  13-3 (Mammalian Biochemistry)
     SX  3
     DT  J
     CO  EXMDA4
     IS  0531-5131
     PY  1982
     LA  Eng
     AN  CA98(5):32063n
```
     AB  The major fetal rabbit enamel protein is a 70,000-mol.-wt. acidic
         glycoprotein, termed enamelin (I).  I has an amino acid compn.
         dissimilar to that previously published for mammalian enamel matrix
         amelogenins.  Rabbit anti-fetal rabbit enamel protein antisera were
         used to localize protein synthesis and secretion during cap stage
         molar organogenesis in serumless medium.  Whereas the Trowell method
         for organ culture and serumless medium was permissive for odontoblast
         and ameloblast differentiation, no mineralization was obsd.  These
         observations suggest that during rabbit tooth development in vitro,
         morphogenesis, and tissue-specific differentiation are not dependent
         upon serum-derived humoral factors.  Dentin mineralization is not
         required for subsequent epithelial differentiation into ameloblasts.
         Recent tech. advances in the isolation of enamel mRNAs enable the
         construction of fetal rabbit enamel cDNA clones and the future
         investigation of gene expression during amelogenesis.


     L25 ANSWER 37 OF 49

```
     AN  CA97(23):193983g
```
     TI  Construction of recombinant plasmids containing rat thyroglobulin
         mRNA sequences
     AU  Di Lauro, Roberto; Obici, Silvana; Acquaviva, Angela M.; Alvino,
         Claudio G.
     CS  Fac. Med. Chir., Univ. Napoli
     LO  Naples 80131, Italy
     SO  Gene, 19(1), 117-25
     SC  3-4 (Biochemical Genetics)
     DT  J
     CO  GENED6
     IS  0378-1119
     PY  1982
     LA  Eng
     AN  CA97(23):193983g
     AB  Two plasmids contg. rat thyroglobulin cDNA sequences were constructed
         and characterized.  A plasmid with a 500-base-pair (bp) insert (pRT6)
         was isolated and identified as thyroglobulin-specific on the basis of
         the tissue specificity of the inserted sequence and of its ability to
         retain thyroglobulin mRNA on a nitrocellular filter.  The cDNA insert
         in pRT6 was subsequently used to screen rat thyroid cDNA library
         constructed with large cDNA.  A plasmid was found contg. a 1700-bp
         insert.  The polarity and the fidelity of the insert was demonstrated
         by S1 mapping.


     L25 ANSWER 38 OF 49

     AN  CA97(13):108150r
     TI  Kinetics of induction of .alpha.1-acid glycoprotein
     AU  Ricca, George A.; McLean, John W.; Taylor, John M.
     CS  Milton S. Hershey Med. Cent., Pennsylvania State Univ.
     LO  Hershey, PA 17033, USA
     SO  Ann. N. Y. Acad. Sci., 389(C-React. Protein Plasma Protein Response
         Tissue Inj.), 88-105

AM 27 014773

AM-ITC 00454709

```
SC  14-11 (Mammalian Pathological Biochemistry)
SX  3
DT  J
CO  ANYAA9
IS  0077-8923
PY  1982
LA  Eng
AN  CA97(13):108150r
AB  This investigation describes the cloning of rat .alpha.1-acid
    glycoprotein (.alpha.1-AGP) double-stranded cDNA, the development of
    a new method for the synthesis of a radiolabeled cDNA hybridization
    probe directly from the cloned DNA, the utilization of this
    hybridization probe to demonstrate that acute inflammation causes an
    increased accumulation of .alpha.1-AGP mRNA that is responsible for
    the increased plasma concn. of this protein, and the complete
    nucleotide sequence of rat .alpha.1-AGP mRNA.
```

L25 ANSWER 39 OF 49

```
AN  CA97(11):86287m
TI  Expression of the structural proteins of Semliki Forest virus from
    cloned cDNA microinjected into the nucleus of baby hamster kidney
    cells
AU  Kondor-Koch, Claudia; Riedel, Heimo; Soederberg, Kathy; Garoff,
    Henrik
CS  Eur. Mol. Biol. Lab.
LO  Heidelberg, Fed. Rep. Ger.
SO  Proc. Natl. Acad. Sci. U. S. A., 79(15), 4525-9
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  PNASA6
IS  0027-8424
PY  1982
LA  Eng
AN  CA97(11):86287m
AB  The 3 structural proteins of Semliki Forest virus (the capsid, p62,
    and E1 proteins) were expressed in baby hamster kidney cells from
    cloned DNA transcribed from the virus-specific 4.1-kilobase mRNA.
    The cDNA was engineered into an expression vector downstream from the
    simian virus 40 early promoter and was introduced into cell nuclei by
    microneedle injection.  Immunofluorescence anal. of injected cells
    showed that the capsid protein was located in the cytoplasm, whereas
    the membrane proteins were assocd. with cellular membranes.  The p62
    protein was transport from the rough endoplasmic reticulum to the
    plasma membrane, whereas the E1 protein remained in the rough
    endoplasmic reticulum.
```

L25 ANSWER 40 OF 49

```
AN  CA96(23):194358y
TI  Isolation and characterization of a fragment of rat thyroglobulin
    gene
AU  Christophe, D.; Pohl, V.; Van Heuverswijn, B.; De Martynoff, G.;
    Brocas, H.; Dumont, J. E.; Pasteels, J. L.; Vassart, G.
CS  Inst. Rech. Interdiscip., Hop. Erasme
LO  Brussels 1070, Belg.
SO  Biochem. Biophys. Res. Commun., 105(3), 1166-75
SC  3-3 (Biochemical Genetics)
SX  13
```

AM 27 014774

AM-ITC 00454710

```
DT  J
CO  BBRCA9
IS  0006-291X
PY  1982
LA  Eng
AN  CA96(23):194358y
AB  A rat genomic library was screened for thyroglobulin gene clones with
    recombinant plasmids contg. rat thyroglobulin complementary DNA
    inserts.  Two identical recombinant phages were found.  A map of the
    inserted genomic sequence established by restriction and blotting
    expts., and electron microscopy revealed that this fraction of the
    gene was extensively split.  Exons were .ltoreq.200 base pair long
    whereas the introns represented 93% of the insert.  A fragment
    subcloned in plasmid pBR322 contained repetitive sequences when used
    in Southern blot expts. with rat total genomic DNA.
```

L25 ANSWER 41 OF 49

```
AN  CA96(13):98744a
TI  Rat alpha1-acid glycoprotein:  cloning and nucleotide sequence of
    double-stranded cDNA and induction of mRNA levels following acute
    inflammation
AU  Ricca, George A.
CS  Pennsylvania State Univ.
LO  University Park, PA, USA
SO  86 pp.  Avail. Univ. Microfilms Int., Order No. 8129205
    From: Diss. Abstr. Int. B 1981, 42(7), 2815-16
SC  3-4 (Biochemical Genetics)
SX  13
DT  D
PY  1981
LA  Eng
AN  CA96(13):98744a
AB  Unavailable
```

L25 ANSWER 42 OF 49

