UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE, LTD ) | |
| ROCHE DIAGNOSTICS GmbH ) | |
| and HOFFMANN-LA ROCHE INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO SUBMIT DEMONSTRATIVES FROM THE OCTOBER 4, 2007 HEARING ON OBVIOUSNESS-TYPE DOUBLE PATENTING**

Defendants F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH and Hoffmann-La Roche Inc. (collectively "Roche") respectfully submit the following demonstrative exhibits, attached hereto, which were prepared by Roche for the October 4, 2007 hearing on obviousness-type double patenting. A copy has been provided to Plaintiff Amgen Inc.

DATED:   October 8, 2007
         Boston, MA                          Respectfully submitted,

                                             F. HOFFMANN-LA ROCHE, LTD,
                                             ROCHE DIAGNOSTICS GMBH, and
                                             HOFFMANN-LA ROCHE INC.

                                             By its attorneys,

                                             /s/ Howard S. Suh
                                             Leora Ben-Ami (*pro hac vice*)
                                             Patricia A. Carson (*pro hac vice*)
                                             Thomas F. Fleming (*pro hac vice*)
                                             Howard S. Suh (*pro hac vice*)
                                             Christopher Jagoe (*pro hac vice*)
                                             Peter Fratangelo (BBO# 639775)
                                             KAYE SCHOLER LLP
                                             425 Park Avenue
                                             New York, New York  10022
                                             Tel. (212) 836-8000

Dockets.Justia.com

and

Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Nicole A. Rizzo (BBO# 663853)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA  02110
Tel. (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

*/s/ Thomas F. Fleming*
Thomas F. Fleming