## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN INC., ) ) Plaintiff, ) ) v. ) ) ) F. HOFFMANN-LAROCHE ) LTD., a Swiss Company, ROCHE ) DIAGNOSTICS GmbH, a German ) Company and HOFFMANN LAROCHE ) INC., a New Jersey Corporation, ) ) Defendants. ) ) | Civil Action No.: 05-12237 WGY |

### AMGEN INC.'S MOTION TO SHIFT BURDEN OF PROOF
### FOR '349 CLAIM 7 PURSUANT TO 35 U.S.C. § 295

Amgen hereby moves the Court, pursuant to 35 U.S.C. § 295, to presume that the human EPO product produced in the manufacturing process for Roche's MIRCERA product is the product of the process claimed in '349 claim 7, and to shift the burden of establishing that the product was not made pursuant to '349 claim 7 to Roche.

This motion is made on the grounds set forth in the accompanying Memorandum, and in particular on the grounds that Amgen has shown that a substantial likelihood exists that the EPO product produced in the manufacturing process for MIRCERA was made by the process of '349 claim 7 and that Roche's failure to make timely and fulsome production of Roche's cells and proprietary cell culture medium interfered with Amgen's reasonable efforts to determine whether Roche's cells, as used in Roche's manufacturing process, satisfied the limitation "capable upon growth in culture of producing erythropoietin in the medium of their growth in excess of 100 U of erythropoietin per $10^6$ cells in 48 hours as determined by radioimmunossay."

800490_1

2

Therefore, Amgen requests that the Court instruct the jury as follows:

"You should presume that the human EPO product produced in the manufacturing process for MIRCERA is the product of the process claimed in '349 claim 7. With respect to '349 claim 7, and '349 claim 7 only, it is Roche's burden to prove by a fair preponderance that its human EPO product is not the product of the process claimed in '349 claim 7."

October 10, 2007                                  Respectfully Submitted,

                                                  AMGEN INC.,
                                                  By its attorneys,


                                                  */s/ Michael R. Gottfried*
Of Counsel:                                       D. DENNIS ALLEGRETTI (BBO#545511)
                                                  MICHAEL R. GOTTFRIED (BBO#542156)
STUART L. WATT                                    PATRICIA R. RICH (BBO#640578)
WENDY A. WHITEFORD                                DUANE MORRIS LLP
MONIQUE L. CORDRAY                                470 Atlantic Avenue, Suite 500
DARRELL G. DOTSON                                 Boston, MA  02210
KIMBERLIN L. MORLEY                               Telephone:    (857) 488-4200
ERICA S. OLSON                                    Facsimile:    (857) 488-4201
AMGEN INC.
One Amgen Center Drive                            LLOYD R. DAY, JR. (*pro hac vice*)
Thousand Oaks, CA   91320-1789                    DAY CASEBEER
(805) 447-5000                                    MADRID & BATCHELDER LLP
                                                  20300 Stevens Creek Boulevard, Suite 400
                                                  Cupertino, CA  95014
                                                  Telephone:    (408) 873-0110
                                                  Facsimile:    (408) 873-0220

                                                  WILLIAM GAEDE III (*pro hac vice*)
                                                  McDERMOTT WILL & EMERY
                                                  3150 Porter Drive
                                                  Palo Alto, CA 94304
                                                  Telephone:    (650) 813-5000
                                                  Facsimile:    (650) 813-5100

                                                  KEVIN M. FLOWERS (*pro hac vice*)
                                                  MARSHALL, GERSTEIN & BORUN LLP
                                                  233 South Wacker Drive
                                                  6300 Sears Tower
                                                  Chicago IL 60606
                                                  Telephone:    (312) 474-6300
                                                  Facsimile:    (312) 474-0448

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as on-registered participants.

                                              */s/ Michael R. Gottfried*
                                              Michael R. Gottfried