# EXHIBIT I

# Kevin Flowers

**From:** Kevin Flowers
**Sent:** Friday, May 04, 2007 10:29 AM
**To:** 'PCarson@kayescholer.com'
**Subject:** RE: Letter to Kevin Flowers

Pat,

Just wanted to find out if the Roche medium had been shipped, or when you expect it will be shipped.

Regards,

Kevin

> -----Original Message-----
> **From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
> **Sent:** Wednesday, April 25, 2007 1:53 PM
> **To:** Kevin Flowers
> **Cc:** Roche_Paralegal_Team@kayescholer.com; RocheEmailRepository@kayescholer.com
> **Subject:** RE: Letter to Kevin Flowers
>
> Kevin,
>
> I have been informed by Roche scientists in Penzberg that at the moment there is no cultivation media for fermentation available because they are in the midst of the manufacturing harvesting procedure this week, which does not require fresh cultivation media. Production of new media will begin next week and the earliest that the freshly prepared media can be shipped is Wednesday, May 2nd.
>
> I will alert you when it is shipped.
>
> Pat
>
> Pat Carson
> Kaye Scholer LLP
> 425 Park Ave.
> New York, NY 10022
> 212-836-7466

"Kevin Flowers" kflowers@marshallip.com
04/24/2007 07:27 PM
To PCarson@kayescholer.com
cc:
Subject: RE: Letter to Kevin Flowers

Pat,

Please have them send the "culture" medium (does that already contain methotrexate?) to:

Richard D. Kolodner, Ph.D.
Attn: James Mueller
Laboratory of Cancer Genetics
Ludwig Institute for Cancer Research
UC San Diego School of Medicine
CMM-East
Room 3080
9500 Gilman Dr.
La Jolla, CA 92093-0660

Regards,

Kevin

-----Original Message-----
**From:** PCarson@kayescholer.com [mailto:PCarson@kayescholer.com]
**Sent:** Tuesday, April 24, 2007 10:14 AM
**To:** Kevin Flowers
**Cc:** Roche_Paralegal_Team@kayescholer.com; RocheEmailRepository@kayescholer.com
**Subject:** RE: Letter to Kevin Flowers

Kevin,

One additional question. Roche has two types of media, preculture (without selection pressure) & culture (with selection pressure). Which one does Kolodner need?

Thanks,
Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466

7/25/2007

▽Patricia Carson/NY/US/KSFHH
04/24/2007  10:34 AM
To "Kevin Flowers" kflowers@marshallip.com
  YNegron@kayescholer.com
cc:
Subject:  RE:  Letter to Kevin Flowers

Kevin,

There was some confusion regarding the proper address for Dr. Kolodner last time. Please confirm the proper address by e-mail. We are hoping to get the shipment out today or tomorrow at the latest.

thanks,
Pat

Pat Carson
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022
212-836-7466


▽"Kevin Flowers" kflowers@marshallip.com
04/19/2007  8:54 PM
To <"Patricia Carson" PCarson@kayescholer.com
  <YNegron@kayescholer.com
cc:
Subject:  RE:  Letter to Kevin Flowers


Pat,

Thank you for your letter today. Please have your Roche contact send the media to Dr. Kolodner using the same address to which Roche sent the cells.

Regards,

Kevin

7/25/2007

-----Original Message-----
**From:** YNegron@kayescholer.com
[mailto:YNegron@kayescholer.com]
**Sent:** Thursday, April 19, 2007 9:54 AM
**To:** Kevin Flowers; dfishman@daycasebeer.com;
kcarter@daycasebeer.com; Mark Izraelewicz;
MMoreland@mwe.com; rplatt@daycasebeer.com;
jhuston@bromsun.com
**Subject:** Letter to Kevin Flowers

on behalf of Pat Carson

Yvette Negron
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel. (212) 836-7638
Fax. (212) 836-8689

*(See attached file: 78205A00.PDF)*

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun by telephone (312) 474-6300. Thank you

**********************************************************************

\*     \*
    \*     \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance
with Treasury Department regulations, we inform
you that any U.S. federal tax advice contained in
this correspondence (including any attachments) is
not intended or written to be used, and cannot be
used for the purpose of (i) avoiding penalties

> that may be imposed under the U.S. Internal
> Revenue Code or (ii) promoting, marketing or
> recommending to another party any transaction or
> matter addressed herein.

* * * *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department reg