# EXHIBIT A

## 4.14   FACTORS INDICATING OBVIOUSNESS

Additionally, other objective evidence may favor a finding of obviousness. For example the simultaneous or near simultaneous invention by others of the patented subject matter is a secondary consideration supporting a conclusion of obviousness. Independent making of the invention by persons other than the inventor at about the same time may be evidence that the invention would have been obvious.[1] Also, others skilled in the art working toward the same solution to the same problem, or working on a finite number of predictable solutions to the same problem is also evidence supporting a conclusion of obviousness.[2]

---

[1]   AIPLA Model Jury Instruction 7.8; *Ecolochem, Inc. v. S. Cal. Edison Co*, 227 F.3d 1361, 1379 (Fed. Cir. 2000); *Monarch Knitting Machinery Corp. v. Sulzer Morat GmbH*, 139 F.3d 877, 883-84 (Fed. Cir. 1998); *Stewart-Warner Corp. v. City of Pontiac,* 767 F.2d 1563 (Fed. Cir. 1985); *Lindemann Maschinenfabrik GmbH v. Am. Hoist & Derrick Co.,* 730 F.2d 1452 (Fed. Cir. 1984); *In re Farrenkopf,* 713 F.2d 714 (Fed. Cir. 1983); *Orthopedic Equip. Co. v. United States,* 702 F.2d 1005 (Fed. Cir. 1983); *Simmonds Precision Prods., Inc. v. United States,* 153 U.S.P.Q. 465 (Ct. Cl. 1967).

[2]   *KSR Intern. Co.,* 127 S.Ct. at 1742.