```
                                        FILED
                                   IN CLERKS OFFICE

                                   2007 OCT 10  P 12: 22

                                   U.S. DISTRICT COURT
                                    DISTRICT OF MASS.
```

AMGEN                                              CA 05-12237-WGY

V.

F. HOFFMAN - LaROCHE LTD, ET AL

                             RECEIPT

The court has returned, on October 10, 2007, to _Christopher M. Jensen_
representative of the defendant Roche, documents that were submitted for in camera review.

Amgen Inc. v. F. Hoffmann-LaRoche LTD et al                                    Doc. 1348

                                        Elizabeth Smith
                                        Deputy Clerk

Received by:
_[signature]_