# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>F. HOFFMANN-LA ROCHE )<br>LTD., a Swiss Company, ROCHE )<br>DIAGNOSTICS GmbH, a German )<br>Company and HOFFMANN-LA ROCHE )<br>INC., a New Jersey Corporation, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 05-12237 WGY |

## AMGEN'S MOTION TO SUBMIT SUPPLEMENTAL DEMONSTRATIVES FROM THE OCTOBER 4, 2007 HEARING ON OBVIOUSNESS-TYPE DOUBLE PATENTING

Plaintiff Amgen Inc. respectfully submits the following supplemental demonstrative exhibits, attached hereto, which were prepared by Amgen for the October 4, 2007 hearing on obviousness-type double patenting. A copy has been provided to Defendants.

812573                                    1

Dated: October 11, 2007                                  Respectfully Submitted,

                                                         AMGEN INC.,
                                                         By its attorneys,


                                                         */s/ Patricia R. Rich*
Of Counsel:                                              D. DENNIS ALLEGRETTI (BBO#545511)
                                                         MICHAEL R. GOTTFRIED (BBO#542156)
                                                         PATRICIA R. RICH (BBO#640578)
STUART L. WATT                                           DUANE MORRIS LLP
WENDY A. WHITEFORD                                       470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                       Boston, MA 02210
DARRELL G. DOTSON                                        Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                      Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                               LLOYD R. DAY, JR
One Amgen Center Drive                                   DAY CASEBEER
Thousand Oaks, CA  91320-1889                            MADRID & BATCHELDER LLP
(805) 447-5000                                           20300 Stevens Creek Boulevard, Suite 400
                                                         Cupertino, CA 95014
                                                         Telephone:    (408) 873-0110
                                                         Facsimile:    (408) 873-0220

                                                         WILLIAM GAEDE III
                                                         McDERMOTT WILL & EMERY
                                                         3150 Porter Drive
                                                         Palo Alto, CA 94304
                                                         Telephone:    (650) 813-5000
                                                         Facsimile:    (650) 813-5100

                                                         KEVIN M. FLOWERS
                                                         MARSHALL, GERSTEIN & BORUN LLP
                                                         233 South Wacker Drive
                                                         6300 Sears Tower
                                                         Chicago IL 60606
                                                         Telephone:    (312) 474-6300
                                                         Facsimile:    (312) 474-0448

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

  I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

                  */s/ Patricia R. Rich*
                  Patricia R. Rich

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 11, 2007.

                  */s/ Patricia R. Rich*
                  Patricia R. Rich