# Obviousness-Type Double Patenting

## Amgen's Supplemental Demonstratives

## October 4, 2007

*Amgen Inc. v. F. Hoffmann-La Roche, Ltd*., No. 05-cv-12237-WGY

# Total Claims In '179 Application "As Filed" = 1



TX 2012.1513 (PTO file wrapper for '179 application)

D501

# MPEP § 201.06(a): Preliminary Amendment Not Entered Until <u>After</u> Filing Date Has Been Granted

> Although a copy of all original claims in the prior application must appear in the >37 CFR< 1.60 application, some of the claims may be canceled by request in the >37 CFR< 1.60 application in order to reduce the filing fee >, however, one original must remain at the time of granting the filing date< (see form 3.54, item >6<*). Any preliminary amendment presenting additional claims (claims not in the prior application as filed) should accompany the request for filing an application under >37 CFR< 1.60, but such an amendment will not be entered until after the filing date has been granted.

MPEP § 201.06(a) (5th Ed., Rev. 11, Apr. 1989); *see also* Docket Item 676, at 3-4.

D502

# Differences Between All '008 and '868 Asserted Claims

| '008 Claims | '868 Claims |
|---|---|
| The '008 claims are to compositions of matter | The '868 claims **require** a **specific recited combination of steps** |
| The '008 claims require neither glycosylation nor a polypeptide | The '868 claims **require** production of a **glycosylated** polypeptide |
| The '008 claims do not require either *in vitro* or *in vivo* biological function | The '868 claims **require** that any EPO expressed have the stated *in vivo* **biological function** |
| The '008 claims do not require the production of any amount of EPO | The '868 claims **require** that the recited host cell be capable of producing **isolatable quantities** of EPO |

*See also* Docket Item 1310, at 38-42.

D503

# Additional Differences Between Certain '008 and '868 Asserted Claims

| '008 Claims | '868 Claims |
|---|---|
| '008 claim 7 covers an enormous number of DNAs coding for EPO analogs and '008 claims 25 and 27 cover host cells transformed or transfected with any of those numerous DNAs coding for EPO analogs | The '868 claims **exclude DNAs coding for EPO analogs** |
| '008 claims 7, 25 and 27 have been held invalid for lack of sufficient enablement | It is undisputed that the '868 claims are **sufficiently enabled** |
| '008 claims 2 and 7 do not require any host cell, and '008 claims 4 and 6 broadly cover any procaryotic and any eucaryotic host cell transformed or transfected with the recited DNA sequence | The '868 claims **require mammalian host cells** |

*See also* Docket Item 1310, at 38-42.

D504

# Additional Differences Between All '008 and '698 Asserted Claims

| '008 Claims | '698 Claims |
|---|---|
| The '008 claims do not require "amplified DNA" | The '698 claims **require** "**amplified DNA**" |
| The '008 claims do not require "amplified marker gene DNA" | '698 claims 7 and 8 **require** "**amplified marker gene DNA**" |

*See also* Docket Item 1310, at 43-44.

D505

# Judicial Estoppel

**Two elements:**

**(1) the party's previously asserted position and presently asserted position must be "directly inconsistent, that is, mutually exclusive"**

- *Alternative Sys. Concepts, Inc. v. Synopsys, Inc.*, 374 F.3d 23, 33 (1st Cir. 2004).

- *See also Simon v. Safelite Glass Corp.*, 128 F.3d 68, 72 (2d Cir. 1997) ("[T]here must be a true inconsistency between the statements in the two proceedings. If the statements can be reconciled there is no occasion to apply an estoppel.")

**(2) "the first forum [must have] *accepted* the legal or factual assertion alleged to be at odds with the position advanced in the current forum . . ."**

- *In re Gens*, 112 F.2d 569, 572 (1st Cir. 1997) (emphasis in original)

- *See also Merrill Lynch, Pierce, Fenner & Smith Inc. v. Georgiadis*, 903 F.2d 109, 114 (2d Cir. 1990) (Judicial estoppel "applies only if the party against whom the estoppel is claimed actually obtained a judgment as a result of the inconsistent position.")

D506

# The Board Referenced G.I.'s Position, Not Amgen's

| G.I.'s '097 Priority Position | Amgen's '097 Priority Position | BPAI Ruling |
|---|---|---|
| *"**Accordingly, as in the '096 interference, priority turns upon the first conception of the purified and isolated EPO gene**. The record establishes that Dr. Fritsch, not Dr. Lin, was the first to make such a conception of the isolated EPO gene and thereafter exercised reasonable diligence in reducing it to practice."* | "The findings of the District Court, affirmed by the Federal Circuit, clearly show that Lin carried out the expression process using the DNA sequence to produce <u>in</u> <u>vivo</u> biologically active recombinant human EPO <u>before</u> <u>Fritsch</u> <u>et</u> <u>al</u> <u>even</u> <u>conceived</u> <u>the</u> <u>DNA</u> <u>sequence</u>." | "With regard to the issue of prior inventorship in particular, we note that **Fritsch conceded** at the final hearing that ***priority in each of the related interferences turns on isolation of the EPO gene,*** i.e., determination of priority in Interference No. 102,096 is dispositive on the issue of priority in the present interference (***also see FB-24***)." |
| Ex. GXH, at 24-25 ("FB-24") (emphasis added) | Ex. GUK, at 29 (emphasis in original) | TX 2012.1044-45 (emphasis added) |

D508

# Amgen's Position: Lin Had *In Vivo* Activity Before Fritsch Even Had The Gene



| ACTIVITY | DATE |
|---|---|
| Lin clones human EPO gene | Sept.-Oct. 1983 |
| Amgen (for Lin) confirms EPO gene by sequencing | Sept.-Oct. 1983 |
| Lin clones monkey EPO gene | Late Oct. 1983 |
| Amgen (for Lin) expresses human EPO gene in 293 and COS cells | Jan. 10, 1984 |
| Amgen (for Lin) determines biological activity of recombinant human EPO gene expression product | Feb. 13-14, 1984 |
| Amgen (for Lin) determines *in vivo* biological activity of recombinant human EPO gene expression product | March 1-9, 1984 |
| Amgen (for Lin) expresses human EPO gene in CHO cells | May 2, 1984 |
| Fritsch identifies two clones | July 1984 |
| Fritsch expresses human EPO gene in CHO cells | after Aug. 1984 |

Ex. GUK, at 46

D507