# EXHIBIT A
# NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 3 of the '933 Patent** ||
| A non-naturally occurring erythropoietin glycoprotein product | "Recombinant human erythropoietin (r-HuEPO) is secreted by genetically engineered mammalian cells in culture." Trial Ex. No. 2056 at AM-ITC 0092263.<br><br>"Recombinant human erythropoietin is a 165 amino acid glycoprotein manufactured by recombinant DNA technology." Trial Ex. No. 2056 at AM-ITC 00092249.<br><br>"Q   And to your understanding what was in a vial of EPOGEN in 1989?<br> A   Recombinant human erythropoietin."<br>Browne Trial Tr. 1958:6-8. |
| of the expression in a mammalian host cell | "The CHO KI (DHFR-) cell line was used as the host cell strain for transformation by the pDSVL-gHuEPO construct…" Trial Ex. No. 2056 at AM-ITC 00092414.<br><br>"Recombinant human erythropoietin (r-HuEPO) is secreted by genetically engineered mammalian cells in culture." Trial Ex. No. 2056 at AM-ITC 0092263.<br><br>"Q   The cells that were used to make the recombinant human EPO, do you know where they came from?<br>     [Objection]<br>     THE COURT:  Oh, no, that's different.  The first called for expert testimony, opinion testimony.  This just says where they come from.<br>     If you know of your own knowledge.  Do you know? |

Dockets.Justia.com

**EXHIBIT A**
**NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT**

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 3 of the '933 Patent** ||
| | THE WITNESS:  Yes, I do.<br>THE COURT:  Where did they come from?<br>THE WITNESS:  They came from the master working cell bank that I made."<br>Browne Trial Tr. 1959:8-18.<br><br>   "THE WITNESS:  I wrote the initial draft of Example 10 starting there in the middle of column 25, extending through all of column 26, onto the next page in column 27, and through the top two paragraphs in column 28.<br> Q  Now, in the first -- in the second full paragraph there in column 28 where it makes reference to the culture fluid. Could you please read that first sentence?<br> A  Culture fluid from CHO pDSVL genomic human EPO cells prepared amplified by stepwise 100 nanomolar methotrexate were subjected to three assays.<br>[…]<br>   THE COURT:  -- strike out what you say. We'll try it this way.<br>   What cells are you describing there?  When you wrote that, what cells are you describing?  First line.<br>   THE WITNESS:  Okay. Those cells were, I transfected the human erythropoietin gene into CHO cells and I, and my colleagues, went through a series of methotrexate amplifications up to 100 nanomolar methotrexate.<br> Q  And what did you then do with those cells?<br> A  I used those cells as the source of the master working cell bank that I made."<br>Browne Trial Tr. 1962:14-1963:21. |

# EXHIBIT A
# NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 3 of the '933 Patent** ||
| of an exogenous DNA sequence encoding human erythropoietin | "Recombinant human erythropoietin is a 165 amino acid glycoprotein manufactured by recombinant DNA technology." Trial Ex. No. 2056 at AM-ITC 00092249.<br><br>"[T]he amino acid sequence of r-HuEPO is identical to naturally derived erythropoietin." Trial Ex. No. 2056 at AM-ITC 00092263.<br><br>"Q   Can you please read that description there on the first full paragraph.<br> A   Recombinant human erythropoietin (rHuEPO) is a 165 amino acid glycoprotein manufactured by recombinant DNA technology. It has a molecular weight of 30,400 daltons. RHuEPO is produced by mammalian cells into which has been inserted the human erythropoietin gene.  The product contains the identical amino acid sequence of naturally-derived erythropoietin produced by the kidneys. Both recombinant erythropoietin and natural forms of erythropoietin stimulate erythropoiesis."<br>Browne Trial Tr. 1958:15-25. |
| said product possessing the in vivo biological property of causing bone marrow cells to increase production of reticulocytes and red blood cells | "The two Amgen-sponsored clinical studies presented in this application involved 276 chronic renal anemia patients on hemodialysis…These studies demonstrate r-HuEPO's effectiveness in correcting or ameliorating symptomatic anemia through a sustained increase in hematocrit, hemoglobin, and red blood cell parameters.  In addition, transfusion dependence was reduced or eliminated in patients who were heavily transfusion dependent prior to study entry."  Trial Ex. No. 2056 at AM-ITC 00092311. |

3

**EXHIBIT A**
**NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT**

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 3 of the '933 Patent** ||
|  | "An increase in the reticulocyte count was seen initially after the second or third dose of recombinant human erythropoietin." Trial Ex. No. 20 at AM-ITC 00076146. |

