# MANUAL OF PATENT EXAMINING PROCEDURE

Original Fifth Edition, Dated August 1983



U.S. DEPARTMENT OF COMMERCE

Patent and Trademark Office