# Manual of PATENT EXAMINING PROCEDURE

Original Eighth Edition, August 2001
Latest Revision August 2006



## U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

Rev. 5, Aug. 2006

Dockets.Justia.com

The U.S. Patent and Trademark Office does not handle the sale of the Manual, distribution of notices and revisions, or change of address of those on the subscription list. Correspondence relating to existing subscriptions should be sent to the Superintendent of Documents at the following address:

  Superintendent of Documents  Telephone: 202-512-2267
  Mail List Section
  Washington, DC 20402

Inquiries relating to purchasing the Manual should be directed to:

  Superintendent of Documents  Telephone: 202-512-1800
  United States Government Printing Office
  Washington, DC 20402

Orders for reproduced copies of individual replacement pages or of previous revisions of the Manual should be sent to the following address:

  Mail Stop Document Services  Telephone: 1-800-972-6382 or 571-272-3150
  Director of the U.S. Patent and Trademark Office
  P.O. Box 1450
  Alexandria, VA 22313-1450

Previous editions and revisions of the Manual are available on microfilm in the Patent Search Room. The Manual is available on CD-ROM and on diskette from:

  U.S. Patent and Trademark Office  Telephone: 571-272-5600
  Office of Electronic Information Products
  MDW 4C18, P.O. Box 1450
  Alexandria, VA 22313-1450

Employees of the U.S. Patent and Trademark Office should direct their requests for the Manual, replacement pages, notices, and revisions to the Office of Patent Training.  Telephone: 571-272-7222

Pursuant to the Patent and Trademark Office Efficiency Act (PTOEA) (Pub. L. 106-113, 113 Stat. 1501A-572), the head of the United States Patent and Trademark Office (USPTO) is the "Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office." The Director is assisted by the "Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office." The patent operations of the USPTO are now headed by the "Commissioner for Patents." The trademark operations of the USPTO are now headed by the "Commissioner for Trademarks." Under section 4741(b) of the PTOEA, any reference to the Commissioner of Patents and Trademarks, the Assistant Commissioner for Patents, or the Assistant Commissioner for Trademarks is deemed to refer to the Director, the Commissioner for Patents, or the Commissioner for Trademarks, respectively. See "Reestablishment of the Patent and Trademark Office as the United States Patent and Trademark Office" published in the *Federal Register* at 65 FR 17858 (Apr. 5, 2000), and in the *Official Gazette of the United States Patent and Trademark Office* at 1234 O.G. 41 (May 9, 2000).

Additions to the text of the Manual are indicated by arrows (><) inserted in the text. Deletions are indicated by a single asterisk (*) where a single word was deleted and by two asterisks (**) where more than one word was deleted. The use of three or five asterisks in the body of the laws, rules, treaties, and administrative instructions indicates a portion of the law, rule, treaty, or administrative instruction which was not reproduced.

  First Edition, November 1949
  Second Edition, November 1953
  Third Edition, November 1961
  Fourth Edition, June 1979
  Fifth Edition, August 1983
  Sixth Edition, January 1995
  Seventh Edition, July 1998
  Eighth Edition, August 2001
   Revision 1, February 2003
   Revision 2, May 2004
   Revision 3, August 2005
   Revision 4, October 2005
   Revision 5, August 2006