ROCHE CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER USITC Inv. No. 337-TA-568 OUTSIDE COUNSEL EYES' ONLY
Case 1:05-cv-12237-WGY   Document 1360-3   Filed 10/12/2007   Page 1 of 2
Amgen Inc v. F. Hoffmann-LaRoche LTD et al                                                                    Doc. 1360 Att. 2

37

Table 1.   Total Amount of RO0503821 in Serum and Urine from Male Rats (Study D01017, SDS-PAGE Estimation)

### Analysis of RO0503821 in SERUM Samples

| Rat Group ID | Serum Conc ($\mu$g/mL) | *Vol. of Serum (mL) | Total RO0503821 in Serum ($\mu$g) | Dose (mg) RO0503821 Administered | Percent of Dose in Serum |
|---|---|---|---|---|---|
| 30 min IV | 175 | 10 | 1389 | 2.0 | 83 |
| 24 hr IV | 56 | 9 | 422 | 2.0 | 25 |
| 24 hr SC | 65 | 5 | 286 | 2.0 | 17 |

*The serum volumes were estimated as 3.0% of rat's body weight.

### Analysis of RO0503821 in URINE Samples

| Rat Group ID | Urine Conc ($\mu$g/mL) | Vol. of Urine (mL) | Total RO0503821 in Urine ($\mu$g) | Dose (mg) RO0503821 Administered (mg) | Percent of Dose in Urine |
|---|---|---|---|---|---|
| 24 hr IV | 2.75 | 13 | 35.7 | 2.0 | 1.8 |
| 24 hr SC | 0.62 | 11 | 6.81 | 2.0 | 0.3 |

**Total amount of RO0503821 in rat serum and urine:** Male rats were administered 2 mg RO0503821 by IV or SC injection. Serum samples were taken at 30 minutes and at 24 hours post dose. Approximately 10 $\mu$L aliquots of a 1 to 9 dilution of serum (1 part serum + 9 parts PBS) and of undiluted urine were analyzed by SDS-PAGE (Figure 1). The percent of the dose present in the serum or urine at the two time points following IV or SC administration was estimated by scanning densitometry of the iodine stained gel.

**Calculations:**
**Serum and urine concentration ($\mu$g/mL)** = concentration of RO0503821 in sample aliquot determined by densitometry using standard curve in same gel.
**Volume of serum (mL)** = 3% of rat's body weight
**Volume of urine (mL)** = total volume excreted in 24 hour sample.
**Total amount RO0503821 in serum ($\mu$g)** = concentration in serum aliquot ($\mu$g/mL) x total serum volume in body (mL)
**Total RO0503821 in urine ($\mu$g)** = concentration in urine aliquot ($\mu$g/mL) x total volume of urine excreted in 24 hour sample period (mL).
**Percent of dose in serum** = (amount ($\mu$g) in serum) / (2 mg dose) x 100
**Percent of dose in urine** = (amount ($\mu$g) in urine) / (2 mg dose) x 100

RO0503821, Study No. D01017 & D02001
Report No. 1012588                                                         37

ITC-R-BLA-00007505

dockets.Justia.com

ROCHE CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER USITC Inv. No. 337-TA-568 OUTSIDE COUNSEL EYES' ONLY
Case 1:05-cv-12237-WGY   Document 1360-3   Filed 10/12/2007   Page 2 of 2

38

## 2.6.5.9  In Vivo Metabolism

Test Article: **RO0503821-000**

| | |
|---|---|
| Gender (M/F)/ Number of animals: | D01017: M/4 <br> D02001: M/28 |
| Feeding condition: | D01017: Fed <br> D02001: Fed |
| Vehicle/Formulation: | D01017: PBS, pH 7.0 <br> D02001: 10 mM sodium phosphate, 40 mM sodium sulfate, 10 mM L-methionine, 3% mannitol, 0.1% polaxamer 188 pH 6.2 |
| Method of Administration: | D01017: subcutaneous and intravenous <br> D02001: Intravenous |
| Dose (mg/kg) | D01017: ~6-11 mg/kg <br> D02001: ~8 mg/kg |

| Species | Sample | Sampling Time or Period | % of Dose in Sample | Study Number | Location in CTD |
|---|---|---|---|---|---|
| Rat | Serum | 30 min post IV dose | 83 | D01017 | |
| | Serum | 24 hr post IV dose | 25 | | |
| | Urine | 24 hr post IV dose | 1.8 | | |
| | Serum | 24 hr post SC dose | 17 | | |
| | Urine | 24 hr post SC dose | 0.3 | | |

**Additional information:**
Both studies were aimed to evaluate *in vivo* stability and tissue localization of the test compound. The results confirmed that 1) RO0503821 remained intact in serum; 2) both RO0503821 and 30 kDa PEG were excreted in urine and 3) no *in vivo* catabolism of RO0503821 prior to its passage through kidneys.

**RO0503821, Study No. D01017 & D02001**
**Report No. 1012588**

38