Amgen Inc. v. F. Hoffmann-LaRoche LTD et al    Doc. 1360 Att. 3
CONFIDENTIAL
Exhibit EYV
05-12237-WGY

# Suggested Elimination Pathways of CERA in CKD Patients

(Nov. 7, 2005)

Kiyo Nakai
Clin. Pharmacol. Dept.
Chugai Clinical Research Center
Tokyo, Japan

AutoDate

1

R003265591

Dockets.Justia.com

# Contents

1. Proposal to Roche
2. Special Remarks
3. Elimination Pathways of EPO & PEG
4. Suggested Elimination Pathways of CERA
5. Points-to-Consider
6. Proposal to Roche

AutoDate

2

R003265592

# Proposal to Roche

- To investigate the metabolism and excretion patterns of $^{14}$C-CERA in nephrectomized rats.

- "The mass-balance studies using $^{14}$C-CERA" to be performed in PreD patients & HVs.

AutoDate

3

R003265593

## Special Remarks

- As far as the protein-based medicines are concerned, the Japanese Agency has never ever requested the metabolism patterns of the substance *per se* at the time of submissions.

- Essentially the same conditions can be applied to those in overseas.

- In the case of CERA, however, not a few investigators reported that the major elimination pathway of PEG is via an urinary excretion at least in the healthy volunteers (HVs).

- Due to the hypouresis manifested in CKD, it seems very likely that the PEG cannot be efficiently excreted into the urine.

- Therefore, the Japanese Agency will request the elimination patterns of the PEG moiety in CERA to Chugai.

- We believe it quite reasonable to prepare the answers as to the elimination patterns of CERA from the body.

AutoDate

4

R003265594

# Elimination Pathways of EPO & PEG

5

AutoDate

R003265595

# Elimination Pathways of EPO

- **Major Elimination Pathways** *are within the "Bone Marrow & Spleen" that include,*
  - EPO Receptor-mediated Internalization, and
  - Proteolysis

- **Those minors** *are within the "Kidney & Liver" that include,*
  - Glomerular Filtrations in the Kidney, and
  - Peptidase-mediated Catabolism in the Liver

AutoDate   (Adopted from Jelkmann. W., Eur. J. Hematol., 69 (2002) 265-274)

6

R003265596

# Elimination Pathways of PEG

- *Major Elimination Pathways are within the "Kidney & Immune System" that includes,*
  - Glomerular Filtrations in the kidney, and
  - Phagocytosis via the Immune System, particularly in the case of PEG m.w. is over 100 kDa

- *That minor is within the "Liver" that include,*
  - Metabolisms, *i.e.*, Hydroxylation and Fragmentations, in the Liver, followed by
  - Biliary Excretion

(Adopted from Caliceti P. et. al., Advanced Drug Delivery Reviews., 55 (2003) 1261-1277 and in house report in Chugai)

AutoDate

7

# Suggested Elimination Pathways of CERA

1. *Rats*
2. *Healthy volunteers*
3. *Hemodialysis patients*

8

AutoDate

R003265598

# Part 1
# Elimination Patterns of CERA *in Rats*

9

AutoDate

R003265599



R003265600

# Distribution & Excretion Patterns of CERA after Single IV Injection to Rats
(data obtained from studies using radioactive CERA)

▲ *Tissues with high radioactivities examined were,*

blood, bile, adrenal grand medulla, lymph nodes, lung, testis, and adrenal gland

▲ *% radioactivities detected after CERA administrations were,*

urine (58 %), feces (8.6 %), and carcass (33 %), respectively.

(% of CERA administered)

AutoDate

(Adopted from RO0503821, Study No. 08223 Report No. 1014641)

11

R003265601



R003265602

CONFIDENTIAL



# Bone Marrow SDS-PAGE Patterns in Rats
(aspirates obtained from the CERA treated rats)

Bone marrow cell supernatant from an RO0503821 treated rat and an untreated rat (control).

*Note that intact CERA is detected in the bone marrow*

(Adopted from RO0503821, Study No. D01017 & D02001 Report No. 1012588)

R003265603