Amgen Inc v. F. Hoffmann-LaRoche LTD et al     Doc. 1360 Att. 4
CONFIDENTIAL

# Immuno-histochemical staining of PEG Moiety within the CERA Structure in the Bone Marrow Cells in Rats
### (tissues obtained from the CERA treated rats)



**24 Hr. Post Dose**
Twenty-four hours later, stained cells had moved out of the marrow and into the blood stream. Some of the staining appeared inside the cell membrane



**30 Min. Post Dose**
At 30 min. post dose, heavy staining appears at the periphery of specific cells

*Note that intact CERA reaches and binds the cells within the bone marrow*

AutoDate                14

(Adopted from RO0503821, Study No. D01017 & D02001 Report No. 1012588)

R003265604

Dockets.Justia.com

# Summary of Non Clinical DMPK Results

1) *Only intact CERA detected in the serum.*

2) *Radioactivities detected in the bile and the liver.*

3) *In both urine and the feces, radioactivities also detected.*

4) *Both intact CERA and PEG moiety within the CERA structure detected in the urine.*

5) *Intact CERA reaches and binds cells in the bone marrow.*

15

AutoDate

R003265605

# Speculative Diagrams (Rats)

16

AutoDate

R003265606







R003265609



# Part 2
# Elimination Patterns of CERA *in Human*

20

AutoDate

R003265610

# Urinary Excretion of CERA in Healthy Volunteers (HVs)

## ▸ Routes of CERA Administrations

S.C. administrations of CERA (3.2 $\mu$g/kg) to the HVs., and the urine was collected at an interval of every 12 hours for successive 3 days after the dosing.

## ▸ Results

No CERA was apparently detected in the HVs urine

(No data available on the PEG moiety elimination patterns)

AutoDate

21

(Adopted from RO0503821, Protocol No. BP16198  Report No. 1004598)

R003265611

# The immune system related to CERA elimination in Human

## ▲ *Clinical Data*

No Anti-CERA Antibodies detected in the Serum of CERA Treated HVs and Pts.

The concentrations of TNF-a and IL-6, which are cytokines reflecting activated macrophage, in the serum showed no relationship to AUC in CERA Treated HVs

## ▲ *Speculative Synthesis*

The immune system *per se* dose not seem to play crucial roles in the elimination of CERA

22

AutoDate
(Adopted from RO0503821 all clinical studies and Protocol No.BP17570, Report No.1017562)

R003265612



**Relationships between Serum AUC and Renal Functions in Human**
(i.v. administrations of CERA to HVs & Pts)

*No distinct relationship between serum AUC and renal functions were manifested*

*These data strongly suggest that the kidney is not the main site by which the elimination of CERA is mediated*

AUC

AUClast/DOSE (ng*hr/mL/(mcg/kg))

Healty Volunteers — Predialysis Patients — Hemodialysis Patients

Normal ← Renal Function → Impaired

AutoDate          23
(Adopted from RO0503821 clinical studies, the integrated analysis of 5 (five) clinical studies in Japanese)

R003265613



# Summary of Clinical DMPK Results

1) Intact CERA detected in the serum.

2) No intact CERA was apparently detected in the HVs urine.

3) No Anti-CERA Antibodies was detected in the Serum of CERA Treated HVs and Pts.

4) No distinct relationship shown between AUC and kidney/liver functions.

AutoDate

25

R003265615