# EXHIBIT 1





# Molecular Structure
## 3D visualisation of the C.E.R.A. molecule

Roche Pharmaceuticals — CONFIDENTIAL — R0015687705