# EXHIBIT 2

Dockets.Justia.com

| | |
|---|---|
| **From:** | Georges, Guy {TR-C~Penzberg} |
| **Sent:** | Friday, September 01, 2006 2:13 PM |
| **To:** | Haselbeck, Anton {TR-L~Penzberg}; Jarsch, Michael {TR-N~Penzberg} |
| **Cc:** | Mertens, Alfred {TR-C~Penzberg}; Klostermann, Stefan {TR-I~Penzberg}; Schaefer, Wolfgang {TR-C~Penzberg}; Voelger, Hans-Rainer {TR-C~Penzberg}; Schwaiger, Manfred {TR-C~Penzberg} |
| **Subject:** | Cera Modelling Penzberg_Sep2006.ppt |

Hi all,

As discussed this morning together, please find the link to the ppt file containing the pictures for the Model CERA. Now these pictures represents the modified EPO with its 3 tetra-antennary N-glycosylation on a.a. 24,38,83 and the "NeuNAc-Gal-GalNAc(NeuNAC)-Ser126 glycosylation, as well as the 30kD Pegylation.

V:\_Public\CERA_Georges_Schaefer_Voelger\Cera Modelling Penzberg_Sep2006.ppt

A gif animation with picture every 10° along y axis has been added to the presentation with regard to the version presented this morning. This makes the file of course heavier (4 Megabytes more) but allows you to better describe the 3D model generated.

A QuickTime file shows you the model rotating every degree (20 Mb) but the resolution is incredibly excellent. If you press Ctrl L during the play, the molecule will rotate indefinitely.
V:\_Public\CERA_Georges_Schaefer_Voelger\anim_CERA_jpeg.qt

Please be free to address us eventual questions.

Sincerely yours,

Guy, Wolfgang & Hans-Rainer

R008744860