# EXHIBIT 3

Dockets.Justia.com

| | |
|---|---|
| **From:** | Gies, Sheila A {PBC-~Nutley} |
| **Sent:** | Thursday, October 26, 2006 10:41 PM |
| **To:** | Jarsch, Michael {TR-N~Penzberg} |
| **Cc:** | Haselbeck, Anton {TR-L~Penzberg}; Van der Auwera, Philippe {PBN~Basel}; Horber, Patrick {PBN~Basel} |
| **Subject:** | RE: Molecular Information for Use in the Image Bank |

Thank you for the full explanation – I will discuss with Patrick Horber and the CBT to determine an approach but I clearly hear you on not using the image that was attached (my view as well) and it appears that it would be best to wait until option "c" is available.

*Sheila*

Sheila Gies
Senior International Communications Manager Anaemia Franchise
Roche
+1 973-235-4347: work
+1 973-687-0188: cell

This message is intended for the use of the named recipient(s) only and may contain confidential and/or proprietary information. If you are not the intended recipient, please contact the sender and delete this message. Any unauthorized use of the information contained in this message is prohibited.

-----Original Message-----
**From:** Jarsch, Michael {TR-N~Penzberg}
**Sent:** Thursday, October 26, 2006 10:16 AM
**To:** Gies, Sheila A {PBC-~Nutley}
**Cc:** Haselbeck, Anton {TR-L~Penzberg}; Van der Auwera, Philippe {PBN~Basel}
**Subject:** RE: Molecular Information for Use in the Image Bank

Dear Sheila,
Let me answer during the absence of Toni. There are requests for images coming from different sides. Therefore I am considering to give an update on the status at one of the next LCTs (Philippe, do think this is a good idea or not?)

There are currently 3 categories of available images.
a) Rather simple ppt drawings that show the schematic primary aminoacid structure of the protein moiety with carbohydrate and the polymer attached as a kind of ribbon winded around thge rest of the molecule. This seems to be what you are referring to
b) A images generated from the published structure of unglycosylated Epo with some carbohydrate structures and a polymer arbitrarily folded and attached. This has been used in former presentations and is called an "artists view". However we want to stop usage of this image because the polymer structure is completely arbitrary (and probably very unlikely), the carbohydrate moieties are incomplete and do not resemble the real type of carbohydrate that is attached to epoetin beta or CERA.
c) an improved version of b) with complete carbohydrate, although the polymer and carbohydrate conformation is still arbitrary.

In addition we have two independent attempts, one within Roche, one in collaboration with

an external company, to generate images which have some more relevance from a molecular dynamics point of view and potentially could be used to show the different flexibility of the parts of the molecule.

My advice is:
The cartoon-like schematic drawings a) are still ok. b) should be not used anymore, but c) would be an alternative, but requires approval if used externally. The other images in work may not be available before next year.
I would not recommend using the NBT images - this is an Amgen publication.

best -- michael

Confidentiality Note:
This message is intended only for the use of the named recipient(s) and may obtain confidential and/or privileged information. If you are not the intended recipient, please contact the sender and delete the message. Any unauthorized use of the information contained in this message is prohibited.

-----Original Message-----
**From:** Gies, Sheila A {PBC-~Nutley}
**Sent:** Tuesday, October 24, 2006 10:33 PM
**To:** Haselbeck, Anton {TR-L~Penzberg}; Jarsch, Michael {TR-N~Penzberg}
**Subject:** FW: Molecular Information for Use in the Image Bank

Dear Toni,
Back in the spring Rosemary and I bumped into you in Basel and you had a presentation with you that had an image of epoetin alfa or beta and an image of darbe that you used in presentations regarding ESAs. They were quite simple line drawings really. I was wondering if we have anything approved that we use to show what the older generation of agents look like and what MIRCERA looks like. The only image I have seen is in the slide deck that was used and approved for CERA week in Athens and given to the affilates but I am not sure if that image of MIRCERA is still considered to be valid. Could you please advise.

My advice to the agency below regarding adding these images from this article, is not something we should do as they would need to get permissions from the author. Thank you for your input.


*Sheila*

Sheila Gies
Senior International Communications Manager Anaemia Franchise
Roche
+1 973-235-4347: work
+1 973-687-0188: cell

This message is intended for the use of the named recipient(s) only and may contain confidential and/or proprietary information. If you are not the intended recipient, please contact the sender and delete this message. Any unauthorized use of the information contained in this message is prohibited.

-----Original Message-----
**From:** Hayes, Abenaa [mailto:ahayes@webershandwick.com]
**Sent:** Monday, October 23, 2006 7:48 PM
**To:** Gies, Sheila A {PBC-~Nutley}
**Cc:** Gonzalez, Melissa; Hayes, Abenaa; Ridge, Lauren
**Subject:** FW: Molecular Information for Use in the Image Bank

CONFIDENTIAL

Hi Sheila,

Wanted to give you the heads-up re: some of the molecular images we've sourced for inclusion in the MIRCERA image bank.

As discussed, we plan to include visuals of the epoetin and darbepoetin molecules in their respective time slots on the evolution of ESAs image. While we don't have the GEM presentation that included the graphic of the epoetin molecule, we have sourced an article, published in *Nature Biotechnology* (2003), that shows the differences b/w the epoetin and darbepoetin molecules. While the images included in this piece show the differences between the two, the study was authored by an Amgen researcher.

Let us know your thoughts on this piece. Wanted to make sure you were comfortable with what was in the attached before incorporating into the final 3D piece.

Abby

_____

<<Nature Biotechnology Article on Molecular Structure of ESAs.pdf>>

Abenaa (Abby) Hayes
Vice President
Weber Shandwick
640 Fifth Avenue
New York, NY 10019
(212) 445-8337
ahayes@webershandwick.com
www.webershandwick.com

R10-002103882