# EXHIBIT 4

Dockets.Justia.com

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

```
 1          UNITED STATES DISTRICT COURT
 2          DISTRICT OF MASSACHUSETTS
 3
    AMGEN INC.,              )
 4                          )
              Plaintiff,    )
 5                          )
            vs.            ) Civil Action No.
 6                         ) 05 Civ. 12237 WGY
    F. HOFFMANN-LA ROCHE LTD,    )
 7   ROCHE DIAGNOSTICS, GmbH, and   )
    HOFFMAN-LA ROCHE INC.,        )
 8                         )
              Defendants.   )
 9   -------------------------------)
10
11          **RESTRICTED ACCESS**
12
13          CONFIDENTIAL VIDEOTAPED
14       DEPOSITION OF DR. ANTON HASELBECK
15            New York, New York
16          Thursday, March 1, 2007
17
18          (This transcript contains
        testimony designated confidential as per
19      Section 5(c) of the Amended Protective
        Order.  Please treat the entire
20      transcript in accordance with the
        protective order.)
21
22
23
24   Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. WS01818
```

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1      Q.    You're not aware of any efforts by

2    Roche to identify or model the

3    three-dimensional confirmation of the EPO in

4    Roche 50-3821?

5          MS. BEN-AMI:  Objection.  Lack of

6       foundation.

7      A.    I'm aware of attempts to simulate

8    the structure of Ro 50-3821.

9      Q.    And who has performed those

10    attempts to simulate the structure of Roche

11    50-3821?

12      A.    There has been studies done within

13    Roche in Germany within the molecular modeling

14    group within our research organization to

15    model Ro 50-3821.

16      Q.    And what persons were involved in

17    that effort, to your knowledge?

18      A.    Yes.  I know those persons.  The

19    name of one person is Dr. Schaefer,

20    S-C-H-A-E-F-E-R.  And another person is Guy

21    George.  That's a French name.  G-U-Y.  And

22    then George.

23      Q.    Anyone else?

24      A.    In addition, there have also been

25    people involved in our Basel unit,

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1    Switzerland.

2        Q.    Um-hum.

3        A.    I cannot recall the name at the

4    moment who did actually the work.

5            One person who did at least some

6    simulation work is Dr. Ross in Basel, R-O-S-S.

7        Q.    Anyone else?

8        A.    I think these are the key person

9    at least that I remember at the moment.

10       Q.    And have you seen these -- the

11   results of this modeling or simulation work

12   for the structure of Roche 50-3821?

13       A.    I have seen those.

14       Q.    And what format was it in?  Was it

15   in animation?

16       A.    It's a computer simulation.  It's

17   an animation.  It's based on using a certain

18   algorithm, certain programs, which I am not a

19   specialist for to basically get an idea about

20   the three-dimensional structure of this whole

21   compound.

22       Q.    And for modeling this

23   three-dimensional structure of this -- of

24   Roche 50-3821, did Roche use data from X-ray

25   crystallography or NMR analysis of EPO to

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1    not aware of that -- of this kind of data.

2         Q.    Now, when we talk about this

3    model, is this a computer file that would

4    actually allow rotation and visualization of

5    the structure?

6         MS. BEN-AMI:  Objection.  Outside

7         scope.  No first-hand knowledge.

8         A.    I'm really not an expert in this

9    so I can't actually not answer this.  I've

10   seen pictures but I don't know what is the

11   underlying software or principles.  So this is

12   way beyond my expertise here.

13        Q.    When you saw pictures did you just

14   see a photograph, an image, or did you see

15   movement being depicted?

16        A.    There was also movement being

17   depicted in a series of pictures.

18        Q.    Were there -- have you seen two

19   separate models developed by the individuals

20   in Roche Germany and the individuals in Roche

21   Basel?

22        MS. BEN-AMI:  Objection.  Outside

23        the scope.  You can answer.

24        A.    Yes.  I've seen different models

25   created by using different techniques in my

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1    knowledge on how it was achieved and what was

2    used to begin with.

3    RQ        MR. GALVIN:  And, counsel, if it

4        hasn't already been produced we do

5        request the electronic files of any

6        structural modeling for Roche 50-3821.

7        We'll follow up on it.

8            MS. BEN-AMI:  I'll take it under

9        advisement.  I'm not sure you're

10        entitled to it.

11            MR. GALVIN:  Okay.

12    BY MR. GALVIN:

13        Q.    Sticking with this modeling, how

14    did Roche model the three-dimensional

15    structure of the glycosylation for Roche

16    50-3821?

