# EXHIBIT 5

USDC - Depo: Haselbeck, Anton RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

```
 1
 2         UNITED STATES DISTRICT COURT
 3          DISTRICT OF MASSACHUSETTS
 4
    AMGEN, INC.,          )
 5                        ) Civil Action No.
           Plaintiff,   ) 05 Civ. 12237 WGY
 6                        )
           vs.          )
 7                        )
    F. HOFFMANN-LA ROCHE LTD., a )
 8  Swiss Company, ROCHE       )
    DIAGNOSTICS GmbH, a German  )
 9  Company, and HOFFMANN-LA    )
    ROCHE, INC., a New Jersey  )
10  Corporation,           )
                           )
11         Defendants.   )
    ----------------------------)
12
13
                Friday, March 2, 2007
14              8:44 a.m.
15
                *** RESTRICTED ACCESS ***
16
          Videotaped Deposition of ANTON
17    HASELBECK, Ph.D., held at the offices of
      Duane Morris, LLP, 380 Lexington Avenue,
18    New York, New York 10168, pursuant to
      Notice, before Otis Davis, a Notary
19    Public of the State of New York.
20
          (This transcript contains testimony
21    designated confidential as per Section 5(c)
      of the Amended Protective Order.
22    Please treat the entire transcript in
      accordance with the protective order.)
23
24
25
```

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1    Anton Haselbeck, Ph.D. - Confidential

2        MS. BEN-AMI:  Objection.  Calls

3    for expert testimony.

4    A.   Since we only produce it with

5    our system, I have no information on how it

6    would be using a gDNA-derived system.

7        MR. GALVIN:  We can take a

8    break so we can change the tape.

9        THE VIDEOGRAPHER:  We're now

10   off the record at 2:53.

11       (Recess taken.)

12       THE VIDEOGRAPHER:  This marks

13   the beginning of tape 6, volume 1 in

14   the deposition of Dr. Anton Haselbeck.

15   We are now on the record at 3:03.

16       (Haselbeck Exhibit 34, CERA

17   Physical and Chemical characterization

18   slide presentation, Bates stamped R

19   005453580-005453608, marked for

20   identification, as of this date.)

21   Q.   Dr. Haselbeck, let me hand you

22   what has been marked as Exhibit 34 to your

23   deposition, bearing production numbers R

24   005453580 through 608.

25       Do you recognize Exhibit 34?

1   Anton Haselbeck, Ph.D. - Confidential

2     A.   I do recognize the slides

3   produced here in Exhibit 34.

4     Q.   Was this a slide presentation

5   you prepared?

6     A.   I cannot say this with

7   certainty.  It may be, but it could also be

8   prepared by some of my colleagues.

9     Q.   Can you turn to page 588.

10    A.   Yes.

11    Q.   What is being depicted on 588?

12    A.   This represents an attempt

13   to -- or a picture of a computer

14   simulation, at least one way of computer

15   simulating the structure, three-dimensional

16   structure of Roche 50-3821.

17    Q.   Do you know who prepared this

18   picture?

19    A.   I believe it has been prepared

20   by somebody from the computer or the

21   structural modeling group in Penzberg,

22   Germany.

23    Q.   Do you know who within the

24   structural modeling group was responsible

25   for generating the pictures on 580?

1    Anton Haselbeck, Ph.D. - Confidential

2    relating to EPO; is that right?  And if I

3    got that wrong, please explain.

4         MS. BEN-AMI:  Object to the

5    form of the question.

6    Mischaracterizes his prior testimony.

7    No firsthand knowledge.

8         A.   I have not done the experiment,

9    so I cannot answer with certainty which

10   data exactly have been used to come up with

11   these pictures.

12        Q.   Have you had any discussion

13   with any of the people in the structural

14   modeling group in Penzberg about how they

15   were developing the three-dimensional model

16   of Roche 50-3821?

17        A.   I was involved in discussions

18   to explore ways to model the structure.

19        Q.   And during those discussions,

20   did the individuals from the structural

21   modeling group at Roche Penzberg indicate

22   to you that they were using published data

23   relating to the three-dimensional structure

24   of EPO in order to model part of Roche

25   50-3821?

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1   Anton Haselbeck, Ph.D. - Confidential

2   also been published, correct?"

3   A.   I recall vaguely publications

4   describing binding sites.  I would not be

5   in a position to confirm that these are the

6   true and only binding sites.  I remember

7   there are reports in the literature

8   describing binding sites for EPO to EPO

9   receptor.

10   Q.   Is it your understanding that

11   this structural modeling group at Roche

12   made use of the published data regarding

13   the binding sites between EPO and the EPO

14   receptor to generate the depiction shown at

15   589 on Exhibit 34?

