# EXHIBIT 6

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile: (408) 873-0220  

Deborah E. Fishman  
(408) 342-4587  
dfishman@daycasebeer.com

March 7, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

**Re:** *Amgen Inc. v. F. Hoffmann LaRoche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write concerning a number of issues that recently came to our attention during the deposition of Dr. Hasselbeck.

**Modeling of EPO and CERA**

Dr. Hasselbeck described Roche's efforts to model the three dimensional structure of EPO and CERA. Dr. Haselbeck indicated that there are at least two groups within Roche responsible for such modeling, one in Penzberg and one in Basel, and that at least the following individuals are involved: Dr. Shaefer, Dr. Ross, and Guy George.[1] Dr. Haselbeck also described a common drive to which he has access where graphics and animations are kept.[2] In particular, he described a model that he had seen at the end of 2006 that he believed to be more accurate than previous models.[3]

Documents regarding the modeling of EPO, CERA, and their interaction with the EPO receptor are responsive to a number of Amgen's pending Requests for Production (including Request Nos. 8, 28, 29, 31 & 247). To our knowledge, only a limited number of documents showing three dimensional models of EPO or CERA have been produced, and of those, none have been produced in their native format. It is imperative that any models of CERA or EPO in Roche's possession, custody, or control be produced in their native format as images of these documents (.tiff files) do not show the coloration or animation of the model, nor do they give access to the underlying data used to

---

[1] 3/1/2007 Haselbeck Depo. Tr. 73:1-74:9; 3/2/2007 Haselbeck Depo. Tr. 219:12-18.  
[2] 3/2/2007 Haselbeck Depo. Tr. 236:23-238:13.  
[3] 3/2/2007 Haselbeck Depo. Tr. 235:14-236:17.

609442_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming
March 7, 2007
Page 2

generate the model. Please confirm a date by which Roche will produce these files in their native format.

**Audio/Video Files and Related Transcripts**

To date no audio or video recordings of any meetings, presentations, or other communications have been produced. As you know, Fed. R. Civ. P. 34(a) includes within its scope audio and video recordings. During the deposition of Dr. Haselbeck, it became apparent that meetings and presentations held within Roche or between Roche and third parties (including advisory boards, conference attendees, investors, etc.) may be recorded by video or audio tape, and that such recordings may be transcribed.[4] Please confirm that any audio tapes, video tapes, and transcripts for any communications responsive to Amgen's Requests for Production within Roche's possession custody or control have been produced or provide a date certain for production of these files.

**Mayeux Proposal and Related Documents**

Please produce the proposal by Patrick Mayeux, and any results of such work or communications regarding the work, that were described by Dr. Haselbeck.[5] If the proposal has already been produced, please confirm production by identifying its production number.

Thank you for your attention and cooperation in these matters.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

*Deborah E. Fishman* (signature)

Deborah E. Fishman

cc:   Leora Ben-Ami
      Howard Suh
      Peter Fratangelo
      Mark Israelewicz

---

[4] *See, e.g.*, 3/2/2007 Haselbeck Depo. Tr. 112:9-136:15.

[5] 3/2/2007 Haselbeck Depo. Tr. 258:14-260:15.

609442_1