# EXHIBIT 7

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Adam Arthur Bier
(408) 342-4554
abier@daycasebeer.com

March 15, 2007

VIA E-MAIL & FACSIMILE

Thomas F. Fleming, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al. (05-CV-12237 WGY)*

Dear Tom:

I write to follow up on Deborah Fishman's letter to you of March 7, 2007 concerning documents and things the existence of which came to light during the deposition of Dr. Haselbeck. To date, we have not received any response from Roche concerning any of the identified categories, including documents and electronic files regarding the modeling of EPO and CERA, audio or video recordings or transcripts of communications responsive to Amgen's Requests for Production, and the Patrick Mayeux proposal and related documents. Please advise us by the close of business tomorrow, March 16, whether Roche intends to comply with these requests, and the date by which we may expect production to be complete. To the extent responsive documents have already been produced, please identify them by Bates number.

In particular, regarding the category of EPO and CERA modeling documents, we ask that all such documents be produced in native, electronic format, for the reasons stated in Deborah's March 7 letter. Additionally, if QuickTime, .avi, or other video files exist that show the rotation of structures found in such models, please produce these files as well. An example of a CERA model may be found within the document bearing Bates nos. R10-000634385-89, though we expect there are many other models present in responsive documents and files.

Finally, please produce the native PowerPoint file of the document produced as R10-000634385-89, or a legible, color copy of that document if Roche contends that the PowerPoint file is no longer in Roche's possession, custody, or control.

Thank you for your cooperation in this matter.

615017

DAY CASEBEER
MADRID & BATCHELDER LLP

Thomas F. Fleming, Esq.
March 15, 2007
Page 2

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Adam Arthur Bier

AAB:sr

cc:   Peter Fratangelo
      Hank Heckel
      Michele Moreland
      Mark Izraelewicz

615017