# EXHIBIT 8

Dockets.Justia.com

# KAYE SCHOLER LLP

Hank Heckel
212 836-8748
Fax 212 836-6349
hheckel@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 20, 2007

Adam A. Bier
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd, Suite 400
Cupertino, California  95014

> **Re:**   ***Amgen, Inc. v. F. Hoffman-La Roche Ltd, Roche Diagnostics GmbH, and
> Hoffmann-LaRoche Inc., Civ. No. 05-CV-12237WGY, D. Mass***

**VIA FAX AND EMAIL**

Dear Adam:

I write to respond to your letter to Tom Fleming of March 15, 2007 and to Deborah Fishman's letter to Tom Fleming of March 7, 2007 regarding documents you reference in connection with the deposition of Dr. Haselbeck. Regarding the proposal from Patrick Mayeux, Roche has produced over 1,300 documents relating to this proposal. The proposal itself may be found at R005173820-21. As Dr. Haselbeck testified at his deposition this collaboration only began at the start of this year. To date Dr. Mayeux has not submitted any progress reports or updates on this work to Roche.

With respect to models of EPO and/or CERA, Deborah's letter acknowledges that documents relating to such models have been produced by Roche. Please identify which documents showing models you request in native format and we can investigate whether such models currently exist in Roche's possession in native format. Based on the oblique references in your letters to CERA and EPO models we have not been able to locate such documents after a reasonable search. For the document produced as R10-000634385-89, we will conduct a reasonable search for any PowerPoint file version of this document and we will endeavor to provide a color copy.

Regarding audio/video files and/or transcripts of meetings, your letters overstate Dr. Haselbeck's testimony. As Deborah's letter tacitly admits, Dr. Haselbeck only testified that audio/video recording or transcription is only an option for certain meetings and is not done as a matter of course. After a reasonable investigation, we have concluded that there are no audio/video recordings or transcripts responsive to your requests. In particular, we have investigated into the

31438699.DOC

**KAYE SCHOLER** LLP

2                                                                              March 20, 2007

existence of any recordings of the proceedings of the 2002 Expert Panel Meeting in the U.K. that Dr. Haselbeck testified about and have not uncovered any.

Very truly yours,

*Hank Heckel*

Hank Heckel

cc:     Michelle Moreland
        Mark Izraelewicz
        Julia Huston
        Thomas Fleming

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI