# EXHIBIT 9

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile:  (408) 873-0220

Adam Arthur Bier  
(408) 342-4554  
abier@daycasebeer.com

March 21, 2007

VIA E-MAIL & FACSIMILE

Hank Heckel, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re:   *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al. (05-CV-12237 WGY)*

Dear Hank:

I write in response to your letter of March 20, 2007 concerning, among other things, Amgen's requests that you produce native file-format versions of all models of EPO and/or peg-EPO in the possession, custody, or control of Roche.

You asked that we identify other documents demonstrating such models. Based on our review of the documents Roche has reviewed to date, it is apparent that native files existed and, absent the destruction of such files, should still exist for the models included in or referenced in the following documents:

    R008622637  
    R005456846  
    R001568698  
    R10-000248590  
    R005628123  
    R005453580  
    R005447969  
    R001572706  
    R005457522  
    R000236068  
    R003254093  
    R003266975  
    R001578163  
    R008622637

621425_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Hank Heckel, Esq.
March 21, 2007
Page 2

Please produce each such model in its native source data file format forthwith.

Because we do not yet have these native files, I cannot say what format(s) they are in, but I understand that underlying data used to generate graphics and animations of models are often stored as PDB, mmCIF, and PDBL/XML files, though Roche may use other formats.

Additionally, graphics and animations of models are often produced using the following software applications: KiNG, Jmol, WebMol, PyMOL, MBT Protein Workshop, and QuickPDB. To the extent you have graphics and/or animations of the models in the above-listed documents created using these applications (or similar applications) and/or animations in AVI, MOV, MPE, MPG, MPEG, QTW, or QT file formats, please produce all such animations and graphics in those formats as well. Such animation and/or graphic files are not, however, a substitute for the native source data files discussed in the preceding paragraphs.

To the extent PowerPoint slides exist of the above-listed documents, please also produce legible, color copies of all such slides.

Thank you for your cooperation in this matter.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP

Adam Arthur Bier

AAB:jjp

cc:    Thomas F. Fleming
       Peter Fratangelo
       Michele Moreland
       Mark Izraelewicz

621425_1