# EXHIBIT 11

DAY CASEBEER
MADRID & BATCHELDER LLP

20300 Stevens Creek Blvd., Suite 400  
Cupertino, CA 95014  
Telephone: (408) 873-0110  
Facsimile:  (408) 873-0220

Adam Arthur Bier  
(408) 342-4554  
abier@daycasebeer.com

March 30, 2007

VIA E-MAIL & FACSIMILE

Hank Heckel, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022-3598

Re: *Amgen Inc. v. F. Hoffmann-La Roche Ltd., et al. (05-CV-12237 WGY)*

Dear Hank:

I write concerning several document issues that arose during the deposition of Dr. Jarsch on March 27.

First, we understand has agreed to re-designate as "Confidential" several documents currently designated as "Highly Confidential." These documents are:

| Bates Range | Description | Correct Designation |
|---|---|---|
| R001578450-473 | CERA Pre-Clinical Advisory Board Meeting, January 22, 2005 | Confidential |
| R001578504-530 | CERA Update on Pre-Clinical Data LCT, June 7, 2005 | Confidential |
| R001582204-207 | Jarsch e-mail re: CERA MoA Abstract for EDTA, January 16, 2006 | Confidential |
| R001568698-731 | IEEM Presentation, July 14, 2006 | Confidential |

Please produce copies of these documents bearing the correct designation as soon as possible.

Second, as discussed in my letter to you of March 20 and in previous correspondence, Roche has yet to produce adequate source files and renderings, and in many cases legible color copies, of all of

637373_1

DAY CASEBEER
MADRID & BATCHELDER LLP

Hank Heckel, Esq.
March 30, 2007
Page 2

its CERA models, several of which were referred to by Dr. Jarsch during his deposition. We ask therefore that Roche produce forthwith all such files and documents (as discussed fully in my March 20 letter), specifically the following:

- Exhibit 5 to the Jarsch deposition references, on page 389, two attempts by Roche (in Basel and Pennzberg, respectively) to model CERA. Please produce color copies and native-format files of these models. I note that we had previously requested such production during the Haselbeck deposition.

- Exhibit 7 to the Jarsch deposition notes that "a [GIF] animation with picture every 10 degrees along Y along Y axis has been added to the presentation." During his deposition, Dr. Jarsch confirmed the existence of this animation. Exhibit 7 also references a QuickTime movie that Dr. Jarsch testified he had watched. Please produce both these visualization in their native file formats.

Finally, Dr. Jarsch referred to a draft report of the 2006 Pre-clinical Advisory Board. Please produce this document forthwith.

Thank you for your cooperation.

Very truly yours,

DAY CASEBEER
MADRID & BATCHELDER LLP


Adam Arthur Bier

AAB:jjp

cc:   Thomas F. Fleming
      Peter Fratangelo
      Michele Moreland
      Mark Izraelewicz

637373_1