# EXHIBIT 12

Dockets.Justia.com

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1           UNITED STATES DISTRICT COURT

2           DISTRICT OF MASSACHUSETTS

3           Civil Action No. 05-12237 WGY

4

AMGEN, INC.,           ) DEPOSITION OF:

5                      ) WILLIAM L. JORGENSEN,

                       ) Ph.D.

6                      )

        Plaintiff,     )

7                      )

    vs.             )**HIGHLY CONFIDENTIAL**

8                      )***RESTRICTED ACCESS***

                       )

9    F. HOFFMANN-LA ROCHE LTD., a )  CONTAINS ROCHE

    Swiss Company, ROCHE       ) CONFIDENTIAL BLA/IND

10   DIAGNOSTICS GmbH, a German   ) INFORMATION SUBJECT TO

    Company, and HOFFMANN-LA     ) PROTECTIVE ORDER-LOCKED

11   ROCHE, INC., A New Jersey   ) ROOM ACCESS ONLY

    Corporation,           )

12                  )

13       Defendants.    )

14

15

        TRANSCRIPT of the stenographic notes of the

16

    proceedings in the above-entitled matter, as taken by

17

    and before LISA FORLANO, RMR, CRR, CSR, CLNR, Notary

18

    Public, held at the offices of Duane, Morris, 1540

19

    Broadway, New York, New York, on Friday, May 18,

20

    2007, commencing at 9:02 a.m.

21

22       (This transcript contains Confidential

        BLA/IND Information. Please treat the

23       entire transcript in accordance with the

        Amended Protective Order in this matter.)

24

25

1    A p p e a r a n c e s :

2

3        DAY CASEBEER MADRID & BATCHELDER

         BY:  ROBERT M. GALVIN, ESQUIRE

4            KATIE J.L. SCOTT, ESQUIRE

         20300 Stevens Creek Blvd., Suite 400

5        Cupertino, California  95014

         (408) 873-0110

6        galvinrm@daycasebeer.com

         kscott@daycasebeer.com

7        Attorneys for Plaintiffs, Amgen

8

9        KAYE SCHOLER LLP

         BY:  THOMAS FLEMING, ESQUIRE

10       425 Park Avenue

         New York, New York  10022-3598

11       (212) 836-7031

         e-mail:  tfleming@kayescholer.com

12       Attorneys for Defendant F. Hoffmann-La Roche

13

14       Also present:  Nicholas Guzman, Videographer

15

16

17

18

19

20

21

22

23

24

25

1    Q    Do you consider computer modeling an

2    experiment?

3    A    I don't use it in that way.  Some

4    people nowadays do.

5    Q    So using experiments in a way that

6    would exclude computer modeling for the moment, you

7    haven't performed any experiments with any pegylated

8    proteins, correct?

9    A    Correct.

10    Q    Prior to your involvement in this case,

11    had you ever developed a computer model for the

12    structure of EPO?

13    A    No.

14    Q    Prior to your involvement in this case,

15    had you ever developed a computer model for the

16    structure of any pegylated protein?

17    A    No.

18    Q    Is it fair to say, then, that the only

19    modeling work that you've done with respect to EPO

20    or pegylated protein is in connection with the work

21    you did for your expert report?

22        MR. FLEMING:  Objection.  You have to

23    allow me to --

24        THE WITNESS:  Okay.  Yes.

25        MR. FLEMING:  Objection, vague to the

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1    term pegylated protein, ambiguous.  Go ahead.

2    BY MR. GALVIN:

3    Q    Using the definition of experiments,

4    excluding computer modeling for the moment, did you

5    perform any experiments in connection with

6    formulating your opinions for this case?

7    A    No.

8    Q    You did, however, do some computer

9    modeling or simulation work in connection with your

10   expert report, correct?

11   A    Correct.

12   Q    Did you ask Roche -- withdraw that.

13        Are you aware of any internal efforts

14   by Roche to model, develop computer models for CERA?

15   A    No.

16   Q    You understand that Roche is one of the

17   largest pharmaceutical companies in the world,

18   correct?

