# EXHIBIT 13

# Pre-Clinical Studies on Mode of Action: Current Status

**Michael Jarsch, PhD**
**Preclinical Team Leader**
**F. Hoffmann-La Roche Ltd, Penzberg**

R000621825

# Topics

- **Molecular Properties of CERA**
  - Structure and physicochemical properties
  - Reduced *in vitro* activity (UT-7 assay)

- **Consumption studies in cellular models**

- **Receptor binding studies**
  - Displacement of $^{125}$I-EPO by EPO and CERA
  - FACS studies for binding and uptake of fluorescent labelled compounds
  - Confocal laser microscopy and overexpression of EpoR
  - Biacore analysis of receptor interaction

R000621826

CONFIDENTIAL

# Epoetin Molecular Structure

- Tertiary structure of rhuEPO amino acid backbone with main pegylation sites



R000621827

CONFIDENTIAL



R000621828



Molecular Structure
*3D structure models*

CERA   EPO

R000621829