# EXHIBIT 14



Modelling Penzberg

We Innovate Healthcare

R10-000634385



Pharmaceuticals

# Cera Modelling Penzberg

- EPO structure has been taken from 1EER (PDB Code) and keep fixed
- Amino acids 24,38,83 have been changed to asparagines
- All atoms for glycosylation and pegylation have been modelled and minimized
- A dynamic has been performed in order to get a low energy minimum conformation
- Not water molecules have been considered
- All representations are showing correct van der waals radii or Connolly type surfaces (with 1.4A radius for the virtual water molecule)



R10-000634386

Pharmaceuticals

Roche

**Cera Model - Artistic View**

R10-000634387



**Cera Model:**





**Cera Model:**



R10-000634390