# EXHIBIT 15

Dockets.Justia.com



The following molecules are appearing sequentially :

EPO as it appears in the crystal structure
O-glycosylation (2 monomers) on Ser 162
N-glycosylation (9-10mer) on Asp24- Asp38, and Asp83
Pegylation of ~30 kDa on Lys52

9

R005453588



The following molecules appear sequentially :

Epo Receptor, first monomer
Epo Receptor, second monomer
The complex as described in the next slide

10



Orthogonal views of the complex PegEPO-EPOR

11

R005453590