UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) <br> ) <br> ) <br> ) Civil Action No.: 1:05-cv-12237 WGY <br> ) <br> ) |
| F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LA ROCHE INC., a New Jersey Corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMGEN'S BENCH MEMORANDUM THAT ROCHE SHOULD BE PRECLUDED FROM RELYING ON COMPARISONS BETWEEN PEG-EPO AND AMGEN'S ARANESP® PRODUCT BECAUSE SUCH COMPARISONS ARE IRRELEVANT TO WHETHER PEG-EPO INFRINGES AMGEN'S PATENTS-IN-SUIT**

Amgen expects that as part of its infringement defense, Roche will seek to confuse the jury by comparing Roche's peg-EPO product to Aranesp®, an Amgen product that is not within the scope of the asserted claims of the Lin patents. Currently pending before the court is Amgen's Motion *in Limine* No. 8: Exclude Roche From Relying On Comparisons Between Roche's Peg-EPO Product and Amgen's Aranesp® Product [Docket Number 841]. Amgen's Motion *in Limine* No. 8 is fully briefed and the parties' briefs are attached hereto. As described in Amgen's papers, comparisons between Roche's peg-EPO and Amgen's Aranesp® are inadmissible under Federal Rules of Evidence 402 and 403 because such comparisons have no bearing on whether Roche's product infringes the asserted claims of the Lin patents. The only relevant comparison is between Roche's product and the claims of the Lin Patents. Accordingly, Amgen requests that this Court grant its Motion *in Limine* No. 8 and preclude Roche from misleading and confusing the jury with irrelevant comparisons between peg-EPO and Aranesp®.

1

| | |
|---|---|
| DATED: October 14, 2007 | Respectfully Submitted, |
| Of Counsel:<br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>Kimberlin L. Morley<br>Erica S. Olson<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | AMGEN INC.,<br>by its attorneys<br><br>*/s/ Michael R. Gottfried*<br>D. Dennis Allegretti (BBO# 545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:  (857) 488-4200<br>Facsimile:  (857) 488-4201<br><br>Lloyd R. Day, Jr. (pro hac vice)<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  (408) 873-0110<br>Facsimile:  (408) 873-0220<br><br>William G. Gaede III (pro hac vice)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5000<br>Facsimile:  (650) 813-5100<br><br>Kevin M. Flowers (pro hac vice)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL  60606<br>Telephone:  (312) 474-6300<br>Facsimile:  (312) 474-0448 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                  */s/ Michael R. Gottfried*

                                                  Michael R. Gottfried