***EXHIBIT 5***

| | | |
|---|---|---|
| 05/16/2007 | | Judge William G. Young : ElectronicORDER entered re 425 MOTION to Strike Infringement Allegations in Amgen's Expert Reports on which Amgen did not Provide Discovery and to Preclude Testimony. "Motion DENIED Without Prejudice Depending On How The Evidence Develops At Trial. No Witness May Rely On Evidence Withheld From Discovery." (Paine, Matthew) (Entered: 05/16/2007) |