# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | )<br>)<br>)<br>) Civil Action No.: 1:05-cv-12237 WGY<br>)<br>) |
| F. HOFFMANN-LA ROCHE LTD, a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LA ROCHE INC., a New Jersey Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>) |

**AMGEN'S BENCH MEMORANDUM THAT ROCHE SHOULD BE PRECLUDED FROM QUESTIONING DR. TORCHILIN ABOUT COMPARISONS BETWEEN PEG-EPO AND AMGEN'S ARANESP® PRODUCT BECAUSE SUCH COMPARISONS ARE IRRELEVANT TO WHETHER PEG-EPO INFRINGES AMGEN'S PATENTS-IN-SUIT**

Amgen expects that as part of its cross-examination of Dr. Torchilin, Roche will seek to confuse the jury by comparing Roche's peg-EPO product to Aranesp®, an Amgen product that is not within the scope of the asserted claims of the Lin patents. In its deposition designations of Dr. Torchilin, Roche designated questioning of Dr. Torchilin about differences between Aranesp® and peg-EPO and difficulties creating Aranesp®. Such issues are irrelevant to the proper infringement analysis.

Currently pending before the court is Amgen's Motion *in Limine* No. 8: Exclude Roche From Relying On Comparisons Between Roche's Peg-EPO Product and Amgen's Aranesp® Product. Amgen's Motion *in Limine* No. 8 is fully briefed.[1] As described in Amgen's papers, comparisons between Roche's peg-EPO and Amgen's Aranesp® are inadmissible under Federal Rules of Evidence 402 and 403 because such comparisons have no bearing on whether Roche's

---

[1] *See* D.I. 841-42, 949.

MPK 133827-1.041925.0023                      1       AMGEN'S BENCH MEMO RE PRECLUDING
                                                      COMPARISONS OF PEG-EPO AND ARANESP
                                                      CIVIL ACTION NO. 1:05-CV-12237 WGY

dockets.Justia.com

product infringes the asserted claims of the Lin patents. The only relevant comparison is between Roche's product and the claims of the Lin Patents. Accordingly, Amgen requests that this Court grant its Motion *in Limine* No. 8 and preclude Roche asking Dr. Torchilin misleading questions and confusing the jury with irrelevant comparisons between peg-EPO and Aranesp®.

| | |
|---|---|
| DATED:    October 15, 2007 | Respectfully Submitted, |
| Of Counsel:<br>Stuart L. Watt<br>Wendy A. Whiteford<br>Monique L. Cordray<br>Darrell G. Dotson<br>Kimberlin L. Morley<br>Erica S. Olson<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-5000 | AMGEN INC.,<br>by its attorneys<br><br>*/s/ Michael R. Gottfried*<br>D. Dennis Allegretti (BBO# 545511)<br>Michael R. Gottfried (BBO# 542156)<br>Patricia R. Rich (BBO# 640578)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210<br>Telephone:  (857) 488-4200<br>Facsimile:   (857) 488-4201<br><br>Lloyd R. Day, Jr. (pro hac vice)<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA  95014<br>Telephone:  (408) 873-0110<br>Facsimile:   (408) 873-0220<br><br>William G. Gaede III (pro hac vice)<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5000<br>Facsimile:   (650) 813-5100<br><br>Kevin M. Flowers (pro hac vice)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL  60606<br>Telephone:  (312) 474-6300<br>Facsimile:   (312) 474-0448 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                                                                         */s/ Michael R. Gottfried*
                                                                                           Michael R. Gottfried