# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05 CV 12237 WGY ) ) ) ) ) ) ) ) |

**PLAINTIFF AMGEN INC.'S NOTICE OF MANUAL FILING
OF ITS MOTION TO ADMIT INTO EVIDENCE ADMISSIONS OF ROCHE
RELATED TO INFRINGEMENT PRIOR TO CLOSE OF AMGEN'S CASE
IN INFRINGEMENT PHASE OF TRIAL AND THE EXHIBITS THERETO**

Notice is hereby given that Amgen Inc.'s Motion to Admit into Evidence Admissions of Roche Related to Infringement Prior to Close of Amgen's Case in Infringement Phase of Trial and the exhibits thereto have been manually filed with the Court. The documents at issue in the Motion have been deemed confidential by Roche and while Amgen sought permission to file the documents publicly, Roche did not respond to Amgen's request prior to the filing of this motion.

DM1\1206868.1

Dockets.Justia.com

Dated: October 15, 2007                             Respectfully Submitted,


                                                    AMGEN INC.,
                                                    By its attorneys,


                                                    */s/ Michael R. Gottfried*
Of Counsel:                                         D. DENNIS ALLEGRETTI (BBO#545511)
                                                    MICHAEL R. GOTTFRIED (BBO#542156)
                                                    PATRICIA R. RICH (BBO#640578)
STUART L. WATT                                      DUANE MORRIS LLP
WENDY A. WHITEFORD                                  470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                                  Boston, MA 02210
DARRELL G. DOTSON                                   Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                                 Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                                          LLOYD R. DAY, JR
One Amgen Center Drive                              DAY CASEBEER
Thousand Oaks, CA   91320-1889                      MADRID & BATCHELDER LLP
(805) 447-5000                                      20300 Stevens Creek Boulevard, Suite 400
                                                    Cupertino, CA 95014
                                                    Telephone:    (408) 873-0110
                                                    Facsimile:    (408) 873-0220

                                                    WILLIAM GAEDE III
                                                    McDERMOTT WILL & EMERY
                                                    3150 Porter Drive
                                                    Palo Alto, CA 94304
                                                    Telephone:    (650) 813-5000
                                                    Facsimile:    (650) 813-5100

                                                    KEVIN M. FLOWERS
                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                    233 South Wacker Drive
                                                    6300 Sears Tower
                                                    Chicago IL 60606
                                                    Telephone:    (312) 474-6300
                                                    Facsimile:    (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried