# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. HOFFMANN-LAROCHE LTD., )<br>a Swiss Company, ROCHE DIAGNOSTICS )<br>GMBH, a German Company, and )<br>HOFFMANN LAROCHE INC., a New )<br>Jersey Corporation, )<br>)<br>Defendants. ) | Civil Action No. 05 CV 12237 WGY |

## PLAINTIFF AMGEN INC.'S MOTION TO WITHDRAW WITHOUT PREJUDICE AMGEN'S BENCH MEMORANDUM TO EXPLAIN THE RELEVANCE OF EXHIBITS GXD AND EYV TO ISSUES OF INFRINGEMENT [DN 1360]

Amgen Inc. respectfully requests that the Court allow it to withdraw without prejudice its Bench Memorandum to Explain the Relevance of Exhibits GXD and EYV to Issues of Infringement [DN 1360] so that it may include these exhibits with other Roche admissions contained in its Motion to Admit into Evidence Admissions of Roche Related to Infringement Prior to Close of Amgen's Case in Infringement Phase of Trial [DN 1396].

| | |
|---|---|
| Dated: October 15, 2007 | Respectfully Submitted,<br><br>AMGEN INC.,<br>By its attorneys,<br><br>*/s/ Michael R. Gottfried* |
| Of Counsel: | D. DENNIS ALLEGRETTI (BBO#545511)<br>MICHAEL R. GOTTFRIED (BBO#542156)<br>PATRICIA R. RICH (BBO#640578) |
| STUART L. WATT<br>WENDY A. WHITEFORD<br>MONIQUE L. CORDRAY<br>DARRELL G. DOTSON<br>KIMBERLIN L. MORLEY<br>ERICA S. OLSON<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1889<br>(805) 447-5000 | DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Telephone:    (857) 488-4200<br>Facsimile:    (857) 488-4201<br><br>LLOYD R. DAY, JR<br>DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Telephone:    (408) 873-0110<br>Facsimile:    (408) 873-0220<br><br>WILLIAM GAEDE III<br>McDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:    (650) 813-5000<br>Facsimile:    (650) 813-5100<br><br>KEVIN M. FLOWERS<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago IL 60606<br>Telephone:    (312) 474-6300<br>Facsimile:    (312) 474-0448 |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried

DM1\1206841.1