# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 CV 12237 WGY |
| F. HOFFMANN-LAROCHE LTD., ) | |
| a Swiss Company, ROCHE DIAGNOSTICS ) | |
| GMBH, a German Company, and ) | |
| HOFFMANN LAROCHE INC., a New ) | |
| Jersey Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF AMGEN INC.'S CORRECTED NOTICE OF SUBMISSION TO THE COURT FOR RULING ITS MOTION TO ADMIT INTO EVIDENCE ADMISSIONS OF ROCHE RELATED TO INFRINGEMENT PRIOR TO CLOSE OF AMGEN'S CASE IN INFRINGEMENT PHASE OF TRIAL AND THE EXHIBITS THERETO**

Notice is hereby given that Amgen Inc.'s Motion to Admit into Evidence Admissions of Roche Related to Infringement Prior to Close of Amgen's Case in Infringement Phase of Trial and the exhibits thereto have been submitted to the Court for ruling.[1] The documents at issue in the Motion have been deemed confidential by Roche and while Amgen sought permission to file the documents publicly, Roche did not respond to Amgen's request prior to the filing of this motion.

---

[1] The Motion and Exhibits have been submitted to the Court for ruling but have not been filed with the clerk's office pending a ruling by this Court.

Dated: October 15, 2007                    Respectfully Submitted,

                                              AMGEN INC.,
                                              By its attorneys,

*/s/ Michael R. Gottfried*

Of Counsel:                          D. DENNIS ALLEGRETTI (BBO#545511)
                                          MICHAEL R. GOTTFRIED (BBO#542156)
                                          PATRICIA R. RICH (BBO#640578)
STUART L. WATT                       DUANE MORRIS LLP
WENDY A. WHITEFORD                   470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY                   Boston, MA 02210
DARRELL G. DOTSON                    Telephone:    (857) 488-4200
KIMBERLIN L. MORLEY                  Facsimile:    (857) 488-4201
ERICA S. OLSON
AMGEN INC.                           LLOYD R. DAY, JR
One Amgen Center Drive               DAY CASEBEER
Thousand Oaks, CA   91320-1889       MADRID & BATCHELDER LLP
(805) 447-5000                       20300 Stevens Creek Boulevard, Suite 400
                                          Cupertino, CA 95014
                                          Telephone:    (408) 873-0110
                                          Facsimile:    (408) 873-0220

                                          WILLIAM GAEDE III
                                          McDERMOTT WILL & EMERY
                                          3150 Porter Drive
                                          Palo Alto, CA 94304
                                          Telephone:    (650) 813-5000
                                          Facsimile:    (650) 813-5100

                                          KEVIN M. FLOWERS
                                          MARSHALL, GERSTEIN & BORUN LLP
                                          233 South Wacker Drive
                                          6300 Sears Tower
                                          Chicago IL 60606
                                          Telephone:    (312) 474-6300
                                          Facsimile:    (312) 474-0448

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

<u>*/s/ Michael R. Gottfried*</u>
Michael R. Gottfried
