# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05 CV 12237 WGY |
| F. HOFFMANN-LAROCHE LTD., a Swiss Company, ROCHE DIAGNOSTICS GMBH, a German Company, and HOFFMANN LAROCHE INC., a New Jersey Corporation, | ) |
| Defendants. | ) |

### PLAINTIFF AMGEN INC.'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT IN SUPPORT OF ITS OPPOSITION TO ROCHE'S JUDGMENT AS A MATTER OF LAW AND AMGEN INC.'S <u>CROSS-MOTION FOR JUDGMENT AS A MATTER OF LAW</u>

Pursuant to L.R. 7.1, Amgen Inc. respectfully moves this Court for leave to file oversized brief in support of its Opposition to Roche's Motion for Judgment as a Matter of Law [DN 1315] ("Opposition") and its Cross-Motion For Judgment As a Matter of Law ("Cross-Motion").

As grounds for this motion, Amgen states that it has made a good faith attempt to address all factual and legal bases for is Opposition and Cross-Motion within the twenty page limit set by L.R. 7.1(b)(4). However, Amgen was unable to do so in light of the fact that Roche's JMOL motion was forty-six pages in length and addressed a number of complex issues and Amgen seeks to cross-move for judgment as a matter of law on a number of basis related to the issues addressed by Roche in its JMOL. Accordingly, Amgen respectfully submits that exceeding the page limit is reasonable under the circumstances. A copy of the proposed brief is attached hereto as Exhibit A.

Dated: October 15, 2007    Respectfully Submitted,

          AMGEN INC.,
          By its attorneys,

Of Counsel:

          */s/ Patricia R. Rich*
          D.DENNIS ALLEGRETTI (BBO#545511)
          MICHAEL R.GOTTFRIED (BBO#542156)
          PATRICIA R. RICH (BBO#640578)

STUART L. WATT          DUANE MORRIS LLP
WENDY A. WHITEFORD          470 Atlantic Avenue, Suite 500
MONIQUE L. CORDRAY          Boston, MA 02210
DARRELL G. DOTSON          Telephone: (857) 488-4200
KIMBERLIN L. MORLEY          Facsimile: (857) 488-4201
ERICA S. OLSON
AMGEN INC.          LLOYD R. DAY, JR
One Amgen Center Drive          DAY CASEBEER
Thousand Oaks, CA   91320-1889          MADRID & BATCHELDER LLP
(805) 447-5000          20300 Stevens Creek Boulevard, Suite 400
          Cupertino, CA 95014
          Telephone: (408) 873-0110
          Facsimile: (408) 873-0220

          WILLIAM GAEDE III
          McDERMOTT WILL & EMERY
          3150 Porter Drive
          Palo Alto, CA 94304
          Telephone: (650) 813-5000
          Facsimile: (650) 813-5100

          KEVIN M. FLOWERS
          MARSHALL, GERSTEIN & BORUN LLP
          233 South Wacker Drive
          6300 Sears Tower
          Chicago IL 60606
          Telephone: (312) 474-6300
          Facsimile: (312) 474-0448

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

*/s/ Patricia R. Rich*
Patricia R. Rich

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

*/s/ Patricia R. Rich*
Patricia R. Rich