# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMGEN INC., ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-12237 WGY |
| v. ) | |
| F. HOFFMANN-LA ROCHE ) | |
| LTD., a Swiss Company, ROCHE ) | |
| DIAGNOSTICS GmbH, a German ) | |
| Company and HOFFMANN-LA ROCHE ) | |
| INC., a New Jersey Corporation, ) | |
| Defendants. ) | |

## DECLARATION OF LINDA SASAKI-BAXLEY IN SUPPORT OF AMGEN'S MOTIONS REGARDING THE TESTIMONY OF RICHARD FLAVELL

I, Linda Sasaki-Baxley, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for plaintiff Amgen Inc. I am admitted to practice law before this Court (*pro hac vice*) and all the Courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Richard A. Flavell dated June 26, 2007, designated as "Restricted-Access BLA/IND Confidential".

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Non-Infringement Expert Report of Richard A. Flavell dated May 11, 2007, designated as "Restricted-Access BLA/IND Confidential".

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Fourth Expert Statement of Richard A. Flavell dated June 13, 2007, designated as "Restricted-Access BLA/IND Confidential".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 14th day of October, 2007.

By: */s/ Linda Sasaki-Baxley*
      Linda Sasaki-Baxley

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on October 15, 2007.

*/s/ Michael R. Gottfried*
Michael R. Gottfried