# EXHIBIT 1

Dockets.Justia.com

USDC - Depo: Flavell, Richard RESTRICTED-ACCESS CONFIDENTIAL  6/26/2007  5:55:00 PM

```
 1
 2
 3        UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 4
 5
 6   ---------------------------)
     AMGEN INC.            )
 7        Plaintiff(s),    )
     VS                    ) Civil Action No.
 8                         ) 05-12237 WGY
     F.HOFFMANN-LA ROCHE, LTD.  ) (This transcript contains Confidential
 9   a Swiss Company,      ) BLA/IND information. Please treat the
     ROCHE DIAGNOSTICS GmbH,    ) entire transcript in accordance with the
10   a German Company and  ) Amended Protective Order in this matter)
     HOFFMANN-LA ROCHE INC.,    )
11   a New Jersey Corporation  )
          Defendant(s).    )
12   ---------------------------)
13
14
15
16        DEPOSITION Of:  RICHARD A. FLAVELL, Ph.D
          DATE:      June 26, 2007
17        HELD AT:   Omni Hotel
                     Goffe Room
18                   New Haven, Connecticut
19
20
21
22   Reporter:  JENNY C. EBNER, RPR, LSR 00030.
     BRANDON SMITH REPORTING SERVICES, LLC
23        44 Capitol Avenue
          Hartford, CT. 06106
24        (860) 549-1850
25
```

USDC - Depo: Flavell, Richard RESTRICTED-ACCESS CONFIDENTIAL  6/26/2007  5:55:00 PM

1    and so that is cumulative in what my opinion is.

2        Q   How does Roche insert the DNA sequencing

3    coding human EPO into itself?

4             MR. FLEMING:  Objection;

5         mischaracterizes his opinions, ambiguous

6         as to term insert human EPO DNA,

7         misstates the opinions in this report.

8             THE WITNESS:  So, as I said, I

9         described this completely in this report

10        here.  If you would like to refer to a

11        particular paragraph.

12   BY MS. BAXLEY:

13       Q   No, well, you just referred to a number

14   of paragraphs --

15       A   Uh-huh.

16       Q   -- as to explain your opinion, and I am

17   trying to understand from these paragraphs

18   whether you can tell me what is the basis for

19   your opinion that Roche does not transform or

20   transvect with isolated DNA sequence in coding

21   human EPO itself?

22       A   I am sorry, you'll have to repeat that.

23       Q   I am trying to understand the basis for

24   your opinion that Roche does not transform or

25   transvect with an isolated DNA in coding human

1        THE WITNESS:  I am not sure I

2        understand the question.

3  BY MS. BAXLEY:

4     Q  I am asking you which of the four

5  methods that you -- would you -- you would agree

6  with me, wouldn't you, that Roche's cells have

7  EPO DNA inserted into it; is that correct?

8        MR. FLEMING:  Objection; vague as to

9        EPO DNA, mischaracterizes the testimony,

10       calls for a legal conclusion.

11       THE WITNESS:  Yes, I don't want -- I

12       am not quite sure what you mean by EPO

13       DNA.  Do you want --

14  BY MS. BAXLEY:

15     Q  Do you have any understanding as to

16  whether Roche uses CHO cells, Chinese hamster

17  ovary cells, to manufacture the epoetin beta

18  starting material used to make CERA?

19       MR. FLEMING:  Objection; vague,

20       mischaracterizes the record,

21       mischaracterizes his opinions.

22       THE WITNESS:  If we go to the right

23       part of the report I think we will find

24       the statement I make on that.  If you

25       would like to go to that.

1    cell; is that correct?

2         MR. FLEMING:  Objection;

3         mischaracterizes his testimony, his

4         opinion is what it is, vague as to the

5         term.

6         THE WITNESS:  Well, what I just read

7         was the DNA contents of the bacterial

8         protoplasts are incorporated into the

9         host cell.  In the event that it is akin

10        to a somatic cell hybridization the

11        bacterial chromosome, and I think this

12        is the relevant part for you, is

13        transferred into the host cells and

14        therefore there is a real possibility

15        that some bacterial DNA sequences are

16        incorporated into the transformed cells.

17   BY MS. BAXLEY:

18      Q   Do you know whether Roche used bacterial

19   protoplast fusion to introduce genetic material

20   into their host cells?

21        MR. FLEMING:  Objection; vague,

22        beyond the scope of his expert report.

23        THE WITNESS:  I don't think

24        that's -- I actually asked that

25        question, but as I sit here now, I don't

1      recall exactly.  It's beyond the scope

2      of the report.

3   BY MS. BAXLEY:

4      Q   So you have no opinion as to how Roche

5   introduces its genetic material into its host

6   cells?

7          MR. FLEMING:  Objection;

8      mischaracterizes his testimony.  He says

9      he doesn't recall, vague.

10          THE WITNESS:  I don't recall.  What

11      I do recall is what they do not do which

12      is what I described.  I described

13      several times now.

