UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION No.: 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE, LTD; ROCHE DIAGNOSTICS GmbH; and HOFFMANN-LA ROCHE INC. | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF KREGG T. BROOKS IN SUPPORT OF ROCHE'S RENEWED MOTION, PURSUANT TO FED. R. CIV. P. 50(b), FOR JUDGMENT AS A MATTER OF LAW AND ROCHE'S MOTION, IN THE ALTERNATIVE, PURSUANT TO FED. R. CIV. P. 50(b) AND 59, FOR A NEW TRIAL**

I, Kregg T. Brooks, declare under penalty of perjury that:

1. I am an attorney admitted to the Bars of the Commonwealth of Massachusetts and the State of New York and before this Court. I am an attorney at the law firm of Bromberg & Sunstein LLP, counsel for Defendants in the above-referenced case.

2. I make this declaration in support of Roche's Renewed Motion, Pursuant to Fed. R. Civ. P. 50(b), for Judgment as a Matter of Law and Roche's Motion, in the Alternative, Pursuant to Fed. R. Civ. P. 50(b) and 59, for a New Trial, dated December 26, 2007.[1]

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the 4/6/07 Expert Report of Dr. Carolyn Bertozzi, dated April 6, 2007.

---

[1] Please note that Roche is not submitting admitted trial exhibits nor excerpts from the trial transcripts, but is referring to that evidence by reference to the exhibit number or trial transcript.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript April 17, 2007 Markman hearing in this matter.

5. Attached hereto as Exhibit 3 is a true and correct copy of Eric P. Mirabel, *Product by Process Claims: A Practical Perspective*, 68 J. Pat. Trademark Soc'y 3 (1986).

6. Attached hereto as Exhibit 4 is a true and correct copy of proposed trial exhibit PNT, Final Report on Genentech Trial Protocol 83-007, dated November 2, 1984.

7. Attached hereto as Exhibit 5 is a true and correct copy of proposed trial exhibit PXN, clinical data excerpt from Genentech's Product License Application for Recombinant Human Tissue-Type Plasminogen Activator (rt-PA).

8. Attached hereto as Exhibit 6 is a true and correct copy of proposed trial exhibit PXY, Recombinant Human Tissue-Type Plasminogen Activator (rt-PA) Versus Streptokinase in a Randomized Double Blind Trial, prepared by Genentech, dated March 17, 1986.

9. Attached hereto as Exhibit 7 is a true and correct copy of proposed trial exhibit OUX, excerpt from Genentech's Product License Application for Recombinant Human Tissue-Type Plasminogen Activator (rt-PA), dated April 24, 1986.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Expert Report of Dr. Lowe, submitted April 6, 2007.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Supplemental Expert Report of John Lowe, M.D., submitted May 1, 2007.

12. Attached hereto as Exhibit 10 is a true and correct copy of proposed trial exhibit VI, Babel et al., *Amino Acid Sequence Determination of the ADP, ATP Carrier From Beef Heart Mitochondria*, Biochimica et Biophysica Acta., vol. 670 (1981), pp. 176-80.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Third Supplemental Expert Report of Dr. Lowe, submitted June 13, 2007.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of Michael E. Fromm, submitted April 6, 2007.

15. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit B from the Expert Report of Michael E. Fromm, submitted April 6, 2007.

16. Attached hereto as Exhibit 14 is a true and correct copy of proposed trial exhibit OFD, handwritten notes from a Genetics Institute laboratory notebook, dated June 25, 1984.

17. Attached hereto as Exhibit 15 is a true and correct copy of proposed trial exhibit QEI, a Genetics Institute Memorandum from K. Smith dated August 16, 1984.

18. Attached hereto as Exhibit 16 is a true and correct copy of proposed trial exhibit OJC, excerpts from a Genetics Institute laboratory notebook, with entries dated from July to December 1984.

19. Attached hereto as Exhibit 17 is a true and correct copy of proposed trial exhibit QEJ, an EPO quarterly report from Genentech dated December 11, 1984.

20. Attached hereto as Exhibit 18 is a true and correct copy of proposed trial exhibit OIC, part 1 of Genetics Institute laboratory notebook number 316, assigned to Richard Wright, issued July 16, 1984.

21. Attached hereto as Exhibit 19 is a true and correct copy of proposed trial exhibit QEK, part 2 of Genetics Institute laboratory notebook number 316, assigned to Richard Wright, issued July 16, 1984.

22. Attached hereto as Exhibit 20 is a true and correct copy of proposed trial exhibit NCF, J.W. Eschbach, "The History of Renal Anemia (Anemia and Erythropoietin)," *Nephrology* 4 (1998), 279-87.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the Reply Expert Report of Bruce Spinowitz, M.D., submitted August 13, 2007.

24. Attached hereto as Exhibit 22 is a true and correct copy of demonstrative CB-21 from the Expert Report of Dr. Carolyn Bertozzi, submitted April 6, 2007.

25. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Eli Friedman, dated August 17, 2007.

26. Attached hereto as Exhibit 24 is a true and correct redacted copy of the Rebuttal Expert Statement of Stuart H. Orkin, M.D., dated May 11, 2007.

27. Attached hereto as Exhibit 25 is a true and correct copy of the Second Rebuttal Expert Statement of Stuart H. Orkin, M.D., dated June 1, 2007.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Rebuttal Expert Report of Ajit Varki, M.D., dated May 11, 2007.

29. Attached hereto as Exhibit 27 is a true and correct redacted copy of the Supplemental Expert Report of Ajit Varki, M.D., dated June 1, 2007.

30. Attached hereto as Exhibit 28 is a true and correct copy of the Second Supplemental Expert Report of Ajit Varki, M.D., dated June 20, 2007.

31. Attached hereto as Exhibit 29 is a true and correct copy of the Expert Report of Harvey F. Lodish, Ph.D. Regarding Infringement, dated April 6, 2007.

32. Attached hereto as Exhibit 30 is a true and correct redacted copy of the Addendum to Expert Report of Harvey F. Lodish, Ph.D. Regarding Infringement, dated April 30, 2007.

33. Attached hereto as Exhibit 31 is a true and correct redacted copy of the Rebuttal Expert Report of Harvey F. Lodish, Ph.D., dated May 11, 2007.

34. Attached hereto as Exhibit 32 is a true and correct copy of the Supplemental Expert Report of Harvey F. Lodish, Ph.D., dated June 4, 2007.

35. Attached hereto as Exhibit 33 is a true and correct copy of the Second Supplemental Expert Report of Harvey F. Lodish, Ph.D., dated June 20, 2007.

36. Attached hereto as Exhibit 34 is a true and correct redacted copy of the Third Supplemental Expert Report of Harvey F. Lodish, Ph.D., dated June 25, 2007.

37. Attached hereto as Exhibit 35 is a true and correct redacted copy of proposed trial exhibit EYV, Suggested Elimination Pathways of CERA in CKD Patients, presentation by Kiyo Nakai, dated November 7, 2005.

38. Attached hereto as Exhibit 36 is a true and correct copy of First Expert Report of Vladimir P. Torchilin, Ph.D., D.Sc., dated April 6, 2007.

39. Attached hereto as Exhibit 37 is a true and correct redacted copy of Second Expert Report of Vladimir P. Torchilin, Ph.D., D.Sc., dated May 10, 2007.

40. Attached hereto as Exhibit 38 is a true and correct copy of Third Expert Report of Vladimir P. Torchilin, Ph.D., D.Sc., dated June 1, 2007.

41. Attached hereto as Exhibit 39 is a true and correct redacted copy of Fourth Expert Report of Vladimir P. Torchilin, Ph.D., D.Sc., dated June 20, 2007.

42. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the Rebuttal Expert Report of Professor Alexander M. Klibanov, dated May 11, 2007.

43. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the Supplemental Rebuttal Expert Report of Professor Alexander M. Klibanov, dated June 13, 2007.

44. Attached hereto as Exhibit 42 is a true and correct copy of proposed trial exhibit RV, U.S. Patent No. 6,586,398, issued July 1, 2003.

45. Attached hereto as Exhibit 43 is a true and correct copy of proposed trial exhibit PAA, memorandum from Aimee Paige to D. Yamanaka-Berger and O. Kinstler, dated January 26, 1998.

46. Attached hereto as Exhibit 44 is a true and correct copy of proposed trial exhibit PRC, internal Amgen document having the date December 4, 1991.

47. Attached hereto as Exhibit 45 is a true and correct copy of proposed trial exhibit OZH, memorandum from Colin Pitt to Daniel Vapnek, dated May 17, 1993.

48. Attached hereto as Exhibit 46 is a true and correct copy of proposed trial exhibit VC, internal Amgen disclosure having the date February 5, 1990.

49. Attached hereto as Exhibit 47 is a true and correct copy of proposed trial exhibit AIP, response to final office action for application Ser. No. 09/545,335, dated June 24, 2002.

50. Attached hereto as Exhibit 48 is a true and correct copy of proposed trial exhibit RY, U.S. Patent No. 7,217,689, issued May 15, 2007.

51. Attached hereto as Exhibit 49 is a true and correct copy of proposed trial exhibit NK, appeal brief submitted in support of U.S. Patent Application Serial No. 08/479,892, dated February 11, 2004.

52. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the transcript of the deposition of Vladimir P. Torchilin, Ph.D., D.Sc., dated July 25, 2007.

53. Attached hereto as Exhibit 51 is a true and correct copy of proposed trial exhibit AMG, Amgen laboratory notebook No. 1971 issued to Dr. Thomas Strickland.

54. Attached hereto as Exhibit 52 is a true and correct copy of proposed trial exhibit OHX, Amgen laboratory notebook No. 2945 issued to Dr. Fu-Kuen Lin.

55. Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the transcripts of the deposition of Thomas Boone, dated March 30, 2007.

56. Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the transcripts of the deposition of Fu-Kuen Lin, dated March 28-29, 2007.

57. Attached hereto as Exhibit 55 is a true and correct redacted copy of proposed trial exhibit PHJ, Roche Research report 1020347.

58. Attached hereto as Exhibit 56 is a true and correct redacted copy of proposed trial exhibit PHJ-1, a portion of Roche Research report 1020347.

59. Attached hereto as Exhibit 57 is a true and correct copy of the excerpts from the Expert Report of Gregory D. Longmore, M.D.

60. Attached hereto as Exhibit 58 is a true and correct copy of proposed trial exhibit NBK, Elliott et al., "Activation of the Erythropoietin (EPO) Receptor by Bivalent Anti-EPO Receptor Antibodies," *J. Biol. Chem.* Vol. 271 (1998), 24691-97.

61. Attached hereto as Exhibit 59 is a true and correct copy of proposed trial exhibit NBR, Elliott, "New Molecules and Formulas of Recombinant Erythropoeitin," in ERYTHROPOEITINS AND ERYTHROPOEISIS (Molineux et al. eds 2000) 241-59.

62. Attached hereto as Exhibit 60 is a true and correct copy of proposed trial exhibit NTU, Qureshi et al., "Mimicry of Erythropoeitin by a Nonpeptide Molecule," *PNAS*, vol. 96 (1999), 12156-161.

63. Attached hereto as Exhibit 61 is a true and correct copy of proposed trial exhibit OCF, Wrighton et al., "Small Peptides as Potent Mimetics of the Protein Hormone Erythropoeitin," *Science* (1996) 458-63.

64. Attached hereto as Exhibit 62 is a true and correct copy of proposed trial exhibit POR, Aranesp Product Information, module 5.

65. Attached hereto as Exhibit 63 is a true and correct copy of proposed trial exhibit PXH, Lyndah K. Dreiling, "The Amgen Oncology Portfolio."

66. Attached hereto as Exhibit 64 is a true and correct copy of proposed trial exhibit PRX, presentation to Chugai Pharmaceutical by Genetics Institute dated October 17, 1983.

67. Attached hereto as Exhibit 65 is a true and correct copy of proposed trial exhibit QCH, U.S. Patent No. 6,936,695.

68. Attached hereto as Exhibit 66 is a true and correct copy of proposed trial exhibit GXG, Roche report No. 1019701.

69. Attached hereto as Exhibit 67 is a true and correct copy of proposed trial exhibit PGD, Roche report No. 1019699.

70. Attached hereto as Exhibit 68 is a true and correct copy of proposed trial exhibit PGI, Roche report No. 1019704.

71. Attached hereto as Exhibit 69 is a true and correct copy of proposed trial exhibit PGH, Roche report No. 1019702.

72. Exhibit 70 is intentionally left blank.

73. Exhibit 71 is intentionally left blank.

74. Attached hereto as Exhibit 72 is a true and correct redacted copy of proposed trial exhibit PHM-1, Roche research report No. 1018662.

75. Attached hereto as Exhibit 73 is a true and correct copy of proposed trial exhibit PDZ, BLA Section: MIRCERA for injection - Description and Clinical Pharmacology.

76. Exhibit 74 is intentionally left blank.

77. Attached hereto as Exhibit 75 is a true and correct redacted copy of proposed trial exhibit PEE-1, Chemistry, Manufacturing and Controls Summary.

78. Attached hereto as Exhibit 76 is a true and correct redacted copy of proposed trial exhibit PEV-1, Mircera: Description and Composition of the Drug Product.

79. Attached hereto as Exhibit 77 is a true and correct copy of proposed trial exhibit GUK, Brief for Senior Party Lin, Interference No. 102,097.

80. Attached hereto as Exhibit 78 is a true and correct copy of proposed trial exhibit PDF, Plaintiff's Supplemental Response to Defendants' First Set of Interrogatories (nos. 1-12), dated February 10, 2007.

81. Attached hereto as Exhibit 79 is a true and correct copy of proposed trial exhibit AXK, "How Do Physical Changes in ESPs Affect Biological Activity?", presentation by Steven Elliott, Ph.D., March 31-April 1, 2006.

82. Attached hereto as Exhibit 80 is a true and correct copy of remedy phase exhibit 0004, letter from FDA to K. Viswanadhan concerning MIRCERA approval.

83. Attached hereto as Exhibit 81 is a true and correct copy of proposed trial exhibit POZ, "Biotechnology: Backlog of Patent Applications," GAO Briefing Report, dated April 1989.

Executed this 26th day of December, 2007 at Boston, Massachusetts.

                                                    */s/ Kregg T. Brooks*
                                                    Kregg T. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

                                                    */s/ Lee Carl Bromberg*
                                                  Lee Carl Bromberg

03099/00501 793836.1