# Exhibit 24

The Library of Congress > THOMAS Home > Bills, Resolutions > Search Results

| *THIS SEARCH* | *THIS DOCUMENT* | *GO TO* |
|---|---|---|
| Next Hit | Forward | New Bills Search |
| Prev Hit | Back | HomePage |
| Hit List | Best Sections | Help |
| | Contents Display | |

| GPO's PDF Display | Congressional Record References | Bill Summary & Status | *Printer Friendly Display* - 5,643 bytes.[Help] | XML Display [Help] |
|---|---|---|---|---|

**Public Health Emergency Medicines Act (Introduced in House)**

HR 4131 IH

## 109th CONGRESS

### 1st Session

### H. R. 4131

To amend title 35, United States Code, to provide for compulsory licensing of certain patented inventions relating to health care emergencies, and to provide that applications under section 505 of the Federal Food, Drug, and Cosmetic Act that are submitted pursuant to such licenses may be approved with immediate effective dates.

## IN THE HOUSE OF REPRESENTATIVES

# October 25, 2005

Mr. BROWN of Ohio (for himself, Mr. NADLER, Mr. WAXMAN, Mr. BERRY, Mr. STARK, Mr. ALLEN, and Mr. KUCINICH) introduced the following bill; which was referred to the Committee on the Judiciary, and in addition to the Committee on Energy and Commerce, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

## A BILL

To amend title 35, United States Code, to provide for compulsory licensing of certain patented inventions relating to health care emergencies, and to provide that applications under section 505 of the Federal Food, Drug, and Cosmetic Act that are submitted pursuant to such licenses may be approved with immediate effective dates.

*Be it enacted by the Senate and House of Representatives of the United States of*

*America in Congress assembled,*

# SECTION 1. SHORT TITLE.

This Act may be cited as the `Public Health Emergency Medicines Act'.

# SEC. 2. COMPULSORY LICENSING OF PATENTED INVENTIONS; APPROVAL BY FOOD AND DRUG ADMINISTRATION OF RELATED APPLICATIONS.

(a) Compulsory Licensing-

   (1) IN GENERAL- Chapter 14 of title 35, United States Code, is amended by adding at the end the following:

## `Sec. 158. Compulsory licensing

`(a) Compulsory Licensing of Patented Inventions in Public Health Emergency- In the case of any invention relating to health care the Secretary of Health and Human Services shall have the right to authorize use of the subject matter of the patent without authorization of the patent holder or any licensees of the patent holder if the Secretary makes the determination that the invention is needed to address a public health emergency.

`(b) Compensation for Use of a Patent- In exercising the right under subsection (a) to authorize other use of the subject matter of a patent, the right holder shall be paid reasonable remuneration for the use of the patent. In determining the reasonableness of remuneration for the use of a patent, the Secretary of Health and Human Services may consider--

   `(1) evidence of the risks and costs associated with the invention claimed in the patent and the commercial development of products that use the invention;

   `(2) evidence of the efficacy and innovative nature and importance to the public health of the invention or products using the invention;

   `(3) the degree to which the invention benefited from publicly funded research;

   `(4) the need for adequate incentives for the creation and commercialization of new inventions;

   `(5) the interests of the public as patients and payers for health care services;

   `(6) the public health benefits of expanded access to the invention;

   `(7) the benefits of making the invention available to working families and

retired persons;

`(8) the need to correct anti-competitive practices; or

`(9) other public interest considerations.

`(c) Export of Health Care Products in Public Health Emergencies- The Secretary may authorize the use of a patent, without authorization of the patent holder or any licensees of the patent holder, to export medicines or other health care products that are needed to address global public health emergencies, when the legitimate rights of the patent holder are protected in the export market.

`(d) Consistency With TRIPS- The Secretary of Health and Human Services may adopt regulations to implement the purposes of this section, consistent with the Agreement on Trade-Related Aspects of Intellectual Property Rights referred to in section 101(d)(15) of the Uruguay Round Agreements Act.

`(e) Definition- In this section, the term `health care product' means any drug or device (as those terms are defined in section 201 of the Federal Food, Drug, and Cosmetic Act), any biological product (as defined in section 351 of the Public Health Service Act), or any technology or process to the extent the technology or process is applied to health or health care.'.

(2) CONFORMING AMENDMENT- The table of sections for chapter 14 of title 35, United States Code, is amended by adding at the end the following new item:

`158. Compulsory licensing.'.

