UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN, INC., <br><br>    Plaintiff, <br><br> v. <br><br> F. HOFFMANN-LA ROCHE LTD., <br> ROCHE DIAGNOSTICS GmbH, and <br> HOFFMANN-LA ROCHE INC., <br><br>    Defendants. | CIVIL ACTION <br> NO. 05-12237-WGY |

**JUDGMENT**

YOUNG, D.J.                                                October 17, 2008

With thanks to the Federal Circuit for its courtesy in so promptly restoring this Court's jurisdiction to act,[1] and sensitive to the need for expedition,[2] the Court, pursuant to its opinion of October 2, 2008, hereby ORDERS, ADJUDGES, and DECREES that the patents in suit are valid and enforceable and that Roche, its agents, servants, employees, counsel, and all persons and entities acting in concert therewith will be permanently

---

[1] There is no need to wait for the mandate. The action by the Federal Circuit unmistakably manifests a desire that this action be put in a posture for plenary review.

[2] In its opposition to the immediate entry of judgment, Amgen suggests that this Court has not fully discharged its duty pursuant to Federal Rule of Civil Procedure 52(a)(1). While one would have thought that a 149-page opinion explained everything that needed explaining, there may be some merit in Amgen's position. If so, a further short opinion will issue. There is, however, no need for delay. Bloggers are already speculating that full case review will not take place until "next summer."

enjoined for the life of the remaining patents-in-suit, as to the claims of the patents-in-suit found to be infringed herein, from infringing those patents in any way within the United States.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE