FORM 22.  Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Amgen, Inc.

) Appeal from  ☒ U.S. Disrict Court for  Massachusetts
              ☐ Court of International Trade
              ☐ Court of Federal Claims

—VERSUS—

) TRIAL COURT NO.  05-cv-12237-WGY
) CIRCUIT COURT NO.  09-1020

F. Hoffmann-La Roche Ltd, et al.

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
    ( ☐ ) A transcripts is not needed for the appeal
    ( ✓ ) A transcript is already on file
    ( ☐ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
    ( ✓ ) Private Funds
    ( ☐ ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED  //Keith E. Toms//     DATE  11/05/08    COUNSEL FOR  Defendant/Appellant Roche
ADDRESS  Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110
TELEPHONE  (617) 443-9292

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

                                                                          Signature and Date
                                                          Telephone  _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____                                  _____
      Date                                                               Signature

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMGEN INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-12237WGY |
| F. HOFFMANN-LA ROCHE LTD, ROCHE DIAGNOSTICS GmbH, and HOFFMANN-LA ROCHE INC., | ) ) ) ) ) | |
| Defendants, | ) ) | |

## ATTACHMENT TO TRANSCRIPT ORDER FORM
## FILED BY ROCHE

Pursuant to Fed. R. App. P. 10(b), F. Hoffmann-La Roche Ltd, Roche Diagnostics GmbH, and Hoffmann-La Roche Inc. (collectively "Roche") hereby states that the following transcripts are on file with the district court clerk and available at the request of the Court of Appeals for the Federal Circuit in connection with Roche's Notice of Appeal and Supplemental Notice of Appeal (filed respectively on October 6, 2008 and October 24, 2008):

    MOTION HEARING (May 10, 2006) (Docket No. 82)
    MOTION HEARING (December 20, 2006) (Docket No. 196, 205)
    MARKMAN HEARING (April 17, 2007) (Docket No. 401, 428)
    CONFERENCE (June 6, 2007) (Docket No. 849)
    MOTION HEARING (July 17, 2007) (Docket No. 850)
    Jury Trial Day 1 (09/04/07) (Docket No. 1709)
    Jury Trial Day 2 (09/05/07) (Docket No. 1710)
    Jury Trial Day 3 (09/06/07) (Docket No. 1711)
    Jury Trial Day 4 (09/07/07) (Docket No. 1712)
    Jury Trial Day 5 (09/10/07) (Docket No. 1713)
    Jury Trial Day 6 (09/11/07) (Docket No. 1714)
    Jury Trial Day 7 (09/12/07) (Docket No. 1715)
    Jury Trial Day 8 (09/14/07) (Docket No. 1716)
    Jury Trial Day 9 (09/24/07) (Docket No. 1741)
    Jury Trial Day 10 (09/25/07) (Docket No. 1717)

Jury Trial Day 11 (09/26/07) (Docket No. 1718)
Jury Trial Day 12 (09/27/07) (Docket No. 1719)
Jury Trial Day 13 (09/28/07) (Docket No. 1720)
HEARING IN RE OBVIOUSNESS-TYPE DOUBLE PATENTING (10/01/07)
    (Docket No. 1721)
Jury Trial Day 14 (10/01/07) (Docket No. 1722)
Jury Trial Day 15 (10/02/07) (Docket No. 1723)
Jury Trial Day 16 (10/03/07) (Docket No. 1724)
Jury Trial Day 17 (10/04/07) (Docket No. 1725)
HEARING IN RE OBVIOUSNESS-TYPE DOUBLE PATENTING (10/04/07)
    (Docket No. 1726)
JURY CHARGE CONFERENCE (10/10/07) (Docket No. 1727)
Jury Trial Day 18 (10/15/07) (Docket No. 1728)
Jury Trial Day 19 (10/16/07) (Docket No. 1729)
Jury Trial Day 20 (10/17/07) (Docket No. 1730)
Jury Trial Day 21 (10/18/07) (Docket No. 1731)
HEARING IN RE INEQUITABLE CONDUCT (10/18/07)
    (Docket No. 1732)
Jury Trial Day 22 (10/19/07) (Docket No. 1733)
Jury Trial Day 23 (10/22/07) (Docket No. 1734)
Jury Trial Day 24 (10/23/07) (Docket No. 1735)
SCHEDULING CONFERENCE (10/30/07) (Docket No. 1736)
Evidentiary Hearing - Remedy Phase Day 1 (11/15/07) (Docket No. 1737)
Evidentiary Hearing - Remedy Phase Day 2 (12/05/07) (Docket No. 1738)
Evidentiary Hearing - Remedy Phase Day 3 (12/06/07) (Docket No. 1739)
Evidentiary Hearing - Remedy Phase Day 4 (12/07/07) (Docket No. 1740)
Motion Hearing (February 28, 2008) (Docket No. 1676)
Telephone Conference (April 2, 2008) (Docket No. 1700)

Dated: November 5, 2008
     Boston, Massachusetts

Respectfully submitted,

F. HOFFMANN-LA ROCHE LTD,
ROCHE DIAGNOSTICS GMBH, and
HOFFMANN-LA ROCHE INC.

*By their Attorneys,*

/s/ Keith E. Toms
Lee Carl Bromberg (BBO# 058480)
Julia Huston (BBO# 562160)
Keith E. Toms (BBO# 663369)
Nicole A. Rizzo (BBO# 663853)
Kimberly J. Seluga (BBO# 667655)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel. (617) 443-9292
ktoms@bromsun.com

Leora Ben-Ami (*pro hac vice*)
Patricia A. Carson (*pro hac vice*)
Thomas F. Fleming (*pro hac vice*)
Christopher T. Jagoe (*pro hac vice*)
Howard S. Suh (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be sent by overnight mail to the Court of Appeals for the Federal Circuit. Pursuant to agreement of counsel dated September 9, 2007, paper copies will not be sent to those indicated as non registered participants.

/s/ Keith E. Toms
Keith E. Toms

03099/00501 961002.1