```
AN  CA95(19):166589k
TI  Rat .alpha.1-acid glycoprotein mRNA.  Cloning of double-stranded cDNA
    and kinetics of induction of mRNA levels following acute inflammation
AU  Ricca, George A.; Hamilton, Robert W.; McLean, John W.; Conn, Ardell;
    Kalinyak, Judith E.; Taylor, John M.
CS  Milton S. Hershey Med. Cent., Pennsylvania State Univ.
LO  Hershey, PA 17033, USA
SO  J. Biol. Chem., 256(20), 10362-8
SC  14-1 (Mammalian Pathological Biochemistry)
DT  J
CO  JBCHA3
IS  0021-9258
PY  1981
LA  Eng
AN  CA95(19):166589k
AB  Messenger RNA prepns. from the livers of normal rats and those with
    acute inflammation were translated in a mRNA-dependent cell-free
    protein-synthesizing system.  Immunopptn. of the translation products
    with a specific antibody prepd. against purified rat plasma
    .alpha.1-acid glycoprotein (.alpha.1-AGP) detected an abundant 23,000
    mol. wt. peptide induced by inflammation.  In order to examine the
    regulation of this acute-phase protein, a double-stranded
    complementary (c) DNA to partially purified rat .alpha.1-AGP mRNA was
```

AM 27 014775

AM-ITC 00454711

synthesized, inserted into the Pst I site of the plasmid pBR322 by a
GC-tailing technique, and used to transform Escherichia coli RR1.  A
recombinant plasmid contg. a 740-base pair insert with a contiguous
poly(dA) segment was identified as contg. .alpha.1-AGP cDNA sequences
by partial DNA sequence anal., and by specific hybrid selection of
mRNA followed by in vitro translation and immunopptn.  The cloned
double-stranded cDNA isolated from the recombinant pBR322 vector was
recloned in the single-stranded DNA bacteriophage M13mp7 in order to
develop a specific hybridization probe for mRNA quantitation.  The
.alpha.1-AGP-specific cDNA probe was used to examine .alpha.1-AGP
mRNA levels in total liver RNA during a period of 48 h following the
induction of acute inflammation by the administration of turpentine.
In normal rat liver, .alpha.1-AGP mRNA comprised about 0.0006% of
total cellular RNA.  An increase in the amt. of .alpha.1-AGP mRNA was
first detected 4 h after the onset of inflammation, and it reached a
max. level of induction at 36 h following the administration of the
inflammatory agent.  At this point, .alpha.1-AGP mRNA comprised about
0.053% of total cellular RNA, representing a 90-fold increase over
its normal level.  This induction was assocd. with a substantial
increase in the circulating plasma concn. of .alpha.1-AGP, as
measured by quant. rocket immunoelectrophoresis.  Apparently, acute
inflammation causes an increased accumulation of a specific mRNA
which is responsible for the increased plasma concn. of .alpha.1-AGP.

L25 ANSWER 43 OF 49

AN   CA95(17):146928s
TI   Genomes of murine leukemia viruses isolated from wild mice
AU   Chattopadhyay, Sisir K.; Oliff, Allen I.; Linemeyer, David L.;
     Lander, Marilyn R.; Lowy, Douglas R.
CS   Dermatol. Branch, Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   J. Virol., 39(3), 777-91
SC   10-4 (Microbial Biochemistry)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1981
LA   Eng
AN   CA95(17):146928s
AB.  The genomes of murine leukemia viruses (MuLV) isolated from wild mice
     were studied.  Detailed restriction endonuclease maps of the
     8.8-kilobase (kb) unintegrated linear viral DNAs were derived for 5
     ecotropic and 5 amphotropic MuLVs from California field mice, for
     Friend MuLV, and for 1 ecotropic and 1 xenotropic MuLV from Mus
     musculus castaneus.  In general, the California MuLVs were similar in
     their leftward 6 kb (corresponding to the leftward long terminal
     repeat [LTR], gag, and pol) and rightward 1 kb (7.8-8.8 kb,
     corresponding to p15E and the rightward LTR).  For the region
     spanning 6.0-7.7 kb (which includes the sequences that encode gp70)
     the amphotropic MuLVs shared few enzyme sites with the ecotropic
     MuLVs, although the California ecotropic MuLVs were highly related to
     each other in this region, as were the amphotropic MuLVs.
     Cross-hybridization studies between amphotropic and California
     ecotropic MuLV DNAs indicated that they were not homologous in the
     region 6.3-7.6 kb; the California ecotropic viral DNAs
     cross-hybridized in this region to AKR ecotropic MuLV.  When the
     California viral DNAs were compared with AKR ecotropic viral DNA,
     many differences in enzyme sites were noted throughout the genome.
     The U3 regions of the wild mouse LTRs showed partial homol. to this

AM 27 014776

AM-ITC 00454712

region in AKR MuLV.  The LTR of Moloney MuLV was highly related to
that of the California MuLVs, whereas the LTR of Friend MuLV appeared
to be a recombinant between the 2 types of LTRs.  The M. musculus
castaneus isolates were most closely related to ecotropic and
xenotropic MuLVs isolated from inbred mice.  One amphotropic MuLV DNA
was cloned in pBR322 from supercoiled viral DNA at its unique EcoRI
site.  Viral DNAs with 1 and 2 LTRs were isolated.  After digestion
with EcoRI, DNAs of both types were infectious.  It is concluded that
ecotropic and amphotropic MuLVs differ primarily in the region which
encodes gp70.

L25 ANSWER 44 OF 49

AN  CA94(1):1929n
TI  Molecular cloning of Pst I fragments from rat double-stranded
    thyroglobulin complementary DNA
AU  Scherberg, Neal; Vassart, Gilbert
CS  Fac. Med., Univ. Libre Bruxelles
LO  Brussels 1000, Belg.
SO  Biochem. Biophys. Res. Commun., 96(4), 1785-92
SC  10-4 (Microbial Biochemistry)
DT  J
CO  BBRCA9
IS  0006-291X
PY  1980
LA  Eng
AN  CA94(1):1929n
AB  Thyroglobulin mRNA was prepd. from thyroid glands of rats treated
    with propylthiouracil.  The double-stranded complementary DNA was
    synthesized using avian myeloblastosis virus reverse transcriptase
    and subjected to restriction with the endonuclease Pst I.  The
    restriction fragments were ligated into the unique Pst I site of the
    plasmid pBR 322 and the resulting recombinant DNA was used to
    transform Escherichia coli to tetracycline resistance.  The colonies
    harboring recombinant plasmids (42 out of 1852) could be classified
    into 3 categories contg., resp., 320, 550, and 640 base pair inserts.
    One clone from each size class was selected and the ability of their
    plasmid DNA to bind functional-active rat thyroglobulin mRNA was
    demonstrated in a pos. translation assay.  Altogether, the 3 cloned
    DNA fragments represent .apprx.20% of the thyroglobulin structural
    gene sequence.

L25 ANSWER 45 OF 49

AN  CA93(25):233074n
TI  Molecular cloning of bovine thyroglobulin complementary DNA.
    Characterization of 2500-base-pair and 1900-base-pair fragments
AU  Christophe, Daniel; Brocas, Huguette; Gannon, Frank; De Martynoff,
    Guy; Pays, Etienne; Vassart, Gilbert
CS  Fac. Med., Univ. Libre Bruxelles
LO  Brussels, Belg.
SO  Eur. J. Biochem., 111(2), 419-23
SC  6-2 (General Biochemistry)
DT  J
CO  EJBCAI
IS  0014-2956
PY  1980
LA  Eng
AN  CA93(25):233074n
AB  Double-stranded thyroglobulin complementary DNA (cDNA) was

AM 27 014777

AM-ITC 00454713

synthesized from purified 33 S bovine thyroglobulin mRNA. This
synthetic structural gene has previously been shown to contain 3
sites for the restriction endonuclease HindIII, yielding 2 internal
fragments of 1900 and 2500 base pairs, resp.  Recombinant mols. were
prepd. by ligating the HindIII-restricted cDNA to the plasmid pBR322
which had been linearized by the same enzyme.  When Escherichia coli
was transformed with this mixt., it yielded 2 kinds of colonies each
harboring recombinant plasmids contg. 1 of the 2 cDNA fragments.
Both recombinant mols. hybridized specifically to translatable
thyroglobulin mRNA.  Sequence homol. between the 2 cloned DNAs could
not be detected by cross-hybridization expts.; this argues against
the existence of internal structural repetition in thyroglobulin
subunits.  Together, the 2 cloned DNA fragments represent 55% of the
8000-base-pair double-stranded thyroglobulin DNA.


L25 ANSWER 46 OF 49

AN   CA93(21):200835h
TI   Molecular dissection of Rauscher virus gp70 by using monoclonal
     antibodies: Localization of acquired sequences of related envelope
     gene recombinants
AU   Niman, Henry L.; Elder, John H.
CS   Dep. Cell. Dev. Immunol., Res. Inst. Scripps Clin.
LO   La Jolla, CA 92037, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 77(8), 4524-8
SC   10-4 (Microbial Biochemistry)
SX   15
DT   J
CO   PNASA6
IS   0027-8424
PY   1980
LA   Eng
AN   CA93(21):200835h
AB   Using hybridoma-specific immune pptns. of fragments derived from
     Rauscher virus glycoprotein gp70, coupled with peptide patterns
     (fingerprinting) and partial amino acid sequence analyses, a linear
     map of Rauscher gp70 was generated.  A panel of 56 hybridomas derived
     from the fusion of the drug-selected SP-2 myeloma line with spleen
     cells from either a 129 GIX+ or a GIX- mouse immunized with purified
     Rauscher virus gp70 were used.  By natural breakdown, gp70 splits
     into predominant fragments with Mr 45,000 (P45), 34,000 (P34), and
     32,000 (P32).  Peptide fingerprinting of these as well as overlapping
     fragments coupled with partial amino acid sequence analyses allowed
     to align the fragments into the linear arrangement NH2-P45-P32-CO2H,
     with p34 being an N-terminal degrdn. product of P45.  Of the 56
     hybridomas, 20 immunopptd. both P45 and P34; 18 immunopptd. only P45;
     and 18 immunopptd. only P32.  The hybridomas thus define 3 domains of
     the mol. as NH2-P45/P34, P45 only, and P32-CO2H.  Allowing these
     hybridomas to react with 2 Rauscher-derived envelope gene recombinant
     viruses yielded the following results: all 20 P45/34 reactors bound
     to the 2 Rauscher recombinants; of 18 P45-only hybridomas, 10
     reacted; and only 1 of 18 P32 reactors bound to the Rauscher
     recombinants.  This last hybridoma reacted with various murine
     retroviruses, indicating that it was directed at conserved
     determinants of gp70.  Peptide fingerprinting of Rauscher gp70, the
     recombinant gp70s, and their resp. breakdown products confirmed the
     homologies and nonhomologies defined by the hybridomas.  Furthermore,
     peptide patterns showed that these acquired sequences on the
     C-terminal portion of the recombinant gp70s are related to xenotropic
     virus gp70s.

AM 27 014778

AM-ITC 00454714

L25 ANSWER 47 OF 49

AN   CA90(3):20606p
TI   Purification and characterization of a murine tumor cell surface
     glycoprotein of 75,000 daltons that is related to the major envelope
     glycoprotein of murine leukemia virus
AU   McLellan, W. L.; Ihle, J. N.
CS   Frederick Cancer Res. Cent., Natl. Cancer Inst.
LO   Frederick, Md., USA
SO   Virology, 89(2), 547-59
SC   15-2 (Immunochemistry)
SX   6, 10
DT   J
CO   VIRLAX
IS   0042-6822
PY   1978
LA   Eng
AN   CA90(3):20606p
AB   An antigen, p 30, which competes with murine C-type viral
     glycoprotein in an interspecies radioimmunocompetition assay was
     purified from the surface of EL-4 tumor cells, which are virus
     particle neg.  The amt. of p30 was extremely low, confirming that the
     tumor cell was not expressing a murine oncornavirus.  A glycoprotein
     similar but not identical to Rauscher virus glycoprotein antigen gp71
     was also detected on the surface of the tumor cell.  The gp71
     crossreactive antigen was purified by Li diiodosalicylate extn. and
     chromatog.  It is a glycoprotein, named gp75, of .apprx.75,000
     daltons which was pptd. by various broadly reactive antisera to
     murine gp71s and antiserums to murine virus.  Purified gp75 was not
     related to Rauscher gp71, but did compete in an assay using BALB/2
     xenotropic gp71 and anti-C57/L virus serum.  It also competed in an
     assay using Moloney virus gp71 and anti-Moloney virus serum, but not
     in a more type-specific assay using 125I-Moloney virus gp71 and
     anti-Moloney gp71 serum.  Tryptic peptide maps of iodinated proteins
     were prepd. and gp75 was compared with various gp71 antigens of
     different origins; the antigen was not very similar to any viral
     gp71.  The differences in the structures of the various viral gp71s
     are consistent with the idea that the env genes of murine viruses
     which code for gp71s are sites of frequent recombinational events.
     Recombination between different endogenous viral sequences or between
     viral and host allelic genomes may have resulted in many immunol.
     related proteins on viruses, cell surfaces, and mouse serum.  The
     antigens are immunol. related, have similar mol. wts.
     (.apprx.70,000), but have divergent structure.

L25 ANSWER 48 OF 49

AN   CA89(11):87056g
TI   Structural analysis of the surface glycoproteins (gp70's) of
     recombinant murine C-type viruses:  evidence for envelope gene
     recombination
AU   Elder, John H.; Jensen, Fred C.; Gautsch, James W.; Lerner, Richard
     A.; Vogt, Marguerite
CS   Scripps Clin. Res. Found.
LO   La Jolla, Calif., USA
SO   Adv. Comp. Leuk. Res., Proc. Int. Symp., 8th, Meeting Date 1977,
     156-9.  Edited by: Bentvelzen, Peter; Hilgers, Jo; Yohn, David S.
     Elsevier: Amsterdam, Neth.
SC   10-4 (Microbial Biochemistry)

AM 27 014779

AM-ITC 00454715