# EXHIBIT A
# NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 14 of the '933 Patent** ||
| A method for treating a kidney dialysis patient | "The two Amgen-sponsored clinical studies presented in this Application involved 276 chronic renal failure patients on hemodialysis in a phase I/II study (n = 29) and a multi-center phase III study (n = 247)." Trial Ex. No. 2056 at AM-ITC 00092311. |
| which comprises administering a pharmaceutical composition of claim 12 | EPOGEN is a pharmaceutical composition and was approved by the FDA in 1989.<br><br>"Q When was the product license application submitted to the Food and Drug Administration to your knowledge?<br>A On October 30th, 1987.<br>Q And that was for what product again, sir?<br>A Recombinant human erythropoietin whose tradename is EPOGEN.<br>Q Did the FDA approve EPOGEN?<br>A Yes, it did.<br>Q And when did it do that to your understanding?<br>A June 1989."<br>Browne Trial Tr. 1955:13-22. |
| in an amount effective to increase the hematocrit level of said patient | "The results of the combined Phase I and II clinical trial reported here indicate that patients with end-stage renal disease and uncomplicated anemia will respond to recombinant human erythropoietin….The data indicate that the rate of the rise in hematocrit was greatest in the patients receiving the largest doses and that the hematocrit could be increased by as much as 10 percentage points within three weeks. The effectiveness of this response was confirmed by ferrokinetic studies." Trial Ex. No. 20, |

**EXHIBIT A**
**NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT**

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 14 of the '933 Patent** ||
|  | at AM-ITC 00076148.<br><br>"The two Amgen-sponsored clinical studies presented in this application involved 276 chronic renal anemia patients on hemodialysis....These studies demonstrate r-HuEPO's effectiveness in correcting or ameliorating symptomatic anemia through a sustained increase in hematocrit, hemoglobin, and red blood cell parameters. In addition, transfusion dependence was reduced or eliminated in patients who were heavily transfusion dependent prior to study entry." Trial Ex. No. 2056 at AM-ITC 00092311. |

# EXHIBIT A
# NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 1 of the '422 Patent** ||
| A pharmaceutical composition comprising | EPOGEN is a pharmaceutical composition and was approved by the FDA in 1989.<br><br>"Q When was the product license application submitted to the Food and Drug Administration to your knowledge?<br>A On October 30th, 1987.<br>Q And that was for what product again, sir?<br>A Recombinant human erythropoietin whose tradename is EPOGEN.<br>Q Did the FDA approve EPOGEN?<br>A Yes, it did.<br>Q And when did it do that to your understanding?<br>A June 1989."<br>Browne Trial Tr. 1955:13-22. |
| a therapeutically effective amount of | "The two Amgen-sponsored clinical studies presented in this application involved 276 chronic renal anemia patients on hemodialysis....These studies demonstrate r-HuEPO's effectiveness in correcting or ameliorating symptomatic anemia through a sustained increase in hematocrit, hemoglobin, and red blood cell parameters. In addition, transfusion dependence was reduced or eliminated in patients who were heavily transfusion dependent prior to study entry." Trial Ex. No. 2056 at AM-ITC00092311. |

**EXHIBIT A**
**NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT**

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 1 of the '422 Patent** ||
| human erythropoietin . . . purified from mammalian cells grown in culture | "The CHO KI (DHFR-) cell line was used as mammalian cells grown in culture the host cell strain for transformation by the pDSVL-gHuEPO construct…" Trial Ex. No. 2056 at AM-ITC 00092414.<br><br>Recombinant human erythropoietin (r-HuEPO) is secreted by genetically engineered mammalian cells in culture." Trial Ex. No. 2056 at AM-ITC 0092263.<br><br>"Following concentration and diafiltration of the cell-conditioned media, purification of r-HuEPO is accomplished via a four-step columchromatography procedure." Trial Ex. No. 2056 at AM-ITC 00092265.<br><br>"Recombinant human erythropoietin is a 165 amino acid glycoprotein manufactured by recombinant DNA technology." Trial Ex. No. 2056 at AM-ITC00092249.<br><br>"[T]he amino acid sequence of r-HuEPO is identical to naturally derived erythropoietin." Trial Ex. No. 2056 at AM-ITC 00092263.<br><br>"[R]esults of complete amino acid sequence analysis of u-HuEPO were identical to the complete amino acid sequence of r-HuEPO, demonstrating that the erythropoietin gene clone producing the r-HuEPO gene product correctly reflects natural human erythropoietin." Trial Ex. No. 2056 at AM-ITC 00092425. |

**EXHIBIT A**
**NEXUS BETWEEN EPOGEN® AND CLAIMS-IN-SUIT**

| CLAIM LIMITATION | HOW EPOGEN® SATISFIES EACH CLAIM LIMITATION |
|---|---|
| **Claim 1 of the '422 Patent** ||
| and a pharmaceutically acceptable diluent, adjuvant or carrier. | "r-HuEPO is formulated in an Albumin containing sodium chloride-sodium citrate buffer at neutral pH. Trial Ex. No. 2056 at AM-ITC 00092261. |