17            MS. BEN-AMI:  Object to the form.

18        Outside the scope.  No first-hand

19        knowledge.

20        A.    I cannot answer this.  I have

21    no -- no inside information on how this was

22    actually perceived.

23        Q.    Did you have copies of the

24    animations from this modeling of the

25    three-dimensional structure from Roche 50-3821

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1    in your possession?

2         MS. BEN-AMI:  Objection.

3      Mischaracterization.

4         A.   What do you mean with copies?

5    Hard copies or electronic copies or --

6         Q.   Either one.

7         A.   I do have part of some

8    presentations.

9         Q.   Do you have electronic copies?

10        A.   I do have electronic copies.

11        Q.   And when were these models of the

12   three-dimensional structure of Roche 50-3821

13   prepared?

14        A.   You mean the time frame?

15        Q.   Yes.

16        A.   I would say over the last two

17   years I think and mainly last year.  Say 2006,

18   starting 2005.  As far as I remember now.

19        Q.   And is that work ongoing within

20   Roche to attempt to model the

21   three-dimensional structure of Roche 50-3821?

22        MS. BEN-AMI:  Same objections.

23        A.   I don't know actually if it's

24   still ongoing.  I cannot tell you now for sure

25   that this has been completed or there's still

Amgen v. Roche                                                                Page  80

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1    some activities ongoing.  I need to take this

2    and have a look and talk to other people.

3        Q.   Okay.  I just want to be clear.  I

4    think I may have asked you this but the

5    modeling that you have seen, you're not sure

6    whether Roche has modeled the

7    three-dimensional structure of the EPO

8    receptor; is that correct?

9        A.   I'm not sure.  We have not -- we

10    could have used a structure of the EPO within

11    the receptor which is also public.  I think we

12    have not modeled anything which was your

13    question.

14        Q.   Oh, okay.

15        A.   As I understood it.  We have not

16    modeled the EPO receptor.  I think that...

17        Q.   So that's publicly available.  I

18    could --

19        A.   Right.  I think -- we certainly

20    have used also the epoetin receptor structure

21    as it is available in the public domain.

22        Q.   Okay.  And has Roche -- have you

23    seen animations depicting the

24    three-dimensional structure of Roche 50-3821

25    as modeled by Roche interacting with the

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

    1    three-dimensional structure -- published

    2    three-dimensional structure for the EPO

    3    receptor?

    4        A.   I believe in the early phase of

    5    this modeling attempts there was a picture

    6    created where the EPO -- the Ro 50-3821

    7    attaches to the receptor by basically just

    8    using the receptor and putting Ro 5031 (sic)

    9    onto the receptor.  I believe there is such a

    10   picture being made in the early phase of this

    11   project.

    12       Q.   And in that modeling of the

    13   structures of Roche 50-3821 interacting with

    14   the EPO receptor, did the model depict the

    15   points of contact, the beginning points

    16   between Roche 50-3821 and the EPO receptor as

    17   being the same or different than EPO?

    18       MS. BEN-AMI:  Objection.

    19   Mischaracterization of the "modeling."

    20   Outside the scope.  No first-hand

    21   knowledge.

    22       A.   I really do not have the relevant

    23   information to answer this in a way it is the

    24   same or is it different because I do not know

    25   exactly how this was done.

USDC - Depo: Haselbeck, Anton 30(b)(6) RESTRICTED-ACCESS CONFIDENTIAL  3/1/2007  9:04:00 AM

1       NAME OF CASE:  AMGEN v. LAROCHE

2       DATE OF DEPOSITION:  MARCH 1, 2007

3       NAME OF WITNESS:  ANTON HASELBECK

4       Reason codes:

            1.  To clarify the record.

5           2.  To conform to the facts.

            3.  To correct transcription errors.

6       Page _____ Line _____ Reason _____

        From _____ to _____

7

        Page _____ Line _____ Reason _____

8       From _____ to _____

9       Page _____ Line _____ Reason _____

        From _____ to _____

10

        Page _____ Line _____ Reason _____

11      From _____ to _____

12      Page _____ Line _____ Reason _____

        From _____ to _____

13

        Page _____ Line _____ Reason _____

14      From _____ to _____

15      Page _____ Line _____ Reason _____

        From _____ to _____

16

        Page _____ Line _____ Reason _____

17      From _____ to _____

18      Page _____ Line _____ Reason _____

        From _____ to _____

19

        Page _____ Line _____ Reason _____

20      From _____ to _____

21      Page _____ Line _____ Reason _____

        From _____ to _____

22

23          _____

24          ANTON HASELBECK

25

Amgen v. Roche                                                          Page  288