16   A.   This I do not know.  I have

17   absolutely no information.  If they were

18   aware of the binding sites and used this

19   information, I don't know.

20   Q.   The structural modeling group

21   at Roche, they are scientists, not artists,

22   right?

23        MS. BEN-AMI:  Objection.  Calls

24   for interpretation.

25   A.   They are scientists.

1   Anton Haselbeck, Ph.D. - Confidential
2       reflect that someone has lost my
3       Exhibit 5, which I expect to be me.
4       Q.   If you turn to 705, is this one
5   of the other depictions that you were
6   referring to?
7       A.   This is one of the others, but
8   this is still not the final one.
9       Q.   This is from July 2006.
10      A.   Yeah, but there has been
11  others.  And again, here in my
12  recollection, when I just look at it, I
13  still see the wrong carbohydrate structures
14  on this one.
15      Q.   On this depiction on page 705
16  of Exhibit 5, the PEG little beads or
17  things on the tail look a lot thicker.
18      A.   Yes.
19      Q.   Is that more accurate, less
20  accurate, or just an alternative way to
21  show it?
22          MS. BEN-AMI:  Object to the
23      form.  Calls for expert testimony and
24      speculation.
25      A.   In my opinion, it's more

1   Anton Haselbeck, Ph.D. - Confidential

2   accurate.

3       Q.   And why do you say that?

4       A.   To my understanding, it does

5   reflect more the size of the polymer than

6   this little line on the other picture,

7   which is, my understanding, not

8   corresponding to the actual size of the

9   polymer.

10      Q.   The PEG moiety in Roche 50-3821

11  accounts for roughly 50 percent of the

12  molecular weight of the molecule, correct?

13           MS. BEN-AMI:  Object to the

14      form.  Mischaracterizes the prior

15      testimony.  Mischaracterization.

16      Calls for speculation.

17      A.   The molecular weight in that

18  sense has nothing to do with structure and

19  space.  It's a completely different thing.

20      Q.   Does the depiction on 705 --

21           How is the size of each PEG

22  component modeled?

23           MS. BEN-AMI:  Object to the

24      form.  Calls for expert testimony,

25      speculation, to the extent that the

USDC - Depo: Haselbeck, Anton RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1    Anton Haselbeck, Ph.D. - Confidential

2       witness has already testified he has

3       no firsthand knowledge.

4       A.   I have no firsthand knowledge

5    how this is done.

6       Q.   I'm just trying to understand.

7    You said you think this depiction of the

8    PEG component is more accurate than the

9    other depiction, and I'm just trying to

10   understand:  Is there a scientific basis,

11   is there a data basis for your view?

12          MS. BEN-AMI:  Calls for expert

13      testimony.

14      A.   I believe there is a scientific

15   basis for different pictures.

16      Q.   And what is that scientific

17   basis?

18      A.   I do not know.

19      Q.   Is it based on the measurement

20   of the size of these chemical components?

21          MS. BEN-AMI:  Objection.  Asked

22      and answered.  He just said "I do not

23      know."

24      A.   I have absolutely --

25   absolutely, I have no information on how

1  Anton Haselbeck, Ph.D. - Confidential

2  this is done.  This is not my expertise,

3  and there is nothing else I can tell you.

4      Q.   So you believe this picture is

5  better than this picture, but beyond that,

6  you can't tell me why?

7      A.   I cannot tell you why when you

8  ask for the details.  I still do believe

9  this is more accurate because it is based

10 on the true situation a polymer would be

11 in.  But I have no information on the

12 details, how this is calculated, based on

13 what, and so on.

14     Q.   You said that the July 2006

15 version was still not correct and that

16 you've seen better versions; is that

17 correct?

18     A.   That's correct.

19     Q.   When have you seen these better

20 versions?

21     A.   Towards the end of 2006 I

22 believe, I don't know exactly the date,

23 when I was shown a modified version.

24     Q.   And who showed you that?

25     A.   I think I have seen it the

USDC - Depo: Haselbeck, Anton RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1    Anton Haselbeck, Ph.D. - Confidential

2    first time in a presentation given by

3    either the modeling people or it could have

4    been through Michael Jarsch.  He could have

5    presented me with the new structures.

6        Q.   Dr. Haselbeck, when you saw

7    this new version of the Roche 50-3821

8    depiction, was it in an animated form or

9    was it a piece of paper like this?

10       A.   I have seen a piece of paper

11   like this and I have also seen an animated

12   version, yes.

13       Q.   You saw this in late 2006,

14   correct?

15       A.   Late 2006, last quarter of 2006

16   somewhere.  I don't recall exactly when I

17   have seen those data.

18       Q.   Do you know the name of the

19   person in the modeling group that would

20   have shown you this if it wasn't Michael

21   Jarsch?

22       A.   I don't recall.

23       Q.   Did they provide you with an

24   electronic copy, forward to you an e-mail?