19   A    Yes.

20   Q    And you know that Roche has experts

21   like you who are experts in the field of

22   computational chemistry, correct?

23        MR. FLEMING:  Objection, assumes facts

24   not in evidence.

25        THE WITNESS:  I'm not sure if they would

1    know, with respect to this expert report.  So I have

2    taken EPO beta as a reagent and I have not read or

3    reviewed a lot on the characterization of EPO beta.

4        Q    You understand, although you may not

5    know the specifics, that epoetin beta has a

6    particular confirmation?

7        MR. FLEMING:  Objection to form.

8        THE WITNESS:  Proteins in general can

9    have confirmation and it can -- proteins have

10   primary, secondary and tertiary structure.  The

11   tertiary structure is sensitive to the environment,

12   the conditions.  So sometimes it can be more in a

13   folded state, sometimes it can be in a less folded

14   state, depending on the conditions.

15   BY MR. GALVIN:

16       Q    Did you consider in forming your

17   opinions whether the pegylation reaction caused the

18   structural confirmation for the EPO polypeptide

19   backbone to refold or reorganize as a result of

20   pegylation?

21       MR. FLEMING:  Objection, vague,

22   mischaracterizes his opinion.

23       THE WITNESS:  As I mention in my report,

24   there is no reliable, accurate, experimental data on

25   the structure of CERA.

Amgen v. Roche                                          Page  125

1    BY MR. GALVIN:

2        Q    Can the --

3        A    The three-dimensional structure of CERA

4    I meant there.

5        Q    Can aspects of the three-dimensional

6    structure of CERA be inferred as a result of its

7    biological activity?

8            MR. FLEMING:  Objection, beyond the

9    scope of his report.

10           THE WITNESS:  I, in my report, I address

11   the binding issue and I also in my report provide my

12   own model of the three-dimensional structure of CERA

13   and we can discuss those.  I feel that my model is

14   consistent with the binding data.

15   BY MR. GALVIN:

16       Q    In order to bind to the EPO-receptor

17   CERA must have a particular confirmation, correct?

18           MR. FLEMING:  Objection.

19           THE WITNESS:  I would say no.

20   BY MR. GALVIN:

21       Q    Does the -- does the fact that CERA

22   binds to the EPO-receptor allow one to deduce

23   anything about the structure of CERA?

24           MR. FLEMING:  Objection, vague.

25           THE WITNESS:  I think that's -- your

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1    question is too vague.  I think you have to rephrase

2    it.

3    BY MR. GALVIN:

4        Q    Does CERA specifically bind to the

5    EPO-receptor?

6            MR. FLEMING:  Objection, beyond the

7    scope of his report.

8            THE WITNESS:  The Lodish report and in

9    Lodish where he refers to Roche documents, there's

10   evidence that CERA binds to the EPO-receptor.

11   BY MR. GALVIN:

12       Q    And are you aware of other molecules in

13   the human body that bind and activate the

14   EPO-receptor other than EPO?

15           MR. FLEMING:  Objection, beyond the

16   scope of his report.

17           THE WITNESS:  That is again beyond the

18   scope of my report.  I stated in particular with

19   regard to the binding data that there is data that, a

20   form of EPO and CERA bind to the EPO-receptor.

21   BY MR. GALVIN:

22       Q    Let me try it this way.  Suppose you

23   took the PEG starting reagent used to make CERA and

24   you placed it in solution with the human

25   EPO-receptor, would you -- would you expect to

Amgen v. Roche                                    Page  127

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1    observe specific binding of the PEG reagent to the

2    EPO-receptor?

3          MR. FLEMING:  Objection, incomplete

4    hypothetical.

5          THE WITNESS:  I have no data that I've

6    seen discussing that.  The PEG-EPO reagent is an

7    activated reagent and it is a reactive molecule.

8    There are a lot of things that could happen to it in

9    an experiment such as the one you suggest.  I don't

10   think it would last very long.