14  BY MS. BAXLEY:

15      Q   In bacterial protoplast fusion is

16  that -- let me represent to you that Roche

17  actually uses bacterial protoplast fusion to

18  introduce the EPO DNA in coding epoetin beta into

19  its host cell.  How does that EPO -- when it does

20  that, does any human DNA, other than the DNA in

21  coding the epoetin beta, get introduced into the

22  host cell?

23          MR. FLEMING:  Objection; assumes

24      facts not in evidence, mischaracterizes

25      the record.

USDC - Depo: Flavell, Richard RESTRICTED-ACCESS CONFIDENTIAL 6/26/2007 5:55:00 PM

1   Q   So, using the protoplast, bacterial

2   protoplast fusion technique that you describe in

3   paragraph 65, other than epoetin beta DNA, the

4   DNA in coding epoetin beta, is any other human

5   DNA introduced into Roche's host cells?

6          MR. FLEMING:  Objection; assumes

7       facts not in evidence, mischaracterizes

8       the record because he doesn't, he

9       never opined in paragraph 65 as Roche's

10      process.  He's never opined in paragraph

11      65 as Roche's process.  That is what you

12      tried to interject into the question,

13      and it's been asked and answered.

14         MS. BAXLEY:  But Dr. Flavell,

15      doesn't have a recollection as to how

16      the DNA in coding epoetin beta is

17      introduced in cells.  I will represent

18      to you that it is introduced by

19      bacterial protoplast fusion.

20         MR. FLEMING:  He doesn't have to

21      accept your representations.

22   BY MS. BAXLEY:

23   Q   So if -- assuming that that is how it is

24   done, is any human DNA, other than the DNA in

25   coding epoetin beta, introduced into the host

1   cells?

2   A   What I am --

3       MR. FLEMING:  Objection; incomplete

4       hypothetical, mischaracterizes the

5       record, assumes facts not in evidence,

6       beyond the scope of his report.

7       THE WITNESS:  So the problem is you,

8       I would be extremely surprised if you

9       know Roche's production processes.  We

10      do not have the information here.  I

11      certainly haven't got that information

12      in front of me.  And I am not going to

13      respond to a speculative question.  I

14      just don't know what the answer is.

15  BY MS. BAXLEY:

16   Q   Okay.  So then when you refer to Amgen's

17  process for introducing genetic material into the

18  host cell as described in Amgen's patent

19  specification.  You describe that at paragraph 67

20  of your report.  Is it your opinion that only EPO

21  DNA is introduced or described to be introduced

22  in the host cells by Dr. Lin?

23      MR. FLEMING:  Objection.

24      THE WITNESS:  What I am saying is

25      that --

USDC - Depo: Flavell, Richard RESTRICTED-ACCESS CONFIDENTIAL  6/26/2007  5:55:00 PM

1   Q  Dr. Flavell, paragraph 73 of your

2   report, Flavell Exhibit 3, again you say --

3   A  My third report.

4   Q  Third report, Flavell Exhibit 3,

5   paragraph 73.  You say that Roche has not

6   infringed claims one or two of the 868 patent

7   because the cells Roche uses to create epoetin

8   beta reagent are not, quote, transformed or

9   transvected with an isolated DNA sequence in

10   coding human epoetin, closed quote.

11       So Roche's cells, what type of DNA was

12   used to transform or transvect Roche's cells?

13       MR. FLEMING:  Objection.

14   Mischaracterizes the testimony;

15   mischaracterizes his report; asked and

16   answered.

17       THE WITNESS:  I think you asked this

18   question before lunch.

19   BY MS. BAXLEY:

20   Q  And you said you didn't know how Roche

21   transformed or transvected its cells; is that

22   correct?

23       MR. FLEMING:  Objection.

24   Mischaracterizes his testimony.  He said

25   he doesn't recall.

1      And to that end what I am asking is:

2      How does Roche introduce DNA sequence in coding

3      human epoetin into their cells?

4              MR. FLEMING:  Objection.

5          Mischaracterizes his testimony;

6          ambiguous as to introducing human

7          epoetin; lacks foundation, if that is

8          even done, and asked and answered.

9      BY MS. BAXLEY:

10     Q   If you know.

11     A   So, I don't know what they do.  I don't

12     remember -- I don't recall, as I sit here now.

13         The basic reason for this is that I have

14     a vast volume of paperwork here.  I don't have

15     any material in front of me now that tells me or

16     refreshes my memory of what they do.

17     Q   Okay.  So can I have you turn to Flavell

18     Exhibit 2, which is your second report?

19         Specifically, if you can go to paragraph

20     10 of that report -- sorry -- make sure I have

21     the right one.

22             MR. FLEMING:  Do you want Exhibit 2?

23     Exhibit 2 is the May 8 --

24             MS. BAXLEY:  I think the one -- I am

25         sorry.  It is actually Flavell Exhibit