(b) Related Applications Under Federal Food, Drug, and Cosmetic Act- If a person authorized to manufacture a drug under section 158 of title 35, United States Code, seeks approval of the drug under section 505 of the Federal Food, Drug, and Cosmetic Act, the Secretary of Health and Human Services may approve the drug with an immediate effective date notwithstanding any limitation on approval pursuant to subsection (c)(3), (j)(4)(D), or (j)(5)(B) of such section.

---

| THIS SEARCH | THIS DOCUMENT | GO TO |
| --- | --- | --- |
| Next Hit | Forward | New Bills Search |
| Prev Hit | Back | HomePage |
| Hit List | Best Sections | Help |
| | Contents Display | |

---

THOMAS Home | Contact | Accessibility | Legal | USA.gov

The Library of Congress > THOMAS Home > Bills, Resolutions > Search Results

## Item 3 of 8

**PREVIOUS | NEXT**
**PREVIOUS:ALL | NEXT:ALL**
**NEW SEARCH | HOME | HELP**

### H.R.4131
**Title:** To amend title 35, United States Code, to provide for **compulsory** licensing of certain patented inventions relating to health care emergencies, and to provide that applications under section 505 of the Federal Food, Drug, and Cosmetic Act that are submitted pursuant to such licenses may be approved with immediate effective dates.
**Sponsor:** Rep Brown, Sherrod [OH-13] (introduced 10/25/2005)     Cosponsors (6)
**Related Bills:** H.R.4102
**Latest Major Action:** 2/6/2006 Referred to House subcommittee. Status: Referred to the Subcommittee on Courts, the Internet, and Intellectual Property.

Jump to: Summary, Major Actions, All Actions, Titles, Cosponsors, Committees, Related Bill Details, Amendments

**SUMMARY AS OF:**
10/25/2005--Introduced.

Public Health Emergency Medicines Act - Gives the Secretary of Health and Human Services the right to authorize use of the subject matter of a patent relating to health care without authorization of the patent holder if the Secretary determines that the invention is needed to address a public health emergency. Provides for reasonable remuneration for the patent holder for use of the patent.

Allows the Secretary to authorize the use of a patent, without the patent holder's authorization, to export medicines or other health care products that are needed to address global public health emergencies when the legitimate rights of the patent holder are protected in the export market.

Authorizes the Secretary to immediately approve a new drug application upon request by a person authorized to manufacture the drug under this Act.

**MAJOR ACTIONS:**

     ***NONE***

**ALL ACTIONS:**

**10/25/2005:**
     Referred to the Committee on the Judiciary, and in addition to the Committee on Energy and Commerce, for a period to be subsequently determined by the

Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned.
**10/25/2005:**
Referred to House Judiciary
**2/6/2006:**
Referred to the Subcommittee on Courts, the Internet, and Intellectual Property.
**10/25/2005:**
Referred to House Energy and Commerce
**11/4/2005:**
Referred to the Subcommittee on Health, for a period to be subsequently determined by the Chairman.

---

**TITLE(S):**  *(italics indicate a title for a portion of a bill)*

***NONE***

---

**COSPONSORS(6), ALPHABETICAL** [followed by Cosponsors withdrawn]:    (Sort: <u>by date</u>)

<u>Rep Allen, Thomas H.</u> [ME-1] - 10/25/2005     <u>Rep Berry, Marion</u> [AR-1] - 10/25/2005

<u>Rep Kucinich, Dennis J.</u> [OH-10] - 10/25/2005     <u>Rep Nadler, Jerrold</u> [NY-8] - 10/25/2005

<u>Rep Stark, Fortney Pete</u> [CA-13] - 10/25/2005     <u>Rep Waxman, Henry A.</u> [CA-30] - 10/25/2005

---

**COMMITTEE(S):**

| Committee/Subcommittee: | Activity: |
|---|---|
| <u>House Judiciary</u> | Referral, In Committee |
| <u>Subcommittee on Courts, the Internet, and Intellectual Property</u> | Referral |
| <u>House Energy and Commerce</u> | Referral, In Committee |
| <u>Subcommittee on Health</u> | Referral |

---

**RELATED BILL DETAILS:  (additional related bills may be indentified in Status)**

| Bill: | Relationship: |
|---|---|
| <u>H.R.4102</u> | Related bill identified by CRS |

---

**AMENDMENT(S):**

***NONE***