```
DT   C
CO   38PCAA
PY   1978
LA   Eng
AN   CA89(11):87056g
AB   Tryptic peptide anal. of the surface glycoprotein gp70 isolated from
     several recombinant murine C-type viruses with the gp70 of parental
     viruses showed that the recombinants tested are the progeny of
     recombination between endogenous ectotropic and xenotropic C-type
     viruses, and further, that the recombination has occurred within the
     envelope gene encoding gp70.  The possible consequences of such
     recombinations relative to the oncogenic potential of these viruses
     are discussed.
```

L25 ANSWER 49 OF 49

```
AN   CA87(25):197155e
TI   Biochemical evidence that MCF murine leukemia viruses are envelope
     (env) gene recombinants
AU   Elder, John H.; Gautsch, James W.; Jensen, Fred C.; Lerner, Richard
     A.; Hartley, Janet W.; Rowe, Wallace P.
CS   Dep. Cell. Dev. Immunol., Scripps Clin. Res. Found.
LO   La Jolla, Calif., USA
SO   Proc. Natl. Acad. Sci. U. S. A., 74(10), 4676-80
SC   10-4 (Microbial Biochemistry)
DT   J
CO   PNASA6
PY   1977
LA   Eng
AN   CA87(25):197155e
AB   By tryptic peptide anal., the surface glycoproteins (gp70) of 4
     isolates of mink cell focus-inducing strains (MCF) of murine type C
     viruses were compared with the gp70 of various possible parental
     viruses.  In addn., the tryptic peptides of the gag gene products p30
     and p15 from several of these viruses were compared.  The results
     allow the following conclusions: (i) the gp70 of the MCF are not
     identical to one another and are different from the gp70 of the
     possible parental viruses tested; (ii) the MCF gp70 have tryptic
     peptides in common with xenotropic virus gp70 as well as with
     ectotropic virus gp70; and (iii) the gag region protein, p30, of MCF
     is identical to p30 of AKR ectotropic virus (Akv-1 or Akv-2) and
     distinct from p30 of xenotropic viruses, suggesting that the 5' end
     of the recombinant viruses is of Akv origin.  The findings are
     discussed with respect to the possible role a recombinant virus might
     play in leukemogenesis in AKR mice.
```

=) dis his.

                    --
                (FILE HOME)


                    FILE CA
```
L1    19741 S RECOMBINATION(W)GENETIC OR MOLECULAR(W)CLONIN
L2     4887 S CDNA OR BIOTECHNOLOG?
L3    30134 S (MEMBRANE OR SURFACE)(W)PROTEIN? OR GLYCOPROT
L4      497 S (L1 OR L2) AND L3
L5      350 S L4  RAN=(1985,1988)
L6      147 S L4 NOT L5
L7    55592 S ESCHERICIHA OR COLI
L8    56636 S L7 OR ESCHERICHIA
```

AM 27 014780

AM-ITC 00454716

```
L9          102 S L6 NOT L8
L10        6673 S CLATHRIN OR FIBRONECTIN? OR LAMININ# OR DRUG(
L11        5229 S AMYLOID# OR ASIALOGLYCOPROTEIN# OR AVIDIN# OR
L12        8103 S COLONY(W)STIMULATI? OR MUCOPROTEIN# OR PEPTID
L13        4191 S THROMBOPOIETIN OR THYROGLOBULIN# OR ERYTHROPO
L14        4669 S GLYCOSYLAT? OR CARBOHYDRATE#(2A)(STRUCTUR? OR
L15         756 S (L1 OR L2) AND (L3 OR L10 OR L11 OR L12 OR L1
L16         543 S L15  RAN=(1985,1988)
L17         213 S L15 NOT L16
L18         148 S L17 NOT (ESCHERICHIA OR COLI OR BACTERIA#)
L19       27285 S BACILLUS OR SUBTILIS OR DROSOPHILA OR MELANOG
L20         146 S L18 NOT L19
L21           5 S TRYPANOSMA(W)BRUCEI
L22         795 S TRYPANOSOMA(W)BRUCEI
L23         114 S L20 NOT (L21 OR L22)
L24      486245 S HUMAN# OR MAMMAL? OR BOVINE OR MURINE OR RAT
L25          49 S L23 AND (L24 OR BHK OR COS)

=)
```

AM 27 014781

AM-ITC 00454717

*Chem Abs    1763 → 1705*

*"recombinant" × "glycosylation" / "membrane proteins"*

L20 ANSWER 1 OF 146

```
AN  CA101(25):223888a
TI  Apparent discontinuous transcription of Trypanosoma brucei variant
    surface antigen genes
AU  Campbell, David A.; Thornton, Deborah A.; Boothroyd, John C.
CS  Sch. Med., Stanford Univ.
LO  Stanford, CA 94305, USA
SO  Nature (London), 311(5984), 350-5
SC  3-3 (Biochemical Genetics)
SX  10
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng
```

L20 ANSWER 2 OF 146

```
AN  CA101(25):223801s
TI  Characterization of a cDNA coding for human protein C
AU  Foster, Donald; Davie, Earl W.
CS  Dep. Biochem., Univ. Washington
LO  Seattle, WA 98195, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(15), 4766-70
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
```

L20 ANSWER 3 OF 146

```
AN  CA101(21):185170a
TI  Comparison of different eukaryotic vectors for the expression of
    hemagglutinin glycoprotein of influenza virus
AU  Gething, Mary Jane; Sambrook, Joseph F.; Braciale, Thomas J.; Brand,
    Colin M.
CS  Cold Spring Harbor Lab.
LO  Cold Spring Harbor, NY 11724, USA
SO  Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
    Immunogenicity, [Pap. Conf.], Meeting Date 1983, 263-8. Edited by:
    Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
    Cold Spring Harbor, N. Y.
SC  3-4 (Biochemical Genetics)
DT  C
CO  52CRA4
PY  1984
LA  Eng
```

L20 ANSWER 4 OF 146

```
AN  CA101(21):185138w
TI  Isolation of cDNA clones for the chicken neural cell adhesion
    molecule (N-CAM)
```

AM 27 014782

AM-ITC 00454718

```
AU   Murray, Ben A.; Hemperly, John J.; Gallin, Warren J.; MacGregor, John
     S.; Edelman, Gerald M.; Cunningham, Bruce A.
CS   Rockefeller Univ.
LO   New York, NY 10021, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 81(17), 5584-8
SC   3-3 (Biochemical Genetics)
SX   12
DT   J
CO   PNASA6
IS   0027-8424
PY   1984
LA   Eng
```

L20   ANSWER 5 OF 146

```
AN   CA101(21):185100c
TI   Rat major acute-phase protein:  biosynthesis and characterization of
     a cDNA clone
AU   Anderson, Kathleen P.; Martin, Anna D.; Heath, Edward C.
CS   Coll. Med., Univ. Iowa
LO   Iowa City, IA 52242, USA
SO   Arch. Biochem. Biophys., 233(2), 624-35
SC   3-3 (Biochemical Genetics)
SX   13, 14
DT   J
CO   ABBIA4
IS   0003-9861
PY   1984
LA   Eng
```

L20   ANSWER 6 OF 146

```
AN   CA101(21):184943t
TI   Telomeric DNA rearrangements and antigenic variation in African
     trypanosomes
AU   Pays, Etienne; Steinert, Maurice
CS   Dep. Biol. Mol., Univ. Libre Bruxelles
LO   Rhode Saint Genese B1640, Belg.
SO   Horm. Cell Regul., 8, 289-308
SC   3-0 (Biochemical Genetics)
SX   15
DT   J
CO   HCREDN
IS   0166-0969
PY   1984
LA   Eng
```

L20   ANSWER 7 OF 146