25       A.   I think those data are stored

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1   Anton Haselbeck, Ph.D. - Confidential

2   on a common drive.  I think they are not

3   sent back and forth by e-mail because of

4   the size of the data.  I think they are

5   stored on a common drive, which is

6   accessible to me and others.

7       Q.   And you can access that and

8   click on it and see the animation?

9       A.   Yes.

10          MR. GALVIN:  Counsel, again, we

11      request the production of the model

12      and images and animation files that

13      Dr. Haselbeck saw in late 2006.  We

14      request that they be produced in their

15      electronic data format.

16          MS. BEN-AMI:  I think

17      everything gets produced

18      electronically, doesn't it?

19          MR. GALVIN:  We want not a

20      picture of it, but the program.

21          MS. BEN-AMI:  Yesterday you

22      said you had no models even though you

23      had a document with a model in it.

24          Today he has at least two

25      models, production has been going on,

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1    Anton Haselbeck, Ph.D. - Confidential

2    first time in a presentation given by

3    either the modeling people or it could have

4    been through Michael Jarsch.  He could have

5    presented me with the new structures.

6        Q.   Dr. Haselbeck, when you saw

7    this new version of the Roche 50-3821

8    depiction, was it in an animated form or

9    was it a piece of paper like this?

10       A.   I have seen a piece of paper

11   like this and I have also seen an animated

12   version, yes.

13       Q.   You saw this in late 2006,

14   correct?

15       A.   Late 2006, last quarter of 2006

16   somewhere.  I don't recall exactly when I

17   have seen those data.

18       Q.   Do you know the name of the

19   person in the modeling group that would

20   have shown you this if it wasn't Michael

21   Jarsch?

22       A.   I don't recall.

23       Q.   Did they provide you with an

24   electronic copy, forward to you an e-mail?

25       A.   I think those data are stored

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007  8:44:00 AM

1   Anton Haselbeck, Ph.D. - Confidential

2   on a common drive.  I think they are not

3   sent back and forth by e-mail because of

4   the size of the data.  I think they are

5   stored on a common drive, which is

6   accessible to me and others.

7       Q.   And you can access that and

8   click on it and see the animation?

9       A.   Yes.

10          MR. GALVIN:  Counsel, again, we

11  request the production of the model

12  and images and animation files that

13  Dr. Haselbeck saw in late 2006.  We

14  request that they be produced in their

15  electronic data format.

16          MS. BEN-AMI:  I think

17  everything gets produced

18  electronically, doesn't it?

19          MR. GALVIN:  We want not a

20  picture of it, but the program.

21          MS. BEN-AMI:  Yesterday you

22  said you had no models even though you

23  had a document with a model in it.

24          Today he has at least two

25  models, production has been going on,

USDC - Depo: Haselbeck, Anton  RESTRICTED-ACCESS CONFIDENTIAL  3/2/2007 8:44:00 AM

1   Anton Haselbeck, Ph.D. - Confidential

2   I think today is the last day of major

3   production, and then there is some

4   cleanup production over the next week.

5         So we'll look and see if it was

6   produced, why don't you look and see

7   if it was produced, and let's see

8   where we are.

9         MR. GALVIN:  I know the native

10  file was not produced.

11        MS. BEN-AMI:  Do you know for

12  sure?

13        MR. GALVIN:  Yes.

14        MS. BEN-AMI:  Do you know

15  whether the copy was produced?

16        MR. GALVIN:  That I don't know.

17        MS. BEN-AMI:  I would be much

18  more happy with these requests if when

19  I ask for color copies of notebook

20  pages from Amgen, Amgen would give

21  them to me.  But nonetheless, we will

22  look.

23        Q.   I believe you mentioned

24  yesterday you thought some models of

25  three-dimensional structures of Roche

Amgen v. Roche                                                            Page 238

```
 1
 2            C E R T I F I C A T E
 3    STATE OF NEW YORK    )
 4                 : ss.
 5    COUNTY OF NEW YORK   )
 6
 7         I, OTIS DAVIS, a Notary Public
 8    within and for the State of New York,
 9    do hereby certify:
10         That ANTON HASELBECK, Ph.D.,
11    the witness whose deposition is
12    hereinbefore set forth, was duly sworn
13    by me and that such deposition is a
14    true record of the testimony given by
15    the witness.
16         I further certify that I am not
17    related to any of the parties to this
18    action by blood or marriage, and that
19    I am in no way interested in the
20    outcome of this matter.
21         IN WITNESS WHEREOF, I have hereunto
22    set my hand this 6th day of March 2007.
23
24            _____
25                 OTIS DAVIS
```