11   BY MR. GALVIN:

12      Q     Are you aware of any data or

13   experiments which would establish that the

14   structural confirmation of the epoetin beta starting

15   material would be substantially different after the

16   pegylation reaction?

17         MR. FLEMING:  Objection to form.

18         THE WITNESS:  You don't have a

19   three-dimensional structure of CERA.  CERA is a

20   unique, much larger molecule than the EPO beta

21   reagent.  So all bets are off.  I'd say, you know, in

22   any -- I can't have a detailed discussion of the

23   structural -- of the structure of CERA without -- in

24   the absence of the experimental data, so --

25   BY MR. GALVIN:

Amgen v. Roche                                                                    Page  128

USDC - Depo: Jorgenson. William Portions HIGHLY CONFIDENTIAL  5/18/2007  9:02:00 AM

1    atoms in the molecule are known.

2         Based upon your review, are you -- have

3    you identified any errors in the identity, number

4    and sequence of atoms in the CERA molecule depicted

5    by Dr. Lodish or is it primarily an issue with

6    respect to the structural confirmation of it that

7    you criticize?

8    A    The level of the model is so crude that

9    I wouldn't be able to distinguish if there were

10   errors.

11   Q    The next sentence on page 53, what is

12   not known about CERA, however, is its

13   three-dimensional structure or confirmation, the

14   overall shape of the molecule.

15        So isn't it the case, Dr. Jorgensen,

16   that today no one really knows the three-dimensional

17   structure of CERA, correct?

18   A    Yes.  I've stated that, that there is

19   no more experimental structure that people would

20   consider to be reliable for CERA.

21   Q    And based upon the current data

22   available, no model would have a degree of high

23   reliability in terms of accurately depicting the

24   molecule as it would exist in solution, correct?

25        MR. FLEMING:  Objection.

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1          THE WITNESS:  No model is a, you know,

2     pretty all encompassing term.  I believe we could

3     create a model that I would have faith in, that it

4     was a reasonable depiction of CERA, you know, if I

5     was given the time to do it.

6     BY MR. GALVIN:

7          Q     And do you believe that the pictures

8     that you generated for purposes of this report would

9     satisfy that standard?

10         A     No.  I said that they're a starting

11    point and I think that the -- in a short period of

12    time, we gave it a good shot.  There's nothing

13    fundamentally wrong in what we did, but it is

14    lacking in a number of areas I'm happy to discuss.

15         Q     You don't know how long, if at all,

16    Roche has been developing models for CERA, correct?

17         A     No, we've talked about that before.

18    I'm not aware that they have done anything in the

19    way of modeling of CERA.

20         Q     In attempting to model the structure of

21    CERA, given the limits of our current knowledge,

22    would you agree that an appropriate starting place

23    would be to use data from the characterization of

24    EPO?

25              MR. FLEMING:  Objection.

Amgen v. Roche                                          Page  170

1          THE WITNESS:  I don't know what you mean

2    data, what data and what characterization?

3    BY MR. GALVIN:

4          Q     NMR or X-ray crystallography ordinance.

5          A     In our own, you know, limited work on

6    modeling CERA we did start with the NMR structure

7    that is deposited in the Protein Data Bank.  We do

8    need to start with the structure.  In the types of

9    simulations we can do, however, we can do enough

10    sampling to -- I can try to explain that, to let

11    that system evolve so that the detail of the

12    starting point for the more sophisticated

13    calculations we do would not be critical.

14          Q     Now, earlier you said that you tended

15    to prefer X-ray crystallography over NMR.  Why did

16    you choose NMR as the basis for building the model

17    of CERA?

18          A     We chose the NMR structure because it's

19    the only one that I saw in the Protein Data Bank for

20    the uncomplexed, an uncomplexed EPO analog.

21          Q     Now, if you were attempting to model

22    the binding complex of CERA to the EPO-receptor,

23    would you prefer then to use the X-ray

24    crystallography data as opposed to the NMR data?

25          A     Yes.

Amgen v. Roche                                              Page 171

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1      Q      And you understand that one of the

2    points that Dr. Lodish was trying to illustrate was

3    binding of CERA to the EPO-receptor, correct?