```
AN   CA101(21):184919q
TI   Eukaryotic expression of cloned cDNA coding for influenza viral
     glycoproteins using an SV40 vector:  use of recombinant DNA mutants
     to study structure-function relationships
AU   Bos, Timothy J.; McQueen, Nancy L.; Davis, Alan R.; Nayak, Debi P.
CS   Sch. Med., UCLA
LO   Los Angeles, CA 90024, USA
SO   Segmented Negat. Strand Viruses: Arenaviruses, Bunyaviruses,
     Orthomyxoviruses, [Proc. Symp. Mol. Biol. Negat. Strand Viruses],
     Meeting Date 1983, 125-30.  Edited by: Compans, Richard W.; Bishop,
     David H. L.  Academic: Orlando, Fla.
```

**AM 27 014783**

```
    SC  3-D (Biochemical Genetics)
    DT  C
    CO  52EJA0
    PY  1984
    LA  Eng


    L20 ANSWER 8 OF 146

    AN  CA101(19):164715s
    TI  Cloning and physical mapping of a gene fragment coding for a
        64-kilodalton major late antigen of human cytomegalovirus
    AU  Pande, Hema; Baak, Steven W.; Riggs, Arthur D.; Clark, Brian R.;
        Shively, John E.; Zaia, John A.
    CS  Div. Immunol., Beckman Res. Inst. City of Hope
    LO  Duarte, CA 91010, USA
    SO  Proc. Natl. Acad. Sci. U. S. A., 81(15), 4965-9
    SC  3-4 (Biochemical Genetics)
    SX  15
    DT  J
    CO  PNASA6
    IS  0027-8424
    PY  1984
    LA  Eng


    L20 ANSWER 9 OF 146

    AN  CA101(19):164631m
    TI  Nucleotide sequence of rat haptoglobin cDNA.  Characterization of the
        .alpha..beta.-subunit junction region of prohaptoglobin
    AU  Goldstein, Leslie A.; Heath, Edward C.
    CS  Coll. Med., Univ. Iowa
    LO  Iowa City, IA 52242, USA
    SO  J. Biol. Chem., 259(14), 9212-17
    SC  3-3 (Biochemical Genetics)
    SX  13
    DT  J
    CO  JBCHA3
    IS  0021-9258
    PY  1984
    LA  Eng


    L20 ANSWER 10 OF 146

    AN  CA101(17):145013v
    TI  Molecular cloning of cDNA encoding a murine hematopoietic growth
        regulator, granulocyte-macrophage colony stimulating factor
    AU  Gough, Nicholas M.; Gough, Jill; Metcalf, Donald; Kelso, Anne; Grail,
        Dianne; Nicola, Nicos A.; Burgess, Antony W.; Dunn, Ashley R.
    CS  Melbourne Tumour Biol. Branch, Ludwig Inst. Cancer Res.
    LO  Melbourne 3050, Australia
    SO  Nature (London), 309(5971), 763-7
    SC  3-3 (Biochemical Genetics)
    SX  13, 15
    DT  J
    CO  NATUAS
    IS  0028-0836
    PY  1984
    LA  Eng


    L20 ANSWER 11 OF 146
```

AM 27 014784

AM-ITC 00454720

```
AN  CA101(15):128828x
TI  Production of an HSV subunit vaccine by genetically engineered
    mammalian cell lines
AU  Lasky, Laurence A.; Dowbenko, Donald; Simonsen, Christian; Berman,
    Phillip W.
CS  Dep. Vaccine Dev., Genentech, Inc.
LO  South San Francisco, CA 94080, USA
SO  Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
    Immunogenicity, [Pap. Conf.], Meeting Date 1983, 189-94.  Edited by:
    Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
    Cold Spring Harbor, N. Y.
SC  16-6 (Fermentation and Bioindustrial Chemistry)
SX  3, 63
DT  C
CO  52CRA4
PY  1984
LA  Eng


L20 ANSWER 12 OF 146


AN  CA101(15):124127v
TI  Construction of live recombinant vaccines using genetically
    engineered poxviruses
AU  Paoletti, Enzo; Panicali, Dennis; Lipinskas, Bernard R.; Mercer,
    Susan; Wright, Marilyn; Samsonoff, Carol
CS  Cent. Lab. Res., New York State Dep. Health
LO  Albany, NY 12201, USA
SO  Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
    Immunogenicity, [Pap. Conf.], Meeting Date 1983, 295-9.  Edited by:
    Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
    Cold Spring Harbor, N. Y.
SC  3-4 (Biochemical Genetics)
SX  15, 63
DT  C
CO  52CRA4
PY  1984
LA  Eng

L20 ANSWER 13 OF 146

AN  CA101(15):124052s

TI  Evolution of haptoglobin: comparison of complementary DNA encoding
    Hp.alpha.1S and Hp.alpha.2FS
AU  Brune, Jill L.; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.
CS  Health Sci. Cent., Univ. Texas
LO  San Antonio, TX 78284, USA
SO  Nucleic Acids Res., 12(11), 4531-8
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  NARHAD
IS  0305-1048
PY  1984
LA  Eng


L20 ANSWER 14 OF 146

AN  CA101(13):108577m
TI  Characterization of influenza virus glycoproteins expressed from
```

X

AM 27 014785

AM-ITC 00454721

```
         cloned cDNAs in prokaryotic and eukaryotic cells
   AU    Nayak, Debi P.; Davis, Alan R.; Ueda, Masahiro; Bos, Timothy J.;
         Sivasubramanian, Natarajan
   CS    Sch. Med., UCLA
   LO    Los Angeles, CA 90024, USA
   SO    Mod. Approaches Vaccines: Mol. Chem. Basis Virus Virulence
         Immunogenicity, [Pap. Conf.], Meeting Date 1983, 165-72.  Edited by:
         Chanock, Robert M.; Lerner, Richard Alan.  Cold Spring Harbor Lab.:
         Cold Spring Harbor, N. Y.
   SC    15-0 (Immunochemistry)
   DT    C
   CO    52CRA4
   PY    1984
   LA    Eng


   L20   ANSWER 15 OF 146


   AN    CA101(13):104538b
   TI    Conversion of a secretory protein into a transmembrane protein
         results in its transport to the Golgi complex but not to the cell
         surface
   AU    Guan, Jun Lin; Rose, John K.
   CS    Mol. Biol. Virol. Lab., Salk Inst.
   LO    San Diego, CA 92138, USA
   SO    Cell (Cambridge, Mass.), 37(3), 779-87
   SC    2-5 (Mammalian Hormones)
   SX    3, 6
   DT    J
   CO    CELLB5
   IS    0092-8674
   PY    1984
   LA    Eng


   L20   ANSWER 16 OF 146


   AN    CA101(11):87038u
   TI    Acquisition of host cell genetic information by avian sarcoma virus
         rescued from rat cells transformed by B77 virus
   AU    Kotler, M.; Salmon, Sarah; Olshevsky, U.
   CS    Hadassah Med. Sch., Hebrew Univ.
   LO    Jerusalem, Israel
   SO    Arch. Virol., 80(4), 249-64
   SC    10-1 (Microbial Biochemistry)
   DT    J
   CO    ARVIDF
   IS    0304-8608
   PY    1984
   LA    Eng


   L20   ANSWER 17 OF 146


   AN    CA101(11):84730c
   TI    Sequence homology between human and animal rotavirus
         serotype-specific glycoproteins
   AU    Dyall-Smith, Michael L.; Holmes, Ian H.
   CS    Dep. Microbiol., Univ. Melbourne
   LO    Parkville 3052, Australia
   SO    Nucleic Acids Res., 12(9), 3973-82
   SC    3-2 (Biochemical Genetics)
   DT    J
```

AM 27 014786

AM-ITC 00454722

```
CO  NARHAD
IS  0305-1048
PY  1984
LA  Eng
```

L20 ANSWER 18 OF 146

```
AN  CA101(9):69206t
TI  Characterization of two recombination-complementation groups of
    Uukuniemi virus temperature-sensitive mutants
AU  Gahmberg, Nina
CS  Recombinant DNA Lab., Univ. Helsinki
LO  Helsinki 00380/38, Finland
SO  J. Gen. Virol., 65(6), 1079-90
SC  10-4 (Microbial Biochemistry)
DT  J
CO  JGVIAY
IS  0022-1317
PY  1984
LA  Eng
```

L20 ANSWER 19 OF 146

```
AN  CA101(9):66892c
TI  Fluidity of a retrovirus genome
AU  Clark, Stephen P.; Mak, Tak W.
CS  Ontario Cancer Inst., Univ. Toronto
LO  Toronto, ON M4X 1K9, Can.
SO  J. Virol., 50(3), 759-65
SC  3-2 (Biochemical Genetics)
DT  J
CO  JOVIAM
IS  0022-538X
PY  1984
LA  Eng
```

L20 ANSWER 20 OF 146

```
AN  CA101(7):52947n
TI  Method to map antigenic determinants recognized by monoclonal
    antibodies: localization of a determinant of virus neutralization on
    the feline leukemia virus envelope protein gp70
AU  Nunberg, J. H.; Rodgers, G.; Gilbert, J. H.; Snead, R. M.
CS  Dep. Mol. Biol. Res., Cetus Corp.
LO  Emeryville, CA 94608, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(12), 3675-9
SC  15-1 (Immunochemistry)
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng
```

L20 ANSWER 21 OF 146