4              MR. FLEMING:  Objection to form.

5              THE WITNESS:  I'm not sure what exactly

6    he was trying to -- I mean I can give you my opinion

7    of what he was trying to illustrate.  There were

8    graphics that showed an image of the complex as in

9    the Syed paper.

10   BY MR. GALVIN:

11     Q      And so depending on whether you're

12   trying to illustrate or depict a complex EPO, an

13   EPO-receptor or CERA, an EPO-receptor versus EPO or

14   CERA in an unbound state, you might prefer the NMR

15   data or the X-ray crystallography data as your

16   starting point, correct?

17             MR. FLEMING:  Objection.

18             THE WITNESS:  The information that's

19   available in the Protein Data Bank for this system is

20   limited and we were interested in the uncomplexed EPO

21   and it was a reasonable starting point for us to use

22   the NMR structure.  If we were to try to model the

23   complex given what's in the Protein Data Bank, I

24   would pick some structure of the complex.  The

25   complex is too big to do NMR, so we would have to use

Amgen v. Roche                                          Page 172

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL  5/18/2007  9:02:00 AM

1    some X-ray structure.

2    BY MR. GALVIN:

3        Q    If you could turn to Paragraph 129.

4    I'd like to, for you to just explain once you

5    imported in the NMR structure for EPO, when you

6    added the 600 ethylene oxy units around the EPO, did

7    you predefine a shape by which the ethylene oxy

8    units would be added?

9        A    Can you expand on shape?

10       Q    Sure.  When you generated the image or

11   the starting point for the modeling, did you

12   randomly assign ethylene gylcols at any random

13   position or did you define a sphere or some sort of

14   shape and then populate that shape initially with

15   ethylene gylcols before the simulation began?

16       MR. FLEMING:  Objection.

17       THE WITNESS:  We -- the work we did on

18   this we did in about a day, two days.  So we didn't

19   put a lot of effort into it.  We actually built the

20   CERA model in a couple of ways.  The one I felt

21   easiest to describe here was something that I cooked

22   up just for this where I took ethylene oxy units of

23   CH2, CH2O and basically they were randomly placed in

24   a volume surrounding the NMR structure of the EPO

25   mutant.  And then -- I don't know how much detail you

1    want to go in on this, but these units were then

2    linked together and we attached them to the

3    N-terminal, nitrogen of the EPO mutant.

4    BY MR. GALVIN:

5        Q    Maybe it will be helpful at this point

6    to look at Exhibit 2 of your deposition, which is

7    Exhibit C.  It's the other document we haven't

8    looked at yet which has all your demonstratives.

9        A    Uh-huh.

10       Q    And fortunately, they're not exactly

11   numbered, so we'll try to be clear when we talk

12   about these to describe points.  I'd like to turn to

13   the picture of the model.  Maybe we could turn to

14   the picture of this model that you developed and

15   this is the one with all the beads, but you can see

16   the blue and green structures in the center.  It's a

17   large view, about halfway in.

18       A    This one?

19       Q    Yes.  So what does the blue and green

20   represent?

21       A    On my tutorial part of my report, I

22   mention that there were very many different ways of

23   what we call rendering molecules, so at the base of

24   any drawing like this graphic, there is a set of

25   cartesian coordinates, XYZ coordinates.  How you

1    then, you make the thing look in terms of balls and

2    other pretty entities, the sizes of the balls is --

3    there are arbitrary decisions that are made.  In the

4    case -- this is a model of CERA that I feel pretty

5    good about.  To me the model makes sense.  The blue

6    part are helices and the CERA is a biopolymer and it

7    has amino acid residues and one often represents

8    amino acid residues in many different ways, but if

9    there are helices, then you can show them in these

10   helical ribbon forms.  That's what the blue is.

11        Q    And the blue and green is supposed to

12   indicate the -- well, the blue and green is derived

13   from the EPO NMR data in the Protein Data Bank that

14   was reported by Cheetham, right?

15        MR. FLEMING:  Objection, the term

16   derived, vague.