```
AN  CA101(7):51539u
TI  Antigenic variation in Trypanosoma brucei analyzed by electrophoretic
    separation of chromosome-sized DNA molecules
AU  Van der Ploeg, Lex H. T.; Schwartz, David C.; Cantor, Charles R.;
    Borst, Piet
```

AM 27 014787

AM-ITC 00454723

```
CS  Dep. Mol. Biol., Netherlands Cancer Inst.
LO  Amsterdam 1066 CX, Neth.
SO  Cell (Cambridge, Mass.), 37(1), 77-84
SC  10-4 (Microbial Biochemistry)
DT  J
CO  CELLB5
IS  0092-8674
PY  1984
LA  Eng


L20 ANSWER 22 OF 146

AN  CA101(5):34033g
TI  Duplication within the haptoglobin Hp2 gene
AU  Maeda, Nobuyo; Yang, Funmei; Barnett, Don R.; Bowman, Barbara H.;
    Smithies, Oliver
CS  Lab. Genet., Univ. Wisconsin
LO  Madison, WI 53706, USA
SO  Nature (London), 309(5964), 131-5
SC  3-3 (Biochemical Genetics)
SX  13
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng


L20 ANSWER 23 OF 146

AN  CA101(5):34005z
TI  Two mechanisms of expression of a predominant variant antigen gene of
    Trypanosoma brucei
AU  Myler, Peter; Nelson, Richard G.; Agabian, Nina; Stuart, Kenneth
CS  Issaquah Health Res. Inst.
LO  Issaquah, WA 98027, USA
SO  Nature (London), 309(5965), 282-4
SC  3-2 (Biochemical Genetics)
SX  15
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng


L20 ANSWER 24 OF 146

AN  CA101(3):19864k
TI  Analytical and animal [test methods]
AU  Maelicke, Alfred
LO  Fed. Rep. Ger.
SO  Nachr. Chem., Tech. Lab., 32(4), 295-7
SC  9-0 (Biochemical Methods)
DT  J
CO  NCTLDI
IS  0341-5163
PY  1984
LA  Ger


L20 ANSWER 25 OF 146
```

AM 27 014788

AM-ITC 00454724

```
AN  CA101(3):19716p
TI  Nucleotide sequence of 3-hydroxy-3-methyl-glutaryl coenzyme A
    reductase, a glycoprotein of endoplasmic reticulum
AU  Chin, Daniel J.; Gil, Gregorio; Russell, David W.; Liscum, Laura;
    Luskey, Kenneth L.; Basu, Sandip K.; Okayama, Hiroto; Berg, Paul;
    Goldstein, Joseph L.; Brown, Michael S.
CS  Southwest. Med. Sch., Univ. Texas
LO  Dallas, TX 75235, USA
SO  Nature (London), 308(5960), 613-17
SC  7-5 (Enzymes)
SX  3
DT  J
CD  NATUAS
IS  0028-0836
PY  1984
LA  Eng

=>
```

AM 27 014789

AM-ITC 00454725

L26 ANSWER 11 OF 65

AN  CA100(23):186652a
TI  Molecular cloning of cDNAs from androgen-independent mRNA species of
    DBA/2 mouse submaxillary glands
AU  Windass, J. D.; Mullins, J. J.; Beecroft, L. J.; George, H.; Meacock,
    P. A.; Williams, B. R. G.; Brammar, W. J.
CS  Dep. Biochem., Univ. Leicester
LO  Leicester LE1 7RH, UK
SO  Nucleic Acids Res., 12(3), 1361-76
SC  3-4 (Biochemical Genetics)
SX  2, 13
DT  J
CO  NARHAD
IS  0305-1048
PY  1984
LA  Eng

L26 ANSWER 12 OF 65

AN  CA100(19):151950u
TI  Isolation of cDNA clones encoding T cell-specific membrane-associated
    proteins
AU  Hedrick, Stephen M.; Cohen, David I.; Nielsen, Ellen A.; Davis, Mark
    M.
CS  Lab. Immunol., NIAID
LO  Bethesda, MD 20205, USA
SO  Nature (London), 308(5955), 149-53
SC  3-4 (Biochemical Genetics)
SX  13
DT  J
CO  NATUAS
IS  0028-0836
PY  1984
LA  Eng

L26 ANSWER 13 OF 65

AN  CA100(13):97607x
TI  Construction of live vaccines using genetically engineered
    poxviruses:  biological activity of vaccinia virus recombinants
    expressing the hepatitis B virus surface antigen and the herpes
    simplex virus glycoprotein D
AU  Paoletti, Enzo; Lipinskas, Bernard R.; Samsonoff, Carol; Mercer,
    Susan; Panicali, Dennis
CS  Cent. Lab. Res., New York Dep. Health
LO  Albany, NY 12201, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 81(1), 193-7
SC  3-4 (Biochemical Genetics)
SX  63
DT  J
CO  PNASA6
IS  0027-8424
PY  1984
LA  Eng

L26 ANSWER 14 OF 65

AM 27 014790

AM-ITC 00454726

```
AN   CA100(13):97592p
TI   Molecular cloning of the temperature-inducible outer membrane protein
     1 of Yersinia pseudotuberculosis
AU   Boelin, Ingrid; Wolf-Watz, Hans
CS   Dep. Microbiol., Natl. Def. Res. Inst.
LO   Umea S-901 82, Swed.
SO   Infect. Immun., 43(1), 72-8
SC   3-4 (Biochemical Genetics)
SX   10, 14
DT   J
CO   INFIBR
IS   0019-9567
PY   1984
LA   Eng


L26 ANSWER 15 OF 65

AN   CA100(9):62671m
TI   Glycosylation and surface expression of the influenza virus
     neuraminidase requires the N-terminal hydrophobic region
AU   Markoff, L.; Lin, B. C.; Sveda, M. M.; Lai, C. J.
CS   Lab. Infectious Dis., Natl. Inst. Allergy Infectious Dis.
LO   Bethesda, MD 20205, USA
SO   Mol. Cell. Biol., 4(1), 8-16
SC   3-2 (Biochemical Genetics)
SX   10
DT   J
CO   MCEBD4
IS   0270-7306
PY   1984
LA   Eng


L26 ANSWER 16 OF 65

AN   CA100(9):62647h
TI   Clone bank of Nicotiana tabacum chloroplast DNA: mapping of the
     alpha, beta and epsilon subunits of the ATPase coupling factor, the
     large subunit of ribulose bisphosphate carboxylase, and the 32-kDal
     membrane protein
AU   Fluhr, Robert; Fromm, Hillel; Edelman, Marvin
CS   Dep. Plant Genet., Weizmann Inst. Sci.
LO   Rehovot 76100, Israel
SO   Gene, 25(2-3), 271-80
SC   3-2 (Biochemical Genetics)
SX   11
DT   J
CO   GENED6
IS   0378-1119
PY   1983
LA   Eng


L26 ANSWER 17 OF 65

AN   CA100(7):46277g
TI   The control of variant surface antigen synthesis in trypanosomes
AU   Borst, Piet; Bernards, Andre; Van der Ploeg, Lex H. T.; Michels, Paul
     A. M.; Liu, Alvin Y. C.; De Lange, Titia; Kooter, Jan M.
CS   Nederlands Kanker Inst., Univ. Amsterdam
LO   Amsterdam NL-1066-CX, Neth.
```

AM 27 014791

AM-ITC 00454727

```
SO   Eur. J. Biochem., 137(3), 383-9
SC   3-3 (Biochemical Genetics)
SX   10, 15
DT   J
CO   EJBCAI
IS   0014-2956
PY   1983
LA   Eng
```

L26 ANSWER 18 OF 65

```
AN   CA100(7):46133g
TI   Identification and characterization of genes for polypeptides of the
     thylakoid membrane
AU   Herrmann, R. G.; Westhoff, P.; Alt, J.; Winter, P.; Tittgen, J.;
     Bisanz, C.; Sears, B. B.; Nelson, N.; Hurt, E.; et al.
CS   Bot. Inst., Univ. Duesseldorf
LO   Duesseldorf, Fed. Rep. Ger.
SO   NATO Adv. Sci. Inst. Ser., Ser. A, 63(Struct. Funct. Plant Genomes),
     143-53
SC   3-2 (Biochemical Genetics)
SX   11
DT   J
CO   NALSDJ
PY   1983
LA   Eng
```

L26 ANSWER 19 OF 65

```
AN   CA100(3):18714d
TI   Cloning of SA11 rotavirus genes:  gene structure and polypeptide
     assignment for the type-specific glycoprotein
AU   Both, G. W.; Mattick, J.; Siegman, L.; Atkinson, P. H.; Weiss, S.;
     Bellamy, A. R.; Street, J. E.; Metcalf, P.
CS   Mole. Cell. Biol. Unit, CSIRO
LO   North Ryde 2113, Australia
SO   Double-Stranded RNA Viruses, Proc. Int. Symp., 1st, Meeting Date 1982
   , 73-82.  Edited by: Compans, Richard W.; Bishop, David H. L.  Elsevier:
     New York, N. Y.
SC   3-4 (Biochemical Genetics)
DT   C
CO   50LHA7
PY   1983
LA   Eng
```

L26 ANSWER 20 OF 65