17        THE WITNESS:  Yeah, CERA is a biopolymer

18   that contains some amino acid residue, so we have

19   shown amino acid residues that appear to be in

20   helices in the blue ribbons and the green are amino

21   acid residues that are in less structure, in this

22   sense a secondary structure which we call loops.

23   BY MR. GALVIN:

24        Q    In the amino acid sequence that you are

25   depicting and used for your model is a mutated form

Amgen v. Roche                                          Page 175

1   of human EPO sequence?

2       A    Yeah.  We started, as I mentioned

3   earlier, from the 1BUY coordinates that are

4   deposited in the Protein Data Bank.  And we were

5   able to build a model of CERA, you know, with the

6   aid of that.  I don't, as I say here, I don't swear

7   that this is.  Well, you know, this is just my

8   attempt to have an alternative to the models that

9   were done by Dr. Lodish.  I feel we could do a much

10  better job on this, you know, letting it relax,

11  adding water, adding counter ions.  We may well do

12  that.

13      Q    Now, you don't depict in your model,

14  you don't attempt to model the carbohydrate

15  structure of CERA, correct?

16          MR. FLEMING:  Objection, assumes facts

17  not in evidence.

18          THE WITNESS:  This was a model that I

19  again didn't build just to illustrate that there was

20  nothing special or legitimate about the Lodish model

21  and that I could create a comparable or potentially

22  more detailed model than Dr. Lodish provided.

23  BY MR. GALVIN:

24      Q    But it doesn't -- your model doesn't

25  show carbohydrate structures, correct?

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1      A      This model does not have any sugar

2    residues.

3      Q      Now, for lack of a better way of

4    describing it, you've visualized and depicted the

5    PEG surrendering the amino acid residues, correct?

6            MR. FLEMING: Objection, vague,

7    mischaracterizes the term surrounding.

8            THE WITNESS: We didn't -- we didn't

9    deliberately do anything here other than, you know,

10    we started with a set up, which was in one version,

11    which this figure and the other figure look the same.

12    I added the ethylene oxzyene and then I -- they were

13    annealed, if you will, random Monte Carlo statistical

14    simulation to relax the ethylene oxy units and then

15    we turned on some forces between them to build it

16    into a contiguous chain of the ethylene oxy units.

17    BY MR. GALVIN:

18      Q      Would you expect that for CERA to

19    maintain in this spherical-like confirmation at all

20    times or is this one snapshot in time?

21      A      I really don't want you or anybody else

22    to over interpret the significance of this picture.

23    We haven't worked on it. This is not publishable,

24    let me put it that way. I would never try to write

25    this up and send it into a journal, you know. With

Amgen v. Roche                                              Page 177

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1    more work, we could get something published.  This

2    is a nice starting point.  We would really need to

3    run a simulation.  Like I said, we had water, we had

4    counter ions, we'd run it for a long time, a micro

5    dynamic simulation and we would do a solid

6    scientific state of the art simulation job, you

7    know, on this system.  And we would probably work on

8    some other systems, too, you know, and try to get,

9    you know, my curiosity is now peaked about molecules

10   like CERA.  But I think what you see here, and if

11   you maybe squint a little is what I think is a

12   reasonable picture as opposed to their cartoon,

13   we'll even call it, compared to the Lodish picture,

14   which I think is completely unreasonable and

15   inconsistent with the facts.

16       Q    Now, if you turn to the next page in

17   Exhibit 2, which is another depiction of one of your

18   structures and it's titled: "A Likely Ro50-3821

19   Structure (static)".

20           What's the difference between the two

21   pictures we looked at?  Is the first one a cutaway

22   view?

23       A    No, a good question.  Just the

24   rendering, what I call a rendering, we've now shown

25   all atoms in what I call CPK colors, which is red

1    for oxygens, blue for nitrogens, gray for carbons.