```
AN   CA99(25):207346g
TI   Isolation of cDNA clones specific for collagen IV and laminin from
     mouse teratocarcinoma cells
AU   Wang, Sho Ya; Gudas, Lorraine J.
CS   Div. Cancer Genet., Dana-Farber Cancer Inst.
LO   Boston, MA 02115, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 80(19), 5880-4
SC   3-4 (Biochemical Genetics)
SX   13, 14
DT   J
CO   PNASA6
IS   0027-8424
PY   1983
```

**AM 27 014792**

LA  Eng

L26  ANSWER 21 OF 65

AN  CA99(23):188856e
TI  Gene conversion as a mechanism for antigenic variation in
    trypanosomes
AU  Pays, Etienne; Van Assel, Suzanne; Laurent, Monique; Darville,
    Martine; Vervoorne, Tony; Van Meirvenne, Nestor; Steinert, Maurice
CS  Dep. Biol. Mol., Univ. Libre Bruxelles
LO  St. Genesius-Rode, Belg.
SO  Cell (Cambridge, Mass.), 34(2), 371-81
SC  3-3 (Biochemical Genetics)
SX  10, 15
DT  J
CO  CELLB5
IS  0092-8674
PY  1983
LA  Eng

L26  ANSWER 22 OF 65

AN  CA99(23):188855d
TI  At least two transposed sequences are associated in the expression
    site of a surface antigen gene in different trypanosome clones
AU  Pays, Etienne; Van Assel, Suzanne; Laurent, Monique; Dero, Brigitte;
    Michiels, Frank; Kronenberger, Peter; Matthyssens, Gaston; Van
    Meirvenne, Nestor; Le Ray, Dominique; Steinert, Maurice
CS  Dep. Biol. Mol., Univ. Libre Bruxelles
LO  St. Genesius-Rode, Belg.
SO  Cell (Cambridge, Mass.), 34(2), 359-69
SC  3-3 (Biochemical Genetics)
DT  J
CO  CELLB5
IS  0092-8674
PY  1983
LA  Eng

L26  ANSWER 23 OF 65

AN  CA99(21):170625u
TI  Modified vaccinia virus and its use
AU  Paoletti, Enzo; Panicali, Dennis
CS  Health Research, Inc.
LO  USA
PI  Eur. Pat. Appl. EP 83286 A2, 6 Jul 1983, 175 pp.  Designated States:
    AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE
AI  Appl. 82/402380, 23 Dec 1982; US Appl. 334456, 24 Dec 1981; US Appl.
    446824, 8 Dec 1982
CL  C12N15/00, C12N77/00, A61K39/00, C12R1/91-, A61K39/145-, A61K39/245-,
    A61K39/285-, A61K39/29-
SC  3-4 (Biochemical Genetics)
SX  63
DT  P
CO  EPXXDW
PY  1983
LA  Eng

L26  ANSWER 24 OF 65

AM 27 014793

AM-ITC 00454729

```
AN   CA99(19):153192h
TI   Expression of Semliki Forest virus proteins from cloned complementary
     DNA.  I.  The fusion activity of the spike glycoprotein
AU   Kondor-Koch, Claudia; Burke, Brian; Garoff, Henrik
CS   Eur. Mol. Biol. Lab.
LO   Heidelberg 6900, Fed. Rep. Ger.
SO   J. Cell Biol., 97(3), 644-51
SC   3-4 (Biochemical Genetics)
SX   10
DT   J
CO   JCLBA3
IS   0021-9525
PY   1983
LA   Eng
```

X

```
L26  ANSWER 25 OF 65

AN   CA99(15):116992y
TI   Sequence analysis of two mutants of Sindbis virus defective in the
     intracellular transport of their glycoproteins
AU   Arias, Carlos; Bell, John R.; Lenches, Edith M.; Strauss, Ellen G.;
     Strauss, James H.
CS   Div. Biol., California Inst. Technol.
LO   Pasadena, CA 91125, USA
SO   J. Mol. Biol., 168(1), 87-102
SC   3-2 (Biochemical Genetics)
SX   10
DT   J
CO   JMOBAK
IS   0022-2836
PY   1983
LA   Eng
```

```
L26  ANSWER 26 OF 65

AN   CA99(13):100167x
TI   Genesis of a new spleen focus-forming virus:  possible role of MCF
     viruses
AU   Barbieri-Weill, D.; Mathieu-Mahul, D.; Gay, F.; Robert-Lezenes, J.;
     Moreau-Gachelin, F.; Wendling, F.; Lacombe, C.; Casadevall, N.;
     Tambourin, P.; Larsen, C. J.
CS   Inst. Gustave-Roussy
LO   Villejuif 94800, Fr.
SO   Virology, 128(1), 234-9
SC   3-2 (Biochemical Genetics)
SX   10, 14
DT   J
CO   VIRLAX
IS   0042-6822
PY   1983
LA   Eng
```

```
L26  ANSWER 27 OF 65

AN   CA99(9):65350c
TI   Repetitive sequences scattered throughout the genome of Trypanosoma
     cruzi
AU   Frasch, Alberto C. C.; Carrasco, Andres E.; Goijman, Silvia G.;
     Sanchez, Daniel O.
CS   Inst. Quim. Biol., Fac. Med.
```

AM 27 014794

I

AM-ITC  00454730

```
'LO  Buenos Aires, Argent.
 SO  Mol. Biochem. Parasitol., 8(3), 227-39
 SC  3-4 (Biochemical Genetics)
 DT  J
 CO  MBIPDP
 IS  0166-6851
 PY  1983
 LA  Eng
```

L26 ANSWER 28 OF 65

```
 AN  CA99(9):65333z
 TI  Structure of three spliced mRNAs from region E3 of adenovirus type 2
 AU  Staalhandske, Per; Persson, Haakan; Perricaudet, Michel; Philipson,
     Lennart; Pettersson, Ulf
 CS  Biomed. Cent., Uppsala Univ.
 LO  Uppsala S-751 23, Swed.
 SO  Gene, 22(2-3), 157-65
 SC  3-4 (Biochemical Genetics)
 SX  10
 DT  J
 CO  GENED6
 IS  0378-1119
 PY  1983
 LA  Eng
```

L26 ANSWER 29 OF 65

```
 AN  CA99(3):17468a
 TI  Antics of the elusive trypanosome
 AU  Turner, Mervyn
 CS  Molteno Inst., Univ. Cambridge
 LO  Cambridge CB2 3EE, UK
 SO  Nature (London), 303(5914), 202-3
 SC  3-3 (Biochemical Genetics)
 SX  10, 15
 DT  J
 CO  NATUAS
 IS  0028-0836
 PY  1983
 LA. Eng
```

L26 ANSWER 30 OF 65

```
 AN  CA99(1):1206c
 TI  Nascent polypeptide chains exit the ribosome in the same relative
     position in both eukaryotes and prokaryotes
 AU  Rubenstein, John L. R.; Chappell, Thomas G.
 CS  Dep. Biochem., Stanford Univ.
 LO  Stanford, CA 94305, USA
 SO  J. Cell Biol., 96(5), 1464-70
 SC  3-4 (Biochemical Genetics)
 SX  6, 10
 DT  J
 CO  JCLBA3
 IS  0021-9525
 PY  1983
 LA  Eng
```

L26 ANSWER 31 OF 65

AM 27 014795

AM-ITC 00454731

```
AN  CA98(21):174135m
TI  Comparison of the cloned H-2Kbm1 variant gene with the H-2Kb gene
    shows a cluster of seven nucleotide differences
AU  Schulze, Dan H.; Pease, Larry R.; Geier, Steven S.; Reyes, Antonio
    A.; Sarmiento, L. A.; Wallace, R. Bruce; Nathenson, Stanley G.
CS  Dep. Microbiol. Immunol., Albert Einstein Coll. Med.
LO  Bronx, NY 10461, USA
SO  Proc. Natl. Acad. Sci. U. S. A., 80(7), 2007-11
SC  3-4 (Biochemical Genetics)
SX  13, 15
DT  J
CO  PNASA6
IS  0027-8424
PY  1983
LA  Eng


L26 ANSWER 32 OF 65


AN  CA98(21):174111a
TI  Characterization of the herpes simplex virus type 1 glycoprotein D
    mRNA and expression of this protein in Xenopus oocytes
AU  Watson, Roger J.; Colberg-Poley, Anamaris M.; Marcus-Sekura, Carol
    J.; Carter, Barrie J.; Enquist, Lynn W.
CS  Mol. Genet., Inc.
LO  Minnetonka, MN 55343, USA
SO  Nucleic Acids Res., 11(5), 1507-22
SC  3-4 (Biochemical Genetics)
SX  6
DT  J
CO  NARHAD
IS  0305-1048
PY  1983
LA  Eng


L26 ANSWER 33 OF 65


AN  CA98(21):174101x
TI  Nucleotide sequence of a cDNA clone encoding the entire glycoprotein
    from the New Jersey serotype of vesicular stomatitis virus
AU  Gallione, Carol J.; Rose, John K.
CS  Mol. Biol. Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  J. Virol., 46(1), 162-9
SC  3-4 (Biochemical Genetics)
SX  10
DT  J
CO  JOVIAM
IS  0022-538X
PY  1983
LA  Eng


L26 ANSWER 34 OF 65


AN  CA98(9):68390f
TI  Analysis of red blood cell differentiation
AU  Harrison, P. R.; Affara, N.; Goldfarb, P. S.; Kasturi, K.; Yang, Q.
    S.; Lyons, A.; O'Prey, J.; Fleming, J.; Black, E.; Nichols, R.
CS  Beatson Inst. Cancer Res.
LO  Glasgow G61 1BD, UK
```

AM 27 014796

AM-ITC 00454732