2    We haven't shown hydrogens in our model. We have

3    the hydrogens in the coordinate file that we

4    provided. You'll see there are hydrogens there as

5    well. This is just now a rendering where all of the

6    atoms are rendered as spheres and there are some

7    size differences depending on the radii of the

8    atoms. The little yellow dot is a sulfur and a

9    cysteine ermathamine residue.

10    Q    Now, looking at --

11    MR. FLEMING: Could you just hold that

12    up to the camera so the jury can see what you're

13    talking about? Thank you.

14    BY MR. GALVIN:

15    Q    Looking at the caption here, A Likely

16    Ro50-3821 Structure, what level of certainty do you

17    have sitting here today that this is a likely

18    structure?

19    A    I feel it is a -- compared to the

20    Lodish structure, I'm going to call it likely. For

21    one thing, as you mentioned, we are -- CERA, we

22    believe there is glycosylate. We don't have that.

23    Ro50-3821 is CERA. So I mean there is some

24    differences like that.

25    On the other hand, I do believe that

Amgen v. Roche

1    the general features here are consistent with my

2    knowledge of what I expect with the result of a

3    reaction or one pegylates a protein.

4        Q    So if we go back to the other slide,

5    the first slide we looked at which shows the ribbon

6    structure.

7        A    Uh-huh.

8        Q    Does your depiction show the point of

9    attachment between PEG, the polyethylene glycols and

10   the amino acid residues?

11       MR. FLEMING:  Objection, vague,

12   objection to the term attachment.

13       THE WITNESS:  To make this, as we

14   talked, the pegylation reaction either uses a

15   nitrogen of the lysine or nitrogen of the N-terminal

16   residue of the protein reagent.  In this case, we

17   have used the N-terminus of the protein reagent to

18   yield this illustration of potential product from a

19   pegylation reaction.

20   BY MR. GALVIN:

21       Q    And so in your depiction here, although

22   just visually to a lay person you see these poly --

23   these little balls for the peg around, it's only

24   actually bound and attached to the amino acid

25   residues, the green and blue at one location in your

Amgen v. Roche

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1    model?

2            MR. FLEMING:  Objection.

3            THE WITNESS:  There is a bond between

4    the N-terminus of the protein reagent effectively and

5    the PEG reagent.  So this is again our shot at a very

6    crude model of CERA without the sugars, not any

7    sugars.  There is a bond length, if you look at

8    detail at our coordinates, you'll see that there is a

9    bond.

10   BY MR. GALVIN:

11       Q    Now --

12       A    An amide bond.

13       Q    Can CERA bind to the EPO-receptor and

14   initiate signaling in this confirmation that you

15   depict in your model?

16           MR. FLEMING:  Objection.

17           THE WITNESS:  I don't know what the

18   structure is of CERA in solution.  This is a cartoon

19   and we need to work on it more and I don't know the

20   structure of the complex of the EPO-receptor with

21   CERA.  So anything beyond that is conjecture.

22   BY MR. GALVIN:

23       Q    Would your expectation be that when

24   CERA binds to the EPO-receptor there are all of

25   these ethylene gylcols between the amino acid

Amgen v. Roche                                    Page 181

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1     and we're back on the record.

2     BY MR. GALVIN:

3         Q     Dr. Jorgensen, one of the questions

4     going back a ways when I asked you about how you

5     originally arrayed the ethylene gylcols when you

6     were developing your model, you said you randomly

7     filled the volume, what was the shape of that

8     volume?

9         A     A sphere.

10        Q     And was this sphere centered around the

11    center point of the EPO NMR structure that you

12    started with?

13        A     More or less.

14        Q     And what was the basis for your

15    assumption that the pegylation would be arrayed or

16    at least that would be a reasonable place to begin

17    your modeling from?

18        A     Nothing in particular except it's a

19    sort of standard feature we have in the software

20    where we can add a solvent around a solute, what we

21    call a solute and generally one puts that in a

22    spherical shape or in a cubic shape.

23        Q     And why wouldn't you start and center

24    that sphere if you were going to use a sphere around

25    the point where the amide bond would be between the

Amgen v. Roche

1    ethylene gylcols and the NMR and EPO structure?