```
SO   Adv. Exp. Med. Biol., 158(Stab. Switching Cell. Differ.), 81-8
SC   9-10 (Biochemical Methods)
SX   13, 15
DT   J
CO   AEMBAP
IS   0065-2598
PY   1982
LA   Eng
```

L26 ANSWER 35 OF 65

```
AN   CA98(9):66407t
TI   Use of Trypanosoma equiperdum infected rabbits as a source of splenic
     mRNA; construction of cDNA clones and identification of a rabbit .mu.
     heavy chain clone
AU   Bernstein, Kenneth E.; Pavirani, Andrea; Alexander, Cornelius;
     Jacobsen, Frederick; Fitzmaurice, Leona; Mage, Rose
CS   Lab. Immunol., Natl. Inst. Allergy Infect. Dis.
LO   Bethesda, MD 20205, USA
SO   Mol. Immunol., 20(1), 89-99
SC   3-4 (Biochemical Genetics)
SX   13, 14, 15
DT   J
CO   MOIMD5
IS   0161-5890
PY   1983
LA   Eng
```

=) dis l26 36-60 bib

L26 ANSWER 36 OF 65

```
AN   CA98(7):47950y
TI   Spliced and unspliced messenger RNAs synthesized from cloned
     influenza virus M DNA in an SV40 vector:  expression of the influenza
     virus membrane protein (M1)
AU   Lamb, Robert A.; Lai, Ching Juh
CS   Rockefeller Univ.
LO   New York, NY 10021, USA
SO   Virology, 123(2), 237-56
SC   3-4 (Biochemical Genetics)
DT   J
CO   VIRLAX
IS   0042-6822
PY   1982
LA   Eng
```

L26 ANSWER 37 OF 65

```
AN   CA98(5):28811n
TI   Genetic analysis of temperature-sensitive mutants which define the
     gene for the major herpes simplex virus type 1 DNA-binding protein
AU   Weller, Sandra K.; Lee, Kathryn J.; Sabourin, Dennis J.; Schaffer,
     Priscilla A.
CS   Lab. Tumor Virus Genet., Sidney Farber Cancer Inst.
LO   Boston, MA 02115, USA
SO   J. Virol., 45(1), 354-66
SC   3-2 (Biochemical Genetics)
SX   10
```

AM 27 014797

AM-ITC 00454733

```
DT  J
CO  JOVIAM
IS  0022-538X
PY  1983
LA  Eng


L26 ANSWER 38 OF 65

AN  CA98(5):28750s
TI  Nucleotide sequences of herpes simplex virus type 1 (HSV-1) affecting
    virus entry, cell fusion, and production of glycoprotein gB (VP7)
AU  DeLuca, Neal; Bzik, David J.; Bond, Vincent C.; Person, Stanley;
    Snipes, Wallace
CS  Mol. Cell Biol. Prog., Pennsylvania State Univ.
LO  University Park, PA 16802, USA
SO  Virology, 122(2), 411-23
SC  3-2 (Biochemical Genetics)
SX  10
DT  J
CO  VIRLAX
IS  0042-6822
PY  1982
LA  Eng


L26 ANSWER 39 OF 65

AN  CA98(3):12358j
TI  Molecular cloning of biologically active proviral DNA of the
    anemia-inducing strain of spleen focus-forming virus
AU  Kaminchik, Joseph; Hankins, W. David; Ruscetti, Sandra K.; Linemeyer,
    David L.; Scolnick, Edward M.
CS  Tumor Virus Genet. Lab., Natl. Cancer Inst.
LO  Bethesda, MD 20205, USA
SO  J. Virol., 44(3), 922-31
SC  3-4 (Biochemical Genetics)
SX  10
DT  J
CO  JOVIAM
IS  0022-538X
PY  1982
LA  Eng


L26 ANSWER 40 OF 65

AN  CA98(3):12326x
TI  Expression from cloned cDNA of cell-surface secreted forms of the
    glycoprotein of vesicular stomatitis virus in eukaryotic cells
AU  Rose, John K.; Bergmann, John E.
CS  Tumor Virol. Lab., Salk Inst.
LO  San Diego, CA 92138, USA
SO  Cell (Cambridge, Mass.), 30(3), 753-62
SC  3-4 (Biochemical Genetics)
DT  J
CO  CELLB5
IS  0092-8674
PY  1982
LA  Eng


L26 ANSWER 41 OF 65
```

AM 27 014798

AM-ITC 00454734

```
AN   CA97(21):177069h
TI   Haptoglobin:  the evolutionary product of duplication, unequal
     crossing over, and point mutation
AU   Bowman, Barbara H.; Kurosky, Alexander
CS   Med. Branch, Univ. Texas
LO   Galveston, TX, USA
SO   Adv. Hum. Genet., 12, 189-261, 453-4
SC   6-0 (General Biochemistry)
SX   13
DT   J
CO   ADHGA8
IS   0065-275X
PY   1982
LA   Eng


L26  ANSWER 42 OF 65

AN   CA97(15):123700p
TI   The isolation and characterization of mutants of herpes simplex virus
     type 1 that induce cell fusion
AU   Bond, Vincent C.; Person, Stanley; Warner, Susan C.
CS   618 Mueller Lab., Pennsylvania State Univ.
LO   University Park, PA 16802, USA
SO   J. Gen. Virol., 61(2), 245-54
SC   10-4 (Microbial Biochemistry)
DT   J
CO   JGVIAY
IS   0022-1317
PY   1982
LA   Eng


L26  ANSWER 43 OF 65

AN   CA97(11):86276g
TI   Sequence of the long terminal repeat and adjacent segment of the
     endogenous avian virus Rous-associated virus 0
AU   Hughes, Stephen H.
CS   Cold Spring Harbor Lab.
LO   Cold Spring Harbor, NY 11724, USA
SO   J. Virol., 43(1), 191-200
SC   3-4 (Biochemical Genetics)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1982
LA   Eng


L26  ANSWER 44 OF 65

AN   CA97(7):50587v
TI   Envelope gene sequences which encode the gp52 protein of spleen
     focus-forming virus are required for the induction of erythroid cell
     proliferation
AU   Linemeyer, David L.; Menke, John G.; Ruscetti, Sandra K.; Evans,
     Leonard H.; Scolnick, Edward M.
CS   Lab. Tumor Virus Genet., Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   J. Virol., 43(1), 223-33
SC   3-4 (Biochemical Genetics)
SX   14
```

AM 27 014799

AM-ITC 00454735

```
·DT  J
 CO  JOVIAM
 IS  0022-538X
 PY  1982
 LA  Eng


 L26 ANSWER 45 OF 65

 AN  CA97(3):18348g
 TI  Nucleotide sequence of the Akv env gene
 AU  Lenz, Jack; Crowther, Robert; Straceski, Anthony; Haseltine, William
 CS  Sidney Farber Cancer Inst., Harvard Med. Sch.
 LO  Boston, MA 02115, USA
 SO  J. Virol., 42(2), 519-29
 SC  3-4 (Biochemical Genetics)
 DT  J
 CO  JOVIAM
 IS  0022-538X
 PY  1982
 LA  Eng


 L26 ANSWER 46 OF 65

 AN  CA97(1):1569g
 TI  Cloning and characterization of DNA complementary to the measles
     virus mRNA encoding hemagglutinin and matrix protein
 AU  Rozenblatt, Shmuel; Gesang, Cila; Lavie, Vered; Neumann, Felicia S.
 CS  Dep. Virol., Weizmann Inst. Sci.
 LO  Rehovot, Israel
 SO  J. Virol., 42(3), 790-7
 SC  3-4 (Biochemical Genetics)
 DT  J
 CO  JOVIAM
 IS  0022-538X
 PY  1982
 LA  Eng


 L26 ANSWER 47 OF 65

 AN  CA97(1):1443m
 TI  The nucleotide sequence coding for major outer membrane protein OmpA
     of Shigella dysenteriae
 AU  Braun, Gabi; Cole, Stewart T.
 CS  Max-Planck-Inst. Biol.
 LO  Tuebingen D-7400, Fed. Rep. Ger.
 SO  Nucleic Acids Res., 10(7), 2367-78
 SC  3-2 (Biochemical Genetics)
 DT  J
 CO  NARHAD
 IS  0305-1048
 PY  1982
 LA  Eng


 L26 ANSWER 48 OF 65

 AN  CA96(25):212568y
 TI  Cell membrane proteins
 AU  Yokoyama, Kazushige; Tsuji, Tsutomu; Osawa, Toshiaki
 CS  Coll. Pharma, Tokyo Univ.
 LO  Tokyo, Japan
```

AM 27 014800

AM-ITC 00454736

```
        SO  Tanpakushitsu Kakusan Koso, 27(6), 985-1004
        SC  6-0 (General Biochemistry)
        SX  3, 15
        DT  J
        CO  TAKKAJ
        IS  0039-9450
        PY  1982
        LA  Japan


    L26 ANSWER 49 OF 65

        AN  CA96(25):211780z
        TI  Differential expression of the members of the discoidin I multigene
            family during growth and development of Dictyostelium discoideum
        AU  Devine, Joan M.; Tsang, Adrian S.; Williams, Jeffrey G.
        CS  Mill Hill Lab., Imp. Cancer Res. Fund
        LO  London NW7 1AD, UK
        SO  Cell (Cambridge, Mass.), 28(4), 793-800
        SC  3-3 (Biochemical Genetics)
        SX  10
        DT  J
        CO  CELLB5
        IS  0092-8674
        PY  1982
        LA  Eng