2        MR. FLEMING:  Objection to form.

3    BY MR. GALVIN:

4        Q    In other words, haven't you biased it

5    by assuming it would be equally distributed from the

6    center of the molecule as opposed to centering it

7    from a point of attachment?

8        MR. FLEMING:  Objection to form.

9        THE WITNESS:  All we've done here is

10   created an image that's an alternative to the image

11   that was provided in the Lodish report.  What I said

12   is, if we were given time, we would like to do a

13   better job, let the system fully equilibrate and we

14   could start, have different starting points and see

15   where, if they equilibrate to a common point.  So

16   it's very preliminary and as I mentioned, I said to

17   illustrate the point on page -- Paragraph 129, to

18   illustrate the point that one can create alternative

19   images for CERA, I provided the attached sample.

20   That's really what we were doing here.

21   BY MR. GALVIN:

22       Q    Another point that you mentioned before

23   the break was that you hadn't received or reviewed

24   data coordinate files relating to the model

25   generated by Dr. Lodish.  Is it your understanding

Amgen v. Roche                                    Page  188

1    report, as I think I mentioned very early on felt to

2    be redundant or irrelevant.

3        Q    Can you turn to page 358.

4            MR. FLEMING:  Of his report?

5    BY MR. GALVIN:

6        Q    Of your report, Paragraph 136 of your

7    report.  And this is the section where you critique

8    Dr. Lodish's depiction of the carbohydrate

9    structure.  Now, as you noted, Dr. Lodish

10   acknowledged that the choices of how to actually

11   make a depiction was uncertain.  There was no

12   experimental basis for drawing a structure.  He

13   identified that fact if his report, correct?

14           MR. FLEMING:  Objection to form.

15           THE WITNESS:  I say in Paragraph 135

16   says: Dr. Lodish himself recognized, however, the

17   choice of carbohydrates is uncertain.

18           MR. FLEMING:  Start over.

19           THE WITNESS:  I'm quoting from Paragraph

20   135 of my report.  As Dr. Lodish himself recognizes,

21   however, the choice of carbohydrates is uncertain and

22   the coordinates of these carbohydrate chains have not

23   been obtained using currently available experimental

24   techniques.

25   BY MR. GALVIN:

Amgen v. Roche                                    Page 202

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL 5/18/2007 9:02:00 AM

1      Q      So the scientific truth here is that no

2   one knows how to accurately represent a 3D

3   representation of the attached carbohydrates of --

4   attached to either CERA or EPO based on our current

5   state of knowledge, is that fair?

6            MR. FLEMING:  Objection to form.

7            THE WITNESS:  Yes.  There's uncertainty

8   about the carbohydrates.

9   BY MR. GALVIN:

10     Q      But nevertheless, we know that the

11  carbohydrates have a role and are present on the

12  CERA molecule, correct?

13           MR. FLEMING:  Objection, beyond the

14  scope of his report.

15           THE WITNESS:  Yes, I don't know that

16  they have a role.  I believe they're present.

17  BY MR. GALVIN:

18     Q      You don't know whether they play --

19  they have a role in protecting the molecule from

20  proteases?

21     A      No, that's definitely outside of this.

22  Any discussion of carbohydrates is really outside

23  the scope of my report and I know there are

24  carbohydrate experts that are involved in this.

25     Q      But you don't consider yourself an

Amgen v. Roche                                    Page 203

USDC - Depo: Jorgenson, William Portions HIGHLY CONFIDENTIAL  5/18/2007  9:02:00 AM

1          J U R A T

2

3          I, WILLIAM L. JORGENSEN, Ph.D., the witness

4     herein, the foregoing testimony of the pages of this

5     deposition, do hereby certify it to be a true

6     and correct transcript, subject to the corrections, if

7     any, shown on the attached page.

8

9          _____

10         WILLIAM L. JORGENSEN, Ph.D.

11

12

13

14

15    Subscribed and Sworn to before me

16    this _____ day of    2007.

17    _____

18    Notary Public

19

20

21

22

23

24

25

Amgen v. Roche