    L26 ANSWER 50 OF 65

        AN  CA96(21):175147n
        TI  Structure of the glycoprotein gene in rabies virus
        AU  Anilionis Algis; Wunner, William H.; Curtis, Peter J.
        CS  Wistar Inst. Anat. Biol.
        LO  Philadelphia, PA 19104, USA
        SO  Nature (London), 294(5838), 275-8
        SC  3-2 (Biochemical Genetics)
        DT  J
        CO  NATUAS
        IS  0028-0836
        PY  1981
        LA  Eng


    L26 ANSWER 51 OF 65

        AN  CA96(11):80751r
        TI  Cloned DNA sequences complementary to mRNAs encoding precursors to
            the small subunit of ribulose-1,5-bisphosphate carboxylase and a
            chlorophyll a/b binding polypeptide
        AU  Broglie, Richard; Bellemare, Guy; Bartlett, Sue G.; Chua, Nam Hai;
            Cashmore, Anthony R.
        CS  Rockefeller Univ.
        LO  New York, NY 10021, USA
        SO  Proc. Natl. Acad. Sci. U. S. A., 78(12), 7304-8
        SC  3-4 (Biochemical Genetics)
        SX  11
        DT  J
        CO  PNASA6
        IS  0027-8424
        PY  1981
        LA  Eng
```

AM 27 014801

AM-ITC 00454737

L26 ANSWER 52 OF 65

```
AN   CA96(5):29346k
TI   Genetics of the Bunyamwera complex
AU   Iroegbu, C. U.; Pringle, Craig R.
CS   MRC Virol. Unit, Inst. Virol.
LO   Glasgow G11 5JR, UK
SO   Dev. Cell Biol. (Amsterdam), 7(Replication Negat. Strand Viruses),
     159-65
SC   3-2 (Biochemical Genetics)
SX   10
DT   J
CO   DCBIDD
IS   0165-2265
PY   1981
LA   Eng
```

L26 ANSWER 53 OF 65

```
AN   CA96(5):29327e
TI   Amino acid composition and terminal sequence analysis of the rabies
     virus glycoprotein:  identification of the reading frame on the cDNA
     sequence
AU   Lai, C. Y.; Dietzschold, B.
CS   Roche Inst. Mol. Biol.
LO   Nutley, NJ 07110, USA
SO   Biochem. Biophys. Res. Commun., 103(2), 536-42
SC   3-2 (Biochemical Genetics)
SX   6
DT   J
CO   BBRCA9
IS   0006-291X
PY   1981
LA   Eng
```

L26 ANSWER 54 OF 65

```
AN   CA95(19):164067q
TI   Nucleotide sequences of the mRNA's encoding the vesicular stomatitis
     virus G and M proteins determined from cDNA clones containing the
     complete coding regions
AU   Rose, John K.; Gallione, Carol J.
CS   Tumor Virol. Lab., Salk Inst.
LO   San Diego, CA 92138, USA
SO   J. Virol., 39(2), 519-28
SC   6-2 (General Biochemistry)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1981
LA   Eng
```

L26 ANSWER 55 OF 65

```
AN   CA95(13):111559v
TI   Expression of the syncytial (syn) phenotype in HSV-1, strain KOS:
     genetic and phenotypic studies of mutants in two syn loci
AU   Little, Sheila P.; Schaffer, Priscilla A.
CS   Sidney Farber Cancer Inst., Harvard Med. Sch.
LO   Boston, MA 02115, USA
```

AM 27 014802

AM-ITC 00454738

```
SO   Virology, 112(2), 686-702
SC   10-4 (Microbial Biochemistry)
DT   J
CO   VIRLAX
IS   0042-6822
PY   1981
LA   Eng
```

L26 ANSWER 56 OF 65

```
AN   CA94(21):170909m
TI   Biological activity of the spleen focus-forming virus is encoded by a
     molecularly cloned subgenomic fragment of spleen focus-forming virus
     DNA
AU   Linemeyer, David L.; Ruscetti, Sandra K.; Scolnick, Edward M.; Evans,
     Leonard H.; Duesberg, Peter H.
CS   Lab. Tumor Virus Genet., Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   Proc. Natl. Acad. Sci. U. S. A., 78(3), 1401-5
SC   10-4 (Microbial Biochemistry)
DT   J
CO   PNASA6
IS   0027-8424
PY   1981
LA   Eng
```

L26 ANSWER 57 OF 65

```
AN   CA94(17):134323g
TI   Nucleotide sequence of cDNA coding for Semliki Forest virus membrane
     glycoproteins
AU   Garoff, Henrik; Frischauf, Anne Marie; Simons, Kai; Lehrach, Hans;
     Delius, Hajo
CS   Eur. Mol. Biol. Lab.
LO   Heidelberg 6900, Fed. Rep. Ger.
SO   Nature (London), 288(5788), 236-41
SC   6-2 (General Biochemistry)
DT   J
CO   NATUAS
IS   0028-0836
PY   1980
LA   Eng
```

L26 ANSWER 58 OF 65

```
AN   CA94(15):117632q
TI   Characterization of molecularly cloned spleen focus-forming virus DNA
AU   Linemeyer, David L.; Ruscetti, Sandra K.; Menke, John G.; Scolnick,
     Edward M.
CS   Natl. Cancer Inst.
LO   Bethesda, MD 20205, USA
SO   ICN-UCLA Symp. Mol. Cell. Biol., 18(Anim. Virus Genet.), 473-82
SC   10-4 (Microbial Biochemistry)
DT   J
CO   IUSMDJ
IS   0097-9023
PY   1980
LA   Eng
```

L26 ANSWER 59 OF 65

AM 27 014803

I

AM-ITC 00454739

```
AN   CA93(7):63766v
TI   Reverse transcription of thyroglobulin mRNA into a 11,000-base
     full-length cDNA
AU   De Martynoff, G.; Vassart, G.
CS   Fac. Med., Univ. Libre Bruxelles
LO   Brussels B-1000, Belg.
SO   Arch. Int. Physiol. Biochim., 88(2), B76-B77
SC   6-1 (General Biochemistry)
DT   J
CO   AIPBAY
IS   0003-9799
PY   1980
LA   Eng


L26  ANSWER 60 OF 65

AN   CA93(5):41107d
TI   Intertypic recombinants of herpes simplex viruses
AU   Halliburton, I. W.
CS   Dep. Microbiol., Univ. Leeds
LO   Leeds LS2 9JT, Engl.
SO   J. Gen. Virol., 48(1), 1-23
SC   10-0 (Microbial Biochemistry)
DT   J
CO   JGVIAY
IS   0022-1317
PY   1980
LA   Eng

=)   dis 126 61-65 bib


L26  ANSWER 61 OF 65

AN   CA92(23):194270f
TI   Evidence from recombinant bunyavirus studies that the M RNA gene
     products elicit neutralizing antibodies
AU   Gentsch, Jon R.; Rozhon, Edward J.; Klimas, Richard A.; El Said,
     Laila H.; Shope, Robert E.; Bishop, David H. L.
CS   Med. Cent., Univ. Alabama
LO   Birmingham, AL 35294, USA
SO   Virology, 102(1), 190-204
SC   10-4 (Microbial Biochemistry)
SX   15
DT   J
CO   VIRLAX
IS   0042-6822
PY   1980
LA   Eng

L26  ANSWER 62 OF 65

AN   CA92(19):160384f
TI   Evolution of pandemic influenza virus strains
AU   Scholtissek, C.
CS   Inst. Virol., Justus-Liebig-Univ. Giessen
LO   Giessen 6300, Fed. Rep. Ger.
SO   Philos. Trans. R. Soc. London, Ser. B, 288(1029), 307-12
SC   10-4 (Microbial Biochemistry)
```

AM 27 014804

AM-ITC 00454740

```
DT   J
CO   PTRBAE
IS   0080-4622
PY   1980
LA   Eng
```

L26 ANSWER 63 OF 65

```
AN   CA91(17):137021f
TI   Correlation of pathogenicity and gene constellation of influenza A
     viruses.  III.  Non-pathogenic recombinants derived from highly
     pathogenic parent strains
AU   Rott, R.; Orlich, M.; Scholtissek, C.
CS   Inst. Virol., Justus-Liebig-Univ.
LO   Giessen, Fed. Rep. Ger.
SO   J. Gen. Virol., 44(2), 471-7
SC   10-4 (Microbial Biochemistry)
SX   12
DT   J
CO   JGVIAY
IS   0022-1317
PY   1979
LA   Eng
```

L26 ANSWER 64 OF 65

```
AN   CA88(13):85656h
TI   Glycoproteins of avian tumor virus recombinants:  evidence for
     intragenic crossing-over
AU   Galehouse, Donna M.; Duesberg, Peter H.
CS   Dep. Mol. Biol., Univ. California
LO   Berkeley, Calif., USA
SO   J. Virol., 25(1), 86-96
SC   10-1 (Microbial Biochemistry)
DT   J
CO   JOVIAM
IS   0022-538X
PY   1978
LA   Eng
```

L26 ANSWER 65 OF 65

```
AN   CA87(9):65182b
TI   Differences in the glycoproteins of avian tumor virus recombinants:
     evidence for intragenic crossing over
AU   Galehouse, D. M.; Duesberg, Peter H.
CS   Dep. Mol. Biol., Univ. California
LO   Berkeley, Calif., USA
SO   ICN-UCLA Symp. Mol. Cell. Biol., 4(Anim. Virol.), 227-36
SC   10-4 (Microbial Biochemistry)
DT   J
CO   IUSMDJ
PY   1976
LA   Eng
```

=)

AM 27 014805

AM-ITC 00454741